Filing # 13509346 Electronically Filed 05/09/2014 04:48:17 PM

IN THE CIRCUIT COURT OF
THE 13TH JUDICIAL
CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY,
FLORIDA

CASE NO. 14CA-000646

RHONDA WILLIAMS, a single person,

    Plaintiff,

vs.

MOSAIC FERTILIZER, LLC; a Delaware corporation
doing business in Florida,

    Defendant.

_____/

## NOTICE OF FILING EXHIBITS "A," "B," AND "C" TO THE AMENDED COMPLAINT

Plaintiff Rhonda Williams, by and through her undersigned attorneys, hereby gives notice of filing Exhibits "A," "B," and "C" to her Complaint in the above-styled action. The Exhibits to the Complaint are attached to this said Notice of Filing and total three (3) pages, exclusive of this Notice of Filing.

Dated: May 9, 2014        COUNSEL FOR PLAINTIFF

By _____
Laureen Galeoto, Esquire
Law Office of Laureen Galeoto, PLLC
511 W. Bay Street, Suite 350
Tampa, FL 33606
M. 813.280.9323
F. 813.433.5539

PRIMARY laureen@laureenlaw.com
SECONDARY info@laureenlaw.com

~ and ~

Mary Ellen Hogan, Esquire
THE GREEN COUNSELOR, PLLC
511 W. Bay Street, Suite 350
Tampa, FL 33606
M. 813.964.6515
C. 310.991.3146
PRIMARY
maryellen@thegreencounselor.com
SECONDARY mehoganlaw@sbcglobal.net

~ and pending pro hac vice admission ~

William P. Walker, Esquire
WALKER MORGAN, LLC
135 E. Main Street
Lexington, SC 29072
M: 803.359.6194
F: 803. 957.4584
E: bw@walkermorgan.com

2



Exhibit A



Exhibit B



Exhibit C