UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RHONDA WILLIAMS,

v.  : Case No. 8:14-CV-1748-T-35TGW

MOSAIC FERTILIZER, LLC

## ORDER

THIS CAUSE came to be heard upon the Defendant's Motion to Exclude Expert Witnesses for Failing to Satisfy Rule 26 Disclosure Obligations or, Alternatively, to Compel Compliant Disclosures (Doc. 42). The defendant stated at the hearing that it does not object to the testimony of experts Dr. Franklin Mink and Leslie Ungers provided that, in accordance with the Amended Case Management and Scheduling Order, their "[e]xpert testimony on direct examination at trial ... [is] limited to the opinions, bases, reasons, data, and other information disclosed in the[ir] written expert report[s] ..." (Doc. 51, p. 3).

Furthermore, it was stated at the hearing that the plaintiff no longer intends to call Dr. Willie Harris. Therefore, that issue is moot. Finally, the plaintiff's treating physicians may testify to any opinion stated in their medical records, but each is required to provide a supplemental report if he or she intends to testify to an opinion not stated therein.

It is, accordingly,

ORDERED:

That the Defendant's Motion to Exclude Expert Witnesses for Failing to Satisfy Rule 26 Disclosure Obligations or, Alternatively, to Compel Compliant Disclosures (Doc. 42) is **DENIED** as to experts Dr. Franklin Mink and Leslie Ungers, with the understanding that the "[e]xpert testimony on direct examination at trial will be limited to the opinions, bases, reasons, data, and other information disclosed in the written expert report ..." (Doc. 51, p. 3); it is **DENIED as MOOT** regarding the testimony of Dr. Willie Harris; and, with respect to the plaintiff's treating physicians, the motion is **GRANTED to the extent** that the plaintiff must provide a supplemental report for any treating physician that intends to testify to an opinion not stated in that physician's medical records. The plaintiff is to serve that supplemental report within 21 days of this Order.

DONE and ORDERED at Tampa, Florida, this 14th day of July, 2015.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE