--------------------------------------------------------------------------------------------------------------------

Technical Support Document (TSD)

# EXHIBIT F

**Florida**
**Area Designations For the**
**2010 SO$_2$ Primary National Ambient Air Quality Standard**

## Summary

Pursuant to section 107(d) of the Clean Air Act (CAA), EPA must designate areas as either "nonattainment," "attainment," or "unclassifiable" for the 2010 1-hour sulfur dioxide (SO$_2$) primary national ambient air quality standard (NAAQS). The CAA defines a nonattainment area as one that does not meet the NAAQS or that contributes to poor air quality in a nearby area that does not meet the NAAQS. Table 1 below identifies the counties or portions of counties (or areas of Indian Country) in Florida that EPA is initially designating "nonattainment" based on monitored violations.  EPA is not yet prepared to designate other areas in Florida.

**Table 1.  Nonattainment Area Designations for Florida**

| Area | Florida Recommended Designation of Areas/Counties | EPA's Designation of Areas/Counties |
|------|------|------|
| Hillsborough County Area<br>    Hillsborough County (partial) | Nonattainment | Nonattainment |
| Nassau County Area<br>    Nassau County (partial) | Nonattainment | Nonattainment |

## Background

On June 2, 2010, EPA revised the primary SO$_2$ NAAQS (75 FR 35520, June 22, 2010) by establishing a new 1-hour standard at a level of 75 parts per billion (ppb) which is met at an ambient air quality monitoring site when the 3-year average of the annual 99th percentile of the daily maximum 1-hour average concentration is less than or equal to 75 ppb, as determined in accordance with Appendix T of 40 CFR part 50.  40 CFR 50.17(a)-(b).  EPA has determined that this is the level necessary to provide protection of public health with an adequate margin of safety, especially for children, the elderly and those with asthma.  These groups are particularly susceptible to the health effects associated with breathing SO$_2$.  The Agency is revoking the two prior primary standards of 140 ppb evaluated over 24-hours, and 30 ppb evaluated over an entire year because the standards will not add additional public health protection given a 1-hour standard at 75 ppb.  Accordingly, EPA is not designating areas in this process on the basis of either of these two prior primary standards.  Similarly, the secondary standard for SO$_2$ has not been revised, so EPA is not designating areas in this process on the basis of the secondary standard.

**EPA's SO$_2$ Designation Approach**

Section 107(d) of the CAA provides that not later than 1 year after promulgation of a new or revised NAAQS, state Governors may submit their recommendations for designations and boundaries to EPA. This deadline was in June 2011. Section 107(d) also requires EPA to provide a notification to states of no less than 120-days prior to promulgating an initial area designation that is a modification of a state's recommendation. EPA has reviewed the State's recommendations and has notified the Governor through a letter signed by the Regional Administrator of any intended modifications. While language in section 107 specifically addresses states, we followed the same process for the tribal governments, pursuant to section 301(d) of the CAA and Tribal Authority Rule (40 CFR Part 49). Therefore, we are designating tribal areas, in consultation with the tribal governments, on the same schedule as state designations. Florida does not have any tribal areas affected by this designation. If a state or tribal government does not submit designation recommendations, EPA is promulgating the designations that it deems appropriate. If a state or tribal government disagrees with EPA's intended area designations as released on February 7, 2013, it had an opportunity to demonstrate why any proposed modification was inappropriate.

Designations guidance was issued by EPA through a March 24, 2011, memorandum from Stephen D. Page, Director, U.S. EPA, Office of Air Quality Planning and Standards, to Air Division Directors, U.S. EPA Regions I-X. This memorandum identifies factors EPA intends to evaluate in determining boundaries for areas designated nonattainment. These 5 factors include: 1) air quality data; 2) emissions and emissions-related data (location of sources and potential contribution to ambient SO$_2$ concentrations); 3) meteorology (weather/transport patterns); 4) geography/topography (mountain ranges or other air basin boundaries); and 5) jurisdictional boundaries (e.g., counties, air districts, pre-existing nonattainment areas, reservations), among any other information deemed relevant to establishing appropriate area designations and boundaries for the 1-hour SO$_2$ NAAQS.

The March 24, 2011, memo recommended that area boundaries be defaulted to the county boundary unless additional information justifies a larger or smaller boundary than that of the county. EPA believes it is appropriate to evaluate each potential area on a case-by-case basis, and to recognize that area-specific analyses conducted by states, tribal governments and/or EPA may support a different boundary than a default county boundary.

In this TSD, EPA discusses its review and technical analysis of the recommendations submitted by the state for designations of the 1-hour SO$_2$ standard and any modifications from these recommendations.

*Definition of important terms used in this document:*

1) **Designated "nonattainment" area** – an area which EPA has determined, based on a state recommendation and/or on the technical analysis included in this document, has violated the 2010 SO$_2$ NAAQS, based on the most recent three years of air quality monitoring data, or contributes to a violation in a nearby area.

2) **Recommended nonattainment area** – an area that a state or tribal government has recommended to EPA to be designated as nonattainment.

3) **Violating monitor –** an ambient air monitor meeting all methods, quality assurance and citing criteria and requirements whose valid design value exceeds 75 ppb, as described in Appendix T of 40 CFR part 50.

4) **2010 SO$_2$ NAAQS -** 75 ppb, national ambient air quality standard for SO$_2$ promulgated in 2010. Based on the 3-year average of the 99th percentile of the annual distribution of daily maximum 1-hour average concentrations

5) **Design Value –** a statistic that describes the air quality status of a given area relative to the level of the NAAQS.

<u>**Nonattainment Designations**</u>

<u>**Technical Analysis for Hillsborough County Area**</u>

<u>**Introduction**</u>

This technical analysis for Hillsborough County Area identifies the partial county with a monitor that violates the 2010 $SO_2$ NAAQS based on 2009-2011 data, and evaluates nearby counties for contributions to $SO_2$ concentrations in the area. EPA has evaluated this county and nearby counties based on the weight of evidence of the factors recommended in the March 24, 2011, issued EPA guidance.

Figure 1 is a map of the area analyzed showing the locations and design values of air quality monitors in the area, and the counties surrounding any violating air quality monitors.

**Figure 1. Hillsborough Nonattainment Area**



Hillsborough County, FL

In June 2011, Florida Department of Environmental Protection (FDEP) Secretary Herschel T. Vinyard Jr. recommended that a partial boundary in Hillsborough County be designated as "nonattainment" for the 2010 $SO_2$ NAAQS based on monitored air quality data from 2008-2010. The State of Florida recommendation is for a nonattainment area boundary encompassing the area that, based upon air dispersion modeling, may be experiencing violations of the standard caused by an identified source.

Based on EPA's technical analysis described below, EPA is initially designating a portion of Hillsborough County, Florida as nonattainment for the 2010 SO$_2$ NAAQS as part of the Hillsborough County nonattainment area, based upon currently available information.  This county is listed above in Table 1.  EPA is not yet prepared to designate other areas in Florida, apart from the Nassau County Area discussed later.

**Detailed Assessment**

*Air Quality Data*

This factor considers the SO$_2$ air quality monitoring data, including the design values (in ppb) calculated for all air quality monitors in Hillsborough County and the surrounding area based on data for the 2009-2011 period.

Secretary Vinyard's recommendation was based on data from a Federal Equivalent Method (FEM) monitor located in the State (Florida Nonattainment Designation Recommendation Letter, June 13, 2011), in accordance with 40 CFR Part 53.

The 2011 SO$_2$ NAAQS design values for all monitors in the Hillsborough Area and surrounding area are shown in Table 2.

**Table 2.  Air Quality Data for Nonattainment Designations in Hillsborough County, FL**

| County | State Recommended Nonattainment? | Monitor Name | Monitor Air Quality System ID | Monitor Location | SO$_2$ Design Value, 2009-2011 (ppb) |
|---|---|---|---|---|---|
| Hillsborough County | **Yes** | **East Bay (Gibsonton)** | **12-057-0109** | **27.856389, -82.383667** | **103** |
| | No | E.G. Simmons Park | 12-057-0081 | 27.740032, -82.465145 | 22 |
| | No | Coast Guard Station  – Davis Island | 12-057-1035 | 27.928056 -82.454722 | 43 |
| | No | Sydney | 12-057-3002 | 27.965650, -82.2304 | 15 |

Hillsborough County shows a violation of the 2010 SO$_2$ NAAQS.  Therefore, some area in Hillsborough County and possibly additional areas in surrounding counties must be designated nonattainment.  The violating monitor (12-057-0109) near Gibsonton is located approximately 1 kilometer to the southeast of the Mosaic Riverview phosphate fertilizer plant, a major source of SO$_2$ emissions. The primary emissions units at this facility are three sulfuric acid plants.  The absence of a violating monitor alone is not a sufficient reason to eliminate nearby counties as candidates for inclusion in a nonattainment area. Each area has been evaluated based on the weight of evidence of the five factors and other relevant information.

*Emissions and Emissions-Related Data*

Evidence of $SO_2$ emissions sources in the vicinity of a violating monitor is an important factor for determining whether a nearby area is contributing to a monitored violation.  For this factor, EPA evaluated county level emissions data for $SO_2$ and any growth in $SO_2$ emitting activities since the date represented by those emissions data.

Emissions

EPA recognizes that there may be important new information on emissions levels for the period after 2008, and would consider more recent information if available.  Florida did not provide updated emissions information, therefore EPA relied on the 2008 National Emissions Inventory (NEI) emissions data (NEI08V3).

Table 3 shows total emissions of $SO_2$ (given in tons per year (tpy)) for violating and potentially contributing counties in and around the Hillsborough nonattainment area, including sources emitting greater than 100 tpy of $SO_2$ according to the 2008 NEI.  The county that contains the Hillsborough nonattainment area for the 2010 $SO_2$ NAAQS is shown in **bold**.

**Table 3.  Annual $SO_2$ Emissions** (NEI08V3)

| County | Facility >100 tpy (EIS or State Facility ID) | Facility Emissions (tpy) | Total County $SO_2$ Emissions (tpy) |
|---|---|---|---|
| **Hillsborough County, FL** | TAMPA ELECTRIC COMPANY - Big Bend | 9,615 | 18512 |
| | CF INDUSTRIES, INC., PLANT CITY PHOS | 3,430 | |
| | MOSAIC FERTILIZER, LLC | 3,037 | |
| | ENVIROFOCUS TECHNOLOGIES, LLC | 1,108 | |
| | Tampa International Airport | 119 | |

Figure 2 shows the above facility locations in relation to the violating monitor.

**Figure 2: Facility Locations in the Hillsborough County Area**



Emissions Controls

The emissions data used by EPA in this technical analysis and provided in Table 3 represent emissions levels taking into account any control strategies implemented on stationary sources in the Hillsborough County Area up to and including the year 2008.  EPA has not received any additional information on emissions reductions resulting from federally enforceable controls put into place after 2008.

*Meteorology (weather/transport patterns)*

Evidence of source-receptor relationships between specific emissions sources and high $SO_2$ values at violating monitors is another important factor in determining the appropriate contributing areas and the appropriate extent of the nonattainment area boundary.  For this factor, EPA considered recent hourly meteorological data from the National Weather Service (NWS) site nearest to the violating monitor to determine which wind vectors were associated with 1-hour $SO_2$ exceedances.  For the Hillsborough County Area, the meteorological data used in this analysis is for 2009-2011 from the Tampa International Airport (ID # 722110-12842).  Figure 2 shows a map of the $SO_2$ monitor location, meteorological data location, and the major emissions sources in the area.  The Tampa International

Airport is approximately 19 kilometer west of the violating monitor. The primary $SO_2$ emissions source is the Mosaic Riverview facility, which is located less than one kilometer from the violating monitor.

Figure 3 shows a wind rose of the hours exceeding the 1-hr $SO_2$ NAAQS (75 ppb) at the violating monitor.  The wind rose was developed using wind data from the Tampa International Airport.



**Figure 3.  Wind Rose of 2009-2011 hours exceeding the 1-hr $SO_2$ NAAQS at the violating monitor.**

Figure 3 shows that the majority of the exceeding hours have winds blowing from the northwest with moderate to high wind speeds.  As can be seen in Figure 2, the Mosaic Riverview facility is located less than 1 km to the northwest of the monitor.  No other major sources are located near the violating monitor in the northwest direction.  Therefore, the Mosaic Riverview facility is likely the major contributor to the monitor's design value.

FDEP performed an in-depth analysis of wind direction data to identify the wind directions associated with elevated $SO_2$ monitored concentrations.  This information is based on "on-site" wind data collected

at the violating $SO_2$ monitor location and is provided in the "Meteorology" section of Appendix A of this TSD.  The result of this analysis agrees with EPA's analysis and indicates that winds blow from the northwest during times of high $SO_2$ concentrations recorded at the violating monitor.  This analysis shows that the Mosaic Riverview Facility is upwind of the monitor and is the most likely contributor to the monitor's design value.  This hypothesis was further evaluated by the State using dispersion modeling, although we are not at this time prepared to rely upon such modeling for this initial designation based on monitoring data.  See the discussion in the "Modeling Analysis" section for further information about the modeling.

### Geography/Topography (mountain ranges or other air basin boundaries)

The Hillsborough County Area does not have any geographical or topographical barriers significantly limiting air-pollution transport within its air shed.  Therefore, this factor did not play a significant role in determining the nonattainment boundary.

### Jurisdictional Boundaries

Once EPA identified the general areas that the Agency anticipated would be included in the nonattainment area, EPA then considered existing jurisdictional boundaries for the purposes of providing a clearly defined legal boundary and to help identify the areas appropriate for carrying out the air quality planning and enforcement functions for nonattainment areas.  With regard to the 2010 $SO_2$ NAAQS, EPA believes that the appropriate jurisdictional boundaries to be considered to include counties, air districts, pre-existing nonattainment areas, reservations, among any other information deemed relevant to establishing appropriate area designations and boundaries for the 1-hour $SO_2$ NAAQS.

No area in Hillsborough County has been or is currently nonattainment for a prior $SO_2$ NAAQS, so EPA had no boundary related to a previous nonattainment designation to consider for this area.  Additionally, this area does not include Indian Country.  Therefore, this factor did not play a significant role in determining the nonattainment boundary.

### Modeling Analysis for Nonattainment Area Boundaries

The violating monitor is located within Hillsborough County, roughly in the center of the county, approximately one kilometer to the southeast of the Mosaic Riverview phosphate fertilizer plant.  The violating area associated with the primary source of $SO_2$ at this monitor is well within the county boundary.  The State's recommended nonattainment boundary encompasses this violating area as informed by air dispersion modeling.  Although EPA is not prepared at this time to rely upon modeling for the initial nonattainment designations based on monitoring, we note that the State's modeling-based boundary recommendation is consistent with the boundary supported by the wind rose analysis discussed above.  See Appendix A of this document for modeling results for nonattainment area boundaries.  FDEP used air dispersion modeling to help delineate the boundary of the recommended nonattainment area.  In completing this modeling, the Department generally followed the guidance provided in the March 24, 2011, EPA memorandum, "Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards."

Specifically, the State's recommendation letter provides modeling results to inform a nonattainment area boundary for this area.  The AERMOD model results were used to determine the areal extent with which the Mosaic Riverview facility would be potentially violating the standard.  The recommended nonattainment area encompasses the receptors having modeled violations of the ambient standard associated with the Mosaic Riverview facility (see Figure 4).  Florida used its model results in an exacting manner to describe the recommended nonattainment boundaries.  The nonattainment area is defined as the area where the model predicts that the $SO_2$ concentration (using the five-year average of the 4th high value as the metric) is greater than the ambient $SO_2$ standard.  A polygon with six vertices is used to define the areal extent of the nonattainment area (see the discussion and figure below).

**Figure 4. Aerial photo with nonattainment area boundary.**



As indicated above, the June 13, 2011, Florida submittal recommends a nonattainment area boundary encompassing the area that, based upon air dispersion modeling, is experiencing violations of the $SO_2$ standard caused by the identified source.  The State's recommended nonattainment boundary is described by a polygon encompassing the predicted area having a design value greater than the 1-hour ambient $SO_2$ standard of 75 ppb (see Figure 4).  The following aerial photo below shows the bounds of the area having modeled concentrations greater than the ambient air quality standard.  The annotated polygon (white line) outlines the area recommended for nonattainment classification.  The red shaded area outlines the modeled area greater than the ambient standard.  The whited-out area describes the property boundary of the Mosaic Riverview facility, with buildings and structures in blue.  The Area includes the location of the violating monitor.  In summary, the State's recommendation letter provides

10

the following vertices of the polygon using Universal Transverse Mercator (UTM) coordinates in UTM zone 17 with datum NAD83 (see Table 4) :

**Table 4.  Universal Transverse Mercator (UTM) Coordinates**

| Vertices | UTM Easting (m) | UTM Northing (m) |
|:---:|:---:|:---:|
| 1 | 358581 | 3076066 |
| 2 | 355673 | 3079275 |
| 3 | 360300 | 3086380 |
| 4 | 366850 | 3086692 |
| 5 | 368364 | 3083760 |
| 6 | 365708 | 3079121 |

*Other Relevant Information*

EPA did not receive additional information relevant to establishing a nonattainment area boundary for this Area.

## Conclusion

After considering the factors described above, EPA finds that it is appropriate to agree with the State of Florida's partial boundary recommendation for the Hillsborough County Nonattainment Area.  EPA's conclusion is premised on that fact that the air quality monitor in Hillsborough County shows a violation of the 2010 $SO_2$ NAAQS, based on 2009-2011 air quality data.  Additionally, the boundary captures the violating monitor, the source contributing to the violation, and encompasses the appropriate initial area that does not meet (or that contributes to ambient air quality in a nearby area that does not meet) the 2010 $SO_2$ NAAQS.  Areas and sources that we are not yet prepared to conclude are contributing to the monitored violation are not included in this initial nonattainment area.  In a subsequent round of designations we will further address such areas and sources and make final designations decisions for areas that are not currently included in the nonattainment area designation addressed in this TSD.

## Technical analysis for Nassau County

## Introduction

This technical analysis for Nassau County identifies the partial county with a monitor that violates the 2010 $SO_2$ NAAQS based on 2009-2011 data, and evaluates nearby counties for contributions to $SO_2$ concentrations in the area.  EPA has evaluated this county and nearby counties based on the weight of evidence of the factors recommended in the March 24, 2011, issued EPA guidance.

Figure 5 is a map of the area analyzed showing the locations and design values of air quality monitors in the area, and the counties surrounding any violating air quality monitors.

**Figure 5.  Nassau Nonattainment Area**



In June 2011, FDEP Secretary Herschel T. Vinyard Jr. recommended that most of the State, as a whole, be designated "unclassifiable" or "unclassifiable/attainment" for the 75 ppb 1-hour $SO_2$ standard.  This was intended to include the area surrounding the monitoring site in Nassau County.  The State submitted a revised recommendation letter on November 28, 2011.  In that letter, FDEP recommended that a portion of Nassau County also be designated "nonattainment."  The State of Florida recommendation is for a nonattainment area boundary encompassing the area that, based upon air dispersion modeling, may be experiencing violations of the standard caused by the identified source.

Based on EPA's technical analysis described below, EPA is designating a portion of Nassau County, Florida as nonattainment for the 2010 $SO_2$ NAAQS as part of the Nassau County nonattainment area, based upon currently available information.  This county is listed above in Table 1.  EPA is not prepared to designate other areas in Florida, apart from the Hillsborough County Area discussed previously.

**Detailed Assessment**

*Air Quality Data*

This factor considers the $SO_2$ air quality monitoring data, including the design values (in ppb) calculated for all air quality monitors in Nassau County and the surrounding area based on data for the 2009-2011 period.

Florida's recommendation was based on data from a FEM monitor located in the State (Florida Nonattainment Designation Recommendation Letter, November 28, 2011), in accordance with 40 CFR Part 53.

The 2011 $SO_2$ NAAQS design values for all monitors in the Nassau County and surrounding area are shown in Table 5.

**Table 5.  Air Quality Data for Nonattainment Designations in Nassau County, Florida**

| County | State Recommended Nonattainment? | Monitor Name | Monitor Air Quality System ID | Monitor Location | $SO_2$ Design Value 2009-2011 (ppb) |
|---|---|---|---|---|---|
| Nassau County, FL | **Yes** | **FBHWWTP** | **12-089-0005** | **30.3583, -81.4633** | **129** |

Nassau County shows a violation of the 2010 $SO_2$ NAAQS.  Therefore, some area in this county and possibly additional areas in surrounding counties must be designated nonattainment.  The absence of a violating monitor alone is not a sufficient reason to eliminate nearby counties as candidates for inclusion in a nonattainment area.  Each area has been evaluated based on the weight of evidence of the five factors and other relevant information.

The violating monitor (12-089-0005) in Fernandina Beach is located less than one kilometer to the southeast of the Rayonier Performance Fibers plant, a major source of $SO_2$.  No other $SO_2$ monitors in the northeast Florida area have recorded violations of the ambient standard.

***Emissions and Emissions-Related Data***

Evidence of $SO_2$ emissions sources in the vicinity of a violating monitor is an important factor for determining whether a nearby area is contributing to a monitored violation.  For this factor, EPA evaluated county level emissions data for $SO_2$ and any growth in $SO_2$ emitting activities since the date represented by those emissions data.

Emissions

EPA recognizes that there may be important new information on emissions levels for the period after 2008, and would consider more recent information if available.  Florida did not provide updated emissions information, therefore EPA relied on the 2008 NEI emissions data (NEI08V3).

Table 6 shows total emissions of $SO_2$ (given in tpy) for violating and potentially contributing counties in and around Nassau County, including sources emitting  greater than 100 tpy of $SO_2$ according to the 2008 NEI.  The County that contains all or part of the Nassau County nonattainment area for the 2010 $SO_2$ NAAQS is shown in **bold**.

**Table 6.  Annual SO$_2$ Emissions** (NEI08V3)

| County | Facility >100 tpy (EIS or State Facility ID) | Facility Emissions (tpy) | Total County SO$_2$ Emissions (tpy) |
|---|---|---|---|
| **Nassau County, FL** | SMURFIT-STONE CONTAINER CORPORATION | 4,340 | 5,288 |
| | RAYONIER PERFORMANCE FIBERS LLC | 887 | |

**Figure 6: Facility Locations in the Nassau County Area**



**Nassau County, Florida**
**SO2 Monitor, Meteorological Data and Emissions Sources**

<u>Emissions Controls</u>

The emissions data used by EPA in this technical analysis and provided in Table 6 represent emissions levels taking into account any control strategies implemented on stationary sources in Nassau County up to and including the year 2008.  EPA has not received any additional information on emissions reductions resulting from federally enforceable controls put into place after 2008.

*Meteorology (weather/transport patterns)*

Evidence of source-receptor relationships between specific emissions sources and high $SO_2$ values at violating monitors is another important factor in determining the appropriate contributing areas and the appropriate extent of the nonattainment area boundary.  For this factor, EPA considered recent hourly meteorological data from the NWS site nearest to the violating monitor to determine which wind vectors were associated with 1-hour $SO_2$ exceedances.  For the Nassau Area, the meteorological data used in this analysis is for 2009-2011 from the Fernandina Beach site (ID # 997347-99999).  Figure 6 shows a map of the $SO_2$ monitor location, meteorological data location, and the major emissions sources in the area. The Fernandina Beach site is less that one kilometer northeast of the violating monitor. The primary $SO_2$ emissions sources nearby are the Rayonier Performance Fibers facility, located approximately one kilometer northwest from the violating monitor, and the Smurfit-Stone Container Corporation facility, located approximately 2.5 kilometer north-northeast from the violating monitor.

Figure 7 shows a wind rose of the hours exceeding the 1-hr $SO_2$ NAAQS (75 ppb) at the violating monitor.  The wind rose was developed using wind data from the Fernandina Beach site.

**Figure 7.  Wind Rose of 2009-2011 hours exceeding the 1-hr $SO_2$ NAAQS at the violating monitor.**



Figure 7 shows that the majority of the exceeding hours have winds blowing from the west-northwest direction with low to moderate wind speeds. As can be seen in Figure 6, the Rayonier Performance Fibers facility is located approximately 1 kilometer northwest of the monitor. No other major sources are located near the violating monitor in the west-northwest direction. Therefore, the Rayonier Performance Fibers facility is likely the major contributor to the violating monitor's design value.

FDEP performed an in-depth analysis of wind direction data to identify the wind directions associated with elevated $SO_2$ monitored concentrations. This information is provided in the "Meteorology" section of Appendix B of this TSD. The results of this analysis agree with EPA's analysis above which indicates that winds blow from the northwest during times of high $SO_2$ concentrations at the violating monitor. This analysis shows that the Rayonier Facility is upwind of the monitor and is the most likely contributor to the monitor's design value. Although we are not yet prepared to rely upon modeling for these initial designations based on monitored violations, this hypothesis was further evaluated by the State using dispersion modeling. See the discussion in the "Modeling Analysis" section for further information about the modeling.

### Geography/Topography (mountain ranges or other air basin boundaries)

Nassau County does not have any geographical or topographical barriers significantly limiting air-pollution transport within its air shed. Therefore, this factor did not play a significant role in determining the nonattainment boundary.

### Jurisdictional Boundaries

Once EPA identified the general areas that the Agency anticipated would be included in the nonattainment area, EPA then considered existing jurisdictional boundaries for the purposes of providing a clearly defined legal boundary and to help identify the areas appropriate for carrying out the air quality planning and enforcement functions for nonattainment areas. With regard to the 2010 $SO_2$ NAAQS, EPA has determined that the appropriate jurisdictional boundaries to be considered to include counties, air districts, pre-existing nonattainment areas, reservations, among any other information deemed relevant to establishing appropriate area designations and boundaries for the 1-hour $SO_2$ NAAQS.

No area in Nassau County has been or is currently designated nonattainment for a prior $SO_2$ NAAQS, so EPA had no boundary related to a previous nonattainment designation to consider for this area. Additionally, this area does not include Indian Country. Therefore, this factor did not play a significant role in determining the nonattainment boundary.

### Modeling Analysis for Nonattainment Area Boundaries

The violating monitor is located in the northeastern part of Nassau County, less than 1 kilometer to the southeast of the Rayonier Performance Fibers plant. The violating area associated with the primary source of $SO_2$ at this monitor is well within the county boundary. The State's recommended nonattainment boundary encompasses this violating monitor as informed by air dispersion modeling. Although EPA is not prepared at this time to rely upon modeling for the initial nonattainment designations based on monitoring, we note that the State's modeling-based boundary recommendation is

consistent with the boundary supported by the wind rose analysis discussed above.  See Appendix B of this document for modeling results for nonattainment area boundaries.  FDEP used air dispersion modeling to help delineate the boundary of the recommended nonattainment area.  In completing this modeling, the Department generally followed the guidance provided in the March 24, 2011, EPA memorandum, "Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards."

Specifically, the State's updated recommendation letter dated November 28, 2011, (in Appendix B) provides modeling results to inform a nonattainment area boundary for this area.  The AERMOD model results were used to determine the areal extent with which the Rayonier facility would be potentially violating the standard.  The recommended nonattainment area encompasses the receptors having modeled violations of the ambient standard associated with the Rayonier facility.  Florida used its model results in an exacting manner to describe the recommended nonattainment boundaries.  The nonattainment area is defined as the area where the model predicts that the $SO_2$ concentration (using the five-year average of the 4th high value as the metric) is greater than the ambient $SO_2$ standard.  A circular area is used to define the areal extent of the nonattainment area (see the discussion and figure below).

**Figure 8. Aerial photo with nonattainment area boundary.**



As indicated above, the November 28, 2011, Florida submittal recommends a nonattainment area boundary encompassing the area that, based upon air dispersion modeling, is experiencing violations of the $SO_2$ standard caused by the identified source.  The State's recommended nonattainment boundary is centered on the violating monitor and encompasses the area having a modeled violation of the ambient standard associated with the Rayonier facility.  The State's recommendation letter (in Appendix B) provides a circular boundary of the area recommended for nonattainment classification, with the center being the location of the violating ambient monitor and the radius being 2.4 kilometers.  Figure 8 illustrates an aerial photo of the modeled nonattainment area boundary.

*Other Relevant Information*

EPA did not receive additional information relevant to establishing a nonattainment area boundary for this Area.

<u>Conclusion</u>

After considering the factors described above, EPA finds that it is appropriate to agree with the State of Florida's partial boundary recommendation for the Nassau County Nonattainment Area.  EPA's conclusion is premised on that fact that the air quality monitor in Nassau County shows a violation of the 2010 $SO_2$ NAAQS, based on 2009-2011 air quality data.  Additionally, the boundary captures the violating monitor, the source contributing to the violation, and encompasses the appropriate initial area that does not meet (or that contributes to ambient air quality in a nearby area that does not meet) the 2010 $SO_2$ NAAQS.  Areas and sources that we are not yet prepared to conclude are contributing to the monitored violation are not included in this initial nonattainment area.  In a subsequent round of designations we will further address such areas and sources and make final designations decisions for areas that are not currently included in the nonattainment area designation addressed in this TSD.

## Appendix A

## Modeling Results Used to Inform Florida's Recommended Area Boundaries
### Hillsborough County Area Modeling Discussion (Appendix 2 of the 6/13/11 submittal)

**Meteorology**

A review of the monitoring data in relation to the wind direction at the time of maximum concentrations revealed that all recorded occurrences of $SO_2$ above the level of the standard (75 ppb) were associated with winds coming from the Mosaic Riverview facility.  The following aerial photo shows the direction of the Mosaic Riverview facility from the $SO_2$ monitor.  The distance from the primary $SO_2$ sources (three sulfuric acid plants) to the monitor is 1 kilometer, with the direction of the entire facility ranging from $295^o$ to $350^o$.  The following tables list each of the hours in which a concentration was greater than the ambient $SO_2$ standard (75 ppb) along with its associated wind direction.  The wind direction data come from the wind instrument located at the monitoring site (wind data from the nearby Simmons Park monitoring site are substituted when data at the Gibsonton site are missing).  The tables show that for some hours of high $SO_2$ concentration the wind appears to be coming from a direction of about $56^o$. There are no $SO_2$ sources from that direction, so the department reviewed the wind direction data for regional consistency. A review of these data shows that winds measured at other wind instruments in the area during these hours are consistent with a wind flow from the Mosaic Riverview facility.  The wind direction data from the nearby Simmons Park site, located to the south of the Gibsonton monitor, are shown as a truer representation of the winds during these hours.  Florida has not identified the reason why the Gibsonton wind instrument displays this behavior; however, it appears to be confined to the period from November 19, 2009, through February 17, 2010.  Both before and after this period, $SO_2$ concentrations remain near zero when the winds are out of this direction.



**SO$_2$ Concentration and Associated Wind Direction (2008) (for hours greater than 75 ppb)**

| Date | Time | SO$_2$ (ppb) | WD | Simmons WD* |
|---|---|---|---|---|
| 20080101 | 14:00 | 96 | - | 347 |
| 20080101 | 15:00 | 189 | - | 345 |
| 20080101 | 16:00 | 122 | - | 344 |
| 20080101 | 17:00 | 94 | - | 342 |
| 20080101 | 18:00 | 100 | - | 342 |
| 20080101 | 19:00 | 142 | - | 340 |
| 20080101 | 20:00 | 170 | - | 344 |
| 20080101 | 21:00 | 115 | - | 351 |
| 20080102 | 12:00 | 76 | - | 350 |
| 20080102 | 14:00 | 80 | - | 345 |
| 20080120 | 0:00 | 76 | 310 | |
| 20080227 | 15:00 | 86 | 297 | |
| 20080308 | 22:00 | 103 | 303 | |
| 20080324 | 15:00 | 75 | 302 | |
| 20080324 | 16:00 | 85 | 304 | |
| 20080324 | 17:00 | 90 | 306 | |
| 20080324 | 19:00 | 123 | 307 | |
| 20080324 | 20:00 | 129 | 300 | |
| 20080413 | 5:00 | 123 | 297 | |
| 20080414 | 18:00 | 104 | 294 | |
| 20080414 | 19:00 | 84 | 295 | |
| 20080414 | 20:00 | 102 | 295 | |
| 20080429 | 19:00 | 77 | 293 | |
| 20080812 | 18:00 | 99 | 317 | |
| 20080905 | 7:00 | 169 | 306 | |
| 20080905 | 8:00 | 128 | 306 | |
| 20080905 | 10:00 | 113 | 294 | |
| 20080914 | 16:00 | 76 | 308 | |
| 20081027 | 21:00 | 82 | 308 | |

*Substitute wind direction data from the Simmons Park (0570081) site.

**SO$_2$ Concentration and Associated Wind Direction (2009) (for hours greater than 75 ppb)**

| Date | Time | SO$_2$ (ppb) | WD | Simmons WD* |
|------|------|------|------|------|
| 20090220 | 2:00 | 134 | 306 | |
| 20090301 | 23:00 | 92 | 295 | |
| 20090302 | 0:00 | 99 | 299 | |
| 20090302 | 1:00 | 127 | 302 | |
| 20090302 | 2:00 | 126 | 303 | |
| 20090302 | 3:00 | 136 | 299 | |
| 20090302 | 4:00 | 112 | 302 | |
| 20090302 | 5:00 | 80 | 311 | |
| 20090302 | 20:00 | 89 | 298 | |
| 20090407 | 2:00 | 107 | 301 | |
| 20090407 | 7:00 | 87 | 298 | |
| 20090408 | 0:00 | 83 | 294 | |
| 20090408 | 1:00 | 104 | 297 | |
| 20090408 | 2:00 | 85 | 298 | |
| 20090511 | 20:00 | 80 | 291 | |
| 20091017 | 13:00 | 81 | 305 | |
| 20091017 | 16:00 | 76 | 308 | |
| 20091017 | 17:00 | 83 | 307 | |
| 20091024 | 21:00 | 97 | 305 | |
| 20091126 | 15:00 | 87 | 56 | 339 |
| 20091126 | 16:00 | 83 | 55 | 337 |
| 20091126 | 19:00 | 96 | 55 | 335 |
| 20091205 | 14:00 | 86 | 57 | 345 |
| 20091219 | 3:00 | 84 | 56 | 328 |
| 20091219 | 5:00 | 79 | 56 | 329 |
| 20091219 | 6:00 | 98 | 57 | 336 |
| 20091219 | 7:00 | 85 | 56 | 331 |
| 20091219 | 8:00 | 87 | 57 | 329 |
| 20091220 | 1:00 | 85 | 56 | 333 |
| 20091220 | 2:00 | 98 | 56 | 334 |
| 20091220 | 3:00 | 94 | 59 | 343 |
| 20091228 | 21:00 | 75 | 59 | 346 |

*Substitute wind direction data from the Simmons Park (0570081) site.

21

**$SO_2$ Concentration and Associated Wind Direction (2010) (for hours greater than 75 ppb)**

| Date | Time | $SO_2$(ppb) | WD | Simmons WD |
|------|------|-------------|-----|-----------|
| 20100105 | 11:00 | 85 | 57 | 350 |
| 20100106 | 11:00 | 76 | 57 | 347 |
| 20100131 | 1:00 | 87 | 55 | 343 |
| 20100212 | 20:00 | 78 | 54 | 342 |
| 20100212 | 21:00 | 104 | 53 | 343 |
| 20100216 | 4:00 | 104 | 54 | 346 |
| 20101015 | 14:00 | 76 | 313 | |
| 20101105 | 15:00 | 79 | 307 | |
| 20101201 | 4:00 | 89 | 309 | |
| 20101201 | 9:00 | 111 | 309 | |
| 20101201 | 10:00 | 76 | 315 | |
| 20101201 | 11:00 | 93 | 308 | |
| 20101201 | 12:00 | 86 | 306 | |
| 20101226 | 20:00 | 117 | 302 | |
| 20101226 | 21:00 | 107 | 307 | |
| 20101227 | 0:00 | 95 | 312 | |
| 20101227 | 1:00 | 113 | 305 | |
| 20101227 | 2:00 | 100 | 308 | |
| 20101227 | 3:00 | 119 | 306 | |
| 20101227 | 4:00 | 95 | 303 | |
| 20101227 | 5:00 | 75 | 308 | |

*Substitute wind direction data from the Simmons Park (0570081) site.

**Air Dispersion Modeling**

Florida used air dispersion modeling to help delineate the boundary of the State's recommended nonattainment area.  In completing this modeling, Florida generally followed the guidance provided in the March 24, 2011, EPA memorandum, "Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards."

a) Model Selection – The department used the AERMOD modeling system.
a. AERMOD ver11103
b. AERMAP ver11103
c. AERMET ver06341
d. AERSURFACE ver08009

b) Modeling Domain – The focus of the nonattainment designation is on the monitor having the violation.  As noted above, wind data at the monitoring site indicate that all of the monitored high concentrations (greater than the standard of 75 ppb) occur within a small wind direction sector that implicates the nearby Mosaic Riverview phosphate processing facility.  Modeling of this source alone suggests that the predicated concentrations at the location of the monitor are almost completely explained by this single source.  As a result, the modeling domain is centered on the Mosaic Riverview facility, which is located only 1000 meters from the monitoring location and the domain extends to a 15 by 15 kilometer area around this facility.

c) Determining the Sources to Model – Because the Mosaic Riverside facility is the overwhelming source of the monitored violation, it is the only source that Florida modeled for the purpose of informing the extent of the recommended nonattainment area.  Florida recognizes that other $SO_2$ sources in the multi-county area could interact with the Mosaic facility for certain wind directions.  Florida believes for the purpose of simply determining the initial area of nonattainment encompassing the violating monitor, it is sufficient to focus on the Mosaic Riverside facility.

d) Receptor Grid – The receptor grid follows EPA's March 2011 guidance:  a nested grid with 50 meter spacing within one kilometer of the source, 100 meter spacing from one to two kilometers, 250 meters from two to ten kilometers, and 500 kilometers outside of ten kilometers.

e) Source Inputs – Maximum allowable short-term limits on $SO_2$ emissions or potential-to-emit levels were used for all sources. Stack and emission information were obtained from the Florida's Air Resource Management System, Title V operating permits, and previous air construction permit applications.  These data were reviewed by Mosaic, resulting in changes in refinement of the inputs related to geographic location of buildings and stacks.  Where stack heights are less than good engineering practices (GEP), building downwash effects are included. No stacks at this facility exceed GEP limits. The ground surface characteristic of the area is rural as determined through land-use data consistent with the guidance.

f) Meteorological Data – Five years (2005-2009) of meteorological data from the National Weather Service site at Tampa International Airport were used in this analysis. These data were processed through AERMET version 06341. The Tampa airport is located approximately 20 kilometer from the Mosaic facility, also along Tampa Bay. These data are deemed representative of the area in which Mosaic Riverview is located.

g) Background Concentration – The background concentration at the Gibsonton monitor was determined based on the 99th percentile maximum daily 1-hour value on hours that were not impacted by the Mosaic Riverview facility.  A 90-degree sector of wind directions centered on the Mosaic facility was excluded from the calculation to avoid double counting.  The 99th percentile of the remaining concentrations associated with winds not from the direction of the Mosaic facility was calculated for each year and averaged.  Based on this calculation, the background concentration is 25.8 ppb.

**Modeling Results**
The AERMOD model results were used to determine the areal extent with which this facility would be potentially violating the standard.  The State's recommended nonattainment area encompasses the receptors having modeled violations of the ambient standard associated with the Mosaic Riverview facility.  A review of the modeled impact at the location of the monitor provides an indication of the general performance of the model in describing the $SO_2$ concentrations.  The table below compares the model results with those at the monitor.

| Year | Modeled Maximum at Monitor Location (ppb) | Actual 1st High Maximum 1 hour value at Monitor (ppb) | Modeled 4th High at Monitor Location (ppb) | Actual 4th High (99th Percentile) at Monitor (ppb) |
|---|---|---|---|---|
| 2005 | 163.0 | 151 | 133.5 | 135 |
| 2006 | 166.7 | 130 | 130.5 | 96 |
| 2007 | 163.3 | 143 | 137.6 | 126 |
| 2008 | 187.3 | 189 | 140.1 | 123 |
| 2009 | 153.7 | 136 | 130.1 | 104 |

These results indicate that the model is performing very well in replicating the $SO_2$ concentration at the monitoring location, and that the Mosaic Riverview facility explains virtually all of the elevated concentrations that occur at this monitor.  The design value concentrations in the area due to the Mosaic Riverview facility show that there are potentially higher concentrations in other locations.

The maximum modeled design values associated with the Mosaic facility for 2005-2009 are as follows.

| Year | Date (MMDDHH) | 4th High Concentration (ppb) |
|---|---|---|
| 2005 | 010411 | 506.7 |
| 2006 | 031211 | 494.8 |
| 2007 | 120811 | 486.7 |
| 2008 | 090110 | 462.6 |
| 2009 | 022617 | 442.1 |
| 5-Year Average | | 478.5 |

It should be noted that the location of the design value concentration is on the Mosaic plant property.  Because the model performance is very good, the department has used the model results in an exacting manner to describe the State's recommended nonattainment boundaries.  The State's recommended nonattainment area is defined as the area where the model predicts that the $SO_2$ concentration (using the five-year average of the 4th high value as the metric) is greater than the ambient $SO_2$ standard.  A polygon with six vertices is used to define the areal extent of the nonattainment area. The following aerial photo below shows the bounds of the area having modeled concentrations greater than the ambient air quality standard.  The annotated polygon (white line) outlines the State's recommended area for nonattainment classification.  The red shaded area outlines the modeled area greater than the ambient standard.  The whited-out area describes the property boundary of the Mosaic Riverview facility, with buildings and structures in blue.



**Appendix B**
**Nassau County Area Modeling Discussion (Appendix of the 11/28/11 submittal)**

**Meteorology**
A review of the monitoring data in relation to the wind direction at the time of maximum concentrations revealed that all monitored occurrences of $SO_2$ above the level of the standard (75 ppb) were associated with winds coming from the Rayonier facility.  The following aerial photo shows the direction of the Rayonier facility from the $SO_2$ monitor. The distance from the facility to the monitor is 1 kilometer, with the direction of the entire facility ranging from $290^o$ to $320^o$.  The following tables list all of the hours in which a concentration was greater than the ambient $SO_2$ standard (75 ppb) along with its associated wind direction.  The wind direction data come from the wind instrument located at the monitoring site. When the winds come from the direction of the nearby Rock Tenn pulp mill, the monitor typically registers single digit $SO_2$ concentrations with highest value in the upper 30's ppb.  It is clear that the Rayonier facility is contributing to the violation.



**SO$_2$ Concentration and Associated Wind Direction (2008) (for hours greater than 75 ppb)**

| Date | Time | SO$_2$ (ppb) | WD |
|------|------|--------------|-----|
| 20080113 | 21:00 | 100 | 321 |
| 20080114 | 1:00 | 79 | 321 |
| 20080114 | 7:00 | 78 | 324 |
| 20080127 | 21:00 | 93 | 325 |
| 20080210 | 1:00 | 98 | 316 |
| 20080413 | 22:00 | 82 | 292 |
| 20080512 | 22:00 | 86 | 332 |
| 20081212 | 17:00 | 85 | 321 |
| 20081212 | 19:00 | 146 | 325 |

**SO$_2$ Concentration and Associated Wind Direction (2009) (for hours greater than 75 ppb)**

| Date | Time | SO$_2$ (ppb) | WD |
|------|------|--------------|-----|
| 20090302 | 4:00 | 145 | 325 |
| 20090303 | 0:00 | 77 | 347 |
| 20090929 | 20:00 | 121 | 297 |

**SO$_2$ Concentration and Associated Wind Direction (2010) (for hours greater than 75 ppb)**

| Date | Time | SO$_2$(ppb) | WD |
|------|------|------|------|
| 20100106 | 20:00 | 106 | 291 |
| 20100106 | 23:00 | 76 | 301 |
| 20100109 | 23:00 | 253 | 287 |
| 20100110 | 0:00 | 134 | 323 |
| 20100110 | 20:00 | 105 | 330 |
| 20100111 | 0:00 | 79 | 334 |
| 20100111 | 5:00 | 152 | 315 |
| 20100111 | 6:00 | 80 | 297 |
| 20100111 | 7:00 | 216 | 284 |
| 20100111 | 8:00 | 105 | 316 |
| 20100112 | 17:00 | 143 | 295 |
| 20100112 | 18:00 | 345 | 295 |
| 20100112 | 19:00 | 121 | 322 |
| 20100127 | 2:00 | 81 | 325 |
| 20100203 | 4:00 | 76 | 321 |
| 20100213 | 18:00 | 289 | 294 |
| 20100213 | 19:00 | 320 | 290 |
| 20100213 | 20:00 | 344 | 288 |
| 20100214 | 1:00 | 102 | 314 |
| 20100214 | 3:00 | 145 | 276 |
| 20100214 | 9:00 | 86 | 289 |
| 20100215 | 23:00 | 93 | 297 |
| 20100216 | 0:00 | 176 | 294 |
| 20100216 | 3:00 | 201 | 291 |
| 20100216 | 4:00 | 190 | 294 |
| 20100216 | 5:00 | 88 | 300 |
| 20100216 | 6:00 | 121 | 295 |
| 20100216 | 7:00 | 135 | 295 |
| 20100216 | 22:00 | 124 | 293 |
| 20100217 | 3:00 | 132 | 301 |
| 20100314 | 0:00 | 186 | 321 |
| 20100315 | 1:00 | 84 | 296 |
| 20100315 | 23:00 | 80 | 294 |
| 20100316 | 1:00 | 81 | 289 |
| 20100316 | 4:00 | 78 | 330 |
| 20100318 | 7:00 | 85 | 330 |
| 20101007 | 5:00 | 111 | 323 |

**Air Dispersion Modeling**
Florida used air dispersion modeling to help delineate the boundary of the State's recommended nonattainment area.  In completing this modeling, Florida generally followed the guidance provided in the March 24, 2011, EPA memorandum, "Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards."

a) Model Selection – The department used the AERMOD modeling system.
a. AERMOD ver11103
b. AERMAP ver11103
c. AERMET ver11059
d. AERMINUTE ver11059
e. AERSURFACE ver08009

b) Modeling Domain – The focus of the nonattainment designation is on the monitor having the violation. As noted above, wind data at the monitoring site indicate that all of the monitored high concentrations (greater than the standard of 75 ppb) occur within a small wind direction sector that implicates the nearby Rayonier facility.  As a result, the modeling domain is centered on the Rayonier facility, which is located only 1 kilometer from the monitoring location and the domain extends to a 10 by 10 kilometer area around this facility.

c) Determining the Sources to Model – Because the Rayonier facility is the overwhelming source for the violation, this is the only source modeled for the purpose of determining the extent of the initial nonattainment area.

d) Receptor Grid – The receptor grid used follows the March 2011 EPA guidance.  A nested grid with 50 meter spacing within one kilometer of the source, 100 meter spacing from one to two kilometers, and 250 meters from two to ten kilometers.

e) Source Inputs – Maximum allowable short-term limits on $SO_2$ emissions or potential to emit levels were used for all sources. Stack and emission information were obtained from the department's Air Resource Management System, Title V operating permit, and previous air construction permit applications.  These data were reviewed by Rayonier to verify the correct geographic location of buildings and stacks.  Where stack heights are less than GEP, building downwash effects are included. No stacks at this facility exceed GEP limits.  The Rayonier facility is rural as determined through land-use data consistent with the guidance.

f) Meteorological Data – Five years (2006-2010) of meteorological data from the NWS site at Jacksonville International Airport were used in this analysis.  These data were processed through AERMET version 11059, using 1-minute data from the same site processed through AERMINUTE version 11059.  The Jacksonville airport is located approximately 28.5 kilometers to the south of the violating monitor.

g) Background concentration – The background concentration at the Fernandina Beach monitor was determined based on the 99th percentile maximum daily 1-hour value on hours that were not impacted by the Rayonier facility.  A 90-degree sector of wind directions centered on the Rayonier facility was

excluded from the calculation to avoid contribution from the Rayonier facility.  The 99th percentile of the remaining concentrations associated with winds not from the direction of the Rayonier facility were calculated for each year and averaged.  Based on this calculation, the background concentration is 26.0 ppb.

**Modeling Results**

The AERMOD model results were used to determine the areal extent to which this facility would be potentially violating the standard.  The State's recommended nonattainment area is centered on the violating monitor and encompasses the area having a modeled violation of the ambient standard associated with the Rayonier facility.

The maximum modeled design values associated with the Rayonier facility for the 2006 – 2010 are as follows.

| Year | Date (MMDDHH) | 4th High Concentration (ppb) |
|------|---------------|------------------------------|
| 2006 | 082909 | 230.7 |
| 2007 | 081709 | 267.0 |
| 2008 | 072214 | 274.7 |
| 2009 | 072812 | 276.6 |
| 2010 | 071812 | 284.5 |
| 5-Year Average | | 266.7 |

The aerial photo below shows the bounds of the area having modeled concentrations greater than the ambient air quality standard.  The red annotation circle outlines the area recommended for nonattainment classification, with the center being the location of the violating ambient monitor and the radius being 2.4 kilometers. Inside the shaded pink area outlines the modeled area greater than the ambient standard.

