IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


RHONDA WILLIAMS, a single
Person,

                                          CASE NO:
   Plaintiff,                8:14-cv-01748-MSS-TGW

Vs.

MOSAIC FERTILIZER, LLC, a
Delaware corporation doing
Business in Florida,

   Defendant.
_____/



CONTINUATION OF THE
THE VIDEOTAPED
DEPOSITION OF:          RHONDA WILLIAMS

   TAKEN:               Pursuant to Notice by
                         Counsel for Defendant

   PLACE:               Law Offices of Laureen Galeoto
                         100 South Ashley Drive
                         Suite 600
                         Tampa, Florida  33602

   DATE:                October 2, 2015

   TIME:                10:16 a.m.

   REPORTED BY:         Chere J. Barton
                         Notary Public
                         State of Florida at Large


_____

REGENCY REPORTING SERVICE, INC.
500 East Kennedy Boulevard
Suite 100-B
Tampa, Florida  33602
(813)224-0224

1   APPEARANCES:

2

3       DAVID B. WEINSTEIN, ESQUIRE
        RYAN T. HOPPER, ESQUIRE
        Greenberg Traurig, P.A.
4       101 East Kennedy Boulevard
        Suite 1900
5       Tampa, Florida  33602

6           Appeared for Defendant

7

8       LAUREEN GALEOTO, ESQUIRE
        Law Offices of Laureen Galeoto, PLLC
9       100 South Ashley Drive
        Suite 600
10      Tampa, Florida  33602

11          Appeared for Plaintiff

12

13

14

    VIDEOGRAPHER:  Rick Spector & Associates
15

16

17

18

19

20

21

22

23

24

25

1                           I N D E X

2                                                    Page

    EXAMINATION BY MR. WEINSTEIN              227
3
    EXAMINATION BY MS. GALEOTO                364
4
    ERRATA SHEET                             376
5
    CERTIFICATE OF REPORTER                  377
6
    CERTIFICATE OF OATH                      378
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        INDEX OF EXHIBITS

                                                         Page
 2
         Defendant's Exhibit No. 11                       228
 3       (Social Security Administration Security
          Income Payments Information)
 4
         Defendant's Exhibit No. 12                       230
 5       (Social Security Administration,
          Decision, 2/23/1995)
 6
         Defendant's Exhibit No. 13                       237
 7       (Social Security Administration,
          Decision, 3/21/05)
 8
         Defendant's Exhibit No. 14                       263
 9       (Understanding Supplemental Security Income
          Reporting Responsibilities - 2015 Edition)
10
         Defendant's Exhibit No. 15                       265
11       (Paul M. Deutsch Report, 2/6/15)

12       Defendant's Exhibit No. 16                       315
         (Picture from cell phone of
13        Medications - RETAINED BY COUNSEL)

14       Defendant's Exhibit No. 17                       349
         (Plaintiff's Amended Damages Disclosure
15        Pursuant to Rule 26(a)(1)

16       Defendant's Exhibit No. 18                       362
         (Copy of Thank You card)
17

18

19

20

21

22

23

24

25
```

1       The continued videotaped deposition, upon oral

2  examination, of RHONDA WILLIAMS, taken pursuant to

3  notice by counsel for Defendant, at the offices of

4  Greenberg Traurig, P.A., 101 East Kennedy Boulevard,

5  Suite 1900, Tampa, Florida, on October 2, 2015,

6  beginning at 10:16 a.m. before Chere J. Barton, Notary

7  Public, State of Florida at Large.

8       VIDEOGRAPHER:  This is the continuation of

9    the deposition of Rhonda Williams, Volume II.  It is

10   Friday, October 2nd, 2015.  The time is 10:16 in the

11   morning.  We're now on the record.

12       Thereupon,

13           RHONDA WILLIAMS,

14  Having been duly sworn to tell the truth, the whole

15  truth, and nothing but the truth, was examined and

16  deposed as follows:

17                EXAMINATION

18  BY MR. WEINSTEIN:

19   **Q.  Good morning, Ms. Williams.**

20   A.  Good morning.

21   **Q.  You remember the ground rules that we talked**

22  **about last time?**

23   A.  Yes, sir.

24   **Q.  I won't repeat them then.**

25       **Ms. Williams, how are you feeling this morning?**

1    A.   I'm here.  I don't feel too good, but I'm here.

2    **Q.   Tell me your pain level this morning.**

3    A.   About a ten.

4    **Q.   And how long has it been a ten, Ms. Williams?**

5    **A    All day.  It doesn't stop.  It's just constant**

6    **pain.**

7    **Q.   And you're always in pain, Ms. Williams?**

8    A.   Always.

9    **Q.   All right.  If anything occurs today that**

10   **interferes with your ability to answer my questions**

11   **accurately and truthfully, will you let me know, please?**

12   A.   Yes, sir.

13   **Q.   Ms. Williams, I want to start by talking about**

14   **Social Security benefits this morning.**

15   A.   Okay.

16        MR. WEINSTEIN:  Chere, this is our next

17   numbered --

18        COURT REPORTER:  No. 11.

19        MR. WEINSTEIN:  -- No. 11.

20   (The document was marked as Exhibit No. 11.)

21   **Q.   Ms. Williams, I hand you what's been marked as**

22   **Exhibit 11 and ask that you look at it, please.**

23        **Ms. Williams, this is a document that was**

24   **produced by your lawyers, and you can tell that by the**

25   **-- remember the Bate numbers we talked about last time**

on the bottom right?

    A   Yes, sir.

    Q.  And so let's -- you are receiving Social Security supplemental income benefits.  Right, ma'am?

    A   Yes, sir.

    Q.  And you've been receiving them since the early to mid 1990s?

    A.  I believe so.  Yes, sir.

    Q.  Has there ever been a time, Ms. Williams, since your original determination of eligibility, since you were deemed disabled, that you have not been receiving Social Security?

    A.  Say that again.

    Q.  Sure.  Was there ever a time when you were deemed ineligible for benefits?

    A.  Oh, no.  No.

    Q.  All right.  And so if I read this correctly, Ms. Williams, and I'm referring to the -- I guess the second page, it's got a number 53 at the bottom -- your -- at least in 2014 your monthly benefit was 721.  Am I correct in that?

    A.  Yes, sir.

    Q.  Is that the same today, ma'am?

    A   No, sir.  It's increased to 733.

    Q.  And, Ms. Williams, turn if you would, please

1    ma'am, to the page marked 59 at the bottom.  And I'll

2    just give you the last two numbers, there's zeros before

3    it.  Do you see that page, Ms. Williams?

4        A.  Yes, sir.

5        Q.  And in about the middle of the page it says for

6    the period 1/1/1990 to 12/2013 you received a total of

7    $120,578 in supplemental security income benefits.  Have

8    I read that correctly?

9        A.  Yes, sir.

10       Q.  And do you have any reason to believe that that's

11   not accurate, ma'am?

12       A   I believe it is.

13       Q.  And so in addition to the $120,578, you've

14   received benefits for all of 2014, right, ma'am --

15       A   Yes.

16       Q.  -- and then 2015 year-to-date?

17       A.  Yes.

18       Q.  Correct?  Okay.  Thank you, Ms. Williams.

19            MR. WEINSTEIN:  Chris --

20            MS. GALEOTO:  Does that have an exhibit

21   number?

22            MR. WEINSTEIN:  Yeah.  It's 11.

23            MS. GALEOTO:  Okay.

24            MR. WEINSTEIN:  And 12 is --

25        (The document was marked as Exhibit No. 12.)

Q.  (By Mr. Weinstein)  Ms. Williams, I hand you what
has been marked Exhibit No. 12, and I'd like you to look
at that for me, please, ma'am.  Ms. Williams, do you
recognize this?

A.  It has my name on it.

Q.  Ms. Williams, this is the decision I believe --
and we'll go over it and you'll tell me whether you have
any reason to disagree -- where you were originally
found to be eligible for Social Security benefits.

A.  Uh-huh.

Q.  And if you look at the very beginning, which says
jurisdiction --

A.  Uh-huh.

Q.  -- it says, this case is before the
Administrative Law Judge on a timely request for
hearing.  The claimant filed an application for
supplemental security income on June 30th, 1993 --

A.  Uh-huh.

Q.  -- (protective filing date), alleging an onset of
disability of December 29, 1992.  Have I read that
correctly?

A.  Yes.

Q.  What led you, Ms. Williams, to apply for these
kind of benefits?

A.  Like I had mentioned to you before, I was having

1    just illnesses and different medical problems that I was

2    going through.

3        Q.   And did you -- there's -- there -- let's see.

4    Turn the page, Ms. Williams, and it's the second page of

5    this exhibit.   There are explanations of those problems

6    that you just talked about?

7        A.   Uh-huh.

8        Q.   And did you go to some kind of a hearing for

9    these benefits, Ms. Williams?

10       A.   If I'm not mistaken -- I'm going back -- when I

11   went to Mr. Tucker, they approved me for without going

12   to a hearing.   And then when I received the -- how --

13   when I received the favorable decision from that because

14   I was receiving money from my mother because she had

15   passed, I wasn't eligible to get this; so then I had to

16   wait, I believe, until the money from my mother ran out

17   to reapply again, if that makes any sense.

18       Q.   Okay.  That's helpful.  Thank you.

19            All right.  There is a -- the third paragraph on

20   the second page, Ms. Williams, starts with "the evidence

21   of record..."  Do you see where I'm referring?

22       A.   Yes, sir.

23       Q.   Okay.  And it says, the evidence of record shows

24   the status-post motor vehicle accident in April 1992,

25   claimant had complaints of residual pain in her neck,

1   back, right arm, right hand, right foot, facial pain,

2   headaches and trouble sleeping.  Have I read that

3   correctly?

4      A.  Yes, sir.

5      Q.  And all of those -- all the complaints that you

6   related to the Social Security Administration, were they

7   all true at the time, ma'am?

8      A.  Back then, yes.

9      Q.  Okay.  And it refers in two sentences later to a

10  Dr. Michael Waslik?

11     A.  Uh-huh.

12     Q.  Who's Dr. Waslik?

13     A.  He was a doctor that I saw back then.

14     Q.  Okay.  And he's an orthopedic doctor.  Right,

15  ma'am?

16     A.  Yes.

17     Q.  Okay.  And following a little further down

18  there's the sentence that says, the medical evidence

19  shoes that claimant suffers from bilateral -- I won't

20  try and pronounce it -- joint syndrome with

21  manifestations of headaches and facial pain,

22  endometriosis, irritable bowel syndrome and an increased

23  SED rate.  Have I read that correctly?

24     A.  Yes, sir.

25     Q.  And were all of those -- all of those conditions

1    that you were suffering at the time?

2        A.   At that time, yes.

3        Q.   Okay.  The following sentence, Ms. Williams,

4    says, on January 25th, 1995, claimant's treating sources

5    indicated in a treating/examining source statement of

6    physical capability that the claimant was unable to

7    perform sedentary exertion due to myofascial pain

8    syndrome and an abnormal SED rate.  Have I read that

9    correctly?

10       A.   Yes, sir.

11       Q.   And did you suffer from myofascial pain syndrome?

12       A.   Back then, yes.

13       Q.   Were you treated for -- by any other doctor other

14   than Dr. Waslik at the time for these symptoms?

15       A.   I don't believe so.

16       Q.   Now, if you'll turn the page, Ms. Williams, the

17   next page, which is labeled page three at the top starts

18   with the medical evidence.  Do you see the section that

19   I'm referring to?

20       A.   Yes, sir.

21       Q.   Okay.  Thank you, ma'am.  Okay.  The sentence

22   says, the medical evidence shows that the claimant also

23   suffers from major depression for which she undergoes

24   biweekly individual psychotherapy sessions for

25   manifestations of irritability, social withdrawal, a

1   lack of self-confidence, significant preoccupation with

2   physical integrity and feelings of being misunderstood

3   and mistreated.  Have I read that accurately?

4      A.  Yes, sir.

5      Q.  Was all of that true at the time?

6      A   At the time, yes.

7      Q.  And, Ms. Williams, you still have depression-

8   related issues, don't you?

9      A.  I -- yes.

10     Q.  Read the rest of that paragraph just to yourself,

11  if you wouldn't mind, Ms. Williams, and if you wouldn't

12  mind letting me know when you're done.

13     A.  Just the first paragraph?

14     Q.  Yes, ma'am.

15     A.  Okay.

16     Q.  Just in the interest of time, Ms. Williams, so I

17  don't have to take you through each sentence, is there

18  anything in that paragraph that's untrue?

19     A.  Not that I know of, no.

20     Q.  So let's go to the next paragraph, Ms. Williams.

21  There's a sentence that begins -- I think it's the third

22  sentence that begins with "in fact."  Do you see the

23  sentence to which I refer?

24     A.  Yes, sir.

25     Q.  Okay.  It says, in fact, when considering the

1    severity of the claimant's pain and other symptoms in

2    accordance with the guidelines set forth in -- and

3    there's some legal citations -- it is clear that the

4    claimant is unable to perform past relevant work and any

5    jobs that exist in significant numbers in the national

6    economy.  Have I read that correctly?

7        A.  Yes.

8        Q.  Okay.  And you were -- is it true, Ms. Williams,

9    that you were -- had very severe pain at the time?

10       A.  I did, but it cleared up eventually.

11       Q.  When is the last time, Ms. Williams, that you had

12   a month without pain?

13       A.  I can't even recall.

14       Q.  Okay.  Would it be fair to say then you don't --

15   you can't even recall when you had a week without pain?

16       A.  No.  Probably years without pain.

17       Q.  Okay.  And you can't recall a day without pain?

18       A.  No.

19       Q.  Okay.  All right.  Turn to page four, if you

20   would.  And here is the section -- and I'll read the

21   first sentence, after careful consideration of the

22   entire record, the Administrative Law Judge makes the

23   following findings.  Do you see that sentence?

24       A.  Yes, sir.

25       Q.  An Administrator Law Judge, you understand, is a

1    federal social security judge.  Right, ma'am?

2        A.  (Nods head.)

3        Q.  Okay.  Now, if you'll go to the third paragraph,

4    Ms. Williams, it states, the medical evidence

5    establishes that the claimant has severe myofascial pain

6    syndrome, bilateral TMJ syndrome, irritable bowel

7    syndrome, an increased SED rate, endometriosis and major

8    depression.  Have I read all those correctly?

9        A.  Yes, sir.

10       Q.  Was all that true at the time?

11       A   Yes, it was.

12       Q.  In paragraph four, Ms. Williams, it says, the

13   claimant's subjective complaints of pain and other

14   symptoms are credible and consistent with the medical

15   evidence of record.  Have I read that correctly?

16       A.  Yes.

17       Q.  And was that true at the time?

18       A   Yes, it was.

19       Q.  Okay.  Thank you, Ms. Williams.

20           (The document was marked as Exhibit No. 13.)

21       Q.  This is Exhibit No. 13, Ms. Williams, another

22   Social Security exhibit.  And this one's got your name

23   on it as well.  Right, ma'am?

24       A.  Yes, sir.

25       Q.  Okay.  And the date of this, Ms. Williams, to

1    orient everyone is March 25th, 2005.  Is that right?

2        A    Yes, sir.

3        Q.   Okay.  And can you tell us, Ms. Williams, you

4    know, what led to, you know, another Social Security

5    determination of your -- of your disability benefits?

6        A.   From what I understand, they reevaluate you every

7    so many years, so I believe this was the reevaluation

8    point.

9        Q.   Okay.  And directing your attention, if I may,

10   Ms. Williams, to a section on the first page, just

11   almost at the top, it says "Our Decision."  And under

12   that it says, we find your disability began on 9/1/96

13   and continues.  Have I read that correctly?

14       A.   Yes.

15       Q.   Okay.  And is that accurate, Ms. Williams?

16       A    If they put it in there, I assume so.

17       Q.   Okay.  Now, Ms. Williams, turning to the third

18   page of this exhibit, at the top, ma'am, it says

19   Disability Hearing Officer's Decision in capital letters

20   at the top left.

21       A.   Okay.

22       Q.   Do you see that?  And it says -- it says under

23   that, hearing date, 3/12/05.  Do you recall -- and I

24   don't expect you to recall the date ten years ago, Ms.

25   Williams, but do you recall going to a hearing on these

1    benefits?

2       A.  Yes.

3       Q.  Okay.  And who represented you at that hearing?

4       A.  Myself.

5       Q.  You just went by yourself?

6       A.  Uh-huh.

7       Q.  Okay.

8       A.  Well, someone drove me.

9       Q.  Okay.  And was there an Administrative Law Judge

10   there?

11      A.  I'm not certain.  I know there was a person

12   there.  It was like an office setting, so I don't know

13   what their title was.

14      Q.  Okay, but a federal official of some kind?

15      A.  Yes.

16      Q.  And, Ms. Williams, again everything that you --

17   that you told that federal official was the truth at the

18   time?

19      A   Yes.

20      Q.  If you would please turn the page, ma'am, to what

21   is -- I don't see a page number, but -- let me see if I

22   can get you -- I don't see Bate numbers either, but --

23               MS. GALEOTO:  I have them.

24               MR. WEINSTEIN:  Oh, I'm sorry.

25      Q.  It's 75 at the bottom right.  I missed it.  My

1  apologies.  Do you see this page?  Yes, that's it.

2  Thank you.  All right.  And at the top it says,

3  following is a summary of claimant's testimony.  You're

4  the claimant, Ms. Williams.  Right?

5      A.  Yes.

6      Q.  Okay.  And the first sentence says, "Claimant

7  testified that she still has myofascial pain syndrome

8  and the pain is worse since the CPD (comparison point

9  decision).  Have I read that correctly?

10      A.  Yes, sir.

11      Q.  And that was the truth at the time.  Right,

12  ma'am?

13      A   Yes.

14      Q.  Okay.  And she still has TMJ all of the time.

15  Have I read that correctly?

16      A.  Yes.

17      Q.  And that was the truth?

18      A.  Yes.

19      Q.  Okay.  She has aches and pains all over her body

20  all of the time and they are very severe.  Have I read

21  that correctly?

22      A.  Yes.

23      Q.  And that was the truth?

24      A.  At that time, yes.

25      Q.  Okay.  She gets severe headaches 2-3 times a

1   week.  Have I read that correctly?

2       A.  Yes.

3       Q.  And is that the truth?

4       A.  Yes.

5       Q.  She still has endometriosis and facial pain.

6   Have I read that correctly?

7       A.  That's what it says, yes.

8       Q.  And that was the truth.  Right, ma'am?

9       A   Then?

10      Q.  Yes.

11      A.  Yes.

12      Q.  At the time you gave this testimony?

13      A   Yes.  Okay.  Got you.

14      Q.  Okay.  She has about 4 good days a month.  Is

15   that the truth?

16      A   Yes.

17      Q.  She has an irritable bowel syndrome and

18   constantly has diarrhea or constipation, and it has not

19   been possible for the doctors to stabilize this

20   condition.  Is that the truth?

21      A   Yes.

22      Q.  Okay.  She stays inside all of the time because

23   she is allergic to a number of substances outside that

24   cause asthma flare-ups.  Was that the truth?

25      A.  Yes.

1    Q.  Her hypertension has been high, she still has

2    GERD, and her white blood cell count is low.  Was that

3    the truth at the time?

4    A.  Yes.

5    Q.  She has been told to stay away from people since

6    her white blood count is low.  She has a poor immune

7    system and can get sick very easily.  Was that truthful

8    testimony at the time?

9    A   Yes.

10   Q.  She lives alone, but a friend comes over to do

11   all the household chores for her because she is not able

12   to do any of them.  Is that the truth?

13   A   Yes.

14   Q.  Half the time she sleeps if she is able to do so,

15   but it is hard to sleep with her pains.  Is that

16   truthful testimony?

17   A.  Yes.

18   Q.  It's hard for her to focus or read or watch TV --

19   I think that's a typographical error, Ms. Williams --

20   but it says "sand" doesn't really do much of these

21   activities.  I think that means to say "so she doesn't

22   do much of these activities."  Was that true, you didn't

23   do much of those things --

24   A.  Yes.

25   Q.  -- many of those things, I should say?  Pardon

1   me.

2       A.   Yes.

3       Q.   She stays home all of the time and can't sit at

4   church very long and doesn't always go to church.   That

5   was truthful.   Right, ma'am?

6       A.   Yes.

7       Q.   She rarely drives, perhaps four times a month,

8   and usually gets someone to drive her if she has to go

9   some place.   That was true.   Right, Ms. Williams?

10      A.   Yes.

11      Q.   She's able to walk slowly and walk only for a

12  short distance.   Truthful.   Right, Ms. Williams?

13      A.   Yes.

14      Q.   She's able to stand for only a few minutes and

15  has to shift when she sits.   Is that --

16      A.   Yes.

17      Q.   Okay.   And that's still true today.   Right?

18      A    Amen.

19      Q.   It's hard for her to lift even a gallon of juice.

20  Is that true?

21      A.   Yes.

22      Q.   Okay.   Is that true today?

23      A.   Yes.

24      Q.   It's hard for her to reach with her right arm.

25  True at the time?

1    A    At the time.

2    Q.   True today?

3    A.   I can reach with my right arm.

4    Q.   So that's a little better?  Huh?

5    A.   Yeah.

6    Q.   Okay.  Her grip is not real good in her hands,

7    and her hands ache.  Is that true at the time?

8    A    Yes.

9    Q.   Is it true today?

10   A.   Yes.

11   Q.   In general she has trouble with all types of

12   physical activities due to her pains.  That was true at

13   the time, Mrs. Williams.  Correct, Ms. Williams?  I'm

14   sorry.

15   A.   Yes, sir.

16   Q.   And it's true today.  Right, ma'am?

17   A    Yes.

18   Q.   Regarding mental limitations she has trouble with

19   concentration due to her pain.  That was truthful.

20   Right, ma'am?

21   A.   Yes, sir.

22   Q.   And it's true today?

23   A.   Yes.

24   Q.   She is depressed because of her physical pains.

25   That was true at the time.  Right?

1    A.  Yes.

2    Q.  And it's true today?

3    A.  Yes.

4    Q.  She is able to get along with others okay.  That

5    was truthful?

6    A.  Yes.

7    Q.  And it's still truthful?  You get along fine with

8    folks.  Right?  Pretty much?

9    A.  At times.  Pretty much.

10    Q.  Okay.  She started working as a computer engineer

11    in 1990 but was able to do this for only six months

12    before she got sick.  We talked about that last time.

13    Right, Ms. Williams?

14    A.  Right.  I think the '90 is wrong because I don't

15    think I graduated until like '91, but yeah.

16    Q.  Okay.  So the date may be wrong --

17    A.  Right.

18    Q.  -- but the facts are accurate?

19    A.  Got you.

20    Q.  Am I right?  I'm sorry.

21    A.  Yes, sir.

22    Q.  Okay.  She is on several medications for all of

23    her impairments and takes Vicodin twice a day for pain.

24    Was that true at the time?

25    A.  Yes.

1    Q.   And you can't take pain killers anymore.   Right?

2    A.   No, sir.

3    Q.   But it's -- okay -- otherwise true except you

4    can't take painkillers today?

5    A.   I took it back then.

6    Q.   Right.

7    A.   Right.  Right.  Yes, sir.

8    Q.   She would not be able to work with all of her

9    pains, and Vicodin would severely affect her mental

10   alertness.  Was that true at the time?

11   A.   Yes.

12   Q.   And today the pain part of that is still true.

13   Right?

14   A    Yes, sir.

15   Q.   Okay.  She went to vocational rehab about a year

16   ago, but they said it wouldn't -- they wouldn't -- they

17   weren't able to help her.  Is that --

18   A.   Yes, sir.

19   Q.   -- accurate?

20   A.   Yes.

21   Q.   All right.  I think I may have missed one, Ms.

22   Williams.  Let's see.  There's a sentence about in the

23   middle of that long paragraph, Ms. Williams, that says,

24   she is able to walk slowly and walks for only a short

25   distance.  Is that true today?

1    A.  Pretty much, yes.  Yes.

2    Q.  Now, if you'll turn the page, this page has a

3    Bate number of -- well, it says Findings of Fact and

4    Analysis of the Evidence.  Do you see that page?

5    A.  Yes.

6         MR. WEINSTEIN:  For the record, that's

7    WILLIAMS_76 -- a series of zeros and then 76,

8    please.

9    Q.  (By Mr. Weinstein)  Directing your attention, Ms.

10   Williams, to the paragraph that begins, current medical

11   evidence shows.  Do you see that paragraph?

12   A.  Yes, sir.

13   Q.  Okay.  And the sentence says, current medical

14   evidence shows in records of Dr. Desai.  Dr. Desai was

15   one of your doctors.  Right, ma'am?

16   A.  Yes.

17   Q.  Okay, of 10/5/04 that the claimant had diagnoses

18   of fibromyalgia, irritable bowel syndrome, GERD,

19   hypertension, allergic rhinitis and -- I've written over

20   the top of that -- otitis externa.  Have I read that

21   correctly?

22   A.  Yes.

23   Q.  And were all of those true at the time?

24   A.  Yes.

25   Q.  And are they true today, ma'am?

1    A.   I have no clue what the otitis externa is.

2    Q.   Other than that are they true?

3    A.   Yes.

4    Q.   Okay.  And then a couple of sentences down it

5    talks about another doctor, a Dr. Hughes.  And the

6    sentence begins, physical examination.  Do you see that

7    sentence?

8    A.   Yes, sir.

9    Q.   Okay.  And was Dr. Hughes another one of your

10   treating physicians at the time, Ms. Williams?

11   A.   I assume so.  I can't even remember.  I've seen

12   so many of them I don't -- I'm not sure of the name.

13   Q.   You have no reason to believe that he was not.

14   Is that fair?

15   A    Yes, sir.

16   Q.   Okay.  And the sentence, Ms. Williams, reads,

17   physical examination of Dr. Hughes of 8/11/04 indicated

18   that the claimant, in other words you, had diagnoses of

19   chronic asthma, irritable bowel syndrome, chronic

20   fatigue syndrome and a history of anemia, endometriosis,

21   hypertension and fibromyalgia.  Have I read that

22   correctly?

23   A.   Yes, sir.

24   Q.   Okay.  And was that true at the time, Ms.

25   Williams?

1    A.  Yes.

2    Q.  **And is it true today?**

3    A.  Yes, sir.

4    Q.  **Okay.**

5        THE WITNESS:  There's something in here.  I

6    don't know what it is because my eyes keep tearing

7    up.

8        MR. WEINSTEIN:  Sure.  Off the record,

9    please.  Take your time, Ms. Williams.

10       VIDEOGRAPHER:  It's 10:44.  We're going off

11   record.

12       (There was a break in the proceedings.)

13       VIDEOGRAPHER:  It's 10:52.  We're back on

14   the record.

15   **Q.  (By Mr. Weinstein)  Ms. Williams, we just took a**

16   **break for a couple of minutes because something was**

17   **bothering you in the room here.  Right?**

18   A.  Yes, sir.

19   **Q.  Okay.  And you think it might be a pesticide of**

20   **some kind?**

21   A.  It smells like Raid.

22   **Q.  Okay.  And, again, Ms. Williams, you're very**

23   **sensitive to any kind of odors.  Is that right?**

24   A.  Yes, sir.

25   **Q.  All right.  If we may go back, ma'am, to the page**

1   that we were talking about before where it says Findings

2   of Fact and Analysis of Evidence, do you see the page

3   again?

4       A.  Yes, sir.

5       Q.  Okay.  And, Ms. Williams, there's a -- the second

6   to the last paragraph from the bottom starts, testimony

7   of the claimant.  Do you see that section?

8       A.  Yes, sir.

9       Q.  And it says, testimony of the claimant and

10  observations of the hearing officer were consistent with

11  records in the file.  Have I read that correctly?

12      A.  Yes, sir.

13      Q.  The next sentence says, the claimant, and again

14  that's you, Ms. Williams.  Right?

15      A.  Yes, sir.

16      Q.  The claimant stated that she still has severe

17  pains all over her body as a result of fibromyalgia or

18  myofascial pain syndrome.  Let me stop there.  Did you

19  testify, Ms. Williams, that you still have severe pains

20  all over your body at that hearing?

21      A.  Yes.

22      Q.  And did you -- and that was truthful.  Right,

23  ma'am?

24      A.  At the time, yes, sir.

25      Q.  Okay.  And it's truthful today, you have pains

1    all over your body?

2        A.  Different pain -- yes, but pains from different

3    things.  Yes.

4        Q.  Do different parts of your body hurt today, Ms.

5    Williams?

6        A.  My whole body hurts, but I guess what I'm saying

7    is pain years ago -- just say, for instance, if it was

8    in my foot was from my accident, where maybe pains in my

9    arm may have been from something else.  That's what I

10   mean, but I still have pain.

11       Q.  Okay.  And continuing on in that sentence, did

12   you testify that you still have allergic rhinitis during

13   that hearing?

14       A.  Yes, sir.

15       Q.  And still a low white blood cell count?

16       A.  At that time, yes.

17       Q.  Okay.  And still hypertension?

18       A.  Yes.

19       Q.  And still an irritable bowel syndrome?

20       A.  Yes.

21       Q.  Still GERD?

22       A.  Yes.

23       Q.  Still depression?

24       A.  Yes.  Are you talking about on this?

25       Q.  Yes.

1    A.  Oh, yes, sir.

2    **Q.  Okay.  And then the phrase that ends the**

3    **sentence, Ms. Williams, says, there has not been any**

4    **improvement in her condition since the CPD (see**

5    **testimony of claimant).  Have I read that correctly?**

6    A.  Yes, at that time.  Yes.

7    **Q.  Okay.  And it was true at the time?**

8    A.  Yes.

9    **Q.  And I note on looking at -- closer to the top of**

10   **the page that CPD apparently means comparison point**

11   **decision.**

12   A.  Right.

13   **Q.  And what was that, Ms. Williams?**

14   A.  Sir, I have no clue.

15   **Q.  You just don't recall?**

16   A.  I have no clue what that means, no, sir.

17   **Q.  Okay.  The next sentence, Ms. Williams, says, at**

18   **the hearing the hearing officer noted that the claimant**

19   **was in pain and had difficulty moving about and walked**

20   **slowly and somewhat stiffly.  Okay.  Was that true at**

21   **the time?**

22   A.  Yes.

23   **Q.  And is it true today?**

24   A.  Not related to this.

25   **Q.  Well, this, Ms. Williams, was when?  Let's take a**

1    look at the date again.  This is March 25th, 2005,

2    referring you to the first page.  Right, ma'am?

3        A   Yes, sir.

4        Q.  Okay.  So that was -- your accident, ma'am, was

5    in 1992.  Right?

6        A.  Yes, sir.

7        Q.  So is it your testimony, Ms. Williams, that the

8    pain you were experiencing in 2005 was a result of an

9    accident that occurred 13 years earlier?

10       A.  Not necessarily.

11       Q.  Ms. Williams, continuing in that paragraph it

12   states, she appeared a little depressed although she was

13   able to relate satisfactorily.  Were you a little

14   depressed at that hearing?

15       A.  I'm sure I was.

16       Q.  And that depression continues today?

17       A.  Not that depression, no.

18       Q.  Different depression?

19       A.  Yes.

20       Q.  Explain the difference to me.

21       A.  Well, that depression of years ago was being

22   depressed because I guess at that time I was hurting at

23   that particular moment.  My depression today is feeling

24   like I'm locked in a prison in my body not being able to

25   breathe, function, just enjoy life the way I want to, so

1    it's two totally separate depressions.

2        Q.  At this time, Ms. Williams, in 2005 were you able

3    to enjoy life the way you wanted to?

4        A.  Much better than I am now, yes.  Definitely.

5        Q.  So your condition was much better in 2005 than

6    today?

7        A.  I believe so, yes.

8        Q.  The next paragraph, Ms. Williams, begins with, an

9    evaluation of the evidence.  Do you see that paragraph?

10       A.  Yes.

11       Q.  Okay.  Was there anyone else at that hearing

12   besides you and the federal official?

13       A   Not that I know of.

14       Q.  And so to the best of your knowledge, Ms.

15   Williams, no one -- the only evidence presented was

16   evidence that you provided.  Right?

17       A.  No.  I didn't provide any evidence to them.  They

18   just had the records, I guess, from -- if I'm not -- if

19   I'm getting this correctly, this was an evaluation of

20   previous records, and they were just going over them to

21   see if what the previous decision was stood, if that

22   made any sense.  So I didn't present any like records or

23   anything; it's like I'm talking to you.

24       Q.  Okay.  But they had -- they had medical records?

25       A.  I'm sure, yes.

1      Q.   Okay.   Because otherwise they wouldn't have had

2  any way to refer to these physicians --

3      A.   Right.

4      Q.   -- that we talked about, Dr. Desai, right, or Dr.

5  Hughes, so they must have had some medical records.

6  Right, ma'am?

7      A    Right.

8      Q.   And then directing your attention, Ms. Williams,

9  to the second paragraph from the end of the page that we

10  just talked about, that paragraph begins with "testimony

11  of the claimant."

12      A.   Uh-huh.

13      Q.   Okay.   So, again, you gave some testimony at that

14  hearing?

15      A    Yes.

16      Q.   All right.   So this last paragraph says, an

17  evaluation of the evidence establishes that the claimant

18  has a history of fibromyalgia, myofascial pain syndrome,

19  chronic fatigue syndrome, irritable bowel syndrome,

20  GERD, allergic rhinitis, a low white blood cell count,

21  hypertension, depression and anxiety.   Have I read that

22  correctly?

23      A.   Yes.

24      Q.   Was your testimony regarding each of those

25  conditions true at the time?

1    A.  Yes, it was.

2    Q.  Okay.  And do you suffer from those conditions

3  today?

4    A.  I believe so, yes.

5    Q.  The next sentence, Ms. Williams, says, she

6  suffers from severe pains, and considering the medical

7  evidence as well as claimant's presentation at the

8  hearing, the claimant would have severe physical

9  limitations.  Was that truthful testimony at the time?

10   A   Yes.

11   Q.  And is it true today?

12   A.  Relating back to 2005, yes.

13   Q.  And you suffer from severe pain today?  We've

14  talked about that --

15   A.  But a different pain, yes, sir.

16   Q.  I understand.  And begin -- okay.  Let me start

17  again with that.

18       If you'll turn the page, Ms. Williams, there's a

19  sentence, and it's the last sentence of the paragraph

20  that says, her depression and anxiety as a result of her

21  physical problems would impose moderate limitations in

22  the ability to maintain attention and concentration for

23  extended periods of time and moderate limitations in the

24  ability to complete a normal work day and work week

25  without interruptions from psychologically based

1    symptoms.  Have I read that correctly?

2        A.  Yes, sir.

3        Q.  Okay.  Was that truthful testimony at the time?

4        A   Yes, it was.

5        Q.  Okay.  And does that describe your general

6    psychological condition today?

7        A.  Not necessarily, no.

8        Q.  Okay.  What's different?

9        A.  My faith is different, so I just look at things a

10   little different.

11       Q.  You still have problems -- or issues, I should

12   say, pardon me, with depression and anxiety today?

13       A.  Somewhat, yes.

14       Q.  Ms. Williams, let me direct your attention back

15   to the first page of this exhibit, if I may.  And the

16   very last -- I'm sorry, take your time.  The very first

17   page.

18       A.  Okay.

19       Q.  And the last sentence of that very first page

20   says, since the ALJ, and that stands for Administrative

21   Law Judge --

22       A.  Yes.

23       Q.  -- Ms. Williams, since the ALJ will review all

24   the facts in your case, it is important that you give us

25   any new facts as soon as you can.  Have I read that

1    correctly?

2        A    Yes, sir.

3        Q.    Have you ever notified the Administrative Law

4    Judge of any new facts after this 2005 hearing?

5        A.    No.

6        Q.    Have you ever notified anyone else at the Social

7    Security Administration of any new facts after the 2005

8    hearing?

9        A.    No.

10       Q.    Ms. Williams, how is your pain different today

11   than it was in 2005?

12       A.    Like I had told you from before, the pain that I

13   had from -- like just say if I had hurt my foot from a

14   car accident or a soft tissue injury -- excuse me --

15   has healed itself, but my pain today is just a different

16   pain.

17       Q.    Okay.  I understand, and I know it may be a

18   little difficult to describe it.  Tell us what parts of

19   your body hurt today that didn't hurt in 2005.

20       A.    My whole body hurts, so I can't -- I can't say

21   that my arm hurts today and it didn't hurt in 2005.

22   That was, what, ten years ago, but my whole body hurts;

23   but it's just a different pain.  I can't -- I'm trying

24   to -- how to explain it --

25       Q.    Is there anything you can -- I'm sorry.  Is there

1    **anything you can tell us?**

2    A.  What, about pain or --

3    **Q.  Yeah.**

4         MR. WEINSTEIN:  Read back the question,

5    Chere.

6    (The previous question was read by the reporter.)

7    A.  My whole body hurts, but I guess -- how do I want

8    to explain it?  It's kind of like if you stump your toe

9    and it hurts, it's like your foot hurts; but then you

10   might twist your ankle but your foot hurts, but it's

11   still a foot pain.  Does that make sense?

12   **Q.  But it's fair to say then, Ms. Williams, that,**

13   **you know, you've been in pain for a long time.  Right,**

14   **ma'am?**

15   A.  Yes.

16   **Q.  And you don't get any -- you haven't gotten any**

17   **relief?**

18   A.  No, because I can't take pain medicine now.

19   **Q.  And this is not something that just occurred**

20   **yesterday or the day before; you've been in pain for**

21   **years.  Right, ma'am?**

22   A.  But it's a different pain.  It's kind of like --

23   like I said, when I had a car accident, just say for

24   instance the pain -- just say if I had a back injury,

25   maybe after two or three months that pain subsided and

1    it healed itself.  But then I might, I don't know, maybe

2    bend the wrong way -- I'm just using that as an example

3    -- and then have a pain.  So, again, I'm always in pain,

4    but the pain from 2005 differs from --

5        **Q.   Right.  Got you.  But you don't think you were in**

6    **pain in 2005 from your 1992 auto accident, do you,**

7    **ma'am?**

8        **A    I can't say I was, and I can't say I wasn't.**

9        **Q.   All right.  So between 1992 and the accident in**

10   **2005 you were in pain essentially the whole time and**

11   **can't tell us whether or not you were -- whether that**

12   **pain came from the accident or didn't come from the**

13   **accident?**

14       A.   Right, because from that time to now there are

15   other illnesses that I've developed, so where I thought

16   maybe the pain might have been coming from the accident,

17   it could have been coming from my kidneys were

18   dehydrated and that's why I was having back pain as

19   opposed to actual pain from a strained back or with my

20   anemia being low with my bones hurting, so the pain is

21   there.  It's pain, but the source is different.

22       **Q.   Okay.  Ms. Williams, as you sit here today, do**

23   **you -- and you've told us, and I understand your pain**

24   **level is at ten.  Right, ma'am?**

25       A.   Yes, sir.

1    Q.  And you hurt all over?

2    A.  All over.

3    Q.  Okay.  And do you know why, Ms. Williams, what

4    the cause of that pain is?

5            MS. GALEOTO:  Objection.

6    A.  If I --

7    Q.  You can answer, ma'am.

8    A.  If I did, I'd make a pill and swallow it.

9    Q.  Okay.  And so that's -- that's a shorthand way of

10   saying you don't know why?

11   A.  We don't know -- I don't know the definite

12   source.  If I did, I'd cure myself.

13   Q.  All right.  And it's also fair to say, Ms.

14   Williams, that you go to a number of different doctors.

15   Right, ma'am?

16   A.  Specialists, yes.

17   Q.  On a regular basis?  Right, Ms. Williams?

18   A.  Yes.

19   Q.  And they don't know what the source of the pain

20   is either.  Right?

21           MS. GALEOTO:  Objection.

22   Q.  You may answer, Ms. Williams.

23   A.  I can't say what they feel it is or isn't.

24   Q.  Okay.  Has any of your doctors that you're

25   currently being treated by, Ms. Williams, told you in

1    **2015 that they know why your whole body hurts?**

2              MS. GALEOTO:  Objection to form.

3         A.   They know -- how do I want to say this -- they

4    know the condition that I have that's causing the pain,

5    but specifically why it is they don't know.  I'll put it

6    that way.

7         **Q.   All right.  And by condition do you refer to the**

8    **G6PD, ma'am?**

9         A.   Not just that.  Like one of my doctors, they said

10   my CPK, which is the inflammation of my muscles --

11        **Q.   Yes, ma'am.**

12        A.   -- are inflamed, and because of that it causes

13   severe pain, and they're trying to get to the source of

14   where the pain is coming from.

15        **Q.   Okay.  And then that pain that we're just talking**

16   **about in the muscles, is that fibromyalgia?**

17        A.   Not that I know of.  I'm not sure what it is.

18   They just said it's an inflammation of my muscles.  Now,

19   whether that comes from fibromyalgia I'm not certain.

20        **Q.   And we see -- it's okay, Ms. Williams.  We see**

21   **through the medical records and through your Social**

22   **Security Administration testimony lots of references to**

23   **fibromyalgia.  And understanding, Ms. Williams, you're**

24   **not a doctor, tell me what your understanding -- just**

25   **your personal understanding what fibromyalgia is.**

1          MS. GALEOTO:  Objection.

2     A.  My personal understanding is just that it's joint

3    pain.  It's pain all over your body that no X-ray can

4    find it, I guess, but a doctor can diagnose it.  That's

5    just my interpretation.

6          COURT REPORTER:  14.

7          MR. WEINSTEIN:  14.

8          (The document was marked as Exhibit No. 14.)

9     Q.  (By Mr. Weinstein)  Ms. Williams, I hand you what

10   has been marked as 14, which for the record is a

11   document entitled Understanding Supplemental Security

12   Income Reporting Responsibilities --

13    A.  Uh-huh.

14    Q.  -- 2015 Edition.  At the bottom right it bears

15   today's date, October 2nd, 2015.  The bottom left bears

16   the URL for the Social Security Administration website.

17    A.  Okay.

18    Q.  And, Ms. Williams, we started our discussion

19   about Social Security with I'm looking at your records

20   which show that you've gotten well over $100,000 in

21   benefits.  Do you recall that discussion?

22    A.  Yes.

23    Q.  Okay.  And you understand, do you not, that with

24   accepting those benefits you have certain obligations to

25   the government?

1    A.  Yes.

2    Q.  Right, ma'am?  And one of those obligations is

3    that you're required to report any of the changes that

4    are listed on this document to the Social Security

5    Administration.  Right, ma'am?

6    A.  That's what this says, yes.

7    Q.  Okay.  You don't have any reason to believe that

8    this Social Security document is not accurate, do you,

9    ma'am?

10    A   Oh, no.

11    Q.  Okay.  And, again, Ms. Williams, I just want to

12    make sure -- well, you haven't reported any changes to

13    Social Security with respect to your medical conditions

14    since you were first deemed eligible.  Right, ma'am?

15    A   Right.

16    Q.  Okay.  Thank you.

17    And, Ms. Williams, isn't it a fact that

18    everything that you've told the Social Security

19    Administration in your testimony and otherwise is

20    truthful?  You've always told the truth.  Right, ma'am?

21    A   Yes.

22    Q.  And you haven't said anything to Social Security,

23    testified to anything, or submitted any records that are

24    misleading.  Right, ma'am?

25    A.  No, sir.

1    Q.   Okay.  And you haven't withheld any important

2  information from the Social Security Administration.

3  Right, ma'am?

4    A.  Yes, sir.

5              THE WITNESS:  Can I use the restroom?

6              MS. GALEOTO:  She wants to use the

7  restroom.

8              MR. WEINSTEIN:  Off the record.

9              VIDEOGRAPHER:  It's 11:12.  We're going off

10  record.

11          (There was a break in the proceedings.)

12              VIDEOGRAPHER:  It's 11:22.  We're back on

13  record.

14        (The document was marked as Exhibit No. 15.)

15              MR. WEINSTEIN:  How much time are you

16  showing, please?

17              VIDEOGRAPHER:  We've run just shy of 48

18  minutes, so we have about two hours, 27 minutes

19  left.

20              MR. WEINSTEIN:  Okay.  Thank you.

21              VIDEOGRAPHER:  You're welcome.

22    Q.  (By Mr. Weinstein)  Do you recognize No. 15?

23    A.  Yes.

24    Q.  What do you recognize it to be?

25    A.  It says Paul M. Deutsch & Associates, P.A., and

1    it says a date of evaluation, date -- excuse me --

2    report initiated.

3        Q.  Ms. Williams, is Dr. -- I may be pronouncing it

4    wrong, but does he pronounce it Dr. Deutsch or is it Dr.

5    Deutsch?

6        A.  I think Deutsch.

7        Q.  Okay.  I wasn't quite sure, but thank you.

8            All right.  Who is Dr. Deutsch?

9        A.  He's someone that I went to see for a evaluation.

10       Q.  And who referred you to Dr. Deutsch?

11       A.  My attorneys.

12       Q.  And you went to see him in November of 2014?

13       A.  Yes.

14       Q.  How much time did you spend with him, ma'am?

15       A.  A day.

16       Q.  A full day?

17       A.  Yes.

18       Q.  And is everything that you told Dr. Deutsch --

19   was it all truthful at the time, ma'am?

20       A   Yes, sir.

21       Q.  All right.  Let's start with demo -- we're just

22   going to go, not through the entire report, Ms.

23   Williams, but some of it.  Let's start with the

24   demographic information, if we may.  Ms. Williams, I

25   note that Dr. Deutsch records your height as five foot,

six.  Is that right?

A.  Yes.

Q.  And your weight as 260.  Is that correct?

A.  That's what he said, yes.

Q.  And is that -- what is your weight approximately today, ma'am?

A   Yesterday I went to the doctor it was 266.

Q.  Okay.  And then, Ms. Williams, have your -- have your doctors told you you should lose weight?

A.  Yes, they have.

Q.  And are you trying to lose weight, ma'am?

A   Yes, I am, but they also told me that the medications that they have me on for breathing is causing the weight gain as well.

Q.  Okay.  I understand.

And you understand, do you not Ms. Williams, that being overweight isn't good for your health either. Right?

A   I know, but being sick isn't either.

Q.  Neither of them are good?

A   No.

Q.  Okay.  Now, at the last -- last sort of entry, if you will, of the demographic information paragraph that we were just looking at, it says date of onset, 1/1/98. Do you see that, ma'am?

1    A.   Yes.

2    Q.   And is that accurate?

3    A.   I'm not certain.

4    Q.   Do you know where that date came from, ma'am?

5    A.   I don't know.   I could have given it to them, I

6    don't know, sir, or he could have gotten it from a

7    medical record.   I'm not certain.

8    Q.   Okay.   Does that sound about right to you?

9    A    I'm not sure.

10   Q.   Okay.   Well, when do you think you got sick, Ms.

11   Williams?

12   A.   I've been sick for years, so to put a specific

13   year on it I can't recall right now.

14   Q.   Okay.   You would agree with me, would you not,

15   that you were sick at the time you got social -- you

16   applied for and were awarded Social Security benefits?

17   A.   Of course, because they wouldn't give it to me

18   unless I was sick.

19   Q.   Okay.   So it's at least that long.   Right, ma'am?

20   A.   Yes, sir.

21   Q.   Okay.   Now, directing your attention, Ms.

22   Williams, to the last sentence of the page, it says, I

23   remember in 2004 I had been on SSDI based upon a

24   combination of depression and a wide range of other

25   problems.   Have I read that accurately?

1    A.  Yes.

2    Q.  And is that truthful?

3    A.  Yes.

4    Q.  They drew blood and found I had leukopenia.

5    What's that?

6    A.  From what I understand it's a decrease in your,

7    I think, white blood cell, I believe it is.

8    Q.  And do you have leukopenia today, ma'am?

9    A.  I'm not certain.  I haven't looked at my blood

10   work, so I don't know.

11   Q.  Well, when is the last time you had blood work

12   done?

13   A.  What's today?

14   Q.  It's October 2nd.  Friday, October 2nd.

15   A.  Last month -- I give blood every month once a

16   month.  September something -- whenever I was at Dr.

17   Robinson's.

18   Q.  Okay.  Some time last month?

19   A   Yes.

20   Q.  Okay.  Do you recall when is the last time

21   anybody told you you had leukopenia?

22   A.  No, sir.

23   Q.  And let's turn to the next page, Ms. Williams.

24   The next sentence says, she was finally diagnosed with

25   asthma by Dr. Siegal at USF in the 1990s.  Is that

1    right?

2        A.  Yes, sir.

3        Q.  Now, Ms. Williams, do you contend that emissions

4    from the Mosaic plant caused your asthma?

5        A.  I believe so.

6        Q.  It's your position that emissions from the plant

7    caused that asthma?

8        A.  I believe so, yes.

9        Q.  Okay.  A little further down it says, I have been

10   in liver failure and kidney failure.  Do you see that

11   sentence?

12       A.  Yes.

13       Q.  Okay.  When were you in liver failure, ma'am?

14       A.  When I meant liver failure I meant having

15   problems with my liver, not like necessarily my liver

16   failed, if I said that incorrectly.

17       Q.  Okay.  And tell me briefly about the problems

18   with your liver.

19       A.  I'm always showing -- I think it's the AST -- I'm

20   always high, from what I understand, with one of my

21   liver enzymes.  It's not functioning properly.

22       Q.  Okay.  So it's not liver failure, but instead

23   there's an enzyme that's not normal?

24       A   Liver malfunction, we'll put it that way.

25       Q.  Okay.  But the liver malfunction, just so we

1    understand, Ms. Williams, is an enzyme that's out of

2    range?

3        A.   I can't necessarily -- if it's an enzyme or -- I

4    don't know anything about the liver; all I know is the

5    liver is not functioning properly.  Now, what components

6    of that it is, I have no clue.

7        Q.   Okay.  And then further along in that sentence it

8    says, and kidney failure.  Can you tell us about your

9    kidney failure?

10       A.   I'm just having kidney issues again, so maybe

11   failure is not the proper word.  But like right now I'm

12   having problems with my kidneys.

13       Q.   Okay.

14       A.   I'm suffering from dehydration from them, and

15   they're trying to figure out why.  Constantly

16   dehydrated.

17       Q.   Okay.  The next sentence says, I failed three

18   stress tests.  Can you -- can you tell me who

19   administered the tests that were -- that you failed?

20       A.   If you look on my medical records I know some of

21   that is Tampa General, I think, and Dr. Singh's office

22   in Brandon Hospital.  You have to check my medical

23   records for the exact.

24       Q.   Okay.  And you had a cardiac catheterization

25   done?

1    A.   Yes.

2    Q.   Okay.  And what was the reason for that?

3    A.   Because -- because I kept failing the stress

4    tests they thought I may have had blockage or damage in

5    my heart.

6    Q.   Okay.  What were the results of the test?  Were

7    they normal or abnormal?

8    A.   They came back that I didn't have any blockage.

9    Q.   Did not?

10   A.   Yes.

11   Q.   Okay.  And then it says they can't do anesthesia

12   on me.  Ms. Williams, is it your understanding that you

13   can't have any anesthesia?

14   A.   Most anesthesia I can't have.

15   Q.   And why is that?

16   A.   Because of the disorder that I have that's

17   contraindicated for my body.

18   Q.   And is that because of the G6PD?

19   A.   Possibly, yes.

20   Q.   Ms. Williams, do you contend that the -- that

21   emissions from the Mosaic plant caused your G6PD?

22   A.   Yes, sir, I believe so.

23   Q.   Okay.

24   A.   I believe it to be activated.

25   Q.   Explain that to me.

1    A.   Okay.   Because it's part of my, I guess, genes or

2    DNA, they say many people have the gene or the trait but

3    not many people develop the disorder; but certain

4    factors can cause the disorder to be triggered, and I

5    believe Mosaic has caused mine to be triggered.

6    **Q.   Okay.   The next sentence says, they later found**

7    **polyps in my stomach, which were biopsied and negative.**

8    **Do you contend that the emissions from the Mosaic plant**

9    **had anything to do with the polyps in your stomach?**

10   A.   Possibly.

11   **Q.   And what do you base that on?**

12   A.   Because from what I understand only five percent

13   of people in the world actually have polyps in their

14   stomach, and for me to have that it's a very rare

15   occurrence.

16   **Q.   Okay.   I understand that, but what links it in**

17   **your mind to the Mosaic plant?**

18        MS. GALEOTO:   Objection to the extent

19   you're asking for a medical opinion.

20   **Q.   Just what's your understanding of why you**

21   **think --**

22   A.   Well, my understanding is this:   From what I

23   understand, Mosaic emits sulphur dioxide or certain

24   things with sulphur in it, and because of the G6PD

25   condition that I have, it's kind of like Kryptonite to

1  Superman.  So I believe -- this is just my opinion --

2  that certain polyps, nodules, tumors and different

3  things that are starting to manifest in my body are

4  coming from the radioactive things that they're emitting

5  in the air and water.

6  **Q.  Okay.  And do you have any tests that confirm**

7  **that?**

8          MS. GALEOTO:  Objection.

9  A.  Any tests to confirm what?

10  **Q.  That there's some relationship between -- let's**

11  **go back -- any relationship between the Mosaic plant and**

12  **your G6PD?**

13          MS. GALEOTO:  Objection.

14  A.  Well, I know since they do the sulphur dioxide,

15  that's contraindicated to my body, so --

16  **Q.  Okay.  Who --**

17  A.  Maybe I'll do a study and see.

18  **Q.  Ms. Williams, this is Exhibit 6 from your**

19  **deposition, and this is one of the pamphlets we talked**

20  **about last time.  Do you recall that?**

21  A.  May I see it, sir?

22  **Q.  Yes, absolutely.**

23  A.  Okay.

24  **Q.  And on page two it's got a list of**

25  **contraindicated substances for G6PD deficient patients?**

1    A.  Yes, sir.

2    **Q.  Okay.  And do you see sulphur dioxide on that**

3    **page?**

4    A.  Sulphur dioxide is not a medicine, is it?

5    **Q.  No, ma'am.**

6    A.  Okay.  Well, then it wouldn't be on here; these

7    are medications.

8    **Q.  What's the title of the page, ma'am?**

9    A.  Of what page, sir?

10   **Q.  The one we're just looking at?**

11   A.  Okay.  What do you mean what's the title?

12   **Q.  It starts Contraindicated.**

13   A.  Uh-huh.

14   **Q.  Read the rest of the title.**

15   A.  It says Substances for G6PD Deficient Patients.

16   **Q.  Okay.  And is it your contention, ma'am, that**

17   **everything on here is a medicine?**

18   A.  The ones at the bottom are.  Is that what you're

19   talking about?

20   **Q.  No.  I'm saying that this page is labeled**

21   **Contraindicated Substances, not contraindicated**

22   **medicines.  Isn't that right?**

23   A.  Right.  But it also says see the G6PD.org for

24   more information, so the bottom half after where it says

25   a rich diet are medications.  And it has -- like the

1    first one says avoid moth balls and those things, so

2    it's a combination of medications and other substances;

3    but then it says to look for more extensive on the G6PD

4    site.

5       Q.  But, ma'am, on this page that you're looking

6    at --

7       A.  Yes, sir.

8       Q.  -- isn't it true that sulphur dioxide is not

9    listed?

10      A   But, again, it's not a medication --

11      Q.  Right.

12      A.  -- but, yes -- but, no, it's not listed on this

13   particular form.

14      Q.  Let's go to page one of this exhibit, please.

15   Okay.  On the bottom right there's a section of bullets

16   at the bottom that -- under a heading that says, the

17   symptoms of severe hemolytic anemia include.  Do you see

18   that section?

19      A.  Yes.

20      Q.  Do you have pale or yellowed skin?

21      A.  Do I or have I?

22      Q.  Well, let's -- we'll take it -- that's fair

23   enough, Ms. Williams.  Let's take it both ways.  Do you?

24      A.  I've had.

25      Q.  Well, let's start today and then I'll -- I'll ask

1   you first do you, and then I'll ask you have you so we

2   cover both.

3       A   Well, what I'm saying, does my skin look yellow

4   to you because I can't see myself in the mirror.  You

5   know, I'm not trying to be funny, but --

6       Q.  No, ma'am, it doesn't to me, but I'm not an

7   expert on your skin tone.

8       A.  But like my hands are yellow, so I'm just saying,

9   so --

10      Q.  Okay.  Has any doctor diagnosed you with pale or

11  yellow skin?

12      A.  Yes.

13      Q.  And who was that?

14      A.  Sir, you have to look through my medical records.

15  I have no clue.  I can't say offhand who diagnosed and

16  what day.

17      Q.  Okay.  Do you have pale or yellow nails?

18      A.  Not today, but I'm sure I've had.  Well, actually

19  it's yellow right there.  Do you want to see?

20      Q.  Do you have pale or yellow underside of eyelids?

21      A.  I can't see them.  I don't know.

22      Q.  Have you had pale or --

23      A.  I'm sure I've had.

24      Q.  Okay.  You've had shortness of breath.  Right,

25  ma'am?

1    A.  Yes, ma'am -- sir.

2    **Q.  Have you had an irregular heartbeat?**

3    A.  Yes.

4    **Q.  Do you have an irregular heartbeat today?**

5    A.  Yes.

6    **Q.  Do you have tea or dark-colored urine?**

7    A.  Yes.

8    **Q.  Do you have weakness or exhaustion?**

9    A.  Yes.

10   **Q.  Do you have dizziness?**

11   A.  Yes.

12   **Q.  Do you have abdominal or back pain?**

13   A.  Yes, Lord.

14   **Q.  And do you have fever?**

15   A.  Not today, but I haven't taken my temperature

16   either, so --

17   **Q.  And, Ms. Williams, let's go back through the**

18   **list.  How long have you had pale or yellow skin, nails**

19   **or underside of eyelids?**

20   A.  Sir, I have no clue.

21   **Q.  You don't recall how long you've had them?**

22   A.  No.

23   **Q.  Okay.  How long have you had shortness of breath?**

24   A.  It's been a while -- you mean like today or --

25   **Q.  No.  As a general condition, overall condition?**

1      A.  It's been a long time.

2      Q.  Years?

3      A.  Years.

4      Q.  And how long have you had irregular heartbeat?

5      A.  Years.

6      Q.  Same question on the urine.

7      A.  Yes, years.

8      Q.  Years?  Weakness or exhaustion, dizziness.

9  Years?

10     A.  Yes, Lord.  Yes.

11     Q.  Okay.  Abdominal or back pain.  Years?

12     A.  Yes, years.

13     Q.  And fever?

14     A   I don't think a keep a constant fever, no.

15     Q.  Okay.  I want to go back, if we may, to the

16  Deutsch report.  You can set that one exhibit aside.

17  There we go.  Thank you.

18         And we're on page two of Dr. Deutsch.  It says,

19  I've been told I have cirrhosis of the liver.  Who told

20  you you had cirrhosis of the liver?

21     A.  When I -- I believe it was Dr. John Delgado.

22  That was a gastrologist I saw.

23     Q.  Okay.  And are you suffering from cirrhosis of

24  the liver now?

25     A.  Not that I know of, no.

1    Q.   Okay.  And we talked about -- the last sentence

2    of that paragraph says, she has suffered a number of

3    localized allergic reactions with skin rash and hives

4    secondary to insect bites.  We talked last time, Ms.

5    Williams, about your allergies.  Are they about the same

6    today as they were during the first part of your

7    deposition?

8    A.   In what way are you --

9    Q.   They haven't gotten any better?

10   A    No, sir.

11   Q.   Have they gotten any worse?

12   A.   Today, yes.

13   Q.   Today they're bad?

14   A    Yes.

15   Q.   Ms. Williams, are your allergies worse today than

16   they normally are?

17   A.   It depends on the environment.  Like today it

18   smells like Raid in here, so that's why I'm having some

19   issues as well.

20   Q.   Okay.  It's pesticide that was sprayed in this

21   room you think?

22   A.   It smells like it to me, yes, sir.

23   Q.   All right.  Then in the second paragraph, which

24   begins with Rhonda states, the second sentence says, she

25   has COPD, liver failure, anemia, bronchial asthma,

1   allergies, chronic fatigue syndrome, fibromyalgia, HBP,

2   sleep apnea, nodules on right thyroid and right adrenal

3   gland, a hernia, hypoglycemia, IBS and a history of

4   colitis.  Have I paraphrased that accurately?

5       A.  Yes.  And like I said, the liver failure -- we'll

6   just say liver malfunction.

7       Q.  Okay.  Understood.  All the rest of those

8   conditions -- well, was that all accurate at the time

9   that you gave this information to Dr. Deutsch?

10      A.  Excuse me.  Yes, sir.

11      Q.  Okay.  Her history also includes shingles, TMJ,

12  an ovarian syndrome, fibroid and kidney issues, plus the

13  GP6 -- G6PD deficiency.  Did I summarize that

14  accurately?

15      A.  Yes, sir.

16      Q.  And are all those conditions accurate at the time

17  you provided it to Dr. Deutsch?

18      A.  Yes.

19      Q.  And you suffer from all of those today?

20      A.  Yes, sir.

21      Q.  Let's turn to page three, the next page.

22      A.  What did you say, sir?

23      Q.  Page three.  I'm sorry, Ms. Williams.  Right in

24  the middle it says Chief Complaints.  Do you see that

25  page.

1    A.  Yes.

2    Q.  All right, on my copy anyway labeled Deutsch 3 --

3    00003.

4    A.  Okay.

5    Q.  All right.  Let's go down these -- do you see the

6    list of diagnoses with the bullets right here?

7    A.  Yes, sir.

8    Q.  Okay.  Let's go down each one of those.

9        COPD, are you suffering from it currently?

10    A.  From what I understand, yes, sir.

11    Q.  Okay.  And do you contend that your COPD was

12    caused by Mosaic?

13    A.  I believe so, yes, sir.

14    Q.  And are you suffering from anemia?

15    A.  Yes, sir.

16    Q.  Okay.  And do you contend that your anemia was

17    caused by Mosaic?

18    A.  Yes, sir.

19    Q.  And you're suffering from bronchial asthma?

20    A.  Yes, sir.

21    Q.  Okay.  And do you contend your bronchial asthma

22    was caused by Mosaic?

23    A.  Yes, sir.

24    Q.  And you're suffering from allergies?

25    A.  Yes, sir.

1    Q.   And do you contend that the allergies were caused

2    by Mosaic?

3    A.   Yes, sir.

4    Q.   And you're suffering from chronic fatigue

5    syndrome?

6    A.   Yes, sir.

7    Q.   And do you contend that the chronic fatigue was

8    caused by Mosaic?

9    A.   Yes, sir.

10    Q.   Are you suffering from fibromyalgia?

11    A.   Yes, sir.

12    Q.   And do you contend that that was caused by

13    Mosaic?

14    A.   Yes, sir.

15    Q.   Are you stuffing from hypertension?

16    A.   Yes, sir.

17    Q.   And do you contend the hypertension was caused by

18    Mosaic?

19    A.   Yes, sir.

20    Q.   Are you suffering from severe hypoglycemia?

21    A.   Yes, sir.

22    Q.   And do you contend that was caused by Mosaic?

23    A.   Yes, sir.

24    Q.   Are you suffering from TMJ?

25    A.   Sometimes; not every day.

1  Q. Okay. And do you contend the TMJ was caused by

2 Mosaic?

3  A. I don't think so.

4  Q. Polycystic ovarian syndrome, do you suffer from

5 that, ma'am?

6  A. Yes.

7  Q. And do you contend that was caused by Mosaic?

8  A. Possibly.

9  Q. Fibroid and kidney issues, do you suffer from

10 those?

11  A. Yes.

12  Q. And do you contend they were caused by Mosaic?

13  A. Possibly the kidney issues and not necessarily

14 the fibroids.

15  Q. Irritable bowel syndrome, do you suffer from

16 that?

17  A. Yes, sir.

18  Q. Do you contend that was caused by Mosaic?

19  A. Possibly.

20  Q. And when you say possibly you're not sure one way

21 or the other?

22  A. With the irritable bowel, no, because that's just

23 -- you know, it could be related and it could not.

24  Q. All right. Current Disability, as we move down

25 the page, if we may, ma'am. It says breathing is my

1    number one problem.  Was that accurate at the time?

2        A.  Yes, Lord.  And accurate today, yes.

3        Q.  Okay.  And I have a lot of problems controlling

4    my glucose.  Accurate at the time?

5        A.  Yes, sir.

6        Q.  Accurate today?

7        A   Yes.

8        Q.  Okay.  Do you contend your problem controlling

9    your glucose was caused by Mosaic?

10       A.  I believe so, yes, because of my disorder that I

11   believe from their plant activated it.  Yes.

12       Q.  You believe that controlling glucose is from your

13   G6PD?

14       A.  Yes, because it's glucose -- you know, whatever,

15   whatever.  Yeah.

16       Q.  Okay.  It says, I have difficulty with movement,

17   and I have a lot of pain.  I have pain all over my body.

18   Do you see where it says that?

19       A.  Yes, sir.

20       Q.  Do you contend that the pain all over your body

21   was caused by Mosaic?

22       A.  Yes.

23       Q.  My right foot is numb.  Do you contend that your

24   right foot is numb because of Mosaic?

25       A.  Yes.

Q.   I have tingling in my right foot, pain in my left hip and pain in my neck.  Do you contend that the tingling in your right foot was caused by Mosaic?

A.   Yes, sir.

Q.   Do you contend the pain in your left hip was caused by Mosaic?

A.   Yes.

Q.   Do you contend the pain in your neck was caused by Mosaic?

A.   Yes, sir.

Q.   It says, my chest hurts.  Do you contend that that was caused by Mosaic?

A.   Yes.

Q.   I've experienced generalized stiffness and fatigue.  The generalized stiffness, do you contend that was caused by Mosaic?

A.   Yes.

Q.   And the fatigue, do you contend that was caused by Mosaic?

A.   Yes.

Q.   Okay.  The next paragraph, Ms. Williams, says the lowest level of pain that you experience in 24 hours is an 8.  Is that still the case?

A.   Yes, sir.

Q.   And, again, you contend that because of Mosaic.

1    Right?

2        A.   Yes.

3        Q.   The last sentence of the page, Ms. Williams, says

4    she is allergic to many fruits and vegetables, and green

5    vegetables make her significantly bloated.

6        A.   Yes.

7        Q.   And do you contend that your allergy to many

8    fruits was caused by Mosaic?

9        A.   Yes, sir.

10       Q.   And your allergy to vegetables was caused by

11   Mosaic?

12       A.   Yes.

13       Q.   Turn the page, Ms. Williams, to page number four.

14   There's a sentence that says, she was diagnosed with the

15   following on these dates, although she had suffered from

16   issues relating to these diagnoses for a long time.

17   Have I read that right?

18       A.   Yes, sir.

19       Q.   What is the first -- what's the first condition?

20   Explain that to me.

21       A.   From what I understand, I'm not a doctor, it was

22   just showing -- that's when -- excuse me.  That's when I

23   was having problems with leukopenia, and they did a bone

24   marrow biopsy, and that's what they said I had.

25       Q.   Okay.  Do you contend that your myelodysplastic

1    syndrome was caused by Mosaic?

2        A.   Well, they found out that I didn't have it, but

3    at the time they said I did, so I'm uncertain with that,

4    sir.

5        Q.   Okay.   Liver failure -- now we'll call that liver

6    problems --

7        A.   Right.

8        Q.   -- or liver -- what did you --

9        A.   Malfunction.

10       Q.   Malfunction.   Okay.   So the liver malfunction,

11   you contend that was caused by Mosaic.   Right?

12       A.   Yes, sir.

13       Q.   Okay.   We talked about G6PD.   Right?

14       A.   Yes.

15       Q.   The hiatal hernia, do you contend that was caused

16   by Mosaic?

17       A.   It's possible.

18       Q.   Okay.   You're not sure one way or the other?

19       A.   Well, I'm not sure what a hiatal hernia comes

20   from; I just know I have one.

21       Q.   Okay.   And if you have one you think it's

22   possible it was caused by Mosaic?

23       A.   It's possible.

24       Q.   Why do you think that, by the way, ma'am?

25       A.   I'm not certain, sir, because like I said, I'm

1    not a doctor, so I don't even know how a hiatal hernia

2    is formed, so --

3        Q.  How about shingles, do you contend that they were

4    caused by Mosaic?

5        A.  I believe so.

6        Q.  Okay.  Colitis?

7        A.  Possibly, yes.

8        Q.  Okay.  Peripheral neuropathy, do you contend that

9    was caused by Mosaic?

10       A.  Yes.

11       Q.  Venous insufficiency, what's that, ma'am?

12       A.  I explained to you last time, I have on these

13   compression stockings.  It's that the veins in my -- and

14   arteries in my legs were closing, so I think it's

15   insufficient blood flow to the lower extremities of your

16   body.

17       Q.  Are you wearing those stockings today?

18       A.  Yes.

19       Q.  Okay.  And do you contend that that venous

20   insufficiency was caused by Mosaic?

21       A.  Yes, sir.

22       Q.  Hyperthyroidism, Ms. Williams, do you contend

23   that was caused by Mosaic?

24       A.  I believe so, yes.

25       Q.  And possible insulinoma?

1    A.   That's been ruled out, so I don't have that.

2    **Q.   Okay.  All right.  It says because of the**

3    **fibromyalgia, just continuing down -- she's using a TENS**

4    **unit and massage weekly.  Are you still doing that?**

5    A.   Yes, with a massage.  It's like part of my

6    physical therapy that I go to.

7    **Q.   In the list of conditions at the top of the page**

8    **that we just went over starting with the myelodysplastic**

9    **syndrome and ending in the insulinoma, tell me, are**

10   **there any of those conditions that a doctor has told**

11   **you, Ms. Williams, that was caused by Mosaic?**

12                MS. GALEOTO:  Objection.

13   A.   The G6PD.  The hernia, like I told you, I'm not

14   sure.  The shingles from what I understand that's a

15   virus of having chicken pox in your body, but it also

16   can be activated when your immune system is low or

17   you're in a stressed environment.

18   **Q.   And I understand you're not a doctor, Ms.**

19   **Williams, and I'm not -- I'm really not asking you for a**

20   **medical opinion, but what I'm asking you as a factual**

21   **matter --**

22   A.   Right.

23   **Q.   -- is whether or not one -- let's start with a**

24   **yes or no.  I'll make it -- I can go faster that way --**

25   **whether or not any of your doctors have told you -- and**

1    **I'll just click down the list -- that that condition was**

2    **caused by Mosaic, and if you'd just tell me yes or no I**

3    **would appreciate it.**

4    **Myelodysplastic syndrome, have any of your**

5    **doctors told you that was caused by Mosaic?**

6    A.   They didn't specifically mention Mosaic, but when

7    the doctor mentioned the myelodysplastic syndrome he

8    asked me did I work near a chemical plant or something

9    like that, so I guess that would be yes.

10    **Q.   Okay.  And which doctor was that, ma'am?**

11    A.   Dr. Djulbegovic -- and I can't spell it for you.

12    That's the one at Moffitt.

13    **Q.   All right.  We spelled it last time, I think, or**

14    **we sounded it out or we tried anyway.**

15    **Liver failure, did any doctor tell you that liver**

16    **failure -- I'm sorry, liver problems of any kind were**

17    **caused by Mosaic?**

18    A.   I'm not certain.

19    **Q.   None that you recall?**

20    A.   Not that I can think of, no.

21    **Q.   Okay.  Has any physician told you that G6PD**

22    **deficiency was caused by Mosaic?**

23    A.   Definitely.

24    **Q.   Who told you that?**

25    A.   Dr. Dorothy Ogundu.

1    Q.   Any other doctor other than Dr. Ogundu?

2    A.   And then I was mentioning it to Dr. Robinson, Dr.

3    David Robinson, hematologist, and I think Dr. Joseph

4    Carmel and then Dr. Fortune Alabi, I believe.

5    Q.   Okay.  I got Robinson.  The second was who,

6    ma'am?

7    A.   I'm sorry.  Joseph Carmel.

8    Q.   Is that a K or a C?

9    A.   I believe it's a C, Carmel, C-a-r-m-el.

10   Q.   Okay.  And who was the third, Ms. Williams?

11   A.   Dr. Alabi.  Fortune Alabi.

12   Q.   Okay.  So it's your testimony that Dr. Robinson

13   told you that your G6PD deficiency was caused by Mosaic?

14   A.   Possibly, yes, sir.

15   Q.   Well -- and I just want to understand, did he

16   tell you it was possible that it was caused by Mosaic or

17   that it was?

18   A.   Well, I'm going to say this, first of all, they

19   don't know necessarily what Mosaic does, but then once I

20   explained where my environment was, then that's when

21   they correlated it, if that makes sense, if I'm

22   explaining it correct.  I don't know.

23   Q.   Okay.  So Dr. Robinson has told you that it's

24   possible that Mosaic caused your G --

25   A.   That my environment -- yes, sir.

1    Q.  And it's your testimony that Dr. Carmel has told

2    you that it's possible that Mosaic caused your G6PD?

3    A.  Yes.  They didn't say Mosaic, they said my

4    environment.

5    Q.  Your environment?

6    A.  Yes, sir, or environmental factors.  I'll put it

7    that way.

8    Q.  Okay.  Well, how are you most comfortable putting

9    it?

10   A.  Well, I just want you to get clarification of

11   what I mean.

12   Q.  Okay.  And I just want to make sure we're -- I'm

13   not trying to put words in your mouth, Ms. Williams --

14   A.  No, no.

15   Q.  -- I'm just trying to understand your testimony.

16   So Dr. Robinson told you it's possible that

17   environmental factors caused your G6PD?

18   A   Yes, because when you say Mosaic it's like --

19   okay, you got me.  Okay?

20   Q.  All right.  And, Ms. Williams, Dr. Carmel told

21   you it's possible that your environment caused your

22   G6PD?

23   A.  Yes.

24   Q.  And Dr. Alabi told you it's possible that your

25   environment caused your G6PD?

1    A.  Yes, and they suggested I move when I -- you

2  know, whenever I can.

3    **Q.  Okay.  All three of them suggested that you move?**

4    A.  Yes, sir.  Four, and Dr. Ogundu.

5    **Q.  And Ogundu.  Okay.  And thank you for reminding**

6  **me.  Is your testimony about Dr. Ogundu the same, that**

7  **she told you it is possible that your environment caused**

8  **your G6PD?**

9    A.  She said definitely because she has G6PD herself.

10   **Q.  Okay.  So Robinson, Carmel and Alabi said it's**

11  **possible, but Ogundu said it's definite?**

12   A.  Yes.

13   **Q.  Okay.  And all four of those doctors told you to**

14  **move?**

15   A.  Yes.  Suggested I move.

16   **Q.  Ms. Williams, have you ever tried to sell your**

17  **home?**

18   A.  No, I haven't.  Not yet, no, sir.

19   **Q.  Have you ever -- have you ever interviewed any**

20  **real estate agents or brokers about a potential sale?**

21   A.  No, sir.

22   **Q.  Have you ever tried to lease your home?**

23   A.  No, sir.

24   **Q.  And have you ever spoken to a real estate agent**

25  **or broker about leasing it?**

1    A.  No, sir.

2        Q.  And, Ms. Williams, have you ever asked either of

3    your sisters whether you could move in with them?

4        A.  Well, one has a pet, and that's out.  And then

5    the other one, she cares for someone else, so no.

6        Q.  Okay.  And remind me, it's a dog, isn't that

7    right?

8        A.  Yes.

9        Q.  Okay.  And you know -- you know that that dog's

10   there as soon as you walk into the house, I think you

11   told us.  Am I recalling that correctly?

12       A.  Yes.

13       Q.  So you couldn't live with that sister because

14   she's got a dog?

15       A.  Yeah.

16       Q.  And the other sister cares for someone.  That's

17   her job, right, she's a caretaker?

18       A.  Right.  Yes, sir.

19       Q.  And she lives in the other person's house.  Is

20   that right?

21       A.  Yes, sir.

22       Q.  Refresh my recollection, please, Ms. Williams, of

23   the woman, your friend who moved to Virginia, what's her

24   name?

25       A   Gertrude Snyder.

1   Q.  And have you ever asked Ms. Snyder whether you

2   could move in with her?

3   A   Well, she lives around the corner, so that's like

4   being in the same area.

5   Q.  So while she lived in Progress Village the answer

6   was no?

7   A.  Yes.

8   Q.  And what about since she's moved to Virginia?

9   A.  For me to move to Virginia?

10  Q.  Yeah.  Have you ever asked her?

11  A.  Oh, no, no.

12  Q.  Have you ever asked any other relative whether

13  you could move in with them?

14  A.  No.

15  Q.  Have you ever asked any of your friends whether

16  you could move in with them?

17  A   No.

18  Q.  All right.  Back on our list, we were going down

19  the list, if you'll recall, Ms. Williams, and I was

20  asking you whether -- just a yes or no whether or not a

21  doctor has told you that the condition was caused by

22  your environment -- we'll change it to environment.

23  Okay?  But if any of these doctors have told you it was

24  specifically Mosaic, I want you to tell me.  Okay,

25  ma'am?

1          So let's go back to hernia, has any of your --

2     have any of your physicians told you that your hernia

3     was caused by your environment?

4          A.   No, sir.

5          Q.   Any physician told you your shingles were caused

6     by your environment?

7          A.   Yes.

8          Q.   Okay.  And which doctor?

9          A.   Dr. Ogundu.

10         Q.   Any others?

11         A.   Not that I can recall.

12         Q.   How about colitis, any physician told you colitis

13    was caused by your environment?

14         A.   Yes.

15         Q.   Okay.  And who?

16         A.   Dr. Qazi.

17         Q.   Can you spell that for me?

18         A.   Q-a-z-i.

19         Q.   And I'm sorry, Ms. Williams, what is his

20    specialty?

21         A.   Gastrologist.

22         Q.   Gastrologist.  Okay.  And man or a woman?

23         A.   Man.

24         Q.   Okay.  And when did he tell you that your colitis

25    was caused by your environment?

1    A.   When I was in the hospital in June, 2014.

2    Q.   Okay.  And did Dr. Qazi tell you that it was

3 Mosaic was the environmental cause?

4    A.   Again, they said my environment, they didn't

5 necessarily say Mosaic's name.

6    Q.   All right.  Peripheral neuropathy, any physician

7 tell you that that was caused by your environment?

8    A.   Dr. Murugappe is trying to figure out where it's

9 coming from because just the classic indication of me it

10 should be no, but they're trying to figure out why.

11    Q.   Okay.  So that's still an open question.  Is that

12 fair?

13    A.   Yes, sir.

14    Q.   Okay.  The venous insufficiency, did any

15 physician tell you that that was caused by your

16 environment?

17    A.   The same with the one prior.  They're trying to

18 figure out why I have it but not necessarily saying that

19 where it's coming -- they're trying to pinpoint the

20 source, if that makes any sense.

21    Q.   So it would be fair to say that the cause of your

22 venous insufficiency remains unknown?

23    A.   Yes.

24         MS. GALEOTO:   Objection.

25    Q.   Okay.  Hyperthyroidism, has any physician told

1    you that was caused by your environment?

2         A.   Yes.

3         Q.   Okay.   Which doctors?

4         A.   Dr. -- what's her name -- Vasuvedu -- M.D.   She's

5    the nephrologist.   Dr. Indi Vasudeva.

6         Q.   Where is her office?

7         A.   She's here in Tampa.

8              MS. GALEOTO:   Dr. Vasudeva, I think.

9         A.   Vasudeva.   And then also Dr. Ogundu.

10        Q.   And both of those physicians told you that your

11   hyperthyroidism was caused by your environment?

12        A.   Yes, sir.

13        Q.   And your -- and we ruled out the last condition.

14   Right, ma'am?

15        A    Yes, sir.

16        Q.   All right.   And as to these doctors who have told

17   you that your environment has caused these conditions,

18   that would be in your medical records, ma'am?

19        A    It should be, sir.

20        Q.   And you would agree with me, Ms. Williams, that

21   anything important about your medical conditions should

22   be in those records?

23        A.   It should.

24              MS. GALEOTO:   Objection.

25        A.   Yes.   They need to be updated because I go

1    monthly to a lot of different doctors.

2        Q.  Okay.  All right.  Let's move down the page, Ms.

3    Williams, to the psychosocial issues section.  Do you

4    see that section?

5        A.  Yes, sir.

6        Q.  It says, she admits to depression, stress,

7    anxiety and worries about the future.  Is that accurate?

8        A.  Yes, it is.

9        Q.  Is it accurate today?

10       A   Yes, it is.

11       Q.  Okay.  She admits to suicidal ideation.  Is that

12   accurate -- was that accurate then?

13       A.  Yes, it was.

14       Q.  Is it accurate today?

15       A.  Not really.

16       Q.  Not?  It's not really?

17       A.  Huh-uh.

18       Q.  Okay.  You're feeling better today?

19       A.  Pretty much.  The joy of the Lord is my strength.

20   You just take it one day at a time.

21       Q.  Okay.  The next section says, Rhonda resides

22   alone so her family is not impacted emotionally.  Was

23   that accurate at the time?

24       A.  Yes.

25       Q.  Does it remain accurate?

1    **A    Yes.**

2    **Q.   We talked about the right foot numbness already,**

3    **didn't we?**

4    A.   Yes.

5    **Q.   Okay.   Let's turn the page.   Okay.   Do you see**

6    **the section called -- you were diagnosed with a torn**

7    **rotator cuff in the left shoulder.   Are you receiving**

8    **therapy still for that?**

9    A.   No.   That therapy is finished.

10   **Q.   So your shoulder is better?**

11   A.   No.

12   **Q.   Okay.   You're just not going to therapy anymore?**

13   A.   Nothing lasts forever.   You know, there's a max

14   to therapy.

15   **Q.   Because of the insurance?**

16   A.   No.   Just when -- whether you have insurance or

17   not you don't go to therapy forever, you go for a

18   certain length of time and then they give you exercises

19   to continue at home.

20   **Q.   Okay.   Does the torn rotator cuff have anything**

21   **to do with your environment?**

22   A.   Yes, it does.

23   **Q.   Okay.   Explain that to us.**

24   A.   From what I understand, because of my environment

25   and I'm always in oxidative stresses, my body was low, I

1   guess, in red blood cells.  And they said because of

2   that when you have blood that goes through your body it

3   goes to your main organs first, so the last place it

4   goes to, from what I understand, are your muscles, your

5   ligaments and tendons.  And if those areas are stressed

6   or used and there's not enough oxygen to it, that's when

7   the tears and torns can come in place, from my

8   understanding.

9       Q.  Okay.  And when you said "they" told me who are

10   you referring to?

11      A.  Dr. Joseph -- not Joseph, I'm sorry.  Dr. Jeffrey

12   Tedder and my physical therapist that came to the house.

13      Q.  And Tedder is an orthopedic surgeon?

14      A.  Yes, he is.

15      Q.  Okay.  Is he the doctor who diagnosed you with a

16   torn rotator cuff?

17      A.  No.  Actually, I was in Brandon Hospital when I

18   was diagnosed.

19      Q.  How did they do that, an MRI?  CT scan?

20      A.  They did, I believe, an MRI.

21      Q.  All right.  The next section says lift, the most

22   she can lift is maybe 5 pounds with her right hand.  Was

23   that accurate at the time?

24      A.  Yes.

25      Q.  Okay.  Is it still accurate?

1    A.  Pretty much, yes.

2    Q.  **The next section, prehensile/grip, she has**

3    **fibromyalgia and occasionally she will notice grip**

4    **weakness and pain.  Accurate at the time?**

5    **A   Yes.**

6    Q.  **Still accurate?**

7    A.  Yes.

8    Q.  **You have fibromyalgia today.  Right, ma'am?**

9    A.  That and other pains, yes, sir.

10   Q.  **Yes.  Okay.  Sitting, was that information**

11   **accurate then?**

12   A.  Yes.

13   Q.  **It's accurate today?**

14   A.  Yes.

15   Q.  **Standing, accurate then?**

16   A.  Yes.

17   Q.  **Accurate today?**

18   A.  Yes.

19   Q.  **Okay.  Walking and gait, accurate then?**

20   A.  Yes.

21   Q.  **Accurate today?**

22   A.  Yes.

23   Q.  **Okay.  Bend/twist.  No bending or twisting**

24   **without pain.  Accurate then?**

25   A.  Yes, sir.

1    Q.  Accurate today?

2    A.  Yes.

3    Q.  Do you contend that these physical categories

4    we've been talking about, grip, sitting, standing,

5    walking, bending and twisting, that those problems were

6    caused by Mosaic?

7    A.  I believe so, yes.

8    Q.  All of them?

9    A.  Yes.

10            THE WITNESS:  Excuse me.  When we finish

11       this page can I go to the bathroom, but I'm going to

12       try to finish -- let you at least finish --

13            MR. WEINSTEIN:  You just let me know.

14            THE WITNESS:  Okay.

15    Q.  (By Mr. Weinstein)  It says kneel, not

16    functional.  Does that mean you were not able to kneel?

17    A.  At that time.

18    Q.  And same notation for stoop and squat?

19    A.  Yes.

20    Q.  Can you kneel today?

21    A.  A little bit.

22    Q.  And how about stoop and squat?

23    A.  A little bit.

24    Q.  Okay.  Do you contend that kneeling and stooping

25    and squatting were caused -- that those problems were

1      caused by Mosaic?

2          A.   I believe so, yes, sir.

3          Q.   Climb, it says she can climb stairs but has to do

4      it really slowly.  Does that condition remain the same

5      today?

6          A.   Yes, sir.

7          Q.   Okay.  And do you contend your difficulties in

8      climbing were caused by Mosaic?

9          A.   Yes.

10         Q.   Balance, good on a good surface if her blood

11     sugar is stable; blood sugar is low she'll be wobbly.

12     Accurate then?

13         A.   I'm going to have more of balance issues today

14     because of the neuropathy in my feet.

15         Q.   Okay.  So do I understand you correctly, Ms.

16     Williams, that it was accurate then but it's worse

17     today?

18         A.   Right, because I was diagnosed with, I think, the

19     neuropathy after this evaluation.

20         Q.   Okay.  Problems with balance, do you contend that

21     they're caused by Mosaic?

22         A.   I'm sorry.  Say that again.

23         Q.   Your balance problems, do you contend that they

24     were caused by Mosaic?

25         A.   Yes.

1    Q.   What about low blood sugar, is that caused by

2    Mosaic in your opinion?

3    A.   Yes, sir.

4    Q.   Headaches.  Headaches every other day.  Accurate

5    at the time?

6    A    Yes.

7    Q.   Accurate today?

8    A.   It depends on the season.

9    Q.   Okay.

10   A.   The allergy season.  Since it's more prevalent

11   now it's more of a headache every day.

12   Q.   And do you contend your headaches were caused by

13   Mosaic?

14   A.   Yes.

15   Q.   Okay.  Do you contend that you need reading

16   glasses because of Mosaic that your vision is impacted?

17   A.   Because I'm age -- of my age.

18   Q.   It says she can drive for short distances only

19   for about ten or fifteen minutes.  Was that accurate at

20   the time?

21   A    Yes.

22   Q.   Is it accurate today?

23   A.   No.  I have to drive a little further than that.

24   Q.   Okay.  Do you contend that Mosaic has some impact

25   on your -- the length that you can drive?

1    A.   Absolutely.

2    **Q.   Why?**

3    A.   Because I just can't drive -- because of, you

4    know, with my blood sugar issues I just have to make

5    sure my issues are -- excuse me, my blood sugar is high

6    enough to be able to drive, you know, certain distances

7    or not feeling like from the anemia or, you know, in

8    severe pain.  And so the most I try to drive is within

9    like a 20- or 30-minute, you know, area.

10            THE WITNESS:  And then I may have to stop.

11   I need to use the restroom.

12            MR. WEINSTEIN:  Off the record, please.

13            VIDEOGRAPHER:  This concludes disk number

14   one, volume two, of the deposition of Rhonda

15   Williams.  It's 12:09.  We're going off the record.

16        (There was a break in the proceedings.)

17            VIDEOGRAPHER:  This is the beginning of

18   disk number two, volume two of the deposition of

19   Rhonda Williams.  It is 12:21.  We're back on the

20   record.

21   **Q.   (By Ms. Weinstein)  Ms. Williams, before we went**

22   **off the record we were on page 5 of the Deutsch**

23   **document, and we were talking about driving.  Do you**

24   **recall that?**

25   A.   Yes, sir.

1    Q.   Okay.  Below that there's a section called

2    physical stamina, and it says very poor.  Was that true

3    at the time?

4    A    Yes, Lord.

5    Q.   Does it remain true?

6    A.   Yes.

7    Q.   And do you assert, Ms. Williams, that your

8    physical stamina was -- your problems with physical

9    stamina were caused by Mosaic?

10   A.   Yes.

11   Q.   Turning to page 6, if we may, Ms. Williams, the

12   top of the page, it talks about -- do you see where it

13   says heat, if it's too hot she has an asthma attack.  Do

14   you see that?

15   A.   Yes.

16   Q.   Okay.  Does that remain true today?

17   A.   Yes, sir.

18   Q.   And if it's really cold it will induce an asthma

19   attack.  Does that remain true today?

20   A.   Yes, sir.

21   Q.   And do the asthma attacks based upon heat have

22   anything to do with Mosaic?

23   A.   Would you say that again?

24   Q.   You get asthma attacks when it's too hot.  Do you

25   contend that's caused by Mosaic?

1    A.   The heat or the asthma attack from the heat?

2    **Q.   The asthma attack from the heat?**

3    **A    Mosaic didn't cause the heat.**

4    **Q.   Right.**

5    A.   I guess I'm not sure what you're asking.

6    **Q.   Well, I mean, it says here that temperature seems**

7    **to induce an attack.   Right?**

8    A.   Yes.

9    **Q.   Right?   It's too hot or it's too cold, either way**

10   **you get an attack?**

11   **A    Okay, yes.   Say yes, yes.**

12   **Q.   And do you think that those attacks have anything**

13   **to do with Mosaic?**

14   A.   Yes, because my asthma, I believe, is because of

15   Mosaic; so whether it's too hot or too cold then I'll

16   have an asthma attack.   I'll put it that way.

17   **Q.   And then again, the asthma was caused by Mosaic?**

18   A.   Yes.

19   **Q.   Fumes, do you see that section?**

20   A.   Yes.

21   **Q.   Perfumes, odors and smells bother her**

22   **tremendously.**

23   A.   Yes.

24   **Q.   And you're experiencing some of that today from**

25   **something you smell in the room.   Right, ma'am?**

1      A.  Yes, sir.

2      **Q.  Okay.  Do you think your sensitivity to perfume**

3  **was caused by Mosaic?**

4      A.  Definitely, yes.

5      **Q.  Okay.  And sensitivity to other odors, do you**

6  **contend that was caused by Mosaic?**

7      A.  Yes, sir.

8      **Q.  Okay.  You said today that you thought you**

9  **smelled Raid, which is a pesticide.  Right, ma'am?**

10     **A   Yes, sir.**

11     **Q.  Okay.  Do you contend that your sensitivity to**

12  **pesticide is caused by Mosaic?**

13     A.  Yes.

14     **Q.  Ms. Williams, how long have you been sensitive to**

15  **smells?**

16     A.  I can't pinpoint the date, but I notice as time

17  has progressed the sensitivity has gotten worse.

18     **Q.  Do you recall a time when you were not sensitive**

19  **to smells?**

20     A.  I can't recall.

21     **Q.  Okay.  None that you can recall as you sit here**

22  **today?**

23     **A   Not off my head, no, sir.**

24     **Q.  Okay.  Ms. Williams, the asthma we've been**

25  **talking about, the hot, cold, et cetera, is that your**

1    most serious respiratory condition, the asthma?

2              MS. GALEOTO:   Objection.

3    A.   No.

4    Q.   What is?

5    A.   It just depends.   I have asthma.   I have COPD.   I

6    have chronic bronchitis, so it just depends on what's --

7    excuse me -- flaring up that particular day or

8    allergies.

9    Q.   Asthma, COPD -- bronchitis did you say, ma'am?

10   A.   Bronchial --

11   Q.   I'm sorry?

12   A.   Bronchial -- bronchitis.   I'm sorry.   And --

13   Q.   Allergies?

14   A.   Yes.

15   Q.   And you contend that all of those conditions were

16   caused by Mosaic?

17   A.   Yes.

18   Q.   Below the fume section it says noise.   Do you see

19   that?

20   A.   Yes.

21   Q.   Okay.   If noise is too loud it bothers you, and

22   it's like your nerve endings hurt?

23   A.   Yes.

24   Q.   Is that -- was it true at the time?

25   A.   Yes.

1    Q.   It remains true today?

2    A.   Yes, sir.

3    Q.   Okay.   Do you contend that this issue with noise

4  was caused by Mosaic?

5    A.   I believe so.

6    Q.   Why do you believe that, Ms. Williams?

7    A.   Because of -- from what I understand the

8  neurological issues that I'm having stems from, I

9  believe, the G6PD and other things which I believe their

10 causes are Mosaic.

11   Q.   Okay.   Turn to page 7, please, and they're

12 labeled at the top right.   At the bottom there's a

13 section called over-the-counter medications.   Do you see

14 the section to which I refer?

15   A.   Yes, sir.

16   Q.   Okay.   And there's a list, is there not, Ms.

17 Williams, of a number of over-the-counter medications

18 which starts on the bottom of page 7 and goes to the top

19 of page 8.   Do you see that section?

20   A.   Yes, sir.

21   Q.   Okay.   And if I counted correctly, Ms. Williams,

22 there's 16 -- you can check me if you want, I'm better

23 at counting than spelling, though, ma'am -- there's 16

24 of them.   Can you look at those for us and tell us if

25 there are any of those over-the-counter medications that

1    you are no longer taking?

2    A.   Okay.  I'm no longer taking Sam-E.

3    Q.   And where is that, ma'am, on the list?

4    A.   One, two, three, four, five, six, seven -- the

5    eighth.

6    Q.   Okay.  Got it.

7    A.   And I'm not taking that one.

8    Q.   Okay.  Are you taking anything in its place?

9    A.   No.  Actually, it's some other supplements I'm

10   taking though as well.

11   Q.   Okay.  Anything else you're not taking?

12   A.   The Probiotics I'm not taking.

13   Q.   Okay.

14   A.   And they changed the eye drop, but I'm not sure

15   what the name of that one is.

16   Q.   Okay.  So two of them that we've just gone over

17   you're not taking, and the eye drops you're taking

18   something different but it's an eye drop?

19   A.   Yes.

20   Q.   Okay.  Is there anything on -- that's missing

21   from the list that you're taking today that you weren't

22   taking when you met with Dr. Deutsch?

23   A.   Yes.

24   Q.   Okay.  Could you tell us about those, please,

25   ma'am?

1    A.   I'm trying to think.  I know one is Moly -- Mol

2    -- M-o-l-y-b-d -- it's like Molybdenum.  Do you know

3    what I'm talking about?

4              MR. TORRES:  Yeah.

5    A.   It's Molybdenum.

6    **Q.   We'll try and get it for -- during a break for**

7    **the court reporter.  What is it, though, Ms. Williams?**

8    **A    It's something to help, I think, with my liver, I**

9    **believe it is.**

10   **Q.   Okay.**

11   A.   Okay.  And there's that.  And then --

12   **Q.   Did someone -- did one of your physicians suggest**

13   **that one?**

14   A.   Yes, Dr. Ogundu.  And then I --

15             MR. TORRES:  Molybdenum.

16   A.   Molybdenum.

17             MR. TORRES:  M-o-l-y-b-d-e-n-u-m.

18             MS. GALEOTO:  Wait.  Spell it again.

19             MR. TORRES:  M-o-l-y-b-d-e-n-u-m.

20   **Q.   (By Mr. Weinstein) Okay.  Dr. Ogundu suggested**

21   **that?**

22   A.   Yes.

23   **Q.   Okay.  Anything else?**

24   A.   I wish I had --

25             THE WITNESS:  Can I show him this?

1          MS. GALEOTO:  Okay.  That's fine.  Well,

2     turn it around.

3     A.  Yeah.  This is the medicines that I take in the

4     morning.

5     Q.  Okay.

6     A.  And some of them -- the supplements -- there you

7     can look there if you want.  The supplement -- I was

8     trying to see if the one -- it's I -- I -- it's --

9     Iodine something.  It's I -- Isadora -- you got it?

10    **Q.  I'll never be able to read it on that screen, but**

11    **-- okay.  For the record, Ms. Williams has handed me her**

12    **phone, and on her phone is a picture, and the picture**

13    **shows what looks to be a piece of furniture.  Am I right**

14    **about that?  Is that a sofa?**

15    **A    My bed.**

16    **Q.  Your bed?  And on the bed are a number of**

17    **medications.  And so why don't we reserve the next**

18    **numbered exhibit, and then we'll just have Ms. Galeoto**

19    **supply it to our court reporter and -- if I could --**

20         MS. GALEOTO:  Yeah, she can e-mail me the

21    picture --

22         THE WITNESS:  I can e-mail it to you.

23    **Q.  Okay.  Go ahead and e-mail it to Ms. Galeoto and**

24    **--**

25         COURT REPORTER:  It will be No. 16.

1          MR. WEINSTEIN:  Okay.

2      Q.  (By Mr. Weinstein)  All right.  So in that

3  picture, Ms. Williams, is that both prescription and non

4  prescription medicines?

5      A.  Yes, sir.

6      Q.  All right.  In addition to the supplements that

7  Dr. Ogundu suggested, Ms. Williams, that we just talked

8  about --

9          MR. TORRES:  Molybdenum.

10     Q.  -- I'm not even going to try, Ms. Williams, but

11  in addition to that one --

12         MS. GALEOTO:  We'll do it on the break,

13     that way you don't have to --

14         MR. WEINSTEIN:  Okay.

15         THE WITNESS:  No.  I was just trying to

16     find the spelling of the next -- it's I -- it's Ido

17     --

18     Q.  You can do that on the break.  It's okay.

19     A.  Okay.  Ido some -- it's a supplement for the

20  Iodine deficiency.

21     Q.  Okay.  And did Dr. Ogundu suggest --

22     A.  Yes.

23     Q.  Okay.

24     A.  She and Dr. Vas -- what's her name?  I can't

25  remember all these people's names.  Dr. Vaseva -- Dr.

1    Vasudeva, which is the nephrologist.

2        **Q.   Okay.   Ms. Williams, what else, if anything, has**

3    **Dr. Ogundu suggested that you take, what other medicines**

4    **or Dr. Ogundu medicines?**

5        A.   I know it's NAC, Folic Acid, Vitamin E,

6    B-Complex.  It kind of varies.  And when I say that, for

7    instance, if I'm suffering from maybe where I'm having a

8    crisis with the G6PD she might say -- suggest that I

9    take, just say more of the NAC.  You know, instead of

10   taking one a day I might take two a day.  Or she might

11   say take some oregano oil or something, so it just

12   varies on whatever I'm experiencing at that time.

13       **Q.   Okay.   What was the last thing that you**

14   **mentioned?**

15       A.   Oregano oil.

16       **Q.   Oregano oil?  Is that on the list somewhere?**

17       A.   No, because that's not something I take every

18   day.  And then tea tree oil I take --

19       **Q.   Has Dr. Ogundu given you some kind of a list, Ms.**

20   **Williams, of things you should be taking?**

21       A.   She did send like a -- excuse me -- I think I

22   submitted it to -- it should be somewhere in my medical

23   records, but then when I talk to her on a weekly or

24   biweekly basis she might say, okay, take such and such,

25   and then I'll write it down, or she may recommend

1    something to Dr. Robinson.

2        Q.  Okay.  Is there anything else that you take

3    over-the-counter, in other words not prescribed, that's

4    not on this over-the-counter medications list that is on

5    page 7 and 8?

6        A.  Not that I can think of right now.

7        Q.  Ms. Williams, I recall seeing an e-mail from Dr.

8    Ogundu to you that was produced in this case.  Are there

9    any other documents at all that you've received from

10   Dr. Ogundu other than an e-mail?

11       A.  No, not that I know of.  No, sir.

12       Q.  Okay.  And when you take -- and I think you told

13   us last time, ma'am, that you talk to Dr. Ogundu almost

14   every week.  Right?

15       A.  Yes, sir.

16       Q.  And she calls you?

17       A.  Yes, or I'll call her.

18       Q.  Okay.  And when she makes a suggestion to you

19   like take two instead of one or take X instead of Y, do

20   you write those suggestions down somewhere?

21       A.  Sometimes I do, yes.

22       Q.  And when you do, where do you keep them?

23       A.  I don't know.  You know, on the dresser or in my

24   purse or, you know --

25       Q.  Do you have a notebook or a pad of any kind in

which you take notes about your medical issues?

A.   Not -- well, I have a book that I carry, but I don't have it with me today.

Q.   And do you carry that book to your doctors' appointments?

A.   Absolutely.

Q.   Okay.  And do you make notes in that book regarding things that occurred or recommendations?

A.   No.

Q.   Okay.  Then why do you take it if you don't make notes?

A.   Why do I take my book?

Q.   Yeah.

A.   To give the doctors the information that they need about me.

Q.   Oh, okay.  So that book contains information about you that you provide to physicians?

A.   Yes.

Q.   Okay.  But it doesn't contain information that they provide to you?

A.   Yes.

Q.   It does contain information that --

A.   Yes.  It has blood work and different things that they provide.

Q.   Okay.  And what's it look like, ma'am?  Is it a

1    **three-ring notebook --**

2        A.   A three-ring binder that's broken off in sections

3    that's sectioned off that's blood work, diagnostic tests

4    -- you know, just -- yeah.

5        **Q.   And you keep that current?**

6        A.   Try to, yes.

7        **Q.   Okay.**

8            MR. WEINSTEIN:  Do we have a copy?

9            MR. TORRES:  We do not.

10           MR. WEINSTEIN:  I would request a copy of

11   that notebook.

12           MS. GALEOTO:  I don't know that you asked

13   for it, but we gave --

14           MR. TORRES:  No.  We did.

15       A.   Well, see, the copy of the notebook is basically

16   my blood tests and all the work that I have --

17           MS. GALEOTO:  Right.

18       A.   -- that you all have; it's just I have it

19   organized, if that makes any sense.

20           MR. TORRES:  We need a copy.

21           MS. GALEOTO:  Okay.

22       **Q.   (By Mr. Weinstein)  Yeah, it makes sense.**

23           THE WITNESS:  They want a copy?

24           MS. GALEOTO:  Yeah, we're going to have to

25   give that to them.

1          THE WITNESS:  Okay.

2     Q.  Let's move, Ms. Williams --

3          THE WITNESS:  That's something that I keep

4     with me all the time.

5          MS. GALEOTO:  That's okay --

6          MR. WEINSTEIN:  It's okay.  We'll just get

7     a copy.  It's okay.

8          MS. GALEOTO:  Just give it to me --

9     Q.  (By Mr. Weinstein)  Ms. Williams, let's move to

10    the prescribed medications, which start close to the top

11    on page 8 of Dr. Deutsch's paper here -- or report.  And

12    I'd like you to -- in the interest of time, Ms.

13    Williams, you can either read those -- and what I'm

14    interested in is are you still taking each of these.  If

15    it's easier for you, I'm happy to go one at a time,

16    whatever --

17    A.  No.  Do you want me to just go through and say

18    yes or no?

19    Q.  Yeah.  Let's -- we'll go real quickly.

20    A.  No.

21    Q.  First one?

22    A.  No.

23    Q.  Not taking?  And anything prescribed in its

24    place?

25    A.  The Iodine that -- whatever Isador --

1    Q.  Okay.

2    A.  The Iodine supplement.

3         MR. TORRES:  Iosat?

4         THE WITNESS:  Huh?

5         MR. TORRES:  Iosat?

6    A.  No.  It's like -- I can Google it, but it's

7    Isodol or Idorsal, I don't know, something like that.

8    Q.  Okay.  And who prescribed that, ma'am?

9    A.  They told me I needed an Iodine supplement, and

10   that's what I came up with that I could find that didn't

11   have any of the things I'm allergic to.

12   Q.  Okay.  So does a non -- that's over-the-counter

13   then.  Right?

14   A.  Right.  A doctor recommended the Iodine, but I

15   have to find one that I can take, if that makes sense.

16   Q.  Yes, ma'am.

17   A.  Okay.

18   Q.  Okay.  Let's go to number two, the medicine for

19   the hypoglycemia, are you still taking that?

20   A.  What was as needed.

21   Q.  That's an as needed.  Okay.  Same -- but nothing

22   has changed there?

23   A.  No.

24   Q.  Okay.  Number three, the B-12 injection monthly

25   --

1    A.  No.

2    Q.  -- still getting that?

3    A.  No, sir.

4    Q.  Has anything substituted for it, anything in its

5    place?

6    A.  I take B-Complex.  Was that on here?

7    Q.  I think so.

8    A.  Yes.  Yep.

9    Q.  Okay.  So that's a no.

10        And why don't you take the injection anymore?

11    A.  Because I'm just -- I just wasn't B-12 deficient.

12   I'm deficient in some other areas so they wanted me to

13   take a complete complex.

14    Q.  Okay.  Under the blood pressure section, those

15   two medicines, are you still taking those?

16    A.  Yes.

17    Q.  Okay.  Anything in addition to those for blood

18   pressure?

19    A.  No.

20    Q.  Digestion, still taking those?

21    A.  Yes.

22    Q.  Okay.  Anything in addition?

23    A.  No.

24    Q.  Okay.  Under allergies, asthma, Ms. Williams,

25   there are seven of those, are you taking all seven

1    still?

2    A.  Actually, yes, and some more has been added to

3    that too.

4    Q.  Okay.  Can you tell us, please, which additional

5    ones -- additional medicines, I should say?

6    A.  The Allegra, which is like the fexofenadine, and

7    that's 180.

8    Q.  Allegra is what?  I'm sorry.

9    A.  180.

10   Q.  Milligrams?

11   A.  Yes, sir.

12   Q.  Okay.  Anything else besides the Allegra?

13   A.  I think they're getting ready to switch me out

14   from the Astelin to Nasonex, I believe.

15   Q.  Okay.  That's going to be a one-for-one

16   substitution?

17   A.  Yes.

18   Q.  Okay.  Anything else?

19   A.  ProAir.

20   Q.  ProAir?

21   A.  ProAir, yes.

22   Q.  P-r-o-a-i-r?

23   A.  Yes.

24   Q.  One word or two?

25   A.  Two.

Q.  And what is that, ma'am?

A.  It's an inhaler like -- something like the Ventolin.

Q.  Okay.  Does it take the place of the Ventolin, or is it just going to be in addition to?

A.  I think it takes the place of the Ventolin.

Q.  Okay.  And who prescribed that?

A.  One of the doctors -- either -- I'm not sure if it's Alabi, Furman or Downes.

Q.  Okay.  All right.  Let's look at pain.  There are two listed there.  The Fentanyl Patch, are you still using that?

A.  But I can't use it.  That's every 72 hours.

Q.  Okay.  How often do you use it?

A.  When I can and when I'm home and able to not have to go out because it's hard to drive or function when I have the patch on.

Q.  Okay.  So on average, Ms. Williams, how often -- how many times a week do you use it?

A.  That's what I'm saying, I don't use it per week because of my appointments and having to go out.  But just, for instance, I used it maybe about a week and a half ago for like two days.

Q.  Okay.  And is that the last time you used it, a week and a half ago?

1     A.   Uh-huh, for two days.  Yes.

2     **Q.   Okay.  What's Norco?**

3     A.   I can't take that anymore.

4     **Q.   Okay.  That was a pain reliever you no longer --**

5     A.   Supposedly, but it gave me a rebound effect.  I

6  kept -- actually was in more pain because I realized my

7  body couldn't handle it.

8     **Q.   Okay.  Anything substituted for the Norco?**

9     A.   No.

10    **Q.   So the only thing you're taking for pain is the**

11  **Fen -- is the patch?**

12    A.   Yes.

13    **Q.   Okay.  Muscle relaxant, the Soma, are you still**

14  **taking that?**

15    A.   No.  I can't take that as well.

16    **Q.   Okay.  How long has it been since you've been**

17  **able to take the Norco?  When did -- when could you no**

18  **longer tolerate that?**

19    A.   It's been months ago.

20    **Q.   Okay.  That's been months?  And what about the**

21  **Soma, when did you stop taking that?**

22    A.   The same thing, months ago.

23    **Q.   So sometime in 2015 on both, ma'am?**

24    **A   Yes, sir.**

25    **Q.   Okay.  All right.  Are there any prescription**

1    medicines that are not on this list that we haven't

2    talked about yet, in other words, anything that's -- it

3    was a bad question.  Let me start again, Ms. Williams.

4         Are there any new medicines, prescription

5    medicines that you're taking now that are not on this

6    list?

7         A.  I had a medicine that the doctor gave me as a

8    cream for my back, and I used it for two weeks, but I

9    don't use that right now.

10        Q.  Okay.

11        A.  It was like two weeks ago.

12        Q.  Okay.

13        A.  Because I had a tinea versalis (phonetic) or

14   something on my back, so they gave me that, well, two

15   weeks ago and I just finished it, so --

16        Q.  Okay.  Anything else?

17        A.  Not that I can think of.

18        Q.  Okay.  Ms. Williams, in the sections that follow

19   Dr. Deutsch summarizes some of your medical records, and

20   I'd like to direct your attention to page 15.  There's

21   an entry, Ms. Williams, about two-thirds of the way down

22   to the Georgia Regents Medical Center from May 12th of

23   2014, and it says Adult Sickle Cell Clinic.  Do you see

24   that?

25        A.  Yes, sir.

1    Q.  And what caused you to go to Georgia to that

2    particular clinic, please?

3    A.  Actually, one of the ladies from the insurance

4    company recommended that I -- see if I could get some

5    help for -- from ailments that I was suffering from, and

6    she told me to reach out to Georgia Regents University.

7    Q.  Okay.  And how did you get up there, ma'am?  Did

8    you drive?

9    A.  No.  I flew.

10   Q.  You flew?  And did you fly into Atlanta?

11   A.  No.  I flew into Georgia.

12   Q.  Yeah, but what city in Georgia?

13   A.  I don't know.

14   Q.  All right.

15   A.  Some city in Georgia.  I don't know.

16   Q.  Okay.  Did somebody go with you, or you went by

17   yourself?

18   A.  Yes, someone went with me.

19   Q.  Who was that?

20   A.  This was May.

21   Q.  Last May.

22   A.  A lady, Ms. Johnson.

23   Q.  Okay.  All right.  And, you know, is everything

24   in this description from the Georgia Regents Medical

25   Center -- was it accurate as of May of 2014?

1    A.  Yes.

2    Q.  Okay.  I note that it -- that they recommended

3    that you follow up with a pain specialist for your

4    chronic pain syndrome.  Have you done that, Ms.

5    Williams?

6    A.  Yes, I have.

7    Q.  And which of your physicians is helping you with

8    chronic pain?

9    A.  Well, since I can't take any pain medicine really

10   none of them, but after I left here I went to a Dr.

11   Clay, which was a rheumatologist, but he said he wasn't

12   able to help me because of medicines that he recommends

13   like the Lyrica, Cymbalta, Savella and all those things

14   I'm not able to take.

15   Q.  Okay.  And directing your attention to page 20,

16   please, Ms. Williams --

17   A.  You said 20, sir?

18   Q.  Yes, ma'am.  There's a section that says

19   Independence In.  Do you see that section?

20   A.  Yes.

21   Q.  Okay.  Those problems with dressing yourself and

22   with shampooing, are they all -- are they pain-related

23   problems?

24   A.  Say that again, sir.

25   Q.  Your problems with dressing yourself, shampooing

1   your head, those things that are talked about by Dr.

2   Deutsch in the dressing section, are they all as a

3   result of pain?

4       A.  Pain and mobility.

5       Q.  Okay.  And by mobility do you mean flexibility?

6       A.  Yes.  And then at the time I was suffering from

7   the torn --

8       Q.  Rotator cuff?

9       A.  Yes.

10      Q.  Okay.  Page 22, please, Ms. Williams.  When you

11  visited with Dr. Deutsch for that day did you take some

12  mental health related exams or evaluations?

13      A.  Yes.

14      Q.  Okay.  And tell us about those.  What were they

15  like?

16      A.  I think it was on a computer, if I'm not

17  mistaken.

18      Q.  Okay.  So you sat down at a computer and did some

19  kind of tests?

20      A.  Yes.  And then I think he asked some questions as

21  well.

22      Q.  All right.  And did he go over the results with

23  you, Ms. Williams?

24      A.  No.  I guess the results weren't available when I

25  was there.

Q.   Okay.  How long after your visit with Dr. Deutsch in November of 2014 was it before you received a copy of the report?

A.   I can't say for certain.  I don't know if there's a date on here.

Q.   Well, it says -- go ahead and turn.  It's not attached -- but you see the report finalized date, Ms. Williams, it says February 6th, 2015.  Do you see that?

A.   Yes.

Q.   Okay.  Do you believe that you received a copy of the report sometime within a reasonable period after February 6th, 2015?

A.   Yes, sir.

Q.   Okay.  And did you read it, Ms. Williams?

A    Some of it, yes, sir.

Q.   And did you ever notify Dr. Deutsch that anything in this report was wrong?

A.   I think I had mentioned to them because something they had -- I can't say offhand what it was, but I think I remember typing something to him or one of the ladies because something -- a couple of things were off; but what they are right now I can't say offhand.

Q.   And the things that were off, Ms. Williams, did they deal with your medical history?

A.   I'm not sure.

1    Q.  Okay.  Did you take issue with anything in this

2    -- in the section that we're looking at now at the top

3    of page 22?

4    A.  I'm not sure because what I did was when I went

5    through it I read -- you know, and checked off, you

6    know, what was I felt correct or not correct, corrected,

7    and then sent it to them.

8    Q.  Okay.  Did you keep a marked-up copy of this

9    report?

10   A.  No.

11   Q.  And where is your copy of this report?

12   A.  I don't know.

13   Q.  Do you think you have one at home?

14   A   Possibly.

15   Q.  Okay.  And does it have notes on it of any kind,

16   Ms. Williams?

17   A.  Probably not.

18   Q.  Okay.  I note -- let's just march our way quickly

19   through this section.  The first sentence says, with

20   that concern out of the way and the caution expressed by

21   the protocol laid to rest, scores on the substantive

22   scales indicate somatic and cognitive complaints, along

23   with emotional, thought and interpersonal dysfunction.

24       Did you express -- and it talks about caution,

25   concerning caution.  Did you express concern or caution

1   to Dr. Deutsch about these tests?

2       A.   What do you mean -- I don't understand what

3   you're saying.

4       Q.   Well, here it says -- and you'll see in that

5   first sentence, it talks about caution expressed by the

6   protocol laid to rest, and I'm just trying to figure out

7   what that caution was.  Do you recall?

8       A.   I have no clue what he even termed as that, so I

9   have no clue what that even means.

10      Q.   All right.  Do you have any reason to believe

11  that Dr. Deutsch's statement that the scores indicate

12  somatic and cognitive complaints are incorrect?

13      A.   No, I'm not saying they're incorrect.  It's just

14  I don't know what he means by caution protocol, so

15  that's -- you know, I'm not a doctor, so the words that

16  they use are different from what I would use, so I'm not

17  sure.

18      Q.   Okay.  The next sentence says, somatic complaints

19  include preoccupation with poor health, malaise, head

20  pain, neurological symptoms and gastrointestinal

21  problems.  Have I read that sentence correctly?

22      A.   Yes.

23      Q.   Did you ever notify Dr. Deutsch that that --

24  anything in that sentence was wrong?

25      A.   No, I don't believe so.

1    Q.  Okay.  Was everything that you told Dr. Deutsch

2    accurate in November of 2014?

3    A.  Yes, sir.

4    Q.  And to the best of your knowledge does that

5    sentence remain accurate today?

6    A.  I believe so.

7    Q.  Okay.  The next sentence says cognitive

8    complaints include difficulties with memory and

9    concentration.  Have I read that correctly?

10    A.  Yes, sir.

11    Q.  Was that accurate at the time?

12    A.  Yes.

13    Q.  And do you believe that it remains accurate

14    today?

15    A.  Depending on how I'm feeling, yes.

16    Q.  Okay.  The next sentence says, emotional-

17    internalizing findings include risks for suicidal

18    ideation, depression, stress and worry, along with

19    anxiety and fears.  Have I read that correctly?

20    A.  Yes.

21    Q.  And was that accurate at the time?

22    A.  Somewhat.

23    Q.  So what wasn't accurate about it?

24    A.  Well, I'm not saying it's inaccurate, but I don't

25    believe in suicide.  I mean, you know, to me sometimes

1    death would be better than being in pain every day, but

2    I didn't give my life so I'm not going to take it.

3        **Q.   Let me make -- I think I understand what you're**

4    **saying, Ms. Williams.   Let me make sure that I've got it**

5    **right, and if I don't, you tell me I'm wrong.**

6        **You have -- you have those thoughts, but you**

7    **would not act upon them because your religious beliefs**

8    **would prevent you from doing so?**

9        A.   Correct.

10       **Q.   Okay.   The next sentence says, dysfunctional**

11   **thinking relates to aberrant perceptions and thoughts.**

12   **Was that accurate at the time?**

13       A.   Whatever that means.   Yes, I guess.   I have no

14   clue what aberrant perceptions are.

15       **Q.   Any reason to believe that Dr. Deutsch was wrong?**

16       A.   No, I'm not saying he's wrong, but what his

17   wording and choices -- I'm not a -- so I have no clue

18   what that means.

19       **Q.   Okay.   The next sentence says, interpersonal**

20   **difficulties include social avoidance.   Was that**

21   **accurate at the time?**

22       A.   Yes.

23       **Q.   Is it accurate today?**

24       A.   Somewhat because I would like to go out and do a

25   lot of things socially, but because of my condition I

1    can't.  I would love to go to a concert.  I would love

2    to go to Busch Gardens.  I would love to go to the

3    beach.  I would love to do things that normal people do

4    instead of going to the doctor, hospital, grocery store

5    and coming home.

6         **Q.  Okay.  Why don't you read the next paragraph to**

7    **yourself, please, the one that says, she is very likely.**

8    **Let me know when you're ready, Ms. Williams.**

9         A.  I'm ready.

10        **Q.  Okay.  Is there anything in there that was**

11   **inaccurate at the time?**

12        A.  I have no clue what "significant anhedonia" is.

13        **Q.  Okay.**

14        A.  Do you?

15        **Q.  I don't, ma'am.**

16        A.  Okay.

17        **Q.  Okay.  Let's take that out.  We'll take that one**

18   **out.**

19        A.  Okay.

20        **Q.  Okay.  Aside from that --**

21        A.  And the sexual dysfunction, I ain't even worried

22   about that, so that can be taken out.

23        **Q.  Okay.**

24        A.  I'm just saying -- yeah, so everything else I

25   think is okay.

1     Q.   Okay.  And accurate -- other than those two

2   things we talked about, which I understand, accurate

3   then and accurate today?

4     A.   Yes, sir.

5     Q.   Okay.  Let's go to the next paragraph.  It says

6   you're not on any psychotropic medication.  Was that

7   accurate then?

8     A.   Yes.

9     Q.   Is it accurate today?

10     A.   Yes.

11     Q.   All right.  And it goes on to say, Ms. Williams,

12   that your psychological condition and diagnosis suggests

13   that you're a candidate to be evaluated by a

14   psychiatrist for medication.  Have I read that roughly

15   correctly?

16     A.   Yes.

17     Q.   Okay.  And have you been evaluated by a

18   psychiatrist since you've seen Dr. Deutsch?

19     A.   No.

20     Q.   And why not?

21     A.   No one sent me to one.  I feel the Lord is my

22   psychiatrist; I just take my problems to him.

23     Q.   Okay.  The last sentence to that section says

24   that she -- in other words, you, Ms. Williams --

25     A.   Uh-huh.

1    **Q.   -- should be followed by a psychiatrist for risk**

2    **factors for suicide along with a counselor.  Are you**

3    **being followed by anyone, a psychiatrist, psychologist,**

4    **counselor, anyone?**

5    A.   No, I just talk to my doctors, you know, when I

6    go to see them.

7            MS. GALEOTO:  It's 12:55.  Do you want to

8    break for lunch?

9            MR. WEINSTEIN:  Yeah.

10           MR. TORRES:  Off the record.

11           VIDEOGRAPHER:  It's 12:57.  We're going off

12   the record.

13    (There was a break in the proceedings for lunch)

14           VIDEOGRAPHER:  It's 2:13.  We're back on

15   the record.

16   **Q.   (By Mr. Weinstein)  Ms. Williams, do you know a**

17   **Mr. Ungers?**

18   A.   No.

19   **Q.   That name doesn't mean anything to you?  Okay.**

20        **Do you know a Dr. Mink?**

21   A.   I've heard of him before.

22   **Q.   Okay.  And how have you heard of him?**

23   A.   As a toxicologist.  Ungers -- is it Les Ungers or

24   Uggers or something like that?  Okay.

25   **Q.   Do you ever recall meeting Ungers?**

1    A.  No.

2    Q.  **And how about Dr. Mink, did you meet him?**

3    A.  I met him one time.

4    Q.  **Okay.  And where did you meet him?**

5    A.  It was at a meeting probably last year sometime.

6    Q.  **I'm not asking you the contents of any**

7    **communications with you and your lawyers, but were your**

8    **lawyers present at that meeting?**

9    A.  Yes, sir.

10   Q.  **Okay.  Did you ever meet Dr. Mink other than at a**

11   **meeting with your lawyers?**

12   A.  No, sir.

13   Q.  **Okay.  How long did the meeting last?**

14   A.  I'm not sure because I think I had an asthma

15   attack in the meeting, so I'm not even sure.

16   Q.  **And how long do you think you were there?**

17   A.  Maybe an hour, I guess.

18   Q.  **Has Dr. Mink ever been to your home?**

19   A.  Not that I'm aware of.

20   Q.  **To the best of your knowledge, Ms. Williams, has**

21   **Dr. Mink ever done any testing at your house?**

22   A.  I'm not sure.

23   Q.  **How about Mr. Ungers, has he ever done any**

24   **testing at your house?**

25   A.  I'm not sure.  I don't know who reports who --

1   you know, the names who did what.

2       Q.  Okay.  Do you recall anybody being out at your

3   house with any kind of scientific equipment or testing

4   stuff?

5       A.  Since I've been there?

6       Q.  Yes, ma'am.

7       A.  No.  I think one time they had someone come to

8   the house.  I think it was Ben Mink and someone, I

9   think.

10      Q.  Ms. Williams, have you ever written a check to

11  Mr. Ungers --

12      A.  No.

13      Q.  -- made any payments to him?

14      A   No, sir.

15      Q.  How about Dr. Mink, did you ever make any

16  payments to him?

17      A.  No, sir.

18      Q.  Okay.  How about Dr. Deutsch, have you made any

19  payments to him?

20      A.  No, sir.

21      Q.  Okay.  Do you know who paid for your day-long

22  appointment there?

23      A.  No, sir.

24      Q.  Okay.  You just know you didn't?

25      A   Yes, sir.

1      Q.   Okay.  And you know that Social Security didn't

2   pay for Dr. Deutsch either.  Right?

3      A.   Yes, sir.

4      Q.   Okay.  All right.  Now, we talked a little

5   earlier today about SO2.  Do you remember that

6   discussion?

7      A.   Yes.

8      Q.   Okay.  And you contend in this case, Ms.

9   Williams, that you've been exposed to SO2 as a result of

10   Mosaic.  Right?

11      A    Yes, sir.

12      Q.   Okay.  Now, Ms. Williams, tell us what is your

13   understanding of what the exposure pathway was for SO2.

14            MS. GALEOTO:   Objection.

15      A.   Say that again, the pathway?

16      Q.   Exposure pathway.  Do you know what an exposure

17   pathway is?

18      A.   No, sir.  Can you explain it?

19      Q.   No, but I'll ask you some other questions, and if

20   the answer is no, then that's fine too.  You just tell

21   me an honest answer, and it will be fine whether it's

22   yes or no.

23            I'm going to ask you some questions about some

24   technical things, Ms. Williams.  I'm not trying to

25   embarrass you, I'm just trying to establish whether or

1  not these are things that you think you can talk about

2  or whether they're things that you think your expert,

3  Dr. Mink, is going to talk about.

4      A.  Okay.

5      Q.  Okay?  So you're not going -- you don't have the

6  expertise in exposure pathways.  Is that fair?

7      A  Yes.

8      Q.  Okay.  And similarly you don't have any expertise

9  in fate or transport of chemicals.  Right, ma'am?

10           MS. GALEOTO:  Objection.

11      A.  No.

12      Q.  You don't have any expertise in measuring

13  duration of exposure.  Right?

14      A.  Right.

15      Q.  And you don't have any expertise on calculating

16  concentrations of exposure?

17      A.  No.  Right.

18      Q.  Similarly, you don't have any expertise in

19  determining dose?

20      A.  No, sir.

21      Q.  Okay.  And the same is true with respect to a

22  biologically available dose.  Right?

23      A.  Yes.

24      Q.  Okay.  And you have no expertise in establishing

25  specific causation.  Right, ma'am?

1          MS. GALEOTO:  Objection.

2    A.  Yes, no expertise.

3    **Q.  Okay.  So all of those kinds of things, if they**

4  **become relevant in this case or are relevant in this**

5  **case, Ms. Williams, you would be depending exclusively**

6  **on your experts for that.  Right, ma'am?**

7          MS. GALEOTO:  Objection.

8    **Q.  You can answer.**

9    A.  Say that again.

10    **Q.  If any of the things that we've just talked**

11  **about, you know, are relevant in this case --**

12    A.  Uh-huh.

13    **Q.  -- you would be depending on Dr. Mink or your**

14  **other experts for that testimony.  Right?**

15          MS. GALEOTO:  Objection.

16    A.  Yes.

17    **Q.  Okay.  In addition to --**

18          THE WITNESS:  Excuse me.  I have a

19  question.  When you object am I supposed to answer

20  or --

21          MS. GALEOTO:  Yeah, yeah.

22          THE WITNESS:  Okay, because I was just --

23  okay.  I'm sorry.

24    **Q.  (By Mr. Weinstein)  In addition to S02, Ms.**

25  **Williams, what other constituents, if any, do you**

1    contend you were exposed to as a result of Mosaic?

2        A.  Well, that's hard to say because there's so many

3    different particles, radioactive things in the air.  I'm

4    not particularly sure.  I'm not a scientist, but I know

5    certain particles -- I don't know their proper names of

6    them, but I'm sure have caused damage in my body, so I

7    would rely on my toxicologist for those things.

8        Q.  Okay.  So I'm going to make sure I understand.

9    With respect to anything other than SO2 you would rely

10   upon Dr. Mink with respect to testimony concerning

11   constituents of concern?

12              MR. GALEOTO:  Object to form.

13       A.  Can you explain that one more time?

14       Q.  Yeah.  You said that other than SO2 you think

15   that there are some other things --

16       A.  Right.

17       Q.  -- but you don't know what they are.  Right?

18       A.  Possibly, yes.

19       Q.  Okay.  You can't identify them specifically.  Is

20   that fair, Ms. Williams?

21       A.  Yes, sir.

22       Q.  So if anybody is going to identify a chemical

23   that you've been exposed to, okay, other than SO2 it's

24   going to be one of your experts, not you.  Right?

25       A.  Yes.

1           MS. GALEOTO:  Objection.

2      A.  Or a physician.

3      **Q.  Okay.  And, Ms. Williams, you know, what**

4  **physicians do you expect to testify at trial on this --**

5      **A   I can't say right now.  It's whomever my lawyers**

6  **deem that they need to testify.**

7      **Q.  Have you personally spoken to any of your**

8  **physicians about testifying at trial in this case?**

9      A.  I've mentioned that they were to be subpoenaed to

10  let them know that you all were going to subpoena them.

11      **Q.  Okay.  All right.  For deposition?**

12      A.  Yes, sir.  That's what I mean, for deposition.

13      **Q.  All right.  But just to make sure that the record**

14  **is clear, Ms. Williams, have you had any conversations**

15  **with any of your medical doctors about testifying at**

16  **trial?**

17      A.  No.

18      **Q.  Okay.  Have you had any conversations with anyone**

19  **else about testifying at trial?**

20      A.  No.

21      **Q.  Ms. Williams, have you ever been diagnosed with**

22  **cancer of any kind?**

23      A.  No.

24      **Q.  Okay.  Have you been diagnosed with any**

25  **precancerous condition?**

1     A.   Not to my knowledge, no.

2     **Q.   Tell me, Ms. Williams, what amount of damages are**

3  **you claiming in this case?**

4     A.   What do you mean, what amount of damages?

5     **Q.   How much money do you think that you're entitled**

6  **to in this case?**

7     A.   To be honest with you, the U.S. Treasury

8  Department can't produce enough money on this earth for

9  all the pain and suffering I go through.

10    **Q.   Okay.   Let's break down your damages.   We'll get**

11 **to pain and suffering, I promise.   Is there anything**

12 **other than pain and suffering you think you're entitled**

13 **to recover in this case?**

14              MS. GALEOTO:   Objection.

15    A.   Quality of life.

16    **Q.   Okay.   Anything else?**

17    A.   Just my overall life.

18    **Q.   Ms. Williams, with respect to any of the medical**

19 **care that you've received, ma'am, have you paid for any**

20 **of it yourself as opposed to it being paid by Medicaid**

21 **or Social Security or some other third party source?**

22    A.   Say that one more time for me.

23    **Q.   Do you have any out-of-pocket medical expenses in**

24 **connection with things you're claiming -- medical**

25 **conditions you're claiming in this case, anything you**

1    **paid yourself?**

2    A.   Like a couple of things like different

3    supplements and things like that.

4    **Q.   Okay.  Tell us about those.**

5    A.   Tell you about --

6    **Q.   In other words, if I understand you correctly --**

7    **please correct me if I'm wrong, ma'am -- when you go to**

8    **your doctors and, you know, for all the care that you**

9    **receive, that's paid by Medicaid.  Right?**

10    **A   Yes.**

11    **Q.   Okay.  And so when you go to see a physician you**

12    **don't write a check, you don't pay them cash or hand**

13    **them a credit card; Medicaid takes care of that.  Right?**

14    A.   Yes.

15    **Q.   Okay.  And what about with prescriptions, who**

16    **pays for your prescriptions?**

17    A.   Medicaid does.

18    **Q.   Okay.  And then do I understand your testimony**

19    **correctly that there's some supplements you take that**

20    **Medicaid doesn't pay for?**

21    **A   Well, actually yes and no.  And the reason I say**

22    **that is because of my being not able to handle or take**

23    **certain prescription medications the insurance company**

24    **will authorize and then get them approved.  Like, for**

25    **instance, Sam-E, for instance, it was in place of like**

1    the Savella, Neurontin and things like that, so because

2    I couldn't take those then they authorized to pay for

3    those.  So there are times that supplements that the

4    average person would pay for, they'll cover as being a

5    prescription for me, if that makes any sense.

6        Q.  No, no.  It makes perfect sense.  Thank you.

7            And are there any things as a result of Medicaid

8    refusing or -- you know, or otherwise being unable to

9    pay for things that you've had to pay yourself?

10       A.  Usually if I appeal it they pay for it, so pretty

11   much they -- like the compression stockings, it's not a

12   covered benefit, but when they found out that I needed

13   it and I couldn't do other things to get it rectified,

14   then they paid for it, so they usually override it.

15       Q.  Okay.  So, ma'am, as you sit here today can you

16   think of any significant medical expense that you've had

17   in the last five years that you've paid for yourself?

18       A.  Not off the top of my head, no.

19       Q.  Okay.  Now, Ms. Williams, if you were able to

20   work today, what kind of work would you be doing?

21       A.  A couple of things.  I would probably still be a

22   computer engineer.  I've always wanted to -- I love

23   children, so I always wanted to open up a school.  I

24   like to cook, so I would love to have a catering

25   business, and I love to decorate in a party planning

1    business, so about four different things.

2        Q.  Okay.

3            COURT REPORTER:  This will be 17 -- for the

4        picture that we're going to get --

5            MR. WEINSTEIN:  Okay.

6        (The document was marked as Exhibit No. 17.)

7        Q.  (By Mr. Weinstein)  All right.  For the record,

8    Defendant's Exhibit 17 is Plaintiff's Amended Damages

9    Disclosure Pursuant to Rule 26(a)(1), Federal Rules of

10   Civil Procedure.  Let me hand you, Ms. Williams, if I

11   may, Exhibit 17.

12       Ms. Williams, at the bottom of the page it looks

13   like there's a calculation under Loss of Earnings and

14   related benefits that says that you're entitled to no

15   less than $425,500, which is $23,000 a year that you

16   were earning before, multiplied by 18 and a half years.

17   Do you see that calculation?

18       A.  Yes, sir.

19       Q.  Okay.  Did you -- were you involved in making

20   that calculation at all?

21       A.  Well, I gave them the -- of what I made at the

22   time, the 23,000, so I guess they just took that and

23   multiplied it by, I guess, what, 18 years and 6 months.

24       Q.  Okay.

25       A.  And I don't know if that included like cost of

1    living or -- you know, as you get -- but, of course when

2    you start a job at 23,000, 18 years later hopefully

3    you'll be making more than 23,000.

4        **Q.  The job that you had, Ms. Williams, what kind of**

5    **benefits, if any, did you receive?**

6        A.  If I can remember at the time, of course a

7    salary, I believe like health insurance and life

8    insurance, I believe.  I can't remember exactly.

9        **Q.  Okay.  And forgive me if I asked you this last**

10   **time, Ms. Williams, because I don't recall.  During**

11   **junior high or high school or during college did you**

12   **have any full or part time employment?**

13       **A    When I was in college I did college work study,**

14   **and then during the summers I worked at an architectural**

15   **engineering firm down here in Tampa downtown.**

16       **Q.  Okay.  Was the work study -- did you get paid for**

17   **that, or is that to get experience?**

18       A.  I think it's like you get paid and it's part of

19   like financial aid as well, so it's kind of combo both

20   as experience and as like a supplement, I guess, for

21   financial aid.

22       **Q.  Okay.  And what was the second job you told me**

23   **besides work study?**

24       A.  Architectural -- it was somewhere down towards

25   Zack Street, I believe it was.

1    Q.   Okay.   What do they do?

2    A.   You know, I remember -- I know they -- from what

3  I can recall they build architectural buildings.   And I

4  remember they were building Fire Station No. 1, which is

5  actually in the Progress Village area, so I think that's

6  what they did.   I was just like a secretary or helped

7  out.

8    Q.   And what did you get paid for that?

9    A.   Sir, I have no clue.

10    Q.   Okay.   Hourly?

11    A.   I'm not sure.   I'm sure it was probably hourly.

12  It's a summer job.

13    Q.   Okay.   I'm directing your attention to page two,

14  Ms. Williams.   There's -- the first underlying section

15  says past and future medical, healthcare and related

16  home-health and life care.   Do you see that section?

17    A.   Yes, sir.

18    Q.   Okay.   The second bullet says concerning past

19  medical economic damages for routine and non-routine

20  medical care from 1998 through 2014 is estimated at

21  $1,200,000 subject to revision.   Do you see that?

22    A.   Yes, I do.

23    Q.   Have I read that accurately?

24    A.   Yes, you have.

25    Q.   Okay.   Do you know where that 1.2 million -- how

1    that was calculated?

2        A.  Well, if we read, it says that they looked at --

3    it says it's based on information for charges for

4    services collected from date from medical providers with

5    a multiple -- excuse me, multiplier for non emergent

6    care.  So I assume they collected my medical records and

7    looked at what the costs were and came with that value.

8        **Q.  Right.  But we established earlier, Ms. Williams,**

9    **did we not, that it was Medicaid who paid for those**

10   **expenses and not you personally.  Right?**

11           MS. GALEOTO:  Object to form.  You're

12       asking for a legal conclusion on responsibility.

13           MR. WEINSTEIN:  No, I don't think so, but

14       I'll rephrase.

15       **Q.  (By Mr. Weinstein)  I'm not asking you, Ms.**

16   **Williams, who's legally responsible for the charges; I'm**

17   **asking you instead factually who paid them.  It was**

18   **Medicaid.  Right?**

19       A.  Or they were written off, yes.

20       **Q.  Okay.  Have you had any discussions with Medicaid**

21   **regarding amounts that would have to be paid back to**

22   **Medicaid for care if you were to receive any money in**

23   **this case?**

24       A.  No, I haven't.

25       **Q.  Do you know if your lawyers have had any such**

1  discussions?

2      A.   You'd have to ask them.  I'm not sure, sir.

3      Q.   Do you know whether Medicaid has been notified of

4  this case?

5      A.   I'm sure they have.

6      Q.   And what makes you sure?

7      A.   Because I guess if they requested records from

8  Social Security, and Social Security and Medicaid are

9  part of -- combined together, I would assume.

10     Q.   Okay.  So you're assuming, Ms. Williams, and I'm

11  being a little facetious, but it's okay -- that one hand

12  in the government knows what the other hand is doing.

13  Is that fair?

14     A.   I'm sure big brother is watching.  Yes, sir.

15     Q.   I just wanted to see where you were coming from.

16          And in the third bullet, the future life care

17  number there is based upon the Life Care Plan.  That's

18  Dr. Deutsch's plan that we talked about earlier.  Right?

19     A    Yes, I believe so.  Yes.

20     Q.   Okay.  So whatever information -- you don't have

21  any information about that number independent of what's

22  in the Deutsch report, do you, ma'am?

23     A    No, sir.

24     Q.   Okay.  Then the next bullet down, Ms. Williams,

25  says that future non-routine medical economic damages

1    through Ms. Williams' life expectancy are estimated at

2    no less than one million dollars.  Have I read that

3    correctly?

4        A.  Yes.

5        Q.  And do you know where that one million dollars

6    came from?

7        A.  No, I don't.

8        Q.  Okay.  Do you know any reason, Ms. Williams, as

9    you sit here today why Medicaid would not pay for future

10   medical expenses for you?

11       A.  No, I wouldn't.

12       Q.  Now, on the next underlined heading it says loss

13   in property value.  There's a line that says the

14   property appraiser for Hillsborough County appraised the

15   market value of her home, in other words your home, Ms.

16   Williams --

17       A.  Uh-huh.

18       Q.  -- at $39,562 as of January 1, 2014.  Do you see

19   that?

20       A.  Yes, sir.

21       Q.  Okay.  What do you believe your house is worth?

22       A.  If that's what the property appraiser said, then

23   that's what I believe it is.

24       Q.  Okay.

25       A.  I mean, of course, the value to me is more than

1   that.  It's my home.  It's where I grew up, so it's

2   priceless, but I guess you have to put a price tag on

3   it.

4      Q.  Okay.  All right.  Turn the page, if you would,

5   ma'am.  There's a sentence at the top that says, Ms.

6   Williams, notwithstanding the foregoing, Ms. Williams

7   intends to seek $47,000,000 for her suffering from the

8   jury, which is one million dollars for every year of her

9   life.  Do you see that line?

10     A.  Yes, sir.

11     Q.  Okay.  And tell us how that was calculated.

12     A.  I was born -- and at the time I was 47, so

13  actually it can go to 48 because I'm 48 years old now.

14     Q.  Okay.  What make you think -- Ms. Williams,

15  explain to us why you think one million per year for

16  every year you've been alive is fair.

17     A.  To be honest with you, sir, like I said, there is

18  not a -- I can't even put a dollar value on my life and

19  the suffering that I've endured; so my life is

20  priceless.  Where it may not mean anything to anybody

21  else, it means a lot to me.

22     Q.  And, Ms. Williams, what makes you think that, you

23  know, everything that's happened to you in your life is

24  a result of the Mosaic Fertilizer plant?

25     A.  I'm not going to say everything, but I would say

1    90 percent of it because just as my life has progressed,

2    my health has gotten constantly worse and worse and

3    worse.  And just from different chemical spills and

4    different things, reports in the paper -- and I used to

5    wonder why am I so sick.

6        So for people who think I'm not sick or to think

7    I'm pretending -- if I could have the choice between

8    health or wealth I'd pick health any day because I'm not

9    lazy, and I will work and do anything I needed to make

10   it; but I feel that if somebody is causing me to not be

11   able to enjoy the quality of life that I should, then

12   they should be held responsible for it.

13       So the Treasury Department, they'll run out of

14   ink, they'll be out of business.  They can't make enough

15   money to equate the suffering that I endure every day.

16   **Q.  All of which you attribute to Mosaic?**

17   A.  I would say 90 percent, yes, sir, because

18   nobody's a hundred percent responsible for anything; but

19   90 percent, yes, sir.

20   **Q.  Okay.  But, again, Ms. Williams, you're still in**

21   **that house?**

22   **A   Yes, sir.**

23   **Q.  And you haven't tried to sell it, lease it --**

24   A.  No.

25   **Q.  -- or move anywhere else?**

1    A.  Well, you know, you have to have funds to move,

2    so where else am I going to move?  Not that I want to be

3    on the side of the road, but at least being in a house

4    with a roof over your head is better than being outside

5    in the elements and toxins, so you have to stay

6    somewhere.

7    **Q.  Has anybody, Ms. Williams, ever refused to allow**

8    **you to stay at their home?**

9    A.  It's not that necessarily has anyone refused, but

10   they would have to change their whole life.  Like, for

11   instance, my house has no carpet, it has tile and wood.

12   Well, most of my friends' homes and my sisters' homes

13   have carpet, tile, wood.  They use perfumes.  They use

14   bleach.  So basically I feel like I'm isolated because I

15   can't live where other people can normally live.  I

16   can't do the things that they normally can, so me moving

17   in with someone would actually put them in a prison like

18   I feel like I'm in one.

19   **Q.  The carpet and those kinds of things, those are**

20   **from your allergies.  Right?**

21   A.  That and other issues, yes, sir.

22   **Q.  Well, what other issues cause you not to be able**

23   **to have carpet?**

24   A.  Well, all allergies and just my environment, the

25   G6PD, just those things.

1    Q.  **Have you ever asked anyone, you know, any family**

2    **member, whether they would be willing to set up a room**

3    **in their house that didn't have carpet and, you know,**

4    **had the kind of equipment that you have, your oxygen**

5    **machine and those kinds of things?**

6    A.  I have gone to my sister's to stay, but again,

7    why should someone be put in a prison because of me?

8    Like for instance, I can't live in one room because one

9    room consists of just one room.  I need a kitchen.  I

10   need a bathroom.

11       And those -- like, for instance, sometimes I want

12   to visit someone, but if they clean with bleach I can't

13   go to their home.  So living in one room, I might as

14   well go to jail and live in a prison cell.

15   Q.  **Do you have any plans to sell your home?**

16   A.  From what I understand when -- this is just my

17   understanding -- when you know that there's something

18   wrong with your home or if there's toxins, pollutants,

19   sinkholes, and you sell your home and you know those

20   things are there, it's considered fraud.

21   Q.  **Do you have any plans to lease your home?**

22   A.  Wouldn't that be the same thing?

23   Q.  **Well, I'm asking you.  I'm sorry, I can't give**

24   **you legal advice.**

25   A.  I don't know.  Again, I'm just saying I don't --

1    you know.

2       Q.   Do houses come up on the market in Progress

3    Village?

4       A.   I'm not sure.   I'm not --

5       Q.   Have you ever driven down the road at Progress

6    Village and seen a sale sign?

7       A.   I'm sure.

8       Q.   So people -- folks are selling homes there?

9       A    I can't say they're selling.   I don't know what

10   they're doing.

11      Q.   Have your neighbors been -- you know, let's talk

12   about the folks around you.   If I looked at your house

13   square on, Ms. Williams, what are the names of the folks

14   that live to your right looking at the house?

15      A.   Looking at my house?

16      Q.   Yes, ma'am.

17      A.   To the right, Mr. Scottie and Ms. Jean.

18      Q.   Mr. Scottie and Ms. Jean?

19      A.   Uh-huh.

20      Q.   Is that their first names?

21      A    Yes.

22      Q.   How long have they been there approximately?

23      A.   Ten plus years, I know.

24      Q.   And what about to the left as we're looking at

25   your house?

1    A.   It's an abandoned home.  It's been like that for

2    years.

3       Q.   Okay.  What about behind you?

4    A.   Grass.  You mean behind me as --

5       Q.   Yes.  Is there a home behind you, or is it just

6    open -- open space?

7    A.   I have a fence.  It used to be a ditch they

8    covered up, and then it's another street, so I assume

9    there are homes back there.

10      Q.   Okay.  You don't know your neighbors?

11   A.   I don't know the person back there, no.

12      Q.   Okay.  What about directly across the street?

13   A.   Someone just -- a lady's daughter just moved in.

14      Q.   And do you know her name?

15   A.   No, I don't.

16      Q.   And was that her mother's home before hers?

17   A.   I believe so.

18      Q.   In other words, that wasn't a sale, that's an

19   existing home and --

20   A.   I assume so.  I don't get in my neighbors'

21   business, so I really don't know if they're leasing,

22   renting, buying.  I have no clue.

23      Q.   Okay.  Do you know -- are you friends with any of

24   your neighbors that are right around you, within a few

25   houses?

1      A.   I have a friend Tracy across the street.   She's

2   been there about 40 -- about 47, 48 years.

3      Q.   And what's Tracy's last name?

4      A   Washington.

5      Q.   And do you know whether Ms. Washington has any

6   respiratory problems?

7      A.   I'm not sure.   Her mom has some illnesses, but

8   what they are in particular I can't say.

9      Q.   Okay.   Have you ever talked to any of your

10   neighbors about this lawsuit?

11      A.   Huh-uh.

12      Q.   Have you ever talked to any of your friends about

13   this lawsuit?

14      A   Yes, I have.

15      Q.   Okay.   And which friends were those?

16      A.   My friend Jaime.

17      Q.   And tell me Jaime's last name again.

18      A.   Walker.

19      Q.   Walker.   Okay.   And when is the last time you had

20   a conversation with Jaime?

21      A.   This morning.

22      Q.   Okay.   Tell us about that conversation.

23      A   That I was coming to my deposition.   She's my

24   health care surrogate, so she -- I usually let her know

25   where I'm -- you know, where I'm going so in case she's

1    reaching me if something happens, you know.

2         (The document was marked as Exhibit No. 18.)

3              MR. WEINSTEIN:  18?

4              COURT REPORTER:  Uh-huh.

5    Q.  (By Mr. Weinstein)  Ms. Williams, open Exhibit 18

6    and tell me if you recognize that handwriting.

7    A.  Uh-huh.

8    Q.  Is it yours, ma'am?

9    A   Yes, it is.

10   Q.  And were you a scout leader?

11   A.  Yes, I was.

12   Q.  And from -- tell us when.

13   A.  Years ago.

14   Q.  More than ten years?

15   A   More than ten.

16   Q.  Okay.  More than fifteen?

17   A.  Probably between fifteen and twenty.

18   Q.  Okay.  And that was girl scout troop 497?

19   A.  Yep.

20   Q.  Okay.  And how long approximately were you a

21   scout leader?

22   A.  I think five or six years.

23   Q.  Okay.  And why did you give it up?

24   A.  My health and then my father passed.

25   Q.  Okay.  So in order to get the date -- your father

1    passed in 2001 if I --

2    A.   Yeah.

3    Q.   -- September 9?

4    A.   Yes.

5    Q.   Okay.  So it was right about that time that you

6    gave up being a scout leader?

7    A    Like May of that year.

8    Q.   Okay.  Ms. Williams, do you think that -- you

9    would agree with me that the fact that you're a woman

10   shouldn't have any impact on this case, right, you

11   should be treated the same way whether you are a man or

12   a woman.  Right?

13   A.   Yes.

14   Q.   Okay.  And, Ms. Williams, if you were Hispanic as

15   opposed to African American, you should be treated

16   exactly the same.  Right?

17   A.   I believe so, yeah.

18   Q.   Okay.  And regardless, ma'am, of your sexual

19   orientation, you should be treated exactly the same?

20   A.   I believe so.

21   Q.   Okay.  So you would agree with me that none of

22   those things, race, sex, national origin should have

23   anything to do with this case?

24        MS. GALEOTO:  Object to form.

25   A.   I mean, they shouldn't, but whether it does or

1    not, that's up to the individual that's trying the case,

2    so--

3                  MR. WEINSTEIN:  Let's go off and take five.

4         I think we're done.

5                  VIDEOGRAPHER:  It's 2:44.  We're going off

6         the record.

7                  (There was a break in the proceedings.)

8                  VIDEOGRAPHER:  It's 2:51.  We're back on

9         the record.

10                  MR. WEINSTEIN:  Mosaic has concluded its

11         direct examination of Ms. Williams and reserves

12         redirect pending on the questions elicited on cross.

13                          EXAMINATION

14    BY MS. GALEOTO:

15       Q.  Ms. Williams, good to see you.  I have a few

16    questions in follow up --

17       A.  Okay.

18       Q.  -- to Mr. Weinstein's questions of you both today

19    and on day one of your deposition.

20            To begin, you were shown Exhibit 12.  I'm going

21    to hand it back to you, and it is the Social Security

22    record from 1992.  And I'm going to direct your

23    attention to -- it's Bates WILLIAMS_68.  And, if you

24    will, look at --

25                  MS. GALEOTO:  I'll wait for you to get it,

1    David.

2         MR. WEINSTEIN:  May I see the first page,

3    please, Ms. Williams, page one, please?

4         THE WITNESS:  Page two?

5         MS. GALEOTO:  Okay.  Got it?

6         MR. WEINSTEIN:  Okay.  Thank you, Laureen.

7    Q.  (By Ms. Galeoto)  I want to direct your attention

8    to the bottom of what's Bates WILLIAMS_68.  Do you see

9    that?

10   A   Yes.

11   Q.  Okay.  And specifically I just want to direct

12   your attention to the bottom paragraph and where it

13   begins to talk about "the medical evidence shows."  Do

14   you see that sentence?

15   A.  Yes.

16   Q.  Okay.  And it states, the medical evidence shows

17   that claimant suffers from bilateral temporomandibular

18   joint syndrome with manifestations of headaches and

19   facial pain, endometriosis, irritable bowel syndrome, an

20   increased SED rate and on January 25th, 1995 claimant's

21   treating sources indicated in a treating/examining

22   source statement of physical capability that the

23   claimant was unable to perform sedentary exertion due to

24   myofascial pain syndrome and an abnormal SED rate.

25        To begin, in 1992 was endometriosis related to

1    your vehicle accident?

2        A.   No.

3        Q.   Was the TMJ related to your vehicle accident?

4        A.   Yes.

5        Q.   Was the irritable bowel syndrome related to your

6    vehicle accident?

7        A.   No.

8        Q.   What about the increased SED rate?

9        A.   I'm not sure what the SED rate is.

10       Q.   Is it fair to say that in 1992 when this document

11   was created that you were suffering from injuries other

12   than just injuries related to the vehicle accident?

13       A.   Yes.

14       Q.   And to your best recollection, what were the

15   injuries related to that vehicle accident?

16       A.   I think that -- if I'm not mistaken it was -- it

17   was saying neck, back, right arm, right hand, right

18   foot, facial pain, headaches and trouble sleeping.

19       Q.   And did you understand those pains to eventually

20   go away?

21       A.   Yes.

22       Q.   There's been this discussion or this confluence

23   of pain --

24       A.   Yes.

25       Q.   -- and there's been some confusion.  Could you

explain for us the difference between that pain and
other pain that you've experienced over the course of
the last ten, twenty years?

A.   Okay.  For instance, like the endometriosis pain,
that was a pain, you know, dealing with my stomach and
some female organs and female problems.  And the pain
that I had like in my right foot at the time and right
hand was due to, I believe, some muscles or something in
my back.

Well, during that time -- well, from that time to
now those things have, I guess, healed or rectified
itself, but the other pains that I'm experiencing now
come from other sources, like from --

MR. WEINSTEIN:  Object to the form.

THE WITNESS:  He objected to my form.

MR. WEINSTEIN:  Just for the record,
testifying in a narrative.

THE WITNESS:  Okay.

Q.   You can -- you can continue with your response,
Ms.  Williams.

A.   You're confusing me.

Q.   You can continue.

A.   You all just threw me off.

Q.   That's all right.  I'll ask you another question
in follow up.

1    A.  Okay.

2    **Q.  How would you describe the pain and progression**

3    **over the last ten to fifteen years?**

4    A.  The pain over my body has progressively gotten

5    worse.  Like, for instance, when I was diagnosed with

6    anemia I didn't realize when you have anemia there's

7    certain things that makes your body hurt or ache.  And

8    then over the past years when I've been like diagnosed

9    with the kidney disorder, I didn't realize that that was

10   causing some of my pain as well from dehydration and

11   other things like that.  So I've had constant pain, but

12   the duration has been the same, but the sources, I

13   guess, from back in the '92 or, I guess what -- yes, '92

14   those have healed itself now.

15   **Q.  There was also discussion today concerning**

16   **different doctors that were identified in the Social**

17   **Security records we looked at and including in Exhibit**

18   **12.  Were all the doctors that are identified in the**

19   **Social Security records your personal treating**

20   **physicians?**

21   A.  No.  Some of the doctors -- I believe a Dr.

22   Hughes was a doctor that was sent -- that I was sent to

23   by Social Security.  So I know during that time that I

24   was going for the Social Security benefits like Dr.

25   Waslik was my doctor, but some of the doctors are Social

1    Security doctors that they send you to.

2       Q.  **What is your understanding of why Social Security**

3    **sends you to other physicians other than your own**

4    **personal treating physician?**

5       A.  I assume to make sure you have no personal, I

6    guess -- what is the word I'm looking for -- connection

7    with them, I guess, to give them an objective -- a fair

8    objective review of you as a person for your medical

9    conditions.

10      Q.  **Do you think it's fair to say they were checking**

11   **to make sure that you weren't lying to your treating**

12   **physicians?**

13      A.  Yes.

14          MS. GALEOTO:  You can put that aside.

15      Q.  **(By Ms. Galeoto)  Ms. Williams, are you an**

16   **individual that enjoys life?**

17      A.  I try to.

18      Q.  **Do you find it difficult at times?**

19      A.  Very much so.

20          MR. WEINSTEIN:  Object to the form.

21      Q.  **When you went to go see Dr. Deutsch in November**

22   **of 2014 what was your mental affect?  What was going on**

23   **in your life at the time?**

24      A   **A bit overwhelming.  Usually the holiday season**

25   **is just a hard season for me anyway, and back -- I was**

```
 1     still suffering from the torn rotor cuff.

 2          I think it was my mom had, you know, celebrated

 3     her birthday, you know, and then she had -- her

 4     anniversary when she passed.  Then I was diagnosed with

 5     the post neuropathy pain, and then I was diagnosed with

 6     the venous insufficiency, so it seemed as though every

 7     time I went to the doctor trying to get the ailments

 8     that I had under control it was a new ailment to deal

 9     with, just feeling overwhelmed.  And sometimes I felt

10     that way today, but I just try to pray and get a hold on

11     it?

12     Q.  Do you feel like you're in a better state

13     mentally today than you were in November, 2014?

14     A.  Yesterday I had a rough day but, again, I just

15     think the joy of the Lord is my strength.  I'm human

16     like anybody else, but I just keep saying this too shall

17     pass and just trying to make the best of each day.

18     Q.  Okay.  I'm going to direct you to page 22 of Dr.

19     Deutsch's report, and that is Exhibit 15, for the

20     record.  Mr. Weinstein went over some of the language on

21     this page with you, and you had testified there were

22     certain things you didn't know what they meant.  Do you

23     know what the word somatic means?

24     A.  Somatic I assume means something that occurs

25     overall.  Can you explain what it means?
```

1    Q.   Okay.   Is it fair to say that when he was asking

2    you about that sentence that you weren't clear on what

3    somatic meant?

4    A.   Yes, ma'am.

5    Q.   Okay.   And there are some other words in here

6    that you also testified that you weren't sure what they

7    meant.   With that in mind, would you agree that to the

8    extent that you appeared emotionally overwhelmed in

9    November, 2014 that you are in a better place today?

10             MR. WEINSTEIN:   Object to the form.

11   A.   I'm sorry.

12             MR. WEINSTEIN:   You may answer.

13   A.   Every time you all do that you all throw me off.

14   Okay.   Can you ask -- don't object to the form.

15   Q.   I'll ask a better question.

16   A.   You all throw me off.   Okay.

17   Q.   Would it be fair to say that in November of 2014

18   when you met with Dr. Deutsch you felt emotional and

19   overwhelmed?

20   A.   Very much so.

21   Q.   Is it fair to say that today mentally you are --

22   if we just took today as an example you are mentally in

23   a better place than you were on that day?

24   A.   Yes.

25             MS. GALEOTO:   You can put that aside.

Q.  Ms. Williams, I'm going to hand you what was
previously marked as Defendant's Exhibit 7, and it is
Plaintiff's First Response to Defendant Mosaic
Fertilizer's First Set of Interrogatories.  And I'm
specifically going to direct you to interrogatory number
8, and your response at subpart (f), and I'm going to
ask you to read subpart (f) into the record.

A.  Who, me?

Q.  Yes.

A.  I'll wait for him.  Are you ready?

Q.  Uh-huh.

A.  Okay.  F?

Q.  Subpart f, yes.

A.  Excuse me?

Q.  Yes.

A.  Okay.  See d.  Ms. Williams contends the property
has no value as any sale would require the disclosure of
the toxins found in and around the home and the
neighborhood.  As previously produced in this action,
which came directly from Mosaic Fertilizer, Ms. Williams
does not believe that a rational, educated person, who
had knowledge of the presence of the toxic emissions and
their long-term health effects would want to acquire
residential property in her neighborhood.

Q.  Do you stand by that statement today?

1    A.   Yes.

2    Q.   There were some inquiries of you by Mr. Weinstein

3    concerning your neighbors and sales of your neighbors'

4    homes.  Do you remember that line of questions?

5    A.   Yes, ma'am.

6    Q.   Have you disclosed to any of your neighbors the

7    findings of the -- the toxic hazards in your home?

8    A    No, I haven't.

9         MR. WEINSTEIN:  Object to the form.

10   Q.   Sitting here today do you know what the quantity

11   of any of the toxic emissions in your neighbors' homes

12   may be?

13        MR. WEINSTEIN:  Object to the form.

14   A.   I'm not an expert.  No.

15   Q.   Okay.  You were also asked at one point

16   concerning your employment and what you believe the

17   benefits are that you lost by not being able to hold

18   gainful employment all those years.

19   A.   Right.

20   Q.   Do you believe you would have been entitled to

21   retirement benefits?

22   A.   Very much so.

23        MR. WEINSTEIN:  Object to the form.

24   Q.   Ms. Williams, do you see yourself as a person who

25   is at suicide risk?

1    A.   Say that again.

2    **Q.   Did you consider yourself a person who is at**

3    **suicide risk?**

4    A.   No, not because of my faith.   No.

5    **Q.   You're human; you have good days and bad days?**

6    **A    Yes.**

7    **Q.   There's some testimony that you gave earlier**

8    **today and I think also on day one of your deposition**

9    **concerning household chores and work you do around your**

10   **home.   And my question to you is, do you still conduct**

11   **household work, house cleaning?**

12   A.   I have to try to do something every day just to

13   breathe, but I -- the hard core cleaning, you know, I

14   have someone come help me.

15   **Q.   Is it fair to say that you do do some cleaning on**

16   **your own?**

17   A.   Yes.

18   **Q.   Okay.**

19        MS. GALEOTO:   That may be all I have.   Just

20   give me one moment.

21   **Q.   (By Ms. Galeoto)   Ms. Williams, do you stay in**

22   **your home 24 hours a day?**

23   A.   No.

24   **Q.   Do you stay in your home more today than you did**

25   **five years ago?**

1    A.   Absolutely.

2    **Q.   What about two years ago?**

3    A.   Yes.

4    **Q.   Would you like to spend more time outside?**

5    A.   I would love to live outside -- not live outside,

6  but, yes, definitely spend a lot of time outside.  I

7  love outdoors.

8         MS. GALEOTO:  That's all I have.

9    A.   Because I'm like looking out the window like, oh.

10         MR. WEINSTEIN:  No further questions.

11         VIDEOGRAPHER:  This concludes the

12    deposition of Rhonda Williams.  It is 3:06.  We are

13    going off the record.

14              *  *  *  *  *  *  *  *

15  (Thereupon, the deposition was concluded at 3:06 p.m.)

16

17

18

19

20

21

22

23

24

25

RE: RHONDA WILLIAMS vs. MOSAIC FERTILIZER, LLC

ERRATA SHEET

I, RHONDA WILLIAMS, have read the foregoing deposition given by me on October 2, 2015 in Tampa, Florida.  Corrections should be made as follows:

Page/Line                    Correction to be Made

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

\_\_\_\_\_ \_\_\_\_\_          _____

Subject to these corrections, my testimony reads as given by me in the foregoing.  Signed this _____ day of _____, 2015.

_____
RHONDA WILLIAMS

1                    CERTIFICATE OF REPORTER

2

3      STATE OF FLORIDA        :
       COUNTY OF HILLSBOROUGH :

4

5           I, CHERE J. BARTON, a Notary Public in and for

6      the State of Florida at Large, certify that I was

7      authorized to and did stenographically report the

8      foregoing proceedings; and that the transcript is a true

9      record of the testimony given by the witness.

10          I further certify that I am not a relative,

11     employee, attorney or counsel of any of the parties, nor

12     am I a relative or employee of any of the parties'

13     attorney or counsel connected with the action, nor am I

14     financially interested in the action.

15          Dated this 8th day of October, 2015.

16

17

18

19

20                            _____

21                            CHERE J. BARTON
                              Notary Public
22                            State of Florida at Large
                              My Commission No:  #EE 833456
23                            My Commission Expires:  12/17/16

24

25

CERTIFICATE OF OATH

STATE OF FLORIDA:

COUNTY OF HILLSBOROUGH:


        I, the undersigned authority, certify that RHONDA

WILLIAMS personally appeared before me and was duly

sworn.

        WITNESS my hand and official seal this the 8th

day of October, 2015.

_____
CHERE J. BARTON
Notary Public
State of Florida
My Commission No:  #EE 833456
My Commission Expires:  12/17/16

**A**

**abandoned** 360:1
**abdominal** 278:12
  279:11
**aberrant** 335:11,14
**ability** 228:10
  256:22,24
**able** 242:11,14
  243:11,14 245:4
  245:11 246:8,17
  246:24 253:13,24
  254:2 304:16
  307:6 315:10
  325:15 326:17
  329:12,14 347:22
  348:19 356:11
  357:22 373:17
**abnormal** 234:8
  272:7 365:24
**absolutely** 274:22
  307:1 319:6
  375:1
**accepting** 263:24
**accident** 232:24
  251:8 253:4,9
  258:14 259:23
  260:6,9,12,13,16
  366:1,3,6,12,15
**accurate** 230:11
  238:15 245:18
  246:19 264:8
  268:2 281:8,16
  285:1,2,4,6
  300:7,9,12,12,14
  300:23,25 302:23
  302:25 303:4,6
  303:11,13,15,17
  303:19,21,24
  304:1 305:12,16
  306:4,7,19,22
  328:25 334:2,5
  334:11,13,21,23
  335:12,21,23
  337:1,2,3,7,9
**accurately** 228:11
  235:3 268:25
  281:4,14 351:23
**ache** 244:7 368:7
**aches** 240:19
**acid** 317:5
**acquire** 372:23
**act** 335:7
**action** 372:19
  377:13,14
**activated** 272:24
  285:11 290:16
**activities** 242:21
  242:22 244:12
**actual** 260:19
**added** 324:2
**addition** 230:13

316:6,11 323:17
323:22 325:5
343:17,24
**additional** 324:4,5
**administered**
  271:19
**administration**
  226:3,5,7 233:6
  258:7 262:22
  263:16 264:5,19
  265:2
**administrative**
  231:15 236:22
  239:9 257:20
  258:3
**administrator**
  236:25
**admits** 300:6,11
**adrenal** 281:2
**adult** 327:23
**advice** 358:24
**affect** 246:9
  369:22
**african** 363:15
**age** 306:17,17
**agent** 294:24
**agents** 294:20
**ago** 238:24 246:16
  251:7 253:21
  258:22 325:23,25
  326:19,22 327:11
  327:15 362:13
  374:25 375:2
**agree** 268:14
  299:20 363:9,21
  371:7
**ahead** 315:23 331:6
**aid** 350:19,21
**ailment** 370:8
**ailments** 328:5
  370:7
**aint** 336:21
**air** 274:5 344:3
**alabi** 292:4,11,11
  293:24 294:10
  325:9
**alertness** 246:10
**alive** 355:16
**alj** 257:20,23
**alleging** 231:19
**allegra** 324:6,8,12
**allergic** 241:23
  247:19 251:12
  255:20 280:3
  287:4 322:11
**allergies** 280:5,15
  281:1 282:24
  283:1 311:8,13
  323:24 357:20,24
**allergy** 287:7,10
  306:10

**allow** 357:7
**amen** 243:18
**amended** 226:14
  349:8
**american** 363:15
**amount** 346:2,4
**amounts** 352:21
**analysis** 247:4
  250:2
**anemia** 248:20
  260:20 276:17
  280:25 282:14,16
  307:7 368:6,6
**anesthesia** 272:11
  272:13,14
**anhedonia** 336:12
**ankle** 259:10
**anniversary** 370:4
**answer** 228:10
  261:7,22 296:5
  341:20,21 343:8
  343:19 371:12
**anxiety** 255:21
  256:20 257:12
  300:7 334:19
**anybody** 269:21
  340:2 344:22
  355:20 357:7
  370:16
**anymore** 246:1
  301:12 323:10
  326:3
**anyway** 282:2
  291:14 369:25
**apnea** 281:2
**apologies** 240:1
**apparently** 252:10
**appeal** 348:10
**appearances** 224:1
**appeared** 224:6,11
  253:12 371:8
  378:7
**application** 231:16
**applied** 268:16
**apply** 231:23
**appointment** 340:22
**appointments** 319:5
  325:21
**appraised** 354:14
**appraiser** 354:14
  354:22
**appreciate** 291:3
**approved** 232:11
  347:24
**approximately**
  267:5 359:22
  362:20
**april** 232:24
**architectural**
  350:14,24 351:3
**area** 296:4 307:9

351:5
**areas** 302:5 323:12
**arm** 233:1 243:24
  244:3 251:9
  258:21 366:17
**arteries** 289:14
**ashley** 223:16
  224:9
**aside** 279:16
  336:20 369:14
  371:25
**asked** 291:8 295:2
  296:1,10,12,15
  320:12 330:20
  350:9 358:1
  373:15
**asking** 273:19
  290:19,20 296:20
  309:5 339:6
  352:12,15,17
  358:23 371:1
**assert** 308:7
**associates** 224:14
  265:25
**assume** 238:16
  248:11 352:6
  353:9 360:8,20
  369:5 370:24
**assuming** 353:10
**ast** 270:19
**astelin** 324:14
**asthma** 241:24
  248:19 269:25
  270:4,7 280:25
  282:19,21 308:13
  308:18,21,24
  309:1,2,14,16,17
  310:24 311:1,5,9
  323:24 339:14
**atlanta** 328:10
**attached** 331:7
**attack** 308:13,19
  309:1,2,7,10,16
  339:15
**attacks** 308:21,24
  309:12
**attention** 238:9
  247:9 255:8
  256:22 257:14
  268:21 327:20
  329:15 351:13
  364:23 365:7,12
**attorney** 377:11,13
**attorneys** 266:11
**attribute** 356:16
**authority** 378:6
**authorize** 347:24
**authorized** 348:2
  377:7
**auto** 260:6
**available** 330:24

342:22
**average** 325:18
348:4
**avoid** 276:1
**avoidance** 335:20
**awarded** 268:16
**aware** 339:19

**B**

**b12** 322:24  323:11
**back** 232:10  233:1
233:8,13  234:12
246:5  249:13,25
256:12  257:14
259:4,24  260:18
260:19  265:12
272:8  274:11
278:12,17  279:11
279:15  296:18
297:1  307:19
327:8,14  338:14
364:8,21  366:17
367:9  368:13
369:25
**bad** 280:13  327:3
374:5
**balance** 305:10,13
305:20,23
**balls** 276:1
**barton** 223:20
227:6  377:5,21
378:16
**base** 273:11
**based** 256:25
268:23  308:21
352:3  353:17
**basically** 320:15
357:14
**basis** 261:17
317:24
**bate** 228:25  239:22
247:3
**bates** 364:23  365:8
**bathroom** 304:11
358:10
**bcomplex** 317:6
323:6
**beach** 336:3
**bears** 263:14,15
**bed** 315:15,16,16
**began** 238:12
**beginning** 227:6
231:11  307:17
**begins** 235:21,22
247:10  248:6
254:8  255:10
280:24  365:13
**beliefs** 335:7
**believe** 229:8
230:10,12  231:6

232:16  234:15
238:7  248:13
254:7  256:4
264:7  269:7
270:5,8  272:22
272:24  273:5
274:1  279:21
282:13  285:10,11
285:12  289:5,24
292:4,9  302:20
304:7  305:2
309:14  312:5,6,9
312:9  314:9
324:14  331:10
333:10,25  334:6
334:13,25  335:15
350:7,8,25
353:19  354:21,23
360:17  363:17,20
367:8  368:21
372:21  373:16,20
**ben** 340:8
**bend** 260:2  303:23
**bending** 303:23
304:5
**benefit** 229:20
348:12
**benefits** 228:14
229:4,15  230:7
230:14  231:9,24
232:9  238:5
239:1  263:21,24
268:16  349:14
350:5  368:24
373:17,21
**best** 254:14  334:4
339:20  366:14
370:17
**better** 244:4  254:4
254:5  280:9
300:18  301:10
312:22  335:1
357:4  370:12
371:9,15,23
**big** 353:14
**bilateral** 233:19
237:6  365:17
**binder** 320:2
**biologically**
342:22
**biopsied** 273:7
**biopsy** 287:24
**birthday** 370:3
**bit** 304:21,23
369:24
**bites** 280:4
**biweekly** 234:24
317:24
**bleach** 357:14
358:12
**bloated** 287:5

**blockage** 272:4,8
**blood** 242:2,6
251:15  255:20
269:4,7,9,11,15
289:15  302:1,2
305:10,11  306:1
307:4,5  319:23
320:3,16  323:14
323:17
**body** 240:19  250:17
250:20  251:1,4,6
253:24  258:19,20
258:22  259:7
262:1  263:3
272:17  274:3,15
285:17,20  289:16
290:15  301:25
302:2  326:7
344:6  368:4,7
**bone** 287:23
**bones** 260:20
**book** 319:2,4,7,12
319:16
**born** 355:12
**bother** 309:21
**bothering** 249:17
**bothers** 311:21
**bottom** 229:1,19
230:1  239:25
250:6  263:14,15
275:18,24  276:15
276:16  312:12,18
349:12  365:8,12
**boulevard** 223:24
224:4  227:4
**bowel** 233:22  237:6
241:17  247:18
248:19  251:19
255:19  284:15,22
365:19  366:5
**brandon** 271:22
302:17
**break** 249:12,16
265:11  307:16
314:6  316:12,18
338:8,13  346:10
364:7
**breath** 277:24
278:23
**breathe** 253:25
374:13
**breathing** 267:13
284:25
**briefly** 270:17
**broken** 320:2
**broker** 294:25
**brokers** 294:20
**bronchial** 280:25
282:19,21  311:10
311:12
**bronchitis** 311:6,9

311:12
**brother** 353:14
**build** 351:3
**building** 351:4
**buildings** 351:3
**bullet** 351:18
353:16,24
**bullets** 276:15
282:6
**busch** 336:2
**business** 223:8
348:25  349:1
356:14  360:21
**buying** 360:22

**C**

**calculated** 352:1
355:11
**calculating** 342:15
**calculation** 349:13
349:17,20
**call** 288:5  318:17
**called** 301:6  308:1
312:13
**calls** 318:16
**cancer** 345:22
**candidate** 337:13
**cant** 236:13,15,17
243:3  246:1,4
248:11  258:20,20
258:23  259:18
260:8,8,11
261:23  268:13
271:3  272:11,13
272:14  277:4,15
277:21  291:11
307:3  310:16,20
316:24  325:13
326:3,15  329:9
331:4,19,22
336:1  344:19
345:5  346:8
350:8  355:18
356:14  357:15,16
358:8,12,23
359:9  361:8
**capability** 234:6
365:22
**capital** 238:19
**car** 258:14  259:23
**card** 226:16  347:13
**cardiac** 271:24
**care** 346:19  347:8
347:13  351:16,20
352:6,22  353:16
353:17  361:24
**careful** 236:21
**cares** 295:5,16
**caretaker** 295:17
**carmel** 292:4,7,9,9
293:1,20  294:10

**carpet** 357:11,13
357:19,23 358:3
**carry** 319:2,4
**case** 223:5 231:14
257:24 286:23
318:8 341:8
343:4,5,11 345:8
346:3,6,13,25
352:23 353:4
361:25 363:10,23
364:1
**cash** 347:12
**categories** 304:3
**catering** 348:24
**catheterization**
271:24
**causation** 342:25
**cause** 241:24 261:4
273:4 298:3,21
309:3 357:22
**caused** 270:4,7
272:21 273:5
282:12,17,22
283:1,8,12,17,22
284:1,7,12,18
285:9,21 286:3,6
286:8,12,16,18
287:8,10 288:1
288:11,15,22
289:4,9,20,23
290:11 291:2,5
291:17,22 292:13
292:16,24 293:2
293:17,21,25
294:7 296:21
297:3,5,13,25
298:7,15 299:1
299:11,17 304:6
304:25 305:1,8
305:21,24 306:1
306:12 308:9,25
309:17 310:3,6
310:12 311:16
312:4 328:1
344:6
**causes** 262:12
312:10
**causing** 262:4
267:14 356:10
368:10
**caution** 332:20,24
332:25,25 333:5
333:7,14
**celebrated** 370:2
**cell** 226:12 242:2
251:15 255:20
269:7 327:23
358:14
**cells** 302:1
**center** 327:22
328:25

**certain** 239:11
262:19 263:24
268:3,7 269:9
273:3,23 274:2
288:25 291:18
301:18 307:6
331:4 344:5
347:23 368:7
370:22
**certificate** 225:5
225:6 377:1
378:1
**certify** 377:6,10
378:6
**cetera** 310:25
**change** 296:22
357:10
**changed** 313:14
322:22
**changes** 264:3,12
**charges** 352:3,16
**check** 271:22
312:22 340:10
347:12
**checked** 332:5
**checking** 369:10
**chemical** 291:8
344:22 356:3
**chemicals** 342:9
**chere** 223:20 227:6
228:16 259:5
377:5,21 378:16
**chest** 286:11
**chicken** 290:15
**chief** 281:24
**children** 348:23
**choice** 356:7
**choices** 335:17
**chores** 242:11
374:9
**chris** 230:19
**chronic** 248:19,19
255:19 281:1
283:4,7 311:6
329:4,8
**church** 243:4,4
**cirrhosis** 279:19
279:20,23
**citations** 236:3
**city** 328:12,15
**civil** 349:10
**claimant** 231:16
232:25 233:19
234:6,22 236:4
237:5 240:4,6
247:17 248:18
250:7,9,13,16
252:5,18 255:11
255:17 256:8
365:17,23
**claimants** 234:4

236:1 237:13
240:3 256:7
365:20
**claiming** 346:3,24
346:25
**clarification**
293:10
**classic** 298:9
**clay** 329:11
**clean** 358:12
**cleaning** 374:11,13
374:15
**clear** 236:3 345:14
371:2
**cleared** 236:10
**click** 291:1
**climb** 305:3,3
**climbing** 305:8
**clinic** 327:23
328:2
**close** 321:10
**closer** 252:9
**closing** 289:14
**clue** 248:1 252:14
252:16 271:6
277:15 278:20
333:8,9 335:14
335:17 336:12
351:9 360:22
**cognitive** 332:22
333:12 334:7
**cold** 308:18 309:9
309:15 310:25
**colitis** 281:4
289:6 297:12,12
297:24
**collected** 352:4,6
**college** 350:11,13
350:13
**combination** 268:24
276:2
**combined** 353:9
**combo** 350:19
**come** 260:12 302:7
340:7 359:2
367:13 374:14
**comes** 242:10
262:19 288:19
**comfortable** 293:8
**coming** 260:16,17
262:14 274:4
298:9,19 336:5
353:15 361:23
**commission** 377:22
377:23 378:18,18
**communications**
339:7
**company** 328:4
347:23
**comparison** 240:8
252:10

**complaints** 232:25
233:5 237:13
281:24 332:22
333:12,18 334:8
**complete** 256:24
323:13
**complex** 323:13
**components** 271:5
**compression** 289:13
348:11
**computer** 245:10
330:16,18 348:22
**concentration**
244:19 256:22
334:9
**concentrations**
342:16
**concern** 332:20,25
344:11
**concerning** 332:25
344:10 351:18
368:15 373:3,16
374:9
**concert** 336:1
**concluded** 364:10
375:15
**concludes** 307:13
375:11
**conclusion** 352:12
**condition** 241:20
252:4 254:5
257:6 262:4,7
273:25 278:25,25
287:19 291:1
296:21 299:13
305:4 311:1
335:25 337:12
345:25
**conditions** 233:25
255:25 256:2
264:13 281:8,16
290:7,10 299:17
299:21 311:15
346:25 369:9
**conduct** 374:10
**confirm** 274:6,9
**confluence** 366:22
**confusing** 367:21
**confusion** 366:25
**connected** 377:13
**connection** 346:24
369:6
**consider** 374:2
**consideration**
236:21
**considered** 358:20
**considering** 235:25
256:6
**consistent** 237:14
250:10
**consists** 358:9

**constant** 228:5
 279:14 368:11
**constantly** 241:18
 271:15 356:2
**constipation**
 241:18
**constituents**
 343:25 344:11
**contain** 319:19,22
**contains** 319:16
**contend** 270:3
 272:20 273:8
 282:11,16,21
 283:1,7,12,17,22
 284:1,7,12,18
 285:8,20,23
 286:2,5,8,11,15
 286:18,25 287:7
 287:25 288:11,15
 289:3,8,19,22
 304:3,24 305:7
 305:20,23 306:12
 306:15,24 308:25
 310:6,11 311:15
 312:3 341:8
 344:1
**contends** 372:16
**contention** 275:16
**contents** 339:6
**continuation**
 223:12 227:8
**continue** 301:19
 367:19,22
**continued** 227:1
**continues** 238:13
 253:16
**continuing** 251:11
 253:11 290:3
**contraindicated**
 272:17 274:15,25
 275:12,21,21
**control** 370:8
**controlling** 285:3
 285:8,12
**conversation**
 361:20,22
**conversations**
 345:14,18
**cook** 348:24
**copd** 280:25 282:9
 282:11 311:5,9
**copy** 226:16 282:2
 320:8,10,15,20
 320:23 321:7
 331:2,10 332:8
 332:11
**core** 374:13
**corner** 296:3
**corporation** 223:8
**correct** 229:21
 230:18 244:13

267:3 292:22
 332:6,6 335:9
 347:7
**corrected** 332:6
**correction** 376:7
**corrections** 376:6
 376:19
**correctly** 229:17
 230:8 231:21
 233:3,23 234:9
 236:6 237:8,15
 238:13 240:9,15
 240:21 241:1,6
 247:21 248:22
 250:11 252:5
 254:19 255:22
 257:1 258:1
 295:11 305:15
 312:21 333:21
 334:9,19 337:15
 347:6,19 354:3
**correlated** 292:21
**cost** 349:25
**costs** 352:7
**couldnt** 295:13
 326:7 348:2,13
**counsel** 223:14
 226:13 227:3
 377:11,13
**counselor** 338:2,4
**count** 242:2,6
 251:15 255:20
**counted** 312:21
**counting** 312:23
**county** 354:14
 377:3 378:4
**couple** 248:4
 249:16 331:21
 347:2 348:21
**course** 268:17
 350:1,6 354:25
 367:2
**court** 223:1 228:18
 263:6 314:7
 315:19,25 349:3
 362:4
**cover** 277:2 348:4
**covered** 348:12
 360:8
**cpd** 240:8 252:4,10
**cpk** 262:10
**cream** 327:8
**created** 366:11
**credible** 237:14
**credit** 347:13
**crisis** 317:8
**cross** 364:12
**ct** 302:19
**cuff** 301:7,20
 302:16 330:8
 370:1

**cure** 261:12
**current** 247:10,13
 284:24 320:5
**currently** 261:25
 282:9
**cymbalta** 329:13

― D ―

**damage** 272:4 344:6
**damages** 226:14
 346:2,4,10 349:8
 351:19 353:25
**darkcolored** 278:6
**date** 223:18 231:19
 237:25 238:23,24
 245:16 253:1
 263:15 266:1,1
 267:24 268:4
 310:16 331:5,7
 352:4 362:25
**dated** 377:15
**dates** 287:15
**daughter** 360:13
**david** 224:2 292:3
 365:1
**day** 228:5 236:17
 245:23 256:24
 259:20 266:15,16
 277:16 283:25
 300:20 306:4,11
 311:7 317:10,10
 317:18 330:11
 335:1 356:8,15
 364:19 370:14,17
 371:23 374:8,12
 374:22 376:21
 377:15 378:10
**daylong** 340:21
**days** 241:14 325:23
 326:1 374:5,5
**deal** 331:24 370:8
**dealing** 367:5
**death** 335:1
**december** 231:20
**decision** 226:5,7
 231:6 232:13
 238:11,19 240:9
 252:11 254:21
**decorate** 348:25
**decrease** 269:6
**deem** 345:6
**deemed** 229:11,14
 264:14
**defendant** 223:9,14
 224:6 227:3
 372:3
**defendants** 226:2,4
 226:6,8,10,12,14
 226:16 349:8
 372:2
**deficiency** 281:13

291:22 292:13
 316:20
**deficient** 274:25
 275:15 323:11,12
**definite** 261:11
 294:11
**definitely** 254:4
 291:23 294:9
 310:4 375:6
**dehydrated** 260:18
 271:16
**dehydration** 271:14
 368:10
**delaware** 223:8
**delgado** 279:21
**demo** 266:21
**demographic** 266:24
 267:23
**department** 346:8
 356:13
**depending** 334:15
 343:5,13
**depends** 280:17
 306:8 311:5,6
**deposed** 227:16
**deposition** 223:13
 227:1,9 274:19
 280:7 307:14,18
 345:11,12 361:23
 364:19 374:8
 375:12,15 376:5
**depressed** 244:24
 253:12,14,22
**depression** 234:23
 235:7 237:8
 251:23 253:16,17
 253:18,21,23
 255:21 256:20
 257:12 268:24
 300:6 334:18
**depressions** 254:1
**desai** 247:14,14
 255:4
**describe** 257:5
 258:18 368:2
**description** 328:24
**determination**
 229:10 238:5
**determining** 342:19
**deutsch** 226:11
 265:25 266:4,5,6
 266:8,10,18,25
 279:16,18 281:9
 281:17 282:2
 307:22 313:22
 327:19 330:2,11
 331:1,16 333:1
 333:23 334:1
 335:15 337:18
 340:18 341:2
 353:22 369:21

371:18
**deutschs** 321:11
333:11 353:18
370:19
**develop** 273:3
**developed** 260:15
**diagnose** 263:4
**diagnosed** 269:24
277:10,15 287:14
301:6 302:15,18
305:18 345:21,24
368:5,8 370:4,5
**diagnoses** 247:17
248:18 282:6
287:16
**diagnosis** 337:12
**diagnostic** 320:3
**diarrhea** 241:18
**didnt** 242:22
254:17,22 258:19
258:21 260:12
272:8 288:2
291:6 293:3
298:4 301:3
309:3 322:10
335:2 340:24
341:1 358:3
368:6,9 370:22
**diet** 275:25
**difference** 253:20
367:1
**different** 232:1
251:2,2,4 253:18
256:15 257:8,9
257:10 258:10,15
258:23 259:22
260:21 261:14
274:2 300:1
313:18 319:23
333:16 344:3
347:2 349:1
356:3,4 368:16
**differs** 260:4
**difficult** 258:18
369:18
**difficulties** 305:7
334:8 335:20
**difficulty** 252:19
285:16
**digestion** 323:20
**dioxide** 273:23
274:14 275:2,4
276:8
**direct** 257:14
327:20 364:11,22
365:7,11 370:18
372:5
**directing** 238:9
247:9 255:8
268:21 329:15
351:13

**directly** 360:12
372:20
**disability** 231:20
238:5,12,19
284:24
**disabled** 229:11
**disagree** 231:8
**disclosed** 373:6
**disclosure** 226:14
349:9 372:17
**discussion** 263:18
263:21 341:6
366:22 368:15
**discussions** 352:20
353:1
**disk** 307:13,18
**disorder** 272:16
273:3,4 285:10
368:9
**distance** 243:12
246:25
**distances** 306:18
307:6
**district** 223:1,1
**ditch** 360:7
**division** 223:2
**dizziness** 278:10
279:8
**djulbegovic** 291:11
**dna** 273:2
**doctor** 233:13,14
234:13 248:5
262:24 263:4
267:7 277:10
287:21 289:1
290:10,18 291:7
291:10,15 292:1
296:21 297:8
302:15 322:14
327:7 333:15
336:4 368:22,25
370:7
**doctors** 241:19
247:15 261:14,24
262:9 267:9
290:25 291:5
294:13 296:23
299:3,16 300:1
319:4,14 325:8
338:5 345:15
347:8 368:16,18
368:21,25 369:1
**document** 228:20,23
230:25 237:20
263:8,11 264:4,8
265:14 307:23
349:6 362:2
366:10
**documents** 318:9
**doesnt** 228:5
242:20,21 243:4

277:6 319:19
338:19 347:20
**dog** 295:6,14
**dogs** 295:9
**doing** 223:8 290:4
335:8 348:20
353:12 359:10
**dollar** 355:18
**dollars** 354:2,5
355:8
**dont** 228:1 234:15
235:8,17 236:14
238:24 239:12,21
239:22 245:14
248:12 249:6
252:15 259:16
260:1,5 261:10
261:11,11,19
262:5 264:7
268:5,6 269:10
271:4 277:21
278:21 279:14
284:3 289:1
290:1 292:19,22
301:17 315:17
316:13 318:23
319:3,10 320:12
322:7 323:10
325:20 327:9
328:13,15 331:4
332:12 333:2,14
333:25 334:24
335:5 336:6,15
339:25 342:5,8
342:12,15,18
344:5,17 347:12
347:12 349:25
350:10 352:13
353:20 354:7
358:25,25 359:9
360:10,11,15,20
360:21 371:14
**dorothy** 291:25
**dose** 342:19,22
**downes** 325:9
**downtown** 350:15
**dr** 233:10,12
234:14 247:14,14
248:5,9,17 255:4
255:4 266:3,4,4
266:8,10,18,25
269:16,25 271:21
279:18,21 281:9
281:17 291:11,25
292:1,2,3,4,11
292:12,23 293:1
293:16,20,24
294:4,6 297:9,16
298:2,8 299:4,5
299:8,9 302:11
302:11 313:22

314:14,20 316:7
316:21,24,25,25
317:3,4,19 318:1
318:7,10,13
321:11 327:19
329:10 330:1,11
331:1,16 333:1
333:11,23 334:1
335:15 337:18
338:20 339:2,10
339:18,21 340:15
340:18 341:2
342:3 343:13
344:10 353:18
368:21,24 369:21
370:18 371:18
**dresser** 318:23
**dressing** 329:21,25
330:2
**drew** 269:4
**drive** 223:16 224:9
243:8 306:18,23
306:25 307:3,6,8
325:16 328:8
**driven** 359:5
**drives** 243:7
**driving** 307:23
**drop** 313:14,18
**drops** 313:17
**drove** 239:8
**due** 234:7 244:12
244:19 365:23
367:8
**duly** 227:14 378:7
**duration** 342:13
368:12
**dysfunction** 332:23
336:21
**dysfunctional**
335:10

**E**

**earlier** 253:9
341:5 352:8
353:18 374:7
**early** 229:6
**earning** 349:16
**earnings** 349:13
**earth** 346:8
**easier** 321:15
**easily** 242:7
**east** 223:24 224:4
227:4
**economic** 351:19
353:25
**economy** 236:6
**edition** 226:9
263:14
**educated** 372:21
**ee** 377:22 378:18
**effect** 326:5

**effects** 372:23
**eighth** 313:5
**either** 239:12
 261:20 267:17,19
 278:16 295:2
 309:9 321:13
 325:8 341:2
**elements** 357:5
**elicited** 364:12
**eligibility** 229:10
**eligible** 231:9
 232:15 264:14
**email** 315:20,22,23
 318:7,10
**embarrass** 341:25
**emergent** 352:5
**emissions** 270:3,6
 272:21 273:8
 372:22 373:11
**emits** 273:23
**emitting** 274:4
**emotional** 332:23
 334:16 371:18
**emotionally** 300:22
 371:8
**employee** 377:11,12
**employment** 350:12
 373:16,18
**endings** 311:22
**endometriosis**
 233:22 237:7
 241:5 248:20
 365:19,25 367:4
**ends** 252:2
**endure** 356:15
**endured** 355:19
**engineer** 245:10
 348:22
**engineering** 350:15
 356:11
**enjoy** 253:25 254:3
 356:11
**enjoys** 369:16
**entire** 236:22
 266:22
**entitled** 263:11
 346:5,12 349:14
 373:20
**entry** 267:22
 327:21
**environment** 280:17
 290:17 292:20,25
 293:4,5,21,25
 294:7 296:22,22
 297:3,6,13,25
 298:4,7,16 299:1
 299:11,17 301:21
 301:24 357:24
**environmental**
 293:6,17 298:3
**enzyme** 270:23
 271:1,3

**enzymes** 270:21
**equate** 356:15
**equipment** 340:3
 358:4
**errata** 225:4 376:2
**error** 242:19
**esquire** 224:2,3,8
**essentially** 260:10
**establish** 341:25
**established** 352:8
**establishes** 237:5
 255:17
**establishing**
 342:24
**estate** 294:20,24
**estimated** 351:20
 354:1
**et** 310:25
**evaluated** 337:13
 337:17
**evaluation** 254:9
 254:19 255:17
 266:1,9 305:19
**evaluations** 330:12
**eventually** 236:10
 366:19
**evidence** 232:20,23
 233:18 234:18,22
 237:4,15 247:4
 247:11,14 250:2
 254:9,15,16,17
 255:17 256:7
 365:13,16
**exact** 271:23
**exactly** 350:8
 363:16,19
**examination** 225:2
 225:3 227:2,17
 248:6,17 364:11
 364:13
**examined** 227:15
**examining** 234:5
 365:21
**example** 260:2
 371:22
**exams** 330:12
**exclusively** 343:5
**excuse** 258:14
 266:1 281:10
 287:22 304:10
 307:5 311:7
 317:21 343:18
 352:5 372:14
**exercises** 301:18
**exertion** 234:7
 365:23
**exhaustion** 278:8
 279:8
**exhibit** 226:2,4,6
 226:8,10,12,14
 226:16 228:20,22

 230:20,25 231:2
 232:5 237:20,21
 237:22 238:18
 257:15 263:8
 265:14 274:18
 276:14 279:16
 315:18 349:6,8
 349:11 362:2,5
 364:20 368:17
 370:19 372:2
**exhibits** 226:1
**exist** 236:5
**existing** 360:19
**expect** 238:24
 345:4
**expectancy** 354:1
**expense** 348:16
**expenses** 346:23
 352:10 354:10
**experience** 286:22
 350:17,20
**experienced** 286:14
 367:2
**experiencing** 253:8
 309:24 317:12
 367:12
**expert** 277:7 342:2
 373:14
**expertise** 342:6,8
 342:12,15,18,24
 343:2
**experts** 343:6,14
 344:24
**expires** 377:23
 378:18
**explain** 253:20
 258:24 259:8
 272:25 287:20
 301:23 341:18
 344:13 355:15
 367:1 370:25
**explained** 289:12
 292:20
**explaining** 292:22
**explanations** 232:5
**exposed** 341:9
 344:1,23
**exposure** 341:13,16
 341:16 342:6,13
 342:16
**express** 332:24,25
**expressed** 332:20
 333:5
**extended** 256:23
**extensive** 276:3
**extent** 273:18
 371:8
**externa** 247:20
 248:1
**extremities** 289:15
**eye** 313:14,17,18

**eyelids** 277:20
 278:19
**eyes** 249:6

**F**

**facetious** 353:11
**facial** 233:1,21
 241:5 365:19
 366:18
**fact** 235:22,25
 247:3 250:2
 264:17 363:9
**factors** 273:4
 293:6,17 338:2
**facts** 245:18
 257:24,25 258:4
 258:7
**factual** 290:20
**factually** 352:17
**failed** 270:16
 271:17,19
**failing** 272:3
**failure** 270:10,10
 270:13,14,22
 271:8,9,11
 280:25 281:5
 288:5 291:15,16
**fair** 236:14 248:14
 259:12 261:13
 276:22 298:12,21
 342:6 344:20
 353:13 355:16
 366:10 369:7,10
 371:1,17,21
 374:15
**faith** 257:9 374:4
**family** 300:22
 358:1
**faster** 290:24
**fate** 342:9
**father** 362:24,25
**fatigue** 248:20
 255:19 281:1
 283:4,7 286:15
 286:18
**favorable** 232:13
**fears** 334:19
**february** 331:8,12
**federal** 237:1
 239:14,17 254:12
 349:9
**feel** 228:1 261:23
 337:21 356:10
 357:14,18 370:12
**feeling** 227:25
 253:23 300:18
 307:7 334:15
 370:9
**feelings** 235:2
**feet** 305:14
**felt** 332:6 370:9

371:18
**female** 367:6,6
**fen** 326:11
**fence** 360:7
**fentanyl** 325:11
**fertilizer** 223:7
355:24 372:20
376:1
**fertilizers** 372:4
**fever** 278:14
279:13,14
**fexofenadine** 324:6
**fibroid** 281:12
284:9
**fibroids** 284:14
**fibromyalgia**
247:18 248:21
250:17 255:18
262:16,19,23,25
281:1 283:10
290:3 303:3,8
**fifteen** 306:19
362:16,17 368:3
**figure** 271:15
298:8,10,18
333:6
**file** 250:11
**filed** 231:16
**filing** 231:19
**finalized** 331:7
**finally** 269:24
**financial** 350:19
350:21
**financially** 377:14
**find** 238:12 263:4
316:16 322:10,15
369:18
**findings** 236:23
247:3 250:1
334:17 373:7
**fine** 245:7 315:1
341:20,21
**finish** 304:10,12
304:12
**finished** 301:9
327:15
**fire** 351:4
**firm** 350:15
**first** 235:13
236:21 238:10
240:6 253:2
257:15,16,19
264:14 276:1
277:1 280:6
287:19,19 292:18
302:3 321:21
332:19 333:5
351:14 359:20
365:2 372:3,4
**five** 266:25 273:12
313:4 348:17

362:22 364:3
374:25
**flareups** 241:24
**flaring** 311:7
**flew** 328:9,10,11
**flexibility** 330:5
**florida** 223:1,8,17
223:21,25 224:5
224:10 227:5,7
376:6 377:3,6,22
378:3,17
**flow** 289:15
**fly** 328:10
**focus** 242:18
**folic** 317:5
**folks** 245:8 359:8
359:12,13
**follow** 327:18
329:3 364:16
367:25
**followed** 338:1,3
**following** 233:17
234:3 236:23
240:3 287:15
**follows** 227:16
376:6
**foot** 233:1 251:8
258:13 259:9,10
259:11 266:25
285:23,24 286:1
286:3 301:2
366:18 367:7
**foregoing** 355:6
376:4,20 377:8
**forever** 301:13,17
**forgive** 350:9
**form** 262:2 276:13
344:12 352:11
363:24 367:14,15
369:20 371:10,14
373:9,13,23
**formed** 289:2
**forth** 236:2
**fortune** 292:4,11
**found** 231:9 269:4
273:6 288:2
348:12 372:18
**four** 236:19 237:12
243:7 287:13
294:4,13 313:4
349:1
**fraud** 358:20
**friday** 227:10
269:14
**friend** 242:10
295:23 361:1,16
**friends** 296:15
357:12 360:23
361:12,15
**fruits** 287:4,8
**full** 266:16 350:12

**fume** 311:18
**fumes** 309:19
**function** 253:25
325:16
**functional** 304:16
**functioning** 270:21
271:5
**funds** 357:1
**funny** 277:5
**furman** 325:9
**furniture** 315:13
**further** 233:17
270:9 271:7
306:23 375:10
377:10
**future** 300:7
351:15 353:16,25
354:9

---

**G**

**g6pd** 262:8 272:18
272:21 273:24
274:12,25 275:15
275:23 276:3
281:13 285:13
288:13 290:13
291:21 292:13
293:2,17,22,25
294:8,9 312:9
317:8 357:25
**gain** 267:14
**gainful** 373:18
**gait** 303:19
**galeoto** 223:15
224:8,8 225:3
230:20,23 239:23
261:5,21 262:2
263:1 265:6
273:18 274:8,13
290:12 298:24
299:8,24 311:2
314:18 315:1,18
315:20,23 316:12
320:12,17,21,24
321:5,8 338:7
341:14 342:10
343:1,7,15,21
344:12 345:1
346:14 352:11
363:24 364:14,25
365:5,7 369:14
369:15 371:25
374:19,21 375:8
**gallon** 243:19
**gardens** 336:2
**gastrointestinal**
333:20
**gastrologist**
279:22 297:21,22
**gene** 273:2
**general** 244:11

257:5 271:21
278:25
**generalized** 286:14
286:15
**genes** 273:1
**georgia** 327:22
328:1,6,11,12,15
328:24
**gerd** 242:2 247:18
251:21 255:20
**gertrude** 295:25
**getting** 254:19
323:2 324:13
**girl** 362:18
**give** 230:2 257:24
268:17 269:15
301:18 319:14
320:25 321:8
335:2 358:23
362:23 369:7
374:20
**given** 268:5 317:19
376:5,20 377:9
**gland** 281:3
**glasses** 306:16
**glucose** 285:4,9,12
285:14
**go** 231:7 232:8
235:20 237:3
243:4,8 249:25
261:14 266:22
274:11 276:14
278:17 279:15,17
282:5,8 290:6,24
297:1 299:25
301:17,17 304:11
315:23 321:15,17
321:19 322:18
328:16 330:22
331:6 335:24
336:1,2,2 337:5
338:6 346:9
347:7,11 355:13
358:13,14 364:3
366:20 369:21
**goes** 302:2,3,4
312:18 337:11
**going** 232:2,10,11
238:25 249:10
254:20 265:9
266:22 292:18
296:18 301:12
304:11 305:13
307:15 316:10
320:24 324:15
325:5 335:2
336:4 338:11
341:23 342:3,5
344:8,22,24
345:10 349:4

355:25 357:2
361:25 364:5,20
364:22 368:24
369:22 370:18
372:1,5,6 375:13
**good** 227:19,20
228:1 241:14
244:6 267:17,20
305:10,10 364:15
374:5
**google** 322:6
**gotten** 259:16
263:20 268:6
280:9,11 310:17
356:2 368:4
**government** 263:25
353:12
**gp6** 281:13
**graduated** 245:15
**grass** 360:4
**green** 287:4
**greenberg** 224:3
227:4
**grew** 355:1
**grip** 244:6 303:2,3
304:4
**grocery** 336:4
**ground** 227:21
**guess** 229:18 251:6
253:22 254:18
259:7 263:4
273:1 291:9
302:1 309:5
330:24 335:13
339:17 349:22,23
350:20 353:7
355:2 367:11
368:13,13 369:6
369:7
**guidelines** 236:2

**H**

**half** 242:14 275:24
325:23,25 349:16
**hand** 228:21 231:1
233:1 263:9
302:22 347:12
349:10 353:11,12
364:21 366:17
367:8 372:1
378:9
**handed** 315:11
**handle** 326:7
347:22
**hands** 244:6,7
277:8
**handwriting** 362:6
**happened** 355:23
**happens** 362:1
**happy** 321:15
**hard** 242:15,18

243:19,24 325:16
344:2 369:25
374:13
**havent** 259:16
264:12,22 265:1
269:9 278:15
280:9 294:18
327:1 352:24
356:23 373:8
**hazards** 373:7
**hbp** 281:1
**head** 237:2 310:23
330:1 333:19
348:18 357:4
**headache** 306:11
**headaches** 233:2,21
240:25 306:4,4
306:12 365:18
366:18
**heading** 276:16
354:12
**healed** 258:15
260:1 367:11
368:14
**health** 267:17
330:12 333:19
350:7 356:2,8,8
361:24 362:24
372:23
**healthcare** 351:15
**heard** 338:21,22
**hearing** 231:16
232:8,12 238:19
238:23,25 239:3
250:10,20 251:13
252:18,18 253:14
254:11 255:14
256:8 258:4,8
**heart** 272:5
**heartbeat** 278:2,4
279:4
**heat** 308:13,21
309:1,1,2,3
**height** 266:25
**held** 356:12
**help** 246:17 314:8
328:5 329:12
374:14
**helped** 351:6
**helpful** 232:18
**helping** 329:7
**hematologist** 292:3
**hemolytic** 276:17
**hernia** 281:3
288:15,19 289:1
290:13 297:1,2
**hes** 233:14 266:9
335:16
**hiatal** 288:15,19
289:1
**high** 242:1 270:20

307:5 350:11,11
**hillsborough**
354:14 377:3
378:4
**hip** 286:2,5
**hispanic** 363:14
**history** 248:20
255:18 281:3,11
331:24
**hives** 280:3
**hold** 370:10 373:17
**holiday** 369:24
**home** 243:3 294:17
294:22 301:19
325:15 332:13
336:5 339:18
354:15,15 355:1
357:8 358:13,15
358:18,19,21
360:1,5,16,19
372:18 373:7
374:10,22,24
**homehealth** 351:16
**homes** 357:12,12
359:8 360:9
373:4,11
**honest** 341:21
346:7 355:17
**hopefully** 350:2
**hopper** 224:3
**hospital** 271:22
298:1 302:17
336:4
**hot** 308:13,24
309:9,15 310:25
**hour** 339:17
**hourly** 351:10,11
**hours** 265:18
286:22 325:13
374:22
**house** 295:10,19
302:12 339:21,24
340:3,8 354:21
356:21 357:3,11
358:3 359:12,14
359:15,25 374:11
**household** 242:11
374:9,11
**houses** 359:2
360:25
**hughes** 248:5,9,17
255:5 368:22
**huh** 244:4 322:4
**huhuh** 300:17
361:11
**human** 370:15 374:5
**hundred** 356:18
**hurt** 251:4 258:13
258:19,19,21
261:1 311:22
368:7

**hurting** 253:22
260:20
**hurts** 251:6 258:20
258:21,22 259:7
259:9,9,10 262:1
286:11
**hypertension** 242:1
247:19 248:21
251:17 255:21
283:15,17
**hyperthyroidism**
289:22 298:25
299:11
**hypoglycemia** 281:3
283:20 322:19

**I**

**ibs** 281:3
**id** 231:2 261:8,12
321:12 327:20
356:8
**ideation** 300:11
334:18
**identified** 368:16
368:18
**identify** 344:19,22
**ido** 316:16,19
**idorsal** 322:7
**ii** 227:9
**ill** 230:1 236:20
262:5 274:17
276:25,25 277:1
290:24 291:1
293:6 309:15,16
315:10 317:25
318:17 341:19
352:14 364:25
367:24 371:15
372:10
**illnesses** 232:1
260:15 361:7
**im** 228:1,1 229:18
232:10,10,21
234:19 239:11,24
244:13 245:20
248:12 251:6
253:15,24 254:18
254:19,23,25
257:16 258:23,25
260:2,3 262:17
262:19 263:19
268:3,7,9 269:9
270:19,19 271:10
271:11,14 275:20
277:3,5,6,8,18
277:23 280:18
281:23 287:21
288:3,19,25,25
290:13,19,19,20
291:16,18 292:7
292:18,21 293:12

293:15 297:19
301:25 302:11
304:11 305:13,22
306:17 309:5
311:11,12 312:8
312:22 313:2,7,9
313:12,14 314:1
314:3 316:10
317:7,7,12
321:13,15 322:11
323:11,12 324:8
325:8,15,20
329:14 330:16
331:25 332:4
333:6,13,15,16
334:15,24 335:2
335:5,16,17
336:9,24 339:6
339:14,15,19,22
339:25 341:23,24
341:25 343:23
344:3,4,6,8
347:7 351:11,11
351:13 352:15,16
353:2,5,10,14
355:13,25 356:6
356:7,8 357:14
357:18 358:23,23
358:25 359:4,4,7
361:7,25,25
364:20,22 366:9
366:16 367:12
369:6 370:15,18
371:11 372:1,4,6
373:14 375:9
**immune** 242:6
290:16
**impact** 306:24
363:10
**impacted** 300:22
306:16
**impairments** 245:23
**important** 257:24
265:1 299:21
**impose** 256:21
**improvement** 252:4
**inaccurate** 334:24
336:11
**include** 276:17
333:19 334:8,17
335:20
**included** 349:25
**includes** 281:11
**including** 368:17
**income** 226:3,9
229:4 230:7
231:17 263:12
**incorrect** 333:12
333:13
**incorrectly** 270:16
**increased** 229:24

233:22 237:7
365:20 366:8
**independence**
329:19
**independent** 353:21
**index** 226:1
**indi** 299:5
**indicate** 332:22
333:11
**indicated** 234:5
248:17 365:21
**indication** 298:9
**individual** 234:24
364:1 369:16
**induce** 308:18
309:7
**ineligible** 229:15
**inflamed** 262:12
**inflammation**
262:10,18
**information** 226:3
265:2 266:24
267:23 275:24
281:9 303:10
319:14,16,19,22
352:3 353:20,21
**inhaler** 325:2
**initiated** 266:2
**injection** 322:24
323:10
**injuries** 366:11,12
366:15
**injury** 258:14
259:24
**ink** 356:14
**inquiries** 373:2
**insect** 280:4
**inside** 241:22
**instance** 251:7
259:24 317:7
325:22 347:25,25
357:11 358:8,11
367:4 368:5
**insufficiency**
289:11,20 298:14
298:22 370:6
**insufficient**
289:15
**insulinoma** 289:25
290:9
**insurance** 301:15
301:16 328:3
347:23 350:7,8
**integrity** 235:2
**intends** 355:7
**interest** 235:16
321:12
**interested** 321:14
377:14
**interferes** 228:10
**internalizing**

334:17
**interpersonal**
332:23 335:19
**interpretation**
263:5
**interrogatories**
372:4
**interrogatory**
372:5
**interruptions**
256:25
**interviewed** 294:19
**involved** 349:19
**iodine** 315:9
316:20 321:25
322:2,9,14
**iosat** 322:3,5
**irregular** 278:2,4
279:4
**irritability**
234:25
**irritable** 233:22
237:6 241:17
247:18 248:19
251:19 255:19
284:15,22 365:19
366:5
**isador** 321:25
**isadora** 315:9
**isnt** 261:23 264:17
267:17,19 275:22
276:8 295:6
**isodol** 322:7
**isolated** 357:14
**issue** 312:3 332:1
**issues** 235:8
257:11 271:10
280:19 281:12
284:9,13 287:16
300:3 305:13
307:4,5 312:8
319:1 357:21,22
**ive** 247:19 248:11
260:15 268:12
276:24 277:18,23
279:19 286:14
335:4 338:21
340:5 345:9
348:22 355:19
368:8,11

_____

J

**jail** 358:14
**jaime** 361:16,20
**jaimes** 361:17
**january** 234:4
354:18 365:20
**jean** 359:17,18
**jeffrey** 302:11
**job** 295:17 350:2,4
350:22 351:12

**jobs** 236:5
**john** 279:21
**johnson** 328:22
**joint** 233:20 263:2
365:18
**joseph** 292:3,7
302:11,11
**joy** 300:19 370:15
**judge** 231:15
236:22,25 237:1
239:9 257:21
258:4
**juice** 243:19
**june** 231:17 298:1
**junior** 350:11
**jurisdiction**
231:12
**jury** 355:8

_____

K

**keep** 249:6 279:14
318:22 320:5
321:3 332:8
370:16
**kennedy** 223:24
224:4 227:4
**kept** 272:3 326:6
**kidney** 270:10
271:8,9,10
281:12 284:9,13
368:9
**kidneys** 260:17
271:12
**killers** 246:1
**kind** 231:24 232:8
239:14 249:20,23
259:8,22 273:25
291:16 317:6,19
318:25 330:19
332:15 340:3
345:22 348:20
350:4,19 358:4
**kinds** 343:3 357:19
358:5
**kitchen** 358:9
**kneel** 304:15,16,20
**kneeling** 304:24
**know** 228:11 235:12
235:19 238:4,4
239:11,12 249:6
254:13 258:17
259:13 260:1
261:3,10,11,11
261:19 262:1,3,4
262:5,17 267:19
268:4,5,6 269:10
271:4,4,20
274:14 277:5,21
279:25 284:23
285:14 288:20
289:1 292:19,22

294:2 295:9,9
301:13 304:13
307:4,6,7,9
314:1,2 317:5,9
318:11,23,23,24
320:4,12 322:7
328:13,15,23
331:4 332:5,6,12
333:14,15 334:25
336:8 338:5,16
338:20 339:25
340:1,21,24
341:1,16 343:11
344:4,5,17 345:3
345:10 347:8
348:8 349:25
350:1 351:2,2,25
352:25 353:3
354:5,8 355:23
357:1 358:1,3,17
358:19,25 359:1
359:9,11,23
360:10,11,14,21
360:23 361:5,24
361:25 362:1
367:5 368:23
370:2,3,22,23
373:10 374:13
**knowledge** 254:14
334:4 339:20
346:1 372:22
**knows** 353:12
**kryptonite** 273:25

**L**

**labeled** 234:17
275:20 282:2
312:12
**lack** 235:1
**ladies** 328:3
331:20
**lady** 328:22
**ladys** 360:13
**laid** 332:21 333:6
**language** 370:20
**large** 223:21 227:7
377:6,22
**lasts** 301:13
**laureen** 223:15
224:8,8 365:6
**law** 223:15 224:8
231:15 236:22,25
239:9 257:21
258:3
**lawsuit** 361:10,13
**lawyers** 228:24
339:7,8,11 345:5
352:25
**lazy** 356:9
**leader** 362:10,21
363:6

**lease** 294:22
356:23 358:21
**leasing** 294:25
360:21
**led** 231:23 238:4
**left** 238:20 263:15
265:19 286:1,5
301:7 329:10
359:24
**legal** 236:3 352:12
358:24
**legally** 352:16
**legs** 289:14
**length** 301:18
306:25
**les** 338:23
**letters** 238:19
**letting** 235:12
**leukopenia** 269:4,8
269:21 287:23
**level** 228:2 260:24
286:22
**life** 253:25 254:3
335:2 346:15,17
350:7 351:16
353:16,17 354:1
355:9,18,19,23
356:1,11 357:10
369:16,23
**lift** 243:19 302:21
302:22
**ligaments** 302:5
**limitations** 244:18
256:9,21,23
**line** 354:13 355:9
373:4 376:7
**links** 273:16
**list** 274:24 278:18
282:6 290:7
291:1 296:18,19
312:16 313:3,21
317:16,19 318:4
327:1,6
**listed** 264:4 276:9
276:12 325:11
**little** 233:17
244:4 253:12,13
257:10 258:18
270:9 304:21,23
306:23 341:4
353:11
**live** 295:13 357:15
357:15 358:8,14
359:14 375:5,5
**lived** 296:5
**liver** 270:10,13,14
270:15,15,18,21
270:22,24,25
271:4,5 279:19
279:20,24 280:25
281:5,6 288:5,5

288:8,10 291:15
291:15,16 314:8
**lives** 242:10
295:19 296:3
**living** 350:1
358:13
**llc** 223:7 376:1
**localized** 280:3
**locked** 253:24
**long** 228:4 243:4
246:23 259:13
268:19 278:18,21
278:23 279:1,4
287:16 310:14
326:16 331:1
339:13,16 359:22
362:20
**longer** 313:1,2
326:4,18
**longterm** 372:23
**look** 228:22 231:2
231:11 253:1
257:9 271:20
276:3 277:3,14
312:24 315:7
319:25 325:10
364:24
**looked** 269:9 352:2
352:7 359:12
368:17
**looking** 252:9
263:19 267:24
275:10 276:5
332:2 359:14,15
359:24 369:6
375:9
**looks** 315:13
349:12
**lord** 278:13 279:10
285:2 300:19
308:4 337:21
370:15
**lose** 267:9,11
**loss** 349:13 354:12
**lost** 373:17
**lot** 285:3,17 300:1
335:25 355:21
375:6
**lots** 262:22
**loud** 311:21
**love** 336:1,1,2,3
348:22,24,25
375:5,7
**low** 242:2,6 251:15
255:20 260:20
290:16 301:25
305:11 306:1
**lower** 289:15
**lowest** 286:22
**lunch** 338:8,13
**lying** 369:11

**lyrica** 329:13

**M**

**maam** 229:4,23
230:1,11,14
231:3 233:7,15
234:21 235:14
237:1,23 238:18
239:20 240:12
241:8 243:5
244:16,20 247:15
247:25 249:25
250:23 253:2,4
255:6 259:14,21
260:7,24 261:7
261:15 262:8,11
264:2,5,9,14,20
264:24 265:3
266:14,19 267:6
267:11,25 268:4
268:19 269:8
270:13 275:5,8
275:16 276:5
277:6,25 278:1
284:5,25 288:24
289:11 291:10
292:6 296:25
299:14,18 303:8
309:25 310:9
311:9 312:23
313:3,25 318:13
319:25 322:8,16
325:1 326:23
328:7 329:18
336:15 340:6
342:9,25 343:6
346:19 347:7
348:15 353:22
355:5 359:16
362:8 363:18
371:4 373:5
**machine** 358:5
**main** 302:3
**maintain** 256:22
**major** 234:23 237:7
**making** 349:19
350:3
**malaise** 333:19
**malfunction** 270:24
270:25 281:6
288:9,10,10
**man** 297:22,23
363:11
**manifest** 274:3
**manifestations**
233:21 234:25
365:18
**march** 238:1 253:1
332:18
**marked** 228:20,21
230:1,25 231:2

237:20 263:8,10
265:14 349:6
362:2 372:2
**markedup** 332:8
**market** 354:15
359:2
**marrow** 287:24
**massage** 290:4,5
**matter** 290:21
**max** 301:13
**mean** 251:10 275:11
278:24 293:11
304:16 309:6
330:5 333:2
334:25 338:19
345:12 346:4
354:25 355:20
360:4 363:25
**means** 242:21
252:10,16 333:9
333:14 335:13,18
355:21 370:23,24
370:25
**meant** 270:14,14
370:22 371:3,7
**measuring** 342:12
**medicaid** 346:20
347:9,13,17,20
348:7 352:9,18
352:20,22 353:3
353:8 354:9
**medical** 232:1
233:18 234:18,22
237:4,14 247:10
247:13 254:24
255:5 256:6
262:21 264:13
268:7 271:20,22
273:19 277:14
290:20 299:18,21
317:22 319:1
327:19,22 328:24
331:24 345:15
346:18,23,24
348:16 351:15,19
351:20 352:4,6
353:25 354:10
365:13,16 369:8
**medication** 276:10
337:6,14
**medications** 226:13
245:22 267:13
275:7,25 276:2
312:13,17,25
315:17 318:1
321:10 347:23
**medicine** 259:18
275:4,17 322:18
327:7 329:9
**medicines** 275:22
315:3 316:4

**317:3,4** 323:15
324:5 327:1,4,5
329:12
**meet** 339:2,4,10
**meeting** 338:25
339:5,8,11,13,15
**member** 358:2
**memory** 334:8
**mental** 244:18
246:9 330:12
369:22
**mentally** 370:13
371:21,22
**mention** 291:6
**mentioned** 231:25
291:7 317:14
331:18 345:9
**mentioning** 292:2
**met** 313:22 339:3
371:18
**michael** 233:10
**mid** 229:7
**middle** 223:1 230:5
246:23 281:24
**milligrams** 324:10
**million** 351:25
354:2,5 355:8,15
**mind** 235:11,12
273:17 371:7
**mine** 273:5
**mink** 338:20 339:2
339:10,18,21
340:8,15 342:3
343:13 344:10
**minutes** 243:14
249:16 265:18,18
306:19
**mirror** 277:4
**misleading** 264:24
**missed** 239:25
246:21
**missing** 313:20
**mistaken** 232:10
330:17 366:16
**mistreated** 235:3
**misunderstood**
235:2
**mobility** 330:4,5
**moderate** 256:21,23
**moffitt** 291:12
**mol** 314:1
**moly** 314:1
**molybd** 314:2
**molybdenum** 314:2,5
314:15,16,17,19
316:9
**mom** 361:7 370:2
**moment** 253:23
374:20
**money** 232:14,16
346:5,8 352:22

356:15
**month** 236:12
241:14 243:7
269:15,15,16,18
**monthly** 229:20
300:1 322:24
**months** 245:11
259:25 326:19,20
326:22 349:23
**morning** 227:11,19
227:20,25 228:2
228:14 315:4
361:21
**mosaic** 223:7 270:4
272:21 273:5,8
273:17,23 274:11
282:12,17,22
283:2,8,13,18,22
284:2,7,12,18
285:9,21,24
286:3,6,9,12,16
286:19,25 287:8
287:11 288:1,11
288:16,22 289:4
289:9,20,23
290:11 291:2,5,6
291:17,22 292:13
292:16,19,24
293:2,3,18
296:24 298:3
304:6 305:1,8,21
305:24 306:2,13
306:16,24 308:9
308:22,25 309:3
309:13,15,17
310:3,6,12
311:16 312:4,10
341:10 344:1
355:24 356:16
364:10 372:3,20
376:1
**mosaics** 298:5
**moth** 276:1
**mother** 232:14,16
**mothers** 360:16
**motor** 232:24
**mouth** 293:13
**move** 284:24 294:1
294:3,14,15
295:3 296:2,9,13
296:16 300:2
321:2,9 356:25
357:1,2
**moved** 295:23 296:8
360:13
**movement** 285:16
**moving** 252:19
357:16
**mri** 302:19,20
**multiple** 352:5
**multiplied** 349:16

349:23
**multiplier** 352:5
**murugappe** 298:8
**muscle** 326:13
**muscles** 262:10,16
262:18 302:4
367:8
**myelodysplastic**
287:25 290:8
291:4,7
**myofascial** 234:7
234:11 237:5
240:7 250:18
255:18 365:24

**N**

**nac** 317:5,9
**nails** 277:17
278:18
**name** 231:5 237:22
248:12 295:24
298:5 299:4
313:15 316:24
338:19 360:14
361:3,17
**names** 316:25 340:1
344:5 359:13,20
**narrative** 367:17
**nasonex** 324:14
**national** 236:5
363:22
**near** 291:8
**necessarily** 253:10
257:7 270:15
271:3 284:13
292:19 298:5,18
357:9
**neck** 232:25 286:2
286:8 366:17
**need** 299:25 306:15
307:11 319:15
320:20 345:6
358:9,10
**needed** 322:9,20,21
348:12 356:9
**negative** 273:7
**neighborhood**
372:19,24
**neighbors** 359:11
360:10,20,24
361:10 373:3,3,6
373:11
**neither** 267:20
**nephrologist** 299:5
317:1
**nerve** 311:22
**neurological** 312:8
333:20
**neurontin** 348:1
**neuropathy** 289:8
298:6 305:14,19

370:5
**never** 315:10
**new** 257:25 258:4,7
 327:4 370:8
**nobodys** 356:18
**nods** 237:2
**nodules** 274:2
 281:2
**noise** 311:18,21
 312:3
**non** 316:3 322:12
 352:5
**nonroutine** 351:19
 353:25
**norco** 326:2,8,17
**normal** 256:24
 270:23 272:7
 336:3
**normally** 280:16
 357:15,16
**notary** 223:20
 227:6 377:5,21
 378:17
**notation** 304:18
**note** 252:9 266:25
 329:2 332:18
**notebook** 318:25
 320:1,11,15
**noted** 252:18
**notes** 319:1,7,11
 332:15
**notice** 223:14
 227:3 303:3
 310:16
**notified** 258:3,6
 353:3
**notify** 331:16
 333:23
**notwithstanding**
 355:6
**november** 266:12
 331:2 334:2
 369:21 370:13
 371:9,17
**numb** 285:23,24
**number** 229:19
 230:21 239:21
 241:23 247:3
 261:14 280:2
 285:1 287:13
 307:13,18 312:17
 315:16 322:18,24
 353:17,21 372:5
**numbered** 228:17
 315:18
**numbers** 228:25
 230:2 236:5
 239:22
**numbness** 301:2

──────
O
──────

**oath** 225:6 378:1
**object** 343:19
 344:12 352:11
 363:24 367:14
 369:20 371:10,14
 373:9,13,23
**objected** 367:15
**objection** 261:5,21
 262:2 263:1
 273:18 274:8,13
 290:12 298:24
 299:24 311:2
 341:14 342:10
 343:1,7,15 345:1
 346:14
**objective** 369:7,8
**obligations** 263:24
 264:2
**observations**
 250:10
**occasionally** 303:3
**occurred** 253:9
 259:19 319:8
**occurrence** 273:15
**occurs** 228:9
 370:24
**october** 223:18
 227:5,10 263:15
 269:14,14 376:5
 377:15 378:10
**odors** 249:23
 309:21 310:5
**offhand** 277:15
 331:19,22
**office** 239:12
 271:21 299:6
**officer** 250:10
 252:18
**officers** 238:19
**offices** 223:15
 224:8 227:3
**official** 239:14,17
 254:12 378:9
**ogundu** 291:25
 292:1 294:4,5,6
 294:11 297:9
 299:9 314:14,20
 316:7,21 317:3,4
 317:19 318:8,10
 318:13
**oh** 229:16 239:24
 252:1 264:10
 296:11 319:16
 375:9
**oil** 317:11,15,16
 317:18
**okay** 228:15 230:18
 230:23 232:18,23
 233:9,14,17
 234:3,21,21
 235:15,25 236:8

236:14,17,19
237:3,19,25
238:3,9,15,17,21
239:3,7,9,14
240:6,14,19,25
241:13,14,22
243:17,22 244:6
245:4,10,16,22
246:3,15 247:13
247:17 248:4,9
248:16,24 249:4
249:19,22 250:5
250:25 251:11,17
252:2,7,17,20
253:4 254:11,24
255:1,13 256:2
256:16 257:3,5,8
257:18 258:17
260:22 261:3,9
261:24 262:15,20
263:17,23 264:7
264:11,16 265:1
265:20 266:7
267:8,15,22
268:8,10,14,19
268:21 269:18,20
270:9,13,17,22
270:25 271:7,13
271:17,24 272:2
272:6,11,23
273:1,6,16 274:6
274:16,23 275:2
275:6,11,16
276:15 277:10,17
277:24 278:23
279:11,15,23
280:1,20 281:7
281:11 282:4,8
282:11,16,21
284:1 285:3,8,16
286:21 287:25
288:5,10,13,18
288:21 289:6,8
289:19 290:2
291:10,21 292:5
292:10,12,23
293:8,12,19,19
294:3,5,10,13
295:6,9 296:23
296:24 297:8,15
297:22,24 298:2
298:11,14,25
299:3 300:2,11
300:18,21 301:5
301:5,12,20,23
302:9,15,25
303:10,19,23
304:14,24 305:7
305:15,20 306:9
306:15,24 308:1
308:16 309:11

310:2,5,8,11,21
310:24 311:21
312:3,11,16,21
313:2,6,8,11,13
313:16,20,24
314:10,11,20,23
315:1,5,11,23
316:1,14,18,19
316:21,23 317:2
317:13,24 318:2
318:12,18 319:7
319:10,16,19,25
320:7,21 321:1,5
321:6,7 322:1,8
322:12,17,18,21
322:24 323:9,14
323:17,22,24
324:4,12,15,18
325:4,7,10,14,18
325:24 326:2,4,8
326:13,16,20,25
327:10,12,16,18
328:7,16,23
329:2,15,21
330:5,10,14,18
331:1,10,14
332:1,8,15,18
333:18 334:1,7
334:16 335:10,19
336:6,10,13,16
336:17,19,20,23
336:25 337:1,5
337:17,23 338:19
338:22,24 339:4
339:10,13 340:2
340:18,21,24
341:1,4,8,12
342:4,5,8,21,24
343:3,17,22,23
344:8,19,23
345:3,11,18,24
346:10,16 347:4
347:11,15,18
348:15,19 349:2
349:5,19,24
350:9,16,22
351:1,10,13,18
351:25 352:20
353:10,11,20,24
354:8,21,24
355:4,11,14
356:20 360:3,10
360:12,23 361:9
361:15,19,22
362:16,18,20,23
362:25 363:5,8
363:14,18,21
364:17 365:5,6
365:11,16 367:4
367:18 368:1
370:18 371:1,5

371:14,16 372:12
372:16 373:15
374:18
**old** 355:13
**once** 269:15 292:19
**oneforone** 324:15
**ones** 237:22 275:18
324:5
**onset** 231:19
267:24
**open** 298:11 348:23
360:6,6 362:5
**opinion** 273:19
274:1 290:20
306:2
**opposed** 260:19
346:20 363:15
**oral** 227:1
**order** 362:25
**oregano** 317:11,15
317:16
**org** 275:23
**organized** 320:19
**organs** 302:3 367:6
**orient** 238:1
**orientation** 363:19
**origin** 363:22
**original** 229:10
**originally** 231:8
**orthopedic** 233:14
302:13
**otitis** 247:20
248:1
**outdoors** 375:7
**outofpocket** 346:23
**outside** 241:23
357:4 375:4,5,5
375:6
**ovarian** 281:12
284:4
**overall** 278:25
346:17 370:25
**override** 348:14
**overthecounter**
312:13,17,25
318:3,4 322:12
**overweight** 267:17
**overwhelmed** 370:9
371:8,19
**overwhelming**
369:24
**oxidative** 301:25
**oxygen** 302:6 358:4

---

**P**

**pad** 318:25
**page** 225:1 226:1
229:19 230:1,3,5
232:4,4,20
234:16,17,17
236:19 238:10,18

239:20,21 240:1
247:2,2,4 249:25
250:2 252:10
253:2 255:9
256:18 257:15,17
257:19 268:22
269:23 274:24
275:3,8,9,20
276:5,14 279:18
281:21,21,23,25
284:25 287:3,13
287:13 290:7
300:2 301:5
304:11 307:22
308:11,12 312:11
312:18,19 318:5
321:11 327:20
329:15 330:10
332:3 349:12
351:13 355:4
365:2,3,4 370:18
370:21 376:7
**paid** 340:21 346:19
346:20 347:1,9
348:14,17 350:16
350:18 351:8
352:9,17,21
**pain** 228:2,6,7
232:25 233:1,21
234:7,11 236:1,9
236:12,15,16,17
237:5,13 240:7,8
241:5 244:19
245:23 246:1,12
250:18 251:2,7
251:10 252:19
253:8 255:18
256:13,15 258:10
258:12,15,16,23
259:2,11,13,18
259:20,22,24,25
260:3,3,4,6,10
260:12,16,18,19
260:20,21,23
261:4,19 262:4
262:13,14,15
263:3,3 278:12
279:11 285:17,17
285:20 286:1,2,5
286:8,22 303:4
303:24 307:8
325:10 326:4,6
326:10 329:3,4,8
329:9 330:3,4
333:20 335:1
346:9,11,12
365:19,24 366:18
366:23 367:1,2,4
367:5,6 368:2,4
368:10,11 370:5
**painkillers** 246:4

**painrelated** 329:22
**pains** 240:19
242:15 244:12,24
246:9 250:17,19
250:25 251:2,8
256:6 303:9
366:19 367:12
**pale** 276:20 277:10
277:17,20,22
278:18
**pamphlets** 274:19
**paper** 321:11 356:4
**paragraph** 232:19
235:10,13,18,20
237:3,12 246:23
247:10,11 250:6
253:11 254:8,9
255:9,10,16
256:19 267:23
280:2,23 286:21
336:6 337:5
365:12
**paraphrased** 281:4
**pardon** 242:25
257:12
**part** 246:12 273:1
280:6 290:5
350:12,18 353:9
**particles** 344:3,5
**particular** 253:23
276:13 311:7
328:2 361:8
**particularly** 344:4
**parties** 377:11,12
**parts** 251:4 258:18
**party** 346:21
348:25
**pass** 370:17
**passed** 232:15
362:24 363:1
370:4
**patch** 325:11,17
326:11
**pathway** 341:13,15
341:16,17
**pathways** 342:6
**patients** 274:25
275:15
**paul** 226:11 265:25
**pay** 341:2 347:12
347:20 348:2,4,9
348:9,10 354:9
**payments** 226:3
340:13,16,19
**pays** 347:16
**pending** 364:12
**people** 242:5 273:2
273:3,13 336:3
356:6 357:15
359:8
**peoples** 316:25

**percent** 273:12
356:1,17,18,19
**perceptions** 335:11
335:14
**perfect** 348:6
**perform** 234:7
236:4 365:23
**perfume** 310:2
**perfumes** 309:21
357:13
**period** 230:6
331:11
**periods** 256:23
**peripheral** 289:8
298:6
**person** 223:4
239:11 348:4
360:11 369:8
372:21 373:24
374:2
**personal** 262:25
263:2 368:19
369:4,5
**personally** 345:7
352:10 378:7
**persons** 295:19
**pesticide** 249:19
280:20 310:9,12
**pet** 295:4
**phone** 226:12
315:12,12
**phonetic** 327:13
**phrase** 252:2
**physical** 234:6
235:2 244:12,24
248:6,17 256:8
256:21 290:6
302:12 304:3
308:2,8,8 365:22
**physician** 291:21
297:5,12 298:6
298:15,25 345:2
347:11 369:4
**physicians** 248:10
255:2 297:2
299:10 314:12
319:17 329:7
345:4,8 368:20
369:3,12
**pick** 356:8
**picture** 226:12
315:12,12,21
316:3 349:4
**piece** 315:13
**pill** 261:8
**pinpoint** 298:19
310:16
**place** 223:15 243:9
302:3,7 313:8
321:24 323:5
325:4,6 347:25

371:9,23
**plaintiff** 223:5
  224:11
**plaintiffs** 226:14
  349:8 372:3
**plan** 353:17,18
**planning** 348:25
**plans** 358:15,21
**plant** 270:4,6
  272:21 273:8,17
  274:11 285:11
  291:8 355:24
**please** 228:11,22
  229:25 231:3
  239:20 247:8
  249:9 265:16
  276:14 295:22
  307:12 312:11
  313:24 324:4
  328:2 329:16
  330:10 336:7
  347:7 365:3,3
**pllc** 224:8
**plus** 281:12 359:23
**point** 238:8 240:8
  252:10 373:15
**pollutants** 358:18
**polycystic** 284:4
**polyps** 273:7,9,13
  274:2
**poor** 242:6 308:2
  333:19
**position** 270:6
**possible** 241:19
  288:17,22,23
  289:25 292:16,24
  293:2,16,21,24
  294:7,11
**possibly** 272:19
  273:10 284:8,13
  284:19,20 289:7
  292:14 332:14
  344:18
**post** 370:5
**potential** 294:20
**pounds** 302:22
**pox** 290:15
**pray** 370:10
**precancerous**
  345:25
**prehensile** 303:2
**preoccupation**
  235:1 333:19
**prescribed** 318:3
  321:10,23 322:8
  325:7
**prescription** 316:3
  316:4 326:25
  327:4 347:23
  348:5
**prescriptions**

**presence** 372:22
**present** 254:22
  339:8
**presentation** 256:7
**presented** 254:15
**pressure** 323:14,18
**pretending** 356:7
**pretty** 245:8,9
  247:1 300:19
  303:1 348:10
**prevalent** 306:10
**prevent** 335:8
**previous** 254:20,21
  259:6
**previously** 372:2
  372:19
**price** 355:2
**priceless** 355:2,20
**prior** 298:17
**prison** 253:24
  357:17 358:7,14
**proair** 324:19,20
  324:21,22
**probably** 236:16
  332:17 339:5
  348:21 351:11
  362:17
**probiotics** 313:12
**problem** 285:1,8
**problems** 232:1,5
  256:21 257:11
  268:25 270:15,17
  271:12 285:3
  287:23 288:6
  291:16 304:5,25
  305:20,23 308:8
  329:21,23,25
  333:21 337:22
  361:6 367:6
**procedure** 349:10
**proceedings** 249:12
  265:11 307:16
  338:13 364:7
  377:8
**produce** 346:8
**produced** 228:24
  318:8 372:19
**progress** 296:5
  351:5 359:2,5
**progressed** 310:17
  356:1
**progression** 368:2
**progressively**
  368:4
**promise** 346:11
**pronounce** 233:20
  266:4
**pronouncing** 266:3
**proper** 271:11
  344:5

**properly** 270:21
  271:5
**property** 354:13,14
  354:22 372:16,24
**protective** 231:19
**protocol** 332:21
  333:6,14
**provide** 254:17
  319:17,20,24
**provided** 254:16
  281:17
**providers** 352:4
**psychiatrist**
  337:14,18,22
  338:1,3
**psychological**
  257:6 337:12
**psychologically**
  256:25
**psychologist** 338:3
**psychosocial** 300:3
**psychotherapy**
  234:24
**psychotropic** 337:6
**public** 223:20
  227:7 377:5,21
  378:17
**purse** 318:24
**pursuant** 223:14
  226:15 227:2
  349:9
**put** 238:16 262:5
  268:12 270:24
  293:6,13 309:16
  355:2,18 357:17
  358:7 369:14
  371:25
**putting** 293:8

_____
**Q**
**qazi** 297:16,18
  298:2
**quality** 346:15
  356:11
**quantity** 373:10
**question** 259:4,6
  279:6 298:11
  327:3 343:19
  367:24 371:15
  374:10
**questions** 228:10
  330:20 341:19,23
  364:12,16,18
  373:4 375:10
**quickly** 321:19
  332:18
**quite** 266:7

_____
**R**
**race** 363:22
**radioactive** 274:4

**344:3
**raid** 249:21 280:18
  310:9
**ran** 232:16
**range** 268:24 271:2
**rare** 273:14
**rarely** 243:7
**rash** 280:3
**rate** 233:23 234:8
  237:7 365:20,24
  366:8,9
**rational** 372:21
**reach** 243:24 244:3
  328:6
**reaching** 362:1
**reactions** 280:3
**read** 229:17 230:8
  231:20 233:2,23
  234:8 235:3,10
  236:6,20 237:8
  237:15 238:13
  240:9,15,20
  241:1,6 242:18
  247:20 248:21
  250:11 252:5
  255:21 257:1,25
  259:4,6 268:25
  275:14 287:17
  315:10 321:13
  331:14 332:5
  333:21 334:9,19
  336:6 337:14
  351:23 352:2
  354:2 372:7
  376:4
**reading** 306:15
**reads** 248:16
  376:19
**ready** 324:13 336:8
  336:9 372:10
**real** 244:6 294:20
  294:24 321:19
**realize** 368:6,9
**realized** 326:6
**really** 242:20
  290:19 300:15,16
  305:4 308:18
  329:9 360:21
**reapply** 232:17
**reason** 230:10
  231:8 248:13
  264:7 272:2
  333:10 335:15
  347:21 354:8
**reasonable** 331:11
**rebound** 326:5
**recall** 236:13,15
  236:17 238:23,24
  238:25 252:15
  263:21 268:13
  269:20 274:20

278:21 291:19
296:19 297:11
307:24 310:18,20
310:21 318:7
333:7 338:25
340:2 350:10
351:3
**recalling** 295:11
**receive** 347:9
350:5 352:22
**received** 230:6,14
232:12,13 318:9
331:2,10 346:19
**receiving** 229:3,6
229:11 232:14
301:7
**recognize** 231:4
265:22,24 362:6
**recollection**
295:22 366:14
**recommend** 317:25
**recommendations**
319:8
**recommended** 322:14
328:4 329:2
**recommends** 329:12
**record** 227:11
232:21,23 236:22
237:15 247:6
249:8,11,14
263:10 265:8,10
265:13 268:7
307:12,15,20,22
315:11 338:10,12
338:15 345:13
349:7 364:6,9,22
367:16 370:20
372:7 375:13
377:9
**records** 247:14
250:11 254:18,20
254:22,24 255:5
262:21 263:19
264:23 266:25
271:20,23 277:14
299:18,22 317:23
327:19 352:6
353:7 368:17,19
**recover** 346:13
**rectified** 348:13
367:11
**red** 302:1
**redirect** 364:12
**reevaluate** 238:6
**reevaluation** 238:7
**refer** 235:23 255:2
262:7 312:14
**references** 262:22
**referred** 266:10
**referring** 229:18
232:21 234:19

253:2 302:10
**refers** 233:9
**refresh** 295:22
**refused** 357:7,9
**refusing** 348:8
**regarding** 244:18
255:24 319:8
352:21
**regardless** 363:18
**regency** 223:23
**regents** 327:22
328:6,24
**regular** 261:17
**rehab** 246:15
**relate** 253:13
**related** 233:6
235:8 252:24
284:23 330:12
349:14 351:15
365:25 366:3,5
366:12,15
**relates** 335:11
**relating** 256:12
287:16
**relationship**
274:10,11
**relative** 296:12
377:10,12
**relaxant** 326:13
**relevant** 236:4
343:4,4,11
**relief** 259:17
**reliever** 326:4
**religious** 335:7
**rely** 344:7,9
**remain** 300:25
305:4 308:5,16
308:19 334:5
**remains** 298:22
312:1 334:13
**remember** 227:21
228:25 248:11
268:23 316:25
331:20 341:5
350:6,8 351:2,4
373:4
**remind** 295:6
**reminding** 294:5
**renting** 360:22
**repeat** 227:24
**rephrase** 352:14
**report** 226:11
264:3 266:2,22
279:16 321:11
331:3,7,11,17
332:9,11 353:22
370:19 377:7
**reported** 223:20
264:12
**reporter** 225:5
228:18 259:6

263:6 314:7
315:19,25 349:3
362:4 377:1
**reporting** 223:23
226:9 263:12
**reports** 339:25
356:4
**represented** 239:3
**request** 231:15
320:10
**requested** 353:7
**require** 372:17
**required** 264:3
**reserve** 315:17
**reserves** 364:11
**residential** 372:24
**resides** 300:21
**residual** 232:25
**respect** 264:13
342:21 344:9,10
346:18
**respiratory** 311:1
361:6
**response** 367:19
372:3,6
**responsibilities**
226:9 263:12
**responsibility**
352:12
**responsible** 352:16
356:12,18
**rest** 235:10 275:14
281:7 332:21
333:6
**restroom** 265:5,7
307:11
**result** 250:17
253:8 256:20
330:3 341:9
344:1 348:7
355:24
**results** 272:6
330:22,24
**retained** 226:13
**retirement** 373:21
**review** 257:23
369:8
**revision** 351:21
**rheumatologist**
329:11
**rhinitis** 247:19
251:12 255:20
**rhonda** 223:4,13
227:2,9,13
280:24 300:21
307:14,19 375:12
376:1,4,25 378:6
**rich** 275:25
**rick** 224:14
**right** 228:9 229:1
229:4,17 230:14

232:19 233:1,1,1
233:14 236:19
237:1,23 238:1
239:25 240:2,4
240:11 241:8
243:5,9,12,17,24
244:3,16,20,25
245:8,13,14,17
245:20 246:1,6,7
246:7,13,21
247:15 249:17,23
249:25 250:14,22
252:12 253:2,5
254:16 255:3,4,6
255:7,16 259:13
259:21 260:5,9
260:14,24 261:13
261:15,17,20
262:7 263:14
264:2,5,14,15,20
264:24 265:3
266:8,21 267:1
267:18 268:8,13
268:19 270:1
271:11 275:22,23
276:11,15 277:19
277:24 280:23
281:2,2,23 282:2
282:5,6 284:24
285:23,24 286:1
286:3 287:1,17
288:7,11,13
290:2,22 291:13
293:20 295:7,17
295:18,20 296:18
298:6 299:14,16
300:2 301:2
302:21,22 303:8
305:18 309:4,7,9
309:25 310:9
312:12 315:13
316:2,6 318:6,14
320:17 322:13,14
325:10 326:25
327:9 328:14,23
330:22 331:22
333:10 335:5
337:11 341:2,4
341:10 342:9,13
342:14,17,22,25
343:6,14 344:16
344:17,24 345:5
345:11,13 347:9
347:13 349:7
352:8,10,18
353:18 355:4
357:20 359:14,17
360:24 363:5,10
363:12,16 366:17
366:17,17 367:7
367:7,24 373:19

**risk** 338:1 373:25
 374:3
**risks** 334:17
**road** 357:3 359:5
**robinson** 292:2,3,5
 292:12,23 293:16
 294:10 318:1
**robinsons** 269:17
**roof** 357:4
**room** 249:17 280:21
 309:25 358:2,8,9
 358:9,13
**rotator** 301:7,20
 302:16 330:8
**rotor** 370:1
**rough** 370:14
**roughly** 337:14
**routine** 351:19
**rule** 226:15 349:9
**ruled** 290:1 299:13
**rules** 227:21 349:9
**run** 265:17 356:13
**ryan** 224:3

S

**s02** 341:5,9,13
 343:24 344:9,14
 344:23
**salary** 350:7
**sale** 294:20 359:6
 360:18 372:17
**sales** 373:3
**sand** 242:20
**sat** 330:18
**satisfactorily**
 253:13
**savella** 329:13
 348:1
**saw** 233:13 279:22
**saying** 251:6
 261:10 275:20
 277:3,8 298:18
 325:20 333:3,13
 334:24 335:4,16
 336:24 358:25
 366:17 370:16
**says** 230:5 231:11
 231:14 232:23
 233:18 234:4,22
 235:25 237:12
 238:11,12,18,22
 238:22 240:2,6
 241:7 242:20
 246:23 247:3,13
 250:1,9,13 252:3
 252:17 255:16
 256:5,20 257:20
 264:6 265:25
 266:1 267:24
 268:22 269:24
 270:9 271:8,17

272:11 273:6
 275:15,23,24
 276:1,3,16
 279:18 280:2,24
 281:24 284:25
 285:16,18 286:11
 286:21 287:3,14
 290:2 300:6,21
 302:21 304:15
 305:3 306:18
 308:2,13 309:6
 311:18 327:23
 329:18 331:6,8
 332:19 333:4,18
 334:7,16 335:10
 335:19 336:7
 337:5,23 349:14
 351:15,18 352:2
 352:3 353:25
 354:12,13 355:5
**scales** 332:22
**scan** 302:19
**school** 348:23
 350:11
**scientific** 340:3
**scientist** 344:4
**scores** 332:21
 333:11
**scottie** 359:17,18
**scout** 362:10,18,21
 363:6
**screen** 315:10
**seal** 378:9
**season** 306:8,10
 369:24,25
**second** 229:18
 232:4,20 250:5
 255:9 280:23,24
 292:5 350:22
 351:18
**secondary** 280:4
**secretary** 351:6
**section** 234:18
 236:20 238:10
 250:7 276:15,18
 300:3,4,21 301:6
 302:21 303:2
 308:1 309:19
 311:18 312:13,14
 312:19 323:14
 329:18,19 330:2
 332:2,19 337:23
 351:14,16
**sectioned** 320:3
**sections** 320:2
 327:18
**security** 226:3,3,5
 226:7,9 228:14
 229:3,12 230:7
 231:9,17 233:6
 237:1,22 238:4

258:7 262:22
 263:11,16,19
 264:4,8,13,18,22
 265:2 268:16
 341:1 346:21
 353:8,8 364:21
 368:17,19,23,24
 369:1,2
**sed** 233:23 234:8
 237:7 365:20,24
 366:8,9
**sedentary** 234:7
 365:23
**see** 230:3 232:3,21
 234:18 235:22
 236:23 238:22
 239:21,21,22
 240:1 246:22
 247:4,11 248:6
 250:2,7 252:4
 254:9,21 262:20
 262:20 266:9,12
 267:25 270:10
 274:17,21 275:2
 275:23 276:17
 277:4,19,21
 281:24 282:5
 285:18 300:4
 301:5 308:12,14
 309:19 311:18
 312:13,19 315:8
 320:15 327:23
 328:4 329:19
 331:7,8 333:4
 338:6 347:11
 349:17 351:16,21
 353:15 354:18
 355:9 364:15
 365:2,8,14
 369:21 372:16
 373:24
**seeing** 318:7
**seek** 355:7
**seen** 248:11 337:18
 359:6
**selfconfidence**
 235:1
**sell** 294:16 356:23
 358:15,19
**selling** 359:8,9
**send** 317:21 369:1
**sends** 369:3
**sense** 232:17
 254:22 259:11
 292:21 298:20
 320:19,22 322:15
 348:5,6
**sensitive** 249:23
 310:14,18
**sensitivity** 310:2
 310:5,11,17

**sent** 332:7 337:21
 368:22,22
**sentence** 233:18
 234:3,21 235:17
 235:21,22,23
 236:21,23 240:6
 246:22 247:13
 248:6,7,16
 250:13 251:11
 252:3,17 256:5
 256:19,19 257:19
 268:22 269:24
 270:11 271:7,17
 273:6 280:1,24
 287:3,14 332:19
 333:5,18,21,24
 334:5,7,16
 335:10,19 337:23
 355:5 365:14
 371:2
**sentences** 233:9
 248:4
**separate** 254:1
**september** 269:16
 363:3
**series** 247:7
**serious** 311:1
**service** 223:23
**services** 352:4
**sessions** 234:24
**set** 236:2 279:16
 358:2 372:4
**setting** 239:12
**seven** 313:4 323:25
 323:25
**severe** 236:9 237:5
 240:20,25 250:16
 250:19 256:6,8
 256:13 262:13
 276:17 283:20
 307:8
**severely** 246:9
**severity** 236:1
**sex** 363:22
**sexual** 336:21
 363:18
**shampooing** 329:22
 329:25
**sheet** 225:4 376:2
**shell** 305:11
**shes** 243:11,14
 290:3 295:14,17
 296:8 299:4,7
 361:1,23,25
**shift** 243:15
**shingles** 281:11
 289:3 290:14
 297:5
**shoes** 233:19
**short** 243:12
 246:24 306:18

**shorthand** 261:9
**shortness** 277:24
  278:23
**shoulder** 301:7,10
**shouldnt** 363:10,25
**show** 263:20 314:25
**showing** 265:16
  270:19 287:22
**shown** 364:20
**shows** 232:23
  234:22 247:11,14
  315:13 365:13,16
**shy** 265:17
**sick** 242:7 245:12
  267:19 268:10,12
  268:15,18 356:5
  356:6
**sickle** 327:23
**side** 357:3
**siegal** 269:25
**sign** 359:6
**signed** 376:20
**significant** 235:1
  236:5 336:12
  348:16
**significantly**
  287:5
**similarly** 342:8,18
**singhs** 271:21
**single** 223:4
**sinkholes** 358:19
**sir** 227:23 228:12
  229:2,5,8,22,24
  230:4,9 232:22
  233:4,24 234:10
  234:20 235:4,24
  236:24 237:9,24
  238:2 240:10
  244:15,21 245:21
  246:2,7,14,18
  247:12 248:8,15
  248:23 249:3,18
  249:24 250:4,8
  250:12,15,24
  251:14 252:1,14
  252:16 253:3,6
  256:15 257:2
  258:2 260:25
  264:25 265:4
  266:20 268:6,20
  269:22 270:2
  272:22 274:21
  275:1,9 276:7
  277:14 278:1,20
  280:10,22 281:10
  281:15,20,22
  282:7,10,13,15
  282:18,20,23,25
  283:3,6,9,11,14
  283:16,19,21,23
  284:17 285:5,19

286:4,10,24
  287:9,18 288:4
  288:12,25 289:21
  292:14,25 293:6
  294:4,18,21,23
  295:1,18,21
  297:4 298:13
  299:12,15,19
  300:5 303:9,25
  305:2,6 306:3
  307:25 308:17,20
  310:1,7,10,23
  312:2,15,20
  316:5 318:11,15
  323:3 324:11
  326:24 327:25
  329:17,24 331:13
  331:15 334:3,10
  337:4 339:9,12
  340:14,17,20,23
  340:25 341:3,11
  341:18 342:20
  344:21 345:12
  349:18 351:9,17
  353:2,14,23
  354:20 355:10,17
  356:17,19,22
  357:21
**sister** 295:13,16
**sisters** 295:3
  357:12 358:6
**sit** 243:3 260:22
  310:21 348:15
  354:9
**site** 276:4
**sits** 243:15
**sitting** 303:10
  304:4 373:10
**six** 245:11 267:1
  313:4 362:22
**skin** 276:20 277:3
  277:7,11 278:18
  280:3
**sleep** 242:15 281:2
**sleeping** 233:2
  366:18
**sleeps** 242:14
**slowly** 243:11
  246:24 252:20
  305:4
**smell** 309:25
**smelled** 310:9
**smells** 249:21
  280:18,22 309:21
  310:15,19
**snyder** 295:25
  296:1
**social** 226:3,5,7
  228:14 229:3,12
  231:9 233:6
  234:25 237:1,22

238:4 258:6
  262:21 263:16,19
  264:4,8,13,18,22
  265:2 268:15,16
  335:20 341:1
  346:21 353:8,8
  364:21 368:16,19
  368:23,24,25
  369:2
**socially** 335:25
**sofa** 315:14
**soft** 258:14
**soma** 326:13,21
**somatic** 332:22
  333:12,18 370:23
  370:24 371:3
**somebody** 328:16
  356:10
**somewhat** 252:20
  257:13 334:22
  335:24
**soon** 257:25 295:10
**sorry** 239:24
  244:14 245:20
  257:16 258:25
  281:23 291:16
  292:7 297:19
  302:11 305:22
  311:11,12 324:8
  343:23 358:23
  371:11
**sort** 267:22
**sound** 268:8
**sounded** 291:14
**source** 234:5
  260:21 261:12,19
  262:13 298:20
  346:21 365:22
**sources** 234:4
  365:21 367:13
  368:12
**south** 223:16 224:9
**space** 360:6
**specialist** 329:3
**specialists** 261:16
**specialty** 297:20
**specific** 268:12
  342:25
**specifically** 262:5
  291:6 296:24
  344:19 365:11
  372:5
**spector** 224:14
**spell** 291:11
  297:17 314:18
**spelled** 291:13
**spelling** 312:23
  316:16
**spend** 266:14 375:4
  375:6
**spills** 356:3

**spoken** 294:24
  345:7
**sprayed** 280:20
**square** 359:13
**squat** 304:18,22
**squatting** 304:25
**ssdi** 268:23
**stabilize** 241:19
**stable** 305:11
**stairs** 305:3
**stamina** 308:2,8,9
**stand** 243:14
  372:25
**standing** 303:15
  304:4
**stands** 257:20
**start** 228:13
  256:16 266:21,23
  276:25 290:23
  321:10 327:3
  350:2
**started** 245:10
  263:18
**starting** 274:3
  290:8
**starts** 232:20
  234:17 250:6
  275:12 312:18
**state** 223:21 227:7
  370:12 377:3,6
  377:22 378:3,17
**stated** 250:16
**statement** 234:5
  333:11 365:22
  372:25
**states** 223:1 237:4
  253:12 280:24
  365:16
**station** 351:4
**statuspost** 232:24
**stay** 242:5 357:5,8
  358:6 374:21,24
**stays** 241:22 243:3
**stems** 312:8
**stenographically**
  377:7
**stiffly** 252:20
**stiffness** 286:14
  286:15
**stockings** 289:13
  289:17 348:11
**stomach** 273:7,9,14
  367:5
**stood** 254:21
**stoop** 304:18,22
**stooping** 304:24
**stop** 228:5 250:18
  307:10 326:21
**store** 336:4
**strained** 260:19
**street** 350:25

360:8,12 361:1
**strength** 300:19
370:15
**stress** 271:18
272:3 300:6
334:18
**stressed** 290:17
302:5
**stresses** 301:25
**study** 274:17
350:13,16,23
**stuff** 340:4
**stuffing** 283:15
**stump** 259:8
**subject** 351:21
376:19
**subjective** 237:13
**submitted** 264:23
317:22
**subpart** 372:6,7,13
**subpoena** 345:10
**subpoenaed** 345:9
**subsided** 259:25
**substances** 241:23
274:25 275:15,21
276:2
**substantive** 332:21
**substituted** 323:4
326:8
**substitution**
324:16
**suffer** 234:11
256:2,13 281:19
284:4,9,15
**suffered** 280:2
287:15
**suffering** 234:1
271:14 279:23
282:9,14,19,24
283:4,10,20,24
317:7 328:5
330:6 346:9,11
346:12 355:7,19
356:15 366:11
370:1
**suffers** 233:19
234:23 256:6
365:17
**sugar** 305:11,11
306:1 307:4,5
**suggest** 314:12
316:21 317:8
**suggested** 294:1,3
294:15 314:20
316:7 317:3
**suggestion** 318:18
**suggestions** 318:20
**suggests** 337:12
**suicidal** 300:11
334:17
**suicide** 334:25

**suite** 223:16,24
224:4,9 227:5
**sulphur** 273:23,24
274:14 275:2,4
276:8
**summarize** 281:13
**summarizes** 327:19
**summary** 240:3
**summer** 351:12
**summers** 350:14
**superman** 274:1
**supplement** 315:7
316:19 322:2,9
350:20
**supplemental** 226:9
229:4 230:7
231:17 263:11
**supplements** 313:9
315:6 316:6
347:3,19 348:3
**supply** 315:19
**supposed** 343:19
**supposedly** 326:5
**sure** 229:14 248:12
249:8 253:15
254:25 262:17
264:12 266:7
268:9 277:18,23
284:20 288:18,19
290:14 293:12
307:5 309:5
313:14 325:8
331:25 332:4
333:17 335:4
339:14,15,22,25
344:4,6,8 345:13
351:11,11 353:2
353:5,6,14 359:4
359:7 361:7
366:9 369:5,11
371:6
**surface** 305:10
**surgeon** 302:13
**surrogate** 361:24
**swallow** 261:8
**switch** 324:13
**sworn** 227:14 378:8
**symptoms** 234:14
236:1 237:14
257:1 276:17
333:20
**syndrome** 233:20,22
234:8,11 237:6,6
237:7 240:7
241:17 247:18
248:19,20 250:18
251:19 255:18,19
255:19 281:1,12
283:5 284:4,15

288:1 290:9
291:4,7 329:4
365:18,19,24
366:5
**system** 242:7
290:16

**T**

**tag** 355:2
**take** 235:17 246:1
246:4 249:9
252:25 257:16
259:18 276:22,23
300:20 315:3
317:3,9,10,11,17
317:18,24 318:2
318:12,19,19
319:1,10,12
322:15 323:6,10
323:13 325:4
326:3,15,17
329:9,14 330:11
332:1 335:2
336:17,17 337:22
347:19,22 348:2
364:3
**taken** 223:14 227:2
278:15 336:22
**takes** 245:23 325:6
347:13
**talk** 317:23 318:13
338:5 342:1,3
359:11 365:13
**talked** 327:21
228:25 232:6
245:12 255:4,10
256:14 274:19
280:1,4 288:13
301:2 316:7
327:2 330:1
337:2 341:4
343:10 353:18
361:9,12
**talking** 228:13
250:1 251:24
254:23 262:15
275:19 304:4
307:23 310:25
314:3
**talks** 248:5 308:12
332:24 333:5
**tampa** 223:2,17,25
224:5,10 227:5
271:21 299:7
350:15 376:5
**tea** 278:6 317:18
**tearing** 249:6
**tears** 302:7
**technical** 341:24
**tedder** 302:12,13
**tell** 227:14 228:2

228:24 231:7
238:3 258:18
259:1 260:11
262:24 270:17
271:8,18 290:9
291:2,15 292:16
296:24 297:24
298:2,7,15
312:24 313:24
324:4 330:14
335:5 341:12,20
346:2 347:4,5
355:11 361:17,22
362:6,12
**temperature** 278:15
309:6
**temporomandibular**
365:17
**ten** 228:3,4 238:24
258:22 260:24
306:19 359:23
362:14,15 367:3
368:3
**tendons** 302:5
**tens** 290:3
**termed** 333:8
**test** 272:6
**testified** 240:7
264:23 370:21
371:6
**testify** 250:19
251:12 345:4,6
**testifying** 345:8
345:15,19 367:17
**testimony** 240:3
241:12 242:8,16
250:6,9 252:5
253:7 255:10,13
255:24 256:9
257:3 262:22
264:19 292:12
293:1,15 294:6
343:14 344:10
347:18 374:7
376:19 377:9
**testing** 339:21,24
340:3
**tests** 271:18,19
272:4 274:6,9
320:3,16 330:19
333:1
**thank** 226:16
230:18 232:18
234:21 237:19
240:2 264:16
265:20 266:7
279:17 294:5
348:6 365:6
**thats** 230:10
232:18 235:18
240:1 241:7

242:19 243:17
244:4 247:6
250:14 251:9
260:18 261:9,9
262:4 263:4
264:6 267:4
270:23 271:1
272:16 274:15
276:22 280:18
284:22 287:22,22
287:24 290:1,14
291:12 292:20
295:4,16 296:3
298:11 302:6
308:25 313:20
315:1 317:17
318:3 320:2,3,3
321:3,5 322:10
322:12,21 323:9
324:7,15 325:13
325:20 326:20
327:2 333:15
341:20 344:2
345:12 347:9
351:5 353:17
354:22,23 355:23
360:18 364:1,1
367:24 375:8
**therapist** 302:12
**therapy** 290:6
301:8,9,12,14,17
**theres** 230:2 232:3
233:18 235:21
236:3 246:22
249:5 250:5
256:18 270:23
274:10 276:15
287:14 301:13
302:6 308:1
312:12,16,22,23
314:11 327:20
329:18 331:4
344:2 347:19
349:13 351:14
354:13 355:5
358:17,18 366:22
366:25 368:6
374:7
**theyll** 348:4
356:13,14
**theyre** 262:13
271:15 274:4
280:13 298:10,17
298:19 305:21
312:11 324:13
333:13 342:2
359:9,10 360:21
**thing** 317:13
326:10,22 358:22
**things** 242:23,25
251:3 257:9

273:24 274:3,4
276:1 312:9
317:20 319:8,23
322:11 329:13
330:1 331:21,23
335:25 336:3
337:2 341:24
342:1,2 343:3,10
344:3,7,15
346:24 347:2,3
348:1,7,9,13,21
349:1 356:4
357:16,19,25
358:5,20 363:22
367:11 368:7,11
370:22
**think** 235:21
242:19,21 245:14
245:15 246:21
249:19 260:5
266:6 268:10
269:7 270:19
271:21 273:21
279:14 280:21
284:3 288:21,24
289:14 291:13,20
292:3 295:10
299:8 305:18
309:12 310:2
314:1,8 317:21
318:6,12 323:7
324:13 325:6
327:17 330:16,20
331:18,19 332:13
335:3 336:25
339:14,16 340:7
340:8,9 342:1,2
344:14 346:5,12
348:16 350:18
351:5 352:13
355:14,15,22
356:6,6 362:22
363:8 364:4
366:16 369:10
370:2,15 374:8
**thinking** 335:11
**third** 232:19
235:21 237:3
238:17 292:10
346:21 353:16
**thought** 260:15
272:4 310:8
332:23
**thoughts** 335:6,11
**three** 234:17
259:25 271:17
281:21,23 294:3
313:4 322:24
**threeing** 320:1,2
**threw** 367:23
**throw** 371:13,16

**thyroid** 281:2
**tile** 357:11,13
**time** 223:19 227:10
227:22 228:25
229:9,14 233:7
234:1,2,14 235:5
235:6,16 236:9
236:11 237:10,17
239:18 240:11,14
240:20,24 241:12
241:22 242:3,8
242:14 243:3,25
244:1,7,13,25
245:12,24 246:10
247:23 248:10,24
249:9 250:24
251:16 252:6,7
252:21 253:22
254:2 255:25
256:9,23 257:3
257:16 259:13
260:10,14 265:15
266:14,19 268:15
269:11,18,20
274:20 279:1
280:4 281:8,16
285:1,4 287:16
288:3 289:12
291:13 300:20,23
301:18 302:23
303:4 304:17
306:5,20 308:3
310:16,18 311:24
317:12 318:13
321:4,12,15
325:24 330:6
334:11,21 335:12
335:21 336:11
339:3 340:7
344:13 346:22
349:22 350:6,10
350:12 355:12
361:19 363:5
367:7,10,10
368:23 369:23
370:7 371:13
375:4,6
**timely** 231:15
**times** 240:25 243:7
245:9 325:19
348:3 369:18
**tinea** 327:13
**tingling** 286:1,3
**tissue** 258:14
**title** 239:13 275:8
275:11,14
**tmj** 237:6 240:14
281:11 283:24
284:1 366:3
**today** 228:9 229:23
243:17,22 244:2

244:9,16,22
245:2 246:4,12
246:25 247:25
249:2 250:25
251:4 252:23
253:16,23 254:6
256:3,11,13
257:6,12 258:10
258:15,19,21
260:22 267:6
269:8,13 276:25
277:18 278:4,15
278:24 280:6,12
280:13,15,17
281:19 285:2,6
289:17 300:9,14
300:18 303:8,13
303:17,21 304:1
304:20 305:5,13
305:17 306:7,22
308:16,19 309:24
310:8,22 312:1
313:21 319:3
334:5,14 335:23
337:3,9 341:5
348:15,20 354:9
364:18 368:15
370:10,13 371:9
371:21,22 372:25
373:10 374:8,24
**todays** 263:15
**toe** 259:8
**told** 239:17 242:5
258:12 260:23
261:25 264:18,20
266:18 267:9,12
269:21 279:19,19
290:10,13,25
291:5,21,24
292:13,23 293:1
293:16,20,24
294:7,13 295:11
296:21,23 297:2
297:5,12 298:25
299:10,16 302:9
318:12 322:9
328:6 334:1
350:22
**tolerate** 326:18
**tone** 277:7
**top** 234:17 238:11
238:18,20 240:2
247:20 252:9
290:7 308:12
312:12,18 321:10
332:2 348:18
355:5
**torn** 301:6,20
302:16 330:7
370:1
**torns** 302:7

**torres** 314:4,15,17
314:19 316:9
320:9,14,20
322:3,5 338:10
**total** 230:6
**totally** 254:1
**toxic** 372:22 373:7
373:11
**toxicologist**
338:23 344:7
**toxins** 357:5
358:18 372:18
**tracy** 361:1
**tracys** 361:3
**trait** 273:2
**transcript** 377:8
**transport** 342:9
**traurig** 224:3
227:4
**treasury** 346:7
356:13
**treated** 234:13
261:25 363:11,15
363:19
**treating** 234:4,5
248:10 365:21,21
368:19 369:4,11
**tree** 317:18
**tremendously**
309:22
**trial** 345:4,8,16
345:19
**tried** 291:14
294:16,22 356:23
**triggered** 273:4,5
**troop** 362:18
**trouble** 233:2
244:11,18 366:18
**true** 233:7 235:5
236:8 237:10,17
242:22 243:9,17
243:20,22,25
244:2,7,9,12,16
244:22,25 245:2
245:24 246:3,10
246:12,25 247:23
247:25 248:2,24
249:2 252:7,20
252:23 255:25
256:11 276:8
308:2,5,16,19
311:24 312:1
342:21 377:8
**truth** 227:14,15,15
239:17 240:11,17
240:23 241:3,8
241:15,20,24
242:3,12 264:20
**truthful** 242:7,16
243:5,12 244:19
245:5,7 250:22

250:25 256:9
257:3 264:20
266:19 269:2
**truthfully** 228:11
**try** 233:20 304:12
307:8 314:6
316:10 320:6
369:17 370:10
374:12
**trying** 258:23
262:13 267:11
271:15 277:5
293:13,15 298:8
298:10,17,19
314:1 315:8
316:15 333:6
341:24,25 364:1
370:7,17
**tucker** 232:11
**tumors** 274:2
**turn** 229:25 232:4
234:16 236:19
239:20 247:2
256:18 269:23
281:21 287:13
301:5 312:11
315:2 331:6
355:4
**turning** 238:17
308:11
**tv** 242:18
**twenty** 362:17
367:3
**twice** 245:23
**twist** 259:10
303:23
**twisting** 303:23
304:5
**two** 230:2 233:9
254:1 259:25
265:18 274:24
279:18 307:14,18
307:18 313:4,16
317:10 318:19
322:18 323:15
324:24,25 325:11
325:23 326:1
327:8,11,14
337:1 351:13
365:4 375:2
**twothirds** 327:21
**types** 244:11
**typing** 331:20
**typographical**
242:19

U

**uggers** 338:24
**uhhuh** 231:10,13,18
232:7 233:11
239:6 255:12

263:13 275:13
326:1 337:25
343:12 354:17
359:19 362:4,7
372:11
**unable** 234:6 236:4
348:8 365:23
**uncertain** 288:3
**undergoes** 234:23
**underlined** 354:12
**underlying** 351:14
**underside** 277:20
278:19
**undersigned** 378:6
**understand** 236:25
238:6 256:16
258:17 260:23
263:23 267:15,16
269:6 270:20
271:1 273:12,16
273:23 282:10
287:21 290:14,18
292:15 293:15
301:24 302:4
305:15 312:7
333:2 335:3
337:2 344:8
347:6,18 358:16
366:19
**understanding**
226:9 262:23,24
262:25 263:2,11
272:12 273:20,22
302:8 341:13
358:17 369:2
**understood** 281:7
**ungers** 338:17,23
338:23,25 339:23
340:11
**unit** 290:4
**united** 223:1
**university** 328:6
**unknown** 298:22
**untrue** 235:18
**updated** 299:25
**urine** 278:6 279:6
**url** 263:16
**use** 265:5,6 307:11
325:13,14,19,20
327:9 333:16,16
357:13,13
**usf** 269:25
**usually** 243:8
348:10,14 361:24
369:24

V

**value** 352:7 354:13
354:15,25 355:18
372:17
**varies** 317:6,12

**vas** 316:24
**vaseva** 316:25
**vasudeva** 299:5,8,9
317:1
**vasuvedu** 299:4
**vegetables** 287:4,5
287:10
**vehicle** 232:24
366:1,3,6,12,15
**veins** 289:13
**venous** 289:11,19
298:14,22 370:6
**ventolin** 325:3,4,6
**versalis** 327:13
**vicodin** 245:23
246:9
**videographer**
224:14 227:8
249:10,13 265:9
265:12,17,21
307:13,17 338:11
338:14 364:5,8
375:11
**videotaped** 223:12
227:1
**village** 296:5
351:5 359:3,6
**virginia** 295:23
296:8,9
**virus** 290:15
**vision** 306:16
**visit** 331:1 358:12
**visited** 330:11
**vitamin** 317:5
**vocational** 246:15
**volume** 227:9
307:14,18
**vs** 223:6 376:1

W

**wait** 232:16 314:18
364:25 372:10
**walk** 243:11,11
246:24 295:10
**walked** 252:19
**walker** 361:18,19
**walking** 303:19
304:5
**walks** 246:24
**want** 228:13 253:25
259:7 262:3
264:11 277:19
279:15 292:15
293:10,12 296:24
312:22 315:7
320:23 321:17
338:7 357:2
358:11 365:7,11
372:23
**wanted** 254:3
323:12 348:22,23

353:15
**wants** 265:6
**washington** 361:4,5
**waslik** 233:10,12
  234:14 368:25
**wasnt** 232:15 260:8
  266:7 323:11
  329:11 334:23
  360:18
**watch** 242:18
**watching** 353:14
**water** 274:5
**way** 253:25 254:3
  255:2 260:2
  261:9 262:6
  270:24 280:8
  284:20 288:18,24
  290:24 293:7
  309:9,16 316:13
  327:21 332:18,20
  363:11 370:10
**ways** 276:23
**weakness** 278:8
  279:8 303:4
**wealth** 356:8
**wearing** 289:17
**website** 263:16
**week** 236:15 241:1
  256:24 318:14
  325:19,20,22,25
**weekly** 290:4
  317:23
**weeks** 327:8,11,15
**weight** 267:3,5,9
  267:11,14
**weinstein** 224:2
  225:2 227:18
  228:16,19 230:19
  230:22,24 231:1
  239:24 247:6,9
  249:8,15 259:4
  263:7,9 265:8,15
  265:20,22 304:13
  304:15 307:12,21
  314:20 316:1,2
  316:14 320:8,10
  320:22 321:6,9
  338:9,16 343:24
  349:5,7 352:13
  352:15 362:3,5
  364:3,10 365:2,6
  367:14,16 369:20
  370:20 371:10,12
  373:2,9,13,23
  375:10
**weinsteins** 364:18
**welcome** 265:21
**went** 232:11 239:5
  246:15 266:9,12
  267:7 290:8
  307:21 328:16,18

329:10 332:4
369:21 370:7,20
**weve** 256:13 265:17
304:4 310:24
313:16 343:10
**whats** 228:21 257:8
269:5,13 273:20
275:8,11 287:19
289:11 295:23
299:4 311:6
316:24 319:25
326:2 353:21
361:3 365:8
**white** 242:2,6
251:15 255:20
269:7
**whos** 233:12 352:16
**wide** 268:24
**williams** 223:4,13
227:2,9,13,19,25
228:4,7,13,21,23
229:9,18,25
230:3,18 231:1,3
231:6,23 232:4,9
232:20 234:3,16
235:7,11,16,20
236:8,11 237:4
237:12,19,21,25
238:3,10,15,17
238:25 239:16
240:4 242:19
243:9,12 244:13
244:13 245:13
246:22,23 247:7
247:10 248:10,16
248:25 249:9,15
249:22 250:5,14
250:19 251:5
252:3,13,17,25
253:7,11 254:2,8
254:15 255:8
256:5,18 257:14
257:23 258:10
259:12 260:22
261:3,14,17,22
261:25 262:20,23
263:9,18 264:11
264:17 266:3,23
266:24 267:8,16
268:11,22 269:23
270:3 271:1
272:12,20 274:18
276:23 278:17
280:5,15 281:23
286:21 287:3,13
289:22 290:11,19
292:10 293:13,20
294:16 295:2,22
296:19 297:19
299:20 300:3
305:16 307:15,19

307:21 308:7,11
310:14,24 312:6
312:17,21 314:7
315:11 316:3,7
316:10 317:2,20
318:7 321:2,9,13
323:24 325:18
327:3,18,21
329:5,16 330:10
330:23 331:8,14
331:23 332:16
335:4 336:8
337:11,24 338:16
339:20 340:10
341:9,12,24
343:5,25 344:20
345:3,14,21
346:2,18 348:19
349:10,12 350:4
350:10 351:14
352:8,16 353:10
353:24 354:1,8
354:16 355:6,6
355:14,22 356:20
357:7 359:13
362:5 363:8,14
364:11,15,23
365:3,8 367:20
369:15 372:1,16
372:20 373:24
374:21 375:12
376:1,4,25 378:7
**willing** 358:2
**window** 375:9
**wish** 314:24
**withdrawal** 234:25
**withheld** 265:1
**witness** 249:5
265:5 304:10,14
307:10 314:25
315:22 316:15
320:23 321:1,3
322:4 343:18,22
365:4 367:15,18
377:9 378:9
**wobbly** 305:11
**woman** 295:23
297:22 363:9,12
**wonder** 356:5
**wont** 227:24 233:19
**wood** 357:11,13
**word** 271:11 324:24
369:6 370:23
**wording** 335:17
**words** 248:18
293:13 318:3
327:2 333:15
337:24 347:6
354:15 360:18
371:5
**work** 236:4 246:8

256:24,24 269:10
269:11 291:8
319:23 320:3,16
348:20,20 350:13
350:16,23 356:9
374:9,11
**worked** 350:14
**working** 245:10
**world** 273:13
**worried** 336:21
**worries** 300:7
**worry** 334:18
**worse** 240:8 280:11
280:15 305:16
310:17 356:2,2,3
368:5
**worth** 354:21
**wouldnt** 235:11,11
246:16,16 255:1
268:17 275:6
354:11 358:22
**write** 317:25
318:20 347:12
**written** 247:19
340:10 352:19
**wrong** 245:14,16
260:2 266:4
331:17 333:24
335:5,15,16
347:7 358:18

---
**X**

**xray** 263:3

---
**Y**

**yeah** 230:22 244:5
245:15 259:3
285:15 295:15
296:10 314:4
315:3,20 319:13
320:4,22,24
321:19 328:12
336:24 338:9
343:21,21 344:14
363:2,17
**year** 246:15 268:13
339:5 349:15
355:8,15,16
363:7
**years** 236:16 238:7
238:24 251:7
253:9,21 258:22
259:21 268:12
279:2,3,5,7,8,9
279:11,12 348:17
349:16,23 350:2
355:13 359:23
360:2 361:2
362:13,14,22
367:3 368:3,8
373:18 374:25

375:2
**yeartodate** 230:16
**yellow** 277:3,8,11
277:17,19,20
278:18
**yellowed** 276:20
**yep** 323:8 362:19
**yesterday** 259:20
267:7 370:14
**youd** 291:2 353:2
**youll** 231:7 234:16
237:3 247:2
256:18 296:19
333:4 350:3
**youre** 228:7 235:12
240:3 249:22
261:24 262:23
264:3 265:21
273:19 275:18
276:5 282:19,24
283:4 284:20
288:18 290:17,18
300:18 301:12
309:5,24 313:11
313:17,17,21
326:10 327:5
333:3 335:3
336:8 337:6,13
342:5 346:5,12
346:24,25 349:14
352:11 353:10
356:20 363:9
367:21 370:12
374:5
**youve** 229:6 230:13
259:13,20 260:23
263:20 264:18,20
277:24 278:21
318:9 326:16
337:18 341:9
344:23 346:19
348:9,16,17
355:16 367:2

---
**Z**

**zack** 350:25
**zeros** 230:2 247:7

---
**0**

**000** 263:20 349:15
349:22 350:2,3
351:21 355:7,7
**00003** 282:3
**04** 247:17 248:17
**05** 226:7 238:23
**06** 375:12,15
**09** 307:15

---
**1**

**1** 226:15 230:6,6
238:12 267:24,24

349:9 351:4,21
351:25 354:18
**10** 223:19 227:6,10
247:17 249:10,13
**100** 223:16 224:9
263:20
**100b** 223:24
**101** 224:4 227:4
**11** 226:2 228:18,19
228:20,22 230:22
248:17 265:9,12
**12** 226:4 230:6,24
230:25 231:2
238:23 265:9
307:15,19 338:7
338:11 364:20
368:18 377:23
378:18
**120** 230:7,13
**12th** 327:22
**13** 226:6 237:20,21
253:9 338:14
**14** 226:8 263:6,7,8
263:10
**14cv01748msstgw**
223:5
**15** 226:10,11
265:14,22 327:20
370:19
**16** 223:19 226:12
227:6,10 312:22
312:23 315:25
377:23 378:18
**17** 226:14 349:3,6
349:8,11 377:23
378:18
**18** 226:16 349:16
349:23 350:2
362:2,3,5
**180** 324:7,9
**1900** 224:4 227:5
**1990** 230:6 245:11
**1990s** 229:7 269:25
**1992** 231:20 232:24
253:5 260:6,9
364:22 365:25
366:10
**1993** 231:17
**1995** 226:5 234:4
365:20
**1998** 351:20

---
**2**

**2** 223:18 226:5,11
227:5 338:14
351:25 364:5,8
376:5
**20** 307:9 329:15,17
**200** 351:21
**2001** 363:1
**2004** 268:23

**2005** 238:1 253:1,8
254:2,5 256:12
258:4,7,11,19,21
260:4,6,10
**2013** 230:6
**2014** 229:20 230:14
266:12 298:1
327:23 328:25
331:2 334:2
351:20 354:18
369:22 370:13
371:9,17
**2015** 223:18 226:9
227:5,10 230:16
262:1 263:14,15
326:23 331:8,12
376:5,21 377:15
378:10
**21** 226:7 307:19
**22** 265:12 330:10
332:3 370:18
**2240224** 223:25
**227** 225:2
**228** 226:2
**23** 226:5 240:25
349:15,22 350:2
350:3
**230** 226:4
**237** 226:6
**24** 286:22 374:22
**25th** 234:4 238:1
253:1 365:20
**26** 226:15 349:9
**260** 267:3
**263** 226:8
**265** 226:10
**266** 267:7
**27** 265:18
**29** 231:20
**2nd** 227:10 263:15
269:14,14

---
**3**

**3** 226:7 238:23
282:2 375:12,15
**30minute** 307:9
**30th** 231:17
**315** 226:12
**33602** 223:17,25
224:5,10
**349** 226:14
**362** 226:16
**364** 225:3
**376** 225:4
**377** 225:5
**378** 225:6
**39** 354:18

---
**4**

**4** 241:14
**40** 361:2

**425** 349:15
**44** 249:10 364:5
**47** 355:7,12 361:2
**48** 265:17 355:13
355:13 361:2
**497** 362:18

---
**5**

**5** 247:17 302:22
307:22
**500** 223:24 349:15
**51** 364:8
**52** 249:13
**53** 229:19
**55** 338:7
**562** 354:18
**57** 338:11
**578** 230:7,13
**59** 230:1

---
**6**

**6** 226:11 274:18
308:11 349:23
**600** 223:16 224:9
**68** 364:23 365:8
**6th** 331:8,12

---
**7**

**7** 312:11,18 318:5
372:2
**72** 325:13
**721** 229:20
**733** 229:24
**75** 239:25
**76** 247:7,7

---
**8**

**8** 223:5 248:17
286:23 312:19
318:5 321:11
372:6
**813** 223:25
**833456** 377:22
378:18
**8th** 377:15 378:9

---
**9**

**9** 238:12 363:3
**90** 245:14 356:1,17
356:19
**91** 245:15
**92** 368:13,13
**96** 238:12
**98** 267:24