

**SUMMARY OF EXPERT OPINIONS OF FRANKLIN L. MINK, PH.D.**

**REGARDING THE MATTER OF RHONDA WILLIAMS VS. MOSAIC FERTILIZER LLC, ET AL.**

**April 30, 2015**

**Resubmitted References by CV Inclusion**

**June 25, 2015**

**CONFIDENTIAL AND PRIVILEDEGE WORK PRODUCT**

**Franklin L. Mink, Ph.D.**

**President and Principal Toxicologist, MAI**

i

I, Franklin L. Mink, Ph.D., am a toxicologist with 38 years professional experience.  The attached CV describes the qualifications I bring to bear on the subject matter discussed herein.  The law firm of Walker & Morgan has retained me on behalf of their client, Rhonda Williams. A list of all materials provided and reviewed up to the time of this report is attached in a list preceding the reference section of this report.  After a thorough and thoughtful review of all case materials at my disposal, my expert knowledge and my subsequent analysis of the data I wish to assert the following preliminary expert opinions with a reasonable degree of scientific certainty primarily following the principles of USEPA Risk Assessment and Sir. Bradford Hill's Causation Criteria:

1) Rhonda Williams has been exposed to significant quantities of regulated pollutants and hazardous materials from both direct and fugitive sources as a result of Mosaic's operations including phosphogypsum mining, processing, storage, transportation and waste handling operations over her lifetime residence in Prospect Village, Florida primarily through inhalation and dermal exposures.

2) Rhonda Williams has developed significant adverse health effects as a result of these hazardous exposures including G6PD associated pulmonary hypertension and obstructive pulmonary disease resulting in a diminished quality of life and potentially reduced life span.

3) Rhonda Williams has developed significant adverse health effects as a result of secondary effects from therapeutic agents used to treat her diseases/symptoms resulting from these exposures further diminishing her quality of life and threatening her long-term physical and mental wellbeing.

The basis of the above expert opinions are in the reports and references found at the end of this report, as well as my extensive education and background in the field of environmental toxicology.

The findings and conclusions articulated above are based upon my review of the following case-specific documents (also see attached list), as well as the technical references listed at the end of this report (and subject to

modification based on new materials reviewed or provided by the defense or

in the open literature as they become available):

1) Ungers and Associates Particulate Sampling & Analysis Report, 2014

2) Air Quality Reports- Hillsborough County Environmental Protection

Commission, 2000- 2013

3) USEPA Nonattainment Letter, 2013

4) USEPA Radon Flux Measurements On Gardinier and Royster

Phosphogypsum Piles Near Tampa & Mulberry, FL, 1986

5) Aerial Photographs of Mosaic Fertilizer LLC (Gardinier Stack/Plant)

& The Progress Village Community, 2010

6) Technical Support Document- Florida Area Designations For the 2010

SO2 Primary National Ambient Air Quality Standard, 2010

Williams v Mosaic                                                                   MINK_000912

7) Medical Records For Rhonda Williams,  2004-2015

8) Ming Chen, Lena Q. Ma and Willie G. Harris (1999). Baseline Concentrations of 15 Trace Elements in Florida Surface Soils.

9) Rutherford (1994). Environmental Impacts of Phosphogypsum-Review Article

10)      University of Florida, Florida Center for Solid & Hazardous Waste Management (1997). On-line. Background Concentrations of Trace Metals in Florida Surface Soils. (http://lqma.ifas.ufl.edu/Publication/Ma-97-R.pdf)

11)      TestAmerica Analytical Report #400-101631-1, 03/09/2015

12)       SSI Disability Findings from 1995 and 2005 concerning Rhonda Williams

13)       Appendix NIOSH and DOE Report on Gardinier Uranium

14)       Full Report Appendix A-2 to the DOE Report

MINK_000913

15)          Mosaic Annual emissions 2008-2012

16)          Hillsborough County 2010-12 Air Quality Reports

17)          Technical Support Doc.- Florida Area Designations for the 2010 SO2    Primary National Ambient Air Quality Standard

18)          Mosaic Correspondence dated August 8, 2014 to FDEP regarding Mosaic Riverview- SO2 Emissions Reduction Permit Application and Mosaic's Models

**Plaintiff's Background**

Ms. Rhonda Williams is a 46 year old African American female that resides at 4810 South 87th Street, Riverview, Florida 33578. Ms. Williams has resided in the Progress Village Community the majority of her life.   Ms. Williams, who is a non-smoker with no known or suspected illegal drug or significant alcohol abuse history, has developed and appears to be developing (based on symptoms and clinical indications) a number of adverse health effects primarily as a result of long-term repeated inhalation, dermal and ingestion exposures to significant quantities of hazardous material from the Mosaic phosphogypsum operation located near Progress Village. These direct and fugitive emissions of pollutants, toxic substances and radioactive substances as particles, gases and radiation associated with

                                                                                          MINK_000914

phosphate operations include SO2, CO, NOx, NH3, arsenic, cadmium, chromium, lead, manganese, nickel, aluminum, phosphorus, zinc, polonium, radium, thorium, uranium and others (daughter decay products, cesium, VOCs, etc…). The area of Florida in Hillsborough County contains elevated levels of many of these constituents and is in violation of the SO2 emission standard mandated by the National Ambient Air Quality Standards. The State of Florida has publicly cited Mosaic operations as the "likely major contributor" to the SO2 emissions violation in Hillsborough County. The emission of SO2 and associated pollutants from the Mosaic operations has directly (and indirectly through side effects of long-term therapeutic measures to control symptoms related to primary injuries) resulted in Ms. Williams developing numerous adverse health effects including G6PD associated pulmonary hypertension, asthma and obstructive pulmonary disease which have greatly diminished her quality of life and her overall health. Furthermore, the decline in Ms. Williams's health as a result of her exposures has forced her to seek extensive medical care and treatment primarily over the last decade. Among the treatment she received, she has been prescribed several cycles of various therapeutic agents over a period of decades resulting in various expected side effects which were also adverse to her general health.

## Medical Background

A review of Ms. Rhonda Williams's medical records shows that after

multiple visits to various medical facilities over the last 15 years in which

she suffered from a range of illnesses including extreme fatigue, diabetes,

weight gain, intense abdominal pain, allergic reactions, and various

breathing difficulty, Ms. Williams was diagnosed with G6PD on 01/04/2013

(both Drs. Agzew and Johnsingh of Brandon Regional Hospital treated her

in 2013 for G6PD episodes and recorded the difficulty in therapy).  After

reviewing Ms. Williams's lab results, Dr. Martin Extermann, M.D.,

concluded that Ms. Williams has a genetic G6P deficiency. As a result of

Ms. Williams' increased genetic susceptibility due to a lack of the blood

forming g6p enzyme her respiratory and organ systems symptoms are

significantly exasperated by her long term repeated exposure to the

hazardous materials primarily from the Mosaic Fertilizer operation which is

located in close proximity to the community where she resides.  This has

necessitated her dependence on various types of medication to manage

symptoms which increase the potential for permanent biochemical,

functional and structural damage to her organs including the heart, lungs,

liver and kidneys. . Due to the nature of G6PD, which is known to cause

MINK_000916

sensitivity to certain medications, chemicals and foods, Ms. Williams has had difficulty receiving adequate treatment that is not adverse to her general health as many of the medications she requires cause an adverse systemic and/or allergic reactions in general (but with increased sensitivity due to the blood cell related enzyme deficiency inherent with G6PD). **Glucose 6 phosphate dehydrogenase (G6PD) deficiency** is a hereditary condition in which red blood cells break down (hemolysis) when the body is exposed to certain foods, drugs, infections or stress. This condition occurs when a person is missing or doesn't have enough glucose-6-phosphate dehydrogenase, an enzyme which helps red blood cells work properly. G6PD deficiency is more likely to occur in males, particularly African Americans, and those from certain parts of Africa, Asia, and the Mediterranean. This condition is inherited in an X-linked recessive manner and is caused by mutations in the *G6PD* gene.

Individuals with G6PD deficiency do not display overt signs of the disease mutation unless their red blood cells are exposed to certain chemicals in food or medicine, certain bacterial or viral infections, or to stress.  Many people with this condition never experience symptoms. The most common medical problem associated with G6PD deficiency is hemolytic anemia, which occurs when red blood cells are destroyed faster than the body can

Williams v Mosaic

MINK_000917

replace them. This type of anemia leads to **paleness**, yellowing of the skin and whites of the eyes (jaundice), **dark urine**, fatigue, **shortness of breath**, **enlarged spleen**, and a **rapid heart rate**.


Researchers believe that carriers of a mutation in the *G6PD* gene may be partially protected against malaria, an infectious disease carried by a certain type of mosquito. A reduction in the amount of functional glucose-6-dehydrogenase appears to make it more difficult for this parasite to invade the abnormal red blood cells. Glucose-6-phosphate dehydrogenase deficiency occurs more frequently in areas of the world where malaria is common.

Glucose 6 phosphate dehydrogenase (G6PD) deficiency is caused by **mutations** in the *G6PD* gene. This gene provides instructions for making an **enzyme** called glucose-6-phosphate dehydrogenase, which is involved in the normal processing of carbohydrates. This enzyme also protects red blood cells from the effects of potentially harmful molecules called reactive oxygen species. Reactive oxygen species are byproducts of normal cellular functions. Chemical reactions involving glucose-6-phosphate dehydrogenase produce compounds that prevent reactive oxygen species from building up to toxic levels within red blood cells.

Williams v Mosaic                                                                      MINK_000918

Mutations in the *G6PD* gene reduce the amount of glucose-6-phosphate dehydrogenase or alter its structure, which means that this enzyme can no longer play its protective role. As a result, reactive oxygen species can accumulate and damage red blood cells particularly in the small capillaries first (such as in the lung, kidney, urogenital tract and nervous system). Individuals with elevated exposures to G6PD triggers such as pollutants are susceptible to certain cancer types, cardiac arrest, chronic diseases of the lung, liver, blood (such as diabetes) and kidneys.  Factors such as infections, exposure to pollutants, and certain drugs can increase the levels of reactive oxygen species, causing red blood cells to be destroyed faster than the body can replace them. A reduction in the amount of red blood cells causes the signs and symptoms of hemolytic anemia.

G6PD deficiency is inherited in an X-linked recessive pattern. The gene associated with this condition is located on the X chromosome, which is one of the two sex chromosomes. In males (who have only one X chromosome), one altered copy of the gene in each cell is sufficient to cause the condition. In females (who have two X chromosomes), a mutation would have to occur in both copies of the gene to cause the disorder. Because it is unlikely that

Williams v Mosaic                                                   MINK_000919

females will have two altered copies of this gene, males are affected by X-linked recessive disorders much more frequently than females.

The most important aspect of management for G6PD deficiency is to avoid agents that might trigger an attack. In cases of acute hemolytic anemia, a blood transfusion or even an exchange transfusion may be required.

The G6PD Deficiency Association, which is an advocacy group that provides information and supportive resources to individuals and families affected by G6PD deficiency, provides a list of drugs and food ingredients that individuals with this condition should avoid. They also maintain a list of low risk drugs that are generally safe to take in low doses. Ms. Williams' complete list of drug therapies taken over the last 20 years is still being reviewed for interactions but several appear to complicate her symptoms and underlying disease states when taken individually and/or in combination (i.e. iron, NSAIDS, absorbic acid, sulpha drugs, etc…).

Ms. Williams recently has demonstrated a documented age adjusted lung function loss of approximately 10 % as diagnosed by in 2013-14 by spirometry in both Georgia and Florida by pulmonary specialists.  Her

Williams v Mosaic

MINK_000920

decline in lung function is consistent with obstructive pulmonary disease as a result of low level toxic chemical inhalation over an extended period of time.  In 2015 she was examined for an insuloma and found to have scarring in her lower lung.  It also appears Ms. Williams has symptoms of a restrictive pulmonary nature consistent with long-term asthma and its treatment.   Sampling of churches surrounding the Riverview, Florida area by Unger and Associates in 2014, supported by the Hillsborough County Florida EPC and USEPA data (2000-2013), indicate the presence of heavy metals, air toxics, radionuclides, sulfur oxides and other hazardous air pollutants consistent with phosphogysum mining/handling operations at levels significantly above Florida background levels (Chen, 1999).  These air pollutants are found in the soil profile and increase with the age of the structure sampled indicating a long term deposition of fine particulates and aerosols primarily from the uncontrolled stacks, handling and transportation of phosphogypsum at the Mosaic Fertilizer facility.  The chemical fingerprint of these constituents sampled in nearby church attics with passive ventilation and Ms. Williams's home are similar to their adjacent soil profiles indicating long-term indoor air exposures of deposited phosphogypsum related chemicals, particulates and radionuclides hazardous to not only Ms. Williams but to the exposed communities as a whole.

Several of these constituents exceed Florida and Federal health based criteria/standard for protection of human health individually, but as a whole represents a significant cumulative public health threat primarily originating from uncontrolled stacks and materials handling of phosphogypsum sources over many decades.  The sampled soil gross gamma radiation counts found in these grab samples in Ms. Williams residence and nearby church properties are at levels greater than 50% (5pCi/g) of those found at regulated properties surrounding uranium mine tailing NPL CERCLA sites.  In addition her neighborhood is an air quality non-attainment area for sulfur dioxides as reported by the USEPA and County air pollution authorities.  Sulfur dioxides are known lung irritants and human health hazards at these levels.  In addition the particulate levels associated with the ambient air downwind of many phosphogysum production operations including the Mosaic facility exhibit levels that exceed Federal PM10 standards for the protection of human health.  These particulates and aerosols contain toxic air pollutants known to affect the lungs, liver, kidney, heart and blood of the exposed populations.  These fine particles deposit in deeper respiratory tract tissues and compound the effects of many air pollutants as an efficient carrier of metals and organics as well as being a primary irritant themselves.  Many of these known physogypsum associated contaminants- including

MINK_000922

aluminum (AL), arsenic (AS), copper (Cu), boron (B), chromium (Cr), iron

(Fe), calcium (Ca), lead (pb), phosphorus (P), potassium (K) , silica (Si),

sodium (Na) and zinc (Zn) were found at elevated levels in the immediate

vicinity of Ms. Williams home.   Most are known to be acute irritants as well

as chronic toxicants to the lung, liver, kidney and blood systems by

inhalation at elevated levels. Given the toxic nature, dose and exposure of

these contaminates by Ms. Williams over a lifetime of exposure has

exacerbated her G6PD symptoms including hemolytic anemia and

associated pulmonary hypertension significantly increasing her probability

of deep lung tissue alteration/scarring reflected by her reduced lung function

test.  In addition the medications (including respiratory nebulizers) she has

required since her childhood to reduce allergy, asthma and respiratory

problems directly associated with the effects consistent with contaminates

found at her residence and consistent with physogypsum production

operations upwind of her lifetime residence have further increased the

probability of deeper lung tissue (bronchial/alveolar) scarring by direct

contact, increased immune responses and long-term pulmonary hypertension

effects.  The symptoms of this reduced lung function have been confirmed

by diagnostic test including the GOLD standard of spirometry in Ms.

Williams.  These long term symptoms and biological changes additionally

put her at increased risk of heart disease and cancer as the literature now suggest.  Ms. Williams expected life span; quality of life and risk of additional environmental related disease expression (including an approximate hundred fold increase in environmental cancer risk) have all been significantly affected in an adverse manner primarily due to her exposures to air pollutants from Mosaic emissions upwind of Progress Village.  As expected Ms. Williams started to show expressions of damage from exposure to toxic air contaminants several decades ago as early pollution exposure related symptom triggers of her inherited g6pd increased. The levels of several metals, gaseous pollutants and radionuclides in Mosaics historical emission profile exceed health based criteria when assessed individually and cumulatively, but Ms. Williams is a sensitive individual that has a more complicated biological/immunological response to all of these substances (i.e. the canary in the mine so to speak).  Ms. Williams is now beginning to express biochemical, functional and structural symptoms of longer term damage to her blood, organs/tissues and immune responses from chronic exposures to significant air pollutants emitted primarily from the nearby Mosaic Fertilizer Facility's handling, transportation, processing and mining operations of physogypsum related products and their associated waste.

**REFERENCES**

Front Biosci (Elite Ed). 2011 Jun 1; 3:808-17. Urban PM2.5 induces ROS generation and RBC damage in COPD patients. Torres-Ramos YD[1], Montoya-Estrada A, Guzman-Grenfell AM, Mancilla-Ramirez J, Cardenas-Gonzalez B, Blanco-Jimenez S, Sepulveda-Sanchez JD, Ramirez-Venegas A, Hicks JJ

Williams v Mosaic                                   MINK_000925

Al-Ashkar, F. MD., et. al. Interpreting pulmonary function tests:  Recognize the pattern and the diagnosis will follow.  Cleveland Clinic Journal of Medicine, Volume 70 Number 10 October, 2003.

Barreiro, Timothy J., D.O. Perillow, Irene, M.D.  An Approach to Interpreting Spirometry American Academy of Family Physicians.  Volume 69, Number 5/March 1, 2004.

Bast A, Haenen GRMM.  Pharmaceutical compounds with antioxidant activity.  In:  Tardif J-C, Bourassa MG, eds.  Antioxidant and Cardiovascular Disease.  Dordrecht, the Netherlands:  Kluwer Academic Publishers; 2000:  71-83.

Chettimada S, Gupte R, Rawat D, Gebb SA, McMurtry IF, Gupte SA.  Am J Physiol Lung Cell Mol Physiol.  2015 Feb 1; 308(3): L287-300.  Doi: 10.1152/ajplug.  Dec 5.  Hypoxia-induced glucose-6-phosphate dehydrogenase overexpression and –activation in pulmonary artery smooth muscle cells: implication in pulmonary hypertension.

Dandona P, Karne R, Ghanim H, Hamouda W, Aljada A, Magsino CH Jr.  Carvedilol inhibits reactive oxygen species generation by leukocytes and oxidative damage to amino acids.  Circulation, 2000;  101:  122-124.

Williams v Mosaic

MINK_000926

Drent M, Gorgels A, Bast A.  Cardiac Failure Associated With G6PD Deficiency.  Circulation Reserch.  2003; 93: e75.

Drent M, van den Berg R, Haenen GRMM, van den Berg H, Wouters EFM, Bast A.  NF-KB activation in sarcoidosis.  Sarcoidosis Vasc Diffuse Lung Dis. 2001;  18:  50-56.

Flesch M, Maack C, Cremers B, Baumer AT, Sudkamp M, Bohm M. Effect of B-blockers on free radical-induced cardiac contractile dysfunction.  Circulation.  1999;  100:  346-353.

Gaskin RD, Estwick D, Peddi R.  Ethn Dis.  2001 Fall; 11 (4): 749-54.  G6PD deficiency:  its role in the high prevalence of hypertension and diabetes mellitus.

Gildea, Thomas R., McCarthy, Kevin.  Pulmonary Function Tests The Cleveland Clinic Center for Continuing Education.  Updated 2011.

Hsieh YT, Lin MH, Ho HY, Chen LC, Chen CC, Shu JC.  PLoS One.  2013 Nov 4;8(11):e79566. doi: 10.1371/journal.pone. Glucose-6-phosphate dehydrogenase (G6PD)-deficient epithelial cells are less tolerant to infection by Staphylococcus aureus.

Hu T, Li YS, Chen B, Chang YF, Liu GC, Hong Y, Chen HL, Xiyang YB. Exp Biol Med (Maywood).  2015 Jan 23.  Elevated glucose-6-phosphate

Williams v Mosaic

MINK_000927

dehydrogenase expression in the cervical cancer cases is associated with the cancerigenic event of high-risk human papillomaviruses.

Jain M, Brenner DA, Cui L, Lim CC, Wang B, Pimentel DR, Koh S, Sawyer DB, Leopold JA, Handy DE, Loscalzo J, Apstein CS, Liao R.  Glucose-6-phosphate dehydrogenase modulates cytosolic redox status and contractile phenotype in adult cardiomyocytes.  Circ Res,  2003;  93:  e9-16.

McIntire MS, Angle CR. Science. 1972 Aug 11; 177 (4048): 520-2.  Air lead:  relation to lead in blood of black school children deficient in glucose-6-phosphate dehydrogenase.

Northern Arizona University Pulmonary Function Testing.

Spirometry for Healthcare Providers Global Initiative for Obstructed Lung Disease.  Updated 2011.

Saeed TK, Hamamy HA, Alwan AA.  Diabet Med. 1985 Mar; 2(2): 110-2.  Association of glucose-6-phosphate dehydrogenase deficiency with diabetes mellitus.

Rothkrantz-Kos S, Drent M, Vuil H, De Boer M, Bast A, Wouters EFM, Roos D, van Dieijen-Visser MP.  Decreased redox state in red blood cells from patients with sarcoidosis.  Sarcoidosis Vasc Diffuse Lung Dis.  2002;  19:  114-120.

Williams v Mosaic

MINK_000928

The Global Initiative for Obstructive Lung Disease Global Strategy for the

Diagnosis Management and Prevention of Chronic Obstructive Pulmonary

Disease Updated 2011.

Dugdale DC, Mason JR. Glucose-6-phosphate dehydrogenase deficiency.

*MedlinePlus*. March 2010;

http://www.nlm.nih.gov/medlineplus/ency/article/000528.htm. Accessed

10/11/2011.

Glucose-6-phosphate dehydrogenase deficiency. *Genetics Home Reference*

*(GHR)*. May 2006; http://www.ghr.nlm.nih.gov/condition/glucose-6-phosphate-

dehydrogenase-deficiency. Accessed 10/11/2011.

Ducrocq R. Glucose-6-phosphate-dehydrogenase deficiency. *Orphanet*. 2004;

http://www.orpha.net/consor/cgi-bin/OC_Exp.php?Lng=EN&Expert=362.

Accessed 10/11/2011.

Williams v Mosaic                                                    MINK_000929

Morales DR, Jackson C, Lipworth BJ, et al. Adverse respiratory effect of acute β-blocker exposure in asthma: a systematic review and meta-analysis of randomized controlled trials. Chest 2014; 145:779.

Benson MK, Berrill WT, Cruickshank JM, Sterling GS. A comparison of four beta-adrenoceptor antagonists in patients with asthma. Br J Clin Pharmacol 1978; 5:415.

Fraunfelder FT, Barker AF. Respiratory effects of timolol. N Engl J Med 1984; 311:1441.

Rutten FH, Zuithoff NP, Hak E, et al. Beta-blockers may reduce mortality and risk of exacerbations in patients with chronic obstructive pulmonary disease. Arch Intern Med 2010; 170:880.

Ind PW, Dixon CM, Fuller RW, Barnes PJ. Anticholinergic blockade of beta-blocker-induced bronchoconstriction. Am Rev Respir Dis 1989; 139:1390.

Israili ZH, Hall WD. Cough and angioneurotic edema associated with angiotensin-converting enzyme inhibitor therapy. A review of the literature and pathophysiology. Ann Intern Med 1992; 117:234.

Williams v Mosaic

MINK_000930

Bucknall CE, Neilly JB, Carter R, et al. Bronchial hyperreactivity in patients who cough after receiving angiotensin converting enzyme inhibitors. Br Med J (Clin Res Ed) 1988; 296:86.

Boulet LP, Milot J, Lampron N, Lacourcière Y. Pulmonary function and airway responsiveness during long-term therapy with captopril. JAMA 1989; 261:413.

Kaufman J, Casanova JE, Riendl P, Schlueter DP. Bronchial hyperreactivity and cough due to angiotensin-converting enzyme inhibitors. Chest 1989; 95:544.

Lunde H, Hedner T, Samuelsson O, et al. Dyspnea, asthma, and bronchospasm in relation to treatment with angiotensin converting enzyme inhibitors. BMJ 1994; 308:18.

Tanaka H, Teramoto S, Oashi K, et al. Effects of candesartan on cough and bronchial hyper responsiveness in mildly to moderately hypertensive patients with symptomatic asthma. Circulation 2001; 104:281.

Lipworth BJ, McDevitt DG, Struthers AD. Prior treatment with diuretic augments the hypokalemic and electrocardiographic effects of inhaled albuterol. Am J Med 1989; 86:653.

Williams v Mosaic                                                          MINK_000931

Wong CS, Pavord ID, Williams J, et al. Bronchodilator, cardiovascular, and hypokalemic effects of fenoterol, salbutamol, and terbutaline in asthma. Lancet 1990; 336:1396.

Bear R, Goldstein M, Phillipson E, et al. Effect of metabolic alkalosis on respiratory function in patients with chronic obstructive lung disease. Can Med Assoc J 1977; 117:900.

Barnes PJ. Clinical studies with calcium antagonists in asthma. Br J Clin Pharmacol 1985; 20 Suppl 2:289S.

Ann Twiss M, Harman E, Chesrown S, Hendeles L. Efficacy of calcium channel blockers as maintenance therapy for asthma. Br J Clin Pharmacol 2002; 53:243.

Patakas D, Maniki E, Tsara V, Dascalopoulou E. Nifedipine treatment of patients with bronchial asthma. J Allergy Clin Immunology 1987; 79:959.

Dinh Xuan AT, Matran R, Regnard J, et al. Comparative effects of rilmenidine and clonidine on bronchial responses to histamine in asthmatic subjects. Br J Clin Pharmacol 1988; 26:703.

Williams v Mosaic

MINK_000932

Dowshen, M.D., Steven. (2009, November). G6PD Deficiency. *KidsHealth.*
Retrieved June 11, 2012, from
http://kidshealth.org/parent/general/aches/g6pd.html

Frank, Jennifer E. (2005, October 1). Diagnosis and Management of G6PD
Deficiency. *American Family Physician.* Retrieved June 15, 2012, from
http://www.aafp.org/afp/2005/1001/p1277.html

Glucose-6-Phosphate Dehyrdogenase Deficiency. (2006, May). *Genetics*
*Home Reference.* Retrieved June 15, 2012, from
http://ghr.nlm.nih.gov/condition/glucose-6-phosphate-dehydrogenase-
deficiency

Glucose-6-Phosphate Dehydrogenase Deficiency. (2010, March
28). *National Institutes of Health.*Retrieved June 11, 2012, from
http://www.nlm.nih.gov/medlineplus/ency/article/000528.htm

What is G6PD Deficiency? (n.d.). *G6PD Deficiency Association.*
Retrieved June 11, 2012, from
http://www.g6pd.org/en/G6PDDeficiency/WhatIsIt.aspx

J Environ Manage. 2009 Jun; 90(8):2377-86.
doi:10.1016/j.jenvman.2009.03.007. Epub 2009 Apr 29.

Williams v Mosaic                                                                     MINK_000933

**Environmental impact and management of phosphogypsum.**

Tayibi H[1], Choura M, López FA, Alguacil FJ, López-Delgado A.

Z. J. Andersen, M. Hvidberg, S. S. Jensen, M. Ketzel, S. Loft, M. Sorensen, A. Tjonneland, K. Overvad, O. Raaschou-Nielsen. **Chronic Obstructive Pulmonary Disease and Long-Term Exposure to Traffic-Related Air Pollution: A Cohort Study**. *American Journal of Respiratory and Critical Care Medicine*, 2010; DOI: 10.1164/rccm.201006-0937OC

American Thoracic Society. "Air pollution exposure increases risk of severe COPD." Science Daily, 5 November 2010. <www.sciencedaily.com/releases/2010/10/101019111536.htm>.

USEPA.  1986a. Superfund Public Health Evaluation Manual.  Office of Solid Waste and Emergency Response, Washington, DC.  EPA/540/1-86/060.

USEPA.  1986b. Guidelines for Risk and Health Assessments .  Federal Register.  51(185):33994-34054.

USEPA.  1988a. Superfund Exposure Assessment Manual.  OSWER Directive 9285.5-1.  EPA/540/1-88.001, April.

Williams v Mosaic

MINK_000934

USEPA.   1989.   Risk Assessment Guidance for Superfund, Volume 1, Human Health Evaluation Manual Parts A, B, & C Interim Final. EPA/540/1-89/002, December.(incl. Updates Parts  D&E)

USEPA.  2015.  Integrated Risk Information System (IRIS).

US EPA. On-line. About Phosphogypsum, 2012.
(http://www.epa.gov/rpdweb00/neshaps/subpartr/about.html)

US EPA. On-line. Radiation in Phosphogypsum, 2012.
(http://www.epa.gov/radtown/phosphogypsum.html)

The National Center for Biotechnology Information. On-line. Cancer Morbidity & Mortality in Phosphate Workers, 1988.
(http://www.ncbi.nlm.nih.gov/pubmed/3191500)

Southeastern Geological Society Guidebook No. 57. On-line. Central Florida Phosphate District, 2012. (http://segs.org/wp/wp-content/uploads/2010/01/SEGS_Guidebook_57.pdf)

Williams v Mosaic                                                                                                                          MINK_000935

**Franklin L. Mink, PhD**
**Environmental Toxicology Expert**
122 Walnut St.
Reading, OH 45215
Contact: glufmink2@yahoo.com
Direct Line 248-431-8241


**EDUCATION**


| | |
|---|---|
| Raymond Walters College | A.S., 1977 |
| Cincinnati, Ohio | Environmental Science |
| University of Cincinnati | B.S., 1979 |
| Cincinnati, Ohio | Major:  Biology |
| | Minor:  Chemist |
| | |
| University of Cincinnati | M.S., 1980 |
| Cincinnati, Ohio | Major:  Env. Science and Engineering |
| | |
| University of Cincinnati | Ph.D., 1986 |
| Cincinnati, Ohio | Environmental Toxicology |


**MANAGEMENT/POLICY EXPERIENCE**

Williams v Mosaic                                                                                        MINK_000936

Dr. Frank Mink has been active in the environmental/occupational health education, research and administration for over 30 years, during which time he has contributed to the development of government regulations, public policy, patent development and fundamental research primarily concerning environmental health (PCBs, dioxins, heavy metals, and pesticide USEPA policy lead).  As a Research Toxicologist for the USEPA, Health Effects Research Laboratory, Dr. Mink received national recognition for his work with in vivo production of carcinogens with exposure to chlorinated water supplies.  As Chief of the Health and Environmental Effects Documentation Section, he assisted in the development of the Superfund Public Health Evaluation Manual and associated risk assessment criteria.  He has also been involved in over 200 federal public health assessments under CERCLA Section 106(a)/RCRA Section 7003 over the last 20 years. Dr. Mink was involved in the formulation of the Risk Assessment Guidelines of 1986 USEPA, as well as many other USEPA national risk policy documents.  Dr. Mink was listed by the USEPA (1987) as one of the top twenty risk assessment experts in the country and was offered the first Senior Environmental Science Advisor position with Region V in early 1988.  During his eleven years with the USEPA, Dr. Mink published over 120 publications on health risk related topics and has been on advisory committees for WHO, CDC, DOD, DOE, and Academia.  He has been certified as a national expert in over 72 toxic tort Law suits during his career.  Dr. Mink left a decade of public health service managing a staff of 75 professionals and overseeing a combined office research budget of over 30 million dollars (1988 dollars) as the youngest acting director in USEPA history.

Dr. Mink was awarded the U.S. Senate's highest civilian honor, the Medal of Freedom, in March of 2002 for his past and continued contributions to public research/policy in the field of environmental health.  Internationally he has worked on several research/policy projects with the World Health Organization since 1979.  He has appeared in the national media numerous times, including CNN, as a Science Advisory Board member for both the Reagan and Bush Administrations (most recent panel was on health effects of PFOA). His testimony on Capitol Hill was instrumental in the selection of the 100 priority pollutants in 1978-79.  He was recently asked by the Obama administration to once again serve on the SAB on 2011-2012 panels and was nominated for the President's Citizen's Award in January 2010.  Dr. Mink has earned numerous awards including being the only two-time Distinguished Alumni in the University of Cincinnati's 186 year history (Science, 1994 and Engineering, 2000) as well as being nominated for one of science's highest honors, the Templeton Prize, in 2005 (environmental cancer research).  He has authored/co-authored over 300 publications and developed over 20 technical patents in the last 30 years while investigating over 500 unique research/consulting projects (dioxin, diacetyl, hexachlorophene, dioxins. PCBs, heavy metals, pesticides, phenols, c8, etc…).

As President and Principal Toxicologist at MAI (1989 -1998, 2011-2014) he directed all corporate expert testimony, toxicology/public health research, and risk/endangerment assessment functions.  MAI focused on public health assessments, industrial waste sites, causation research, and related regulatory environmental health issues with industry and law firms throughout the United States.  Because of his extensive regulatory and technical background, Dr. Mink played a key role in representing clients during state and

federal agency negotiations.  MAI, is a small selective corporation that has worked with over 400 multinational clients worldwide since 1988.

Dr. Mink served on the management board of the International firm PPDI/Environ from 1998 – 2000.  He oversaw all environmental health related research and consulting projects with a combined budget of 400 million dollars and managed over 80 professionals.

In 2001and 2002 during his limited compete agreement from the multimillion dollar sale of his environmental consulting practice Dr. Mink was recruited to join the faculty at the nation's largest single campus medical school as an associate dean.  He oversaw a budget of 550 million dollars annually and over 1079 faculty members.  He was deeply involved in translational research related to occupational/environmental cancers causation and genetic markers of exposure as well as medical device patent development.  He raised over 50 million dollars in less than 12 months from private corporations for research in the areas of Environmental and Occupational Health

From 2002-2004 he served as CEO of the start up patent develop firm of RTC Inc. in Detroit which was sold in 2004 to the investor group Indentix for a profit of over 200% of licensing fees from over 30 high technology University-Private Corporation developed patents (20 million dollars).

Dr. Mink's passion is public health and science research/education. He was asked to serve on the board in 2002 (board 2002-2007, president 2004-2007) of a new Liberal Arts University in Suburban Detroit, Michigan.  The small college represented a major challenge requiring his immersion in every aspect of higher education from accreditation and faculty recruitment, to board formation to fundraising.  In his 41/2 year tenure he raised over 22 million dollars of commitment with the purchase of a 65 acre initial campus, building over 100, 000 square feet of educational buildings, approval by the State of Michigan for 5 degree programs in liberal arts, national accreditation submittals and an unique landmark agreement with the large adjacent public university (Oakland) to share student serves/facilities.

In late 2006 he joined Entrix Corp. as VP of Corporate Environmental Health Services.  He was in charge of all 66 offices human health consulting/research projects with a 200 million dollar annual budget and approx. 500 professional employees.  He also has led the REACH effort for product stewardship in the EU for several major global corporations.

In 2012 Dr. Mink was recruited to lead the National Disease Research Interchange (NDRI) the largest NIH-funded provider of biomaterials to university, hospital and Pharma researchers nationwide since 1982.  After an international search and he was selected by the Board as the transition executive to accelerate growth through expanded government and private partnerships internationally while mentoring a growing staff of over 50 direct reports.

MINK_000938

- Obtained the best language from the U.S. House and Senate for NIH funding in biomaterials during a time of severe Federal spending cuts in research.
- Developed the strategic vision to included larger federal agencies into the funding matrix for 2012-2014 (i.e. WHO, FDA, CDC, Military Medicine, etc…)
- Drove the search for a permanent president and CEO (after declining the role from the board in July 2012).

In late 2012 Dr. Mink returned to private practice as an environmental health expert consulting to industry, law firms and academic institutions.

Dr. Mink serves on several corporate boards and has served on 3 other non-profit boards from 1991-1998.  He has served as a senior decision maker in industry, federal government, and academia.

Dr. Mink has an extensive list of volunteer contributions made over the last two decades and has spoke in large international conventions/meetings.  He has worked on environmental health projects and international policies since 1979.

**PROFESSIONAL EMPLOYMENT HISTORY**

USEPA, Chemical Support Branch, Health Effects Research Laboratory,
Section Chief, 1977-80

USEPA, Environmental Health Criteria and Assessment Office, Section Chief 1980-1983, Acting Director, 1986-88

Dunn Geosciences Corp., Vice President and Corporate Director of Toxicology, 1988-89

MAI, President and Principal Toxicologist,
1989-98, 2002-Present

Environ Corp., Principal Toxicologist and Managing Partner, 1998-2000

Wayne State School of Medicine, Assoc. Dean, 2001-2002

RTC Inc., CEO, 2002-2003

Great Lakes University, President, 2003-2007

Entrix Corp., VP Corporate Human Health Services, 2006-2011

NDRI, Interim president, 2012

Williams v Mosaic                                                                                                            MINK_000939

Principal Toxicologist, MAI LLC, 2013


## REPRESENTATIVE MAJOR PROFESSIONAL SOCIETIES

American College of Toxicology
American Chemical Society
Diplomat Eligible:  American Board of Toxicology
National Environmental Health Association
Society for Risk Analysis
National Directory for America's Professionals and Executives
USEPA/NIOSH Biotechnology Association, Vice President, 1987-88
Association of Government Toxicologists, USEPA 1986-89
City of Cincinnati Environmental Advisory Council, 1991-94
Inner Circle Senate Committee, 1999-2003



## NATIONAL/INTERNATIONAL HONORS/AWARDS

Sigma XI
Delta Tau Kappa
<u>International Leaders in Achievement,</u> 1st edition, International Biographical
        Centre, Cambridge, CB23QP, England, 1987-88
<u>Men of Achievement,</u> 13th edition, International Biographical Centre,
        Cambridge, CB23QP, England, 1987-88
UC Graduate Scholarship, 1982-85
USEPA Excellence in Graduate Education Intern, 1979-80
USEPA Science and Technology Award Nominee
        (Innovative Research), 1984
University of Cincinnati, Distinguished Alumni Award (Science), 1994
University of Cincinnati, Distinguished Alumni Award (Engineering), 2000
Metal of Freedom, US Senate, 3/2002
U.S. Senate Spirit Award, 7/2002
USEPA Science Advisory Board, 1978-1982, 2005-2007
Templeton Prize Nominee, 2005-2006

Williams v Mosaic                                                   MINK_000940

**TEACHING**

Great Lakes University, 2003-2006
Oakland University – SOM, 2002-2003
Wayne State – SOM, Professor of Toxicology, December 2001 – July 2002
University of Kentucky Graduate Center for Toxicology, Adjunct Professor 1993 – 1997
University of Louisville Medical School, Adjunct Professor, 1991 – 1998
University of Cincinnati, Adjunct Professor Toxicology/Biology 1986 – 1999

**ESSAYS/THESES/DISSERTATIONS DIRECTED**

1995 M.S., Todd Williams, Findlay University, Patterns in Whitetail Deer Migration after Toxic Food Source Depletion
1996 M.S., James Coleman, University of Cincinnati, Bird Migrations in Response to Wetland Disturbances in Southern Ohio
2003 Ph.D., University of Cincinnati, Hydrologic Impacts on Biological Communities of Increasing Urbanization

**SELECTED PUBLICATIONS**

<u>Original Observation in Referred Journals</u>

Mink, F.L., Brown, T.J. and Lingg, R.D.:  Absorption, Distribution and Excretion of Radiolabeled Trihalomethanes.
<u>The Pharmacologist</u>  11: Vol. 2:2, 1982

Mink, F.L., Coleman, W.E., Munch, J.W., Kaylor, W.H. and Bull, R.J.:  Chlorine Induced Spermhead Abnormalities Associated with Production of Halogenated Reaction Products In Vivo.
<u>The Toxicologist</u>  85: Vol. 3:1, 1983

Mink, F.L., Coleman, W.E., Munch, J.W., Kaylor, W.H. and Ringhand, H.P.:  In Vivo Formation of Halogenated Reaction Products Following Peroral Sodium Hypochlorite
<u>Bull. Env. Contam. Toxicol.</u>  30:394-399, 1983

Williams v Mosaic                                                                 MINK_000941

Mink, F.L., Brown, T.J., and Richabaugh, J.R.:  Absorption, Distribution and Excretion of THM's
Bull. Env. Contam. Toxicol.  37:3, 1986


Risher, J.R., Mink, F.L. and Stara, J.F.:  The Toxicologic Effects of the Carbamate Insecticide Aldicarb in Mammals  Env.
Health Perspectives 72:267-281, 1987

Mink, F.L., Risher, J.R. and Stara, J.F.:  The Environmental Transportation, Distribution and Fate of the Carbarmate Insecticide Aldicarb
Env. Pollution  Vol. 61, 1989

Mink, F.L., Coleman, J.C., Evans, R.L., Schroeder, W.P. and Williams, T.M.: Application of Risk Analysis in Determining Potential Environmental Harm Associated with Discharge of Water from Tow Motor Vessels into Inland Waterways.
Risk Analysis, in press

## Review Articles

Meylan, W., Choudhury, H., Mink, F.L., DeRosa, C.T. and Stara, J.F.:  Chemical of Current Interest Pentachloronitrobenzene:  Health and Environmental Effect Profile
Toxicology and Industrial Health  Vol. 3, No. 1:5-69, 1987

Norman, M.A. and Mink, F.L.:  Negotiating Practical Risk Assessment with Governments and in Business Transactions
Natural Resources & Environment  Vol. 9, No. 1:8-10, 1994

Mink, F.L., Nash, D.E. and Coleman, J.C.:  Superfund Site Contamination: Apportionment of Liability, American Bar Association Journal
National Resources & Environment  Vol. 12, No. 1, 1997


## Books and Chapters

Mink, F.L. and Rickabaugh, J.R.:  Ozonation of the Herbicide Alachlor:  Water Chlorination  Vol. 6, 1990
Mink, Frank, "The Unnecessary Woman" – (Cloning), Barnes & Noble/iUniverse, 1999


## Case Reports

Mink, F.L.:  Risk Assessment in the Southeast,  Inside Env., 1990

Mink, F.L.:  Risk Based or Science Based Cleanup,  Inside Env., 1992

<u>Educational Materials</u>

Mink, F.L., Pharmacokinetics of Trihalomethanes, M.S. Thesis, 1980

Mink, F.L.:  The Mechanism of Alachlor Destruction in Aqueous Solution by Ozone, Ph.D. Dissertation, 1986

Coleman, J.C., Miller, M.C. Styler, D. and Mink, F.L.:  Monitoring Wetland Quality Through Analysis of Bird Surveillance Data, A Poster Presented at a Meeting of the Society of Wetland Scientists, Minneapolis, MN, 1998

Coleman, J.C., Miller, M.C. and Mink, F.L.: Hydrological Disturbance and Increasing Urbanization, A Poster Ohio Hydrological Society, June 5, 2003

 375 Health Effects Profiles, USEPA, 1982-1988

**SELECTED PATENTS, 1999-Present**

US Patent No. 09/494,058:
US Patent No. 09/651,216 (09/498,550, 09/494,058, 60/176,642):
US Patent No. 09/661,508:  Method and System for Using Biometric Sample to Electronically Access and Authorize Transactions
US Patent No. 09/710,033:  Method and System for Using Biometric Sample to Electronically Access and Authorize Health Care Service Transactions
US Patent No. USO1/01604:  Interlocking Slide able Assembly
US Patent No. 09/784,459:  Slide able Assembly with Interlocking Guide
US Patent No. PCT/USO1/21485:  Method and System for Using Biometric Sample to Electronically Access and Authorize Transactions
US Patent No. US/02/04456:  Slide able Assembly with Interlocking Guide

Multiple medical and media device patents 2004-2012

MINK_000943

**SELECTED PRESENTATIONS**

<u>Invited International or National Meetings</u>

May 6-8, 1980 – Bull, R.J., Robinson, M., Brown, T.J., Mink, F.L., Lingg, R.D., and Whitmore, C.:  In-Depth Biochemical, Pharmacological and Metabolic Studies on Trihalomethanes in Water.  NCI/EPA/NIOSH Workshop on Environmental and Occupational Carcinogenesis

March 21-24, 1981 – Lingg, R.D., Kaylor, W.H., Mink, F.L.:  Potential of Residual Disinfectants to Form Organic Chemicals In Situ.  International Symp. on Health Effects of Drinking Water on Disinfection and Disinfectant By-Prod.

April 22-23, 1988 – Risk Assessment at Non-NPL Hazardous Waste Sites, DOE Officials Conference, Idaho State University

February, 1992 – Risk Assessment and Regulatory Standards Across the US, University of Louisville, Louisville, KY

March, 1992 – Risk Assessment at USEPA, USEPA Region IV

February 15, 1994 – Directions in Risk Assessment and Management, University of Cincinnati, Cincinnati, OH

January 10, 1995 – Case Studies in Risk Assessments, USEPA/CSC

June 13, 1998 – Risk Assessment at Non-NPL Hazardous Waste Sites, DOE Officials Conference, Utah State University

July 12, 1998 – Risk Assessment at Non-NPL Hazardous Waste Sites, DOE Officials Conference, Oak Ridge National Laboratories, Oak Ridge, TN

August 12, 1998 – Risk Assessment at Non-NPL Hazardous Waste Sites, DOE Officials Conference, Savannah River Group, Augusta, GA

Williams v Mosaic                                                                                                          MINK_000944

Invited Local/Regional Meetings

April 1993 – Risk Assessment in RCRA, CERCLA, and the E.C., Columbus Bar Association, Columbus, OH

July 1993 – Risk Assessment, Louisville Area Chamber of Commerce Environmental Affairs Committee, Louisville, KY

May 23, 1994 – Training Session on Risk Assessment, Indiana Department of Environmental Management, Indianapolis, IN

April 8, 1997 – Presentation on Remediation and Risk Management, Fundamentals of Kentucky Environmental Law Compliance Seminar, KY

Invited Seminars (Last Five Years)

March 5, 1996 – Community Conversations – Science & Ecology, University of Cincinnati, Raymond Walters College, Cincinnati, OH

April 11, 1996 – Legal Issues in Risk Assessment, College of Law, University of Cincinnati, Cincinnati, OH

Other Scholarly Work

March 1993 – Problems in Environmental Regulation, College of Law, University of California

July 1993 – Risk Assessment, Coalition on Public Waste Reduction, Columbus, OH

July 1993 – Toxicology 780, An Introduction to Risk Assessment, Graduate Center for Toxicology, University of Kentucky

January 10, 1995 – Advanced Problems in Environmental Law, College of Law, University of Cincinnati, Cincinnati, OH

Williams v Mosaic
MINK_000945

**SELECTED TRIALS, HEARINGS, DEPOSITIONS**
**AND MEDIATED SETTLEMENTS**

Mary Frost as Personal Representative of the Estate of Bernard Frost v Robert Floyd Lewin and Bulldog Hiway Express , Case No. 2012-CP-10-1271 Charleston Common Pleas Court Depo 2013

G. Aldrich et. al. v. International Flavors & Fragrances, et. al., Case No. AO700451, Depo 12/17/08

C. Blood, et. al. v. International Flavors & Fragrances, et. al., Case No. AO700449, Depo. 7/2/08

B. Walker, et. al. v. Guvaudan Flavors Corp.et. al., Case No. AO700446, Depo 5/8/08

K. Eckhardt et. Al v. Gold Cross Services, Case No. 070908116, Utah , 4/08 Depo/Affidavit

Description:    VOC/Metals grn water, indoor air and soil contamination

Agere Systems et. Al. v. Advanced Env. Technologies, et. Al (Boarhead Farms PA NPL Site), Eastern District, PA, Case  No. 02-cv-3830, Trial 12/07

Description:   Complex Inorganic, VOC and SVOC grn water/soil contamination NPL

Car Preservation Centers of Ohio, et. al. v. Ziebart Corporation, Case No. 01-127769 CK, 2003- (Settled 11/03)

Attorney:

                    Butzel Long
                    100 Bloomfield Hills Parkway, Suite 200
                    Bloomfield Hills, MI 48304

Description:      Complex Organic Inhalation Toxic Tort

Caples Ranch, LLC v. Quicksilver Resources, Inc., Terra Energy, Mercury Exploration and CMS, Circuit Court of Otsego, MI, Case # 00-8908-CZ(M), Settled 6/2003

Williams v Mosaic                                                                 MINK_000946

Attorney:

    Kerr, Russell and Weber, PLC
    Detroit Center
    Suite 2500
    500 Woodward Ave.
    Detroit, MI 48226-3427

Description:    Gas/Oil Assoc. GW Contamination

Jack W. Leach et. al. v. E.I.Dupont de Nemours and Company and Lubeck Public Service District, Circuit Court of Wood Cty, WVA, Civil Action No. 01-C-608, 2001-(Settled for 22.8 M in 9/04)

Attorney:

    Taft, Stettinus & Hollister, LLP
    425 Walnut Street
    Cincinnati, OH 45202-3957

Description:    Complex Organic GW Contamination

Nancy A. Beukema, et. al. v. Michigan Consolidated Gas Co., Settled 9/2002

Attorney:

    Mika, Meyers, Beckett & Jones, PLC
    900 Monroe Ave., NW
    Grand Rapids, MI 49503-1423

Description:    CO exposure limits

Class vs. Smirnoff LTD, Confidential Ongoing, International Court, London 2002-2003

Attorney:

    CMS Cameron McKenna
    Mitre House
    160 Aldergate Street
    London, EC1A 4DD
    44-020 7367 3000

Description:    Distillate Solvent Contaminant Toxicity

Lovelace vs. Norfolk & Western Railway Co. Case #C-1-00-532, Dave Lovelace et. al. v CSX Transportation et. al. Federal Court, Cincinnati, Ohio, Deposition, March 29, 2002

     MINK_000947

Attorney:

        Frost, Brown & Todd
        Cincinnati, OH

Description:    Mixed Waste Toxic Tort


George Bareis, et. al. v Reynolds Metals Company and Paul D. Webb, Circuit Court of
Saline County, State of Arkansas, Case #97-703-2, Deposition:  October 2, 2000;
Daulbert Hearing:  October 3, 2000; and Trial October 17, 2000.


Attorney:

        McMath Law Firm
        711 West Third Street

Little Rock, Arkansas  72201

Description:    Toxic Tort Litigation


Vicki McBrayer, et. al. v Laidlaw Environmental Services, Inc., et. al., Common Pleas
Court, Franklin County, State of Ohio, Case #97CVC01-2057, Deposition:  October 28,
1999

Attorney:

        Thompson, Hine & Flory
        One Columbus
        10 West Broad Street
        Columbus, OH  43215-3435

Description:    Toxic Tort Litigation


ASARCO, Inc. v Blue Tee Corporation and J. Doe Corp., US District Court, Central
District of Illinois at Springfield, Case #97-CV-3113, Deposition:  May 12, 1998

Attorney:

        Babst, Calland, Clements & Zomnir
        Two Gateway Center, 8th floor
        Pittsburg, PA  15222

Description:    Cost Recovery Under CERCLA, VAP and TACO

Williams v Mosaic        MINK_000948

Danny W. Birdwell et. al. v Stewart-Warner South Wind Corp. and BTR, Inc., United States District Court, Western Division of Kentucky at Bowling Green, Case #1:96CV-189-R, Deposition:  January 23, 1998

Attorney:

>Verga, Berger, Ledsky & Hayes
>Santa Fe Building
>224 S. Michigan Ave., Suite 350
>Chicago, IL  60604-2507

Description:   Cadmium Exposure Toxic Tort


Sterling/Hilton Davis – Direct Examination ~August 19, 1991

Attorney:

>Taft, Stettinius & Hollister
>1800 Star Bank Center
>425 Walnut Street
>Cincinnati, OH  45202-3957

Description:   Lagoon Contamination and Associated Risks
(VOCs, SVOCs and Metals)


Dayton Walther v State of Ohio, Montgomery County Court of Common Pleas ~1990

Attorney:

>Taft, Stettinius & Hollister
>1800 Star Bank Center
>425 Walnut Street
>Cincinnati, OH  45202-3957

Description:   Air Pollutant Effects Associated With Fugitive
Dust Emissions (Foundry)


EEI v State of Ohio, Hamilton County Court of Common Pleas ~1989

Attorney:

>Taft, Stettinius & Hollister
>1800 Star Bank Center
>425 Walnut Street
>Cincinnati, OH  45202-3957

Description:   Relative and Comparative Risks for a Variety of Wastes

Williams v Mosaic

MINK_000949

USEPA (Approximately 5 – under confidentiality of former government services)

BTR Dunlop, Inc. et. al. v Rockwell International Corp., et. al., US District Court for the Northern District of Illinois, Eastern Division, Case #90-C-7414

Attorney:

      Holleb & Coff
      55 East Monroe Stret, Suite 4100
      Chicago, IL  60603


Attorney:      Mayer, Brown & Platt
      190 S. LaSalle Street
      Chicago, IL  60603

Description:      Consistency with the NCP of the Remedial Investigations
      Performed and the Risk Assessment Process Involving
      PCBs, SVOCs and Metals


Eastbelle Company v Elano Corporation, et. al., Court of Common Pleas, Greene County, OH, Case #90CV035, Deposition:  October 15, 1992

Attorney:

      Brown, Cummins & Brown
      3500 Carew Tower
      441 Vine Street
      Cincinnati, OH  45202



      Vorys, Sater, Seymour and Pease
      52 East Gay Street
      Columbus, OH  43216-1008

Description:      Contaminants in the Groundwater Aquifer Underlying a
      Portion of the Property


Solar Turbines Inc. v Navistar International Transportation Corp., US District Court, Southern District of California, Case #921612 GT (BTM), Settlement:  August, 1995


Attorney:

      MINK_000950

Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Description:   Soil and Groundwater Contamination in the Form of Petroleum
Products, VOCs and Metals at a Large Industrial Facility


TRP Associates v Comair, Inc., et. al., US District Court, Eastern District of Kentucky at
Covington, Civil Action #92-74, Deposition May 25, 1993

Attorney:   Taft, Stettinius & Hollister
1800 Star Bank Center
425 Walnut Street
Cincinnati, OH  452a02-3957




Keating, Muething & Klekamp
1800 Provident Tower
One East Fourth Street
Cincinnati, OH  452a02

Description:   Surface Water Contamination (Metals, SOVCs and VOCs)
And Environmental Affects




Carl Klapper, et. al. v Waste Management of Kentucky, Inc., et. al., Bullitt County (KY)
Circuit Court, Claim Co. 89-CI-187, Deposition: 3/9/94

Attorney:

Hart Block Building, 5th Floor
730 West Main Street
Louisville, KY  40202


Counsel for Defendant, Dow Corning
1500 Market Tower

Williams v Mosaic                                                                 MINK_000951

10 West Market Street
Indianapolis, IN  46204-2968


Counsel for Defendant, Waste Management
621 West Main Street
Louisville, KY  40202

Description:    Tetrachloroethylene Found in or Detected in Certain Drinking
Water Wells


Teresa Boggs, et. al. v Divested Atomic Corporation, et. al., US District Court, Southern
District of Ohio, Eastern Division.  Civil Action #C-2-90-840, Deposition:  August 17,
1993 and February 29, 1996

Attorney:
Waite, Schneider, Bayless & Chesley
1513 Central Trust Tower
Cincinnati, OH  45202


Voys, Sater, Seymour & Pease
52 East Gay Street
Columbus, OH  43215


Description:    Fluoride/Fluorine Compounds in Air and Their Toxicological
Affects at a DOE Facility


Plasti-Line, Inc. v Kraft General Foods, Inc. and Dart Industries, Inc., US District Court,
Eastern District of Tennessee, Northern Division, Case #3:93-CV-0272 (Jury),
Deposition April 15, 1994, Settlement Agreement reached October, 1994

Attorney:
Counsel for Plantiff
Taft, Stettinius & Hollister
1800 Star Bank Center
425 Walnut Street
Cincinnati, OH  45202-3957


Counsel for Defendants
Barnes & Thornburg
600 First Source Bank Center


Page 44

100 North  Michigan Street
South Bend IN  46601-1632


Counsel for Defendants
Holdges, Coughty & Carson
617 West Main Ave.
P.O. Box 869
Knoxville, TN  37901

Description:   Risk of VOC, SVOC and Metals in Soil and Groundwater

North American Philips Corp. v. Aetna Casualty & Surety Co., et. al. Superior Court of
the State of Delaware in and for New Castle County, Case #88C-JA-155-1-CV,
Deposition/Trial:  October 26-27, 1994

Attorney:

Smith, Katzenstein, Furlow
1220 Market Building
P.O. Box 410
Wilmington, DE  19899


Potter, Anderson & Corroon
350 Delaware Trust Building
P.O. Box 951
Wilmington, DE  19899

Description:   Ecological and Human Health Assessment of Pesticides
              And VOCs at Site in Southern California

Julianne C. Buchholz, et. al. v Dayton International Airport, et. al., US District Court,
Southern District of Ohio, Case #C-3-94-435, Deposition:  March 31, 1995, Hearing:
April 19-20, 1995

Attorney:

Thompson, Hine and Flory
312 Walnut St., 14th Floor
Cincinnati, OH  45202-4029


Altman & Caladro Co.
414 Walnut St., Suite 1006
Cincinnati, OH  45202

Description:   Ecological and Human Health Assessment of Risk to

Page 45

VOCs/SVOCs in a Stream Environment

City of Middletown v AEP Flexo, Inc., Billy L. Robinson, US District Court, Southern District of Ohio, Western Division, Case #C-1-93-139

Attorney:

           Taft, Stettinius & Hollister
           1800 Star Bank Center
           425 Walnut Street
           Cincinnati, OH  45202

Description:   VOC Contamination in Groundwater

AT&T, et. al. v Elgin Salvage and Supply Co., Inc., et. al., Expert Report Submitted, Deposition:  March 25-26, 1996

Attorney:

           McDermott, Will & Emery
           227 West Monroe Street
           Chicago, IL  60606-5096

Description:   Allocation and Source Assessment for Lead,
                  Polychlorobiphenyls (PCBs) and Dioxins

United States ex rel. Darrell Edward Stevens v McGinnis, Inc. and Ashland Petroleum Co., Ashland Oil Co. US District Court, Southern District of Ohio, Western Division, Civil Action #C-1-93-422, Deposition:  3/1/96

Attorney:

           Schroeder, Maundrell, Barbiere & Powers
           Governor's Knoll, Suite 110
           11935 Mason Road
           Cincinnati, OH  45249

Description:  Petroleum and Metals Discharged into
               Waters of the United States

        MINK_000954

United States of America v M/G Transport Services, Inc., et. al., US District Court, Southern District of Ohio, Western Division, Criminal Case #CR1 95-18, Trial Commenced November 6, 1995

Attorney:

        Vorys, Sater, Seymour and Pease
        Atrium Two, Suite 200
        221 East Fourth Street
        Cincinnati, OH  45202


        Schroeder, Maundrell, Barbiere & Powers
        Governor's Knoll, Suite 110
        11935 Mason Road
        Cincinnati, OH  45249

Description:    Petroleum and Metals Discharged into
                Waters of the United States

The Goodyear Tire & Rubber Company v The Aetna Casulaty and Surety Company, et. al., Court of Common Pleas for Summit County, Ohio, Case #CV 93 09 3226, Deposition:  November 11, 1997

Attorney:

        Lord, Bissell & Brook
        115 South LaSalle Street
        Chicago, IL  60603

        Choate, Hall & Stewart
        53 State Street
        Boston, MA  02109

Description:    Cost Allocation Litigation

United States ex rel v Kanawha River Towing, Inc. et. al., US District Court, Southern District of Ohio, Western Division, Case #C-1-93-790, Deposition:  May 28, 1997

Attorney:

        Kirkpatrick & Lockhart, LLP\
        1500 Oliver Building
        Pittsburgh, PA  15222-2312

Description:    Disposal of Bilge Waste into the Kanawha River

                              MINK_000955

ELDA Landfill, Administrative Adjustification Hearing Before an Ohio EPA Examiner, Case #95-SI-015, Hearing:  July 16 & 18, 1996.


Wilkins v CSX Transportation, Inc. US District Court, Western District of Kentucky, Bowling Green Division, Case #C92-0136BG(H)

Attorney:      Woodward, Hobson & Fulton
               2500 National City Tower
               Louisville, KY  40202
Description:   Disposal/spill of Agent Orange and Potential Dioxin
               Contamination in the Soil

Williams v Mosaic                                                      MINK_000956

**CLIENTS**

| | |
|---|---|
| Conrail | Ensafe |
| CSX Real Property | Environet, Inc. |
| CSX Transportation | Environmental Assessment Services, Inc. |
| Diamler-Chrysler Inc. | Envirosafe Services of Idaho, Inc. |
| Dinsmore & Shol | ERAtech Environmental, Inc. |
| Dayton Walther Inc. | ERM-Midwest, Inc. |
| Dayton International Airport | ERM-North Central, Inc. |
| Detroit Edison | ERM-Northeast |
| E.I. DuPont | EMR-Southeast, Inc. |
| Eagle-Picher Plastics | Evanston Insurance Company |
| Eagon & Associates, Inc. | Exxon |
| Earth Science & Technology Inc. | Federal Insurance Company |
| Eastman & Smith | Federal Mogul |
| Eastman Kodak Co. | Fiberglass Evercoat Corp. |
| Ecosolve | Figgie Property's Inc. |
| EEI Corp. | Fireman's Fund Insurance Company |
| Eichhorn, Eichhorn & Link | Firestone Rubber Co. |
| Eihorn, Yaffee, & Prescott | First State Insurance Company |
| Ekco-Alcoa Container | FMC Corporation |
| Elgin Salvage & Supply | FMSM Engineers |
| Eli Lilly Corporation | Foley & Lardner |
| EM Science | Ford Motor Co. |
| Employers Mutual Casualty Company | Formica Co. |

Williams v Mosaic   MINK_000957

Forst & Jacobs (OH)

Fuji Photo USA

Galvin, Stalmack, Kirshner & Clark

(The) Gates Corp.

(The) Gates Rubber Company

GenCorp. Inc.

General Electric Appliances

General Electric Corp.

General Electric Plastics

General Motors Corp.

General Reinsurance Corporation

German, Gallagher & Murtagh

Gibralter Casualty Company

Gilberg & Kurent

Glidden Company

B.F. Goodrich Co.

Gorham, Metge, Bowman, Hourigan

Gradient Corp.

Granite State Insurance Company

Grant, Konvalinka & Grubbs (TN)

Graydon, Head, & Ritchey

Great Lakes Steel

Greenebaum Doll & McDonald

Gripco Fastener

Grow Group, Inc.

GTE (General Telephone and Electronics)

GTI

Hargis & Associates, Inc.

Hartford Accident and Indemnity Company

Hatcher-Sayre, Inc.

Helena Chemical Co.

Heritage Remediation/Engineering, Inc.

Holleb & Coff (IL)

Home Insurance Company

Honigman, Miller & Schwartz & Cohn (MI)

Howard & Howard

Hughes Aircraft Corporation

Hunter Environmental Services, Inc.

Huntington Specialty Products

IBM

Ice, Miller, Denado & Ryan

ICF-Clemens

ICI America Incorporated

Indemnity Insurance Company of North America

Indiana Michigan Power Co.

Insilco Company

Insurance Company of the State of PA

Insurance Company of North America

International Insurance Company

International Surplus Lines Insurance Co.

ITT Corp.

James Graham Brown Foundation

Johnson & Bell, Ltd.

S. C. Johnston & Son, Inc.

Jones & Scheich

Joslyn Manufacturing Co.

Joyce Dayton Co.

K-mart

Kanawha River Towing

Karaganis & White

KCI Technologies

James T. Keating

Keating, Muething & Klekamp

Keck, Mahin & Cate

Kelsey-Haynes Corp.

Kemron Environmental Services

Kentucky Dept. of Environmental Protection

Kimball International

Kimberly-Clark Corp.

King & Spaulding

Kirkland & Ellis

Krueger Ringier, Inc.

Latham & Watkins

Law Environmental, Inc.

Law Office of James T. J. Keating

Lexington Insurance Company

Liberty Mutual Insurance Company

Lloyd's London

London Market Insurance Companies

Lord, Bissell & Brook

Louisville Downs

Louisville Waterfront Development Corp.

Luce, Forward, Hamilton & Scripps

Magnavox

Martin Marietta Energy Systems, Inc.

Material Sciences Corporation

Maupin Taylor Ellis & Adams

McBride, Baker & Coles

McDermott, Will & Emery

McMath Law Firm

McNeal, Schick, Archibald & Biro Co., LPA

Mead Corp.

Melito & Adolfsen, P.C.

Mercury Instruments, Inc.

Merlo, Kanofsky & Brinkmeier, Ltd.

Meyer Stamping

M/G Transport

Midland Corp.

Midwest Environmental Services, Inc.

Midwest Research Institute

Midwest Sintered Products Corporation

Millikin & Fitton Law Firm

Milton Bradley Company

Mobil Oil Corporation

Mobil Mining & Minerals

Modular Remediation Systems, Inc.

Monsanto Agricultural Company

Montgomery Ward

Montrose Chemical

Morgan Lewis & Bockius

Mosler

Motorola, Inc.

MINK_000959

Murphy Welch & Spadaro

MWR/ETG Environmental, Inc.

Steve Napper

NASA

National Casualty Company

National Football League (NFL)

National Plastics Corp.

National Steel CO.

National Union Fire Insurance Co. of Pittsburgh, PA

Navistar

NCR

North Star Reinsurance Corporation

Northwestern National Insurance Co.

Ogden Environmental & Energy Services

Ohio State University

Old Republic Insurance Company

Outboard Marine Corporation

Oxy-USA

Pacific Environmental Services, Inc.

Pacific Insurance Company

(The Payne Firm, Inc.

Payne-Reimer Corp.

Pennsylvania Power & Light Company

Pepper, Hamilton & Scheetz

Pepsi-Cola Bottling Co.

Phelan, Cahill & Quinlan, Ltd.

Popham Haik

J. Chester Porter & Associates

Porter, Wright, Morris & Arthur

PPG Industries, Inc.

Prestolite Wire Corporation

Procter & Gamble

Protective Coatings, Inc.

Prudential Reinsurance Company

Psara Technologies Inc.

Quantum Chemical Corp.

Raybestos

Rea Magnet Wire Co.

Reed & Smith

Reedsmith, Shaw, McClay

T. M. Reagan, Inc.

Remnet, Inc.

Republic Insurance Company

Resource Consultants, Inc.

Reynolds Metal Company

Rhone-Poulenc

Rick Coy & Cliffknaggs

Ringier America Company

Roadway Express, Inc.

Robbins & Myers, Inc.

Roderick, Myers & Linton

Ropes & Gray

Ross & Hardies

Ruetgers & Nease Chemical Co., Inc.

Rust Environment & Infrastructure, Inc.

Ryder Truck Co.

Safety-Kleen Corp.

St. Joseph Medical Center

Schimpeler-Corradino Associates

MINK_000960

Schroeder, Maundrell, Barbiere & Powers

Sciences International, Inc.

Scott Paper Co.

Scott R. Smith Environmental Management, Inc.

G. D. Serle & Company

Sears, Roebuck & Company

Senco Products, Inc.

Seyfarth, Shaw, Fairweather & Geraldson

(The) Sherwin-Williams Company

Shield Environmental

Sidley & Austin

Skadden, Arps, Slate, Meagher & Flom

Smith Katzenstein Furlow

Snell & Wilmer

Society Bank

Solar Turbines

Solid Waste Authority of Central Ohio

Squire, Sanders & Dempsey

Star Bank

State of Indiana Air National Guard

Stauffer Chemical

Stauffer Management Company

Sterling Winthrop Corp.

Stone, Pogrund, Korey & Spagat

Stonewall Insurance Company

Stony Hollow Recycling & Disposal Facility

Strauss & Troy

Superior Tube Company

T and N Industries

Taft, Stettinius & Hollister (OH)

Target Stores, Inc.

Technical Environmental Consultants, Inc.

Thiokol Corporation

3M Corp.

3M Environmental Engineering and Pollution Control

Thompson, Hine and Flory

Tinkham, Schreiner, Clark & Mallory

Transport Indemnity Company

Traub, Eglin, Lieberman & Strauss

Travelers Indemnity Company

Tressler, Soderstrom, Maloney & Priess

Trinity Engineering Associates

Tufts University

Twin City Fire Insurance Co.

Ungers & Associates, Inc.

Union Carbide Corporation

Union Oil Company of California

United States Environmental Protection Agency (Fees Waived)

United States Fire Insurance Company

United Technologies, Inc.

University of Louisville

University of Kentucky

University of Cincinnati

University of California

MINK_000961

Upjohn Co.

Vandeveer Garzia Professional Corp.

Varga, Berger, Ledsky & Hayes

Vedder, Price, Kaufman & Kammholtz

Vichem

Vorys, Sater, Seymour and Pease

Vulcan Oil & Chemical Products

Wald Manufacturing Co.

Warner, Norcross & Judd

Warzyn, Inc.

Waste Management, Inc.

Wayne Co. (MI)

Paul Werth Associates, Inc.

Weston Hurd, Fallon, Paisley & Howley

Westport Insurance Corporation

Whiteman, Osterman & Hanna (NY)

Wildman, Harrold, Allen & Dixon

Wiley, Rein & Fielding

Willbrook Plantation

Winston & Strawn

Woodward Clyde

Woodward, Hopson & Fulton

Wyatt, Tarrant & Combs

Williams v Mosaic

MINK_000962

Williams v Mosaic

MINK_000963