ResearchGate

See discussions, stats, and author profiles for this publication at: http://www.researchgate.net/publication/267508884

# Impact of Hazardous Air Pollutants Emitted from Phosphate Fertilizer Production in the Tampa Bay Area

**ARTICLE** *in* AIR QUALITY ATMOSPHERE & HEALTH · SEPTEMBER 2014

Impact Factor: 1.46

DOWNLOADS

27

VIEWS

17

**2 AUTHORS,** INCLUDING:



Vito Ilacqua

United States Environmental Protection Age…

**16** PUBLICATIONS **335** CITATIONS

SEE PROFILE

Available from: Nima Afshar-Mohajer
Retrieved on: 30 June 2015

Air Qual Atmos Health
DOI 10.1007/s11869-014-0294-3

# Impacts of hazardous air pollutants emitted from phosphate fertilizer production plants on their ambient concentration levels in the Tampa Bay area

Hsing-Wang Li · Nima Afshar-Mohajer ·
Chang-Yu Wu · Jean-Claude J. Bonzongo ·
Vito A. Ilacqua · Yongsuk Choi · Brian Birky

Received: 1 July 2014 / Accepted: 21 August 2014
© Springer Science+Business Media Dordrecht 2014

**Abstract** The concentrations and distribution of hazardous air pollutants (HAPs) metals emitted from four phosphate fertilizer plants in Central Florida, as well as their environmental and health impacts, were investigated. It was hypothesized that the modern control devices employed in the plants would lower the exposure, if any, to an acceptable level. The dominant HAP metals emitted from the stacks of these plants were identified to be Mn, Cr, Ni, and Se. The ambient concentrations at six receptors (Zephyrhills, Plant City, Tampa, Lakeland, Tower Dairy, and Sydney) downwind the plants estimated by AERMOD revealed the maximum ground level concentrations were lower than the European Communities and USEPA standards. Source apportionment estimated by the chemical mass balance (CMB) model indicated that marine (45.5±17.1 %) and geological (17.3±10.6 %) were the top two contributors for 26 elements, while the phosphate fertilizer plants contributed only 1.14±0.55 %. Unexpectedly, the maximum ground-level risks for Cr from plant A ($1.3 \times 10^{-6} \pm 8.4 \times 10^{-8}$) and plant D ($1.1 \times 10^{-6} \pm 6.7 \times 10^{-8}$) were slightly higher than the general guideline of $1 \times 10^{-6}$, but they occurred within the facility limit. No other metals approached levels of concern for non-cancer risks. One possible source for Cr emissions from these plants may be stainless steel milling balls used in the production process. Sensitivity analysis of the meteorological data in 2001–2005 showed only 7.7 % variation in the corresponding risk. Overall, phosphate fertilizer plants make minor contribution to the ambient levels of HAP metals compared to other sources for the general population in the Tampa Bay area, although more in-depth investigation into the Cr emissions is recommended.

**Keywords** Phosphate fertilizer plant · Hazardous air pollutant · Atmospheric dispersion · Source apportionment · Human exposure

H.-W. Li · N. Afshar-Mohajer · C.-Y. Wu (✉) · J.-C. J. Bonzongo · Y. Choi
Department of Environmental Engineering Sciences, Engineering School of Sustainable Infrastructure and Environment, University of Florida, P.O. Box 116450, Gainesville, FL 32611-6450, USA
e-mail: cywu@ufl.edu

V. A. Ilacqua
National Center for Environmental Research, US Environmental Protection Agency, Washington, DC, USA

B. Birky
Florida Industrial and Phosphate Research Institute, Bartow, FL, USA

H.-W. Li
Environmental Bioengineering & Chemical Analysis Section, New Materials Research & Development Department, China Steel Corporation, Hsiao Kang, Kaohsiung 81233, Taiwan

Y. Choi
Department of Atmospheric Research, Seoul Metropolitan Government Research Institute of Public Health & Environment, Gwacheon-si, Gyeonggi-do 427-070, Korea

## Introduction

Phosphate is a vital ecological nutrient, and phosphate products are widely used around the world to produce fertilizer and animal foods. Florida's rich phosphate deposits are an important link in the world's food chain and a key ingredient in commercial fertilizer. Florida phosphate contributes approximately half of US farmers' supply of phosphate fertilizer and 20 % of the global supply (Florida Phosphate 2010). The most frequently used raw materials for phosphate fertilizer manufacture is phosphate rock. The phosphate mining process starts from digging out a matrix with equal portions of sand, clay and phosphate. The phosphate matrix is then sent to chemical plants where it reacts with sulfuric acid to create phosphoric



products (Becker 1989). Besides the main mineral components, the phosphate matrix contains trace metals such as arsenic (As), cadmium (Cd), chromium (Cr), lead (Pb), mercury (Hg), nickel (Ni), manganese (Mn), antimony (Sb), cobalt (Co), and selenium (Se) (Lepp 1981).

During the milling process of phosphate rock and manufacturing of phosphate fertilizers, the above-mentioned trace metals may be released to the environment. These trace metals have been categorized as hazardous air pollutants (HAPs), which are known or suspected to cause cancer and other serious health effects, such as reproductive effects, birth defects, or adverse environmental effect when present in sufficient quantities subject to specific conditions of exposure (Aydin et al. 2010; Lepp 1981; Sabiha et al. 2009; USEPA 2008a; Valberg and Long 2012). However, there have been limited studies investigating the environmental and health impact of metal HAPs emissions from phosphate fertilizer facilities. Pandey (2005) reported that plant species responded characteristically to air pollution from a phosphate fertilizer plant by allocating more of its photosynthate towards leaf production and shoot growth. Pancras et al. (2006) showed that the atmospheric metal concentrations (Al, Fe, Cr, Cu, Mn, Pb, Se, As, Ni, Zn, and Cd) were 5 to 100 times greater than their background levels when discrete plumes of local sources influenced air at the sampling sites in the Tampa Bay area, whereas the contribution from phosphate fertilizer plants was not investigated. Currently, there is insufficient knowledge about the airborne metal HAPs emissions from phosphate fertilizer plants and their impact. Without such knowledge, conservative estimates must be used for public health protection and add unnecessary processes that may not meaningfully lower the levels and distribution of HAPs in air. Therefore, a study aiming to understand the impact of these production processes on the levels and distribution of these metal HAPs emissions in atmosphere is of critical need to provide guidelines for environmental agencies as well as plant managers.

Air dispersion models are developed to study transport and fate of emitted pollutants into the atmosphere as well as their consequent ambient concentration levels and atmospheric deposition. Once primary emitting sources impacting the receptor of interest are identified, dispersion models can be used to estimate their impacts at a target site and its neighbor receptor points. The American Meteorological Society-Environmental Protection Agency Regulatory Model (AERMOD), a software package based on the steady-state Gaussian plume equation, is recommended for air quality simulations by the US Environmental Protection Agency (USEPA), and is widely used in air pollution dispersion modeling. AERMOD is a steady-state plume model developed to estimate near-field (less than 50 km) concentrations. It consists of meteorological and topographical sub-models of AERMET and AERMAP. The AERMET sub-model derives hourly mixing heights based on the morning upper air

sounding and the surface meteorology including solar radiation. Three land use parameters of Albedo, Bowen ratio, and surface roughness length are also covered by AERMET. The AERMAP sub-model is a terrain processor which characterizes the terrain and generates grids for the receptor area (Grosch and Lee 1999; Steib 2005; USEPA 2012).

While applications of AERMOD in air dispersion modeling of different pollutants are numerous, there are only a handful of previous studies by AERMOD on heavy metals. Schuhmacher et al. (2009) monitored the levels of heavy metals in soil and vegetation samples in the vicinity of a cement plant in Spain and related the results with the ground level concentrations of the emitted heavy metals. Kakosimos et al. (2011) assessed the total concentration of the heavy metals emitted from industrial activities in the Greater Thessaloniki area in Greece.

Source apportionment models are commonly adopted to estimate the contributions from individual sources in terms of mass concentration. The chemical mass balance (CMB) model developed by the USEPA has been applied to air quality studies. It is ideal for localized non-attainment problems and has proven to be a useful tool in applications as well as for management of emissions inventories (USEPA 2010). Samara et al. (2003) implemented the CMB model to determine the seasonal contribution of different sources of heavy metal $PM_{10}$ in three receptor sites within the urban area of Northern Greece. The results of their studies indicated diesel vehicle exhaust and industrial oil burning as the major sources of heavy metal particles. Watson et al. (1994) applied the model to identify the percentages of pollutants from different industrial sources at nine receptor points in Southern California. The study concluded that motor vehicle exhaust was one of the main contributors at each receptor in fall while its contribution became much lower during summer. Thurston and Spengler (1985) employed a simpler form of the CMB model to identify and quantify major sources of heavy metal particulate pollution in metropolitan Boston. This study concluded that about 30 % of the transported mass to the Boston area was from coal-fired plants. A very strong correlation between Se and emissions from coal-fired plants was also detected.

Developed by USEPA, the Human Exposure Model (HEM-3) is also a Gaussian dispersion model that provides a streamlined but rigorous tool for estimating human exposures and health risks that result from air emissions from a complex industrial facility or a cluster of facilities located near one another. HEM determines the health risk of the modeled air toxics by incorporating ambient air concentrations, as surrogates for lifetime exposure, with unit risk estimates and inhalation reference concentrations. The maximum individual risks, hazard indices, and offsite impacts are also evaluated for populated receptors. Specifically, HEM is frequently used for analyzing acute and chronic air pollution risks of populated

locations near industrial emission sources. Cleverly et al. (1989) applied the model to analyze the cancer risks of polychlorinated dibenzo-P-dioxins (PCDDs) and dibenzo-furans (PCDFs) emitted from the stacks of municipal waste combustors. Annual cancer incidence and maximum individual risk range of cancer for both existing and projected cases were estimated. Cote and Bayard (1990) used this model to study the increased cancer risk of 1,3-butadiene to populations living near industrial sources. Rosenbaum et al. (1999) used a modified version of HEM, so-called the Assessment System for Population Exposure Nationwide (ASEPN), to estimate long-term average risks resulting from both urban and rural emission sources in a simple terrain.

On this basis, the three mentioned modeling tools were combined to holistically achieve the objectives of this study: (a) to estimate the ground level concentration of trace metals resulting from emissions from phosphate fertilizer facilities in central Florida, (b) to determine the contribution of the phosphate fertilizer plants and other major polluting sources to the HAP concentrations at receptor points, and (c) to evaluate the risk of human exposure to the HAPs in the Tampa Bay area. The research provides critical information for phosphate fertilizer plants managers to establish proper control strategies that can reduce the environmental and health impact as well as for regulators for setting pertinent environmental regulations for the industry.

## Material and methods

Background of phosphate fertilizer plants and study design

The Tampa Bay area is located in the west central coast of the Florida peninsula. The population of Tampa in 2010 was 335,709 and it is the second most populous metropolitan area in Florida (Census Redistricting Data 2010). In this area, the main potential sources for metal HAPs emissions include residual-oil combustion, coal combustion, phosphate fertilizer plants, and vehicles. There are four major phosphate fertilizer plants with a total number of 9 stacks in the area. In this study, stack emission data of the phosphate fertilizer plants were used to evaluate the impact on the surrounding environment.

The four most populous urban areas (Zephyrhills, Plant City, Tampa, and Lakeland) not further than 50 km away from one of the plants and two non-urban ambient air monitoring sites (Tower Dairy and Sydney) were selected as the receptors for the assessment. Downwind concentrations of heavy metals emitted from four fertilizer processing plants (plant A, plant B/C, plant D) were estimated at the specified receptors (1 to 6). Figure 1 shows the locations of the four fertilizer plants and six ambient receptors.

Air dispersion model

Downwind ground level concentrations of eleven metals (As, Be, Co, Cd, Cr, Hg, Mn, Ni, Pb, Sb, and Se) at previously mentioned receptors from the 9 stacks of the fertilizer plants were estimated using AERMOD View 7.6.1 interface (Lake Environmental Software 2010). Five-year meteorological data (2001 to 2005), recorded at Tampa International Airport station, were provided by the Florida Department of Environmental Protection (FDEP). Emission profiles of these trace metals as particulate matter (PM) from stack flue gases of phosphate fertilizer plants, sampled and analyzed by certified environmental consulting companies following USEPA methods (USEPA 1996), were provided either by the plants or by USEPA. The stack testing was conducted per USEPA request.

*Individual simulations of plants A, B/C, and D*

Downwind ground level concentrations emitted from each plant (A to D) were calculated individually. An AERMOD domain of 50 km was set for both east-to-west and south-to-



**Fig. 1** Map of six receptors (*1–6*) near four phosphate fertilizer plants (*A, B, C, D*)

north directions. Multiple time scales of 1 h, daily and annual intervals were assessed. Inputs for AERMOD simulations included meteorological data, source emission data and terrain data which were processed by AERMET and AERMAP sub-models. Simulations were carried out under the model configurations of rural and urban dispersion coefficients and elevated terrain without considering downwash effects. Table 1 lists the stacks parameters of all the plants.

*Combined simulations of plants A–D*

In order to identify the maximum ground level concentrations and their corresponding positions in the Tampa Bay area influenced by all four phosphate fertilizer plants, the output data from all individual simulations were integrated. Other modeling configurations for this part of study were similar to the above-mentioned individual simulations.

Source apportionment

CMB V8 model was adopted for the source apportionment study using data from two ambient air monitoring sites (Tower Dairy, Sydney) as reported by Pancras et al. (2006), and 32 emission source profiles as reported in previous studies (Chow et al. 1992; Javitz et al. 1988; Pancras et al. 2011; Thurston and Spengler 1985; Watson and Chow 2001; Watson et al. 1994). A total of 26 elements (Al, As, Ba, Ca, Cd, Cl, Co, Cr, Cu, Fe, Hg, K, Mn, Mo, Ni, P, Pb, S, Sb, Se, Si, Sn, Sr, Ti, V, and Zn) from these emission sources were used to estimate their contributions to each receptor. The criteria recommended by EPA (USEPA 2010) were followed: meeting requirements of R-square of 1, chi square of 2, and mass percent of 100 %.

Tower Dairy is located in a dairy farm in Brandon, Florida, about 3.0 miles south of the Tampa city limit, and it is only 3.5 miles away from northeast of plant D. Sydney is situated at the intersection of Dover and Sydney roads in Valrico, Florida, about 9.0 miles east of the Tampa city limit and it is at the center of phosphate fertilizer plants A, B/C, and D. The ambient samples were collected using a sequential dichotomous particulate matter sampler (Ruprecht and Patashnik, NY) during 2002, and the samples were analyzed for the constituent elements using energy dispersive X-ray fluorescence spectrometry (XRF) (Pancras et al. 2006).

Human exposure model (HEM)

The HEM-3 model used the emission source profile, meteorological data, population census data, and toxicity values to evaluate the maximum individual risks, hazard indices, and offsite impacts for populated receptors. HEM-3 draws on three data libraries: (a) meteorological data provided by FDEP for the study (2001 to 2005, Tampa International Airport), (b)

**Table 1** Stacks parameters of the four phosphate fertilizer facilities under consideration in this study

| Plant | A | | B | | C | | D | | |
|---|---|---|---|---|---|---|---|---|---|
| Stacks | Phosphoric acid plant | Diammonium phosphate | Monoammonium phosphate | Diammonium phosphate | Phosphoric acid plant | Diammonium phosphate | Phosphoric acid plant | Diammonium phosphate | Diammonium phosphate |
| UTM Zone | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| UTM East (m) | 387743 | 387828 | 387815 | 409769 | 396670 | 396539 | 362795 | 362658 | 362672 |
| UTM North (m) | 3116103 | 3116073 | 3116069 | 3087149 | 3079086 | 3079040 | 3082993 | 3082550 | 3082718 |
| Elevation (m) | 90 | 90 | 90 | 63 | 48 | 35 | 10 | 4 | 1 |
| Stack height (m) | 36.3 | 41.5 | 41.5 | 33.5 | 22.25 | 40.54 | 36.9 | 36.9 | 29.9 |
| Stack diameter (m) | 1.22 | 2.74 | 2.74 | 2.29 | 0.61 | 1.83 | 0.3 | 2.10 | 2.50 |
| Exit velocity (m/s) | 13.7 | 16.2 | 16.2 | 20 | 12.84 | 22.86 | 20.3 | 15.40 | 15.30 |
| Exit temperature(K) | 320 | 330 | 330 | 333 | 296 | 343 | 344 | 332 | 318 |

Air Qual Atmos Health

census block internal point locations and populations (Census Redistricting Data 2010), and (c) pollutant unit risk estimates and reference doses (USEPA 2007). Independent input parameters to the HEM-3 model are emission rate, stack height,

stack gas exit velocity, stack temperature, stack diameter, as well as meteorological data. A sensitivity analysis was conducted to evaluate the contribution of each parameter to the cancer risk of each HAP. In this study, 10 % increment or



**Fig. 2** Metal profiles of different manufacturing processes: **a** phosphoric acid plant (PAP—*Plant A*), **b** diammonium phosphate (DAP—*Plant A*), **c** monoammomium phosphate (MAP—*Plant A*), **d** diammonium phosphate (DAP—*Plant B*), **e** phosphoric acid plant (PAP—*Plant C*), and **f** diammonium phosphate (DAP—*Plant C*)



decrement of one parameter was adjusted while other parameters were fixed in each scenario.

## Results and discussions

### Source profile of HAP metals

*Plant A*

The emission profiles of metals obtained for plant A are shown in Fig. 2a–c. For the phosphoric acid plant (PAP) stack, the major metals were Mn, Se, and Cr (45 %, 20 %, and 10 % by mass). For the diammonium phosphate (DAP) stack, the major metals were Cr, Mn, and Se (35 %, 20 %, and 15 % by mass). Meanwhile, Ni, Mn, and Cr were the dominant metals for the monoammonium phosphate (MAP) stack (41 %, 26 %, and 15 % by mass). Mn was important in all samples; Cr, Ni, and Se were also key metals in the emissions in this plant. The highest emission rate from the PAP, DAP, and MAP stacks were Mn ($6.53 \times 10^{-4}$ lb/h), Cr ($2.39 \times 10^{-3}$ lb/h), and Ni ($7.67 \times 10^{-3}$ lb/h), respectively.

**Fig. 3** Metal profiles at two ambient sites: **a** Tower Dairy and **b** Sydney







**Table 2** Estimated average annual ground level concentration of Cr at six receptor sites resulting from emissions from individual fertilizer plant

| Receptor | Period | Plant A Cr (pg/m³) | Plant B/C Cr (pg/m³) | Plant D Cr (pg/m³) |
|---|---|---|---|---|
| Tower Dairy | Annual | 1.64±0.207 | 0.799±0.106 | 2.49±0.444 |
| Tampa | Annual | 1.36±0.152 | 0.779±0.117 | 1.73±0.336 |
| Sydney | Annual | 2.03±0.222 | 0.971±0.126 | 0.739±0.157 |
| Plant City | Annual | 1.62±0.110 | 0.829±0.109 | 0.518±0.099 |
| Zephyrhills | Annual | 3.15±0.225 | 0.546±0.069 | 0.346±0.062 |
| Lakeland | Annual | 1.14±0.055 | 0.725±0.105 | 0.403±0.076 |

*Plant B/C*

The emission profiles of metals from plants B/C are shown in Fig. 2d–f. For the DAP stack in plant B, the major metals were Ni, Pb, and Mn (50 %, 27 %, and 8 % by mass). For the PAP stack in plant C, the major metals were Pb, Cr, and As (25 %, 24 %, and 15 % by mass). Meanwhile, Pb, Cr, and Ni were dominant metals for the DAP stack in plant C (61 %, 13 %, and 9 %). Overall, Pb was the prevalent element in the emissions from these two plants, though Cr, Ni, and Mn emissions were also significant. The highest emission rates

from the DAP—plant B, PAP—plant C, and DAP—plant C were Ni ($4.08 \times 10^{-3}$ lb/h), Pb ($3.77 \times 10^{-5}$ lb/h), and Pb ($8.33 \times 10^{-3}$ lb/h), respectively. The difference with plant A may come from the used ores which contained different levels of heavy metals at different geographical locations (Aydin et al. 2010) or from materials unintentionally incorporated into the processes as will be further discussed later.

*Ambient profile of HAP metals*

The ambient HAP metals profiles of two monitoring sites are shown in Fig. 3. For both sites, the dominant metals were Sb, Pb, Cd, and Mn (25.4–26.1 %, 11.8–16.3 %, 11.5–12.2 %, and 9.6–10.7 %). The abundance of airborne Sb has been found in close vicinity to traffic (Dietl et al. 1997). The possible sources of Pb, Cd, and Mn in the urban area have been reported to be road traffic followed by waste incinerators, coal-fired power plant, geological dust, and construction debris (Äyräs and Kashulina 2000; Bankovitch et al. 2003; Melaku et al. 2008).

The ambient metal concentrations at Tower Dairy and Sydney, As (1.41–1.86 ng/m³), Cr (1.46–1.96 ng/m³), Mn (2.77–2.86 ng/m³), Cd (3.09–3.56 ng/m³), Pb (3.17–4.77 ng/m³), and Sb (7.01–7.44 ng/m³), are comparable with those previously reported for Cr (1.17–1.73 ng/m³) and Pb (2.68–



**Fig. 4** Contour plot of 1-h Cr concentration in 2001 from plant A



**Fig. 5** Wind rose of Tampa area in different years: **a** 2001, **b** 2002, **c** 2003, **d** 2004, and **e** 2005

4.86 ng/m³) at one of the most populated metropolitan areas—New Jersey and New York (Song and Gao 2011). These

values are slightly lower than those reported for Washington, DC (As, 0.8–15.7 ng/m³; Cd, 1.50–30.0 ng/m³; Cr, 16.8–

Air Qual Atmos Health

112 ng/m$^3$; Pb, 2.9–137 ng/m$^3$), a more densely populated area (Melaku et al. 2008). They are two orders of magnitude lower than the highest concentration levels (Cr, 190–1,080 ng/m$^3$; Pb, 80–480 ng/m$^3$; Ni, 70–190 ng/m$^3$; Mn, 90–520 ng/m$^3$; Cd, 30–130 ng/m$^3$; As, 40–170 ng/m$^3$; and Co, 10–30 ng/m$^3$) measured nearby a phosphate fertilizer plant in central India (Sharma and Pervez 2004). Note that the concentration level of Pb in this study is much lower than its National Ambient Air Quality Standard (150 ng/m$^3$; USEPA 2008b).

Impact by individual phosphate fertilizer plants

Cr, which has high potential cancer risk, is one of the major HAP emissions from phosphate fertilizer plants (Fig. 2b, e). The estimated average annual ground level concentrations of Cr derived from plants A, B/C, and D at the receptors are listed in Table 2. For plant A, the highest level of emitted Cr was in Zephyrhills (3.15±0.225 pg/m$^3$), which is located 5.23 miles away from the facility. For plants B/C, Sydney and Plant City showed relatively higher Cr concentrations (0.971±0.126 pg/m$^3$ and 0.829±0.109 pg/m$^3$), as they are the closest receptors to the sources (15.0 miles away from plants B/C). As for plant D, the highest Cr concentration emission was at Tower Dairy (2.49±0.444 pg/m$^3$), which is 3.70 miles from plant D.

A contour plot of the 1-h Cr concentration from plant A in 2001 as an example is shown in Fig. 4. The location of the maximum 1-h ground level concentration of Cr was close to the facility. As the distance from the source increased, the estimated concentrations decreased. The dominant wind in 2001–2005 was blown from east and northeast at 4–7 mph (Fig. 5), which explains the relevant location of the maximum concentration to the plants.

Combined impact from the four phosphate fertilizer plants

Among the six receptors, the average annual ground level concentration of Cr resulting from all sources (see Table 3) was 4.93±0.392 pg/m$^3$ at Tower Dairy, followed by 4.04± 0.267 pg/m$^3$ at Zephyrhills, 3.87±0.293 pg/m$^3$ at Tampa, 3.74 ±0.261 pg/m$^3$ at Sydney, 2.97±0.239 pg/m$^3$ at Plant City, and 2.27±0.135 pg/m$^3$ at Lakeland. The highest impact was at Tower Dairy as it is only 3.65 miles away from plant D and downwind of plant A. A similar trend was found for other metals; the maximum annual ground level concentration at Tower Dairy was 0.198–0.454 pg/m$^3$ for Be and Co; 1.04– 2.67 pg/m$^3$ for Cd, Sb, Se, and As; and 5.86–13.3 pg/m$^3$ for Mn, Hg, Ni, and Pb.

The maximum annual ground level concentrations of HAP metals from all sources were from 6.29 to 260 pg/m$^3$, and they were located within 0.5 miles of the facilities (Table 4). A 3D mesh plot of 1-h Ni concentration in 2001 from plants A, B/C, and D, as an example, is shown in Fig. 6. As the distance from

**Table 3** Estimated average annual ground level concentration of Cr, Ni, and Pb at six receptor sites resulting from emissions from all fertilizer plants

| Receptor | Period | Cr (pg/m$^3$) | Ni (pg/m$^3$) | Pb (pg/m$^3$) |
|---|---|---|---|---|
| Tower Dairy | Annual | 4.93±0.392 | 10.8±0.976 | 13.3±1.53 |
| Tampa | Annual | 3.87±0.293 | 8.11±0.542 | 10.1±1.19 |
| Sydney | Annual | 3.74±0.261 | 7.09±0.701 | 7.60±1.09 |
| Plant City | Annual | 2.97±0.239 | 6.26±0.663 | 6.07±0.779 |
| Zephyrhills | Annual | 4.04±0.267 | 5.76±0.629 | 2.06±0.319 |
| Lakeland | Annual | 2.27±0.135 | 5.25±0.335 | 5.13±0.719 |

the sources increased, the estimated concentrations decreased rapidly. The highest maximum annual ground level concentrations for Cd, Ni, and As were 15.1, 150, and 61.5 pg/m$^3$, respectively, which are lower than the air quality standards of the European Communities (EC) limiting values based on non-cancer effects (5, 10–50, and 100 ng/m$^3$) (European Communities 2001). For Mn, the maximum annual ground level concentration ranged from 0.0945 to 0.107 ng/m$^3$, which is much lower than the USEPA reference concentration for chronic Mn exposure (50 ng/m$^3$) (Haynes et al. 2010; USEPA 1992). The maximum daily ground level concentration of Pb ranged from 1.13 to 1.51 ng/m$^3$ which is lower than the National Ambient Air Quality Standards (NAAQS) of Pb (150 ng/m$^3$ rolling 3 months average; USEPA 2008b).

Source apportionment

According to the source contribution estimate (SCE) by the CMB model, the dominant contributors for the total mass of 26 species were marine (45.5±17.1 %), geological (17.3± 10.6 %), limestone (15.4±7.31 %), power plant (10.3± 8.27 %), and vehicles (10.1±5.06 %) for the Tower Dairy site (Fig. 7a); and marine (46.2±11.1 %), geological (20.6±

**Table 4** Estimated maximum annual ground level concentrations of different heavy metals and the distance from the corresponding four plants as point sources

| Metals | Max annual concentration | Distance to the plants |
|---|---|---|
| Se | 34.0±1.78 pg/m$^3$ | 0.25 miles east of plant A |
| Be | 6.29±2.96 pg/m$^3$ | 0.43 miles east of plant A |
| Co | 8.27±0.391 pg/m$^3$ | 0.43 miles east of plant A |
| As | 61.5±2.87 pg/m$^3$ | 0.43 miles east of plant A |
| Mn | 102±5.22 pg/m$^3$ | 0.43 miles east of plant A |
| Cd | 15.1±1.05 pg/m$^3$ | 0.15 miles east of plant D |
| Sb | 15.3±1.04 pg/m$^3$ | 0.15 miles east of plant D |
| Cr | 95.6±6.24 pg/m$^3$ | 0.15 miles east of plant D |
| Ni | 150±10.1 pg/m$^3$ | 0.15 miles east of plant D |
| Hg | 250±16.3 pg/m$^3$ | 0.15 miles east of plant D |
| Pb | 260±18.7 pg/m$^3$ | 0.15 miles east of plant D |

**Fig. 6** One-hour Ni concentration distribution at ground-level in 2001 from plant *A*, plant *B/C*, and plant *D*



5.19 %), power plant (11.0±10.9 %), vehicles (10.0±5.51 %), and limestone (9.86±1.70 %) for the Sydney site (Fig. 7b). Due to the geographic proximity to the Gulf of Mexico, the two ambient sites are clearly affected by marine sea spray as evidenced by the high Cl concentration (Watson et al. 1994).



**Fig. 7** Contribution of trace metals from different sources for **a** Tower Dairy and **b** Sydney

For geological materials, which include soil and continental background components, the major elements are Al and Si (Javitz et al. 1988). Limestone (lime/gypsum) represents cement work and construction projects (USEPA 1988). Both ambient air monitoring sites are affected by traffic on major freeways. There are also several coal-fired power plants in this area (Pancras et al. 2006). In comparison to these sources, the phosphate fertilizer plants only contributed 1.14 % to 1.93 %.

The contributions from different sources to these two ambient sites for Cr, Ni, Pb and Hg are listed in Table 5. Ni has high emission rates from phosphate fertilizer plants (Fig. 2c, d). Coal-fired power plants, phosphate fertilizer plants and vehicles contributed 42.1±14.4 %, 25.3±15.8 %, and 22.9±12.0 % of Ni, respectively, at Tower Dairy, while 15.7±2.80 %, 47.4±14.6 %, and 25.1±15.2 %, respectively, at Sydney. Anthropogenic sources of atmospheric Ni include Ni mining, smelting, refining, production of steel, and other Ni-containing alloys, fossil fuel combustion, and on-road mobiles (U.S. Department of health and human services 2005). Phosphate fertilizers have not been considered to be an important source for atmospheric Ni loading in previous studies.

Another high emission from phosphate fertilizer plants was Cr (Fig. 2b, e). At Tower Dairy site, 13.6±4.37 % of Cr species was contributed by phosphate processing facilities, while the other major sources were vehicles (51.5±20.9 %) and coal-fired power plant (24.1±12.9 %). At the Sydney site, phosphate processing facilities contributed 19.9±6.72 % of Cr, while other major sources were vehicles (43.9±24.9 %), and coal-fired power plants (25.5±4.82 %). Typical anthropogenic stationary point sources for Cr release into the atmosphere include industrial, commercial, and residential fuel

Air Qual Atmos Health

**Table 5** Contribution (%) of different sources for specific metals estimated by CMB at Tower Dairy and Sydney

| Metals | Phosphate plants | Geological | Coal-fired power plant | Vehicles | Incinerator | Limestone |
|---|---|---|---|---|---|---|
| Tower Dairy | | | | | | |
| Cr | 13.6±4.37 | 6.90±1.96 | 24.1±12.9 | 51.5±20.9 | 3.90±0.51 | 0 |
| Ni | 25.3±15.8 | 2.90±1.02 | 42.1±14.4 | 22.9±12.0 | 6.90±1.53 | 0 |
| Pb | 1.37±0.41 | 0.53±0.12 | 5.46±2.92 | 70.9±19.4 | 1.26±0.58 | 20.5±8.10 |
| Hg | 0.75±0.29 | 0 | 0.96±0.84 | 26.2±15.6 | 73.0±12.5 | 0 |
| Sydney | | | | | | |
| Cr | 19.9±6.72 | 7.10±2.11 | 25.5±4.82 | 43.9±24.9 | 3.70±1.81 | 0 |
| Ni | 47.4±14.6 | 3.80±2.77 | 15.7±2.80 | 25.1±15.2 | 8.10±4.29 | 0 |
| Pb | 2.33±0.64 | 0.67±0.432 | 7.40±3.50 | 74.4±19.1 | 1.41±1.20 | 13.8±1.90 |
| Hg | 1.19±1.15 | 0 | 0.74±0.288 | 24.5±16.7 | 73.6±13.3 | 0 |

combustion, via combustion of natural gas, oil, and coal (U.S. Department of Health and Human Services 2008). Phosphate fertilizer plants have not been considered to be a key source for atmospheric Cr loading in previous studies. One possible source for the Cr and Ni emissions from phosphate plants may be the stainless steel milling balls made of Cr and Ni used in the production process.

Ratio of CMB value/measured value and AERMOD value/measured value

Table 6 lists the measured heavy metal concentrations in ambient air, the ambient metal concentrations calculated by CMB, the ambient metal concentrations estimated by AERMOD and their ratios at Tower Dairy and Sydney sites. The ratio of CMB data and measured metal concentration represents the CMB performance and ranged from 0.016 to

1.53. The better performance was obtained for Se, Cr, Ni, Pb, and Hg at both ambient sites (ranging from 0.67 to 1.27). The ratio of AERMOD data and measured metal concentration represents the sole contribution from phosphate fertilizer plants. For each metal, it ranged from 0.17 % to 10.5 % with higher values for Ni, Cr, Hg, and Pb. The total metal concentrations were 3.32 % and 2.07 % for Tower Dairy and Sydney, respectively, which are close to CMB estimations of 1.14 % and 1.93 % for the phosphate fertilizer plants. These results indicate that the phosphate fertilizer plant has minor contribution for most HAP metals, while emissions from other sources play a more prominent role at those receptors.

Exposure/risk assessment model

All census blocks, all user-defined receptors (populated and unpopulated), and all points on the polar receptors network

**Table 6** Measured HAP metal concentrations in the ambient air, ambient metal concentrations calculated by CMB, and ambient metal concentrations estimated by AERMOD and their ratios

| Site | Tower Dairy | | | | | Sydney | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Concentration (pg/m³) | | | Ratio | | Concentration (pg/m³) | | | Ratio | |
| | Meas. | CMB | AERMOD | CMB/ Meas. | AERMOD/ Meas. | Meas. | CMB | AERMOD | CMB/Meas. | AERMOD/ Meas. |
| Mn | 2,770±874 | 4,240±1,101 | 96.7±18.1 | 1.53 | 0.0349 | 2,860±1,125 | 4,060±1,001 | 67.4±7.98 | 1.42 | 0.0236 |
| Se | 1,090±401 | 1,380±344 | 25.2±4.92 | 1.27 | 0.0231 | 892±393 | 1,070±188 | 18.1±2.22 | 1.20 | 0.0203 |
| Cr | 1,460±555 | 1,650±233 | 95.8±15.2 | 1.13 | 0.0656 | 1,956±732 | 1,710±389 | 66.4±9.12 | 0.872 | 0.0339 |
| Ni | 2,306±734 | 2,480±753 | 242±44.3 | 1.08 | 0.105 | 1,717±621 | 1,990±511 | 122±24.5 | 1.16 | 0.0711 |
| Pb | 4,765±2536 | 4,530±1,594 | 275±65.1 | 0.951 | 0.0577 | 3,167±1,076 | 3,820±510 | 153±30.1 | 1.21 | 0.0483 |
| Hg | 1,690±544 | 1,590±199 | 147±18.5 | 0.941 | 0.0870 | 2,228±834 | 1,490±292 | 67.7±8.99 | 0.669 | 0.0304 |
| Cd | 3,550±899 | 2,290±545 | 16.8±2.21 | 0.645 | 0.00473 | 3,085±1,204 | 2,030±566 | 9.75±11.3 | 0.658 | 0.0032 |
| Sb | 7,440±3269 | 2,540±657 | 12.8±2.45 | 0.341 | 0.00172 | 7,007±2,947 | 2,240±677 | 12.8±3.81 | 0.320 | 0.0018 |
| As | 1,860±732 | 234±39.1 | 49.6±10.2 | 0.126 | 0.0267 | 1,410±451 | 227±50.1 | 32.5±4.55 | 0.161 | 0.0230 |
| Co | 2,270±747 | 36.0±5.66 | 7.60±1.21 | 0.016 | 0.00335 | 2,500±879 | 49±8.99 | 5.30±1.11 | 0.020 | 0.0021 |
| Total | 29,201±1,920 | 20,970±3,592 | 969±99.1 | 0.718 | 0.0332 | 26,822±1,688 | 18,694±3,155 | 555±76.7 | 0.697 | 0.0207 |



**Table 7**  Maximum offsite impacts from plants A, B/C, and D

| | Plant A | | Plant B/C | | Plant D | |
|---|---|---|---|---|---|---|
| | Cancer risk | Total hazard index-chronic | Cancer risk | Total hazard index-chronic | Cancer risk | Total hazard index-chronic |
| As | $7.8\times10^{-8}\pm4.9\times10^{-9}$ | $4.3\times10^{-4}\pm8.9\times10^{-5}$a | $8.5\times10^{-9}\pm9.5\times10^{-10}$ | $6.7\times10^{-5}\pm9.2\times10^{-6}$a | $1.6\times10^{-7}\pm8.9\times10^{-9}$ | $1.2\times10^{-3}\pm4.5\times10^{-5}$a |
| Be | $2.2\times10^{-8}\pm1.7\times10^{-9}$ | $4.7\times10^{-4}\pm2.9\times10^{-5}$b | $1.3\times10^{-10}\pm1.9\times10^{-11}$ | $2.7\times10^{-6}\pm4.0\times10^{-7}$b | $1.6\times10^{-9}\pm1.1\times10^{-10}$ | $3.3\times10^{-5}\pm2.4\times10^{-6}$b |
| Cd | $1.7\times10^{-8}\pm1.2\times10^{-9}$ | $4.8\times10^{-4}\pm2.9\times10^{-5}$ | $3.7\times10^{-9}\pm8.3\times10^{-10}$ | $1.0\times10^{-4}\pm3.4\times10^{-5}$ | $2.5\times10^{-8}\pm1.2\times10^{-9}$ | $6.9\times10^{-4}\pm4.3\times10^{-5}$ |
| Cr | $1.3\times10^{-6}\pm8.4\times10^{-8}$ | $1.1\times10^{-3}\pm8.4\times10^{-5}$b | $1.4\times10^{-7}\pm2.2\times10^{-8}$ | $1.1\times10^{-4}\pm1.7\times10^{-5}$b | $1.1\times10^{-6}\pm6.7\times10^{-8}$ | $8.9\times10^{-4}\pm6.7\times10^{-5}$b |
| Ni | $2.0\times10^{-8}\pm8.4\times10^{-10}$ | $1.8\times10^{-3}\pm1.2\times10^{-4}$b | $2.2\times10^{-9}\pm5.5\times10^{-10}$ | $2.0\times10^{-4}\pm5.2\times10^{-5}$b | $1.9\times10^{-8}\pm1.3\times10^{-10}$ | $1.7\times10^{-3}\pm8.9\times10^{-5}$b |
| Co | – | $1.2\times10^{-4}\pm4.5\times10^{-6}$b | – | $5.7\times10^{-6}\pm7.9\times10^{-7}$b | – | $4.1\times10^{-5}\pm3.1\times10^{-6}$b |
| Hg | – | $6.4\times10^{-6}\pm3.8\times10^{-7}$c | – | $7.2\times10^{-5}\pm9.8\times10^{-6}$c | – | $8.2\times10^{-4}\pm5.5\times10^{-5}$c |
| Mn | – | $3.1\times10^{-3}\pm1.7\times10^{-4}$c | – | $1.4\times10^{-4}\pm2.3\times10^{-5}$c | – | $1.3\times10^{-3}\pm8.9\times10^{-5}$c |
| Pb | – | $1.5\times10^{-5}\pm8.4\times10^{-7}$a | – | $3.2\times10^{-5}\pm5.3\times10^{-6}$a | – | $1.6\times10^{-4}\pm1.1\times10^{-5}$a |
| Sb | – | $9.5\times10^{-5}\pm8.7\times10^{-6}$b | – | $1.5\times10^{-5}\pm3.0\times10^{-6}$b | – | $7.0\times10^{-5}\pm4.4\times10^{-6}$b |
| Se | – | $2.6\times10^{-6}\pm1.7\times10^{-7}$c, d, e | – | $4.3\times10^{-8}\pm8.0\times10^{-9}$c, d, e | – | $6.5\times10^{-7}\pm5.3\times10^{-8}$c, d, e |

[a] Developmental HI

[b] Respiratory HI

[c] Neurological HI

[d] Liver HI

[e] Hematological HI

were included in the evaluation of maximum offsite impacts (USEPA 2007). Table 7 lists the maximum offsite impacts from plants A, B/C, and D. For cancer risk, Cr ($1.3\times10^{-6}\pm8.4\times10^{-8}$ for plant A; $1.1\times10^{-6}\pm6.7\times10^{-8}$ for plant D) was slightly higher than the common practice ($1\times10^{-6}$). They were located within 0.35 miles of the stack. Cr as a whole contributed over 84 % of the risk from all the HAPs considered. For non-cancer health effects of the HAPs, none exceeded the acceptable threshold limit value of 1.0 (HI). In addition, all populated receptors were evaluated to identify the location of the maximum individual risk (MIR). The MIR ranged from $1.0\times10^{-7}\pm1.1\times10^{-8}$ to $2.8\times10^{-7}\pm1.9\times10^{-8}$, which is located within 2.0 miles of the sources. The above results suggest the HAPs emission from phosphate fertilizer plants do not impose an elevated cancer risk or health effects to general population, although the cancer risk within the facility due to chromium warrants more in-depth investigation.

Sensitivity analysis

Figure 8 shows the relationship between the output variable (cancer risk %) and the input variable (emission rate, stack height, stack temperature, stack diameter, and exit velocity). Among the parameters studied, emission rate was positively correlated with cancer risk %, as the cancer risk % increased linearly with an increase in emission rate. Stack height had an inverse linear relationship with cancer risk. These modeling results agree with previous reports indicating that ground-level concentration as well as cancer risk were sensitive to emission rate, wind speed, and ambient temperature (Carlos and Gozalvez-Zafrilla 2012; Yegnan et al. 2002). In order to reduce the mean cancer risk of Cr below $1.0\times10^{-6}$, either reducing 25 % of the emission rate or increasing 30 % of the stack height would achieve the goal. The meteorological parameter variability observed for 2001–2005 resulted in cancer risk at the maximum offsite impact ranging from $1.2\times10^{-6}$ to $1.4\times10^{-6}$, i.e., ±7.7 % of variation. In other words, the risk does not vary much due to changes in meteorological conditions from year to year.

Conclusions

Assessing the impact due to the exposure to emitted pollutants and identifying their major contributors can help develop effective strategies to minimize the impact to an acceptable level. This study was carried out to assess the environmental and health effects of HAPs metals emitted from four phosphate fertilizer plants in the Tampa Bay area. It was

Air Qual Atmos Health

**Fig. 8** Cancer risk as a function of different input variables (emission rate, stack height, stack temperature, stack diameter, and exit velocity)



- ● Cancer risk % vs Emission Rate %
- ○ Cancer risk % vs Stack Height %
- ▼ Cancer risk % vs Stack Temperature %
- △ Cancer risk %vs Stack Diameter %
- ■ Cancer risk % vs Exit Velocity %

hypothesized that the modern control devices employed in the plants would lower the exposure, if any, to an acceptable level. The dominant HAP metals in the emissions of phosphate fertilizer manufacturing processes were identified to be Mn, Cr, Ni, and Se. The maximum annual ground level concentrations of all metals were estimated to range from 6.29 to 260 pg/m$^3$, and they were located within 0.5 miles of the stack. For the metals with existing standards, the modeled concentrations were lower than the EC and USEPA standards.

The HAP metal concentrations at two ambient sampling sites followed the following sequence: Sb>Pb>Cd>Mn. Three dominant contributors for all HAP metals for the two ambient sites were marine (45–46 %), geological (17–20 %), and limestone (10–15 %) sources, while the phosphate fertilizer plant contribution was under 2 %. The ratios of AERMOD modeled values to measured ambient data were around 2.07–3.32 % for all HAP metals; these values were close to the CMB results (1.1–1.9 %) for contributions from phosphate fertilizer plants. The similarity demonstrates the confidence on the estimates. For specific metals, phosphate fertilizer plants were important contributors for only Cr and Ni; the plants contributed 25.3±15.8 % and 47.4±14.6 % of Ni and 13.6±4.37 % and 19.9±6.72 % of Cr at Tower Dairy and Sydney, respectively. One possible source for the Cr and Ni emissions from phosphate plants may be the stainless steel milling balls made of Cr and Ni used in the production process.

Maximum ground-level cancer risk by Cr ($1.3\times10^{-6}\pm8.4\times10^{-8}$ for plant A; $1.1\times10^{-6}\pm6.7\times10^{-8}$ for plant D), which was located within 0.35 miles of the stack, was slightly higher than the acceptable value ($1\times10^{-6}$). Reducing the cancer risk of Cr is possible through either 25 % decrease in emission rate or 30 % increase in stack height. For different health effects resulting from the HAPs, none exceeded the acceptable threshold limit value of 1.0. The MIRs of all populated receptors were below the acceptable limit. Sensitivity analysis of meteorological conditions between 2001 and 2005 showed only 7.7 % year-to-year variation of the resulting risk.

As these four phosphate fertilizer plants make minor contributions to the ambient loading of HAP metals and to the health effects for the general population in the Tampa Bay area, reducing HAP emissions from other anthropogenic emission sources such as power plants and vehicles can better lower the risks associated with the HAP metals investigated. Meanwhile, more research is warranted regarding the impact of Cr and Ni emissions and corresponding strategies to remove their source in the phosphate fertilizer plants.

**Acknowledgments** Authors are grateful to Mr. John Glunn, Mr. Alvaro Linero, and Ms. Melody Lovin from the Florida Department of Environmental Protection for providing the meteorological data and valuable insights. Authors also want to thank Dr. Joseph Patrick Pancras of USEPA and Dr. Noreen Poor from University of South Florida for providing ambient data, and Susan Fairchild from USEPA for providing emission data. Authors are thankful to Mr. Shaun Alverado from University of



Florida for assistance in data analysis. Authors acknowledge the financial support from the Florida Industrial and Phosphate Research Institute (Contract No. 10-05-070R). The views expressed in this article are those of the authors and do not necessarily reflect the views or policies of the U.S. Environmental Protection Agency.

# References

Aydin I, Aydin F, Saydut A, Bakirdere EG, Hamamci C (2010) Hazardous metal geochemistry of sedimentary phosphate rock used for fertilizer (Mazıdağ, SE Anatolia, Turkey). Microchem J 96:247–251

Äyräs M, Kashulina G (2000) Regional patterns of element contents in the organic horizon of podzols in the central part of the Barents region (Finland, Norway and Russia) with special reference to heavy metals (Co, Cr, Cu, Fe, Ni, Pb, V and Zn) and sulphur as indicators of airborne pollution. J Geochem Explor 68:127–144

Bankovitch V, Carrier G, Gagnon C, Normandin L, Kennedy G, Zayed J (2003) Total suspended particulate manganese in ambient air in Montreal 1981–2000. Sci Total Environ 308:185–193

Becker P (1989) Phosphates and phosphoric acid- raw materials, technology and economics of the wet process. Marcel Dekker Inc, New York

Carlos García-Díaz J, Gozalvez-Zafrilla JM (2012) Uncertainty and sensitive analysis of environmental model for risk assessments: an industrial case study. Reliab Eng Syst Saf 107:16–22

Census Redistricting Data: Tampa city F (2010) United States Census Bureau

Chow JC, Watson JG, Lowenthal DH, Solomon PA, Magliano KL, Ziman SD, Willard Richards L (1992) PM10 source apportionment in California's San Joaquin valley. Atmos Environ 26:3335–3354

Cleverly DH, Morrison RM, Riddle BL, Kellam RG (1989) Regulatory analysis of pollutant emissions, including polychlorinated dibenzo-p-dioxins (CDDs) and dibenzofurans (CDFs), from the stacks of municipal waste combustors. Chemosphere 18:1143–1153

Cote IL, Bayard SP (1990) Cancer risk assessment of 1, 3-butadiene. Environ Health Perspect 86:149–153

Dietl C, Reifenhäuser W, Peichl L (1997) Association of antimony with traffic—occurrence in airborne dust, deposition and accumulation in standardized grass cultures. Sci Total Environ 205:235–244

European Communities (2001) Ambient air pollution by As, Cd and Ni compounds. http://ec.europa.eu/environment/air/pdf/pp_as_cd_nipdf

Florida Phosphate (2010) http://floridaphosphate.com/

Grosch TG, Lee RF (1999) Sensitivity of the AERMOD air quality model to the selection of land use parameters. WIT Trans Ecol Environ 37

Haynes EN, Heckel P, Ryan P, Roda S, Leung Y-K, Sebastian K, Succop P (2010) Environmental manganese exposure in residents living near a ferromanganese refinery in Southeast Ohio: a pilot study. Neurotoxicology 31:468–474

Javitz HS, Watson JG, Robinson N (1988) Performance of the chemical mass balance model with simulated local-scale aerosols. Atmos Environ 22:2309–2322

Kakosimos K, Assael M, Katsarou A (2011) Application and evaluation of AERMOD on the assessment of particulate matter pollution caused by industrial activities in the Greater Thessaloniki area. Environ Technol 32:593–608

Lake Environmental Software (2010) AERMOD view http://weblakes.com/products/aermod/indexhtml

Lepp NW (1981) Effect of heavy metal pollution on plants: metals in the environment Applied Science Publish, London and New Jersey II: 25

Melaku S, Morris V, Raghavan D, Hosten C (2008) Seasonal variation of heavy metals in ambient air and precipitation at a single site in Washington, DC. Environ Pollut 155:88–98

Pancras JP, Ondov JM, Poor N, Landis MS, Stevens RK (2006) Identification of sources and estimation of emission profiles from highly time-resolved pollutant measurements in Tampa, FL. Atmos Environ 40:467–481

Pancras JP, Vedantham R, Landis MS, Norris GA, Ondov JM (2011) Application of EPA unmix and nonparametric wind regression on high time resolution trace elements and speciated mercury in Tampa, Florida aerosol. Environ Sci Technol 45:3511–3518

Pandey J (2005) Evaluation of air pollution phytotoxicity downwind of a phosphate fertilizer factory in India. Environ Monit Assess 100: 249–266

Rosenbaum AS, Axelrad DA, Woodruff TJ, Wei Y-H, Ligocki MP, Cohen JP (1999) National estimates of outdoor air toxics concentrations. J Air Waste Manag Assoc 49:1138–1152

Sabiha J, Mehmood T, Chaudhry MM, Tufail M, Irfan N (2009) Heavy metal pollution from phosphate rock used for the production of fertilizer in Pakistan. Microchem J 91:94–99

Samara C, Kouimtzis T, Tsitouridou R, Kanias G, Simeonov V (2003) Chemical mass balance source apportionment of PM10 in an industrialized urban area of Northern Greece. Atmos Environ 37:41–54

Schuhmacher M, Nadal M, Domingo JL (2009) Environmental monitoring of PCDD/Fs and metals in the vicinity of a cement plant after using sewage sludge as a secondary fuel. Chemosphere 74:1502–1508

Sharma R, Pervez S (2004) Study of spatial variability and enrichment of selected toxic elements in ambient particulate matter around a phosphate fertilizer plant in central India. J Sci Ind Res 63:949–956

Song F, Gao Y (2011) Size distributions of trace elements associated with ambient particular matter in the affinity of a major highway in the New Jersey–New York metropolitan area. Atmos Environ 45:6714–6723

Steib R (2005) Regulatory modelling activity in Hungary. In: Advances in Air Pollution Modeling for Environmental Security. 337–347

Thurston GD, Spengler JD (1985) A quantitative assessment of source contributions to inhalable particulate matter pollution in metropolitan Boston. Atmos Environ 19:9–25

U.S. Department of health and human services (2005) Toxicological profile for Nickel. http://www.atsdr.cdc.gov/toxprofiles/tp15pdf

U.S. Department of health and human services (2008) Draft Toxicological Profile for Chromium. http://www.atsdr.cdc.gov/toxprofiles/tp7pdf

US Environmental Protection Agency (1988) Air Emission Species Mamual Research Triangle Park, NC, I and II

US Environmental Protection Agency (1992) Integrated Risk Information System, Manganese. http://www.epa.gov/IRIS/subst/0373.htm

US Environmental Protection Agency (1996) Method 5- Determination of particulate matter emissions from stationary sources. http://www.epa.gov/ttn/emc/methods/method5html

US Environmental Protection Agency (2007) Risk assessment and modeling- Human exposure model (HEM). http://www.epa.gov/ttn/fera/human_hemhtml

US Environmental Protection Agency (2008a) Air pollutants/Hazardous Air Pollutants (HAPs). http://www.epa.gov/ttn/atw/allabouthtml

US Environmental Protection Agency (2008b) National Ambient Air Quality Standards (NAAQS). http://www.epa.gov/air/criteria.html#1

US Environmental Protection Agency (2010) Support Center for Regulator Atmospheric Modeling/Receptor Modeling/Chemical Balance Mass. http://www.epa.gov/ttn/scram/receptorcmbhtml

US Environmental Protection Agency (2012) Support Center for Regulator Atmospheric Modeling/Preferred/Recommended Models/AERMOD Modeling System. http://www.epa.gov/ttn/scram/dispersionprefer/html#aermod

Valberg PA, Long CM (2012) Do brain cancer rates correlate with ambient exposure levels of criteria air pollutants or hazardous air pollutants (HAPs)? Air Qual Atmos Health 5:115–123

Watson JG, Chow JC (2001) Source characterization of major emission sources in the Imperial and Mexicali Valleys along the US/Mexico border. Sci Total Environ 276:33–47

Watson JG, Chow JC, Lu Z, Fujita EM, Lowenthal DH, Lawson DR, Ashbaugh LL (1994) Chemical mass balance source apportionment of PM10 during the southern California air quality study. Aerosol Sci Technol 21:1–36

Yegnan A, Williamson DG, Graettinger AJ (2002) Uncertainty analysis in air dispersion modeling. Environ Model Softw 17:639–649

