This article was downloaded by: [Vivian Price]
On: 18 August 2015, At: 07:32
Publisher: Taylor & Francis
Informa Ltd Registered in England and Wales Registered Number: 1072954 Registered
office: 5 Howick Place, London, SW1P 1WG



# International Journal of Environmental Health Research

Publication details, including instructions for authors and
subscription information:
http://www.tandfonline.com/loi/cije20

# Cancer risk from exposure to hazardous air pollutants: spatial and social inequities in Tampa Bay, Florida

Jayajit Chakraborty [a]

[a] Department of Geography , University of South Florida , Tampa , USA

Published online: 24 Oct 2011.

To cite this article: Jayajit Chakraborty (2012) Cancer risk from exposure to hazardous
air pollutants: spatial and social inequities in Tampa Bay, Florida, International Journal of
Environmental Health Research, 22:2, 165-183, DOI: 10.1080/09603123.2011.628643

To link to this article: http://dx.doi.org/10.1080/09603123.2011.628643

PLEASE SCROLL DOWN FOR ARTICLE

Taylor & Francis makes every effort to ensure the accuracy of all the information (the
"Content") contained in the publications on our platform. However, Taylor & Francis,
our agents, and our licensors make no representations or warranties whatsoever as to
the accuracy, completeness, or suitability for any purpose of the Content. Any opinions
and views expressed in this publication are the opinions and views of the authors,
and are not the views of or endorsed by Taylor & Francis. The accuracy of the Content
should not be relied upon and should be independently verified with primary sources
of information. Taylor and Francis shall not be liable for any losses, actions, claims,
proceedings, demands, costs, expenses, damages, and other liabilities whatsoever or
howsoever caused arising directly or indirectly in connection with, in relation to or arising
out of the use of the Content.

This article may be used for research, teaching, and private study purposes. Any
substantial or systematic reproduction, redistribution, reselling, loan, sub-licensing,
systematic supply, or distribution in any form to anyone is expressly forbidden. Terms &
Conditions of access and use can be found at http://www.tandfonline.com/page/terms-
and-conditions

Case 8:14-cv-01748-MSS-TGW   Document 103-4   Filed 01/04/16   Page 2 of 20 PageID 401

*International Journal of Environmental Health Research*
Vol. 22, No. 2, April 2012, 165–183



# Cancer risk from exposure to hazardous air pollutants: spatial and social inequities in Tampa Bay, Florida

Jayajit Chakraborty*

*Department of Geography, University of South Florida, Tampa, USA*

(*Received 26 February 2011; final version received 21 July 2011*)

Recent environmental justice studies have emphasized the growing need to analyze the health impacts of disproportionate exposure to multiple pollution sources and incorporate geostatistical techniques that are suitable for analyzing spatial data. These objectives are addressed in a case study that evaluates spatial and social inequities in potential cancer risk from inhalation exposure to hazardous air pollutants (HAPs) from four types of emission sources in the Tampa Bay Metropolitan Statistical Area, Florida. This study utilizes modeled estimates of lifetime cancer risk from the 1999 National-Scale Air Toxics Assessment and socio-demographic data from the 2000 US Census. Statistical analyses are based on conventional multiple regression and locally derived spatial regression models that account for residual autocorrelation. Race, ethnicity, and home ownership are found to be significant predictors of cancer risk from ambient exposure to all four HAP source categories, after controlling for other relevant explanatory factors and spatial dependence in the data.

**Keywords:** air pollution; cancer; environmental justice; environmental health; spatial regression

Downloaded by [Vivian Price] at 07:32 18 August 2015

## Introduction

Concerns regarding spatial and social inequities in the distribution of environmental health hazards and their sources have led to a considerable amount of empirical research since the 1980s. The growing literature on environmental justice (EJ) analysis encompasses a wide range of quantitative studies that seek to determine if environmental risk burdens, known or potential, are distributed equally across various demographic and socioeconomic groups. While several statistical and spatial analytical techniques have been employed and many different study areas have been examined, most studies conclude that racial/ethnic minorities and individuals of lower socioeconomic status are disproportionately exposed to environmental health risks in the US (Maantay 2002; Bullard et al. 2007; Mohai et al. 2009). Although previous studies have made important strides in documenting various environmental inequities and the field continues to expand in new directions, quantitative EJ research has been characterized by three limitations that this article seeks to address.

First, a large number of EJ studies have used proximity to environmental hazard sources as a proxy for potential health risk (Pollock and Vittas 1995; Sheppard et al.

---

*Email: jchakrab@usf.edu

ISSN 0960-3123 print/ISSN 1369-1619 online
© 2012 Taylor & Francis
http://dx.doi.org/10.1080/09603123.2011.628643
http://www.tandfonline.com

1999; Stretesky and Lynch 1999; Perlin et al. 2001; Mennis 2002; Pastor et al. 2004; Mohai and Saha 2006; Kearney and Kiros 2009), instead of considering the quantity, toxicity, or environmental fate of released pollutants, as well as the route or extent of human exposure. To address this problem, air dispersion models have been utilized for estimating the spatial extent of exposure to toxic chemical releases from stationary sources (Chakraborty and Armstrong 1997, 2001; Bevc et al. 2007; Maantay et al. 2009). Recent studies have emphasized the need for EJ research to move beyond locational or chemical-by-chemical analyses, and make a systematic connection between disproportionate exposure patterns and their health impacts (Brulle and Pellow 2006; Maantay 2007; Mohai et al. 2009). While EJ analysis is increasingly moving toward a focus on the adverse health effects of environmental hazards (Corburn et al. 2006; Grineski 2007; Collins et al. 2011), more research is necessary to understand and document how unequal exposure to different types of pollution sources leads to disproportionate health risks among minority and socioeconomically disadvantaged communities.

Second, EJ studies have typically focused on a single type of environmental health hazard in a given study area. Inequities associated with prominent stationary sources of pollution such as hazardous waste and industrial manufacturing facilities have received more attention in the EJ research literature than mobile emission sources and smaller emitters (e.g. dry cleaners and auto-body repair shops) that also contaminate the local environment. Recent EJ studies have addressed this limitation by analyzing aggregated health risk from cumulative exposure to multiple air pollution sources (Pastor et al. 2005; Linder et al. 2008; Collins et al. 2011; Gilbert and Chakraborty 2011). Few studies, however, have attempted to systematically compare or examine how patterns of racial/ethnic or socioeconomic inequity differ according to the nature of emission source, in a single study area.

Third, quantitative EJ research has relied primarily on linear correlation or multivariate regression analysis to examine statistical associations between environmental risk indicators and relevant socio-demographic characteristics of the population. Classical multivariate regression models have been used to analyze dependent variables such as the presence of hazardous facilities (Pastor et al. 2004; Mohai and Saha 2006), distance to facilities (Pollock and Vittas 1995; Mennis 2002), quantity of pollutants released (Ringquist 1997; Daniels and Friedman 1999), toxicity-weighted risk scores (Ash and Fetter 2004; Sicotte and Swanson 2007), and estimated health risk (Morello-Frosch et al. 2001; Pastor et al. 2005). While least squares regression is a widely used technique for measuring the significance of relationships between dependent and explanatory variables, it ignores the notion that locational proximity often results in value similarity when most demographic or socioeconomic variables are mapped (Kissling and Carl 2008). This phenomenon is known as spatial dependence, and more formally as positive spatial autocorrelation. The presence of such autocorrelation can be problematic for standard statistical tests such as correlation and regression that assume independently distributed observations and errors. Regression analysis of spatially distributed variables can thus lead to incorrect statistical inference regarding model coefficients when spatial autocorrelation is present and when model specifications fail to include proper corrections for spatial dependence. Although EJ analysis is based on spatial data, only a few studies have used regression techniques that explicitly account for spatial autocorrelation (Pastor et al. 2005; Grineski and Collins 2008; Chakraborty 2009). Most EJ studies assume observations and error terms to be independent, thus

Downloaded by [Vivian Price] at 07:32 18 August 2015

Downloaded by [Vivian Price] at 07:32 18 August 2015

violating one of the classical regression assumptions and ignoring spatial effects that could lead to incorrect inferences about the significance of key explanatory variables such as the presence of racial/ethnic minorities or people in poverty.

This article aims to address methodological limitations of previous work and extend EJ research though a case study that evaluates social and spatial inequities in the distribution of estimated cancer risk from ambient exposure to hazardous air pollutants (HAPs) from multiple types of sources in the Tampa Bay Metropolitan Statistical Area, Florida. The study integrates modeled estimates of potential lifetime cancer risk from the US Environmental Protection Agency (EPA)' s 1999 National-Scale Air Toxics Assessment with socio-demographic data from the 2000 US Census to compare inequities associated with several stationary and mobile sources of HAP emissions. The specific objectives are to determine if cancer risks from ambient exposure to various sources of HAPs are distributed inequitably with respect to race, ethnicity, and socioeconomic status; and if the nature and significance of statistical relationships between cancer risk and race, ethnicity, or socioeconomic status differ according to the HAP source category. Statistical analyses are based on both conventional least squares regression and locally derived spatial regression models that explicitly account for spatial autocorrelation.

The broader goal of this study is to advance quantitative EJ research through several methodological improvements. First, environmental risk burdens are measured in terms of the adverse health risks (i.e. cancer) of ambient exposure to hazardous pollutants, instead of proximity to pollution sources, or the quantity/toxicity of emitted substances. Second, instead of focusing only on one type of pollution source (i.e. industrial point sources) or cumulative risk from multiple HAP sources, the relative impact of each emission source category and their EJ consequences are examined separately. Finally, spatial regression models are utilized to account for spatial dependence in the data and address the limitations of past studies that rely only on traditional regression to examine statistical relationships relevant to EJ analysis.

## Data and methods

The case study focuses on the Tampa-St. Petersburg-Clearwater Metropolitan Statistical Area (MSA), also known as the Tampa Bay MSA, which occupies approximately 6616 km$^2$ on Florida's west central coast. As shown in Figure 1, the MSA includes four counties, is bordered on the west by the Gulf of Mexico, and is intersected by three major interstate highways. Although its official census name is derived from the three major cities depicted in Figure 1, this MSA also encompasses five other unincorporated urban areas with a population between 50,000 and 100,000, and a variety of farmlands and preserves. With a total population of about 2.7 million inhabitants (2008), the Tampa Bay MSA is the second largest MSA in Florida and the 19th largest in the US. In terms of population density, Pinellas and Hillsborough counties are ranked first and fifth respectively, among counties in the state of Florida. Non-Hispanic Whites account for about 75% of this MSA's population, with non-Hispanic Blacks (11%) and Hispanics (12%) representing the two largest minority groups. Almost 20% of the MSA population is aged 65 or more years; Tampa Bay is ranked 11th in this category among all MSA's in the US.

The demographic diversity, large volume of hazardous chemicals stored and transported, as well as significant increases in both population and traffic-related

168    *J. Chakraborty*



Figure 1.   Location of the Tampa Bay Metropolitan Statistical Area (MSA), Florida.

Downloaded by [Vivian Price] at 07:32 18 August 2015

pollution in the last decade, make the Tampa Bay MSA an appropriate study area for this research. The suitability of this metropolitan area for EJ analysis has also been emphasized in previous studies that report racial, ethnic, and socioeconomic inequities in the distribution of various toxic facilities and pollution sources within counties of Tampa Bay (Stretesky and Lynch 1999; Chakraborty 2009; Chakraborty and Bosman 2010).

### Cancer risk from ambient exposure to hazardous air pollutants

HAPs, also known as air toxics, include 188 specific substances identified by in the Clean Air Act Amendments of 1990 that are known to or suspected of causing cancer and other serious health problems, including respiratory, neurological, immune, or reproductive effects (EPA 2009a). To measure cancer risks from ambient exposure to HAPs, this study uses data from the US EPA's National-Scale Air Toxics Assessment (NATA), which has recently emerged an important tool for estimating exposure concentrations and health risks associated with the inhalation of HAPs from various sources. This research is based on the 1999 NATA, which represents the closest match to the 2000 US Census and provides exposure and health risk estimates for 133 different HAPs and diesel particulate matter (EPA 2009b). The census tract is the smallest spatial unit for which health risk estimates are publicly available in this NATA. Tract level estimates of potential cancer or respiratory risk from the 1999 NATA have also been utilized in recent EJ research (Linder et al. 2008; Chakraborty 2009; Gilbert and Chakraborty 2011).

Downloaded by [Vivian Price] at 07:32 18 August 2015

The methodology used to generate estimates of health risk for the 1999 NATA comprises several steps (EPA 2009c). The 1999 National Emissions Inventory (NEI) serves as the data source on HAP emissions. The 1999 NEI data is used as input to a Gaussian dispersion model, Assessment System for Population Exposure Nationwide (ASPEN), that accounts for atmospheric decay to provide an estimate of the annual ambient concentration of HAPs. Estimates of ambient concentrations from the ASPEN are then included as input in an inhalation exposure model known as Hazardous Air Pollution Exposure Model 5 (HAPEM5). Through a series of calculation routines, the HAPEM5 model uses census population data, human activity patterns, ambient air quality levels, meteorological information, and indoor/outdoor concentration relationships to estimate an expected range of inhalation exposure concentrations for groups of individuals. From these exposure concentrations, the NATA estimates potential public health risks (e.g. cancer) from inhalation of HAPs following the EPA's risk characterization guidelines which assume a lifelong exposure to 1999 levels of outdoor air emissions.

This study focuses exclusively on cancer risk because cancer has been documented as the most likely adverse outcome associated with the inhalation of most HAPs (EPA 2008). Cancer risk estimates in the NATA are derived using inhalation unit risk (IUR) factors, a measure of the carcinogenic potency for each pollutant (EPA 2009b). Estimated lifetime cancer risks for each pollutant in each census tract are calculated using the following formula:

$$LCR_{ij} = C_{ij} \times IUR_j$$

where $LCR_{ij}$ is the estimate of individual lifetime cancer risk from air pollutant $j$ in census tract $i$, $C_{ij}$ is the concentration of air pollutant $j$ in micrograms per cubic meter ($\mu g/m^3$) in census tract $i$, and $IUR_j$ is the inhalation unit risk estimate, or cancer potency, for pollutant $j$.

Although the type of cancer (e.g. liver, blood, lung) and available evidence (e.g. known, suspected, or possible) varies by pollutant, the cancer risks of different HAPs are assumed to be additive and are summed to estimate an aggregate lifetime cancer risk for each census tract, measured in persons per million (EPA 2009b). These risk estimates are considered to be upper-bound estimates, defined as "a plausible upper limit to the true probability that an individual will contract cancer over a 70 year lifetime as a result of a given hazard" (EPA 2009a). A lifetime cancer risk of N in a million implies a likelihood that up to N persons, out of one million equally exposed people would contract cancer if exposed continuously (24 h per day) to the specific concentration over 70 years (an assumed lifetime). This risk would be an excess cancer risk that is in addition to any cancer risk borne by a person not exposed to these air pollutants. According to the 1999 NATA, approximately one out of every 25,000 Americans (40 in one million) could contract cancer from breathing HAPs if exposed to 1999 emissions levels for 70 years. This may be compared with estimates that one out of every three Americans (333,000 in one million) will contract cancer during a lifetime, when all possible causes are taken into account (EPA 2010).

For this study, estimates of potential lifetime cancer risk (persons per million) from inhalation exposure to four different types of HAP emission sources were obtained from the 1999 NATA for all census tracts ($N = 547$) in the Tampa Bay MSA and used to represent the dependent variables for regression analysis. These variables include the following source categories defined by the NATA:

170   *J. Chakraborty*

- *Major point sources*: facilities that emit 10 tons of one HAP or 25 tons of a combination of HAPs (e.g. large waste incinerators, industrial facilities);
- *Area and other point sources*: facilities with emissions below the ''major'' threshold levels (e.g. dry cleaners, auto repair shops);
- *On-road mobile sources*: motorized vehicles operating on roads and highways (e.g. cars, trucks, buses); and
- *Non-road mobile sources*: mobile sources not found on roads and highways (e.g. trains, airplanes, lawn mowers, construction vehicles).

Preliminary analysis of the 1999 NATA data for the Tampa Bay MSA indicated that the air toxic showing the greatest contribution to cancer risk is benzene. Other HAPs that also contribute substantially to cancer risk in this study area include ethylene dibromide, carbon tetrachloride, butadiene, and acetaldehyde.

### Explanatory variables

Inequities in the distribution of estimated cancer risk from HAPs are analyzed using a set of demographic and socioeconomic variables from US Census 2000 for the Tampa Bay MSA at the census tract level. The choice of census variables were guided, in part, by previous EJ studies conducted in this urban area (Stretesky and Lynch 1999; Chakraborty and Bosman 2010) and the state of Florida (Pollock and Vittas 1995; Kearny and Kiros 2009; Gilbert and Chakraborty 2011). To examine the effect of race/ethnicity, the main focus of EJ research in the US, the analysis includes separate variables representing the two largest minority groups in the MSA: the proportion of persons identified as non-Hispanic Black and the proportion of persons identified to be of Hispanic or Latino origin. Socioeconomic variables include the proportion of the population with an annual income below the federal poverty level (poverty rate) and the proportion of occupied housing units that are owner-occupied (home ownership rate). Communities characterized by lower poverty and higher home ownership rates can be expected to be less exposed to adverse health risk (Morello-Frosch et al. 2001; Pastor et al. 2005). The proportion of the population above the age of 65 years was also include since this metropolitan area is characterized by a relatively large proportion of senior citizens. Older residents can be expected to live in neighborhoods with lower cancer risk because of greater wealth among retirees and their propensity to reside in less polluted suburban areas (Chakraborty 2009). Following prior EJ studies, population density was included as a control variable based on the assumption that densely populated areas are more likely to contain pollution-generating activities. While population density is typically measured as the number of people per square mile, the natural logarithm of this value was taken in order to account for the diminishing effect of higher numbers, as suggested in several studies (Pastor et al. 2005; Gilbert and Chakraborty 2011).

### Statistical analysis

In order to assess the relationship between cancer risk from exposure to HAP sources and socio-demographic explanatory variables, a three-step process was utilized. First, multiple regression models based on the ordinary least squares (OLS) method were utilized to separately analyze lifetime cancer risk from each HAP source category. The dependent variable in these regression models is represented by

Downloaded by [Vivian Price] at 07:32 18 August 2015

the natural logarithm of cancer risk to reduce the effect of outliers and address skewness in the data. The basic OLS model used in this study can be summarized as:

$$y = \alpha + \sum_k \beta_k x_k + e$$

where $y$ equals the tract level lifetime cancer risk, $\alpha$ equals the intercept (constant), $x$ represents each independent variable, $k$ equals the number of independent variables, and $e$ represents the random error term (difference between the observed and predicted values of $y$).

Second, regression residuals (errors) from the OLS models were tested to determine if the standard linear regression assumption of independence has been satisfied, or whether the model results might be biased due to spatial correlation. Spatial autocorrelation is typically caused by geographic clustering when values at nearby locations are more similar or different than would be expected of a random distribution (Kissling and Carl 2008). This phenomenon has the potential to cause spatial dependence of regression model residuals, thus violating the classical assumption of independent observations (i.e. uncorrelated errors). The global Moran's I statistic was used to examine the presence of residual spatial autocorrelation (Anselin and Bera 1998). The Moran's I is typically scaled to an interval ranging from $-1.0$ to $+1.0$, where a large positive value indicates value similarity among neighbors (clustering, or positive spatial autocorrelation), a large negative value indicates value dissimilarity (dispersion, or negative spatial autocorrelation), and a value near zero suggests the lack of spatial autocorrelation. The pseudo statistical significance of the Moran's I is estimated using a permutation approach that compares its observed value to a reference distribution of Moran's I values generated under conditions of spatial randomness (Anselin 2005).

In order to test for spatial autocorrelation and construct an appropriate spatial regression model, it is first necessary to determine which analytical units are sufficiently proximate for spatial interaction to occur. For this purpose, a connectivity or spatial weights matrix is used to specify, for each spatial unit, which other units are "neighbors" and may influence its values (Cliff and Ord 1981). Since the structure of spatial dependence among analytical units in a study area is not known in advance, the specification of this weights matrix is a matter of considerable arbitrariness and a wide range of suggestions are available (Anselin and Bera 1998). Software programs such as *GeoDa* provide two basic approaches for defining the neighbors of a spatial unit: contiguity-based or distance-based. The contiguity-based approach (rook-based or queen-based selection) is appropriate when spatial units are represented by square grids of uniform size, and not census tracts that vary considerably in both shape and size (Pastor et al. 2005; Grineski and Collins 2008; Chakraborty 2009). A second approach to neighbor identification is based on measuring the Euclidean centroid-to-centroid distance between spatial units in a study area and defining neighbors on the basis of units whose centroids fall within a user-specified radius (distance band) around the centroid of each unit.

For the distance-based approach, the radius of the distance band for selecting neighbors is an important consideration. Since census tracts vary widely in size according to population density, a small radius will cause larger tracts in less urbanized areas to have no neighbors, while a large radius will cause smaller tracts in densely populated areas to have an excessively high number of neighbors. The

Downloaded by [Vivian Price] at 07:32 18 August 2015

172   *J. Chakraborty*

Downloaded by [Vivian Price] at 07:32 18 August 2015

literature suggests that the choice of this distance should reflect the theoretical understanding of the process or variable being mapped (Anselin 1988; Odland 1988). For ambient exposure to air pollutants, 2000 m has been assumed to represent the maximum distance for adverse health effects in several previous studies (Venn et al. 2001; Wu and Batterman 2006; Chakraborty 2009). The distance-based spatial weights matrix selected for this study thus considers any two tracts to be neighbors if their centroids are within 2000 m from each other. The regression results reported in this article were also found to be robust to minor increases or decreases of this distance.

Finally, when spatial dependence was detected in the residuals of the OLS models, appropriate spatial regression models were specified to augment the standard linear regression equation and account for residual spatial autocorrelation. Simultaneous autoregressive (SAR) models are statistical models that consider spatial autocorrelation as an additional variable in the regression and estimate its effect simultaneously with the effects of other explanatory variables. This additional term is implemented with the spatial weights matrix which accounts for patterns in the dependent variable that are not predicted by explanatory variables, but are instead related to values in neighboring locations. Software programs such as *GeoDa* provide two ways to incorporate spatial dependence in a regression model, depending on where spatial autocorrelation is assumed to occur (Anselin 2005). The spatial error model assumes that only the error term is spatially autocorrelated, while the spatial lag model assumes that autocorrelation is an inherent characteristic of the dependent variable.

The choice of SAR model specification (lag or error) to account for spatial autocorrelation should ideally be based on the theory of the process under investigation. In most practical situations, this decision is guided by the Lagrange Multiplier test statistics provided by *GeoDa* (Anselin 2005). After testing both approaches, the spatial error model was selected for this analysis. Residuals from the spatial lag models exhibited autocorrelation even though the coefficients for explanatory variables were similar to those provided by the spatial error models. The decision rule recommended by Anselin (2005), based on the results of the Lagrange Multiplier test, also supported the use of the spatial error specification.

The third phase of this study thus utilizes the spatial error model to analyze the estimated lifetime cancer risk as a function of the explanatory variables. In a spatial error model, the OLS regression equation is augmented by a term $(\lambda We)$ which represents the spatial structure $(\lambda W)$ of the spatially dependent error term $(e)$. It can be summarized as follows:

$$y = \alpha + \sum_k \beta_k x_k + \lambda We + u$$

where $\lambda$ represents the spatial autoregressive coefficient (spatial error parameter), $W$ is the spatial weights matrix (distance-based), and $u$ is the spatially independent error term. All statistical analyses were conducted using the open-source spatial analysis software program *GeoDa* (Anselin 2005).

**Results**

Summary statistics for the entire set of variables used in this study are provided in Table 1. The spatial distribution of estimated cancer risk associated with inhalation

Table 1. Summary statistics for dependent and independent variables, Tampa Bay MSA, 2000.

|  | N | Mean | SD | Min | Max |
|---|---|---|---|---|---|
| Lifetime cancer risk (persons/million)* | | | | | |
| Major point sources | 547 | 0.349 | 0.279 | 0.007 | 4.494 |
| Area and other point sources | 547 | 7.461 | 4.323 | 2.069 | 38.661 |
| On-road mobile sources | 547 | 10.388 | 4.173 | 2.683 | 33.243 |
| Non-road mobile sources | 547 | 2.213 | 1.408 | 0.404 | 16.796 |
| Explanatory variables | | | | | |
| Population per square mile | 547 | 3122 | 2107 | 17 | 16,088 |
| Proportion Black | 544 | 0.116 | 0.201 | 0.001 | 0.985 |
| Proportion Hispanic | 547 | 0.104 | 0.109 | 0.002 | 0.706 |
| Proportion below poverty | 546 | 0.120 | 0.095 | 0.010 | 0.768 |
| Proportion owner-occupied homes | 543 | 0.651 | 0.218 | 0.004 | 1.000 |
| Proportion aged 65 years or more | 547 | 0.191 | 0.134 | 0.001 | 0.850 |

Note: *Based on inhalation exposure to hazardous air pollutants.

exposure to the four HAP source categories is depicted in Figure 2. For each map, census tracts in the study area are classified into four quartiles based on the corresponding values of lifetime cancer risk in persons per million. These maps, as well as descriptive statistics for dependent variables, indicate that cancer risk from area point sources (mean = 7.5) and on-road mobile sources (mean = 10.4) are substantially higher compared to those from major point sources (mean = 0.349) and non-road mobile (mean = 2.2) sources, throughout the study area.

Correlation coefficients representing the statistical association between each pair of dependent variables are listed in Table 2. Lifetime cancer risk from both mobile emission sources are strongly and positively correlated with each other, as well as to cancer risk from other point sources. The correlation between cancer risk from major point sources and all other sources is also significantly positive, but the coefficients are considerably smaller. While these statistically significant $r$-values may suggest distributional similarities, Figure 1 indicates how the geographic pattern of potential cancer risk within this metropolitan area differs according to HAP source category. Census tracts in the highest quartile for cancer risk from major point sources indicate a more dispersed pattern, compared to those in the same quartile for cancer risk from area and other point sources. Specifically, tracts facing the greatest risk (top 25%) from area and other point sources can be found primarily in densely populated regions within or near the city of Tampa, while tracts in the top 25% for cancer risk from major point sources are located in several sparsely populated and peripheral areas across the MSA. Tracts in the highest quartile for cancer risk from on-road mobile sources can be observed in the more populated urban areas of this region and near major highway interchanges, while those in the top quartile for non-road mobile sources are located close to the two international airports in this MSA and the Port of Tampa.

The tract level distributions of the six explanatory variables within the Tampa Bay MSA are presented in Figure 3. These maps suggest that densely populated neighborhoods and those characterized by higher proportions of racial/ethnic minorities are less likely to contain homeowners and older residents. Most tracts in the highest quartile for population density, proportion Black, and proportion Hispanic are located in the lowest quartile associated with the proportion of both owner-occupied homes and residents aged 65 years or more. Tracts in the highest

Downloaded by [Vivian Price] at 07:32 18 August 2015

174     *J. Chakraborty*

Downloaded by [Vivian Price] at 07:32 18 August 2015



Figure 2.   Lifetime cancer risk from hazardous air pollutants by census tract, Tampa Bay MSA, 1999. (a) Major point sources. (b) Area and other point sources. (c) On-road mobile sources. (d) Non-road mobile sources.

quartile for poverty rate, however, can be found in areas containing both high and low proportions of Black and Hispanic populations.

### Traditional least squares regression

The first step of the analysis consisted of developing standard multiple regression models of lifetime cancer risk from each HAP source category, based on the six explanatory variables described previously and OLS method. The results of this conventional regression analysis are summarized in Table 3. The OLS regression models appear to perform reasonably well for this data set. The ANOVA *F*-test indicates overall significance in all four models ($p < 0.001$) and the adjusted R-

Downloaded by [Vivian Price] at 07:32 18 August 2015



Figure 3.   Distribution of explanatory variable quartiles by census tract, Tampa Bay MSA, 2000. (a) Population per square mile. (b) Proportion Black. (c) Proportion Hispanic. (d) Proportion below poverty. (e) Proportion owner-occupied homes. (f) Proportion 65 years or more.

squared values range from 0.25 to 0.50, suggesting a respectable goodness-of-fit. The condition index is smaller than 30 (25.53), indicating the absence of collinearity problems among the explanatory variables. The regression results are generally consistent with the theoretical expectations of environmental health injustice in the

Downloaded by [Vivian Price] at 07:32 18 August 2015

Table 2.   Bivariate linear correlations (Pearson's *r*) between lifetime cancer risk from various sources of hazardous air pollutants, Tampa Bay MSA, 1999.

|  | Major point sources | Area and other point sources | On-road mobile sources | Non-road mobile sources |
|---|---|---|---|---|
| Major point sources | – | 0.161** | 0.190** | 0.202** |
| Area and other point sources | 0.161** | – | 0.787** | 0.817** |
| On-road mobile sources | 0.190** | 0.787** | – | 0.669** |
| Non-road mobile sources | 0.202** | 0.817** | 0.669** | – |

Note: **$p < 0.01$; $N = 547$ census tracts.

Table 3.   Conventional multiple regression of lifetime cancer risk (natural log) from inhalation exposure to hazardous air pollutants.

| Variable | Major point sources | Area and other point sources | On-road mobile sources | Non-road mobile sources |
|---|---|---|---|---|
| Population density (natural log) | 0.257** | 0.151** | 0.159** | 0.219** |
|  | (0.000) | (0.000) | (0.000) | (0.000) |
| Proportion Black | 0.747* | 0.423** | 0.307** | 0.457** |
|  | (0.029) | (0.001) | (0.005) | (0.000) |
| Proportion Hispanic | 0.438 | 0.246 | 0.788** | 1.180** |
|  | (0.132) | (0.076) | (0.000) | (0.000) |
| Proportion below poverty | −1.682** | −0.001 | −0.134 | −0.813** |
|  | (0.001) | (0.998) | (0.592) | (0.002) |
| Proportion owner-occupied homes | −0.775** | −0.253** | −0.267** | −0.538** |
|  | (0.000) | (0.002) | (0.001) | (0.000) |
| Proportion 65 years of more | −1.393** | −0.588** | −0.452** | −0.245* |
|  | (0.000) | (0.000) | (0.000) | (0.047) |
| Constant | −2.378** | 0.816** | 1.198** | −0.692** |
|  | (0.000) | (0.000) | (0.000) | (0.000) |
| *F* statistic | 35.439** | 72.401** | 56.127** | 90.289** |
| Adjusted R-squared | 0.275 | 0.377 | 0.498 | 0.439 |
| Multicollinearity condition index | 25.530 | 25.530 | 25.530 | 25.530 |
| Residual Moran's I | 0.259** | 0.499** | 0.412** | 0.459** |

Note: *$p < 0.05$; **$p < 0.01$; $N = 547$ census tracts; *p*-values in parentheses.

Tampa Bay MSA, with the exception of one variable (poverty rate). In all four models, population density and proportion Black indicate a significantly positive association with lifetime cancer risk, while the proportion of owner-occupied homes and residents aged 65 or more years reveal a significantly negative relationship. Although the Hispanic proportion shows a significant and positive effect on cancer risk from both on-road and non-road mobile HAP sources, this variable is not significantly related to cancer risk from point sources. In summary, traditional OLS regression analysis indicates that cancer risks from all HAP sources are distributed inequitably with respect to race and home ownership, while cancer risks from mobile emission sources are distributed inequitably with respect to race, ethnicity, and home ownership.

Downloaded by [Vivian Price] at 07:32 18 August 2015

The next step consisted of investigating if the regression residuals (errors) from these four OLS models satisfy the standard linear regression assumption of independence, or if they exhibit significant spatial autocorrelation. The residual Moran's $I$ for each OLS regression equation is included in the last row of Table 3. All four models of lifetime cancer risk yield large positive values of the Moran's I statistic ($0.26 < I < 0.50$) that are statistically significant ($p < 0.0001$), thus confirming that the residuals are spatially dependent with respect to their values in neighboring tracts. Since this is a serious violation of an OLS assumption, inferences drawn from the traditional multiple regression models in Table 3 could be flawed.

### Spatial error regression

Spatial regression modeling was utilized to account for the significant and positive spatial autocorrelation indicated by the OLS regression residuals. The SAR model results, obtained using the spatial error specification, are summarized in Table 4. The Moran's I test statistic for the regression residuals in all four spatial error models is less than 0.10, pointing to a substantial decrease in spatial autocorrelation with respect to the original OLS models (Table 3). Additionally, the residual Moran's I in these models is not significantly different from zero ($p > 0.05$), which suggests that the inclusion of the spatial autoregressive term has effectively eliminated spatial dependence of residuals. Compared to the conventional regression model which yielded an adjusted R-squares of 0.26 to 0.50 (Table 3), the R-squared for the SAR models range from 0.42 to 0.74 (Table 4), suggesting a considerable improvement in

Table 4. Spatial error regression of lifetime cancer risk (natural log) from inhalation exposure to hazardous air pollutants.

| Variable | Major point sources | Area and other point sources | On-road mobile sources | Non-road mobile sources |
|---|---|---|---|---|
| Population density (natural log) | 0.234** | 0.117** | 0.149** | 0.203** |
| | (0.000) | (0.000) | (0.000) | (0.000) |
| Proportion Black | 0.528* | 0.316** | 0.302** | 0.339** |
| | (0.027) | (0.003) | (0.007) | (0.003) |
| Proportion Hispanic | 0.969** | 0.418** | 0.492** | 0.596** |
| | (0.002) | (0.000) | (0.000) | (0.000) |
| Proportion below poverty | −2.016** | 0.148 | −0.254 | −0.669** |
| | (0.000) | (0.467) | (0.261) | (0.003) |
| Proportion owner-occupied homes | −0.716** | −0.122* | −0.238** | −0.389** |
| | (0.000) | (0.043) | (0.001) | (0.000) |
| Proportion 65 years of more | −1.050** | −0.329** | −0.319** | −0.164 |
| | (0.000) | (0.000) | (0.001) | (0.096) |
| Constant | −2.373** | 0.941** | 1.230** | −0.695** |
| | (0.000) | (0.000) | (0.000) | (0.000) |
| Spatial error parameter (lambda) | 0.478** | 0.739** | 0.592** | 0.634** |
| | (0.000) | (0.000) | (0.000) | (0.000) |
| Pseudo R-squared | 0.419 | 0.742 | 0.593 | 0.699 |
| Residual Moran's I | 0.067 | 0.043 | 0.009 | 0.005 |
| Akaike information criterion (AIC) | 1026.70 | 115.05 | 181.44 | 197.28 |
| Percent decline in AIC (from OLS) | 6.86% | 72.43% | 47.03% | 50.20% |

Note: *$p < 0.05$; **$p < 0.01$; $N = 547$ census tracts; $p$-values in parentheses.

178   *J. Chakraborty*

model fit. Since the SAR model parameters are estimated using the maximum likelihood method, the pseudo R-squared from a SAR model is not directly comparable to the adjusted R-squared from OLS regression. The Akaike information criterion (AIC) is considered to be a more appropriate metric for comparing the SAR model with the OLS model because it provides a compromise between model fit and the number of parameters. While AIC is a relative measure and cannot be interpreted on its own, a lower AIC score between competing models is indicative of the more correct or valid model (Grove et al. 2006). According to Table 4, the AIC scores from all four SAR models are substantially smaller than those from their respective OLS models. With the exception of cancer risk from major point sources, all SAR models indicate an almost 50% decline in AIC, suggesting a sizeable improvement in model performance.

The most statistically significant coefficient ($p < 0.001$) in all SAR models is the spatial error parameter, confirming again the utility of including this additional term in the model and the limitation of OLS regression to account for spatial autocorrelation. While the inclusion of the SAR term minimizes residual spatial autocorrelation and improves overall model fit, the regression coefficients for most explanatory variables in all four SAR models (Table 4) suggest a decrease in absolute value with respect to those in the OLS models (Table 3). The signs and significance of the explanatory variables in the spatial error models, however, remain consistent with those observed in the OLS models. Population density and the Black proportion again show a significantly positive relationship in all four models, while the proportion of owner-occupied homes and residents aged 65 or more years indicate a negative relationship. A major exception is the Hispanic proportion, which is significantly and positively associated with cancer risk from all four HAP source categories. Although this variable did not show a significant effect in the two OLS models for cancer risk from point source emissions, the Hispanic proportion yields a positively significant coefficient in the SAR models for cancer risk from both major and area point sources. The conventional OLS approach can thus lead to incorrect inferences regarding the role of ethnicity in explaining the distribution of cancer risk from point sources of HAP emissions in the Tampa Bay MSA, since the regression residuals are spatially dependent.

## Discussion

This article extends quantitative EJ research by: (1) assessing social inequities in adverse health risk (cancer), instead of potential exposure or proximity to pollution sources; (2) separately analyzing the EJ implications of multiple types of toxic emissions, instead of focusing on cumulative risk or a single source category; and (3) implementing regression models that explicitly account for spatial dependence, instead of relying only on traditional regression models that may not be suitable for geospatial data. To address these objectives, the case study examines spatial and socio-demographic inequities in the distribution of excess cancer risk from ambient exposure to four different types of HAP emission sources in the Tampa Bay MSA.

The findings clearly demonstrate that potential lifetime cancer risks from all emission source categories are distributed inequitably with respect to race, ethnicity and home ownership, after controlling for other relevant explanatory factors and the presence of spatial dependence in the data. The spatial regression results (Table 4) indicate that a 10% increase in the number of Black residents in a census tract

Downloaded by [Vivian Price] at 07:32 18 August 2015

ase 8:14-cv-01748-MSS-TGW Document 103-4 Filed 01/04/16 Page 16 of 20 PageID 402

increases lifetime cancer risk from major point sources by 5.4%, other point sources by 3.2%, on-road mobile sources by 3.1%, and non-road mobile sources by 3.4%, assuming values of all other variables remain unchanged and adjusting for residual spatial autocorrelation. Similarly, a 10% increase in Hispanic residents increases lifetime cancer risk from major point sources by 10.2%, other point sources by 2.5%, on-road mobile sources by 5.0%, and non-road mobile sources by 6.1%, assuming all other variables are at the same level and accounting for spatial autocorrelation. However, a 10% increase in owner-occupied housing units decreases cancer risk from major point sources by 6.9%, other point sources by 1.2%, on-road mobile sources by 2.4%, and non-road mobile sources by 3.8%. These findings are generally consistent with the results of a recent EJ study that found adverse health risks from ambient exposure to on-road HAPs to be significantly greater in tracts containing a higher proportion of racial/ethnic minorities and lower proportion of homeowners in the Tampa Bay MSA (Chakraborty 2009).

Potential cancer risk associated with all four source categories is also significantly greater in densely populated tracts. This finding matches the results of other studies that have examined the effect of population density on environmental pollution in Florida (Pollock and Vittas 1995; Gragg et al. 1996; Gilbert and Chakraborty 2011). The results also reveal a significantly negative relationship between cancer risk from all sources and residents aged 65 or more years. As reported in previous EJ studies conducted in counties of the Tampa Bay MSA (Stretesky and Lynch 1999; Chakraborty 2009), a large proportion of the elderly population resides in predominantly White and affluent suburban neighborhoods that are less likely to be exposed to toxic air pollution. The proportion of residents below the poverty level shows a significantly negative association with cancer risk from major point sources and non-road mobile sources, but a non-significant relationship with cancer risk from the two other sources. The divergence in results for race/ethnicity and poverty reflect the fact that the geographic distribution of people in poverty is not identical to the distribution of Black or Hispanic residents in this study area, as depicted in Figure 3. Additionally, the relationship between poverty rate and HAP exposure is not uniform throughout the Tampa Bay MSA. Higher proportions of residents in poverty can be found in tracts with low cancer risk in suburban areas, high cancer risk in the densely populated urbanized areas, and moderate cancer risk in other areas, within this MSA. Since these local variations cannot be uncovered by a single (global) regression model for the entire study area, geographically weighted regression (Fotheringham et al. 2002) can be used in future research to explore and analyze how statistical relationships between cancer risk from HAP exposure and specific explanatory factors such as poverty rate vary spatially inside this MSA.

Although the geographic distribution of potential cancer risk from the four HAP source categories differs within the study area, the regression results indicate that their EJ implications are similar. Densely populated tracts containing higher proportions of minorities and lower proportions of homeowners are most likely to be exposed to increased cancer risk from all source categories. The consistency of EJ results across various emission sources support the claim that racial/ethnic minorities in US urban areas are often segregated or constrained to reside in neighborhoods that are disproportionately exposed to multiple types of environmental externalities and pollution (Morello-Frosch and Jesdale 2006; Mohai et al. 2009).

From a methodological perspective, the results clearly indicate the need to account for spatial autocorrelation in regression models for EJ analysis.

Downloaded by [Vivian Price] at 07:32 18 August 2015

Conventional regression analysis could lead to the erroneous conclusion that the Hispanic population is not disproportionately impacted by HAP exposure from point sources in this study area, because the least squares regression models show a statistically non-significant association between cancer risk and the Hispanic variable. The spatial error models, however, reveal a significantly positive relationship between the Hispanic proportion and cancer risk from both point sources, thus demonstrating that spatial autocorrelation in regression residuals could mask the significance of traditional statistical tests.

There are, however, several caveats associated with the methodology and data set used for this study. Since this research is based on estimates provided by the EPA's 1999 NATA, it focuses specifically on excess cancer risk from inhalation exposure to HAPs at the neighborhood (census tract) level. Other medical or lifestyle factors such as tobacco use, poor nutrition, physical inactivity, and obesity that are known to increase the likelihood of contracting cancer at the individual level are not considered in this analysis. Additionally, modeled estimates of cancer risk from the NATA should not be confused with, or substituted for, actual cancer incidence from exposure to HAPs. Future studies should integrate and supplement estimates of potential cancer risk from the NATA with local cancer registry data and hospitalization records in order to improve our understanding of the linkages between disproportionate environmental exposure and health disparities.

It is also important to consider other features of the 1999 NATA that limit the kinds of conclusions that can be drawn (EPA 2009d). First, the results reflect exposure and potential cancer risk associated with 133 of the 188 recognized HAPs and thus fail to provide a comprehensive assessment of all air pollutants of concern. Second, the NATA includes risks from only direct inhalation of the emitted air toxics and ignores human exposure from other pathways such as ingestion or skin contact. Consideration of these other routes of exposure should have the effect of increasing the exposure and risk. Third, the assessment does not include exposure to HAPs produced indoors, such as from stoves or evaporative benzene emissions from cars in attached garages. For some pollutants such as formaldehyde, these indoor sources can contribute significantly to the total exposure for an individual, even if only inhalation exposures are considered. Fourth, the NATA risk estimates only include individual and additive health effects. Synergistic interactions among air toxics from various sources may pose additional cancer risks that have not been examined in this study.

In conclusion, this article provides strong evidence of racial/ethnic and home ownership disparities in the adverse health effects of ambient exposure to air toxics in Tampa Bay. This inequity is consistent across major and smaller point sources, as well as on-road and non-road mobile sources of HAP emissions. These findings suggest that efforts to minimize or mitigate disproportionate environmental risk burdens in this urban area must include policies that aim to reduce toxic air pollution from both stationary and mobile sources. More research is necessary to understand the various socioeconomic, political, and spatial processes that are causing these environmental health disparities and identify neighborhoods where social inequities are of greatest concern. Meanwhile, the findings underscore the need to utilize statistical techniques that control for spatial dependence and thus provide reliable results for the assessment of environmental health and injustice. Instead of relying only on traditional methods such as linear correlation or multiple regression, future research on the analysis of environmental health risk and related disparities should

Downloaded by [Vivian Price] at 07:32 18 August 2015

incorporate statistical methodologies that are appropriate for analyzing spatial data and relationships.

## Acknowledgment

Research for this article was partially supported by the U.S. National Science Foundation Infrastructure Management and Extreme Events Program (Award No. CMMI-1130191 and CMMI-1129984).

## References

Anselin L. 1988. Spatial econometrics: methods and models. Dordrecht, The Netherlands: Kluwer Academic.

Anselin L. 2005. Exploring spatial data with GeoDa: a workbook. Urbana-Champaign, IL: Spatial Analysis Laboratory, Department of Geography, University of Illinois.

Anselin L, Bera A. 1998. Spatial dependence in linear regression models with an introduction to spatial econometrics. In: Ullah A, Giles DEA, editors. Handbook of applied economic statistics. New York: Marcel Dekker. p. 237–289.

Ash M, Fetter TR. 2004.Who lives on the wrong side of the environmental tracks? Evidence from the EPA's Risk-Screening Environmental Indicators model. Soc Sci Quar. 78:793–810.

Bevc CE, Marshall BK, Picou JS. 2007. Environmental justice and toxic exposure: toward a spatial model of physical health and psychological well-being. Soc Sci Res. 36:48–67.

Brulle RJ, Pellow DN. 2006. Environmental justice: human health and environmental inequalities. Annu Rev Public Health. 27(1):103–124.

Bullard RD, Mohai P, Saha R, Wright B. 2007. Toxic waste and race at twenty, 1987–2007: a report prepared for the United Church of Christ Justice and Witness Ministries. Cleveland, Ohio: Justice and Witness Ministries, United Church of Christ.

Chakraborty J. 2009. Automobiles, air toxics, and adverse health risks: environmental inequities in Tampa Bay, Florida. Annals Assoc Am Geog. 99(4):647–697.

Chakraborty J, Armstrong MP. 1997. Exploring the use of buffer analysis for the identification of impacted areas in environmental equity assessment. Cartogr Geogr Inform. 24:145–157.

Chakraborty J, Armstrong MP. 2001. Assessing the impact of airborne toxic releases on populations with special needs. Prof Geogr. 53:119–131.

Chakraborty J, Bosman MM, editors. 2010. Spatial and environmental injustice in an American metropolis: a study of Tampa Bay, Florida. Amherst, NY: Cambria Press.

Cliff AD, Ord JK. 1981. Spatial processes: models and applications. London: Pion Limited.

Collins TW, Grineski SE, Chakraborty J, McDonald YJ. 2011. Understanding environmental health inequalities through comparative intracategorical analysis: racial/ethnic disparities in cancer risks from air toxics in El Paso County, Texas. Health Place. 17:335–344.

Corburn J, Osleeb J, and Porter M. 2006. Urban asthma and the neighbourhood environment in New York City. Health Place. 12:167–179.

Daniels G, Friedman S. 1999. Spatial inequality and the distribution of industrial toxic releases: evidence from the 1990 TRI. Soc Sci Quar. 80:244–62.

EPA. 2008. Air toxics website: health effects notebook for hazardous air pollutants [cited 2009 Dec 5]. Available from: http://www.epa.gov/ttn/atw/hlthef/hapindex.html.

EPA. 2009a. National-scale air toxics assessment – glossary of key terms [cited 2009 Jan 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/gloss1.html.

EPA. 2009b. National-scale air toxics assessment – 1999 assessment results [cited 2010 Jan 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/nsata99.html.

EPA. 2009c. National-scale air toxics assessment – the four steps of the assessment [cited 2010 Jan 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/4steps99.html.

EPA. 2009d. National-Scale Air Toxics Assessment – 1999 assessment limitations [cited 2011 May 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/limitations.html.

EPA. 2010. National-Scale Air Toxics Assessment – Frequent Questions [cited 2011 May 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/nata99faq.html.

Downloaded by [Vivian Price] at 07:32 18 August 2015

Downloaded by [Vivian Price] at 07:32 18 August 2015

Fotheringham, SA, Brunsdon C, Charlton, ME. 2002. Geographically weighted regression: the analysis of spatially varying relationships. Chichester, UK: Wiley.

Gilbert A, Chakraborty J. 2010. Using geographically weighted regression for environmental justice analysis: cumulative cancer risks from air Toxics in Florida. Soc Sci Res. 40:273–286.

Gragg RD, Christaldi RA, Leong S, Cooper M. 1996. The location and community demographics of targeted environmental hazardous sites in Florida. J Land Use Environ Law. 12:1–24.

Grineski SE. 2007. Incorporating health outcomes into environmental justice research: the case of children's asthma and air pollution in Phoenix, Arizona. Env Hazards.7:360–371.

Grineski SE, Collins T. 2008. Exploring environmental injustice in the Global South: Maquiladoras in Ciudad Juárez. Popul Environ. 29:247–270.

Grove JM, Troy AR, O'Neil-Dunne JPM,. Burch Jr. WR, Cadenasso ML, Pickett STA. 2006. Characterization of households and its implications for the vegetation of urban ecosystems. Ecosystems. 9:578–597

Kearney G, Kiros GE. 2009. A spatial evaluation of socio demographics surrounding National Priorities List sites in Florida using a distance-based approach. Int J Health Geogr. 8:33.

Kissling WD, Carl G. 2008. Spatial autocorrelation and the selection of simultaneous autoregressive models. Global Ecol and Biogeog. 17:59–71.

Linder SH, Marko D, Sexton K. 2008. Cumulative cancer risk from air pollution in Houston: disparities in risk burden and social disadvantage. Env Sci Technol. 42(12): 4312–4322.

Maantay JA. 2002. Mapping environmental injustices: pitfalls and potential of geographic information systems (GIS) in assessing environmental health and equity. Environ Health Persp. 110(Supp 2):161–171.

Maantay JA. 2007. Asthma and air pollution in the Bronx: methodological and data considerations in using GIS for environmental justice and health research. Health Place. 13(1):32–56.

Maantay JA, Tu J, Maroko AR. 2009. Loose-coupling an air dispersion model and a geographic information system (GIS) for studying air pollution and asthma in the Bronx, New York City. Int J Environ Health Res. 19(1):59–79.

Mennis J. 2002. Using geographic information systems to create and analyze statistical surfaces of population and risk for environmental justice analysis. Soc Sci Quar. 83:281–297.

Mohai P, Pellow DN, Roberts JT. 2009. Environmental justice. Annu Rev Environ Resour. 34:405–430.

Mohai P, Saha R. 2006. Reassessing racial and socio-economic disparities in environmental justice research. Demography. 43(2):383–399.

Morello-Frosch R, Jesdale W. 2006. Separate and unequal: residential segregation and estimated cancer risks associated with ambient air toxics in U.S. metropolitan areas. Environ Health Persp.114:1–8.

Morello-Frosch R, Pastor M, Sadd J. 2001. Environmental justice and Southern California's ''riskscape'' – the distribution of air toxics exposures and health risks among diverse communities. Urban Aff Rev.36:551–578.

Odland J. 1988. Spatial autocorrelation. Newbury Park, CA: Sage.

Pastor M, Morello-Frosch R, Sadd J. 2005. The air is always cleaner on the other side: race, space, and ambient air toxics exposures in California. J Urban Aff. 27(2):127–148.

Pastor M, Sadd JL, Morello-Frosch R. 2004. Waiting to inhale: the demographics of toxic air releases in 21st century California. Soc Sci Quar. 85(2):420–440.

Perlin SA, Wong D, Sexton K. 2001. Residential proximity to industrial sources of air pollution: interrelationships among race, poverty, and age. J Air Waste Manage. 51:406–421.

Pollock PH, Vittas ME. 1995. Who bears the burden of environmental pollution? race, ethnicity, and environmental equity in Florida. Soc Sci Quar. 76(2):294–310.

Ringquist EJ. 1997. Equity and the distribution of environmental risk: the case of TRI facilities. Soc Sci Quar. 78:811–829.

Sheppard E, Leitner H, McMaster RB, Hongguo T. 1999. GIS based measures of environmental equity: exploring their sensitivity and significance. J Expo Anal Environ Epidemiol. 9:18–28.

Case 8:14-cv-01748-MSS-TGW Document 103-4 Filed 01/04/16 Page 20 of 20 PageID 403

Sicotte D, Swanson S. 2007. Whose risk in Philadelphia? proximity to unequally hazardous industrial facilities. Soc Sci Quar. 88:515–534.

Stretesky P, Lynch MJ. 1999. Environmental justice and the predictions of distance to accidental chemical releases in Hillsborough County, Florida. Soc Sci Quar. 80(4):830–846.

Venn AJ, Lewis SA, Cooper M, Hubbard R, Britton J. 2001. Living near a main road and the risk of wheezing illness in children. Am J Respir Crit Care Med. 164:2177–2180.

Wu YC, Batterman S. 2006. Proximity of schools in Detroit, Michigan to automobile and truck traffic. J Expo Sci Environ Epidemiol. 16:457–470.

Downloaded by [Vivian Price] at 07:32 18 August 2015