

# Integrated Science Assessment for Sulfur Oxides - Health Criteria

September 2008
ISA: EPA/600/R-08/047F
Annexes: EPA/600/R-08/047FA

Contains Errata Sheet created on 3/4/2009

# Disclaimer

This document has been reviewed in accordance with U.S. Environmental Protection Agency policy and approved for publication. Mention of trade names or commercial products does not constitute endorsement or recommendation for use.

National Center for Environmental Assessment - RTP
Office of Research and Development
U.S. Environmental Protection Agency
Research Triangle Park, NC

# Table of Contents

Table of Contents ................................................................................................................................... i

List of Tables ...................................................................................................................................... v

List of Figures ..................................................................................................................................... vii

Acronyms and Abbreviations ............................................................................................................... x

Authors and Contributors .................................................................................................................... xxii

SO$_X$ Project Team ............................................................................................................................... xxvi

Clean Air Scientific Advisory Committee for Sulfur Oxides Primary NAAQS Review Panel _____ xxviii

Preface _____ xxx

Chapter 1. Introduction _____ 1-1
   1.1. Document Development _____ 1-2
   1.2. Document Organization _____ 1-2
   1.3. EPA Framework for Causal Determination _____ 1-2
      1.3.1. Scientific Evidence Used in Establishing Causality _____ 1-3
      1.3.2. Association and Causation _____ 1-4
      1.3.3. Evidence for Going beyond Association to Causation _____ 1-4
      1.3.4. Multifactorial Causation _____ 1-6
      1.3.5. Uncertainty _____ 1-7
         1.3.5.1. Types of Uncertainty _____ 1-7
         1.3.5.2. Approaches to Characterizing Uncertainty _____ 1-8
      1.3.6. Application of Framework for Causal Determination _____ 1-9
      1.3.7. First Step—Determination of Causality _____ 1-11
      1.3.8. Second Step—Evaluation of Population Response _____ 1-12
      1.3.9. Concepts in Evaluating Adversity of Health Effects _____ 1-12
   1.4. Conclusions _____ 1-13

Chapter 2. Source to Dose _____ 2-1
   2.1. Sources of Sulfur Oxides _____ 2-1
   2.2. Atmospheric Chemistry _____ 2-3
   2.3. Measurement Methods and Associated Issues _____ 2-5
      2.3.1. Sources of Positive Interference _____ 2-5
      2.3.2. Sources of Negative Interference _____ 2-6
      2.3.3. Other Techniques for Measuring SO$_2$ _____ 2-6
   2.4. Monitoring Site Characteristics _____ 2-7
      2.4.1. Design Criteria for the NAAQS SO$_2$ Monitoring Networks _____ 2-7
         2.4.1.1. Horizontal and Vertical Placement _____ 2-7
         2.4.1.2. Spacing from Minor Sources _____ 2-7
         2.4.1.3. Spacing from Obstructions _____ 2-8
         2.4.1.4. Spacing from Trees _____ 2-8
      2.4.2. Locations of SO$_2$ Monitors in Selected Metropolitan Areas _____ 2-9
      2.4.3. Ambient SO$_2$ Concentrations in Relation to SO$_2$ Sources _____ 2-23
   2.5. Environmental Concentrations of SO$_X$ _____ 2-32
      2.5.1. Spatial and Temporal Variability of Ambient SO$_2$ Concentrations _____ 2-32
      2.5.2. Five-Minute Sample Data in the Monitoring Network _____ 2-41
      2.5.3. Policy Relevant Background Contributions to SO$_2$ Concentrations _____ 2-46
   2.6. Issues Associated with Evaluating SO$_2$ Exposure _____ 2-50
      2.6.1. General Considerations for Personal Exposure _____ 2-50
      2.6.2. Methods Used for Monitoring Personal Exposure _____ 2-53
      2.6.3. Relationship between Personal Exposure and Ambient Concentration _____ 2-53
         2.6.3.1. Indoor Versus Outdoor SO$_2$ Concentrations _____ 2-54
         2.6.3.2. Relationship of Personal Exposure to Ambient Concentration _____ 2-56
      2.6.4. Exposure Errors in Epidemiologic Studies _____ 2-60

    2.6.4.1. Community Time-Series Studies _____ 2-61

    2.6.4.2. Short-Term Panel Studies _____ 2-63

    2.6.4.3. Long-Term Cohort Studies _____ 2-63

    2.6.4.4. Summary of Evaluation of Exposure Error in Epidemiologic Studies _____ 2-63

2.7. Dosimetry of Inhaled Sulfur Oxides _____ 2-64

  2.7.1. Respiratory Gas Deposition _____ 2-64

  2.7.2. Particles and Sulfur Oxide Mixtures _____ 2-66

  2.7.3. Distribution and Elimination of $SO_x$ _____ 2-67

## Chapter 3. Integrated Health Effects      3-1

3.1. Respiratory Morbidity Associated with Short-Term Exposure _____ 3-2

  3.1.1. Summary of Findings from the Previous Review _____ 3-2

  3.1.2. Potential Mode of Action for Respiratory Health Effects _____ 3-3

  3.1.3. Respiratory Effects Associated with Peak (5-10 min) Exposure _____ 3-4

    3.1.3.1. Respiratory Symptoms _____ 3-5

    3.1.3.2. Lung Function _____ 3-5

    3.1.3.3. Airway Inflammation _____ 3-8

    3.1.3.4. Mixtures and Interactive Effects _____ 3-8

    3.1.3.5. Summary of Evidence on the Effect of Peak Exposure on Respiratory Health _____ 3-9

  3.1.4. Respiratory Effects Associated with Short-Term ($\geq$ 1 h) Exposure _____ 3-11

    3.1.4.1. Respiratory Symptoms _____ 3-11

    3.1.4.2. Lung Function _____ 3-17

    3.1.4.3. Airway Inflammation _____ 3-19

    3.1.4.4. Airway Hyperresponsiveness and Allergic Sensitization _____ 3-19

    3.1.4.5. Respiratory Illness-Related Absences _____ 3-21

    3.1.4.6. Emergency Department Visits and Hospitalizations for Respiratory Diseases _____ 3-21

    3.1.4.7. $SO_2$-PM Interactions and Other Mixture Effects _____ 3-30

    3.1.4.8. Summary of Evidence on the Effect of Short-Term ($\geq$ 1 h) Exposure on Respiratory Health _____ 3-30

  3.1.5. Evidence of the Effects of $SO_2$ on Respiratory Morbidity from Intervention Studies _____ 3-32

  3.1.6. Summary of Evidence of the Effect of Short-Term $SO_2$ Exposure on Respiratory Health _____ 3-33

3.2. Systemic Morbidity Associated with Short-Term $SO_2$ Exposure _____ 3-34

  3.2.1. Summary of Findings from the Previous Review _____ 3-34

  3.2.2. Cardiovascular Effects Associated with Short-Term Exposure _____ 3-34

    3.2.2.1. Heart Rate and Heart Rate Variability _____ 3-35

    3.2.2.2. Repolarization Changes _____ 3-36

    3.2.2.3. Cardiac Arrhythmias _____ 3-37

    3.2.2.4. Blood Pressure _____ 3-37

    3.2.2.5. Blood Markers of Cardiovascular Risk _____ 3-38

    3.2.2.6. Acute Myocardial Infarction _____ 3-39

    3.2.2.7. Emergency Department Visits and Hospitalizations for Cardiovascular Diseases ___ 3-39

    3.2.2.8. Summary of Evidence on the Effects of Short-Term $SO_2$ Exposure on Cardiovascular Health _____ 3-42

  3.2.3. Other Effects Associated with Short-Term $SO_2$ Exposure _____ 3-42

3.3. Mortality Associated with Short-Term $SO_2$ Exposure _____ 3-43

  3.3.1. Summary of Findings from the Previous Review _____ 3-43

  3.3.2. Mortality and Short-Term $SO_2$ Exposure in Multicity Studies and Meta-Analyses _____ 3-43

    3.3.2.1. Multicity Studies _____ 3-44

    3.3.2.2. Meta-Analyses of Air Pollution-Related Mortality Studies _____ 3-47

  3.3.3. Evidence of the Effect of $SO_2$ on Mortality from an Intervention Study _____ 3-48

  3.3.4. Summary of Evidence on the Effects of Short-Term $SO_2$ Exposure on Mortality _____ 3-49

3.4. Morbidity Associated with Long-Term $SO_2$ Exposure _____ 3-52

  3.4.1. Summary of Findings from the Previous Review _____ 3-52

  3.4.2. Respiratory Effects Associated with Long-Term Exposure to $SO_2$ _____ 3-53

    3.4.2.1. Asthma, Bronchitis, and Respiratory Symptoms _____ 3-53

    3.4.2.2. Lung Function _____ 3-55

    3.4.2.3. Morphological Effects _____ 3-56

    3.4.2.4. Lung Host Defense _____ 3-56

    3.4.2.5. Summary of Evidence on the Effects of Long-Term Exposure on Respiratory Health _____ 3-57

  3.4.3. Carcinogenic Effects Associated with Long-Term Exposure _____ 3-57

  3.4.4. Cardiovascular Effects Associated with Long-Term Exposure _____ 3-59

  3.4.5. Prenatal and Neonatal Outcomes Associated with Long-Term Exposure _____ 3-60

  3.4.6. Other Organ System Effects Associated with Long-Term Exposure _____ 3-63

3.5. Mortality Associated with Long-Term $SO_2$ Exposure _____ 3-63

3.5.1. Summary of Findings from the Previous Review _____ 3-63
3.5.2. Associations of Mortality and Long-Term Exposure in Key Studies _____ 3-64
    3.5.2.1. U.S. Cohort Studies _____ 3-64
    3.5.2.2. European Cohort Studies _____ 3-67
    3.5.2.3. Cross-Sectional Analysis Using Small Geographic Scale _____ 3-67
3.5.3. Summary of Evidence on the Effect of Long-Term Exposure on Mortality _____ 3-68

**Chapter 4. Public Health Impact** _____ **4-1**
4.1. Assessment of Concentration-Response Function and Potential Thresholds _____ 4-1
    4.1.1. Evidence from Human Clinical Studies _____ 4-1
    4.1.2. Evidence from Epidemiologic Studies _____ 4-4
    4.1.3. Summary of Evidence on Concentration-Response Functions and Thresholds _____ 4-7
4.2. Susceptible and Vulnerable Populations _____ 4-7
    4.2.1. Pre-existing Disease _____ 4-8
        4.2.1.1. Pre-existing Respiratory Diseases _____ 4-8
        4.2.1.2. Pre-existing Cardiovascular Diseases _____ 4-9
    4.2.2. Genetic Factors for Oxidant and Inflammatory Damage from Air Pollutants _____ 4-10
    4.2.3. Age-Related Susceptibility _____ 4-12
    4.2.4. Other Potentially Susceptible Populations _____ 4-14
    4.2.5. Factors that Potentially Increase Vulnerability to $SO_2$ _____ 4-14
    4.2.6. Summary of Potentially Susceptible and Vulnerable Populations _____ 4-15

**Chapter 5. Summary and Conclusions** _____ **5-1**
5.1. Emissions and Ambient Concentrations of $SO_2$ _____ 5-1
5.2. Health Effects of $SO_2$ _____ 5-2
5.3. Integration of the Evidence _____ 5-8
5.4. Susceptible and Vulnerable Populations _____ 5-10
5.5. Conclusions _____ 5-10

**ANNEXES**

**Annex A. Literature Selection** _____ **A-1**
A.1. Literature Search and Retrieval _____ A-1
A.2. General Criteria for Study Selection _____ A-1
    A.2.1. Criteria for Selecting Epidemiologic Studies _____ A-1
    A.2.2. Criteria for Selecting Animal and Human Toxicological Studies _____ A-2
A.3. Other Approaches to the Causal Determination _____ A-4
    A.3.1. Surgeon General's Report: The Health Consequences of Smoking _____ A-4
    A.3.2. EPA: Guidelines for Carcinogen Risk Assessment _____ A-6
    A.3.3. Improving the NAS/IOM Presumptive Disability Decision-Making Process for Veterans Report ___ A-9
    A.3.4. National Acid Precipitation Assessment Program Guidelines _____ A-14
    A.3.5. IARC Guidelines for Scientific Review and Evaluation Categories _____ A-16
    A.3.6. NTP: Report on Carcinogens _____ A-22

**Annex B. Additional Information on the Atmospheric Chemistry of $SO_X$** _____ **B-1**
B.1. Introduction _____ B-1
    B.1.1. Multiphase Chemical Processes Involving $SO_X$ and Halogens _____ B-2
    B.1.2. Mechanisms for the Aqueous Phase Formation of Sulfate _____ B-4
    B.1.3. Multiphase Chemical Processes Involving $SO_X$ and $NH_3$ _____ B-5
B.2. Transport of $SO_X$ in the Atmosphere _____ B-5
B.3. Emissions of $SO_2$ _____ B-6
B.4. Methods Used to Calculate $SO_X$ and Chemical Interactions in the Atmosphere _____ B-8
B.5. Chemical-transport Models _____ B-9
    B.5.1. Regional Scale Chemical-Transport Models _____ B-9
    B.5.2. Intra-urban Scale Dispersion Modeling _____ B-13
    B.5.3. Global-scale CTMs _____ B-13
    B.5.4. Modeling the Effects of Convection _____ B-14
    B.5.5. CTM Evaluation _____ B-15
B.6. Sampling and Analysis of $SO_X$ _____ B-15
    B.6.1. Sampling and Analysis for $SO_2$ _____ B-15
        B.6.1.1. Other Techniques for Measuring $SO_2$ _____ B-16
    B.6.2. Sampling and Analysis for $SO_4^{2-}$, $NO_3$, and $NH_4^+$ _____ B-16

**Annex C. Modeling Human Exposure** _____ **C-1**

   C.1. Introduction _____ C-1

   C.2. Population Exposure Models: Their Evolution and Current Status _____ C-5

   C.3. Ambient Concentrations of SO$_2$ and Related Air Pollutants _____ C-7

   C.4. Characterization of Microenvironmental Concentrations _____ C-8

      C.4.1. Characterization of Activity Events _____ C-9

      C.4.2. Characterization of Inhalation Intake and Uptake _____ C-9

**Annex D. Controlled Human Exposure** _____ **D-1**

**Annex E. Toxicological Studies** _____ **E-3**

**Annex F. Epidemiologic Studies** _____ **F-1**

**References**

# List of Tables

Table 1-1.   Aspects to aid in judging causality. _____ 1-9

Table 1-2.   Weight of evidence for causal determination. _____ 1-11

Table 2-1.   Proximity to $SO_2$ monitors for the total population by city. Percentages are given with respect to the total population in each city. _____ 2-15

Table 2-2.   Proximity to $SO_2$ monitors for children aged 0-4 yr by city. Percentages are given with respect to the total population in the age group in each city. _____ 2-15

Table 2-3.   Proximity to $SO_2$ monitors for children aged 5-17 yr by city. Percentages are given with respect to the total population in the age group in each city. _____ 2-16

Table 2-4.   Proximity to $SO_2$ monitors for adults aged 65 yr and over by city. Percentages are given with respect to the total population in the age group in each city. _____ 2-16

Table 2-5.   Monitor counts for California and San Diego County, 2005. _____ 2-23

Table 2-6.   Monitor counts for Ohio and Cuyahoga County, 2005. _____ 2-23

Table 2-7.   Mean ambient concentrations of $SO_2$ and $SO_4^{2-}$ in different regions of the U.S. averaged over 2003-2005. _____ 2-32

Table 2-8.   Concentration distributions of $SO_2$ inside and outside CMSAs from 2003-2005. _____ 2-33

Table 2-9.   Range of mean annual $SO_2$ concentrations and Pearson correlation coefficients in urban areas having at least four regulatory monitors, 2003–2005. _____ 2-35

Table 2-10.  Locations, counts, sampling periods and statistics for monitors reporting hourly maximum 5-min $SO_2$ values, 1997-2007. _____ 2-41

Table 2-11.  Locations, counts, sampling periods and statistics for monitors reporting all twelve 5-min $SO_2$ values, 1997-2007. _____ 2-42

Table 2-12.  Pearson correlation coefficient between maximum 5-min and 1-h avg $SO_2$ concentrations at the 16 sites reporting all twelve 5-min $SO_2$ values. _____ 2-43

Table 2-13.  Relationships of indoor to outdoor $SO_2$ concentrations. _____ 2-55

Table 2-14.  Association between personal exposure concentration and ambient concentration (longitudinal correlation coefficients). ____ 2-57

Table 2-15.  Association between personal exposure concentration and ambient concentration (pooled correlation coefficients). _____ 2-58

Table 3-1.   Percentage of asthmatic adults in controlled human exposures experiencing $SO_2$ induced decrements in lung function. _____ 3-10

Table 4-1.   Factors Potentially Contributing to Susceptibility or Vulnerability to Air Pollution _____ 4-8

Table 5-1.   Key health effects of short-term exposure to $SO_2$ observed in human clinical studies. _____ 5-3

Table 5-2.   Key respiratory health effects of exposure to $SO_2$ in animal toxicological studies. _____ 5-4

Table 5-3.   Key findings on the health effects of $SO_2$ exposure _____ 5-11

Table 5-4.   Effects of short-term exposure to $SO_2$ on respiratory symptoms among children. _____ 5-14

Table 5-5.   Effects of short-term $SO_2$ exposure on emergency department visits and hospital admissions for respiratory outcomes. _____ 5-16

Table B-1.   Atmospheric lifetimes of $SO_2$ and reduced sulfur species with respect to reaction with OH, $NO_3$, and Cl radicals. _____ B-1

Table B-2.   Relative contributions of various reactions to the total S(IV) oxidation rate within a sunlit cloud, 10 min after cloud formation. _____ B-3

Table B-3   Emissions of $NO_x$, $NH_3$, and $SO_2$ in the U.S. by source and category, 2002. _____ B-6

Table C-1.   The Essential Attributes of the pNEM, HAPEM, APEX, SHEDS, and MENTOR-1A _____ C-6

Table D-1.   Effects of medications on $SO_2$-induced changes in lung function among human subjects. _____ D-1

Table D-2.   Summary of new studies of controlled human exposure to $SO_2$. _____ D-2

Table E-1.   Respiratory System – Effects of $SO_2$ on lung function. _____ E-3

Table E-2.   Respiratory System – Inflammatory responses following $SO_2$ exposure. _____ E-4

Table E-3.   Respiratory System – Effects of $SO_2$ exposure on airway responsiveness and allergic sensitization. _____ E-5

Table E-4.   Respiratory System – Effects of $SO_2$ layered on metallic or carbonaceous particles. _____ E-6

Table E-5.   Respiratory System – Effects of mixtures containing $SO_2$ and $O_3$. _____ E-9

Table E-6.   Respiratory System – Effects of $SO_2$ and sulfate mixtures. _____ E-10

Table E-7.   Respiratory System – Effects of actual or simulated air pollution mixtures. _____ E-11

Table E-8.   Effects of meteorological conditions on $SO_2$ effects. _____ E-12

Table E-9.   Cardiovascular effects of $SO_2$ and metabolites. _____ E-13

Table E-10.  Hematological effects of $SO_2$. _____ E-14

Table E-11.  Carcinogenic effects of $SO_2$. _____ E-15

Table E-12.  Nervous system effects of $SO_2$ and metabolites. _____ E-16

Table E-13.  Reproductive and developmental effects of $SO_2$. _____ E-19

Table E-14.  Endocrine system effects of $SO_2$. _____ E-20

Table E-15.  Liver and gastrointestinal effects of $SO_2$. _____ E-20

Table E-16.  Renal effects of $SO_2$. _____ E-22

Table E-17.  Respiratory System – Effect of $SO_2$ on morphology. _____ E-22

Table E-18.  Respiratory System – Effects of $SO_2$ exposure on host lung defenses. _____ E-23

Table E-19.  Genotoxic effects of $SO_2$ and metabolites. _____ E-24

Table E-20.  Respiratory System – Effects of $SO_2$ and metabolites on biochemistry. _____ E-26

Table E-21.  Lymphatic system effects of $SO_2$ and $SO_2$ mixtures. _____ E-28

Table F-1.   Short-term exposure to $SO_2$ and respiratory morbidity in field/panel studies. _____ F-1

Table F-2.   Short-term exposure to $SO_2$ and emergency department visits and hospital admissions for respiratory diseases. _____ F-20

Table F-3.   Short-term exposure to $SO_2$ and cardiovascular morbidity in field/panel studies. _____ F-59

Table F-4.   Short-term exposure to $SO_2$ and emergency department visits and hospital admissions for cardiovascular diseases. _____ F-65

Table F-5.   Short-term exposure to $SO_2$ and mortality. _____ F-78

Table F-6.   Long-term exposure to $SO_2$ and respiratory morbidity. _____ F-90

Table F-7.   Long-term exposure to $SO_2$ and lung cancer incidence and mortality. _____ F-102

Table F-8.   Long-term exposure to $SO_2$ and prenatal and neonatal outcomes. _____ F-104

Table F-9.   Long-term exposure to $SO_2$ and mortality. _____ F-111

# List of Figures

Figure 1-1.   Potential relationships of $SO_X$ with adverse health effects._____ 1-6

Figure 2-1.   2001 County-level $SO_2$ emissions densities (tons per square mile) from off-road mobile and other transportation
sources._____ 2-2

Figure 2-2.   Location of $SO_2$ monitors with respect to population density in the Atlanta, GA MSA._____ 2-9

Figure 2-3.   Location of $SO_2$ monitors with respect to population density in the Cincinnati, OH MSA. _____ 2-10

Figure 2-4.   Location of $SO_2$ monitors with respect to population density in the Cleveland, OH MSA. _____ 2-11

Figure 2-5.   Location of $SO_2$ monitors with respect to population density in the Los Angeles/Riverside, CA MSA. ____ 2-12

Figure 2-6.   Location of $SO_2$ monitors with respect to population density in the New York City, NY/Philadelphia, PA MSA. _____ 2-13

Figure 2-7.   Location of $SO_2$ monitors with respect to population density in the St. Louis, MO MSA. _____ 2-14

Figure 2-8.   Criteria pollutant monitor locations (A) and $SO_2$ monitor locations (B), California, 2005._____ 2-17

Figure 2-9.   Criteria pollutant monitor locations (A) and $SO_2$ monitor locations (B), Ohio, 2005._____ 2-18

Figure 2-10. Criteria pollutant monitor locations (A) and $SO_2$ monitor locations (B), Arizona, 2005. _____ 2-19

Figure 2-11. Criteria pollutant monitor locations (A) and $SO_2$ monitor locations (B), Pennsylvania, 2005._____ 2-20

Figure 2-12. Criteria pollutant monitor locations (A) and $SO_2$ monitor locations (B), New York, 2005._____ 2-21

Figure 2-13. Criteria pollutant monitor locations (A) and $SO_2$ monitor locations (B), Massachusetts, 2005. _____ 2-22

Figure 2-14. Location of $SO_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the Atlanta,
GA MSA._____ 2-24

Figure 2-15. Location of $SO_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the
Cincinnati, OH MSA. _____ 2-25

Figure 2-16. Location of $SO_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the
Cleveland, OH MSA._____ 2-26

Figure 2-17. Location of $SO_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the Los
Angeles/Riverside, CA MSA. _____ 2-27

Figure 2-18. Location of $SO_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the New York
City, NY/Philadelphia, PA MSA. _____ 2-28

Figure 2-19 Location of $SO_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the St. Louis,
MO MSA._____ 2-29

Figure 2-20. State-level $SO_2$ emissions, 1990-2005._____ 2-30

Figure 2-21. Annual mean ambient $SO_2$ concentration, 1989 through 1991 (A), and 2003 through 2005 (B)._____ 2-30

Figure 2-23. Annual mean ambient $SO_2$ emissions for Acid Rain Program cooperating facilities, 2006. _____ 2-31

Figure 2-24. Diel variation in $SO_2$ concentration across all monitoring sites reporting into AQS for 2005._____ 2-34

Figure 2-25. Steubenville, OH, 2003–2005. _____ 2-36

Figure 2-26. Philadelphia, 2003–2005. _____ 2-37

Figure 2-27. Los Angeles, 2003–2005. _____ 2-38

Figure 2-28. Riverside, CA, 2003–2005. _____ 2-39

Figure 2-29. Phoenix, 2003–2005. _____ 2-40

Figure 2-30. SO$_2$ monitors reporting maximum or continuous 5-min avg values for any period, 1997–2007. _____ 2-42

Figure 2-31. Time series and frequency distributions of voluntarily reported maximum 5-min SO$_2$ concentrations from 6 monitors located in Iowa, Missouri, Pennsylvania and West Virginia. _____ 2-44

Figure 2-32. Time series of hourly maximum 5-min SO$_2$ data showing a 24 h (upper panels) and 1 week (lower panels) time window centered on the peak value for the two sites with the lowest (IA) and highest (PA) maximum values in the preceding figure. _____ 2-45

Figure 2-33. Annual mean model-predicted concentrations of SO$_2$ (ppb). _____ 2-47

Figure 2-34. 15-min avg ambient SO$_2$ concentrations measured at 1 Hawaii Volcanoes National Park monitoring site (Jaggar Museum), March 12, 13, and 15, 2007. _____ 2-48

Figure 2-35. 15-min avg ambient SO$_2$ concentrations measured at 2 Hawaii Volcanos National Park monitoring sites on September 29, 2007. _____ 2-49

Figure 2-36. Percentage of time spent in various environments in the U.S. _____ 2-50

Figure 2-37. Average annual indoor and outdoor SO$_2$ concentrations for each of the six cities included in the Harvard six-cities study analysis. _____ 2-54

Figure 3-1.  Distribution of individual airway sensitivity to SO$_2$. _____ 3-7

Figure 3-2.  Odds ratios (95% CI) for incidence of morning asthma symptoms of 846 asthmatic children from the National Cooperative Inner-City Asthma Study. _____ 3-11

Figure 3-3.  Odds ratios (95% CI) for daily asthma symptoms of 990 asthmatic children from the Childhood Asthma Management Program Study. _____ 3-12

Figure 3-4.  Odds ratios (95% CI) for incidence of cough among children, grouped by season. _____ 3-14

Figure 3-5.  Odds ratios (95% CI) for the incidence of lower respiratory tract or asthma symptoms among children, grouped by season. _____ 3-15

Figure 3-6.  Relative risks (95% CI) of SO$_2$-associated emergency department visits and hospitalizations for all respiratory causes among all ages and separated by age group. _____ 3-23

Figure 3-7.  Relative risks (95% CI) of SO$_2$-associated emergency department visits and hospitalizations for asthma among all ages and age-specific groups. _____ 3-26

Figure 3-8.  Relative risks (95% CI) of SO$_2$-associated emergency department visits (*) and hospitalizations for all respiratory causes and asthma, with and without copollutant adjustment. _____ 3-29

Figure 3-9.  Relative risks (95% CI) of SO$_2$-associated emergency department visits (*) and hospitalizations for all cardiovascular causes, arranged by age group. _____ 3-40

Figure 3-10. All cause mortality excess risk estimates for SO$_2$ from the National Morbidity, Mortality, and Air Pollution Study. _____ 3-44

Figure 3-11. Relative risks (95% CI) of SO$_2$-associated all-cause (nonaccidental) mortality, with and without copollutant adjustment, from multicity and meta-analysis studies. _____ 3-50

Figure 3-12. Relative risks (95% CI) of SO$_2$-associated mortality for all (nonaccidental), respiratory, and cardiovascular causes from multicity studies. _____ 3-51

Figure 3-13. Relative risks (95% CI) for low birth weight, grouped by trimester of SO$_2$ exposure. _____ 3-61

Figure 3-14. Relative risks (95% CI) of SO$_2$-associated all-cause (nonaccidental) mortality, with and without adjustment for sulfate, from longitudinal cohort studies. _____ 3-69

Figure 4-1.   Percent of mild and moderate asthmatics ($V_E$ = 40-50 L/min) experiencing an $SO_2$-induced increase in (a) sRaw of ≥ 100% or a decrease in (b) $FEV_1$ of ≥ 15%, adjusted for effects of moderate to heavy exercise in clean air. _____ 4-2

Figure 4-2.   $SO_2$-induced increase in sRaw among mild and moderate asthmatics following 10 min exposures with moderate to heavy exercise ($V_E$ = 40-50 L/min). _____ 4-3

Figure 4-3.   $SO_2$-induced decrease in $FEV_1$ among mild and moderate asthmatics following 10 min exposures with moderate to heavy exercise ($V_E$ = 40-50 L/min). _____ 4-4

Figure 4-4.   Adjusted odds ratios of asthma hospitalizations by groupings of 24-h avg $SO_2$ concentrations in Bronx County, New York. _____ 4-5

Figure 4-5.   Relative odds ratio of incidence of lower respiratory tract symptoms smoothed against 24-h avg $SO_2$ concentrations on the previous day, controlling for temperature, city, and day of week. _____ 4-6

Figure 4-6.   Relative risks (95% CI) of age-specific associations between short-term exposure to $SO_2$ and respiratory ED visits* and hospitalizations. _____ 4-11

Figure 4-7.   Summary density curves of the relative risks of age-specific associations between short-term exposure to $SO_2$ and ED visits and hospitalizations for all respiratory causes. _____ 4-13

Figure 4-8.   Summary density curves of the relative risks of age-specific associations between short-term exposure to $SO_2$ and ED visits and hospitalizations for asthma. _____ 4-13

Figure 5-1.   Odds ratios (95% CI) for the association between short-term exposures to ambient $SO_2$ and respiratory symptoms in children. _____ 5-6

Figure 5-2.   Relative risks (95% CI) for the association between short-term exposures to ambient $SO_2$ and emergency department (ED) visits/hospitalizations for all respiratory diseases and asthma in children. _____ 5-7

Figure A-1.   Selection process for studies included in the ISA. _____ A-3

Figure A-2.   Focusing on unmeasured confounders/covariates, or other sources of spurious association from bias. _____ A-12

Figure A-3.   Example posterior distribution for the determination of Sufficient. _____ A-12

Figure A-4.   Example posterior distribution for the determination of *Equipoise and Above*. _____ A-13

Figure A-5.   Example posterior distribution for the determination of *Against*. _____ A-14

Figure B-1.   Transformations of sulfur compounds in the atmosphere. _____ B-2

Figure B-2.   Comparison of aqueous-phase oxidation paths. _____ B-4

Figure B-3.   Sulfate wet deposition (mg S/$m^2$/yr) of the mean model versus measurements for the National Atmospheric Deposition Program (NADP) network. _____ B-14

Figure C-1.   Schematic description of a general framework identifying the processes (steps or components) involved in assessing inhalation exposures and doses for individuals and populations. _____ C-4

# Acronyms and Abbreviations

| | |
|---|---|
| $\alpha$ | alpha |
| $\beta$ | beta; the calculated health effect parameter |
| $\gamma N_2O_5$ | reaction potential coefficient (gamma) for $N_2O_5$ |
| $\Delta$ | delta, difference; change |
| $\tau$ | tau; atmospheric lifetime |
| $\mu eq$ | microequivalent |
| 8-OHdG | 8-hydroxy-2N-deoxyguanosine |
| ACCENT | Atmospheric Composition Change: the European NeTwork of excellence (European Union Project) |
| ACS | American Cancer Society |
| ADS | annular denuder system |
| AERMOD | AMS/EPA Regulatory Model (steady-state plume model) |
| AHH | aryl hydrocarbon hydroxylase |
| AHR | airways hyper responsiveness |
| AIRMoN | Atmospheric Integrated Research Monitoring Network |
| AirPEx | Air Pollution Exposure (model) |
| AirQUIS | Air Quality Information System (model) |
| AIRS | Atmospheric Infrared Sounder (instrument) |
| ALSC | Adirondack Lake Survey Corporation |
| ALT | alanine-amino-transferase |
| AM | alveolar macrophages |
| AMMN | N-nitroso-acetoxymethylmethylamine |
| AMS | American Meteorological Society |
| AP | alkaline phosphatase |
| APEX | Air Pollution Exposure (model) |
| APHEA | Air Pollution on Health: a European Approach (study) |
| APIMS | atmospheric pressure ionization mass spectrometer |
| AQCD | Air Quality Criteria Document |
| AQS | Air Quality System (database) |
| ARIC | Atherosclerosis Risk in Communities (study) |
| ARP | Acid Rain Program |
| ASG | Atmospheric Studies Group of TRC |
| ASI | Acid Stress Index |
| asl | above sea level |
| AST | aspartate-amino-transferase |
| atm | atmosphere |
| ATMOS | Atmospheric Trace Molecule Spectroscopy |
| ATTILA | type of Lagrangian model |
| B[a]P | benzo[a]pyrene |
| Ba | barium |
| BAL | bronchoalveolar lavage |
| BC | black carbon |
| BCS | base-cation surplus |
| BHPN | N-bis(2-hydroxypropyl) nitrosamine |
| BHR | bronchial hyperresponsiveness |

| | |
|---|---|
| BME | Bayesian Maximum Entropy (framework) |
| Br | bromine |
| $Br^-$ | bromine ion |
| $Br_2$ | molecular bromine |
| BrCl | bromine chloride |
| BrO | bromine oxide |
| BS | black smoke |
| bw | body weight |
| C | carbon or carbon black particles |
| $C_2H_6$ | ethane |
| $C_5H_8$ | isoprene |
| $C_a$ | ambient air concentration |
| Ca | calcium |
| CA | chromosome aberrations |
| $Ca(NO_3)_2$ | calcium nitrate |
| $Ca(OH)_2$ | calcium hydroxide |
| $Ca^{2+}$ | calcium ion |
| $CaCl_2$ | calcium chloride |
| $CaCO_3$ | calcium carbonate |
| CALPUFF | Advanced non-steady-state meteorological and air quality modeling system developed by ASG scientists and distributed by TRC. Used by the EPA for assessing long range transport of pollutants. |
| CAMP | Childhood Asthma Management Program |
| $CAM_X$ | urban multi-scale grid based model |
| CARB | California Air Resources Board |
| CASAC | Clean Air Scientific Advisory Committee (CASAC) of EPA's Science Advisory Board |
| CASTNet | Clean Air Status and Trends Network |
| CAT | catalase |
| CB4 | Carbon Bond 4 chemical mechanism model |
| CDC | Centers for Disease Control and Prevention |
| CFD | computational fluid dynamics (modeling) |
| CFR | Code of Federal Regulations |
| $CH_2I_2$ | diiodomethane |
| $CH_2O$ | formaldehyde |
| $(CH_3)_2SO$ | dimethyl sulfoxide, DMSO |
| $CH_3C(O)$ | acetyl radical |
| $CH_3C(O)OO$ | acetyl peroxy radical |
| $CH_3CHO$ | acetaldehyde |
| $CH_3Hg$ | methylmercury, MeHg |
| $CH_3OOH$ | methyl hydroperoxide |
| $CH_3$-S-$CH_3$ | dimethylsulfide, DMS |
| $CH_3$-S-H | methyl mercaptan |
| $CH_3SO_3H$ | methanesulfonic acid |
| $CH_3$-S-S-$CH_3$ | dimethyl disulfide, DMDS |
| $CH_4$ | methane |
| CHAD | Consolidated Human Activities Database |
| CHF | congestive heart failure |
| chl $a$ | chlorophyll $a$ |
| Chol | cholesterol |

| | |
|---|---|
| CHS | Children's Health Study |
| CI | confidence interval |
| $C_i$ | interstitial air concentration |
| CIMS | chemical ionization mass spectroscopy |
| Cl | chlorine |
| CL | critical load |
| $Cl^-$ | chlorine ion |
| $Cl_2$ | molecular chlorine |
| CLaMS | type of Lagrangian model |
| CMAQ | Community Multiscale Air Quality (modeling system) |
| CMD | count median diameter |
| CMSA | consolidated metropolitan statistical area |
| CO | carbon monoxide |
| $CO_2$ | carbon dioxide |
| $CO_3^-$ | carbonate ion |
| CoH | coefficient of haze |
| CONUS | contiguous United States |
| COPD | chronic obstructive pulmonary disease |
| $CS_2$ | carbon disulfide |
| CTM | chemical transport model |
| Cu | copper |
| CVD | cardiovascular disease |
| CYP | cytochrome P450 |
| Dae | aerodynamic diameter |
| DEcCBP | DEP extract coated carbon black particles |
| DEN | diethylnitrosamine |
| DEP | diesel exhaust particles |
| DEP+C | diesel exhaust particle extract adsorbed to C |
| dG | 2N-deoxyguanosine |
| DMBA | 7,12-dimethylbenzanthracene |
| DMDS | dimethyl disulfide, $CH_3$-S-S-$CH_3$ |
| DMS | dimethyl sulfide, $CH_3$-S-$CH_3$ |
| DMSO | dimethylsulfoxide |
| DNS | direct numerical simulation (approach) |
| DOAS | differential optical absorption spectroscopy |
| DON | dissolved organic nitrogen |
| EC | elemental carbon |
| ECG | electrocardiography; electrocardiogram |
| ED | emergency department |
| EDXRF | energy dispersive X-ray fluorescence |
| EE | energy expenditure (average EE rate) |
| EIB | exercise-induced bronchial reactivity |
| ELF | epithelial lining fluid |
| EMAP | Environmental Monitoring and Assessment Program |
| EMECAM | Spanish Multicentre Study on Air Pollution and Mortality |
| EMEP | Co-operative Programme for Monitoring and Evaluation of the Long-range Transmission of Air Pollutants in Europe |
| EOS | Earth Observation System |
| EPA | U.S. Environmental Protection Agency |

| | |
|---|---|
| ESA | European Space Agency |
| ET | extrathoracic |
| Fe | iron |
| FEM(s) | Federal Equivalent Method(s) |
| $FePO_4$ | iron phosphate |
| FeS | iron sulfide |
| $FEV_{0.75}$ | forced expiratory volume in 0.75 second |
| $FEV_1$ | forced expiratory volume in 1 second |
| F-factor | fraction of the change in mineral acid anions that is neutralized by base cation release |
| FHLC | fetal hamster lung cells |
| FLEXPART | type of Lagrangian model |
| FPD | flame photometric detector |
| FR | Federal Register |
| FRM | Federal Reference Method |
| FTIR | Fourier Transform Infrared Spectroscopy |
| FVC | forced vital capacity |
| G6PD | glucose-6-phosphate dehydrogenase |
| GAM | Generalized Additive Model(s) |
| GAW | Global Atmospheric Watch (program) |
| GCE | Goddard Cumulus Ensemble (model) |
| GCS | γ-glutamylcysteine synthetase |
| GEOS | Goddard Earth Observing System |
| GEOS-1DAS | Goddard Earth Observing System Data Assimilation System |
| GEOS-Chem | Goddard Earth Observing System (with global chemical transport model) |
| GFED | Global Fire Emissions Database |
| GHG | greenhouse gas |
| GIS | Geographic Information System |
| GLM | Generalized Linear Model(s) |
| GOES | Geostationary Operational Environmental Satellites |
| GOME | Global Ozone Monitoring Experiment |
| GPx | glutathione peroxidase |
| GRed | glutathione reductase |
| GSD | geometric standard deviation |
| GSH | glutathione; reduced glutathione |
| GSSG | glutathione disulfide |
| $GSSO_3H$ | glutathione S-sulfonate |
| GST | glutathione-S-transferase |
| GT | γ-glutamyl transpeptidase |
| h | hour |
| H | hydrogen; hydrogen atom |
| $H^+$ | hydrogen ion |
| $H_2O$ | water |
| $H_2O_2$ | hydrogen peroxide |
| $H_2S$ | hydrogen sulfide |
| $H_2SO_3$ | sulfurous acid |
| $H_2SO_4$ | sulfuric acid |
| HAP(s) | hazardous air pollutant(s) |
| HAPEM | Hazardous Air Pollutant Exposure Model |

| | |
|---|---|
| HAPEM6 | HAPEM, version 6 |
| HC | hydrocarbon |
| HCHO | formaldehyde |
| HCl | hydrochloric acid |
| HEADS | Harvard-EPA Annular Denuder System |
| HEI | Health Effects Institute |
| HF | high frequency |
| Hg | mercury |
| $HNO_2$, HONO | nitrous acid |
| $HNO_3$, HOONO | nitric acid |
| $HNO_4$ | pernitric acid |
| $HO_2$ | hydroperoxyl; hydroperoxyl radical |
| $HO_2NO_2$ | peroxynitric acid |
| HOBr | hypobromous acid |
| HOCl | hypochlorous acid |
| HOX | hypohalous acid |
| HP | hydrolyzed protein |
| HR | heart rate |
| HRV | heart rate variability |
| $HSO_3^-$ | hydrogen sulfite, bisulfite |
| $HSO_4^-$ | bisulfate ion |
| $HSO_4^-$ | sulfuric acid ion |
| $h\nu$ | solar ultraviolet photon with energy at wavelength $\nu$ |
| HVA-ICa | high-voltage activated calcium currents |
| $i$ | microenvironment |
| I | iodine |
| IA | Integrated Assessment |
| IARC | International Agency for Research on Cancer (WHO) |
| IBEM | individual based exposure model(s) |
| IC | ion chromatography |
| ICARTT | International Consortium for Atmospheric Research on Transport and Transformation |
| ICD9 | International Classification of Diseases, Ninth Revision |
| ICDs | implanted cardioverter defibrillators |
| Ig | immunoglobulin (e.g., IgA, IgE, IgG) |
| IgG | immunoglobulin |
| IHD | ischemic heart disease |
| IIASA | International Institute for Applied Systems Analysis (an international research organization) |
| IL | interleukin (e.g., IL-4, IL-6, IL-8) |
| IMPROVE | Interagency Monitoring of Protected Visual Environments (network) |
| IO | iodine oxide |
| IOM | Institute of Medicine |
| IPC | International Cooperative Programme |
| IPCC | Intergovernmental Panel on Climate Change |
| IPCC-AR4 | IPCC 4th Assessment Report |
| IQR | interquartile range |
| IR | infrared |
| ISA | Integrated Science Assessment |
| ISAAC | International Study of Asthma and Allergies in Children |

| | |
|---|---|
| ISC3 | steady-state Gaussian plume dispersion model used to assess pollutant concentrations from industrial sources |
| IUGR | intrauterine growth retardation |
| i.v. | intravenous (injection route) |
| JPL | Jet Propulsion Laboratory |
| K | potassium |
| $K^+$ | potassium ion |
| $K_a$, $K_b$ | dissociation constant(s) |
| $K_H$ | Henry's Law constant in M/atm |
| $KNO_3$ | potassium nitrate |
| $K_w$ | ion product of water |
| $LC_{0.01}$ | lethal concentration at which 0.01% of exposed animals die |
| $LD_{33}$ | lethal dose at which 33% of exposed animals die |
| LDH | lactate dehydrogenase, lactic acid dehydrogenase |
| LES | Large Eddy Simulation (approach) |
| LF | low frequency |
| LIDAR | Light Detection and Ranging (remote sensing system) |
| LIF | laser-induced fluorescence |
| LIMS | Limb Infrared Monitor of the Stratosphere |
| LOD | limit of detection |
| LOEL | lowest-observed-effect level |
| LRD | lower respiratory disease |
| LRS | lower respiratory symptoms |
| LRTAP | Long Range Transport of Air Pollution |
| LTM | Long-Term Monitoring (project) |
| M | molar |
| MAD | median aerodynamic diameter |
| MAQSIP | Multiscale Air Quality Simulation Platform (model) |
| MAX-DOAS | multiple axis differential optical absorption spectroscopy |
| MBL | marine boundary layer |
| MCh | methacholine |
| ME | microenvironmental (factors) |
| $MEF_{50\%}$ | maximal midexpiratory flow at 50% of forced vital capacity |
| MeHg | methylmercury, $CH_3Hg$ |
| MEM | model ensemble mean |
| MENTOR | Modeling Environment for Total Risk |
| MENTOR-1A | MENTOR for One-Atmosphere (model) |
| MET | metabolic equivalent of tasks |
| Mfg | manufacturing |
| Mg | magnesium |
| $Mg^{2+}$ | magnesium ion |
| MgO | magnesium oxide |
| MI | myocardial infarction |
| MIMS | membrane inlet mass spectrometry |
| min | minute |
| MM5 | Penn State/NCAR (National Center for Atmospheric Research) Mesoscale Model, version 5 |
| MMAD | mass median aerodynamic density |
| MMD | mass median diameter |

| | |
|---|---|
| MMEF | maximal midexpiratory flow |
| Mn | manganese |
| MN | micronuclei |
| MNPCE | micronucleated PCE |
| Mo | molybdenum |
| MOBILE6 | Highway Vehicle Emission Factor Model |
| MODIS | Moderate Resolution Imaging Spectroradiometer |
| MONICA | Monitoring Trend and Determinants in Cardiovascular Disease (registry) |
| MOPITT | Measurement of Pollution in the Troposphere |
| MOZART | Model for Ozone and Related Chemical Tracers |
| MOZART-2 | Model for Ozone and Related Chemical Tracers, version 2 |
| MPAN | peroxymethacrylic nitrate |
| MSA | metropolitan statistical area |
| Mt | million tons |
| N | nitrogen |
| N, n | number of observations |
| $N_2$ | molecular nitrogen; nonreactive nitrogen |
| $N_2O$ | nitrous oxide |
| $N_2O_5$ | dinitrogen pentoxide |
| NA | not available; insufficient data |
| Na | sodium |
| $Na^+$ | sodium ion |
| $Na_2MoO_4$ | sodium molybdate |
| $Na_2SO_4$ | sodium sulfate |
| NAAQS | National Ambient Air Quality Standards |
| NaCl | sodium chloride |
| $NaCO_3$ | sodium carbonate |
| NADP | National Atmospheric Deposition Program |
| NAMS | National Air Monitoring Stations |
| NAPAP | National Acid Precipitation Assessment Program |
| NARSTO | North American Regional Strategy for Atmospheric Ozone |
| NAS | National Academy of Sciences |
| NASA | National Aeronautics and Space Administration |
| NATTS | National Air Toxics Trends (network) |
| NCAR | National Center for Atmospheric Research |
| NCICAS | National Cooperative Inner-City Asthma Study |
| NCore | National Core Monitoring Network |
| NDMA | N-nitroso-dimethylamine |
| NEI | National Emissions Inventory |
| NEM | National Exposure Model |
| NEM / pNEM | NEM and pNEM |
| NERL | National Exposure Research Laboratory |
| $NH_2$ | amino (chemical group) |
| $NH_3$ | ammonia |
| $NH_4^+$ | ammonium ion |
| $(NH_4)_2SO_4$ | ammonium sulfate |
| $NH_4Cl$ | ammonium chloride |
| $NH_4NO_3$ | ammonium nitrate |

| | |
|---|---|
| NHANES | National Health and Nutrition Examination Survey |
| NHAPS | National Human Activity Pattern Survey |
| $NH_X$ | nitrogen category label for $NH_3$ (ammonia) plus $NH_4^+$(ammonium) |
| $NH_Y$ | total reduced nitrogen (from ammonia and ammonium) |
| Ni | nickel |
| NILU | Norwegian Institute for Air Research |
| nitro-PAH | nitro-polycyclic aromatic hydrocarbon |
| NMBzA | N-nitrosomethylbenzylamine |
| NMMAPS | National Morbidity, Mortality, and Air Pollution Study |
| NO | nitric oxide |
| $NO_2$ | nitrogen dioxide |
| $NO_2^-$ | nitrite ion |
| $NO_3$ | nitrate, nitrate radical |
| $NO_3^-$ | nitrate, nitrate ion |
| NOAA | U.S. National Oceanic and Atmospheric Administration |
| NOAA-ARL | U.S. National Oceanic and Atmospheric Administration Air Resources Laboratory |
| NOAEL | no-observed-adverse-effect level |
| NOEL | no-observed-effect level |
| $NO_X$ | oxides of nitrogen; sum of NO and $NO_2$ |
| $NO_Y$ | sum of $NO_X$ and $NO_Z$; odd nitrogen species; total oxidized nitrogen |
| $NO_Z$ | sum of all inorganic and organic reaction products of $NO_X$ (HONO, $HNO_3$, $HNO_4$, organic nitrates, particulate nitrate, nitro-PAHs, etc.) |
| NPS | National Park Service |
| NR | not reported |
| Nr | reactive nitrogen |
| NRC | National Research Council |
| NS | nonsignificant |
| NSF | National Science Foundation |
| nss | non-sea salt |
| NSTC | National Science and Technology Council |
| NTN | National Trends Network |
| NTP | National Toxicology Program |
| $^{16}O_2$ | isotope of oxygen |
| $O_2$ | molecular oxygen |
| $O_3$ | ozone |
| OAQPS | Office of Air Quality Planning and Standards (U.S. EPA) |
| OC | organic carbon |
| OCS | carbonyl sulfide |
| OH | hydroxyl radical |
| OR | odds ratio |
| P | phosphorus |
| P, p | probability value |
| $P_1$ | 1st percentile |
| $P_5$ | 5th percentile |
| $P_{95}$ | 95th percentile |
| $P_{99}$ | 99th percentile |
| PAARC | Air Pollution and Chronic Respiratory Diseases (study) |
| PAH(s) | polycyclic aromatic hydrocarbon(s) |
| PAMS | Photochemical Assessment Monitoring Stations |

| PAN(s) | peroxyacyl nitrate(s) (e.g. most common PAN: *peroxyacetyl nitrate)* |
| Pb | lead |
| PBEM | population based exposure model(s) |
| PBL | planetary boundary layer |
| $PC(SO_2)$ | provocative concentration of $SO_2$ that produces a 100% increase in specific airway resistance |
| PCB(s) | polychlorinated biphenyl compound(s) |
| PCE | polychromatic erythrocytes |
| $PD_{100}$ | provocative dose that produces a 100% increase in sRAW |
| $PD_{20}$ | provocative dose that produces a 20% decrease in $FEV_1$ |
| $PD_{20}FEV_1$ | 20% decrease in forced expiratory volume in 1 second |
| pdf | bi-Gaussian (probability density function) |
| PEACE | Pollution Effects on Asthmatic Children in Europe (study) |
| PEC | pulmonary endocrine cells |
| PEF | peak expiratory flow |
| PEMs | personal exposure monitors |
| PF | pulsed fluorescence |
| pH | relative acidity |
| PIXE | proton induced X-ray emission |
| PKA | cyclic AMP-dependent protein kinase A |
| $pK_a$ | dissociation constant |
| PKI | synthetic peptide inhibitor of PKA |
| PL | phospholipids |
| PM | particulate matter |
| $PM_{10}$ | particulate matter with a 50% upper cut point at 10 μm aerodynamic diameter and a collection efficiency curve as defined in the Code of Federal Regulations |
| $PM_{2.5}$ | particulate matter with a 50% upper cut point at 2.5 μm aerodynamic diameter and a collection efficiency curve as defined in the Code of Federal Regulations; surrogate for fine PM |
| $PM_{10-2.5}$ | particulate matter with a 50% upper cut point at 10 μm aerodynamic diameter, a 50% lower cut point at 2.5 μm aerodynamic diameter, and collection efficiency curves identical to those for $PM_{10}$ and $PM_{2.5}$; surrogate for thoracic coarse PM (does not include fine PM) |
| $PM_{13}$ | particulate matter with a 50% upper cut point at 13 μm aerodynamic diameter |
| PM-CAM$_x$ | Comprehensive Air Quality Model with extensions and with particulate matter chemistry |
| PMT | photomultiplier tube |
| PNC | particle number concentration |
| pNEM | probabilistic National Exposure Model |
| PnET | Photosynthesis and EvapoTranspiration (model) |
| PnET-BGC | Photosynthesis and EvapoTranspiration-BioGeoChemical (model) |
| PnET-CN | Photosynthesis and EvapoTranspiration model of C, water, and N balances |
| PnET-N-DNDC | Photosynthesis and EvapoTranspiration-Denitrification-Decomposition (model) |
| $pNO_3^-$ | particulate nitrate |
| $PO_4^-$, $PO_4^{3-}$ | phosphate |
| POPs | persistent organic pollutants |
| ppb | parts per billion |
| ppbv | parts per billion by volume |
| ppm | parts per million |
| PPN | peroxypropionyl nitrate |
| ppt | parts per trillion |

| | |
|---|---|
| pptv | parts per trillion by volume |
| PRB | policy relevant background |
| $pSO_4^{2-}$ | particulate sulfate |
| PTFE | Polytetrafluoroethylene Filters (Teflon filter for air sampling) |
| Q | flow rate; discharge |
| $Q_{10}$ | temperature coefficient |
| QAPP | Quality Assurance Project Plan |
| QT interval | measure of the time interval between the start of the Q wave and the end of the T wave in the heart's electrical cycle |
| R- | generic organic group attached to a molecule |
| R, r | correlation coefficient |
| $R^2$, $r^2$ | coefficient of determination |
| *Ra* | aerodynamic resistance |
| RACM | Regional Atmospheric Chemistry Mechanism |
| RADM | Regional Acid Deposition Model |
| RAMS | Regional Atmospheric Modeling System |
| RANS | Reynolds Averaged Numerical Simulation (approach) |
| RAPS | Regional Air Pollution Study |
| RAR | rapidly activating receptor |
| Raw | airway resistance |
| *Rb* | boundary layer resistance |
| RBC | red blood cell or erythrocyte |
| *Rc* | internal resistance |
| R-C(O)OO | organic peroxy radical |
| R-COO(s) | strongly acidic organic anion(s) |
| RDBMS | relational database management system |
| RDT | Recovery Delay Time |
| REMAP | Regional Environmental Monitoring and Assessment Program |
| RH | relative humidity |
| RMR | resting metabolic rate |
| RMSE | root mean squared error |
| r-MSSD | root mean square of successive differences in R-R intervals. |
| $R-O_2$ | organic peroxyl; organic peroxy |
| $R-O_2NO_2$ | peroxynitrate |
| $R-ONO_2$ | organic nitrate |
| RR | risk ratio; relative risk |
| $RR_x$ | lognormal-transformed response ratio |
| RuBisCO | ribulose-1,5-bisphosphate carboxylase/oxygenase |
| $^{32}S$ | sulfur-32, stable isotope of sulfur |
| $^{34}S$ | sulfur-34, stable isotope of sulfur |
| $^{35}S$ | sulfur-35, radioactive isotope of sulfur |
| $^{86}Sr$ | strontium-86, stable isotope of strontium |
| $^{87}Sr$ | strontium-87, stable isotope of strontium |
| S | sulfur |
| $S^{2-}$ | sulfur radical |
| $S_2^*$ | electronically excited sulfur molecule |
| $S_2O$ | disulfur monoxide |
| SAB | Science Advisory Board |
| SAPALDIA | Study of Air Pollution and Lung Diseases in Adults |

| | |
|---|---|
| SAPRAC | Statewide Air Pollution Research Center |
| SAPRC | Stratospheric Processes and their Role in Climate |
| SAVIAH | Small-Area Variation in Air Pollution and Health (study) |
| SBL | Stable Boundary Layer |
| SBUV | Solar Backscatter Ultraviolet Spectrometer |
| s.c. | subcutaneous (route of injection) |
| SC | safe concentration |
| SCAQS | Southern California Air Quality Study |
| SCE | sister chromatid exchanges |
| SCIAMACHY | Scanning Imaging Absorption Spectrometer for Atmospheric Cartography |
| SD | standard deviation |
| SDNN | standard deviation of normal R-R intervals |
| Se | selenium; |
| SE, se; SEM, sem | standard error; standard error of mean |
| SEARCH | Southeastern Aerosol Research and Characterization Study (monitoring program) |
| SEPs | somatosensory-evoked potentials |
| SES | socioeconomic status |
| SGV | sub grid variability |
| SHEDS | Simulation of Human Exposure and Dose System |
| Si | silicon |
| SIDS | sudden infant death syndrome |
| SIP | State Implementation Plan |
| SLAMS | State and Local Air Monitoring Stations |
| SMOKE | Spare-Matrix Operator Kernel Emissions |
| SNP | single nucleotide polymorphism |
| SO | sulfur monoxide |
| $SO_2$ | sulfur dioxide |
| $SO_3$ | sulfur trioxide |
| $SO_3^{2-}$ | sulfite ion |
| $SO_4^{2-}$ | sulfate ion |
| SOB | shortness of breath |
| SOD | superoxide dismutase |
| $SO_x$ | sulfur oxides |
| SPARROW | SPAtially Referenced Regressions on Watershed Attributes (model) |
| SPF | specific pathogen free |
| SPM | suspended particulate matter |
| SQCA | squamous cell carcinoma |
| Sr | strontium |
| sRaw | specific airway resistance |
| SRB | sulfate-reducing bacteria |
| SRP | soluble reactive phosphorus |
| SSO | seabuckthorn seed oil |
| SSWC | Steady State Water Chemistry (model) |
| STE | stratospheric-tropospheric exchange |
| STN | Speciation Trends Network |
| STRF | Spatio-Temporal Random Field (theory) |
| SUM06 | seasonal sum of all hourly average concentrations ≥ 0.06 ppm |
| SV40 | simian virus 40 |

| | |
|---|---|
| SVOC | semivolatile organic compound |
| T, t | time; duration of exposure |
| TAF | Tracking and Analysis Framework (model) |
| $T_{air}$ | air temperature |
| TAR | Third Assessment Report |
| TBARS | thiobarbituric acid reactive substances |
| TC | total carbon |
| TDLAS | Tunable Diode Laser Absorption Spectrometer |
| TEA | triethanolamine |
| Tg | teragram |
| TIME | Temporally Integrated Monitoring of Ecosystems (program) |
| TNF | tumor necrosis factor (e.g., TNF-α) |
| TOC | potassium channel transient outward currents |
| TOR | thermal-optical reflectance (method) |
| TRACE-P | Transport and Chemical Evolution over the Pacific |
| TSP | total suspended particles |
| TSS | total suspended solids |
| TTX | tetrodotoxin |
| TTX-R | tetrodotoxin-resistant |
| TTX-S | tetrodotoxin-sensitive |
| $T_{water}$ | water temperature |
| U.S. | United States of America |
| UMD-CTM | University of Maryland Chemical Transport Model |
| UNECE | United Nations Economic Commission for Europe |
| URI | upper respiratory infections |
| URS | upper respiratory symptoms |
| USDA | U.S. Department of Agriculture |
| USFS | U.S. Forest Service |
| USGS | U.S. Geological Survey |
| UV | ultraviolet |
| UV-A | ultraviolet radiation of wavelengths from 320 to 400 nm |
| UV-B | ultraviolet radiation of wavelengths from 280 to 320 nm |
| $\dot{V}_E$ | minute ventilation |
| $V_d$ | deposition rate |
| VEPs | visual-evoked potentials |
| VOC | volatile organic compound |
| W | tungsten |
| WHO | World Health Organization |
| WMO | World Meteorological Organization |
| WRF | Weather Research and Forecasting (model) |
| wt % | percent by weight |
| $XNO_3$ | nitrate halogen-X salt |
| XO | halogen-X oxide |
| XRF | X-ray fluorescence |
| yr | year |
| Zn | zinc |
| ZnO | zinc oxide |

# Authors and Contributors

## Authors

Dr. Jee Young Kim ($SO_X$ Team Leader)—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jeffrey Arnold—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. James S. Brown—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Barbara Buckley—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Ila Cote—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Douglas Johns—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Ellen Kirrane—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Dennis Kotchmar—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Long—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Luben—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Qingyu Meng—Oak Ridge Institute for Science and Education, Postdoctoral Research Fellow to National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Anu Mudipalli—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Joseph Pinto—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Mary Ross—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. David Svendsgaard—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Lori White—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. William Wilson—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Brett Grover—National Exposure Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Douglas Bryant—Intrinsik Science, Mississauga, Ontario, Canada

Dr. Arlene Fiore—Geophysical Fluid Dynamics Laboratory/National Oceanographic & Atmospheric Administration, Princeton, NJ

Dr. Panos Georgopoulos—Computational Chemodynamics Laboratory, Environmental and Occupational Health Sciences Institute, Piscataway, NJ

Dr. Vic Hasselblad—Duke University Medical Center, Durham, NC

Dr. Larry Horowitz—Geophysical Fluid Dynamics Laboratory/National Oceanographic and Atmospheric Administration, Princeton University Forrestal Campus, Princeton, NJ

Ms. Annette Ianucci—Sciences International, Alexandria, VA

Dr. Kazuhiko Ito—Department of Environmental Medicine, New York University School of Medicine, Tuxedo, NY

Dr. Jane Koenig— Department of Environmental and Occupational Health Sciences, University of Washington, Seattle, WA

Dr. Therese Mar— Department of Environmental and Occupational Health Sciences, University of Washington, Seattle, WA

Dr. James Riddle—Sciences International, Alexandria, VA

## Contributors

Ms. Christina Cain—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Rebecca Daniels—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Steven J. Dutton—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Elizabeth Oesterling —Oak Ridge Institute for Science and Education, Postdoctoral Research Fellow to National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Richmond-Bryant—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Jason Sacks—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Dale Allen—Department of Atmospheric and Oceanic Sciences, University of Maryland, College Park, MD

Ms. Louise Camalier—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Russell Dickerson—Department of Atmospheric and Oceanic Science, University of Maryland, College Park, MD

Dr. Tina Fan—Environmental and Occupational Health Sciences Institute, Piscataway, NJ

Dr. William Keene—Department of Environmental Sciences, University of Virginia, Charlottesville, VA

Dr. Randall Martin—Department of Physics and Atmospheric Science, Dalhousie University, Halifax, Nova Scotia, Canada

Dr. Maria Morandi—Department of Environmental Sciences, School of Public Health, University of Texas – Houston Health Science Center, Houston, TX

Dr. William Munger—Division of Engineering and Applied Sciences, Harvard University, Cambridge, MA

Mr. Charles Piety—Department of Meteorology, University of Maryland, College Park, MD

Dr. Sandy Sillman—Department of Atmospheric, Ocean, and Space Sciences, University of Michigan, Ann Arbor, MI

Dr. Helen Suh—Department of Environmental Health, Harvard School of Public Health, Boston, MA

Dr. Charles Wechsler—Environmental and Occupational Health Sciences Institute, Piscataway, NJ

Dr. Clifford Weisel—Environmental and Occupational Health Sciences Institute, Piscataway, NJ

Dr. Jim Zhang—Environmental and Occupational Health Sciences Institute, Piscataway, NJ

## Reviewers

Dr. Tina Bahadori—American Chemistry Council, Arlington, VA

Dr. Tim Benner—Office of Science Policy, U.S. Environmental Protection Agency, Washington, DC

Dr. Daniel Costa—National Program Director for Air, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Robert Devlin—National Health and Environmental Effects Research Laboratory, U.S. Environmental Protection Agency, Chapel Hill, NC

Dr. Judy Graham—American Chemistry Council, Arlington, VA

Dr. Stephen Graham—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Beth Hassett-Sipple—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Gary Hatch—National Health and Environmental Effects Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Scott Jenkins—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. David Kryak—National Exposure Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. John Langstaff—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Morton Lippmann—Department of Environmental Medicine, New York University School of Medicine, Tuxedo, NY

Dr. Karen Martin—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. William McDonnell—William F. McDonnell Consulting, Chapel Hill, NC

Dr. Dave McKee—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Connie Meacham—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Lucas Neas—National Health and Environmental Effects Research Laboratory, U.S. Environmental Protection Agency, Chapel Hill, NC

Dr. Russell Owen—National Health and Environmental Effects Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Halûk Özkaynak—National Exposure Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Peel—Department of Environmental and Radiological Health Sciences, Colorado State University, Fort Collins, CO

Mr. Harvey Richmond—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Steven Silverman—Office of General Counsel, U.S. Environmental Protection Agency, Washington, DC

Dr. Michael Stewart—Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Susan Stone—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Chris Trent—Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. John Vandenberg—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Alan Vette—National Exposure Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Debra Walsh—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Ron Williams—National Exposure Research Laboratory, U.S. Environmental Protection Agency, Research Triangle Park, NC

# SO$_X$ Project Team

## Executive Direction

Dr. Ila Cote (Acting Director)—National Center for Environmental Assessment-RTP Division, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Debra Walsh (Deputy Director)—National Center for Environmental Assessment-RTP Division, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Mary Ross (Branch Chief)—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

## Scientific Staff

Dr. Jee Young Kim (SO$_X$ Team Leader)—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jeffrey Arnold—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. James S. Brown—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Barbara Buckley—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Steven J. Dutton—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Douglas Johns—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Ellen Kirrane—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Dennis Kotchmar—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Long—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Thomas Luben—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Qingyu Meng—Oak Ridge Institute for Science and Education, Postdoctoral Research Fellow to National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Anu Mudipalli—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Elizabeth Oesterling —Oak Ridge Institute for Science and Education, Postdoctoral Research Fellow to National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Joseph Pinto—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Jennifer Richmond-Bryant—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Jason Sacks—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. David Svendsgaard—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. Lori White—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Dr. William Wilson—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

## Technical Support Staff

Ms. Ellen Lorang—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Connie Meacham—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Ms. Deborah Wales—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

Mr. Richard Wilson—National Center for Environmental Assessment, U.S. Environmental Protection Agency, Research Triangle Park, NC

# Clean Air Scientific Advisory Committee for Sulfur Oxides Primary NAAQS Review Panel

## Chairperson

**Dr. Rogene Henderson***, Senior Scientist Emeritus, Lovelace Respiratory Research Institute, Albuquerque, NM

## Members

**Mr. Ed Avol**, Professor, Preventive Medicine, Keck School of Medicine, University of Southern California, Los Angeles, CA

**Dr. John R. Balmes**, Professor, Department of Medicine, Division of Occupational and Environmental Medicine, University of California, San Francisco, CA

**Dr. Ellis Cowling***, University Distinguished Professor At-Large Emeritus, Colleges of Natural Resources and Agriculture and Life Sciences, North Carolina State University, Raleigh, NC

**Dr. James D. Crapo***, Professor of Medicine, Department of Medicine, National Jewish Medical and Research Center, Denver, CO

**Dr. Douglas Crawford-Brown***, Professor and Director, Department of Environmental Sciences and Engineering, Carolina Environmental Program, University of North Carolina, Chapel Hill, NC

**Dr. Terry Gordon**, Professor, Environmental Medicine, NYU School of Medicine, Tuxedo, NY

**Dr. Dale Hattis**, Research Professor, Center for Technology, Environment, and Development, George Perkins Marsh Institute, Clark University, Worcester, MA

**Dr. Donna Kenski**, Director of Data Analysis, Lake Michigan Air Directors Consortium, Rosemont, IL

**Dr. Patrick Kinney**, Associate Professor, Department of Environmental Health Sciences, Mailman School of Public Health, Columbia University, New York, NY

**Mr. Steven Kleeberger**, Professor and Lab Chief, Laboratory of Respiratory Biology, National Institute of Environmental Health Sciences, National Institutes of Health, Research Triangle Park, NC

**Dr. Timothy Larson**, Professor, Department of Civil and Environmental Engineering, University of Washington, Seattle, WA

**Dr. Kent Pinkerton**, Professor, Regents of the University of California, Center for Health and the Environment, University of California, Davis, CA

**Mr. Richard L. Poirot***, Environmental Analyst, Air Pollution Control Division, Department of Environmental Conservation, Vermont Agency of Natural Resources, Waterbury, VT

**Dr. Edward Postlethwait**, Professor and Chair, Department of Environmental Health Sciences, School of Public Health, University of Alabama, Birmingham, AL

**Dr. Armistead (Ted) Russell***, Professor, Department of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA

**Dr. Jonathan M Samet**, Professor and Chair , Department of Epidemiology, Bloomberg School of Public Health, Johns Hopkins University, Baltimore, MD

**Dr. Richard Schlesinger**, Associate Dean, Department of Biology, Dyson College, Pace University, New York, NY

**Dr. Christian Seigneur**, Vice President, Atmospheric & Environmental Research, Inc., San Ramon, CA

**Dr. Elizabeth A. (Lianne) Sheppard**, Research Professor, Biostatistics and Environmental & Occupational Health Sciences, Public Health and Community Medicine, University of Washington, Seattle, WA

**Dr. Frank Speizer**\*, Edward Kass Professor of Medicine, Channing Laboratory, Harvard Medical School, Boston, MA

**Dr. George Thurston**, Professor, Environmental Medicine, NYU School of Medicine, New York University, Tuxedo, NY

**Dr. James Ultman**, Professor, Chemical Engineering, Bioengineering Program, Pennsylvania State University, University Park, PA

**Dr. Ronald Wyzga**, Technical Executive, Air Quality Health and Risk, Electric Power Research Institute, P.O. Box 10412, Palo Alto, CA

## Science Advisory Board Staff

**Dr. Holly Stallworth,** Designated Federal Officer, 1200 Pennsylvania Avenue, NW 1400F, Washington, DC, 20460, Phone: 202-343-9981,  Fax: 202-233-9867, (stallworth.holly@epa.gov)

\* Members of the statutory Clean Air Scientific Advisory Committee (CASAC) appointed by the EPA Administrator

# Preface

## Legislative Requirements

Section 109, Title 42 (U.S. Code, 2003) directs the U.S. Environmental Protection Agency (EPA) Administrator to propose and promulgate "primary" and "secondary" National Ambient Air Quality Standards (NAAQS) for pollutants listed under section 108. Section 109(b)(1) defines a primary standard as one "the attainment and maintenance of which is the judgment of the Administrator, based on such criteria and allowing an adequate margin of safety, are requisite to protect the public health."[1] A secondary standard, as defined in section 109(b)(2), must "specify a level of air quality the attainment and maintenance of which, in the judgment of the EPA Administrator, based on such criteria, is required to protect the public welfare from any known or anticipated adverse effects associated with the presence of [the] pollutant in the ambient air."[2] The requirement that primary standards include an adequate margin of safety was intended to address uncertainties associated with inconclusive scientific and technical information available at the time of standard setting. It was also intended to provide a reasonable degree of protection against hazards that research has not yet identified. See *Lead Industries Association v. EPA*, 647 F.2d 1130, 1154 (D.C. Cir, 1980), <u>cert. denied</u>, 449 U.S. 1042 (1980); *American Petroleum Institute v. Costle*, 665 F.2d 1176, 1186 (D.C. Cir, 1981) <u>cert. denied</u>, 455 U.S. 1034 (1982). The aforementioned uncertainties are components of the risk associated with pollution at levels below those at which human health effects can be said to occur with reasonable scientific certainty. Thus, in selecting primary standards that include an adequate margin of safety, the Administrator is seeking not only to prevent pollution levels that have been demonstrated to be harmful but also to prevent lower pollutant levels that may pose an unacceptable risk of harm, even if the risk is not precisely identified as to nature or degree.

In selecting a margin of safety, the EPA considers such factors as the nature and severity of the health effects involved, the size of sensitive or vulnerable population(s) at risk, and the kind and degree of the uncertainties that must be addressed. The selection of any particular approach to providing an adequate margin of safety is a policy choice left specifically to the Administrator's judgment. See *Lead Industries Association v. EPA*, <u>supra</u>, 647 F.2d at 1161-62.

In setting standards that are "requisite" to protect public health and welfare, as provided in section 109(b), EPA's task is to establish standards that are neither more nor less stringent than necessary for these purposes. In so doing, EPA may not consider the costs of implementing the standards. See *Whitman v. American Trucking Associations*, 531 U.S. 457, 465472, 475-76 (U.S. Supreme Court 2001).

Section 109(d)(1) requires that "not later than December 31, 1980, and at 5-year intervals thereafter, the Administrator shall complete a thorough review of the criteria published under section 108 and the national ambient air quality standards…and shall make such revisions in such criteria and standards and promulgate such new standards as may be appropriate…" Section 109(d)(2) requires that an independent scientific review committee "shall complete a review of the criteria…and the national primary and secondary ambient air quality standards…and shall recommend to the Administrator any new…standards and revisions of existing criteria and standards as may be appropriate…" Since the early 1980s, this independent review function has been performed by the Clean Air Scientific Advisory Committee (CASAC) of EPA's Science Advisory Board (SAB).

---

[1] The legislative history of section 109 indicates that a primary standard is to be set at "the maximum permissible ambient air level . . which will protect the health of any [sensitive] group of the population," and that for this purpose "reference should be made to a representative sample of persons comprising the sensitive group rather than to a single person in such a group" [S. Rep. No. 91-1196, 91st Cong., 2d Sess. 10 (1970)]. (Tsai et al., 2006)

[2] Welfare effects as defined in section 302(h) [42 U.S.C. 7602(h)] include, but are not limited to, "effects on soils, water, crops, vegetation, man-made materials, animals, wildlife, weather, visibility and climate, damage to or deterioration of property, and hazards to transportation, as well as effects on economic values and on personal comfort and well-being."

## History of Reviews of the Primary NAAQS for Sulfur Oxides

On April 30, 1971, the EPA promulgated primary NAAQS for sulfur oxides ($SO_X$). These primary standards, which were based on the findings outlined in the original 1969 Air Quality Criteria for Sulfur Oxides, were set at 0.14 parts per million (ppm) averaged (avg) over a 24-hour (h) period, not to be exceeded more than once per year, and 0.030 ppm annual arithmetic mean with sulfur dioxide ($SO_2$) as the indicator. In 1982, EPA published the *Air Quality Criteria for Particulate Matter and Sulfur Oxides* (U.S. EPA, 1982) along with an addendum of newly published controlled human exposure studies, which updated the scientific criteria upon which the initial standards were based. In 1986, a second addendum was published presenting newly available evidence from epidemiologic and controlled human exposure studies (U.S. EPA, 1986a). In 1988, EPA published a proposed decision not to revise the existing standards (53 FR 14926). However, EPA specifically requested public comment on the alternative of revising the current standards and adding a new 1-h primary standard of 0.4 ppm.

As a result of public comments on the 1988 proposal and other post-proposal developments, EPA published a second proposal in the Federal Register (FR) on November 15, 1994 (59 FR 58958). The 1994 re-proposal was based in part on a supplement to the second addendum of the criteria document, which evaluated new findings on short-term $SO_2$ exposures in asthmatics (U.S. EPA, 1994c). As in the 1988 proposal, EPA proposed to retain the existing 24-h and annual standards. The EPA also solicited comment on three regulatory alternatives to further reduce the health risk posed by exposure to high 5-minute (min) peaks of $SO_2$ if additional protection were judged to be necessary. The three alternatives were: 1) revising the existing primary $SO_2$ NAAQS by adding a new 5-min standard of 0.60 ppm $SO_2$; 2) establishing a new regulatory program under section 303 of the Act to supplement protection provided by the existing NAAQS, with a trigger level of 0.60 ppm $SO_2$, one expected exceedance; and 3) augmenting implementation of existing standards by focusing on those sources or source types likely to produce high 5-min peak concentrations of $SO_2$. On May 22, 1996, EPA's final decision, that revisions of the NAAQS for $SO_X$ were not appropriate at that time, was announced in the Federal Register (61 FR 25566).

# Chapter 1. Introduction

The Integrated Science Assessment (ISA) is a concise review, synthesis, and evaluation of the most policy-relevant science, and communicates critical science judgments relevant to the NAAQS review. As such, the ISA forms the scientific foundation for the review of the primary (health-based) NAAQS for $SO_X$.[1] The primary NAAQS for $SO_X$, with $SO_2$ serving as the indicator, is set at 0.14 ppm, averaged over a 24-h period, not to be exceeded more than once per year, and 0.030 ppm annual arithmetic mean. The ISA accurately reflects "the latest scientific knowledge useful in indicating the kind and extent of identifiable effects on public health which may be expected from the presence of [a] pollutant in ambient air" (Clean Air Act, Section 108, 2003). Key information and judgments formerly contained in the Air Quality Criteria Document (AQCD) for $SO_X$ are incorporated in this assessment. Additional details of the pertinent scientific literature published since the last review, as well as selected older studies of particular interest, are included in a series of annexes. This ISA thus serves to update and revise the information available at the time of the previous review of the NAAQS for $SO_X$ in 1996.

$SO_2$ is the most important of the gas-phase sulfur oxides ($SO_X$) for both atmospheric chemistry and health effects. $SO_X$ is usually defined to include sulfur trioxide ($SO_3$) and gas-phase sulfuric acid ($H_2SO_4$) as well, but neither is present in the atmosphere in concentrations significant for human exposures. Descriptions of the atmospheric chemistry of $SO_X$ include both gaseous and particulate species; a meaningful analysis would not be possible otherwise. Most studies on the health effects of gaseous $SO_X$ focus on $SO_2$; effects of other gaseous species are considered as information is available. The health effects of particulate $SO_X$ are included in the review of the NAAQS for particulate matter (PM). In evaluating the health evidence, this ISA considers possible influences of other atmospheric pollutants, including interactions of $SO_2$ with other co-occurring pollutants such as PM, nitrogen oxides ($NO_X$), carbon monoxide (CO), and ozone ($O_3$).

The Integrated Plan for Review of the Primary NAAQS for $SO_X$ (U.S. EPA, 2007) identifies key policy-relevant questions that provide a framework for this review of the scientific evidence. These questions frame the entire review of the NAAQS, and thus are informed by both science and policy considerations. The ISA organizes and presents the scientific evidence such that, when considered along with findings from risk analyses and policy considerations, will help the EPA address these questions during the NAAQS review.

- How has new information altered/substantiated the scientific support for the occurrence of health effects following short- and/or long-term exposure to levels of $SO_X$ found in the ambient air?
- How does new information influence conclusions from the previous review regarding the effects of $SO_X$ on susceptible populations?
- At what levels of $SO_X$ exposure do health effects of concern occur?
- How has new information altered conclusions from previous reviews regarding the plausibility of adverse health effects caused by $SO_X$ exposure?
- To what extent have important uncertainties identified in the last review been reduced? Have new uncertainties emerged?
- What are the air quality relationships between short-term and long-term exposures to $SO_X$?

---

[1]A review of the secondary $SO_2$ NAAQS, in conjunction with a review of the secondary NAAQS for $NO_X$, is underway independently, as is a review of the primary NAAQS for $NO_X$ and a review of the primary and secondary NAAQS for PM.

# 1.1. Document Development

EPA initiated the current formal review of the NAAQS for $SO_X$ on May 15, 2006 with a call for information from the public (FR, 2006). In addition to the call for information, publications are identified through an ongoing literature search process that includes extensive computer database mining on specific topics. Additional publications were identified by EPA scientists in a variety of disciplines by combing through relevant, peer-reviewed scientific literature obtained through these ongoing literature searches, reviewing previous EPA reports, and a review of reference lists from important publications. All relevant epidemiologic, human clinical, and animal toxicological studies, including those related to exposure-response relationships, mechanism(s) of action, or susceptible subpopulations published since the last review were considered. Added to the body of research were EPA's analyses of air quality and emissions data, studies on atmospheric chemistry, transport, and fate of these emissions, as well as issues related to exposure to $SO_X$. Further information was acquired from consultation with content and area experts and the public. Annex A has more discussion of search strategies and criteria for study selection.

# 1.2. Document Organization

The ISA is composed of five chapters. This introductory chapter presents background information, and provides an overview of EPA's framework for making causal judgments. Chapter 2 highlights key concepts or issues relevant to understanding the atmospheric chemistry, sources, exposure, and dosimetry of $SO_X$, following a "source-to-dose" paradigm. Chapter 3 evaluates and integrates epidemiologic, human clinical, and animal toxicological information relevant to the review of the primary NAAQS for $SO_X$. Chapter 4 has information related to the public health impact of ambient $SO_X$ exposure, with emphasis on potentially susceptible and vulnerable population groups. Finally, Chapter 5 presents key findings and conclusions from the atmospheric sciences, ambient air data analyses, exposure assessment, dosimetry, and health effects for consideration in the review of the NAAQS for $SO_X$.

A series of annexes supplement this ISA. The annexes provide additional details of the pertinent literature published since the last review, as well as selected older studies of particular interest. These annexes contain information on:

- atmospheric chemistry of $SO_X$ as well as the sampling and analytic methods for measurement of $SO_X$;
- environmental concentrations and human exposure to $SO_X$;
- toxicological studies of health effects in laboratory animals;
- human clinical studies of health effects related to peak (5-10 min) and short-term (1-h or longer) exposure to $SO_X$; and
- epidemiologic studies of health effects from short- and long-term exposure to $SO_X$.

Detailed information about methods and results of health studies is summarized in tabular format, and generally includes information about: concentrations of $SO_X$ and averaging times; study methods employed; results and comments; and quantitative results for relationships between effects and exposure to $SO_X$.

# 1.3. EPA Framework for Causal Determination

It is important to have a consistent and transparent basis to evaluate the causal nature of air pollution-induced health effects. The framework described below establishes uniform language

concerning causality and brings more specificity to the findings. It draws standardized language from across the federal government and wider scientific community, especially from the recent National Academy of Sciences (NAS) Institute of Medicine (IOM) document, *Improving the Presumptive Disability Decision-Making Process for Veterans* (IOM, 2007), the most recent comprehensive work on evaluating the causality of health effects. This section:

- describes the kinds of scientific evidence used in establishing a general causal relationship between exposure and health effects;
- defines cause, in contrast to statistical association;
- discusses the sources of evidence necessary to reach a conclusion about the existence of a causal relationship;
- highlights the issue of multifactorial causation;
- identifies issues and approaches related to uncertainty; and
- provides a framework for classifying and characterizing the weight of evidence in support of a general causal relationship.

Approaches to assessing the separate and combined lines of evidence (e.g., epidemiologic, human clinical, and animal toxicological studies) have been formulated by a number of regulatory and science agencies, including the IOM of the National Academies of Science (IOM, 2008), International Agency for Research on Cancer (IARC, 2006), EPA Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005), Centers for Disease Control and Prevention (CDC, 2004), and National Acid Precipitation Assessment Program (NAPAP, 1991). Highlights or excerpts from the various decision framework documents are included in Annex A.

These formalized approaches offer guidance for assessing causality. The frameworks are similar in nature, although adapted to different purposes, and have proven effective in providing a uniform structure and language for causal determinations. Moreover, these frameworks must support decision-making under conditions of uncertainty.

# 1.3.1. Scientific Evidence Used in Establishing Causality

Causality determinations are based on the evaluation and synthesis of evidence from across scientific disciplines; the type of evidence that is most important for such determinations will vary by pollutant or assessment. The most compelling evidence of a causal relationship between pollutant exposures and human health effects comes from human clinical studies. This type of study experimentally evaluates the health effects of administered exposures in humans under highly-controlled laboratory conditions.

In epidemiologic or observational studies of humans, the investigator does not control exposures or intervene with the study population. Broadly, observational studies can describe associations between exposures and effects. These studies fall into several categories: cross-sectional, prospective cohort, and time-series studies. "Natural experiments" offer the opportunity to investigate changes in health with a change in exposure; these include comparisons of health effects before and after a change in population exposures, such as closure of a pollution source.

Experimental animal data complement the clinical and observational data; these studies can help characterize effects of concern, exposure-response relationships, sensitive subpopulations and modes of action. In the absence of clinical or epidemiologic data, animal data alone may be sufficient to support a likely causal determination, assuming that humans respond similarly to the experimental species.

## 1.3.2. Association and Causation

"Cause" is a significant, effectual relationship between an agent and an associated disorder or disease. "Association" is the statistical dependence among events, characteristics, or other variables. An association is prima facie evidence for causation; alone, however, it is insufficient proof of a causal relationship between exposure and disease. Unlike an association, a causal claim supports the creation of counterfactual claims; that is, a claim about what the world would have been like under different or changed circumstances (IOM, 2007). Much of the newly available health information evaluated in this ISA comes from epidemiologic studies that report a statistical association between ambient exposure and health outcome.

Many of the health outcomes reported in these studies have complex etiologies. The diseases, such as asthma, coronary heart disease or cancer are typically initiated by a web of multiple agents. Outcomes depend on a variety of factors, such as age, genetic susceptibility, nutritional status, immune competence, and social factors (Gee and Payne-Sturges, 2004; IOM, 2007). Further, exposure to a combination of agents could cause synergistic or antagonistic effects. Thus, the observed risk represents the net effect of many actions and counteractions.

## 1.3.3. Evidence for Going beyond Association to Causation

Moving from association to causation involves elimination of alternative explanations for the association. Human clinical studies are experiments conducted in a controlled laboratory setting using fixed concentrations of air pollutants under carefully regulated environmental conditions and subject activity levels. Results of human clinical studies may provide evidence of potential mechanisms for observed effects and a direct quantitative assessment of the exposure-health response relationship among individuals. In a randomized crossover study design, subjects in a population are exposed to a pollutant and a sham at different time points, and the responses to the two types of exposures are compared. This study design is effective at controlling for potential confounders, since the subject is serving as his/her own control. The results are assessed by rigorous comparison of changes in appropriate outcomes between the pollutant and sham exposures. By assigning exposure randomly, the study design attempts to remove the effect of any factor that might influence exposure. Done properly, and setting aside the role of chance, only a causal relationship between exposure and health outcome should produce observed associations in randomized clinical trials.

A lack of observation of effects from human clinical studies does not necessarily mean that a causal relationship does not exist. Human clinical studies are often limited because the study population is generally small, which restricts the ability to discern statistically significant findings in the health outcomes of interest between exposure to varying concentrations of air pollutant and clean air and to precisely characterize the exposure-response relationship. In addition, the most susceptible individuals may be explicitly excluded (for ethical reasons), and other susceptible individuals or groups, such as those with preexisting health conditions, may not be included. Study subjects must either be healthy, or have a level of illness which does not preclude them from participating in the study. Asthmatics who are unable to withhold the use of bronchodilators for at least 6 hours prior to exposure and subjects with a recent history of upper respiratory tract infections are typically excluded from clinical studies of air pollution exposure. While human clinical studies provide important information on the biological plausibility of associations observed between $SO_2$ exposure and health outcomes in epidemiologic studies, observed effects in these studies may underestimate the response in certain subpopulations for these reasons.

Epidemiologic studies provide important information on the associations between health effects and exposure of human populations to ambient air pollution. These studies also help to identify susceptible or vulnerable subgroups and associated risk factors. However, associations observed between specific air pollutants and health outcomes in epidemiologic studies may be confounded by copollutants

or meteorological conditions. Extensive discussion of these issues is provided in the 2004 AQCD for PM (U.S. EPA, 2004) and the 2006 AQCD for Ozone and Related Photochemical Oxidants (U.S. EPA, 2006b), and therefore presented only briefly below.

Inferring causation requires consideration of potential confounders. In confounding, the apparent effect of the exposure of interest is distorted because the effect of an extraneous factor is mistaken for or mixed with the actual exposure effect, which may be null (Rothman and Greenland, 1998). When associations are found in epidemiologic studies, one approach to remove spurious associations from possible confounders is to control for characteristics that may differ between exposed and unexposed persons; this is frequently termed "adjustment." Multivariable regression models constitute one tool for estimating the association between exposure and outcome after adjusting for characteristics of participants that might confound the results. The use of multipollutant regression models has been the prevailing approach for controlling potential confounding by copollutants in air pollution health effects studies. Finding the likely causal pollutant from multipollutant regression models is made difficult by the possibility that one or more air pollutants may be acting as a surrogate for an unmeasured or poorly-measured pollutant or for a particular mixture of pollutants. Further, the correlation between the air pollutant of interest and various copollutants may show temporal and spatial discongruities that can influence exposures and health effects. Thus, results of models that attempt to distinguish gaseous and particle effects must be interpreted with caution. Despite these limitations, the use of multipollutant models is still the prevailing approach employed in most air pollution epidemiologic studies, and may provide some insight into the potential for confounding or interaction among pollutants.

Another way to adjust for potential confounding is through stratified analysis, i.e., examining the association within homogeneous groups with respect to the confounding variable. Stratified analysis can also be used to examine potential effect modification. The use of stratified analyses has an additional benefit: it allows examination of effect modification through comparison of the effect estimates across different groups. If investigators successfully measured characteristics that distort the results, adjustment of these factors help separate a spurious from a true causal association. Appropriate statistical adjustment for confounders requires identifying and measuring all reasonably expected confounders. Deciding which variables to control for in a statistical analysis of the association between exposure and disease depends on knowledge about possible mechanisms and the distributions of these factors in the population under study. Identifying these mechanisms makes it possible to control for potential sources that may result in a spurious association.

Measurement error is another problem encountered when adjusting for spurious associations. Controlling for confounders, whether by adjustment or stratification, is only successful when the confounder is well-measured. Considered together, the effects of a well-measured covariate may be overestimated in contrast to a covariate measured with greater error. There are several components that contribute to exposure measurement error in these studies, including the difference between true and measured ambient concentrations, the difference between avg personal exposure to ambient pollutants and ambient concentrations at central monitoring sites, and the use of average population exposure rather than individual exposure estimates.

Confidence that unmeasured confounders are not producing the findings is increased when multiple studies are conducted in various settings using different subjects or exposures; each of which might eliminate another source of confounding from consideration. Thus, multi-city studies which use a consistent method to analyze data from across locations with different levels of covariates can provide insight on potential confounding in associations. The number and degree of diversity of covariates, as well as their relevance to the potential confounders, remain matters of scientific judgment. Intervention studies, because of their experimental nature, can be particularly useful in characterizing causation.

In addition to clinical and epidemiologic studies, the tools of experimental biology have been valuable for developing insights into human physiology and pathology. Laboratory tools have been extended to explore the effects of putative toxicants on human health, especially through the study of model systems in other species. Background knowledge of the biological mechanisms by which an exposure might or might not cause disease can prove crucial in establishing, or negating, a causal claim.

At the same time, species can differ from each other in fundamental aspects of physiology and anatomy (e.g., metabolism, airway branching, hormonal regulation) that may limit extrapolation. Testable hypotheses about the causal nature of proposed mechanisms or modes of action are central to utilizing experimental data in causal determinations.



**Figure 1-1.    Potential relationships of SO$_X$ with adverse health effects.**

# 1.3.4. Multifactorial Causation

Scientific judgment is needed regarding likely sources and magnitude of confounding, together with judgment about how well the existing constellation of study designs, results, and analyses address this potential threat to inferential validity. One key consideration in this review is evaluation of the potential contribution of SO$_X$ to health effects, when it is a component of a complex air pollutant mixture.

There are multiple ways by which $SO_X$ might cause or be associated with adverse health effects, as illustrated in Figure 1-1. First, the reported $SO_X$ effect estimates in epidemiologic studies may reflect independent $SO_X$ effects on respiratory health. Second, ambient $SO_X$ may be serving as an indicator of complex ambient air pollution mixtures that share the same source as $SO_X$ (i.e., combustion of sulfur-containing fuels or metal smelting). Finally, copollutants may mediate the effects of $SO_X$ or $SO_X$ may influence the toxicity of copollutants. Epidemiologists use the term "interaction" or "effect modification" to denote the departure of the observed joint risk from what might be expected based on the separate effects of the factors. These possibilities are not necessarily exclusive. In addition, confounding can result in the production of an association between adverse health effects and $SO_X$ that is actually attributable to another factor that is associated with $SO_X$ in a particular study. Multivariate models are the most widely used strategy to address confounding in epidemiologic studies, but such models are not always easily interpreted when assessing effects of covarying pollutants such as PM, $O_3$, and nitrogen dioxide ($NO_2$).

## 1.3.5. Uncertainty[1]

In estimating the causal influence of an exposure on health outcomes, it is recognized that scientific findings incorporate uncertainty. Uncertainty can be defined as a state of having limited knowledge where it is impossible to exactly describe an existing state or future outcome – the lack of knowledge about the correct value for a specific measure or estimate.[2] Uncertainty characterization and uncertainty assessment are two activities that lead to different degrees of sophistication in describing uncertainty. Uncertainty characterization generally involves a qualitative discussion of the thought processes that lead to the selection and rejection of specific data, estimates, scenarios, etc. The uncertainty assessment is more quantitative. The process begins with simpler measures (i.e., ranges) and simpler analytical techniques and progresses, to the extent needed to support the decision for which the assessment is conducted, to more complex measures and techniques. Data will not be available for all aspects of an assessment and those data that are available may be of questionable or unknown quality. In these situations, evaluation of uncertainty can include professional judgment or inferences based on analogy with similar situation. The net result is that the assessments will be based on a number of assumptions with varying degrees of uncertainty. Additionally, uncertain information from different sources of different quality must be combined. It is important that uncertainty be qualitatively and, to the extent possible, quantitatively described.

### 1.3.5.1. Types of Uncertainty

Uncertainty in assessment can be classified into three broad categories: uncertainty regarding missing or incomplete information needed to fully define the exposure and dose (scenario uncertainty); uncertainty regarding some parameters (parameter uncertainty); and uncertainty regarding gaps in scientific theory required to make predictions on the basis of causal inferences (model uncertainty). Identification of the sources of uncertainty is the first step toward eventually determining the type of action necessary to reduce that uncertainty. The following sections will discuss sources of uncertainty and approaches for analyzing uncertainty.

---

[1] This discussion on uncertainty was adapted from EPA's Guidelines for Exposure Assessment, May 29, 1992, Federal Register 57(104):22888-22938, EPA/600/Z-92/001.

[2] Variability is distinguished from uncertainty in that the former is an actual difference in some property of exposure or response; an intrinsic property that can be better understood with additional information but not reduced or eliminated. In contrast, uncertainty can be reduced or eliminated with additional information.

## Scenario Uncertainty

The sources of scenario uncertainty include descriptive errors, aggregation errors, errors in professional judgment, and incomplete analysis. Descriptive errors include errors in information, such as misclassification of disease or pollutant exposure. Aggregation errors arise as a result of lumping approximations. Included among these are assumptions of homogeneous populations, and spatial and temporal approximations such as assumptions of steady-state conditions. Errors in professional judgment also are a source of uncertainty. A potentially serious source of uncertainty arises from incomplete analysis. For example, the lack of experimental data from clinical studies on severe asthmatics to pollutant exposures limits the qualitative and quantitative analyses of health effects.

## Parameter Uncertainty

Sources of parameter uncertainty include measurement errors, sampling errors, variability, and use of generic or surrogate data. Measurement errors can be random or systematic. Random error results from imprecision in the measurement process. Systematic error is a bias or tendency away from the true value. Sampling errors concern sample representativeness. The purpose of sampling is to make an inference about the nature of the whole from a measurement of a subset of the total population. The inability to characterize the inherent variability in various parameters is a major source of uncertainty. The use of generic or surrogate data is common when site-specific data are not available, for example generalized descriptions of environmental settings. The approach to characterizing uncertainty in parameter values will vary. It can involve an order-of-magnitude bounding of the parameter range when uncertainty is high, or a description of the range for each of the parameters including the lower- and upper-bound and the best estimate values and justification for these based on available data or professional judgment. In some circumstances, characterization can take the form of a probabilistic description of the parameter range. The appropriate characterization will depend on several factors, including whether a sensitivity analysis indicates that the results are significantly affected by variations within the range. When the results are significantly affected by a particular parameter an attempt should be made to reduce the uncertainty by developing a description of the likely occurrence of particular values within the range. If enough data are available, standard statistical methods can be used to obtain a meaningful representation.

## Model Uncertainty

Model uncertainty can be defined as gaps in scientific theory required to make predictions on the basis of causal inferences. Modeling errors are due to models being simplified representations of reality; hence, rationales for model selection should be discussed. Even after the most appropriate model has been selected for the purpose at hand, one is still faced with the question of how well the model represents the real situation. This question is compounded by the overlap between modeling uncertainties and other uncertainties, e.g., natural variability in inputs, representativeness of the modeling scenario, and aggregation errors. A dilemma is that many existing models (particularly the very complex ones) and the hypotheses contained within them cannot be fully tested, although certain components of the model may be tested. Even when a model has been validated under a particular set of conditions, uncertainty will exist in its application to situations beyond the test system.

# 1.3.5.2. Approaches to Characterizing Uncertainty

Various approaches to characterizing uncertainty can be described, such as classical statistical methods, sensitivity analysis, or probabilistic uncertainty analysis, in order of increasing complexity and data requirements.

Classical statistical methods are used to analyze uncertainty in measured values (Robinson, 1989). Given a data set of measured exposure values for a series of individuals, the population distribution may be estimated directly, provided that the sample design was developed properly to capture a representative sample. The measured exposure values also may be used to directly compute confidence interval estimates for percentiles of the distribution. When the distribution is estimated from measured exposures for a probability sample of population members, confidence interval estimates for percentiles of the exposure distribution are the primary uncertainty characterization.

Sensitivity analysis is the process of changing one variable while leaving the others constant and determining the effect on the output. The procedure involves fixing each uncertain quantity, one at a time, at its credible lower-bound and then its upper-bound (holding all others at their medians), and then computing the outcomes for each combination of values. These results are useful to identify the variables that have the greatest effect on exposure and to help focus further information gathering. The results do not provide any information about the probability of a quantity's value being at any level within the range; therefore, this approach is most useful at the screening level when deciding about the need and direction of further analyses.

Probabilistic uncertainty analysis is generally considered the next level of complexity (Eggleston, 1993). The most common example is the Monte Carlo technique where probability density functions are assigned to each parameter, then values from these distributions are randomly selected and inserted into the equation. After this process is completed many times, a distribution of predicted values results that reflects the overall uncertainty in the inputs to the calculation. By averaging over many different competing models, Bayesian Model Averaging incorporates model uncertainty into conclusions about parameters and prediction.

# 1.3.6. Application of Framework for Causal Determination

EPA uses a two-step approach to evaluate the scientific evidence on health effects of criteria pollutants. The first step determines the weight of evidence in support of causation and characterizes the strength of any resulting causal classification. The second step includes further evaluation of the quantitative evidence regarding the concentration-response relationships and the levels, duration and pattern of exposures at which effects are observed.

To aid judgment, various "aspects"[1] of causality have been discussed by many philosophers and scientists. The most widely cited aspects of causality in epidemiology, and public health in general, were articulated by Sir Austin Bradford Hill in 1965 and have been widely used (CDC, 2004; U.S. EPA, 2005; IARC, 2006; IOM, 2007). These nine aspects (Hill, 1965) have been modified (below) for use in causal determinations specific to health and environmental effects and pollutant exposures.[2]

---

**Table 1-1.    Aspects to aid in judging causality.**

1. ***Consistency of the observed association.*** An inference of causality is strengthened when a pattern of elevated risks is observed across several independent studies. The reproducibility of findings constitutes one of the strongest arguments for causality. If there are discordant

---

[1]The "aspects" described by Hill (1965) have become, in the subsequent literature, more commonly described as "criteria." The original term "aspects" is used here to avoid confusion with "criteria" as it is used, with different meaning, in the Clean Air Act.

[2] The Hill apects were developed for use with epidemiology data. They have been modified here for use with a broader array of data, i.e., epidemiologic, controlled human exposure, and animal toxicological studies, as well as *in vitro* data, and to be more consistent with EPA's Guidelines for Carcinogen Risk Assessment.

results among investigations, possible reasons such as differences in exposure, confounding factors, and the power of the study are considered.

2. ***Strength of the observed association.*** The finding of large, precise risks increases confidence that the association is not likely due to chance, bias, or other factors. A modest risk, however, does not preclude a causal association and may reflect a lower level of exposure, an agent of lower potency, or a common disease with a high background level.

3. ***Specificity of the observed association.*** As originally intended, this refers to increased inference of causality if one cause is associated with a single effect or disease (Hill, 1965). Based on current understanding this is now considered one of the weaker guidelines for causality; for example, many agents cause respiratory disease and respiratory disease has multiple causes. The ability to demonstrate specificity under certain conditions remains, however, a powerful attribute of experimental studies. Thus, although the presence of specificity may support causality, its absence does not exclude it.

4. ***Temporal relationship of the observed association.*** A causal interpretation is strengthened when exposure is known to precede development of the disease.

5. ***Biological gradient (exposure-response relationship).*** A clear exposure-response relationship (e.g., increasing effects associated with greater exposure) strongly suggests cause and effect, especially when such relationships are also observed for duration of exposure (e.g., increasing effects observed following longer exposure times). There are, however, many possible reasons that a study may fail to detect an exposure-response relationship. Thus, although the presence of a biologic gradient may support causality, the absence of an exposure-response relationship does not exclude a causal relationship.

6. ***Biological plausibility***. An inference of causality tends to be strengthened by consistency with data from experimental studies or other sources demonstrating plausible biological mechanisms. A lack of biologic understanding, however, is not a reason to reject causality.

7. ***Coherence.*** An inference of causality may be strengthened by other lines of evidence (e.g., clinical and animal studies) that support a cause-and-effect interpretation of the association. The absence of other lines of evidence, however, is not a reason to reject causality.

8. ***Experimental evidence (from human populations).*** The strongest evidence for causality can be provided when a change in exposure brings about a change in adverse health effect or disease frequency in either clinical or observational studies.

9. ***Analogy.*** Structure-activity relationships and information on the agent's structural analogs can provide insight into whether an association is causal. Similarly, information on mode of action for a chemical, as one of many structural analogs, can inform decisions regarding likely causality.

While these aspects provide a framework for assessing the evidence, they do not lend themselves to being considered in terms of simple formulas or fixed rules of evidence leading to conclusions about causality (Hill, 1965). For example, one cannot simply count the number of studies reporting statistically significant results or statistically nonsignificant results for health effects and reach credible conclusions about the relative weight of the evidence and the likelihood of causality. Rather, these important considerations are taken into account with the goal of producing an objective appraisal of the evidence, informed by peer and public comment and advice, which includes weighing alternative views on controversial issues. Additionally, it is important to note that the principles in Table 1-1 cannot be used as a strict checklist, but rather to determine the weight of the evidence for inferring causality. In particular, not meeting one or more of the principles does not automatically exclude a study from consideration (e.g., see discussion in U.S. Surgeon General's Report, CDC, 2004).

# 1.3.7. First Step—Determination of Causality

In the ISA, EPA assesses results of recent relevant publications, in light of evidence available during the previous NAAQS review, to draw conclusions on the causal relationships between relevant pollutant exposures and health outcomes. This ISA uses a five-level hierarchy that classifies the weight of evidence for causation, not just association[1]; that is, whether the weight of scientific evidence makes causation at least as likely as not, in the judgment of the reviewing group. In developing this hierarchy, EPA has drawn on the work of previous evaluations, most prominently the IOM's Improving the Presumptive Disability Decision-Making Process for Veterans (IOM, 2007), EPA's Guidelines for Carcinogen Risk Assessment (U.S. EPA, 2005), and the U.S. Surgeon General's smoking reports (CDC, 2004). Excerpts from these reports are presented in Annex A. In the ISA, EPA uses a series of five descriptors to characterize the weight of evidence for causality. This weight of evidence evaluation is based on various lines of evidence from epidemiologic, controlled human exposure and animal studies, or other mechanistic, toxicological, or biological sources. These separate judgments are integrated into a qualitative statement about the overall weight of the evidence and causality. The five descriptors for causal determination are described in Table 1-2.

**Table 1-2.** Weight of evidence for causal determination.

| Relationship | Description |
|---|---|
| Causal relationship | Evidence is sufficient to conclude that there is a causal relationship between relevant pollutant exposures and the health outcome. That is, a positive association has been observed between the pollutant and the outcome in studies in which chance, bias, and confounding could be ruled out with reasonable confidence. Evidence includes, for example, controlled human exposure studies; or observational studies that cannot be explain by plausible alternatives or are supported by other lines of evidence (e.g. animal studies or mechanism of action information). Evidence includes replicated and consistent high-quality studies by multiple investigators. |
| Likely to be a causal relationship | Evidence is sufficient to conclude that a causal relationship is likely to exist between relevant pollutant exposures and the health outcome but important uncertainties remain. That is, a positive association has been observed between the pollutant and the outcome in studies in which chance and bias can be ruled out with reasonable confidence but potential issues remain. For example: a) observational studies show positive associations but copollutant exposures are difficult to address and/or other lines of evidence (controlled human exposure, animal, or mechanism of action information) are limited or inconsistent; or b) animal evidence from multiple studies, sex, or species is positive but limited or no human data are available. Evidence generally includes replicated and high-quality studies by multiple investigators. |
| Suggestive of a causal relationship | Evidence is suggestive of a causal relationship between relevant pollutant exposures and the health outcome, but is limited because chance, bias and confounding cannot be ruled out. For example, at least one high-quality study shows a positive association but the results of other studies are inconsistent. |
| Inadequate to infer a causal relationship | Evidence is inadequate to determine that a causal relationship exists between relevant pollutant exposures and the health outcome. The available studies are of insufficient quantity, quality, consistency or statistical power to permit a conclusion regarding the presence or absence of an association between relevant pollutant exposure and the outcome. |
| Suggestive of no causal relationship | Evidence is suggestive of no causal relationship between relevant pollutant exposures and the health outcome Several adequate studies, covering the full range of levels of exposure that human beings are known to encounter and considering sensitive subpopulations, are mutually consistent in not showing a positive association between exposure and the outcome at any level of exposure. The possibility of a very small elevation in risk at the levels of exposure studied can never be excluded. |

---

[1] It should be noted that the CDC and IOM frameworks use a four-category hierarchy for the strength of the evidence. A five-level hierarchy is used here to be consistent with the EPA Guidelines for Carcinogen Risk Assessment and to provide a more nuanced set of categories.

## 1.3.8. Second Step—Evaluation of Population Response

Beyond judgments regarding causality are questions relevant to quantifying risks to populations. The fundamental issue is to understand the relationships between pollutant exposures and health effects in the human population.  In addressing this issue several important questions must be considered:

- What is the concentration-response or dose-response relationship in the human population?
- What is the interrelationship between incidence and severity of effect?
- What exposure conditions (dose or exposure, duration and pattern) are important?
- What subpopulations appear to be differentially affected i.e., more susceptible to effects?

To address these questions the second step of the framework evaluates the entirety of policy-relevant quantitative evidence regarding the concentration-response relationships including levels of pollutant and exposure durations at which effects are observed, and subpopulations that differ from the general population. This integration of evidence results in identification of a study or set of studies that best approximates the concentration-response relationship for the U.S. population, given the current state of knowledge and the uncertainties that surround these estimates.

To accomplish this integration, evidence from multiple and diverse types of studies is considered. Response is evaluated over a range of observations which is determined by the type of study and methods of exposure or dose and response measurements. Results from different protocols are compared and contrasted. Extensive human concentration-response data exist for all criteria pollutants, unlike most other environmental pollutants. Animal data also inform evaluation of concentration-response, particularly relative to dosimetry, mechanisms of action, and characteristics of susceptible subpopulations. For some health outcomes, the probability and severity of health effects and associated uncertainties can be characterized. Chapter 5 presents the integrated findings informative for evaluation of population risks.

An important consideration in characterizing the public health impacts associated with exposure to a pollutant is whether the concentration-response relationship is linear across the full concentration range encountered, or if nonlinear relationships exist along any part of this range. Of particular interest is the shape of the concentration-response curve at and below the level of the current standards. The shape of the concentration-response curve varies, depending on the type of health outcome, underlying biological mechanisms and dose. At the human population level, however, various sources of variability and uncertainty tend to smooth and "linearize" the concentration-response function (such as the low data density in the lower concentration range, possible influence of measurement error, and individual differences in susceptibility to air pollution health effects). Additionally, many chemicals and agents may act by perturbing naturally occurring background processes that lead to disease, which also linearizes population concentration-response relationships (Clewell and Crump, 2005; Crump et al., 1976; Hoel, 1980). These attributes of population dose-response may explain why the available human data at ambient concentrations for some environmental pollutants (e.g., $O_3$, lead [Pb], PM, secondhand tobacco smoke, radiation) do not exhibit evident thresholds for cancer or noncancer health effects, even though likely mechanisms of action include nonlinear processes for some key events. These attributes of human population dose-response relationships have been extensively discussed in the broader epidemiologic literature (e.g., Rothman and Greenland, 1998).

## 1.3.9. Concepts in Evaluating Adversity of Health Effects

In evaluating the health evidence, a number of factors can be considered in determining the extent to which health effects are "adverse" for health outcomes such as changes in lung function. What constitutes an adverse health effect may vary between populations. Some changes in healthy individuals may not be considered adverse while those of a similar type and magnitude are potentially adverse in more susceptible individuals.

The American Thoracic Society (ATS) published an official statement titled "What Constitutes an Adverse Health Effect of Air Pollution?" (ATS, 2000). This statement updated the guidance for defining adverse respiratory health effects that had been published 15 years earlier (ATS, 1985), taking into account new investigative approaches used to identify the effects of air pollution and reflecting concern for impacts of air pollution on specific susceptible groups. In the 2000 update, there was an increased focus on quality of life measures as indicators of adversity and a more specific consideration of population risk. Exposure to air pollution that increases the risk of an adverse effect to the entire population is viewed as adverse, even though it may not increase the risk of any identifiable individual to an unacceptable level. For example, a population of asthmatics could have a distribution of lung function such that no identifiable single individual has a level associated with significant impairment. Exposure to air pollution could shift the distribution such that no one individual experiences clinically relevant effects; however, this shift toward decreased lung function would be considered adverse because individuals within the population would have diminished reserve function and, therefore, would be at increased risk if affected by another agent.

# 1.4. Conclusions

The ISA is a concise review, synthesis, and evaluation of the most policy-relevant science, and communicates critical science judgments relevant to the NAAQS review. It reviews the most policy relevant evidence from epidemiologic, human clinical, and animal toxicological studies, including mechanistic evidence from basic biological science. Annexes to the ISA provide additional details of the literature published since the last review. A framework for making critical judgments concerning causality is presented in this chapter. It relies on a widely accepted set of principles and standardized language to express evaluation of the evidence. This approach can bring rigor and clarity to the current and future assessments. This ISA should assist EPA and others, now and in the future, to represent accurately what is presently known—and what remains unknown—concerning the effects of $SO_X$ on human health.

# Chapter 2. Source to Dose

This chapter contains basic information about concepts and findings in atmospheric sciences, human exposure assessment, and human dosimetry. It is meant to serve as a prologue for the detailed discussions of health effects data in Chapters 3 and 4. Section 2.1 gives an overview of the sources of $SO_2$. Atmospheric chemistry processes involved in the oxidation of $SO_2$ and those involved in the production of $SO_2$ from reduced sulfur gases in the atmosphere are discussed in Section 2.2. A description of $SO_2$ measurement methods and monitor siting are presented in Sections 2.3 and 2.4. Data for ambient $SO_2$ concentrations are characterized in Section 2.5. Policy relevant background (PRB) concentrations of $SO_2$, i.e., those concentrations defined to result from uncontrollable emissions, are also presented in Section 2.5. Factors related to personal exposure to $SO_2$ are discussed in Section 2.6. Finally, Section 2.7 covers the dosimetry of $SO_2$ in the respiratory tract. This organization generally follows that given in the National Research Council (NRC) paradigm for integrating air pollutant research (NRC, 1998).

## 2.1. Sources of Sulfur Oxides

Anthropogenic emissions of $SO_2$ in the U.S. are mainly due to combustion of fossil fuels by electrical utilities (~66 %) and industry (~29%). Transportation-related sources contribute only ~5% based on 2002 statistics (U.S. EPA, 2006c). Thus, most $SO_2$ emissions originate from point sources. Annex B has a detailed breakdown of emissions by source category. Almost all of the S in fuel is released as volatile components ($SO_2$ or $SO_3$) during combustion. Hence, based on S content in fuel stocks, sulfur emissions can be calculated to a higher degree of accuracy than other pollutants such as $NO_X$ or primary PM. However, these estimates are national averages and may not accurately reflect the contribution of specific local sources for determining individual exposure to $SO_2$ at a particular location and time.

An additional source of $SO_2$ emissions of concern in particular locations not immediately obvious from national-scale averages and totals are transit and in-port activities in areas with substantial shipping traffic (Wang et al., 2007). Because of the importance of these $SO_2$ emissions, the ports of Long Beach and Los Angeles, CA, for example, are part of a Sulfur Emissions Control Area in which S contents of fuels are not to exceed 1.5%. Figure 2-1 shows $SO_2$ emissions densities combined for all non- or off-road transportation-related emitters in which coastal areas with ports, and shipping routes, such as the Mississippi River, are easily discerned. In Los Angeles County, CA, for example, off-road transportation including shipping and port traffic contributed 1.4 of the total 4.1 tons of $SO_2$ per square mile in 2001; in King County (including the city of Seattle), WA, the off-road transportation fraction was 42% of the total $SO_2$ emissions density, or 1.2 of the total 2.8 tons per square mile. Emissions data more specific to the ports are not available in the routine emissions inventories. Increased uncertainty accompanies estimates of the actual $SO_2$ loads from these sources. Modeling studies by Vutukuru and Dabdub (2008) for southern California ports, for example, have shown that ships contribute >1 ppb to the 24-h avg $SO_2$ concentration at the coast, in Long Beach, CA, with < 10% of that (<0.1 ppb) farther inland.

The largest natural sources of $SO_2$ are volcanoes and wildfires. Although $SO_2$ constitutes a relatively minor fraction (0.005% by volume) of total volcanic emissions (Holland, 1978), concentrations in volcanic plumes can be in the range of several to tens of ppm. Volcanic sources of $SO_2$ in the U.S. are limited to the Pacific Northwest, Alaska, and Hawaii. Sulfur is a component of amino acids in vegetation and is released during combustion. Gaseous S emissions from this source are mainly in the form of $SO_2$.

In addition to its role as an emitted primary pollutant, $SO_2$ is also produced by the photochemical oxidation of reduced S compounds such as dimethyl sulfide ($CH_3$-S-$CH_3$, or DMS), hydrogen sulfide ($H_2S$), carbon disulfide ($CS_2$), carbonyl sulfide (OCS), methyl mercaptan ($CH_3$-S-H), and dimethyl disulfide ($CH_3$-S-S-$CH_3$). The sources for these compounds are mainly biogenic (see Annex Table B-3).

Emissions of reduced S species are associated typically with marine organisms living either in pelagic or coastal zones, and with anaerobic bacteria in marshes and estuaries. Emissions of DMS from marine plankton represent the largest single atmospheric source of reduced sulfur species (Berresheim et al., 1995). OCS is lost mainly by photolysis (e-folding lifetime[1], $[\tau]$ ~6 months). Other reduced S species are lost mainly by reaction with hydroxyl radical (OH) and $NO_3$ radicals, and are relatively short-lived; lifetimes range from a few hours to a few days (see Annex Table B-1). Reaction with $NO_3$ radicals at night most likely represents the major loss process for DMS and $CH_3$-S-H. Although the mechanisms for the oxidation of DMS are not completely understood, excess sulfate in marine aerosol appears related mainly to the production of $SO_2$ from the oxidation of DMS. Emissions of S from natural sources are small compared to industrial emissions within the U.S. However, important exceptions occur locally as the result of volcanic activity, wildfires and in certain coastal zones as described above.



**2001 County Emissions Density (tons per square mile) of SO$_2$**

| | | |
|---|---|---|
| ☐ 0 | ☐ >0−0.016 | ☐ 0.016−0.041 | ☐ 0.041−0.087 |
| ☐ 0.087−0.18 | ☐ 0.18−0.5 | ☐ 0.5+ |

Source: EPA, 2006

**Figure 2-1.    2001 County-level SO$_2$ emissions densities (tons per square mile) from off-road mobile and other transportation sources.**

Because OCS is relatively long-lived, it can survive oxidation in the troposphere and be transported upward into the stratosphere. Crutzen (1976) proposed that its oxidation to sulfate in the stratosphere serves as the major source of the stratospheric aerosol layer. However, Myhre et al. (2004) proposed that $SO_2$ transported upward from the troposphere by deep convection is the most likely source, since the flux of OCS is too small. In addition, in situ measurements of the isotopic composition of S in stratospheric

---

[1] The e-folding lifetime is the time needed to reduce the concentration to i/e of its initial value.

sulfate do not match those of OCS (Leung et al., 2002). Thus, anthropogenic $SO_2$ emissions could be important precursors to the formation of the stratospheric aerosol layer.

## 2.2. Atmospheric Chemistry

The only gaseous forms of $SO_X$ of interest in tropospheric chemistry are $SO_2$ and $SO_3$. $SO_3$ can be emitted from the stacks of power plants and factories; however, it reacts extremely rapidly with water ($H_2O$) in the stacks or immediately after release into the atmosphere to form $H_2SO_4$, which mainly condenses onto existing particles when particle loadings are high; it can nucleate to form new particles under lower concentration conditions. Thus, only $SO_2$ is present in the tropospheric boundary layer at concentrations of concern for human exposures. The gas phase oxidation of $SO_2$ is initiated by the reaction

$$SO_2 + OH + M \rightarrow HSO_3 + M$$

**Reaction 2-1**

where M is an atmospheric constituent such as $N_2$ and $O_2$ that helps stabilize the reaction product. Reaction 2-1 is followed by

$$HSO_3 + O_2 \rightarrow SO_3 + HO_2$$

**Reaction 2-2**

$$SO_3 + H_2O \rightarrow H_2SO_4$$

**Reaction 2-3**

Because the saturation vapor pressure of $H_2SO_4$ is extremely low, it will be removed rapidly from the gas phase by transfer to aerosol particles and cloud drops. Depending on atmospheric conditions and concentrations of ambient particles and gaseous species that can participate in new particle formation, it can also nucleate to form new particles. Rate coefficients for the reactions of $SO_2$ with either the hydroperoxyl radical ($HO_2$) or $NO_3$ are too low to be significant (Jet Propulsion Laboratory, 2003). Note: for the subsequent discussion that sulfates such as $H_2SO_4$ are referenced using the S(VI) notation and intermediate sulfites such as $SO_3^{2-}$ are denoted by S(IV).

S(VI) species, including the bisulfate ion ($HSO_4^-$) and sulfate ($SO_4^{2-}$) are the dominant S species in clouds. Intermediate S(IV) products, such as hydrogen sulfite ($HSO_3^-$) and sulfite ($SO_3^{2-}$) are also present in clouds following dissolution of $SO_2$ in water but preceding transformation to S(VI) products. The chief species capable of oxidizing S(IV) to S(VI) in cloud water are $O_3$, peroxides (either hydrogen peroxide ($H_2O_2$) or organic peroxides), hydroxyl (OH) radicals, and ions of transition metals such as iron (Fe), manganese (Mn) and copper (Cu) that can catalyze the oxidation of S(IV) to S(VI) by $O_2$. The basic mechanism of the aqueous phase oxidation of $SO_2$ has long been studied and can be found in numerous texts on atmospheric chemistry, e.g., Seinfeld and Pandis (1998), Finlayson-Pitts and Pitts (1999), Jacob (1999), and Jacobson (2002). Following Jacobson (2002), the steps involved in the aqueous phase oxidation of $SO_2$ can be summarized as:

Dissolution of $SO_2$

$$SO_2(g) \Leftrightarrow SO_2(aq)$$

Reaction 2-4

The formation and dissociation of $H_2SO_3$

$$SO_2(aq) + H_2O(aq) \Leftrightarrow H_2SO_3 \Leftrightarrow H^+ + HSO_3^- \Leftrightarrow 2H^+ + SO_3^{2-}$$

Reaction 2-5

In the pH range commonly found in rainwater (pH 2 to 6), the most important reaction converting S(IV) to S(VI) is

$$HSO_3^- + H_2O_2 + H^+ \Leftrightarrow SO_4^{2-} + H_2O + 2H^+$$

Reaction 2-6

because $SO_3^{2-}$ is much less abundant than $HSO_3^-$.

For pH up to about 5.3, $H_2O_2$ is the dominant oxidant. At pH > 5.3, $O_3$ becomes dominant, followed by Fe(III), according to Seinfeld and Pandis (1998). However, differences in concentrations of oxidants result in differences in the pH at which this transition occurs. It should also be noted that the oxidation of $SO_2$ by $O_3$ and $O_2$ tends to be self-limiting: as sulfate is formed, the pH decreases and the rates of these reactions decrease. Higher pH levels are expected to be found mainly in marine aerosols. However, in marine aerosols, the chloride-catalyzed oxidation of S(IV) may be more important (Hoppel and Caffrey, 2005; Zhang and Millero, 1991). Because the ammonium ion ($NH_4^+$) is so effective in neutralizing acidity, it affects the rate of oxidation of S(IV) to S(VI) and the rate of dissolution of $SO_2$ in particles and cloud drops.

A comparison of the relative rates of oxidation by gas and aqueous phase reactions by Warneck (1999) indicates that on average only about 20% of $SO_2$ is oxidized by gas phase reactions; the remainder is oxidized by aqueous phase reactions. In areas away from strong pollution sources, the $SO_2$ τ is ~7 days with respect to gas phase oxidation, based on measurements of the rate constant for Reaction 2-1 (Jet Propulsion Laboratory, 2003) and a nominal concentration for the OH radical of $10^6$/cm$^3$. However, the mechanism of $SO_2$ oxidation at a particular location depends on local environmental conditions. For example, oxidants such as OH radicals are depleted near stacks. Under this condition, almost no $SO_2$ is oxidized in the gas phase. Further downwind, as the plume is diluted with background air, the gas phase oxidation of $SO_2$ increases in importance. Conditions in the plume can become more oxidizing than in background air as distance from the stack increases. This can cause the $SO_2$ oxidation rate to exceed that in background air. $SO_2$ in the planetary boundary layer is also removed from the atmosphere by dry deposition to moist surfaces, resulting in an atmospheric τ with respect to dry deposition of approximately 1 day to 1 week. Wet deposition of S naturally depends on the variable nature of rainfall, but in general results in τ ~7 days for $SO_2$. Oxidation and deposition together lead to an overall lifetime of $SO_2$ in the atmosphere of < 1 to 4 days, depending on altitude and location and meteorological conditions. Smaller values are expected near the surface.

# 2.3. Measurement Methods and Associated Issues

Currently, ambient $SO_2$ is measured using instruments based on pulsed ultraviolet (UV) fluorescence. The UV fluorescence monitoring method for atmospheric $SO_2$ was developed as an improvement to the flame photometric detection (FPD) method, which in turn had replaced the pararosaniline wet chemical method. This latter method is still the EPA's Federal Reference Method (FRM) for atmospheric $SO_2$, but it is rarely used because it is complex and has slow response even in its automated forms. Both the UV fluorescence and FPD methods are designated as Federal Equivalent Methods (FEMs) by EPA, but UV fluorescence has largely supplanted the FPD approach because the UV method is inherently linear and the FPD method needs consumable hydrogen gas.

In the UV fluorescence method, $SO_2$ molecules absorb UV light at one wavelength and emit UV light at longer wavelengths through excitation of the $SO_2$ molecule to a higher energy (singlet) electronic state. Once excited, the molecule decays nonradiatively to a lower-energy electronic state from which it then decays to the original electronic state by emitting a photon of light at a longer wavelength (i.e., a lower-energy photon) than the original, incident photon. The intensity of the emitted light is thus proportional to the number of $SO_2$ molecules in the sample gas.

In commercial analyzers, light from a high-intensity UV lamp passes through a bandwidth filter to allow only photons with wavelengths around the $SO_2$ absorption peak (near 214 nanometers [nm]) to enter the optical chamber. The light passing through the source bandwidth filter is collimated using a UV lens and passes through the optical chamber, where it is detected on the opposite side of the chamber by the reference detector. A photomultiplier tube (PMT) is offset from and placed perpendicular to the light path to detect the $SO_2$ fluorescence. Since the $SO_2$ fluorescence at 330 nm is different from its excitation wavelength, an optical bandwidth filter is placed in front of the PMT to filter out any stray light from the UV lamp. A lens is located between the filter and the PMT to focus the fluorescence onto the active area of the detector and optimize the fluorescence signal. The limit of detection (LOD) for a non-trace level $SO_2$ analyzer is required to be 10 ppb (40 CFR 53.23.c). However, most commercial analyzers have detection limits of about 3 ppb; many monitors might have lower effective detection limits. The EPA, through its National Core (NCore) initiative (U.S. EPA, 2005b) is in the process of supporting state, local, tribal, and federal networks in the implementation of newer trace-level $SO_2$ instrumentation. These new trace-level instruments have detection limits of 0.1 ppb or lower. More information related to $SO_2$ sampling and analysis is in Annex Section B.6.

## 2.3.1. Sources of Positive Interference

The most common sources of interference to the UV fluorescence method for $SO_2$ are other gases that fluoresce in a similar fashion when exposed to UV radiation. The most significant of these are polycyclic aromatic hydrocarbons (PAHs), of which naphthalene is a prominent example. Xylene is another common hydrocarbon that can cause fluorescent interference. Consequently, any such aromatic hydrocarbons in the optical chamber can act as positive interference. To remove this source of interference, high-sensitivity $SO_2$ analyzers, such as those to be used in the NCore network (U.S. EPA, 2005b), have hydrocarbon scrubbers to remove these compounds from the sample stream before the sample air enters the optical chamber.

Luke (1997) reported positive artifacts of a modified pulsed fluorescence detector generated by the coexistence of nitric oxide (NO), $CS_2$, and a number of highly fluorescent aromatic hydrocarbons such as benzene, toluene, o-xylene, m-xylene, p-xylene, m-ethyltoluene, ethylbenzene, and 1,2,4-trimethylbenzene. The positive artifacts could be reduced by using a hydrocarbon "kicker" membrane. At a flow rate of 300 standard cc/min and a pressure drop of 645 torr across the membrane, the interference from ppm levels of many aromatic hydrocarbons was eliminated. NO fluoresces in a spectral region close to that of $SO_2$. However, in high-sensitivity $SO_2$ analyzers, the bandpass filter in front of the PMT is

designed to prevent NO fluorescence from being detected at the PMT. Care must be exercised when using multicomponent calibration gases containing both NO and $SO_2$, so that the NO rejection ratio of the $SO_2$ analyzer is sufficient to prevent NO interference.

The most common source of positive bias (as contrasted with positive spectral interference) in high-sensitivity $SO_2$ monitoring is stray light in the optical chamber. Since $SO_2$ can be electronically excited by a broad range of UV wavelengths, any stray light with an appropriate wavelength that enters the optical chamber can excite $SO_2$ in the sample and increase the fluorescence signal. Furthermore, stray light at the wavelength of the $SO_2$ fluorescence that enters the optical chamber may impinge on the PMT and increase the fluorescence signal. Several design features minimize stray light, including the use of light filters, dark surfaces, and opaque tubing.

Nicks and Benner (2001) reported a sensitive $SO_2$ chemiluminescence detector based on a differential measurement: response from ambient $SO_2$ is determined by the difference between air containing $SO_2$ and air scrubbed of $SO_2$ when both air samples contain other detectable sulfur species. Assuming monotonic efficiency of the sulfur scrubber, all positive artifacts should also be reduced with this technique.

## 2.3.2. Sources of Negative Interference

Nonradiative deactivation (quenching) of excited $SO_2$ molecules can occur from collisions with common molecules in air, including nitrogen, oxygen, and water. During collisional quenching, the excited $SO_2$ molecule transfers energy, kinetically allowing the $SO_2$ molecule to return to the original lower energy state without emitting a photon. Collisional quenching results in a decrease in the $SO_2$ fluorescence and, hence, an underestimation of $SO_2$ concentration in the air sample. Of particular concern is the variable water vapor content of air. Luke (1997) reported that the response of the detector could be reduced by an amount of ~7 to 15% at water vapor mixing ratios of 1 to 1.5 mole percent (relative humidity [RH] = 35 to 50% at 20 to 25°C and 1 atmosphere [atm] for a modified pulsed fluorescence detector [Thermo Environmental Instruments, Model 43s]). Condensation of water vapor in sampling lines must be avoided, as water on the inlet surfaces can absorb $SO_2$ from the sample air. The simplest approach to avoid condensation is to heat sampling lines to a temperature above the expected dew point and to within a few degrees of the controlled optical bench temperature. At very high $SO_2$ concentrations, reactions between electronically excited $SO_2$ and ground state $SO_2$ might occur, forming $SO_3$ and SO (Calvert et al., 1978). However, the possibility that this artifact might be affecting measurements at very high $SO_2$ levels has not been examined.

## 2.3.3. Other Techniques for Measuring $SO_2$

More sensitive techniques for measuring $SO_2$ are available, but most of these systems are too complex and expensive for routine monitoring applications. However, techniques such as those described by Luke (1997) can be used to improve the sensitivity of ambient $SO_2$ monitors by eliminating sources of common interference. See descriptions in Annex B.

# 2.4. Monitoring Site Characteristics

## 2.4.1. Design Criteria for the NAAQS SO₂ Monitoring Networks[1]

Trace level $SO_2$ monitoring is currently required at the approximately 75 proposed NCore sites, as noted in CFR 40 Part 58 Appendices C and D. Continued operation of existing State and Local Air Monitoring Sites (SLAMS) for $SO_2$ using Federal Reference Methods (FRM) or Federal Equivalent Methods (FEM) is required until discontinuation is approved by the EPA Regional Administrator. Where SLAMS $SO_2$ monitoring is required, at least one of the sites must be a maximum concentration site for that specific area. In 2007, there were ~500 $SO_2$ monitors reporting values to the EPA Air Quality System database (AQS). The AQS contains measurements of air pollutant concentrations in the 50 states, plus the District of Columbia, Puerto Rico, and the Virgin Islands, for the 6 criteria air pollutants and hazardous air pollutants.

The appropriate spatial scales for $SO_2$ SLAMS monitoring are the microscale, middle, and possibly neighborhood scales.

- *Micro (~5 - 100 meters(m)) and middle scale (~100 - 500 m)*—Some data uses associated with microscale and middle scale measurements for $SO_2$ include assessing the effects of control strategies to reduce concentrations (especially for the 3-h and 24-h averaging times), and monitoring air pollution episodes.
- *Neighborhood scale (~500 m – 4 km)*—This scale applies where there is a need to collect air quality data as part of an ongoing $SO_2$ stationary source impact investigation. Typical locations might include suburban areas adjacent to $SO_2$ stationary sources, for example, or for determining background concentrations as part of studies of population responses to $SO_2$ exposure.

### 2.4.1.1. Horizontal and Vertical Placement

The probe, or at least 80 percent of the monitoring path, must be located between 2 and 15 m above ground level for all $SO_2$ monitoring sites. The probe, or at least 90 percent of the monitoring path, must be positioned at least 1 m vertically or horizontally from any supporting structure, walls, parapets, penthouses, etc., and away from dusty or dirty areas. If the probe, or a significant portion of the monitoring path, is located near the side of a building, it should be located on the windward side relative to the prevailing wind direction during the season of highest concentration potential for the pollutant being measured.

### 2.4.1.2. Spacing from Minor Sources

Local minor sources of a primary pollutant such as $SO_2$ can affect concentrations of that particular pollutant at a monitoring site. If the objective for that site is to investigate these local primary pollutant emissions, then the site should be located where the spatial and temporal variability in these emissions can be captured. This type of monitoring site would likely be the microscale type. If a monitoring site is to be used to determine air quality over a much larger area, such as a neighborhood or city, a monitoring

---

[1] This section is adapted from Code of Federal Regulations 40 CFR Parts 53 and 58 and Appendix E to Part 58, as revised: Vol. 71, No. 200 / 17 October 2006

agency should avoid placing a monitor probe, path, or inlet near local, minor sources. The plume from the local minor sources should not be allowed to inappropriately influence the air quality data collected.

To minimize these potential interferences, the probe, or at least 90 percent of the monitoring path, must be placed away from the furnace, incineration flues, or other minor sources of $SO_2$. The separation distance should take into account the heights of the flues, type of waste or fuel burned, and the S content of the fuel.

## 2.4.1.3. Spacing from Obstructions

Buildings and other obstacles may possibly scavenge $SO_2$ and can act to restrict airflow for any pollutant. To avoid this interference, the probe, inlet, or at least 90 percent of the monitoring path must have unrestricted airflow and be located away from obstacles. The distance from the obstacle to the probe, inlet, or monitoring path must be at least twice the height of the obstruction's protrusion. An exception can be made for measurements taken in street canyons or at source-oriented sites where buildings and other structures are unavoidable. Generally, a probe or monitoring path located near or along a vertical wall is undesirable, because air moving along the wall may be subject to possible removal mechanisms. A probe, inlet, or monitoring path must have unrestricted airflow in an arc of at least 180 degrees. This arc must include the predominant wind direction for the season of greatest pollutant concentration potential.

Special consideration must be devoted to the use of open path analyzers, due to their inherent potential sensitivity to certain types of interferences, or optical obstructions. A monitoring path must be clear of all trees, brush, buildings, plumes, dust, or other optical obstructions, including potential obstructions that may move due to wind, human activity, growth of vegetation, etc. Temporary optical obstructions, such as rain, particles, fog, or snow, should be considered when locating an open path analyzer. Any temporary obstructions that are of sufficient density to obscure the light beam will affect the ability of the open path analyzer to measure pollutant concentrations continuously. Transient, but significant obscuration of especially longer measurement paths could occur because certain meteorological conditions (e.g., heavy fog, rain, snow) and/or aerosol levels are of sufficient density to prevent the analyzer's light transmission. If certain compensating measures are not otherwise implemented at the onset of monitoring (e.g., shorter path lengths, higher light source intensity), data recovery during periods of greatest primary pollutant potential could be compromised. For instance, if heavy fog or high particulate levels are coincident with periods of projected NAAQS-threatening pollutant potential, the resulting data may not be representative for reflecting maximum pollutant concentrations, despite the fact that the site may otherwise exhibit an acceptable, even exceedingly high overall valid data capture rate.

## 2.4.1.4. Spacing from Trees

Trees can provide surfaces for $SO_2$ adsorption or reactions and surfaces for particle deposition. Trees can also act as obstructions in cases where they are located between the air pollutant sources or source areas and the monitoring site, and where the trees are of sufficient height and leaf canopy density to interfere with normal airflow around the probe, inlet, or monitoring path. To reduce possible interference, the probe, inlet, or at least 90 percent of the monitoring path must be at least 10 meters or further from the drip line of trees.

For microscale sites, no trees or shrubs should be located between the probe and the source under investigation, such as a roadway or a stationary source.

## 2.4.2. Locations of SO₂ Monitors in Selected Metropolitan Areas

Figures 2-2 through 2-7 display $SO_2$ monitor density with respect to population density for the six metropolitan regions analyzed. The locations of $SO_2$ monitors in selected areas where air pollution-health outcome studies have been conducted are characterized in this section. The studies are described in later chapters of the ISA. The study areas included six regions comprising eight metropolitan statistical areas (MSAs), as defined by the U.S. Census Bureau (http://www.census.gov/): Atlanta, Cincinnati, Cleveland, Los Angeles/Riverside, New York City/Philadelphia, and St. Louis. $SO_2$ monitor location data (i.e., latitude/longitude) for 2004 were obtained from EPA's AirData website (http://www.epa.gov/air/data/). Monitors were mapped for a particular region if they were contained by the MSA or if they were within 15 km of its boundary. The total population and populations of three sensitive subgroups (under age 5, age 5 to 17, and those over age 65) were calculated for those areas using the population data contained within the census block maps.



**Figure 2-2.**   Location of SO₂ monitors with respect to population density in the Atlanta, GA MSA.



**Figure 2-3.**    Location of SO$_2$ monitors with respect to population density in the Cincinnati, OH MSA.



**Figure 2-4.** Location of SO$_2$ monitors with respect to population density in the Cleveland, OH MSA.



**Figure 2-5.** Location of SO$_2$ monitors with respect to population density in the Los Angeles/Riverside, CA MSA.



**Figure 2-6.** Location of SO₂ monitors with respect to population density in the New York City, NY/Philadelphia, PA MSA.



**Figure 2-7.   Location of SO$_2$ monitors with respect to population density in the St. Louis, MO MSA.**

Tables 2-1 through Table 2-4 break down the population density around SO$_2$ monitors for the total population and for sub-populations of children aged 0-4 yr and 5-17 yr, and adults aged 65 yr and over, for each region. Variation in percentage within a certain radius of the monitor was fairly low for each city across the three age groups. However, between-city disparities in population density were larger. The New York City/Philadelphia region had the highest population density in all three age groups and overall

with the highest or near highest proportion, ~72-73%, of each population within 15 km of the monitors. The mid-western cities of Cincinnati, Cleveland, and St. Louis also had a large proportion, ~66-75%, of their population within 15 km of a monitor. This suggests that these sub-populations, as well as the total populace, are well represented by the monitoring networks in these regions. Los Angeles and Atlanta had lower proportions of their populations within 15 km of an $SO_2$ monitor, with Atlanta having only ~22% for the total population within 15 km, with similar proportions of children and a slightly higher (~27%) of the elder population represented. These latter figures likely reflect the lower density of local $SO_2$ sources in these regions.

**Table 2-1.** **Proximity to $SO_2$ monitors for the total population by city. Percentages are given with respect to the total population in each city.**

| Proximity to $SO_2$ Monitor (km) | Region | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Atlanta | | Cincinnati | | Cleveland | | Los Angeles | | New York/ Philadelphia | | St. Louis | |
| | n | % | n | % | n | % | n | % | n | % | n | % |
| 0-1 | 13,389 | 0.3 | 14,745 | 0.7 | 29,733 | 1.4 | 72,465 | 0.4 | 432,621 | 1.7 | 42,211 | 1.5 |
| 0-5 | 214,238 | 4.3 | 225,274 | 10.8 | 382,849 | 17.8 | 1,663,990 | 9.9 | 6,985,553 | 27.8 | 799,941 | 28.5 |
| 0-10 | 610,742 | 12.3 | 733,054 | 35.2 | 1,006,787 | 46.8 | 6,030,847 | 35.8 | 13,727,129 | 54.7 | 1,561,159 | 55.6 |
| 0-15 | 1,080,472 | 21.7 | 1,367,658 | 65.6 | 1,553,286 | 72.3 | 9,694,760 | 57.6 | 18,304,364 | 72.9 | 1,897,492 | 67.6 |
| Total MSA | 4,980,447 | 100.0 | 2,085,092 | 100.0 | 2,149,472 | 100.0 | 16,839,035 | 100.0 | 25,094,739 | 100.0 | 2,807,659 | 100.0 |

Note that population in proximity to the monitor is cumulative (i.e. those within 5 km includes those within 1 km) and the total MSA population includes those living in the region beyond the 15 km radius of the monitor.

**Table 2-2.** **Proximity to $SO_2$ monitors for children aged 0-4 yr by city. Percentages are given with respect to the total population in the age group in each city.**

| Proximity to $SO_2$ Monitor (km) | Region | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Atlanta | | Cincinnati | | Cleveland | | Los Angeles | | New York/ Philadelphia | | St. Louis | |
| | n | % | n | % | n | % | n | % | n | % | n | % |
| 0-1 | 425 | 0.1 | 1,057 | 0.8 | 2,409 | 1.7 | 4,548 | 0.4 | 28,421 | 1.7 | 2,485 | 1.4 |
| 0-5 | 14,216 | 4.5 | 15,606 | 11.0 | 30,903 | 21.9 | 126,764 | 10.4 | 453,267 | 27.7 | 50,937 | 28.5 |
| 0-10 | 37,440 | 11.8 | 48,942 | 34.6 | 71,852 | 50.8 | 451,417 | 37.1 | 890,406 | 54.4 | 100,856 | 56.4 |
| 0-15 | 68,231 | 21.5 | 94,851 | 67.0 | 105,809 | 74.8 | 721,458 | 59.2 | 1,198,850 | 73.3 | 121,685 | 68.0 |
| Total MSA | 317,949 | 100.0 | 141,537 | 100.0 | 141,425 | 100.0 | 1,218,227 | 100.0 | 1,635,831 | 100.0 | 178.868 | 100.0 |

Note that population in proximity to the monitor is cumulative (i.e. those within 5 km includes those within 1 km) and the total MSA population includes those living in the region beyond the 15 km radius of the monitor.

**Table 2-3.**    **Proximity to SO$_2$ monitors for children aged 5-17 yr by city. Percentages are given with respect to the total population in the age group in each city.**

| Proximity to SO$_2$ Monitor (km) | Region | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Atlanta | | Cincinnati | | Cleveland | | Los Angeles | | New York/ Philadelphia | | St. Louis | |
| | n | % | n | % | n | % | n | % | n | % | n | % |
| 0-1 | 833 | 0.1 | 2,629 | 0.7 | 5,639 | 1.4 | 11,611 | 0.4 | 70,589 | 1.6 | 8,512 | 1.6 |
| 0=5 | 33,552 | 4.1 | 41,083 | 10.5 | 77,974 | 19.3 | 321,665 | 9.9 | 1,185,810 | 26.9 | 151,317 | 28.7 |
| 0-10 | 92,715 | 11.4 | 133,500 | 34.2 | 194,495 | 48.2 | 1,146,231 | 35.4 | 2,375,339 | 53.9 | 295,508 | 56.0 |
| 0-15 | 168,430 | 20.5 | 258,819 | 66.2 | 291,335 | 72.2 | 1,853,488 | 57.2 | 3,212,239 | 72.9 | 356,514 | 67.6 |
| Total USA | 813,107 | 100.0 | 390,704 | 100.0 | 403,465 | 100.0 | 3,238,473 | 100.0 | 4,406,226 | 100.0 | 527,773 | 100.0 |

Note that population in proximity to the monitor is cumulative (i.e. those within 5 km includes those within 1 km) and the total MSA population includes those living in the region beyond the 15 km radius of the monitor.

**Table 2-4.**    **Proximity to SO$_2$ monitors for adults aged 65 yr and over by city. Percentages are given with respect to the total population in the age group in each city.**

| Proximity to SO$_2$ Monitor (km) | Region | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Atlanta | | Cincinnati | | Cleveland | | Los Angeles | | New York/ Philadelphia | | St. Louis | |
| | n | % | n | % | n | % | n | % | n | % | n | % |
| 0-1 | 279 | 0.1 | 1,826 | 0.8 | 3,425 | 1.1 | 7,197 | 0.5 | 52,315 | 1.7 | 6,929 | 2.0 |
| 0-5 | 17,237 | 5.3 | 29,363 | 12.5 | 46,067 | 14.8 | 138,838 | 7.0 | 805,226 | 25.9 | 123,954 | 35.4 |
| 0-10 | 53,503 | 16.4 | 90,437 | 38.5 | 144,465 | 46.4 | 511,431 | 33.0 | 1,668,273 | 53.6 | 219,972 | 62.9 |
| 0-15 | 88,867 | 27.2 | 164,229 | 69.9 | 233,210 | 74.9 | 852,535 | 55.0 | 2,243,853 | 72.1 | 257,891 | 73.7 |
| Total MSA | 326,858 | 100.0 | 235,116 | 100.0 | 311,579 | 100.0 | 1,549,138 | 100.0 | 3,113,768 | 100.0 | 349,881 | 100.0 |

Note that population in proximity to the monitor is cumulative (i.e. those within 5 km includes those within 1 km) and the total MSA population includes those living in the region beyond the 15 km radius of the monitor.

Figures 2-8 through 2-13 illustrate the 2005 geospatial locations of monitors for SO$_2$, NO$_2$, CO, particulate matter $\leq$ 10 $\mu$m (PM$_{10}$), particulate matter $\leq$ 2.5 $\mu$m (PM$_{2.5}$), and O$_3$. These locations, sited in several cities in six states, were selected as relevant for SO$_2$ health effects studies presented in Chapter 3; see the discussion of intracity SO$_2$ correlations that follows. For each state, Map A shows locations of each monitor for all six pollutants; and Map B shows only the SO$_2$ monitor locations. Totals for each monitor type are included. These figures demonstrate the important point that not all SO$_2$ monitors in any Consolidated Metropolitan Statistical Area (CMSA) are co-located with monitors for other pollutants.



**Figure 2-8.   Criteria pollutant monitor locations (A) and SO₂ monitor locations (B), California, 2005. Shaded counties have at least one monitor.**



**Figure 2-9.   Criteria pollutant monitor locations (A) and SO₂ monitor locations (B), Ohio, 2005. Shaded counties have at least one monitor.**



Source: US EPA Office of Air and Radiation AQS Database

**Figure 2-10.   Criteria pollutant monitor locations (A) and SO$_2$ monitor locations (B), Arizona, 2005. Shaded counties have at least one monitor.**



**Figure 2-11.   Criteria pollutant monitor locations (A) and SO₂ monitor locations (B), Pennsylvania, 2005.  Shaded counties have at least one monitor.**



**Figure 2-12.   Criteria pollutant monitor locations (A) and SO₂ monitor locations (B), New York, 2005. Shaded counties have at least one monitor.**



**Figure 2-13.  Criteria pollutant monitor locations (A) and SO₂ monitor locations (B), Massachusetts, 2005.  Shaded counties have at least one monitor.**

Table 2-5 lists the totals for all criteria air pollutant monitors (except Pb) in California, as well as the subset of these monitors in San Diego County. At each of the four sites where $SO_2$ was measured in San Diego county, $NO_2$, CO, $PM_{10}$, $PM_{2.5}$, and $O_3$ were also measured, with the exception of $PM_{2.5}$ at one site (AQS ID 060732007) in Otay Mesa, CA. Table 2-6 lists the totals for all criteria air pollutant monitors (except Pb) in Ohio, as well as the subset of monitors in Cuyahoga County. In Cuyahoga County, $PM_{10}$ and $PM_{2.5}$ were measured at all four sites where $SO_2$ was also measured in 2005, but $O_3$ and CO were not measured at any of those four sites; $NO_2$ was only measured at one site (AQS ID 39050060) near Cleveland's city center and ~0.5 km from the intersection of Interstate Highways 77 and 90.

**Table 2-5.     Monitor counts for California and San Diego County, 2005.**

|  | SO$_2$ | NO$_2$ | O$_3$ | CO | PM$_{10}$ | PM$_{2.5}$ |
|---|---|---|---|---|---|---|
| California (all) | 35 | 105 | 176 | 86 | 177 | 97 |
| San Diego County | 4 | 9 | 10 | 6 | 7 | 7 |

**Table 2-6.     Monitor counts for Ohio and Cuyahoga County, 2005.**

|  | SO$_2$ | NO$_2$ | O$_3$ | CO | PM$_{10}$ | PM$_{2.5}$ |
|---|---|---|---|---|---|---|
| Ohio (all) | 31 | 4 | 49 | 15 | 49 | 49 |
| Cuyahoga County | 4 | 2 | 3 | 4 | 6 | 7 |

## 2.4.3. Ambient SO$_2$ Concentrations in Relation to SO$_2$ Sources

Figures 2-14 through 2-19 show the locations of SO$_2$ monitors in relation to SO$_2$ point sources from electricity generation for the Atlanta, Cincinnati, Cleveland, Los Angeles/Riverside, New York City/Philadelphia, and St. Louis MSAs. Information on point sources (i.e., fossil fueled electricity generating units and industrial point sources) for 2002 was obtained from the National Emissions Inventory (NEI) (EPA, 2006). Point sources were mapped for a particular region if they were contained by the MSA or if they were within 30 km of its boundary, and SO$_2$ monitors were mapped with buffer zones of 1, 5, 10, and 15 km constructed around the monitor locations. The figures show that the SO$_2$ monitors are placed in relative proximity to the majority of point sources of SO$_2$ with the exception of Atlanta, where most point sources are found outside the city center. In all cases, at least 1 monitor is in the vicinity of the most populated urban center and at least one is sited for background SO$_2$ concentrations.

SO$_2$ data collected from the State and Local Monitoring System (SLAMS) and National Air Monitoring System (NAMS) networks, like those illustrated in Figure 2-2 through Figure 2-7 show that the decline in SO$_2$ emissions from electric generating utilities has substantially improved air quality. No monitored exceedance of the SO$_2$ annual ambient air quality standard in the lower 48 States of the U.S. has been recorded between 2000 and 2005, according to the EPA Acid Rain Program (ARP) 2005 Progress Report (EPA, 2006b). EPA's trends data (http://www.epa.gov/airtrends/) reveal that the national composite avg SO$_2$ annual mean ambient concentration decreased by 48% from 1990 to 2005; the largest single-year reduction was 1994-95, the ARP's first operating year (EPA, 2006b). Figure 2-20 depicts data for SO$_2$ emissions in the contiguous United States (CONUS) during those years, with state-level totals.

These emissions data trends are consistent with the trends in the observed ambient concentrations from the Clean Air Status and Trends Network (CASTNet). Following implementation of the Phase I controls on ARP sources between 1995 and 2000, significant reductions in SO$_2$ and ambient SO$_4^{2-}$ concentrations were observed at CASTNet sites throughout the eastern U.S.. The mean annual concentrations of SO$_2$ and SO$_4^{2-}$ from CASTNet's long-term monitoring sites can be compared using two 3-year periods, 1989–1991 and 2003-2005, shown in Figure 2-21 for SO$_2$ and Figure 2-22 for SO$_4^{2-}$.



**Figure 2-14.   Location of SO$_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the Atlanta, GA MSA.**



**Figure 2-15.  Location of SO₂ monitors within a 15 km buffer zone with respect to combustion sources and highways in the Cincinnati, OH MSA.**



**Figure 2-16.  Location of SO$_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the Cleveland, OH MSA.**



**Figure 2-17.** Location of SO$_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the Los Angeles/Riverside, CA MSA.



**Figure 2-18.** Location of SO$_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the New York City, NY/Philadelphia, PA MSA.



**Figure 2-19   Location of SO$_2$ monitors within a 15 km buffer zone with respect to combustion sources and highways in the St. Louis, MO MSA.**



Source: Environmental Protection Agency Clean Air Markets Division http://www.epa.gov/airmarkets/index.html

**Figure 2-20.   State-level SO$_2$ emissions, 1990-2005.**



Source: U.S. EPA CASTNet

**Figure 2-21.   Annual mean ambient SO$_2$ concentration, 1989 through 1991 (A), and 2003 through 2005 (B).**



**Figure 2-22.   Annual mean ambient SO$_4^{2-}$ concentration, 1989 through 1991 (A), and 2003 through 2005 (B).**



**Figure 2-23.   Annual mean ambient SO$_2$ emissions for Acid Rain Program cooperating facilities, 2006.  Dots represent monitoring sites. Lack of shading for Southern Florida indicates lack of monitoring coverage.**

From 1989 through 1991— the years prior to implementation of the ARP Phase I— the highest ambient mean concentrations of $SO_2$ and $SO_4^{2-}$ were observed in western Pennsylvania and along the Ohio River Valley: > 20 $\mu g/m^3$ (~8 ppb) $SO_2$ and > 15 $\mu g/m^3$ $SO_4^{2-}$. These reductions are shown in Figure 2-21 and Figure 2-22, respectively. In the years since the ARP controls were enacted, both the magnitude of $SO_4^{2-}$ concentrations and their areal extent have been significantly reduced, with the largest decreases again along the Ohio River Valley.

Figure 2-23 depicts the magnitude and spatial distribution of $SO_2$ emissions in 2006 from sources in the ARP for the CONUS. This depiction clearly shows the continuing predominance of $SO_2$ sources in the U.S. east of the Mississippi River with even stronger magnitude in the central Ohio River Valley, as evident in the smoothed concentration plots in Figure 2-21. As shown in Table 2-7, regional distributions of $SO_2$ and $SO_4^{2-}$ concentrations averaged for 2003–2005 reflect this geospatial emissions source difference as well.

# 2.5. Environmental Concentrations of $SO_X$

## 2.5.1. Spatial and Temporal Variability of Ambient $SO_2$ Concentrations

$SO_2$ concentrations have been falling throughout all regions of the CONUS, as demonstrated by the CASTNet data reviewed above. In and around most individual CMSAs, the trends are also toward lower $SO_2$ levels. Table 2-7 shows that many annual and 1-h mean concentrations for the years 2003 through 2005 were consistently at or below the operating LOD of ~3 ppb for the standard sensitivity UV fluorescence $SO_2$ monitors deployed in the regulatory networks. Table 2-8 shows that the 1-h avg, 24-h avg, and aggregate mean value for the years 2003-2005 for inside and outside (all CMSAs) were operating just above the limit of detection (LOD) of ~ 3 ppb.

**Table 2-7.** **Mean ambient concentrations of $SO_2$ and $SO_4^{2-}$ in different regions of the U.S. averaged over 2003-2005.**

| Region | Concentration | |
|---|---|---|
| | $SO_2$ (ppb) | $SO_4^{2-}$ ($\mu g/m^3$) |
| Mid-Atlantic | 3.3 | 4.5 |
| Midwest | 2.3 | 3.8 |
| Northeast | 1.2 | 2.5 |
| Southeast | 1.3 | 4.1 |

**Table 2-8.** Concentration distributions of $SO_2$ inside and outside CMSAs from 2003-2005. Values shown are in ppb.

| Averaging Time Monitor Locations | Number of Samples | Mean | Percentiles | | | | | | | | | | | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 5 | 10 | 25 | 30 | 50 | 70 | 75 | 90 | 95 | 99 | |
| **1-H MAX CONCENTRATION** | | | | | | | | | | | | | | |
| Inside CMSAs | 332405 | 13 | 1 | 1 | 1 | 3 | 4 | 7 | 13 | 16 | 30 | 45 | 92 | 714 |
| Outside CMSAs | 53417 | 13 | 1 | 1 | 1 | 1 | 2 | 5 | 10 | 13 | 31 | 51 | 116 | 636 |
| **1-H AVG CONCENTRATION** | | | | | | | | | | | | | | |
| Inside CMSAs | 7408145 | 4 | 1 | 1 | 1 | 1 | 1 | 2 | 4 | 5 | 10 | 15 | 34 | 714 |
| Outside CMSAs | 1197179 | 4 | 1 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 7 | 13 | 36 | 636 |
| **24-H AVG CONCENTRATION** | | | | | | | | | | | | | | |
| Inside CMSAs | 327918 | 4 | 1 | 1 | 1 | 1 | 2 | 3 | 5 | 6 | 10 | 13 | 23 | 148 |
| Outside CMSAs | 52871 | 4 | 1 | 1 | 1 | 1 | 1 | 2 | 3 | 4 | 8 | 12 | 25 | 123 |
| **ANNUAL AVG CONCENTRATION** | | | | | | | | | | | | | | |
| Inside CMSAs | 898 | 4 | 1 | 1 | 1 | 1 | 2 | 4 | 5 | 6 | 8 | 10 | 12 | 15 |
| Outside CMSAs | 143 | 4 | 1 | 1 | 1 | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 13 | 14 |
| **AGGREGATE 3-YR AVG CONCENTRATION, 2003-2005** | | | | | | | | | | | | | | |
| Inside CMSAs | 283 | 4 | 1 | 1 | 1 | 2 | 3 | 3 | 5 | 5 | 8 | 10 | 12 | 14 |
| Outside CMSAs | 42 | 4 | 1 | 1 | 1 | 2 | 2 | 3 | 4 | 5 | 8 | 9 | 13 | 13 |

Figure 2-24 shows the composite diel variation in hourly $SO_2$ concentrations for the mean and selected percentile values from all monitors reporting $SO_2$ data into AQS. The AQS contains measurements of air pollutant concentrations in the 50 states plus the District of Columbia, Puerto Rico, and the Virgin Islands for the six criteria air pollutants and hazardous air pollutants.

Figure 2-24 shows hourly mean concentrations and the 50th, 75th, 95th and 99th percentile values from all monitors reporting data into AQS. All of these metrics show clear daytime maxima and nighttime minima. The magnitude of the day-night difference increases with increasing concentrations. Note: concentrations given in AQS are rounded to the nearest ppb, and thereby flatten the variability at lower concentrations, as shown in the lower panel of Figure 2-24. The day-to-night variability likely reflects the entrainment of $SO_2$ emitted by elevated point sources into the mixed layer that is growing by convection during the morning and early afternoon. The effect of higher concentration values on the means is shown by the 1 to 3 ppb difference between mean and 50th percentile values during the day.

The strong west-to-east increasing gradient in $SO_2$ emissions described above is well-replicated in the observed concentrations in the AQS data set. For example, Table 2-9 shows the mean annual concentrations from 2003–2005 for the 12 CMSAs with four or more $SO_2$ regulatory monitors. Values ranged from a reported low of ~1 ppb in Riverside, CA and San Francisco, CA to a high of ~12 ppb in Pittsburgh, PA and 14 pbb in Steubenville, OH, in the highest $SO_2$ source region.



Source: EPA AQS

**Figure 2-24.  Diel variation in SO$_2$ concentration across all monitoring sites reporting into AQS for 2005.  The upper panel shows 95th, and 99th percentile values and the lower panel shows mean, 50th, and 75th percentile values.**

**Table 2-9.** Range of mean annual $SO_2$ concentrations and Pearson correlation coefficients in urban areas having at least four regulatory monitors, 2003–2005.

| CMSA (# Monitors) | Mean $SO_2$ Concentration (ppb) | Pearson Correlation Coefficient |
|---|---|---|
| Philadelphia, PA    (10) | 3.6 – 5.9 | 0.37 – 0.84 |
| Washington, DC    (5) | 3.2 – 6.5 | 0.30 – 0.68 |
| Jacksonville, FL    (5) | 1.7 – 3.4 | −0.03 – 0.51 |
| Tampa, FL    (8) | 2.0 – 4.6 | −0.02 – 0.18 |
| Pittsburgh, PA (10) | 6.8 – 12 | 0.07 – 0.77 |
| Steubenville, OH    (13) | 8.6 – 14 | 0.11 – 0.88 |
| Chicago, IL    (9) | 2.4 – 6.7 | 0.04 – 0.45 |
| Salt Lake City, UT  (5) | 2.2 – 4.1 | 0.01 – 0.25 |
| Phoenix, AZ    (4) | 1.6 – 2.8 | −0.01 – 0.48 |
| San Francisco, CA (7) | 1.4 – 2.8 | −0.03 – 0.60 |
| Riverside, CA (4) | 1.3 – 3.2 | −0.06 – 0.15 |
| Los Angeles, CA    (5) | 1.4 – 4.9 | −0.16 – 0.31 |

The Pearson correlation coefficients (r) for concentration data from multiple monitors taken as pairs in these CMSAs were generally very low for all cities, especially at the lower end of the observed concentration range. Some negative correlation coefficients were observed on the West Coast and Florida (see Table 2-9). This reflects strong heterogeneity in $SO_2$ ambient concentrations within a given CMSA and therefore indicates possibly different exposures of spatially distinct subgroups in these CMSAs. At higher concentrations, the r values were also higher. In some CMSAs, this heterogeneity may result from meteorological effects, whereby a generally well-mixed subsiding air mass containing one or more $SO_2$ plumes with relatively high concentration would be more uniformly spread than faster-moving plumes with lower concentrations. However, instrument error may also play a role because the highest r values, i.e., those >0.7, correspond to the highest $SO_2$ concentrations, i.e., >6 and > 10 ppb. Since the lowest $SO_2$ concentrations are at or below the operating LOD and demonstrate the lowest correlation across monitors that share at least some air mass characteristics most of the year, the unbiased instrument error in this range may be confounding interpretation of any possible correlation. This could be because the same actual ambient concentration would be reported differently by different monitors (with different error profiles) in the CMSA for this lowest concentration range.

To improve characterization of the extent and spatiotemporal variance of $SO_2$ concentrations within each of the CMSAs having four or more $SO_2$ monitors, the means, minima, and maxima were computed from daily mean data across all available monitors for each month for the years 2003 through 2005. Because many of these CMSAs with $SO_2$ monitors also reported $SO_4^{2-}$, it is possible to compute the degree of correlation between $SO_2$, the emitted species, and $SO_4^{2-}$, the most prominent oxidized product from $SO_2$. Although $SO_4^{2-}$ values are averaged over all available data at each site, they are generally available at their monitoring sites on a schedule of only 1 in 3 days or 1 in 6 days. Furthermore, $SO_2$ and $SO_4^{2-}$ monitors are not all co-located throughout the CMSAs. For each of the five example CMSAs in Figure 2-25 through Figure 2-29, monthly aggregated values are depicted for: (a) the monthly mean, minimum, and maximum $SO_2$ concentrations; (b) the monthly mean, minimum and maximum $SO_4^{2-}$ concentrations; and (c) a scatterplot of $SO_2$ versus $SO_4^{2-}$ concentrations.

In Steubenville, OH (Figure 2-25), the area of highest $SO_2$ concentrations of all 12 CMSAs with more than four monitors, all monthly mean $SO_2$ concentrations were substantially < 30 ppb, although max daily means in some months were often > 60 ppb, or even > 90 ppb. $SO_4^{2-}$ data at Steubenville were insufficient to make meaningful comparisons, although the 12 months of available $SO_4^{2-}$ data suggest no correlation with $SO_2$.



**Figure 2-25.   Steubenville, OH, 2003–2005. (a) Monthly mean, minimum, and maximum $SO_2$ concentrations. (b) Monthly mean, minimum, and maximum $SO_4^{2-}$ concentrations. (c) Monthly mean $SO_4^{2-}$ concentrations as a function of $SO_2$ concentrations.**



**Figure 2-26.  Philadelphia, 2003–2005. (a) Monthly mean, minimum, and maximum SO$_2$ concentrations. (b) Monthly mean, minimum, and maximum SO$_4^{2-}$ concentrations. (c) Monthly mean SO$_4^{2-}$ concentrations as a function of SO$_2$ concentrations.**

SO$_2$ and SO$_4^{2-}$ trends differ substantially in Philadelphia, PA (Figure 2-26) from those in Steubenville, OH. SO$_2$ in Philadelphia, PA (Figure 2-26). SO$_2$ is present at roughly one-half the monthly mean concentrations in Steubenville, OH, and demonstrates a strong seasonality with SO$_2$ concentrations peaking in winter. By contrast, SO$_4^{2-}$ concentrations in Philadelphia (Figure 2-26) peak in the three summer months, with pronounced wintertime minima. This seasonal anticorrelation still contains considerable monthly scatter.

Los Angeles, CA (Figure 2-27), presents a special case since its size, power requirements, and role as a port city place a larger number of SO$_2$ emitters in or near the city than would otherwise be expected on the West Coast. Concentrations of SO$_2$ demonstrate weak seasonality in these 3 years, with

summertime means of ~3 to 4 ppb, and maxima generally higher than wintertime ones, although the highest means and maxima occur during the winter of 2004–2005. $SO_4^{2-}$ at Los Angeles shows stronger seasonality, most likely because the longer summer days of sunny weather allow for additional oxidation of $SO_2$ to $SO_4^{2-}$ than could happen in winter. Weak seasonal effects in $SO_2$ likely explain the complete lack of correlation between $SO_2$ and $SO_4^{2-}$ here.



**Figure 2-27.  Los Angeles, 2003–2005. (a) Monthly mean, minimum, and maximum $SO_2$ concentrations. (b) Monthly mean, minimum, and maximum $SO_4^{2-}$ concentrations. (c) Monthly mean $SO_4^{2-}$ concentrations as a function of $SO_2$ concentrations.**



**Figure 2-28.   Riverside, CA, 2003–2005. (a). Monthly mean, minimum, and maximum SO$_2$ concentrations. (b) Monthly mean, minimum, and maximum SO$_4^{2-}$ concentrations. (c) Monthly mean SO$_4^{2-}$ concentrations as a function of SO$_2$ concentrations.**

Riverside, CA, CMSA (Figure 2-28) presents the strongest example among the 12 areas examined for this study of correlation between SO$_2$ and SO$_4^{2-}$, though even here the coefficient of determination ($R^2$) value is merely 0.3. Seasonal peaks are obvious in summertime for SO$_2$ and SO$_4^{2-}$, both at roughly one-half the ambient concentrations seen in Los Angeles. This is very likely due to Riverside's geographic location just downwind of the regionally large electric generating utility sources near Los Angeles and the prevailing westerly winds in summer. Again, as with Los Angeles, the summertime peaks in SO$_4^{2-}$ are most likely due to the combination of peaking SO$_2$ and favorable meteorological conditions allowing more complete oxidation.

Phoenix, AZ was the CMSA with the lowest monthly mean $SO_2$ and $SO_4^{2-}$ concentrations examined here (Figure 2-29). In Phoenix, nearly all monthly mean $SO_2$ values were at or below the regulatory monitors' operating LOD of ~3 ppb. $SO_4^{2-}$ concentrations were equivalently low, roughly one-half the concentrations seen in Riverside, CA. The monthly mean data show strong summertime peaks for even these very low-level $SO_4^{2-}$ observations, which at ~1 to 3 μg/m³, were generally one-half of those in Philadelphia. This suggests some seasonality in $SO_2$, though anticorrelated with $SO_4^{2-}$; however, the trend is very weak, as the correlation scatterplot shows.



**Figure 2-29.   Phoenix, 2003–2005. (a) Monthly mean, minimum, and maximum $SO_2$ concentrations. (b) Monthly mean, minimum, and maximum $SO_4^{2-}$ concentrations. (c) Monthly mean $SO_4^{2-}$ concentrations as a function of $SO_2$ concentrations.**

## 2.5.2. Five-Minute Sample Data in the Monitoring Network

Although the number of monitors across the CONUS varies somewhat from year to year, in 2006 there were ~500 $SO_2$ monitors in the NAAQS monitoring network (http://www.epa.gov/air/data/). The state and local agencies responsible for these monitors are required to report 1-h avg concentrations to the EPA AQS. However, a small number of sites, only 98 total from 1997 to 2007, and not the same sites in all years—voluntarily reported 5-min block avg data to AQS. Of these, only 16 reported all twelve 5-min avg in each hour at least part of the time between 1997 and 2007. The remainder reported only the maximum 5-min avg in each hour. See Table 2-10 and Table 2-11 for a breakdown of these monitoring locations and sampling periods, and Figure 2-30 for the distribution of these sites across the CONUS.

**Table 2-10.    Locations, counts, sampling periods and statistics for monitors reporting hourly maximum 5-min $SO_2$ values, 1997-2007.**

| State | Number of Counties | Number of Monitors | Number of Years | Years Operating | Mean | GM[1] | GSD[2] | 50[3] | 95[3] | 99[3] | Max |
|-------|-------|-------|-------|-------|------|------|------|------|------|------|------|
| AR | 2 | 3 | 11 | 1997 - 2007 | 4 | 3 | 2 | 3 | 10 | 37 | 659 |
| CO | 1 | 1 | 10 | 1997 - 2006 | 8 | 4 | 3 | 4 | 29 | 57 | 216 |
| DE | 1 | 1 | 2 | 1997 - 1998 | 17 | 6 | 4 | 5 | 97 | 184 | 381 |
| DC | 1 | 1 | 6 | 2000 - 2007 | 9 | 6 | 2 | 6 | 23 | 42 | 482 |
| FL | 1 | 1 | 4 | 2002 - 2005 | 8 | 2 | 3 | 1 | 40 | 106 | 473 |
| IA | 6 | 9 | 5 | 2001 - 2005 | 4 | 2 | 3 | 1 | 12 | 45 | 307 |
| LA | 1 | 1 | 4 | 1997 - 2000 | 12 | 5 | 3 | 5 | 41 | 131 | 857 |
| MO | 7 | 14 | 11 | 1997 - 2007 | 9 | 3 | 3 | 2 | 32 | 146 | 4367 |
| MT | 1 | 7 | 10 | 1997 - 2006 | 8 | 3 | 4 | 2 | 35 | 77 | 843 |
| NC | 2 | 2 | 8 | 1997 - 2004 | 9 | 3 | 4 | 4 | 34 | 108 | 805 |
| ND | 11 | 19 | 11 | 1997 - 2007 | 3 | 1 | 2 | 1 | 11 | 54 | 499 |
| PA | 8 | 23 | 11 | 1997 - 2007 | 14 | 8 | 3 | 8 | 48 | 105 | 1099 |
| SC | 7 | 10 | 3 | 2000 - 2002 | 3 | 2 | 2 | 2 | 10 | 28 | 277 |
| UT | 1 | 1 | 2 | 1997 - 1998 | 3 | 2 | 2 | 1 | 9 | 21 | 209 |
| WV | 2 | 5 | 7 | 2001 - 2007 | 12 | 7 | 3 | 7 | 38 | 80 | 856 |
|  |  |  |  |  |  |  |  |  |  |  |  |

[1] Geometric mean
[2] Geometric standard deviation
[3] Percentile

**Table 2-11.   Locations, counts, sampling periods and statistics for monitors reporting all twelve 5-min $SO_2$ values, 1997-2007.**

| State | Number of Counties | Number of Monitors | Number of Years | Years Operating | Mean | GM[1] | GSD[2] | 50[3] | 95[3] | 99[3] | Max |
|-------|-------------------|--------------------|-----------------|-----------------|------|-------|--------|-------|-------|-------|-----|
| DC | 1 | 1 | 1 | 2007 | 5 | 4 | 2 | 4 | 12 | 19 | 400 |
| FL | 1 | 1 | 4 | 2002 - 2005 | 4 | 2 | 3 | 1 | 18 | 62 | 473 |
| MO | 1 | 2 | 5 | 2003 - 2007 | 3 | 2 | 2 | 1 | 11 | 43 | 259 |
| MT | 1 | 4 | 1 | 2002 | 3 | 2 | 2 | 1 | 12 | 34 | 843 |
| NC | 1 | 1 | 4 | 1999 - 2002 | 5 | 2 | 3 | 1 | 22 | 77 | 805 |
| PA | 2 | 5 | 6 | 2002 - 2007 | 11 | 5 | 4 | 5 | 39 | 83 | 921 |
| WV | 2 | 2 | 5 | 2001 - 2005 | 9 | 5 | 3 | 5 | 29 | 58 | 508 |

[1] Geometric mean
[2] Geometric standard deviation
[3] Percentile



**Figure 2-30.   $SO_2$ monitors reporting maximum or continuous 5-min avg values for any period, 1997–2007.**

EPA guidance on quality assurance practices for $SO_2$ monitoring by state/local monitoring agencies is aimed at ensuring adequate quality of 1-h $SO_2$ concentration data. Measurement of 5-min avg concentrations may involve quality assurance challenges that are not addressed by current EPA guidance. This possibility has not been specifically investigated to date, so the information presented here should be considered to be of uncharacterized uncertainty at this time. Furthermore, the voluntary nature of this

reporting results in irregular coverage in both space and time. For example, some sites reported data for some years while others did not. Because the 5-min data were reported voluntarily by the cooperating states from a subset of monitors in the national data network, no information is available to judge their degree of representativeness relative to the national network.

When maximum 5-min concentrations were reported, the absolute highest concentration over the ten-year period exceeded 4 ppm, but the 99th percentile of the maximum 5-min concentrations were all below 200 ppb. Medians from reported data ranged from 1 ppb to 8 ppb, and the avg for each maximum 5-min level ranged from 3 ppb to 17 ppb. Delaware, Pennsylvania, Louisiana, and West Virginia had mean values for maximum 5-min data exceeding 10 ppb. Among aggregated within-state data for the 16 monitors from which all 5-min avg data were reported, the median values ranged from 1 ppb to 5 ppb, and the means ranged from 3 ppb to 11 ppb. The highest reported concentration was 921 ppb, but the 99th percentile values for aggregated within-state data were all below 90 ppb. It should be emphasized that monitoring was not continual during the ten-year reporting period, and monitoring was not performed simultaneously among the sites. For these reasons, caution must be taken when comparing the distributions among the various sites.

Despite these limitations, distributions of the available 5-min data and comparisons with their respective 1-h avg can provide some insight into the temporal behavior of short-duration $SO_2$ concentrations at the monitoring stations where these data are available. Table 2-12 summarizes correlations between the maximum 5-min avg and the corresponding 1-h avg computed from the 5-min data for the monitors reporting all twelve 5-min avg. The correlations are high with only one monitor observing a correlation coefficient under 0.9.

**Table 2-12.   Pearson correlation coefficient between maximum 5-min and 1-h avg $SO_2$ concentrations at the 16 sites reporting all twelve 5-min $SO_2$ values.**

| State | Site ID | Correlation Coefficient |
|-------|---------|------------------------|
| DC | 110010041 | 0.87 |
| FL | 120890005 | 0.92 |
| MO | 290770026 | 0.92 |
| MO | 290770037 | 0.93 |
| MT | 301110066 | 0.95 |
| MT | 301110079 | 0.93 |
| MT | 301110082 | 0.93 |
| MT | 301110083 | 0.92 |
| NC | 371290006 | 0.91 |
| PA | 420030021 | 0.94 |
| PA | 420030064 | 0.95 |
| PA | 420030116 | 0.96 |
| PA | 420033003 | 0.95 |
| PA | 420070005 | 0.93 |
| WV | 540990002 | 0.95 |
| WV | 541071002 | 0.93 |



**Figure 2-31.   Time series and frequency distributions of voluntarily reported maximum 5-min SO₂ concentrations from 6 monitors located in Iowa, Missouri, Pennsylvania and West Virginia. Frequency distributions are shown in terms of the log of the concentration on the x-axis.**

Figure 2-31 shows the time series and distribution of maximum 5-min SO₂ data per hour for six monitors located in Iowa (site ID = 190330018), Missouri (290770026, 290770037 and 290990004), Pennsylvania (420070005) and West Virginia (541071002). These sites were selected to represent the available 5-min data. The highest observed 5-min values for these six monitors range from 166 ppb at the Iowa monitor (Mason City, IA) to 1099 ppb at the Pennsylvania monitor (Beaver Co, PA). In general,

Figure 2-31 demonstrates that the higher range of mean values compared with the medians reflects a few high concentration events that skew the means upward with the mean concentration between 2 and 7 times greater than the median of these data.



**Figure 2-32.   Time series of hourly maximum 5-min SO$_2$ data showing a 24 h (upper panels) and 1 week (lower panels) time window centered on the peak value for the two sites with the lowest (IA) and highest (PA) maximum values in the preceding figure.**

Excursions of high 5-min concentrations should not be expected to be confined to one 5-min interval in any given hour as time scales for the meteorological conditions responsible for the excursions are much longer. During transport of emissions from their source to a receptor at the surface, turbulent

mixing and dilution of the plume occur, further extending the area at the surface that is affected. Figure 2-32 shows the time series of 5 min data centered on time of occurrence of the value (lower panel) for the two sites with the highest maximum value (PA) and lowest maximum value (IA) in the preceding figure. As can be seen for these two sites at least, high levels of $SO_2$ can be sustained at the surface for a few hours and the time for these excursions to affect the surface can differ from site to site and during different periods at the same site. Note also that these events do not occur in isolation as can be seen at the PA site, at which several excursions above the 200 ppb level occurred within a week. Further analysis would be required to determine characteristic time scales for the durations of these excursions across the U.S., using emissions and meteorological data.

# 2.5.3. Policy Relevant Background Contributions to $SO_2$ Concentrations

Background concentrations used for purposes of informing decisions about the NAAQS are referred to as PRB concentrations; those concentrations that would occur in the U.S. in the absence of anthropogenic emissions in continental North America (defined here as the U.S., Canada, and Mexico). PRB concentrations include contributions from natural sources everywhere in the world, and from anthropogenic sources outside these three countries. Background levels so defined facilitate separation of cases where pollution levels can be controlled by U.S. regulations (or through international agreements with neighboring countries), from cases where pollution is generally uncontrollable by the U.S.. EPA assesses risks to human health and environmental effects from $SO_2$ levels in excess of PRB concentrations.

Contributions to PRB concentrations include natural emissions of $SO_2$ and photochemical reactions involving reduced sulfur compounds of natural origin, as well as their long-range transport from outside of North America from any source. As an example, transport of $SO_2$ from Eurasia across the Pacific Ocean or the Arctic Ocean would carry PRB $SO_2$ into the U.S. Annex B contains a schematic diagram showing the major photochemical processes involved in the sulfur cycle, including natural sources of reduced sulfur species from anaerobic microbial activity in wetlands and volcanic activity. Volcanoes and wildfires are the major natural source of $SO_2$. Biogenic emissions from agricultural activities are not considered in the formation of PRB concentrations. Discussions of the sources and estimates of emissions are given in Annex Section B.6.

The MOZART-2 global model of tropospheric chemistry (Horowitz et al., 2003) is used to estimate the PRB contribution to $SO_2$ concentrations. The model setup for the present-day simulation, i.e., including all sources in the U.S., Canada, and Mexico, was published in a series of papers from a recent model inter-comparison (Dentener et al., 2006a; van Noije et al., 2006). MOZART-2 is driven by the National Oceanic and Atmospheric Administration's National Center for Environmental Prediction (NOAA/NCEP) meteorological fields and the International Institute for Applied Systems Analysis (IIASA) 2000 emissions at a resolution of $1.9° \times 1.9°$ with 28 σ (sigma) levels in the vertical and includes gas- and aerosol-phase chemistry. Results shown in Figure 2-33 are for the meteorological year 2001. An additional PRB simulation was conducted in which continental North American anthropogenic emissions were set to zero.



Source: NOAA Geophysical Fluid Dynamics Laboratory.

**Figure 2-33.   Annual mean model-predicted concentrations of SO₂ (ppb).**

The role of PRB in contributing to $SO_2$ concentrations in surface air is examined first. Figure 2-33 shows the annual mean predicted $SO_2$ concentrations in surface air in the simulation including all sources, or the "base case" (top panel); the PRB simulation (middle panel); and the percentage contribution of the background to the total base case $SO_2$ (bottom panel). Maximum concentrations in the base case simulation, > 5 ppb, occur along the Ohio River Valley (upper panel). Background $SO_2$ concentrations are orders of magnitude smaller, below 10 parts per trillion (ppt) over much of the U.S. (middle panel). Maximum PRB concentrations of $SO_2$ are 30 ppt. In the Northwest where there are geothermal sources of $SO_2$, the contribution of PRB to total $SO_2$ is 70 to 80%, however absolute $SO_2$ concentrations are still of the order of ~2 ppb or less. With the exception of the West Coast where volcanic $SO_2$ emissions cause high PRB concentrations, PRB contributes < 1% to present-day $SO_2$ concentrations in surface air (bottom panel).



Source: National Park Service

**Figure 2-34.   15-min avg ambient $SO_2$ concentrations measured at 1 Hawaii Volcanoes National Park monitoring site (Jaggar Museum), March 12, 13, and 15, 2007.**

When estimating background concentrations, it is instructive to consider measurements of $SO_2$ at relatively remote monitoring sites, i.e., sites located in sparsely populated areas not subject to obvious local sources of pollution. Berresheim et al. (1993) used a type of atmospheric pressure ionization mass spectrometer (APIMS) at Cheeka Peak, WA (48.30EN 124.62EW, 480 m asl) in April 1991 during a field study for DMS oxidation products. $SO_2$ concentrations ranged between 20 and 40 ppt. Thornton et al. (2002) have also used an APIMS with an isotopically labeled internal standard to determine background

$SO_2$ levels. $SO_2$ concentrations of 25 to 40 ppt were observed in northwestern Nebraska in October, 1999 at 150 m above ground using the National Center for Atmospheric Research (NCAR)'s C-130 research aircraft. These data are comparable to remote central South Pacific convective boundary layer $SO_2$ data (Thornton, 1999).

As noted earlier, volcanic sources of $SO_2$ in the U.S. are found in the Pacific Northwest, Alaska, and Hawaii. The greatest potential domestic effects from volcanic $SO_2$ occurs on the island of Hawaii. Nearly continuous venting of $SO_2$ from Mauna Loa and Kilauea produces $SO_2$ in high concentrations (see Figure 2-34 and Figure 2-35) at two National Park sites near the Kilauea caldera and the nearby east rift zone. The latter emits several times as much $SO_2$ as the Kilauea caldera. The two measurement sites within the National Park are < 3 km from the summit emission source and ~10 km from the east rift source and are affected by the two sources during southerly and easterly winds. A number of communities and population centers are within the same distance from the east rift gas source that affects these two monitoring sites. When the normal trade wind flows are disrupted, emissions from the sources can be brought directly to these various communities. Since these communities are located at a similar distance from the large east rift emission source as the National Park monitoring stations, it is probable that these communities experience $SO_2$ concentrations as high as those measured within Hawaii Volcanoes National Park.

Since 1980, the Mount St. Helens volcano (46.20°N, 122.18°W, summit 2549 m asl) in the Washington Cascade range has been a variable source of $SO_2$. Its major effects came in the explosive eruptions of 1980, which primarily affected the northwestern U.S. The Augustine volcano near the mouth of the Cook Inlet in southwestern Alaska (59.363°N, 153.43°W, summit 1252 m asl) has emitted variable quantities of $SO_2$ since its last major eruptions in 1986. Volcanoes in the Kamchatka peninsula in far eastern Siberia do not particularly affect the surface concentrations in northwestern North America. Overall, the background contribution to $SO_2$ over the U.S. is relatively small, with a max PRB of 0.030 ppb $SO_2$, except for areas with volcanic activity.



Source: National Park Service

**Figure 2-35.   15-min avg ambient $SO_2$ concentrations measured at 2 Hawaii Volcanos National Park monitoring sites on September 29, 2007.**

# 2.6. Issues Associated with Evaluating SO$_2$ Exposure

## 2.6.1. General Considerations for Personal Exposure

Human exposure to an airborne pollutant consists of contact between the human and the pollutant at a specific concentration for a specified period of time. People spend various amounts of time in different microenvironments characterized by different pollutant concentrations. The integrated exposure of a person to a given pollutant is the sum of the exposures over all time intervals for all microenvironments. Figure 2-36 represents a composite average of activity patterns across all age groups in the U.S., based on data collected in the National Human Activity Pattern Survey (NHAPS) (Klepeis et al., 2001). The demographic distribution of the respondents was designed to be similar to that of overall U.S. Census data. Different cohorts, e.g., the elderly, young and middle-aged working adults, and children exhibit different activity patterns.



Source: Klepeis et al. (2001)

**Figure 2-36.   Percentage of time spent in various environments in the U.S.[1]**

---

[1] For example, the cohort of working adults between the ages of 18 and 65 yr represents ~50% of the population. Of this total, about 60% work outside the home, spending ~24% (40 h/168 h) of their time in factory/office environments. Thus, this cohort is likely to spend considerably more time in offices and factories than shown in the figure (5.4%), which reflects the entire population, and is also likely to spend less time in a residence than small children or the elderly.

In a given microenvironment, the ambient component of a person's microenvironmental exposure to a pollutant is determined by the following physical factors:

- ambient concentration $C_a$
- air exchange rate $a_i$
- pollutant specific penetration coefficient $P_i$
- pollutant specific decay rate $k_i$
- fraction of time an individual spends in the microenvironment $y_i$

These factors are in turn affected by the following exposure factors:

- environmental conditions, such as weather and season
- dwelling conditions such as: proximity to sources; the amount of natural ventilation (e.g., open windows and doors, and the "draftiness" of the dwelling); and the ventilation system
- personal activities (e.g., the time spent cooking, commuting, or exercising [See Section 2.7.1])
- indoor sources and sinks of a pollutant

Microenvironmental exposures can also be influenced by the individual-specific factors such as age, gender, health or socioeconomic status (SES).

A person's exposure to a pollutant, such as $SO_2$, can be represented by:

$$E_T = \sum_{i=l}^{n} C_i\, t_i$$

**Equation 2-1**

where $E_T$ is an individual's total personal exposure for a specific time period, $n$ is the total number of microenvironments encountered, $C_i$ is the average concentration, and $t_i$ is the time spent in the $i$th microenvironment. A person's exposure can be characterized as: an instantaneous exposure, a peak exposure such as might occur during a short-term event such as cooking, an average exposure, or an integrated exposure over all environments encountered. These distinctions are important because health effects caused by long-term low-level exposures may differ from those caused by short-term peak exposures.

An individual's total exposure ($E_T$) can also be represented by:

$$E_T = E_a + E_{na} = \{y_o + \sum_i y_i\, [P_i a_i /(a_i + k_i)]\,\} C_a + E_{na} = \{y_o + \sum_i y_i F_{inf_i}\} C_a + E_{na}$$

**Equation 2-2**

subject to the constraint

$$y_o + \sum_i y_i = 1$$

**Equation 2-3**

where $E_a$ is the ambient component of personal exposure, $E_{na}$ is the nonambient component of personal exposure, $y_o$ is the fraction of time spent outdoors, and $y_i$ is the fraction of time spent in microenvironment $i$. $F_{inf_i}$, $P_i$, $a_i$, and $k_i$ are the infiltration factor, penetration coefficient, air exchange rate, and decay rate, respectively for microenvironment $i$. In the case where an exposure occurs mainly in one microenvironment, Equation 2-2 may be approximated by Equation 2-4 where $y$ is the fraction of time spent outdoors, and $\alpha$ is the ratio of personal exposure from a pollutant of ambient origin to the pollutant's ambient concentration (or the ambient exposure factor). Other symbols have the same definitions as in Equations 2-2 and 2-3.

$$E_T = E_a + E_{na} = \{y + (1-y)[Pa/(a+k)]\}C_a + E_{na} = \alpha C_a + E_{na}$$

Equation 2-4

If concentrations in a single microenvironment are considered, then Equation 2-4 can be reduced to

$$C_{me} = C_a + C_{na} = [Pa/(a+k)]C_a + S/[V(a+k)]$$

Equation 2-5

where $C_{me}$ is the concentration in a microenvironment, $C_a$ and $C_{na}$ are the contributions to $C_{me}$ from ambient and nonambient sources, $S$ is the microenvironmental source strength, and $V$ is the volume of the microenvironment. (Bracketed symbols are same as Equation 2-2.) In this equation, it is assumed that microenvironments do not exchange air with each other but only with the ambient environment.

Microenvironments in which people are exposed to air pollutants such as $SO_2$ typically include residential indoor environments, other indoor locations, near-traffic outdoor environments, other outdoor locations, and in vehicles, as shown in Figure 2-36. Indoor combustion sources such as gas stoves and space heaters need to be considered when evaluating exposures to $SO_2$. However, in the U.S., the only important indoor sources of $SO_2$ are kerosene heaters, which are not widely used. Exposure characterization is improved when microenvironment-level exposures are considered to estimate the ambient component of personal exposure and to describe the relationship between ambient air pollution exposures and health outcomes.

Time-activity diaries, completed by study participants, are used to compile activity patterns for input to exposure models and assessments. The EPA's National Exposure Research Laboratory (NERL) has consolidated the majority of the most significant human activity databases into one comprehensive database called the Consolidated Human Activity Database (CHAD). Eleven different human activity pattern studies were evaluated to obtain over 22,000 person-days of 24-h human activities in CHAD (McCurdy et al., 2000). These data can be useful in assembling population cohorts to be used in exposure modeling and analysis.

In general, the relationship between personal exposures and ambient concentrations is modified by pollutant behavior in microenvironments. During infiltration, ambient pollutants can be lost through chemical and physical processes. Therefore, the ambient component of a pollutant's microenvironmental concentration is less than its ambient concentration, and can be represented as the product of the ambient concentration and the infiltration factor ($F_{inf}$ or $\alpha$ [if people spend 100% of their time indoors]). In addition, exposure to nonambient, microenvironmental sources modifies the relationship between personal exposures and ambient concentrations.

In practice, it is extremely difficult to characterize community exposures by measurements of each individual's personal exposures. Instead, the distribution of personal exposures in a community, or the population exposure, is simulated by extrapolating measurements of personal exposure using various techniques or by stochastic, deterministic, or hybrid exposure modeling approaches such as APEX, SHEDS, and MENTOR (see Annex Section C.2 for a description of modeling methods). Variations in community-level personal exposures are determined by cross-community variations in ambient pollutant concentrations and the physical and exposure factors mentioned above. These factors also determine the strength of the association between population exposure to $SO_2$ of ambient origin and ambient $SO_2$ concentrations.

Of major concern is the ability of $SO_2$ measured by ambient monitors to serve as a reliable indicator of personal exposure to $SO_2$ of ambient origin. The key question is what errors are associated with using $SO_2$ measured by ambient monitors as a surrogate for personal exposure to ambient $SO_2$ and/or its oxidation products in epidemiologic studies. There are three aspects to this issue: (1) ambient and personal sampling issues; (2) the spatial variability of ambient $SO_2$ concentrations as related to exposures; and (3) the associations between ambient concentrations and personal exposures as influenced by

exposure factors, e.g., indoor sources and time spent indoors and outdoors. Items (1) and (3) are discussed individually in the following sections; item (2) was discussed previously in Section 2.4.2.

## 2.6.2. Methods Used for Monitoring Personal Exposure

Three basic methods of analysis have been used as personal exposure monitors (PEMs) to measure personal exposure to $SO_2$. The Harvard-EPA annular denuder system (HEADS) was initially developed to measure particles and acid gases simultaneously (Brauer et al., 1999; Koutrakis et al., 1988b). The aerosol is initially sampled at 10 L/min through an impactor that is attached to an annular denuder to remove particles. Subsequently, the aerosol is sampled through an annular denuder coated with sodium carbonate ($Na_2CO_3$). This denuder is used to trap $SO_2$, nitric acid ($HNO_3$), and nitrous acid ($HNO_2$). Following sampling, the denuder is extracted with ultrapure water and analyzed by ion chromatography. Collection efficiencies of $SO_2$ in the denuder are typically around 0.993, which compares well with predicted values.

For a study conducted in Baltimore, MD, Chang et al. (2000) developed and employed a personal roll-around system (RAS), which is an active sampling system designed to measure short-term personal exposure concentrations of several atmospherically relevant species, including $SO_2$. For the measurement of $SO_2$, the RAS employed an $NO_2/SO_2$ sorbent denuder worn on a vest by the study participant. The hollow glass denuder, encased in an aluminum jacket, is coated with triethanolamine (TEA) for the collection of $SO_2$ and $NO_2$, and aerosol is sampled through the denuder at 100 cc/min. Following sampling, the denuder can be extracted and analyzed for $SO_2$ concentrations by ion chromatography. The detection limit for 1-h sampling of $SO_2$ was reported to be 62 ppb, which resulted in many of the 1-h samples being below the LOD.

The most commonly employed $SO_2$ PEM method for personal exposure studies is the passive badge sampler. A personal multipollutant sampler has been developed to measure particulate and gaseous pollutants simultaneously (Demokritou et al., 2001). A single elutriator, operating at 5.2 L/min, is employed to sample particulate pollutants. A passive $SO_2$ badge is attached diametrically to the elutriator, which has been coated with Teflon to minimize reactive gas losses. The passive badge sample is coated with TEA for the collection of $SO_2$ and $NO_2$. Because wind speed can affect the collection rate of the passive badge sampler, this system employs a constant face velocity across the passive badge sampler. For 24-h sampling times, the estimated limit of detection (LOD) for $SO_2$ is 5 ppb.

Currently, limits exist for using PEM systems to measure personal exposure to $SO_2$. Because $SO_2$ concentrations have been declining annually in the U.S., little focus has been placed on improving the methods of analysis. LODs for $SO_2$ PEMs (~5-10 ppb for 24-h sampling) are often greater than the concentrations of $SO_2$ that are typically observed in urban ambient environments. However, much lower detection limits can be achieved by extending the sampling time (Kasper-Giebl et al., 1999). Personal exposure monitoring studies often suffer from having many of the daily $SO_2$ samples (e.g., 30 to 70%) collected below the sampler's LOD (see Table 2-14 and Table 2-15). Because of these issues, current methods cannot characterize hourly or shorter exposures and their relationship to ambient concentrations unless these values are in the range of several tens to hundreds of ppb.

## 2.6.3. Relationship between Personal Exposure and Ambient Concentration

Because $SO_2$ concentrations have declined markedly over the past few decades, relatively few recent personal exposure studies have focused on $SO_2$. Another consideration is that current indoor and outdoor levels in many areas are often beneath detection limits for passive personal $SO_2$ monitors.

### 2.6.3.1. Indoor Versus Outdoor SO₂ Concentrations

Several studies in the U.S., Canada, Europe, and Asia have examined the relationships of indoor, outdoor, and personal concentrations of $SO_2$ to ambient $SO_2$ concentrations. Perhaps the most comprehensive set of indoor-outdoor data was obtained by Spengler et al. (1979) during the Harvard Six Cities Study. These data are shown in Figure 2-37. 24-h ambient and indoor $SO_2$ were measured every sixth day for 1 yr in a minimum of 10 homes or public facilities for each of the cities studied.



Source: Adapted from Spengler et al. (1979)

**Figure 2-37.   Average annual indoor and outdoor SO₂ concentrations for each of the six cities included in the Harvard six-cities study analysis.  PORT = Portage, WI / TOPE = Topeka, KS / KING = Kingston, TN / WAT = Watertown, MA / STL = St. Louis, MO / STEU = Steubenville, OH.**

As can be seen from Table 2-13, a wide range is found in the ratio of indoor to outdoor concentrations among the different studies. These differences among studies could be due in part to differences in building characteristics (e.g., forced ventilation, building age, and building function such as residences, schools, or other public buildings), in activities affecting air exchange rates, and in analytical capabilities. In several studies, high values for $R^2$ were found, suggesting that indoor levels were largely driven by outdoor levels. A few studies found higher levels of $SO_2$ indoors than outdoors in some samples. This situation could have arisen if there were indoor sources or as a result of analytical measurement issues. One would expect to find lower concentrations indoors than outdoors because $SO_2$ is consumed by reactions on indoor surfaces, especially those that are moist. Chao (2001) acknowledged this point but could not account for the findings of this study. It was noted that two samples had unusually high indoor to outdoor ratios and that the mean ratios would have been much lower otherwise. Winter-summer differences in the indoor:outdoor ratio are consistent with seasonal differences in air exchange rates, as noted by Brauer et al. (1991).

**Table 2-13.    Relationships of indoor to outdoor SO$_2$ concentrations.**

| Study | Location | Indoor to Outdoor Ratio (# samples) | Notes |
|-------|----------|-------------------------------------|-------|
| Spengler et al. (1979) | Portage, WI | 0.67 (349) | One year during Harvard Six Cities Study. West-Gaeke method. |
| | Topeka, KS | 0.50 (389) | |
| | Kingston, TN | 0.08 (425) | |
| | Watertown, MA | 0.33 (486) | |
| | St. Louis, MO | 0.31 (543) | |
| | Steubenville, OH | 0.39 (499) | |
| Stock et al. (1985) | Houston, TX | 0.54 (2425) | May to October, continuous FRM for indoor and outdoor. |
| Meranger and Brule (1987) | Antigonish, NS, Canada | 0.84 (8) | Early spring, 1 wk avg in 1 house with oil furnace, FPD-TA |
| Brauer et al. (1989) | Boston, MA | 0.23 (24) | Summer, HEADS |
| Li and Harrison (1990) | Essex, UK | 0.22 | Summer |
| Brauer et al. (1991) | Boston, MA | 0.39 (geom. mean) (29), R$^2$ = 0.89 | Summer, HEADS |
| | | 0.05 (geom. mean) (23), R$^2$ = 0.73 | Winter, HEADS |
| Chan et al. (1994) | Taipei, Taiwan | 0.24 (15) | Summer, PS |
| | | 0.23 (37) | Winter, PS |
| Lee et al. (1999b) | Hong Kong | 0.92, R$^2$ = 0.56 | Winter, PF |
| Patterson and Eatough (2000) | Lindon, UT | 0.027 ± 0.0023, R$^2$ = 0.73 | Winter, ADS, all samples |
| Kindzierski and Sembaluk (2001) | Boyle, Alberta, Canada | 0.12 (12) | Late Fall, PS |
| | Sherwood Park, Alberta, Canada | 0.14 (13) | |
| Chao (2001) | Hong Kong | 1.01 ± 0.78 (10) | Summer. Windows mainly kept closed, PS |
| Kindzierski and Ranganathan (2006) | Fort McKay, Alberta, Canada | 0.35 (30) | Fall. All indoor levels < LOD and set =1/2 LOD, PS |

FPD-TA = Flame Photometric Detection-Thermal Analysis
HEADS = Harvard-EPA Annular Denuder System
PS = passive sampler
PF = pulsed fluorescence
FRM = Federal Reference Method
ADS = Annular Denuder System

Indoor, or nonambient, sources of SO$_2$ could complicate the interpretation of associations between personal exposure to ambient SO$_2$ in exposure studies. The source of indoor SO$_2$ is combustion of sulfur-containing fuels, and higher levels are expected when emissions are poorly vented. Brauer et al. (2002b) noted that only one study (Biersteker et al., 1965) conducted inferential analyses of potential determinants of exposure to indoor SO$_2$ levels. In the Biersteker et al. study, conducted in the Netherlands, indoor levels increased with oil, coal, and gas heating, as well as smoking in homes and increased outdoor levels.

Triche et al. (2005) measured SO$_2$ levels in homes in which secondary heating sources (fireplaces, kerosene heaters, gas space heaters, and wood stoves) were used. They found elevated indoor levels of SO$_2$ when kerosene heaters were in use. Median levels of SO$_2$ when kerosene heaters were used (6.4 ppb) were much higher than when they were not in use (0.22 ppb). The maximum SO$_2$ level associated with kerosene heater use was 90.5 ppb. They did not find elevated SO$_2$ levels when the other secondary heating sources were in use.

## 2.6.3.2. Relationship of Personal Exposure to Ambient Concentration

A few studies have evaluated the association of personal $SO_2$ exposure to ambient concentrations (Brauer et al., 1989; Chang et al., 2000; Sarnat et al., 2000; 2001; 2005; 2006a). However, no studies have characterized the relationship between community avg exposures and ambient concentrations of $SO_2$. Some of these personal exposure studies were conducted under the Health Effects Institute's Characterization of Particulate and Gas Exposures of Sensitive Subpopulations Living in Baltimore and Boston research plan (Koutrakis et al., 2005). However, the focus of many of these studies has been exposure to particles with acid gases included to evaluate confounder or surrogate issues.

Table 2-14 summarizes the longitudinal correlation coefficients between personal $SO_2$ exposures and ambient concentrations of $SO_2$, and Table 2-15 shows the pooled correlation coefficients. Most of the studies examined lack the ability to quantify 24-h avg personal $SO_2$ exposures as a result of the low ambient $SO_2$ concentrations and the limitations of passive sampling, except two studies conducted by Brauer et al. (1989) and Sarnat et al. (2006a) in which the sampling systems can adequately quantify 24-h personal exposures.

Brauer et al. (1989) determined the slope of the regression line between personal and ambient concentrations to be $0.13 \pm 0.02$, $R^2 = 0.43$, based on 44 measurements made in Boston, MA during the summer of 1988. This study had the highest proportion of personal samples above the detection limit among the studies considered and the best regression fit between personal exposure and ambient concentrations. Most if not all of the data points obtained using the HEADS appeared to be above the working detection limits as defined by the authors in their publications (Brauer et al., 1989; Koutrakis et al., 1988b). Note that calculating detection limits in this way could result in lower apparent detection limits than if field blanks were used. The authors reported significance at the $p < 0.001$ level for the slope but not the intercept. Since the stationary monitoring site was located at an elevation of 250 m above street level, the use of data from this ambient monitoring site will overestimate personal exposure, as the concentration of $SO_2$ increases with height because it is emitted mainly by elevated point sources. Indeed, the ambient concentrations are about a factor of two higher than the concentrations measured outside residences. Sarnat et al. (2006a) reported that ambient $SO_2$ was observed to be significantly associated with personal $SO_2$ exposure concentrations during the fall (slope = 0.08 for overall population) in a study in Steubenville, OH. The authors also observed the effect of ventilation on the association between personal exposure concentrations and ambient concentrations (slope = 0.07 for subjects in buildings with low ventilation rates, and 0.13 for subjects in buildings with high ventilation rates).

The associations between personal exposure and ambient concentration cannot be examined in the other studies because almost all the personal exposure concentrations were beneath detection limits. For example, Chang et al. (2000) tested a new personal active sampling device (a RAS with a TEA-based denuder) on volunteer participants to measure hourly personal exposure to $SO_2$. However, the method detection limit was too high for $SO_2$ (62 ppb for 1-h sampling) to generate a robust $SO_2$ exposure dataset to perform further analysis, and so the authors did not use the $SO_2$ data.

**Table 2-14.   Association between personal exposure concentration and ambient concentration (longitudinal correlation coefficients).**

| Study | Study Design | Season | Mean Conc. (ppb) | Statistics | Comments |
|---|---|---|---|---|---|
| Sarnat et al. (2000) | Longitudinal, Baltimore, 20 senior, healthy, nonsmoking people (avg age 75), summer of 1998 and winter of 1999, 1 day averaged sample, for 12 consecutive days for each subject; four to six subjects were measured concurrently during each 12-day monitoring period. | Winter | Ambient: 6.6 – 10.2 Personal: -0.8 – 1.2 | Slope: NR Intercept: NR Correlation Coefficient (r): -0.75 to 0.65 with a median of 0.02 (14 subjects) | The LOD for 24-h sampling was 6.5 ppb. All personal samples were below LOD. |
| Sarnat et al. (2001) | Longitudinal, Baltimore, 56 seniors, schoolchildren, and people with COPD, summer of 1998 and winter of 1999, 14 of 56 subjects participated in both sampling seasons; all subjects were monitored for 12 consecutive days (24-h avg samples) in each of the one or two seasons, with the exception of children who were measured for 8 consecutive days during the summer. | Winter | Ambient: 4 – 17 Personal: -2 – 3 | Slope: -0.05 (N=487 with 45 subjects) Intercept: 0.54* (N=487 with 45 subjects) r = -0.75 to 0.6 with a median of -0.1 (45 subjects) | 1) Concentrations are estimated from Figure 1 in the paper. 2) Correlation coefficients are estimated from Figure 2 in the paper. 3) LOD was referred to Sarnat et al. (2000), which was 6.5 ppb. Therefore, all personal samples were below LOD. |
| Sarnat et al. (2005) | Longitudinal, Boston, 43 seniors and schoolchildren, summer of 1999 and winter of 2000, Similar study design as Sarnat et al. (2001). | Summer | Ambient: 2.8 – 4.5 Personal: 0.3 – 0.5 | Slope: 0.00 (N-335) Intercept: NR r = -0.60 to 0.70 with a median of 0.00, (Sample size: NR) | 1) Correlation coefficients are estimated from Figure 1 in the paper. 2) LOD was 2.3 ppb, and 96.5% of personal samples were below LOD. |
| | | Winter | Ambient: 4.9 – 10.7 Personal: -0.3 – 1.9 | Slope: -0.02 (N = 299) Intercept: NR r = -0.55 to 0.60 with a median of 0.10 (Sample size NR) | 1) Correlation coefficients are estimated from Figure 1 in the paper. 2) LOD was 3.2 ppb, and 95.4% of personal samples were below LOD. |

NR: not reported
* $p \leq 0.05$

In the context of determining the effects of ambient pollutants on human health, the association between the ambient component of personal exposures and ambient concentrations is more relevant than the association between personal total exposures (ambient component + nonambient component) and ambient concentrations. As described in Equations 2-2 and 2-4, personal total exposure can be decomposed into two parts: an ambient and a nonambient component. Usually, the ambient component of personal exposure is not directly measureable. However, it can be estimated by exposure models, or the personal total exposure can be regarded as the personal exposure of ambient origin if there are no indoor or nonambient sources. It is expected that the association between ambient concentrations and the ambient component of personal exposures would be stronger than the association between ambient concentrations and personal total exposures as long as the ambient and nonambient component of personal total exposure are independent. None of the studies examined indoor sources. However, indoor sources are not expected to be present for $SO_2$. The correlation coefficients between personal ambient $SO_2$

exposures and ambient $SO_2$ concentrations in different types of exposure studies are relevant to different types of epidemiologic studies.

**Table 2-15.   Association between personal exposure concentration and ambient concentration (pooled correlation coefficients).**

| Study | Study Design | Season | Mean Conc. (ppb) | Statistics | Comments |
|---|---|---|---|---|---|
| Brauer et al. (1989) | Pooled, Boston, study population was NR, the number of participants was estimated to be 48, July and August of 1988 for 24 days, 1 day averaged sample, two subjects were monitored each day. | Summer | Ambient: 2.5 – 9.5<br><br>Personal: 0.4 – 1.8 | Slope: 0.13* (N=44)<br><br>Intercept: Not significant<br><br>$R^2$: 0.43 | 1) Concentrations estimated from Figure 2 in the paper.<br><br>2) Central site monitor was 250 m above the ground level.<br><br>3) LOD for personal samples was ~0.19 ppb based on the method of determining the LOD for an active sampling system. |
| Sarnat et al. (2006a) | Steubenville, 15 senior subjects, summer and fall of 2000, two consecutive 24-h samples were collected for each subject for each wk, 23 wks total. Correlation coefficients were calculated in the pooled data set. | Summer | Ambient: 2.7 ± 3.9<br><br>Personal: 1.5 ± 3.3 | Slope: 0.03 (N=106)<br><br>Intercept: NR<br><br>$R^2$: 0.00 | LOD was 5.5 ppb; 53.5% of personal samples were below LOD. |
| | | Fall | Ambient: 5.4 ± 9.6<br><br>Personal: 0.7 ± 1.9 | Slope: 0.08* (N=152)<br><br>Intercept: NR<br><br>$R^2$: 0.15 | LOD was 3.8 ppb, and 31.6% of personal samples were below LOD. |

* significant at $\alpha = 0.05$ level

There are three types of correlations generated from different study designs and ways to analyze the data from exposure studies: longitudinal, "pooled," and daily-avg correlations (U.S. EPA, 2004). Longitudinal correlations[1] are calculated when data from a study includes measurements over multiple days for each subject (longitudinal study design). Longitudinal correlations describe the temporal relationship between daily personal $SO_2$ exposure or microenvironment concentration and daily ambient $SO_2$ concentration for the same subject. The longitudinal correlation coefficient can differ between subjects (i.e., each person may have a different correlation coefficient). The distribution of correlations for each subject across a population could be obtained with this type of data (e.g., Sarnat et al., 2000; 2001; 2005). A longitudinal correlation coefficient between the ambient component of personal exposures and ambient concentrations is relevant to the panel epidemiologic study design. In Table 2-14, most longitudinal studies reported the association between personal total exposures and ambient concentrations for each subject. For some subjects the associations were strong and for some subjects the associations were weak. The weak personal and ambient associations do not necessarily mean that ambient

[1] $$r_{ax_i} = \frac{\sum_j \left(x_{ij} - \overline{x_i}\right)\left(a_j - \overline{a}\right)}{(n-1)s_{x_i}s_a}$$ where "$r$" is the longitudinal correlation coefficient between personal exposure and ambient concentration, "$a$" represents the ambient concentration, "$x$" represents exposure, "$i$" represents the ith subject, "$j$" represents the jth measurement (with the averaging time ranging from two days to two weeks for $SO_2$ measurement), "$s$" represents the standard deviation, and "$n$" in the longitudinal studies is the number of measurements for each subject. The ambient concentration $a_j$ could be measured by one ambient monitor or the average of several ambient monitors.

concentrations are not a good surrogate for personal exposures, because the weak associations could have resulted from the day-to-day variation in the nonambient component of total personal exposure. These types of correlations can have a substantial effect on the value of the resultant correlation coefficient. Mage et al. (1999) showed that very low correlations between personal exposure and ambient concentrations could be obtained when people with very different nonambient exposures are pooled, even though their individual longitudinal correlations are high.

Pooled correlations[1] are calculated when a study involves one or only a few measurements per subject and when different subjects are studied on subsequent days. Pooled correlations combine individual-subject/individual-day data for the calculation of correlations. Pooled correlations describe the relationship between daily personal $SO_2$ exposure and daily ambient $SO_2$ concentration across all subjects in the study (e.g., Brauer et al., 1989; Sarnat et al., 2006a).

Daily-avg correlations[2] are calculated by averaging exposure across subjects for each day. Daily-avg correlations then describe the relationship between the daily avg exposure and daily ambient pollutant concentration. This type of correlation (i.e., the association between the ambient component of community avg exposures and ambient concentrations) is more directly relevant to community time-series studies, in which ambient concentrations are used as a surrogate for community avg exposure to pollutants of ambient origin. However, exposure of the population to $SO_2$ of ambient origin has not been reported in any of the studies examined.

Not only does the exposure study design determine the meaning of the correlation coefficients in the context of exposure assessment in epidemiologic studies, but the type of correlation calculation also affects the strength of the association between personal exposures and ambient concentrations. The strength of the association between personal exposures with ambient and/or outdoor concentrations for a population is determined by variations in several physical factors: indoor or other local sources, air exchange rate, penetration, decay rate of the pollutant in different microenvironments, and the time people spend in different microenvironments with different pollutant concentrations. For different types of correlation coefficients, the components of the variance of these physical factors are different, and therefore the strength of different types of correlation coefficients is different. Longitudinal correlation coefficients reflect the *interpersonal* variations of these physical factors. Pooled correlation coefficient reflect both *inter-* and *intra-* personal variations of these physical factors. For the association between community avg exposures and ambient concentrations, *interpersonal* variations of these physical factors are reduced by averaging personal exposures across a community. Therefore, the strength of the associations between personal exposures and ambient concentrations may not be directly comparable, although these associations are determined by the same set of physical factors (but affected in different ways).

Since correlations are standardized quantities that depend on multiple features of the data not only is the linear "relatedness" (covariance) of the two quantities important in a correlation, but so is the variability of each. That variability can be affected by exposure factors in various ways. In the following assessments, the effects of these physical factors on the strength of correlation coefficients are primarily

---

[1] $$r_{ax} = \frac{\sum_{i,j} \left(x_{ij} - \bar{x}\right)\left(a_j - \bar{a}\right)}{(n-1)s_x s_a}$$ where "$r$" is the pooled correlation coefficient and "$n$" is the number of paired measurements of exposure and ambient concentration, and all other symbols are defined the same way as those in the longitudinal correlation coefficient.

[2] $$r_{\bar{a}\bar{x}} = \frac{\sum_{j} \left(\bar{x_j} - \bar{x}\right)\left(a_j - \bar{a}\right)}{(n-1)s_{\bar{x}_j} s_a}$$ , where "$r$" is the daily-average correlation coefficient and "$n$" is the number of measurement period, during each of which the exposure for all subjects are measured, and all other symbols are defined the same way as those in the longitudinal correlation coefficient.

examined *within* a study, and the purpose of the inter-study comparison is to examine the consistency of the effects across different types of studies.

The strength of the associations between personal exposures and ambient concentrations could also be affected by the quality of the data collected during the exposure studies. There are at least six aspects associated with the quality of the data: method precision, method accuracy (compared with FRM), percent of data above method detection limits (based on field blanks), completeness of the data collection, sample size, and soundness of the quality assurance/quality control procedures. Unfortunately, not all studies reported the six aspects of the data quality issue. The fraction of data below the detection limit might be a concern for some studies (Sarnat et al., 2000; 2001; 2005). Correlation coefficients would be biased low if data used in their calculation are below detection limits. Sampling interferences associated with both ambient (see Section 2.3) and personal sampling (see Section 2.6.2) could also affect data quality. Therefore, caution must be exercised when interpreting the results in Table 2-14 and Table 2-15. Sarnat et al. (2001; 2005; 2006a) examined the associations between ambient $SO_2$ concentrations and ambient or personal co-pollutant concentrations. Sarnat et al. (2001) reported that during the winter of 1999, ambient $SO_2$ was significantly associated ($p < 0.05$) with personal exposure to fine particulate matter ($PM_{2.5}$) (slope $= -0.24$), personal exposure to $SO_4^{2-}$ (slope $= -0.03$), and personal exposure to $PM_{2.5}$ of ambient origin (slope $= -0.16$). However, it should be noted that all the slopes are negative perhaps as the result of measurement error. Sarnat et al. (2005) reported that significant associations between ambient $SO_2$ and either personal exposures or ambient concentrations of other pollutants were found for personal $SO_4^{2-}$ (winter, slope $= 0.06$); (summer, slope $= 0.39$); personal $PM_{2.5}$ (summer, slope $= 1.68$), ambient $SO_4^{2-}$ (winter, slope $= 0.19$); and ambient $PM_{2.5}$ (winter, slope $= 0.80$). In Sarnat et al. (2006a), ambient $SO_2$ was observed to be significantly associated with ambient $PM_{2.5}$, ambient $SO_4^{2-}$, and ambient elemental carbon (EC) during the fall ($R^2 = 0.22$, 0.33, and 0.34 respectively). It was significantly associated with personal $PM_{2.5}$ during the summer, and personal $SO_4^{2-}$ and personal EC during the fall ($R^2 = 0.07$, 0.06, and 0.05 respectively).

Of significant concern is the ability of currently available techniques for monitoring either personal exposures or ambient concentrations to measure $SO_2$ concentrations that are typically found in most urban environments. In some studies, most data might be beneath detection limits. This is especially true for personal exposure and indoor data. Indeed, in one study (Chang et al., 2000), the investigators had to discard data for $SO_2$ because the values were mostly beneath detection limits. In the study of Kindzierski and Ranganathan (2006), all indoor concentration data were beneath detection limits. In Sarnat et al. (2000), ~70% of personal measurements were beneath detection limits, and ~33% of personal measurements returned apparent negative concentration values. In such situations, associations between ambient concentrations and personal exposure are inadequately characterized. When personal exposure concentrations are above detection limits, a reasonably strong association is observed between personal exposures and ambient concentrations.

## 2.6.4. Exposure Errors in Epidemiologic Studies

This assessment considered the errors that result from using the ambient concentration of an air pollutant as an exposure indicator rather than using the actual personal exposure to that air pollutant in the epidemiologic statistical analysis. Such errors change both the health effects estimate, expressed as the relative risk factor, β, and the standard error of β. There are many assumptions made in going from the available measurement of a pollution indicator to an estimate of the personal exposure. The importance of these assumptions and their effect on β depend on the type of epidemiologic study.

The considerations of exposure error for $SO_2$ are simplified compared to those for $NO_2$ and PM. The only experimental measure available is the ambient concentration of $SO_2$. In addition, indoor and other non-ambient sources of $SO_2$ are not thought to be important in population studies, lessening concerns about the possible influence of exposures other than to ambient $SO_2$. However, because $SO_2$ is

rapidly removed by interaction with surfaces (more slowly than $O_3$ but more rapidly than $NO_2$ or PM), the ratio of indoor concentrations to outdoor concentrations will be lower, and perhaps more variable than in the case of $NO_2$, PM and CO (which is relatively un-reactive with surfaces).

## 2.6.4.1. Community Time-Series Studies

This section applies primarily to studies on the association of daily avg $SO_2$ concentrations with daily measures of mortality or morbidity in a community. The following three exposure issues are of primary concern with respect to $SO_2$ time-series epidemiologic analysis: (1) the relationship of the measured concentration of $SO_2$ to the true concentration; (2) the relationship of day-to-day variations in the concentrations of $SO_2$, as measured at a central monitoring site, with the corresponding variations in the avg concentration of $SO_2$ over the geographic area from which the health measurements are drawn; and (3) the relationship of the community avg concentration of $SO_2$ to the avg personal exposure to ambient $SO_2$. These three issues are described below.

### Relationship of Measured $SO_2$ to the True Concentration

Since there is always a random component to instrumental measurement error, the correlation of the measured $SO_2$ with the true $SO_2$, on either a 24-h or 1-h basis, will be less than 1. Sheppard et al. (2005) indicate that instrument error in the individual or daily avg concentrations have "the effect of attenuating the estimate of α." Zeger et al. (2000) suggest that instrument error has both Berkson and non-Berkson error components. However, the authors state that the "instrument error in the ambient levels is close to the Berkson type." In order for this error to cause substantial bias in β, the error term (the difference between the true concentrations and the measured concentrations) must be strongly correlated with the measured concentrations. Zeger et al. (2000) suggest that, "further investigations of this correlation in cities with many monitors are warranted." Averaging across multiple unbiased ambient monitors in a region should reduce the instrument measurement error (Sheppard et al., 2005; Wilson and Brauer, 2006; Zeger et al., 2000). There are concerns about the precision and accuracy of the ambient concentration measurements because $SO_2$ concentrations are much lower now than when the $SO_2$ standards were first promulgated. Typical ambient concentrations of $SO_2$ in the contiguous U.S. are nearly all at or beneath the detection limit of the monitors currently used in the regulatory network. Thus, greater relative error is most often observed at the lower ambient concentrations compared to the less frequent higher concentration exposures, as might occur because of plume downwash near local point sources or entrainment of plumes downwind from large power plants or smelters. It is unclear how uncertainties in the true concentrations of $SO_2$, i.e., instrument measurement error, will change β.

### Relationship of Day-to-day Variations in the Ambient Concentration of $SO_2$ to Variations in the Community Average

There has been little analysis of the spatial variation of $SO_2$ across communities. $SO_2$ emissions arise mainly from coal fired power plants (see Annex Table B-4). Newer power plants and smelters in the U.S. are no longer located within urban centers. However, some older power plants and industrial facilities are located in many urban areas, especially in the Midwest and Northeast. Downwash from the plumes emitted from these facilities can contribute to elevated levels of $SO_2$ at the surface in these cities. However, it is anticipated that $SO_2$ will behave largely as a regional pollutant in most areas.

Site-to-site correlations of $SO_2$ concentrations, as shown for several cities in Table 2-9 vary from very low to very high values. This suggests that the concentration of $SO_2$, measured at any given monitoring site, may not be highly correlated with the avg community concentration in some areas. There are a number of possible reasons for these findings: local sources that cause the $SO_2$ to be unevenly distributed spatially; a monitoring site being chosen to represent a nearby source; terrain features that

divide the community into several sub-communities that differ in the spatial and temporal pattern of pollution; and errors in the measurement of the low concentrations of $SO_2$ present at most sites. To the extent that the correlation of the ambient concentration with the community avg concentration is < 1, β will be reduced. Similarly, β will be reduced if there are subareas of the community where the correlation between the local avg concentrations and the concentrations measured at the ambient monitoring site is < 1. If concentrations in an area of a community impacted by plumes from local $SO_2$ sources might be higher than, and not well-correlated with, the concentrations at the ambient monitor, and if such high concentrations affect a sizable portion of the population exposed to emissions from a local source, that community might not be suitable for time-series epidemiologic analyses. On the other hand, if the plume impacts the ambient monitor, the high concentration of $SO_2$ not accompanied by a corresponding high effect in the entire community will bias β toward the null.

An additional complication will arise if location near a source is correlated with sensitivity. For example, if poverty causes sensitivity due to poor nutrition, and land prices decline the closer one gets to a major source, then exposure and sensitivity will be correlated. If the day to day variations in the concentrations due to the source are correlated with the day to day variations in the ambient concentrations used in the epidemiologic analysis, β will be increased above the β that would be found if the exposure and sensitivity were not correlated. However, it is more likely that the variations in the concentrations related to the source are not correlated with the ambient concentrations. In this case the health effects from the source $SO_2$ would not contribute to β and β would be decreased compared to a uniform distribution of sensitivity.

## Relationship of Community Average Concentration of $SO_2$ to Average Personal Exposure to Ambient $SO_2$

People spend much of their time indoors, and in the absence of indoor sources, indoor concentrations are lower than outdoor concentrations. This is very likely the case with $SO_2$, since the only known significant indoor source of $SO_2$ in the U.S. is the use of kerosene heaters, which is not thought to be widespread enough to influence population studies. Differences in infiltration factors among homes can also result in differences among individuals' personal exposures. It is necessary to consider how this difference between the ambient concentration, which is used in epidemiologic analyses, and the personal ambient exposure (which includes exposure to the full outdoor concentration while outdoors and exposure of only a fraction of the outdoor concentrations while indoors) will affect the calculated β. Personal exposure to ambient $SO_2$ is given by $Ea = \alpha \cdot C_a$ where $E_a$ is exposure to ambient $SO_2$, α is the ambient exposure factor with values between 0 and 1, and $Ca$ is the ambient $SO_2$ concentration as measured at a community monitoring site. Zeger et al. (2000) noted that for community time-series epidemiology, which analyzes the association between health effects and potential causal factors at the community scale rather than the individual scale, it is the correlation of the daily avg ambient concentrations with the daily *community average* personal exposures that is important, not the correlation between the daily avg ambient concentrations and *the individual* personal exposures. Thus, as mentioned in Section 2.6.3, the low correlation between daily avg ambient concentrations and individual personal exposures, as frequently found in pooled panel exposure studies, is not relevant to community time-series epidemiologic analysis. Unfortunately, no studies provide adequate information about the community avg personal exposure to $SO_2$.

There has also been concern with the variation of α. Zeger et al. (2000) suggested (for PM) that variations in the individual daily values of α would be a Berkson error and would not change the point estimate of β, although such variations would increase the standard error of β. Sheppard et al. (2005) used simulations to confirm this for nonreactive pollutants. However, such variations increase the standard error. Day-to-day variations in the population avg fraction of ambient exposure will not change the point estimate of β unless the population avg fraction of ambient exposure is correlated with seasonal trends in ambient concentration, according to Sheppard et al. (2005).

In the case of a correlation of location near a source with sensitivity, the health effects of the higher concentrations will be attributed to the avg concentration and $\beta$ will be increased. A similar but lesser effect on $\beta$ will occur anytime there are high concentrations resulting from localized sources that are not included in the long-term avg concentration and that vary from city to city.

Both Zeger et al. (2000) and Sheppard et al. (2005) show that if $\beta^A$ is the health effect parameter that would be obtained with a time-series analysis using the ambient exposure and $\beta^C$ is the health effect parameter that would be obtained with a time-series analysis using the ambient concentration, then $\beta^C = \alpha \cdot \beta^A$. Thus, time-series studies yield different parameters depending on whether they use concentration or exposure. However, the two parameters are related by $\alpha$.

## 2.6.4.2. Short-Term Panel Studies

Panel epidemiology refers to studies that follow a relatively small number of subjects for a relatively short time. Panel studies typically examine the association between symptoms or health outcomes of individuals and either ambient concentrations or personal exposures. Personal exposures to $SO_2$ usually are not measured. Rather, ambient concentrations are more often used in panel studies. Similar types of exposure error as discussed for community time series apply to panel studies.

The ambient exposure factor ($\alpha$) may differ for each person and each day leading to error in the exposure estimate. If a panel is composed of subjects who live in similar housing and have similar activity pattern, and the study is limited to a single season, the variation in $\alpha$ over time and individual subjects may be small. However, if the panels are composed of more diverse subjects or extend for more than one season, values of $\alpha$ may be quite variable. Such variability will affect the estimate of exposure for each subject.

## 2.6.4.3. Long-Term Cohort Studies

For long-term exposure epidemiologic studies, concentrations are integrated over time periods of a year or more and usually for spatial areas the size of a city, county, or metropolitan statistical area (MSA), although integration over smaller areas may be feasible. These studies focus on spatial variations in concentrations. Health effects are then regressed in a statistical model against the avg concentrations in the series of cities (or other areas). In time-series studies, a constant difference between the measured and the true concentration (instrument offset) will not affect $\beta$, nor will variations in the daily average $\alpha$ or the daily avg nonambient exposure, unless the variations are correlated with the daily variations in concentrations. However, in long-term exposure epidemiologic studies, if instrument measurement errors, long-term avg values of $\alpha$, or long-term averages of nonambient exposure differ for different cities (or other areas used in the analysis), the city-to-city long-term ambient $SO_2$ concentrations will not be perfectly correlated with the long-term avg exposure to either ambient or total $SO_2$. This lack of correlation would be expected to bias the point estimate of $\beta$.

## 2.6.4.4. Summary of Evaluation of Exposure Error in Epidemiologic Studies

Exposure error caused by using ambient concentrations of $SO_2$ as a surrogate for exposure to ambient $SO_2$ affect $\beta$ in different ways, depending upon the type of epidemiologic study. In community time-series and short-term panel epidemiologic studies, the nonambient source component of personal exposure and the variation in the ambient exposure factor caused by building ventilation practices and personal behaviors generally will not change the estimate of $\beta$. But, the spatial variation of $SO_2$ or the representativeness of the ambient monitor might bias the estimate of $\beta$ toward null. Therefore, $\beta$ observed in $SO_2$ community time-series or panel epidemiologic studies would be stronger and less uncertain if exposure errors had been adjusted and/or controlled. In long-term cohort epidemiologic studies,

instrument measurement errors, factors that influence exposure to ambient $SO_2$, or long-term averages of nonambient exposure may differ for different cities, which may bias the estimate of β, but the extent and direction of this bias is unclear.

# 2.7. Dosimetry of Inhaled Sulfur Oxides

This section is intended to present an overview of general concepts related to the dosimetry of $SO_2$ in the respiratory tract. Dosimetry of $SO_2$ refers to the measurement or estimation of the amount of $SO_2$ or its reaction products reaching and persisting at specific respiratory tract and systemic sites after exposure. One of the principal effects of inhaled $SO_2$ is that it stimulates bronchial epithelial irritant receptors and initiates a reflexive contraction of smooth muscles in the bronchial airways. The compound most directly responsible for health effects may be the inhaled $SO_2$, and/or its chemical reaction products. Complete identification of the causative agents and their integration into $SO_2$ dosimetry is a complex issue that has not been thoroughly evaluated. Few studies have investigated $SO_2$ dosimetry in the interval since the 1982 AQCD and the 1986 Second Addendum.

## 2.7.1. Respiratory Gas Deposition

The major factors affecting the transport and fate of gases and aerosols in the respiratory tract are: the morphology of the respiratory tract; the physiochemical properties of the mucus and surfactant layers; respiratory functional parameters such as tidal volume, flow rate, and route of breathing; physicochemical properties of the gas; and the physical processes that govern gas transport. Physicochemical properties of $SO_2$ relevant to respiratory tract uptake include its solubility and diffusivity in epithelial lining fluid (ELF), as well as its reaction-rate with ELF constituents. Henry's law relates the gas phase and liquid phase interfacial concentrations at equilibrium, and is a function of temperature and pressure. Henry's law shows that the amount of $SO_2$ in the aqueous phase is directly proportional to the partial pressure or concentration of $SO_2$ in the gas phase. Although the solubility of most gases in mucus and surfactant is not known, the Henry's law constant is known for many gases in water. Inversely proportional to solubility, the Henry's law constant for $SO_2$ is 0.048 (mole/liter) air / (mole/liter) water at 37° C and 1 atm. For comparison, the value for $O_3$ is 6.4 under the same conditions (Kimbell and Miller, 1999). In general, the more soluble a gas is in biological fluids, the more rapid and proximal its absorption will be in the respiratory tract. When the partial pressure of $SO_2$ on mucosal surfaces exceeds that of the gas phase, such as during expiration, some desorption of $SO_2$ from the ELF may be expected.

Because $SO_2$ is highly soluble in water, it is expected to be almost completely absorbed in the nasal passages of both humans and laboratory animals under resting conditions. The dosimetry of $SO_2$ can be contrasted with the lower solubility gas, $O_3$, for which the predicted tissue doses ($O_3$ flux to liquid-tissue interface) are very low in the trachea and increase to a maximum in the terminal bronchioles or first airway generation in the pulmonary region (see Chapter 4, U.S. EPA, 2006b). Similar to $O_3$, the nasal passages remove $SO_2$ more efficiently than the oral pathway (Brain, 1970; Melville, 1970; Nodelman and Ultman, 1999). With exercise, the pattern of $SO_2$ absorption shifts from the upper airways to the tracheobronchial airways in conjunction with a shift from nasal to oronasal breathing and increased ventilatory rates. As a result of its effect on delivery and uptake, mode of breathing is also recognized as an important determinant of the severity of $SO_2$-induced bronchoconstriction. The greatest responses occur during oral breathing followed by oronasal breathing, and the smallest responses were observed during nasal breathing.

Andersen et al. (1974) measured the nasal absorption of $SO_2$ (25 ppm) in 7 volunteers during inspiration at an avg inspired flow of 23 L/min (i.e., eucapnic hyperpnea [presumably] to simulate light

exertion). These investigators reported that the oropharyngeal $SO_2$ concentration was below their limit of detection (0.25 ppm), implying that at least 99% of $SO_2$ was absorbed in the nose of subjects during inspiration. Speizer and Frank (1966) also measured the absorption of $SO_2$ (16.1 ppm) in 7 healthy subjects at an avg ventilation of 8.5 L/min (i.e., at rest). They reported that 14% of the inhaled $SO_2$ was absorbed within the first 2 cm into the nose. The concentration of $SO_2$ reaching the pharynx was below the limit of detection, suggesting that at least 99% was absorbed during inspiration. Melville (1970) measured the absorption of $SO_2$ (1.5 to 3.4 ppm) during nasal and oral breathing in 12 healthy volunteers. Total respiratory tract absorption of $SO_2$ was significantly greater (p < 0.01) during nasal than oral breathing (85 versus 70%, respectively) and was independent of the inspired concentration. Melville (1970) did not report respired flow rates, so the effect of flow on the $SO_2$ absorption could not be discerned. However, it may be noted that the total respiratory absorption during nasal breathing reported by Melville (1970) was clearly less than the nasal absorption reported by both Andersen et al. (1974) and Speizer and Frank (1966). The disparity in nasal absorption between these studies is, in part, due to desorption of $SO_2$ during expiration as discussed in Section 2.7.3.

Frank et al. (1969) and Brain (1970) investigated the oral and nasal absorption of $SO_2$ in the surgically isolated upper respiratory tract of anesthetized dogs. Radiolabeled $SO_2$ ($^{35}SO_2$) at the concentrations of 1, 10, and 50 ppm was passed separately through the nose and mouth at the steady unidirectional flows of 3.5 and 35 L/min for 5 min. The nasal absorption of $SO_2$ (1 ppm) was 99.9% at 3.5 L/min and 96.8% at 35 L/min. The oral absorption of $SO_2$ (1 ppm) was 99.56% at 3.5 L/min, but only 34% at 35 L/min. The nasal absorption of $SO_2$ at 3.5 L/min increased with concentration at 1, 10, and 50 ppm and was reported to be 99.9, 99.99, and 99.999%, respectively. This increase in absorption with concentration was hypothesized to be due to increased mucus secretion and increased nasal resistance at the higher $SO_2$ concentrations. The increased mucus was thought to provide a larger reservoir for $SO_2$ uptake. The increased nasal resistance may increase turbulence in the airflow and, thereby, decrease the boundary layer between the gas and liquid phases. Dissimilar to the nose, $SO_2$ absorption in the mouth decreased from 99.56 to 96.3% when the concentration was increased from 1 to 10 ppm at 3.5 L/min. Frank et al. (1969) noted that the aperture of the mouth may vary considerably, and that this variation may affect $SO_2$ uptake in the mouth. Although $SO_2$ absorption was dependent on inhaled concentration, the rate and route of flow had a greater effect on the magnitude of $SO_2$ absorption in the upper airways.

Strandberg (1964) studied the uptake of $SO_2$ in the respiratory tract of rabbits. A tracheal cannula with two outlets was utilized to allow sampling of inspired and expired air, and $SO_2$ absorption was observed to depend on inhaled concentration. The absorption during maximal inspiration was 95% at high concentrations (100 to 700 ppm), reflecting an increased $SO_2$ removal in the extrathoracic (ET) region, whereas it was only 40% at low concentrations (0.05 to 0.1 ppm). On expiration, the total $SO_2$ absorbed (i.e., inspiratory removal in the ET region plus removal in the lower airways) was 98% at high concentrations and only 80% at the lower concentrations.

Amdur (1966) examined changes in airway resistance in guinea pigs due to $SO_2$ exposure. Guinea pigs were exposed for 1-h to 0.1 to 800 ppm $SO_2$ during natural unencumbered breathing or to 0.4 to 100 ppm while breathing through a tracheal cannula. At concentrations of 0.4- to 0.5 ppm $SO_2$, route of administration did not affect the airway resistance response, whereas at concentrations of > 2 ppm, the responses were greater in animals exposed by tracheal cannula. Based on the concentration-dependent absorption of $SO_2$ in the ET region observed by Strandberg (1964), Amdur (1966) concluded that the airway resistance responses at low-exposure concentrations were independent of method of administration, because the lung received nearly the same concentration with or without the cannula as evidenced by minimal ET absorption.

More recently, Ben-Jebria et al. (1990) investigated the absorption of $SO_2$ in excised porcine tracheae. Absorption was monitored over a 30-min period following the introduction of $SO_2$ (0.1 to 0.6 ppm, inlet concentration) at a constant flow (2.7 to 11 L/min). The data were analyzed using diffusion-reaction theory. An overall mass transfer coefficient ($K SO_2$) was determined and separated into its contributions due to gas (convection and diffusion) and tissue phase (diffusivity, solubility, and reaction rates) resistances. $SO_2$ in the liquid phase was assumed to form $HSO_3^-$ rapidly, in proportion with the gas

phase $SO_2$ concentration. $HSO_3^-$ then diffused down the concentration gradient into the tissues where it reacted irreversibly with biochemical substrates. Initially, $KSO_2$ was limited only by gas phase resistance, but it decreased exponentially over the first 5 to 10 min of $SO_2$ exposure to a smaller steady-state value that was due to tissue resistance to $SO_2$ absorption. The initial and steady-state $KSO_2$ values were found to be independent of inlet $SO_2$ concentration, i.e., for a given flow, the fractional absorption of $SO_2$ did not depend on $SO_2$ concentration. An increased $K_{SO2}$ (initial and steady-state) was observed with an increasing flow that was thought to be due to a decrease in the boundary layer near the walls of the trachea for radial $SO_2$ transport. This is in agreement with Aharonson et al. (1974), who also reported that the transfer rate coefficient for $SO_2$ increases with increasing flow. However, the initial molar flux of $SO_2$ across the gas-tissue interface appears to increase purely as a function of the increase in mass transport occurring with increasing flow (see Figure 5 in Ben-Jebria et al., 1990). Given that the steady-state $KSO_2$ remained stable during the 10 to 30 min of exposure and that no $SO_2$ leakage through the tissue was identified, the authors concluded that there was an irreversible sink for $SO_2$ within the tissue.

Mathematical modeling specific to the regional respiratory uptake of $SO_2$ is unavailable for humans and laboratory animals. More generally, the influence of age on gas dosimetry in humans during light activity (on average) was examined by Ginsberg et al. (2005) using the U.S. EPA reference concentration methodology (U.S. EPA, 1994a). For a highly soluble gas, such as $SO_2$, they predicted that the majority of gas uptake would occur in the ET region and that the fractional uptake in these airways would be modestly greater in a 3-month-old infant than an adult. The rate of gas uptake per surface, however, in the ET region and large bronchial airways was not markedly different between infants and adults. The smaller bronchial airways of adults were predicted to receive a greater dose (i.e., uptake per unit time and surface area) relative to infants, although the majority of the inhaled $SO_2$ would be removed proximal to these airways.

In summary, inhaled $SO_2$ is readily absorbed in the upper airways of both humans and laboratory animals. During nasal breathing, the majority of available data suggests 95% or greater $SO_2$ absorption occurs in the nasal passages, even under ventilation levels comparable to exercise. Somewhat less $SO_2$ is absorbed in the oral passage than in the nasal passages. The difference in $SO_2$ absorption between the mouth and the nose is highly dependent on respired flow rates. With an increase in flow from 3.5 to 35 L/min, nasal absorption is relatively unaffected, whereas oral absorption is reduced from 100 to 34%. Thus, the rate and route of breathing have a great effect on the magnitude of $SO_2$ absorption in the upper airways and so the penetration of $SO_2$ to the lower airways. Overall, the available data clearly show that the pattern of $SO_2$ absorption that shifts from the upper airways to the tracheobronchial airways in conjunction with a shift from nasal to oronasal breathing and associated increased ventilatory rates in exercising humans. Mode of breathing is also recognized as an important determinant of the severity of $SO_2$ induced bronchoconstriction, with the greatest responses occurring during oral breathing followed by oronasal breathing and the smallest responses observed during nasal breathing.

## 2.7.2. Particles and Sulfur Oxide Mixtures

As already discussed, inhaled $SO_2$ is readily absorbed in the upper airways, particularly during nasal breathing. It has been suggested that $SO_X$ may become absorbed to particles and subsequently transported to more distal lung regions. Depending on atmospheric conditions, $SO_2$ can be transformed to secondary sulfate particles and acid aerosols ($H_2SO_4$) and can adsorb onto particulate matter (see Section 2.2). Jakab et al. (1996) observed that the conversion of $SO_2$ to $SO_4^{2-}$ on the surface of carbon black aerosols was dependent on high relative humidity ($\geq 85\%$) and $SO_2$ concentration. These investigators suggested that fine carbon black particles can be an effective vector for delivery of $SO_4^{2-}$ to the peripheral lung. This is not believed to be a mechanism for bringing sulfite into the deep lung. Other studies investigating the effects of $SO_2$ coated aerosols are briefly discussed in Section 3.1.4.7.

Sulfate aerosols are hygroscopic and grow in the respiratory tract. The implications of hygroscopic growth on deposition have been reviewed extensively by Morrow (1986) and Hiller (1991). In general, compared to nonhygroscopic particles of the same initial size, the deposition of hygroscopic aerosols in different regions of the lung may be higher or lower, depending on the initial size. For particles with initial sizes larger than 0.5 μm (aerodynamic diameter), the influence of hygroscopicity would be to increase total deposition with a shift in regional deposition from the distal to larger proximal airways; for smaller particles deposition would tend to decrease. A thorough review of respiratory deposition and clearance of particulate matter is available elsewhere (U.S. EPA, 1996, 2004). The intent herein was to briefly mention some issues specific to $SO_x$.

## 2.7.3. Distribution and Elimination of $SO_X$

When $SO_2$ contacts the fluids lining the airway, it dissolves into the aqueous fluid and forms hydrogen ($H^+$) ions and bisulfite ($HSO_3^-$) and sulfite ($SO_3^{2-}$) anions (ATS, "Health effects of outdoor air pollution. Committee of the Environmental and Occupational Health Assembly of the American Thoracic Society," 1996). The majority of anions are expected to be present as $HSO_3^-$ at a concentration proportional to the gas phase concentration of $SO_2$ (Ben-Jebria et al., 1990). Because of the chemical reactivity of these anions, various reactions are possible, leading to the oxidation of $SO_3^{2-}$ to $SO_4^{2-}$ (see Section 12.2.1, U.S. EPA, 1982). Clearance of $SO_3^{2-}$ from the respiratory tract may involve several intermediate chemical reactions and transformations. Gunnison and Benton (1971) identified *S*-sulfonate in blood as a reaction product of inhaled $SO_2$. Following inhalation of $SO_2$, the clearance half-time of 4.1 days for *S*-sulfonate in rabbits has been reported (Gunnison and Palmes, 1973).

Some $SO_2$ is also removed by desorption of from the respiratory tract. Desorption is expected when the partial pressure of $SO_2$ in airway lining fluids exceeds that of the air. Speizer and Frank (1966) found that on expiration, 12% of the $SO_2$ absorbed during inspiration was desorbed into the expired air. During the first 15 min after the 25- to 30-min $SO_2$ exposure, another 3% was desorbed. In total, 15% of the amount of $SO_2$ originally inspired and absorbed was desorbed from the nasal mucosa. Frank et al. (1969) reported that up to 18% of the $SO_2$ was desorbed within ~10 min after exposure.

# Chapter 3. Integrated Health Effects

This integrated discussion is structured to provide a coherent framework for the assessment of health risks associated with human exposure to ambient $SO_2$ in the U.S.. The main goals of this chapter are: (1) to integrate newly available epidemiologic, human clinical, and animal toxicological evidence with consideration of key findings and conclusions from the 1982 AQCD for Sulfur Oxides and First Addendum (U.S. EPA, 1982), 1986 Second Addendum (U.S. EPA, 1986b), and 1994 Supplement to the Second Addendum, (U.S. EPA, 1994c); and (2) to draw conclusions about the causal role of $SO_2$ in relation to a variety of health effects. These causal determinations utilize the framework outlined in Chapter 1.

This chapter is organized to present morbidity and mortality associated with short-term exposures to $SO_2$, followed by morbidity and mortality associated with long-term exposures. Human clinical studies examining the effect of peak exposures (less than 1-h, generally 5-10 min) of $SO_2$ on respiratory symptoms and lung function are discussed first. Later sections describe the findings of epidemiologic studies that examine the association between short-term (generally 24-h avg) and long-term (generally months to years) ambient $SO_2$ exposure and health outcomes, such as respiratory symptoms in children and asthmatics, emergency department (ED) visits and hospital admissions for respiratory and cardiovascular diseases, and premature mortality. The human clinical and epidemiologic evidence are presented with relevant animal toxicological data, when available.

The evaluation of epidemiologic evidence involves consideration of sources of uncertainty, as discussed in Chapter 1, including exposure error, potential confounders or effect modifiers, statistical modeling issues, publication bias, and multiple testing. Efforts have been made to assess the impact of these uncertainties in the evaluation of the epidemiologic literature. For example, in studies examining multiple single-day lag models, the pattern of association across the various lags was evaluated. Additional focus was placed on results from distributed and moving avg lags as they are able to examine multiday effects. Both single- and multiple-pollutant models were considered and examined for robustness of results. Additional analyses of multiple model specifications for adjustment of temporal or meteorological trends were regarded as sensitivity analyses. Further, the evaluation of the epidemiologic evidence also considered study population and sample size, with particular emphasis placed on multicity studies that by their very nature can reduce uncertainty related to publication bias. Other factors considered were study location (North America versus other regions), meaningfulness and validity of the health endpoint measurements, and appropriateness of the statistical analyses methods used. These considerations led to emphasis of certain studies in the chapter text, tables, and figures.

Animal toxicological studies may provide further evidence for the potential mechanism of an observed effect; however, most of these studies have been conducted at concentrations vastly exceeding current ambient conditions. In discussing the mechanisms of $SO_X$ toxicity, studies conducted under atmospherically relevant conditions are emphasized whenever possible; studies at higher levels are also considered, due to species-to-species differences and potential differences in sensitivity between study subjects and especially susceptible human populations.

This chapter focuses on important recent scientific studies, with emphasis on those conducted at or near current ambient concentrations. Given their respective strengths and limitations, evidence from human clinical, epidemiologic, and animal toxicological studies was considered in order to evaluate the causality of $SO_X$–health effects associations. The annexes supplement the information included here by presenting more details of the literature.

# 3.1. Respiratory Morbidity Associated with Short-Term Exposure

## 3.1.1. Summary of Findings from the Previous Review

The majority of the $SO_2$ human clinical studies discussed in the 1982 AQCD for $SO_X$ evaluated respiratory effects of $SO_2$ exposure in healthy adults, with some limited data from clinical studies of adults with asthma. $SO_2$-related respiratory effects such as increased airway resistance and decreased forced expiratory volume in 1 s ($FEV_1$) were observed in healthy individuals at concentrations > 1.0-5.0 ppm, and in asthmatics at concentrations < 1.0 ppm. The 1986 Second Addendum (U.S. EPA, 1986b) and 1994 Supplement to the Second Addendum (U.S. EPA, 1994c) reviewed several additional controlled studies involving both healthy and asthmatic individuals. In general, these studies found no pulmonary effects of $SO_2$ exposure in healthy subjects exposed to concentrations ≤ 1.0 ppm (Bedi et al., 1984; Folinsbee et al., 1985; Kulle et al., 1984; Stacy et al., 1983). However, in exposures of asthmatic adults, respiratory effects were observed following short-term exposures (5-10 min) to levels < 1.0 ppm (Balmes et al., 1987; Horstman et al., 1986; Linn et al., 1987).

Only a few epidemiologic studies reviewed in the 1982 AQCD were useful in determining the concentration-response relationship of respiratory health effects from short-term exposure to $SO_2$. The most notable study was by Lawther et al. (1970), which examined the association between air pollution and worsening health status in bronchitic patients residing in London, England. It was concluded in the 1982 AQCD that worsening of health status among chronic bronchitic patients was associated with daily black smoke (BS) levels of 250-500 $\mu g/m^3$ in the presence of $SO_2$ levels in the range of 191-229 ppb. In the 1986 Second Addendum, additional studies investigated morbidity associated with short-term exposure to $SO_2$. The most relevant study was by Dockery et al. (1982), which examined pulmonary function in school children in Steubenville, OH, as part of the Harvard Six Cities Study. This study found that small but statistically significant reversible decrements in forced vital capacity (FVC) and forced expiratory volume in 0.75 s ($FEV_{0.75}$) were associated with increases in 24-h avg concentrations of total suspended particles (TSP) at levels ranging up to 220-420 $\mu g/m^3$ and $SO_2$ at levels ranging up to 107-176 ppb. However, it was impossible to separate the relative contributions of TSP and $SO_2$, and no threshold level for the observed effects could be discerned from the wide range of exposure levels.

Epidemiologic evidence for an association between $SO_2$ and respiratory morbidity, as indicated by increased use of ED facilities or increased hospital admissions for respiratory diseases, was also reported in the 1982 AQCD. Overall, these results suggested increased upper respiratory tract morbidity during episodic marked elevations of PM or $SO_2$ (400-500 ppb), especially among older adults. The 1982 AQCD further concluded that the studies reviewed provided essentially no evidence for an association between asthma attacks and acute exposures at typical ambient PM or $SO_2$ levels in the U.S. (the mean annual avg $SO_2$ concentrations from 1972 to 1977 was approximately 6 ppb, with 90th percentile values ranging from 15 to 20 ppb).

The 1982 AQCD reported numerous effects on the respiratory system in animals exposed to $SO_2$. Effects were generally observed at levels exceeding those found in the ambient environment, and included morphological changes, altered pulmonary function, lipid peroxidation, and changes in host lung defenses. The immediate effect of acute $SO_2$ exposure in animals was increased pulmonary resistance to airflow, a measure of bronchoconstriction. Bronchoconstriction was reported to be the most sensitive indicator of lung function effects.

Collectively, the human clinical, epidemiologic, and animal toxicological, studies provided biological plausibility and coherent evidence of an adverse effect of ambient $SO_2$ on respiratory health. Since the 1982 AQCD, 1986 Second Addendum, and 1994 Supplement to the Second Addendum, additional studies have been conducted to determine the relationship between short-term exposures to

ambient $SO_2$ and adverse respiratory health effects, including respiratory symptoms, lung function, airway inflammation, airway hyperresponsiveness (AHR), lung host defenses, and ED visits and hospitalizations for respiratory causes. The epidemiologic, human clinical, and animal toxicological evidence on the effects of $SO_2$ on these various endpoints are discussed below. The findings of the previous review are integrated below with the current literature.

## 3.1.2. Potential Mode of Action for Respiratory Health Effects

The 1982 AQCD (U.S. EPA, 1982) gave background information on the biochemistry of $SO_2$, chemical reactions of bisulfite ($HSO_3^-$), metabolism of $SO_2$, and the activating or inhibiting effects of bisulfite on various enzymes. $SO_2$ readily dissolves in water, rapidly becoming hydrated to form sulfurous acid, which at physiological pH substantially dissociates to form bisulfite and sulfite ($SO_3^{2-}$) ions. In vitro studies have shown that $SO_2$ and/or bisulfite readily react with nucleic acids, proteins, lipids, and other classes of biomolecules. Bisulfite participates in three important types of reactions with biomolecules: sulfonation (sulfitolysis), autooxidation with generation of free radicals, and addition to cytosine. Products of sulfonation reactions have been shown to be long-lived in vivo and may be highly reactive. Products of autooxidation may be responsible for the initiation of lipid peroxidation, which, among other effects, could damage plasma membranes. In addition, bisulfite can react with nucleic acids to convert cytosine to uracil, thus resulting in mutational events. A principal mechanism of detoxification of $SO_2$ (and sulfite/bisulfite) occurs through the enzymatic activity of sulfite oxidase, resulting in the production of sulfate. Sulfite oxidase is a molybdenum-containing enzyme, and the 1982 AQCD noted that depleting its activity in an animal model through a low-molybdenum diet supplemented with the competitive inhibitor tungsten resulted in a significant lowering of the $LD_{50}$ for intraperitoneally injected bisulfite. It was also noted that while in vitro exposure to $SO_2$ or sulfite/bisulfite had been shown to either activate or inhibit a variety of enzymes, no such effects had yet been demonstrated for in vivo exposure.

As discussed in the 1982 AQCD, the immediate effect of acute $SO_2$ exposure in animals is bronchoconstriction. Reactions of $SO_2$ with respiratory tract fluids can result in the production of bisulfite, sulfite, and a lowering of the pH, which may be involved in the bronchoconstrictive response. It is now widely appreciated that bronchoconstriction following $SO_2$ exposure is mediated by chemosensitive receptors in the tracheobronchial tree. Rapidly activating receptors (RARs) and sensory C-fiber receptors found at all levels of the respiratory tract are sensitive to irritant gases such as $SO_2$ (Coleridge and Coleridge, 1994; Widdicombe, 2006). Activation of these vagal afferents stimulates central nervous system reflexes resulting in bronchoconstriction, mucus secretion, mucosal vasodilation, cough, apnea followed by rapid shallow breathing, and effects on the cardiovascular system such as bradycardia and hypotension or hypertension (Coleridge and Coleridge, 1994; Widdicombe and Lee, 2001; Widdicombe 2003).

Early experiments demonstrated that $SO_2$-induced reflexes were mediated by cholinergic parasympathetic pathways involving the vagus nerve and inhibited by atropine (Grunstein et al., 1977; Nadel et al., 1965a; 1965b). Bronchoconstriction was found to involve smooth muscle contraction since $\beta$-adrenergic agonists such as isoproterenol reversed the effects (Nadel et al., 1965a; 1965b). Histamine was also thought to be involved in $SO_2$-induced bronchoconstriction (U.S. EPA, 1982).

More recent experiments in animal models conducted since 1982 have demonstrated that both cholinergic and noncholinergic mechanisms may be involved in $SO_2$-induced effects. In two studies utilizing bilateral vagotomy, vagal afferents were found to mediate the immediate ventilatory responses to $SO_2$ (Wang et al., 1996), but not the prolonged bronchoconstrictor response (Barthelemy et al., 1988). Other studies showed that atropine failed to block $SO_2$-induced bronchoconstriction, and that a local axon reflex resulting in C-fiber secretion of neuropeptides (i.e., neurogenic inflammation) was responsible for the effect (Atzori et al., 1992; Hajj et al., 1996). Neurogenic inflammation has been shown to play a key role in animal models of airway inflammatory disease (Groneberg et al., 2004).

In humans, the mechanisms responsible for $SO_2$-induced bronchoconstriction are not fully understood. In non-asthmatics, near complete attenuation of bronchoconstriction has been demonstrated using the anticholinergic agents atropine and ipratropium bromide (Snashall and Baldwin, 1982; Tan et al., 1982; Yildirim et al., 2005). However, in asthmatics, these same anticholinergic agents (Field et al., 1996; Myers et al., 1986), as well as short- and long-acting $\beta2$-adrenergic agonists (Gong et al., 1996; Linn et al., 1988), theophylline (Koenig et al., 1992), cromolyn sodium (Myers et al., 1986), nedocromil sodium (Bigby and Boushey, 1993) and leukotriene receptor antagonists (Gong et al., 2001; Lazarus et al., 1997) only partially blocked $SO_2$-induced bronchoconstriction (see Annex Table D-1, (U.S. EPA, 1994c). That none of these therapies have been shown to completely attenuate the effects of $SO_2$ implies the involvement of both parasympathetic pathways and inflammatory mediators in asthmatics. Strong evidence of this was borne out in a study by Myers et al. (1986), in which asthmatic adults were exposed to $SO_2$ following pretreatment with cromolyn sodium (a mast cell stabilizer), atropine (a muscarinic receptor antagonist), and the two medications together. While both treatments individually provided some protection against the bronchoconstrictive effects of $SO_2$, there was a much stronger and statistically significant effect following concurrent administration of the two medications.

It has been proposed that inflammation contributes to the enhanced sensitivity to $SO_2$ seen in asthmatics by altering autonomic responses (Tunnicliffe et al., 2001), enhancing mediator release (Tan et al., 1982) and/or sensitizing C-fibers and RARs (Lee and Widdicombe, 2001). Whether local axon reflexes also play a role in $SO_2$-induced bronchoconstriction in asthmatics is not known (Groneberg et al., 2004; Lee and Widdicombe, 2001; Widdicombe, 2003). However, differences in respiratory tract innervation between rodents and humans suggest that C-fiber mediated neurogenic inflammation may be unimportant in humans (Groneberg et al., 2004; Widdicombe and Lee, 2001; 2003).

## 3.1.3. Respiratory Effects Associated with Peak (5-10 min) Exposure

$SO_2$-induced respiratory effects among exercising asthmatics are well-documented, and have been consistently observed following peak exposures (defined here as 5-10 min exposures to relatively high concentrations, e.g., 0.2-1.0 ppm) (Balmes et al., 1987; Bethel et al., 1985; Horstman et al., 1986; 1988; Linn et al., 1984; 1987; 1988; 1990; Schachter et al., 1984; Sheppard et al., 1981). $SO_2$-induced decrements in lung function have been observed in asthmatics at concentrations as low as 0.1 ppm when $SO_2$ is administered via mouthpiece (Koenig et al., 1990; Sheppard et al., 1981). However, these exposures cannot be directly compared to exposures occurring among freely breathing subjects as a larger fraction of administered $SO_2$ reaches the tracheobronchial airways during oral breathing (see Section 2.7.1, Kirkpatrick et al., 1982; Linn et al., 1983a). Since the publication of the 1994 Supplement, several additional human clinical studies have been published that provide supportive evidence of $SO_2$-induced decrements in lung function and increases in respiratory symptoms among exercising asthmatics (see Annex Table D-2). Descriptions of older studies were presented in the 1994 Supplement, and are not described in great detail in this document. However, based in part on recent guidance from the American Thoracic Society (ATS) regarding what constitutes an adverse health effect of air pollution (ATS, 2000), key older studies described in the 1994 Supplement were reviewed and analyzed along with studies published since 1994. In their official statement, the ATS concluded that an air pollution-induced shift in a population distribution of a given health-related endpoint (e.g., lung function in asthmatic children) should be considered adverse, even if this shift does not result in the immediate occurrence of illness in any one individual in the population. The ATS also recommended that transient loss in lung function with accompanying respiratory symptoms attributable to air pollution should be considered adverse. However, it is important to note that symptom perception is highly variable among asthmatics even during severe episodes of asthmatic bronchoconstriction. An asymptomatic decrease in lung function may pose a significant health risk to asthmatic individuals as it is less likely that these individuals will seek treatment (Eckert et al., 2004; Fritz et al., 2007). Therefore, whereas the conclusions in the 1994 Supplement were

based on $SO_2$ exposure concentrations which resulted in large decrements in lung function along with moderate to severe respiratory symptoms, the current review of data from human clinical studies focused on moderate to large $SO_2$-induced decrements in lung function along with respiratory symptoms ranging from mild (perceptible wheeze or chest tightness) to severe (breathing distress requiring the use of a bronchodilator).

## 3.1.3.1. Respiratory Symptoms

The 1994 Supplement to the Second Addendum described in detail several studies that evaluated respiratory symptoms following controlled human exposures to $SO_2$. Briefly, following 5-min exposures to 0, 0.2, 0.4, and 0.6 ppm $SO_2$ during moderate to heavy levels of exercise ($\dot{V}_E = 48$ L/min), Linn et al. (1983b) reported that the severity of respiratory symptoms (i.e., cough, chest tightness, throat irritation) among asthmatics increased with increasing $SO_2$ concentration. Relative to clean air exposures, exposures to $SO_2$ resulted in statistically significant increases in respiratory symptoms at concentrations of 0.4 and 0.6 ppm. In a subsequent study, Linn et al. (1987) observed a significant effect of $SO_2$ on respiratory symptoms in asthmatics who were engaged in slightly lower levels of exercise ($\dot{V}_E = 40$ L/min) for a duration of 10 min. Clear increases in respiratory symptoms were observed at concentrations of 0.6 ppm, with 43% of asthmatic subjects experiencing $SO_2$-induced symptoms. Some evidence of $SO_2$-induced increases in respiratory symptoms was also demonstrated at concentrations as low as 0.4 ppm, with 15% of subjects experiencing symptoms (Smith, 1994). It was also observed that these symptoms abated < 1 h after exposure. Balmes et al. (1987) reported that 7 out of 8 asthmatic adults developed respiratory symptoms, including wheezing and chest tightness, following 3-min exposures to 0.5 ppm $SO_2$ via mouthpiece during eucapnic hyperpnea ($\dot{V}_E = 60$ L/min).

Additional human clinical studies published since the 1994 Supplement to the Second Addendum have provided support for previous conclusions regarding the effect of peak exposures to $SO_2$ on respiratory symptoms. In a human clinical study of $SO_2$-sensitive asthmatics, Gong et al. (1995) reported that respiratory symptoms (i.e., shortness of breath, wheeze, and chest tightness) increased with increasing $SO_2$ concentration (0, 0.5, and 1.0 ppm $SO_2$) following exposures of 10 min with varying levels of exercise. It was also observed that exposure to 0.5 ppm $SO_2$ during light exercise evoked a more severe symptomatic response than heavy exercise in clean air. Trenga et al. (1999) observed a significant correlation between decreases in $FEV_1$ and increases in respiratory symptoms following 10 min exposures via mouthpiece to 0.5 ppm $SO_2$.

## 3.1.3.2. Lung Function

In controlled exposures of healthy human subjects to $SO_2$, respiratory effects including increased respiration rates, decrements in peak flow, bronchoconstriction, and increased airway resistance have been observed at concentrations > 1 ppm (Abe, 1967; Amdur et al., 1953; Andersen et al., 1974; Frank et al., 1962; Lawther, 1955; 1975; Sim and Pattle, 1957; Snell and Luchsinger, 1969). $SO_2$-induced decrements in lung function can be potentiated by increasing ventilation rate, either through eucapnic hyperpnea or by performing exercise during exposure. This effect is likely due to an increased uptake of $SO_2$ resulting from both the increase in minute ventilation as well as a shift from nasal breathing to oronasal breathing.

It has been clearly established that subjects with asthma are more sensitive to the respiratory effects of $SO_2$ exposure than healthy individuals without asthma. Asthmatic individuals exposed to $SO_2$ concentrations as low as 0.2-0.3 ppm for 5-10 min during exercise have been shown to experience moderate or greater bronchoconstriction, measured as an increase in specific airway resistance (sRaw) of $\geq 100\%$ or decrease in $FEV_1$ of $\geq 15\%$ after correction for exercise-induced responses in clean air (Bethel et al., 1985; Linn et al., 1983b; 1984; 1987; 1988; 1990). It has been consistently demonstrated that these

decrements in lung function are more pronounced following exposures to higher concentrations of $SO_2$ (0.4-0.6 ppm), with a greater fraction of asthmatics affected (Linn et al., 1983b; 1987; 1988; 1990; Magnussen et al., 1990; Roger et al., 1985). Gong et al. (1995) demonstrated a concentration-response relationship between $SO_2$ and lung function by exposing 14 unmedicated, $SO_2$-sensitive asthmatics to 0, 0.5, and 1 ppm $SO_2$ under 3 different levels of exercise. It was shown that increasing $SO_2$ concentration had a greater effect on sRaw and $FEV_1$ than increasing exercise level. In some cases, bronchoconstrictive responses to $SO_2$ can occur in as little as 2 min after the start of exposure (Balmes et al., 1987; Horstman et al., 1988). $SO_2$-induced decrements in lung function appear to be transient, and the magnitude of effect has not been observed to increase with repeat exposures. There is evidence of a diminished response to $SO_2$ when repeat exposures (10 min) occur within 5 h of the initial exposure. However, when exposure to $SO_2$ occurs during a 30-min period with continuous exercise, the response to $SO_2$ develops rapidly and is maintained throughout the 30-min exposure (Kehrl et al., 1987; Linn et al., 1984; 1987). Although the majority of human clinical studies have been conducted at 20-25°C and 70-85% relative humidity, there is some evidence that the respiratory effects of $SO_2$ are exacerbated when exposure occurs in cold or dry ambient conditions (Bethel et al., 1984; Linn et al., 1985b).

Since some of the studies involving asthmatic subjects have used change in sRaw as the endpoint of interest while others measured changes in $FEV_1$ or both, a comparison of $FEV_1$ and sRaw based on data from Linn et al. (1987, 1990) was provided in the 1994 Supplement to the Second Addendum. Based on simple linear interpolation of the data from these two studies, a 100% increase in sRaw corresponded to a 12 to 15% decrease in $FEV_1$ and a 200% increase in sRaw corresponded to a 25 to 30% decrease in $FEV_1$.

One of the aims of the Linn et al. (1987) study was to determine how the intensity of response varied with asthma severity or status. In this study, 24 normal, 21 atopic (but not asthmatic), 16 mild asthmatic, and 24 moderate/severe asthmatic subjects were exposed to $SO_2$ concentrations between 0 and 0.6 ppm. While the moderate/severe asthmatics experienced greater decrements in lung function than mild asthmatics following exposure to clean air during exercise, their increases in response to increasing $SO_2$ concentrations were similar to those of the mild asthmatic group. Thus, it was concluded by the authors that respiratory response to $SO_2$ was not strongly dependent on the clinical severity of asthma. However, the apparent lack of correlation between $SO_2$ response and asthma severity should be interpreted with caution, since the $SO_2$ response may have been attenuated by medication usage. Classification of asthma severity in this study was based on medication use to control asthma. Individuals who required regular medication to manage asthma were classified as "moderate/severe" asthmatics, while asthmatic subjects who did not use medication between episodes were classified as "mild" asthmatics. Three of the moderate/severe asthmatics were unable to withhold medication usage prior to most exposures. Trenga et al. (1999) observed that 25 out of 47 adult asthmatics experienced a drop in $FEV_1$ versus baseline of between 8 and 44% (mean = 17.2%) following a 10 min mouthpiece exposure to 0.5 ppm $SO_2$ during moderate exercise. However, severity of asthma, as defined by medication use, was not shown to be a predictor of sensitivity to $SO_2$. In a study of medication-dependent moderate asthmatics, Linn et al. (1990) found that normal treatment (typically regular use of a long-acting bronchodilator) did not prevent the airway responses to $SO_2$ and exercise. However, $SO_2$-induced bronchoconstriction was significantly reduced when normal medication was supplemented with administration of a short-acting beta agonist immediately preceding exposure.

Quick-relief and long-term-control asthma medications have been shown to provide varying degrees of protection against the bronchoconstrictive effect of $SO_2$ in mild and moderate asthmatics (see Annex Table D-1; (U.S. EPA, 1994c; Gong et al., 1996; 2001; Lazarus et al., 1997; Linn et al., 1988; 1990; Myers et al., 1986). While no therapy has been shown to completely eliminate the respiratory effects of $SO_2$ in asthmatics, some short- and long-acting asthma medications are capable of significantly reducing $SO_2$-induced bronchoconstriction (Gong et al., 1996; 2001; Koenig et al., 1987; Linn et al., 1990). However, asthma is often poorly controlled even among severe asthmatics due to inadequate drug therapy or poor compliance among those who are on regular medication (Rabe et al., 2004). Mild asthmatics, who constitute the majority of asthmatic individuals, are much less likely to use asthma

medication than asthmatics with more severe disease (O'Byrne, 2007; Rabe et al., 2004). It is therefore reasonable to conclude that all asthmatics, mild, moderate and severe, are at high risk of experiencing adverse respiratory effects of $SO_2$ exposure.

One of the key studies discussed in the 1994 Supplement to the Second Addendum was by Horstman et al. (1986). In this study, 27 asthmatic subjects were exposed to concentrations of $SO_2$ between 0 and 2 ppm $SO_2$ for 10 min on different days under exercising conditions ($\dot{V}_E$ = 42 L/min). The authors reported that for 22% of the subjects, the concentration of $SO_2$ needed to produce a doubling of sRaw compared to clean air exposure [PC($SO_2$)] was < 0.5 ppm, with 2 subjects (7.4%) experiencing moderate decrements in lung function following exposure to concentrations of $SO_2$ at or below 0.3 ppm (see Figure 3-1). For approximately 15% of the subjects, the PC($SO_2$) was > 2 ppm, with approximately 35% of asthmatic subjects experiencing a doubling in sRaw versus clean air at ≤ 0.6-ppm $SO_2$.

$SO_2$-induced decrements in lung function (increased sRaw and decreased $FEV_1$) have frequently been associated with increases in respiratory symptoms among asthmatics (Balmes et al., 1987; Gong et al., 1995; Linn et al., 1983b; 1987; 1988; 1990). Linn et al. (1987) exposed 40 mild and moderate asthmatics during 10 min periods of exercise to 0, 0.2, 0.4, and 0.6 ppm $SO_2$. The effect of $SO_2$ on lung function and respiratory symptoms was assessed immediately following exposure, and the individual-specific results have been made available to the U.S. EPA by the study authors (Smith, 1994). Following exposure to 0.6 ppm $SO_2$ and after adjusting for effects of exercise in clean air, 21 of the 40 subjects demonstrated moderate or greater decrements in lung function, defined as a ≥15% decrease in $FEV_1$, a ≥100% increase in sRaw, or both. Of these 21 responders, 14 (67%) also experienced mild to severe respiratory symptoms (6 mild, 6 moderate, and 2 severe). In the same study, 14 asthmatics experienced moderate or greater decrements in lung function at 0.4 ppm $SO_2$, 5 of whom (36%) also experienced mild to moderate respiratory symptoms (2 mild, 3 moderate). Five asthmatics experienced moderate or greater decrements in lung function at the lowest $SO_2$ concentration tested (0.2 ppm), with 1 of the 5 (20%) also experiencing mild respiratory symptoms.



Source: Horstman et al. (1986).

**Figure 3-1.    Distribution of individual airway sensitivity to $SO_2$. Each data point represents the value of PC($SO_2$) for an individual subject. PC($SO_2$) is defined as the provocative concentration of $SO_2$ causing a doubling of sRaw compared to clean air exposure.**

It has been proposed that, as in asthmatics, individuals with COPD may also be more susceptible to $SO_2$-induced respiratory health effects. However, this group has not been extensively studied in human clinical studies. Among a group of older adults with physician-diagnosed COPD, Linn et al. (1985a) reported no significant effect on lung function following 15 min exposures to $SO_2$ at concentrations of 0.4 and 0.8 ppm. While it was concluded that older adults with COPD appear to be less sensitive to $SO_2$ when compared with younger adult asthmatics, the authors suggested that the lack of response may have been due in part to the very low levels of exercise used in the study ($\dot{V}_E$ = 18 L/min), which would result in a lower dose of $SO_2$ reaching the lower airway. In contrast to studies with asthmatics, most of the subjects in this study regularly used bronchodilators and were permitted their use up to 4 h prior to the study.

### 3.1.3.3. Airway Inflammation

A very limited number of human clinical studies have investigated the role of airway inflammation in the asthmatic response following peak exposure to $SO_2$. Gong et al. (2001) observed an $SO_2$-induced increase in sputum eosinophil counts in exercising asthmatics 2 h after a 10 min exposure to 0.75 ppm $SO_2$. The results of this study provide some evidence that $SO_2$ may elicit an inflammatory response in the airways of asthmatics which extends beyond the short time period typically associated with $SO_2$ effects.

### 3.1.3.4. Mixtures and Interactive Effects

The interaction of $SO_2$ with other common air pollutants or the sequential exposure of $SO_2$ after prior exposure to another pollutant can potentially modify $SO_2$-induced respiratory effects. However, only a few human clinical studies have looked at the interactive effects of coexisting ambient air pollutants. In a human clinical study designed to simulate an ambient "acid summer haze," Linn et al. (1997) exposed healthy and asthmatic children (9–12 years of age) to a mixture of $SO_2$ (0.1 ppm), $H_2SO_4$ (100 $\mu g/m^3$), and $O_3$ (0.1 ppm). Compared with exposure to filtered air, exposure to the air pollution mixture did not result in statistically significant changes in lung function or respiratory symptoms.

In a human clinical study of asthmatic adolescents (12- to 16-years-old), Koenig et al. (1983) evaluated changes in $FEV_1$ following a 10-min mouthpiece exposure during moderate exercise to 1 $mg/m^3$ NaCl alone and in combination with 0.5 and 1.0 ppm $SO_2$. Statistically significant decreases of 15 and 23% were reported in $FEV_1$ following exposure to 1 $mg/m^3$ NaCl in combination with 0.5 and 1.0 ppm $SO_2$, respectively. No significant changes in $FEV_1$ were observed between pre- and post-exposure to 1 $mg/m^3$ NaCl without $SO_2$. The effect observed in this study may be the result of the presence of hygroscopic particles that can carry $SO_2$ deeper into the lung.

Koenig et al. (1990) also examined the effect of 15-min exposures to 0.1 ppm $SO_2$ via mouthpiece in adolescent asthmatics engaged in moderate levels of exercise. Immediately preceding this exposure, subjects were exposed for 45 min to 0.12 ppm $O_3$ during intermittent moderate exercise. Subjects also underwent two additional exposure sequences with the same exercise regimen: 15-min exposure to 0.1 ppm $SO_2$ following a 45-min exposure to clean air, and 15-min exposure to 0.12 ppm $O_3$ following a 45-min exposure to 0.12 ppm $O_3$. The authors found that the change in $FEV_1$ relative to baseline was significantly different following the $O_3$-$SO_2$ exposure (8% decrease) when compared to the change following the air-$SO_2$ or $O_3$-$O_3$ exposures (decreases of 3% and 2%, respectively). In a more recent study using a mouthpiece exposure system, Trenga et al. (2001) reported that among adult asthmatics, exposure to $O_3$ (0.12 ppm for 45 min) resulted in a slight increase in lung function responses to $SO_2$ at a concentration of 0.25 ppm (6.5% decrease in $FEV_1$ with pre-exposure to $O_3$, compared with a 3.4% decrease in $FEV_1$ with pre-exposure to filtered air). Hazucha and Bates (1975) demonstrated a synergistic effect of concurrent exposure to $SO_2$ (0.37 ppm) and $O_3$ (0.37 ppm) on lung function in healthy asthmatics; however, no such effect was observed in a similar study conducted by Bedi et al. (1979).

Jörres and Magnussen (1990) and Rubinstein et al. (1990) investigated the effects of a prior $NO_2$ exposure on $SO_2$-induced bronchoconstriction in asthmatic adults. While Jörres and Magnussen suggested that prior exposure to $NO_2$ increased the responsiveness to $SO_2$, Rubinstein et al. did not find that $NO_2$ exacerbated the effects of $SO_2$. Linn et al. (1980) reported no difference in lung function or respiratory symptoms among a group of exercising asthmatics exposed to both clean air and a combination of $NO_2$ (0.5 ppm) and $SO_2$ (0.3 ppm).

## 3.1.3.5. Summary of Evidence on the Effect of Peak Exposure on Respiratory Health

Collectively, evidence from earlier studies considered in the previous review, along with a limited number of new human clinical studies, consistently indicates that with elevated ventilation rates a large percentage of asthmatic individuals (up to 60%) experience moderate or greater decrements in lung function, frequently accompanied by respiratory symptoms, following peak exposures to $SO_2$ at concentrations of 0.4-0.6 ppm (Balmes et al., 1987; Gong et al., 1995; Horstman et al., 1986; Linn et al., 1983b; 1987; 1988; 1990). $SO_2$-induced decrements in lung function have also been observed at lower $SO_2$ concentrations (0.2-0.3 ppm) in a smaller fraction (~5-30%) of asthmatic subjects (Bethel et al., 1985; Linn et al., 1987; 1988; 1990; Sheppard et al., 1981). At these concentrations, $SO_2$-induced decrements in lung are less likely to be accompanied by respiratory symptoms (Linn et al., 1983b; 1987; 1988; 1990; Roger et al., 1985). These findings are consistent with the current understanding of the potential modes of action for respiratory health as described in Section 3.1.2. Among asthmatics, both the magnitude of $SO_2$-induced decrements in lung function and the percent of individuals affected have consistently been shown to increase with increasing exposure to $SO_2$ concentrations between 0.2 and 1.0 ppm. This is summarized in Table 3-1 along with supporting evidence of $SO_2$-induced increases in respiratory symptoms at various exposure concentrations. The table includes data from all studies where individual data are presented or have been made available by the authors (Smith, 1994). This information represents the response to $SO_2$ among groups of relatively healthy asthmatics and cannot necessarily be extrapolated to the most sensitive asthmatics in the population who are likely more susceptible to the respiratory effects of exposure to $SO_2$.

Although the vast majority of human clinical studies involving controlled exposure to $SO_2$ have been conducted in adult asthmatics, there is a relatively strong body of evidence to suggest that adolescents may experience many of the same respiratory effects at similar $SO_2$ exposure concentrations (Koenig et al., 1981, 1983; 1987; 1988; 1990; 1992). It should be noted, however, that in all of these studies involving adolescents, $SO_2$ was administered via inhalation through a mouthpiece rather than an exposure chamber. This exposure technique bypasses nasal absorption of $SO_2$, likely resulting in a relative increase of pulmonary $SO_2$ uptake (see Section 2.7.1) (Linn et al., 1983a).

**Table 3-1.    Percentage of asthmatic adults in controlled human exposures experiencing $SO_2$ induced decrements in lung function.**

| $SO_2$ Conc (ppm) | Exposure Duration | No. Subj | Ventilation (L/min) | Lung Func | sRaw ≥ 100% ↑ / FEV$_1$ ≥ 15% ↓ | sRaw ≥ 200% ↑ / FEV$_1$ ≥ 20% ↓ | sRaw ≥ 300% ↑ / FEV$_1$ ≥ 30% ↓ | Study | Respiratory Symptoms: Supporting Studies |
|---|---|---|---|---|---|---|---|---|---|
| 0.2 | 10 min | 40 | ~40 | sRaw | 5% (2) | 0 | 0 | Linn et al. (1987)[2] | |
| | 10 min | 40 | ~40 | FEV$_1$ | 13% (5) | 5% (2) | 3% (1) | Linn et al. (1987) | |
| 0.25 | 5 min | 19 | ~50-60 | sRaw | 32% (6) | 16% (3) | 0 | Bethel et al. (1985) | Limited evidence of $SO_2$-induced increases in respiratory symptoms in some asthmatics: Linn et al. (1983b; 1984; 1987; 1988; 1990), Schachter et al. (1984) |
| | 5 min | 9 | ~80-90 | sRaw | 22% (2) | 0 | 0 | Bethel et al. (1985) | |
| | 10 min | 28 | ~40 | sRaw | 4% (1) | 0 | 0 | Roger et al. (1985) | |
| 0.3 | 10 min | 20 | ~50 | sRaw | 10% (2) | 5% (1) | 5% (1) | Linn et al. (1988)[3] | |
| | 10 min | 21 | ~50 | sRaw | 33% (7) | 10% (2) | 0 | Linn et al. (1990)[3] | |
| | 10 min | 20 | ~50 | FEV$_1$ | 15% (3) | 0 | 0 | Linn et al. (1988) | |
| | 10 min | 21 | ~50 | FEV$_1$ | 24% (5) | 14% (3) | 10% (2) | Linn et al. (1990) | |
| 0.4 | 10 min | 40 | ~40 | sRaw | 23% (9) | 8% (3) | 3% (1) | Linn et al. (1987) | Stronger evidence with some statistically significant increases in respiratory symptoms: Balmes et al. (1987)[5], Gong et al. (1995), Linn et al. (1983b; 1987), Roger et al. (1985) |
| | 10 min | 40 | ~40 | FEV$_1$ | 30% (12) | 23% (9) | 13% (5) | Linn et al. (1987) | |
| 0.5 | 5 min | 10 | ~50-60 | sRaw | 60% (6) | 40% (4) | 20% (2) | Bethel et al. (1983) | |
| | 10 min | 28 | ~40 | sRaw | 18% (5) | 4% (1) | 4% (1) | Roger et al. (1985) | |
| | 10 min | 45 | ~30 | sRaw | 36% (16) | 16% (7) | 13% (6) | Magnussen et al. (1990)[5] | |
| 0.6 | 10 min | 40 | ~40 | sRaw | 35% (14) | 28% (11) | 18% (7) | Linn et al. (1987) | Clear and consistent increases in $SO_2$-induced respiratory symptoms: Linn et al. (1983b; 1984; 1987; 1988; 1990), Gong et al. (1995), Horstman et al. (1988) |
| | 10 min | 20 | ~50 | sRaw | 60% (12) | 35% (7) | 10% (2) | Linn et al. (1988) | |
| | 10 min | 21 | ~50 | sRaw | 62% (13) | 29% (6) | 14% (3) | Linn et al. (1990) | |
| | 10 min | 40 | ~40 | FEV$_1$ | 53% (21) | 48% (19) | 20% (8) | Linn et al. (1987) | |
| | 10 min | 20 | ~50 | FEV$_1$ | 55% (11) | 55% (11) | 5% (1) | Linn et al. (1988) | |
| | 10 min | 21 | ~50 | FEV$_1$ | 43% (9) | 33% (7) | 14% (3) | Linn et al. (1990) | |
| 1.0 | 10 min | 28 | ~40 | sRaw | 50% (14) | 25% (7) | 14% (4) | Roger et al. (1985)[4] | |
| | 10 min | 10 | ~40 | sRaw | 60% (6) | 20% (2) | 0 | Kehrl et al. (1987) | |

[1]Data presented from all references from which individual data were available. Percentage of individuals who experienced greater than or equal to a 100, 200, or 300% increase in specific airway resistance (sRaw), or a 15, 20, or 30% decrease in FEV$_1$. Lung function decrements are adjusted for effects of exercise in clean air (calculated as the difference between the percent change relative to baseline with exercise/$SO_2$ and the percent change relative to baseline with exercise/clean air). Quality control of data was performed separately by two EPA staff scientists.

[2]Responses of mild and moderate asthmatics reported in Linn et al. (1987) have been combined. Data reported only for the first 10 min period of exercise in the first round of exposures.

[3]Analysis includes data from only mild (Linn et al., 1988) and moderate (Linn et al., 1990) asthmatics who were not receiving supplemental medication.

[4]One subject was not exposed to 1.0 ppm due to excessive wheezing and chest tightness experienced at 0.5 ppm. For this subject, the values for 0.5 ppm were also used for 1.0 ppm under the assumption that the response at 1.0 ppm would be equal to or greater than the response at 0.5 ppm.

[5]Indicates studies in which exposures were conducted using a mouthpiece rather than a chamber.

# 3.1.4. Respiratory Effects Associated with Short-Term (≥ 1 h) Exposure

## 3.1.4.1. Respiratory Symptoms

Epidemiologic studies have examined the association between ambient $SO_2$ concentrations and respiratory symptoms in both adults and children. In air pollution field studies, respiratory symptoms are usually assessed using questionnaire forms (or "daily diaries") completed by study subjects. Questions address the daily experience of coughing, wheezing, shortness of breath (or difficulty breathing), production of phlegm, and others.

### Children

Epidemiologic studies on respiratory symptoms published since the last review are summarized in Annex Table F-1; key studies are discussed in detail below.



Source: Mortimer et al. (2002).

**Figure 3-2.   Odds ratios (95% CI) for incidence of morning asthma symptoms of 846 asthmatic children from the National Cooperative Inner-City Asthma Study. Effects associated with a 20 ppb increase in 3-h avg $SO_2$ with a lag of 1-2 day moving average are presented. $SO_2$ effect estimates from single- and multipollutant models are shown.**

The strongest epidemiologic evidence for an association between respiratory symptoms and exposure to ambient $SO_2$ comes from two large U.S. multicity studies (Mortimer et al., 2002; Schildcrout et al., 2006). Mortimer et al. examined 846 asthmatic children from eight U.S. urban areas in the National Cooperative Inner-City Asthma Study (NCICAS) for summertime air pollution-related respiratory

symptoms. Median 3-h avg $SO_2$ (8 to 11 a.m.) levels ranged from 17 ppb in Detroit, MI to 37 ppb in East Harlem, NY. Morning symptoms were found to be most strongly associated with an avg of a 1- to 2-day lag of $SO_2$ concentrations. In multipollutant models with $O_3$ and $NO_2$ (measured in seven cities), the $SO_2$ association remained robust (see Figure 3-2). When $PM_{10}$ was also included in the multipollutant models, the $SO_2$ effect estimate decreased only slightly; however, it became nonsignificant, possibly due to reduced statistical power (only three of eight cities were included in the analysis adjusting for $PM_{10}$) or collinearity resulting from adjustment of multiple pollutants (in addition to $PM_{10}$, $O_3$ and $NO_2$ were also adjusted for in this model).

In the Childhood Asthma Management Program (CAMP) study, the association between ambient air pollution and asthma exacerbations in children (n = 990) from eight North American cities was investigated (Schildcrout et al., 2006). $SO_2$ measurements were available in seven of the eight cities. The median 24-h avg $SO_2$ concentrations ranged from 2.2 ppb (interquartile range [IQR]: 1.7, 3.1) in San Diego, CA to 7.4 ppb (IQR: 5.3, 10.7) in St. Louis, MO. Results for the associations between asthma symptoms and all pollutants are shown in Figure 3-3. Analyses indicate that although $SO_2$ was positively related to increased risk of asthma symptoms at all lags, only the 3-day moving avg was statistically significant. No associations were observed between $SO_2$ and rescue inhaler use. Stronger associations were observed for CO and $NO_2$. The effect estimates appear to be slightly larger in joint-pollutant models with CO or $NO_2$, particularly at a 2-day lag, but did not change much when $PM_{10}$ was jointly considered.



Source: Schildcrout et al. (2006).

**Figure 3-3.** **Odds ratios (95% CI) for daily asthma symptoms of 990 asthmatic children from the Childhood Asthma Management Program Study. Effects associated with a 10 ppb increase in within-subject concentrations of 24-h avg $SO_2$ are presented. Data collected from November 1993 to September 1995 were used. Results from single- and joint-pollutant models are shown.**

A longitudinal study of 1,844 schoolchildren during the summer from the Harvard Six Cities Study suggested that the association between $SO_2$ and respiratory symptoms could be confounded by $PM_{10}$ (Schwartz et al., 1994). The median 24-h avg $SO_2$ concentration during this period was 4.1 ppb (10th–90th percentile: 0.8, 17.9; max 81.9). $SO_2$ concentrations were found to be associated with cough incidence and lower respiratory tract symptoms. Of the pollutants examined, $PM_{10}$ had the strongest associations with respiratory symptoms. In two-pollutant models, the effect of $PM_{10}$ was found to be robust to adjustment for other copollutants, while the effect of $SO_2$ was substantially reduced after adjustment for $PM_{10}$. Because the $PM_{10}$ concentrations were correlated strongly to $SO_2$-derived sulfate particles (r = 0.80), the diminution of the $SO_2$ effect estimate may indicate that for $PM_{10}$ dominated by fine sulfate particles, $PM_{10}$ has a slightly stronger association than $SO_2$. This study further investigated the concentration-response function and observed a nonlinear relationship between $SO_2$ concentrations and respiratory symptoms. Though an increasing trend was observed at concentrations as low as 10 ppb, no statistically significant increase in the incidence of lower respiratory tract symptoms was seen until concentration exceeded a 24-h avg $SO_2$ of 22 ppb.

In the Pollution Effects on Asthmatic Children in Europe (PEACE) study, a multicenter study of 14 cities across Europe, the effects of acute exposure to various pollutants including $SO_2$ on the respiratory health of children with chronic respiratory symptoms (n = 2,010) was examined during the winter of 1993–1994 (Roemer et al., 1998). Mean 24-h avg $SO_2$ concentrations ranged from 1 ppb in the urban area of Umeå, Sweden, to 43 ppb in the urban area of Prague, Czech Republic. No associations were observed between $SO_2$ and daily prevalence of respiratory symptoms or bronchodilator use at any of the single- and multiday lags considered. In addition, no associations were observed for any of the other pollutants examined. It should be noted that during the study period, there were only two major air pollution episodes, at the beginning and end of the study period. In the epidemiologic model, the control for time trend was accomplished through the use of linear and quadratic terms. Given the timing of the air pollution episodes, the quadratic trend term would have removed most of the air pollution effect.

Other studies that participated in the PEACE study and analyzed results for longer periods of time have observed statistically significant associations between $SO_2$ and respiratory symptoms in children. Van der Zee et al. (1999) looked at the association between respiratory symptoms and $SO_2$ in 7- to 11-year-old children (n = 633) with and without chronic respiratory symptoms in the Netherlands. Significant associations with lower respiratory tract symptoms and increased bronchodilator use were observed for $SO_2$, as well as $PM_{10}$, BS, and sulfate, in symptomatic children living in urban areas (n = 142). In a two-pollutant model with $PM_{10}$, the results were robust for bronchodilator use, but slightly reduced for lower respiratory tract symptoms. A subgroup analysis of this cohort was conducted by Boezen et al. (1999). They examined 7- to 11-year-old children (n = 459) in the Netherlands and tested them for AHR and atopy. It was hypothesized that children with AHR, as measured using a methacholine (MCh) challenge, and atopy, indicated by raised serum total IgE (> 60 kU/L, the median value), may be susceptible to the effects of air pollution. One of the strengths of this study was the use of AHR and serum IgE concentration to indicate susceptibility; these measurements would be less prone to error than self-reported chronic respiratory symptoms. A total of 121 children were found to have AHR and relatively high serum total IgE; 67 had AHR and relatively low serum total IgE, 104 had no AHR but had a relatively high serum total IgE concentration, and 167 were found to have neither AHR nor relatively high serum total IgE. For the subset of children with relatively low serum total IgE with or without AHR, no associations were observed between $SO_2$ and any respiratory symptoms. However, for children with relatively high serum total IgE either with or without AHR, the prevalence of lower respiratory tract symptoms increased with increasing $SO_2$ concentrations. For children with AHR and relatively high serum total IgE, the OR for the prevalence of lower respiratory tract symptoms was 1.70 (95% CI: 1.26, 2.29) with a 5-day moving avg for every 10 ppb increase in $SO_2$. For children without AHR but with relatively high serum total IgE, the OR was 1.82 (95% CI: 1.33, 2.50) with a 5-day moving avg.

Additional studies have examined the relationship between respiratory symptoms and ambient $SO_2$ concentrations and generally found positive associations, including two U.S. studies (Delfino et al., 2003a; Neas et al., 1995) and several European studies (Hoek and Brunekreef, 1995; Peters et al., 1996a;

Roemer et al., 1993; Segala et al., 1998; Timonen and Pekkanen, 1997). However, some did not find a consistent association between respiratory symptoms and $SO_2$ concentrations (Hoek and Brunekreef, 1993; Romieu et al., 1996). None of these studies examined possible confounding of the $SO_2$ effect by copollutants.



**Figure 3-4.** Odds ratios (95% CI) for incidence of cough among children, grouped by season. For single-day lag models, current day and/or previous day $SO_2$ effects are shown, except for Ségala et al. (1998b), which only presented results for a 3-day lag. Multiday lag models represent the effect of the mean concentration from the range of days noted. Risk estimates are standardized per 10 ppb increase in 24-h avg $SO_2$ level.

Figure 3-4 and Figure 3-5 present the odds ratios for $SO_2$-related cough, and lower respiratory tract or asthma symptoms, respectively, among children from epidemiologic studies published since the last NAAQS review. All studies that reported quantitative results with relevant data are included in the figure. The results for cough were somewhat variable with wide confidence intervals, as shown in Figure 3-4.

The studies conducted in the summer generally indicate increased risk of cough from exposure to $SO_2$. A more consistent effect of $SO_2$ is observed on lower respiratory tract or asthma symptoms (Figure 3-5). Although there is some variability in the individual effect estimates, the majority of the odds ratios appear to be greater than one. As was the case with cough, stronger associations with lower respiratory tract or asthma symptoms were observed in the summer, as opposed to the winter. There was some variability among the different lags of exposure; however, effects were generally observed with current day or previous day exposure and, in some cases, with a distributed lag of 2 to 3 days.



*Note that van der Zee et al. (1999) and Schildcrout et al. (2006) presented results for prevalence of lower respiratory tract or asthma symptoms.

**Figure 3-5.    Odds ratios (95% CI) for the incidence of lower respiratory tract or asthma symptoms among children, grouped by season. Risk estimates are standardized per 10 ppb increase in 24-h avg $SO_2$ level. For single-day lag models, current day and/or previous day $SO_2$ effects are shown. Multiday lag models represent the effect of the moving average from the range of days noted.**

Overall, recent epidemiologic studies provided evidence for an association between ambient $SO_2$ exposures and increased respiratory symptoms in children, particularly those with asthma or chronic respiratory symptoms. Recent U.S. multicity studies observed significant associations between $SO_2$ and respiratory symptoms at a median range of 17 to 37 ppb (75th percentile: ~25 to 50) across cities for 3-h avg $SO_2$ (NCICAS, Mortimer et al., 2002) and 2.2 to 7.4 ppb (90th percentile: 4.4 to 14.2) for 24-h avg $SO_2$ (CAMP, Schildcrout et al., 2006). However, an earlier study that examined the concentration-response function found that a statistically significant increase in the incidence of lower respiratory tract symptoms was not observed until concentrations exceeded a 24-h avg $SO_2$ of 22 ppb, though an increasing trend was observed at concentrations as low as 10 ppb (Harvard Six Cities Study, Schwartz et al., 1994). In the limited number of studies that examined potential confounding by copollutants through multipollutant models, the $SO_2$ effect was generally found to be robust after adjusting for PM and other copollutants. More details of the literature published since the last review are found in Annex Table F-1.

## Adults

Compared to the number of studies conducted with children, fewer epidemiologic studies were performed that examined the effect of ambient $SO_2$ exposure on respiratory symptoms in adults. Most of these studies focused on potentially susceptible populations, i.e., those with asthma or COPD. One of the larger studies was conducted by van der Zee et al. (2000) in 50- to 70-year-old adults, with (n = 266) and without (n = 223) chronic respiratory symptoms in the Netherlands. In adults both with and without chronic respiratory symptoms, no consistent associations were observed between $SO_2$ levels and respiratory symptoms or medication use. A subgroup analysis of this cohort examining $SO_2$-related respiratory symptoms in individuals with AHR and atopy was conducted by Boezen et al. (2005). The subgroup of individuals with elevated serum total IgE, both with (n = 48) and without (n = 112) AHR, were found to be more susceptible to air pollutants when contrasted with those who did not have elevated serum total IgE (n = 167). Significant associations were observed between previous-day 24-h avg $SO_2$ concentrations and the prevalence of upper respiratory tract symptoms in those with elevated serum total IgE. Stratified analyses by gender indicated that, among those with AHR and elevated IgE, only males (n = 25) were at a higher risk for respiratory symptoms. The OR for these males was 3.54 (95% CI: 1.79, 7.07) increase in 24-h avg $SO_2$ for a 5-day moving avg, compared with 1.05 (95% CI: 0.59, 1.91) for the females.

Studies by Desqueyroux et al. (2002a; 2002b) examined the association between air pollution and respiratory symptoms in other potentially susceptible populations, i.e., those with severe asthma (n = 60, mean age 55 years) and COPD (n = 39, mean age 67 years), in Paris, France. The mean 24-h avg $SO_2$ concentration was 3 ppb (range: 1, 10) in the summer and 7 ppb (range: 1, 31) in the winter. No associations were observed between $SO_2$ concentrations and the incidence of asthma attacks or episodes of symptom exacerbation in severe asthmatics or individuals with COPD. Among the pollutants considered, $O_3$ was found to have the strongest effect in these studies.

Several other European studies did observe an association between ambient $SO_2$ concentrations and respiratory symptoms in adults with asthma or chronic bronchitis (Higgins et al., 1995; Neukirch et al., 1998; Peters et al., 1996a). Only one of these studies examined possible confounding of the association by copollutants. Higgins et al. (1995) examined the effect of summertime air pollutant exposure on respiratory symptoms in 62 adults with either asthma, COPD, or both. The max 24-h avg $SO_2$ level was 45 ppb. An association was observed between $SO_2$ and symptoms of wheeze, and it remained robust after adjustment for $O_3$ and $NO_2$. The effects of PM were not examined in this study.

Results from the epidemiologic studies examining the association between $SO_2$ and respiratory symptoms in adults were generally mixed, with some showing positive associations and others finding no relationship at current ambient levels. There was limited epidemiologic evidence which suggested that atopic adults may be at increased risk for $SO_2$-induced respiratory symptoms. The overall epidemiologic evidence that 24-h avg $SO_2$ exposures at or near ambient concentrations has an effect on adults is inconclusive. However, as discussed in Section 3.1.3.1, human clinical studies have observed an effect of peak exposures to $SO_2$ on respiratory symptoms, particularly among $SO_2$-sensitive asthmatics, with 10 min

exposures to $SO_2$ concentrations as low as 0.2-0.6 ppm under exercise conditions. These effects in clinical studies are at levels that have sometimes been measured in ambient air for similarly short-time durations.

## 3.1.4.2. Lung Function

The 1982 AQCD reported bronchoconstriction, indicated by increased pulmonary resistance, as the most sensitive indicator of lung function effects of acute $SO_2$ exposure, based on the observations of increased pulmonary resistance in guinea pigs that were acutely exposed to 0.16 ppm $SO_2$. Since then, only a few animal toxicological studies have measured lung function at or near ambient levels of $SO_2$. These recent studies, and those using higher concentrations of $SO_2$, are summarized in Annex Table E-1. Increased pulmonary resistance and decreased dynamic compliance were observed in conscious guinea pigs exposed to 1 ppm $SO_2$ for 1 h (Amdur et al., 1983). Effects were seen immediately after exposure and were not present 1 h post-exposure. No changes in tidal volume, minute volume or breathing frequency were found. These same investigators also exposed guinea pigs to 1 ppm $SO_2$ for 3 h/day for 6 days (Conner et al., 1985). No changes were observed in pulmonary function or respiratory parameters, i.e., diffusing capacity for CO, functional reserve capacity, vital capacity, total lung capacity, respiratory frequency, tidal volume, pulmonary resistance or pulmonary compliance. In another study, Barthelemy et al. (1988) demonstrated a 16% increase in airway resistance following a 45-min exposure of anesthetized rabbits to 0.5 ppm $SO_2$ via an endotracheal tube. This latter exposure is more relevant to oronasal than nasal breathing.

### Children

Most epidemiologic studies discussed in the previous section on respiratory symptoms also examined lung function. In these studies self-administered PEF meters were primarily used to assess lung function. PEF follows a circadian rhythm, with the highest values found during the afternoon and lowest values during the night and early morning (Borsboom et al., 1999). Therefore, these studies generally analyzed PEF data stratified by time of day. The epidemiologic studies on lung function are summarized in Annex Table F-1.

Mortimer et al. (2002) examined 846 asthmatic children from eight U.S. urban areas in the NCICAS for changes in PEF related to air pollution. The mean 3-h avg $SO_2$ was 22 ppb across the eight cities during the study period of June through August, 1993. No associations were observed between $SO_2$ concentrations and morning or evening PEF. Of all the pollutants examined, including $PM_{10}$, $O_3$, and $NO_2$, only $O_3$ was associated with changes in morning PEF.

In another U.S. study (Neas et al. 1995), 83 children from Uniontown, PA reported twice-daily PEF measurements during the summer of 1990. The mean daytime 12-h avg $SO_2$ concentration was 14.5 ppb (max 44.9). No associations were observed between daytime 12-h avg $SO_2$ concentrations and mean deviation in evening PEF, even after concentrations were weighted by the proportion of hours spent outdoors during the prior 12-h. Statistically significant associations were observed for $O_3$, total sulfate particles, and particle-strong acidity.

A study by van der Zee et al. (1999) observed associations between ambient $SO_2$ concentrations and daily PEF measurements in 7- to 11-year-old children (n = 142) with chronic respiratory symptoms living in urban areas of the Netherlands. The OR for a > 10% decrement in evening PEF per 10 ppb increase in 24-h avg $SO_2$ was 1.20 (95% CI: 0.97, 1.47) with same-day exposure. A greater effect was observed at a 2-day lag, OR = 1.40 (95% CI: 1.18, 1.67), and this effect remained robust in a two-pollutant model with $PM_{10}$, OR = 1.34 (95% CI: 1.08, 1.64).

Multipollutant analyses were also conducted in a study by Chen et al. (1999), which examined the effects of short-term exposure to air pollution on the pulmonary function of 895 children, ages 8 to 13 years, in three communities in Taiwan. The daytime 1-h max $SO_2$ the day before spirometry ranged from 0 to 72.4 ppb. In a single-pollutant model, 1-h max $SO_2$ concentration at a 2-day lag was significantly

associated with FVC, -50.80 mL (95% CI: -97.06, -4.54), or a 2.6% decline, per 40 ppb 1-h max $SO_2$. However, in multipollutant models, authors noted that only $O_3$ remained significantly associated with FVC and $FEV_1$. Effect estimates for $SO_2$ in multipollutant models were not provided.

While additional studies have observed associations between ambient $SO_2$ concentrations and changes in lung function in children (e.g., Hoek and Brunekreef, 1993; Peters et al., 1996a; Roemer et al., 1993; Segala et al., 1998; Timonen and Pekkanen, 1997), several other studies did not find a significant association between $SO_2$ and lung function parameters (e.g., Delfino et al., 2003a; Peacock et al., 2003; Romieu et al., 1996). In addition, within studies that did observe an association, the correlations between $SO_2$ and other pollutants, particularly PM indices, were high [for example, r = 0.8-0.9 with TSP] (Peters et al., 1996a) making it difficult to separate the contributions of individual pollutants.

In conclusion, while some epidemiologic studies observed a positive association between short-term $SO_2$ exposure and lung function in children, several others, including a large U.S. multicity study, did not observe such an association. The limited evaluation of potential confounding by copollutants also indicated mixed results. Overall, the evidence is insufficient to conclude that short-term exposure to ambient $SO_2$ has an independent effect on lung function in children.

## Adults

Only a limited number of epidemiologic studies have been conducted examining the association between ambient $SO_2$ concentrations and lung function in adults, as in the case of respiratory symptoms. In a cross-sectional survey, Xu et al. (1991) investigated the effects of indoor and outdoor air pollutants on the respiratory health of 1,140 adults (aged 40 to 69 years) living in residential, industrial, and suburban areas of Beijing, China. The annual mean concentrations of $SO_2$ in residential, industrial, and suburban areas from 1981 to 1985 were 49 ppb, 22 ppb, and 7 ppb, respectively. Log-transformed $SO_2$ and TSP were significantly associated with reductions in $FEV_1$ and FVC. The authors cautioned that since $SO_2$ and TSP concentrations were strongly correlated, the effect of $SO_2$ could not be separated.

Van der Zee et al. (2000) observed an association between $SO_2$ and morning PEF in 50- to 70-year-old adults (n = 138) with chronic respiratory symptoms living in urban areas of the Netherlands. No associations were observed with evening PEF. The OR for a > 20% decrement in PEF was 1.21 (95% CI: 0.76, 1.92) per 10 ppb increase in 24-h avg $SO_2$ with same-day exposure and 1.56 (95% CI: 1.02, 2.39) at a 1-day lag. No associations were observed for a > 10% decrement in PEF. The authors hypothesized that while $SO_2$ level did not have much effect on PEF in most subjects, a small subgroup of individuals experienced fairly large PEF decrements when $SO_2$ levels were high. No multipollutant analyses were conducted.

Higgins et al. (1995) examined the association between pulmonary function and air pollution in 75 adults with either asthma, COPD, or both. Exposure to $SO_2$ was associated with increased variation in PEF, but not with mean or minimum PEF. The $SO_2$ effects on PEF variation were robust to adjustment for $O_3$ and $NO_2$. Effects of PM were not considered. Neukirch et al. (1998) also observed associations between lung function and $SO_2$ concentrations in a study of asthmatic adults in Paris, France; however, significant associations were found for all pollutants examined, including BS, $PM_{13}$, and $NO_2$. Other epidemiologic studies observed only weak relationships between ambient $SO_2$ concentrations and lung function in adults (Peters et al., 1996a; Taggart et al., 1996).

Evidence from human clinical studies clearly indicates that asthmatic individuals experience moderate or greater decrements in lung function, as well as increased respiratory symptoms, following peak exposure (5-10 min) to $SO_2$ (Balmes et al., 1987; Gong et al., 1995; Horstman et al., 1986; Linn et al., 1983b; 1987). These effects were seen at peak concentrations as low as 0.2-0.6 ppm. In a human clinical study by Tunnicliffe et al. (2003) that evaluated the effect of 1-h exposures to 0.2 ppm $SO_2$ in resting healthy and asthmatic subjects, no significant changes were observed in lung function as measured by $FEV_1$, FVC, and maximal midexpiratory flow (MMEF). However, these results are not unexpected given that subjects were exposed while at rest.

In summary, the epidemiologic studies examining adults do not provide strong evidence for an association between short-term exposure to ambient $SO_2$ and lung function. While some studies did observe associations between $SO_2$ exposure and decrements in lung function parameters, the strong correlation between $SO_2$ and various copollutants in most studies, and the lack of evidence evaluating potential confounding by copollutants, limit interpretation of independent effects of $SO_2$ on lung function.

## 3.1.4.3. Airway Inflammation

The animal toxicological studies on airway inflammation are summarized in Annex Table E-2. In one study, guinea pigs were exposed to 1 ppm $SO_2$ for 3 h/day for 1-5 days and bronchoalveolar lavage was performed (Conner et al., 1989). No change in numbers of total cells or neutrophils in lavage fluid was observed over this time period. However, in two models of allergic sensitization, $SO_2$ exposure increased airway inflammation. In one study Park et al. (2001a), guinea pigs were exposed to 0.1 ppm $SO_2$ for 5 h/day for 5 days and sensitized with 0.1% ovalbumin aerosols for 45 min on days 3-5. One week later, animals were subjected to bronchial challenge with 1.0% ovalbumin and bronchoalveolar lavage and histopathologic examination were performed 24 h later. Results demonstrated increased numbers of eosinophils in lavage fluid, and an infiltration of inflammatory cells, bronchiolar epithelial cell damage and plugging of the airway lumen with mucus and cells in the bronchial tissues of animals treated with both $SO_2$ and ovalbumin, but not in animals treated with ovalbumin or $SO_2$ alone. In a second study, rats which were sensitized and challenged with ovalbumin and exposed to 2 ppm $SO_2$ for 1 h/day for 7 days had an increased number of inflammatory cells in bronchoalveolar lavage fluid and an enhanced histopathological response compared with those treated with ovalbumin or $SO_2$ alone (Li et al., 2007). Similarly, ICAM-1, a protein involved in regulating inflammation, and MUC5AC, a mucin protein, were upregulated in lungs and trachea to a greater extent in rats treated with ovalbumin and $SO_2$ than those treated with ovalbumin or $SO_2$ alone. Further experiments are required to determine whether exposure to near ambient $SO_2$ also enhance inflammatory responses in non-allergic and allergic rats.

In a human clinical study, Tunnicliffe et al. (2003) measured levels of exhaled NO (eNO) in asthmatic and healthy adult subjects, before and after 1-h exposure to 0.2 ppm $SO_2$ under resting conditions. While eNO concentrations were higher in the asthmatic than in healthy subjects, no significant difference was observed between pre- and postexposure in either group.

One epidemiologic study by Adamkiewicz et al. (2004) examined eNO as a biological marker for inflammation in 29 older adults (median age 70.7 years) in Steubenville, OH. The mean 24-h avg $SO_2$ concentration was 12.5 ppb (IQR 11.5). The authors reported that, while significant and robust associations were observed between increased daily levels of fine PM ($PM_{2.5}$) and increased eNO, no associations were observed with any of the other pollutants examined, including $SO_2$, $NO_2$, and $O_3$.

Overall, the very limited human clinical and epidemiologic evidence is insufficient to conclude that exposure to $SO_2$ at current ambient concentrations is associated with inflammation in the airway. However, toxicological studies indicated that repeated exposures to $SO_2$ at concentrations as low as 0.1 ppm in guinea pigs, may exacerbate inflammatory responses in allergic animals.

## 3.1.4.4. Airway Hyperresponsiveness and Allergic Sensitization

The toxicological studies describing $SO_2$-induced effects on airway responsiveness and allergic sensitization in guinea pigs, rabbits, dogs, and sheep are summarized in Annex Table E-3. In one study, Amdur et al. (1988) exposed guinea pigs for 1 h to 1 ppm $SO_2$ and measured airway responsiveness to acetylcholine 2 h later. No AHR was observed. In a second study, Douglas et al., (1994) found no AHR following a histamine challenge 24 h after exposure of rabbits to 5 ppm $SO_2$ for 2 h. In a third study, exposure of sheep for 4 h to 5 ppm $SO_2$ failed to result in AHR following carbachol (Abraham et al., 1981). In a fourth study, a 5-min exposure to 30 ppm but not to 10 ppm $SO_2$ resulted in AHR in dogs

challenged with methacholine (Lewis and Kirchner, 1984). Collectively, these results show that a single exposure to $SO_2$ at a concentration of 10 ppm or less failed to induce AHR following challenge in 4 different animal models.

However, two other studies demonstrated increased airway responsiveness in guinea pigs exposed repeatedly to $SO_2$ and allergen. Riedel et al. (1988) studied the effect of $SO_2$ exposure on local bronchial sensitization to inhaled antigen. Guinea pigs were exposed by inhalation to 0.1, 4.3 and 16.6 ppm $SO_2$ for 8 h/d for 5 days. During the last 3 days, $SO_2$ exposure was followed by exposure to nebulized ovalbumin for 45 min. Following bronchial provocation with inhaled ovalbumin (0.1%) one week later, airway obstruction was measured by whole body plethysmography. In addition, specific antibodies against ovalbumin were measured in serum and bronchaolveolar fluids. Results show significantly higher bronchial obstruction in animals exposed to $SO_2$ (at all concentration levels) with ovalbumin compared with animals exposed only to ovalbumin. In addition, significant increases in anti-ovalbumin IgG antibodies were detected in bronchoalveolar lavage fluid of animals exposed to 0.1, 4.3 and 16.6 ppm $SO_2$ and in serum from animals exposed to 4.3 and 16.6 ppm $SO_2$ compared with controls exposed only to ovalbumin. These results demonstrate that repeated exposure to $SO_2$ can enhance allergic sensitization in the guinea pig at a concentration as low as 0.1 ppm. In a second study, guinea pigs were exposed to 0.1 ppm $SO_2$ for 5 h/day for 5 days and sensitized with 0.1% ovalbumin aerosols for 45 min on days 3 to 5 (Park et al., 2001a). One week later, animals were subjected to bronchial challenge with 1.0% ovalbumin and lung function was evaluated 24 h later by whole body plethysmography. Results demonstrated a significant increase in enhanced pause ($P_{enh}$), a measure of airway obstruction, in animals exposed to $SO_2$ with ovalbumin but not in animals treated with ovalbumin or $SO_2$ alone. These experiments also indicate that near ambient levels of $SO_2$ may play a role in exacerbating allergic responses in the guinea pig.

In a human clinical study evaluating $SO_2$-induced AHR to an inhaled allergen (house dust mite), Devalia et al. (1994) found that neither $SO_2$ (0.2 ppm) nor $NO_2$ (0.4 ppm) enhanced airway response to the allergen in asthmatic individuals. However, following concurrent exposure (6 h) to $SO_2$ and $NO_2$ while at rest, subjects did exhibit an increased response to the inhaled allergen. In a subsequent study, Rusznak et al. (1996) confirmed these findings and observed that the combination of $SO_2$ and $NO_2$ enhanced airway response to house dust mite antigen up to 48 hours post-exposure.

A limited number of epidemiologic studies also examined the association between $SO_2$ and AHR. These studies are summarized in Annex Table F-1. Søyseth et al. (1995a) investigated the effect of short-term exposure to $SO_2$ and fluoride on the number of capillary blood eosinophils, and the prevalence of AHR in schoolchildren, ages 7 to 13 yr, (n = 620) from two regions in Norway, a valley containing an $SO_2$-emitting aluminum smelter (Ardal) and a similar but nonindustrialized valley (Laerdal). The median 24-h avg $SO_2$ concentration was 8 ppb (10th–90th percentile: 1, 33) in the exposed area and 1 ppb (10th–90th percentile: 0, 4) in the nonindustrialized valley. The mean number of eosinophils was significantly greater in children living near the aluminum smelter compared to the nonindustrialized area. However, within children in the exposed area, a negative concentration-response relationship was observed between mean eosinophils and previous-day 24-h avg $SO_2$. The observed association between $SO_2$ and eosinophils was limited to atopic children. In children living in the exposed area, a statistically significant positive association was observed between prevalence of AHR and previous-day 24-h avg $SO_2$ concentrations. Similar associations were observed for fluoride. The authors hypothesized that recent exposure to $SO_2$ may have induced changes in the airway leading to AHR, in addition to recruitment of eosinophils to the airways in atopic subjects. Exposure to PM was not assessed in this study.

A study by Taggart et al. (1996) examined the effect of summertime air pollution levels in northwestern England on AHR in nonsmoking, asthmatic subjects (n = 38) aged 18 to 70 years who were determined to be MCh reactors. Subjects were tested multiple times, for a total of 109 evaluable challenge tests, with a range of two to four tests per subject. The max 24-h avg $SO_2$ concentration during the study period was 40 ppb. This study reported that 24-h avg $SO_2$ levels were marginally associated with a decreased dose of MCh required for a 20% drop in the postsaline $FEV_1$ (PD20$FEV_1$).

In summary, the animal toxicological evidence suggests that repeated exposures to $SO_2$ at concentrations as low as 0.1 ppm in guinea pigs can exacerbate AHR following allergic sensitization. Two

recent human clinical studies have demonstrated an increase in airway response to an inhaled allergen in asthmatic subjects following exposures to a combination of 0.2-ppm $SO_2$ and 0.4-ppm $NO_2$. These findings are consistent with the very limited epidemiologic evidence that suggests that exposure to $SO_2$ may lead to AHR in atopic children and asthmatic adults.

## 3.1.4.5. Respiratory Illness-Related Absences

An additional concern has been the potential for $SO_2$ exposure to enhance susceptibility to, or the severity of illness resulting from respiratory infections, especially in children. School absenteeism is used as an indicator of morbidity in children caused by acute conditions. Respiratory conditions are the most frequent cause, particularly influenza and the common childhood infectious diseases. Studies discussed in this section are summarized in Annex Table F-1. Park et al. (2002) examined the association between air pollution and school absenteeism in 1,264 first- to sixth-grade students attending school in Seoul, Korea. The study period extended from March 1996 to December 1999, with a mean 24-h avg $SO_2$ concentration of 9.19 ppb (SD 4.61). Note that analyses were performed using Poisson Generalized Additive Model (GAM) with default convergence criteria. Same-day $SO_2$ concentrations were positively associated with illness-related absences (16% excess risk [95% CI: 13, 22] per 10 ppb increase in 24-h avg $SO_2$), but inversely associated with non-illness–related absences (9% decrease [95% CI: 2, 15]). $PM_{10}$ and $O_3$ concentrations also were positively associated with illness-related absences. In two-pollutant models containing $SO_2$ and either $PM_{10}$ or $O_3$, the $SO_2$ estimates were robust.

A study by Pönka (1990) observed results that were consistent with those from the Park et al. (2002) study. Pönka found that absenteeism due to febrile illnesses among children in day care centers and schools, and in adults was significantly higher on days of higher $SO_2$ concentrations (> 8.1 ppb weekly mean of 1-h avg), compared to days of lower $SO_2$ concentrations in Helsinki, Finland. In addition, on days of higher $SO_2$ concentrations, the mean weekly number of cases of upper respiratory tract infections and tonsillitis reported from health centers increased. Temperature, but not $NO_2$, was also found to be associated with febrile illnesses and respiratory tract infections. From these epidemiologic studies, it is unknown whether $SO_2$ increases susceptibility to infection or whether its presence exacerbates morbidity following infection.

Pino et al. (2004) examined the association between air pollution and respiratory illnesses in a cohort of 504 infants recruited at 4 months of age from primary health care units in southeastern Santiago, Chile. The infants were followed through the first year of life. The mean 24-h avg $SO_2$ concentration was 11.6 ppb (5th–95th percentile: 3.0, 29.0). The most frequent diagnosis during follow-up was wheezing bronchitis. No associations were observed between current-day or previous-day $SO_2$ and wheezing bronchitis, but with a 7-day lag, a 21% (95% CI: 8, 39) excess risk in wheezing bronchitis was observed per 10 ppb increase in 24-h avg $SO_2$. However, it should be noted that stronger associations were observed with $PM_{2.5}$, which was well-correlated with $SO_2$ (r = 0.73). These epidemiologic studies are summarized in Annex Table F-1.

To summarize, very few studies have examined the association between ambient $SO_2$ concentrations and absences from school or work as a result of respiratory illnesses. The limited evidence indicates a possible association between exposure to $SO_2$ concentrations and increased respiratory illnesses, particularly among young children; however, this association was also seen with PM, which was correlated with $SO_2$.

## 3.1.4.6. Emergency Department Visits and Hospitalizations for Respiratory Diseases

Total respiratory causes for ED visits and hospital admissions typically include asthma, bronchitis and emphysema (collectively referred to as COPD), upper and lower respiratory tract infections, pneumonia, and other minor categories. Temporal associations between ED visits or hospital admissions

for respiratory diseases and the ambient concentrations of $SO_2$ have been the subject of more than fifty peer-reviewed research publications since 1994. In addition to considerable statistical and analytical refinements, recent studies have examined responses of morbidity in different age groups, the effect of seasons on ED and hospital usage, and multipollutant models to characterize the effects of copollutant mixtures. The epidemiologic studies of ED visits and hospital admissions for respiratory causes are summarized in Annex Table F-2.

## All Respiratory Diseases

There are relatively few studies of ED visits for all respiratory causes in contrast to the quantity of studies that examine hospital admissions for all respiratory causes. Collectively, studies of ED visits and hospitalizations provide evidence to support an association between ambient $SO_2$ levels and ED visits and hospitalizations for all respiratory causes. When analyses were restricted by age, the results among children (0-14 years) and older adults (65+ years) were mainly positive, though not all statistically significant. The studies that examined the association of these outcomes and $SO_2$ levels among adults (15-64 years) reported a mix of positive and negative results. When all age groups were combined, the results of ED and hospitalization studies were mainly positive; however, the excess risk estimates were generally smaller compared to the children and older adults groups (see additional discussion in Section 4.2.3). It is possible that the effects observed in the combined age groups were driven by increases in the very young or older adult subpopulations. $SO_2$-related relative risks from the hospitalization and ED studies, separated by analyses among all ages and age-specific analyses, are shown in Figure 3-6. All studies that reported quantitative data are included in the figure (studies using GAM with default convergence criteria are not included). Figure 3-6, as well as Figure 3-7 are presented to assess the general consistency of the findings. Overall, the effect estimates in this figure range from a -5% to 20% excess risk in ED visits or hospital admissions for respiratory causes per 10 ppb increase in 24-h avg $SO_2$, with the large majority of studies suggesting an increase in risk.

Wilson et al. (2005) examined ED visits for all respiratory causes in Portland, ME from 1996–2000 and in Manchester, NH from 1998–2000. The mean 1-h max $SO_2$ concentration in Portland was 11.1 ppb (SD 9.1), and was higher during the winter months (mean 17.1 ppb [SD 12.0]) and lower in the summer (mean 9.1 ppb [SD 8.0]). In Manchester, the mean 1-h max $SO_2$ concentration was 16.5 ppb (SD 14.7 ppb), and also was higher in the winter months (mean 25.7 ppb [SD 15.8]) than in the summer months (mean 10.6 ppb [SD 15.1]). Though the authors reported the 1-h max $SO_2$ concentrations, they used the 24-h avg $SO_2$ concentrations in their analyses. When all ages where included in analyses, Wilson et al. (2005) found positive associations between ED visits and $SO_2$, with a 7% (95% CI: 3.0, 12) and 1% (95% CI: -3.0, 5.0) excess risk per 10 ppb increase in 24-h avg $SO_2$ at a 0-d lag in Portland, ME and Manchester, NH, respectively.

Peel et al. (2005) investigated ED visits for all respiratory causes in Atlanta, GA from 1993–2000. This study included 484,830 ED visits. The mean 1-h max $SO_2$ concentration was 16.5 ppb (SD 17.1). The researchers found a weak positive relationship between ED visits and $SO_2$, though the increased risk was not statistically significant (1.6% [95% CI: −0.6, 3.8] excess risk per 40 ppb increase in 1-h max $SO_2$). Tolbert et al. (2007) recently reanalyzed these data with four additional years of data and found similar results (0.8% [95% CI: -0.7, 2.3]). An analysis by Dab et al. (1996) examined the association between $SO_2$ and hospital admissions for all respiratory causes in Paris, France, using both the 24-h avg and 1-h max. It should be noted that these researchers observed similar effect estimates for both exposure metrics; however, only the estimate using 24-h avg was statistically significant (1.1% [95% CI: 0.1, 2.0] excess risk per 10 ppb increase in 24-h avg $SO_2$ versus 1.9% [95% CI: −1.3, 5.0]) per 40 ppb increase in 1-h max $SO_2$).



**Figure 3-6.** Relative risks (95% CI) of SO₂-associated emergency department visits and hospitalizations for all respiratory causes among all ages and separated by age group. Risk estimates are standardized per 10 ppb increase in 24-h avg SO₂ concentrations or 40 ppb increase in 1-h max SO₂ (*).

When analyses were stratified to include only children (0-14 years), evidence of a modest association between $SO_2$ and ED visits or hospitalizations for all respiratory causes in children was reported in several Australian (Barnett et al., 2005; Petroeschevsky et al., 2001) and European (Anderson et al., 2001 [using GAM default convergence criteria]; Atkinson et al., 1999a; 1999b) studies. Excess risks ranging from 3% to 22% per 10 ppb increase in 24-h avg $SO_2$ were reported by these studies. In a multicity study spanning Australia and New Zealand, Barnett et al. (2005) compared hospital admission data collected from 1998–2001 with ambient $SO_2$ concentrations, where the mean 24-h avg $SO_2$ concentration ranged from 0.9 to 4.8 ppb. The authors found a 22% (95% CI: 5, 42) excess risk per 10 ppb increment in 24-h avg $SO_2$ among children (1-4 years) in these cities. Petroeschevsky et al. (2001) found similar results for the 0-4 age group in their Brisbane, Australia study (22.4% increase [95% CI: 8.7, 37.7]). However, some additional U.S. (Wilson et al., 2005), European (Fusco et al., 2001 [using GAM default convergence criteria]; Ponce de Leon et al., 1996), and Latin American (Braga et al., 1999; 2001) studies did not find statistically significant associations between ambient $SO_2$ concentrations and hospitalizations for all respiratory causes among children.

Wilson et al. (2005) found a positive association between ED visits and $SO_2$, with a 16% (95% CI: 7.0, 22.0) excess risk per 10 ppb increase in 24-h avg $SO_2$ at a 0-d lag in Portland, and a 7% (95% CI: -5.0, 21.0) in Manchester, NH when only older adults (65+ years) were considered. In another two-city study, Schwartz (1995) compared 13,740 hospital admission among older adults in New Haven, CT and Tacoma, WA from 1988–1990 with ambient $SO_2$ concentrations. The mean 24-h avg $SO_2$ concentration was 29.8 ppb (90[th] percentile: 159) in New Haven and 16.8 ppb (90[th] percentile: 74) in Tacoma. Schwartz found positive associations between hospitalizations and $SO_2$, with a 2% (95% CI: 1.0, 3.0) excess risk at a 2-d lag in New Haven and 3% (95% CI: 1.0, 6.0) excess risk at a 0-d lag in Tacoma per 10 ppb increase in 24-h avg $SO_2$. In two-pollutant models, the $SO_2$ effect estimate from New Haven, but not Tacoma, was found to be robust to adjustment for $PM_{10}$. Here, the term robust is used to indicate that there was little change in the magnitude of the central estimate, though statistical significance may have been lost. In Vancouver, BC, both Fung et al. (2006) and Yang et al. (2003b) also found positive associations between hospitalizations among older adults and $SO_2$. In a multipollutant model including coefficient of haze (CoH), $NO_2$, $O_3$, and CO, the $SO_2$ effect estimate diminished slightly (Yang et al., 2003b).

Additional evidence of a positive association between ED visits or hospitalizations for all respiratory causes among older adults and $SO_2$ comes from several European (Spix et al., 1998; Sunyer et al., 2003a; Vigotti et al., 1996) and Australian (Petroeschevsky et al., 2001) studies. Excess risks ranging from 1% to 12% per 10 ppb increase in 24-h avg $SO_2$ were reported by these studies. Petroeschevsky et al. (2001) examined 33,710 hospital admissions in Brisbane, Australia from 1987–1994. The mean 24-h avg $SO_2$ concentration was 4.1 ppb, and was highest in the winter months (4.8 ppb) and lowest in the spring (3.7 ppb). Petroeschevsky et al. found a 12% (95% CI: 2.0, 23.0) excess risk per 10 ppb increase in 24-h avg $SO_2$ at 0-d lag. Additional European studies did not find statistically significant associations between ambient $SO_2$ concentrations and ED visits or hospitalizations for all respiratory causes among older adults (Anderson et al., 2001 [using GAM with default convergence criteria]; Atkinson et al., 1999a; 1999b; Ponce de Leon et al., 1996; Schouten et al., 1996).

In summary, studies generally observed small, positive associations between ambient $SO_2$ concentrations and ED visits and hospitalizations, particularly among children and older adults (65+ years). The positive evidence from these studies is supported by the results of panel, human clinical, and limited toxicological studies that also found a positive relationship between $SO_2$ levels and adverse respiratory outcomes.

## Asthma

Studies of ED visits and hospitalizations provide evidence to support an association between ambient $SO_2$ levels and ED visits and hospitalizations for asthma. The results from the hospitalization and ED studies, separated by analyses among all ages and age-specific analyses, are shown in Figure 3-7. Overall, central effect estimates in the figure range from a -10% to 40% excess risk in ED visits and

hospitalizations for asthma per 10 ppb increase in 24-h avg $SO_2$. Most of the effect estimates are positive (suggesting an association with $SO_2$ and ED visits and hospitalizations for asthma), though few are statistically significant at the 95% confidence level.

When all ages were included in the analyses, Wilson et al. (2005) found a positive association between ED visits and $SO_2$, with an 11% (95% CI: 2, 20) excess risk per 10 ppb increase in 24-h avg $SO_2$ at a 0-d lag in Portland, ME and a positive, though not statistically significant association in Manchester, NH (6% increase [95% CI: -4, 17]). Ito et al. (2007b) found a 36% (95% CI: 22.2, 51.2) excess risk in asthma ED visits per 10 ppb increase in 24-h avg $SO_2$ during warm months in New York City. This effect was robust to the inclusion of $PM_{2.5}$ in the model, though this association was diminished once $NO_2$ was included in the model. Another study conducted in New York City (NY DOH, 2006) found a 10% (95% CI: 5, 15) excess risk in asthma hospital admissions per 10 ppb increase in 24-h avg $SO_2$ for Bronx residents, but a null association for the residents of Manhattan (-1% [95% CI: -11, 11]). A study conducted in Atlanta (Peel et al., 2005) found a null relationship between asthma ED visits and 1-h max $SO_2$ (0.2% increase [95% CI: -3.2, 3.4]). A study by Jaffe et al. (2003) examined the association between $SO_2$ and ED visits for asthma in three cities in Ohio – Cincinnati, Cleveland, and Columbus – in asthmatics aged 5 to 34 years. The mean 24-h avg $SO_2$ concentrations were 14 ppb (range: 1–50) in Cincinnati, 15 ppb (range: 1-64) in Cleveland, and 4 ppb (range: 0–22) in Columbus. A positive association was observed in the multicity analysis, with a 6.1% (95% CI: 0.5, 11.5) excess risk in asthma visits observed per 10 ppb increase in 24-h avg $SO_2$. In the city-stratified analyses, significant associations were observed only for Cincinnati (17.0% [95% CI: 4.6, 30.8]).

When analyses were stratified to include children (0-14 years) only, Wilson et al. (2005) found positive, but not statistically significant associations between ED visits and $SO_2$ in Portland, ME (5% [95% CI: -12, 25]) and Manchester, NH (20% [95% CI: -3, 49]). Similarly, Lin et al. (2003b) observed a positive association between hospitalizations for asthma and $SO_2$ among girls (30% [95% CI: 6, 60]), and a negative association for boys (-10% [95% CI: -23.4, 5.8] Toronto, ON; mean 24-h avg $SO_2$ of 5.36 ppb [SD 5.90]). Stronger evidence comes from a study of childhood asthma hospitalizations conducted in Bronx County, New York (Lin et al., 2004e). In this study, the authors conducted a case-control study of children aged 0-14 years and examined the association of daily ambient $SO_2$ concentrations (categorized into quartiles of both avg and max levels) and cases admitted to the hospital for asthma or controls who were admitted for reasons other than asthma. The mean 24-h avg $SO_2$ was below 17 ppb for both cases and controls across all lag days examined. The authors found that cases were exposed to higher 24-h avg $SO_2$ than controls. When the highest exposure quartile was compared with the lowest, the ORs were strongest when a 3-day lag was employed (OR 2.16 [95% CI: 1.77, 2.65] for 24-h avg $SO_2$; OR 1.86 [95% CI: 1.52, 2.27] for 1-h max $SO_2$). The results were positive and statistically significant for all lag days examined. These results suggest a consistent positive association between $SO_2$ exposure and hospitalizations for childhood asthma.

Additional evidence of a positive association between ED visits or hospitalizations for asthma among children and $SO_2$ comes from several European (Anderson et al., 1998; Atkinson et al., 1999a; 1999b; Hajat et al., 1999; Sunyer et al., 1997; 2003a [using GAM with default convergence criteria]; Thompson et al., 2001) and Asian (Park et al., 2002 [using GAM with default convergence criteria] ) studies. Excess risks ranging from 2% to 10% per 10 ppb increase in 24-h avg $SO_2$ were reported by these studies. Several of these studies observed that the $SO_2$ effect estimate was robust to adjustment for BS and $NO_2$ (Anderson et al., 1998; Sunyer et al., 1997), but one study observed that the $SO_2$ effect diminished considerably with adjustment for $PM_{10}$ and benzene (Thompson et al., 2001). Atkinson et al. (1999a) compared 165,032 respiratory hospital admissions in London from 1992–1994 with ambient $SO_2$ levels (mean 24-h avg of 7.2 ppb [SD 4.7]). They found a 10% (95% CI: 4.0, 16.0) excess risk per 10 ppb increase in 24-h avg $SO_2$ at 1-d lag for children aged 0-14 years. Additional European (Fusco et al., 2001 [using GAM with default convergence criteria]), Australian (Barnett et al., 2005; Petroeschevsky et al., 2001), Asian (Ko et al., 2007b; Lee et al., 2006a) and Latin American (Gouveia and Fletcher, 2000) studies did not find statistically significant associations between ambient $SO_2$ concentrations and hospitalizations for all respiratory causes among children.



**Figure 3-7.    Relative risks (95% CI) of SO₂-associated emergency department visits and hospitalizations for asthma among all ages and age-specific groups. Risk estimates are standardized per 10 ppb increase in 24-h avg SO₂ concentrations or 40 ppb increase in 1-h max SO₂ (*).**

In summary, small, positive associations were observed between ambient $SO_2$ concentrations and ED visits and asthma hospitalizations. Evidence from these studies is further supported by the results of panel and human clinical studies that have also found $SO_2$-related respiratory effects in asthmatics.

## Chronic Obstructive Pulmonary Disease

There are relatively few studies that have examined the association of ED visits and hospitalizations for COPD and ambient $SO_2$ levels, and very little evidence that an association exists. A recent study (Ko et al., 2007a) found a significant association between hospital admissions for COPD (not including asthma) in Hong Kong (1.8% [95% CI: 0.3, 3.8]) excess risk per 10 ppb increase in 24-h avg $SO_2$ concentration). Three additional studies reported positive and statistically significant results for COPD and $SO_2$; all three studies included asthma in their diagnostic definition of COPD (Anderson et al., 2001; Moolgavkar, 2003a; Sunyer et al., 2003b). Anderson et al. (1999) reported a 12% (95% CI: 5.0, 20.0) excess risk per 10 ppb increase in 24-h avg $SO_2$ among children, while Moolgavkar (2003b) and Sunyer et al. (2003b) found 5% and 2% excess risks per 10 ppb increase in 24-h avg $SO_2$ among older adult populations, respectively. Other studies examining COPD did not find statistically significant results (Atkinson et al., 1999a; Burnett et al., 1999 [using GAM with default convergence criteria]; Michaud et al., 2004).

Overall, this limited and inconsistent evidence does not support a relationship between ED visits and hospitalizations for COPD and ambient $SO_2$ levels.

## Respiratory Diseases Other than Asthma or COPD

Studies of ED visits or hospital admissions for other respiratory diseases looked at several other specific outcomes. There are limited studies with mixed results for upper respiratory tract infections (Burnett et al., 1999 [using GAM with default convergence criteria]; Hajat et al., 2002 [using GAM with default convergence criteria]; Lin et al., 2005; Peel et al., 2005), pneumonia (Barnett et al., 2005; Moolgavkar et al., 1997 [using GAM with default convergence criteria]; Peel et al., 2005), bronchitis (Barnett et al., 2005; Michaud et al., 2004), and allergic rhinitis (Hajat et al., 2002 [using GAM with default convergence criteria]; Villeneuve et al., 2006b). The limited evidence is suggestive of an association between $SO_2$ levels and ED visits or hospitalizations for lower respiratory tract diseases (Atkinson et al., 1999a; Farhat et al., 2005 [using GAM with default convergence criteria]; Hajat et al., 2002 [using GAM with default convergence criteria]; Lin et al., 1999; Martins et al., 2002 [using GAM with default convergence criteria]). All of the studies that characterized this relationship found a positive and statistically significant excess risk associated with increases in $SO_2$. Excess risks ranging from 3% to 33% per 10 ppb increase in 24-h avg $SO_2$ were reported by these studies.

In summary, only a few studies provide results for respiratory health outcomes other than asthma and COPD, and these results are mixed. This makes it difficult to draw conclusions about the effects of $SO_2$ on these diseases. Limited evidence is indicative of an association between ambient $SO_2$ levels and ED visits for lower respiratory tract diseases.

## Summary of Evidence on Emergency Department Visits and Hospitalizations for Respiratory Diseases

Small, positive associations exist between ambient $SO_2$ concentrations and ED visits and hospitalizations for all respiratory causes, particularly among children and older adults (65+ years). Similar associations are found for asthma. The $SO_2$-related changes in ED visits or hospital admissions for respiratory causes ranged from -5% to 20% excess risk, with the large majority of studies suggesting an increase in risk. Mean 24-h avg $SO_2$ levels ranged from 1 to 30 ppb in these studies, with maximum values ranging from 12 to 75 ppb. No association was observed between $SO_2$ levels and ED visits and

hospitalizations for COPD. Given the limited number of studies with mixed results, it is difficult to draw conclusions about the effect of $SO_2$ on other respiratory diseases, though studies of lower respiratory tract diseases are somewhat indicative of an association.

The potential influence of copollutants has not been systematically considered in the epidemiologic literature. A limited subset of the studies examined potential confounding by copollutants using multipollutant regression models. Figure 3-8 presents $SO_2$ excess risk estimates with and without adjustment for various copollutants. PM and $NO_2$ are the main foci, since these pollutants have been found to be highly-correlated with $SO_2$ in epidemiologic studies and have known respiratory health effects. Multipollutant regression analyses indicated that although copollutant adjustment had varying degrees of influence on the $SO_2$ effect estimates, the effect of $SO_2$ on respiratory health outcomes appeared to be generally robust and independent of the effects of gaseous copollutants, including $NO_2$ (Anderson et al., 1998; Lin et al., 2004c; Sunyer et al., 1997), and $O_3$ (Anderson et al., 1998; Hajat et al., 1999; Tsai et al., 2006; Yang et al., 2003b; 2005). The evidence for $PM_{10}$ was less consistent, with three studies finding that positive $SO_2$ effect estimates became negative, though not statistically significant, with the inclusion of $PM_{10}$ in the model (Galan et al., 2003; Schwartz, 1995 [in New Haven, CT]; Tsai et al., 2006 [in Tacoma, WA]). Several other studies found the effects estimates for $SO_2$ to be generally robust to the inclusion of $PM_{10}$ in the model (Burnett et al., 1997b; Hagen et al., 2000; Hajat et al., 1999 [using GAM with default convergence criteria]; Schwartz, 1995 [in New Haven, CT]). The studies that examined $PM_{2.5}$ and $PM_{10-2.5}$ in copollutant models found that the $SO_2$ estimates were generally robust to the adjustment for PM of these size fractions (Burnett et al., 1997b; Ito et al., 2007; Lin et al., 2003b; NY DOH, 2006).

The results of several studies (Anderson et al., 1998; Hajat et al., 1999; Schouten et al., 1996; Spix et al., 1998; Wong et al., 1999a) have demonstrated a greater increase in ED visits and hospitalizations for respiratory illnesses during the summer months, despite the fact that the avg concentrations for $SO_2$ in some of the areas studied were greatest in winter. In contrast, some studies found the associations between ED visits and hospital admissions and respiratory disease with similar increases in $SO_2$ to be greater in winter than summer (Vigotti et al., 1996; Walters et al., 1994). Other studies were unable to discern a seasonal difference in ED visits and hospitalizations for respiratory causes (Castellsague et al., 1995; Tenias et al., 1998; Wong et al., 2002c [using GAM with default convergence criteria]). These effects were not consistent across age groups. Warmer months were more likely to show evidence of an association with adverse respiratory outcomes in children, while older adults appeared more likely to be affected during the cooler months. These seasonal associations remain somewhat uncertain and require additional investigation.

In conclusion, a large number of epidemiologic studies provide evidence of an association between ambient $SO_2$ concentrations and ED visits and hospitalizations for all respiratory causes, in particular among children and older adults (65+ years), and for asthma. The findings are generally robust when additional copollutants are included in the model. These associations are supported by panel studies that observed $SO_2$-related increases in asthma and other respiratory symptoms in children, and human clinical and animal toxicological studies that found a positive relationship between $SO_2$ exposure and various respiratory outcomes.



**Figure 3-8.    Relative risks (95% CI) of SO₂-associated emergency department visits (*) and hospitalizations for all respiratory causes and asthma, with and without copollutant adjustment. Risk estimates are standardized per 10 ppb increase in 24-h avg SO₂ concentrations or 40 ppb increase in 1-h max SO₂.**

### 3.1.4.7. SO₂-PM Interactions and Other Mixture Effects

As discussed earlier, $SO_2$ is a component of complex air pollution mixtures that vary geographically and temporally (e.g., by hour, week, and season). The 1982 AQCD addressed the question of possible effects of PM on the response to $SO_2$. It was noted that sorption of $SO_2$ onto liquid or solid particles, which may act as carriers, tended to increase its potency in animal toxicological experiments. However, the mechanism for the effect was not known. Since then, additional animal studies have demonstrated respiratory responses following inhalation of $SO_2$ which was adsorbed onto metal oxide or carbon particles. These studies are summarized in Annex Table E-4 and both confirm and extend earlier findings. In all of the recent studies, the resulting particles were submicron in size; they would be expected to deposit in the lower respiratory tract. Acute and subacute exposures to $SO_2$ and PM resulted in additive or more-than-additive effects on pulmonary resistance (Amdur et al., 1983; Chen et al., 1991), diffusing capacity for CO (Amdur et al., 1988), AHR following an acetylcholine challenge (Amdur et al., 1988; Chen et al., 1992), and decreased host defense responses (Clarke et al., 2000; Jakab et al., 1996). Many of these studies reported transformation of $SO_2$ to sulfite, sulfate, sulfur trioxide and $H_2SO_4$ depending on conditions of temperature and relative humidity (Amdur et al., 1983; 1988; Chen et al., 1991; Clarke et al., 2000; Jakab et al., 1996). Respiratory responses observed in these experiments were in some cases attributed to the formation of particular sulfur-containing species. For example, repeated exposure to 20 $\mu g/m^3$ carbon black-associated sulfate resulted in impaired host defenses (Clarke et al., 2000). However, the relevance of these animal toxicological studies has been called into question because concentrations of both PM (1 $mg/m^3$ and higher) and $SO_2$ (1 ppm and higher) utilized in these studies are much higher than ambient levels. Furthermore, the $SO_2$-adsorbed PM utilized in some of these studies is not representative of ambient PM. For example, some of the laboratory-generated aerosols contained sulfite but atmospheric chemistry studies do not indicate significant amounts of sulfite ion in atmospheric PM. In summary, animal toxicological studies conducted since the last review suggest that $SO_2$ effects may be potentiated by coexposure to PM but the relevance of these results to ambient exposures is not clear.

The 1982 AQCD also described an informative study of complex air pollutants which was conducted in dogs (Stara et al., 1980). In dogs that were exposed to $SO_2 + H_2SO_4$, with or without irradiated or non-irradiated auto exhaust concentrations relevant to urban exposures, functional lung changes were observed at 61 months of exposure and at 2 years after exposures ended. Morphological and biochemical changes were observed at 2.5-3 years after exposure. Additional animal studies have been conducted since the 1982 AQCD which involved binary mixtures, laboratory-generated complex mixtures (e.g., simulation of regional air pollution), or actual ambient air mixtures. Annex Tables E-5 through E-7 summarize results from short-term studies on possible toxicity relationships between $SO_2$ and $O_3$, $SO_2$ and sulfates, as well as the effects of complex air pollution mixtures in healthy animals and disease models. Possible interactions between $SO_2$ and cold air were also examined (Annex Table E-8). Generally, most studies with ambient or laboratory-generated complex mixtures did not include a $SO_2$-only exposure group, making it difficult to determine the contribution of $SO_X$. No definitive conclusions can be made from these studies.

### 3.1.4.8. Summary of Evidence on the Effect of Short-Term (≥ 1 h) Exposure on Respiratory Health

Numerous epidemiologic studies have observed associations between short-term (≥ 1-h, generally 24-h avg) exposure to $SO_2$ and respiratory health effects, ranging from respiratory symptoms to ED visits and hospital admissions for respiratory causes. The associations between ambient $SO_2$ concentrations and several respiratory outcomes were generally consistent, with the large majority of studies showing positive associations, and multicity studies, as well as several single-city studies, indicating statistically significant findings. The effects on lung inflammation and AHR related to short-term exposure to $SO_2$ at

levels as low as 0.1 ppm found in animal toxicological studies provide a degree of coherence and biological plausibility for the observed epidemiologic associations. In addition, the causal respiratory effects of peak exposures (5-10 min) of $SO_2$ at levels as low as 0.2 ppm found in the human clinical studies of asthmatics (see Section 3.1.3.) provide further evidence of biological plausibility for the effects associated with short-term exposure to $SO_2$.

Two recent multicity studies (Mortimer et al., 2002; Schildcrout et al., 2006) and several other studies (Delfino et al., 2003a; Neas et al., 1995; van der Zee et al., 1999) have found an association between short-term ambient $SO_2$ concentrations and respiratory symptoms in children. In the limited number of studies that assessed potential confounding by copollutants using multipollutant models, the $SO_2$ effect on respiratory symptoms was generally found to be robust to adjustment for copollutants. These findings indicate an association between short-term exposure to ambient $SO_2$ exposure and respiratory symptoms in children, particularly those with asthma. Several recent studies (Desqueyroux et al., 2002a; 2002b; van der Zee et al., 2000) found no association between ambient $SO_2$ levels and respiratory symptoms in adults, though there was limited epidemiologic evidence which suggested that atopic adults as well as children may be at increased risk for $SO_2$-induced respiratory symptoms (Boezen et al., 1999; 2005).

Epidemiologic studies do not provide strong evidence for an association between short-term ambient $SO_2$ exposure and lung function in either children (Delfino et al., 2003a; Mortimer et al., 2002; Roemer et al., 1998) or adults (e.g., Peters et al., 1996a; Taggart et al., 1996). Several other studies reported positive results; however, the generally mixed findings, as well as the relative lack of evidence available to evaluate potential confounding by copollutants, limits the causal interpretation of ambient $SO_2$ on lung function.

Only one epidemiologic study (Adamkiewicz et al., 2004) evaluated inflammation, as indexed by eNO, and found no association with $SO_2$ exposure. Animal toxicological studies found that repeated exposure to $SO_2$ leads to increased airway inflammation in two models involving animals which were sensitized to an antigen (Li et al., 2007; Park et al., 2001a). Studies of other ambient pollutants indicate that influx of macrophages and other inflammatory cells, with the related release of cytokines, is a common response to injury.

Effects of short-term exposure to $SO_2$ on AHR have been observed. In two animal toxicological studies, repeated exposure to 0.1 ppm $SO_2$ led to AHR in guinea pigs sensitized to an antigen (Park et al., 2001a; Riedel et al., 1988). Human clinical studies by Devalia et al. (1994) and Rusznak et al. (1996) demonstrated enhanced airway responses to an inhaled allergen in asthmatic subjects following exposure to a combination of $SO_2$ (0.2 ppm) and $NO_2$ (0.4 ppm). This effect was not observed following exposure to either $SO_2$ or $NO_2$ alone. These findings of increased airway resistance are in concordance with the limited epidemiologic study results that showed $SO_2$-induced increases in AHR among atopic children and asthmatic adults (Soyseth et al., 1995a; Taggart et al., 1996).

Epidemiologic studies provide evidence for an association between ambient $SO_2$ levels and ED visits and hospitalizations for all respiratory diseases in two susceptible populations: children (Dab et al., 1996; Petroeschevsky et al., 2001; Walters et al., 1994) and older adults (65+ years) (Fung et al., 2006; Schwartz, 1995; Spix et al., 1998; Wong et al., 1999a). Evidence for an association between ambient $SO_2$ levels and these outcomes in non-elderly adults was weaker. A modest association between ambient $SO_2$ and ED visits and hospitalizations for asthma was also observed. $SO_2$ effect estimates were generally robust to the inclusion of copollutants, including PM, $O_3$, CO and $NO_2$, indicating that the observed effects of $SO_2$ on respiratory endpoints is independent of the effects of other ambient air pollutants.

In summary, recent epidemiologic studies, supported by a limited number of animal toxicological studies conducted at near ambient concentrations, indicate an association between short-term ($\geq$ 1-h, generally 24-h avg) exposure to $SO_2$ and several measures of respiratory health, including respiratory symptoms, inflammation, airway hyperreponsiveness, and ED visits and hospitalizations for respiratory causes. The epidemiologic evidence further observed that the $SO_2$-related respiratory effects were more pronounced in asthmatic children and older adults (65+ years).

## 3.1.5. Evidence of the Effects of $SO_2$ on Respiratory Morbidity from Intervention Studies

Many epidemiologic studies have examined the association of short-term $SO_2$ concentrations and various respiratory morbidity outcomes. These studies collectively suggest that increased ambient $SO_2$ concentrations are associated with increased risk of respiratory outcomes, ranging from respiratory symptoms to ED visits and hospitalizations. Further contributing to the evidence base are intervention studies that reported decreases in respiratory morbidity following improvements in air quality, particularly reductions in $SO_2$ concentrations.

In Hong Kong, a sudden change in regulation in July 1990 required all power plants and road vehicles to use fuel oil with a sulfur content of $\leq 0.5\%$ by weight. These regulations were enforced quickly, and provided opportunities to observe changes in morbidity before and after the intervention. Peters et al. (1996b) followed 3,521 children (mean age 9.5 years) residing in two districts with good and poor air quality before the intervention from 1989 to 1991. The intervention resulted in large reductions in $SO_2$ (up to 80% in polluted district), along with a modest reduction in sulfate (38% in polluted district). Only a small change in TSP levels was observed after the intervention (15% decline in polluted district). In 1989 and 1990, an excess risk of respiratory symptoms was observed in the polluted district. After the intervention, there was a greater decline in reported symptoms of cough, sore throat, phlegm, and wheezing in the polluted compared with the unpolluted district. For example, the OR for cough, comparing the polluted to the unpolluted district, was 1.22 (95% CI: 1.05, 1.42) in 1989 and 1990, and decreased to 0.92 (95% CI: 0.73, 1.15) in 1991.

A study by Keles et al. (1999) evaluated the prevalence of chronic rhinitis among high school students before and after installation of a natural gas network for domestic heating and industrial works, in a polluted area of Istanbul, Turkey. Concentrations of CO, $NO_2$, and hydrocarbons were relatively low compared to $SO_2$ and TSP in this area. After the intervention, the annual mean TSP concentration declined by 23% from 89.7 $\mu g/m^3$ to 68.8 $\mu g/m^3$. An even greater decline (46%) was observed for $SO_2$, from an annual mean of 70.8 ppb to 38.2 ppb. The prevalence of rhinitis decreased significantly from 62.5% to 51% of the student population (p < 0.05) following the installation of the natural gas network. Symptoms of rhinitis were associated with air pollution levels, but not with any of the other factors considered, including sex, household crowding, heating source, and smoking status. Although the effects from TSP could not be separated from $SO_2$ effects, this study demonstrated that reductions in both pollutants (with greater declines in $SO_2$) resulted in significant reductions in the prevalence of chronic rhinitis in a highly polluted area.

Another study in Germany observed that reductions in air pollutant levels were associated with improvement in reported respiratory symptoms. Heinrich et al. (2002) examined the influence of reduced air pollution levels on respiratory symptoms in children aged 5 to 14 years (n = 7,632). Questionnaires were collected from the children during 1992–1993, 1995–1996, and 1998–1999 in three study areas. During the study period, $SO_2$ concentrations decreased by more than 90% and TSP concentrations decreased by approximately 60%. Concentrations of nucleation-mode particles (10-30 nm) increased during this time period. For most respiratory outcomes, the prevalence continued to decline in each of the three surveys. The temporal changes followed similar trends in all three study areas. Stronger effects between $SO_2$ and prevalence of respiratory symptoms were observed among children without indoor exposures. For those without indoor exposures, ORs of 1.21 (95% CI: 1.11, 1.32) were observed for prevalence of bronchitis and 1.11 (95% CI: 1.02, 1.22) for frequent colds per 5-ppb increase in the annual mean of $SO_2$. Frye et al. (2003) reported changes in lung function parameters associated with declines in $SO_2$ concentrations in 2,493 children during this period as well. The researchers observed a 0.6% (95% CI: 0.1, 1.2) increase in FVC and a 0.4% (95% CI: -0.1, 0.9) increase in $FEV_1$ per 5-ppb decrease in the annual mean of $SO_2$. They concluded that the decreasing prevalence of respiratory symptoms and the increase in lung function following decreases in air pollution levels might indicate the reversibility of adverse health effects in children.

In summary, these studies observed that improvements in air quality, in particular large decreases in $SO_2$ concentrations, were associated with improvements in respiratory symptoms and lung function. However, the decreased respiratory morbidity following large reductions in ambient $SO_2$ concentrations does not preclude the possibility that other constituents of the pollution mixture that share the same source as $SO_2$ are also responsible for adverse effects. In the German and Turkey studies, both $SO_2$ and TSP concentrations decreased dramatically. Although $PM_{10}$ levels before and after the intervention were stable in Hong Kong, large reductions in ambient nickel and vanadium were observed concomitantly with reductions of sulfur after the intervention (Hedley et al., 2006). Animal toxicological studies conducted at higher concentrations ($\geq 1$ mg/m$^3$ PM and $\leq 1$ ppm $SO_2$) suggest that $SO_2$ effects may be potentiated by coexposure to PM, but the relevance of these results to ambient exposures is not clear. The improvements in respiratory health may be jointly attributable to declines in both $SO_2$ and PM. Considered collectively with the larger body of evidence from epidemiologic, human clinical, and animal toxicological studies, these intervention studies are supportive of $SO_2$-related effects on respiratory morbidity.

## 3.1.6. Summary of Evidence of the Effect of Short-Term $SO_2$ Exposure on Respiratory Health

Evaluation of the health evidence led to the conclusion that there is *a causal relationship between respiratory morbidity and short-term exposure to* $SO_2$. This conclusion is supported by the consistency, coherence, and plausibility of findings observed in human clinical studies with 5-10 min exposures, epidemiologic studies using largely 24-h avg exposures, and animal toxicological studies using exposures of minutes to hours.

The strongest evidence for this causal relationship comes from human clinical studies reporting respiratory symptoms and decreased lung function following peak exposures of 5-10 min duration to $SO_2$. These effects have been observed consistently across studies involving exercising mild to moderate asthmatics. Statistically significant decrements in lung function accompanied by respiratory symptoms including wheeze and chest tightness have been clearly demonstrated following exposure to 0.4-0.6 ppm $SO_2$. Although studies have not reported statistically significant respiratory effects following exposure to 0.2-0.3 ppm $SO_2$, some asthmatic subjects (5-30%) have been shown to experience moderate to large decrements in lung function at these exposure concentrations.

A larger body of evidence supporting this determination of causality comes from numerous epidemiologic studies reporting associations with respiratory symptoms, ED visits, and hospital admissions with short-term $SO_2$ exposures, generally of 24-h avg. Important new multicity studies and several other studies have found an association between 24-h avg ambient $SO_2$ concentrations and respiratory symptoms in children, particularly those with asthma. Furthermore, limited epidemiologic evidence indicates that atopic children and adults may be at increased risk for $SO_2$-induced respiratory symptoms. Generally consistent and robust associations also were observed between ambient $SO_2$ concentrations and ED visits and hospitalizations for all respiratory causes, particularly among children and older adults (65+ years), and for asthma. Results of experiments in laboratory animals support these observations; studies in animals sensitized with antigen demonstrate that repeated exposure to near ambient $SO_2$ levels (as low as 0.1 ppm in guinea pigs) can exacerbate allergic responses including airway inflammation and AHR.

Mean 24-h avg $SO_2$ levels ranged from 1 to 30 ppb in the epidemiologic studies, with maximum values ranging from 12 to 75 ppb. In the human clinical studies, respiratory effects were observed in exercising asthmatics following 5-10 min exposure to $SO_2$ at levels as low as 0.2 ppm. 5-min $SO_2$ data acquired from a limited number of ambient monitoring sites across the U.S. during the years 1997 to 2006 indicated that 0.2% of the hourly maximum 5-min avg were at or above a concentration of 0.2 ppm. It is difficult to unequivocally relate the 24-h avg $SO_2$ concentrations typically assessed in epidemiologic studies with the peak exposures in the human clinical studies. The apparent gap between the $SO_2$

concentrations at which respiratory health effects are observed in the epidemiologic studies and the human clinical studies may be partially attributable to the differences in the study type (e.g., sample size, study subject selection, exposure conditions). Collectively, the findings from both human clinical and epidemiologic studies provide a strong basis for concluding a causal relationship between respiratory morbidity and short-term exposure to $SO_2$.

# 3.2. Systemic Morbidity Associated with Short-Term $SO_2$ Exposure

## 3.2.1. Summary of Findings from the Previous Review

The studies reviewed in the 1982 AQCD primarily investigated respiratory health outcomes. There were no key animal toxicological or human clinical studies available at the last review to address effects of $SO_2$ exposure on the cardiovascular system. The only report was a study in dogs exposed to air pollutant mixtures ($SO_2 + H_2SO_4$ with or without nonirradiated or irradiated auto exhaust) (Stara et al., 1980). No changes were observed in cardiovascular function at the end of 3 years of exposure and 3 years after exposure. No epidemiologic studies linking exposure to $SO_2$ with cardiovascular physiological endpoints or ED visits or hospital admissions for cardiovascular causes were examined in the last review. Furthermore, no studies of $SO_2$ effects on other organ systems were addressed in the 1982 AQCD.

## 3.2.2. Cardiovascular Effects Associated with Short-Term Exposure

The biological basis for $SO_2$-related cardiovascular health effects may lie in the stimulation of chemosensitive receptors found in the respiratory tract which respond to irritants like $SO_2$. Vagally-mediated responses may affect the cardiovascular system by inducing bradycardia and either hypotension or hypertension, as discussed in Section 3.1.2. Alternatively oxidation reactions mediated by the $SO_2$ metabolites sulfite and bisulfite which have been absorbed into the systemic circulation may potentially alter cardiovascular function. In general, vagally-mediated responses have been observed at lower concentrations of $SO_2$ than oxidative injury.

Since 1982, several animal toxicological studies have addressed the effects of $SO_2$ on cardiovascular endpoints. These are summarized below and in Annex Table E-9. In addition, there is one noteworthy study examining the hematological effects of short-term $SO_2$ exposure (Annex Table E-10). Acute exposure of rats to 0.87 ppm $SO_2$ for 24 h resulted in increased hematocrit, sulfhemoglobin and osmotic fragility as well as decreased whole blood and packed cell viscosities (Baskurt, 1988). These results indicate a systemic effect of inhaled $SO_2$ and are consistent with an oxidative injury to red blood cells. Only one study since 1982 measured systemic levels of sulfite or bisulfite following $SO_2$ inhalation (Gunnison et al., 1987; Annex Table E-11). Further studies are required to confirm that inhalation exposures of $SO_2$ at or near ambient levels increase blood sulfite and bisulfite levels sufficiently for oxidative injury to blood cells or other tissues.

Recent epidemiologic studies have examined the association between air pollution and cardiovascular effects, including increased heart rate (HR), reduced heart rate variability (HRV), incidence of ventricular arrhythmias, changes in blood pressure, incidence of myocardial infarctions (MI), and ED visits and hospitalizations due to cardiovascular causes. The results of these cardiovascular studies are summarized in Annex Tables F-3 and F-4.

### 3.2.2.1. Heart Rate and Heart Rate Variability

Heart rate variability (HRV) is generally determined by analyses of time (e.g., standard deviation of normal R-R intervals [SDNN]) and frequency domains (e.g., low frequency [LF] / high frequency [HF] ratio by power spectral analysis, reflecting autonomic balance) measured during 24 h of electrocardiography (ECG). Brook et al. (2004) stated that HRV, resting heart rate, and blood pressure are modulated by a balance between the two determinants of autonomic tone (the sympathetic and parasympathetic nervous systems). An imbalance of cardiac autonomic control may predispose susceptible people to greater risk of ventricular arrhythmias and mortality from cardiovascular causes (Brook et al., 2004; Liao et al., 2004).

A limited number of human clinical studies examined the effect of $SO_2$ on HRV. During a controlled exposure of 12 healthy subjects and 12 subjects with asthma to 0.2 ppm $SO_2$ for 1 h under resting conditions, Tunnicliffe et al. (2001) reported that HF power, LF power, and total power were higher with $SO_2$ exposures compared to air exposure in the healthy subjects, but that these indices were reduced during $SO_2$ exposure in the subjects with asthma. The LF/HF ratios were unchanged in both groups. The authors postulated two autonomic pathways for $SO_2$-mediated bronchoconstriction. In healthy subjects, the dominant pathway was proposed to be the rapidly adapting receptor/C-fiber route, which results in activation of a central nervous system reflex with an increase in vagal tone. In the asthmatic subjects, proximal airway narrowing was proposed as the dominant response, possibly through neurogenic inflammation. This likely causes a compensatory central nervous system-mediated reduction in vagal tone, resulting in bronchodilation of the distal airway. While there were no detectable changes in symptoms or lung function in either of the groups, this study provides some evidence that exposure to $SO_2$ may elicit systemic responses at these low levels (0.2 ppm).

In a similar study, Routledge et al. (2006) exposed patients with stable angina as well as healthy subjects to 50 μg/m³ carbon particles and to 0.2 ppm $SO_2$, each alone and in combination, for 1 h under resting conditions. HRV, C-reactive protein, and coagulation markers were measured. The authors reported that for the healthy subjects, $SO_2$ exposure was associated with a decrease in HRV markers of cardiac vagal control 4 h after exposure. However, it should be noted that there was no apparent difference in the absolute value of the root mean square of successive RR interval differences (r-MSSD) at 4 h postexposure between the control, $SO_2$, carbon, and carbon/$SO_2$ groups. The significant difference reported in the change in r-MSSD from baseline to 4 h postexposure with $SO_2$ appears to be due to a higher baseline value of r-MSSD preceding the $SO_2$ exposure compared to the baseline value of r-MSSD preceding the air exposure. There were no changes in HRV among the patients with stable angina. The authors noted that this lack of response in the heart patients may be due to a drug treatment effect rather than decreased susceptibility; a large portion of the angina patients were taking beta blockers, which are known to increase indices of cardiac vagal control.

In an epidemiologic study, Liao et al. (2004) investigated short-term associations between ambient pollutants and cardiac autonomic control from the fourth cohort examination (1996 through 1998) of the population-based Atherosclerosis Risk in Communities (ARIC) study using a cross-sectional study design. Men and women aged 45 to 64 years (n = 6,784) from three U.S. study centers in North Carolina, Minnesota, and Mississippi were examined. Resting, supine, and 5-min beat-to-beat R-R interval data were collected. The mean 24-h avg $SO_2$ level measured 1 day prior to the HRV measurement was 4 ppb (SD 4). In addition to $SO_2$, the potential effects of $PM_{10}$, $O_3$, CO, and $NO_2$ were evaluated. Previous-day $SO_2$ concentrations were positively associated with HR and inversely associated with SDNN and LF power. Consistently more pronounced associations were suggested between $SO_2$ and HRV among persons with a history of coronary heart disease. Significant associations with HRV indices also were observed for $PM_{10}$ and the other gaseous pollutants. When the regression coefficients for each individual pollutant model were compared, the effects of $PM_{10}$ on HRV were considerably larger than the effects for the gaseous pollutants, including $SO_2$. No multipollutant analyses were conducted.

Gold et al. (2000; 2003) examined the effect of short-term changes in air pollution on HRV in a panel study of 21 older adults (aged 53 to 87 years) in Boston, MA. The study participants were observed

up to 12 times from June to September 1997. The mean 24-h avg $SO_2$ concentration was 3.2 ppb (range: 0, 12.6). The 24-h avg $SO_2$ concentration was associated with decreased HR in the first 5-min rest period, but not in the overall 25-min study protocol. The effect estimate for $SO_2$ slightly diminished but remained marginally significant in a two-pollutant model with $PM_{2.5}$. The inverse association between $SO_2$ and HR observed in this study are in contrast to the $SO_2$-related increases in HR observed by Liao et al. (2004) and Peters et al. (1999). No associations were observed between HRV and $SO_2$. The strongest associations with HRV were observed for $PM_{2.5}$ and $O_3$.

Another study of air pollutants and HRV was conducted in Boston, MA on 497 men from the Normative Aging Study (Park et al., 2005b). The best 4-consecutive-min interval from a 7-min sample was used for the HRV calculations. For the exposure variable, 4, 24, and 48 h moving averages matched on the time of the ECG measurement for each subject were considered. The mean 24-h avg $SO_2$ concentration was 4.9 ppb (range: 0.95, 24.7). Associations with measures of HRV were reported for $PM_{2.5}$ and $O_3$, but not with $SO_2$ for any of the averaging periods. In another study conducted in Boston, MA, Schwartz et al. (2005) found significant effects of increases in $PM_{2.5}$ on measures of HRV, while no associations with $SO_2$ were observed. Other studies examined the relationship of $SO_2$ with HRV (Chan et al., 2005; de Paula Santos et al., 2005; Holguin et al., 2003; Luttmann-Gibson et al., 2006). Most of these studies, with the exception of de Paula Santos et al., did not observe associations with $SO_2$.

In the limited number of epidemiologic studies that examined a possible effect of $SO_2$ on HRV, there were some positive findings; however, results reported from the human clinical studies were inconsistent. The overall evidence is insufficient to conclude that $SO_2$ has an effect on cardiac autonomic control.

## 3.2.2.2. Repolarization Changes

In addition to the role played by the autonomic nervous system in arrhythmogenic conditions, myocardial vulnerability and repolarization abnormalities are believed to be key factors contributing to the mechanism of such diseases.

Two in vitro studies (Nie and Meng, 2005, 2006) conducted with a 1:3 molar:molar mixture of the $SO_2$ derivatives bisulfite and sulfite demonstrated effects of a 10-μm bisulfite:sulfite mixture on sodium and L-type calcium currents (which included changes in inactivation and/or activation, recovery from inactivation, and inactivation/activation time constants) in ventricular myocytes. These in vitro observations suggested a potential role for L-type calcium current in cardiac injury following $SO_2$ exposure. Additional toxicological studies are necessary to evaluate repolarization changes at ambient levels of $SO_2$.

In an epidemiologic study, Henneberger et al. (2005) examined the association of repolarization parameters (QT duration, T-wave complexity, variability of T-wave complexity, and T-wave amplitude) with air pollutants in patients with preexisting coronary heart disease (n = 56, all males) in East Germany. The patients were examined repeatedly once every 2 weeks for 6 months, for a total of 12 ECG recordings. The mean 24-h avg $SO_2$ concentration was 2 ppb (range: 1, 4). Ambient $SO_2$ concentrations during the 24-h preceding the ECG were associated with the QT interval duration, but not with any other repolarization parameters. Stronger associations were observed between PM indices and QT interval duration, T-wave amplitude, and T-wave complexity.

Evidence from the limited number of in vitro toxicological studies indicates that L-type calcium current may have a role in cardiac injury following $SO_2$ exposure at higher than ambient concentrations. In the single epidemiologic study of $SO_2$ and repolarization changes, an association between $SO_2$ and one of several repolarization parameters examined (QT duration) was observed; however, stronger associations were reported for PM.

### 3.2.2.3. Cardiac Arrhythmias

One toxicological study examined the effects of PM, ultrafine carbon, and $SO_2$ on spontaneous arrhythmia frequency in 18-month-old rats (Nadziejko et al., 2004). The rats were exposed to 1 ppm $SO_2$ for 4 h. No significant change in the frequency of spontaneous arrhythmias was found with $SO_2$ and ultrafine carbon exposure. However, rats exposed to concentrated ambient PM had a significantly greater increase in the frequency of delayed beats than rats exposed to air.

In a panel study of 100 patients with implanted cardioverter defibrillators (ICDs) in Eastern Massachusetts, Peters et al. (2000a) tested the hypothesis that patients with ICDs would experience life-threatening arrhythmias after an air pollution episode. The mean 24-h avg $SO_2$ concentration measured at two sites in Boston during the study period was 7 ppb (5th–95th percentile: 1, 19). ICDs monitor ECG abnormalities, and treat ventricular fibrillation or ventricular tachycardias by administering shock therapy to restore the normal cardiac rhythm. The ICD device also stores information on each tachyarrhythmia and shock. There was no association between $SO_2$ and defibrillator discharges in the 33 subjects who had any defibrillator discharges during the follow-up period or in the 6 subjects who had at least 10 discharges. There was some evidence that $NO_2$ was associated with increased defibrillatory interventions in the subjects with any defibrillator discharges. Among the patients with at least 10 events, $NO_2$, CO, and $PM_{2.5}$ were found to be associated with defibrillator discharges.

In a follow-up study designed to confirm the findings of Peters et al. (2000a), Dockery et al. (2005) used a larger sample of ICD patients in Boston (n = 203) with a longer follow-up period. The median concentration of 48-h avg $SO_2$ averaged across multiple sites in Boston was 4.9 ppb (IQR 4.1). No significant associations were found between ventricular arrhythmic episode days and any of the air pollutants. However, when the analysis was stratified by recent arrhythmias (i.e., within 3 days), there was evidence of an excess risk of ventricular arrhythmia with $SO_2$, $PM_{2.5}$, black carbon, $NO_2$, and CO. Since $PM_{2.5}$, black carbon, $NO_2$, and CO were correlated with each other and with $SO_2$, the authors noted that differentiating the independent effects of the pollutants would be difficult. A case-crossover analysis of the same data by Rich et al. (2005) also observed associations with 48-h avg $SO_2$, but the $SO_2$ effect was not found to be robust to adjustment by $PM_{2.5}$. In a similar study conducted in St. Louis, MO, an excess risk was associated with $SO_2$ concentrations in the 24 h prior to an arrhythmia, but not with $PM_{2.5}$ and $O_3$ (Rich et al., 2006a). In this study, none of the other measured pollutants (PM, elemental carbon, $O_3$, CO, $NO_2$) were correlated with $SO_2$. The authors suggested that the different effects observed in St. Louis and Boston may be due to differences in the source or mix of air pollutants in these cities. Finally, findings from a time series study of tachyarrhythmic events among 518 patients over a 10 year period in Atlanta do not indicate an association with $SO_2$, nor with the other pollutants studied including $PM_{2.5}$ and its components (Metzger et al., 2007).

Additional studies have examined the relationship of $SO_2$ with arrhythmias in Vancouver, and observed associations at very low ambient $SO_2$ concentrations (mean 24-h avg $SO_2$ of ~2.5 ppb with a max of 8.1 ppb). Vedal et al. (2004) stated that of all pollutants examined, the only one with somewhat consistent positive associations with arrhythmia events was $SO_2$. In season-stratified analyses, $SO_2$ was positively associated with arrhythmias in the winter, while in the summer the association was negative. On the other hand, in the Rich et al. (2004) study, positive associations were observed in the summer but not in the winter. The authors stated that it was difficult to interpret these findings.

Collectively, the epidemiologic evidence for an association between short-term exposure to $SO_2$ and arrhythmias is inconsistent. The limited toxicological evidence does not provide biological plausiblity for an effect.

### 3.2.2.4. Blood Pressure

Two animal toxicological studies examined the effect of $SO_2$ on blood pressure Hälinen et al. (2000a) examined blood pressure changes in guinea pigs which were hyperventilated to simulate exercise,

and exposed to 1, 2.5, and 5 ppm $SO_2$ in cold, dry air. After 10-min exposures to each $SO_2$ concentration, separated by 15-min exposures to clean, warm, humid air, a transient increase in blood pressure was observed during 5 ppm $SO_2$ exposure in cold, dry air. In a second study (Hälinen et al., 2000b), hyperventilated guinea pigs were exposed to cold, dry air alone or to 1 ppm $SO_2$ in cold, dry air for 60 min. The study reported similar increases in blood pressure and HR with exposure to cold, dry air or to $SO_2$ in cold, dry air. The increase in HR was gradual, while increases in blood pressure generally occurred during the first 10 to 20 min of exposure. Similar effects were observed with exposure to cold, dry air or to $SO_2$ in cold, dry air, suggesting that effects were associated with cold, dry air rather than with $SO_2$.

Ibald-Mulli et al. (2001) examined the association between blood pressure and $SO_2$ using survey data from the MONICA (Monitoring Trends and Determinants in Cardiovascular Disease) Project. Blood pressure measurements were taken from 2,607 men and women. The mean 24-h avg $SO_2$ concentration was 23 ppb (range: 5, 91). An increase in systolic blood pressure was associated with 24-h avg $SO_2$ and TSP. However, in a two-pollutant model with TSP, the effect of $SO_2$ on blood pressure was substantially reduced and became nonsignificant while the effect of TSP was robust.

In a study by de Paula Santos et al. (2005), changes in blood pressure in association with $SO_2$ were investigated in vehicular traffic controllers (n = 48) aged 31 to 55 years living in São Paulo, Brazil, where vehicles are the primary source of air pollution. The mean 24-h avg $SO_2$ level, measured at six different stations around the city, was 7 ppb (SD 3). Blood pressure was measured every 10 min when subjects were awake (6 a.m. to 11 p.m.) and every 20 min during sleep (11 p.m. to 6 a.m.). Results indicated that $SO_2$, as well as CO, were associated with increases in systolic and diastolic blood pressure. However, when a two-pollutant model was used to test the robustness of the associations, only the CO effect remained statistically significant.

Very few studies have examined the effects of short-term $SO_2$ exposure on blood pressure. Collectively, the limited toxicological and epidemiologic evidence that exposure to $SO_2$ has effects on blood pressure is inconclusive.

## 3.2.2.5. Blood Markers of Cardiovascular Risk

Folsom et al. (2001) demonstrated that elevated levels of fibrinogen, white blood cell count, factor VIII coagulant activity (factor VIII-C), and von Willebrand factor were associated with risk of cardiovascular disease. Schwartz (2001) investigated the association between various blood markers of cardiovascular risk and air pollution among subjects in the Third National Health and Nutrition Examination Survey (NHANES III) in the U.S. conducted between 1989 and 1994 across 44 counties. The NHANES III is a random sample of the U.S. population with oversampling for minorities (30% of NHANES sample) and the elderly (20% of the sample). The mean $SO_2$ concentration was 17.2 ppb (IQR 17) across the 25 counties where data were available. This study looked at fibrinogen levels, platelet counts, and white blood cell counts. After controlling for age, ethnicity, gender, body mass index, and smoking status and number of cigarettes per day, $SO_2$ was found to be positively associated with white blood cell counts. $PM_{10}$ was associated with all blood markers. In two-pollutant models, $PM_{10}$ remained a significant predictor of white blood cell counts after controlling for $SO_2$, but not vice versa.

A recent cross-sectional study (Liao et al., 2005) investigated the effects of air pollution on plasma hemostatic and inflammatory markers in the ARIC study (n = 10,208). The authors hypothesized that short-term exposure to air pollutants was associated with increased levels of inflammatory markers and lower levels of albumin, as serum albumin is inversely associated with inflammation. The mean 24-h avg $SO_2$ concentration was 5 ppb (SD 4). Significant curvilinear relationships were observed between $SO_2$ and factor VIII-C, white blood cell counts, and serum albumin. The authors noted that since no biological explanation could be offered for the "U"-shaped curve between $SO_2$ and factor VIII-C and the "inverse U"-shape between $SO_2$ and albumin, generalization of the association should be exercised with caution. No associations were observed between $SO_2$ and fibrinogen or von Willebrand factor.

In another large cross-sectional study of 7,205 office workers in London, Pekkanen et al. (2000) examined the association between plasma fibrinogen and ambient air pollutants. The mean 24-h avg $SO_2$ was 9 ppb (10th–90th percentile: 5, 19). Associations with fibrinogen were observed for all pollutants examined, either in all-year or summer-only analyses, except for $SO_2$ and $O_3$.

Taken together, results from the limited number of studies is insufficient to determine the effect of $SO_2$ on various blood markers of cardiovascular risk.

## 3.2.2.6. Acute Myocardial Infarction

The association between air pollution and the incidence of MI was examined in a small number of studies. As part of the Determinants of Myocardial Infarction Onset Study, Peters et al. (2001) examined 772 patients with MI living in greater Boston, MA. A case-crossover design was used to assess changes in the risk of acute MI after exposure to potential triggers. The mean 24-h avg $SO_2$ was 7 ppb (range: 1, 20) during the study period. Similarly, the mean 1-h avg $SO_2$ was 7 ppb (range: 0, 23). In an analysis that considered both the 2-h avg (between 60 and 180 min before the onset of symptoms) and 24-h avg (between 24 and 48 h before the onset) concentrations jointly, the study found no significant association between risk of MI and $SO_2$. Of all the pollutants considered, only $PM_{2.5}$ and $PM_{10}$ were found to be associated with an excess risk of MI. In a study of 5,793 confirmed cases of acute MI in King County Washington, Sullivan et al. (2005) also used a case-crossover design to investigate the association of ambient levels of several air pollutants 1, 2, 4 and 24 h before the MI onset. No association with $SO_2$ (or with $PM_{2.5}$) was observed. The mean $SO_2$ level was 9 ppb (range: 0-39 ppb) at the time of the study.

In the MONICA Project, the effect of air pollution on acute MI was studied in Toulouse, France, using a case-crossover study design (Ruidavets et al., 2005b). The mean 24-h avg $SO_2$ level was 3 ppb (5th–95th percentile: 1, 5). A total of 399 cases of acute MI were recorded during the study period. $O_3$, but not $SO_2$, was found to be associated with the incidence of acute MI. Exposure to PM was not considered in this study.

Only a limited number of studies examined the association between ambient $SO_2$ concentrations and incidence of acute MI. These studies provide no evidence that exposure to $SO_2$ increases the risk of MI.

## 3.2.2.7. Emergency Department Visits and Hospitalizations for Cardiovascular Diseases

The current review includes more than 30 peer-reviewed studies that address the effect of $SO_2$ exposure on ED visits or hospitalizations for cardiovascular diseases. These studies are discussed briefly in this section and further summarized in Annex Table F-4.

### All Cardiovascular Diseases

The disease grouping of all cardiovascular diseases typically includes all diseases of the circulatory system (e.g., heart diseases and cerebrovascular diseases, ICD9 Codes 390-459). A summary of the associations reported for ambient $SO_2$ concentrations with all cardiovascular diseases are presented in Figure 3-9.

In a study of 11 cities in Spain, an excess risk of 3.6% (95% CI: 0.6, 6.7) per 10 ppb increase in 24-h avg $SO_2$ at a 0-1 day lag was observed for all cardiovascular disease admissions (Ballester et al., 2006). The mean 24-h avg $SO_2$ level in the cities studied was 6.6 ppb. In addition, time-series data linking $SO_2$ with hospital admissions for cardiovascular diseases in three metropolitan areas in the U.S. (i.e., Cook, Maricopa, Los Angeles Counties) was conducted (Moolgavkar 2000; reanalysis 2003). Among older adults (65+ years) in Los Angeles County, a 13.7% (95% CI: 11.3, 16.1) excess risk in admissions

was observed per 10 ppb increase in 24-h avg $SO_2$ at lag 0 day, in the reanalysis using a Generalized Linear Model (GLM) and natural splines to adjust for temporal trends rather than GAM. The median 24-h avg $SO_2$ level for Los Angeles County was 2 ppb during the study period. Results for Maricopa and Cook counties were not presented in the reanalysis.



**Figure 3-9.**  Relative risks (95% CI) of $SO_2$-associated emergency department visits (*) and hospitalizations for all cardiovascular causes, arranged by age group.  Risk estimates are standardized per 10 ppb increase in 24-h avg $SO_2$ concentrations or 40 ppb increase in 1-h max $SO_2$.

In a large single city study Metzger et al. (2004) examined approximately 4.4 million hospital visits to 31 hospitals from 1993 to 2000 in Atlanta, GA and reported a 1.4% (95% CI: -1.5, 4.4) excess risk in ED visits for cardiovascular causes per 40-ppb increase in 1-h max $SO_2$. Peel et al. (2006) conducted

analyses using the same dataset to compare results obtained with a case-crossover design to the Metzer et al. (2007) results, which were obtained using a time series approach. Peel et al. (2006) and Metzger et al. (2004) report similar findings. The median 1-h max $SO_2$ level in Atlanta during the study period was 11 ppb (10th–90th percentile: 2–39). Results from several single-city studies in Europe, Australia, and Taiwan indicated positive associations with $SO_2$ (Atkinson et al., 1999a; Ballester et al., 2001; Jalaludin et al., 2006; Petroeschevsky et al., 2001; Poloniecki et al., 1997), though others observed negative associations (Chang et al., 2005; Llorca et al., 2005) (see Figure 3-9).

## Specific Cardiovascular Diseases

Several studies examined the effect of ambient $SO_2$ on hospital admissions for cardiac disease (ICD9 Codes 390-429), ischemic heart disease (IHD, ICD9 Codes 410-414), dysrhythmia (ICD9 Code 427), congestive heart failure (CHF, ICD9 Code 428), MI (ICD9 Code 410) or cerebrovascular diseases (ICD9 Codes 430-438). In a study of the six cities of Metropolitan Toronto, Burnett et al. (1997b) reported an association between cardiac hospitalizations and ambient $SO_2$ (23.8% [95% CI: 5.5, 45.2]) excess risk per 40 ppb increase in 1-h max $SO_2$) that was robust to the inclusion of other gaseous pollutants in the model. PM was not identified as an independent risk factor for hospital admissions in this study. A European multicity study reported statistically significant positive associations with cardiac disease admissions (Ballester et al., 2006). However, adjustment for $PM_{10}$ and CO in two-pollutant models diminished the association reported by Ballester et al. by approximately 50%. Findings for cardiac disease admissions reported in several additional single city studies conducted in the U.S., Canada, Australia and Europe were inconsistent (Fung et al., 2005b; Jalaludin et al., 2006; Llorca et al., 2005; Michaud et al., 2004).

Analyses restricted to diagnoses of IHD (Jalaludin et al., 2006; Lee et al., 2003b; Lin et al., 2003a; Metzger et al., 2004; Peel et al., 2007), CHF (Burnett et al., 1997c; Koken et al., 2003; Metzger et al., 2004; Morris et al., 1995; Peel et al., 2007; Wellenius et al., 2005a) dysrhythmia (Koken et al., 2003; Metzger et al., 2004; Peel et al., 2007), MI (Koken et al., 2003; Lin et al., 2003a), and angina pectoris (Hosseinpoor et al., 2005) were also conducted. Metzger et al. (2004) observed weak nonsignificant or negative associations of 1-h max $SO_2$ with IHD, CHF, and dysrhythmia. Using the same dataset, Peel et al. (2007) investigated effect modification of cardiovascular disease outcomes across comorbid disease status categories, including hypertension, diabetes, COPD, dysrhythmia, and CHF. Authors observed only weak nonsignificant or negative associations for IHD, CHF, and dysrhythmia with ambient 1-h max $SO_2$ level in any comorbid disease category. Both increases in admissions or ED visits (Jalaludin et al., 2006; Koken et al., 2003; Wellenius et al., 2005a) and weak or negative associations (Burnett et al., 1997; Hosseinpoor et al., 2005; Lee et al., 2003b; Lin et al., 2003a) were reported in other studies.

Studies of the effect of $SO_2$ on cerebrovascular admissions were also considered. Positive associations were reported for ischemic stroke (Villeneuve et al., 2006a; Wellenius et al., 2005a, 2005b). However, Wellenius et al. (2005b) reported stronger associations for $NO_2$ and CO than $SO_2$, and the association reported by Villeneuve et al. (2006a) was diminished in two-pollutant models. No meaningful positive associations of ambient $SO_2$ with cerebrovascular diseases were observed in several other studies (Henrotin et al., 2007a; Jalaludin et al., 2006; Metzger et al., 2004; Peel et al., 2007; Tsai et al., 2003a).

## Summary of Evidence on Emergency Department Visits and Hospitalizations from Cardiovascular Diseases

Several studies have observed positive associations between ambient $SO_2$ concentrations and ED visits or hospital admissions for cardiovascular diseases (e.g., all cardiovascular diseases, cardiac diseases, cerebrovascular diseases) particularly among individuals 65+ years of age, but results are not consistent across studies. The strongest evidence comes from a large multicity study conducted in Spain Ballester et al. (2006) that observed statistically significant positive associations between ambient $SO_2$

and cardiovascular disease admissions; however, the $SO_2$ effect was found to diminish by half with $PM_{10}$ and CO adjustment. Only a limited number of studies assessed potential confounding by copollutants despite the moderate to strong correlation between $SO_2$ and various copollutants in most studies. While some studies indicated that the association of $SO_2$ with cardiovascular hospitalizations were generally robust to adjustment for BS and $PM_{10}$ (Ballester et al., 2001; Fung et al., 2005b), several other studies, including that by Balleseter et al. (2006), observed that the effect of $SO_2$ on cardiovascular ED visits and hospitalizations may be confounded by copollutant exposures. Jalaludin et al. (2006) reported a 3% excess risk in cardiovascular disease hospital admissions per 0.75 ppb incremental change in 24-h avg $SO_2$ in single-pollutant models, which was reduced to null when CO was included. Chang et al. (2005) noted that the observed negative association of $SO_2$ with all cardiovascular disease hospitalizations was strengthened after adjusting for $NO_2$, $PM_{10}$, and CO in two-pollutant models. The authors attributed this finding to possible collinearity problems between $SO_2$ and copollutants. None of the epidemiologic studies examined effects of possible interactions among copollutants.

### 3.2.2.8. Summary of Evidence on the Effects of Short-Term $SO_2$ Exposure on Cardiovascular Health

Biologically plausible modes of action (e.g., vagally-mediated irritant responses and oxidative injury) that could explain short-term $SO_2$ effects on the cardiovascular system were summarized in a previous section of this chapter (Section 3.1.2). However, consideration of these modes of action in light of findings from additional animal toxicological, human clinical, and epidemiologic studies has led to the conclusion that the evidence as a whole is *inadequate to infer a causal relationship*.

Specifically, evidence from human clinical and epidemiologic studies of HRV in healthy persons as well as persons with asthma or cardiovascular disease was inconsistent and did not support an effect of $SO_2$ on the autonomic nervous system, despite some positive findings. In the single epidemiologic study of $SO_2$ and repolarization changes, an association with QT interval duration was observed. While in vitro studies suggested a potential role for L-type calcium current in cardiac injury, the relevance of these studies to ambient exposures is unknown. Epidemiologic evidence from studies of the effect of $SO_2$ on ICD-recorded arrhythmias was inconsistent. Furthermore, studies of blood pressure and blood markers of cardiovascular risk failed to provide consistent evidence to suggest a role for $SO_2$ in cardiovascular disease development. Finally, although some studies of hospital admissions and ED visits for cardiovascular diseases reported positive and statistically significant associations with $SO_2$, findings were inconsistent across this body of literature as a whole. Many researchers were unable to distinguish the effect of $SO_2$ from correlated copollutants while others reported a reduction in the $SO_2$ effect in two-pollutant models. The inconsistency of the evidence, lack of coherence across and within disciplines, as well as limitations inherent to the observational studies (e.g., inadequate control of copollutant exposures) contributed to this causal determination.

## 3.2.3. Other Effects Associated with Short-Term $SO_2$ Exposure

The short-term effects of $SO_2$ on other organ systems were not examined in the previous review. A review of animal toxicological studies published since the 1982 AQCD indicates a limited number of research inquiries addressing the systemic effects of short-term $SO_2$ exposure in various other organs. The most recent studies on these are summarized in Annex Tables E-12 through E-16.

Of note are three ex vivo acute exposure studies using $SO_2$ derivatives (sulfite and bisulfite) on hippocampal or dorsal root ganglion neurons isolated from Wistar rats (Du and Meng, 2004a, 2004b, 2006). Perturbations were observed in potassium-, sodium-, and calcium-gated channels at concentrations of 0.01-100 μM. These authors speculated that such effects might correlate with the neurotoxicity that has

been associated with $SO_2$ inhalation. However effects on the nervous system have generally been studied using chronic exposures $\geq 5$ ppm $SO_2$. Effects observed at these levels are of questionable significance in evaluating the health effects at ambient levels. These studies are summarized in Annex Table E-12.

# 3.3. Mortality Associated with Short-Term SO$_2$ Exposure

## 3.3.1. Summary of Findings from the Previous Review

The studies available to review in the 1982 AQCD were mostly from historical data including London, England, and New York City air pollution episodes. Effects of $SO_X$ (mainly $SO_2$) were investigated along with PM indices because they shared a common source, coal burning, and separating their associations with mortality was a challenge that many of the earlier episodic studies could not resolve. The $SO_2$ levels observed in these air pollution episodes were several orders of magnitude higher than the current avg levels observed in U.S. cities (e.g., in the 1962 New York City episode, $SO_2$ in Manhattan peaked at 400 to 500 ppb). Some of these London and New York City studies suggested that PM, not $SO_2$, was associated with observed mortality, but the 1982 AQCD could not resolve the relative roles of these two pollutants and suggested that the clearest mortality associations were seen when both pollutants were at high levels (24-h avg values of both BS and $SO_2$ exceeding 1000 $\mu g/m^3$ [~400 ppb for $SO_2$]) and less so at lower ranges although the review of the studies and reanalyses found no clear evidence of a threshold for $SO_2$.

The 1986 Second Addendum to the 1982 AQCD reviewed more reanalyses of the London data and analyses of New York City, Pittsburgh, and Athens data. While these reanalyses and some new analyses confirmed earlier findings (and suggested stronger evidence of BS effects than of the $SO_2$ effects), given the remaining uncertainties with exposure error and statistical modeling, there was not sufficient information to quantitatively determine concentration-response relationships at lower concentrations of either PM or $SO_2$.

A series of short-term mortality effects studies in the late 1980s and early 1990s (Dockery et al., 1992; Fairley, 1990; Pope, 1989; Pope et al., 1992; Schwartz and Dockery, 1992a, 1992b) showed associations between mortality and PM indices at relatively low levels. Since then, a large number of epidemiologic studies have investigated the adverse health effects of air pollution with hypotheses mainly focused on PM, and $SO_2$ was often analyzed as one of the potential confounders in these studies.

## 3.3.2. Mortality and Short-Term SO$_2$ Exposure in Multicity Studies and Meta-Analyses

In reviewing the range of $SO_2$ mortality effect estimates, multicity studies provide especially useful information because they analyze data from multiple cities using a consistent method, avoiding potential publication bias. There have been several multicity studies from the U.S., Canada, and Europe, some of which will be discussed in the sections below. Meta-analysis studies also provide useful information on describing heterogeneity of effect estimates across studies; however, in contrast to multicity studies, the observed heterogeneity may reflect the variation in analytical approaches across studies. In addition, the effect estimate from a meta-analysis may be subject to publication bias, unless the analysis specifically examines such bias and adjusts for it. These studies, as well as many other single-city studies, are summarized in Annex Table F-5.

### 3.3.2.1. Multicity Studies

**National Morbidity, Mortality, and Air Pollution Study**

The time-series analysis of the largest 90 U.S. cities (Samet et al., 2000a; reanalysis Dominici et al., 2003) in the National Morbidity, Mortality, and Air Pollution Study (NMMAPS) is by far the largest multicity study conducted to date to investigate the mortality effects of air pollution, but its primary focus was $PM_{10}$. It should also be noted that, according to the table of mean pollution levels in the original report (Samet et al., 2000a), $SO_2$ data were missing in 28 of 90 cities. Annual 24-h avg mean $SO_2$ levels ranged from 0.4 ppb (Riverside, CA) to 14.2 ppb (Pittsburgh, PA), with a mean of 5.9 ppb during the study period of 1987 to 1994. The analysis in the original report used GAM models with default convergence criteria. Dominici et al. (2003) reanalyzed the data using GAM with stringent convergence criteria as well as using GLM. It should be noted that this model's adjustment for weather effects employs more terms than other time-series studies in the literature, suggesting that the model adjusts for potential confounders more aggressively than the models in other studies.



Source: Dominici et al. (2003).

**Figure 3-10.  All cause mortality excess risk estimates for SO₂ from the National Morbidity, Mortality, and Air Pollution Study.  Posterior means and 95% posterior intervals of national average estimates of SO₂ effects on all-cause mortality from non-external causes per 10 ppb increase in 24-h avg SO₂ at 0, 1, and 2-day lags within sets of the 62 cities with pollutant data available.**

Figure 3-10 shows the all-cause mortality excess risk estimates for $SO_2$ from Dominici et al. (2003). The mortality excess risk estimate with a 1-day lag was 0.60% (95% CI: 0.26, 0.95) per 10 ppb increase in 24-h avg $SO_2$. $PM_{10}$ and $O_3$ (in summer) appeared to be more strongly associated with

mortality compared to the other gaseous pollutants. The model with $PM_{10}$ and $NO_2$ resulted in an appreciably reduced $SO_2$ excess risk estimate, 0.38% (95% CI: -0.62, 1.38) per 10 ppb increase in 24-h avg $SO_2$. These results suggest that the observed $SO_2$-mortality association could be confounded by $PM_{10}$ and $NO_2$. The authors stated that the results did not indicate associations of $SO_2$, $NO_2$, and CO with all-cause mortality.

## Canadian Multicity Studies

There have been three Canadian multicity studies conducted by the same group of investigators examining the association between mortality and short-term exposure to air pollutants (Burnett et al., 1998a; 2000; 2004). This section focuses on Burnett et al. (2004) as this study is the most extensive Canadian multicity study, both in terms of the length and coverage of cities. The discussion in this study focused on $NO_2$, because $NO_2$ was the best predictor of short-term mortality fluctuations among the pollutants. This was also the case in the Burnett et al. (1998a) study of the gaseous pollutants in 11 Canadian cities. The mean 24-h avg $SO_2$ levels across the 12 cities was 5.8 ppb, with city means ranging from 1 ppb in Winnipeg to 10 ppb in Halifax. The population-weighted avg was 5 ppb. The mean $SO_2$ levels in this study were similar to those in the NMMAPS (mean 24-h avg $SO_2$ levels across the 62 NMMAPS cities was 5.9 ppb).

All-cause (nonaccidental), cardiovascular, and respiratory mortality were analyzed in Burnett et al. (2004). For $SO_2$, $PM_{2.5}$, $PM_{10-2.5}$, $PM_{10}$ (arithmetic addition of $PM_{2.5}$ and $PM_{10-2.5}$), CoH, and CO, the strongest mortality association was found at a 1-day lag, whereas for $NO_2$, it was the 3-day moving avg (i.e., avg of 0, 1, and 2-day lags), and for $O_3$, it was the 2-day moving avg. The daily 24-h avg values showed stronger associations than the daily 1-h max values for all the gaseous pollutants and CoH except for $O_3$. The $SO_2$ all-cause mortality excess risk estimate was 0.74% (95% CI: 0.29, 1.19) per 10 ppb increase in the 24-h avg $SO_2$ with a 1-day lag. After adjusting for $NO_2$, the $SO_2$ effect estimate was reduced to 0.42% (95% CI: 0.01, 0.84), while the $NO_2$ effect estimate was only slightly affected. In this analysis, no regression analysis using both $SO_2$ and PM was conducted. The Burnett et al. (2000) analysis observed that the simultaneous inclusion of $SO_2$ and $PM_{2.5}$ in the model reduced the $SO_2$ effect estimate by half, whereas the $PM_{2.5}$ estimate was only slightly reduced. Overall, these results suggest that $SO_2$ was not an important predictor of daily mortality in the Canadian cities and that its mortality associations could be confounded with $NO_2$ or PM.

## Air Pollution and Health: A European Approach

Several Air Pollution and Health: a European Approach (APHEA) analyses have reported $SO_2$ mortality excess risk estimates. Katsouyanni et al. (2006) examined the association of $PM_{10}$, BS, and $SO_2$ with all-cause mortality in 12 European cities using the standard APHEA (GLM) approach. The same data set was reanalyzed to adjust for the seasonal cycles (Samoli et al., 2001; 2003). The reanalysis by Samoli et al. (2003) produced results that were similar to those in the original analysis by Katsouyanni et al. (2006). Since the original analysis presented more results, including multipollutant model results, discussion will focus on this analysis.

The study by Katsouyanni et al. (1997) includes seven western European cities (Athens, Barcelona, Cologne, London, Lyon, Milan, and Paris) and five central eastern European cities (Bratislava, Kracow, Lodz, Poznan, and Wroclaw). The data covered at least 5 consecutive years for each city within the years 1980 through 1992. The $SO_2$ levels in these cities were generally higher than in the U.S. or Canada, with the median 24-h avg $SO_2$ ranging from 5 ppb in Bratislava to 28 ppb in Kracow. Analysis was restricted to days when PM and $SO_2$ concentrations did not exceed 200 μg/m$^3$ (76 ppb for $SO_2$) to evaluate the effects of moderate to low exposures. The data were analyzed by each center separately following a standardized method, but the lag for the "best" model was allowed to vary in these cities from 0 to 3 days. The city-specific effect estimates were then examined in the second stage for source of heterogeneity using city-

specific variables such as mean pollution and weather variables, accuracy of the air pollution measurements, health of the population, smoking prevalence, and geographical differences.

The city-specific estimates were found to be heterogeneous and, among the explanatory variables, only the separation between western and central eastern European cities resulted in more homogeneous groups. The all-cause mortality excess risk estimates were 1.14% (95% CI: 0.88, 1.39), 1.99% (95% CI: 1.15, 2.83), and 0.46% (95% CI: -0.23, 1.15) for all the 12 cities combined, western cities, and central eastern cities, respectively, per 10 ppb increase in the 24-h avg $SO_2$ at variable single-day lags. Zmirou et al. (1998) analyzed cardiovascular and respiratory mortality in 10 of the 12 APHEA cities and observed that the cause-specific mortality excess risk estimates were higher than those for all-cause mortality. As in the analyses of all-cause mortality, $SO_2$ effect estimates for these cause specific deaths were higher in western European cities than in central eastern European cities.

Seasonal analyses indicated that the summer estimate was slightly higher than the winter estimate in the western cities, but the difference was not statistically significant. The results for the two-pollutant model with $SO_2$ and BS were presented for the western cities, with a similar extent (~30%) of reductions in the estimates of both pollutants (1.31% [95% CI: 0.40, 2.23] for $SO_2$). Furthermore, for western cities, they estimated effects for $SO_2$ for days with high or low BS levels and the corresponding BS effects for days with high or low $SO_2$ levels and found that the effects were similar in the stratified data. From these results, Katsuoyanni et al. (2006) suggested that the effects of the two pollutants were independent.

Overall, the APHEA studies provide some suggestive evidence that the effect of short-term exposure to $SO_2$ on mortality is independent of PM. This is somewhat in contrast to the U.S. and Canadian studies. The $SO_2$ levels were much higher in the European cities, but the type of PM constituents also might be different.

## The Netherlands Study

In the Netherlands studies by Hoek et al. (2000; 2001;  renalysis by Hoek, 2003) the association between air pollutants and mortality was examined in a large population (14.8 million for the entire country) over the period of 1986 through 1994. The Netherlands were not part of the APHEA analysis. The median 24-h avg $SO_2$ level in the Netherlands was 4 ppb (6 ppb for the four major cities). All the pollutants examined, including $PM_{10}$, BS, $O_3$, $NO_2$, $SO_2$, CO, sulfate, and nitrate, were associated with all-cause mortality, and for single-day models, a 1-day lag showed the strongest associations for all the pollutants. The following effect estimates are all from the GLM models with natural splines for smoothing functions. The $SO_2$ excess risk estimate in a single-pollutant model was 1.31% (95% CI: 0.69, 1.93) per 10 ppb increase in 24-h avg $SO_2$ at a 1-day lag and 1.78% (95% CI: 0.86, 2.70) at an avg of 0- to 6-day lag. Seasonal analyses showed slightly greater effect estimates during the summer compared to the winter. $SO_2$ was most highly correlated with BS (r = 0.70). The simultaneous inclusion of $SO_2$ and BS reduced the effect estimates for both pollutants ($SO_2$ effect estimate was 1.07% [95% CI: -0.27, 2.42] per 10 ppb increase with an avg of 0- to 6-day lag of 24-h avg $SO_2$). $PM_{10}$ was less correlated with $SO_2$ (r = 0.65), and the simultaneous inclusion of these pollutants resulted in an increase in the $SO_2$ effect estimate. These results from the analysis of the Netherlands data suggested some indication of confounding between $SO_2$ and BS.

Cause specific analysis showed larger excess risk estimates for COPD (3.61% [95% CI: -0.29, 7.67] per 10 ppb increase in the avg of 0- through 6-day lags of 24-h avg $SO_2$) and pneumonia (6.56% [95% CI: 1.16, 12.24]) deaths compared to that from all causes, but because essentially all of the pollutants showed larger effect estimates for these sub-categories, it is difficult to interpret these estimates as effects of $SO_2$ alone. Similarly, the effect estimates for heart failure (7.1% [95% CI: 2.6, 11.7]) and thrombosis-related deaths (9.6% [95% CI: 3.1, 16.6]) were larger than that for total cardiovascular (2.7% [95% CI: 1.3, 4.1]) causes. Since the same pattern was seen for other pollutants as well, it is difficult to interpret these cause-specific effect estimates due to $SO_2$ alone or any one of the pollutants analyzed.

**Other European Multicity Studies**

Other European multicity studies were conducted in 8 Italian cities (Biggeri et al., 2005), 9 French cities (Le Tertre et al., 2002), and 13 Spanish cities (Ballester et al., 2002). The studies by Le Tertre et al. and Ballester et al. were conducted using GAM methods with the default convergence setting.

Biggeri et al. (2005) analyzed eight Italian cities (Turin, Milan, Verona, Ravenna, Bologna, Florence, Rome, and Palermo) for mortality and hospital admissions (mortality data were not available for Ravenna and Verona). The study period varied from city to city between 1990 and 1999. Only single-pollutant models were examined in this study. The $SO_2$ excess risk estimates were 4.14% (95% CI: 1.05, 7.33), 4.94% (95% CI: 0.41, 9.67), and 7.37% (95% CI: -3.58, 19.57) per 10 ppb increase with an avg of 0- and 1-day lag of 24-h avg $SO_2$ for all-cause, cardiovascular, and respiratory deaths, respectively. Since all the pollutants showed positive associations with these mortality categories and the correlations among the pollutants were not presented, it is not clear how much of the observed associations are shared or confounded. The mortality excess risk estimates were not heterogeneous across cities for all the gaseous pollutants. It should be noted that in Turin, Milan, and Rome, the mean $SO_2$ values declined by 50% from the first half to the second half of the study period, while the levels of other pollutants declined by smaller fractions. This also complicates the interpretation of $SO_2$ effect estimates in this study, which are much higher than those from the APHEA studies.

The Le Tertre et al. (2002) study of nine French cities examined BS, $SO_2$, $NO_2$, and $O_3$ by generally following the APHEA protocol, but using GAM with default convergence criteria and using the avg of lags 0 and 1 day for combined estimates. $SO_2$ data were not available in one of the nine cities (Toulouse). All four pollutants were positively associated with mortality outcomes. The study did not report descriptions of correlation among the pollutants or conduct multipollutant models, and therefore, it is difficult to assess the potential extent of confounding among these pollutants. The $SO_2$ effect estimates were homogeneous across cities, with the exception of Bordeaux, which was the only city that used strong acidity as a proxy for $SO_2$.

The Spanish Multicentre Study on Air Pollution and Mortality (EMECAM) examined the association of PM indices (i.e., $PM_{10}$, TSP, BS) and $SO_2$ with mortality in 13 cities (Ballester et al., 2002). These studies followed the APHEA protocol, but using GAM with default convergence criteria. The daily mean 24-h avg $SO_2$ concentrations ranged from 3 to 17 ppb. In the seven cities where 1-h max $SO_2$ data were also available, mean concentrations ranged from 21 to 43 ppb. The combined effect estimates for all-cause and respiratory mortality were statistically significant for both 24-h avg $SO_2$ and 1-h max $SO_2$. Controlling for PM indices substantially diminished the effect estimates for 24-h avg $SO_2$, but not for 1-h max $SO_2$. The authors reported that these results could indicate an independent impact of peak values of $SO_2$ more than an effect due to a longer exposure.

## 3.3.2.2. Meta-Analyses of Air Pollution-Related Mortality Studies

**Meta-Analysis of All Criteria Pollutants**

Stieb et al. (2002) reviewed time-series mortality studies published between 1985 and 2000, and conducted a meta-analysis to estimate combined effects for $PM_{10}$, CO, $NO_2$, $O_3$, and $SO_2$. Since many of the studies reviewed in that analysis used GAM with default convergence parameters, Stieb et al. (2003) updated the estimates by separating the GAM versus non-GAM studies. In addition, separate combined estimates were presented for single- and multipollutant models. There were more GAM estimates than non-GAM estimates for all the pollutants except for $SO_2$. For $SO_2$, there were 29 non-GAM estimates from single-pollutant models and 10 estimates from multipollutant models. The lags and multiday averaging used in these estimates varied. The combined estimate for all-cause mortality was 0.95% (95% CI: 0.64, 1.27) per 10 ppb increase in 24-h avg $SO_2$ from the single-pollutant models and 0.85% (95% CI: 0.32, 1.39) from the multipollutant models. Because these estimates are not from an identical set of

studies, the difference (or lack of a difference, as in this case) between the two estimates may not necessarily be due to the effect of adding a copollutant in the model. Note that the data extraction procedure of this meta-analysis for the multipollutant models was to include from each study the multipollutant model that resulted in the greatest reduction in effect estimates compared with that observed in single-pollutant models. It should also be noted that all the multicity studies whose combined estimates have been discussed in the previous section were published after this meta-analysis.

### Health Effects Institute Review of Air Pollution Studies in Asia

The Health Effects Institute (HEI) conducted a comprehensive review of air pollution health effects studies in Asia (HEI, 2004) that summarized the results from mortality and hospital admission studies published in the peer-reviewed scientific literature from 1980 through 2003. Of the 138 papers the report identified, most were studies conducted in East Asia (mainland China, Taipei, Hong Kong, South Korea, and Japan). The levels of $SO_2$ in these Asian cities were generally higher than in U.S. or Canadian cities, with more than half of these studies reporting mean 24-h avg $SO_2$ levels of > 10 ppb. Based on a comparison of the reported mean $SO_2$ levels from the same cities in different time periods, it is clear that the $SO_2$ levels declined significantly in the 1990s. The meta-analysis used the most recent estimate for each city to reflect recent pollution levels. Based on the criteria of having at least one year of data, model adjustment for major time-varying confounders, and reporting effect estimates per unit increase in air pollution, the meta-analysis included 28 time-series studies (11 from South Korea, 6 from mainland China, 6 from Hong Kong, and 1 each from Taipei, India, Singapore, Thailand, and Japan). The lags selected to compute combined estimates were inevitably variable; a systematic approach was used to favor the a priori lag stated in the study, followed by the most significant lag, and then the largest effect estimate.

Among the health outcomes examined in the meta-analysis, all-cause mortality was addressed in the largest number of studies (13 studies) and $SO_2$ was the most frequently studied pollutant (11 studies). The report generally focused on the results of single-pollutant models, as there were too few studies with results of comparable multipollutant models to allow meaningful analysis. The $SO_2$ mortality effect estimates showed evidence of heterogeneity. The combined estimate for all-cause mortality was 1.49% (95% CI: 0.86, 2.13) per 10 ppb increase in 24-h avg $SO_2$. One of the limitations noted in the report was that some degree of publication bias was present in these studies.

## 3.3.3. Evidence of the Effect of $SO_2$ on Mortality from an Intervention Study

Many time-series studies provide estimates of excess risk of mortality, but a question remains as to the likelihood of a reduction in deaths when $SO_2$ levels are actually reduced. A sudden change in regulation in Hong Kong in July 1990 required the conversion to fuel oil with low sulfur content. The reduction in respiratory symptoms among children living in the polluted district in Hong Kong after the intervention was previously discussed in Section 3.1.5. Hedley et al. (2002) examined changes in mortality rates following the intervention. The $SO_2$ levels after the intervention declined about 50% (from about 17 ppb to 8 ppb), but the levels for $PM_{10}$, $NO_2$, and sulfate did not change and $O_3$ levels slightly increased. The seasonal mortality analysis results showed that the apparent reduction in seasonal death rate occurred only during the first winter, and this was followed by a rebound (i.e., higher than expected death rate) in the following winter, then returned to the expected pattern three to five years after the intervention. Using Poisson regression of the monthly deaths, the avg annual trend in death rate significantly declined after the intervention for all causes (2.1%), respiratory causes (3.9%), and cardiovascular causes (2.0%), but not from other causes. These results seem to suggest that a reduction in $SO_2$ leads to an immediate reduction in deaths and a continuing decline in the annual trend in death rates.

Hedley et al. (2002) estimated that the expected average gain in life expectancy per year due to the lower $SO_2$ levels was 20 days for females and 41 days for males.

Interpreting these results is somewhat complicated by an upward trend in mortality across the intervention point, which the authors noted was due to increased population size and aging. The results suggest that such an upward trend is less steep after the introduction of low sulfur fuel. While the Poisson regression model of monthly deaths does adjust for trend and seasonal cycles, the regression model does not specifically address the influence of influenza epidemics, which can vary from year to year. This issue also applies to the analysis of warm to cool season change in death rates. The most prominent feature of the time-series plot (or the fitted annual cycle of monthly deaths) presented in this study is the lack of a winter peak for respiratory and all-cause mortality during the year immediately following the intervention. Much could be made of this lack of a winter peak, but no discussion of the potential impact of (or a lack of) influenza epidemics is provided. These issues complicate the interpretation of the estimated decline in upward trend of mortality rate or the apparent lack of winter peak.

The decline in mortality following the intervention does not preclude the possibility that other constituents of the pollution mixture that share the same source as $SO_2$ are responsible for the adverse effects. Even though $PM_{10}$ levels before and after the intervention were stable in Hong Kong, it is possible that constituents that do not explain a major fraction of PM may have declined. As also noted previously in Section 3.1.5, Hedley et al. (2006) noted large reductions in ambient nickel and vanadium concomitantly with reductions of sulfur after the intervention. $SO_2$ also may be serving as a modifier of the effect of respirable particles. Thus, while the Hong Kong data are supportive of $SO_2$-mortality effects, the possibility remains that mortality effects may be caused by constituents of $SO_2$-associated sources.

# 3.3.4. Summary of Evidence on the Effects of Short-Term $SO_2$ Exposure on Mortality

The epidemiologic evidence on the effect of short-term exposure to $SO_2$ on all-cause (nonaccidental) and cardiopulmonary mortality is *suggestive of a causal relationship* at ambient concentrations. The epidemiologic studies are generally consistent in reporting positive associations between $SO_2$ and mortality; however, there was a lack of robustness of the observed associations to adjustment for copollutants.

Figure 3-11 presents all-cause $SO_2$ mortality excess risk estimates from the multicity studies and meta-analyses. The mortality effect estimates from single-pollutant models range from 0.6% (NMMAPS) to 4.1% (Italian 8-cities study) per 10 ppb increase in 24-h avg $SO_2$ concentrations, but given the large confidence band in the Italian study, a more stable range may be 0.6 to 2%. It is noteworthy that the $SO_2$ effect estimates for the NMMAPS and Canadian 12-city studies are quite comparable (0.6 and 0.7%, respectively), considering the differences in the modeling approach. The heterogeneity of estimates in the multicity studies and meta-analyses may be due to several factors, including the differences in model specifications, averaging/lag time, $SO_2$ levels, and effect-modifying factors. Only the APHEA study examined possible sources of heterogeneity for $SO_2$-related mortality. They examined several potential effect modifiers such as the mean levels of pollution and weather variables, accuracy of the air pollution measurements, health of the population, smoking prevalence, and geographical differences. The only variable that could explain the heterogeneity of city-specific effect estimates was the geographic separation (western versus central eastern European cities) for both $SO_2$ and BS, but heterogeneity in the $SO_2$ effect estimates remained within the western cities.



**Figure 3-11.** Relative risks (95% CI) of SO₂-associated all-cause (nonaccidental) mortality, with and without copollutant adjustment, from multicity and meta-analysis studies. Effect estimates are standardized per 10 ppb increase in 24-h avg SO₂ concentrations. For multipollutant models, results from the models that resulted in the greatest reduction in the SO₂ effects are shown. (NMMAPS = National Morbidity, Mortality, and Air Pollution Study; APHEA = Air Pollution and Health: a European Approach.)



**Figure 3-12.   Relative risks (95% CI) of SO₂-associated mortality for all (nonaccidental), respiratory, and cardiovascular causes from multicity studies. Effect estimates are standardized per 10 ppb increase in 24-h avg SO₂ concentrations. (APHEA = Air Pollution and Health: a European Approach.)**

Several multicity studies provided effect estimates for broad cause-specific categories, typically respiratory and cardiovascular mortality. A summary of these effect estimates, along with the all-cause mortality estimates for comparison, are presented in Figure 3-12. These results from multicity studies suggest that the mortality effect estimates for cardiovascular and respiratory causes were generally larger than that for all-cause mortality, though in some cases the effects were not statistically significant, possibly because of reduced statistical power by which to examine cause-specific associations. In these

studies, the effect estimates for respiratory mortality were also found to be larger than the cardiovascular mortality effect estimates, suggesting a stronger association of $SO_2$ with respiratory mortality compared to cardiovascular mortality. This finding is consistent with the observed greater effects of $SO_2$ on respiratory morbidity compared to cardiovascular morbidity.

As shown previously in Figure 3-11, the mortality effect estimates from the multipollutant models in the multicity studies suggest some extent of confounding between $SO_2$ and PM and/or $NO_2$, as indicated by the instability of the effect estimates in multipollutant models. It should be noted, however, that interpretation of the single- versus multipollutant model results is complicated by potential interaction among copollutants and differing degrees of measurement error for correlated pollutants.

Very few studies specifically examined possible interactions among the copollutants. Katsouyanni et al. (2006) examined the effect estimates for $SO_2$ and BS in seven western European cities for subsets stratified by high and low levels of the other pollutant and found that the estimates were similar for days with low or high levels of the other pollutant. From these results, Katsouyanni et al. suggested that the effects of $SO_2$ and BS were independent.

In summary, recent epidemiologic studies have reported associations between mortality and $SO_2$, often at mean 24-h avg levels of < 10 ppb. The range of the excess risk estimates for $SO_2$ on all-cause mortality is 0.4 to 2% per 10 ppb increase in 24-h avg $SO_2$ in several multicity studies and meta-analyses. The effect estimates for more specific categories may be larger. The larger European study suggests that the observed heterogeneity in $SO_2$ effect estimates is at least in part regional. The intervention study from Hong Kong supports the idea that a reduction in $SO_2$ levels results in a reduction in deaths, but this does not preclude the possibility that the causal agent is not $SO_2$ but rather something else that is associated with $SO_2$ sources. Results from the multicity studies suggest that $SO_2$-mortality excess risk estimates may be confounded to some extent by copollutants, making a definitive distribution of effects among the pollutants difficult. However, the interpretation of multipollutant model results also requires caution because of possible interaction among the copollutants and influence of varying measurement error. Very limited information was available to determine possible interaction effects between $SO_2$ and PM or other copollutants. Overall, the evidence that $SO_2$ is causally related to mortality at current ambient levels is suggestive, but limited by potential confounding and lack of understanding regarding the interaction of $SO_2$ with copollutants in the epidemiologic data.

# 3.4. Morbidity Associated with Long-Term $SO_2$ Exposure

## 3.4.1. Summary of Findings from the Previous Review

The 1982 AQCD addressed some effects of long-term $SO_2$ exposure. It was reported that bronchoconstriction resulted from chronic exposure to 5.1 ppm $SO_2$ in dogs but not in monkeys. This increased pulmonary resistance was thought to occur as a result of morphological changes in the airway or hypersecretion of mucus leading to airway narrowing. However, there were no remarkable pulmonary pathological findings in monkeys and dogs in these studies. This could have been due to the conventional light microscopic examination applied, which could not detect alterations in surface membranes or subtle changes in cilia.

It was also noted that repeated exposures of rats $\geq 50$ ppm $SO_2$ produced chronic bronchitis similar to that seen in humans although there was no evidence to suggest that bronchitis developed in humans at ambient levels of $SO_2$. Furthermore, nasal mucosal alterations were observed in mice exposed to 10 ppm $SO_2$ for 72 h by inhalation. Lack of data on morphological effects of $SO_2$ at near ambient concentrations was noted. In addition, some alterations in lung host defenses were discussed with chronic exposure to $SO_2$ at doses exceeding ambient concentrations.

In the 1982 AQCD, only a few epidemiologic studies provided sufficient quantitative evidence relating respiratory symptoms or pulmonary functions changes to long-term exposure to $SO_2$. Briefly, a study by Lunn et al. (1967) in Sheffield, England, provided the strongest evidence of an association between pulmonary function decrements and increased frequency of lower respiratory tract symptoms in 5- to 6-year-old children chronically exposed to ambient BS (annual level of 230 to 301 $\mu g/m^3$) and $SO_2$ levels (69 to 105 ppb). A follow-up study by Lunn et al. (1970) found no effect with much lower levels of BS (range: 48, 169 $\mu g/m^3$) and $SO_2$ (range: 36, 97 ppb); it was suggested that this might be due to insufficient power to detect small health effect changes.

The 1986 Second Addendum presented three additional studies that examined the effects of long-term exposure on respiratory health. A study by Ware et al. (1986) reported that respiratory symptoms were associated with annual avg TSP in the range of ~30 to 150 $\mu g/m^3$ in children (n = 8,380) from six U.S. studies. Only cough was found to be significantly associated with $SO_2$. Although the increase in symptoms did not appear concomitantly with any decrements in lung function, this may indicate different mechanisms of effect. Other studies by Chapman et al. (1995) and Dodge et al. (1985) also observed increased prevalence of cough among children and young adults living in areas of higher $SO_2$ concentrations; however, it was noted that the observed effects might have been due to intermittent high $SO_2$ peak concentrations.

In addition to respiratory effects from long-term exposure to $SO_2$, the potential carcinogenicity of $SO_2$ or other $SO_X$ was also examined in the previous review. The 1982 AQCD concluded that little or no clear epidemiologic evidence substantiated the hypothesized links between $SO_2$ or other $SO_X$ and cancer, though there was some animal toxicological evidence that led to the conclusion that $SO_2$ may be considered a suspect carcinogen/cocarcinogen. There was very limited consideration of the effects of long-term exposure to $SO_2$ on other organ systems.

Since the 1982 AQCD and the 1986 Second Addendum, a number of animal toxicological and epidemiologic studies have investigated the effect of long-term exposure to $SO_2$ on respiratory morbidity, including asthma, bronchitis and respiratory symptoms, lung function, morphological effects, and lung host defense. Additional studies have examined the effect of long-term $SO_2$ exposure on genotoxic and carcinogenic effects, cardiovascular effects, and prenatal and neonatal outcomes, which are also briefly discussed in this section.

## 3.4.2. Respiratory Effects Associated with Long-Term Exposure to $SO_2$

### 3.4.2.1. Asthma, Bronchitis, and Respiratory Symptoms

Several epidemiologic studies have examined the association between long-term exposure to $SO_2$ and other air pollutants on asthma, bronchitis, and a variety of respiratory symptoms. These studies are summarized in Annex Table F-6. In the Six Cities Study of Air Pollution and Health, cross-sectional associations between air pollutants and respiratory symptoms were examined in 5,422 white children aged 10 to 12 years old from Watertown, MA, St. Louis, MO, Portage, WI, Kingston-Harriman, TN, Steubenville, OH, and Topeka, KS (Dockery et al., 1989). Annual means of 24-h avg $SO_2$ concentrations ranged from 3.5 ppb in Topeka to 27.8 ppb in Steubenville. Except for $O_3$, the correlations among pairs of pollution measures varied between 0.53 and 0.98. No associations were observed between $SO_2$ and a variety of respiratory symptoms, including bronchitis, chronic cough, chest illness, persistent wheeze, and asthma. Stronger associations were observed for PM indices.

Dockery et al. (1996) examined the respiratory health effects of acid aerosols in 13,369 white children aged 8 to 12 years old from 24 communities in the U.S. and Canada between 1988 and 1991. The city-specific annual mean $SO_2$ concentration was 4.8 ppb, with a range of 0.2 to 12.9 ppb. With the exception of the gaseous acids, nitrous and nitric acid, none of the particulate or gaseous pollutants, including $SO_2$, were associated with increased asthma or any asthmatic symptoms. Stronger associations

with particulate pollutants were observed for bronchitis and bronchitic symptoms. For $SO_2$, the only significant association found was with chronic phlegm, with an OR of 1.19 (95% CI: 1.00, 1.40) per 5 ppb increase in $SO_2$.

Herbarth et al. (2001) performed a meta-analysis of three cross-sectional surveys conducted in East Germany investigating the relationship between lifetime exposure (from birth to completion of questionnaire survey) to $SO_2$ and TSP in children and the prevalence of chronic bronchitis. Using a logistic model that included variables on parental predisposition (mother or father with bronchitis) and environmental tobacco smoke exposure, the authors reported that the OR for bronchitis due to a lifetime exposure to $SO_2$ was 3.51 (95% CI: 2.56, 4.82) (the concentration change for which the OR was based was not presented). No associations were found between TSP and the prevalence of bronchitis in children.

As part of the international SAVIAH (Small-Area Variation in Air Pollution and Health) study, Pikhart et al. (2001) examined the respiratory health effects from long-term exposure to $SO_2$ in children (n = 6,959) from two central European cities with high pollution levels (Prague, Czech Republic, and Poznan, Poland). A novel technique was used to estimate the outdoor concentrations of $SO_2$ at a small-area level. Outdoor $SO_2$ was measured by passive samplers at 130 sites in the two cities during 2-week periods. Concentrations of $SO_2$ at each location in the study areas were estimated from these data by modeling using a geographic information system (GIS). The estimated mean exposure to outdoor $SO_2$ was 32 ppb (range: 25, 37) in Prague and 31 ppb (range: 17, 53) in Poznan. The prevalence of wheezing or whistling in the past 12 months was associated with $SO_2$ (OR of 1.08 [95% CI: 1.03, 1.13] per 5 ppb increase in $SO_2$). Moreover, the lifetime prevalence of wheezing or whistling (OR 1.03 [95% CI: 1.00, 1.07]) and lifetime prevalence of physician-diagnosed asthma (OR 1.09 [95% CI: 1.00, 1.19]) also were associated with $SO_2$ levels. In the SAVIAH study, the only other pollutant considered in relation to health outcomes was $NO_2$. An earlier publication by Pikhart et al. (2000) presented preliminary results of the Prague data and indicated that the observed associations between $NO_2$ and respiratory symptoms were generally similar to that of $SO_2$.

The International Study of Asthma and Allergies in Children (ISAAC) included thousands of children in several European countries and Taiwan (Hirsch et al., 1999; Hwang et al., 2005; Penard-Morand et al., 2005; Ramadour et al., 2000; Studnicka et al., 1997). Pénard-Morand et al. examined the effect of long-term exposures to air pollution and prevalence of exercise-induced bronchial reactivity (EIB), flexural dermatitis, asthma, allergic rhinitis, and atopic dermatitis in 9,615 children aged 9 to 11 years in six French communities. Using 3-year averaged concentrations of $SO_2$, the investigators reported that the prevalence of EIB reactivity, lifetime asthma, and allergic rhinitis were significantly associated with increases in $SO_2$ exposure. The estimated 3-year averaged concentration of $SO_2$ was 2 ppb in the low-exposure schools and 4 ppb in the high-exposure schools. In a single-pollutant model, the ORs were 2.37 (95% CI: 1.44, 3.77) for EIB and 1.58 (95% CI: 1.00, 2.46) for lifetime asthma per 5 ppb increase in $SO_2$. In this study, $SO_2$ was correlated with $PM_{10}$ (r = 0.76) but not with $O_3$ (r = -0.02). Using a two-pollutant model that included $PM_{10}$, the associations of $SO_2$ with EIB and lifetime asthma were fairly robust (< 5% change).

In a German study of 5,421 children, the annual mean $SO_2$ concentration was associated with morning cough reported in the last 12 months, but not bronchitis (Hirsch et al., 1999). This study further observed that the association of $SO_2$ and other air pollutants with respiratory symptoms were stronger in nonatopic than in atopic children. The authors noted that these findings were in line with the hypothesis that these air pollutants induce nonspecific irritative rather than allergic inflammatory changes in the airway mucosa, as irritative effects would affect the clinical course in nonatopic children more strongly than in atopics whose symptoms are also determined by allergen exposure.

In contrast to the studies noted above, other studies using the ISAAC protocol did not observe an association between long-term exposure to $SO_2$ and respiratory symptoms. In France, Ramadour et al. (2000) performed an epidemiologic survey of 2,445 children aged 13 to 14 years living in communities with contrasting levels of air pollution to determine the relationship between long-term exposure to gaseous air pollutants and prevalence rate of rhinitis, asthma, and asthma symptoms. The avg $SO_2$ concentrations during the 2-month survey period ranged from 7 ppb to 22 ppb across the seven

communities. This study found no relationship between the mean levels of $SO_2$, $NO_2$, or $O_3$ and the above-mentioned symptoms. Another study of 843 children from eight nonurban communities in Austria did not observe consistent associations between $SO_2$ and prevalence of asthma and symptoms (Studnicka et al., 1997). Compared to the lowest $SO_2$ concentration category, the ORs in the higher $SO_2$ concentration categories (third and fourth quartiles) did not exceed one for any of the symptoms examined (wheeze, cough, bronchitis, and asthma).

A cohort study was conducted by Goss et al. (2004) to examine the effect of air pollutants on a potentially susceptible population, patients with cystic fibrosis. Study participants included 11,484 patients (mean age 18.4 years) enrolled in the Cystic Fibrosis Foundation National Patient Registry in 1999–2000. Exposure was assessed by linking air pollution values from ambient monitors with the patient's home ZIP code. During the study period, the mean $SO_2$ concentration was 4.9 ppb (SD 2.6, IQR: 2.7, 5.9). This study found no association between $SO_2$ and the odds of having two or more pulmonary exacerbations. One of the limitations addressed by the authors was the lack of information regarding tobacco use or environmental tobacco smoke, an important risk factor for pulmonary exacerbations.

Several studies examined the effects of long-term exposure to $SO_2$ on asthma, bronchitis, and respiratory symptoms. The studies reported positive associations in children; the notable exception was the Harvard Six Cities Study. However, there were inconsistencies in the results observed: some found effects on bronchitic but not asthmatic symptoms; others found the converse. A major limitation was that some subjects were asked to recall prevalence of symptoms in the last 12 months or in a lifetime; such long recall periods may have caused significant recall bias. Another concern is the high correlation of long-term avg $SO_2$ and copollutant concentrations, particularly PM, and the very limited evaluation of potential confounding in these studies. Overall, the epidemiologic studies do not provide sufficient evidence to conclude that long-term exposure to $SO_2$ has an effect on asthma, bronchitis, or respiratory symptoms.

### 3.4.2.2. Lung Function

Only a few new animal toxicological studies involving longer-term inhalation exposures to $SO_2$ were conducted since the last review. These studies are summarized here and in Annex Table E-1. Rabbits that were neonatally immunized to *Alternaria tenuis* and exposed to 5 ppm $SO_2$ for 13 weeks beginning in the neonatal period (Douglas et al., 1994) did not demonstrate alterations in lung resistance, dynamic compliance, trans-pulmonary pressure, tidal volume, respiration rate or minute volume. Similarly, no changes in physiological function were noted in dogs exposed to 15 ppm $SO_2$ for 2 h/day and 4-5 days/week for 5 months (Scanlon et al., 1987), although changes were noted at 50 ppm. However, Smith et al. (1989) found decreased residual volume and quasistatic compliance in rats at 4 months of exposure to 1 ppm $SO_2$ for 5 h/day and 5 days/week.

Only a limited number of epidemiologic studies examined the association between long-term exposure to $SO_2$ and changes in lung function. The Harvard Six Cities Study by Dockery et al. (1989) reported that no associations were observed between lung function and long-term exposure to air pollution, including $SO_2$, in a cohort of more than 5,000 children. An analysis of NHANES II data by Schwartz (1989), which included information on children and youths from 44 cities but was limited by a cross-sectional study design, also did not observe an association with $SO_2$, though inverse associations of FVC and $FEV_1$ with annual concentrations of TSP, $NO_2$ and $O_3$ were found. Additional studies conducted in Europe observed mixed results.

In a longitudinal cohort study of 1,150 children in nine communities in Austria, Frischer et al. (1999) examined the effect of long-term exposure to air pollutants on lung function. Lung function was measured in the spring and fall over a 3-year period from 1994 through 1996. Annual mean $SO_2$ concentrations ranged from 2 to 6 ppb across the nine communities. The authors reported no consistent associations between $SO_2$, $PM_{10}$, or $NO_2$ and lung function. For $SO_2$, a negative parameter estimate was observed during the summer, but a positive estimate was found during the winter period. Horak et al.

(2002a, 2002b) extended the study of Frischer et al. (1999) with an additional year of data. The mean $SO_2$ concentration was 6 ppb in the winter and 3 ppb in the summer. This study found a positive association between wintertime $SO_2$ concentrations and changes in FVC, which became null with $PM_{10}$ in a two-pollutant model.

Jedrychowski et al. (1999) conducted a prospective cohort study of 1,001 preadolescent children from two areas of Krakow, Poland, that differed in ambient air pollutants. In the city center, which had higher air pollution, the mean annual level of $SO_2$ was 16.7 ppb (SD 12.5). In comparison, the mean annual $SO_2$ level in the control area was 12.1 ppb (SD 8.4). A similar difference in TSP levels was observed between the city center and control area. The adjusted ORs comparing the city center to the control area for the occurrence of slower lung function growth over a two-year period were 2.10 (95% CI: 1.27, 3.46) for FVC and 2.10 (95% CI: 1.27, 3.48) for $FEV_1$ in boys. The adjusted ORs for girls were 1.54 (95% CI: 0.89, 2.64) for FVC and 1.51 (95% CI: 0.90, 2.53) for $FEV_1$. However, as both TSP and $SO_2$ levels were higher in the city center, the observed effects on lung function growth cannot be specifically attributable to $SO_2$.

One notable study examined the potential effect of long-term exposure to air pollution on lung function in adults. The study by Ackermann-Liebrich et al. (1997) included 9,651 adults aged 18 to 60 years old residing in eight different areas in Switzerland (Study on Air Pollution and Lung Diseases in Adults [SAPALDIA]). They observed a 0.1% decrease in FVC per 5 ppb increase in $SO_2$ for adults. Significant associations also were observed for $PM_{10}$ and $NO_2$. The limited number of study areas and high intercorrelation between the pollutants made it difficult to assess the effect of an individual pollutant. The authors concluded that air pollution from fossil fuel combustion, which was the main source of air pollution for $SO_2$, $NO_2$, and $PM_{10}$ in Switzerland, was associated with decrements in lung function parameters in this study.

Collectively, the results from the limited number of animal toxicological and epidemiologic studies on the effect of long-term exposure to ambient $SO_2$ on lung function is inconclusive.

### 3.4.2.3. Morphological Effects

Several animal toxicological studies of morphological effects resulting from subacute to chronic $SO_2$ exposures have been published since the 1982 AQCD. These studies are summarized in Annex Table E-17. No alveolar lesions (including electron microscopic evaluation) or changes in numbers of tracheal secretory cells were observed in guinea pigs exposed to 1 ppm $SO_2$ for 3 h/day for 6 days (Conner et al., 1985). No pulmonary or nasal lesions were observed in rats exposed to 5 ppm $SO_2$ for 2 h/day and 5 days/week for 4 weeks (Wolff et al., 1989). A weakness of the latter study is that histopathological methods were not reported. However, a third study reported histopathological changes in the respiratory system involving lesions in the bronchioles. Smith et al. (1989) exposed rats for 4 to 8 months to 1 ppm $SO_2$ for 5 h/day and 5 days/week and observed increased incidence of bronchiolar epithelial hyperplasia and a small increase (12%) in numbers of nonciliated epithelial cells in terminal respiratory bronchioles at 4 but not 8 months of exposure. A limitation of the study was the examination of a single concentration, which does not allow for concentration-response assessment or identification of a no-effect-level.

In summary, evidence from these animal toxicological studies is insufficient to conclude that long-term exposure to ambient $SO_2$ causes prolonged effects on lung morphology.

### 3.4.2.4. Lung Host Defense

The 1982 AQCD reported some detrimental effects of $SO_2$ on lung host defenses that generally occurred at concentrations exceeding ambient exposure concentrations. In rats exposed to 0.1 ppm $SO_2$ for ~2 to 3 weeks, clearance of labeled particles from the lung was accelerated at 10 and 23 days following exposure. In rats exposed to 1 ppm for ~2 to 3 weeks, clearance was accelerated at 10 days and

slowed down at 25 days. Tracheal mucus flow was decreased with a 1-year exposure of dogs to 1 ppm $SO_2$, but was unaffected by a 30-min exposure of donkeys to 25 ppm $SO_2$. Studies in mice suggested no effect on susceptibility to bacterial infection with exposure to $SO_2$ concentrations of $\leq$ 5 ppm for 3 months. Antiviral defenses were impaired in mice exposed to 7-10 ppm $SO_2$ for 7 days. No alterations in pulmonary immune system were reported with chronic exposure of mice to 2 ppm $SO_2$.

Several studies on lung host defense have been conducted since the last review and are summarized in Annex Table E18. Only one study published after the last review evaluated mucociliary clearance in rats after exposure to $SO_2$. In this subchronic study, no effect on clearance of radiolabeled particles from the lung was observed in rats exposed to 5 ppm $SO_2$ for 2 h/day for 4 weeks (Wolff et al., 1989). These findings are in contrast to the altered clearance reported in the 1982 AQCD. Three other recent studies were conducted evaluating the effects of 10 ppm $SO_2$ on immune responses. Impairment of host defense responses was seen following continuous exposure to $SO_2$ for 1-3 weeks (Azoulay-Dupuis et al., 1982), but not in response to a single 4 h exposure (Clarke et al., 2000; Jakab et al., 1996).

In summary, animal toxicological studies do not provide sufficient evidence to assess the effects of long-term exposure to ambient $SO_2$ on lung host defense.

### 3.4.2.5. Summary of Evidence on the Effects of Long-Term Exposure on Respiratory Health

The overall epidemiologic evidence on the respiratory effects of long-term exposure to $SO_2$ is *inadequate to infer a causal relationship*. Studies that examined the effects of long-term exposure to $SO_2$ on asthma, bronchitis, and respiratory symptoms observed positive associations in children. However, the variety of outcomes examined and the inconsistencies in the observed results make it difficult to assess the impact of long-term exposure of $SO_2$ on respiratory symptoms. In the limited number of studies examining the $SO_2$ associations with lung function, results were generally mixed. A major consideration in evaluating $SO_2$-related health effects in these epidemiologic studies of long-term exposure is the high correlation among the pollutant levels observed, particularly between long-term avg $SO_2$ and PM concentrations. The lack of evidence available to evaluate potential confounding by copollutants limits the ability to make a causal determination based on these studies.

A limited number of animal toxicological have examined the effect of long-term exposure to $SO_2$ on lung function. Results from these studies do not provide strong biological plausibility for effects of long-term ambient exposure to $SO_2$ on respiratory morbidity. These studies observed no effects on physiological lung function at $SO_2$ concentrations $\leq$ 5 ppm in rabbits and dogs; however, one study found decreased residual volume and quasistatic compliance at 1 ppm $SO_2$ in rats. In addition, no morphological changes were found in guinea pigs exposed subacutely to 1 ppm $SO_2$, or in rats exposed subchronically to 5 ppm $SO_2$. While mild, bronchiolar epithelial hyperplasia was observed in rats exposed to 1 ppm for 4 months, this change was not apparent at 8 months. Furthermore, animal toxicological studies provide no evidence for decrements in lung host defense at or near ambient levels of $SO_2$.

Overall, the available evidence from the generally limited number of epidemiologic and animal toxicological studies is inadequate to infer that respiratory effects occur from long-term exposure to $SO_2$ at ambient concentrations.

## 3.4.3. Carcinogenic Effects Associated with Long-Term Exposure

The 1982 AQCD concluded that little or no clear epidemiologic evidence substantiated the hypothesized links between $SO_2$ or other $SO_X$ and cancer. From the toxicological studies, it was noted that while there were some indications of carcinogenicity for both $SO_2$ and $SO_2$ + benzo[*a*]pyrene (B[*a*]P),

complex exposure regimens, problematic dose determinations, and/or inadequately reported experimental details led to the conclusion that $SO_2$ could only be considered a suspect carcinogen/cocarcinogen.

Since the last review, numerous studies have examined the genotoxic effects of $SO_2$. These are summarized in Annex Table E-19. $SO_2$ and its metabolite sulfite were found not to be mutagenic or to induce DNA damage in vitro (Pool-Zobel et al., 1990; Pool et al., 1988b). However, inhalation studies demonstrated increased mouse bone marrow micronucleated polychromatic erythrocytes and DNA damage in cells isolated from various organs when mice were exposed for 4-6 h/day for 7 days to 5-30 ppm $SO_2$ (Meng et al., 2002; 2005b; Ruan et al., 2003). These in vivo studies suggest that inhaled $SO_2$ may have systemic effects at high concentrations, but they are of questionable significance in evaluating the effects of $SO_2$ at ambient levels.

The carcinogenic potential of $SO_2$ was examined in animal toxicological studies which are summarized in Annex Table E-11. Gunnison et al. (1988) conducted a two-part study in which rats were exposed either for 21 weeks (6 h/day, 5 days/week) by inhalation to 0, 10, or 30 ppm $SO_2$, or for 21 weeks to two tungsten-supplemented, molybdenum-deficient diets. This latter regimen induced a condition of sulfite oxidase deficiency, resulting in elevated systemic levels of sulfite:bisulfite relative to control values (e.g., in plasma, from 0 to 44 μM; and in tracheal tissue, from 33 to 69 or 550 nmol/g wet weight). Beginning with week 4, some groups from each regimen received weekly tracheal installations of 1-mg B[*a*]P for 15 weeks. Overall results indicated that squamous cell carcinoma was not induced, or in the B[*a*]P groups coinduced or promoted, by $SO_2$ inhalation or elevated systemic sulfite:bisulfite. Researchers found a very high incidence of animals with tumors in the groups exposed to only B[*a*]P (128 of 144 animals). As a result, carcinogenicity or cocarcinogenicity of $SO_2$ or sulfite:bisulfite could only have been detected as a shortening of tumor induction time or an increase in rate of tumor appearance, and neither was observed. As noted by the authors, these findings do not support the conclusion that $SO_2$ exposure enhances the carcinogenicity of B[*a*]P . It was proposed that $SO_2$ exposure, by elevating systemic sulfite:bisulfite, would generate glutathione-*S*-sulfonates, which in turn could inhibit glutathione *S*-transferase (GST) and reduce intracellular GSH and, thus, interfere with a major detoxication pathway for B[*a*]P. See Annex Table E-20 for discussion (Menzel et al. 1986).

Two similar studies were published that investigated the ability of 10 to 11 months of exposure (16 h/day) to 4 ppm $SO_2$, 6 ppm $NO_2$, or their combination to affect the carcinogenicity of either urban suspended PM (SPM) (Ito et al., 1997) or diesel exhaust particle (DEP) extract-coated carbon particles (Ohyama et al., 1999). The former study found that, while exposure to SPM extract-coated carbon particles significantly increased pulmonary endocrine cell (PEC) hyperplasia, coexposure to $SO_2$, $NO_2$, or their combination was without additional affect. Also, irrespective of gas coexposure, SPM extract-coated carbon particles demonstrated a few PEC papillomas versus control frequencies of zero.

Using Syrian golden hamsters, Heinrich et al. (1989) investigated whether coexposure to 10 ppm $SO_2$ and 5 ppm $NO_2$ for 6 to 8 months (5 days/week, 19 hours/day) could enhance tumorigenesis induced by a single subcutaneous injection of diethylnitrosamine (DEN) during week 2. The combined gas exposure did not affect body weight gain and only minimally shortened survival times. Compared to the DEN groups, serial sacrifices of gas-exposed animals demonstrated progressively increasing numbers of tracheal mucosal cells and aberrant tracheal cell cilia. In the lung, effects related to gas mixtures were largely limited to a progressive type of alveolar lesion that involved the lining of bronchiolar epithelium and the appearance of pigment-containing AM and to a mild, diffuse thickening of the alveolar septa. Exposure to the combined gases by itself did not induce tumors of the upper respiratory tract, nor did it enhance the induction of such tumors by DEN.

In addition to the animal toxicological studies that examined the genotoxic and carcinogenic potential of $SO_2$, a limited number of recent epidemiologic studies have investigated the relationship between long-term exposure to $SO_2$ and lung cancer incidence and mortality. These studies are summarized in Annex Table F-7. Nyberg et al. (2000) conducted a case-control study of men aged 40 to 75 years with (n = 1,042) and without (n = 2,364) lung cancer in Stockholm County, Sweden. They mapped residence addresses to a GIS database to assign individual exposures to $SO_2$ from defined emission sources (mainly local oil-fueled residential heating). Available $SO_2$ measurement data were used

to calibrate the model. In this study, $SO_2$ was considered an indicator of air pollution from residential heating. Exposure to $NO_2$, considered to be a marker of traffic pollution, also was evaluated in this study. The 90th percentile 30-year avg $SO_2$ level was 30 ppb. After adjusting for potential confounders (e.g., smoking, occupational exposures), long-term avg heating-related $SO_2$ exposure was not associated with an increase in risk of lung cancer incidence. A weak association for the 30-year avg traffic-related $NO_2$ exposure was observed.

Very similar results were reported in a Norwegian study by Nafstad et al. (2003). The study population is a cohort of 16,209 men who enrolled in a study of cardiovascular diseases in 1972. The Norwegian cancer registry identified 422 incident cases of lung cancer. $SO_2$ exposure data were modeled based on residence using data for observed concentrations and emission from point sources (e.g., industry and heating of buildings and private homes) and traffic. Once again, no association was observed between long-term exposure to $SO_2$ and lung cancer incidence.

Three additional European cohort studies examined the associations between long-term exposure to air pollution and lung cancer mortality (Beelen et al., 2008; Filleul et al., 2005; Nafstad et al., 2004) in cohorts ranging in size from 14,284 to 120,852 subjects, who were followed for 9 to > 20 years. Consistent with the results for lung cancer incidence, none of these studies observed an association between long-term $SO_2$ exposure and lung cancer mortality. These studies are discussed in further detail in Section 3.5.2.2.

Similar to the European cohort studies, studies conducted in the U.S. generally did not observe an association between long-term exposure to $SO_2$ and lung cancer mortality. In the reanalysis of the Harvard Six Cities Study, Krewski et al. (2000) estimated a RR of 1.03 (95% CI: 0.91, 1.16) per 5 ppb increase in avg $SO_2$ over the study period, while Pope et al. observed a positive but not statistically significant (RR ~1.04 per 5 ppb increase in avg $SO_2$ from 1982 to 1998) association in the extended analysis of the American Cancer Society (ACS) cohort. The California Seventh-day Adventists study by Abbey et al. (1999) did observe a statistically significant association between lung cancer mortality and $SO_2$ (and most of the pollutants examined including $PM_{10}$, sulfate, $O_3$, and $NO_2$), but the number of lung cancer deaths in this cohort was very small (12 for female, 18 for male) and, therefore, it is difficult to interpret these estimates. More detailed discussions of these studies are provided in Section 3.5.2.1.

In conclusion, the toxicological studies indicate that $SO_2$ at high concentrations may cause DNA damage but fails to induce carcinogenesis, cocarcinogenesis, or tumor promotion. Furthermore, results from the limited number of epidemiologic studies examining the association between long-term exposure to ambient $SO_2$ and excess risk of lung cancer incidence and mortality are inconclusive.

# 3.4.4. Cardiovascular Effects Associated with Long-Term Exposure

The effects of $SO_2$ on the cardiovascular system were not addressed in the 1982 AQCD. Since then, animal toxicological studies have reported oxidation and glutathione (GSH) depletion (Langley-Evans et al., 1996; Meng et al., 2003b; Wu and Meng, 2003) in the hearts of rodents which were exposed by inhalation to $SO_2$. However, as concentrations of $SO_2$ used in these studies were 5 ppm and above, the oxidative injury observed is probably not relevant to cardiovascular effects seen at ambient levels of $SO_2$. These and other animal toxicology studies measuring cardiovascular endpoints are summarized in Annex Table E-9.

A recent epidemiologic study examined the association between long-term exposure to air pollution, including $SO_2$, and one or more fatal or nonfatal cardiovascular events. In the Women's Health Initiative cohort study, Miller et al. (2007) studied 65,893 postmenopausal women between the ages of 50 and 79 years without previous cardiovascular disease in 36 U.S. metropolitan areas from 1994 to 1998. Subjects' exposures to air pollution were estimated using residents' five-digit ZIP code, assigning the annual mean levels of air pollutants measured at the nearest monitor. A total of 1,816 women had one or more fatal or nonfatal cardiovascular events, including 261 deaths from cardiovascular causes. Hazard

ratios for the first cardiovascular event were estimated. The results for models that only included subjects with non-missing exposure data for all pollutants (n = 28,402 subjects, resulting in 879 cardiovascular events) are described here. In the single-pollutant models, $PM_{2.5}$ showed the strongest associations with cardiovascular events among the pollutants (Hazard Ratios = 1.24 [95% CI: 1.04, 1.48] per 10 μg/m³ increase in annual avg), followed by $SO_2$ (1.07 [95% CI: 0.95, 1.20] per 5 ppb increase in the annual avg). In the multipollutant model where all the pollutants (i.e., $PM_{2.5}$, $PM_{10-2.5}$, CO, $SO_2$, $NO_2$, $O_3$) were included in the model, the $PM_{2.5}$ association with overall cardiovascular events was even stronger (1.53 [95% CI: 1.21, 1.94]). The association with $SO_2$ also became stronger (1.13 [95% CI: 0.98, 1.30]). Correlations among these pollutants were not described and, therefore, the extent of confounding among these pollutants in these associations could not be examined, but among all the air pollutants considered, $PM_{2.5}$ was clearly the best predictor of cardiovascular events.

The available toxicological and epidemiologic evidence to assess the effect of long-term exposure to $SO_2$ on cardiovascular health is too limited to make any conclusions at this time.

## 3.4.5. Prenatal and Neonatal Outcomes Associated with Long-Term Exposure

Several animal toxicological studies examined developmental effects of $SO_2$ and are summarized in Annex Table E-13. No changes in birth weight or neurobehavioral development were noted in mouse pups prenatally exposed to 5-30 ppm $SO_2$ (Petruzzi et al., 1996), while some behavioral modifications were seen in adults exposed prenatally to these same levels (Fiore et al., 1998). However, effects observed at such high concentrations of $SO_2$ are of questionable relevance.

In recent years, the effects of prenatal and neonatal exposure to air pollution have been examined in epidemiologic studies by several investigators (see Annex Table F-8). The most common endpoints studied are low birth weight, preterm delivery, and measures of intrauterine growth. Preterm birth and low birth weight may result in serious long-term health outcomes for the infant. Preterm birth is the leading cause of infant mortality and is a major determinant of a variety of adverse neurodevelopmental outcomes and chronic adverse respiratory effects (Berkowitz and Papiernik, 1993). Low birth weight has also been linked with increased risk of infant mortality and morbidity. Other studies have examined associations between maternal exposure to ambient air pollution and sudden infant death syndrome (SIDS) and neonatal hospitalizations.

These studies analyzed air pollution data and birth certificates from a given area. In evaluating the results of these studies, it is important to consider the limitations of these data. For example, the reliability and validity of birth certificate data have been reviewed (Buescher et al., 1993; Piper et al., 1993) and have been found to vary in degrees of reliability by specific variables. The variables considered the most reliable include birth weight, maternal age, race, and insurance status. Whereas gestational age, parity and delivery type (vaginal vs. cesarean) were reasonably reliable, obstetrical complications and maternal lifestyle factors such as smoking and alcohol consumption were not reliable. Another concern in these studies regards adequate control for potential confounders. While most of these studies adequately controlled for maternal education, parity, age, and sex of child, many did not adjust for SES, occupational exposures, indoor pollution levels, maternal smoking, alcohol use, prenatal care, or concurrent temperature exposures as fetal growth is associated with all of these factors. This makes overall comparisons across studies a difficult task.

While most studies analyzed avg $SO_2$ exposure for the whole pregnancy, many also considered exposure during specific trimesters, or other time periods (e.g., first and last months of gestation). Different exposure periods have been examined because the biological mechanisms and timing of critical exposures that link air pollution to adverse birth outcomes are yet to be determined. For example, fetal growth is much more variable during the third trimester; therefore, exposure during the third trimester would have the greatest likelihood of an association. However, insufficient placentation during the first

trimester may be associated with early environmental insult, whereby subsequent fetal growth is hindered. Similarly, it is possible that preterm delivery is associated with insufficient placentation resulting from early exposure. Furthermore, preterm delivery may be the result of acute exposures just prior to delivery.



**Figure 3-13.   Relative risks (95% CI) for low birth weight, grouped by trimester of SO$_2$ exposure. Risk estimates are standardized per 5 ppb increase in SO$_2$ concentrations.**

Epidemiologic studies examining the effects of air pollutants on low birth weight are summarized in Figure 3-13. Maisonet et al. (2001) examined the association between air pollution and low birth weight in six northeastern cities: Boston, MA; Hartford, CT; Philadelphia, PA; Pittsburgh, PA; Springfield, MA; and Washington, DC. The study population consisted of 89,557 singleton, full-term, live

births (37-44 weeks of gestation) born between January 1994 and December 1996. Low birth weight was classified as < 2,500 g (5.5 lbs.). This study observed an association between low birth weight and $SO_2$ concentrations during each trimester among Caucasians; however, the association was not consistent in other races and ethnicities.

An excess risk for low birth weight associated with ambient $SO_2$ concentrations was reported by Dugandzic et al. (2006) in a large cohort study of 74,284 women with full-term, singleton births from 1988–2000 in Nova Scotia, Canada. The mean 24-h avg $SO_2$ concentration over the study period was 10 ppb (IQR 7). These investigators found that exposure only during the first trimester was associated with increased risk of low birth weight. The RR was 1.14 (95% CI: 1.04, 1.26) per 5 ppb increase in $SO_2$ level.

Liu and Krewski (2003) found similar results in a study of pregnancy outcomes and air pollution in Vancouver, Canada. The mean 24-h avg $SO_2$ concentration was 4.9 ppb (IQR 7.7) from 1985 to 1998. Maternal exposure during the first month was associated with an increased risk of low birth weight (OR 1.11 [95% CI: 1.01, 1.22]). Additional studies from the U.S., Europe, Latin America and Asia have reported positive associations between low birth weight and maternal exposure to $SO_2$ during the first (Bell et al., 2007; Bobak, 2000; Ha et al., 2001; Mohorovic, 2004; Yang et al., 2003a), second (Bobak, 2000; Gouveia et al., 2003; Lee et al., 2003a) and third (Bobak, 2000; Lin et al., 2004b; Wang et al., 1997) trimesters.

Preterm delivery, intrauterine growth retardation (IUGR), and birth defects are additional adverse birth outcomes that have been associated with ambient $SO_2$ levels. In a time-series analysis using data from four Pennsylvania counties, Sagiv et al. (2005) reported that the mean 6-week $SO_2$ exposure prior to birth was associated with increased risk of preterm birth, with a RR of 1.05 (95% CI: 1.00, 1.10) per 5 ppb increase in $SO_2$. A 5 ppb increase in $SO_2$ concentrations three days before birth was associated with a RR of 1.02 (95% CI: 0.99, 1.05). The authors discussed two plausible mechanisms for the effects of air pollution on preterm birth: (1) changes in blood viscosity due to inflammation as a result of air pollution (Peters et al., 1997); and (2) maternal infection during pregnancy as a consequence of impaired immunity from air pollution exposure. Liu and Krewski (2003) reported that $SO_2$ exposure during the last month of pregnancy was associated with preterm birth, with an OR of 1.09 (95% CI: 1.01, 1.19) for a 5 ppb increase in $SO_2$, in Vancouver, Canada. Similar results were found for studies conducted in the Czech Republic (Bobak, 2000), Korea (Leem et al., 2006), and Beijing (Xu et al., 1995).

Liu and Krewski (2003) further reported that $SO_2$ exposure during the last month of pregnancy was associated with IUGR (OR 1.07 [95% CI: 1.01, 1.13]). However, in a later study in the Canadian cities of Calgary, Edmonton and Montreal, Liu et al. (2007) did not observe associations between maternal exposure to $SO_2$ and increased risk of IUGR.

Two Brazilian studies examined exposure to $SO_2$ and neonatal deaths. Pereira et al. (1998) found a positive association between $SO_2$ and intrauterine mortality in São Paulo during a 2-year period, though the effect was sensitive to model specifications and did not support a concentration-response relationship. The most robust association with intrauterine mortality was observed for an index of three gaseous pollutants ($NO_2$, $SO_2$, CO). Lin et al. (2004b) found that a 5 ppb increase in $SO_2$ was associated with an increase of 8.8% (95% CI: 5.8, 11.8). A similar relationship was found for $PM_{10}$. The creation of an index containing both $PM_{10}$ and $SO_2$ allowed the observation of their cumulative effects on daily death counts. The result of this analysis was similar in magnitude to the effect of $SO_2$ alone. An ecologic cohort study of infant mortality in the U.S. found no association with annual averages of $SO_2$ concentration (Lipfert et al., 2000a).

Gilboa et al. (2005) conducted a population-based case-control study to investigate the association between maternal exposure and air pollutant exposure during weeks 3-8 of pregnancy, the risk of selected cardiac birth defects and oral clefts in live births, and fetal deaths between 1997 and 2000 in seven Texas counties. When the highest quartile of exposure was compared to the lowest, the authors observed a positive association between $SO_2$ and isolated ventricular septal defects (OR 2.16 [95% CI: 1.51, 3.09]). Although this is the only study to have examined the effect of maternal exposure to $SO_2$ on birth defects, it supports the notion that the developing embryo and growing fetus are susceptible to maternal air pollution exposure.

Several studies examined adverse health outcomes in relation to $SO_2$ concentrations during the neonatal period. Dales et al. (2006) evaluated hospitalizations for respiratory disorders in neonates < 4 weeks of age from hospitals in 11 large Canadian cities during a 15-year study period (population-weighted avg 24-h avg $SO_2$ of 4.3 ppb). The researchers observed a 5.5% (95% CI: 2.8, 8.3) excess risk in respiratory hospitalizations associated with a 10 ppb increase in 24-h avg $SO_2$ concentrations with a 2-d lag. This effect was slightly attenuated after adjusting for $PM_{10}$ and gaseous copollutants. To investigate the influence of ambient $SO_2$ concentrations on SIDS, Dales et al. (2004) conducted a time-series analysis comparing daily rates of SIDS and daily $SO_2$ concentrations from 12 large, Canadian cities during a 16-year period. The mean 24-h avg $SO_2$ level across the 12 cities was 5.51 ppb (IQR 4.92). There was an 18.0% (95% CI: 4.4, 33.4) excess risk in SIDS incidence for a 10 ppb increase in 24-h avg $SO_2$ levels. The authors concluded that the effect of $SO_2$ was independent of sociodemographic factors, temporal trends, and weather.

In summary, epidemiologic studies on birth outcomes have observed positive associations between $SO_2$ exposure and low birth weight; however, toxicological studies provide very little biological plausibility for reproductive outcomes related to $SO_2$ exposure. The inconsistent results across trimesters of pregnancy and the lack of evidence regarding confounding by copollutants further limit the interpretation of these studies. The limited number of studies addressing preterm delivery, IUGR, birth defects, neonatal hospitalizations, and infant mortality make it difficult to draw conclusions regarding the effect of $SO_2$ on these outcomes.

## 3.4.6. Other Organ System Effects Associated with Long-Term Exposure

The 1982 AQCD presented only one chronic exposure study which was relevant to nervous system effects. Dogs were exposed for 68 months to a mixture of $SO_2$ and $H_2SO_4$ (Stara et al., 1980). No effects on visual-evoked brain potentials during or immediately after exposure to the $SO_X$ mixture were observed. Since then, numerous studies have examined brain lipid content, lipid peroxidation and glutathione content and antioxidant enzymes following inhalation exposure of rodents to $SO_2$ at concentrations of 10 ppm or higher. Concentrations of 5 ppm or higher $SO_2$ were used in studies examining neurobehavior and neurodevelopment in mice. These studies are summarized in Annex Table E-12.

In the past 25 years, numerous animal toxicological studies have evaluated the effects of long-term $SO_2$ exposure on other organ systems such as reproductive, hematological, gastrointestinal, renal, lymphatic, and endocrine systems. Most of these studies used concentrations of $SO_2$ of 5 ppm or higher. Many of these studies examined alteration profiles of lipid peroxidation and antioxidant levels (Langley-Evans et al., 1996; Meng et al., 2003c; 2004) and are summarized in Annex Table E-10, E-13 through E-16, and E-21.

# 3.5. Mortality Associated with Long-Term $SO_2$ Exposure

## 3.5.1. Summary of Findings from the Previous Review

At the time of the 1982 AQCD, the available studies on the effects of long-term exposure to $SO_2$ on mortality were all ecological cross-sectional studies. This study design could not take into consideration such confounders as cigarette smoking, occupational exposures, and social status. In addition, there were

questions regarding how representative the aerometric data used were for community exposure. Therefore, it was concluded that the epidemiologic studies did not provide valid quantitative data relating respiratory disease or other types of mortality to long-term (annual avg) exposures to $SO_2$ or PM.

The 1986 Secondary Addendum reviewed more studies of this type, with information on more detailed components of PM (inhalable and fine particles, and particulate sulfate). While some studies suggested importance of the size of PM, the fundamental problem of the study design made it difficult to interpret the effect estimates. The 1986 Secondary Addendum also reviewed a Japanese study in which the death rates from asthma and chronic bronchitis in a highly polluted section of Yokkaichi, an industrial city with large $SO_2$ emissions from the largest oil-fired power plant in Japan, were compared with those in a less polluted area of the same city (Imai et al., 1986). $SO_X$ levels (measured using the lead peroxide method) averaged across several monitoring sites in the polluted harbor area ranged from around 1.0 to 2.0 mg/day (annual avg) during 1964 through 1972 and then steadily declined to less than 0.5 mg/day in 1982. This is in contrast to levels consistently < 0.3 mg/day in the low pollution areas throughout 1967 through 1982. Annual avg levels for other pollutants (i.e., $NO_2$, TSP, oxidants) monitored in the high pollution area were consistently low from 1974 through 1982. The results indicated elevated rates of chronic bronchitis mortality in the highly polluted area compared to the less polluted area, but the 1986 Secondary Addendum could not conclude that this was due to $SO_2$ alone, because sulfate or other particulate $SO_X$ such as $H_2SO_4$ could have been responsible.

Several, more recent studies have examined long-term exposure effects of air pollution, including $SO_2$, on mortality. These studies are summarized in Annex Table F-9. As with short-term exposure studies, the focus of most of these studies was mainly on PM though some focused on traffic-related air pollution. They all used Cox proportional hazards regression models with adjustment for potential confounders. The designs of these studies were better than earlier cross-sectional studies as the outcome and most of the potential confounders (e.g., smoking history, occupational exposure) were measured on an individual basis. However, the geographic scale and method for exposure estimates varied across these studies.

# 3.5.2. Associations of Mortality and Long-Term Exposure in Key Studies

## 3.5.2.1. U.S. Cohort Studies

### Harvard Six Cities Studies

Dockery et al. (1993) conducted a prospective cohort study to study the effects of air pollution with the main focus on PM components in six U.S. cities. These cities were chosen based on levels of air pollution, with Portage, WI and Topeka, KS representing the least polluted cities and Steubenville, OH representing the most polluted city. Mean $SO_2$ levels ranged from 1.6 ppb in Topeka to 24.0 ppb in Steubenville from 1977 to 1985. Cox proportional hazards regression was conducted with data from a 14- to 16-year follow-up study of 8,111 adults in the six cities. Dockery et al. (1993) reported that lung cancer and cardiopulmonary mortality were more strongly associated with the concentrations of inhalable and fine PM, and sulfate particles, than with the levels of TSP, $SO_2$, $NO_2$, or acidity of the aerosol.

Krewski et al. (2000) conducted a sensitivity analysis of the Harvard Six Cities Study and examined associations between gaseous pollutants (i.e., $O_3$, $NO_2$, $SO_2$, and CO) and mortality. $SO_2$ showed positive associations with total mortality (RR = 1.05 [95% CI: 1.02, 1.09] per 5 ppb increase in avg $SO_2$ over the study period) and cardiopulmonary deaths (1.05 [95% CI: 1.00, 1.10]), but in this dataset $SO_2$ was highly correlated with $PM_{2.5}$ (r = 0.85), sulfate (r = 0.85), and $NO_2$ (r = 0.84).

## American Cancer Society Cohort Studies

Pope et al. (1993) investigated associations between long-term exposure to PM and the mortality outcomes in the ACS cohort. Ambient air pollution data from 151 U.S. metropolitan areas in 1981 were linked with individual risk factors in 552,138 adults who resided in these areas when enrolled in the prospective study in 1982. Death outcomes were ascertained through 1989. $PM_{2.5}$ and sulfate were associated with total, cardiopulmonary, and lung cancer mortality, but not with mortality for all other causes. Gaseous pollutants were not analyzed in this study.

Krewski and co-investigators (Jerrett et al., 2003a; Krewski et al., 2000) conducted an extensive sensitivity analysis of the Pope et al. (1993) ACS data, augmented with additional gaseous pollutants data. The mean $SO_2$ concentrations were 7.18 ppb in the warm season (April to September) and 11.24 ppb in the cool season (October to March). Among the gaseous pollutants examined, only $SO_2$ showed positive associations with mortality. The RR for total mortality was 1.06 (95% CI: 1.05, 1.07) per 5 ppb increase in the annual avg $SO_2$. Analysis using $SO_2$ measured in different seasons produced a somewhat higher estimate for the warm season than that for the cool season (7% compared to 5% excess risk per 5 ppb increase). Although the subjects in the ACS cohort came from all regions of the U.S., the majority of the 151 cities were located in the eastern U.S., where both $SO_2$ and sulfate tend to be higher. $PM_{2.5}$ levels are also higher in the east. To address the influence of these spatial patterns, which may confound associations between mortality and these pollutants, Krewski et al. (2000) conducted extensive two-stage regression modeling. In these models, the association between $SO_2$ and mortality was diminished but persisted after adjusting for sulfate, $PM_{2.5}$, and other variables. For example, in the spatial filtering model (which resulted in the largest reduction of the $SO_2$ effect estimate when sulfate was included), the $SO_2$ total mortality RR estimate was 1.07 (95% CI: 1.03, 1.11) in the single-pollutant model and 1.04 (95% CI: 1.02, 1.06) with sulfate in the two-pollutant model. The effect estimates for $PM_{2.5}$ and sulfate also were diminished when $SO_2$ was included in the models. The result further showed that $SO_2$ effect estimates were generally insensitive to adjustment for spatial correlation. Thus, these results suggest that the association between $SO_2$ and mortality may be confounded with PM, but the association cannot be accounted for by $PM_{2.5}$ or sulfate alone. Krewski et al. (2000) noted that their reanalysis of the ACS and Harvard Six Cities studies suggested that mortality might be attributed to more than one component of the complex mixture of ambient air pollutants in urban areas in the U.S..

The original Pope et al. (1993) study and the Krewski et al. (2000) reanalysis both used the air pollution exposure estimates that are based on the average over the Metropolitan Statistical Area (MSA), which consists of multiple counties. To investigate the effects of geographic scale over which the air pollution exposures are averaged, (Willis et al., 2003), reanalyzed the ACS cohort data using the exposure estimates averaged over the county scale, and compared the results with those based on the MSA-scale avg exposure. Less than half of the cohort used in the MSA-based study was used in the county-scale based analysis, because of the limited availability of sulfate monitors and the reduced sample size due to the loss of subjects when using the five-digit ZIP codes. The mean (9.3 ppb versus 10.7 ppb) and range (0.0 to 29.3 ppb versus 0.0 to 27.2 ppb) of the MSA- and county-level $SO_2$ data sets were similar. In the analysis comparing the two-pollutant model with sulfate and $SO_2$, they found that the inclusion of $SO_2$ reduced sulfate effect estimates substantially (> 25%) in the MSA-scale model but not substantially (< 25%) in the county-scale model. In the MSA-level analysis (with 113 MSAs), the $SO_2$ RR estimate was 1.04 (95% CI: 1.02, 1.06) per 5 ppb increase, with sulfate in the model. In the county-level analysis (91 counties) with sulfate in the model, the corresponding estimate was smaller (1.02 [95% CI: 1.00, 1.05]). It should also be noted that the correlation between covariates were different between the MSA-level data and county-level data. The correlation between $SO_2$ and sulfate was 0.48 in the MSA-level data, but it was 0.56 in the county-level data. The correlation between poverty rate and $SO_2$ was -0.16 in the MSA-level data, but it was 0.15 in the county-level data. Thus, the extent of confounding between $SO_2$ and PM components as well as among other covariates in the model can be affected by the geographic scale of aggregation of exposure estimates. It is not clear, however, if the smaller geographic scale increases or decreases exposure characterization error for $SO_2$, because a certain extent of smoothing

(averaging) over distance may reduce very local concentration peaks that are not relevant to the city-wide population.

Pope et al. (2002) extended analysis of the ACS cohort with double the follow-up time (to 1998) and triple the number of deaths compared to the original Pope et al. (1993) study. In addition to $PM_{2.5}$, all the gaseous pollutant data were retrieved for the extended period and analyzed for their associations with death outcomes. As in the 1995 analysis, the air pollution exposure estimates were based on the MSA-level averages. $PM_{2.5}$ was associated with total, cardiopulmonary, and lung cancer mortality but not with deaths for all other causes. $SO_2$ was associated with all the mortality outcomes, including all other causes of deaths. The $SO_2$ RR estimate for total mortality was 1.03 (95% CI: 1.02, 1.05) per 5 ppb increase (1982 to 1998 avg). The association of $SO_2$ with mortality for all other causes (sulfate also showed this pattern) makes it difficult to interpret the effect estimates. This lack of specificity for $SO_2$ (in contrast to PM) is not consistent with causal inference.

## The EPRI-Washington University Veterans' Cohort Mortality Studies

Lipfert et al. (2000b) conducted an analysis of a national cohort of ~70,000 male U.S. military veterans who were diagnosed as hypertensive in the mid 1970s and were followed up for about 21 years (up to 1996). This cohort was 35% black and 57% were current smokers (81% of the cohort had been smokers at one time). $PM_{2.5}$, $PM_{10}$, $PM_{10-2.5}$, TSP, sulfate, CO, $O_3$, $NO_2$, $SO_2$, and lead were examined in this analysis. No mean or median level of $SO_2$ was reported. The county of residence at the time of entry to the study was used to estimate exposures. Four exposure periods (from 1960 to 1996) were defined, and deaths during each of the three most recent exposure periods were considered. The results for $SO_2$ were presented only qualitatively as part of their preliminary screening regression results. Lipfert et al. (2000b) noted that lead and $SO_2$ were not found to be associated with mortality, thus were not considered further. They also noted that the pollution effect estimates were sensitive to the regression model specification, exposure periods, and the inclusion of ecological and individual variables. The authors reported that indications of concurrent mortality risks were found for $NO_2$ and peak $O_3$.

Lipfert et al. (2006b) examined associations between traffic density and mortality in the same cohort, whose follow-up period was extended to 2001. As in their 2000 study, four exposure periods were considered but included more recent years. The 95th percentiles of daily avg in each of the exposure periods were considered for $SO_2$. For the 1997–2001 data period, the estimated mortality RR for $SO_2$ was 0.99 (95% CI: 0.97, 1.01) per 5 ppb increase in a single-pollutant model. They reported that traffic density was a better predictor of mortality than ambient air pollution variables with the possible exception of $O_3$. The log-transformed traffic density variable was only weakly correlated with $SO_2$ (r = 0.32) and $PM_{2.5}$ (r = 0.50) in this data set.

Lipfert et a. (2006a) further extended analysis of the veterans' cohort data to include the EPA's Speciation Trends Network (STN) data, which collected chemical components of $PM_{2.5}$. They analyzed the STN data for year 2002, again using county-level averages. $PM_{2.5}$ and gaseous pollutants data for 1999 through 2001 were also analyzed. As in the previous Lipfert et al. (2006b) study, traffic density was the most important predictor of mortality, but associations were also seen for elemental carbon, vanadium, nickel, and nitrate. $O_3$, $NO_2$, and $PM_{10}$ also showed positive but weaker associations. Once again, no associations were observed between long-term exposure to $SO_2$ and mortality.

## Seventh-day Adventist Study

Abbey et al. (1999) investigated associations between long-term ambient concentrations of $PM_{10}$, sulfate, $SO_2$, $O_3$, and $NO_2$ (1973 through 1992) and mortality (1977 through 1992) in a cohort of 6,338 nonsmoking California Seventh-day Adventists. Monthly indices of ambient air pollutant concentrations at 348 monitoring stations throughout California were interpolated to ZIP codes according to home or work location of study participants, cumulated, and then averaged over time. They reported associations between $PM_{10}$ and total mortality for males and nonmalignant respiratory mortality for both sexes. $SO_2$

was not associated with total mortality (RR 1.07 [95% CI: 0.92, 1.24] for males and 1.00 [95% CI: 0.88, 1.14] for females per 5 ppb increase in multiyear avg $SO_2$), cardiopulmonary deaths, or respiratory mortality for either gender.

## 3.5.2.2. European Cohort Studies

A study by Beelen et al. (2008) examined associations between traffic-related air pollution and mortality. They analyzed data from the Netherlands Cohort Study on Diet and Cancer with 120,852 subjects who were followed from 1987 to 1996. BS, $NO_2$, $SO_2$, $PM_{2.5}$, and four types of traffic-exposure estimates were analyzed. While the local traffic component was estimated for BS, $NO_2$, and $PM_{2.5}$, no such attempt was made for $SO_2$, because there was "virtually no traffic contributions to this pollutant." Thus, only "background" $SO_2$ levels were reflected in the exposure estimates. Traffic intensity on the nearest road was associated with all-cause mortality and a larger RR was observed for respiratory mortality. Results were similar for BS, $NO_2$ and $PM_{2.5}$, but no associations were found for $SO_2$ (RR = 0.98 [95% CI: 0.93, 1.03] per 5 ppb increase in multiyear avg$SO_2$).

Nafstad et al. (2004) investigated the association between mortality and long-term exposure to air pollution exposure in a cohort of Norwegian men followed from 1972–1973 through 1998. Data from 16,209 males (aged 0 to 49 years) living in Oslo, Norway, in 1972–1973 were linked with data from the Norwegian Death Register and with estimates of the avg annual air pollution levels at the participants' home addresses. PM was not considered in this study because measurement methods changed during the study period. Exposure estimates for $NO_X$ and $SO_2$ were constructed using models based on subject addresses, emission data for industry, heating, and traffic, and measured concentrations. While $NO_X$ was associated with total, respiratory, lung cancer, and ischemic heart disease deaths, $SO_2$ did not show any associations with mortality. The authors noted that the $SO_2$ levels were reduced by a factor of 7 during the study period (from 5.6 ppb in 1974 to 0.8 ppb in 1995), whereas $NO_X$ did not show any clear downward trend.

Filleul et al. (2005) investigated long-term effects of air pollution on mortality in 14,284 adults who resided in 24 areas from seven French cities when enrolled in the Air Pollution and Chronic Respiratory Diseases (PAARC) survey in 1974. Daily measurements of $SO_2$, TSP, BS, $NO_2$, and NO were made in the 24 areas for 3 years (1974 through 1976). Models were run before and after exclusion of six area monitors influenced by local traffic as determined by a $NO:NO_2$ ratio of > 3. Before exclusion of the six areas, none of the air pollutants was associated with mortality outcomes. After exclusion of these areas, analyses showed associations between total mortality and TSP, BS, $NO_2$, and NO but not $SO_2$ (RR = 1.01 [95% CI: 0.97, 1.06] per 5 ppb multiyear average) or acidimetric measurements. It should be noted that $SO_2$ levels in these French cities declined markedly between the 1974 through 1976 period and the 1990 through 1997 period by a factor of 2 to 3, depending on the city. The changes in air pollution levels over the study period complicate interpretation of reported effect estimates.

## 3.5.2.3. Cross-Sectional Analysis Using Small Geographic Scale

Elliott et al. (2007) examined associations of BS and $SO_2$ with mortality in Great Britain using a cross-sectional analysis. However, unlike the earlier ecological cross-sectional mortality analyses in the U.S. in which mortality rates and air pollution levels were compared using large geographic boundaries (i.e., MSAs or counties), in the Elliot et al. analysis, the mortality rates and air pollution were compared using a much smaller geographic unit, the electoral ward, with a mean area of 7.4 $km^2$ and a mean population of 5,301 per electoral ward. Death rates were computed for four successive 4-year periods from 1982 to 1994 and associated with 4-year exposure periods from 1966 to 1994. The number of deaths from all causes in the 10,520 wards was 420,776. Of note, $SO_2$ levels declined from 41.4 ppb in the 1966 to 1970 period to 12.2 ppb in 1990 to 1994. This type of analysis does not allow adjustments for

individual risk factors, but the study did adjust for SES data available for each ward from the 1991 census. Social deprivation and air pollution were more highly correlated in the earlier exposure windows. They observed associations for both BS and $SO_2$ and mortality outcomes. The estimated effects were stronger for respiratory illness than other causes of mortality for the most recent exposure period and most recent mortality period (when pollution levels were lower). The adjustment for social deprivation reduced the effect estimates for both pollutants. The adjusted mortality RRs for $SO_2$ for the pooled mortality periods using the most recent exposure windows were 1.021 (95% CI: 1.018, 1.024) for all causes, 1.015 (95% CI: 1.011, 1.019) for cardiovascular, and 1.064 (95% CI: 1.056, 1.072) for respiratory causes per 5 ppb increase in $SO_2$. The effect estimates for the most recent mortality period using the most recent exposure windows were larger. Simultaneous inclusion of BS and $SO_2$ reduced effect estimates for BS but not $SO_2$. Elliott et al. (2007) noted that the results were consistent with those reported in the Krewski et al. (2000) reanalysis of the ACS study. This analysis was ecological, and the exposure estimates in the smaller area compared to that in the U.S. cohort studies may have resulted in less exposure misclassification error, and the large underlying population appears to be reflected in the narrow confidence bands of effect estimates. The results from this study suggest an association between long-term exposures (especially in recent years) to $SO_2$ and mortality.

## 3.5.3. Summary of Evidence on the Effect of Long-Term Exposure on Mortality

The available epidemiologic evidence on the effect of long-term exposure to $SO_2$ on mortality is *inadequate to infer a causal relationship* at this time. The ecological cross-sectional studies examined in the 1982 AQCD and 1986 Secondary Addendum found suggestive relationships between long-term exposure to $SO_2$ and mortality. However, there were concerns as to whether the observed association was due to $SO_2$ alone, because sulfate or other particulate $SO_X$ such as $H_2SO_4$ could have been responsible. In the more recent longitudinal cohort studies, once again, positive associations have been observed between long-term exposure to $SO_2$ and mortality; however, several issues affect the interpretation of these results.

Figure 3-14 presents all-cause mortality RR estimates associated with long-term exposure to $SO_2$ from the U.S. and European cohort studies. The overall range of RRs spans 0.97 to 1.07 per 5 ppb increase in the annual (or longer period) avg$SO_2$. The analyses of the Harvard Six Cities and the ACS cohort data, which likely provide effect estimates that are most useful for evaluating possible health effects in the U.S., observed RRs of 1.02 to 1.07. Note that each of the U.S. cohort data has its own advantages and limitations. The Harvard Six Cities data have a small number of exposure estimates, but the study cities were carefully chosen to represent a range of air pollutant exposures. The ACS cohort had far more subjects, but the population was more highly educated than the representative U.S. population. Since educational status appeared to be an important effect modifier of air pollution effects in both studies, the overall effect estimate for the ACS cohort may underestimate that for the more general population. However, it should also be noted that several other U.S. and European studies did not observe an association between long-term exposure to $SO_2$ and mortality.

The geographic scale of analysis appears to influence $SO_2$ effect estimates and exposure error. In a reanalysis of the ACS data, the county-level analysis showed a smaller $SO_2$ effect estimate than MSA-level analysis. For sulfate, the opposite pattern was found. Thus, the impact of the geographic scale of analysis may also depend on the spatial distribution of air pollutants. The cross-sectional analysis in Great Britain using small-scale electoral wards observed an effect estimate similar to the lower end of the range of effect estimates for all-cause mortality from U.S. cohort studies, though it is not clear if the effect estimates from this cross-sectional study are directly comparable to those from cohort studies.



**Figure 3-14.** Relative risks (95% CI) of SO$_2$-associated all-cause (nonaccidental) mortality, with and without adjustment for sulfate, from longitudinal cohort studies. Effect estimates are standardized per 5 ppb increase in SO$_2$ concentrations. The exposure estimates for Krewski et al. (2000) and Pope et al. (2002) are based on MSA (Metropolitan Statistical Area)-level averaging; Lipfert et al. (2006b) used county-level averaging.

Another important issue that these studies could not resolve was the possible confounding and/or interaction among PM indices and $SO_2$. The possibility that the observed effects may not be due to $SO_2$, but other constituents that come from the same source as $SO_2$, or that PM may be more toxic in the presence of $SO_2$ or other components associated with $SO_2$, cannot be ruled out. For example, the ACS cohort came from all regions of the U.S., but a major fraction of the ACS cities were located in the eastern U.S., where both $SO_2$ and sulfate levels tend to be higher. Therefore, even with sophisticated spatial modeling, separating possible confounding of $SO_2$ effects by PM is challenging. Future and on-going studies that take into consideration within- versus between-city variation of these pollutants may help elucidate this issue.

Overall, the results from two major U.S. epidemiologic studies observe an association between long-term exposure to $SO_2$ or sulfur-containing particulate air pollution and mortality. However, several other U.S. and European cohort studies did not observe an association. The lack of consistency across studies, inability to distinguish potential confounding by copollutants, and uncertainties regarding the geographic scale of analysis limit the interpretation of a causal relationship.

# Chapter 4. Public Health Impact

This chapter addresses several issues relating to the broader public health impact from exposure to ambient $SO_2$. The first section discusses the shape of the concentration-response relationship for $SO_2$, with consideration of interindividual variability in responses and evaluation of the limited evidence available to assess threshold values for health effects. The next section identifies characteristics of subpopulations which may experience increased risks from $SO_2$ exposures, through either enhanced susceptibility (e.g., as a result of pre-existing disease, genetic factors, age) and/or differential vulnerability associated with increased exposure (e.g., close proximity to sources, activities).

## 4.1. Assessment of Concentration-Response Function and Potential Thresholds

An important consideration in characterizing the public health impacts associated with $SO_2$ exposure is whether the concentration-response relationship is linear across the full concentration range, or if there are concentration ranges where there are departures from linearity (i.e., nonlinearity). Of particular interest is the shape of the concentration-response curve at and below the level of the current $SO_2$ NAAQS level of a 24-h avg level of 0.14 ppm or the annual avg of 0.03 ppm, and whether a threshold of effect may exist among these lower concentrations. The assumption of a threshold indicates an ambient $SO_2$ concentration below which adverse health outcomes are not elicited. Lack of a threshold implies that exposure to even the lowest measured ambient $SO_2$ concentrations has the potential to cause toxicity.

In the context of risk assessment for human health, it is important to consider the distinction between individual thresholds and population thresholds. There is wide variability in the human population, and a threshold for a population is defined by the threshold for the most sensitive individual in that population (Gaylor et al., 1988). Some human clinical studies provide individual-level response data in relation to different levels of $SO_2$ exposure; this allows evaluation of both the percentage of individuals showing responses across the range of exposures as well as the concentration at which an individual begins to indicate a response. Very few epidemiologic studies, and no human clinical studies, evaluate whether there is a population-level threshold, which is the concentration of $SO_2$ that must be exceeded to elicit a health response in the study population.

Human clinical and epidemiologic studies that examined the shape of the concentration-response function are presented below. The discussion focuses on respiratory morbidity effects associated with short-term exposure to $SO_2$, for which the strongest causal evidence exists.

## 4.1.1. Evidence from Human Clinical Studies

In human clinical studies of exercising asthmatics, moderate $SO_2$-induced decrements in lung function have been observed at the lowest levels tested (i.e., 0.2 to 0.3 ppm, 5 to 10 min exposures) in some individuals (approximately 5-30% of subjects). Statistically significant respiratory effects have been consistently observed at concentrations of 0.4-0.6 ppm, with 20-60% of asthmatics experiencing moderate to large decrements in lung function following 5-10 min exposures (see Table 3-1). Smaller, yet statistically significant decrements in lung function have also been demonstrated at $SO_2$ concentrations < 0.2 ppm when preceded by exposure to $O_3$ (see Section 3.1.3). Human clinical studies are valuable in characterizing the concentration-response relationship in relatively healthy asthmatics, but cannot be used

to evaluate potential population threshold directly, as controlled human exposure studies have not been conducted at $SO_2$ concentrations below 0.1 ppm and do not include the most sensitive asthmatics.



Source: Linn et al. (1987; 1988; 1990); Smith (1994)

**Figure 4-1.** **Percent of mild and moderate asthmatics ($\dot{V}_E$ = 40-50 L/min) experiencing an $SO_2$-induced increase in (a) sRaw of ≥ 100% or a decrease in (b) $FEV_1$ of ≥ 15%, adjusted for effects of moderate to heavy exercise in clean air. The data represents lung function measurements from 40, 41, 40, and 81 subjects at concentrations of 0.2, 0.3, 0.4, and 0.6 ppm, respectively. A two parameter logistic model was fit to the data using Bayesian estimation with noninformative priors (Lunn et al., 2000).[1]**

---

[1] The form of the logistic model was $p = 1 / (1 + \exp(-\alpha - \beta * \log(SO_2)))$, where $p$ is the fraction of asthmatics who experienced a moderate or greater decrement in lung function as defined above. Median estimates are presented along with upper and lower 95% confidence intervals.

With increasing exposure concentration between 0.2 and 1.0 ppm, there is a clear increase both in magnitude of respiratory effect and percent of asthmatics affected (Table 3-1). A subset of the data presented in this table was taken from a series of studies conducted by Linn et al. (1987; 1988; 1990) and is presented graphically in Figures 4-1 through 4-3. In these studies, mild and moderate asthmatics were exposed for 10 min to $SO_2$ concentrations between 0 and 0.6 ppm during moderate to heavy exercise. These particular studies were selected for inclusion in this meta-analysis owing to similarities between exposure protocols, with all subjects being exposed to multiple concentrations of $SO_2$. In the 1987 study, subjects were exposed to $SO_2$ concentrations of 0, 0.2, 0.4, and 0.6 ppm, while in the 1988 and 1990 studies, subjects were exposed to concentrations of 0, 0.3, and 0.6 ppm. The percent of asthmatics experiencing moderate or greater $SO_2$-induced decrements in lung function (increase in sRaw $\geq$ 100% or decrease in $FEV_1 \geq$ 15%) is shown in Figure 4-1. At 0.2 ppm, between 5 and 13% of subjects are affected, and this fraction increases with increasing concentration, with approximately 50% of subjects experiencing respiratory effects at a concentration of 0.6 ppm.

Figures 4-2 and 4-3 present the concentration-response relationship between $SO_2$ and decrements in lung function among asthmatics in the Linn et al. (1987; 1988; 1990) studies. Concentration response relationships are presented for all asthmatics, as well as for $SO_2$-sensitive asthmatics, i.e., those asthmatics experiencing significant decrements in lung function at the highest exposure concentration used (0.6 ppm). This analysis demonstrates a clear increase in the magnitude of respiratory effects with increasing exposure concentration, with more marked effects observed at lower concentrations among the $SO_2$-sensitive asthmatics. The results of a study by Gong et al. (1995) support this conclusion: the authors observed a linear relationship between $SO_2$ concentration (0, 0.5, and 1.0 ppm) and both lung function (decrease in $FEV_1$, and increase in sRaw) and respiratory symptoms.



**Figure 4-2.** $SO_2$-induced increase in sRaw among mild and moderate asthmatics following 10 min exposures with moderate to heavy exercise ($V_E$ = 40-50 L/min). Responses presented for all asthmatics as well as $SO_2$-sensitive asthmatics, defined here as asthmatics experiencing a $\geq$100% $SO_2$ induced increase in sRaw at 0.6 ppm. The analysis includes data from 40 subjects exposed to concentrations of 0.0, 0.2, 0.4, and 0.6 ppm, 14 of whom were $SO_2$-sensitive (Linn et al., 1987), as well as 41 subjects exposed to 0.0, 0.3, and 0.6, 25 of whom were $SO_2$-sensitive (Linn et al., 1988; 1990). Error bars = 1 SE.



**Figure 4-3.**   SO$_2$-induced decrease in FEV$_1$ among mild and moderate asthmatics following 10 min exposures with moderate to heavy exercise (V$_E$ = 40-50 L/min). Responses presented for all asthmatics as well as SO$_2$ sensitive asthmatics, defined here as asthmatics experiencing a ≥15% SO$_2$ induced decrease in FEV$_1$ at 0.6 ppm. The analysis includes data from 40 subjects exposed to concentrations of 0.0, 0.2, 0.4, and 0.6 ppm, 21 of whom were SO$_2$ sensitive (Linn et al., 1987), as well as 41 subjects exposed to 0.0, 0.3, and 0.6, 20 of whom were SO$_2$ sensitive (Linn et al., 1988; 1990). Error bars = 1 SE.

## 4.1.2. Evidence from Epidemiologic Studies

Although there are numerous epidemiologic studies that examined the association between SO$_2$ and various health effects, only a few of these studies attempted to evaluate the concentration-response function. Most studies assumed a linear or log-linear relationship between ambient SO$_2$ concentrations and the health outcome in their evaluations.

Epidemiologic studies have examined the concentration-response relationship for SO$_2$ using various statistical methods, including the comparison of effect estimates in increasing quartiles or quintiles, plotting the risk observed against increasing SO$_2$ concentrations, and using nonparametric smoothed curves to assess the nonlinearity of the SO$_2$-effect relationship. Most of the epidemiologic studies that examined the concentration-response function between SO$_2$ exposure and respiratory morbidity observed that the relationship could not be distinguished from linear across the entire concentration range.

The association between asthma hospitalizations and ambient 24-h avg SO$_2$ concentrations was examined in a case-control study of children in Bronx County, NY (Lin et al., 2004d). The 24-h avg concentration ranged from 2.9 to 66.4 ppb. The authors categorized 24-h avg SO$_2$ concentrations and estimated ORs for each category using the lowest exposure group as the reference (2.9 to 9.2 ppb). They observed an increasing linear trend across the range of concentrations, with more marked effects observed at 24-h avg SO$_2$ concentrations greater than 40 ppb (Figure 4-4). A similar concentration-response relationship for daily 1-h max SO$_2$ levels was also observed. During the years 2003-2005, the 24-h avg SO$_2$ concentrations for the 90th and 95th percentiles were 10 and 13 ppb, respectively.



Source: Lin et al. (2004d)

**Figure 4-4.**   **Adjusted odds ratios of asthma hospitalizations by groupings of 24-h avg SO$_2$ concentrations in Bronx County, New York.  All groups were compared with the lowest exposure group (2.9-9.2 ppb). ORs for 24-h avg SO$_2$ concentrations on the same day, as well as from a 2-day, 3-day, and 4-day moving average lag are presented.**

The Harvard Six Cities Study by Schwartz et al. (1994) investigated the concentration-response function and observed a nonlinear relationship between SO$_2$ concentrations and respiratory symptoms. A figure plotting the relative odds of incidence of lower respiratory tract symptoms against SO$_2$ concentrations lagged 1 day indicated that no statistically significant increase in the incidence of lower respiratory tract symptoms was seen until SO$_2$ concentrations exceeded a 24-h avg of 22 ppb though an increasing trend was observed at concentrations as low as 10 ppb (see Figure 4-5). In a study of respiratory hospitalizations, Ponce de Leon et al. (1996) found that a weak relationship with SO$_2$ was only observable at 24-h avg SO$_2$ concentrations above 23 ppb. In both the Schwartz et al. (1994) and Ponce de Leon et al. (1996) studies, a statistically significant increased risk was observable only at 24-h avg SO$_2$ concentrations that were above the 90th percentile. The nonlinearity observed in these concentration-response functions is dependent on only a few influential observations; thus, should be interpreted with caution.



Source: Schwartz et al. (1994).

**Figure 4-5.    Relative odds ratio of incidence of lower respiratory tract symptoms smoothed against 24-h avg SO₂ concentrations on the previous day, controlling for temperature, city, and day of week.**

A study by Jaffe et al. (2003) examined the association between $SO_2$ and ED visits for asthma in three cities in Ohio, and found significant associations only in Cincinnati using Poisson regression analysis. To examine the concentration-response function, they also conducted quintile analyses. In Cincinnati, an increasing linear trend in risk was observed across the range of concentrations. Wong et al. (2002a [using GAM with default convergence criteria]) constructed a plot of risk against 24-h avg $SO_2$ concentrations to examine the concentration-response relationship in Hong Kong and London. In general, a linear relationship between risk of respiratory hospitalizations and $SO_2$ was observed across the range of $SO_2$ concentrations in Hong Kong, but not in London. Several other studies that examined the concentration-response relationship found that the association between respiratory hospitalizations and $SO_2$ did not deviate from linearity (Atkinson et al., 1999b; Burnett et al., 1997b; Hajat et al., 1999; Hajat et al., 2002).

Discerning a possible population-level threshold for air pollution-related effects in epidemiologic studies is quite challenging. Using $PM_{2.5}$ as an example, Brauer et al. (2002a) examined the relationship between ambient concentrations and mortality risk in a simulated population with specified common individual threshold levels. They found that no population threshold was detectable when a low threshold level was specified for individuals. Other factors that may make it difficult to detect a threshold if one exists include wide interindividual variability in sensitivity to $SO_2$ exposure, and the inadequacy of currently deployed ambient monitors for accurate and precise measurements at lower 24-h avg $SO_2$ levels. Ambient concentrations of $SO_2$ have been declining since the 1980s and are now at or very near the limit of detection (~3 ppb) of the ambient monitors in the regulatory network. The mean 24-h avg $SO_2$ concentration across the metropolitan statistical areas (MSAs) from 2003 through 2005 was 4 ppb (5th–95th percentile: 1-13). Thus, there is greater uncertainty at the lower concentration range compared to the higher concentrations, which likely limits the ability to detect any potential threshold that may exist.

The overall evidence from epidemiologic studies that evaluate the concentration-response relationship is not sufficient to conclude that the relationship deviated from linearity; however, it should be noted that these studies generally lack power to distinguish between linear and non-linear response forms.

## 4.1.3. Summary of Evidence on Concentration-Response Functions and Thresholds

In the previous two sections, evidence from human clinical and epidemiologic studies on the concentration-response function that may inform identification of any potential population threshold was presented. Results from human clinical studies indicate wide interindividual variability in response to $SO_2$ exposures, with peak (5 to 10 min) exposures at levels as low as 0.2-0.3 ppm eliciting respiratory responses in some asthmatic individuals. A clear increase in the magnitude of respiratory effects was observed with increasing exposure concentrations between 0.2 and 1.0 ppm during 5-10 min $SO_2$ exposures.

Several epidemiologic studies that examined the concentration-response function between short-term (24-h avg or 1-h max) exposure to $SO_2$ and respiratory morbidity observed that the relationship could not be distinguished from linear across the entire concentration range. Given the various limitations in observing a possible threshold in population studies, the lack of evidence does not necessarily indicate that there is indeed no threshold in $SO_2$ health effects. Some epidemiologic studies did report that though there was generally an increasing trend at the lower $SO_2$ concentrations, a marked increase in $SO_2$-related respiratory health effects was observed at higher concentrations. However, as these observations were based on a few potentially influential data points (24-h avg $SO_2$ concentrations above the 90th percentile), the results should be interpreted with caution. The overall limited evidence from epidemiologic studies examining the concentration-response function of $SO_2$ health effects is inconclusive regarding the presence of an effect threshold at current ambient levels.

## 4.2. Susceptible and Vulnerable Populations

Not all individuals exposed to pollutants respond similarly. Some subpopulations are at increased risk to the detrimental effects of pollutant exposure; additionally, considerable interindividual variability exists within sensitive subpopulations. The NAAQS are intended to provide an adequate margin of safety for both general populations and sensitive subpopulations, or those subgroups potentially at increased risk for ambient air pollution health effects.

In general, a sensitive population might exhibit an adverse health effect to a pollutant at concentrations lower than those needed to elicit the same response in the general population, or exhibit a more severe adverse effect than the general population when exposed to the same pollutant concentrations. The term *susceptibility* generally encompasses innate or acquired factors that make individuals more likely to experience effects with exposure to pollutants. Genetic or developmental factors can lead to innate susceptibility, while acquired susceptibility may result from age, from disease, or personal risk factors such as smoking, diet, or exercise; personal risk factors such as smoking, diet, or exercise habits are also associated with the development of heart and lung diseases. In addition, new attention has been paid to the concept of some population groups having increased *vulnerability* to pollution-related effects due to factors including SES (e.g., reduced access to health care) or particularly elevated exposure levels. Factors potentially contributing to susceptibility or vulnerability to air pollution are included in Table 4-1.

It is important to recognize that there is some overlap between the general concepts of susceptibility and vulnerability. For example, life stage is an important factor potentially determining both susceptibility and vulnerability. Children may be particularly vulnerable because of differences in exposure arising from their behavior and susceptible due to absorption or metabolism rates. Aging may also increase susceptibility to adverse effects from a pollutant because as individuals age, their bodies' ability to defend against and respond to injury may diminish.

The previous review of the $SO_2$ NAAQS identified certain groups within the population that may be more susceptible to the effects of $SO_2$ exposure, including asthmatics, individuals not diagnosed as asthmatic but with atopic disorders (e.g., allergies), and individuals with COPD or cardiovascular disease. Recent information on potentially susceptible or vulnerable subpopulations is assessed below.

**Table 4-1.    Factors Potentially Contributing to Susceptibility or Vulnerability to Air Pollution**

| Susceptibility Factors | Vulnerability Factors |
|---|---|
| Respiratory diseases (e.g., asthma) | Increased activity patterns |
| Cardiovascular diseases | Decreased air conditioning use |
| Genetic factors | Increased level of exertion |
| Age, Gender | Work environment (e.g., outdoor workers) |
| Race/ethnicity | Lower SES |
| Pro-inflammatory conditions, e.g., diabetes | Lower education level |
| Obesity | Residential location (e.g., proximity to roadways) |
| Adverse birth outcomes (e.g., low birth weight) | Geographic location (West vs. East) |

# 4.2.1. Pre-existing Disease

A recent report of the NRC (2004) emphasized the need to evaluate the effect of air pollution on susceptible groups, including those with respiratory illnesses and cardiovascular diseases. Generally, asthma, COPD, conduction disorders, CHF, diabetes, and MI are conditions believed to put persons at greater risk of adverse events associated with air pollution. Asthmatics are known to be one of the most $SO_2$-responsive subgroups in the population; the evidence related to respiratory illness, including asthma and other factors, is discussed in further detail below.

## 4.2.1.1. Pre-existing Respiratory Diseases

The 1982 AQCD concluded that asthmatics are more susceptible to respiratory effects from $SO_2$ exposures than the general public. This conclusion was primarily drawn from the strong human clinical evidence. Recent epidemiologic studies have strengthened this conclusion, reporting associations between a range of health outcomes with both short-term and long-term $SO_2$ exposures in subjects with respiratory disease.

In human clinical studies, asthmatics have been shown to be more responsive to respiratory effects of $SO_2$ exposures than healthy non-asthmatics. While $SO_2$-attributable decrements in lung function generally have not been demonstrated at concentrations $\leq 1.0$ ppm in non-asthmatics (Lawther et al., 1975; Linn et al., 1987; Schachter et al., 1984), statistically significant increases in respiratory symptoms and decreases in lung function have consistently been observed in exercising asthmatics following peak (5 to 10 min) $SO_2$ exposures to concentrations of 0.4-0.6 ppm (Gong et al., 1995; Horstman et al., 1986;

Linn et al., 1983b). Moderate or greater $SO_2$-induced decrements in lung function have also consistently been observed at lower $SO_2$ concentrations (0.2-0.3 ppm) in some asthmatics (Bethel et al., 1985; Linn et al., 1987; 1988; 1990; Sheppard et al., 1981). It is important to note that the most severe asthmatics in the population are excluded from participating in controlled human exposures to $SO_2$. Therefore, it is not unreasonable to presume that the most sensitive asthmatics would respond at lower levels than those used in human clinical studies. There is no evidence from human clinical studies that individuals with COPD have increased susceptibility to $SO_2$-induced respiratory effects.

A number of epidemiologic studies reported increased respiratory morbidity associated with $SO_2$ exposures in asthmatics. Notably, two U.S. multicity studies observed associations between ambient $SO_2$ concentrations and respiratory symptoms in asthmatic children (Mortimer et al., 2002; Schildcrout et al., 2006). Additional studies also have indicated generally positive associations for asthma among children and included a U.S. study (Delfino et al., 2003a) and several European studies (Higgins et al., 1995; Neukirch et al., 1998; Peters et al., 1996a; Roemer et al., 1993; Segala et al., 1998; Taggart et al., 1996; Timonen and Pekkanen, 1997; van der Zee et al., 1999). Studies of adults found no consistent association between respiratory symptoms among asthmatics and $SO_2$ concentrations (Desqueyroux et al., 2002a; 2002b; Romieu et al., 1996; van der Zee et al., 2000).

A positive association between ambient $SO_2$ concentrations and ED visits and hospitalizations provides further evidence that asthmatics are susceptible to the effects of $SO_2$. The associations between ambient concentrations of 24-h avg $SO_2$ and ED visits and hospitalizations for asthma in the U.S. are generally positive (Jaffe et al., 2003; Lin et al., 2004d; Michaud et al., 2004; Wilson et al., 2005), though a large time-series study conducted in Atlanta, GA did not find an association between ambient 1-h max $SO_2$ levels and asthma ED visits (Peel et al., 2005). Studies conducted outside the U.S. (Atkinson et al., 1999a; 1999b; Hajat et al., 1999; Sunyer et al., 1997; Thompson et al., 2001) also generally found positive results.

In summary, substantial evidence from epidemiologic studies suggests that individuals with preexisting respiratory diseases, particularly asthma, are more susceptible to respiratory health effects, though not mortality, from $SO_2$ exposures than the general public. The observations from human clinical studies indicating increased sensitivity to $SO_2$ exposures in asthmatic subjects compared to healthy subjects provide coherence and biological plausibility for these observations in epidemiologic studies.

## 4.2.1.2. Pre-existing Cardiovascular Diseases

The evidence available to evaluate the susceptibility of populations with cardiovascular disease for $SO_2$-related health effects is very limited. One human clinical study observed no evidence to suggest that patients with stable angina were more susceptible to $SO_2$-related health effects compared with healthy subjects (Routledge et al., 2006). The authors noted that this lack of response in the heart patients may be due to a drug treatment effect rather than decreased susceptibility. Liao et al. (2004) investigated short-term associations between ambient pollutants and cardiac autonomic control and observed that consistently more pronounced associations were found between $SO_2$ and HRV among persons with a history of coronary heart disease. In another epidemiologic study, Henneberger et al. (1996) examined the association of repolarization parameters with air pollutants in East German men with preexisting coronary heart disease. Ambient $SO_2$ concentrations during the 24-h preceding the ECG were associated with the QT interval duration, but not with any other repolarization parameters.

Evidence is inconsistent in studies analyzing the associations between ambient levels of air pollutants and ED visits or hospitalizations for cardiovascular diseases. A recent epidemiologic study investigated the association of $SO_2$ with cardiac-related hospital admissions among persons with preexisting cardiopulmonary conditions and observed no associations with ambient 1-h max $SO_2$ level for any cardiac disease investigated (i.e., ischemic heart disease [IHD], CHF, and dysrhythmia) across strata of comorbid disease status, including hypertension, diabetes, and COPD (Peel et al., 2007).

Goldberg et al. (2003) compared the risk estimates for death with the underlying cause of CHF and those deaths classified as having CHF one year before death and did not find associations between air pollution and those with CHF as an underlying cause of death. The authors found associations between some of the air pollutants examined (coefficient of haze [CoH], $SO_2$, and $NO_2$) and the deaths that were classified as having CHF one year before death, but the association with the specific cause of death was not unique to $SO_2$. This pattern of association, including but not specific to $SO_2$, with specific causes of death also was observed in an additional cohort of patients with CHF (Kwon et al., 2001).

In conclusion, the very limited evidence examining the susceptibility of individuals with preexisting cardiovascular disease to adverse health effects from ambient $SO_2$ exposures is inconclusive.

# 4.2.2. Genetic Factors for Oxidant and Inflammatory Damage from Air Pollutants

A consensus now exists among scientists that genetic factors related to health outcomes and ambient pollutant exposures merit serious consideration (Gilliland et al., 1999; Kauffmann, 2004). Several criteria must be satisfied in selecting and establishing useful links between polymorphisms in candidate genes and adverse respiratory effects. First, the product of the candidate gene must be significantly involved in the pathogenesis of the effect of interest, which is often a complex trait with many determinants. Second, polymorphisms in the gene must produce a functional change in either the protein product or in the level of expression of the protein. Third, in epidemiologic studies, the issue of confounding by other genes or environmental exposures must be carefully considered.

Several glutathione S-transferase (GST) families have common, functionally important polymorphic alleles (e.g., homozygosity for the null allele at the GSTM1 and GSTT1 loci, homozygosity for the A105G allele at the GSTP1 locus) that significantly reduce expression of enzyme function in the lung. Exposure to radicals and oxidants from air pollution induces decreases in GSH that increase GST transcription. Individuals with genotypes that result in enzymes with reduced or absent glutathione peroxidase activity are likely to have reduced oxidant defenses and increased susceptibility to inhaled oxidants and radicals.

Gilliland et al. (2002) examined effects of GSTM1, GSTT1, and GSTP1 genotypes and acute respiratory illness, specifically respiratory illness-related absences from school. The goal was to examine potential susceptibilities on this basis, but not specifically to air pollutants. They concluded that fourth grade schoolchildren who inherited a GSTP1 Val-105 variant allele had a decreased risk of respiratory illness-related school absences, indicating that GSTP1 genotype influences the risk and/or severity of acute respiratory infections in school-aged children.

Lee et al. (2004) studied ninth grade schoolchildren with asthma in Taiwan for a gene-environmental interaction between GSTP1-105 genotypes and outdoor pollution. They examined general district air pollution levels of low (mean $SO_2$ level of 3.6 ppb from 1994 to 2001), moderate (mean $SO_2$ of 6.2 ppb), and high (mean $SO_2$ of 8.6 ppb) and found that compared with individuals with any Val-105 allele in the low air pollution district, Ile-105 homozygotes in the high air pollution district had a significantly increased risk of asthma.

Gauderman et al. (2002) describe a study method that uses principal components analysis computed on single nucleotide polymorphism (SNP) markers to test for an association between a disease and a candidate gene. For example, they evaluated the association between respiratory symptoms in children and four SNPs in the GSTP1 locus, using data from the Southern California Children's Health Study (CHS). The authors observed stronger evidence of an association using the principal components approach (p = 0.044) than using either a genotype-based (p = 0.13) or haplotype-based (p = 0.052) approach. This method may be applied to relationships in this and other databases to evaluate aspects of air pollutants such as $SO_2$.



**Figure 4-6.**   **Relative risks (95% CI) of age-specific associations between short-term exposure to SO₂ and respiratory ED visits* and hospitalizations.  Risk estimates are standardized per 10 ppb increase in 24-h avg SO₂ concentrations or 40 ppb increase in 1-h max SO₂.**

Winterton et al. (2001) attempted to identify a genetic biomarker for susceptibility to $SO_2$. They screened 62 asthmatic subjects for $SO_2$ responsiveness using an inhalation challenge and collected genetic material via buccal swabs to test for associations between $SO_2$ sensitivity and specific gene

polymorphisms. Subjects inhaled 0.5 ppm $SO_2$ by mouthpiece for 10 min while wearing noseclips during moderate exercise on a treadmill. Subjects were defined as $SO_2$-sensitive if $FEV_1$ was decreased 12%. Genetic polymorphisms as biomarkers of susceptibility were evaluated in five regions coding for the β2-adrenergic receptor, the α subunit of the interleukin-4 (IL-4) receptor, the Clara cell secretory protein (CC16), tumor necrosis factor-α (TNF-α), and lymphotoxin-α (also known as TNF-β). The authors found a significant association between response to $SO_2$ and the homozygous wild-type allele of TNF-α position -308. All of the $SO_2$-sensitive subjects had the homozygous wild-type allele for TNF-α position -308, while 61% of the nonresponders had this genotype. Homozygosity for the TNF-1 allele was associated with a 5-fold increased risk of physician-diagnosed asthma relative to other genotypes. None of the other polymorphisms showed significant trends.

In summary, the differential effects of air pollution in general among genetically diverse subpopulations have been examined for a number of GST genes and other genotypes. The limited number of studies may provide some insight into susceptible groups and a potential genetic role in such. Only one of these studies specifically examined $SO_2$ as the exposure of interest, and it found a significant association with the homozygous wild-type allele for TNF-α. Khoury et al. (2000a) states that while genomics is still in its infancy, opportunities exist for developing, testing, and applying its tools to public health research of outcomes with possible environmental causes. At this time, there are insufficient data on which to base a conclusion regarding the effect of $SO_2$ exposure on genetically distinct subpopulations.

## 4.2.3. Age-Related Susceptibility

The American Academy of Pediatrics (2004) notes that children and infants are among the most susceptible to many air pollutants, including $SO_2$. Eighty percent of alveoli are formed postnatally and changes in the lung continue through adolescence; furthermore, the developing lung is highly susceptible to damage from exposure to environmental toxicants (Dietert et al., 2000). Children also have increased vulnerability as they spend more time outdoors, are highly active, and have high minute ventilation, which collectively increase the dose they receive (Plunkett et al., 1992; Wiley et al. 1991a, 1991b).

A number of epidemiologic studies have observed increased respiratory symptoms in children associated with increasing $SO_2$ exposures (Mortimer et al., 2002; Schildcrout et al., 2006; Schwartz et al. 1994), though there is no evidence from a limited number of studies suggesting this same effect in adults (Desqueyroux et al. 2002a, 2002b; van der Zee et al., 2000). Similarly, adverse respiratory effects have been observed in adolescents following $SO_2$ exposure in a laboratory setting (Koenig et al., 1981; 1983; 1987; 1988; 1990). However, there is no evidence from human clinical studies to suggest that the respiratory effects in adolescents are more severe than those observed in adults.

Older adults are frequently classified as being particularly susceptible to air pollution. The basis of the increased sensitivity in the older adults is not known, but one possibility is that it may be related to changes in the respiratory tract lining fluid antioxidant defense network (Kelly and Mudway, 2003) or a general reduction in immune competence.

A number of studies, investigating the association between ambient $SO_2$ levels and ED visits or hospital admissions for all respiratory causes or asthma, stratified their analyses by age group. Figure 4-6 summarizes the evidence of age-specific associations between $SO_2$ and acute respiratory ED visits and hospitalizations. Several studies demonstrated that the excess risk of ED visits or hospitalizations for all respiratory causes or asthma was higher for children (e.g. Atkinson et al., 1999a; 1999b; Petroeschevsky et al., 2001) and older adults (e.g. Petroeschevsky et al., 2001; Wilson et al., 2005; Wong et al. 1999) when compared to the risk for adults or all ages together. This is more clearly depicted in the summary density curves in Figure 4-7 and Figure 4-8, created using the effect estimates presented in Figure 4-6. As shown in these two figures, the effect estimates for children and older adults are slightly larger than that for adults or all ages for both all respiratory diseases and asthma ED visits and hospitalizations.



**Figure 4-7.   Summary density curves of the relative risks of age-specific associations between short-term exposure to SO₂ and ED visits and hospitalizations for all respiratory causes. Risk estimates are standardized per ppb increase in 24-h avg SO₂ concentrations or 40 ppb increase in 1-h max SO₂. Density curves drawn from effect estimates in Figure 4-6.**



**Figure 4-8.   Summary density curves of the relative risks of age-specific associations between short-term exposure to SO₂ and ED visits and hospitalizations for asthma.  Risk estimates are standardized per ppb increase in 24-h avg SO₂ concentrations or 40 ppb increase in 1-h max SO₂. Density curves drawn from effect estimates in Figure 4-6.**

Cakmak et al. (2007b) reported that among seven Chilean urban centers, the percent increase in nonaccidental mortality associated with a 10 ppb increase in 24-h avg SO₂ was 3.4% (95% CI: 0.7, 6.1) for those < 65 years of age and 5.6% (95% CI: 2.2, 9.1) for those > 85 years of age. The authors concluded that older adults are particularly susceptible to dying from air pollution, and suggested that concentrations deemed acceptable for the general population may not adequately protect those aged > 85 years.

There is limited epidemiologic evidence to suggest that children and older adults (65+ years) are more susceptible to the adverse respiratory effects associated with ambient $SO_2$ concentrations when compared to the general population.

## 4.2.4. Other Potentially Susceptible Populations

Although data specific to $SO_2$ exposures is lacking for the susceptibility factors listed below, several other potentially susceptible groups deserve specific mention in this document. These include individuals in a chronic pro-inflammatory state (e.g., diabetics), obese individuals, and children born prematurely or with low birth weight.

Chronic inflammation appears to enhance susceptibility for air pollution-related cardiovascular events in older individuals, persons with diabetes, coronary artery disease, obesity, and past MIs (Bateson and Schwartz, 2004; Goldberg et al., 2001; Peel et al., 2007; Zanobetti and Schwartz, 2002). Dubowsky et al. (2006) reported that individuals with conditions associated with both chronic inflammation and increased cardiac risk were more vulnerable to the short-term pro-inflammatory effects of air pollution. This included individuals with diabetes; obesity; and concurrent diabetes, obesity and hypertension. Zanobetti and Schwartz (2001) reported more than twice the risk for hospital admissions for heart disease in persons with diabetes than in persons without diabetes associated with exposure to ambient air pollution, indicating that persons with diabetes are an important at-risk group. Data from the Third National Health and Nutrition Examination Survey indicated that 5.1% of the U.S. population older than 20 years of age has diagnosed diabetes and an additional 2.7% has undiagnosed diabetes (Harris et al., 1998). Moreover, another study found that subjects with impaired glucose tolerance without type II diabetes also had reduced HRV (Schwartz, 2001). This may indicate that the at-risk population may be even larger.

Mortimer et al. (2000) reported that among asthmatic children, birth characteristics continue to be associated with increased susceptibility to air pollution later in life, demonstrating that air pollution-induced asthma symptoms were more severe in children born prematurely or of low birth weight. Specifically, the authors revealed asthmatic children born more than three weeks prematurely or weighing less than 2,500 grams (5.5 pounds) had a six-fold decrease in breathing capacity associated with air pollution compared to full-weight, full-term children. The low birth weight and premature children also reported a five-fold greater incidence of symptoms like wheezing, coughing and tightness in the chest.

## 4.2.5. Factors that Potentially Increase Vulnerability to $SO_2$

A limited amount of information exists on exposures to $SO_2$ among vulnerable populations. As noted above, vulnerability is characterized by extrinsic factors that may increase a population's risk from air pollution, such as being more highly exposed than the general population, or reduced SES. Because indoor and personal $SO_2$ concentrations are generally much lower than outdoor or ambient measurements, individuals that spend most of their time indoors, such as older adults, are not anticipated to be vulnerable to high $SO_2$ exposures, though in some cases they may be more susceptible to the effects of these exposures than the general population due to preexisting health factors. Another factor that potentially alters vulnerability to $SO_2$ is air conditioning use due to the reduced penetration of $SO_2$ into buildings when windows are closed.

Other individuals with increased vulnerability include those who spend a lot of time outdoors at increased exertion levels, for example outdoor workers and individuals who exercise or play outdoor sports. Exercise may cause an increase in uptake of $SO_2$ resulting from an increase in ventilation rate and accompanying shift from nasal to oronasal breathing. Children, who generally spend more time playing outdoors, may qualify as both a susceptible population (due to their developing physiology) and as a

vulnerable population since ambient $SO_2$ concentrations are several-fold higher than indoor concentrations.

SES is a known determinant of health and there is evidence that SES modifies the effects of air pollution (Makri and Stilianakis, 2007; O'Neill et al., 2003). Both higher exposures to air pollution and greater susceptibility to its effects may contribute to a complex pattern of risk among those with lower SES. Conceptual frameworks have been proposed to explain the relationship between SES, susceptibility and exposure to air pollution. Common to these frameworks is the consideration of the broader social context in which people live and its effect on health (Gee and Payne-Sturges, 2004; O'Neill et al., 2003), as well as on maternal and child health (Morello-Frosch and Shenassa, 2006), and asthma (Wright et al., 2007) specifically. Multilevel modeling approaches that allow parameterization of community level stressors such as increased life stress, as well as individual risk factors, are considered by these authors. In addition, statistical methods that allow for temporal and spatial variability in exposure and susceptibility, have been discussed in the recent literature (Jerrett and Finkelstein, 2005; Kunzli, 2005).

Several studies have examined modification by SES indicators on the association between mortality and PM (Finkelstein et al., 2003; Jerrett et al., 2004; Martins et al., 2004; O'Neill et al., 2003; Romieu et al., 2004) or other indices such as traffic density, distance to roadway or a general air pollution index (Finkelstein et al., 2005; Ponce et al., 2005; Woodruff et al., 2003). However, modification of $SO_2$ associations has been examined in a few studies. For example, in a study conducted in 10 large Canadian cities, living in communities in which individuals have lower household education and income levels increased the individual's vulnerability to air pollution (Cakmak et al., 2006). These effects were statistically significant for several gaseous criteria pollutants, but not for $SO_2$. In addition, Finkelstein et al. (2003) evaluated neighborhood levels of income and air pollution in southern Ontario, Canada. They found that both income and $SO_2$ levels were associated with mortality differences. Specifically, among people with below-median income, the relative risk for those with above-median exposure to $SO_2$ was 1.18 (95% CI: 1.11, 1.26); the corresponding relative risk among subjects with above-median income was 1.03 (95% CI: 0.83, 1.28). Overall, there is very limited evidence available from which conclusions on the human health effects from the interaction between SES and $SO_2$ can be drawn.

Other factors that may potentially increase vulnerability to $SO_2$ are residential or geographic location. However, residential location is not as strong of a predictor of exposure vulnerability for $SO_2$ as for traffic-related pollutants, because meteorological conditions have a greater impact on pollutant plume direction from primary point sources such as coal-fired power plants.

## 4.2.6. Summary of Potentially Susceptible and Vulnerable Populations

In summary, subgroups considered to be potentially susceptible and/or vulnerable include children and older adults; people with other respiratory disease; genetic factors; SES; and populations experiencing heightened exposure levels (e.g., those living near roadways or other "hot spots" or engaged in outdoor work or exercise). Also of concern are individuals who generally may not be inherently susceptible to $SO_2$-related health effects but may experience transient increases in airways sensitivity to $SO_X$ induced by other respiratory irritants such as recent viral respiratory infection (Stempel and Boucher, 1981). These groups comprise a large fraction of the U.S. population. Given the heterogeneity of individual responses to air pollution, the severity of health effects experienced by a susceptible subgroup may be much greater than that experienced by the population at large (Zanobetti et al., 2000).

# Chapter 5. Summary and Conclusions

Previous chapters present the most policy-relevant information related to the review of the NAAQS for $SO_X$. This chapter integrates key findings from atmospheric sciences, ambient air data analyses, exposure assessment, dosimetry, and health evidence. The EPA framework for causal determinations described in Chapter 1 has been applied to the body of evidence in order to judge the scientific data about exposure to $SO_X$ and health effects in a two-step process. The first step is to determine the weight of evidence in support of causation at relevant pollutant exposures and characterize the strength of any resulting causal classification. The EPA framework applied here employs a five-level hierarchy for causal determination:

- Causal relationship
- Likely to be a causal relationship
- Suggestive of a causal relationship
- Inadequate to infer a causal relationship
- Suggestive of no causal relationship

The second step evaluates the entirety of policy-relevant quantitative evidence regarding the concentration-response relationships including levels and exposure durations at which effects are observed, and subpopulations that experience effects that differ from the general population. This integration of evidence results in identification of a study or set of studies that best estimates the concentration-response relationships for the U.S. population, given the current state of knowledge. Together the two steps in the framework lead to: 1) causal determinations for a range of health outcomes, and 2) characterization of the magnitude of these responses, including susceptible or vulnerable subpopulations, over a range of relevant exposures.

This chapter summarizes and integrates the newly available scientific evidence that best informs consideration of the policy-relevant questions that frame this review, presented in Chapter 1. Section 5.1 presents trends in emissions of $SO_2$ and provides a brief summary of the *ambient air quality at short- and long-term exposures* ranging from 5 min to one year. Section 5.2 discusses the evidence for the *occurrence and plausibility of health effects* following short- and long-term exposure to ambient $SO_2$, and the *levels at which these health effects occur*. Section 5.3 *integrates the evidence* and discusses *important uncertainties* identified in the interpretation of the scientific evidence. Section 5.4 presents the evidence for potentially *susceptible and vulnerable populations* to health effects from $SO_2$ exposure. Finally, conclusions based on the available scientific evidence for human health effects associated with $SO_2$ exposure are presented in Section 5.5.

# 5.1. Emissions and Ambient Concentrations of $SO_2$

Anthropogenic $SO_2$ is emitted mainly by fossil fuel combustion (chiefly coal and oil) and metal smelting. The largest source of emissions is from elevated point sources such as the stacks of power plants and industrial facilities. Since 1990, in response to controls applied under the Acid Rain Program (U.S. EPA, 2006a), $SO_2$ emissions from these sources have declined substantially. Emissions demonstrate a strong gradient increasing from west to east, owing to the high concentration of $SO_2$-emitting electric generating utilities in the Ohio River Valley, the Southeast, Texas, Illinois, and Missouri. Policy Relevant Background (PRB) levels of $SO_2$ are estimated to be in the range of a few hundredths of a ppb (< 1% of typical ambient levels) across most of the U.S., though much higher values are found in areas affected by volcanic or geothermal activity.

The levels of the current primary NAAQS for $SO_X$ are 0.14 ppm for 24-h avg $SO_2$ concentrations and 0.03 ppm for annual avg $SO_2$ concentrations, not to be exceeded more than once per year. Exceedances of the current primary NAAQS for $SO_X$ have become rare in recent years, as both the mean 24-h and annual avg $SO_2$ concentrations in the U.S. for the years 2003 to 2005 were ~4 ppb. For the 24-h avg, 99th percentile and maximum values were ~25 ppb and ~145 ppb, respectively. The 99th percentile and maximum values of the annual avg were ~13 ppb and ~15 ppb, respectively.

Mean 1-h max concentrations in these years were ~13 ppb, with a 99th percentile value of ~95 ppb and maximum value of ~700 ppb. The large differences between 99th percentile and maximum values for the shorter term averages suggest that the maxima are strongly limited spatially and temporally and are not a major determinant of the mean values.

5-min avg $SO_2$ data are collected without a specific regulatory mandate. Hourly maximum 5-min avg data were voluntarily supplied from 98 monitors located in certain regions of the U.S. during the period 1997 to 2006, with only 16 monitors providing all twelve 5-min averages in each hour. The median value of the hourly maximum 5-min avg in this limited data set ranged from 1 to 8 ppb, while the 99th percentile value ranged from 21 to 184 ppb, depending on location. Because of the nonuniform spatiotemporal distribution of the existing 5-min data set across the U.S., these values are likely not representative of nationwide 5-min distributions.

# 5.2. Health Effects of SO$_2$

Evaluation of the health evidence, with consideration of issues related to atmospheric sciences, exposure assessment, and dosimetry, led to the conclusion that there is *a causal relationship between respiratory morbidity and short-term exposure to* $SO_2$. This conclusion is supported by the consistency, coherence, and plausibility of findings observed in the human clinical, epidemiologic, and animal toxicological studies. In human clinical studies, respiratory effects were observed following 5-10 min exposures to $SO_2$ at concentrations $\geq 0.2$ ppm in asthmatics engaged in moderate to heavy levels of exercise. In the epidemiologic studies, respiratory effects were observed in areas where the maximum ambient 24-h avg $SO_2$ concentration was below the current 24-h avg NAAQS level of 0.14 ppm. Mean 24-h avg $SO_2$ levels ranged from 1 to 30 ppb in these epidemiologic studies conducted in the U.S. and abroad, with maximum 24-h avg $SO_2$ values ranging from 12 to 75 ppb. Animal toxicological studies indicate that repeated exposures to $SO_2$, at concentrations as low as 0.1 ppm in guinea pigs, may exacerbate airway inflammation and hyperresponsiveness in allergic animals.

The respiratory health effects of $SO_2$ are consistent with the mode of action of $SO_2$ as it is currently understood. The immediate effect of $SO_2$ on the respiratory system is bronchoconstriction. This response is mediated by chemosensitive receptors in the tracheobronchial tree. These receptors trigger reflexes at the central nervous system level resulting in bronchoconstriction, mucus secretion, mucosal vasodilation, cough, and apnea followed by rapid shallow breathing. In some cases, local nervous system reflexes also may be involved. Asthmatics are more sensitive to the effects of $SO_2$ likely resulting from preexisting inflammation associated with this disease. This inflammation may lead to enhanced release of mediators, alterations in the autonomic nervous system and/or sensitization of the chemosensitive receptors. These biological processes are likely to underlie decreased lung function and increased hyperresponsiveness observed in response to $SO_2$ exposure.

The definitive evidence for the causal relationship comes from human clinical studies reporting respiratory symptoms and decreased lung function in exercising asthmatics following 5-10 min exposures to $SO_2$ at concentrations which have sometimes been measured in ambient air for similarly short-time durations. With increased ventilatory rates during exercise, the pattern of $SO_2$ absorption shifts from the upper airways to the tracheobronchial airways in conjunction with a shift from nasal to oronasal breathing. Mode of breathing is an important determinant of the severity of $SO_2$-induced bronchoconstriction, with the greatest responses occurring during oral breathing followed by oronasal

breathing and the smallest responses observed during nasal breathing. In the human clinical studies, 5-30% of relatively healthy exercising asthmatics experienced moderate or greater decrements in lung function ($\geq 100\%$ increase in sRaw or $\geq 15\%$ decrease in $FEV_1$) with peak exposures to $SO_2$ concentrations of 0.2-0.3 ppm (see Table 5-1). At concentrations $\geq 0.4$ ppm, a greater percentage (20-60%) of asthmatics experience $SO_2$-induced decrements in lung function, which are frequently accompanied by respiratory symptoms. A clear concentration-response relationship has been demonstrated following exposures to $SO_2$ at concentrations between 0.2 and 1.0 ppm, both in terms of increasing severity of effect and percentage of asthmatics adversely affected. Animal toxicological studies have also reported bronchoconstriction with short-term exposures of 1 ppm $SO_2$ (see Table 5-2). The limited 5-min $SO_2$ data acquired from ambient monitors located in certain regions of the U.S. during the years 1997 to 2006 indicated that 0.2% of the hourly maximum 5-min avg were greater than 0.2 ppm.

---

**Table 5-1.    Key health effects of short-term exposure to $SO_2$ observed in human clinical studies.**

| Concentration | Exposure | Effects | Study |
|---|---|---|---|
| 0.2-0.3 ppm | 5-10 min | Moderate to large reductions in $FEV_1$ and increases in sRaw observed among some asthmatic adults (5-30%) during moderate to heavy exercise. Bronchial responsiveness to $SO_2$ may be enhanced when preceded by exposure to $O_3$. Limited evidence of $SO_2$-induced increases in respiratory symptoms. | Bethel et al. (1985); Horstman et al. (1986);Koenig et al. (1990); Linn et al. (1983b; 1987; 1988; 1990); Schachter et al. (1984); Sheppard et al. (1981); Trenga et al. (2001) |
|  | 1-6 h | Enhanced airway responses to an inhaled allergen following exposure to $SO_2$ with $NO_2$ in resting asthmatics. No evidence of respiratory symptoms or decrements in lung function in resting asthmatics or healthy adults. The evidence that $SO_2$ exposure may lead to changes in heart rate variability is weak and inconsistent. | Devalia et al. (1994); Routledge et al. (2006); Rusznak et al. (1996); Tunnicliffe et al. (2001; 2003) |
| 0.4-0.5 ppm | 1-10 min | Moderate or greater decrements in lung function clearly demonstrated in asthmatics during exercise, with significant interindividual variability in response (~20-35% of asthmatics experiencing moderate or greater decrements in lung function). Respiratory effects observed following 5-10 min of exposure are generally not enhanced by repeat exposures. Respiratory symptoms (e.g., wheezing, chest tight-ness) are observed at concentrations as low as 0.4 ppm and have been shown to increase with increasing exposure concentrations. | Balmes et al. (1987); Gong et al. (1995); Horstman et al. (1986); Koenig et al. (1983); Linn et al. (1983b; 1987); Magnussen et al. (1990); Schachter et al. (1984); Sheppard et al. (1981); Trenga et al. (1999) |
|  | ~1-h | Decrements in lung function among asthmatics following 10 min of exercise at the end of a 60-75 min exposure are statistically significant, but less severe than effects observed following a 10 min period of exercise at the start of the exposure. | Linn et al. (1987); Roger et al. (1985) |
| 0.6-1.0 ppm | 1-10 min | Clear and consistent $SO_2$-induced increases in respiratory symptoms observed among exercising asthmatics. Moderate to large decrements in lung function demonstrated in 35-60% of asthmatics. Respiratory effects attributed to $SO_2$ among asthmatics during exercise may be diminished after cessation of exercise, even with continued $SO_2$ exposure. No respiratory effects reported in healthy, non-asthmatics. | Balmes et al. (1987); Gong et al. (1995); Hackney et al. (1984); Hors-tman et al. (1986; 1988); Koenig et al. (1983); Linn et al. (1987; 1988; 1990); Roger et al.(1985); Schachter et al. (1984) |
|  | 1-6 h | Decrements in lung function among asthmatics following 5-10 min of exercise at the end of a 1-6 h exposure are statistically significant, but less severe than effects observed following a 5-10 min period of exercise at the start of the exposure. | Linn et al. (1984; 1987); Hackney et al. (1984); Roger et al. (1985) |

**Table 5-2.   Key respiratory health effects of exposure to SO₂ in animal toxicological studies.**

| Study | Exposure | Species | Effects |
|---|---|---|---|
| **LUNG FUNCTION** | | | |
| Amdur et al. (1983) | 1 ppm (2.62 mg/m³); 1 h; head only | Hartley guinea pigs, male, age not reported, 200-300 g, n = 18-23/ group | An 11% increase in pulmonary resistance and 12% decrease in dynamic compliance were observed. Neither effect persisted into the 1 h period following exposure. No effects were observed for breathing frequency, tidal volume, or min volume. |
| Barthelemy et al. (1988) | 0.5 or 5 ppm (1.3 or 13.1 mg/m³); 45 min; intratracheal | Rabbit, sex not reported, adult, mean 2.0 kg, n = 5-9/group; rabbits were mechanically ventilated | Lung resistance increased by 16% and 50% in response to 0.5 and 5 ppm SO₂, respectively. |
| Conner et al. (1985) | 1 ppm (2.62 mg/m³); 3-h/day for 6 days; nose only; animals evaluated to 48-h following exposure | Hartley guinea pig, male, age not reported, 250-320 g, n = ≤18/ group/time point | No effect was observed on residual volume, functional reserve capacity, vital capacity, total lung capacity, respiratory frequency, tidal volume, pulmonary resistance, pulmonary compliance, diffusing capacity for carbon monoxide or alveolar volume at 1 or 48 h after last exposure. |
| **INFLAMMATION AND MORPHOLOGY** | | | |
| Li et al. (2007) | 2 ppm (5.24 mg/m³); 1 h/day for 7 days; with and without exposure to ovalbumin | Wistar rats, male, age not reported | Increased number of inflammatory cells in BAL fluid, increased levels of MUC5AC and ICAM-1 and an enhanced histopathological response compared with those treated with ovalbumin or SO₂ alone |
| Park et al. (2001a) | 0.1 ppm (0.26 mg/m³); 5 h/day for 5 days; whole body; with and without exposure to ovalbumin | Dunkin-Hartley guinea pig, male, age not re-ported, 250-350 g, n = 7-12/group | After bronchial challenge, the ovalbumin/SO₂-exposed group had significantly increased eosinophil counts in BAL fluids compared with all other groups, including the SO₂-only group. The bronchial and lung tissue of the ovalbumin/SO₂-exposed group showed infiltration of inflammatory cells, bronchiolar epithelial damage, and mucus and cell plug in the lumen. |
| Conner et al. (1989) | 1 ppm (2.62 mg/m³); 3-h/day for 1-5 days; nose only; bron-choalveolar lavage performed each day | Hartley guinea pig, male, age not reported, 250-320 g, n = 4 | No change in numbers of total cells and neutrophils, protein levels or enzyme activity in lavage fluid following SO₂ exposure. |
| Conner et al. (1985) | 1 ppm (2.62 mg/m³); 3 h/day/6 day; evaluated up to 72 h postexposure | Hartley guinea pigs, male, age not reported, 250-320 g, n = 18/ group/time point | No alveolar lesions. |
| Smith et al. (1989) | 1 ppm (2.62 mg/m³); 5-h/day, 5 day/wk up to 4 and 8 mos | Sprague-Dawley rats, male, young adult, initial weight not reported, n = 12-15 data point | Increased bronchial epithelial hyperplasia and number of nonciliated epithelial cells observed at 4 mos. |
| **AIRWAY HYPERRESPONSIVENESS AND ALLERGIC SENSITIZATION** | | | |
| Park et al. (2001a) | 0.1 ppm (0.26 mg/m³); 5-h/day for 5 days; whole body; with and without exposure to ovalbumin | Dunkin-Hartley guinea pig, male, age not re-ported, 250-350 g, n = 7-12/group | After bronchial challenge, the ovalbumin/SO₂-exposed group had significantly increased enhanced pause (indicator of airway obstruction) compared with all other groups, including the SO₂ group. Study authors concluded that low level SO₂ may enhance the development of ovalbumin-induced asthmatic reactions in guinea pigs. |
| Riedel et al. (1988) | 0.1, 4.3, or 16.6 ppm (0, 0.26, 11.3, or 43.5 mg/m³); 8-h/day for 5 days; whole body; animals were sensitized to ovalbumin on the last 3 days of exposure | Perlbright-White guinea pig, female, age not reported, 300-350 g, n = 5 or 6/group (14 controls) | Bronchial provocation with ovalbumin was conducted every other day for 2 wks, starting at 1 wk after the last exposure. Numbers of animals displaying symptoms of bronchial obstruction after ovalbumin provocation was increased in all SO₂ groups compared to air-exposed groups. Anti-ovalbumin antibodies (IgG total and IgG1) were increased in BAL fluid and serum of SO₂-exposed compared to air-exposed controls, with statistical significance attained for IgG total in BAL fluid at ≥4.3 ppm SO₂ and in serum at all SO₂ concentrations. Results indicate that in this model, repeated exposure to even low concentrations of SO₂ can potentiate allergic sensitization of the airway. |

A larger body of evidence supporting this determination of causality comes from numerous epidemiologic studies published since the previous NAAQS review reporting associations with

respiratory symptoms, ED visits, and hospital admissions with short-term $SO_2$ exposures, generally of 24-h avg. These studies were conducted in areas where the maximum ambient 24-h avg $SO_2$ concentration was consistently below the current 24-h avg NAAQS level of 0.14 ppm. Mean 24-h avg $SO_2$ levels ranged from 1 to 30 ppb, with maximum values ranging from 12 to 75 ppb, in the epidemiologic studies,. Important new multicity studies and several other studies have found an association between 24-h avg ambient $SO_2$ concentrations and respiratory symptoms in children, particularly those with asthma. Furthermore, limited epidemiologic evidence indicates that atopic children and adults may be at increased risk for $SO_2$-induced respiratory symptoms. Generally consistent associations also were observed between ambient $SO_2$ concentrations and ED visits and hospitalizations for all respiratory causes, particularly among children and older adults ($\geq$ 65 years), and for asthma. The $SO_2$-related changes in ED visits or hospital admissions for respiratory causes ranged from -5% to 20% excess risk.

The consistency and coherence of the epidemiologic evidence for respiratory effects associated with short-term exposure to $SO_2$ are illustrated in Figure 5-1 and Figure 5-2, which present effect estimates for respiratory symptoms, ED visits, and hospitalizations in children. Associations between short-term ambient $SO_2$ concentrations and respiratory symptoms, ED visits, and hospitalizations are largely positive, with several of the more precise effect estimates (suggestive of greater study power) indicating statistical significance. The epidemiologic findings of asthma symptoms with 24-h avg $SO_2$ exposures are generally coherent with increases in symptoms reported in asthmatics in human clinical studies with 5-10 min exposures; it is possible that these epidemiologic associations are determined in large part by peak exposures within a 24-h period. The effects of $SO_2$ on respiratory symptoms, lung function, and airway inflammation observed in the human clinical studies using peak exposures further provides a basis for a progression of respiratory morbidity resulting in increased ED visits and hospital admissions. Collectively, these findings provide biological plausibility for the observed associations between ambient $SO_2$ levels and ED visits and hospitalizations for all respiratory diseases and asthma, notably in children and older adults ($\geq$ 65 years).

Overall, the epidemiologic evidence for respiratory morbidity is consistent, with associations reported in studies conducted in numerous locations using a variety of methodological approaches. The potential influence of copollutants has not been systematically considered in the epidemiologic literature. A limited subset of the studies examined potential confounding by copollutants using multipollutant regression models. These analyses indicated that although copollutant adjustment had varying degrees of influence on the $SO_2$ effect estimates, the effect of $SO_2$ on respiratory health outcomes appeared to be generally robust and independent of the effects of gaseous copollutants, including $NO_2$ and $O_3$. The evidence for $PM_{10}$ was less consistent, though it was noted that in the limited number of studies that examined $PM_{2.5}$ and $PM_{10-2.5}$, the $SO_2$ estimates were generally robust to the inclusion of these copollutants in the regression model. These findings suggest that the observed effects of $SO_2$ on respiratory endpoints occur independent of the effects of other ambient air pollutants.

Intervention studies provide additional evidence that supports a causal relationship between $SO_2$ exposure and respiratory health effects. Hill (1965) emphasized that intervention studies can provide strong support for causal inferences. Two notable studies conducted in several cities in Germany and in Hong Kong reported that decreases in $SO_2$ concentrations were associated with improvements in respiratory symptoms. In eastern Germany, a decrease in the prevalence of respiratory symptoms was correlated with a steep decline in ambient $SO_2$ concentrations of more than 90% from 1992-1993 to 1998-1999 (Heinrich et al., 2002). During this study period, decreases in other ambient air pollutants, including ~60% lower TSP concentrations, also occurred in these cities. In Hong Kong (Peters et al., 1996b), respiratory health improved with similarly large reductions in $SO_2$ of up to 80% in the polluted district but with much smaller reductions in TSP (less than 20%) compared with those in the cities in eastern Germany. The possibility remains that these health improvements may be partially attributable to declining concentrations of air pollutants other than $SO_2$, most notably PM or constituents of PM. Animal toxicological studies conducted at higher concentrations ($\geq$ 1 mg/m$^3$ PM and $\geq$ 1 ppm $SO_2$) suggest that $SO_2$ effects may be potentiated by coexposure to PM but the relevance of these results to ambient

exposures is not clear. Hence, the improvements in respiratory health may be jointly attributable to declines in both $SO_2$ and PM.



**Figure 5-1.    Odds ratios (95% CI) for the association between short-term exposures to ambient $SO_2$ and respiratory symptoms in children. Odds ratios are standardized per 10-ppb increase in 24-h avg $SO_2$ level. Studies are generally presented in the order of increasing width of the 95% CI.**



**Figure 5-2.** **Relative risks (95% CI) for the association between short-term exposures to ambient SO₂ and emergency department (ED) visits (*) and hospitalizations for all respiratory diseases and asthma in children. Relative risks are standardized per 10-ppb increase in 24-h avg SO₂ level. The studies are generally presented in the order of increasing width of the 95% CI.**

The ISA also evaluates the evidence of other health outcomes and exposure durations. For short-term exposure to SO₂ and mortality, the evidence was suggestive of a causal relationship. Recent epidemiologic studies have consistently reported positive associations between mortality and SO₂, with slightly larger effect estimates observed for respiratory mortality compared to cardiovascular mortality.

However, the $SO_2$ effect estimates were generally reduced after adjusting for copollutants in the regression models, indicating some extent of confounding among these pollutants. The evidence between short-term $SO_2$ exposure and cardiovascular effects, and morbidity and mortality with long-term $SO_2$ exposures is inadequate to infer a causal relationship. The key conclusions on the health effects of $SO_2$ exposure are briefly summarized in Section 5.5.

# 5.3. Integration of the Evidence

This section highlights some key considerations for the evaluation of the evidence in this ISA. As discussed above, clinical studies provide the definitive evidence that short-term $SO_2$ exposure is associated with respiratory morbidity. Numerous epidemiologic studies report associations for a broader range of respiratory health outcomes, at lower concentrations than the clinical studies and at levels below the current 24-h avg standard. There is, however, uncertainty about the magnitude of the epidemiologic effects estimates. Several sources of uncertainty and the implications for risk assessment are discussed below.

Although the numerous epidemiologic studies provide supportive evidence in making a causal determination for the effect of $SO_2$ on respiratory health, uncertainty remains in quantifying the concentration-response relationship. Exposure measurement error is a key source of this uncertainty as there are questions about the extent to which concentrations measured by the regulatory ambient monitoring network typically used in epidemiologic studies can accurately represent an individual's exposure to $SO_2$ of ambient origin. $SO_2$ monitors currently deployed in the regulatory monitoring networks are adequate to determine compliance with current standards, since both the 24-h and annual avg standards are substantially above the operating limit of detection of these monitors. However, these monitors are inadequate for accurate and precise measurements at or near the current ambient mean 24-h avg $SO_2$ level of ~4 ppb. Other factors contributing to exposure measurement error include the siting of ambient monitors, spatial variation in ambient $SO_2$, variation in time-activity patterns, infiltration characteristics of microenvironments, and instrument error.

Only a limited number of studies have focused on the relationship between personal exposure and ambient concentrations of $SO_2$, in part because ambient levels have declined markedly over the past few decades. Current indoor and outdoor concentrations are often beneath detection limits for passive personal monitors used in $SO_2$ exposure studies. In such situations, associations between ambient concentrations and personal exposures are inadequately characterized. However, in two studies with personal measurements above detection limits (Brauer et al., 1989; Sarnat et al., 2006a), a reasonably strong association (statistically significant regression slopes, with $R^2 = 0.15$-$0.43$) was observed between personal $SO_2$ exposure and ambient concentrations.

No studies have characterized the relationship between community avg exposure and ambient concentrations, which is more directly relevant to community time-series, short-term panel, and long-term cohort epidemiologic studies. Variations across a community in the fractional contribution of ambient $SO_2$ to exposure generally will not influence the magnitude of the observed health effect estimate in the epidemiologic studies, though the standard error of the estimate would tend to be increased by intracommunity variations. However, for community time-series and short-term panel studies, exposure and analytical measurement errors would tend to bias the effect estimate towards the null, leading to uncertainty in accurately quantifying the magnitude of the effect. In long-term exposure studies, the variable ambient measurement and exposure error could also result in bias, but the extent and direction of this bias is unclear.

Another factor that contributes to uncertainty in estimating the $SO_2$-related effect from epidemiologic studies is that $SO_2$ is one component of a complex air pollution mixture including various other components known to affect respiratory health. Several of these copollutants have been found to be

correlated with $SO_2$ in epidemiologic studies (e.g., PM, $NO_2$, CO). Of particular interest is the correlation between $SO_2$ and sulfate, the principal atmospheric oxidation product of $SO_2$. Short-term, mostly time-series epidemiologic studies generally use intracity ambient concentration data which show very little or no correlation between emitted $SO_2$ and transformed sulfate. In contrast, long-term epidemiologic studies using intercity data can show correlations between $SO_2$ and sulfate on the order of 0.8 or higher. In these studies, the fine-scale spatiotemporal variations in the intracity data are significantly reduced since sulfate has sufficient time for production from $SO_2$, is dispersed over a wide spatial area, and can be mixed down to ground level. Layered over these spatial and fine-scale temporal differences are seasonal and regional dissimilarities driven by cities' various $SO_2$ emissions profiles and differing available time and sunlight conditions for oxidation. Therefore, the relationship between $SO_2$ and sulfate indicates temporal and spatial discongruities that can influence exposures and related health effects.

As a consequence of these uncertainties, the epidemiologic observations of $SO_2$ health effects can be interpreted in different ways which are not mutually exclusive. First, the reported $SO_2$ effect estimates in epidemiologic studies may reflect independent $SO_2$ effects on respiratory health. This is supported by evidence from human clinical studies which indicate that peak exposures (5-10 min) to $SO_2$ at levels as low as 0.2-0.3 ppm are capable of eliciting respiratory responses in asthmatics. In the epidemiologic studies, $SO_2$-related effects on respiratory morbidity were observed in areas where the mean 24-h avg $SO_2$ levels ranged from 1 to 30 ppb, with maximum values ranging from 12 to 75 ppb. There are several factors that may explain the difference between the concentration-response relationships in the human clinical and epidemiologic studies. First, human clinical studies examine effects in groups of relatively healthy individuals who do not represent the full range of susceptibilities present in the general population. In addition, clinical studies include very small numbers of subjects as compared to the epidemiologic studies that consider large populations exposed to ambient concentrations. These two factors limit the power of human clinical studies to characterize exposure-response relationships at ambient-relevant concentrations for the general population and sensitive subpopulations. Further, comparisons are being made between 5-10 min exposures in the human clinical studies and 24-h avg exposures values reported in the epidemiologic studies. It is difficult to know if high short-term $SO_2$ concentrations are driving the observed associations among the general population given the limited number of ambient monitoring sites reporting short-term concentration data across the country. Among the limited number of epidemiologic studies evaluating the concentration-response function, a few studies found that a marked increase in $SO_2$-related respiratory health effects was only observed at higher concentrations (above 90th percentile values). However, several others reported a linear relationship across the entire range of concentrations.

Another interpretation is that ambient $SO_2$ may be serving as an indicator of complex ambient air pollution mixtures sharing the same source as $SO_2$ (i.e., combustion of sulfur-containing fuels or metal smelting). Other components of mixed emissions from these sources include trace elements such as vanadium, nickel, selenium, and arsenic. Distinguishing effects of individual pollutants in multipollutant regression models is made difficult by the possibility that a given air pollutant may be acting as a surrogate for a less-well-measured or unmeasured pollutant, or that several pollutants may all be acting as surrogates for the same mixtures of pollutants. Therefore, reported $SO_2$-related effects may represent those of the overall mixture or other chemical components within the mixture. Although these issues complicate the interpretation of effect estimates from multipollutant regression models, the limited available evidence indicates that the effect of $SO_2$ on respiratory health outcomes appeared to be generally robust and independent of the effects of gaseous copollutants, including $NO_2$ and $O_3$, as well as particulate copollutants, particularly $PM_{2.5}$.

# 5.4. Susceptible and Vulnerable Populations

Evidence from epidemiologic and human clinical studies, supported by animal studies, has indicated that certain subgroups within the population are more susceptible and/or vulnerable to the effects of $SO_2$ exposure. There is substantial evidence from epidemiologic and human clinical studies indicating that asthmatics are more susceptible to respiratory health effects from $SO_2$ exposures than the general public. Limited epidemiologic evidence further indicates that children and older adults ($\geq 65$ years) are more susceptible to the adverse respiratory effects associated with ambient $SO_2$ concentrations when compared to the general population. A number of potentially susceptible groups, including obese individuals, individuals having a chronic pro-inflammatory state like diabetics, and children born prematurely or with low birth weight (< 2,500 grams), may experience increased adverse effects associated with exposure to air pollution, but these relationships have not been examined specifically in relation to $SO_2$. The differential effects of air pollution among genetically diverse subpopulations have been examined for a number of glutathione-S-transferase (GST) genes and other genotypes. While limited in number, these studies provide some insight into a potential genetic role in the determination of susceptibility to air pollution.

Human clinical studies have clearly shown that exercising asthmatics are at greatest risk of experiencing adverse respiratory effects related to $SO_2$ exposure. Oronasal breathing during exercise increases vulnerability as it allows a larger fraction of inhaled $SO_2$ to reach the lower airways. Therefore, individuals with increased vulnerability for $SO_2$-related respiratory health effects include those who spend time outdoors at increased exertion levels, for example children, outdoor workers, and individuals who exercise or play sports.

# 5.5. Conclusions

The important findings of this ISA on the health effects of $SO_2$ exposure, including the levels at which effects are observed, are briefly summarized in Table 5-3. Also summarized are conclusions drawn in the 1996 NAAQS review for comparison.

Collectively, the human clinical, epidemiologic, and animal toxicological data are sufficient to conclude that there is a causal relationship between respiratory morbidity and short-term exposure to $SO_2$. Observed associations between $SO_2$ exposure and an array of respiratory outcomes, including respiratory symptoms, lung function, airway inflammation, AHR, and ED visits and hospitalizations from the human clinical, animal toxicological, and epidemiologic studies, in combination, provide clear and convincing evidence of consistency, specificity, temporal and biologic gradients, biological plausibility, and coherence.

Human clinical studies consistently demonstrate respiratory morbidity among exercising asthmatics following peak exposures (5-10 min) to $SO_2$ concentrations $\geq 0.4$ ppm, with respiratory effects occurring at concentrations as low as 0.2 ppm in some asthmatics. In the epidemiologic studies, the $SO_2$-related respiratory effects were consistently observed in areas where the maximum ambient 24-h avg $SO_2$ concentration was below the current 24-h avg NAAQS level of 0.14 ppm (see Tables 5-4 and 5-5). Potentially susceptible and vulnerable subgroups include asthmatics, children, older adults, and individuals who spend a lot of time outdoors at increased exertion levels.

In addition to respiratory morbidity related to short-term exposure to $SO_2$, studies of other health outcomes and exposure durations were also evaluated in this ISA. The evidence is suggestive of a causal relationship between short-term exposure to $SO_2$ and mortality. The evidence linking short-term $SO_2$ exposure and cardiovascular effects, and morbidity and mortality with long-term exposures to $SO_2$ is inadequate to infer a causal relationship.

**Table 5-3.**     **Key findings on the health effects of $SO_2$ exposure**

## Short-Term Exposure: RESPIRATORY MORBIDITY
Causal relationship

### RESPIRATORY SYMPTOMS

*Conclusions from 1996 NAAQS Review:* Among exercising asthmatics, there is a clear, statistically significant increase in respiratory symptoms following peak exposures (5-10 min) to 0.6-1.0 ppm $SO_2$. Significant, but less severe symptoms are associated with peak $SO_2$ exposures at concentrations of 0.4-0.5 ppm in human clinical studies.

In the epidemiologic studies, an association with aggravation of bronchitis is consistently observed at 24-h avg $SO_2$ levels of 0.19 to 0.23 ppm and in some cases at levels below 0.19 ppm.

*Conclusions from Current Review:* Severity and incidence of respiratory symptoms has been shown to increase with increasing concentrations between 0.2 and 0.6 ppm $SO_2$ in exercising asthmatic adults following peak exposures (5-10 min). Statistically significant increases in symptoms are observed at $SO_2$ concentrations ≥ 0.4 ppm.

Epidemiologic studies provide consistent evidence of an association between ambient $SO_2$ exposure and increased respiratory symptoms in children, particularly those with asthma or chronic respiratory symptoms. Multicity studies have observed these associations at a median range of 17 to 37 ppb (75th percentile: ~25 to 50) across cities for 3-h avg $SO_2$ and 2.2 to 7.4 ppb (90th percentile: 4.4 to 14.2) for 24-h avg $SO_2$.

In contrast, the epidemiologic evidence on the association between $SO_2$ and respiratory symptoms in adults is inconsistent at current short-term avg ambient $SO_2$ concentrations.

### LUNG FUNCTION

*Conclusions from 1996 NAAQS Review:* Bronchoconstriction has been found to be the most sensitive indicator of lung function effects following acute exposure to $SO_2$. Guinea pigs were found to be the most sensitive species, with bronchoconstriction observed using 0.16 ppm $SO_2$. In human clinical studies, ≤ 10-20% of exercising asthmatic individuals experience large decrements in lung function (i.e., sRaw increases ≥ 200% or $FEV_1$ decreases ≥ 20%) following 5-10 min exposures to $SO_2$ concentrations of 0.2-0.5 ppm. At 0.6-1.0 ppm $SO_2$, ≥ 20-25% of exercising asthmatics are similarly affected.

Small, reversible declines in lung function in children are observed in epidemiologic studies at levels of 0.10 to 0.18 ppm but not at levels of 0.04 to 0.08 ppm.

*Conclusions from Current Review:* $SO_2$-induces moderate or greater decrements in lung function, i.e. increases in sRaw (≥ 100%) or decreases in $FEV_1$ (≥ 15%) in 5-30% of exercising asthmatics at 0.2-0.3 ppm and 20-60% of exercising asthmatics at 0.4-1.0 ppm with 5-10 min exposures.

Epidemiology results are inconsistent for the association between short-term avg $SO_2$ and lung function in children and adults.

### AIRWAYS INFLAMMATION

*Conclusions from 1996 NAAQS Review:* No conclusions in the previous review.

*Conclusions from Current Review:* A limited number of health studies have evaluated the effect of $SO_2$ on airway inflammation. One human clinical study observed an $SO_2$-induced increase in sputum eosinophil counts in exercising asthmatics 2 h after a 10 min exposure to 0.75 ppm $SO_2$. The results of this study provide some evidence that $SO_2$ may elicit an inflammatory response in the airways of asthmatics which extends beyond the short time period typically associated with $SO_2$ effects.

Animal toxicological studies indicate that repeated exposures to $SO_2$, at concentrations as low as 0.1 ppm in guinea pigs, may exacerbate inflammatory responses in allergic animals.

**AIRWAYS HYPERRESPONSIVENESS**

*Conclusions from 1996 NAAQS Review:* No conclusions in the previous review.

*Conclusions from Current Review:* Animal toxicological evidence indicates that repeated exposures to $SO_2$, at concentrations as low as 0.1 ppm in guinea pigs, can exacerbate AHR following allergic sensitization. In a human clinical study, concurrent exposure (6 h) to 0.2 ppm $SO_2$ and 0.4 ppm $NO_2$ has been observed to enhance AHR to an inhaled antigen among resting asthmatics. These findings are consistent with the very limited epidemiologic evidence that observes an association between exposure to $SO_2$ and AHR in atopic individuals.

**ED VISITS/HOSPITALIZATIONS**

*Conclusions from 1996 NAAQS Review:* No conclusions in the previous review.

*Conclusions from Current Review:* Epidemiologic studies provide evidence of an association between ambient $SO_2$ concentrations and ED visits and hospitalizations for all respiratory causes, particularly among children and older adults (age 65+ years), and for asthma. This finding is coherent and plausible with the increases in bronchoconstriction, decreases in lung functions, increases in respiratory symptoms, and potential increases in airway inflammation and hyperresponsiveness demonstrated in other epidemiologic, human clinical, and animal toxicological studies. The $SO_2$ effect estimates ranged from a 5% decreased risk to a 20% excess risk per 10-ppb increase in 24-h avg $SO_2$, with the large majority of studies observing an increase in risk. These effects were observed in studies with mean 24-h avg concentrations as low as 4 ppb, but two studies evaluating the concentration-response function observed that a marked increase in $SO_2$-related effects was only observed higher concentrations (above 90th percentile values).

## Short-Term Exposure: CARDIOVASCULAR MORBIDITY
### Inadequate to infer a causal relationship

**CARDIOVASCULAR EFFECTS; ED VISITS/HOSPITALIZATIONS**

*Conclusions from 1996 NAAQS Review:* No conclusions in the previous review.

*Conclusions from Current Review:* There was some positive evidence of an association between 24-h avg $SO_2$ exposure and heart rate variability in the epidemiologic studies, but the evidence from two human clinical studies were weak and inconsistent. Some epidemiologic studies have observed positive associations between ambient $SO_2$ concentrations and ED visits or hospital admissions for cardiovascular diseases, but results are not consistent across studies and the $SO_2$ effect estimate was generally not robust to copollutant adjustment.

## Short-Term Exposure: MORTALITY
### Suggestive of a causal relationship

**NONACCIDENTAL AND CARDIOPULMONARY MORTALITY**

*Conclusions from 1996 NAAQS Review:* Epidemiologic studies based on historical air pollution episodes observed the clearest mortality associations when both BS and $SO_2$ concentrations were at high levels (24-h avg values exceeding 1,000 $\mu g/m^3$ [~400 ppb for $SO_2$]). Later studies observed that an increased risk of mortality was associated with exposure to BS and $SO_2$ levels in the range of 0.19 to 0.38 ppm. Because of the high colinearity between BS and $SO_2$ levels, it is difficult to readily separate the effects of these pollutants on mortality.

*Conclusions from Current Review:* Recent epidemiologic studies have consistently reported positive associations between mortality and $SO_2$, often at mean 24-h avg levels < 10 ppb. The range of $SO_2$ excess risk estimates for nonaccidental mortality is 0.4 to 2% per 10 ppb increase in 24-h avg $SO_2$ in several multicity studies and meta-analyses. $SO_2$ effect estimates for respiratory mortality were generally larger than the cardiovascular mortality estimates, suggesting a stronger association of $SO_2$ with respiratory mortality compared to cardiovascular mortality. The $SO_2$ effect estimates were generally reduced when copollutants were added in the model, indicating some extent of confounding among these pollutants.

## Long-Term Exposure: RESPIRATORY MORBIDITY
**Inadequate to infer a causal relationship**

### RESPIRATORY SYMPTOMS AND LUNG FUNCTION

*Conclusions from 1996 NAAQS Review:* The limited available epidemiologic data indicated associations between respiratory illnesses and symptoms and persistent exposures to $SO_2$ in areas with long-term averages exceeding 0.04 ppm.

*Conclusions from Current Review:* Several epidemiologic studies that examined the effects of long-term exposure to $SO_2$ on asthma, bronchitis, and respiratory symptoms observed positive associations in children. However, the variety of outcomes examined and the inconsistencies in the observed results make it difficult to assess the direct impact of long-term exposure of $SO_2$ on respiratory symptoms. The epidemiologic and animal toxicological evidence is also inadequate to infer that long-term exposure to $SO_2$ has a detrimental effect on lung function.

## Long-Term Exposure: OTHER MORBIDITY
**Inadequate to infer a causal relationship**

### CARCINOGENIC EFFECTS

*Conclusions from 1996 NAAQS Review:* Epidemiologic evidence did not substantiate the hypothesized links between $SO_2$ or other $SO_X$ and cancer, though there was some animal toxicological evidence that led to the conclusion that $SO_2$ may be considered a suspect carcinogen/cocarcinogen.

*Conclusions from Current Review:* Animal toxicological studies indicate that $SO_2$ at high concentrations may cause DNA damage but fails to induce carcinogenesis, cocarcinogenesis, or tumor promotion. Epidemiologic studies did not provide evidence that long-term exposure to $SO_2$ is associated with an increased incidence of or mortality from lung cancer.

### PRENATAL AND NEONATAL OUTCOMES

*Conclusions from 1996 NAAQS Review:* No conclusions in the previous review.

*Conclusions from Current Review:* Epidemiologic studies on birth outcomes have observed positive associations between $SO_2$ exposure and low birth weight. However, the inconsistent results across trimesters of pregnancy and the lack of evidence to evaluate confounding by copollutants limit the interpretation of these studies.

## Long-Term Exposure: MORTALITY
**Inadequate to infer a causal relationship**

### NONACCIDENTAL AND CARDIOPULMONARY MORTALITY

*Conclusions from 1996 NAAQS Review:* The available studies on the effects of long-term exposure to $SO_2$ on mortality were all ecological cross-sectional studies which did not take into consideration potential confounders. In addition, it was concluded that effects from PM and $SO_2$ could not be distinguished in these studies.

*Conclusions from Current Review:* Two major U.S. epidemiologic studies observed associations between long-term exposure to $SO_2$ and mortality, but several other U.S. and European cohort studies did not observe an association. The relative risks ranged from 0.97 to 1.07 per 5-ppb increase in the long-term avg$SO_2$. Evaluation of these studies is further limited by the inability to distinguish potential confounding by copollutants and uncertainties regarding the geographic scale of analysis.

**Table 5-4.** Effects of short-term exposure to $SO_2$ on respiratory symptoms among children.

| Study | Population | Mean Concentration (ppb) | $SO_2$ Range (ppb) | $SO_2$ Upper Percentile (ppb) | Standardized Odds Ratio (95% CI)[a] |
|---|---|---|---|---|---|
| **UNITED STATES** | | | | | |
| Schildcrout et al. (2006)<br><br>Multicity, North America<br><br>Seattle, WA; Baltimore, MD; St. Louis, MO (Nov 1993–Aug 1995); Denver, CO; San Diego, CA (Nov 1993–Jul 1995); Toronto, ON (Dec 1993–Jul 1995); Boston, MA (Jan 1994–Sep 1995)<br><br>No $SO_2$ data available in Albuquerque, NM | Asthmatic children<br><br>(n = 990) | 24-h avg: 2.2-7.4<br><br>(range of city-specific medians) | NR | 75th: 3.1-10.7<br><br>90th: 4.4-14.2<br><br>(range of city-specific estimates) | Asthma symptoms (3-day sum lag):<br><br>$SO_2$ alone: 1.04 (1.00, 1.08)<br><br>$SO_2$ + $PM_{10}$: 1.04 (0.99, 1.08)<br><br>$SO_2$ + $NO_2$: 1.04 (1.00, 1.09)<br><br>$SO_2$ + CO: 1.05 (1.00, 1.09) |
| Schwartz et al. (1994)<br><br>Multicity, U.S.<br><br>Watertown, MA (Apr-Aug 1985); Kingston-Harriman, TN; St. Louis, MO (Apr-Aug 1986); Steubenville, OH; Portage, WI (Apr-Aug 1987); Topeka, KS (Apr-Aug 1988) | Children grades 2-5<br><br>(n = 1,844) | 24-h avg: 4.1 (median) | 6.8 (IQR) | 75th: 8.2<br><br>90th: 17.9<br><br>Max: 81.9 | Cough incidence (4-day avg lag):<br><br>$SO_2$ alone: 1.15 (1.02, 1.31)<br><br>$PM_{10}$ adjusted: 1.08 (0.93, 1.25)<br><br>$NO_2$ adjusted: 1.09 (0.94, 1.30)<br><br>$O_3$ adjusted: 1.15 (1.01,1.31) |
| Neas et al. (1995)<br><br>Uniontown, PA<br><br>Summer 1990 | Children grades 4-5<br><br>(n = 83) | 12-h avg: 10.2<br><br>Overnight: 5.9<br><br>Daytime: 14.5 | 11.1 (IQR) | Max: 44.9 | Evening cough (lag 12-h):<br>1.19 (1.00, 1.42) |
| Delfino et al. (2003a)<br><br>Los Angeles, CA<br><br>Nov 1999-Jan 2000 | Hispanic children w/asthma, age 10-16 yrs<br><br>(n = 22) | 1-h max: 7.0 | 2-26 | 90th: 11.0 | Asthma symptom score >1:<br>1.31 (1.10, 1.55), lag 0<br><br>Asthma symptom score >2:<br>1.37 (0.87, 2.18), lag 0 |
| Mortimer et al. (2002)<br><br>Multicity, U.S.<br><br>Bronx, NY; East Harlem, NY; Baltimore, MD; Washington, DC; Detroit, MI; Cleveland, OH; Chicago, IL; St. Louis, MO<br><br>Jun-Aug 1993 | Asthmatic children, age 4-9 yrs<br><br>(n = 846) | 3-h avg: 22 (shown in figure) | 0-75 (shown in graph) | NR | Asthma symptoms (lag 1-2):<br><br>$SO_2$ alone (8 cities): 1.19 (1.06, 1.35)<br><br>$O_3$ adjusted (8 cities): 1.18 (1.05, 1.33)<br><br>$O_3$ & $NO_2$ adjusted (7 cities): 1.19 (1.04, 1.37)<br><br>$O_3$, $NO_2$ & $PM_{10}$ adjusted (3 cities): 1.23 (0.94, 1.62) |
| **EUROPE** | | | | | |
| Timonen and Pekkanen (1997)<br><br>Kuopio (urban and suburban) Finland<br><br>Winter 1994 | Children with asthma or cough symptoms, age 7-12 yrs<br><br>(n = 169) | 24-h avg: 2.3 | 1.7 (IQR) | 75th: 2.7<br><br>Max: 12.3 | Upper respiratory symptoms (URS):<br><br>2.70 (1.19, 6.15), lag 1<br>3.15 (1.22, 8.27), lag 1-4 |

| Study | Population | Mean Concentration (ppb) | $SO_2$ Range (ppb) | $SO_2$ Upper Percentile (ppb) | Standardized Odds Ratio (95% CI)[a] |
|---|---|---|---|---|---|
| Ward et al. (2002a, 2002b) Birmingham and Sandwell, UK Jan-Mar 1997 May-Jul 1997 | Children, age at enrollment 9 yrs (n = 162) | 24-h avg: Winter: 5.4 (median) Summer: 4.7 (median) | Winter: 2.0-18.0 Summer: 2.0-10.0 | NR | Cough (lag 0): Winter: 0.81 (0.59, 1.13) Summer: 1.21 (1.05, 1.42) Shortness of breath (lag 0): Winter: 1.05 (0.83, 1.36) Summer: 0.95 (0.71, 1.27) Wheeze (lag 0): Winter: 0.90 (0.67, 1.18) Summer: 1.13 (0.81, 1.54) |
| Segala et al. (1998) Paris, France Nov 1992-May 1993 | Children with physician-diagnosed asthma, age 7-15 yrs (n = 84) | 24-h avg: 8.3 (SD 5.2) | 1.7-32.2 | NR | Asthma: 1.73 (1.15, 2.60), lag 0 1.60 (1.01, 2.53), lag 1 Wheeze: 1.22 (0.95, 1.58), lag 0 1.13 (0.68, 1.88), lag 1 |
| Boezen et al. (1999) Amsterdam and Meppel (urban and rural), the Netherlands 3 winters, 1992-1995 | Children with and without BHR and high serum concentrations of total IgE, age 7-11 yrs, (n = 632) | 24-h avg: 1.7-8.7 Medians: 1.4-8.3 (range of city-specific estimates) | 1.9-23.6 | NR | Among children with BHR and relatively high serum total IgE: Lower respiratory symptoms (LRS): 1.27 (1.09, 1.49), lag 0 1.25 (1.06, 1.48), lag 1 1.69 (1.26, 2.28), 5-day avg |
| Van der Zee et al. (1999) Urban and nonurban areas, The Netherlands 3 winters, 1992-1995 | Children with and without chronic respiratory symptoms, age 7-11 yrs, (n = 633) | 24-h avg: 1.4-8.8 (range of city-specific medians) | NR | Max: 6.5-58.5 (range of city-specific estimates) | LRS, urban: $SO_2$ alone: 1.22 (1.01, 1.46), lag 0 1.14 (0.95, 1.38), lag 1 1.34 (0.98, 1.82), 5-day avg $PM_{10}$ adjusted: 1.18 (0.96, 1.45), lag 0 1.03 (0.83, 1.27), lag 1 1.08 (0.72, 1.63), 5-day avg LRS, nonurban: 0.94 (0.79, 1.12), lag 0 0.94 (0.78, 1.13), lag 1 1.10 (0.75, 1.63), 5-day avg Cough, urban: 0.93 (0.84, 1.03), lag 0 1.08 (0.98, 1.19), lag 1 1.08 (0.89, 1.30) 5-day avg Cough, nonurban: 1.05 (0.96, 1.15), lag 0 0.98 (0.90, 1.08), lag 1 1.04 (0.83, 1.30), 5-day avg |
| Hoek and Brunekreef (1994) The Netherlands 3 winters, 1987-1990 | Children age 7-11 yrs from 1 industrial and 3 nonindustrial communities (n = 1,078) | 24-h avg: 5.7 (SD 5.5) | 0.2-36.0 | NR | Cough: 1.05 (0.88, 1.26), lag 0 LRS: 1.33 (1.06, 1.69), lag 1 URS: 1.14 (0.98, 1.32), lag 0 |
| Pikhart et al. (2000) Czech Republic 1993-1994 | Children age 7-11 yrs from 1 industrial and 3 nonindustrial communities (n = 1,078) | 24-h avg: 28.2 | NR | 75th: 36.5 | Wheeze: 1.23 (0.95, 1.62), lag NR |

**Table 5-5.** Effects of short-term $SO_2$ exposure on emergency department visits and hospital admissions for respiratory outcomes.

| Study | Population | Mean Concentration (ppb) | $SO_2$ Range (ppb) | $SO_2$ Upper Percentile (ppb) | Standardized Excess Risk (95% CI)[a] |
|---|---|---|---|---|---|
| **EMERGENCY DEPARTMENT VISITS – ALL RESPIRATORY** | | | | | |
| **UNITED STATES** | | | | | |
| Wilson et al. (2005)<br>Portland, ME<br>Jan 1998-Dec 2000<br>Manchester, NH<br>Jan 1996-Dec 2000 | ≈ 54,000 ED visits in Portland and ≈ 30,000 ED visits in Manchester for all respiratory causes | 1-h max:<br>Portland: 11.1 (SD 9.1)<br>Manchester: 16.5 (SD 14.7) | NR | NR | Portland (lag 0):<br>All ages: 7% (3, 12).<br>0-14: -4% (-11, 4). 15-64: 9% (5, 14)<br>65+: 16% (7, 26)<br><br>Manchester (lag 0):<br>All ages: 1% (-3, 5)<br>0-14: 0% (8, 8). 15-64: 1% (-3, 5)<br>65+: 7% (-5, 21) |
| Tolbert et al. (2007)<br>Atlanta, GA<br>Jan 1993-Dec 2004 | > 1,000,000 ED visits for all respiratory causes from 41 hospitals | 1-h max: 14.9 | 1.0-149.0 | 75th: 20.0<br>90th: 35.0 | 0.8% (-0.7, 2.3), lag 0-2 |
| Peel et al. (2005)<br>Atlanta, GA<br>Jan 1993-Aug 2000 | ≈ 480,000 ED visits for all respiratory causes from 31 hospitals | 1-h max: 16.5 (SD 17.1) | NR | 90th: 39.0 | 1.6% (-0.6, 3.8), lag 0-2 |
| **EUROPE** | | | | | |
| Atkinson et al. (1999a)<br>London, UK<br>Jan 1992-Dec 1994 | 98,685 ED visits from 12 hospitals | 24-h avg: 8.0 (SD 2.9) | 2.8-30.9 | 90th: 11.7 | All ages: 4% (1, 7), lag 1<br>0-14: 9% (4, 14), lag 2<br>15-64: 4% (0, 8), lag 2<br>65+: -3% (-8, 3), lag 1 |
| **EMERGENCY DEPARTMENT VISITS – ASTHMA** | | | | | |
| **UNITED STATES** | | | | | |
| Ito et al. (2007)<br>New York, NY<br>Jan 1999-Dec 2002 | Asthma ED visits, all ages from 11 hospitals | 24-h avg:<br>All year: 7.8 (SD 4.6)<br>Warm: 5.4 (SD 2.2)<br>Cold: 10.2 (SD 5.1) | IQR:<br>All year: 5<br>Warm: 3<br>Cold: 7 | 75th:<br>All year: 10<br>Warm: 7<br>Cold: 13<br>95th:<br>All year: 17<br>Warm: 10<br>Cold: 19 | All year (lag 0-1): 8.9% (4.9, 13.0)<br><br>Warm (lag 0-1):<br>$SO_2$ alone: 35.9% (22.2, 51.2)<br>$PM_{2.5}$ adjusted: 29.6% (14.3, 46.8)<br>$O_3$ adjusted: 26.8% (13.7, 41.5)<br>$NO_2$ adjusted: -1.6% (-16.7, 16.1)<br>CO adjusted: 31.1% (16.7, 47.2)<br><br>Cold (lag 0-1): 8.5% (4.8, 12.4) |
| NY Department of Health (2006)<br>Bronx & Manhattan<br>Jan 1999-Dec 2000 | ≈ 31,000 asthma ED visits from 8 hospitals in the Bronx and ≈ 5,000 asthma ED visits from 14 hospitals in Manhattan | 24-h avg: 11 (SD 7.2) | NR | NR | Bronx (lag 0-4):<br>$SO_2$ alone: 10% (5, 15)<br>$PM_{2.5}$ adjusted: 10% (4, 16)<br>$NO_2$ adjusted: 10% (4, 15)<br><br>Manhattan (lag 0-4):<br>$SO_2$ alone: -1% (-11, 11)<br>$PM_{2.5}$ adjusted: -3% (-14, 10)<br>$NO_2$ adjusted: 1% (-12, 14) |
| Jaffe et al. (2003)<br>Cincinnati, OH<br>Cleveland, OH<br>Columbus, OH<br>Jul 1991-Jun 1996, summer months only (Jun-Aug) | 4,416 ED visits for asthma, age 5-34 yrs | 24-h avg:<br>Cincinnati: 14 (SD 10)<br>Cleveland: 15 (SD 10)<br>Columbus: 4 (SD 3) | Cincinnati: 1-50<br>Cleveland: 1-64<br>Columbus: 0-22 | NR | Cincinnati: 17% (5, 31), lag 2<br>Cleveland: 3% (-4, 11), lag 2<br>Columbus: 13% (-14, 49), lag 3<br>All cities: 6% (1, 11), best lags |

| Study | Population | Mean Concentration (ppb) | $SO_2$ Range (ppb) | $SO_2$ Upper Percentile (ppb) | Standardized Excess Risk (95% CI)[a] |
|---|---|---|---|---|---|
| Wilson et al. (2005)<br>Portland, ME<br>Jan 1998-Dec 2000<br>Manchester, NH<br>Jan 1996-Dec 2000 | ≈ 8,100 asthma ED visits in Portland and ≈ 4,700 asthma ED visits in Manchester | 1-h max:<br>Portland: 11.1 (SD 9.1)<br>Manchester: 16.5 (SD 14.7) | NR | NR | Portland (lag 0):<br>All ages: 11% (2, 20). 0-14: 5% (-12, 25) 15-64: 12% (1, 23). 65+: 12% (-15, 47)<br>Manchester (lag 0):<br>All ages: 6% (-4, 17). 0-14: 20% (-3, 49) 15-64: 3% (-8, 16). 65+: 12% (-29, 75) |
| Peel et al. (2005)<br>Atlanta, GA<br>Jan 1993-Aug 2000 | ≈ 110,000 asthma ED visits, all ages from 31 hospitals | 1-h max: 16.5 (SD 17.1) | NR | 90th: 39.0 | 0.2% (-3.2, 3.4), lag 0-2 |
| EUROPE | | | | | |
| Atkinson et al. (1999a)<br>London, UK<br>Jan 1992-Dec 1994 | 28,435 asthma ED visits from 12 hospitals | 24-h avg: 8.0 (SD 2.9) | 2.8-30.9 | 50th: 7.4<br>90th: 11.6 | All ages: 7% (2, 13), lag 1<br>0-14: 15% (7, 23), lag 1<br>15-64: 6% (-1, 14), lag 1 |
| Hajat et al. (1999)<br>London, UK<br>Jan 1992-Dec 1994 | General practitioner visits for asthma | 24-h avg:<br>All year: 8.0 (SD 2.9)<br>Warm: 7.7 (SD 2.4)<br>Cool: 8.3 (SD 3.4) | NR | 90th:<br>All year: 11.6<br>Warm: 10.7<br>Cool: 12.4 | All ages: 6.6% (1.3, 11.9), lag 0-2<br>0-14: 6.6% (-1.0, 14.7), lag 0-3<br>15-64: 5.2% (-1.5, 12.3), lag 0-3<br>65+: 7.2% (-4.3, 20.1), lag 0-1 |
| Boutin-Forzano et al. (2004)<br>Marseille, France<br>Apr 1997-Mar 1998 | 549 ED visits for asthma | 24-h avg: 8.5 | 0.0-35.3 | NR | 3-49 yrs: 0.6% (-1.4, 2.7), lag 0 |
| Galan et al. (2003)<br>Madrid, Spain<br>Jan 1995-Dec 1998 | 4,827 ED visits for asthma | 24-h avg 8.9 (SD 5.8) | 1.9-45.6 | 75th: 11.8<br>90th: 16.5 | All ages: 4.9% (-4.2, 15.0), lag 0 |
| Tenias et al. (1998)<br>Valencia, Spain<br>Jan 1993-Dec 1995 | 734 ED visits for asthma | 24-h avg: 10.0<br>Cold: 11.9<br>Warm: 8.2<br>1-h max: 21.2<br>Cold: 24.3<br>Warm: 18.1 | NR | 24-h avg:<br>75th: 12.9<br>95th: 16.0<br>1-h max:<br>75th: 27.1<br>95th: 35.8 | > 14 yrs:<br>13.9% (-7.0, 39.4), lag 0 |
| Castellsague et al. (1995)<br>Barcelona, Spain<br>Jan 1986-Dec 1989 | ED visits for asthma from 4 hospitals | 24-h avg:<br>Summer: 15.3<br>Winter: 19.5 | NR | Summer:<br>75th: 20.3<br>95th: 30.8<br>Winter:<br>75th: 25.2<br>95th: 35.3 | 15-64 yrs:<br>Summer: 5.5% (-2.1, 13.8), lag 2<br>Winter: 2.1% (-4.2, 9.0), lag 1 |
| **HOSPITAL ADMISSIONS – ALL RESPIRATORY** | | | | | |
| UNITED STATES | | | | | |
| Schwartz (1995)<br>New Haven, CT<br>Tacoma, WA<br>Jan 1988-Dec 1990 | ≈ 8,800 admissions in New Have and ≈ 4,000 admissions in Tacoma for all respiratory causes, ages 65+ yrs | 24-h avg:<br>New Haven: 29.8<br>Tacoma: 16.8 | IQR:<br>New Haven: 24.8<br>Tacoma: 11.5 | New Haven:<br>75th: 38.2<br>90th: 60.7<br>Tacoma:<br>75th: 21.4<br>90th: 28.2 | New Haven:<br>$SO_2$ alone: 2% (1, 3), lag 2<br>$PM_{10}$ adjusted: 2% (1, 3), lag 2<br>Tacoma:<br>$SO_2$ alone: 3% (1, 6), lag 0<br>$PM_{10}$ adjusted: -1% (-4, 3), lag 0 |
| Schwartz et al. (1996)<br>Cleveland, OH<br>1988-1990 | Hospital admissions, ages 65+ yrs | 24-h avg: 35.0 | IQR: 25 | 75th: 45.0<br>90th: 61.0 | 0.8% (-0.3, 1.5), lag 0-1 |

| Study | Population | Mean Concentration (ppb) | $SO_2$ Range (ppb) | $SO_2$ Upper Percentile (ppb) | Standardized Excess Risk (95% CI)[a] |
|---|---|---|---|---|---|
| **CANADA** | | | | | |
| Fung et al. (2006) Vancouver, BC Jun 1995-Mar 1999 | ≈ 41,000 respiratory admissions for ages 65+ yrs | 24-h avg: 3.46 (SD 1.82) | 0.0-12.5 | NR | 13% (1, 26), 7-day avg |
| Cakmak et al. (2007a) Multicity, Canada Calgary, Edmonton, Halifax, London, Ottawa, Saint John, Toronto, Vancouver, Windsor, Winnipeg Apr 1993-Mar 2000 | > 200,000 hospital admissions for all respiratory causes | 24-h avg: 4.6 (all cities) 2.8-10.2 (range of city-specific means) | 0-75 | Max: 14-75 (range of city-specific estimates) | $SO_2$ alone: 2.4% (1.1, 4.0) $O_3$, $NO_2$ & CO adjusted: 1.1% (0.2, 2.0) $SO_2 + O_3 + NO_2$: 14.9% (7.8, 22.3) (best lags selected for each city) |
| Yang et al. (2003b) Vancouver, BC Jan 1986-Dec 1998 | Respiratory hospital admissions among young children (< 3 yrs) and elderly (65+ yrs) | 24-h avg: 4.84 (SD 2.84) | IQR: 3.5 | 75th: 6.25 Max: 24.00 | < 3 yrs (lag 2): $SO_2$ alone: 3% (-6, 15) $O_3$ adjusted: 3% (-8, 12) 65+ yrs (lag 0): $SO_2$ alone: 6% (0, 12) $O_3$ adjusted: 6% (0, 12) |
| Burnett et al. (1997b) Toronto, ON Jun 1992-Sep 1994, summer months only (May-Sep) | All respiratory hospital admissions | 1-h max: 7.9 | 0-26 | 75th: 11 95th: 18 | $SO_2$ alone: 38.4% (13.1, 69.2), lag 0-3 $PM_{2.5}$ adj: 24.3% (-0.5, 55.2), lag 0-3 $PM_{10-2.5}$ adj: 25.5% (0.8, 56.4), lag 0-3 $PM_{10}$ adj: 23.1% (-2.9, 56.0), lag 0-3 |
| Luginaah et al. (2005) Windsor, ON Apr 1995-Dec 2000 | All respiratory admissions from 4 hospitals | 1-h max: 27.5 (SD 16.5) | 0-129 | NR | All ages (lag 1): Female: 8.7% (-2.7, 21.4) Male: -9.5% (-19.7, 1.9) 0-14 (lag 1): Female: 24.4% (2.3, 51.4) Male: -9.7% (-24.4, 7.8) 15-64 (lag 1): Female: 6.5% (-14.0, 32.3) Male: -5.9% (-29.5, 25.4) 65+ (lag 1): Female: 6.3% (-9.9, 25.4) Male: -11.9% (-26.9, 6.1) |
| **EUROPE** | | | | | |
| Oftedal et al. (2003) Drammen, Norway Jan 1994-Dec 2000 | All respiratory hospital admissions | 24-h avg: 1.1 (SD 0.8) | NR | NR | All ages: 71.8% (15.5, 152.7), lag NR |
| Llorca et al. (2005) Torrelavega, Spain Jan 1992-Dec 1995 | Hospital admissions from one hospital | 24-h avg: 5.0 (SD 6.3) | NR | NR | All ages: 1.0% (-2.8, 4.7), lag NR |
| Atkinson et al. (1999b) London, UK Jan 1992-Dec 1994 | 165,032 respiratory hospital admissions | 24-h avg: 8.0 (SD 2.9) | 2.8-30.9 | 90th: 11.7 | All ages: 3% (0, 6), lag 1 0-14: 8% (4, 12), lag 1 15-64: 3% (-1, 7), lag 3 65+: 3% (-0, 7), lag 3 |
| Schouten et al. (1996) Multicity, The Netherlands Amsterdam, Rotterdam Apr 1977-Sep 1989 | All respiratory hospital admissions | 24-h avg: Amsterdam: 10.5 Rotterdam: 15.0 1-h max: Amsterdam: 24.4 Rotterdam: 37.2 | NR | NR | Amsterdam (lag 0-3): 15-64 yrs: -2.3% (-5.5, 0.9) 65+: 0.2% (-2.8, 3.3) Rotterdam (lag 0-2): 15-64: -2.9% (-6.2, 0.5) |

| Study | Population | Mean Concentration (ppb) | SO$_2$ Range (ppb) | SO$_2$ Upper Percentile (ppb) | Standardized Excess Risk (95% CI)[a] |
|---|---|---|---|---|---|
| Spix et al. (1998) Multicity, Europe London, UK; Amsterdam & Rotterdam, the Netherlands; Paris, France; Milan, Italy Jan 1977-Dec 1991 | All respiratory hospital admissions | 24-h avg: London: 10.9 Amsterdam: 7.9 Rotterdam: 9.4 Paris: 8.6 Milan: 24.8 | NR | NR | 15-64 yrs: 0.5% (-0.4, 1.3), lag NR 65+: 1.1% (0.3, 2.4), lag NR |
| Dab et al. (1996) Paris, France Jan 1987-Sep 1992 | Respiratory hospital admissions from 27 hospitals | All year: 24-h avg: 11.2 1-h max: 22.5 Warm season 24-h avg: 7.6 1-h max: 16.1 Cold season 24-h avg: 15.1 1-h max: 29.4 | NR | 99th: All year: 24-h avg: 50.0 1-h max: 87.5 Warm: 24-h avg: 18.5 1-h max: 50.3 Cold: 24-h avg: 56.0 1-h max: 100.9 | All ages: 1.1% (0.1, 2.1), lag 0-2 |
| Ponce de Leon et al. (1996) London, UK 1987-1988; 1991-1992 | All respiratory hospital admissions | 24-h avg: 12.1 (SD 4.7) | NR | 75th: 14.7 90th: 17.7 95th: 20.3 | All ages: 0.8% (-0.7, 2.4) 0-14: 0.9% (-1.5, 3.3), lag 1 15-64: 2.0% (-0.5, 4.7), lag 1 65+: 2.0% (-0.3, 4.4), lag 2 |
| Walters et al. (1994) Birmingham, UK Jan 1988-Dec 1990 | All respiratory hospital admissions | 24-h avg: All year: 14.7 Spring: 16.1 Summer: 14.2 Autumn: 15.4 Winter: 12.9 | NR | Max: 47.5 | All ages: Summer: 1.5% (0.3, 2.7), lag 0 Winter: 4.5% (2.3, 6.5), lag 0 |
| Hagen et al. (2000) Drammen, Norway Jan 1994-Dec 1997 | All respiratory hospital admissions | 24-h avg: Winter: 21. Spring: 18 Summer:15. Autumn:19 Number of monitors: 1 | Winter: 11-33 Spring: 13-29 Summer: 5-24 Autumn: 16-23 | NR | All ages: 92.8% (16.8, 218.8), lag NR |
| Vigotti et al. (1996) Milan, Italy Jan 1980-Dec 1989 | All respiratory hospital admissions | 24-h avg: All year: 44.9 Winter: 94.8 Summer: 11.6 | 1.1-315.7 | 75th: All year: 62.0 Winter: 125.0 Summer: 15.0 95th: All year: 143.5 Winter: 201.0 Summer: 23.9 | 15-64 yrs: 1.3% (0.0, 2.5), lag 0 65+: 1.0% (0.0, 2.3), lag 0 |
| **AUSTRALIA** | | | | | |
| Barnett et al. (2005) Multicity, Australia/New Zealand Auckland, Brisbane, Canberra, Christchurch, Melbourne, Perth, Sydney Jan 1998-Dec 2001 | All respiratory hospital admissions | 24-h avg: Auckland: 4.3 Brisbane: 1.8 Christchurch: 2.8 Sydney: 0.9 NA in Canberra, Melbourne, and Perth 1-h max: Brisbane: 7.6 Christchurch: 10.1 Sydney: 3.7 NA in Auckland, Canberra, Melbourne, and Perth | 24-h avg: Auckland: 0-24.3 Brisbane: 0-8.2 Christchurch: 0-11.9 Sydney: 0-3.9 1-h max: Brisbane: 0-46.5 Christchurch: 0.1-42.1 Sydney: 0.1-20.2 | NR | 1-4 yrs: 21.8% (4.5, 41.5), lag 0-1 5-14: 15.8% (-34.2, 104.0), lag 0-1 |

| Study | Population | Mean Concentration (ppb) | SO$_2$ Range (ppb) | SO$_2$ Upper Percentile (ppb) | Standardized Excess Risk (95% CI)[a] |
|---|---|---|---|---|---|
| Petroeschevsky (2001) Brisbane, Australia Jan 1987-Dec 1994 | 33,710 respiratory hospital admissions | 24-h avg: 4.1 1-h max: 9.2 | NR | NR | All ages: 8.0% (3.0, 13.1), lag 0 0-4: 22.4% (8.7, 37.7), lag 0-4 5-14: 21.1% (-5.5, 55.1), lag 0-4 15-64: 3.3% (-10.5, 11.8), lag 1 65+: 12.1% (1.9, 23.4), lag 0 |
| **LATIN AMERICA** | | | | | |
| Gouveia and Fletcher (2000) São Paulo, Brazil Nov 1992-Sep 1994 | All respiratory hospital admissions | 24-h avg: 6.9 (SD 3.4) | 1.2-22.9 | 75th: 8.3 95th: 13.5 | <5 yrs: 3.7% (-1.7, 9.4), lag 1 |
| **ASIA** | | | | | |
| Wong et al. (1999b) Hong Kong Jan 1994-Dec 1995 | All respiratory admissions from 12 hospitals | 24-h avg: 6.4 | 1.0-25.7 | 75th: 9.4 | All ages: 3.5% (1.1, 5.7), lag 0 0-4: 1.3% (-2.4, 4.9), lag 0 5-64: 2.1% (-1.1, 5.7), lag 0 65+: 6.2% (3.2, 9.9), lag 0 |
| **HOSPITAL ADMISSIONS – ASTHMA** | | | | | |
| **UNITED STATES** | | | | | |
| Lin et al. (2004d) New York, NY Jun 1991-Dec 1993 | 2,629 cases; 2,236 controls, aged 0-14 yrs | 24-h avg: Cases: 16.78 Controls: 15.57 | 2.88-66.35 | NR | 19% (11, 29), lag NR |
| Sheppard et al. (1999; reanalysis 2003) Seattle, WA Jan 1987-Dec 1994 | 7,837 asthma hospital admissions for patients <65 yrs | 24-h avg: 8.0 | NR | 75th: 10.0 90th: 13.0 | 2.1% (-4.0, 6.2), lag 0 |
| **CANADA** | | | | | |
| Lin et al. (2003) Toronto, ON Jan 1981-Dec 1993 | 7,319 asthma hospital admissions among 6-12 yr olds | 24-h avg: 5.36 (SD 5.90) | 0-57.0 | 75th: 8.00 | Girls (7-day avg): SO$_2$ alone: 29.8% (5.8, 60.1) PM$_{2.5}$ & PM$_{10-2.5}$ adj: 42.3% (11.6, 80.2) Boys (7-day avg): SO$_2$ alone: -9.8% (-23.4, 5.8) PM$_{2.5}$ & PM$_{10-2.5}$ adj: -12.6% (-27.3, 5.8) |
| **EUROPE** | | | | | |
| Atkinson et al. (1999b) London, UK Jan 1992-Dec 1994 | ≈ 42,000 hospital admissions for asthma | 24-h avg: 8.0 (SD 2.9) | 2.8-30.9 | 90th: 11.7 | All ages: 5% (1, 10), lag 1 0-14: 10% (4, 16), lag 1 15-64: 7% (0, 14), lag 3 65+: 9% (-2, 23), lag 2y |
| Schouten et al. (1996) Multicity, The Netherlands Amsterdam, Rotterdam Apr 1977-Sep 1989 | All hospital admissions for asthma | 24-h avg: Amsterdam: 10.5 Rotterdam: 15.0 1-h max: Amsterdam: 24.4 Rotterdam: 37.2 | NR | NR | Amsterdam: All ages: -6.0% (-10.7, -1.1), lag 0-3 |
| Sunyer et al. (1997) Multicity, Europe: Barcelona, Spain; Helsinki, Finland; Paris, France; London, UK Jan 1986-Dec 1992 | All hospital admissions for asthma | 24-h avg: Barcelona: 15.4 Helsinki: 6.0 London: 11.6 Paris: 8.6 | Barcelona: 0.8-60.2 Helsinki: 1.1-35.7 London: 3.4-37.6 Paris: 0.4-82.3 | NR | 0-14 yrs: 3.2% (-0.2, 6.8), best cumulative lag 15-64: 0.2% (-2.2, 2.6), best cumulative lag |

| Study | Population | Mean Concentration (ppb) | $SO_2$ Range (ppb) | $SO_2$ Upper Percentile (ppb) | Standardized Excess Risk (95% CI)[a] |
|---|---|---|---|---|---|
| Dab et al. (1996) Paris, France Jan 1987-Sep 1992 | Hospital admissions for asthma from 27 hospitals | All year: 24-h avg: 11.2 1-h max: 22.5 Warm season 24-h avg: 7.6 1-h max: 16.1 Cold season: 24-h avg: 15.1 1-h max: 29.4 | NR | 99th: All year: 24-h avg: 50.0 1-h max: 87.5 Warm: 24-h avg: 18.5 1-h max: 50.3 Cold: 24-h avg: 56.0 1-h max: 100.9 | All ages: 1.8% (0.1, 3.6), lag 2 |
| Anderson et al. (1998) London, UK Apr 1987-Feb 1992 | All hospital admissions for asthma | 24-h avg: 12.0 (SD 4.4) | 3.4-37.6 | 75th: 14.3 90th: 17.3 95th: 19.5 | All ages: 7.4% (3.2, 11.7), lag 0-3 0-14: 5.4% (0.8, 10.3), lag 0-3 15-64: -1.8% (-6.9, 3.4), lag 0-2 65+: 8.2% (-1.9.19.3), lag 0-3 |
| Walters et al. (1994) Birmingham, UK Jan 1988-Dec 1990 | All hospital admissions for asthma | 24-h avg: All year: 14.7 Spring: 16.1 Summer: 14.2 Autumn: 15.4 Winter: 12.9 | NR | Max: 47.5 | All ages: Summer: 0.4% (-2.8, 9.2), lag 0 Winter: 0.7% (-2.2, 1.6), lag 0 |
| **AUSTRALIA** | | | | | |
| Barnett et al. (2005) Multicity, Australia/New Zealand Auckland, Brisbane, Canberra, Christchurch, Melbourne, Perth, Sydney Jan 1998-Dec 2001 | All hospital admissions for asthma | 24-h avg: Auckland: 4.3 Brisbane: 1.8 Christchurch: 2.8 Sydney: 0.9 NA in Canberra, Melbourne, and Perth 1-h max: Brisbane: 7.6 Christchurch: 10.1 Sydney: 3.7 NA in Auckland, Canberra, Melbourne, and Perth | 24-h avg: Auckland: 0-24.3 Brisbane: 0-8.2 Christchurch: 0-11.9 Sydney: 0-3.9 1-h max: Brisbane: 0-46.5 Christchurch: 0.1-42.1 Sydney: 0.1-20.2 | NR | 1-4 yrs: 28.1% (-27.8, 125.5), lag 0-1 5-14: 27.2% (-34.7, 147.3), lag 0-1 |
| Petroeschevsky et al. (2001) Brisbane, Australia Jan 1987-Dec 1994 | 13,246 hospital admissions for asthma | 24-h avg: 4.1 1-h max: 9.2 | NR | NR | All ages: -5.9% (-12.4, 1.1), lag 2 0-14: 8.0% (-2.9, 20.1), lag 0 15-64: -21.6% (-34.4, -6.2), lag 0 |
| **LATIN AMERICA** | | | | | |
| Gouveia and Fletcher (2000) São Paulo, Brazil Nov 1992-Sep 1994 | All hospital admissions for asthma | 24-h avg: 6.9 (SD 3.4) | 1.2-22.9 | 75th: 8.3 95th: 13.5 | <5 yrs: 10.4% (-1.9, 24.2), lag 2 |
| **ASIA** | | | | | |
| Wong et al. (1999b) Hong Kong Jan 1994-Dec 1995 | Hospital admissions for asthma from 12 hospitals | 24-h avg: 6.4 | 1.0-25.7 | 75th: 9.4 | All ages: 4.6% (-0.5, 9.9), lag 0 |
| Lee et al. (2006b) Hong Kong Jan 1997-Dec 2002 | 26,663 hospital admissions for asthma | 24-h avg: 6.6 (SD 4.0) | NR | 75th: 8.2 | <18 yrs: -3.7% (-6.7, -0.6), lag 0 |

| Study | Population | Mean Concentration (ppb) | SO$_2$ Range (ppb) | SO$_2$ Upper Percentile (ppb) | Standardized Excess Risk (95% CI)[a] |
|---|---|---|---|---|---|
| Ko et al. (2007b) Hong Kong Jan 2000-Dec 2005 | 69,716 hospital admissions for asthma from 15 hospitals | 24-h avg: All year: 7.2 (SD 4.9) <20°C: 6.9 (SD 3.8) ≥20°C: 7.3 (SD 5.4) | All year: 1.1-45.6 <20°C: 1.3-28.8 ≥20°C: 1.1-45.6 | 75th: All year: 8.6 <20°C: 21.3 ≥20°C: 22.5 | All ages: 1.1% (-1.6, 3.7), lag 0-3 0-14: Not statistically significant (estimates NR) 15-65: 4.8% (0.3, 9.4), lag 0-3 65+: Not statistically significant (estimates NR) |
| Tsai et al. (2006) Kaohsiung, Taiwan Jan 1996-Dec 2003 | 17,682 hospital admissions for asthma from 63 hospitals | 24-h avg 9.49 | 0.92-31.33 | 75th: 12.16 | SO$_2$ alone (lag 0-2): ≥25°C: 3.1% (-7.5, 14.8) <25°C: 34.5% (12.9, 60.3) PM$_{10}$ adjusted (lag 0-2): ≥25°C: -1.2% (-11.5, 10.2) <25°C: 4.7% (-13.2, 26.5) NO$_2$ adjusted (lag 0-2): ≥25°C: -5.6% (-16.2. 6.7) <25°C: -41.2% (-53.0, -26.8) CO adjusted (lag 0-2): ≥25°C: -15.0% (-24.9, -3.8) <25°C: 6.3% (4.7, 8.1) O$_3$ adjusted (lag 0-2): ≥25°C: 9.7% (-1.7, 22.2) <25°C: 36.0% (14.2, 62.2) |

_____**ANNEXES**_____

# Annex A. Literature Selection

This Annex includes detailed information on the methods used to identify and select studies, and on frameworks for evaluating scientific evidence relative to causality determination. While the overarching framework is outlined in the introduction to Chapter 1, this Annex provides supporting information for that framework, including excerpts from decision frameworks or criteria developed by other organizations.

## A.1. Literature Search and Retrieval

Literature searches are conducted continuously, to identify studies published since the last review. The current review includes studies published subsequent to the 1982 AQCD for $SO_X$ (EPA, 1982). Search strategies are iteratively modified in an effort to optimize the identification of pertinent publications. Additional publications are identified for inclusion in several ways: review of pre-publication tables of contents for journals in which relevant papers may be published; independent identification of relevant literature by expert authors; and identification by the public and CASAC during the external review process. Generally, only information that has undergone scientific peer review and has been published, or accepted for publication, in the open literature is considered. Studies identified are further evaluated by EPA staff and outside experts to determine if they merit inclusion. Criteria used for study selection are summarized below.

## A.2. General Criteria for Study Selection

In assessing the scientific quality and relevance of epidemiologic and animal or human toxicological studies, the following considerations have been taken into account.

- Were the study populations adequately selected and are they sufficiently well defined to allow for meaningful comparisons between study groups?
- Are the statistical analyses appropriate, properly performed, and properly interpreted?
- Are likely covariates (i.e., potential confounders or effect modifiers) adequately controlled or taken into account in the study design and statistical analysis?
- Are the reported findings internally consistent, biologically plausible, and coherent with other known facts?
- To what extent are the aerometric data, exposure, or dose metrics of adequate quality and sufficiently representative to serve as indicators of exposure to ambient $SO_2$?

Consideration of these issues informs our judgments on the relative quality of individual studies and allows us to focus the assessment on the most pertinent studies. The following two sections describe criteria for selecting specific types of studies.

## A.2.1. Criteria for Selecting Epidemiologic Studies

In selecting epidemiologic studies for this assessment, EPA considered whether a given study contains information on (1) associations with measured $SO_X$ concentrations using short- or long-term

exposures at or near ambient levels of $SO_X$, (2) health effects of specific $SO_X$ species or indicators related to $SO_X$ sources (e.g., combustion-related particles), (3) health endpoints and populations not previously extensively researched, (4) multiple pollutant analyses and other approaches to address issues related to potential confounding and modification of effects, and/or (5) important methodological issues (e.g., lag of effects, model specifications, thresholds, mortality displacement) related to interpretation of the health evidence. Among the epidemiologic studies, particular emphasis has been placed on those most relevant to reviews of the NAAQS. Specifically, studies conducted in the U.S. or Canada may be discussed in more detail than those from other geographic regions. Particular emphasis has been placed on**:** (1) recent multicity studies that employed standardized methodological analyses for evaluating effects of $SO_X$ and that provide overall estimates for effects based on combined analyses of information pooled across multiple cities, (2) recent studies that provide quantitative effect estimates for populations of interest, and (3) studies that consider $SO_X$ as a component of a complex mixture of air pollutants.

Not all studies were accorded equal weight in the overall interpretive assessment of evidence regarding $SO_2$-associated health effects. Among studies with adequate control for confounding, increasing scientific weight is accorded in proportion to the precision of their effect estimates. Small-scale studies without a wide range of exposures generally produce less precise estimates compared to larger studies with a broad exposure gradient. For time-series studies, the size of the study, as indicated by the duration of the study period and total number of events, and the variability of $SO_2$ exposures are important components that help to determine the precision of the health effect estimates. In evaluating the epidemiologic evidence in this chapter, more weight is accorded to estimates from studies with narrow confidence bands.

The goal of what was a balanced and objective evaluation that summarizes, interprets, and synthesizes the most important studies and issues in the epidemiologic database pertaining to $SO_X$ exposure, illustrated by using newly created or previously published summary tables and figures. For each study presented, the quality of the exposure and outcome data, as well as the quality of the statistical analysis methodology, are discussed. The discussion incorporates the magnitude and statistical strengths of observed associations between $SO_2$ exposure and health outcomes.

# A.2.2. Criteria for Selecting Animal and Human Toxicological Studies

Criteria for the selection of research evaluating animal toxicological or controlled human exposure studies included a focus on those studies conducted at levels within about an order of a magnitude of ambient $SO_2$ concentrations and those studies that approximated expected human exposure conditions in terms of concentration and duration. Studies that elucidate mechanisms of action and/or susceptibility, particularly if the studies were conducted under atmospherically relevant conditions, were emphasized whenever possible. For controlled human exposure studies, emphasis was placed on studies that (1) investigated potentially susceptible populations such as asthmatics, particularly studies that compared responses in susceptible individuals with those in age-matched healthy controls; (2) addressed issues such as concentration-response or time-course of responses; (3) investigated exposure to $SO_2$ separately and in combination with other pollutants such as $O_3$ and $NO_2$; (4) included control exposures to filtered air; and (5) had sufficient statistical power to assess findings.



**Figure A-1.  Selection process for studies included in the ISA.  Studies are categorized into: informative, highly informative, and policy-relevant.**

# A.3. Other Approaches to the Causal Determination

The following sections include excerpts from several reports that document approaches for the causality, or related decision-making processes. These sections provide supplementary documentation of approaches that are similar in nature to EPA's causal decision framework.

## A.3.1. Surgeon General's Report: The Health Consequences of Smoking

The Surgeon General's Report (CDC, 2004) evaluated the health effects of smoking; building upon the first Surgeon General's report published in 1964 (PHS, 1964). It also updated the methodology for evaluating evidence that was first presented in the 1964 report. The 2004 report acknowledged the effectiveness of the previous methodology, but standardizes the language surrounding causality of associations.

The Surgeon General's Reports on Smoking played a central role in the translation of scientific evidence into policy, conveying succinctly the link between smoking and a health effect. Specifically, the report stated:

> The statement that an exposure "causes" a disease in humans represents a serious claim, but one that carries with it the possibility of prevention. Causal determinations may also carry substantial economic implications for society and for those who might be held responsible for the exposure or for achieving its prevention.

To address the issue of identifying causality, the 2004 report provided the following summary of the earlier 1964 report:

> When a relationship or an association between smoking…and some condition in the host was noted, the significance of the association was assessed.
>
> The characterization of the assessment called for a specific term. …The word *cause* is the one in general usage in connection with matters considered in this study, and it is capable of conveying the notion of a significant, effectual relationship between an agent and an associated disorder or disease in the host.
>
> No member was so naive as to insist upon mono-etiology in pathological processes or in vital phenomena. All were thoroughly aware… that the end results are the net effect of many actions and counteractions.
>
> Granted that these complexities were recognized, it is to be noted clearly that the Committee's considered decision to use the words "a cause," or "a major cause," or "a significant cause," or "a causal association" in certain conclusions about smoking and health affirms their conviction (CDC, 2004)

The 2004 report created uniformly labeled conclusions that were used throughout the document. The following excerpts from the report also include a description of the methodology and the judgments used to reach a conclusion:

### Terminology of Conclusions and Causal Claims

Evidence is **sufficient** to infer a causal relationship.

Evidence is **suggestive but not sufficient** to infer a causal relationship.

Evidence is **inadequate** to infer the presence or absence of a causal relationship (which encompasses evidence that is sparse, of poor quality, or conflicting).

Evidence is **suggestive** of no causal relationship.

For this report, the summary conclusions regarding causality are expressed in this four-level classification. Use of these classifications should not constrain the process of causal inference, but rather bring consistency across chapters and reports, and greater clarity as to what the final conclusions are actually saying. As shown in Table 1.1 [see original document], without a uniform classification the precise nature of the final judgment may not always be obvious, particularly when the judgment is that the evidence falls below the "sufficient" category. Experience has shown that the "suggestive" category is often an uncomfortable one for scientists, since scientific culture is such that any evidence that falls short of causal proof is typically deemed inadequate to make a causal determination. However, it is very useful to distinguish between evidence that is truly inadequate versus that which just falls short of sufficiency.

There is no category beyond "suggestive of no causal relationship" as it is extraordinarily difficult to prove the complete absence of a causal association. At best, "negative" evidence is suggestive, either strongly or weakly. In instances where this category is used, the strength of evidence for no relationship will be indicated in the body of the text. In this new framework, conclusions regarding causality will be followed by a section on implications. This section will separate the issue of causal inference from recommendations for research, policies, or other actions that might arise from the causal conclusions. This section will assume a public health perspective, focusing on the population consequences of using or not using tobacco and also a scientific perspective, proposing further research directions. The proportion of cases in the population as a result of exposure (the population attributable risk), along with the total prevalence and seriousness of a disease, are more relevant for deciding on actions than the relative risk estimates typically used for etiologic determinations. In past reports, the failure to sharply separate issues of inference from policy issues resulted in inferential statements that were sometimes qualified with terms for action. For example, based on the evidence available in 1964, the first Surgeon General's report on

smoking and health contained the following statement about the
relationship between cardiovascular diseases and smoking:

It is established that male cigarette smokers have a higher death rate from
coronary artery disease than non-smoking males. Although the causative
role of cigarette smoking in deaths from coronary disease is not proven,
the Committee considers it more prudent from the public health
viewpoint to assume that the established association has causative
meaning, than to suspend judgment until no uncertainty remains (CDC,
2004)

Using this framework, this conclusion would now be expressed
differently, probably placing it in the "suggestive" category and making
it clear that although it falls short of proving causation, this evidence still
makes causation more likely than not. The original statement makes it
clear that the 1964 committee judged that the evidence fell short of
proving causality but was sufficient to justify public health action. In this
report, the rationale and recommendations for action will be placed in the
implications section, separate from the causal conclusions. This
separation of inferential from action-related statements clarifies the
degree to which policy recommendations are driven by the strength of
the evidence and by the public health consequences acting to reduce
exposure. In addition, this separation appropriately reflects the
differences between the processes and goals of causal inference and
decision making.

# A.3.2. EPA: Guidelines for Carcinogen Risk Assessment

The EPA Guidelines for Carcinogen Risk Assessment, published in 2005 (EPA, 2005), was an
update to the previous risk assessment document published in 1986. This document served to guide EPA
staff and public about the Agency's risk assessment development and methodology. In the 1986
Guidelines, a step-wise approach was used to evaluate the scientific findings. However, this newer
document was similar to the Surgeon General's Report on Smoking in that it used single integrative step
after assessing all of the individual lines of evidence. Five standard descriptors were used to evaluate the
weight of evidence:

1. Carcinogenic to Humans

2. Likely to Be Carcinogenic to Humans

3. Suggestive Evidence of Carcinogenic Potential

4. Inadequate Information to Assess Carcinogenic Potential

5. Not Likely to Be Carcinogenic to Humans.

The 2005 Guidelines recommend that a separate narrative be prepared on the weight of evidence
and the descriptor. The Guidelines further recommend that the descriptors should only be used in the
context of a weight-of-evidence discussion.

The following excerpt describes how a weight of evidence narrative should be developed and how a descriptor should be selected (EPA, 2005):

> The weight of the evidence should be presented as a narrative laying out the complexity of information that is essential to understanding the hazard and its dependence on the quality, quantity, and type(s) of data available, as well as the circumstances of exposure or the traits of an exposed population that may be required for expression of cancer. For example, the narrative can clearly state to what extent the determination was based on data from human exposure, from animal experiments, from some combination of the two, or from other data. Similarly, information on mode of action can specify to what extent the data are from *in vivo* or *in vitro* exposures or based on similarities to other chemicals. The extent to which an agent's mode of action occurs only on reaching a minimum dose or a minimum duration should also be presented. A hazard might also be expressed disproportionately in individuals possessing a specific gene; such characterizations may follow from a better understanding of the human genome. Furthermore, route of exposure should be used to qualify a hazard if, for example, an agent is not absorbed by some routes. Similarly, a hazard can be attributable to exposures during a susceptible lifestage on the basis of our understanding of human development.
>
> The weight of evidence narrative should highlight:
>
> - the quality and quantity of the data;
> - all key decisions and the basis for these major decisions; and
> - any data, analyses, or assumptions that are unusual for or new to EPA.
>
> To capture this complexity, a weight of evidence narrative generally includes
>
> - conclusions about human carcinogenic potential (choice of descriptor(s), described below)
> - a summary of the key evidence supporting these conclusions (for each descriptor used), including information on the type(s) of data (human and/or animal, in vivo and/or in vitro) used to support the conclusion(s)
> - available information on the epidemiologic or experimental conditions that characterize expression of carcinogenicity (e.g., if carcinogenicity is possible only by one exposure route or only above a certain human exposure level),
> - a summary of potential modes of action and how they reinforce the conclusions,
> - indications of any susceptible populations or lifestages, when available, and
> - a summary of the key default options invoked when the available information is inconclusive.
>
> To provide some measure of clarity and consistency in an otherwise free-form narrative, the weight of evidence descriptors are included in the first sentence of the narrative. Choosing a descriptor is a matter of judgment and cannot be reduced to a formula. Each descriptor may be applicable to a wide variety of potential data sets and weights of evidence. These descriptors and narratives are intended to permit sufficient flexibility to accommodate new scientific understanding and

new testing methods as they are developed and accepted by the scientific community and the public. Descriptors represent points along a continuum of evidence; consequently, there are gradations and borderline cases that are clarified by the full narrative. Descriptors, as well as an introductory paragraph, are a short summary of the complete narrative that preserves the complexity that is an essential part of the hazard characterization. **Users of these cancer guidelines and of the risk assessments that result from the use of these cancer guidelines should consider the entire range of information included in the narrative rather than focusing simply on the descriptor**.

In borderline cases, the narrative explains the case for choosing one descriptor and discusses the arguments for considering but not choosing another. For example, between "suggestive" and "likely" or between "suggestive" and "inadequate," the explanation clearly communicates the information needed to consider appropriately the agent's carcinogenic potential in subsequent decisions.

Multiple descriptors can be used for a single agent, for example, when carcinogenesis is dose-or route-dependent. For example, if an agent causes point-of-contact tumors by one exposure route but adequate testing is negative by another route, then the agent could be described as likely to be carcinogenic by the first route but not likely to be carcinogenic by the second. Another example is when the mode of action is sufficiently understood to conclude that a key event in tumor development would not occur below a certain dose range. In this case, the agent could be described as likely to be carcinogenic above a certain dose range but not likely to be carcinogenic below that range.

Descriptors can be selected for an agent that has not been tested in a cancer bioassay if sufficient other information, e.g., toxicokinetic and mode of action information, is available to make a strong, convincing, and logical case through scientific inference. For example, if an agent is one of a well-defined class of agents that are understood to operate through a common mode of action and if that agent has the same mode of action, then in the narrative the untested agent would have the same descriptor as the class. Another example is when an untested agent's effects are understood to be caused by a human metabolite, in which case in the narrative the untested agent could have the same descriptor as the metabolite. As new testing methods are developed and used, assessments may increasingly be based on inferences from toxicokinetic and mode of action information in the absence of tumor studies in animals or humans.

When a well-studied agent produces tumors only at a point of initial contact, the descriptor generally applies only to the exposure route producing tumors unless the mode of action is relevant to other routes. The rationale for this conclusion would be explained in the narrative.

When tumors occur at a site other than the point of initial contact, the descriptor generally applies to all exposure routes that have not been adequately tested at sufficient doses. An exception occurs when there is

convincing information, e.g., toxicokinetic data that absorption does not occur by another route.

When the response differs qualitatively as well as quantitatively with dose, this information should be part of the characterization of the hazard. In some cases reaching a certain dose range can be a precondition for effects to occur, as when cancer is secondary to another toxic effect that appears only above a certain dose. In other cases exposure duration can be a precondition for hazard if effects occur only after exposure is sustained for a certain duration. These considerations differ from the issues of relative absorption or potency at different dose levels because they may represent a discontinuity in a dose-response function.

When multiple bioassays are inconclusive, mode of action data are likely to hold the key to resolution of the more appropriate descriptor. When bioassays are few, further bioassays to replicate a study's results or to investigate the potential for effects in another sex, strain, or species may be useful.

When there are few pertinent data, the descriptor makes a statement about the database, for example, "Inadequate Information to Assess Carcinogenic Potential," or a database that provides "Suggestive Evidence of Carcinogenic Potential." With more information, the descriptor expresses a conclusion about the agent's carcinogenic potential to humans. If the conclusion is positive, the agent could be described as "Likely to Be Carcinogenic to Humans" or, with strong evidence, "Carcinogenic to Humans." If the conclusion is negative, the agent could be described as "Not Likely to Be Carcinogenic to Humans."

Although the term "likely" can have a probabilistic connotation in other contexts, its use as a weight of evidence descriptor does not correspond to a quantifiable probability of whether the chemical is carcinogenic. This is because the data that support cancer assessments generally are not suitable for numerical calculations of the probability that an agent is a carcinogen. Other health agencies have expressed a comparable weight of evidence using terms such as "Reasonably Anticipated to Be a Human Carcinogen" (NTP) or "Probably Carcinogenic to Humans" (IARC). 1989).

## A.3.3. Improving the NAS/IOM Presumptive Disability Decision-Making Process for Veterans Report

A recent publication by the Institute of Medicine also provided foundation for the causality framework adapted in this ISA (IOM, 2007). The Committee on Evaluation of the Presumptive Disability Decision-Making Process for Veterans was charged by the Veterans Association to describe how presumptive decisions are made for veterans with health conditions arising from military service currently, as well as recommendations for how such decisions could be made in the future. The committee proposed a multiple-element approach that includes a quantification of the extent of disease attributable to

an exposure. This process involved a review of all relevant data to decide the strength of evidence for causation, using one of four categories:

- Sufficient: the evidence is sufficient to conclude that a causal relationship exists.
- Equipoise and Above: the evidence is sufficient to conclude that a causal relationship is at least as likely as not, but not sufficient to conclude that a causal relationship exists.
- Below Equipoise: the evidence is not sufficient to conclude that a causal relationship is at least as likely as not, or is not sufficient to make a scientifically informed judgment.
- Against: the evidence suggests the lack of a causal relationship.

The following is an excerpt from the report and describes these four categories in detail:

> In light of the categorizations used by other health organizations and agencies as well as considering the particular challenges of the presumptive disability decision-making process, we propose a four-level categorization of the strength of the *overall evidence* for or against a *causal relationship* from exposure to disease.

> We use the term "equipoise" to refer to the point at which the evidence is in balance between favoring and not favoring causation. The term "equipoise" is widely used in the biomedical literature, is a concept familiar to those concerned with evidence-based decision-making and is used in VA processes for rating purposes as well as being a familiar term in the veterans' community.

> Below we elaborate on the four-level categorization which the Committee recommends.

### Sufficient

> If the overall evidence for a causal relationship is categorized as Sufficient, then it should be scientifically compelling. It might include:

> - replicated and consistent evidence of a causal association: that is, evidence of an association from several high-quality epidemiologic studies that cannot be explained by plausible noncausal alternatives (e.g., chance, bias, or confounding)
> - evidence of causation from animal studies and mechanistic knowledge
> - compelling evidence from animal studies and strong mechanistic evidence from studies in exposed humans, consistent with (i.e., not contradicted by) the epidemiologic evidence.

> Using the Bayesian framework to illustrate the evidential support and the resulting state of communal scientific opinion needed for reaching the Sufficient category (and the lower categories that follow), consider again the causal diagram in Figure A-2. In this model, used to help clarify matters conceptually, the observed association between exposure and health is the result of: (1) measured confounding, parameterized by $\alpha$; (2) the causal relation, parameterized by $\beta$; and (3) other, unmeasured sources such as bias or unmeasured confounding, parameterized by $\gamma$. The belief of interest, after all the evidence has been weighed, is in the size of the causal parameter $\beta$. Thus, for decision making, what matters is how strongly the evidence supports the proposition that $\beta$ is above 0. As

it is extremely unlikely that the types of exposures considered for presumptions reduce the risk of developing disease, we exclude values of β below 0. If we consider the evidence as supporting degrees of belief about the size of β, and we have a posterior distribution over the possible size of β, then a posterior like Figure A-2 illustrates a belief state that might result when the evidence for causation is considered Sufficient.

As the "mass" over a positive effect (the area under the curve to the right of the zero) vastly "outweighs" the small mass over no effect (zero), the evidence is considered sufficient to conclude that the association is causal. Put another way, even though the scientific community might be uncertain as to the size of β, after weighing all the evidence, it is highly confident that the probability that β is greater than zero is substantial; that is, that exposure causes disease.

## Equipoise and Above

To be categorized as Equipoise and Above, the scientific community should categorize the overall evidence as making it more confident in the existence of a causal relationship than in the non-existence of a causal relationship, but not sufficient to conclude causation.

For example, if there are several high-quality epidemiologic studies, the preponderance of which show evidence of an association that cannot readily be explained by plausible noncausal alternatives (e.g., chance, bias, or confounding), and the causal relationship is consistent with the animal evidence and biological knowledge, then the overall evidence might be categorized as Equipoise and Above. Alternatively, if there is strong evidence from animal studies or mechanistic evidence, not contradicted by human or other evidence, then the overall evidence might be categorized as Equipoise and Above. Equipoise is a common term employed by VA and the courts in deciding disability claims (see Appendix D [see original document]).



Source: IOM (2008).

**Figure A-2.   Focusing on unmeasured confounders/covariates, or other sources of spurious association from bias.**



Source: IOM (2008).

**Figure A-3.   Example posterior distribution for the determination of Sufficient.**

Again, using the Bayesian model to illustrate the idea of Equipoise and Figure A-4 shows a posterior probability distribution that is an example of belief compatible with the category Equipoise and Above.



Source: IOM (2007).

**Figure A-4.    Example posterior distribution for the determination of** *Equipoise and Above*.

In this figure, unlike the one for evidence classified as Sufficient, there is considerable mass over zero, which means that the scientific community has considerable uncertainty as to whether exposure causes disease at all; that is, whether β is greater than zero. At *least* half of the mass is to the right of the zero, however, so the community judges causation to be at least as likely as not, after they have seen and combined all the evidence available.

### Below Equipoise

To be categorized as Below Equipoise, the overall evidence for a causal relationship should either be judged not to make causation at least as likely as not, or not sufficient to make a scientifically informed judgment.

This might occur:

- when the human evidence is consistent in showing an association, but the evidence is limited by the inability to rule out chance, bias, or confounding with confidence, and animal or mechanistic evidence is weak
- when animal evidence suggests a causal relationship, but human and mechanistic evidence is weak or inconsistent
- when mechanistic evidence is suggestive but animal and human evidence is weak or inconsistent
- when the evidence base is very thin.

### Against

To be categorized as Against, the overall evidence should favor belief that there is no causal relationship from exposure to disease. For example, if there is human evidence from multiple studies covering the full range of exposures encountered by humans that are consistent in showing no causal association, or there are is animal or mechanistic evidence supporting the lack of a causal relationship, and combining all of the evidence results in a posterior resembling Source: IOM (2008).

Figure A-5 then the scientific community should categorize the evidence as *Against* causation.



Source: IOM (2007).

**Figure A-5.   Example posterior distribution for the determination of *Against*.**

## A.3.4. National Acid Precipitation Assessment Program Guidelines

The following guidelines in the form of questions were developed and published in 1991 by the Oversight Review Board for the National Acid Precipitation Assessment Program (Washington, 1991) to assist scientists in formulating presentations of research results to be used in policy decision processes.

Is the statement sound? Have the central issues been clearly identified? Does each statement contain the distilled essence of present scientific and technical understanding of the phenomenon or process to which it applies? Is the statement consistent with all relevant evidence – evidence developed either through NAPAP research or through analysis of research conducted outside of NAPAP? Is the statement contradicted by any important evidence developed through research inside or outside of NAPAP? Have apparent contradictions or interpretations of available evidence been considered in formulating the statement of principal findings?

Is the statement directional and, where appropriate, quantitative? Does the statement correctly quantify both the direction and magnitude of trends and relationships in the phenomenon or process to which the statement is relevant? When possible, is a range of uncertainty given for each quantitative result? Have various sources of uncertainty been identified and quantified, for example, does the statement include or acknowledge errors in actual measurements, standard errors of estimate, possible biases in the availability of data, extrapolation of results beyond the mathematical, geographical, or temporal relevancy of available information, etc. In short, are there numbers in the statement? Are the numbers correct? Are the numbers relevant to the general meaning of the statement?

Is the degree of certainty or uncertainty of the statement indicated clearly? <u>Have appropriate statistical tests been applied to the data used in drawing the conclusion set forth in the statement?</u> If the statement is based on a mathematical or novel conceptual model, has the model or concept been validated? Does the statement describe the model or concept on which it is based and the degree of validity of that model or concept?

Is the statement correct without qualification? <u>Are there limitations of time, space, or other special circumstances in which the statement is true?</u> If the statement is true only in some circumstances, are these limitations described adequately and briefly?

Is the statement clear and unambiguous? <u>Are the words and phrases used in the statement understandable by the decision makers of our society?</u> Is the statement free of specialized jargon? Will too many people misunderstand its meaning?

Is the statement as concise as it can be made without risk of misunderstanding? Are there any excess words, phrases, or ideas in the statement which are not necessary to communicate the meaning of the statement? Are there so many caveats in the statement that the statement itself is trivial, confusing, or ambiguous?

Is the statement free of scientific or other biases or implications of societal value judgments? Is the statement free of influence by specific schools of scientific thought? Is the statement also free of words, phrases, or concepts that have political, economic, ideological, religious, moral, or other personal-, agency-, or organization-specific values, overtones, or implications? <u>Does the choice of how the statement is expressed rather than its specific words suggest underlying biases or value judgments?</u> Is the tone impartial and free of special pleading? If societal value judgments have been discussed, have these judgments been identified as such and described both clearly and objectively?

Have societal implications been described objectively? Consideration of alternative courses of action and their consequences inherently involves judgments of their feasibility and the importance of effects. For this reason, it is important to ask if a reasonable range of alternative policies or courses of action have been evaluated? Have societal implications of alternative courses of action been stated in the following general form?

"<u>If this</u> [particular option] were adopted <u>then that</u> [particular outcome] would be expected."

Have the professional biases of authors and reviewers been described openly? Acknowledgment of potential sources of bias is important so that readers can judge for themselves the credibility of reports and assessments.

# A.3.5. IARC Guidelines for Scientific Review and Evaluation Categories

The following is excerpted from the International Agency for Research on Cancer Monographs on the evaluation of carcinogenic risks to humans (IARC, 2006)

The available studies are summarized by the Working Group, with particular regard to the qualitative aspects discussed below. In general, numerical findings are indicated as they appear in the original report; units are converted when necessary for easier comparison. The Working Group may conduct additional analyses of the published data and use them in their assessment of the evidence; the results of such supplementary analyses are given in square brackets. When an important aspect of a study that directly impinges on its interpretation should be brought to the attention of the reader, a Working Group comment is given in square brackets.

The scope of the *IARC Monographs* program has expanded beyond chemicals to include complex mixtures, occupational exposures, physical and biological agents, lifestyle factors and other potentially carcinogenic exposures. Over time, the structure of a *Monograph* has evolved to include the following sections:

1. Exposure data

2. Studies of cancer in humans

3. Studies of cancer in experimental animals

4. Mechanistic and other relevant data

5. Summary

6. Evaluation and rationale

In addition, a section of General Remarks at the front of the volume discusses the reasons the agents were scheduled for evaluation and some key issues the Working Group encountered during the meeting.

This part of the Preamble discusses the types of evidence considered and summarized in each section of a *Monograph*, followed by the scientific criteria that guide the evaluations.

### Evaluation and rationale

Evaluations of the strength of the evidence for carcinogenicity arising from human and experimental animal data are made, using standard terms. The strength of the mechanistic evidence is also characterized.

It is recognized that the criteria for these evaluations, described below, cannot encompass all of the factors that may be relevant to an evaluation of carcinogenicity. In considering all of the relevant scientific data, the Working Group may assign the agent to a higher or lower category than a strict interpretation of these criteria would indicate.

These categories refer only to the strength of the evidence that an exposure is carcinogenic and not to the extent of its carcinogenic activity (potency). A classification may change as new information becomes available.

An evaluation of the degree of evidence is limited to the materials tested, as defined physically, chemically or biologically. When the agents evaluated are considered by the Working Group to be sufficiently closely related, they may be grouped together for the purpose of a single evaluation of the degree of evidence.

(a) Carcinogenicity in humans

The evidence relevant to carcinogenicity from studies in humans is classified into one of the following categories:

*Sufficient evidence of carcinogenicity*: The Working Group considers that a causal relationship has been established between exposure to the agent and human cancer. That is, a positive relationship has been observed between the exposure and cancer in studies in which chance, bias and confounding could be ruled out with reasonable confidence. A statement that there is *sufficient evidence* is followed by a separate sentence that identifies the target organ(s) or tissue(s) where an increased risk of cancer was observed in humans. Identification of a specific target organ or tissue does not preclude the possibility that the agent may cause cancer at other sites.

*Limited evidence of carcinogenicity*: A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence.

*Inadequate evidence of carcinogenicity*: The available studies are of insufficient quality, consistency or statistical power to permit a conclusion regarding the presence or absence of a causal association between exposure and cancer, or no data on cancer in humans are available.

*Evidence suggesting lack of carcinogenicity*: There are several adequate studies covering the full range of levels of exposure that humans are known to encounter, which are mutually consistent in not showing a positive association between exposure to the agent and any studied cancer at any observed level of exposure. The results from these studies alone or combined should have narrow confidence intervals with an

upper limit close to the null value (e.g. a relative risk of 1.0). Bias and confounding should be ruled out with reasonable confidence, and the studies should have an adequate length of follow-up. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the cancer sites, conditions and levels of exposure, and length of observation covered by the available studies. In addition, the possibility of a very small risk at the levels of exposure studied can never be excluded.

In some instances, the above categories may be used to classify the degree of evidence related to carcinogenicity in specific organs or tissues.

When the available epidemiologic studies pertain to a mixture, process, occupation or industry, the Working Group seeks to identify the specific agent considered most likely to be responsible for any excess risk. The evaluation is focused as narrowly as the available data on exposure and other aspects permit.

(b) Carcinogenicity in experimental animals

Carcinogenicity in experimental animals can be evaluated using conventional bioassays, bioassays that employ genetically modified animals, and other in-vivo bioassays that focus on one or more of the critical stages of carcinogenesis. In the absence of data from conventional long-term bioassays or from assays with neoplasia as the end-point, consistently positive results in several models that address several stages in the multistage process of carcinogenesis should be considered in evaluating the degree of evidence of carcinogenicity in experimental animals.

The evidence relevant to carcinogenicity in experimental animals is classified into one of the following categories:

*Sufficient evidence of carcinogenicity*: The Working Group considers that a causal relationship has been established between the agent and an increased incidence of malignant neoplasms or of an appropriate combination of benign and malignant neoplasms in (a) two or more species of animals or (b) two or more independent studies in one species carried out at different times or in different laboratories or under different protocols. An increased incidence of tumors in both sexes of a single species in a well-conducted study, ideally conducted under Good Laboratory Practices, can also provide *sufficient evidence*.

A single study in one species and sex might be considered to provide *sufficient evidence of carcinogenicity* when malignant neoplasms occur to an unusual degree with regard to incidence, site, type of tumor or age at onset, or when there are strong findings of tumors at multiple sites.

*Limited evidence of carcinogenicity*: The data suggest a carcinogenic effect but are limited for making a definitive evaluation because, e.g. (a) the evidence of carcinogenicity is restricted to a single experiment; (b)

there are unresolved questions regarding the adequacy of the design, conduct or interpretation of the studies; (c) the agent increases the incidence only of benign neoplasms or lesions of uncertain neoplastic potential; or (d) the evidence of carcinogenicity is restricted to studies that demonstrate only promoting activity in a narrow range of tissues or organs.

***Inadequate evidence of carcinogenicity***: The studies cannot be interpreted as showing either the presence or absence of a carcinogenic effect because of major qualitative or quantitative limitations, or no data on cancer in experimental animals are available.

Evidence suggesting lack of carcinogenicity: Adequate studies involving at least two species are available which show that, within the limits of the tests used, the agent is not carcinogenic. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the species, tumor sites, age at exposure, and conditions and levels of exposure studied.

(c) Mechanistic and other relevant data

Mechanistic and other evidence judged to be relevant to an evaluation of carcinogenicity and of sufficient importance to affect the overall evaluation is highlighted. This may include data on preneoplastic lesions, tumor pathology, genetic and related effects, structure–activity relationships, metabolism and toxicokinetics, physicochemical parameters and analogous biological agents.

The strength of the evidence that any carcinogenic effect observed is due to a particular mechanism is evaluated, using terms such as 'weak,' 'moderate' or 'strong.' The Working Group then assesses whether that particular mechanism is likely to be operative in humans. The strongest indications that a particular mechanism operates in humans derive from data on humans or biological specimens obtained from exposed humans. The data may be considered to be especially relevant if they show that the agent in question has caused changes in exposed humans that are on the causal pathway to carcinogenesis. Such data may, however, never become available, because it is at least conceivable that certain compounds may be kept from human use solely on the basis of evidence of their toxicity and/or carcinogenicity in experimental systems.

The conclusion that a mechanism operates in experimental animals is strengthened by findings of consistent results in different experimental systems, by the demonstration of biological plausibility and by coherence of the overall database. Strong support can be obtained from studies that challenge the hypothesized mechanism experimentally, by demonstrating that the suppression of key mechanistic processes leads to the suppression of tumor development. The Working Group considers whether multiple mechanisms might contribute to tumor development, whether different mechanisms might operate in different dose ranges, whether separate mechanisms might operate in humans and experimental

animals and whether a unique mechanism might operate in a susceptible group. The possible contribution of alternative mechanisms must be considered before concluding that tumors observed in experimental animals are not relevant to humans. An uneven level of experimental support for different mechanisms may reflect that disproportionate resources have been focused on investigating a favored mechanism.

For complex exposures, including occupational and industrial exposures, the chemical composition and the potential contribution of carcinogens known to be present are considered by the Working Group in its overall evaluation of human carcinogenicity. The Working Group also determines the extent to which the materials tested in experimental systems are related to those to which humans are exposed.

(d) Overall evaluation

Finally, the body of evidence is considered as a whole, in order to reach an overall evaluation of the carcinogenicity of the agent to humans.

An evaluation may be made for a group of agents that have been evaluated by the Working Group. In addition, when supporting data indicate that other related agents, for which there is no direct evidence of their capacity to induce cancer in humans or in animals, may also be carcinogenic, a statement describing the rationale for this conclusion is added to the evaluation narrative; an additional evaluation may be made for this broader group of agents if the strength of the evidence warrants it.

The agent is described according to the wording of one of the following categories, and the designated group is given. The categorization of an agent is a matter of scientific judgement that reflects the strength of the evidence derived from studies in humans and in experimental animals and from mechanistic and other relevant data.

Group 1: The agent is *carcinogenic to humans*.

> This category is used when there is sufficient evidence of carcinogenicity in humans. Exceptionally, an agent may be placed in this category when evidence of carcinogenicity in humans is less than sufficient but there is sufficient evidence of carcinogenicity in experimental animals and strong evidence in exposed humans that the agent acts through a relevant mechanism of carcinogenicity.

Group 2.

> This category includes agents for which, at one extreme, the degree of evidence of carcinogenicity in humans is almost *sufficient*, as well as those for which, at the other extreme, there are no human data but for which there is evidence of carcinogenicity in experimental animals. Agents are assigned to either Group 2A (*probably carcinogenic to humans*) or Group 2B (*possibly carcinogenic to humans*) on the basis of

epidemiologic and experimental evidence of carcinogenicity and mechanistic and other relevant data. The terms *probably carcinogenic* and *possibly carcinogenic* have no quantitative significance and are used simply as descriptors of different levels of evidence of human carcinogenicity, with probably carcinogenic signifying a higher level of evidence than possibly carcinogenic.

Group 2A: The agent is probably carcinogenic to humans.

This category is used when there is *limited evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals. In some cases, an agent may be classified in this category when there is *inadequate evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals and strong evidence that the carcinogenesis is mediated by a mechanism that also operates in humans. Exceptionally, an agent may be classified in this category solely on the basis of *limited evidence of carcinogenicity* in humans. An agent may be assigned to this category if it clearly belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in Group 1 or Group 2A.

Group 2B: The agent is possibly carcinogenic to humans.

This category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals. It may also be used when there is *inadequate evidence of carcinogenicity* in humans but there is *sufficient evidence of carcinogenicity* in experimental animals. In some instances, an agent for which there is *inadequate evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group. An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data.

Group 3: The agent is not classifiable as to its carcinogenicity to humans.

This category is used most commonly for agents for which the evidence of carcinogenicity is *inadequate* in humans and *inadequate* or *limited* in experimental animals.

Exceptionally, agents for which the evidence of carcinogenicity is *inadequate* in humans but *sufficient* in experimental animals may be placed in this category when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans.

Agents that do not fall into any other group are also placed in this category.

An evaluation in Group 3 is not a determination of non-carcinogenicity or overall safety. It often means that further research is needed,

especially when exposures are widespread or the cancer data are consistent with differing interpretations.

Group 4: The agent is probably not carcinogenic to humans.

This category is used for agents for which there is *evidence suggesting lack of carcinogenicity* in humans and in experimental animals. In some instances, agents for which there is *inadequate evidence of carcinogenicity* in humans but *evidence suggesting lack of carcinogenicity* in experimental animals, consistently and strongly supported by a broad range of mechanistic and other relevant data, may be classified in this group.

(e) Rationale

The reasoning that the Working Group used to reach its evaluation is presented and discussed. This section integrates the major findings from studies of cancer in humans, studies of cancer in experimental animals, and mechanistic and other relevant data. It includes concise statements of the principal line(s) of argument that emerged, the conclusions of the Working Group on the strength of the evidence for each group of studies, citations to indicate which studies were pivotal to these conclusions, and an explanation of the reasoning of the Working Group in weighing data and making evaluations. When there are significant differences of scientific interpretation among Working Group Members, a brief summary of the alternative interpretations is provided, together with their scientific rationale and an indication of the relative degree of support for each alternative.

# A.3.6. NTP: Report on Carcinogens

The criteria for listing an agent, substance, mixture, or exposure circumstance in the National Toxicology Program's Report on Carcinogens (NTP, 2005) as follows:

Known to Be Human Carcinogen:

There is sufficient evidence of carcinogenicity from studies in humans*, which indicates a causal relationship between exposure to the agent, substance, or mixture, and human cancer.

Reasonably Anticipated to Be Human Carcinogen:

There is limited evidence of carcinogenicity from studies in humans*, which indicates that causal interpretation is credible, but that alternative explanations, such as chance, bias, or confounding factors, could not adequately be excluded,

or

there is sufficient evidence of carcinogenicity from studies in experimental animals, which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors (1) in multiple species or at multiple tissue sites, or (2) by multiple routes of exposure, or (3) to an unusual degree with regard to incidence, site, or type of tumor, or age at onset,

or

there is less than sufficient evidence of carcinogenicity in humans or laboratory animals; however, the agent, substance, or mixture belongs to a well-defined, structurally related class of substances whose members are listed in a previous Report on Carcinogens as either known to be a human carcinogen or reasonably anticipated to be a human carcinogen, or there is convincing relevant information that the agent acts through mechanisms indicating it would likely cause cancer in humans.

Conclusions regarding carcinogenicity in humans or experimental animals are based on scientific judgment, with consideration given to all relevant information. Relevant information includes, but is not limited to, dose response, route of exposure, chemical structure, metabolism, pharmacokinetics, sensitive sub-populations, genetic effects, or other data relating to mechanism of action or factors that may be unique to a given substance. For example, there may be substances for which there is evidence of carcinogenicity in laboratory animals, but there are compelling data indicating that the agent acts through mechanisms which do not operate in humans and would therefore not reasonably be anticipated to cause cancer in humans.

*This evidence can include traditional cancer epidemiology studies, data from clinical studies, and/or data derived from the study of tissues or cells from humans exposed to the substance in question that can be useful for evaluating whether a relevant cancer mechanism is operating in people.

# Annex B. Additional Information on the Atmospheric Chemistry of $SO_X$

## B.1. Introduction

$SO_2$ is chiefly but not exclusively primary in origin. Primary $SO_2$ is emitted directly from sources, whereas secondary $SO_2$ is formed as a product of atmospheric reactions. Secondary $SO_2$ is produced by the photochemical oxidation of reduced sulfur compounds such as dimethyl sulfide (DMS) ($CH_3$-S-$CH_3$), hydrogen sulfide ($H_2S$), carbon disulfide ($CS_2$), carbonyl sulfide (OCS), methyl mercaptan ($CH_3$-S-H), and dimethyl disulfide ($CH_3$-S-S-$CH_3$) which are all mainly biogenic in origin. Their sources are discussed in Section B.3. Table B-1 lists the atmospheric lifetimes of reduced sulfur species with respect to reaction with various oxidants. Except for OCS, which is lost mainly by photolysis ($\tau \sim 6$ months), these species are lost mainly by reaction with OH and $NO_3$ radicals. Because OCS is relatively long-lived in the troposphere, it can be transported upwards into the stratosphere.

**Table B-1.** **Atmospheric lifetimes of $SO_2$ and reduced sulfur species with respect to reaction with OH, $NO_3$, and Cl radicals.**

| Compound | OH | | $NO_3$ | | Cl | |
|---|---|---|---|---|---|---|
| | K X 10$^{12}$ | T | K X 10$^{12}$ | T | K X 10$^{12}$ | T |
| $SO_2$ | 1.6 | 7.2d | NA | | NA | |
| $CH_3$-S-$CH_3$ | 5.0 | 2.3 d | 1.0 | 1.1-h | 400 | 29 d |
| $H_2S$ | 4.7 | 2.2 d | NA | | 74 | 157 d |
| $CS_2$ | 1.2 | 9.6 d | < 0.0004 | > 116 d | < 0.004 | NR |
| OCS | 0.0019 | 17 y | < 0.0001 | > 1.3 y | < 0.0001 | NR |
| $CH_3$-S-H | 33 | 8.4 h | 0.89 | 1.2 h | 200 | 58 d |
| $CH_3$-S-S-$CH_3$ | 230 | 1.2 h | 0.53 | 2.1-h | NA | |

NA = Reaction rate coefficient not available.
NR = Rate coefficient too low to be relevant as an atmospheric loss mechanism. Rate coefficients were calculated at 298 K and 1 atmosphere.
yr = year
h = hour
OH = 1 × 10$^6$/cm$^3$
$NO_3$ = 2.5 × 10$^8$/cm$^3$
Cl = 1 × 10$^3$/cm$^3$.
[1]Rate coefficients were taken from JPL Chemical Kinetics Evaluation No. 14 (JPL2003)

Source: Seinfeld and Pandis (1998).

Crutzen (1976) proposed that OCS oxidation serves as the major source of sulfate ($SO_4^{2-}$) in the stratospheric aerosol layer sometimes referred to the "Junge layer," (Junge et al., 1961) during periods when volcanic plumes do not reach the stratosphere. However, the flux of OCS into the stratosphere is probably not sufficient to maintain this stratospheric aerosol layer. Myhre et al. (2004) proposed instead

that $SO_2$ transported upwards from the troposphere is the most likely source, as the upward flux of OCS is too small to sustain observed $SO_4^{2-}$ loadings in the Junge layer. In addition, in situ measurements of the isotopic composition of sulfur (S) do not match those of OCS (Leung et al. 2002). Reaction with $NO_3$ radicals at night most likely represents the major loss process for DMS and methyl mercaptan. The mechanisms for the oxidation of DMS are still not completely understood. Initial attack by $NO_3$ and OH radicals involves H atom abstraction, with a smaller branch leading to OH addition to the S atom. The OH addition branch increases in importance as temperatures decrease, becoming the major pathway below temperatures of 285 K (Ravishankara, 1997). The adduct may either decompose to form methane sulfonic acid (MSA), or undergo further reactions in the main pathway, to yield dimethyl sulfoxide (Barnes et al., 1991). Following H atom abstraction from DMS, the main reaction products include MSA and $SO_2$. The ratio of MSA to $SO_2$ is strongly temperature dependent, varying from about 0.1 in tropical waters to about 0.4 in Antarctic waters (Seinfeld and Pandis, 1998). Excess $SO_4^{2-}$ (over that expected from the $SO_4^{2-}$ in seawater) in marine aerosol is related mainly to the production of $SO_2$ from the oxidation of DMS. Transformations among atmospheric S compounds are summarized in Figure B-1



Source: Adapted from Berresheim et al. (1995).

**Figure B-1.    Transformations of sulfur compounds in the atmosphere.**

# B.1.1. Multiphase Chemical Processes Involving SO$_X$ and Halogens

Chemical transformations involving inorganic halogenated compounds effect changes in the multiphase cycling of $SO_X$ in ways analogous to their effects on $NO_X$. Oxidation of dimethylsulfide $(CH_3)_2S$ by BrO produces dimethylsulfoxide $(CH_3)_2SO$ (Barnes et al., 1991; Toumi, 1994), and oxidation by atomic chloride leads to formation of $SO_2$ (Keene et al., 1996). Dimethylsulfoxide and $SO_2$ are precursors for methanesulfonic acid $(CH_3SO_3H)$ and $H_2SO_4$. In the MBL, virtually all $H_2SO_4$ and

$CH_3SO_3H$ vapor condenses onto existing aerosols or cloud droplets, which subsequently evaporate, thereby contributing to aerosol growth and acidification. Unlike $CH_3SO_3H$, $H_2SO_4$ also has the potential to produce new particles (Korhonen et al., 1999; Kulmala et al., 2000), which in marine regions is thought to occur primarily in the free troposphere. Saiz-Lopez et al. (2004) estimated that observed levels of bromine oxide (BrO) at Mace Head Atmospheric Research Station in Ireland, would oxidize $(CH_3)_2S$ about six times faster than OH and thereby substantially increase production rates of $H_2SO_4$ and other condensible S species in the MBL. Sulfur dioxide is also scavenged by deliquesced aerosols and oxidized to $H_2SO_4$ in the aqueous phase by several strongly pH-dependent pathways (Chameides and Stelson, 1992; Keene et al., 1998; Vogt et al., 1996). Model calculations indicate that oxidation of S(IV) by $O_3$ dominates in fresh, alkaline sea salt aerosols, whereas oxidation by hypohalous acids (primarily HOCl) dominates in moderately acidic solutions. Additional particulate non-sea salt (nss) $SO_4^{2-}$ is generated by $SO_2$ oxidation in cloud droplets (Clegg and Toumi, 1998). Ion-balance calculations indicate that most nss $SO_4^{2-}$ in short-lived (two to 48 h) sea salt size fractions accumulates in acidic aerosol solutions and/or in acidic aerosols processed through clouds (Keene et al., 2004). The production, cycling, and associated radiative effects of S-containing aerosols in marine and coastal air are regulated in part by chemical transformations involving inorganic halogens (Von Glasow et al., 2002). These transformations include: dry-deposition fluxes of nss $SO_4^{2-}$ in marine air dominated, naturally, by the sea salt size fractions (Huebert et al., 1996; Turekian et al., 2001); HCl phase partitioning that regulates sea salt pH and associated pH-dependent pathways for S(IV) oxidation (Keene et al., 2002; Pszenny et al., 2004); and potentially important oxidative reactions with reactive halogens for $(CH_3)2S$ and S(IV). However, both the absolute magnitudes and relative importance of these processes in MBL S cycling are poorly understood.

Table B-2.  Relative contributions of various reactions to the total S(IV) oxidation rate within a sunlit cloud, 10 min after cloud formation.

| Reaction | % of Total [a] | % of Total [b] |
|---|---|---|
| **GAS PHASE** | | |
| $OH + SO_2$ | 3.5 | 3.1 |
| **AQUEOUS PHASE** | | |
| $O_3 + HSO_3^-$ | 0.6 | 0.7 |
| $O_3 + SO_3^{2-}$ | 7.0 | 8.2 |
| $H_2O_2 + SO_3^{2-}$ | 78.4 | 82.1 |
| $CH_3OOH + HSO_3^-$ | 0.1 | 0.1 |
| $HNO_4 + HSO_3^-$ | 9.0 | 4.4 |
| $HOONO + HSO_3^-$ | < 0.1 | < 0.1 |
| $HSO_5^- + HSO_3^-$ | 1.2 | < 0.1 |
| $SO_5^- + SO_3^{2-}$ | < 0.1 | < 0.1 |
| $HSO_5^- + Fe^{2+}$ | | 0.6 |

[a] In the absence of transition metals. [b] In the presence of iron and copper ions.

Source: Adapted from Warneck (1999).

Iodine (I) chemistry has been linked to ultrafine particle bursts at Mace Head (O'Dowd et al., 1999; O'Dowd et al., 2002). Observed bursts coincide with elevated concentrations of IO and are characterized

by particle concentrations increasing from background levels to up to $300{,}000/cm^3$ on a time scale of seconds to minutes. This newly identified source of marine aerosol would provide additional aerosol surface area for condensation of $SO_x$ and thereby presumably diminish the potential for nucleation pathways involving $H_2SO_4$. However, a subsequent investigation in polluted air along the New England, USA coast found no correlation between periods of nanoparticle growth and corresponding concentrations of I oxides (Fehsenfeld et al., 2006). The potential importance of I chemistry in aerosol nucleation and its associated influence on sulfur cycling remain highly uncertain.

## B.1.2. Mechanisms for the Aqueous Phase Formation of Sulfate

Warneck (1999) constructed a box model describing the chemistry of the oxidation of $SO_2$ and $NO_2$ including the interactions of N and S species and minor processes in sunlit cumulus clouds. The relative contributions of different reactions to the oxidation of S(IV) species to S(VI) and $NO_2$ to $NO_3^-$ 10 min after cloud formation are given in Table B-2. The two columns show the relative contributions with and without transition metal ions. As can be seen from Table B-2, $SO_2$ within a cloud (gas + cloud drops) is oxidized mainly by $H_2O_2$ in the aqueous phase, while the gas-phase oxidation by OH radicals is small by comparison. A much smaller contribution in the aqueous phase is made by methyl hydroperoxide ($CH_3OOH$) because it is formed mainly in the gas phase and its Henry's Law constant is several orders of magnitude smaller that of $H_2O_2$. After $H_2O_2$, $HNO_4$ is the major contributor to S(IV) oxidation. The pH dependence of the oxidation rate of S(IV) in the presence of transition metal ions is illustrated in Figure B-2.



Source: Seinfeld and Pandis (1998).

**Figure B-2.   Comparison of aqueous-phase oxidation paths.  The rate of conversion of S(IV) to S(VI) is shown as a function of pH. Conditions assumed are: [SO$_2$(g)] = 5 ppb; [NO$_2$(g)] = 1 ppb; [H$_2$O$_2$(g)] = 1 ppb; [O$_3$(g)] = 50 ppb; [Fe(III)(aq)] = 0.3 µM; [Mn(II)(aq)] = 0.3 µM.**

## B.1.3. Multiphase Chemical Processes Involving SO$_X$ and NH$_3$

The phase partitioning of ammonia (NH$_3$) with deliquesced aerosol solutions is controlled primarily by the thermodynamic properties of the system expressed as follows:

$$NH_{3g} \overset{K_H}{\leftrightarrow} [NH_{3aq}] \overset{K_b}{\leftrightarrow} [NH_4^+] + K_W/[H^+]$$

where K$_H$ and K$_b$ are the temperature-dependent Henry's Law and dissociation constants (62 M/atm and $1.8 \times 10^{-5}$ M), respectively, for NH$_3$, and K$_w$ is the ion product of water ($1.0 \times 10^{-14}$ M) (Chameides, 1984). It is evident that for a given amount of NH$_X$ (NH$_3$ + particulate NH$_4^+$) in the system, increasing aqueous concentrations of particulate H$^+$ will shift the partitioning of NH$_3$ towards the condensed phase. Consequently, under the more polluted conditions characterized by higher concentrations of acidic sulfate aerosol, ratios of gaseous NH$_3$ to particulate NH$_4^+$ decrease (Smith et al., 2007). It also follows that in marine air, where aerosol acidity varies substantially as a function of particle size, NH$_3$ partitions preferentially to the more acidic sub-micron size fractions where K$_H$ and K$_b$ are the temperature-dependent Henry's Law and dissociation constants (62 M/atm and $1.8 \times 10^{-5}$ M), respectively, for NH$_3$, and K$_w$ is the ion product of water ($1.0 \times 10^{-14}$ M) (Chameides 1984). It is evident that for a given amount of NH$_X$ (NH$_3$ + particulate NH$_4^+$) in the system, increasing aqueous concentrations of particulate H$^+$ will shift the partitioning of NH$_3$ towards the condensed phase. Consequently, under the more polluted conditions characterized by higher concentrations of acidic sulfate aerosol, ratios of gaseous NH$_3$ to particulate NH$_4^+$ decrease (Smith et al., 2007). Under these conditions, the roughly equal partitioning of total NH$_3$ between the gas and particulate phases sustains substantial dry-deposition fluxes of total NH$_3$ to the coastal ocean (median of 10.7 μmol//m$^2$/day). In contrast, heavily polluted air transported from the industrialized midwestern U.S. contains concentrations of nss SO$_4^{2-}$ and total NH$_3$ that are about a factor of 3 greater, based on median values. Under these conditions, most total NH$_3$ (> 85%) partitions to the highly acidic sulfate aerosol size fractions and, consequently, the median dry-deposition flux of total NH$_3$ is 30% lower than that under the cleaner northerly flow regime. The relatively longer atmospheric lifetime of total NH$_3$ against dry deposition under more polluted conditions implies that, on average, total NH$_3$ would accumulate to higher atmospheric concentrations under these conditions and also be subject to atmospheric transport over longer distances. Consequently, the importance of NH$_X$ removal via wet deposition would also increase. Because of the inherently sporadic character of precipitation, we might expect greater heterogeneity in NH$_3$ deposition fields and any potential responses in sensitive ecosystems downwind of major S-emission regions.

## B.2. Transport of SO$_X$ in the Atmosphere

Crutzen and Gidel (1983), Gidel (1983), and Chatfield and Crutzen (1984) hypothesized that convective clouds played an important role in rapid atmospheric vertical transport of trace species and first tested simple parameterizations of convective transport in atmospheric chemical models. At nearly the same time, evidence was shown of venting the boundary layer by shallow, fair weather cumulus clouds (Greenhut et al., 1984; 1986). Field experiments were conducted in 1985 which resulted in verification of the hypothesis that deep convective clouds are instrumental in atmospheric transport of trace constituents (Dickerson et al., 1987). Once pollutants are lofted to the middle and upper troposphere, they typically have a much longer chemical lifetime and with the generally stronger winds at these altitudes, they can be transported large distances from their source regions.

# B.3. Emissions of SO$_2$

As can be seen from Table B-3, emissions of SO$_2$ are due mainly to the combustion of fossil fuels by electrical utilities and industry. Transportation related sources make only a minor contribution. As a result, most SO$_2$ emissions originate from point sources. Since S is a volatile component of fuels, it is almost quantitatively released during combustion, and emissions can be calculated on the basis of the sulfur content of fuels to greater accuracy than for other pollutants such as NO$_X$ or primary PM.

**Table B-3      Emissions of NO$_X$, NH$_3$, and SO$_2$ in the U.S. by source and category, 2002.**

| 2002 Emissions (Tg/yr) | NO$_X$[1] | NH$_3$[2] | SO$_2$ |
|---|---|---|---|
| **Total all Sources** | **23.19** | **4.08** | **16.87** |
| **Fuel Combustion Total** | **9.11** | **0.02** | **14.47** |
| Fuel Combustion Electrical Utilities | 5.16 | < 0.01 | 11.31 |
| Coal | 4.50 | < 0.01 | 10.70 |
| Bituminous | 2.90 | | 8.04 |
| Subbituminous | 1.42 | | 2.14 |
| Anthracite & Lignite | 0.18 | | 0.51 |
| Other | < 0.01 | | |
| Oil | 0.14 | < 0.01 | 0.38 |
| Residual | 0.13 | | 0.36 |
| Distillate | 0.01 | | 0.01 |
| Gas | 0.30 | < 0.01 | 0.01 |
| Natural | 0.29 | | |
| Process | 0.01 | | |
| Other | 0.05 | < 0.01 | 0.21 |
| Internal Combustion | 0.17 | < 0.01 | 0.01 |
| Fuel Combustion Industrial | 3.15 | < 0.01 | 2.53 |
| Coal | 0.49 | < 0.01 | 1.26 |
| Bituminous | 0.25 | | 0.70 |
| Subbituminous | 0.07 | | 0.10 |
| Anthracite & Lignite | 0.04 | | 0.13 |
| Other | 0.13 | | 0.33 |
| Oil | 0.19 | < 0.01 | 0.59 |
| Residual | 0.09 | | 0.40 |
| Distillate | 0.09 | | 0.16 |
| Other | 0.01 | | 0.02 |
| Gas | 1.16 | < 0.01 | 0.52 |
| Natural | 0.92 | | |
| Process | 0.24 | | |
| Other | < 0.01 | | |
| Other | 0.16 | < 0.01 | 0.15 |
| Wood/Bark Waste | 0.11 | | |
| Liquid Waste | 0.01 | | |
| Other | 0.04 | | |
| Internal Combustion | 1.15 | < 0.01 | 0.01 |
| Fuel Combustion Other | 0.80 | < 0.01 | 0.63 |
| Commercial/Institutional Coal | 0.04 | < 0.01 | 0.16 |
| Commercial/Institutional Oil | 0.08 | < 0.01 | 0.28 |
| Commercial/Institutional Gas | 0.25 | < 0.01 | 0.02 |
| Misc. Fuel Combustion (Exc. Residential) | 0.03 | < 0.01 | 0.01 |
| Residential Wood | 0.03 | | < 0.01 |
| Residential Other | 0.36 | | 0.16 |
| Distillate Oil | 0.06 | | 0.15 |
| Bituminous/Subbituminous | 0.26 | | < 0.01 |
| Other | 0.04 | | < 0.01 |
| **Industrial Process Total** | **1.10** | **0.21** | **1.54** |
| Chemical & Allied Product Mfg | 0.12 | 0.02 | 0.36 |
| Organic Chemical Mfg | 0.02 | < 0.01 | 0.01 |
| Inorganic Chemical Mfg | 0.01 | < 0.01 | 0.18 |
| Sulfur Compounds | | | 0.17 |

| 2002 Emissions (Tg/yr) | NO$_X$[1] | NH$_3$[2] | SO$_2$ |
|---|---|---|---|
| Other | | | 0.02 |
| Polymer & Resin Mfg | < 0.01 | < 0.01 | < 0.01 |
| Agricultural Chemical Mfg | 0.05 | 0.02 | 0.05 |
| Ammonium Nitrate/Urea Mfg. | | < 0.01 | |
| Other | | 0.02 | |
| Paint, Varnish, Lacquer, Enamel Mfg | 0.00 | | 0.00 |
| Pharmaceutical Mfg | 0.00 | | 0.00 |
| Other Chemical Mfg | 0.03 | < 0.01 | 0.12 |
| Metals Processing | 0.09 | < 0.01 | 0.30 |
| Non-Ferrous Metals Processing | 0.01 | < 0.01 | 0.17 |
| Copper | | | 0.04 |
| Lead | | | 0.07 |
| Zinc | | | 0.01 |
| Other | | | < 0.01 |
| Ferrous Metals Processing | 0.07 | < 0.01 | 0.11 |
| Metals Processing | 0.01 | < 0.01 | 0.02 |
| Petroleum & Related Industries | 0.16 | < 0.01 | .38 |
| Oil & Gas Production | 0.07 | < 0.01 | 0.11 |
| Natural Gas | | | 0.11 |
| Other | | | 0.01 |
| Petroleum Refineries & Related Industries | 0.05 | < 0.01 | 0.26 |
| Fluid Catalytic Cracking Units | | < 0.01 | 0.16 |
| Other | | < 0.01 | 0.07 |
| Asphalt Manufacturing | 0.04 | | 0.01 |
| Other Industrial Processes | 0.54 | 0.05 | 0.46 |
| Agriculture, Food, & Kindred Products | 0.01 | < 0.01 | 0.01 |
| Textiles, Leather, & Apparel Products | < 0.01 | < 0.01 | < 0.01 |
| Wood, Pulp & Paper, & Publishing Products | 0.09 | < 0.01 | 0.10 |
| Rubber & Miscellaneous Plastic Products | < 0.01 | < 0.01 | < 0.01 |
| Mineral Products | 0.42 | < 0.01 | 0.33 |
| Cement Mfg | 0.24 | | 0.19 |
| Glass Mfg | 0.01 | | |
| Other | 0.10 | | 0.09 |
| Machinery Products | < 0.01 | < 0.01 | < 0.01 |
| Electronic Equipment | < 0.01 | < 0.01 | < 0.01 |
| Transportation Equipment | < 0.01 | | < 0.01 |
| Miscellaneous Industrial Processes | 0.01 | 0.05 | 0.02 |
| Solvent Utilization | 0.01 | < 0.01 | < 0.01 |
| Degreasing | < 0.01 | < 0.01 | < 0.01 |
| Graphic Arts | < 0.01 | < 0.01 | < 0.01 |
| Dry Cleaning | < 0.01 | < 0.01 | < 0.01 |
| Surface Coating | < 0.01 | < 0.01 | < 0.01 |
| Other Industrial | < 0.01 | < 0.01 | < 0.01 |
| Nonindustrial | < 0.01 | | |
| Solvent Utilization Nec | < 0.01 | | |
| Storage & Transport | < 0.01 | < 0.01 | 0.01 |
| Bulk Terminals & Plants | < 0.01 | < 0.01 | < 0.01 |
| Petroleum & Petroleum Product Storage | < 0.01 | < 0.01 | < 0.01 |
| Petroleum & Petroleum Product Transport | < 0.01 | < 0.01 | < 0.01 |
| Service Stations: Stage II | < 0.01 | | < 0.01 |
| Organic Chemical Storage | < 0.01 | < 0.01 | < 0.01 |

| 2002 Emissions (Tg/yr) | NO$_x$[1] | NH$_3$ | SO$_2$ |
|---|---|---|---|
| Organic Chemical Transport | 0.01 | | < 0.01 |
| Inorganic Chemical Storage | < 0.01 | < 0.01 | < 0.01 |
| Inorganic Chemical Transport | < 0.01 | | < 0.01 |
| Bulk Materials Storage | 0.01 | < 0.01 | < 0.01 |
| Waste Disposal & Recycling | 0.17 | 0.14 | 0.03 |
| Incineration | 0.06 | < 0.01 | 0.02 |
| Industrial | | | |
| Other | | | < 0.01 |
| Open Burning | 0.10 | < 0.01 | < 0.01 |
| Industrial | | | < 0.01 |
| Land Clearing Debris | | | |
| Other | | | < 0.01 |
| Public Operating Treatment Works | < 0.01 | 0.14 | < 0.01 |
| Industrial Waste Water | < 0.01 | < 0.01 | < 0.01 |
| Treatment, Storage, And Disposal Facility | < 0.01 | < 0.01 | < 0.01 |
| Landfills | < 0.01 | < 0.01 | < 0.01 |
| Industrial | | | < 0.01 |
| Other | | | < 0.01 |
| Other | < 0.01 | < 0.01 | < 0.01 |
| **Transportation Total** | **12.58** | **0.32** | **0.76** |
| Highway Vehicles | 8.09 | 0.32 | 0.30 |
| Light-Duty Gas Vehicles & Motorcycles | 2.38 | 0.20 | 0.10 |
| Light-Duty Gas Vehicles | 2.36 | | 0.10 |
| Motorcycles | 0.02 | | 0.00 |
| Light-Duty Gas Trucks | 1.54 | 0.10 | 0.07 |
| Light-Duty Gas Trucks 1 | 1.07 | | 0.05 |
| Light-Duty Gas Trucks 2 | 0.47 | | 0.02 |
| Heavy-Duty Gas Vehicles | 0.44 | < 0.01 | 0.01 |
| Diesels | 3.73 | < 0.01 | 0.12 |
| Heavy-Duty Diesel Vehicles | 3.71 | | |
| Light-Duty Diesel Trucks | 0.01 | | |
| Light-Duty Diesel Vehicles | 0.01 | | |
| Off-Highway | 4.49 | < 0.01 | 0.46 |
| Non-Road Gasoline | 0.23 | < 0.01 | 0.01 |
| Recreational | 0.01 | | |
| Construction | 0.01 | | |
| Industrial | 0.01 | | |
| Lawn & Garden | 0.10 | | |
| Farm | 0.01 | | |

| 2002 Emissions (Tg/yr) | NO$_x$[1] | NH$_3$ | SO$_2$ |
|---|---|---|---|
| Light Commercial | 0.04 | | |
| Logging | < 0.01 | | |
| Airport Service | < 0.01 | | |
| Railway Maintenance | < 0.01 | | |
| Recreational Marine Vessels | 0.05 | | |
| Non-Road Diesel | 1.76 | < 0.01 | 0.22 |
| Recreational | 0.00 | | |
| Construction | 0.84 | | |
| Industrial | 0.15 | | |
| Lawn & Garden | 0.05 | | |
| Farm | 0.57 | | |
| Light Commercial | 0.08 | | |
| Logging | 0.02 | | |
| Airport Service | 0.01 | | |
| Railway Maintenance | < 0.01 | | |
| Recreational Marine Vessels | 0.03 | | |
| Aircraft | 0.09 | | 0.01 |
| Marine Vessels | 1.11 | | 0.18 |
| Diesel | 1.11 | | |
| Residual Oil | | | |
| Other | | | |
| Railroads | 0.98 | | 0.05 |
| Other | 0.32 | < 0.01 | 0.00 |
| Liquefied Petroleum Gas | 0.29 | | |
| Compressed Natural Gas | 0.04 | | |
| Miscellaneous | 0.39 | 3.53 | 0.10 |
| Agriculture & Forestry | < 0.01 | 3.45 | < 0.01 |
| Agricultural Crops | | < 0.01 | |
| Agricultural Livestock | | 2.66 | |
| Other Combustion | | 0.08 | 0.10 |
| Health Services | | | |
| Cooling Towers | | | |
| Fugitive Dust | | | |
| Other | | | |
| Natural Sources | 3.10 | 0.03 | |

[1] Emissions are expressed in terms of NO$_2$.
[2] Natural emissions of non-methane volatile organic compounds, carbon monoxide, and oxides.
Note: Subcategory values may not sum to category totals due to rounding.
Source: (EPA, 2006a)

The major natural sources of SO$_2$ are volcanoes, biomass burning, and DMS oxidation over the oceans. SO$_2$ constitutes a relatively minor fraction (0.005% by volume) of volcanic emissions (Holland, 1978). The ratio of H$_2$S to SO$_2$ is highly variable in volcanic gases. It is typically much less than one, as in the Mt. St. Helens' eruption (Turco et al. 1983). However, in addition to being degassed from magma, H$_2$S can be produced if ground waters, especially those containing organic matter, come into contact with volcanic gases. In this case, the ratio of H$_2$S to SO$_2$ can be greater than one. H$_2$S produced this way would more likely be emitted through side vents than through eruption columns (Pinto et al., 1989). Primary particulate SO$_4^{2-}$ is a component of marine aerosol and is also produced by wind erosion of surface soils.

Volcanic sources of SO$_2$ in the U.S. are limited to the Pacific Northwest, Alaska, and Hawaii. Since 1980, the Mt. St. Helens volcano in the Washington Cascade Range (46.20ºN, 122.18ºW, summit 2549 m asl) has been a variable source of SO$_2$. Its major effects came in the explosive eruptions of 1980, which primarily affected the Northwest. The Augustine volcano near the mouth of the Cook Inlet in southwestern Alaska (59.363ºN, 153.43°W, summit 1252 m asl) has had variable SO$_2$ emission since its last major eruptions in 1986. Volcanoes in the Kamchatka peninsula of eastern Siberia do not significantly affect surface SO$_2$ concentrations in northwestern North America. The most serious effects in the U.S. from volcanic SO$_2$ occur on the island of Hawaii. Nearly continuous venting of SO$_2$ from Mauna Loa and Kilauea produces SO$_2$ in such large amounts that > 100 km downwind of the island SO$_2$ concentrations can exceed 30 ppb (Thornton and Bandy, 1993). Depending on wind direction, the west coast of Hawaii

(Kona region) has had significant deleterious effects from $SO_2$ and acidic sulfate aerosols for the past decade.

Emissions of $SO_2$ from burning vegetation are generally in the range of 1 to 2% of the biomass burned (e.g., Levine and Pinto, 1998). Gaseous emissions are mainly in the form of $SO_2$ with much smaller amounts of $H_2S$ and OCS. The ratio of gaseous N to S emissions is about 14, very close to their ratio in plant tissue (Andrea et al., 1991). Gaseous emissions are mainly in the form of $SO_2$ with much smaller amounts of $H_2S$ and OCS. The ratio of reduced N and S species such as $NH_3$ and $H_2S$ to their more oxidized forms, such as NO and $SO_2$, increases from flaming to smoldering phases of combustion, as emissions of reduced species are favored by lower temperatures and reduced $O_2$ availability.

Emissions of reduced S species are associated typically with marine organisms living either in pelagic or coastal zones and with anaerobic bacteria in marshes and estuaries. Mechanisms for their oxidation were discussed in Section B.1. Emissions of DMS from marine plankton represent the largest single source of reduced S species to the atmosphere (e.g., Berresheim et al., 1995).

However, it should be noted that reduced S species are also produced by industry. For example, DMS is used in petroleum refining and in petrochemical production processes to control the formation of coke and carbon monoxide. In addition, it is used to control dusting in steel mills. It is also used in a range of organic syntheses. It also has a use as a food flavoring component. It can also be oxidized by natural or artificial means to dimethyl sulfoxide (DMSO), which has several important solvent properties.

# B.4. Methods Used to Calculate $SO_x$ and Chemical Interactions in the Atmosphere

Atmospheric chemistry and transport models are the major tools used to calculate the relations among $O_3$, other oxidants, and their precursors, the transport and transformation of air toxics, the production of secondary organic aerosol, the evolution of the particle size distribution, and the production and deposition of pollutants affecting ecosystems. Chemical transport models are driven by emissions inventories for primary species such as the precursors for $O_3$ and PM and by meteorological fields produced by other numerical models. Emissions of precursor compounds can be divided into anthropogenic and natural source categories. Natural sources can be further divided into biotic (vegetation, microbes, animals) and abiotic (biomass burning, lightning) categories. However, the distinction between natural sources and anthropogenic sources is often difficult to make as human activities affect directly, or indirectly, emissions from what would have been considered natural sources during the preindustrial era. Emissions from plants and animals used in agriculture have been referred to as anthropogenic or natural in different applications. Wildfire emissions may be considered to be natural, except that forest management practices may have led to the buildup of fuels on the forest floor, thereby altering the frequency and severity of forest fires. Needed meteorological quantities such as winds and temperatures are taken from operational analyses, reanalyses, or circulation models. In most cases, these are off-line analyses, i.e., they are not modified by radiatively active species such as $O_3$ and particles generated by the model.

A brief overview of atmospheric chemistry-transport models is given in Section B.5. Uncertainties in emissions estimates have also been discussed in AQCD for PM (EPA, 1996). Chemistry-transport model evaluation and an evaluation of the reliability of emissions inventories are also presented in Section B.5.

# B.5. Chemical-transport Models

Atmospheric chemical transport models (CTMs) have been developed for application over a wide range of spatial scales ranging from neighborhood to global. Regional scale CTMs are used: (1) to obtain better understanding of the processes controlling the formation, transport, and destruction of gas and particle phase criteria and hazardous air pollutants; (2) to understand the relations between $O_3$ concentrations and concentrations of its precursors such as $NO_X$ and VOCs, the factors leading to acid deposition, and hence to possible damage to ecosystems; and (3) to understand relations among the concentration patterns of various pollutants that may exert adverse health effects. CTMs are also used for determining control strategies for $O_3$ precursors. However, this application has met with varying degrees of success because of the highly nonlinear relations between $O_3$ and emissions of its precursors, and uncertainties in emissions, parameterizations of transport, and chemical production and loss terms. Uncertainties in meteorological variables and emissions can be large enough to lead to significant errors in developing control strategies (e.g., Russell and Dennis, 2000; Sillman, 1995).

Global scale CTMs are used to address issues associated with climate change, stratospheric $O_3$ depletion, and to provide boundary conditions for regional scale models. CTMs include mathematical (and often simplified) descriptions of atmospheric transport, the transfer of solar radiation through the atmosphere, chemical reactions, and removal to the surface by turbulent motions and precipitation for pollutants emitted into the model domain. Their upper boundaries extend anywhere from the top of the mixing layer to the mesopause (about 80 km in height), to obtain more realistic boundary conditions for problems involving stratospheric dynamics. There is a trade-off between the size of the modeling domain and the grid resolution used in the CTM that is imposed by computational resources.

There are two major formulations of CTMs in current use. In the first approach, grid-based, or Eulerian, air quality models, the region to be modeled (the modeling domain) is subdivided into a three-dimensional array of grid cells. Spatial derivatives in the species continuity equations are cast in terms of finite-differences. A system of equations for the concentrations of all the chemical species in the model are solved numerically at each grid point. Time dependent continuity (mass conservation) equations are solved for each species including terms for transport, chemical production and destruction, and emissions and deposition (if relevant), in each cell. Chemical processes are simulated with ordinary differential equations, and transport processes are simulated with partial differential equations. Because of a number of factors such as the different time scales inherent in different processes, the coupled, nonlinear nature of the chemical process terms, and computer storage limitations, all of the terms in the equations are not solved simultaneously in three dimensions. Instead, operator splitting, in which terms in the continuity equation involving individual processes are solved sequentially, is used. In the second CTM formulation, trajectory or Lagrangian models, a large number of hypothetical air parcels are specified as following wind trajectories. In these models, the original system of partial differential equations is transformed into a system of ordinary differential equations.

A less common approach is to use a hybrid Lagrangian/Eulerian model, in which certain aspects of atmospheric chemistry and transport are treated with a Lagrangian approach and others are treaded in an Eulerian manner (Stein et al., 2000). Each approach has its advantages and disadvantages. The Eulerian approach is more general in that it includes processes that mix air parcels and allows integrations to be carried out for long periods during which individual air parcels lose their identity. There are, however, techniques for including the effects of mixing in Lagrangian models such as FLEXPART (e.g., Zanis et al., 2003), ATTILA (Reithmeier and Sausen, 2002), and CLaMS (McKenna et al., 2002).

# B.5.1. Regional Scale Chemical-Transport Models

Major modeling efforts within the EPA center on the Community Multiscale Air Quality modeling system (CMAQ) (Byun and Ching, 1999; Byun and Schere, 2006). A number of other modeling platforms

using Lagrangian and Eulerian frameworks have been reviewed in the 1996 AQCD for $O_3$ (U.S. EPA, 1997) and in Russell and Dennis (2000). The capabilities of a number of CTMs designed to study local- and regional-scale air pollution problems are summarized by Russell and Dennis (2000). Evaluations of the performance of CMAQ are given in Arnold et al. (2003), Eder and Yu (2006), and Fuentes and Raftery (2005). The domain of CMAQ can extend from several hundred km to the hemispherical scale. In addition, both of these classes of models allow the resolution of the calculations over specified areas to vary. CMAQ is most often driven by the MM5 mesoscale meteorological model (Seaman, 2000), though it may be driven by other meteorological models (e.g., WRF, RAMS). Simulations of $O_3$ episodes over regional domains have been performed with a horizontal resolution as low as 1 km, and smaller calculations over limited domains have been accomplished at even finer scales. However, simulations at such high resolutions require better parameterizations of meteorological processes such as boundary layer fluxes, deep convection and clouds (Seaman, 2000), and finer-scale emissions. Finer spatial resolution is necessary to resolve features such as urban heat island circulations; sea, bay, and land breezes; mountain and valley breezes, and the nocturnal low-level jet.

The most common approach to setting up the horizontal domain is to nest a finer grid within a larger domain of coarser resolution. However, there are other strategies such as the stretched grid (e.g., Fox-Rabinovitz et al., 2002) and the adaptive grid. In a stretched grid, the grid's resolution continuously varies throughout the domain, thereby eliminating any potential problems with the sudden change from one resolution to another at the boundary. Caution should be exercised in using such a formulation, because certain parameterizations that are valid on a relatively coarse grid scale (such as convection) may not be valid on finer scales. Adaptive grids are not fixed at the start of the simulation, but instead adapt to the needs of the simulation as it evolves. They have the advantage that they can resolve processes at relevant spatial scales. However, they can be very slow if the situation to be modeled is complex. Additionally, if adaptive grids are used for separate meteorological, emissions, and photochemical models, there is no reason a priori why the resolution of each grid should match, and the gains realized from increased resolution in one model will be wasted in the transition to another model. The use of finer horizontal resolution in CTMs will necessitate finer-scale inventories of land use and better knowledge of the exact paths of roads, locations of factories, and, in general, better methods for locating sources and estimating their emissions.

The vertical resolution of these CTMs is variable, and usually configured to have higher resolution near the surface and decreasing aloft. Because the height of the boundary layer is of critical importance in simulations of air quality, improved resolution of the boundary layer height would likely improve air quality simulations. Additionally, current CTMs do not adequately resolve fine scale features such as the nocturnal low-level jet.

CTMs require time-dependent, three-dimensional wind fields for the period of simulation. The winds may be either generated by a model using initial fields alone or with four-dimensional data assimilation to improve the model's performance; fields (i.e., model equations can be updated periodically or "nudged," to bring results into agreement with observations. Modeling efforts typically focus on simulations of several days' duration, the typical time scale for individual $O_3$ episodes, but there have been several attempts at modeling longer periods. For example, Kasibhatla and Chameides (2000) simulated a four-month period from May to September of 1995 using MAQSIP. The current trend in modeling applications is towards annual simulations. This trend is driven in part by the need to better understand observations of periods of high wintertime PM (e.g., Blanchard et al., 2002) and the need to simulate $O_3$ episodes occurring outside of summer.

Chemical kinetics mechanisms (a set of chemical reactions) representing the important reactions occurring in the atmosphere are used in CTMs to estimate the rates of chemical formation and destruction of each pollutant simulated as a function of time. Unfortunately, chemical mechanisms that explicitly treat the reactions of each individual reactive species are too computationally demanding to be incorporated into CTMs. For example, a master chemical mechanism includes approximately 10,500 reactions involving 3603 chemical species (Jenkin et al., 2003). Instead, "lumped" mechanisms, that group compounds of similar chemistry together, are used. The chemical mechanisms used in existing

photochemical $O_3$ models contain significant uncertainties that may limit the accuracy of their predictions; the accuracy of each of these mechanisms is also limited by missing chemistry. Because of different approaches to the lumping of organic compounds into surrogate groups, chemical mechanisms can produce somewhat different results under similar conditions. The CB-IV chemical mechanism (Gery et al., 1989), the RADM II mechanism (Stockwell et al., 1990), the SAPRC (e.g., (Carter, 1990; Wang et al., 2000a; b) and the RACM mechanism (Stockwell et al. 1997) can be used in CMAQ. Jimenez et al. (2003b) provide brief descriptions of the features of the main mechanisms in use and they compared concentrations of several key species predicted by seven chemical mechanisms in a box model simulation over 24 h. The avg deviation from the avg of all mechanism predictions for $O_3$ and NO over the daylight period was less than 20%, and was 10% for $NO_2$ for all mechanisms. However, much larger deviations were found for $HNO_3$, PAN, $HO_2$, $H_2O_2$, $C_2H_4$, and $C_5H_8$ (isoprene). An analysis for OH radicals was not presented. The large deviations shown for most species imply differences between the calculated lifetimes of atmospheric species and the assignment of model simulations to either $NO_X$-limited or radical quantity limited regimes between mechanisms. Gross and Stockwell (2003) found small differences between mechanisms for clean conditions, with differences becoming more significant for polluted conditions, especially for $NO_2$ and organic peroxy radicals. They caution modelers to consider carefully the mechanisms they are using. Faraji et al. (2008) found differences of 40% in peak 1-h $O_3$ in the Houston-Galveston-Brazoria area between simulations using SAPRAC and CB4. They attributed differences in predicted $O_3$ concentrations to differences in the mechanisms of oxidation of aromatic hydrocarbons.

CMAQ and other CTMs (e.g., PM-$CAM_X$) incorporate processes and interactions of aerosol-phase chemistry (Mebust et al., 2003). There have also been several attempts to study the feedbacks of chemistry on atmospheric dynamics using meteorological models, like MM5 (e.g., Grell et al., 2000; Liu et al., 2001a; Liu et al., 2001b; Lu et al., 1997; Park et al., 2001b). This coupling is necessary to simulate accurately feedbacks such as may be caused by the heavy aerosol loading found in forest fire plumes (Lu et al., 1997; Park et al., 2001b), or in heavily polluted areas. Photolysis rates in CMAQ can now be calculated interactively with model produced $O_3$, $NO_2$, and aerosol fields (Binkowski et al., 2007).

Spatial and temporal characterizations of anthropogenic and biogenic precursor emissions must be specified as inputs to a CTM. Emissions inventories have been compiled on grids of varying resolution for many hydrocarbons, aldehydes, ketones, CO, $NH_3$, and $NO_X$. Emissions inventories for many species require the application of some algorithm for calculating the dependence of emissions on physical variables such as temperature and to convert the inventories into formatted emission files required by a CTM. For example, preprocessing of emissions data for CMAQ is done by the Spare-Matrix Operator Kernel Emissions (SMOKE) system. For many species, information concerning the temporal variability of emissions is lacking, so long-term (e.g., annual or $O_3$-season) averages are used in short-term, episodic simulations. Annual emissions estimates are often modified by the emissions model to produce emissions more characteristic of the time of day and season. Significant errors in emissions can occur if an inappropriate time dependence or a default profile is used. Additional complexity arises in model calculations because different chemical mechanisms are based on different species, and inventories constructed for use with another mechanism must be adjusted to reflect these differences. This problem also complicates comparisons of the outputs of these models because one chemical mechanism may produce some species not present in another mechanism yet neither may agree with the measurements.

In addition to wet deposition, dry deposition (the removal of chemical species from the atmosphere by interaction with ground-level surfaces) is an important removal process for pollutants on both urban and regional scales and must be included in CTMs. The general approach used in most models is the resistance in series method, in which where dry deposition is parameterized with a $v_d$, which is represented as $v_d = (r_a + r_b + r_c)^{-1}$ where $r_a$, $r_b$, and $r_c$ represent the resistance due to atmospheric turbulence, transport in the fluid sublayer very near the elements of surface such as leaves or soil, and the resistance to uptake of the surface itself. This approach works for a range of substances, although it is inappropriate for species with substantial emissions from the surface or for species whose deposition to the surface depends on its concentration at the surface itself. The approach is also modified somewhat for aerosols: the terms $r_b$ and $r_c$ are replaced with a surface $v_d$ to account for gravitational settling. In their

review, Wesely and Hicks (2000) point out several shortcomings of current knowledge of dry deposition. Among those shortcomings are difficulties in representing dry deposition over varying terrain where horizontal advection plays a significant role in determining the magnitude of $r_a$ and difficulties in adequately determining a $v_d$ for extremely stable conditions such as those occurring at night (e.g., Mahrt, 1998). Under the best of conditions, when a model is exercised over a relatively small area where dry deposition measurements have been made, models still commonly show uncertainties at least as large as ± 30% (e.g., Brook et al., 1996; Massman et al., 1994; Padro, 1996). Wesely and Hicks (2000) state that an important result of these comparisons is that the current level of sophistication of most dry deposition models is relatively low, and that deposition estimates therefore must rely heavily on empirical data. Still larger uncertainties exist when the surface features in the built environment are not well known or when the surface comprises a patchwork of different surface types, as is common in the eastern U.S..

The initial conditions, i.e., the concentration fields of all species computed by a model, and the boundary conditions, i.e., the concentrations of species along the horizontal and upper boundaries of the model domain throughout the simulation must be specified at the beginning of the simulation. It would be best to specify initial and boundary conditions according to observations. However, data for vertical profiles of most species of interest are sparse. The results of model simulations over larger, preferably global, domains can also be used. As may be expected, the influence of boundary conditions depends on the lifetime of the species under consideration and the time scales for transport from the boundaries to the interior of the model domain (Liu et al., 2001a; Liu et al., 2001b).

Each of the model components described above has an associated uncertainty, and the relative importance of these uncertainties varies with the modeling application. The largest errors in photochemical modeling are still thought to arise from the meteorological and emissions inputs to the model (Russell and Dennis, 2000). Within the model itself, horizontal advection algorithms are still thought to be significant source of uncertainty (e.g., Chock and Winkler, 1994), though more recently, those errors are thought to have been reduced (e.g., Odman and Ingram, 1996). There are also indications that problems with mass conservation continue to be present in photochemical and meteorological models (e.g.,(Odman and Russel, 1999); these can result in significant simulation errors. The effects of errors in initial conditions can be minimized by including several days "spin-up" time in a simulation to allow the model to be driven by emitted species before the simulation of the period of interest begins.

While the effects of poorly specified boundary conditions propagate through the model's domain, the effects of these errors remain undetermined. Because many meteorological processes occur on spatial scales which are smaller than the model grid spacing (either horizontally or vertically) and thus are not calculated explicitly, parameterizations of these processes must be used and these introduce additional uncertainty.

Uncertainty also arises in modeling the chemistry of $O_3$ formation because it is highly nonlinear with respect to $NO_X$ concentrations. Thus, the volume of the grid cell into which emissions are injected is important because the nature of $O_3$ chemistry (i.e., $O_3$ production or titration) depends in a complicated way on the concentrations of the precursors and the OH radical as noted earlier. The use of ever-finer grid spacing allows regions of $O_3$ titration to be more clearly separated from regions of $O_3$ production. The use of grid spacing fine enough to resolve the chemistry in individual power-plant plumes is too demanding of computer resources for this to be attempted in most simulations. Instead, parameterizations of the effects of sub-grid-scale processes such as these must be developed; otherwise serious errors can result if emissions are allowed to mix through an excessively large grid volume before the chemistry step in a model calculation is performed. In light of the significant differences between atmospheric chemistry taking place inside and outside of a power plant plume (Ryerson et al., 1998; Sillman, 2000), inclusion of a separate, meteorological module for treating large, tight plumes is necessary. Because the photochemistry of $O_3$ and many other atmospheric species is nonlinear, emissions correctly modeled in a tight plume may be incorrectly modeled in a more dilute plume. Fortunately, it appears that the chemical mechanism used to follow a plume's development need not be as detailed as that used to simulate the rest of the domain, as the inorganic reactions are the most important in the plume see (e.g., Kumar and Russell, 1996). The need to include explicitly plume-in-grid chemistry only down to the level of the

smallest grid disappears if one uses the adaptive grid approach mentioned previously, though such grids are more computationally intensive. The differences in simulations are significant because they can lead to significant differences in the calculated sensitivity of $O_3$ to its precursors (e.g., Sillman, 1995).

Because the chemical production and loss terms in the continuity equations for individual species are coupled, the chemical calculations must be performed iteratively until calculated concentrations converge to within some preset criterion. The number of iterations and the convergence criteria chosen also can introduce error.

# B.5.2. Intra-urban Scale Dispersion Modeling

The grid spacing for regional applications of air quality CTMs, typically between 1 and 12 km$^2$, is usually too coarse to resolve spatial variations on urban neighborhood scales. The link between regional scale models and the population exposure models described in Annex C.2 is made with the classical dispersion models. Several models could be used to simulate concentration fields near local sources, each with its own set of strengths and weaknesses. For example, AERMOD is a steady-state plume model formulated by a committee of the American Meteorological Society and EPA as a replacement to the ISC3 dispersion model. (Technical information on the current version of AERMOD, including model evaluation databases, can be found at http://www.epa.gov/scram001/dispersion_prefrec.htm.) In the stable boundary layer (SBL), steady-state dispersion models like AERMOD assume the distributions of pollutant concentrations to be Gaussian in both the vertical and horizontal dimensions. In the convective boundary layer, the horizontal distribution is also assumed to be Gaussian, but the vertical distribution is described with a bi-Gaussian probability density function (pdf). Dispersion of emissions from line sources like highways is treated as the sum of emissions from a series of contiguous rectangular area or volume sources. AERMOD has provisions to be applied to flat and complex terrain, and with multiple source types including point, area, and volume sources in both urban and rural settings with air dispersion algorithms based on planetary boundary layer turbulence structure and scaling concepts. A large number of applications have been carried out and evaluated for both surface and elevated sources, and simple and complex terrain in rural and urban areas. However, AERMOD like similar models was not designed to treat the formation and dispersal of secondary products.

# B.5.3. Global-scale CTMs

The importance of global transport of $O_3$ and $O_3$ precursors and their contribution to regional $O_3$ levels in the U.S. is slowly becoming apparent. There are presently on the order of 20 three-dimensional global models that have been developed by various groups to address problems in tropospheric chemistry. These models resolve synoptic meteorology, $O_3$-$NO_X$-CO-hydrocarbon photochemistry, have parameterizations for wet and dry deposition, and parameterize sub-grid scale vertical mixing processes such as convection. Global models have proven useful for testing and advancing scientific understanding beyond what is possible with observations alone. For example, they can calculate quantities of interest that cannot be measured directly, such as the export of pollution from one continent to the global atmosphere or the response of the atmosphere to future perturbations to anthropogenic emissions.

Global simulations are typically conducted at a horizontal resolution of about 200 km$^2$. Simulations of the effects of transport from long-range transport link multiple horizontal resolutions from the global to the local scale. Finer resolution will only improve scientific understanding to the extent that the governing processes are more accurately described at that scale. Consequently, there is a critical need for observations at the appropriate scales to evaluate the scientific understanding represented by the models.

During the recent IPCC-AR4 tropospheric chemistry study coordinated by the European Union project Atmospheric Composition Change: the European Network of excellence (ACCENT), 26 atmospheric CTMs were used to estimate the impacts of three emissions scenarios on global atmospheric composition, climate, and air quality in 2030 (Dentener et al., 2006a). All models were required to use anthropogenic emissions developed at IIASA (Dentener et al., 2005) and GFED version 1 biomass burning emissions (Van der Werf et al., 2003) as described in Stevenson et al. (2006). The base simulations from these models were evaluated against a suite of present-day observations. Most relevant to this assessment report are the evaluations with $O_3$ and $NO_2$, and for N and sulfur deposition (Dentener et al., 2006a; Stevenson et al., 2006; van Noije et al., 2006); see Figure B-3, sulfate deposition.



Source: Dentener et al. (2006a).

**Figure B-3.**   **Sulfate wet deposition (mg S/m²/yr) of the mean model versus measurements for the National Atmospheric Deposition Program (NADP) network.  Dashed lines indicate factor of 2. The gray line is the result of a linear regression fitting through 0.**

# B.5.4. Modeling the Effects of Convection

The effects of deep convection can be simulated using cloud-resolving models, or in regional or global models in which the convection is parameterized. The Goddard Cumulus Ensemble (GCE) model (Tao and Simpson, 1993) has been used by Pickering et al. (1991; 1992; 1993; 1996), Scala et al. (1990), and Stenchikov et al. (1996) in the analysis of convective transport of trace gases. The cloud model is nonhydrostatic and contains a detailed representation of cloud microphysical processes. Two- and three-dimensional versions of the model have been applied in transport analyses. The initial conditions for the model are usually from a sounding of temperature, water vapor and winds representative of the region of storm development. Model-generated wind fields can be used to perform air parcel trajectory analyses and tracer advection calculations.

## B.5.5. CTM Evaluation

The comparison of model predictions with ambient measurements represents a critical task for establishing the accuracy of photochemical models and evaluating their ability to serve as the basis for making effective control strategy decisions. The evaluation of a model's performance, or its adequacy to perform the tasks for which it was designed can only be conducted within the context of measurement errors and artifacts. Not only are there analytical problems, but there are also problems in assessing the representativeness of monitors at ground level for comparison with model values which represent typically an average over the volume of a grid box.

Evaluations of CMAQ are given in Arnold et al. (2003) and Fuentes and Raftery (2005). Discrepancies between model predictions and observations can be used to point out gaps in current understanding of atmospheric chemistry and to spur improvements in parameterizations of atmospheric chemical and physical processes. Model evaluation does not merely involve a straightforward comparison between model predictions and the concentration field of the pollutant of interest. Such comparisons may not be meaningful because it is difficult to determine if agreement between model predictions and observations truly represents an accurate treatment of physical and chemical processes in the CTM or the effects of compensating errors in complex model routines. Ideally, each of the model components (emissions inventories, chemical mechanism, meteorological driver) should be evaluated individually. However, this is rarely done in practice.

# B.6. Sampling and Analysis of SO$_X$

## B.6.1. Sampling and Analysis for SO$_2$

SO$_2$ molecules absorb ultraviolet (UV) light at one wavelength and emit UV light at longer wavelengths. This process is known as fluorescence, and involves the excitation of the SO$_2$ molecule to a higher energy (singlet) electronic state. Once excited, the molecule decays non-radiatively to a lower energy electronic state from which it then decays to the original, or ground, electronic state by emitting a photon of light at a longer wavelength (i.e., lower energy) than the original, incident photon. The process can be summarized by the following equations

$$SO_2 + h\nu_1 \rightarrow SO_2*$$

$$SO_2* \rightarrow SO_2 + h\nu_2$$

where $SO_2*$ represents the excited state of SO$_2$, $h\nu_1$, and $h\nu_2$ represent the energy of the excitation and fluorescence photons, respectively, and $h\nu_2 < h\nu_1$. The intensity of the emitted light is proportional to the number of SO$_2$ molecules in the sample gas.

In commercial analyzers, light from a high intensity UV lamp passes through a bandwidth filter, allowing only photons with wavelengths around the SO$_2$ absorption peak (near 214 nm) to enter the optical chamber. The light passing through the source bandwidth filter is collimated (to improve image quality) using a UV lens and passes through the optical chamber, where it is detected on the opposite side of the chamber by the reference detector. A photomultiplier tube (PMT) is offset from and placed perpendicular to the light path to detect the SO$_2$ fluorescence. Since the SO$_2$ fluorescence (330 nm) is at a wavelength that is different from the excitation wavelength, an optical bandwidth filter is placed in front of the PMT to filter out any stray light from the UV lamp. A lens is located between the filter and the

PMT to focus the fluorescence onto the active area of the detector and optimize the fluorescence signal. The LOD for a non-trace level $SO_2$ analyzer is 10 ppb (CFR, 2006). The $SO_2$ measurement method is subject to both positive and negative interference.

## B.6.1.1. Other Techniques for Measuring SO₂

A more sensitive $SO_2$ measurement method than the UV-fluorescence method was reported by Thornton et al. (2002), who reported use of an atmospheric pressure ionization mass spectrometer. The high measurement precision and instrument sensitivity were achieved by adding isotopically labeled $SO_2$ ($^{34}S^{16}O_2$) continuously to the manifold as an internal standard. Field studies showed that the method precision was better than 10% and the limit of detection was less than 1 ppt for a sampling interval of 1s.

$SO_2$ can be measured by LIF at around 220 nm (Matsumi et al., 2005). Because the laser wavelength is alternately tuned to an $SO_2$ absorption peak at 220.6 and trough at 220.2 nm, and the difference signal at the two wavelengths is used to extract the $SO_2$ concentration, the technique eliminates interference from either absorption or fluorescence by other species and has high sensitivity (5 ppt in 60 sec). $SO_2$ can also be measured by the same DOAS instrument that can measure $NO_2$.

Photoacoustic techniques have been employed for $SO_2$ detection, but they generally have detection limits suitable only for source monitoring (Gondal, 1997; Gondal and Mastromarino, 2001).

Chemical Ionization Mass Spectroscopy (CIMS) utilizes ionization via chemical reactions in the gas phase to determine an unknown sample's mass spectrum and identity. High sensitivity (10 ppt or better) has been achieved with uncertainty of ~15% when a charcoal scrubber is used for zeroing and the sensitivity is measured with isotopically labeled $^{34}SO_2$ (Hanke et al., 2003; Hennigan et al., 2006; Huey et al., 2004).

# B.6.2. Sampling and Analysis for SO₄²⁻, NO₃, and NH₄⁺

Sulfate is commonly present in $PM_{2.5}$. Most $PM_{2.5}$ samplers have a size-separation device to separate particles so that only those particles approximately 2.5 μm or less are collected on the sample filter. Air is drawn through the sample filter at a controlled flow rate by a pump located downstream of the sample filter. The systems have two critical flow rate components for the capture of fine particulate: (1) the flow of air through the sampler must be at a flow rate that ensures that the size cut at 2.5 μm occurs; and (2) the flow rate must be optimized to capture the desired amount of particulate loading with respect to the analytical method detection limits.

When using the system described above to collect $SO_4^{2-}$ sampling artifacts can occur because of: (1) positive sampling artifact for $SO_4^{2-}$, nitrate ($NO_3$), and particulate ammonium due to chemical reaction; and (2) negative sampling artifact for $NO_3$ and ammonium ($NH_4^+$) due to the decomposition and evaporation.

There are two major PM speciation ambient air-monitoring networks in the U.S.: the Speciation Trend Network (STN), and the Interagency Monitoring of Protected Visual Environments (IMPROVE) network. The current STN samplers include three filters: (1) Teflon for equilibrated mass and elemental analysis including elemental sulfur; (2) a $HNO_3$ denuded nylon filter for ion analysis including $NO_3$ and $SO_4^{2-}$, (3) a quartz-fiber filter for elemental and organic carbon. The IMPROVE sampler, which collects two 24-h samples per week, simultaneously collects one sample of $PM_{10}$ on a Teflon filter, and three samples of $PM_{2.5}$ on Teflon, nylon, and quartz filters. $PM_{2.5}$ mass concentrations are determined gravimetrically from the $PM_{2.5}$ Teflon filter sample. The $PM_{2.5}$ Teflon filter sample is also used to determine concentrations of selected elements. The $PM_{2.5}$ nylon filter sample, which is preceded by a denuder to remove acidic gases, is analyzed to determine $NO_3$ and sulfate aerosol concentrations. Finally, the $PM_{2.5}$ quartz filter sample is analyzed for OC and EC using the thermal-optical reflectance (TOR)

method. The STN and the IMPROVE networks represent a major advance in the measurement of $NO_3$, because the combination of a denuder (coated with either sodium carbonate [$Na_2CO_3$] or MgO) to remove $HNO_3$ vapor and a Nylon filter to adsorb $HNO_3$ vapor volatilizing from the collected ammonium nitrate particles overcomes the loss of $NO_3$ from Teflon filters.

The extent to which sampling artifacts for particulate $NH_4^+$ have been adequately addressed in the current networks is not clear. Recently, new denuder-filter sampling systems have been developed to measure $SO_4^{2-}$, $NO_3$, and $NH_4^+$ with an adequate correction of $NH_4^+$ sampling artifacts. The denuder-filter system, Chembcomb Model 3500 speciation sampling cartridge developed by Rupprecht & Patashnick Co, Inc. could be used to collect $NO_3$, $SO_4^{2-}$, and $NH_4^+$ simultaneously. The sampling system contains a single-nozzle size-selective inlet, two honeycomb denuders, the aerosol filter and two backup filters (Keck and Wittmaack, 2005). The first denuder in the system is coated with 0.5% $Na_2CO_3$ and 1% glycerol and collects acid gases such as HCl, $SO_2$, HONO, and $HNO_3$. The second denuder is coated with 0.5% phosphoric acid in methanol for collecting $NH_3$. Backup filters collect the gases behind denuded filters. The backup filters are coated with the same solutions as the denuders. A similar system based on the same principle was applied by Possanzini et al. (1999). The system contains two NaCl-coated annular denuders followed by other two denuders coated with $Na_2CO_3$/glycerol and citric acid, respectively. This configuration was adopted to remove $HNO_3$ quantitatively on the first NaCl denuder. The third and fourth denuders remove $SO_2$ and $NH_3$, respectively. A polyethylene cyclone and a two-stage filter holder containing three filters is placed downstream of the denuders. Aerosol fine particles are collected on a Teflon membrane. A backup nylon filter and a subsequent citric acid impregnated filter paper collect dissociation products ($HNO_3$ and $NH_3$) of ammonium nitrate evaporated from the filtered particulate matter.

Several traditional and new methods could be used to quantify elemental S collected on filters: energy dispersive X-ray fluorescence, synchrotron induced X-ray fluorescence, proton induced X-ray emission (PIXE), total reflection X-ray fluorescence, and scanning electron microscopy. Energy dispersive X-ray fluorescence (EDXRF)(Method IO-3.3, EPA, 1997b; see 2004 PM CD for details) and PIXE are the most commonly used methods. Since sample filters often contain very small amounts of particle deposits, preference is given to methods that can accommodate small sample sizes and require little or no sample preparation or operator time after the samples are placed into the analyzer. X-ray fluorescence (XRF) meets these needs and leaves the sample intact after analysis so it can be submitted for additional examinations by other methods as needed. To obtain the greatest efficiency and sensitivity, XRF typically places the filters in a vacuum which may cause volatile compounds (nitrates and organics) to evaporate. As a result, species that can volatilize such as ammonium nitrate and certain organic compounds can be lost during the analysis. The effects of this volatilization are important if the PTFE filter is to be subjected to subsequent analyses of volatile species.

Polyatomic ions such as $SO_4^{2-}$, $NO_3$, and $NH_4^+$ are quantified by methods such as ion chromatography (IC) (an alternative method commonly used for $NH_4^+$ analysis is automated colorimetry). All ion analysis methods require a fraction of the filter to be extracted in deionized distilled water for $SO_4^{2-}$ and $Na_2CO_3$/$NaHCO_3$ solution for $NO_3$ and then filtered to remove insoluble residues prior to analysis. The extraction volume should be as small as possible to avoid over-diluting the solution and inhibiting the detection of the desired constituents at levels typical of those found in ambient $PM_{2.5}$ samples. During analysis, the sample extract passes through an ion-exchange column which separates the ions in time for individual quantification, usually by an electroconductivity detector. The ions are identified by their elution/retention times and are quantified by the conductivity peak area or peak height.

In a side-by-side comparison of two of the major aerosol monitoring techniques (Hains et al., 2007), $PM_{2.5}$ mass and major contributing species were well correlated among the different methods with correlation coefficients in excess of 0.8. Agreement for mass, $SO_4^{2-}$, OC, TC, and $NH_4^+$ was good while that for $NO_3$ and BC was weaker. Based on reported uncertainties, however, even daily concentrations of $PM_{2.5}$ mass and major contributing species were often significantly different at the 95% confidence level. Greater values of $PM_{2.5}$ mass and individual species were generally reported from Speciation Trends Network methods than from the Desert Research Institute Sequential Filter Samplers. These differences

can only be partially accounted for by known random errors. The authors concluded that the current uncertainty estimates used in the STN network may underestimate the actual uncertainty.

The reaction of $SO_2$ (and other acid gases) with basic sites on glass fiber filters or with basic coarse particles on the filter leads to the formation of $SO_4^{2-}$ (or other nonvolatile salts, e.g., $NO_3$, chloride). These positive artifacts lead to the overestimation of total mass, and $SO_4^{2-}$, and probably also $NO_3$ concentrations. These problems were largely overcome by changing to quartz fiber or Teflon filters and by the separate collection of $PM_{2.5}$. However, the possible reaction of acidic gases with basic coarse particles remains a possibility, especially with $PM_{10}$ and $PM_{10-2.5}$ measurements. These positive artifacts could be effectively eliminated by removing acidic gases in the sampling line with denuders coated with NaCl or $Na_2CO_3$.

Positive sampling artifacts also occur during measurement of particulate $NH_4^+$. The reaction of $NH_3$ with acidic particles (e.g. $2NH_3 + H_2SO_4 \rightarrow (NH_4)_2SO_4$), either during sampling or during transportation, storage, and equilibration could lead to an overestimation of particulate $NH_4^+$ concentrations. Techniques have been developed to overcome this problem: using a denuder to remove $NH_3$ during sampling and to protect the collected PM from $NH_3$ (Brauer et al., 1991; Keck and Wittmaack, 2006; 1988b; Koutrakis et al., 1988a; Possanzini et al., 1999; Suh et al., 1992; Winberry et al., 1999). Hydrogen fluoride, citric acid, and phosphorous acids have been used as coating materials for the $NH_3$ denuder. Positive artifacts for particulate $NH_4^+$ can also be observed during sample handling due to contamination. No chemical analysis method, no matter how accurate or precise, can adequately represent atmospheric concentrations if the filters to which these methods are applied are improperly handled. Ammonia is emitted directly from human sweat, breath and smoking. It can then react with acidic aerosols on the filter to form ammonium sulfate, ammonium bisulfate and ammonium nitrate if the filter was not properly handled (Sutton et al., 2000). Therefore, it is important to keep filters away from $NH_3$ sources, such as human breath, to minimize neutralization of the acidic compounds. Also, when filters are handled, preferably in a glove box, the analyst should wear gloves that are antistatic and powder-free to act as an effective contamination barrier.

Continuous methods for the quantification of aerosol S compounds first remove gaseous S (e.g., $SO_2$, $H_2S$) from the sample stream by a diffusion tube denuder followed by the analysis of particulate S (Cobourn et al., 1978; Durham et al., 1978; Huntzicker et al., 1978; Tanner et al., 1980). Another approach is to measure total S and gaseous S separately by alternately removing particles from the sample stream. Particulate S is obtained as the difference between the total and gaseous S (Kittelson et al., 1978). The total S content is measured by a flame photometric detector (FPD) by introducing the sampling stream into a fuel-rich, hydrogen-air flame (e.g., Farwell and Rasmussen, 1976; Stevens et al., 1969) that reduces sulfur compounds and measures the intensity of the chemiluminescence from electronically excited sulfur molecules ($S_2^*$). Because the formation of $S_2^*$ requires two S atoms, the intensity of the chemiluminescence is theoretically proportional to the square of the concentration of molecules that contain a single S atom. In practice, the exponent is between 1 and 2 and depends on the S compound being analyzed (Dagnall et al., 1967; Stevens et al., 1971). Calibrations are performed using both particles and gases as standards. The FPD can also be replaced by a chemiluminescent reaction with $O_3$ that minimizes the potential for interference and provides a faster response time (Benner and Stedman, 1989; 1990). Capabilities added to the basic system include in situ thermal analysis and sulfuric acid speciation (Cobourn et al., 1978; Cobourn and Husar, 1982; Huntzicker et al., 1978; Tanner et al., 1980). Sensitivities for particulate S as low as 0.1 $\mu g/m^3$, with time resolution ranging from 1 to 30 min, have been reported. Continuous measurements of particulate S content have also been obtained by on-line XRF analysis with resolution of 30 min or less (Jaklevic et al., 1981). During a field-intercomparison study of five different S instruments, Camp et al. (1982) reported four out of five FPD systems agreed to within $\pm$ 5% during a 1-week sampling period.

# Annex C. Modeling Human Exposure

## C.1. Introduction

Predictive (or prognostic) exposure modeling studies are assessments that start from emissions and demographic information and explicitly consider the physical and chemical processes of environmental and microenvironmental transport and fate, in conjunction with human activities, to estimate inhalation intake and uptake. This type of comprehensive modeling effort, although conducted for other pollutants, has not previously been undertaken for $SO_2$[1]. Previous efforts for $SO_2$ exposure assessment have relied on statistical (diagnostic) analyses that have been reported using data obtained in various field exposure studies. However, existing prognostic modeling systems for the assessment of inhalation exposures can in principle be directly applied to, or adapted for, $SO_2$ studies; specifically, such systems include APEX, SHEDS, and MENTOR-1A, to be discussed in the following sections. Nevertheless, it should be mentioned that such applications will be constrained by data limitations, such as the degree of ambient concentration characterization (e.g., concentrations at the local level) and quantitative information on indoor sources and sinks.

Predictive models of human exposure to ambient air pollutants such as $SO_2$ can be classified and differentiated based upon a variety of attributes. For example, exposure models can be classified as:

- models of potential (typically maximum) outdoor exposure versus models of actual exposures (the latter including locally modified microenvironmental exposures, both outdoor and indoor);
- Population Based Exposure Models (PBEM) versus Individual Based Exposure Models (IBEM);
- deterministic versus probabilistic (or statistical) exposure models; and
- observation-driven versus mechanistic air quality models (see Section C.4 for discussions about the construction, uses and limitations of this class of mathematical models.

Some points should be made regarding terminology and essential concepts in exposure modeling, before proceeding to the overview of specific developments reported in the current research literature:

First, it must be understood that there is significant variation in the definitions of many of the terms used in the exposure modeling literature; indeed, the science of exposure modeling is a rapidly evolving field and the development of a standard and commonly accepted terminology is an ongoing process (e.g., WHO, 2004).

Second, it should also be mentioned that, very often, procedures that are called exposure modeling, exposure estimation, etc. in the scientific literature, may in fact refer to only a sub-set of the complete set of steps or components required for a comprehensive exposure assessment. For example, certain self-identified exposure modeling studies focus solely on refining the sub-regional or local spatio-temporal dynamics of pollutant concentrations (starting from raw data representing monitor observations or regional grid-based model estimates). Though not exposure studies per se, such efforts have value and are included in the discussion of the next sub-section, as they provide potentially useful tools that can be used in a complete exposure assessment. On the other hand, formulations which are self-identified as exposure models but actually focus only on ambient air quality predictions, such as chemical-transport models, are not included in the discussion that follows.

Third, the process of modeling human exposures to ambient pollutants is very often identified explicitly with population-based modeling, while models describing the specific mechanisms affecting the

---

[1] OAQPS is proposing to apply the APEX exposure model to $SO_2$ as part of this NAAQS review.

exposure of an actual individual (at specific locations) to an air contaminant (or to a group of co-occurring gas and/or aerosol phase pollutants) are usually associated with studies focusing specifically on indoor air chemistry modeling.

Finally the concept of microenvironments, introduced in earlier sections of this document, should be clarified further, as it is critical in developing procedures for exposure modeling. In the past, microenvironments have typically been defined as individual or aggregate locations (and sometimes even as activities taking place within a location) where a homogeneous concentration of the pollutant is encountered. Thus a microenvironment has often been identified with an ideal (i.e. perfectly mixed) compartment of classical compartmental modeling. More recent and general definitions view the microenvironment as a control volume, either indoors or outdoors, that can be fully characterized by a set of either mechanistic or phenomenological governing equations, when appropriate parameters are available, given necessary initial and boundary conditions. The boundary conditions typically would reflect interactions with ambient air and with other microenvironments. The parameterizations of the governing equations generally include the information on attributes of sources and sinks within each microenvironment. This type of general definition allows for the concentration within a microenvironment to be non-homogeneous (non-uniform), provided its spatial profile and mixing properties can be fully predicted or characterized. By adopting this definition, the number of microenvironments used in a study is kept manageable, but variability in concentrations in each of the microenvironments can still be taken into account. Microenvironments typically used to determine exposure include indoor residential microenvironments, other indoor locations (typically occupational microenvironments), outdoors near roadways, other outdoor locations, and in-vehicles. Outdoor locations near roadways are segregated from other outdoor locations (and can be further classified into street canyons, vicinities of intersections, etc.) because emissions from automobiles alter local concentrations significantly compared to background outdoor levels. Indoor residential microenvironments (kitchen, bedroom, living room, etc. or aggregate home microenvironment) are typically separated from other indoor locations because of the time spent there and potential differences between the residential environment and the work/public environment.

Once the actual individual and relevant activities and locations (for Individual Based Modeling), or the sample population and associated spatial (geographical) domain (for Population Based Modeling) have been defined along with the temporal framework of the analysis (time period and resolution), the comprehensive modeling of individual/population exposure to $SO_2$ (and related pollutants) will in general require seven steps (or components, as some of them do not have to be performed in sequence) that are listed below. This list represents a composite based on approaches and frameworks described in the literature over the last twenty-five years (WHO). 2005; EPA, 1992; 1997a; Georgopoulos and Lioy, 1994; Georgopoulos et al., 2005; Georgopoulos and Lioy, 2006; Ott, 1982; Price et al., 2003) as well as on the structure of various inhalation exposure models that have been used in the past or in current studies to specifically assess inhalation exposures. Figure C-1, adapted from Georgopoulos et al. (2005), schematically depicts the sequence of steps summarized here.

1) Estimation of the background or ambient levels of both $SO_2$ and related pollutants. This is done through either (or a combination of):

   a) multivariate spatio-temporal analysis of fixed monitor data, or

   b) emissions-based, photochemical, air quality modeling (typically with a regional, grid-based model such as Models-3/CMAQ or $CAM_X$) applied in a coarse resolution mode.

2) Estimation of local outdoor pollutant levels of both $SO_2$ and related pollutants. These levels could typically characterize the ambient air of either an administrative unit (such as a census tract, a municipality, a county, etc.) or a conveniently defined grid cell of an urban scale air quality model. Again, this may involve either (or a combination of):

    a)   spatio-temporal statistical analysis of monitor data, or

    b)   application of either an intra-urban scale dispersion model (such as AERMOD or CALPUFF) or an urban multi-scale, grid based model (such as CMAQ or $CAM_X$) at its highest resolution (typically around 2-4 km), or

    c)   correction of the estimates of the regional model using some scheme that adjusts for observations and/or for subgrid chemistry and mixing processes.

3)   Characterization of relevant attributes of the individuals or populations under study (residence and work locations, occupation, housing data, income, education, age, gender, race, weight, and other physiological characteristics). For Population Based Exposure Modeling (PBEM) one can either:

    a)   select a fixed-size sample population of virtual individuals in a way that statistically reproduces essential demographics (age, gender, race, occupation, income, education) of the administrative population unit used in the assessment (e.g., a sample of 500 people is typically used to represent the demographics of a given census tract, whereas a sample of about 10,000 may be needed to represent the demographics of a county), or

    b)   divide the population-of interest into a set of cohorts representing selected subpopulations where the cohort is defined by characteristics known to influence exposure.

4)   Development of activity event (or exposure event) sequences for each member of the sample population (actual or virtual) or for each cohort for the exposure period. This could utilize:

    a)   study-specific information, if available

    b)   existing databases based on composites of questionnaire information from past studies

    c)   time-activity databases, typically in a format compatible with EPA's Consolidated Human Activity Database (McCurdy et al., 2000)

5)   Estimation of levels and temporal profiles of both $SO_2$ and related pollutants in various outdoor and indoor microenvironments such as street canyons, roadway intersections, parks, residences, offices, restaurants, vehicles, etc. This is done through either:

    a)   linear regression of available observational data sets,

    b)   simple mass balance models (with linear transformation and sinks) over the volume (or a portion of the volume) of the microenvironment,

    c)   lumped (nonlinear) gas or gas/aerosol chemistry models, or

    d)   detailed combined chemistry and Computational Fluid Dynamics modeling.

6)   Calculation of appropriate inhalation rates for the members of the sample population, combining the physiological attributes of the (actual or virtual) study subjects and the activities pursued during the individual exposure events.

7) Calculation of target tissue dose through biologically based modeling estimation (specifically, respiratory dosimetry modeling in the case of $SO_2$ and related reactive pollutants) if sufficient information is available.



**Figure C-1.** Schematic description of a general framework identifying the processes (steps or components) involved in assessing inhalation exposures and doses for individuals and populations. In general terms, existing comprehensive exposure modeling systems such as SHEDS, APEX, and MENTOR-1A follow this framework.

Implementation of the above framework for comprehensive exposure modeling has benefited significantly from recent advances and expanded availability of computational technologies such as Relational Database Management Systems (RDBMS) and Geographic Information Systems (GIS) (Georgopoulos et al., 2005; Purushothaman and Georgopoulos, 1997; 1999b; a).

In fact, only relatively recently comprehensive, predictive, inhalation exposure modeling studies for $O_3$, PM, and various air toxics, have attempted to address/incorporate all the components of the general framework described here. In practice, the majority of past exposure modeling studies have either incorporated only subsets of these components or treated some of them in a simplified manner, often focusing on the importance of specific factors affecting exposure. Of course, depending on the objective of a particular modeling study, implementation of only a limited number of steps may be necessary. For example, in a regulatory setting, when comparing the relative effectiveness of emission control strategies, the focus can be on expected changes in ambient levels (corresponding to those observed at NAAQS monitors) in relation to the density of nearby populations. The outdoor levels of pollutants, in conjunction with basic demographic information, can thus be used to calculate upper bounds of population exposures associated with ambient air (as opposed to total exposures that would include contributions from indoor

sources) useful in comparing alternative control strategies. Though the metrics derived would not be quantitative indicators of actual human exposures, they can serve as surrogates of population exposures associated with outdoor air, and thus aid in regulatory decision making concerning pollutant standards and in studying the efficacy of emission control strategies. This approach has been used in studies performing comparative evaluations of regional and local emissions reduction strategies in the eastern U.S. (Foley et al., 2003; Georgopoulos et al., 1997; Purushothaman and Georgopoulos, 1997).

# C.2. Population Exposure Models: Their Evolution and Current Status

Existing comprehensive inhalation exposure models consider the trajectories of individual human subjects (actual or virtual), or of appropriately defined cohorts, in space and time as sequences of exposure events. In these sequences, each event is defined by time, a geographic location, a microenvironment, and the activity of the subject. EPA offices (OAQPS and NERL) have supported the most comprehensive efforts in developing models implementing this general concept (see, e.g., Johnson, 2002). These families of models are the result: National Exposure Model and Probabilistic National Exposure Model (NEM/pNEM, Whitfield et al., 1997) Hazardous Air Pollutant Exposure Model (HAPEM, Rosenbaum, 2005); Simulation of Human Exposure and Dose System (SHEDS, Burke et al., 2001); Air Pollutants Exposure Model (APEX, EPA, 2006b); and Modeling Environment for Total Risk Studies (MENTOR, Georgopoulos et al., 2005; Georgopoulos and Lioy, 2006). European efforts have produced some formulations with similar general attributes as the above U.S. models but, generally, involving simplifications in some of their components. Examples of European models addressing exposures to photochemical oxidants (specifically, $O_3$) include the Air Pollution Exposure Model (AirPEx, Freijer et al., 1998), which basically replicates the pNEM approach and has been applied to the Netherlands, and the Air Quality Information System Model (AirQUIS, Clench-Aas et al., 1999).

The NEM/pNEM, SHEDS, APEX, and MENTOR for One-Atmosphere studies (MENTOR-1A) families of models provide exposure estimates defined by concentration and breathing rate for each individual exposure event, and then average these estimates over periods typically ranging from one hour to one year. These models allow simulation of certain aspects of the variability and uncertainty in the principal factors affecting exposure. An alternative approach is taken by the HAPEM family of models that typically provide annual avg exposure estimates based on the quantity of time spent per year in each combination of geographic locations and microenvironments. The NEM, SHEDS, APEX, and MENTOR-type models are therefore expected to be more appropriate for pollutants with complex chemistry such as $SO_2$, and could provide useful information for enhancing related health assessments.

More specifically, regarding the consideration of population demographics and activity patterns:

- pNEM divides the population of interest into representative cohorts based on the combinations of demographic characteristics (age, gender, and employment), home/work district, residential cooking fuel and replicate number, and then assigns an activity diary record from the CHAD to each cohort according to demographic characteristic, season, day-type (weekday/weekend) and temperature.
- HAPEM6 divides the population of interest into demographic groups based on age, gender and race, and then for each demographic group/day-type (weekday/weekend) combination, selects multiple activity patterns randomly (with replacement) from CHAD and combines them to find the averaged annual time allocations for group members in each census tract for different day types.
- SHEDS, APEX, and MENTOR-1A generate population demographic files, which contain a user-defined number of person records for each census tract of the population based on proportions of characteristic variables (age, gender, employment, and housing) obtained

from the population of interest, and then assign a matching activity diary record from CHAD to each individual record of the population based on the characteristic variables. It should be mentioned that, in the formulations of these models, workers may commute from one census tract to another census tract for work. So, with the specification of commuting patterns, the variation of exposure concentrations due to commuting between different census tracts can be captured.

The conceptual approach originated by the SHEDS models was modified and expanded for use in the development of MENTOR-1A. Flexibility was incorporated into this modeling system, such as the option of including detailed indoor chemistry and other relevant microenvironmental processes, and providing interactive linking with CHAD for consistent definition of population characteristics and activity events (Georgopoulos et al., 2005).

**Table C-1.    The Essential Attributes of the pNEM, HAPEM, APEX, SHEDS, and MENTOR-1A**

|  | **pNEM** | **HAPEM** | **APEX** | **SHEDS** | **MENTOR-1A** |
|---|---|---|---|---|---|
| **Exposure Estimate** | Hourly averaged | Annual averaged | Hourly averaged | Activity event based | Activity event based |
| **Characterization of the High-End Exposures** | Yes | No | Yes | Yes | Yes |
| **Typical Spatial Scale/Resolution** | Urban areas/Census tract level | Ranging from urban to national/ Census tract level | Urban area/Census tract level | Urban areas/Census tract level | Multiscale/ Census tract level |
| **Temporal Scale/Resolution** | Annual / one hour | Annual / one hour | Annual / one hour | Annual / event based | Annual / activity event based time step |
| **Population Activity Patterns Assembly** | Top-down approach | Top-down approach | Bottom-up "person-oriented" approach | Bottom-up "person-oriented" approach | Bottom-up "person-oriented" approach |
| **Microenvironment Concentration Estimation** | Non-steady-state and steady-state mass balance equations (hard-coded) | Linear relationship method (hard-coded) | Non-steady-state mass balance and linear regression (flexibility of selecting algorithms) | Steady-state mass balance equation (residential) and linear regression (non-residential) (hard-coded) | Non-steady-state mass balance equation with indoor air chemistry module or regression methods (flexibility of selecting algorithms) |
| **Microenvironmental (ME) Factors** | Random samples from probability distributions | Random samples from probability distributions | Random samples from probability distributions | Random samples from probability distributions | Random samples from probability distributions |
| **Specification of Indoor Source Emissions** | Yes (gas-stove, tobacco smoking) | Available; set to zero in HAPEM6 | Yes (multiple sources defined by the user) | Yes (gas-stove, tobacco smoking, other sources) | Yes (multiple sources defined by the user) |
| **Commuting Patterns** | Yes | Yes | Yes | Yes | Yes |
| **Exposure Routes** | Inhalation | Inhalation | Inhalation | Inhalation | Multiple (optional) |
| **Potential Dose Calculation** | Yes | No | Yes | Yes | Yes |
| **Physiologically Based Dose** | No | No | No | Yes | Yes |
| **Variability/Uncertainty** | Yes | No | Yes | Yes | Yes (Various "Tools") |

The essential attributes of the pNEM, HAPEM, APEX, SHEDS, and MENTOR-1A models are elaborated in Table C-1.

NEM/pNEM implementations have been extensively applied to $O_3$ studies in the 1980s and 1990s. The historical evolution of the pNEM family of models of OAQPS started with the introduction of the first NEM model in the 1980s (Biller et al., 1981). The first such implementations of pNEM/$O_3$ in the 1980s used a regression-based relationship to estimate indoor $O_3$ concentrations from outdoor concentrations. The second generation of pNEM/$O_3$ was developed in 1992 and included a simple mass balance model to estimate indoor $O_3$ concentrations. A report by Johnson (2002) describes this version of pNEM/$O_3$ and summarizes the results of an initial application of the model to 10 cities. Subsequent enhancements to pNEM/$O_3$ and its input databases included revisions to the methods used to estimate equivalent ventilation rates, to determine commuting patterns, and to adjust ambient $O_3$ levels to simulate attainment of proposed NAAQS. During the mid-1990s, the EPA applied updated versions of pNEM/$O_3$ to three different population groups in selected cities: (1) the general population of urban residents, (2) outdoor workers, and (3) children who tend to spend more time outdoors than the average child. This version of pNEM/$O_3$ used a revised probabilistic mass balance model to determine $O_3$ concentrations over one-h periods in indoor and in-vehicle microenvironments (Johnson, 2002).

In recent years, pNEM has been replaced by (or "evolved to") the APEX. APEX differs from earlier pNEM models in that the probabilistic features of the model are incorporated into a Monte Carlo framework (U.S. EPA, 2006; Langstaff, 2007). Like SHEDS and MENTOR-1A, instead of dividing the population-of-interest into a set of cohorts, APEX generates individuals as if they were being randomly sampled from the population. APEX provides each generated individual with a demographic profile that specifies values for all parameters required by the model. The values are selected from distributions and databases that are specific to the age, gender, and other specifications stated in the demographic profile. The EPA has applied APEX to the study of exposures to $O_3$ and other criteria pollutants; APEX can be modified and used for the estimation of $SO_2$ exposures, if required.

Reconfiguration of APEX for use with $SO_2$ or other pollutants would require significant literature review, data analysis, and modeling efforts. Necessary steps include determining spatial scope and resolution of the model; generating input files for activity data, air quality and temperature data; and developing definitions for microenvironments and pollutant-microenvironment modeling parameters (penetration and proximity factors, indoor source emissions rates, decay rates, etc.) (ICF Consulting, 2005). To take full advantage of the probabilistic capabilities of APEX, distributions of model input parameters should be used wherever possible.

# C.3. Ambient Concentrations of $SO_2$ and Related Air Pollutants

As mentioned earlier, background and regional outdoor concentrations of pollutants over a study domain may be estimated through emissions-based mechanistic modeling, through ambient data based modeling, or through a combination of both. Emissions-based models calculate the spatio-temporal fields of the pollutant concentrations using precursor emissions and meteorological conditions as inputs and using numerical representations of transformation reactions to drive outputs. The ambient data based models typically calculate spatial or spatio-temporal distributions of the pollutant through the use of interpolation schemes, based on either deterministic or stochastic models for allocating monitor station observations to the nodes of a virtual regular grid covering the region of interest. The geostatistical technique of kriging provides various standard procedures for generating an interpolated spatial distribution for a given time, from data at a set of discrete points. Kriging approaches were evaluated by Georgopoulos et al. (1997) in relation to the calculation of local ambient $O_3$ concentrations for exposure assessment purposes, using either monitor observations or regional/urban photochemical model outputs. It was found that kriging is severely limited by the nonstationary character of the concentration patterns of reactive pollutants; so the advantages of this method in other fields of geophysics do not apply here. The

above study showed that the appropriate semivariograms had to be hour-specific, complicating the automated reapplication of any purely spatial interpolation over an extended time period.

Spatio-temporal distributions of pollutant concentrations such as $O_3$, PM, and various air toxics have alternatively been obtained using methods of the Spatio-Temporal Random Field (STRF) theory (Christakos and Hristopulos, 1998). The STRF approach interpolates monitor data in both space and time simultaneously. This method can thus analyze information on temporal trends which cannot be incorporated directly in purely spatial interpolation methods such as standard kriging. Furthermore, the STRF method can optimize the use of data which are not uniformly sampled in either space or time. STRF was further extended within the Bayesian Maximum Entropy (BME) framework and applied to $O_3$ interpolation studies (Christakos and Hristopulos, 1998; Christakos and Kolovos, 1999; Christakos, 2000). It should be noted that these studies formulate an over-arching scheme for linking air quality with population dose and health effects; however, they are limited by the fact that they do not include any microenvironmental effects. MENTOR has incorporated STRF/BME methods as one of the steps for performing a comprehensive analysis of exposure to $O_3$ and PM (Georgopoulos et al., 2005).

The issue of subgrid variability (SGV) from the perspective of interpreting and evaluating the outcomes of grid-based, multiscale, photochemical air quality simulation models is discussed in Ching et al. (2006), who suggest a framework that can provide for qualitative judgments on model performance based on comparing observations to the grid predictions and its SGV distribution. From the perspective of Population Exposure Modeling, the most feasible/practical approach for treating subgrid variability of local concentrations is probably through 1) the identification and proper characterization of an adequate number of outdoor microenvironments (potentially related to different types of land use within the urban area as well as to proximity to different types of roadways) and 2) then, concentrations in these microenvironments will have to be adjusted from the corresponding local background ambient concentrations through either regression of empirical data or various types of local atmospheric dispersion/transformation models. This is discussed further in the next section.

# C.4. Characterization of Microenvironmental Concentrations

Once the background and local ambient spatio-temporal concentration patterns have been derived, microenvironments that can represent either outdoor or indoor settings when individuals come in contact with the contaminant of concern (e.g., $SO_2$) must be characterized. This process can involve modeling of various local sources and sinks, and interrelationships between ambient and microenvironmental concentration levels. Three general approaches have been used in the past to model microenvironmental concentrations:

- Empirical (typically linear regression) fitting of data from studies relating ambient/local and microenvironmental concentration levels to develop analytical relationships.
- Parameterized mass balance modeling over, or within, the volume of the microenvironment. This type of modeling has ranged from very simple formulations, i.e. from models assuming ideal (homogeneous) mixing within the microenvironment (or specified portions of it) and only linear physicochemical transformations (including sources and sinks), to models incorporating analytical solutions of idealized dispersion formulations (such as Gaussian plumes), to models that take into account aspects of complex multiphase chemical and physical interactions and nonidealities in mixing.
- Detailed Computational Fluid Dynamics (CFD) modeling of the outdoor or indoor microenvironment, employing either a Direct Numerical Simulation (DNS) approach, a Reynolds Averaged Numerical Simulation (RANS) approach, or a Large Eddy Simulation

(LES) approach, the latter typically for outdoor situations (see, e.g., Chang and Meroney, 2003; Chang, 2006; Milner et al., 2005).

Parameterized mass balance modeling is the approach currently preferred for exposure modeling for populations. As discussed earlier, the simplest microenvironmental setting corresponds to a homogeneously mixed compartment, in contact with possibly both outdoor/local environments as well as other microenvironments. The air quality of this idealized microenvironment is affected mainly by the following processes:

- Transport processes: These can include advection/convection and dispersion that are affected by local processes and obstacles such as vehicle induced turbulence, street canyons, building structures, etc.
- Sources and sinks: These can include local outdoor emissions, indoor emissions, surface deposition, etc.
- Transformation processes: These can include local outdoor as well as indoor gas and aerosol phase chemistry, such as formation of secondary organic and inorganic aerosols.

Exposure modeling also requires information on activity patterns to determine time spent in various microenvironments and estimates of inhalation rates to characterize dose. The next two subsections describe recent work done in these areas.

## C.4.1. Characterization of Activity Events

An important development in inhalation exposure modeling has been the consolidation of existing information on activity event sequences in the Consolidated Human Activity Database (CHAD) (McCurdy et al., 2000; McCurdy, 2000). Indeed, most recent exposure models are designed (or have been re-designed) to obtain such information from CHAD which incorporates 24-h time/activity data developed from numerous surveys. The surveys include probability-based recall studies conducted by EPA and the California Air Resources Board, as well as real-time diary studies conducted in individual U.S. metropolitan areas using both probability-based and volunteer subject panels. All ages of both genders are represented in CHAD. The data for each subject consist of one or more days of sequential activities, in which each activity is defined by start time, duration, activity type (140 categories), and microenvironment classification (110 categories). Activities vary from one min to one h in duration, with longer activities being subdivided into clock-hour durations to facilitate exposure modeling. A distribution of values for the ratio of oxygen uptake rate to body mass (referred to as metabolic equivalents or METs) is provided for each activity type listed in CHAD. The forms and parameters of these distributions were determined through an extensive review of the exercise and nutrition literature. The primary source of distributional data was Ainsworth et al. (1993), a compendium developed specifically to facilitate the coding of physical activities and to promote comparability across studies.

## C.4.2. Characterization of Inhalation Intake and Uptake

Use of the information in CHAD provides a rational way for incorporating realistic intakes into exposure models by linking inhalation rates to activity information. As mentioned earlier, each cohort of the pNEM-type models, or each (virtual or actual) individual of the SHEDS, MENTOR, APEX, and HAPEM models, is assigned an exposure event sequence derived from activity diary data. Each exposure event is typically defined by a start time, a duration, assignments to a geographic location and microenvironment, and an indication of activity level. The most recent versions of the above models have defined activity levels using the activity classification coding scheme incorporated into CHAD. A probabilistic module within these models converts the activity classification code of each exposure event to an energy expenditure rate, which in turn is converted into an estimate of oxygen uptake rate. The

oxygen uptake rate is then converted into an estimate of total ventilation rate ($\dot{V}_E$) expressed in Liters/min. Johnson (2001) reviewed briefly the physiological principles incorporated into the algorithms used in pNEM to convert each activity classification code to an oxygen uptake rate and describes the additional steps required to convert oxygen uptake to ($\dot{V}_E$).

McCurdy (1997; 2000) has recommended that the ventilation rate should be estimated as a function of energy expenditure rate. The energy expended by an individual during a particular activity can be expressed as EE = (MET)(RMR) in which EE is the average energy expenditure rate (kcal/min) during the activity and RMR is the resting metabolic rate of the individual expressed in terms of number of energy units expended per unit of time (kcal/min). MET (the metabolic equivalent of tasks) is a ratio specific to the activity and is dimensionless. If RMR is specified for an individual, then the above equation requires only an activity-specific estimate of MET to produce an estimate of the energy expenditure rate for a given activity. McCurdy et al. (2000) developed distributions of MET for the activity classifications appearing in the CHAD database.

An issue that should be mentioned in closing is that of evaluating comprehensive prognostic exposure modeling studies, for either individuals or populations, with field data. Although databases that would be adequate for performing a comprehensive evaluation are not expected to be available any time soon, there have been a number of studies, reviewed in earlier sections of this chapter, which can be used to start building the necessary information base. Some of these studies report field observations of personal, indoor, and outdoor levels and have also developed simple semi-empirical personal exposure models that were parameterized using the observational data and regression techniques.

In conclusion, though existing inhalation exposure modeling systems have evolved considerably in recent years, limitations of available modeling methods and data in relation to potential $SO_2$ studies should be taken into account. Existing prognostic modeling systems for inhalation exposure can in principle be directly applied to, or adapted for, $SO_2$ studies; APEX, SHEDS, and MENTOR-1A are candidates. However, such applications would be constrained by data limitations such as ambient characterization at the local scale and by lack of quantitative information for indoor sources and sinks.

# Annex D. Controlled Human Exposure

This Annex summarizes the findings of human clinical studies that have been published since the previous review. Descriptions of older studies were presented in the 1994 Supplement to the Second Addendum to the 1982 AQCD for Sulfur Oxides (U.S. EPA, 1994a), and are not described in great detail in this document.

**Table D-1.    Effects of medications on $SO_2$-induced changes in lung function among human subjects.**

| Study | Concentration | Duration | Subjects | Exposure Status | Effects |
|---|---|---|---|---|---|
| Bigby and Boushey (1993) | 0.25 – 8.0 ppm | 4 min | 10 asthmatics | Increasing concentrations of $SO_2$ during voluntary eucapnic hyperpnea (20 L/min) preceded by administration of the anti-inflammatory agent nedocromil sodium (baseline, placebo, 2 mg, 4 mg, 8 mg). | Treatment with nedocromil sodium significantly increased the concentration of $SO_2$ required to produce an 8 unit increase in sRaw. Increasing the dose of nedocromil sodium from 2 mg to 8 mg did not significantly affect the response. |
| Lazarus et al. (1997) | 0.25 – 8.0 ppm | 4 min | 12 asthmatics | Subjects exposed via mouthpiece to filtered air and increasing concentrations of $SO_2$ during eucapnic hyperventilation (20 L/min). Exposures occurred following pretreatment with a leukotriene receptor antagonist (zafirlukast 20 mg) or placebo. | Compared with placebo, zafirlukast significantly increased the $SO_2$ concentration required to produce an 8 unit increase in sRaw. This effect was observed with challenges occurring both at 2 and 10 h following treatment. |
| Field et al. (1996) | 0.25 – 8.0 ppm | 3 min | 31 asthmatics | Increasing concentrations of $SO_2$ (including clean air exposure) in an exposure chamber during voluntary eucapnic hyperpnea (35 L/min) preceded by administration of placebo, the anticholinergic bronchodilator ipratropium bromide (15 subjects), morphine (opioid agonist) (15 subjects), or the anti-inflammatory agent indomethacin (16 subjects). | Both ipratropium bromide and morphine reduced the responsiveness to $SO_2$, significantly increasing the $SO_2$ concentration required to reduce specific airway conductance by 35%. Similarly, indomethacin was observed to attenuate airway responsiveness to $SO_2$, however, this effect was smaller than what was observed with either ipratropium bromide or morphine. |
| Gong et al. (1996) | 0.75 ppm | 10 min | 10 asthmatics | Subjects exposed to $SO_2$ or clean air in a chamber while performing light exercise (29 L/min) at 1, 12, 18, and 24 h after pretreatment with salmeterol xinafoate ($\beta_2$-adrenergic agonist) or placebo (each subject exposed 4 times). | Observed a significant protective effect of salmeterol xinafoate at 1 and 12-h post-dosing. Following exercise/$SO_2$ exposure at 1, 12, 18, and 24 h, $FEV_1$ decreased (versus preexposure) by 7, 12, 25, and 26%, respectively. Exercise with $SO_2$ resulted in an approximate 26% decrease in $FEV_1$ at all time points with placebo. |
| Gong et al. (2001) | 0.75 ppm | 10 min | 11 asthmatics | Exposure to $SO_2$ or clean air following 3 days of treatment with montelukast (leukotriene receptor antagonist) or placebo (each subject exposed 4 times). Exposures conducted in an exposure chamber during moderate levels of exercise (35 L/min). | Reported a statistically significant $SO_2$-induced increase in eosinophil count in induced sputum. Measures of lung function ($FEV_1$ and sRaw), as well as respiratory symptoms and eosinophil count all showed significant improvement after pretreatment with montelukast. |

**Table D-2.    Summary of new studies of controlled human exposure to $SO_2$.**

| Study | Concentration | Duration | Subjects | Exposure Status | Effects |
|---|---|---|---|---|---|
| Trenga et al. (2001) | 0.1, 0.25 ppm | 10 min | 17 asthmatics | $SO_2$-sensitive asthmatics exposed to $SO_2$ via mouthpiece while performing mild to moderate levels of exercise. Exposures preceded by 45 min exposures to filtered air or $O_3$ (0.12 ppm), with or without pretreatment with dietary antioxidants. | Exposure to $O_3$ slightly increased bronchial responsiveness to $SO_2$ as measured by $FEV_1$ and peak expiratory flow. Pretreatment with dietary antioxidants was shown to have a protective effect on respiratory response, particularly among individuals with greater sensitivity to $SO_2$. |
| Devalia et al. (1994) | 0.2 ppm | 6 h | 10 asthmatics | Exposures to filtered air, as well as 0.2 ppm $SO_2$ and 0.4 ppm $NO_2$, conducted separately and in combination in an exposure chamber (subjects at rest). All subjects sensitive to inhaled house dust mite antigen. | Neither $SO_2$ nor $NO_2$, alone or in combination, significantly affected $FEV_1$. The combination of $SO_2$ and $NO_2$ significantly reduced the amount of inhaled allergen (60.5% change, p = 0.015) required to produce a 20% decrease in $FEV_1$ (PD20$FEV_1$). Both $SO_2$ and $NO_2$ alone reduced PD20$FEV_1$, but this reduction was not statistically significant (32.2% (p = 0.506), and 41.2% (p = 0.125), respectively). |
| Rusznak et al. (1996) | 0.2 ppm | 6 h | 13 asthmatics | Exposures to filtered air and a combination of 0.2 ppm $SO_2$ and 0.4 ppm $NO_2$ in an exposure chamber (subjects at rest). All subjects sensitive to inhaled house dust mite antigen. | Confirmed findings of Devalia et al. and further observed that the combination of $SO_2$ and $NO_2$ enhanced airway responsiveness to an inhaled allergen up to 48 h post-exposure (maximal response at 24 h). |
| Tunnicliffe et al. (2001) | 0.2 ppm | 1 h | 12 healthy adults, 12 asthmatics | Exposures (head dome) at rest to filtered air and 0.2 ppm $SO_2$. | Among healthy subjects, an $SO_2$-induced increase in heart rate variability (total power) was observed, while a reduction in heart rate variability with $SO_2$ versus air was observed in asthmatics. |
| Tunnicliffe et al. (2003) | 0.2 ppm | 1 h | 12 healthy adults, 12 asthmatics | Exposures (head dome) at rest to filtered air and 0.2 ppm $SO_2$. | Exposures to $SO_2$ at 0.2 ppm did not have a significant effect on lung function, respiratory symptoms, markers of inflammation, or antioxidant levels in healthy adults or mild asthmatics. |
| Routledge et al. (2006) | 0.2 ppm | 1 h | 20 older adults with coronary artery disease (age 52-74), 20 healthy older adults (age 56-75) | Exposures (head dome) at rest to filtered air, as well as 0.2 ppm $SO_2$ and ultra-fine carbon particles (50 µg/m³), separately and in combination. | In healthy subjects, exposure to $SO_2$ alone significantly decreased heart rate variability 4 h post-exposure compared to clean air. No effect was observed in subjects with coronary artery disease. The combination of $SO_2$ and carbon particles did not affect heart rate variability in either group. $SO_2$ was not observed to affect markers of inflammation or coagulation. |
| Nowak et al. (1997) | 0.25 – 2.0 ppm | 3 min | 786 adults | Mouthpiece exposures to filtered air and increasing concentrations of $SO_2$ during eucapnic hyperventilation (40 L/min). | Among individuals who were not hyperresponsive to methacholine, less than 1% were found to be hyperresponsive to $SO_2$. However, more than 22% of the individuals who were hyperresponsive to methacholine were also hyperresponsive to $SO_2$. Individuals were considered hyperresponsive to $SO_2$ when exposure resulted in a 20% or greater decrease in $FEV_1$ versus baseline. |
| Trenga et al. (1999) | 0.5 ppm | 10 min | 47 asthmatics | Subjects exposed to $SO_2$ via mouthpiece while performing light to moderate levels of exercise. | An $SO_2$-induced decrease in $FEV_1$ of at least 8% was observed in 53% of the subjects (range 8-44%). Increases in respiratory symptoms were significantly associated with decreases in $FEV_1$. Among $SO_2$-sensitive subjects, severity of asthma (as defined by medication use) was not a significant predictor of the level of response. It is not clear whether the response was adjusted for the effects of exercise in clean air. |
| Winterton et al. (2001) | 0.5 ppm | 10 min | 62 asthmatics | Subjects exposed to $SO_2$ via mouthpiece while performing light to moderate levels of exercise. | Subjects who experienced at least at 12% decrease in $FEV_1$ following exposure were considered to be sensitive to $SO_2$. Out of 58 subjects who were genotyped for the polymorphism at position -308 in the promoter region of TNF-α, 21% (N: 12) were sensitive to $SO_2$. Sensitivity to $SO_2$ was found to be associated with the homozygous wild type allele (GG) (12 of 12 responders vs. 28 of 46 subjects who were not responsive to $SO_2$). |
| Gong et al. (1995) | 0.5, 1.0 ppm | 10 min | 14 asthmatics | Exposure to $SO_2$ and filtered air were conducted in an exposure chamber during low, moderate, and heavy levels of exercise (target ventilation ranges of 20-29, 30-39, and 40-49 L/min). | For the average individual, increasing $SO_2$ concentration resulted in a significant decrement in lung function (decrease in $FEV_1$ and increase in sRaw) as well as a significant increase in respiratory symptoms. Increasing $SO_2$ conc. had a greater effect on lung function and respiratory symptoms than increasing level of exercise. |

# Annex E. Toxicological Studies

This Annex summarizes the findings of animal toxicology studies that have been published since the previous review. Descriptions of older studies were presented in the 1982 AQCD for Sulfur Oxides (U.S. EPA, 1982), and are not described in great detail in this document.

**Table E-1.    Respiratory System – Effects of SO₂ on lung function.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **ACUTE AND SUBACUTE** | | | | |
| Lewis and Kirchner (1984) | 10 or 30 ppm (26.2 or 78.6 mg/m³); intratracheal | 5 min | Mongrel dog; male and female; age and weight NR; N = 5-15 /group | Initial transient bronchoconstriction approximately 10 min in duration followed by a gradual change in pulmonary mechanics (43% increase in airway resistance and 30% decrease in dynamic compliance) 4 hrs following 30 ppm but not 10 ppm SO₂. |
| Barthélemy et al. (1988) | 0.5 or 5 ppm (1.3 or 13.1 mg/m³); intratracheal | 45 min | Rabbit; sex NR; adult; mean 2.0 kg; N = 5-9/group; rabbits were mechanically ventilated | Lung resistance increased by 16% and 50% in response to 0.5 and 5 ppm SO₂, respectively. Bivagotomy had no effect on 5 ppm SO₂-induced increases in lung resistance. Reflex bronchoconstrictive response to phenyldiguanide (intravenously administered) was eliminated by exposure to SO₂ but SO₂ had no effect on lung resistance induced by intravenously- administered histamine. Authors concluded that (1) vagal reflex is not responsible for SO₂-induced increase in lung resistance at 45 min; (2) transient alteration in tracheobronchial wall following SO₂ exposure may have reduced accessibility of airway nervous receptors to phenyldiguanide. |
| Amdur et al. (1983) | ~1 ppm (2.62 mg/m³); head only | 1 h | Hartley guinea pig; male; age NR; 200-300 g; N = 8-23/group | An 11% increase in pulmonary resistance and 12% decrease in dynamic compliance were observed. Neither effect persisted into the 1 h period following exposure. No effects were observed for breathing frequency, tidal volume, or min volume. |
| Conner et al. (1985) | 1 ppm (2.62 mg/m³); nose only | 3 h/day for 6 days; animals evaluated up to 48 h post-exposure | Hartley guinea pig; male; age NR; 250-320 g; N = ≤ 18 group/time point | No effect was observed on residual volume, functional reserve capacity, vital capacity, total lung capacity, respiratory frequency, tidal volume, pulmonary resistance, pulmonary compliance, diffusing capacity for CO or alveolar volume at 1 or 48 h after last exposure. |
| **SUBCHRONIC AND CHRONIC** | | | | |
| Douglas et al. (1994) | 5 ppm (13.1 mg/m³); whole body | 2 h/day for 13 wks from birth | New Zealand White rabbit; male and female; 1 day old; weight NR; N = 3-4/group; immunized against *Alternaria tenuis* | No effects on lung resistance, dynamic compliance, transpulmonary pressure, tidal volume, respiration rate, or min volume. |
| Scanlon et al. (1987) | 15 or 50 ppm (39.3 or 131 mg/m³); intratracheal exposure | 2 h/day, 4 or 5 days/wk, for 5 mos (low dose group) or 10-11 mos (high dose group); authors stated that physiological changes were observed within 5 mos; 7-9 mo recovery period | Mongrel dog; adult; sex NR; 10-20 kg; N = 3-4/group (3 hyper-responsive, 3 hypore-sponsive, and 1 avg responsive) | At 15 ppm, there was no clinical evidence of bronchitis; pulmonary resistance increased by 35-38% in 2 of 3 dogs, and dynamic lung compliance decreased in 1 of 3 dogs, but physiological changes were not significant for the group as a whole. At 50 ppm, cough and mucus hypersecretion were observed; symptoms ceased during the recovery period. Pulmonary resistance increased by 56% during the treatment period and an additional 28% during the recovery period for a total increase of 99%; dynamic lung compliance decreased in 2 of 4 dogs and increased in 1 of 4 dogs during treatment but there were no significant changes in the group as a whole. Authors considered 15 ppm to be the lower limit of exposure that failed to produce physiological changes. |
| Smith et al. (1989) | 1 ppm (2.62 mg/m³); whole body | 5 h/day, 5 days/wk for 4 mos | Sprague-Dawley rat; male; young adult; initial weight NR; N = 12-15/data point | Physiological tests were conducted in anesthetized animals both during spontaneous breathing and during paralysis. SO₂ exposure resulted in an 11% decrease in residual volume and reduced quasistatic compliance in paralyzed animals. Authors noted that because residual volume was decreased only in paralyzed rats and the magnitude of effect was very small, it may have been due to chance. Quasistatic compliance values were observed to be very high in controls, and may have accounted for effect in the treatment group. |

**Table E-2.     Respiratory System – Inflammatory responses following SO$_2$ exposure.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **ACUTE/SUBACUTE/SUBCHRONIC** | | | | |
| Clarke et al. (2000) | 10 ppm (26.2 mg/m$^3$); nose only | 4 h | Outbred Swiss mouse; female; age, weight NR; N = 10/experimental value | No evidence was seen of inflammatory response in terms of total cell number, lymphocyte/polymorphonuclear leukocytes differentials, or total protein level taken from BAL fluid. |
| Meng et al. (2005a) | 5.35, 10.7, or 21.4 ppm (14, 28, or 56 mg/m$^3$); whole body | 4 h/day for 7 days | Kunming albino mouse; male; age NR; 18-22 g; N = 10/group | In lung tissue, in vivo SO$_2$ exposure (low, mid concentrations) significantly elevated levels of the pro-inflammatory cytokines interleukin-6 and tumor necrosis factor-α, but did not affect levels of the anti-inflammatory cytokine transforming growth factor-β1. In serum, the only effect observed was a low-dose elevation of tumor necrosis factor-α. |
| Langley-Evans et al. (1996) | 5, 50, or 100 ppm (13.1, 131, or 262 mg/m$^3$); whole body | 5 h/day for 7-28 days | Wistar rat; male; 7 wks old; weight NR; N = 4-5/treatment group, 8 controls | No lung injury was observed and evidence of inflammatory response was only observed in the 100 ppm group. A 4-fold increase in BAL fluid leukocyte numbers was observed in the 100 ppm group at day 14; the increase lessened at days 21 and 28 but remained higher than controls. The number of macrophages in BAL fluid was increased at day 28 in the 100 ppm group. Neutrophil numbers were 120 times higher than controls at day 14 in the 100 ppm group but returned to normal by day 21. Blood neutrophils were depleted in rats exposed to 50 ppm on days 7-21 but were increased in rats exposed to 5 ppm (significant) and 100 ppm (non-significant) at day 14. Lung epithelial permeability was not affected. |
| Conner et al. (1989) | 1 ppm (2.62 mg/m$^3$); nose only | 3 h/day for 1-5 days; bronchoal-veolar lavage per-formed each day | Hartley guinea pig; male; age NR; 250-320 g; N = 4 | No change in numbers of total cells and neutrophils, protein levels or enzyme activity in lavage fluid following SO$_2$ exposure. |
| Park et al. (2001a) | 0.1 ppm (0.26 mg/m$^3$); whole body; with and without exposure to ovalbumin | 5 h/day for 5 days | Dunkin-Hartley guinea pig; male; age NR; 250-350 g; N = 7-12/group | After bronchial challenge, the ovalbumin/SO$_2$-exposed group had significantly increased eosinophil counts in BAL fluid compared with all other groups, including the SO$_2$ group. The bronchial and lung tissue of this group showed infiltration of inflammatory cells, bronchiolar epithelial damage, and mucus and cell plug in the lumen. |
| Li et al. (2007) | 2 ppm (5.24 mg/m$^3$) with and without exposure to ovalbumin | 1 h/day for 7 days | Wistar rat; male; age NR | Increased number of inflammatory cells in BAL fluid, increased levels of MUC5AC and ICAM-1 and an enhanced histopathological response compared with those treated with ovalbumin or SO$_2$ alone. |

**Table E-3.    Respiratory System – Effects of $SO_2$ exposure on airway responsiveness and allergic sensitization.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **ANTIGEN SENSITIZATION / ALLERGIC REACTIONS – ACUTE / SUBACUTE** | | | | |
| Abraham et al. (1981) | 5 ppm (13.1 mg/m³); head only | 4 h | Sheep; sex and age NR; mean weight 38 ± 7 kg; N = 7/group | Acute exposure to 5 ppm $SO_2$ did not produce significant airway changes (pulmonary resistance, static compliance, dynamic compliance, tidal volume, breathing frequency) in either normal or allergic (sensitized to *Ascaris suum* antigen) sheep, nor increase airway reactivity (measured as pulmonary resistance increase after aerosolized carbachol provocation) in normal sheep. However, 5 ppm $SO_2$ did significantly increased airway reactivity in allergic sheep, which have antigen-induced airway responses similar to humans with allergic airway disease; may model airway responses to $SO_2$ in a sensitive human subpopulation. |
| Park et al. (2001a) | 0.1 ppm (0.26 mg/m³); whole body; with and without exposure to ovalbumin | 5 h/day for 5 days | Dunkin-Hartley guinea pig; male; age NR; 250-350 g; N = 7-12/group | After bronchial challenge, the ovalbumin/$SO_2$-exposed group had significantly increased enhanced pause (an indicator of airway obstruction) compared with all other groups, including the $SO_2$ group. Authors concluded that low level $SO_2$ may enhance the development of ovalbumin-induced asthmatic reactions in guinea pigs. |
| Riedel et al. (1988) | 0.1, 4.3, or 16.6 ppm (0, 0.26, 11.3, or 43.5 mg/m³); whole body; animals were sensitized to ovalbumin on the last 3 days of exposure. | 8 h/day for 5 days | Perlbright-White Guinea pig; female; age NR; 300-350 g; N = 5 or 6/group (14 controls) | Bronchial provocation with ovalbumin was conducted every other day for 2 wks, starting at 1 wk after last exposure. Numbers of animals displaying symptoms of bronchial obstruction after ovalbumin provocation increased in all $SO_2$ groups compared to air-exposed groups. Anti-ovalbumin antibodies (IgG total and IgG1) were increased in BAL fluid and serum of $SO_2$-exposed animals compared to air-exposed controls; statistical significance attained for IgG total in BAL fluid at ≥ 4.3 ppm $SO_2$ and in serum at all $SO_2$ concentrations. Results indicate that subacute exposure to even low concentrations of $SO_2$ can potentiate allergic sensitization of the airway. |
| **ANTIGEN SENSITIZATION / ALLERGIC REACTIONS – SUBCHRONIC** | | | | |
| Kitabatake et al. (1992; 1995) | 5 ppm (13.1 mg/m³); whole body; sensitized with *Candida albicans* on day 1 and wk 4 | 4 h/day, 5 days/wk, 6 wks | Hartley guinea pig; male; age NR; ~200 g; N = 12/group | Respiratory challenge to *Candida albicans* was conducted 2 wks after last exposure. At 15 h after challenge an increased number of $SO_2$-exposed animals displayed prolonged expiration, inspiration, or both. Authors concluded that $SO_2$ exposure increased dyspneic symptoms. |
| **GENERAL BRONCHIAL REACTIVITY STUDIES – ACUTE** | | | | |
| Amdur et al. (1988) | 1 ppm | 1 h | Guinea pig; N=8 | Airway responsiveness to acetylcholine was measured 2 h following $SO_2$ exposure. No changes were observed. |
| Douglas et al. (1994) | 5 ppm (13.1 mg/m³); whole body | 2 h | New Zealand White rabbit; sex NR; apparently 3 mos old; 2.2-3.1 kg; N=6/group | No effect on airway responsiveness to inhaled histamine, as measured by provocation concentrations of histamine required to increase pulmonary resistance by 50% and decrease dynamic compliance by 35%. |
| Lewis and Kirchner (1984) | 10 or 30 ppm (26.2 or 78.6 mg/m³); intra-tracheal | 5 min; a second exposure was conducted 20 days later, after exposure to the antiallergic drug | Mongrel dog; male and female; age and weight NR; N = 5-15/group | No effect was observed at 10 ppm. At 30 ppm hyperresponsiveness and hypersensitivity to aerosolized methacholine and 5-hydroxytryptamine was observed for up to 24 h following exposure. Twenty days later, pretreatment with aerosolized 4% Wy-41,195 or disodium cromoglycate (antiallergic drugs) at high doses lessened the methacholine-induced hypersensitivity observed after exposure to 30 ppm $SO_2$. Calculations used to determine hyper-responsive and hyperreactivity were not clear. |
| **GENERAL BRONCHIAL REACTIVITY STUDIES – CHRONIC** | | | | |
| Scanlon et al. (1987) | 15 or 50 ppm (39.3 or 131 mg/m³); intra-tracheal | 2 h/day, 4 or 5 days/wk for 5 mos (low dose group) or 10-11 mos (high dose group); physiological changes observed within 5 mos; 7-9 mo recovery period. | Mongrel dog; adult; sex NR; 10-20 kg; N = 3-4/ group (3 hyperresponsive, 3 hyporesponsive, and 1 avg responsive) | Bronchial reactivity in response to inhaled histamine or methacholine was not affected in either treatment group, as determined by the concentration of histamine or methacholine required to double pulmonary resistance or the concentrations required to decrease dynamic compliance by 65% ($ED_{65}$). |

**Table E-4.     Respiratory System – Effects of SO₂ layered on metallic or carbonaceous particles.**

| Study | SO₂ | Metal or Carbon | Effects |
|---|---|---|---|
| Lam et al. (1982) <br> Hartley guinea pig; male; age NR;240-300 g; N = 7-16/group <br> Exposure: 3 h | 0 or ~1 ppm (2.6 mg/m³); whole body | Zinc oxide: 0.8, 2.7, 6.0, or 7.8 mg/m³ (0.05 micron projected area diameter, GSD 2.0) (sulfate, sulfite, and sulfur trioxide detected) | Vital capacity: No effect with exposure to 7.8 mg/m³ zinc oxide alone and 2.7 mg/m³ zinc oxide in combination with SO₂, but decreased with exposure to 0.8 and 6.0 mg/m³ zinc oxide in combination with SO₂. <br><br> Total lung capacity: No effect with exposure to 7.8 mg/m³ zinc oxide alone, but decreased with exposure to 6.0 mg/m³ zinc oxide in combination with SO₂. <br><br> Diffusion capacity for CO and ratio of diffusion capacity for CO to total lung capacity or alveolar volume: No effect with exposure to 7.8 mg/m³ zinc oxide alone, but decreased with exposure to 2.7 and 6.0 mg/m³ zinc oxide in combination with SO₂. <br><br> Alveolar volume: No effect with exposure to 7.8 mg/m³ zinc oxide alone, but decreased with exposure to 6.0 mg/m³ zinc oxide in combination with SO₂. |
| Amdur et al. (1983) <br> Hartley guinea pig; male; age NR; 200-300 g; N = 8-23/group <br> Exposure: 1 h | ~1 ppm (2.6 mg/m³); head only | Zinc oxide: 0 mg/m³ | Pulmonary function: SO₂ exposure alone resulted in an 11% increase in resistance and 12% decrease in compliance. |
| | 0 ppm | Zinc oxide: ~1-2 mg/m³ (0.05 micron projected area diameter, GSD 2.0); mixed at 24 °C and 30% RH | Pulmonary function: Zinc oxide exposure alone resulted in a 9% decrease in compliance that persisted 1 h after exposure. |
| | ~1 ppm (2.6 mg/m³); head only | Zinc oxide: ~1-2 mg/m³; mixed at 24 °C and 30% RH | Pulmonary function: A 12% decrease in compliance and decreased tidal volume that persisted 1 h after exposure, and decreased min volume. There was no evidence of new compound formation. Authors concluded that effects on tidal volume and min volume most likely represented an additive effect. |
| | | Zinc oxide: ~1-2 mg/m³; mixed at 480 °C and 30% RH | Pulmonary function: A 12% decrease in compliance and decreased tidal volume that persisted 1 h after exposure and a 12% increase in resistance and decreased min volume. There was no evidence of new compound formation. |
| | | Zinc oxide: ~1-2 mg/m³; mixed at 480 °C and 80% RH with addition of water vapor downstream | Pulmonary function: A 13% decrease in compliance that persisted 1 h after exposure and a 29% increase in resistance. Sulfite formation was observed. |
| | | Zinc oxide: ~1-2 mg/m³; mixed at 480 °C and 30% RH with addition of water vapor during mixing. | Pulmonary function: A 19% increase in resistance that persisted 1 h after exposure, decreased tidal volume immediately after exposure, and a 26% decrease in compliance 1 h after exposure. Sulfate, sulfite, and sulfur trioxide formation was observed. |
| Chen et al. (1991) <br> Hartley guinea pig; male; age NR;275-375 g; N = 8/group <br> Exposure: 1h | 1.10-1.25 ppm (2.9-3.3 mg/m³); head only | Copper oxide: 0 or 1.16-2.70 mg/m³ (< 0.1 micron) | Pulmonary resistance: Increased 32-47% during exposure and at 1 and 2 h postexposure when SO₂ and copper oxide were mixed at 37 °C, a condition that resulted in formation of 0.36 μmol/m³ sulfite on the copper oxide particles. No effect was observed when the compounds were mixed at 1411 °C, a condition that led to the formation of sulfate on the copper oxide particles. <br><br> Dynamic lung compliance: No effect when mixed under conditions that led to the formation of either sulfate or sulfite on particles. |
| Chen et al. (1992) <br> Hartley guinea pig; male; age NR; 290-410 g; N = 6-9/group <br> Exposure: 1h | 1.02 ppm (2.7 mg/m³); head only | Zinc oxide: 0 mg/m³ | Baseline pulmonary resistance at 2 h following exposure: No effect in any group. |
| | 0 | 2.76 mg/m³ (0.05 micron median diameter, GSD 2.0) | AHR to acetylcholine: No effect with exposure to SO₂ or zinc oxide alone; compared to furnace controls (3% argon). Hyperresponsiveness increased in both groups exposed to SO₂-layered zinc oxide particles. |
| | 1.10 ppm (2.9 mg/m³) | 0.87 mg/m³ | |
| | 1.08 ppm (2.8 mg/m³) | 2.34 mg/m³ | |
| Jakab et al. (1996) <br> Swiss mouse; | 10 ppm (26.2 mg/m³); nose only | 0 mg/m³ | AM Fc receptor-mediated phagocytosis of sheep red blood cells at 3 days after exposure: Dose-dependent reductions in AM phagocytosis were observed at each |

| Study | SO$_2$ | Metal or Carbon | Effects |
|---|---|---|---|
| female; 5 wks old; 20-23 g; N = 5/group<br><br>Exposure: 4 h | 0 ppm | Carbon black: 10 mg/m$^3$ (0.3 micron, GSD 2.7) | concentration of SO$_2$ mixed with carbon black aerosol at 85% relative humidity, the only conditions under which SO$_2$ significantly chemisorbed to carbon black aerosol and oxidized to sulfate. AM phagocytic activity was reduced somewhat immediately after exposure (Day 0) to carbon black and 10 or 20 ppm SO$_2$, was minimal on Days 1 and 3, began increasing on Day 7, and was fully recovered by Day 14. No effects were observed with exposure to SO$_2$ or carbon black alone. The data indicate that environmentally relevant respirable carbon particles can act as effective vectors for delivering toxic amounts of acid SO$_4^{2-}$ to distal parts of the lung. |
| | 5 ppm (13.1 mg/m$^3$) | 10 mg/m$^3$ (formed 6 µg sulfate at 85% humidity) | |
| | 10 ppm (26.2 mg/m$^3$) | 10 mg/m$^3$ (formed 13.7 µg sulfate at 85% humidity) | |
| | 20 ppm (52.4 mg/m$^3$) | 10 mg/m$^3$ (formed 48.7 µg sulfate at 85% humidity) | |
| Clarke et al. (2000)<br><br>Outbred Swiss mouse; female; age and weight NR;<br>N = 10 or 12/ experimental value.<br><br>Exposure: 4 h once or for 4, 5, or 6 days | 10 ppm (26.2 mg/m$^3$); nose only | 0 mg/m$^3$ | Inflammatory response after a single 4 h exposure: There was no effect on total cell number, lymphocyte/PMN differentials, or total protein levels in BAL fluid in any group. |
| | 0 ppm | Carbon black: 10 mg/m$^3$ (10% humidity) | AM Fc receptor-mediated phagocytosis after a single 4 h exposure: Suppressed by acid sulfate coated particles (at ~140 µg/m$^3$) at 1, 3, and 7 days postexposure; values returned to normal by Day 14. |
| | 0 ppm | Carbon black: 10 mg/m$^3$ in 85% humidity to generate 8 µg/m$^3$ acid sulfate | Intrapulmonary bactericidal activity toward *Staphylococcus aureus*: Decreased by a single 4 h exposure to sulfate coated particles (at ~140 µg/m$^3$) at 1 and 3 days postexposure, with recovery by day 7. Suppression was also observed after 5 and 6 days of repeated exposure to ~20 µg/m$^3$ sulfate-coated particles, a condition more relevant to potential ambient human exposures. |
| | 10 ppm (26.2 mg/m$^3$) | Carbon black: 10 mg/m$^3$ in 10% humidity to generate 41 µg/m$^3$ sulfate | |
| | 10 ppm (26.2 mg/m$^3$) | Carbon black: 10 mg/m$^3$ in 85% humidity to generate 137 µg/m$^3$ acid sulfate | |
| | 1 ppm (2.62 mg/m$^3$) | Carbon black: 1 mg/m$^3$ in 85% humidity to generate 20 µg/m$^3$ acid sulfate | |
| Conner et al. (1985)<br><br>Hartley guinea pig; male; age NR; 250-320 g;<br><br>N = 5-18/group/ time point<br><br>Exposure: 3 h/day for 6 days;<br><br>Animals evaluated for up to 72 h following exposure | 1 ppm (2.6 mg/m$^3$); nose only | Zinc oxide: 0 or 6 mg/m$^3$ (0.05 micron projected area diameter, GSD 2.0) | Right lung to body weight ratio: No effect of SO$_2$ alone. Increased at 48 h in group exposed to zinc oxide/SO$_2$. |
| | | | Right lung wet to dry weight ratio: No effect of SO$_2$ alone. Increased at 1 h after exposure in zinc oxide/SO$_2$ group. |
| | | | Lung morphology: No lesions were observed in SO$_2$ group. In group exposed to zinc oxide/SO$_2$ there was an increased incidence of alveolar duct inflammation consisting of interstitial cellular infiltrate, increased numbers of macrophages, and replacement of squamous alveolar epithelium with cuboidal cells. Frequency and severity of lesions were greatest immediately following exposure and by 72 h following exposure, lesions were mild and infrequent. |
| | | | Tracheal secretory cell concentration: No effects with either exposure. |
| | | | Epithelial permeability: No effects with either exposure scenario. |
| | | | DNA synthesis ($^3$H-thymidine uptake) terminal bronchial cells: Unaffected by SO$_2$. Increased at 24 and 72 h after exposure to zinc oxide/SO$_2$. |
| | | | Lung volumes: Unaffected by SO$_2$ exposure. Functional reserve capacity, vital capacity, and total lung capacity were decreased from 1 to 72 h following exposure to zinc oxide/SO$_2$. |
| | | | Diffusion capacity for CO: Unaffected by SO$_2$ exposure. Decreased by ~40-50% from 1 to 24 h following zinc oxide/SO$_2$ exposure. |
| | | | Alveolar volume: Unaffected by SO$_2$ exposure. Decreased by ~10% from 1 to 24 h following exposure to zinc oxide/SO$_2$. |
| | | | Pulmonary mechanics: Respiratory frequency, tidal volume, pulmonary resistance, pulmonary compliance were unaffected by either exposure. |
| | | | Author conclusion: Changes were identical to those reported in a previous study in which guinea pigs were exposed to zinc oxide alone. Sulfur compounds deposited on surface are less important than zinc oxide particle. |

| Study | SO₂ | Metal or Carbon | Effects |
|---|---|---|---|
| Amdur et al. (1988)<br><br>Guinea pig, sex, age, and weight NR;<br>N = 8-9/group<br><br>Exposure: 3 h/day for 5 days | 1 ppm (2.6 mg/m³); head only | Zinc oxide: 1 or 2.5 mg/m³ (0.05 micron CMD, GSD 2.0)<br><br>Sulfate was generated at 7 and 11 μg/m³ at each respective dose; sulfuric acid level was reported at 21 and 33 μg/m³ at each respective dose. | Pulmonary diffusing capacity: No effect with exposure to 1 ppm SO₂ or 2.5 mg/m³ zinc oxide alone (data not shown by authors). Significant and dose related decreases on exposure days 4 and 5 at 7 μg/m³ sulfate (20% less than control) and days 2-5 at 11 μg/m³ sulfate (up to 40% less than control). |
| Exposure: 1 h | | | Bronchial sensitivity to acetylcholine: No effect of 1 ppm SO₂ or 2.5 mg/m³ zinc oxide alone. Increased with SO₂ administered in combination with either zinc oxide dose. The authors noted that responses were similar to those produced by 200 μg/m³ sulfuric acid of similar particle size, thus indicating the importance of surface layer. |
| Shami et al. (1985)<br><br>Fischer-344 rat; male and female; 18-19 wks old, weight NR; N = 2/sex/group at each evaluation time period<br><br>Exposure: 2 h/day for 4 days, followed by 2 days without exposure, followed by 5 more days of exposure; animals were evaluated for up to 28 days following exposure | 5 ppm (13 mg/m³); nose only | 22 mg/m³ gallium oxide (0.2 micron volume median diameter, GSD not reported), with and without addition of 7 mg/m³ B[c]P | Tracheal and large airways morphology: No effects observed with coexposure to gallium oxide and SO₂.<br><br>Pulmonary morphology: Increased numbers of non-ciliated cells in terminal bronchial epithelium were observed in the SO₂/gallium oxide/benzo(a)pyrene group. Mild peribronchial and perivascular mononuclear inflammatory cell infiltrate, small hyperplastic epithelial cells in alveoli, and alveolar septal hypertrophy were observed in the SO₂/gallium oxide group, with and without B[c]P; effects were more prominent with B[c]P exposure.<br><br>Cell proliferation (³H-thymidine uptake) in trachea and large airways: Increased on days 1 and 14 in SO₂/ gallium oxide group; basal cells primarily labeled. Increased on day 8 In the SO₂/gallium oxide/B[c]P group.<br><br>Cell proliferation (³H-thymidine uptake) in terminal bronchioles: Increased on day 14 in SO₂/gallium oxide group; Clara cells primarily labeled. Increased on day 11 in the SO₂/gallium oxide/B[c]P group.<br><br>Types of ³H-thymidine-labeled cells in the alveolar region: Type 2 cells were primarily labeled in the alveolar region through 14 days of exposure in the SO₂/gallium oxide group. Labeling was increased in Type II, Type I, and endothelial cells on day 8 in the SO₂/gallium oxide/B[c]P group. |
| Wolff et al. (1989)<br><br>F344/Crl rat; male and female; 10-11 wks old; weight NR; N = 6/sex/group<br><br>Exposure: 2 h/d, 5 d/wk, 4 wks | 5 ppm (13 mg/m³); nose only | Gallium oxide: 0 or 27 mg/m³ (~0.20 micron MMD, GSD ~1.5-2), with and without 7.5 mg/m³ of 1-NP and B[c]P | Pulmonary particle clearance: No effect was observed with exposure to SO₂ alone; clearance was slowed only by gallium oxide, with or without coexposure to SO₂ or the other compounds; SO₂ in combination with the PAH had no effect on clearance rate. Authors concluded that toxicity was dominated by gallium oxide. |

## Table E-5.   Respiratory System – Effects of mixtures containing $SO_2$ and $O_3$.

| Study | $SO_2$ | $O_3$ | Effects |
|---|---|---|---|
| **ACUTE/SUBACUTE** | | | |
| Abraham et al. (1986) Sheep; sex NR; adult; 23-50 kg; N = 6 Exposure: 5 h/day for 3 days | 3 ppm (7.9 mg/m³); head only | 0.3 ppm | Tracheal mucus velocity: Decreased by 40% immediately after exposure and 25% at 24 h postexposure to the mixture of the 2 compounds. The effects of either compound alone were NR. Ciliary beat frequency: No effect |
| **CHRONIC/SUBCHRONIC** | | | |
| Aranyi et al. (1983) CD1 mouse; female; 3-4 wks old; weight NR; N = 360/group total (14-154/group in each assay) Exposure: 5 h/day, 5 days/wk for up to 103 days | 5.0 ppm (13.2 mg/m³) in addition to 1.04 mg/m³ ammonium sulfate; whole body | 0.2 mg/m³ (0.10 ppm) | Mortality rate after *Streptococcus* aerosol challenge: Increased in groups exposed to $O_3$ alone and mixture of $O_3$, $SO_2$, and ammonium sulfate. Alveolar macrophage bactericidal activity towards inhaled *K. pneumoniae*: Increased trend (non-significant) in $O_3$ group but significantly increased in mixture group. Counts, viability, and ATP levels in cells obtained by pulmonary lavage: No effect of either treatment. |
| Raub et al. (1983) Golden hamster; male; age NR; ~105 g; N = 14 or 15/group; mild emphysema was induced in some animals by intratracheal administration of elastase Exposure: 23 h/day, 7 days/wk, for 4 wks | 1 ppm (2.62 mg/m³); whole body | 1 ppm in addition to 3 ppm trans-2-butene | Lung volumes: End expiratory volume, residual volume, total lung capacity and vital capacity were unaffected in the mixture versus air exposure group in normal or emphysematous hamsters. Respiratory system compliance: Unaffected in the mixture versus air exposure group in normal or emphysematous hamsters. Distribution of ventilation (N2 washout slope): The N2 slope decreased in the mixture versus air exposure group in both normal and emphysematous hamsters. Diffusion capacity for CO: Significantly increased in the mixture versus air-exposed normal animals. Although the text reported an increase in the mixture versus air-exposed emphysematous animals, Figure 3 of the study indicated that the effect was very small and did not obtain statistical significance. Significantly lower in emphysematous versus normal hamsters exposed to the mixture. The authors noted a significant interaction between exposure to the mixture and emphysema. Histopathology: Inflammatory lesions were found in the lungs of emphysematous hamsters exposed to air or the mixture. Hyperplasia incidence was higher in emphysema hamsters exposed to the mixture versus air. Inflammatory lesions were similar in emphysematous hamsters exposed to air or the mixture. Data were not shown for histopathology data. Overall author conclusion: Animals with impaired lung function may have decreased capacity to compensate for the pulmonary insult caused by exposure to a complex pollutant mixture. |

## Table E-6.    Respiratory System – Effects of $SO_2$ and sulfate mixtures.

| Study | $SO_2$ | Sulfate | Effects |
|---|---|---|---|
| **ACUTE** | | | |
| Mannix et al. (1982)<br><br>Sprague Dawley rat, male, age NR, ~200 g, N = 8/group<br><br>4 h exposure | 5 ppm (13.1 mg/m³); nose only | Sulfate aerosol 1.5 (0.5 micron MMAD, GSD 1.6) | Lung clearance of radiolabeled tracer particles: No significant effect was observed with the mixture of the two compounds at 80-85% humidity. |
| **CHRONIC/SUBCHRONIC** | | | |
| Smith et al. (1989)<br><br>Sprague-Dawley rat, male, young adult, initial weight NR, N = 12-15/data point<br><br>Exposure: 5 h/day, 5 days/wk for 4 or 8 mos; half the animals in the 8-mo group were allowed to recover for 3 mos. | 1 ppm (2.62 mg/m³); whole body<br><br>0<br><br>1 ppm (2.62 mg/m³) | 0<br><br>$(NH_4)_2SO_4$ 0.5 mg/m³ (MMAD = 0.42-0.44 ± 0.04 micron, GSD 2.2-2.6)<br><br>0.5 mg/m³ | Morphological observations at 4 mos exposure in "normal" rats: Bronchiolar epithelial hyperplasia and increased numbers of non-ciliated epithelial cells were observed in rats exposed to either compound alone but coexposure to both compounds did not magnify the effects. An increase in alveolar chord length was observed in the $(NH_4)_2SO_4$ group and no further changes were observed with coexposure to $SO_2$.<br><br>Morphological observations at 4 mos exposure in rats treated with elastase to induce an emphysema-like condition: Bronchiolar epithelial hyperplasia was decreased in groups exposed to either compound alone or the mixture of the two compounds. A decrease in alveolar chord length was observed in the $(NH_4)_2SO_4$ group and no further changes were observed with coexposure to $SO_2$.<br><br>Morphological observations at 8 mos exposure in "normal" rats: An increase in non-ciliated epithelial cells and alveolar birefringence (an indication of alveolar interstitial fibrosis) was observed only in the group exposed to $(NH_4)_2SO_4$.<br><br>Morphological observations at 8 mos exposure in rats treated with elastase: An increase in lung volume per body weight and emphysema incidence was observed in groups treated with either compound alone or in combination; alveolar chord length was increased only in the group exposed to the mixture of compounds.<br><br>Morphological observations at 12 mos exposure in normal rats: Increased alveolar chord length was observed only in the $(NH_4)_2SO_4$ group.<br><br>Morphological observations at 12 mos exposure in rats treated with elastase: An increase in absolute lung volume was observed only in the group treated with the mixture of both compounds.<br><br>Lung function effects at 4 mos exposure in normal rats: A decrease in residual volume was observed in the $SO_2$ group and decreased quasistatic compliance was observed in the $SO_2$ group and in the $(NH_4)_2SO_4$ group, but the effects were not observed with the mixture.<br><br>Lung function effects at 4 mos exposure in elastase-treated rats: Ratio of residual volume/total lung capacity and $N_2$ washout was decreased in the $SO_2$ group and in the $(NH_4)_2SO_4$ group, but the effects were not observed with the mixture.<br><br>Overall conclusions: In general, pollutant effects were minimal and transient, and appeared obscured or repressed in elastase-treated groups; $(NH_4)_2SO_4$ was more bioactive than $SO_2$, with little evidence of mixture additivity (in several instances, effects seen with one or both pollutants individually were not seen with the mixture). |

**Table E-7.    Respiratory System – Effects of actual or simulated air pollution mixtures.**

| Study | Exposed | Control | Effects |
|---|---|---|---|
| **ACUTE / SUBACTUTE** | | | |
| Mautz et al. (1988) Sprague-Dawley rat, male, age NR, 240-280 g, N = 6-9/group Exposure: 4 h | Air pollutant mixture at full concentration (tested in 2 studies): 0.35 ppm $O_3$, 1.3 ppm $NO_2$, 2.5 ppm (6.6 mg/m$^3$) $SO_2$, 10 µg/m$^3$ manganese sulfate, 500 µg/m$^3$ ferric sulfate, 500 µg/m$^3$ ammonium sulfate, 500 µg/m$^3$ carbon aerosol. Mixture also tested ½ and ¼ concentrations. For aerosols: MMAD = 0.3-0.48 micron with GSD: 2.6-4.6. Nose-only exposure. Compounds formed: sulfate, nitrate, hydrogen ion, nitric acid. | Clean air | Breathing pattern: Effect of full concentration mixture in 2 studies – increased breathing frequency, trend or significant decrease in tidal volume, decreased or unaffected $O_2$ consumption, increased or unaffected ventilation equivalent for $O_2$. Effect of half concentration mixture – increased min ventilation. Quarter concentration – no significant effects. Histopathology: Full concentration – area of type 1 parenchymal lung lesions increased in 1 of 2 experiments; area of type 2 parenchymal lung lesions were increased in both experiments. Area equivalent to those observed with $O_3$ exposure alone. Half and quarter concentrations – no effects. Mucociliary clearance: No effect on early or late clearance of $^{85}$Kr-labeled polystyrene particles. Nasal epithelial injury (measured by tritiated thymidine uptake): No effect at any concentration. |
| Phalen and Kleinman (1987) Sprague-Dawley rat, male, age NR, 200-225 g, N = 5-13/group/ time period Exposure: 4 h/day for 7 or 21 days | 2.55 ppm (6.7 mg/m$^3$) $SO_2$, 0.3 ppm $O_3$, 1.2 ppm NOx, 150 µg/m$^3$ ferric oxide, 130 µg/m$^3$ nitric acid, 2.0 µM/m$^3$ hydrogen ion, and 500 µg/m$^3$ total $Fe^{3+}$, $Mn^{2+}$, and $NH_4^{2+}$ combined; nose only | Purified air | Bronchoalveolar epithelial permeability to $^{99m}$Tc-diethylenetriaminepentaacetate: No effect at either time period. Nasal mucosal permeability to $^{99m}$Tc-diethylenetriaminepentaacetate: No effect at either time period. Macrophage rosette formation: Decreased (indicating damage to $F_c$ receptors) for up to 4 days after 7- or 21-day exposure; magnitude of effect greater following 21-day exposure. By day 4 post-exposure, numbers began increasing and by day 7 were equivalent to control values. Macrophage phagocytic activity: In rats exposed for 7 days, decreased activity was observed for 2 days post-exposure. No effects observed after 21-day exposure. |
| **SUBCHRONIC / CHRONIC** | | | |
| Saldiva et al. (1992) Wistar rat, male, 2 mos old, weight NR, N = 14-30/group Exposure: 6 mos | Urban air: São Paulo, mean levels of air pollutants measured 200 m from the police station where rats were kept: 29.05 µg/m$^3$ (0.011 ppm) $SO_2$; 1.25 ppm CO, 11.08 ppb $O_3$, 35.18 µg/m$^3$ particulates | Rural air: Atibaia, an agricultural town 50 km from São Paulo was considered the control; air pollutant levels were not measured | Death: 37 of 69 São Paulo rats died before study end; autopsy of 10 animals identified pneumonia as the cause of death; 10/56 Atibaia animals died. Respiratory mechanics: Nasal resistance was higher in Atibaia animals. No differences were observed for pulmonary resistance or dynamic lung elastance. Mucus properties: São Paulo animals' tracheal mucus output was lower, relative speed of tracheal mucus was slower, ratio between viscosity and elasticity was higher for nasal mucus, and rigidity of tracheal mucus was increased. Bronchoalveolar lavage: In lavage fluid from São Paulo animals, there were increased numbers of cells, lymphocytes, polymorphonuclear cells. Histochemical evaluation: Hyperplasia was observed in respiratory epithelium of rats housed in São Paulo. Ultrastructural studies: Animals housed in São Paulo had a higher frequency of cilia abnormalities including composite cilia, microtubular defect, vesiculation, and decreased microvelocity of luminal membrane. |
| Lemos et al. (1994) Rats from the same cohort as Saldiva et al. (1992). N = 15/group Exposure: 6 mos | Urban air: São Paulo, mean levels of pollutants measured 200 m from police station where rats were kept: 29.05 µg/m$^3$ (0.011 ppm) $SO_2$; 1.25 ppm CO, 11.08 pb $O_3$, 35.18 µg/m$^3$ particulates | Rural air: Atibaia, agricultural town 50 km from São Paulo, considered control; air pollutant levels not measured | Nasal passage pathology: Rats housed in São Paulo had increased nasal epithelium volume, larger amounts of mucosubstances stored in epithelium, and more acidic mucus secretions in lamina propria glands. |
| Pereira et al. (1995) 4 groups of rats housed: 3 mos in São Paulo, 3 mos in São Paulo followed by 3 mos in Atibaia, 3 mos in Atibaia, or 6 mos at Atibaia. Wistar rats, male, 1.0-1.5 mos old, weight NR, N = 30/group | Urban air: São Paulo, levels of air pollutants measured were: ~8-50 µg/m$^3$ (0.003-0.019 ppm) $SO_2$, ~0.1-0.45 ppm nitrogen dioxide, ~4.8-7 ppm carbon monoxide, and ~50-120 µg/m$^3$ PM | Rural air: Atibaia, an agricultural town 50 km from São Paulo was considered the control; air pollutant levels were not measured | Lung responsiveness to methacholine: Increased respiratory system elastance resulting from increased sensitivity to methacholine in rats housed in São Paulo for 3 mos compared to all the other groups. No exposure-related effects were observed for respiratory system resistance. |

**Table E-8.     Effects of meteorological conditions on SO$_2$ effects.**

| Study | SO$_2$ | Condition | Effects |
|---|---|---|---|
| Barthélemy et al. (1988)<br><br>Rabbit, sex NR, adult, mean 2.0 kg, N = 5-10/group; animals were mechanically ventilated<br><br>Exposure: 45 min | 0.5 or 5 ppm (1.31 or 13.1 mg/m$^3$); intratracheal | Drop in air temperature from 38 °C to 15 °C | Lung resistance: Exposure to cool air for 20 min resulted in a ~54% mean increase in lung resistance. Exposure to SO$_2$ for 20 min increased lung resistance by 16% at 0.5 ppm and 50% at 5 ppm. The difference in lung resistance from warm to cold air was halved (27%) by exposure to 0.5 ppm and was not significant at 5 ppm. The authors concluded that transient alteration in tracheobronchial wall following SO$_2$ exposure may have reduced accessibility of airway nervous receptors to cold air. |
| Hälinen et al. (2000a)<br><br>Duncan-Hartley guinea pig, male, age and weight NR, N = 7-12/group, mechanically ventilated; animals were hyperventilated during cold air and SO$_2$ exposure to simulate exercise.<br><br>In pre-exposure period: 15-min exposure to warm humid air, 10-min exposure to cold dry air, and 15-min exposure to warm humid air. In the SO$_2$ exposure period: 10-min exposures to each SO$_2$ concentration in cold dry air or with cold dry air alone were preceded and followed by 15-min exposures to warm humid air | 1.0, 2.5, or 5 ppm (2.62, 6.55, or 13.1 mg/m$^3$); apparently intratracheal | Drop in intratracheal temperatures from ~35.5 °C to ~27 °C | Peak expiratory flow: Percent decreases were significantly greater with exposures to SO$_2$ in dry air at concentrations of 1.0 ppm (~32.7%) and 2.5 ppm (~35.6%) than with exposure to cold dry air (~27%); decrease at 5 ppm SO$_2$ in cold dry air (~25.3%) was similar to that with cold dry air. The effects did not persist following exposures.<br><br>Tidal volume: Percent decreases were significantly greater with exposure to SO$_2$ in cold dry air at concentrations of 1.0 ppm (~22.4%) and 2.5 ppm (~28.3%) than with exposure to cold dry air (~18.1%); decrease at 5 ppm SO$_2$ in cold dry air (~17.8%) was similar to that of cold dry air. The effects did not persist following exposures.<br><br>Bronchoalveolar lavage: The clean dry air group had significantly more macrophages, lymphocytes, and increased protein concentration in lavage than the warm humid air control. The cold dry air + SO$_2$ group had fewer macrophages than the clean dry air group and higher protein concentration than controls.<br><br>Histopathology: Increased incidence of eosinophilic infiltration within and below tracheal epithelium with exposure to cold dry air or SO$_2$ in cold dry air. |
| Hälinen et al. (2000b)<br><br>Duncan-Hartley guinea pig, male, age and weight NR, N = 8-9/group, mechanically ventilated; animals were hyperventilated during cold air and SO$_2$ exposure to simulate exercise<br><br>Exposure: 60 min | 1 ppm (2.62 mg/m$^3$); apparently intratracheal | Drop in intratracheal temperatures from ~37 °C to ~26 °C | Peak expiratory flow: Non-significant decreases compared to baseline (4.5-10.8%) at 10 and 20 min of exposure to cold dry air. With exposure to SO$_2$ in cold dry air: decreased significantly (11.4%, i.e., bronchoconstriction) compared to baseline at 10 min of exposure but recovered from 20 to 60 min of exposure. The effect with SO$_2$ exposure was not statistically significant compared to that of cold dry air alone.<br><br>Tidal volume: Decreased from baseline throughout most of the exposure period with cold dry air or SO$_2$ in cold dry air; response with SO$_2$ was more shallow than that of cold dry air alone, but statistical significance compared to cold dry air was obtained only at 60 min of exposure.<br><br>Bronchoalveolar lavage: Decreased neutrophil numbers in the SO$_2$ group compared to the warm humid air group but no significant difference compared to the cold dry air group.<br><br>Histopathology: No effect in lung or tracheobronchial airway.<br><br>General conclusions: Functional effects on the lower respiratory tract were weaker than in the previous study with 10-min exposures (Hälinen et al., 2000a). |

**Table E-9.    Cardiovascular effects of SO$_2$ and metabolites.**

| Study | Conc. | Duration | Species | Effects |
|---|---|---|---|---|
| **IN VITRO EXPOSURE** | | | | |
| Nie and Meng (2005) | Bisulfite/sulfite, 1:3 molar/molar, 10 μM | NR | Ventricular myocytes isolated from Wistar rat; adult; 200-300 g; N = 8 | Effects of the 10 μM bisulfite/sulfite mixture on sodium current included a shift of steady state inactivation curve to a more positive potential, a shift of the time-dependent recovery from inactivation curve to the left, accelerated recovery, and shortened inactivation and activation time constants. It was concluded the bisulfite/sulfite mixture stimulated cardiac sodium channels. |
| Nie and Meng (2006) | Bisulfite/sulfite, 1:3 molar/molar, 10 μM | NR | Ventricular myocytes isolated from 200-300 g; N = 8 | Effects of the 10 μM bisulfite/sulfite mixture on voltage-dependent L-type calcium current included a shift of steady-state activation and inactivation to more positive potentials, accelerated recovery from inactivation, and shortened fast and slow time inactivation constants. Authors stated that their results suggested the possibility of cardiac injury following SO$_2$ inhalation. |
| **ACUTE / SUBACUTE** | | | | |
| Hälinen et al. (2000a) | 1.0, 2.5, or 5 ppm (2.62, 6.55, or 13.1 mg/m$^3$) in cold dry air; apparently intratracheal | In pre-exposure period: 15 min exposure to warm humid air, 10 min to cold dry air, and 15 min to warm humid air. In exposure period: 10 min exposures to each SO$_2$ concentration or cold dry air were preceded and followed by 15 min exposures to warm, humid air. | Duncan-Hartley guinea pig; male; age and weight NR; N = 7-12/ group, mechanically ventilated; animals were hyperventilated during cold air and SO$_2$ exposure to simulate exercise | Arterial blood pressure increased transiently during exposure to 5 ppm SO$_2$ in cold dry air. No analyses were done to determine if the effects on blood pressure were caused by exposure to cold air or SO$_2$. |
| Hälinen et al. (2000b) | 1 ppm (2.62 mg/m$^3$) in cold dry air; apparently intratracheal | 60 min | Duncan-Hartley guinea pig; male; age and weight NR; N = 8-9/group, mechanically ventilated; animals were hyperventilated during cold air and SO$_2$ exposure to simulate exercise | Blood pressure and heart rate increased similarly with exposure to cold dry air or SO$_2$ in cold dry air. Blood pressure generally increased during the first 10-20 min of exposure and remained steady from that point forward. The increase in heart rate was gradual. No analyses were done to determine if the effects on blood pressure were caused by exposure to cold air or SO$_2$. |
| Nadziejko et al. (2004) | 1 ppm (2.62 mg/m$^3$); nose only | 4 h | F344 rat, male, 18 mos old, weight NR, N = 20 (crossover design) | SO$_2$ exposure had no effect on spontaneous arrythmia frequency in aged rats. Authors urged caution in the interpretation of effects because occurrence of arrhythmias in aged rats was sporadic and variable from day to day. |
| Meng et al. (2003a) | 10, 20, or 40 ppm (26.2, 52.4 or 105 mg/m$^3$); whole body | 6 h | Wistar rat; male; 7-8 wks old; 180-200 g; N = 10/group | A dose-related decrease in blood pressure was observed at ≥ 20 ppm. |
| Meng et al. (2003a) | 10, 20, or 40 ppm (26.2, 52.4, or 104.8 mg/m$^3$); whole body | 6 h/day for 7 days | Wistar rat, male; 7-8 wks old; 180-200 g; N = 10/group | Dose-related decreases in blood pressure were observed on exposure day 3 in the 10 ppm group, exposure days 2-6 in the 20 ppm group, and all exposure days in the 40 ppm group. The authors noted possible adaptive mechanism in the low but not the high dose group. |
| Langley-Evans et al. (1996) | 5, 50, or 100 ppm (13.1, 131, or 262 mg/m$^3$); whole body | 5 h/day for 7-28 days | Wistar rat; male; 7 wks old; weight NR; N = 4-5/treatment group, 8 controls | GSH was depleted in the heart at 5 and 100 ppm. At 50 ppm, GSH level decreased in heart at 7 days and returned to normal by 14 days. No effects were observed for other GSH-related enzymes. Injury and inflammation were not assessed in heart, but assessment in lung revealed no effect. |
| Meng et al. (2003b) | 8.4, 21, or 43 ppm (22, 56, or 112 mg/m$^3$); whole body | 6 h/day for 7 days | Kunming albino mouse; male and female; 5 wks old; 19 ± 2 g; N = 10/sex/group | Changes observed in heart (concentrations of effect) included: lower SOD activity in males and females (≥ 8.4 ppm), higher TBARS level in males and females (≥ 8.4 ppm), lower GPx activity in males (8.4 and 21 ppm; also 43 ppm according to text) and lower GSH level in males (43 ppm). Authors concluded that SO$_2$ induced oxidative damage in hearts of mice. |
| Wu and Meng (2003) | 8.4, 24.4, or 56.5 ppm (22, 64, or 148 mg/m$^3$); whole body | 6 h/day for 7 days | Kunming-strain mouse; male; age NR; 18-20 g; N = 10/group | GSH, GST, and G6PD activities were decreased in the heart at 56.5 ppm. |

**Table E-10.    Hematological effects of SO$_2$.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **ACUTE/SUBACUTE** | | | | |
| Baskurt (1988) | 0.87 ppm (2.36 mg/m$^3$); whole body | 24 h | Swiss Albino rat; male; age NR; 250-300 g; N = 51, 50 | Effects of SO$_2$ exposure included increased hematocrit, sulfhemoglobin and osmotic fragility and decreased whole blood and packed cell viscosities. RBC number, hemoglobin, mean corpuscular volume, mean corpuscular hemoglobin concentration, and plasma viscosity were not significantly altered. |
| **SUBCHRONIC** | | | | |
| Gümüşlü et al. (1998) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/wk for 8 wks | Swiss-Albino rat; male; 2.5-3.0 mos old; weight NR; N = 30 (14 controls, 16 treated) | Decreased CuZn SOD activity, increased GPx and GST activity, and increased TBARS formation were observed in RBC of treated rats. No significant effect on G6PD or catalase levels was observed. |
| Yargiçoğlu et al. (2001) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/wk for 6 wks | Albino rat, male; 3, 12, and 24 mos old; mean weight 213-448 g; N = 10/group | Enzyme and GSH activity (GPx, catalase, GSH, and GST) were increased and CuZn SOD activity was decreased in RBCs of all experimental groups compared to controls. RBCs in older rats had lower levels of all antioxidant enzymes and increased TBARS activity compared to younger rats. |
| Langley-Evans et al. (1997; 2007) | 100 ppm (286 mg/m$^3$); whole body. Units were initially reported as µg/m$^3$ but were corrected per correspondence w/author. | 5 h/day for 28 days | Wistar rat, male; 7 wks old; weight NR; N = 4-16 | Dams were fed diets containing casein at 180 [control], 120, 90, or 60 g/kg during pregnancy and their offspring were exposed to air or SO$_2$ as adults. In blood of offspring, SO$_2$ exposure significantly reduced the numbers of circulating total leukocytes and lymphocytes in the 180 and 120 g/kg dietary groups; neutrophils numbers were not affected in any group. GSH levels in the 180 and 60 g/kg (but not the two intermediate) dietary groups were reduced by SO$_2$ exposure. |
| Etlik et al. (1995) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day for 30 days | Guinea pig; sex and age NR; N = 12/group | SO$_2$ exposure resulted in RBC membrane lipoperoxidation (elevated levels of malonyldialdehyde) and other oxidative damage (elevated osmotic fragility ratios and levels of methemoglobin and sulfhemoglobin). All effects significantly (p < 0.05) mitigated by injections of Vitamin E+C three times per wk. |
| Ağar et al. (2000) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/ wk for 6 wks | Swiss Albino rat; male; 3 mos old; weight NR; N = 10/group in 4 groups | RBC parameters were monitored in non-diabetic rats, non-diabetic rats exposed to SO$_2$, alloxan-induced diabetic rats, and diabetic rats exposed to SO$_2$. In both non-diabetic and diabetic rats exposed to SO$_2$, levels of GPx, catalase, GSH, GST, and TBARS were elevated in RBC while those of SOD were reduced. |
| Etlik et al. (1997) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day for 45 days | Rat; sex and age NR; 214-222 g; N = 6-8/group | SO$_2$ exposure significantly elevated levels of methemoglobin, sulfhemoglobin and malonyldialdehyde, the latter of which was substantially reversed by Vitamin E+C treatment. RBC osmotic fragility was increased by SO$_2$, and again partially mitigated by Vitamin E+C. SO$_2$ elevated RBC, white blood cell, hemoglobin and hematocrit values, but not mean corpuscular volume, mean corpuscular hemoglobin or mean corpuscular hemoglobin concentration. Vitamin E+C exposure did not affect these parameters. |

**Table E-11.   Carcinogenic effects of SO₂.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **PULMONARY EFFECTS** | | | | |
| Gunnison et al. (1988) | 0, 10, or 30 ppm (0, 26.2, or 78.6 mg/m³) $SO_2$ (whole body) ± 1 mg B[a]P 0, 100 or 400 ppm W, or [400 ppm W + 40 ppm Mo] in a low-Mo diet, ± B[a]P (See Effects column) ± B[a]P | $SO_2$: 21 wk, 5 day/wk (minus holidays), 6 h/day High W, low Mo diet: 21 wk, 7 day/wk B[a]P: 15 wk, once per wk starting wk 4 | Rat, Sprague-Dawley; male; 9 wk old; ~315- 340 g; N = 20-74/group | Purpose was to investigate carcinogenic/cocarcinogenic effects of $SO_2$ inhalation or dietary-induced high levels of systemic sulfite/bisulfite in conjunction with tracheal installation of B[a]P. High drinking water levels of W in conjunction with low-Mo feed induce sulfite oxidase deficiency in rats, and thus high systemic levels of sulfite and bisulfite (at 0, 100 or 400 ppm W, mean plasma sulfite was 0, 0 or 44 µM, while mean tracheal sulfite + bisulfite was 33, 69 or 550 nmol/g wet wt). Mortality in B[a]P groups (~50% after ~380-430 d) was almost exclusively to SQCA of the respiratory tract; survival rate was excellent for other groups (~50% mortality after ~620-700 d). Results indicate no SQCA was induced in any of the $SO_2$ inhalation or systemic sulfite + bisulfite groups, nor were incidences in the B[a]P groups enhanced by such coexposures. This lack of cocarcinogenicity does not support the hypothesis that $SO_2$ exposure could elevate systemic sulfite/bisulfite, generating GSSO₃H, which would inhibit GST and reduce intracellular GSH, thus interfering with a major detoxication pathway for B[a]P and enhancing its carcinogenicity. Authors note that due to the high incidence of animals with tumors in the two B[a]P only groups (65/72 and 63/72), cocarcinogenicity of $SO_2$ or sulfite + bisulfite could only have been demonstrated by shortening of tumor induction time and/or increased rate of SQCA appearance—neither were observed. |
| Ohyama et al. (1999) | 0, 0.2 mL C, or (0.2 mL DEP+C ± [4 ppm (10.48 mg/m³) $SO_2$ or 6 ppm (11.28 mg/m³) $NO_2$ or 4 ppm $SO_2$ + 6 ppm $NO_2$]; whole body) [Note: 0.2 mL CBP = 1mg; 0.2 mL DEcCBP =1 mg CBP + 2.5 mg DEP] | $SO_2$ and/or $NO_2$: 10 mo, 16 h/day CBP or DEcCBP: 4 wk, once/wk by intratracheal infusion | Rat, SPF F344/Jcl; male; 6 wk old; wt NR; N = 23-30/group in 6 groups | Purpose was to study effects of DEP on rat lung tumorigenesis and possible tumor promoting effects of $SO_2$ or $NO_2$ singly or together. Alveolar hyperplasia and adenoma were significantly (p < 0.01-0.05) increased over controls in the CBP group, but not the DEcCBP group. This was ascribed to induction of alveolitis and AM infiltration (a tumor response specific to rat and of questionable relevance to human) in the former group, but apparently prevented by DEP in the latter. Alveolar bronchiolization near small hyaline masses of deposited DEcCBP was observed in all DEcCBP groups, the masses presumably allowing long-term exposure to DEP extracts by contacted alveolar epithelium. DNA adducts were found only in the three gas-exposed groups. Discounting the CBA group, elevated alveolar hyperplasia was seen only in the DEcCBP + $NO_2$ group, and elevated incidences of alveolar adenoma in the DEcCBP + $SO_2$ and particularly the DEcCBP + $NO_2$ groups; neither effect was observed with coexposure to both gases—speculated by the authors to perhaps result from inhibition of the stronger $NO_2$ promotion by $HSO_3^-$. Thus, $SO_2$ appears to have weaker capacity than $NO_2$ for promoting tumor induction (and perhaps genotoxicity) by DEP extract, and may antagonize such effects by $NO_2$ during coexposure of the gases. |
| Ito et al. (1997) | 0, C, or (25 mg SPM+C ± [4 ppm (10.48 mg/m³) $SO_2$ or 6 ppm (11.28 mg/m³) $NO_2$ or 4 ppm $SO_2$ + 6 ppm $NO_2$]); whole body | $SO_2$ and/or $NO_2$: 11 mo, 16 h/day C ± SPM: 4 wk, once/wk by intratracheal injection | Rat, SPF Fisher 344; male; 5 wk old; wt NR; N = 5/group in 6 groups | Purpose was to study effects of Tokyo air SPM, with or without coexposure to $SO_2$ or $NO_2$ or their combination, on the development of proliferative lesions of PEC. PEC hyperplasia was significantly (p < 05) increased by exposure to SPM, but coexposure to either gas or their mixture was without additional effect. No PEC papillomas were observed in control groups, while a few were seen in the SPM groups, irrespective of gas coexposures. Thus, $SO_2$ demonstrated no tumor promotion or cocarcinogenic properties. [Study did not describe the nature of the carbon (C) used.] |
| Heinrich et al. (1989) | 0 or [10 ppm (26.2 mg/m³) $SO_2$ + 5 ppm (9.4 mg/m³) $NO_2$] ± [3 or 6 mg/kg bw of DEN]; exposure to gases whole body | $SO_2$ + $NO_2$: 6, 10.5, 15, or 18 mo, 5 day/wk, 19 h/day DEN: once by s.c. injection, ~2 wk after the start of inhalation exposure | Hamster, Syrian golden; both sexes; 10 wk old; bw NR; N = 40/sex per each of 12 exposure groups | The principle focus of this large study was to examine whether two inhaled diesel-exhaust emission preparations (± particulates) could enhance the tumorigenesis of injected DEN. Ancillary aim was to study whether inhalation of the irritant $SO_2$+$NO_2$ mixture could cause similar enhancement of DEN tumorigenicity. Gas mixture exposure did not affect bw gain, but slightly shortened survival times (although significantly only for females). Apart from effects attributed to DEN, serial sacrifices showed progressive increases in ciliated tracheal cell aberrations and in number of tracheal mucosal cells. In the lung, gas mixture-related effects were limited to a progressing alveolar lesion involving lining with bronchiolar epithelium and the presence of some pigment-containing AM, and to a mild, diffuse thickening of the alveolar septa. Thus $SO_2$+$NO_2$ exposure did not by itself elevate tumor rate in the upper respiratory tract, nor did it enhance increases induced by DEN. Thus the mixture appeared to have no tumor inducing or promoting effects. |
| **NONPULMONARY EFFECTS** | | | | |
| Klein et al. (1989) | 0 or 6 ppm (0 or 15.72 mg/m³) $SO_2$, ± 0.2 ppm (600 µg/m³); whole body; NDMA | 20 mo, 5 day/wk, 4 h/day | Rat, Sprague-Dawley; female; age and wt NR; N = 36/group in 4 relevant groups | This is a preliminary report for observations after 20 mo (800 h inhalation in 200 exposures, with calculated inhaled cumulative doses of 77 mg $SO_2$ and 2-3 mg NDMA per rat). The effects of NDMA ± $SO_2$ inhalation were studied. Group mortality was as follows: control (3/36), $SO_2$ (5/36), NDMA (4/36), NDMA + $SO_2$ (7/36). The only tumors observed were nasal: control (0), $SO_2$ (0), NDMA (1), NDMA + $SO_2$ (3). No observable parameters, including body wt gain, were affected by the additional $SO_2$ exposure; assessment of tumor incidence effects could not yet be performed. |

**Table E-12.    Nervous system effects of $SO_2$ and metabolites.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **IN VITRO / EX VIVO** | | | | |
| Du and Meng (2004a) | 1, 10, 50, or 100 µM $SO_2$ derivatives (1:3, $NaHSO_3$ to $Na_2SO_3$) | Not specified | Wistar rat; sex NR; 6-12 days old; weight and number NR; typical observations made on 60 isolated hippocampal neurons per concentration | Exposure to $SO_2$ derivatives (sulfite, bisulfite) reversibly increased the amplitude of potassium channel TOCs in a dose-dependent and voltage-dependent manner. Compared to controls, 10 µM $SO_2$ shifted inactivation of depolarization toward more positive potentials without significantly affecting the activation process. By increasing maximal TOC conductance and delaying TOC inactivation, micromolar concentrations of $SO_2$ derivatives may increase the excitability of hippocampal neurons and thus contribute to the enhanced neuronal activity associated with $SO_2$ intoxication. |
| Du and Meng (2004b) | 1 or 10 µM $SO_2$ derivatives (1:3, $NaHSO_3$ to $Na_2SO_3$) | 2-4 min | Wistar rat; both sexes; 10-15 days old; weight and number NR; N = 6-13 isolated dorsal root ganglion neurons averaged per endpoint | Maximum sodium current amplitudes for both TTX-S and TTX-R channels were increased by exposure to $SO_2$ derivatives (10 or 1 µM, respectively), with amplitudes diminished at more negative evoking potentials and enhanced at less negative or positive potentials. $SO_2$ derivatives (a) slowed both current activation and inactivation for both types of sodium channels; (b) shifted activation currents to more positive potentials, increasing threshold voltages for action potential generation and contributing to reduced neuron excitability; and (c) caused even larger counteracting positive shifts in inactivation voltages tending to increase dorsal root ganglion neuron excitability. On balance, the data suggest micromolar concentrations of sulfite/bisulfite can increase the excitability of dorsal root ganglion neurons, providing a basis for $SO_2$-associated neurotoxicity. |
| Du and Meng (2006) | 0.01, 0.1, 0.5, or 1 µM $SO_2$ derivatives (1:3, $NaHSO_3$ to $Na_2SO_3$) | Not specified, but brief ("added to the external solution just before each experiment") | Wistar rat; both sexes; 10-15 days old; weight and number NR; N = 6-15 isolated dorsal root ganglion neurons averaged per endpoint | In isolated dorsal root ganglion neurons, $SO_2$ derivatives increased HVA-$I_{Ca}$ amplitudes in a concentration- and positive voltage-dependent manner ($EC_{50}$ was ~0.4 µM) by altering Ca channel properties. This effect was partially reversible by $SO_2$ derivative washout, and was PKI-inhibitable, indicating involvement of PKA and secondary messengers. Additionally, exposure caused a positive shift in reversal potential. $SO_2$ derivatives also delayed activation and inactivation of Ca channels, but the latter was more pronounced, thus overall prolonging action potential duration and increasing HVA-$I_{Ca}$. Exposure also slowed the fast component and accelerated the slow component of recovery from Ca channel inactivation. Thus, ≤ 1 µM sulfite/bisulfite caused prolonged opening and altered properties of Ca channels, elevated HVA-$I_{Ca}$, and abnormal Ca signaling with neuronal cell injury. Authors speculate these effects may correlate with $SO_2$ inhalation toxicity, perhaps leading to abnormal regulation via peripheral neuron Ca channels of nociceptive impulse transmission. |
| **ACUTE / SUBACUTE / SUBCHRONIC** | | | | |
| Wu and Meng (2003) | 8.4, 24.4, or 56.5 ppm (22, 64, or 148 mg/m³); whole body | 6 h/day for 7 days | Kunming-strain mouse; male; age NR; 18-20 g; N = 10/group | Decreased glutathione, G6PD, and GST activities were observed in the brain at 24.4 and 56.5 ppm. |
| Haider et al. (1981) | 10 ppm (26.2 mg/m³); whole body | 1 h/day for 21 or 24 days | Guinea pig; sex NR; adult; 250-500 g; N = 12/group (6/subgroup) | The effects of $SO_2$ exposure on lipid profiles, lipid peroxidation and lipase activity in three regions of the brain (cerebral hemisphere, CH; cerebellum, CB; brain stem, BS) were examined. Significant ($p < 0.001$-$0.05$) findings include reductions in total lipids (CH, BS; also CB, but nonsignificant) and free fatty acids (CH, CB, BS). PL were elevated in CH, but reduced in CB; Chol was elevated in CH, but reduced in CB and BS; and esterified fatty acids were elevated in CB, but reduced in CH and BS. Levels of malonaldehyde and lipase activity were elevated in all regions. Results indicate that subacute brief exposures to $SO_2$ can lead to degradation of brain lipids, with the exact nature of the lipid alterations dependent upon brain region. |

| Study | Concentration | Duration | Species | Effects |
|-------|---------------|----------|---------|---------|
| Haider et al. (1982) | 10 ppm (26.2 mg/m³); whole body | 1 h/day for 30 days | Charles Foster rat; male; adult; 150-200 g; N = 12/group (6/subgroup) | The effects of $SO_2$ exposure on lipid profiles, lipid peroxidation and lipase activity in three regions of the brain (cerebral hemisphere, CH; cerebellum, CB; brain stem, BS) were examined. Significant ($p < 0.001$-0.05) findings include reductions in total lipids (CH, BS, CB), while PL were elevated only in CB. Chol was elevated in CH and CB, but not BS; and gangliosides were elevated in CB and BS, but reduced in CH. Lipid peroxidation (malonaldehyde formation) was elevated in whole brain and all regions (although nonsignificantly in BS), as was lipase activity in CH, the only tissue examined. Despite regional differences in PL and Chol changes, Chol/PL ratios were elevated in all three brain regions (again nonsignificantly in BS). Results are somewhat different than those seen in guinea pig (Haider et al., 1981), but again suggest that subacute brief exposures to $SO_2$ can lead to degradation of brain lipids, with the exact nature of the lipid alterations dependent upon brain region. |
| Haider and Hasan (1984) | 10 ppm (26.2 mg/m³) $SO_2$ alternated with 20 ppm (14.7 mg/m³) $H_2S$; whole body | 1 h/day for 30 days (alternating $SO_2$ or $H_2S$) | Guinea pig; sex and age NR; 250-400 g; N = 18/group in 2 groups (6/group in some subgroups) | The effects of alternating $SO_2$ + $H_2S$ exposure on lipid profiles, lipid peroxidation and lipase activity in four regions of the brain (cerebral hemisphere, CH; basal ganglia, BG; cerebellum, CB; brain stem, BS) and in the spinal cord (SC) were examined. Significant ($p < 0.001$-0.05) findings include reductions in total lipids and Chol, and elevated lipid peroxidation (malonaldehyde formation) and lipase activity, in all brain regions and SC. Chol/PL ratios were also reduced in all tissues (but nonsignificantly in BG and CB). For other parameters (PL, free fatty acids, esterified fatty acids, and gangliosides), changes were observed in most tissues but were region-specific. Results indicate that subacute brief, alternating exposures to $SO_2$ or $H_2S$ lead to degradation of brain lipids, again with the exact nature of the lipid alterations dependent upon brain/spinal cord region. Additionally, some of the effects observed for this mixture vary from those seen with $SO_2$ alone (Haider et al., 1981; 1982). |
| Ağar et al. (2000) | 10 ppm (26.2 mg/m³) (± iv alloxan to induce experimental type 1 diabetes); whole body | 1 h/day, 7 days/wk for 6 wks | Swiss albino rat; male; 3 mos old; weight NR; N = 10/group in 4 groups | In retina tissue, exposure elevated SOD activity and reduced GPx and catalase activities. TBARS were elevated only in non-diabetic rats exposed to $SO_2$. In brain tissue, exposure elevated SOD and reduced GPx activities in both non-diabetics and diabetics, while catalase activities were not affected; TBARS were elevated in both non-diabetics and diabetics. With respect to VEPs, exposure prolonged latencies in 4 of 5 VEP components in non-diabetics and 5 of 5 in diabetics, while reducing virtually all peak-to-peak amplitudes in non-diabetics and diabetics. For many endpoints, $SO_2$ effects were additive to those resulting from the induced diabetic condition. In summary, brain and retinal anti-oxidant and lipid peroxidation status, as well as neuro-visual performance were affected by subchronic exposure to brief periods of 10 ppm $SO_2$, and these effects were exacerbated by a diabetic condition. |

**SUBCHRONIC / CHRONIC**

| Study | Concentration | Duration | Species | Effects |
|-------|---------------|----------|---------|---------|
| Küçükatay et al. (2003) | 10 ppm (26.2 mg/m³) (± iv alloxan to induce experimental type 1 diabetes); whole body | 1 h/day, 7 days/wk for 6 wks | Rat; male; 3 mos old; weight not reported; N = 10/group in 4 groups | In brain tissue, $SO_2$ exposure elevated SOD and reduced GPx activities in both non-diabetics and diabetics, while catalase activities were not affected; TBARS were elevated in both non-diabetics and diabetics. With respect to afferent peripheral nerve pathways (SEPs), exposure prolonged latencies in 4 of 4 SEP components in both non-diabetics and diabetics; also altered were some inter-peak latencies (non-diabetics and diabetics) and some peak-to-peak amplitudes (non-diabetics only). In some cases, $SO_2$ effects were additive to those resulting from the induced diabetic condition. In summary, brain anti-oxidant and lipid peroxidation status, as well as afferent peripheral nerve pathways, were affected by subchronic exposure to 10 ppm $SO_2$, and these effects were exacerbated by a diabetic condition. Authors suggest that $SO_2$ exposure could potentiate the incidence and/or severity of diabetes. |

| Study | Concentration | Duration | Species | Effects |
|-------|---------------|----------|---------|---------|
| Yargiçoğlu et al. (1999) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/wk for 6 wks | Swiss albino rat; male; 3, 12, or 24 mos old; weight NR; N = 10/group in 6 groups | Effects of aging ± SO$_2$ exposure on levels of lipid peroxidation (TBARS), antioxidant enzyme status (catalase, GPx, SOD), and afferent peripheral nerve pathways (SEPs) were monitored in the brain of young (Y, 3 mo), middle-aged (M, 12 mo) and old (O, 24 mo) rats. In addition to age-related changes, SO$_2$ exposure significantly (p < 0.0001-0.02) elevated TBARS and SOD, while reducing GPx (Y, M, O); catalase levels were not affected. Of 4 monitored SEP component peaks, SO$_2$ significantly (p < 0.01-0.05) prolonged latencies in groups Y (4/4) and M (1/4), but not in O (0/4). Peak-to-peak amplitudes were decreased in Y, (2/3) and increased in M (1/3), but not affected in O (0/3). Taken together, these data indicate that subchronic exposure to brief periods of 10 ppm SO$_2$ can impact afferent peripheral nerve pathways and the lipid peroxidation and antioxidant enzyme status of the brain. |
| Kilic (2003) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/wk for 6 wks | Swiss albino rat; male; 3, 12, or 24 mos old; weight NR; N = 10/group in 6 groups | Effects of aging ± SO$_2$ exposure on levels of lipid peroxidation (TBARS), antioxidant enzyme status (catalase, GPx, SOD), and visual system function (VEPs) were monitored in the brain and eye (retina and lens) of young (Y, 3 mo), middle-aged (M, 12 mo) and old (O, 24 mo) rats. In addition to age-related changes, SO$_2$ exposure significantly (p < 0.0001-0.04) elevated TBARS in brain and lens (Y, M, O), and in retina (Y); reduced GPx in brain (Y) and lens (Y, M, O); reduced catalase in retina (Y, M, O); and elevated SOD in brain (Y, M), retina (Y, M, O) and lens (M, O). Of 5 monitored VEP component peaks, SO$_2$ prolonged latencies in groups Y (4/5), M (3/5) and O (1/5). Taken together, these data indicate that subchronic exposure to brief periods of 10 ppm SO$_2$ can impact the visual system and the lipid peroxidation and antioxidant enzyme status of the brain and eye. |

**NEUROBEHAVIOR**

| Study | Concentration | Duration | Species | Effects |
|-------|---------------|----------|---------|---------|
| Petruzzi et al. (1996) | 5, 12, or 30 ppm (13.1, 31.4, or 78.6 mg/m$^3$); whole body | Near continuous (80% of time) exposure from 9 days before mating through the 12-14th day of pregnancy | CD-1 mouse, adult male and female parental animals were exposed (N = 10/group/sex) (N = 8 litters/group, fostered by unexposed dams at birth) were evaluated at 2-18 days of age; adult male offspring also evaluated (N = 8/group) | Adults: Observation of behavior outside the exposure chamber on exposure days 3, 6, and 9 revealed dose-related increases in digging and decreases in grooming by females in the 30 ppm group on exposure day 9; non-dose related increases were observed for crossing and wall rearing by females in the 30 ppm group on exposure day 9. Observance of behaviors in 2 breeding pairs/group in the 12 and 30 ppm groups revealed increased rearing and social interaction in the 30 ppm group shortly after the start of exposure, followed by return to baseline levels; effects were generally of greater magnitude in males. |

**Table E-13.**   **Reproductive and developmental effects of $SO_2$.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| Meng and Bai (2004) | 8.4, 21, or 43 ppm (22, 56, or 112 mg/m$^3$); whole body | 6 h/day for 7 days | Kunming albino mouse; male; 5 wks old; 19 ± 2 g; N = 10/group | Changes observed in mouse testes (concentrations of effects) included decreased activities of SOD (43 ppm, possibly at 21 ppm according to text) and GPx (≥ 21 ppm), increased catalase activity (8.4 and 21 ppm), decreased GSH level (≥ 21 ppm), and increased TBARS levels (≥ 8.4 ppm). The authors concluded that $SO_2$ can induce oxidative damage in testes of mice. |
| Gunnison et al. (1987) | 10 or 30 ppm (26.2 or 78.6 mg/m$^3$); whole body | 6 h/day, ~5 days/wk for 21 wks (total of 99 days) | Sprague-Dawley CD rat; male; 8 wks old; weight NR; N = 70/group in 3 groups (inhalation series) | No significant (p < 0.05) effect on testes histopathology was found, although there was a very slight and probably biologically insignificant increase in relative testes weight. (0.61 ± 0.02 vs. 0.56 ± 0.02, % body weight). |
| Singh (1989) | 32 or 65 ppm (83.8 or 170 mg/m$^3$); whole body | Gestation day 7-18 | CD-1 mouse dams were exposed; numbers of dams exposed and offspring evaluated not indicated | No significant effects were observed for number of live pups born/litter. Pup birth weight was lower at 65 ppm. Righting and negative geotaxis reflexes were delayed at both concentrations. |
| Petruzzi et al. (1996) | 5, 12, or 30 ppm (13.1, 31.4, or 78.6 mg/m$^3$); whole body | Near continuous (80% of time) exposure from 9 days before mating through the 12-14th day of pregnancy | CD-1 mouse; adult male and female parental animals were exposed (N = 10/group/sex) and male and female offspring (N = 8 litters/group, fostered by unexposed dams at birth) were evaluated at 2-18 days of age; adult male offspring also evaluated (N = 8/group) | Decreased food and water intake were observed in parental males and females of the 12 and 30 ppm groups at the start of mating (exposure days 9-13). No effects observed for mating or successful pregnancies. There were no effects on litter sizes, sex ratio, or neonatal mortality (data not shown by authors). No effects observed for birth weight, postnatal body weight gain, somatic and neurobehavioral development (e.g., eyelid and ear opening, incisor eruption, and reflex development); no postnatal developmental data were shown by authors. No effects observed in passive avoidance testing of adult males. |
| Fiore et al. (1998) | 5, 12, or 30 ppm (13.1, 31.4, or 78.6 mg/m$^3$); whole body | Near continuous (90% of time) exposure from 9 days before mating through the 14th day of pregnancy | CD-1 mouse; adult male and female parental animals were exposed and adult male offspring (fostered by unexposed dams at birth) were evaluated at ~120 days of age, N = 11-12 offspring/group | In 20-min encounters with unexposed males, prenatally-exposed males compared to controls displayed (dose(s) of effect, time of testing effect observed) increased duration of self grooming (5 ppm, 15-20 min), decreased frequency and duration of tail rattling (≥ 5 ppm at 5-10 min and 12 ppm at 10-15 min), and decreased duration of defensive postures (≥ 12 ppm, 0-5 min). Authors also noted a non-significant decrease in freezing (apparently at all dose levels) and non-significant increases in social exploration (apparently at all doses) and rearing (apparently at ≥ 12 ppm). |
| Douglas et al. (1994) | 5 ppm (13.1 mg/m$^3$); whole body | 2 h/day for 13 wks | New Zealand White rabbit; male and female; N = 3-4/group; 1-day-old; immunized against *Alternaria tenuis* | Following subchronic exposure beginning in the neonatal period, there were no effects on lung resistance, dynamic compliance, transpulmonary pressure, tidal volume, respiration rate, or min volume. |

**Table E-14.   Endocrine system effects of SO$_2$.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| Lovati et al. (1996) | 5 or 10 ppm (13.1 or 26.2 mg/m$^3$); whole body | 24 h/day for 15 days | Sprague-Dawley CD rat; male; age NR; 250-275 g; N = 9/subgroup in 9 subgroups | Subjects were rats fed standard diet (normal) or high cholesterol diet, and rats with streptozotocin-induced diabetes fed standard diet. In diabetic rats, there was no effect on glucose levels. Exposure to ≥ 5 ppm lowered plasma insulin level in normal and hypercholesterolemic diet groups, but elevated it (non-significantly) in diabetic rats. In each rat model, inhalation of SO$_2$ at levels without overt effects affected insulin levels. Specific effects varied according to diet or diabetes. |
| Ağar et al. (2000) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/wk for 6 wks | Swiss Albino rat; male; 3 mos old; weight NR; N = 10/group | Effects were compared in non-diabetic rats and rats with alloxan-induced diabetes. SO$_2$ increased blood glucose in diabetic and non-diabetic rats. |
| Küçükatay et al. (2003) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/wk for 6 wks | Rat, male; 3 mos old; weight NR; N = 10/group in 4 groups | Effects were compared in normal rats and rats with alloxan-induced diabetes. SO$_2$ elevated blood glucose levels in both non-diabetics and diabetics. |

**Table E-15.   Liver and gastrointestinal effects of SO$_2$.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **SUBACUTE / SUBCHRONIC** | | | | |
| Meng et al. (2003c) | 7.86, 20, or 40 ppm (22, 56, or 112 mg/m$^3$) per author conversion; whole body | 6 h/day for 7 days | Kunming albino mouse, male and female; 5 wks old; 19 ± 2 g; N = 6/sex/subgroup | Effects observed in stomach (concentration of effect) included: increase in SOD activity (7.86 ppm, males only) and TBARS level (≥ 7.86 ppm) and decreases in SOD (≥ 20 ppm, males only) and GPx activities (≥ 20 ppm, males only) and GSH level (40 ppm). Effects observed in intestine were increases in catalase activity (≥ 20 ppm in males, 40 ppm in females) and TBARS level (≥ 20 ppm) and decreases in SOD (≥ 7.86 ppm) and GPx (≥ 20 ppm) activities and GSH level (≥ 7.86 ppm). |
| Wu and Meng (2003) | 8.4, 24.4, or 56.5 ppm (22, 64, or 148 mg/m$^3$); whole body | 6 h/day for 7 days | Kunming-strain mouse; male; age NR; 18-20 g; N = 10/group | No effects were observed in the liver at 8.4 or 24.4 ppm. GST and G6PD activities and GSH level were decreased at 56.5 ppm. |
| Bai and Meng (2005b) | 5.35, 10.70, or 21.40 ppm (14, 28, or 56 mg/m$^3$); whole body | 6 h/day for 7 days | Wistar rat; male; age NR; 180-200 g; N = 6/group in 4 groups | Significant and concentration-dependent changes in mRNA (mid and high concentrations) and protein expression (all concentrations) included increases for *bax* and p53 apoptosis-promoting genes, and decrease for *bcl-2* apoptosis-repressing gene. Authors speculated potential impact on human apoptosis-deficient diseases. |
| Qin and Meng (2005) | 5.35, 10.70, or 21.40 ppm (14, 28, or 56 mg/m$^3$); whole body | 6 h/day for 7 days | Wistar rat; male; age NR; 180-200 g; N = 6/group in 4 groups | SO$_2$ caused significant concentration-dependent reductions in liver enzyme activities and gene expression for CYP1A1 and CYP1A2. Effects were seen at the mid and high concentrations (only high for CYP1A1 enzyme activity), but not the low. Authors speculate that underlying mechanisms may involve oxidative stress and/or cytokine release, and may represent an adaptive response to minimize cell damage. |

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| Lovati et al. (1996) | 5 or 10 ppm (13.1 or 26.2 mg/m³); whole body | 24 h/day for 15 days | Sprague-Dawley CD rat; male; age NR; 250-275 g; N = 9/subgroup | Subjects were rats fed standard diet (normal) or high cholesterol diet, and rats with streptozotocin-induced diabetes fed standard diet. $SO_2$ (≥ 5 ppm) elevated plasma triglycerides in normal and hypercholesterolemic groups, while 10 ppm lowered plasma high density lipoprotein cholesterol in hypercholesterolemic rats. In diabetic rats, 10 ppm $SO_2$ lowered triglycerides and free fatty acids without affecting high density lipoprotein cholesterol or total cholesterol. In the liver, $SO_2$ elevated triglycerides in normal and hypercholesterolemic groups (at 10 ppm), but lowered it in diabetic rats (at ≥ 5 ppm); esterified cholesterol was elevated in normal rats (at 10 ppm), but lowered in diabetic rats (at ≥ 5ppm), and free cholesterol was unchanged in all groups. In normal rats, triglycerides secretion rate was inhibited by 10 ppm $SO_2$. $SO_2$ caused several changes in plasma apolipoprotein composition in normal and hypercholesterolemic groups, but not in diabetic rats. Leukotriene parameters were not affected. Thus, in each rat model, inhalation of $SO_2$ at levels without overt effects affected plasma and tissue lipid content. Specific effects varied according to diet or diabetes. |
| Langley-Evans et al. (1996) | 5, 50, or 100 ppm (13.1, 131, or 262 mg/m³); whole body | 5 h/day for 7-28 days | Wistar rat; male; 7 wks old; weight NR; N = 4-5/treatment group, 8 controls | GSH was depleted in the liver at 5 and 100 ppm but not at 50 ppm. With respect to GSH-related enzymes, exposure to 5 ppm decreased GRed and GST activity in the liver. Exposure to 50 ppm did not affect liver GST, but decreased liver GRed and GPx. |
| Langley-Evans et al. (1997); Langley-Evans (2007) | 100 ppm (286 mg/m³); whole body<br><br>Units were incorrectly reported as µg/m³ in the study but were corrected according to information provided by study author | 5 h/day for 28 days | Wistar rat; male; 7 wks old; weight NR; N = 4-16 | Adult rats exposed to air or $SO_2$ were born to dams fed diets with varying casein contents (180 [control], 120, 90 or 60 g/kg) during gestation. In the liver, $SO_2$ exposure elevated GSH level in the 120 g/kg dietary group but lowered it in the 60 g/kg dietary group. $SO_2$ did not affect liver GST in any group. $SO_2$ increased GCS levels in the 180 and 90 g/kg groups, GPx in the 60 g/kg group, and GRed in the 120 and 90 g/kg groups. This study provides information for an extremely high concentration level but is being acknowledged here with the unit corrected to verify that a low-concentration level study was not missed. |
| Gunnison et al. (1987) | 10 or 30 ppm (26.2 or 78.6 mg/m³); whole body | 6 h/day, ~5 days/wk for 21 wks (total of 99 days) | Sprague-Dawley CD rat; male; 8 wks old; weight NR; N = 70/group in 3 groups (inhalation series) | No effects on relative liver weight or histopathology were found. |
| Ağar et al. (2000) | 10 ppm (26.2 mg/m³); whole body | 1 h/day, 7 days/wk for 6 wks | Swiss Albino rat; male; 3 mos old; weight NR; N = 10/group | Effects were compared in non-diabetic rats, non-diabetic rats exposed to $SO_2$, alloxan-induced diabetic rats, and diabetic rats exposed to $SO_2$. $SO_2$ increased blood glucose in all groups, but did not affect total cholesterol, high density lipoprotein cholesterol, low density lipoprotein cholesterol, very low density lipoprotein cholesterol, or triglyceride levels in either normal or diabetic rats. |
| Küçükatay et al. (2003) | 10 ppm (26.2 mg/m³); whole body | 1 h/day, 7 days/wk for 6 wks | Rat; male; 3 mos old; weight NR; N = 10/group in 4 groups | Effects compared in normal rats and rats with alloxan-induced diabetes. Among the significant effects observed, $SO_2$ exposure enhanced the body weight loss seen in the diabetic group, but did not affect body weight gain in the control group. $SO_2$ elevated blood glucose levels in both controls and diabetics, but lowered triglycerides only in diabetics. Cholesterol parameters were not affected. |

**Table E-16.    Renal effects of $SO_2$.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| Wu and Meng (2003) | 8.4, 24.4, or 56.5 ppm (22, 64, or 148 mg/m³) | 6 h/day for 7 days | Kunming-strain mouse; male; age NR; 18-20 g; N = 10/group | GST was decreased in the kidney at 24.4, or 56.5 ppm (64 and 148 mg/m³) and G6PD activity was decreased at 56.5 ppm (148 mg/m³). Kidney GSH levels were reduced at all exposure levels. |
| Langley-Evans et al. (1996) | 5, 50, or 100 ppm (13.1, 131, or 262 mg/m³) | 5 h/day for 7-28 days | Wistar rat; male; 7 wks old; weight NR; N = 4-5/treatment group, 8 controls | GSH was depleted in the kidney in the 5 and 100 ppm groups but not in the 50 ppm group. No effects were observed for other GSH-related enzymes. |

**Table E-17.    Respiratory System – Effect of $SO_2$ on morphology.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **ACUTE / SUBACUTE** | | | | |
| Conner et al. (1985) | 1 ppm (2.6 mg/m³); nose only | 3 h/day for 6 days; animals evaluated for up to 72 h following exposure | Hartley guinea pig; male; age NR; 250-320 g; N = 14/group/time point | In combined group of $SO_2$–exposed animals and furnace gas controls, no alveolar lesions were observed. |
| **SUBCHRONIC / CHRONIC** | | | | |
| Wolff et al. (1989) | 5 ppm (13 mg/m³); nose only | 2 h/day, 5 days/wk for 4 wks | F344/Crl rat; male and female; 10-11 wks old; weight NR; N = 3/sex/ group | No nasal or pulmonary lesions. |
| Smith et al. (1989) | 1 ppm (2.62 mg/m³); whole body | 5 h/day, 5 days/wk for 4 or 8 mos; half the animals in the 8-mo group were allowed to recover for 3 mos. | Sprague-Dawley rat; male; young adult; initial weight NR; N = 12-15/data point | At 4 mos of $SO_2$ exposure, increases were observed for incidence of bronchial epithelial hyperplasia (80 vs. 40% in controls) and numbers of nonciliated epithelial cells (31.1 vs. 27.7% in controls); neither effect persisted past 4 mos of exposure. |
| Gunnison et al., (1987) | 10 and 30 ppm | 6 h/day and 5 day/wk for 21 wks | Sprague-Dawley CD rat; 8 week of age | Mild epithelial hyperplasia in the trachea and larger bronchi, mucoid degeneration and desquamation of epithelium of the larger bronchi. |

**Table E-18.    Respiratory System – Effects of $SO_2$ exposure on host lung defenses.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **CLEARANCE – SUBCHRONIC** | | | | |
| Wolff et al. (1989) | 5 ppm (13.1 mg/m³); nose only | 2 h/day, 5 days/wk for 4 wks | F344/Crl rat; male and female; 10-11 wks old; weight NR; N = 6/sex/group | There was no effect on pulmonary clearance of radiolabeled aluminosilicate particles (MMAD 1.0 micron). |
| **IMMUNE RESPONSES – ACUTE / SUBACUTE** | | | | |
| Jakab et al. (1996) | 10 ppm (26.2 mg/m³); nose only | 4 h | Specific pathogen-free white Swiss mouse; female; 5 wks old; 20-23 g; N = 5/ group | No effect was observed on in situ Fc receptor-mediated phagocytosis of sheep red blood cells by AM, which was assessed 3 days after exposure to $SO_2$. |
| Clarke et al. (2000) | 10 ppm (26.2 mg/m³) $SO_2$; nose only | 4 h | Outbred Swiss mouse; female; age and weight NR; N = 10/experimental value | No effect on in situ AM phagocytosis (data not shown) or on intrapulmonary bactericidal activity toward *Staphylococcus aureus*. |
| Azoulay-Dupuis et al. (1982) | 10 ppm (26.2 mg/m³); whole body | 24 h, 1 wk, 2 wks, or 3 wks | OF₁ mouse; female; age NR; mean 20.6 g; N = 768 (32/group) | Respiratory challenge with *Klebsiella pneumoniae* resulted in increased mortality and decreased survival time in the 1, 2, and 3 wk $SO_2$ exposure groups compared to controls. Differences did not correlate with exposure length. |
| **EX VIVO** | | | | |
| Blanquart et al. (1995) | 0, 5,10, 20, 30, or 50 ppm (0, 13.1, 26.2, 52.4, or 131 mg/m³) $SO_2$ | | Fauve de Bourgogne rabbit; 1 mo old; tracheal epithelium explants | Relative to control cultures, cell viability was not reduced at 5 and 10 ppm, but was at 30 ppm (~70%) and 50 ppm (~60%). Ciliary beat frequency was significantly reduced (p < 0.05) at 10-30 ppm, and was correlated with swollen mitochondria and depletion of cellular ATP, as well as with blebbing of ciliated or microvilli-covered cells and with aggregation and flattening of cilia. |
| Riechelmann et al. (1995) | 2.9, 5.7, 8.6, 11.5, or 14.3 ppm (7.5, 15, 22.5, 30, or 37.5 mg/m³); ex vivo exposure of trachea | 30 min | Guinea pig; sex, age, and weight NR; N = 4-8/group | No remarkable morphologic abnormalities in the tracheal mucociliary system of the 2.9 ppm group, though slight vacuolization, rare membrane blebs, and slightly widened intercellular spaces were observed. Abnormalities in the 5.7 and 8.6 ppm groups were similar and included loosened contact to the basal membrane, extensive intracellular edema and vacuolization, swollen mitochondria, polypoid extrusions and huge blebs in the cell membrane and ciliary membrane, widened intercellular space, and disrupted tight junctions. Additional abnormalities in the 11.5 and 14.3 ppm groups included marked epithelial sloughing, occasionally disrupted cell membranes and microtubules, and frequently disrupted ciliary membranes. Tracheal mucociliary activity was significantly decreased in all exposure groups (from 8.7 ± 1.0 Hz [controls] to 4.0 ± 1.1, 3.4 ± 2.7, 1.8 ± 2.2, 1.5 ± 1.8, and 2.0 ± 1.2 Hz in the 7.5, 15, 22.5, 30, and 37.5 mg/m³ groups, respectively). |
| Knorst et al. (1994) | 2.5, 5.0, 7.5, 10.0, or 12.5 ppm (6.6, 13.1, 19.7, 26.2, or 32.8 mg/m³); ex vivo exposure of trachea | 30 min | Guinea pig; sex, age, and weight NR; N = 4-7/group | 63% decrease in tracheal mucociliary activity at 2.5 ppm with dose-dependent decrease to 81% at 7.5 ppm; higher concentrations did not further decrease mucociliary activity. Ciliary beat frequency decreased by 45% at 5.0 ppm with dose-dependent decrease to 72% at 12.5 ppm. All reductions are relative to baseline values; no effect on controls for either parameter. |

**Table E-19.    Genotoxic effects of $SO_2$ and metabolites.**

| Study | Concentration | Duration | Species/System | Effects |
|---|---|---|---|---|
| **"POINT MUTATION" [1] IN VITRO** | | | | |
| Pool-Zobel et al. (1990) | 0 or 50 ppm (131 mg/m³) $SO_2$ or the equivalent agar concentration of $SO_2^{2-}$, 15 μg/ml) | 48 h | Rat, Sprague-Dawley, female, liver enzyme preparations | In vitro induction of reverse mutation in cultures of *S. typhimurium* strain TA98 was not affected by incubating the bacterial-B[a]P-liver S9 enzyme activation system in the presence of $SO_2$/sulfite. An ancillary finding from the 0 μg B[a]P control exposures is that $SO_2$/sulfite itself did not appear mutagenic. |
| **CYTOGENETIC AND DNA DAMAGE [2] IN VITRO** | | | | |
| Pool et al. (1988b) | 0, 20, 50 or 200 ppm (0, 52.4, 131 or 524 mg/m³) $SO_2$<br><br>0, 0.1, 0.2 or 0.4 mM $SO_3^{2-}$<br><br>0 or 2.5 μmol $HSO_3^-$ per microtiter plate well<br><br>0, 0.1, 0.2 or 0.4 mM $SO_4^{2-}$<br><br>0 or 10 μmol $MgSO_4$ per tube | 1-24 h | Hamster, Syrian golden/ fetal lung cells (FHLC, gestational day 15)<br><br>Rat, Sprague- Dawley; male; age NR; ~200g, hepatocytes<br><br>Chinese hamster ovary cell line transformed by SV40, CO60 cells<br><br>Precinorm U (human serum standard) | Toxicity and genotoxicity of $SO_2$, sulfite/bisulfite and sulfate (also $NO_2/NO_x$) were variously assessed in several in vitro test systems. It was noted that medium pH remained stable at $[SO_2] \leq 200$ ppm. Precinorm LDH activity was substantially inhibited by 50 ppm $SO_2$ after 1-3 h, and by 0.1 mM sulfite ion almost immediately, but not by 0.1 mM sulfate ion; AST was modestly inhibited after 5 h by 200 ppm $SO_2$; other monitored enzymes were not affected. While trypan blue exclusion was not affected, $SO_2$ cytotoxicity to FHLC was demonstrated at 20 ppm by reduced plating efficiency; at 50 ppm, enzyme activity leaked into culture medium was reduced only for AP and especially LDH (not other enzymes). 200 ppm $SO_2$ did not induce DNA damage (single-strand breaks) by itself in either FHLC or rat hepato-cytes, but did somewhat reduce that induced by AMMN. In hepatocytes, incubation with $MgSO_4$ also caused a small reduction in AMMN-induced DNA damage by $SO_2$. A 1 h exposure to 200 ppm $SO_2$ did not induce selective amplification of SV40 DNA in CO60 cells, nor affect that induced by DMBA or B[a]P. However, while nitrite was not affecting induction by DMBA or B[a]P, $HSO_3^-$ added directly to the medium for 24 h did induce SV40 DNA amplification on its own. Authors appear to suggest this might result from arrest of cells in mid-S phase, which leads to DNA amplification. Thus, principal findings include inhibition of LDH by $SO_2$ or sulfite that could impair the cellular energy system; such an impairment could be responsible (possibly along with $SO_4^{2-}$ conjugation of reactive intermediates) for the observed inhibition of AMMN-induced DNA damage by $SO_2$. Further, $SO_2$ does not appear by itself to induce DNA damage. |
| Shi and Mao (1994) | 3 mM $SO_3^{2-}$ | 40 min (test tube reactions) | dG or DNA | Test tube reaction mixtures that caused sulfite to oxidize to sulfur trioxide radical resulted in the hydroxylation of dG (8-OHdG) and the generation of DNA double strand breaks. |
| Shi (1994) | 5 mM $SO_3^{2-}$ (as $Na_2SO_3$) | 1.5 h (test tube reaction) | Dg | Test tube reaction of sulfite ion with $H_2O_2$ shown to generate hydroxyl radicals capable of hydroxylating dG to the DNA damage marker, 8-OHdG. Furthermore, incubation of sulfite with nitrite or various transition metal ions was shown to generate sulfur trioxide anion radical. |
| **CYTOGENETIC AND DNA DAMAGE [2] ACUTE / SUBACUTE** | | | | |
| Ruan et al. (2003) | 0 ppm $SO_2$ (+ 0 or 8 mg/kg bw SSO) or 10.7 ppm (28 mg/m³) $SO_2$ (+ 0, 2, 4, 6 or 8 mg/kg bw SSO); whole body | ± SSO ip on days 1-3; then $SO_2$ for 5 day (Days 4-8), 6 h/day | Kunming mouse; male and female; ~6 wk old; 20-25 g; N = 6/sex/conc. | Subacute inhalation of 10.7 ppm (28 mg/m³) $SO_2$ induced a significant (p < 0.001) 10-fold increase in mouse bone marrow MNPCE, which was partially mitigated in dose-dependent fashion by pretreatment with SSO, a complex natural anti-oxidant substance. $SO_2$ exposure also resulted in organ:bw ratios that increased for liver and kidney, decreased for lung and spleen, and remained unchanged for heart. Such ratio changes were largely mitigated by SSO pretreatment. |
| Meng et al. (2002) | 0, 5.35, 10.7, 21.4, or 32.1 ppm (0, 14, 28, 56, or 84 mg/m³) $SO_2$; whole body | 4 h/day for 7 days | Kunming mouse; male and female; ~6 wk old; 20-25 g; N = 10/sex/conc. | In vivo exposure caused significantly (p < 0.01-0.001) increased frequencies of bone marrow MNPCE similarly in both sexes at all concentrations in a dose-dependent manner, and with only minimal cytotoxicity at the 3 highest concentrations. The level of MNPCE (%) even at the low $SO_2$ conc. was triple that of the control value. Thus, subacute inhalation of $SO_2$ at noncytotoxic concentrations (though still notably higher than most human exposures) was clastogenic in mice. |

| Study | Concentration | Duration | Species/System | Effects |
|---|---|---|---|---|
| Meng et al. (2005b) | 0, 5.35, 10.7, 21.4, or 32.1 ppm (0, 14, 28, 56, or 84 mg/m³) $SO_2$; whole body | 6 h/day for 7 days | Kunming mouse; male and female; ~5 wk old; 18-20 g; N = 6/sex/conc. | Following in vivo exposure to $SO_2$, it was shown by the single cell gel electrophoresis (comet) assay that such exposure induced significant (p < .001-.05) dose-dependent DNA damage (presumed mostly to be single-strand breaks and alkali-labile sites) in cells isolated from brain, lung, liver, intestine, kidney, spleen, and testicle, as well as in lymphocytes, and beginning at the lowest concentration (except male intestine—lowest response at 10.7 ppm [28 mg/m³]). Results demonstrate that $SO_2$ can cause systemic DNA damage in many organs, not just the lung. Authors note that potential occupational exposures and the fact that the obligate nose-breathing mouse removes ~95% of inhaled $SO_2$ in its nasal passages make this experimental concentration range relevant to possible human exposures. |
| Pool et al. (1988a) | 0 or 50 ppm (131 mg/m³) $SO_2$ | 24 h/day, 7 day/wk, for 2 wks | Rat, Sprague-Dawley; female; 4 mol old; wt NR; N = 5/group | Assessments were conducted on isolated primary lung and liver cells, or on blood serum. In vivo $SO_2$ exposure did not affect viability (trypan blue exclusion) of cells either immediately after isolation or after 1 h incubation with 1% DMSO (used for enzyme leakage assays). In contrast to controls, hepatocytes from $SO_2$-exposed rats released no LDH activity into DMSO-medium after 1 h, and AST activity was reduced. Other enzyme (AP, ALT, GT) activity releases were not affected in lung cells, and none were in hepatocytes. In blood serum, the only effect was a marked increase in LDH activity. The only significant (p < 0.001- 0.01) exposure effects on lung or liver activities (in x 9000 g supernatants of cell homogenates) of xenobiotic metabolizing enzymes (AHH, NDMA-D, GST) were elevated NDMA-D in the liver and reduced GST in the lung. Single-strand DNA breakage induced by three nitroso compounds (AMMN, NDMA, NMBzA) was reduced in hepatocytes from $SO_2$-exposed rats. Authors discuss possible mechanisms for the observed effects, and note they are similar to in vitro effects reported elsewhere (Pool et al., 1988). |

## CYTOGENETIC AND DNA DAMAGE[2] SUBCHRONIC / CHRONIC

| Study | Concentration | Duration | Species/System | Effects |
|---|---|---|---|---|
| Ohyama et al. (1999) | 0, 0.2 mL C, or (0.2 mL DEP+C ±[4 ppm (10.48 mg/m³) $SO_2$ or 6 ppm (11.28 mg/m³) $NO_2$ or 4 ppm $SO_2$+ 6 ppm $NO_2$]); whole body [Note: 0.2 mL C=1 mg; 0.2 mL DEcCBP =1 mg C + 2.5 mg DEP] | $SO_2$ and/or $NO_2$: 16 h/day for 10 mos C or DEP+C: 4 wk, once/wk by intratracheal infusion | Rat, SPF F344/Jcl; male; 6 wk old; wt NR; N = 23-30/group in 6 groups | Purpose was to study effects of DEP on rat lung tumorigenesis and possible tumor promoting effects of $SO_2$ or $NO_2$ singly or together. (See Table E-11 for tumor-related effects.) DEP extract-DNA adducts were found only in the three gas-exposed groups. Chromatograms revealed two different adducts, one of which appears somewhat more abundant with $SO_2$ coexposure, the other substantially more so with $NO_2$; combined coexposure of both gases with DEP+C produced an adduct chromatogram appearing to be a composite of those for the individual gases. Thus, $SO_2$ and $NO_2$ appear capable of promoting the genotoxicity of DEP extract, though perhaps not in identical fashion. |

[1]Encompasses classical mutant selection assays based upon growth conditions under which mutants (or prototrophic revertants), but not the wild type (or auxotrophic) population treated with the test agent, can successfully grow (e.g., "Ames test," CHO/HGRPT or mouse lymphoma L5178Y/TK mammalian cell systems, various yeast and Drosophila systems, etc.); while most viable mutation events detected in these assays are typically "point" mutations (DNA base substitutions, small deletions or frameshifts, etc.), some may involve larger losses/rearrangements of genetic material.

[2]Encompasses CA, induction of MN or SCE, aneuploidy/polyploidy, DNA adduct and crosslink formation, DNA strand breakage, etc.

## Table E-20.   Respiratory System – Effects of $SO_2$ and metabolites on biochemistry.

| Study | Concentration | Duration | Species | Effects |
|-------|---------------|----------|---------|---------|
| **IN VITRO—PRIMARY / NONPRIMARY** | | | | |
| Li and Meng. (2007) | 0.1 µM-1mM $NaHSO_3$ and $Na_2SO_3$ 1:3 | 4 h, followed by harvest at 0-24 h | BEP2D cell line of human bronchial epithelial cells | Increased mRNA and protein levels of MUC5AC and IL-13 |
| Menzel et al. (1986) | 0, 0.1, 2, 20, or 40 mM (0, 4, 80, 800, or 1600 µg/mL) $SO_2^{2-}$ | ~1 min - 96 h | Rat, Sprague-Dawley; 200-250g; sex, age, and n NR; lung cells and liver cells. Human lung-derived cell line, A549 | This study focused on intracellular covalent reactions of sulfite with primarily proteinaceous sulfhydryl compounds in cells isolated from rat lung and rat liver (for some comparative purposes), as well as in the human lung-derived cell line, A549. Sulfitolysis of protein disulfide bonds results in formation of cysteine S-sulfonate, and sulfitolysis of GSSG in formation of $GSSO_3H$. The latter was formed in dose-dependent fashion upon the addition of sulfite to A549 cells. In addition to fibronectin and albumin, this study identified a third sulfite-binding protein in rat lung cytosol. $GSSO_3H$ was shown to be a potent competitive inhibitor of GST in rat lung, liver and A549 cells. Results suggest that $SO_2$ could affect the detoxication of PAHs and other xenobiotics via formation of $GSSO_3H$ and subsequent inhibition of GST and enzymatic conjugation of GSH with reactive electrophiles. |
| **OXIDATION AND ANTIOXIDANT DEFENSES – (SUBACUTE / SUBCHRONIC)** | | | | |
| Meng et al. (2003b) | 8.4, 21, or 43 ppm (22, 56, or 112 mg/m³); whole body | 6 h per day for 7 days | Kunming albino mouse; male and female; 5 wks old; 19 ± 2 g; N = 10/sex/group | Changes observed in lung tissue (concentrations of effect) included higher SOD activity in males (8.4 ppm) and females (8.4 and 21 ppm), lower SOD activity in males (21 and 43 ppm) and females (43 ppm), increased GPx activity in males and females (8.4 ppm), decreased GPx activity in males and females (≥ 21 ppm), decreased catalase activity in males (43 ppm), decreased reduced GSH level in males and females (≥ 8.4 ppm), increased TBARS level in males (≥ 8.4 ppm) and females ≥ 21 ppm). Authors concluded that $SO_2$ induced oxidative damage in lungs of mice. |
| Wu and Meng (2003) | 8.4, 24.4, or 56.5 ppm (22, 64, or 148 mg/m³); whole body | 6 h/day for 7 days | Kunming-strain mouse; male; age NR; 18-20 g; N = 10/group | Glucose-6-phosphate dehydrogenase and GST activity were decreased in lung at 24.4 and 56.5 ppm. Lung GSH levels were reduced in the 8.44 and 56.5 ppm exposure groups. Administration of buckthorn seed oil increased GST and decreased TBARS activity compared to mice exposed to $SO_2$ alone. |
| Langley-Evans et al. (1996) | 5, 50, or 100 ppm (13.1, 131, or 262 mg/m³); whole body | 5 h/day for 7-28 days | Wistar rat; male; 7 wks old; weight NR; N = 4-5/treatment group, 8 controls | In the 5 and 100 ppm groups, GSH in BAL fluid decreased at 7 days and increased at 21 days; at 28 days GSH returned to normal in the 5 ppm group and further increased in the 100 ppm group. GSH was depleted in the lung, at 5 and 100 ppm but not at 50 ppm. With respect to GSH-related enzymes, exposure to 5 ppm lowered GCS, GPx, GST, and GRed activity in the lung. Effects in the 100 ppm group were similar to the 5 ppm group, except that lung GPx was not reduced. Exposure to 50 ppm did not affect lung GST, but reduced the number of inflammatory cells in circulation and decreased GCS, GPx, GRed, and GT in the lung. Authors concluded that sulfitolysis of glutathione disulphide occurs in vivo during $SO_2$ exposure and that $SO_2$ is a potent glutathione depleting agent, even in the absence of pulmonary injury. |

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| Gümüşlü et al. (2001) | 10 ppm (26.2 mg/m$^3$); whole body | 1 h/day, 7 days/wk for 6 wks | Swiss albino rat; male; 3, 12, or 24 mos old; 210-450 g; N = 9-11/group in 6 groups | Effects of age on $SO_2$-induced oxidative effects in lung tissue were observed in young (3-mo-old), middle aged (12-mo-old), and old (24-mo-old) rats. $SO_2$ exposure significantly elevated TBARS, SOD, GPx, and GST in all age groups; reduced catalase in young and middle-aged rats, but did not affect catalase in old rats. In rats not exposed to $SO_2$, SOD, GPx and GST increased with age and catalase decreased with age. General observations in $SO_2$-exposed animals were increases in SOD, GPx, and TBARS with age. The authors noted that while lipid peroxidation increased with age, relative TBARS increases in response to $SO_2$ was inversely correlated with age (i.e., largest percent increase seen in young rats). |
| Langley-Evans et al. (1997; 2007) | ~101 ppm (by study author calculations 286 mg/m$^3$); whole body  Note: The study mistakenly listed units of µg/m$^3$ and it was verified with the authors that the units should have been listed as mg/m$^3$. | 5 h/day for 28 days | Wistar rat, male, 7 wks old; NR, N = 4-16 | This study explored the effects of maternal diet protein restriction during gestation on offspring lung enzyme responses after $SO_2$ exposure in adulthood. Adult offspring representing different maternal dietary concentrations of casein (180 [control], 120, 90 or 60 g/kg) were exposed either to air or $SO_2$. GSH levels in BAL fluid and the lung were not affected either by maternal diet or $SO_2$ exposure. In the lung GRed and GT were not affected by $SO_2$ in any maternal diet group; GPx was reduced only in the 120 g/kg maternal diet group; GCS was elevated in the 180 and 60 g/kg groups; and GST was reduced in the 180, 120 and 90 g/kg groups (to the level seen in both the air- and $SO_2$-exposed 60 g/kg maternal diet groups). This study does not provide information relevant to ambient exposures, but is being mentioned in this table to record that a low-concentration level study was not overlooked. |
| **DIFFERENTIAL GENE EXPRESSION - SUBACUTE** | | | | |
| Qin and Meng (2005) | 5.35, 10.70, or 21.40 ppm (14, 28, or 56 mg/m$^3$); whole body | 6 h/day for 7 days | Wistar rat; male; age NR; 180-200 g; N = 6/group in 4 groups | Repeated acute exposure caused significant (p < 0.001-0.05) concentration-dependent reductions in enzyme activities and gene expression in the lung for both CYP1A1 and CYP1A2. Effects were seen at the mid and high concentrations, but not the low. Authors speculate that underlying mechanisms may involve oxidative stress and/or cytokine release, and may represent an adaptive response to minimize cell damage. |
| Bai and Meng (2005a) | 5.35, 10.70, or 21.40 ppm (14, 28, or 56 mg/m$^3$); whole body | 6 h/day for 7 days | Wistar rat; male; age NR; 180-200 g; N = 6/group in 4 groups | $SO_2$ exposure caused significant concentration-dependent changes in the mRNA (mid and high concentrations) and protein expression (all concentrations in lung, but statistical significance not indicated) of apoptosis-related genes: increases for *bax* and *p53* apoptosis-promoting genes, and decreases for the apoptosis-repressing gene *bcl-2*. Caspase-3 activity (occurring early in apoptosis process) was also increased at the mid and high concentration. |

**Table E-21.    Lymphatic system effects of SO2 and $SO_2$ mixtures.**

| Study | Concentration | Duration | Species | Effects |
|---|---|---|---|---|
| **SUBCHRONIC / CHRONIC** | | | | |
| Smith et al. (1989) | 1 ppm (2.62 mg/m3); whole body | 5 h/day, 5 days/wk for 4 mos | Sprague- Dawley rat; male; young adult; initial weight NR; N=12-15/data point | No significant effects were reported for spleen weight or mitogen-induced activation of peripheral blood lymphocytes or spleen cells (data not shown by authors). |
| Aranyi et al. (1983) | 5.0 ppm (13.2 mg/m$^3$) $SO_2$ + 1.04 mg/m$^3$ ammonium sulfate + 0.10 ppm (0.2 mg/m$^3$) $O_3$; whole body | 5 h/day, 5 days/wk for up to 103 days | CD1 mouse; female; 3-4 wks old; weight NR; N = 360/group total (14-154/group in each assay) | Cytostasis of MBL-2 leukemia target cells by peritoneal macrophage was increased in groups exposed to $O_3$ alone or a mixture of the three compounds but was significantly higher with the mixture than with $O_3$ alone at a macrophage:target cell ratio of 10:1; no significant effects were observed with macrophage:target cell ratio of 20:1. Reduction in splenic lymphocyte blastogenesis in response to phytohemagglutinin and concanavalin A occurred after exposure to $O_3$ alone, but increased response occurred after exposure to the mixture; no response to alloantigen occurred after exposure to $O_3$ alone but increased response occurred after exposure to mixture; there were no effects on *S. typhosa* lipopolysaccharide with either exposure scenario. |

# Annex F. Epidemiologic Studies

This Annex summarizes the findings of epidemiologic studies that have been published since the previous review. Descriptions of older studies were presented in the 1982 AQCD for Sulfur Oxides (U.S. EPA, 1982), and are not described in great detail in this document.

**Table F-1.**    **Short-term exposure to $SO_2$ and respiratory morbidity in field/panel studies.**

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| **UNITED STATES** | | | |
| Adamkiewicz et al. (2004)<br><br>Steubenville, OH<br><br>Period of Study: Sep 2000-Dec 2000 | Panel study of 29 non-smoking adults (median age 70.7 yrs) in Steubenville, OH. Participants provided breath samples weekly to determine the association between air pollution levels and eNO. ANOVA and GLM used in analysis. | 24-h avg $SO_2$: 12.5 ppb<br>Max: 50.9; 25th: 5.4<br>75th: 16.9; IQR: 11.5<br><br>1-h max $SO_2$: 14.8 ppb<br>Max: 233.9; 25th: 3.7<br>75th: 15.2; IQR: 11.5<br><br>Copollutants:<br>$NO_2$ NO $O_3$ $PM_{2.5}$ | No associations were observed with $SO_2$.<br><br>Single pollutant models<br><br>Effect (95% CI) per IQR increase in $SO_2$:<br><br>Current hour: 0.09 (-0.22, 0.41)<br>24-h moving avg: 0.24 (-0.61, 1.10) |
| Delfino et al. (2003a)<br><br>Los Angeles, CA<br><br>Period of Study: Nov 1999-Jan 2000 | Panel study of 22 Hispanic children with asthma aged 10 to 16 yrs. Participants performed twice-daily PEF measurements and filled out symptom diaries. Analyses of symptoms conducted using GEE with exchangeable correlation. Linear mixed model used for PEF analyses. GEE models controlled for respiratory infections (data available for 20 subjects) and temperature. | 1-h max $SO_2$: 7.0 ppb<br>(SD 4.0); IQR: 4.0<br><br>8-h max $SO_2$ 4.6 ppb<br>(SD 3.0); IQR: 2.5<br><br>Copollutants:<br>$O_3$ (r = −0.19)<br>$NO_2$ (r = 0.89)<br>CO (r = 0.69)<br>$PM_{10}$ (r = 0.73)<br>EC (r = 0.87)<br>OC (r = 0.83)<br>VOCs | None of the VOCs or gaseous pollutants associated with PEF. Current-day, but not previous-day, $SO_2$ concentrations associated with symptom score >1 and >2.<br><br>OR for symptom score >1 per IQR increase in $SO_2$: 1-h max $SO_2$: Lag 0: 1.31 (1.10, 1.55); Lag 1: 1.11 (0.91, 1.36)<br><br>8-h max $SO_2$: Lag 0: 1.23 (1.06, 1.41); Lag 1: 1.11 (0.97, 1.28)<br><br>OR for symptom score >2 per IQR increase in $SO_2$: 1-h max $SO_2$: Lag 0: 1.37 (0.87, 2.18); Lag 1: 0.76 (0.35, 1.64)<br><br>8-h max $SO_2$: Lag 0: 1.36 (1.08, 1.71); Lag 1: 0.91 (0.51, 1.60) |
| Mortimer et al. (2002)<br><br>Eight urban areas: Baltimore, MD; Bronx, NY; Chicago, IL; Cleveland, OH; Detroit, MI; East Harlem, NY; St. Louis, MO; Washington, DC<br><br>Period of Study: Jun-Aug 1993 | Panel study of 846 asthmatic children 4-9 yrs from the National Cooperative Inner-City Asthma Study (NCICAS). Study children either had physician-diagnosed asthma and symptoms in the past 12 mos or respiratory symptoms consistent with asthma that lasted more than 6 wks during the previous yr. Respiratory symptoms recorded in daily diary and included cough, chest tightness, and wheeze. Mixed effects models and GEE models used to evaluate the effect of air pollutants on PEF and respiratory symptoms. Models adjusted for day of study, previous 12-h avg temperature, urban area, diary number, rain in the past 24 h. | 3-h avg $SO_2$<br>(8 a.m.-11 a.m.) for all 8 areas (shown in figure): 22 ppb<br><br>Avg intradiary range: 53 ppb<br><br>Copollutants:<br>$O_3$ (r = 0.29)<br>$NO_2$ $PM_{10}$ | None of pollutants associated with evening PEF or evening symptoms. Using single-pollutant model, $SO_2$ had little effect on morning PEF (data not shown). Significant associations between moving avg of 1- to 2-day lag of $SO_2$ and incidence of morning asthma symptoms.<br><br>OR for morning symptoms associated with 20 ppb increase in 3-h avg $SO_2$ concentration (Lag 1-2 day):<br><br>8 urban areas: Single-pollutant model: 1.19 (1.06, 1.35)<br>$SO_2$ with $O_3$ model: 1.18 (1.05, 1.33)<br><br>7 urban areas: Single-pollutant model: 1.22 (1.07, 1.40)<br>$SO_2$ with $O_3$ and $NO_2$ model:1.19 (1.04, 1.37)<br><br>3 urban areas: Single-pollutant model: 1.32 (1.03, 1.70)<br>$SO_2$ with $O_3$, $NO_2$, and $PM_{10}$ model:1.23 (0.94, 1.62) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Neas et al. (1995)<br><br>Uniontown, PA<br><br>Period of Study: Summer 1990 | Panel study of 83 fourth-fifth graders in Uniontown, Pennsylvania. Participants reported twice-daily PEF and presence of cold, cough, or wheeze. During summer of 1990, there were 3,582 child-days. PEF analyzed with autoregressive linear regression model that included a separate intercept for evening measurements, trend, temperature and 12-h avg air pollutant concentration, weighted by the number of hours child spent outdoors during the previous 12 h. | 12-h avg $SO_2$: 10.2 ppb Max: 44.9; IQR: 11.1<br><br>Daytime 12-h avg $SO_2$ (8 am-8 pm): 14.5 ppb<br><br>Overnight 12-h avg $SO_2$ (8 pm-8 am): 5.9 ppb<br><br>Copollutants: $PM_{10}$ $PM_{2.5}$ $O_3$ total sulfate particles particle-strong acidity (r = 0.44) | Incidence of new evening cough episodes significantly associated with the preceding daytime 12-h avg $SO_2$. Mean deviation in PEF not associated with $SO_2$.<br><br>Effects associated with 10 ppb increase in 12-h avg $SO_2$: Change in mean deviation in PEF: −0.63 L/min (−1.33, 0.07)<br><br>OR for evening cough: 1.19 (1.00, 1.42)<br><br>Concentration weighted by proportion of hours spent outdoors during prior 12-h:<br>Change in mean deviation in PEF: −1.25 L/min (−2.75, 0.25)<br>OR for evening cough: 1.53 (1.07, 2.20) |
| Newhouse et al. (2004)<br><br>Tulsa, OK<br><br>Period of Study: Sep-Oct 2000 | Panel study of 24 patients 9-64 yrs with physician-diagnosed asthma. Subjects performed twice-daily PEF (morning and evening) measurements, and recorded medications, symptoms. Simple linear regression, forward stepwise multiple regression, correlation analysis performed. Multiple regression analyses used to develop predictive models for other environmental factors. Analyses produced complex models with different predictor variables for each symptom. | 24-h avg $SO_2$: 0.01 ppm Range: 0.00, 0.02<br><br>Copollutants: $PM_{2.5}$ CO $O_3$ pollen fungal spores | Of the atmospheric pollutants, avg and max $O_3$ were most significant factors that influenced symptoms. Quantitative results not provided for $SO_2$.<br><br>Avg or max $SO_2$ found to be negative predictors of asthma in subgroup analyses of women and nonsmokers and rhinitis in all patients. Avg $SO_2$ also negative predictor of evening PEF.<br><br>Quantitatively useful effect estimates not provided. |
| Ross et al. (2002)<br><br>East Moline, IL<br><br>Period of Study: April-Oct 1994 | Panel study of 59 asthmatics 5-49 yrs. Analysis based on 40 subjects, due to withdrawal or failure to provide requested health data. Study assessed the effect of single and combined exposures to air pollutants and airborne allergens on PEF, symptom scores and medication use frequency. Multivariate linear-regression models with 1st order autoregression used for analysis of daily means of mean −standardized PEF, symptom scores and asthma medication use; logistic regression used for dichotomized data for symptom score and medication use, log-linear models for log-transformed symptom scores and medication use frequency. | 24-h avg $SO_2$: 3.4 ppb (SD 3.1)<br><br>Median: 2.8 IQR: 2.4 Range: 0, 27.3<br><br>Copollutants: $PM_{10}$ $O_3$ $NO_2$ pollen fungi | No associations observed with $SO_2$.<br><br>No effect estimates provided. |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Schildcrout et al. (2006)<br><br>Albuquerque, NM; Baltimore MD; Boston MA; Denver, CO; San Diego, CA; Seattle, WA; St. Louis, MO; Toronto, Ontario, Canada<br><br>Period of Study : Nov 1993-Sept 1995 | Meta-analysis of 8 panel studies with 990 children of the Childhood Asthma Management Program (CAMP), during the 22-mos prerandomization phase to investigate effects of criteria pollutants on asthma exacerbations (daily symptoms and use of rescue inhalers). Poisson regression and logistic regression models used in analyses. Within city models controlled for day of wk, ethnicity, annual family income, flexible functions of age and log-transformed sensitivity to the methacholine challenge using natural splines with knots fixed at 25th, 50th, and 75th percentiles. Also controlled for confounding due to seasonal factors. All city-specific estimates included in calculations of study-wide effects except Albuquerque where $SO_2$ data were not collected. | 24-h avg $SO_2$: Median (10th, 25th, 75th, 90th percentile):<br><br>Albuquerque: NA<br><br>Baltimore: 6.7 ppb (3.2, 4.7, 9.8, 14.2)<br><br>Boston: 5.8 ppb (2.7, 3.7, 9.1, 14.1)<br><br>Denver: 4.4 ppb (1.2, 2.5, 6.7, 9.5)<br><br>San Diego: 2.2 ppb (1.2, 1.7, 3.1, 4.4)<br><br>Seattle: 6.0 ppb (3.7, 4.7, 7.5, 9.5)<br><br>St. Louis: 7.4 ppb (3.9, 5.3, 10.7, 13.6)<br><br>Toronto: 2.5 ppb (0.2, 1.0, 4.8, 8.8)<br><br>Copollutants:<br>$O_3$ ($-0.03 \le r \le 0.44$)<br>$NO_2$ ($0.23 \le r \le 0.68$)<br>$PM_{10}$ ($0.31 \le r \le 0.65$)<br>CO ($0.19 \le r \le 0.67$) | All $SO_2$ lags positively related to increased risk of asthma symptoms, but only the 3-day moving avg was statistically significant. Stronger associations observed for CO and $NO_2$.<br><br>Data analyzed using 2-pollutant models based on the sum of the 2 within-subject pollutant effects, which were intended to provide insight into the increased risk of asthma symptoms associated with simultaneous shift in 2-pollutants. In 2-pollutant models with CO, $NO_2$, and $PM_{10}$, the $SO_2$ effect estimates remained robust.<br><br>$SO_2$ not associated with rescue inhaler use rates.<br><br>OR for daily symptoms associated with 10 ppb increase within-subject 24-h avg $SO_2$ concentration:<br>Lag 0: 1.06 (0.99, 1.13)<br>Lag 1: 1.05 (0.95, 1.16)<br>Lag 2: 1.06 (0.99, 1.12)<br>3-day moving sum : 1.04 (1.00, 1.08)<br><br>Rate ratio for number of rescue inhaler used associated with 10 ppb increase within-subject concentration of $SO_2$:<br><br>Lag 0: 1.01 (0.97, 1.06)<br>Lag 1: 1.01 (0.97, 1.06)<br>Lag 2: 1.04 (0.99, 1.09)<br>3-day moving sum: 1.02 (0.99, 1.05)<br><br>Results for 2-pollutant models shown in figure. |
| Schwartz et al. (1994)<br><br>Kingston-Harriman, TN (Apr-Aug 1986);<br><br>Portage, WI; (Apr-Aug 1987);<br><br>St. Louis, MO; (Apr-Aug 1986);<br><br>Steubenville, OH; (Apr-Aug 1987);<br><br>Topeka, KS (Apr-Aug 1988)<br><br>Watertown, MA (Apr-Aug 1985); | Longitudinal study of 1,844 children in grades 2-5 from the Six Cities Study to examine the effects of PM and $SO_x$ on respiratory health. Daily diaries completed by parents, recording symptoms, such as cough, chest pain, phlegm, wheeze, sore throat, and fever. Logistic regression models adjusting for autocorrelation were used for the analysis. To examine possible non-linearity in the relationship, smooth functions of the air pollution variables were fit using GAM and the significance of the deviation from linearity was tested. | 24-h avg $SO_2$:<br>Median: 4.1 ppb<br>IQR: 1.4, 8.2<br>Max: 81.9<br><br>Copollutants:<br>$O_3$ ($r = -0.09$)<br>$NO_2$ ($r = 0.51$)<br>$PM_{10}$ ($r = 0.53$)<br>$PM_{2.5}$ ($r = 0.55$)<br>$PM_{2.5}$ sulfur ($r = 0.50$)<br>$H^+$ ($r = 0.23$) | $SO_2$ associated with incidence of cough and LRS. Local smooth showed increased cough incidence for only above a 4-day avg of 20 ppb (less than 5% of data). Test for nonlinearity was significant (p = 0.002). No increase in incidence of LRS was seen until 24-h avg $SO_2$ concentrations exceeded 22 ppb.<br><br>ORs for cough and LRS related to were substantially reduced after adjustment for particles, suggesting the $SO_2$ associations might be confounded by particles.<br><br>OR for cough incidence associated with 10 ppb increase in 4-day avg $SO_2$ concentration:<br><br>Single-pollutant model: 1.15 (1.02, 1.31)<br>$SO_2$ with $PM_{10}$ model: 1.08 (0.93, 1.25)<br>$SO_2$ with $O_3$ model: 1.15 (1.01, 1.31)<br>$SO_2$ with $NO_2$ model: 1.09 (0.94, 1.30)<br><br>OR for LRS associated with 10 ppb increase in 24-h avg $SO_2$ concentration:<br><br>Single-pollutant model: 1.28 (1.13, 1.46)<br>$SO_2$ with $PM_{10}$ model: Not presented. Stated as not statistically significant. |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| **EUROPE** | | | |
| Boezen et al. (1998)<br><br>Amsterdam and Meppel, the Netherlands<br><br>Winter of 1993-1994 | Panel study of 189 adults (48-73 yrs) w/ and w/out chronic respiratory symptoms in urban and rural areas to investigate whether BHR and PEF variability can be used to identify subjects who are susceptible to air pollution. Spirometry and methacholine challenge were performed and subjects with a fall in $FEV_1$ of 20% or greater were considered BHR. Subjects performed twice-daily peak flow for 3 mos. A subject's basal PEF variability calculated over an 8-day period with low air pollution. PEF variability expressed as (highest PEF-lowest PEF/mean) or amplitude % mean PEF. After calculation of daily PEF variability, number of days where the amplitude % mean was greater than 5% was determined. This resulted in 2 groups of subjects; those with amplitude % mean PEF of 5% or less every day in the 8-day period, and those with an amplitude % mean PEF greater than 5% on at least 1 day. Effects of air pollutants on prevalence of symptoms assessed with logistic regression models that adjusted for autocorrelation of the residuals, daily min temp, time trend and weekends/holidays. | 24-h avg $SO_2$<br><br>Urban<br>Mean: 11.8 $\mu g/m^3$<br>Range: 2.7, 33.5<br><br>Rural<br>Mean: 8.2<br>Range: 0.8, 41.5<br><br>Copollutants:<br>$PM_{10}$ BS $NO_2$ | No association between $SO_2$ and respiratory symptoms in subjects with no BHR, BHR at a cumulative dose of methacholine ≤ 2.0 mg or ≤ 1.0 mg. In subjects with amplitude % mean PEF > 5% of days, $SO_2$ was associated with the prevalence of phlegm.<br><br>Odds ratio (per 40 $\mu g/m^3$ $SO_2$)<br><br>Subjects with no BHR<br><br>URS: 0.86 (0.73, 1.03). LRS: 1.15 (0.90, 1.46)<br>Cough: 1.01 (0.84, 1.21). Phlegm: 1.01 (0.86, 1.20)<br><br>BHR at cumulative dose of methacholine ≤ 2.0 mg:<br>URS: 1.11 (0.78, 1.56). LRS: 1.03 (0.72, 1.47)<br>Cough: 0.89 (0.66, 1.19). Phlegm: 1.03 (0.78, 1.37)<br><br>BHR at cumulative dose of methacholine ≤ 1.0 mg:<br>URS: 1.02 (0.65, 1.61). LRS: 0.96 (0.63, 1.47)<br>Cough: 0.96 (0.64, 1.44). Phlegm: 1.00 (0.68, 1.46)<br><br>Amplitude % mean PEF ≤ 5%:<br>URS: 0.82 (0.62, 1.08). LRS: 1.38 (0.93, 2.03)<br>Cough: 0.72 (0.52, 0.98). Phlegm: 0.79 (0.59, 1.05)<br><br>Amplitude % mean PEF > 5%, any day:<br>URS: 1.04 (0.88, 1.23). LRS: 1.14 (0.96, 1.36)<br>Cough: 1.07 (0.90, 1.26). Phlegm: 1.23 (1.05, 1.43)<br><br>Amplitude % mean PEF > 5%, > 33% of days:<br>URS: 1.10 (0.85, 1.41). LRS: 1.14 (0.91, 1.42)<br>Cough: 1.14 (0.89, 1.47). Phlegm: 1.36 (1.14, 1.63) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Boezen et al. (1999)<br><br>Amsterdam and Meppel (urban and rural), the Netherlands<br><br>Period of Study: 3 winters of 1992-1995 | Panel study of 632 children (7 to 11 yrs) living in rural and urban areas of the Netherlands, to investigate whether children with bronchial hyperresponsiveness (BHR) and relatively high serum concentrations of total IgE were susceptible to air pollution. 459 children had complete data. Methacholine challenge performed to determine BHR. Serum total IgE higher than the median (60kU/L) were defined as relatively high. Peak flow was measured twice daily and lower and URS were recorded daily for 3 mos. Association between symptoms and air pollutants assessed using logistic regression that adjusted for daily min temp, linear, quadratic and cubic time trend, weekends and holidays, and incidence of influenza. Examined 0, 1, 2 Lags and 5 day mean of air pollutants. | 1992-9:<br>Urban areas-<br>Mean: 22.5 $\mu g/m^3$,<br>Range: 1.4, 61.3<br><br>Rural areas-<br>Mean: 9.8<br>Range: 1.3, 34.2<br><br>1993-4:<br>Urban areas-<br>Mean: 11.8,<br>Range: 2.7, 33.5<br><br>Rural areas-<br>Mean: 8.2,<br>Range: 0.8, 41.5<br><br>1994-5:<br>Urban areas-<br>Mean: 8.3,<br>Range: 0.6, 24.4<br><br>Rural areas-<br>Mean: 4.3,<br>Range: 0.5, 17.0<br><br>Copollutants:<br>$PM_{10}$ BS $NO_2$ | For children with BHR and relatively high serum total IgE, the prevalence of LRS was associated with increases in $PM_{10}$, BS, $SO_2$, and $NO_2$. In the group with no BHR and relatively low IgE, there was no consistent association between air pollutants with symptoms or decreased PEF. In children with no BHR but relatively high serum total IgE, there was a 28% to 149% increase in the prevalence of LRS per 40 $\mu g/m^3$ $SO_2$.<br><br>Odds ratio (per 40 $\mu g/m^3$ $SO_2$)<br><br>Children with BHR and relatively high IgE (N = 121):<br><br>LRS: Lag 0: 1.45 (1.13, 1.85)<br>Lag 1: 1.41 (1.09, 1.82) . 5-day mean: 2.25 (1.42, 3.55)<br>URS: Lag 0: 1.17 (0.99, 1.38). Lag 1: 1.06 (0.90, 1.25)<br>>10% morning PEF decrease<br>Lag 0: 1.09 (0.89, 1.34) . Lag 1: 1.00 (0.81, 1.23)<br>>10% evening PEF decrease<br>Lag 0: 1.06 0.86, 1.30). Lag 1: 0.83 (0.68, 1.02)<br><br>No BHR and low IgE (N = 167):<br><br>LRS: Lag 0: 1.12 (0.76, 1.66). Lag 1: 0.61 (0.39, 0.94)<br>URS :Lag 0: 1.01 (0.89, 1.13). Lag 1: 1.08 (0.96, 1.22)<br>>10 morning PEF decrease<br>Lag 0: 1.02 (0.89, 1.16). Lag 1: 1.00 (0.87, 1.15)<br>>10% evening PEF decrease<br>Lag 0: 1.10 (0.97, 1.25). Lag 1: 1.06 (0.93, 1.21)<br><br>With BHR and low IgE (N = 67):<br><br>LRS: Lag 0: 0.72 (0.41, 1.28). Lag 1: 1.03 (0.56, 1.91)<br>URS: Lag 0: 0.82 (0.62, 1.09). Lag 1: 0.84 (0.64, 1.12)<br>>10% morning PEF decrease<br>Lag 0: 0.74 (0.51, 1.07). Lag 1: 0.96 (0.67, 1.37)<br>>10% evening PEF decrease<br>Lag 0: 1.23 (0.88, 1.73). Lag 1: 1.32 (0.96, 1.82)<br><br>No BHR and high IgE (N = 104):<br><br>LRS: Lag 0: 1.44 (1.17, 1.77)<br>Lag 1: 1.28 (1.00, 1.64). 5-day mean: 2.49 (1.54, 4.04)<br>URS: Lag 0: 0.98 (0.84, 1.14). Lag 1: 1.01 0.87, 1.18)<br>>10% morning PEF decrease<br>Lag 0: 0.92 (0.79, 1.08). Lag 1: 1.03 (0.89, 1.21)<br>>10% evening PEF decrease<br>Lag 0: 1.00 (0.85, 1.17). Lag 1: 1.05 (0.90, 1.23) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Boezen et al. (2005) Amsterdam, Meppel, Nunspeet, The Netherlands Period of Study: Two winters 1993-1995 | Panel study of 327 elderly patients (50 to 70 yrs) to determine susceptibility to air pollution by AHR, high total immunoglobulin (IgE), and sex. Methacholine challenges were performed and subjects with greater than or equal to 20% fall in $FEV_1$ after inhalation of up to 2.0 mg methacholine were considered AHR+. Subjects with total serum IgE > 20 kU/L were defined as high total IgE (IgE+). Twice daily PEF measurements and daily symptoms recorded for 3 mos. Data analysis performed using logistic regression with modeling of first-order autocorrelation in the residuals that adjusted for daily min temperature, time trend, weekend/ holidays and influenza incident for the rural and urban areas and the two winters separately. Subjects were classified as IgE+ AHR+, IgE+ AHR−, IgE− AHR+ or IgE− AHR+. Examined effects of pollutants on the same day, Lag 1, Lag 2 and the 5-day mean concentration of Lag 0 to Lag 4 preceding that day. Groups that had effect estimates for $PM_{10}$, BS, $SO_2$, and $NO_2$ that were outside the 95% CI of the effect estimates for the AHR−/IgE− (control group) were considered to have increased susceptibility to air pollution. | 24-h avg $SO_2$ ($\mu g/m^3$) in winter Winter 1993/1994 Urban: Mean: 11.8 $\mu g/m^3$ Median: 10.2 Range: 2.7, 33.5 Rural: Mean: 8.2 Median: 4.4 Range: 0.8, 41.5 Winter 1994/1995 Urban: Mean: 8.3 Median: 7.4 Range: 0.6, 24.4 Rural: Mean: 4.3 Median: .7 Range: 0.5, 17.0 Copollutants: $PM_{10}$ BS $NO_2$ | No consistent associations between the prevalence of LRS or >10% fall in evening PEF and air pollution in any of the four groups. In the AHR+/IgE+ group, the prevalence of URS was associated with $SO_2$ at 1 day lag, and the prevalence of >10% fall in morning PEF with $SO_2$ at Lag 1, Lag 2 and 5-day mean (avg of Lag 0 to Lag 4). For females who were AHR+/IgE+, the prevalence of >10% fall in PEF was associated with $SO_2$ Lag 1, Lag 2 and 5-day mean. In subjects with AHR−/IgE+ the prevalence of URS was associated with $SO_2$ the previous day and the mean of Lag 0 to Lag 4. The effect estimate was outside the 95% CI of the estimate for the control group AHR−/IgE−. No consistent positive associations found between prevalences of URS, cough or >10% fall in morning PEF and air pollutants in subjects with AHR+/IgE− or AHR−/IgE−. Based on results of the study, authors conclude that subjects with AHR+/IgE+ were the most responsive to air pollution. No AHR and low IgE (N = 125): URS: Lag 0: 0.99 (0.93, 1.05) Lag 1: 1.02 (0.97, 1.08). 5-day mean: 0.99 (0.88, 1.12) Cough: Lag 0: 1.03 (0.98, 1.08). Lag 1: 0.97 (0.93, 1.02) >10% fall in morning PEF. Lag 1: 1.00 (0.92, 1.08) No AHR and high IgE (N = 112): URS: Lag 0: 0.98 (0.92, 1.03) Lag 1: 1.07 (1.01, 1.12). 5-day mean: 1.15 (1.02, 1.29) Cough: Lag 0: 1.01 (0.95, 1.07). Lag 1: 1.02 (0.96, 1.08) >10% fall in morning PEF . Lag 1: 1.00 (0.92, 1.08) With AHR and low IgE (N = 42): URS: Lag 0: 1.05 (0.94, 1.17). Lag 1: 1.07 (0.96, 1.19) 5-day mean: 1.04 (0.83, 1.30) Cough: Lag 0: 1.03 (0.95, 1.12). Lag 1: 1.01 (0.93, 1.09) >10% fall in morning PEF. Lag 1: 0.99 (0.87, 1.12) With AHR and high IgE (N = 48): URS: Lag 0: 1.06 (0.97, 1.15) Lag 1: 1.13 (1.05, 1.23). 5-day mean: 1.18 (0.99, 1.40) Cough: Lag 0: 1.02 (0.94, 1.11). Lag 1: 1.02 (0.94, 1.10) >10% fall in morning PEF Lag 1: 1.15 (1.04, 1.27). Lag 2 : 1.18 (1.07, 1.30) 5-day mean: 1.26 (1.07, 1.49) With AHR and high IgE, by gender: URS, males: Lag 0: 1.09 (0.95, 1.25) Lag 1: 1.12 (0.98, 1.28). 5-day mean: 1.62 (1.25, 2.11) URS, females: Lag 0: 1.10 (0.97, 1.24) Lag 1: 1.12 (0.99, 1.25). 5-day mean: 1.02 (0.82, 1.28) >10% fall in morning PEF, males. Lag 1: 1.04 (0.87, 1.25) Lag 2: 0.92 (0.77, 1.10. 5-day mean: 0.88 (0.64, 1.21) >10% fall in morning PEF, females. Lag 1: 1.18 (1.03, 1.36) Lag 2: 1.24 (1.08, 1.42). 5-day mean: 1.31 (1.03, 1.66) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Cuijpers et al. (1994)<br><br>Maastricht, the Netherlands<br><br>Period of Study:<br><br>Nov-Dec 1990 (baseline)<br><br>Aug 8-16 (smog episode) | The effects of exposure to summer smog on respiratory health were studied in 535 children (age unspecified). During a smog episode, 212 children were randomly chosen to be reexamined for lung function and symptoms. Only 112 of the children had adequately completed summer questionnaires and were used for the symptom analysis. Lung function measurements made with forced oscillation technique were available for 212 children and valid spirometry was available for 208 children. Corrected baseline lung function compared using paired t test and difference in the prevalence in symptoms during baseline and episode compared. | 24-h avg $SO_2$<br><br>Baseline 55 $\mu g/m^3$<br>Summer episode 23 $\mu g/m^3$<br><br>Copollutants:<br>$NO_2$ BS $O_3$ $PM_{10}$<br>Acid aerosol $H^+$ | Small decrements in $FEV_1$ and $FEF_{25-75}$ found in the 212 children during the episode compared to baseline. However, there was also a significant decrease in resistance parameters. No increases observed in the prevalence of acute respiratory symptoms.<br><br>Change in lung function and impedance between baseline and smog episode:<br><br>$FEV_1$: −0.032 L (SD 0.226), p < = 0.05<br>$FEF_{25-75}$: −0.086 L/s (SD 0.415), p < = 0.01<br>Resistance at 8 Hz: −0.47 cm $H_2O$ (L/s)<br>(SD 1.17), p < = 0.05 |
| Desqueyroux et al. (2002a)<br><br>Paris, France<br><br>Period of Study:<br>Oct 1995-Nov 1996 | Panel study of 39 Parisian adults with severe COPD (avg age 67 yrs) to determine if air pollution affects health outcomes. Episodes of exacerbation were based on regular physician appointments and patient-initiated consultations. Exacerbation was confirmed as a decrease in "vesicular" breath sound, bronchial obstruction, tachycardia/arrhythmia, or cyanosis. Examined with logistic-regression analysis on the basis of GEE. Examined lag effects of 0 to 5 days. | 24-h avg $SO_2$ ($\mu g/m^3$)<br>Summer:<br>Mean: 7 (SD 5)<br>Range: 2, 27<br><br>Winter:<br>Mean: 19 (SD 12)<br>Range 3, 81<br><br>Copollutants:<br>$NO_2$ $PM_{10}$ $O_3$ | No association between episodes of symptom exacerbation and $SO_2$, regardless of the lag.<br><br>Mean 24-h avg $SO_2$ (per 10 $\mu g/m^3$)<br><br>OR on incident episodes of exacerbation of COPD:<br><br>Lag 1: 0.98 (0.64, 1.33). Lag 2: 0.96 (0.66, 1.40)<br>Lag 3: 0.91 (0.63, 1.33). Lag 4: 0.89 (0.61, 1.29)<br>Lag 5: 0.87 (0.63, 1.20). Lag 1-5: 0.83 (0.47, 1.50)<br><br>Multipollutant model with $O_3$ and $SO_2$<br>24-h avg $SO_2$:<br>Lag 1-5: 0.64 (0.19, 2.19) |
| Desqueyroux et al. (2002b)<br><br>Paris, France<br><br>Period of Study :<br>Nov 1995-Nov 1996 | Panel study of 60 patients with moderate to severe physician-diagnosed asthma (mean age 55 yrs). Asthma attacks were noted by physician at each consultation (regular or emergency). Asthmatic attacks defined as need to increase twofold the dose of beta2 agonist. | 24-h avg $SO_2$ ($\mu g/m^3$)<br>Summer: 7 (SD 5)<br>Range: 2, 27<br><br>Winter 19 (SD 12)<br>Range: 3, 81<br><br>Copollutants:<br>$PM_{10}$ $NO_2$ $O_3$ | No association between asthma attacks and $SO_2$ for any lag or season.<br><br>Mean 24-h avg $SO_2$ (per 10 $\mu g/m^3$).OR on incident of asthma attacks:<br><br>Lag 1: 0.98 (0.76, 1.27). Lag 2: 0.92 (0.72, 1.19)<br>Lag 3: 1.01 (0.82, 1.23). Lag 4: 1.01 (0.86, 1.19)<br>Lag 5: 1.05 (0.85, 1.29). Lag 1-5: 0.99 (0.76, 1.30) |
| Forsberg et al. (1993)<br><br>Pitea, Northern Sweden<br><br>Period of Study:<br>Mar to Apr | Panel study of 31 asthmatic patients (9 to 71 yrs) to assess relationship between daily occurrence of asthma symptoms and fluctuations in air pollution and meteorological conditions. Subjects recorded symptoms (shortness of breath, wheezing, cough, phlegm) for 14 consecutive days. | 24-h avg $SO_2$ ($\mu g/m^3$)<br>Mean: 5.7<br>Range: 1.3, 12.9<br><br>Correlations:<br>$NO_2$ (r = 0.24)<br>BS (r = 0.70) | No significant association observed with $SO_2$. Positive association between severe shortness of breath and BS.<br><br>Regression coefficient and 90% CI<br><br>Subjects with shortness of breath (N = 28):<br>0.0345 (−0.49, 0.118)<br><br>Subjects with 5 or more incident episodes of severe shortness of breath (N = 10): −0.0266 (−0.140, 0.087) |

| Study | Method | Pollutant Data | Findings |
|-------|--------|----------------|----------|
| Higgins et al. (1995)<br><br>United Kingdom<br><br>Study Period: NR | Panel study of 75 patients with physician diagnosed asthma or chronic bronchitis (avg age 50, range 18 to 82 yrs) to determine if air pollution affects respiratory function and symptoms. Subjects asked to keep symptom records and perform PEF for 28 days. PEF values recorded every 2 h beginning at 02.00 h each day. Methacholine challenge performed on each subject. Those with $PM_{20}$ $FEV_1$ of < 12.25 µmol were considered as methacholine reactors. PEF variability was calculated as the amplitude % Mean: (highest-lowest PEF value/mean) ×100. 75 patients had PEF records, 62 completed satisfactory symptom questionnaires. | Max 24-h avg $SO_2$ 117 µg/m³<br><br>Copollutants:<br>$O_3$ $NO_2$ | The amplitude % mean was significantly associated with increasing levels of $SO_2$, on the same day for all subjects and among reactors. Mean daily PEF and min PEF associated with $SO_2$ among reactors only. Significant associations also observed with wheeze and $SO_2$ on the same day, at 24-h lag, and 48-h lag for all subjects and meta-choline reactors; and with bronchodilator use for all subjects at 24-h lag.<br><br>Regression coefficient per 10 µg/m³ $SO_2$<br><br>All subjects:<br><br>Mean PEF (L/min): Same day 0.021 (0.031);<br>    24-h Lag 0.003 (0.033); 48-h Lag 0.021 (0.032)<br>Minimum PEF(L/min): Same day 0.062 (0.039);<br>    24-h Lag −0.048 (0.041); 48-h Lag −0.001 (0.040)<br>Amplitude (% mean): Same day: 0.167 (0.072);<br>    24-h Lag 0.191 (0.76); 48-h Lag 0.022 (0.075)<br>Wheeze: Same day 1.14 (1.03, 1.26);<br>    24-h Lag 1.22 (1.09, 1.37); 48-h Lag 1.14 (1.02, 1.27)<br>Dyspnoea: Same day 1.03 (0.94, 1.14);<br>    24-h Lag 1.07 (0.96, 1.18); 48-h Lag 0.94 (0.85, 1.05)<br>Cough: Same day 1.03 (0.95, 1.12);<br>    24-h Lag 1.04 (0.95, 1.13); 48-h Lag 1.02 (0.94, 1.12)<br>Bronchodilator use: Same day 1.11 (0.97, 1.26);<br>    24-h Lag 1.16 (1.01, 1.34); 48-h Lag 1.12 (0.98, 1.27)<br><br>Reactors:<br><br>Mean PEF (l/min): Same day 0.087 (0.054);<br>    24-h Lag −0.44 (0.058); 48-h Lag 0.012 (0.057)<br>Minimum PEF(L/min): Same day 0.168 (0.071)<br>    24-h Lag −0.078 (0.076); 48-h Lag −0.026 (0.075)<br>Amplitude (% mean): Same day 0.157 (0.120);<br>    24-h Lag 0.083 (0.127); 48-h Lag 0.005 (0.126)<br>Wheeze: Same day 1.26 (1.08, 1.47);<br>    24-h Lag 1.57 (1.30, 1.89); 48-h Lag 1.24 (1.06, 1.45)<br>Dyspnoea: Same day 1.04 (0.90, 1.20);<br>    24-h Lag 1.17 (1.00, 1.37); 48-h Lag 1.03 (0.89, 1.20)<br>Cough: Same day 1.09 (0.96, 1.24);<br>    24-h Lag 1.05 (0.91, 1.20); 48-h Lag 1.00 (0.87, 1.15)<br>Bronchodilator use: Same day 1.18 (0.99, 1.42);<br>    24-h Lag 1.23 (1.02, 1.50); 48-h Lag 1.31 (1.09, 1.58) |
| Hiltermann et al. (1998)<br><br>Bilthoven, The Netherlands<br><br>Period of Study: Jul-Oct 1995 | Panel study of 60 adult (18 to 55 yrs) nonsmoking patients with intermittent to severe persistent asthma to examine the association of summertime air pollution ($O_3$ and $PM_{10}$) with respiratory symptoms, medication use and PEF. Subjects were followed over 96 days. Twice daily PEF, respiratory symptoms, and medication use and whether they were exposed to environmental tobacco smoke were recorded daily. Analysis controlled for time trends, aeroallergens, environmental tobacco smoke exposures, day of wk and temperature. Examined Lag effects of 0 to 2 days. | 24-h avg $SO_2$ (µg/m³)<br>Mean: 6.2<br>Range: 0.1, 16.2<br>Correlation with BS<br>r = 0.53<br><br>Correlation with copollutants:<br>$O_3$ (r = 0.30)<br>$PM_{10}$ (r = 0.37)<br>$NO_2$ (r = 0.49)<br>BS (r = 0.53) | $SO_2$ not included in the analysis since levels were negligible during the study period (< 17 µg/m³)<br><br>Effect estimates not provided. |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Hoek and Brunekreef (1992)<br><br>The Netherlands<br><br>Period of Study: Winter only, 1987-1990 | Panel study of 1,078 children (7 to 11 yrs) to examine the effects of low-level winter air pollution with respiratory symptoms. Pulmonary function test were performed 6 to 10 times on predetermined days. Parents filled out symptom diary that was turned in every 2 wks. Symptoms include hoarseness, cough, cough with phlegm, wheeze, runny/stuffed nose, aching throat, shortness of breath, chest tightness, eye irritation, and sneezing. Association of symptom prevalence and symptom incidence was analyzed using individual regression slopes. | 24-h avg $SO_2$ (µg/m³)<br>Mean (SD): 14.9 (14.5)<br>Range: 0.4, 94.3<br><br>Correlation with copollutants:<br>$NO_2$ (r = 0.46)<br>$PM_{10}$ (r =0.50)<br>$SO_4^{2}$ (r =0.41)<br>$NO_3^{-}$ (r =0.39)<br>HONO (r =0.40) | No association between pulmonary function and $SO_2$ concentration.<br><br>SE and medians of individual regression slopes<br><br>FVC Same day 0.26 (0.21). Lag 1: 0.54 (0.18), p < 0.05<br>$FEV_1$ Same day 0.15 (0.20). Lag 1: 0.21 (0.17)<br>PEF Same day -0.83 (1.07). Lag 1: -0.54 (0.87)<br>MMEF Same day -0.58 (0.53). Lag 1: -0.44 (0.44)<br><br>Odds ratio and 95% confidence interval:<br><br>Cough. Same day 1.10 (0.78, 1.55). Lag 1: 0.80 (0.55, 1.18)<br>LRS. Same day 1.25 (0.81, 1.93). Lag 1: 1.73 (1.11, 2.72)<br>URS. Same day 1.28 (0.96, 1.70). Lag 1: 1.11 (0.82, 1.51)<br>Any respiratory symptoms.<br>Same day 0.76 (0.56, 1.03). Lag 1: 1.09 (0.83, 1.44) |
| Hoek and Brunekreef (1993)<br><br>Wageningen, The Netherlands<br><br>Period of Study: Winter 1990-1991 | Panel study of 112 children (7 to 12 yrs, non-urban) to assess effects of winter air pollution pulmonary function and respiratory symptoms. Parents filled out symptom diary that was turned in every 2 wks. Pulmonary function test performed by technician every 3 wks. Additional pulmonary function tests performed when $SO_2$ was predicted to be higher than 125 µg/m³ or $NO_2 > 90$ µg/m³. | Daily concentrations presented in graph;<br><br>Highest 24-h avg conc $SO_2$: 105 µg/m³ (air pollution episode)<br><br>Copollutants:<br>$PM_{10}$ BS $NO_2$ | During the winter episode, pulmonary function of schoolchildren was significantly lower than baseline. Significant negative associations between $SO_2$ and FVC, $FEV_1$ and MMEF. No significant associations found with prevalence of respiratory symptoms. Authors noted that it is not clear which components of episode mix responsible for association and that the concentrations of acid aerosol and $SO_2$ were too low for direct effects to be likely. $SO_2$ moderately correlated with $PM_{10}$ (r = 0.69) and BS (r = 0.63) but not $NO_2$ (r = 0.28).<br><br>Mean of individual regression slopes and SE<br><br>FVC Same day −0.55 (0.10), p < 0.05<br>    Lag 1: −0.74 (0.15) p < 0.05. 1 wk −0.94 (0.20) p < 0.05<br>$FEV_1$ Same day −0.51 (0.09) p < 0.05<br>    Lag 1: −0.21 (−0.63) p < 0.05. 1 wk −0.78 (0.18) p < 0.05<br>PEF Same day −0.64 (−0.44)<br>    Lag 1: −0.21 (0.63). 1 wk −0.34 (0.81) p < 0.05<br>MMEF. Same day −0.54 (0.20)<br>    Lag 1: −0.40 (0.29). 1 wk −0.61 (0.37)<br><br>Prevalence of acute respiratory symptoms regression coefficient from time-series model and SE<br><br>Cough. Same day 0.02 (0.18);<br>    Lag 1: −0.14 (0.19); 1 wk 0.13 (0.76)<br>URS. Same day 0.12 (0.16);<br>    Lag 1: −0.02 (0.17); 1 wk −0.24 (0.76)<br>LRS. Same day 0.06 (0.26);<br>    Lag 1: −0.11 (0.29); 1 wk −0.54 (0.92)<br>Any respiratory symptoms. Same day 0.01 (0.13);<br>    Lag 1: −0.03 (0.13); 1 wk −0.11 (0.60) |
| Hoek and Brunekreef (1995)<br><br>Deurne and Enkhuizen, The Netherlands<br><br>Period of Study: Mar-Jul 1989 | Panel study of 300 children (7-11 yrs) to examine the effects of photochemical air pollution on acute respiratory symptoms. Occurrence of respiratory symptoms recorded by parents in daily diary. Symptoms included cough, shortness of breath, upper and LRS, throat and eye irritation, headache and nausea. Association of symptom prevalence and incidence assessed using first order autoregressive, logistic regression model. | Daily concentration of $SO_2$ < 43 µg/m³<br><br>Copollutants:<br>$O_3$ $PM_{10}$ $SO_4^{2}$ $NO_3^{-}$ | Same day concentrations of $SO_2$ and $NO_2$ not associated with symptom prevalence.<br><br>No effect estimates for $SO_2$ provided. |
| Just et al (2002)<br><br>Paris, France<br><br>Period of Study: 1996 | Panel study consisting of 82 medically diagnosed asthmatic children, 7-15 yrs old, followed for 3 mos (Jan-Mar). Examined the association between air pollution and asthma symptoms using regression analyses based on generalized estimating equations (GEE). | 24-h avg (µg/m³):<br>11.6 (5.7)<br><br>Copollutants:<br>PM BS $NO_2$ $O_3$ | $SO_2$ was not analyzed because it was only present at low concentrations. |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Lagorio et al. (2006)<br><br>Rome, Italy<br><br>Period of Study: May 24 to June 24, 1999 and Nov 18 to Dec 22, 1999 | Panel study of 29 patients with either COPD (N: 11, mean age 67 yrs), asthma (N: 11, mean age 33 yrs) or ischemic heart disease (N: 7, mean age 63 yrs) to evaluate whether daily levels of air pollutants have a measurable impact on lung function in adults with preexisting lung or heart disease. | 24-h avg $SO_2$ ($\mu g/m^3$)<br>Spring mean 4.7<br>SD 1.8<br>Winter mean 7.9<br>SD 2.2<br>Overall mean 6.4<br>SD: 2.6<br><br>Copollutants:<br>$PM_{2.5}$, $PM_{10-2.5}$, $PM_{10}$, Cd, Cr, Fe, Ni, Pb, Pt, V, Zn, $NO_2$, CO, $O_3$<br><br>Correlation with copollutants:<br>$PM_{2.5}$ (r = 0.34)<br>$PM_{10-2.5}$ (r = −0.16)<br>$PM_{10}$ (r = 0.21)<br>$NO_2$ (r = 0.01)<br>$O_3$ (r = −0.61)<br>CO (r = 0.65) | Because avg 24-h concentrations of $SO_2$ were low and showed little variability, $SO_2$ was not considered in the analysis |
| Neukirch et al. (1998)<br><br>Paris, France<br><br>Period of Study: Nov 15, 1992 to May 9, 1993 | Panel study of 40 nonsmoking, mild to moderate asthmatics (16 to 70 yrs, mean 46) to examine the short-term effects of winter air pollution in asthma symptoms and three daily peak flow measurements. Patients were followed for 23 wks. Used GEE models that controlled for autocorrelation of responses, weather, and time trends. Analysis conducted on entire study population and for subgroup of subjects who took inhaled B2 agonists as needed. Assessed air pollution effect on both incident and prevalence of symptoms, Z-transformed morning PEF and daily PEF variability. | 24-h avg $SO_2$<br>Mean: 21.7 (13.5) $\mu g/m^3$<br>Range: 4.4, 83.8<br><br>Copollutants<br>$NO_2$, $PM_{13}$, BS<br><br>Correlation with copollutants:<br>$NO_2$ (r = 0.54)<br>$PM_{13}$ (r = 0.83)<br>BS (r = 0.89) | Significant effects on incidence and prevalence of symptoms. Effects at Lag days 3-6 and weekly avg exposures. Based on group avg PEF of 407 l/min, a 50 $\mu g/m^3$ increase $SO_2$ caused a maximum decrease in morning PEF of 5.5%.<br><br>Odds ratio per 50 $\mu g/m^3$ $SO_2$.<br><br>All subjects - Incident episodes:<br><br>Wheeze: Lag 5: 1.66 (1.01, 2.70)<br>Nocturnal cough: Lag 3: 1.60 (0.98, 2.62);<br>    Lag 4: 1.71 (0.86, 3.40); Lag 6: 1.72 (1.16, 2.55)<br>Respiratory infections: Lag 3: 3.14 (1.30, 7.59);<br>    Lag 4: 2.70 (1.36, 5.37); Lag 5: 2.79 (0.95, 8.21);<br>    Wk: 8.52 (1.20, 60.5)<br><br>All subjects - Prevalent episodes:<br><br>Wheeze: Lag 5: 1.35 (1.01, 1.81);<br>    Lag 6: 1.39 (1.04, 1.87); Wk: 1.64 (0.91, 2.94)<br>Nocturnal cough: Lag 6: 1.34 (1.00, 1.79)<br>Shortness of breath: Wk: 1.56 (1.06, 2.32)<br>Respiratory infections: Lag 4: 2.40 (1.33, 4.33);<br>    Lag 5: 2.72 (1.67, 4.44); Lag 6: 2.94 (1.80, 4.79);<br>    Wk: 6.30 (1.31, 30.2)<br><br>Subjects taking B2 agonists - Incident episodes:<br><br>Asthma attacks: Lag 6: 2.19 (0.91, 5.29)<br>Wheeze: Lag 5: 1.84 (1.13, 3.00)<br>Nocturnal cough: Lag 3: 2.41 (1.47, 3.93);<br>    Lag 4: 2.35 (0.88, 6.26); Lag 6: 1.86 (1.14, 3.04)<br><br>Subjects taking B2 agonists - Prevalent episodes:<br><br>Asthma attacks: Lag 5: 1.88 (0.95, 3.73);<br>    Lag 6: 2.82 (1.57, 5.07)<br>Wheeze: Lag 5: 1.51 (1.02, 2.23);<br>    Lag 6: 1.57 (1.06, 2.32)<br>Nocturnal cough: Lag 3: 1.73 (1.06, 2.82);<br>    Lag 4: 2.28 (1.27, 4.11); Lag 5: 1.91 (1.17, 3.12);<br>    Lag 6: 1.91 (1.17, 3.12)<br>Shortness of breath: Lag 4: 1.81 (1.22, 2.67);<br>    Lag 5: 1.65 (1.11, 2.44); Lag 6: 1.61 (1.20, 2.16);<br>    Wk: 3.03 (1.26, 7.33)<br><br>Regression coefficients of the effects and SE (per 1 $\mu g/m^3$)<br><br>Z-transformed morning PEF: Lag 5: −0.450 (0.138) p = 0.001<br>    Lag 6: −0.337 (0.164) p = 0.03<br><br>PEF daily variability, Lag 2: 0.025 (0.013) p = 0.05 |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Peacock et al. (2003)<br><br>Southern England<br><br>Period of Study:<br>Nov 1, 1996 to Feb 14, 1997 | Panel study of 177 children (mean age 10.7 yrs, range 7 to 13) from three schools (two urban and 1 rural location) to investigate effects of winter air pollution on respiratory function. Children were followed for 13 wks. Used two sources of air pollution in the rural area, one that was "locally validated" and the other "nationally validated." | 24-h avg $SO_2$ (ppb)<br>Rural<br><br>(nationally validated)<br>Mean: 5.1 (4.7)<br>Range: 0.0, 35.6<br><br>Rural<br><br>(locally validated)<br>Mean: 5.4 (5.1)<br>Range: 0.0, 39.1<br><br>Urban 1<br>Mean: 6.0 (6.0)<br>Range: 0.5, 32.5<br><br>Copollutants:<br>$O_3$ $NO_2$ $PM_{10}$ $SO_4$ | No statistically significant association between winter $SO_2$ and PEFR, 0.70% decline in PEFR for a 10 ppb increase in the five-day mean concentration of $SO_2$ (community monitor)<br><br>Regression Coefficient (95% CI) per 1 ppb $SO_2$<br><br>Community monitor<br>Lag 0: 0.05 (−0.05, 0.16). Lag 1: −0.04 (−0.13, 0.06)<br>Lag 2: −0.08 (−0.19, 0.04). Lag 0-4: −0.23 (−0.65, 0.18)<br><br>Local monitor<br>Lag 0: −0.01 (−0.10, 0.07). Lag 1: 0.02 (−0.05, 0.10)<br>Lag 2: −0.09 (−0.18, 0.01). Lag 0-4: −0.09 (−0.25, 0.07)<br><br>Odds of 20% decrement in PEF below the median – all children<br>Lag 0: 0.987 (0.958, 1.017). Lag 1: 1.007 (0.986, 1.030)<br>Lag 2: 0.992 (0.963, 1.023). Lag 0-4: 0.972 (0.887, 1.066)<br><br>Odds of 20% decrement in PEF below the median – wheezy children<br><br>Lag 0: 0.981 (0.925, 1.041). Lag 1: 0.999 (0.957, 1.042)<br>Lag 2: 0.995 (0.939 1.054). Lag 0-4: 1.019 (0.890, 1.167) |
| Peters et al. (1996)<br><br>Erfurt and Weimar, former German Democratic Republic; Sokolov, Czech Republic<br><br>Period of Study:<br>Sep 1990 to June 1992 | Panel study of 102 adult (32 to 80 yrs) and 155 children (7 to 15 yrs) with asthma from the former German Democratic Republic and Czech Republic to investigate the acute effects of winter type air pollution on symptoms, medication intake and PEF. Used regression analyses and distributed Lag models. | Winter 1990/1991<br>Erfurt:<br>Mean: 125 µg/m³<br>Max: 564 µg/m³<br>IQR 113 µg/m³<br>Weimar<br>Mean: 236 µg/m³<br>Max: 1018 µg/m³<br>IQR: 207 µg/m³<br>Sokolov<br>Mean: 90 µg/m³<br>Max: 492 µg/m³<br>IQR: 94 µg/m³<br><br>Winter 1991/1992<br>Erfurt<br>Mean: 96 µg/m³<br>Max : 462 µg/m³,<br>IQR: 80 µg/m³<br>Weimar<br>Mean: 153 µg/m³<br>Max: 794 µg/m³<br>IQR: 130 µg/m³<br>Sokolov<br>Mean: 71 µg/m³<br>Max: 383 µg/m³<br>IQR: 66 µg/m³<br><br>Copollutants: TSP, $PM_{10}$, $SO_4$, PSA (particle strong acidity) | 5-day mean concentration of $SO_2$ associated with PEF and symptoms in children (combined analysis from former German Democratic Republic and Czech Republic).<br><br>Correlation coefficient between $SO_2$ and TSP in Erfurt was r = 0.8, 0.9 during both winters and in Weimar during the first winter.<br><br>Correlation with TSP in Sokolov and in Weimar during the second winter was r = 0.4, 0.5.<br><br>Combined analysis for children<br><br>% change in PEF<br>Concurrent day 0.18 (−0.44, 0.09) per 133 µg/m³<br>5-day mean −0.90 (−1.35, −0.46) per 128 µg/m³<br><br>% change in symptom score<br>Concurrent day −0.1 (−5.9, 5.7) per 133 µg/m³<br>5-day mean 14.7 (0.8, 28.6) per 128 µg/m³<br><br>Combined analysis for adults<br><br>% change in PEF<br>Concurrent day −0.20 (−0.53, 0.12) per 133 µg/m³<br>5-day mean −0.28 (−0.72, 0.16) per 128 µg/m³ |
| Pikhart et al. (2000)<br><br>Czech Republic<br><br>Period of Study:<br>1993-1994 | SAVIAH study of 3045 children by questionnaire to determine association of $SO_2$ to wheezing. Used ecological and multilevel analysis | Median: 73.9 µg/m³<br>25th percentile: 63.5<br>75th percentile: 95.5<br><br>Copollutant: $NO_2$ | Positive association of $SO_2$ with wheezing<br><br>Odds Ratio (95% CI) per 10 µg/m³ increase $SO_2$<br><br>Logistic Regression:<br><br>Individual outcome and area exposure: 1.08 (0.98, 1.20).<br>Individual outcome and individual exposure: 1.08 (0.98, 1.19).<br>Ecological analysis: 1.05 (0.96, 1.16) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Pinter et al. (1996)<br><br>Tata Area, Hungary<br><br>Period of Study: winter mos between Dec 1993-Mar 1994 | Longitudinal (children < 14 yrs) and cross-sectional study (9 to 11 yrs) to examine air pollution and respiratory morbidity in children. In the longitudinal prospective study, respiratory morbidity was evaluated daily and on a weekly basis. In cross-sectional study, anthropometric parameters, physical status, pulse and blood pressure, lung function parameters, eosinophils in the nasal smear, hematological characteristics and urinary excretion of some metabolites were examined and measured. Anova and linear regression used in analysis. | Avg $SO_2$ exceeded the limit of yearly avg 150 $\mu g/m^3$<br><br>Daily peaks reached as high as 450 $\mu g/m^3$<br><br>No specific values given<br><br>Copollutant: $NO_2$ | Significant correlation between $SO_2$ levels and acute daily respiratory morbidity, but no correlation with weekly incidence. Authors stated that in the cross-sectional study, almost all health parameters were impaired but no results were shown.<br><br>Results only provided in graph. No p-values provided. |
| Pönka, 1990<br><br>Helsinki, Finland 1991 | Survey study to compare weekly changes in ambient $SO_2$, $NO_2$, and temperature and the incidence of respiratory diseases, and absenteeism for children in day-care centers and schools and for adults in the work place during a 1-yr period (1987). | Avg weekly concentration of $SO_2$ ($\mu g/m^3$)<br>Mean: 21.1<br>SD: 11.7<br>Median: 17.0<br>Range: 9, 61.5<br><br>Mean of daily max<br>Mean: 53<br>SD: 20.8<br>Median: 48<br>Range: 25.9, 130.3<br><br>Copollutant: $NO_2$ | Mean $SO_2$ concentration correlated with the incidences of URI and tonsillitis reported from health centers. $SO_2$ also correlated with absenteeism due to febrile illness among children in day care centers and adults. When comparing incidences during the low and high levels of $SO_2$, the number of cases of URI and tonsillitis reported from health centers increased as well as absenteeism. After standardization for temperature, the only difference that was statistically significant was the occurrence of URI diagnosed at health centers. Frequency of URI was 15% higher during high levels of $SO_2$ compared to low.<br><br>Statistical significance of product moment correlation coefficients (correlation coefficient) between $SO_2$ and respiratory disease and absenteeism<br><br>Respiratory tract infections diagnosed at health centers:<br><br>URI: $SO_2$ arithmetic mean: $p < 0.001$ (0.553)<br>Mean of daily maximums: $p = 0.0012$ (0.437)<br><br>Tonsillitis: $SO_2$ arithmetic mean: $p = 0.0098$ (0.355)<br>Mean of daily maximums: NS<br><br>Absenteeism due to febrile illness:<br>Day care centers:<br>$SO_2$ arithmetic mean: $p = 0.012$ (0.404)<br>Mean of daily maximums: $p = 0.048$ (0.323)<br><br>School children:<br>$SO_2$ arithmetic mean: NS. Mean of daily maximums: NS<br><br>Adults:<br>$SO_2$ arithmetic mean: $p < 0.0001$ (0.644)<br>Mean of daily maximums: $p < 0.0001$ (0.604)<br><br>No significant correlation between $SO_2$ and URI, tonsillitis, otitis, or LRI in day care center children<br><br>Statistical significance of weekly frequency of respiratory tract disease and absenteeism during low and high levels of $SO_2$:<br><br>Respiratory infections diagnosed at health centers:<br><br>URI: $SO_2$ arithmetic Mean: $p < 0.001$<br>Mean of daily max: $p = 0.0005$<br><br>Tonsillitis:<br>$SO_2$ arithmetic mean: 0.0351. SO mean of daily max: NS<br><br>Absenteeism due to febrile illness:<br>Day care center children: $p = 0.0256$<br>School children: $p = 0.0014$. Adults: $p = 0.0005$ |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Roemer et al. (1993)<br><br>Bennekom and Wageningen, Netherlands<br><br>Period of Study: Winter 1990-1991 | Panel of 73 children (mean age 9.3 yrs, range 6 to 12 yrs) with chronic respiratory symptoms to investigate effects of winter air pollution on lung function, symptoms and medication use. Subjects performed twice-daily PEF measurements, largest of three PEF readings used in regression analysis. Both incidence and prevalence of symptoms analyzed, using logistic regression. | Daily concentrations of $SO_2$ shown in graph<br><br>Highest 24-h avg concentration $SO_2$: 105 $\mu g/m^3$<br><br>Copollutants: $NO_2$ $PM_{10}$  BS<br><br>Correlation with copollutants: $NO_2$ (r = 0.26) $PM_{10}$ (r = 0.65) BS (r = 0.63) | Positive association between incidence of phlegm and runny nose with $SO_2$ on the same day. Significant association also found between evening PEF and $SO_2$ on, the same day, previous day and 1 wk (avg of same day and 6 days before). The use of bronchodilators also associated with $SO_2$.<br><br>Mean of individual regression coefficient<br><br>Morning PEF: Same day −0.021 (0.024);<br>    Lag 1 −0.024 (0.031); Wk −0.50 (0.069)<br>Evening PEF: Same day −0.048 (0.018) p < 0.05;<br>    Lag 1 −0.039 (0.021) p < 0.10; Wk −0.110 (0.055) p < 0.05<br><br>Prevalence of symptoms (per 50 $\mu g/m^3$ $SO_2$)<br><br>Asthma attack: Same day 0.008 (0.012);<br>    Lag 1 0.016 (0.011); 1 Wk 0.058 (0.027) p < 0.05<br>Wheeze: Same day 0.033 (0.17) p < 0.10;<br>    Lag 1 0.042 (0.016) p < 0.05; Wk 0.069 (0.032) p < 0.05<br>Waken with symptoms: Same day 0.033 (0.019) p < 0.10;<br>    Lag 1 0.032 (0.018) p < 0.10; Wk 0.058 (0.045)<br>Shortness of breath: Same day 0.029 (0.016) p < 0.10;<br>    Lag 1 0.016 (0.015); Wk 0.044 (0.035)<br>Cough: Same day 0.018 (0.025);<br>    Lag 1 0.012 (0.023); Wk 0.072 (0.066)<br>Runny nose: Same day 0.070 (0.026) p < 0.05;<br>    Lag 1 −0.11 (0.025); Wk 0.153 (0.074) p < 0.05<br>Phlegm: Same day 0.011 (0.022);<br>    Lag 1 0.014 (0.020); Wk −0.005 (0.056) |
| Roemer et al. (1998)<br><br>14 European Centers: Amsterdam, The Netherlands; Athens, Greece; Berlin and Hettstadt, Germany; Budapest, Hungary; Krakow and Katowice, Poland; Kuopi, Finland; Malmö and Umeå, Sweden; Oslo, Norway; Pisa, Italy; Prague and Teplice, Czech Republic<br><br>Period of Study: Winter 1993-1994 | Multicenter panel study of the acute effects of air pollution on respiratory health of 2,010 children (aged 6 to 12 yrs) with chronic respiratory symptoms. Results from individual centers were reported by Kotesovec et al. (1998), Kalandidi et al. (1998), Haluszka et al. (1998), Forsberg et al. (1998), Clench-Aas et al. (1998), and Beyer et al. (1998). Calculated effect estimates of air pollution on PEF or the daily prevalence of respiratory symptoms and bronchodilator use from the panel-specific effect estimates | Range: 2.7 $\mu g/m^3$ (Umeå, urban), 113.9 $\mu g/m^3$ (Prague, urban)<br><br>Copollutants: $PM_{10}$, BS $NO_2$ | No clear associations between $PM_{10}$, BS, $SO_2$ or $NO_2$ and morning PEF, evening PEF, prevalence of respiratory symptoms, or bronchodilator use could be detected. Previous day $PM_{10}$ was negatively associated with evening PEF, but only in locations where BS was high compared to $PM_{10}$ concentrations.<br><br>No consistent differences in effect estimates between subgroups based on urban versus suburban, geographical location or mean levels of $PM_{10}$, BS, $SO_2$, and $NO_2$. Combined effect estimates with 95% CI of air pollution on PEF.<br><br>Morning: Lag 0: 0.2 (−0.2, 0.6)<br>Lag 1: 0.2 (−0.2, 0.6). Lag 2: 0.6 (0.2, 1.0)<br>7-day mean: 0.6 (−1.3, 2.5)<br><br>Afternoon: Lag 0: 0.1 (−0.3, 0.5)<br>Lag 1: 0.0 (−0.4, 0.4). Lag 2: 0.1 (−0.4, 0.6)<br>7-day mean: 0.2 (−0.5, 0.9) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Segala et al. (1998)<br><br>Paris, France<br><br>Period of Study: Nov 15, 1992 to May 9, 1993 | Panel study of 84 children (7 to 15 yrs) with physician diagnosed asthma to examine the effects of winter air pollution on childhood asthma. For 25 wks, parents recorded the presence or absence of asthma attacks, upper or lower respiratory infections with fever, the use of supplementary inhaled B2 agonist, the severity of symptoms (wheeze, nocturnal cough and shortness of breath). Children also recorded PEF three times a day. GEE models adjusted for age, sex, weather and time trend. Investigated effects of $SO_2$ at 0 to 6 day Lags. | $SO_2$ avg (SD): 21.7 (13.5) $\mu g/m^3$<br><br>Range: (4.4, 83.8) $\mu g/m^3$<br><br>Copollutants: $NO_2$ $PM_{13}$ BS<br><br>Correlation with copollutants: $NO_2$ (r = 0.54) $PM_{13}$ (r = 0.43) BS (r = 0.89) | $SO_2$ associated with both incident and prevalent episodes of asthma, use of supplementary beta 2 agonist, incident episodes of nocturnal cough, prevalent episodes of shortness of breath and respiratory infection.<br><br>OR per 50 $\mu g/m^3$ $SO_2$ (Only effects at 0 and 1-days lag shown below unless statistically significant)<br><br>Incident episodes: Mild asthmatics (N: 43)<br><br>Asthma: Lag 0: OR 2.86 (1.31, 6.27). Lag 1: 2.45 (1.01, 5.92)<br>Wheeze: Lag 0: 1.47 (0.90, 2.41). Lag1: 1.27 (0.48, 3.38)<br>Nocturnal cough: Lag 3: 1.93 (1.18, 3.15).<br>    Lag 4: 2.12 (1.43, 3.13)<br>Respiratory infections: Lag 1: 1.52 (0.38, 5.98)<br><br>Prevalent episodes: Mild asthmatics (N: 43)<br>Asthma: Lag 0: 1.71 (1.15, 2.53). Lag 1: 1.55 (0.86, 2.78)<br>Wheeze: Lag 4: 1.48 (0.90, 2.41)<br>Shortness of breath : Lag 1: 1.36 (0.92, 2.01)<br>    Lag 2: 1.45 (0.98, 2.14). Lag 3: 1.52 (1.03, 2.25)<br>    Lag 4: 1.51 (1.02, 2.24)<br>Respiratory infections: Lag 0: 1.58 (0.72, 3.46)<br>    Lag 1: 1.91 (0.79, 4.62). Lag 2: 2.13 (0.97, 4.67)<br>    Lag 3: 2.09 (1.05, 4.15). Lag 4: 2.05 (1.14, 3.68)<br>Beta2 agonist: Lag 4: 1.63 (1.00, 2.66)<br>Beta2 agonist: Lag 4: 2.02 (1.02, 4.01). Lag 5: 1.96 (0.99, 3.88)<br>Moderate asthmatics (N: 41)<br><br>Statistically significant (only) prevalent episodes:<br><br>Beta2 agonist: Lag 0: 3.67 (1.25, 10.8) Lag 1: 4.60 (2.10, 10.1)<br>Lag 2: 7.01 (3.53, 13.9). Lag 3: 4.74 (1.96, 11.5) |
| Søyseth et al. (1995a)<br><br>Ardal and Laerdal regions, Norway<br><br>Period of Study: Winters, 1989-1992 | Cross sectional study of 620 children (ages 7 to 13 yrs) to determine whether short term exposure to $SO_2$ and fluoride on the number of capillary blood eosinophils is related to prevalence of BHR. Ardal is located in a $SO_2$ emitting aluminum smelter and Laerdal is nonindustrialized. Parents filled out respiratory questionnaires. Clinical examinations used skin prick tests and spirometry to test for atopy and BHR, respectively. Multiple regression and logistic regression models used in analyses. | 24-h avg $SO_2$ ($\mu g/m^3$): Median: 22.2 10th: 1.9 90th: 85.3 | A significant positive association between BHR and $SO_2$ was observed in atopic children. Eosinophils and $SO_2$ exposure also had a positive correlation.<br><br>Odds ratio for BHR (per 10 $\mu g/m^3$ $SO_2$)<br>Last 24-hours: 1.12 (1.01, 1.24)<br>Last 1-30 days: 0.94 (0.73, 1.21) |
| Taggart et al. (1996)<br><br>Runcorn and Widnes in NW England<br><br>Period of Study: Jul-Sep 1993 | Panel study of 38 nonsmoking asthma subjects (18 to 70 yrs) to investigate the relationship between asthmatic BHR and pulmonary function (PEF, $FEV_1$, FVC) and summertime ambient air pollution. Used univariate nested (hierarchical) analysis of variance to test hypothesis that BHR or spirometry measurements varied with air pollution levels. Analysis was limited to within-subject variation of (BHR, $FEV_1$, or FVC). | 24-h avg $SO_2$ Max: 103.7 $\mu g/m^3$<br><br>Copollutants: $NO_2$, $O_3$, smoke<br><br>Correlation with copollutants: $O_3$ (r = 0.13) $NO_2$ (r = 0.65) Smoke (r = 0.48) | No association between $SO_2$ and $FEV_1$ or FVC.<br><br>Changes in BHR correlated significantly with changes in 24-h mean $SO_2$, $NO_2$, and smoke.<br><br>Percentage change in BHR per 10 $\mu g/m^3$ $SO_2$<br>24-h mean $SO_2$ −6.3 % (−13.6, 0.6)<br>48-h mean −2.9 % (−12.8, 8.2)<br>24-h Lag 7.4 % (−4.5, 20.8) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Timonen and Pekkanen (1997)<br><br>Kuopio (urban and suburban), Finland<br><br>Period of Study: Winter, 1994 | Panel study of 169 children (7 to 12 yrs) with asthma or cough symptoms living in urban and suburban areas of Kuopio, Finland to determine association between air pollution and respiratory health. In the urban areas there were 39 asthmatics and 46 with cough only; in the suburban areas there were 35 asthmatics and 49 with cough who were included in the final analysis. Twice daily PEF and daily symptoms were recorded for 3 mos. First order autoregressive models used to assess associations between air pollutants and PEF and logistic regression models used for symptom prevalences and incidences. Analysis conducted on daily mean PEF deviations. Mean morning or evening PEF calculated for each child was subtracted from the daily value of morning or evening PEF. The daily deviations were then averaged to obtain daily mean PEF deviation for morning or evening PEF. | 24-h avg $SO_2$ ($\mu g/m^3$)<br><br>Urban area:<br>Mean: 6.0<br>25th percentile: 2.6<br>50th percentile: 3.6<br>75th percentile: 7.1<br>Max: 32.0<br><br>Copollutants:<br>$PM_{10}$ BS $NO_2$<br><br>Correlation coefficient with $SO_2$<br>$PM_{10}$ (r = 0.21)<br>BS (r = 0.20)<br>$NO_2$ (r = 0.22) | Among children with cough only, morning and evening deviations in PEF in the urban panel was negatively associated with $SO_2$. $SO_2$ was also associated with an increase in the incidence of URS in children with cough only in the urban area. When excluding the three highest $SO_2$ days, these effects were no longer statistically significant. No associations found between $SO_2$ and morning or evening PEF or respiratory symptoms in children with cough only in the suburban panel.<br><br>Asthmatic: Lag 0: 0.198 (0.804). Lag 1: 0.382 (0.789) Lag 2: 0.648 (0.715). 4-day Mean: 1.39 (1.14)<br><br>Odds ratio (per 10 $\mu g/m^3$)<br>URS: Lag 1: 1.46 (1.07, 2.00). Lag 2: 1.46 (1.14, 1.87)<br>4-day Mean: 1.55 (1.08, 2.24)<br><br>Odds ratio when excluded 3 highest $SO_2$ days (no 95% CI provided, but effects were not significant)<br>Lag 1: 1.13. Lag 2: 1.46. 4-day Mean: 1.12<br><br>Regression coefficient (SE) (per 10 $\mu g/m^3$ $SO_2$):<br><br>Morning PEF deviations<br>Children with cough alone: Lag 0: −0.229 (0.608)<br>Lag 1: −1.38 (0.564). Lag 2: −0.683 (0.523)<br>4-day Mean: −1.28 (0.633)<br><br>Evening PEF deviations<br>Children with cough alone. Lag 0: −1.84 (0.673)<br>Lag 1: −0.144 (0.711) . Lag 2: −0.291 (0.613)<br>4-day Mean: −0.878 (0.868)<br><br>Asthmatics: Lag 0: 1.28 (0.711). Lag 1: 0.575 (0.727)<br>Lag 2: 0.819 (0.642). 4-day Mean: 1.34 (1.05) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| van der Zee et al. (1999)<br><br>The Netherlands:<br><br>Amsterdam and Meppel (1993-1994)<br><br>Amsterdam and Nunspeet (1994-1995)<br><br>Bodegrven/Reeuwijk and Rotterdam (1992-1993)<br><br>Period of Study: 3 winters from 1992 to 1995 | Panel study of 633 children (aged 7 to 11 yrs) with and without chronic respiratory symptoms, living in urban and nonurban areas in the Netherlands. Volunteers measured daily PEF and reported the occurrence of respiratory symptoms and bronchodilator use in a diary. Association between air pollution and decrements in PEF, symptoms and bronchodilator use evaluated with logistic regression models that adjusted for first order autocorrelation, min daily temperature, day of wk, time trend, incidence of influenza and influenza-like illness. | Median and max 24-h avg concentration ($\mu g/m^3$)<br><br>1992-1993<br>Urban 23 (152); Nonurban 8.9 (43)<br><br>1993-1994<br>Urban 11 (34); Nonurban 5.0 (42)<br><br>1994-1995<br>Urban 6.0 (24); Nonurban 3.6 (17)<br><br>Copollutants:<br>$PM_{10}$ BS<br>Sulfate $NO_2$ | The correlation between $SO_2$ and PM varied from 0.5 to 0.8 during first two winters. Correlation with $NO_2$ about 0.50. In the urban areas, $SO_2$ was associated with > 10% decrements in evening PEF, LRS and use of bronchodilator in children with symptoms (n = 142). Most consistent associations found with $PM_{10}$, BS, and sulfate. No association found between $SO_2$ and prevalence of URS, cough, phlegm, and > 10% decrements in morning PEF. In the nonurban areas, no associations found with $SO_2$. In children without symptoms, no consistent associations with $SO_2$. Authors concluded that children with symptoms are more susceptible to particulate air pollution effects and that use of medication for asthma did not prevent the adverse effects of PM in children with symptoms.<br><br>Odds ratio (per 40 $\mu g/m^3$ $SO_2$)<br>Children with symptoms:<br><br>Urban areas:<br>Evening PEF: Lag 0: 1.32 (0.96, 1.80).<br>    Lag 1: 0.83 (0.60, 1.14). Lag 2: 1.67 (1.28, 2.19)<br>Symptoms of lower respiratory tract<br>    Lag 0: 1.35 (1.01, 1.79). Lag 1: 1.23 (0.93, 1.64)<br>Symptoms of upper respiratory tract<br>    Lag 0: 0.97 (0.82, 1.14).Lag1: 1.10 (0.94, 1.28)<br>Cough: Lag 0: 0.90 (0.77, 1.05). Lag 1: 1.12 (0.96, 1.30)<br>Use of bronchodilator: Lag 0: 0.92 (0.72, 1.18)<br>    Lag 1: 1.45 (1.13, 1.86)<br><br>Nonurban areas:<br>Evening PEF: Lag 0: 1.20 (0.91, 1.58).  Lag 1: 0.89 (0.68, 1.17)<br>Symptoms of lower respiratory tract. Lag 0: 0.91 (0.69, 1.19)<br>    Lag 1: 0.91 (0.69, 1.22)<br>Symptoms of upper respiratory. Lag 0: 0.94 (0.81, 1.09)<br>    Lag 1: 0.97 (0.83, 1.13). 5-day Mean: 0.67 (0.47, 0.94).<br>Cough: Lag 0: 1.08 (0.94, 1.23).  Lag 1: 0.98 (0.85, 1.12)<br>Use of bronchodilator. Lag 0: 0.86 (0.59, 1.25)<br>    Lag 1: 1.18 (0.80, 1.74)<br>Odds ratio (per 40 $\mu g/m^3$ $SO_2$)<br>Children without symptoms:<br><br>Urban areas:<br>Evening PEF: Lag 0: 1.13 (0.88, 1.47). Lag 1: 1.16 (0.90, 1.50)<br>URS: Lag 0: 0.92 (0.76, 1.11). Lag 1: 1.10 (0.91, 1.34)<br>    Lag 2: 0.83 (0.70, 0.99)<br>Cough: Lag 0: 0.93 (0.78, 1.11). Lag 1: 1.02 (0.84, 1.23)<br><br>Nonurban areas:<br>Evening PEF: Lag 0: 1.10 (0.87, 1.39). Lag 1: 1.07 (0.85, 1.35)<br>URS: Lag 0: 1.07 (0.92, 1.25). Lag 1: 0.85 (0.72, 1.00)<br>Cough: Lag 0: 0.86 (0.76, 0.97). Lag 1: 0.95 (0.83, 1.08)<br><br>Two-Pollutant Models<br>Odds Ratio (95% CI) (per 40 $\mu g/m^3$ ppm $SO_2$)<br>Evening PEF: $SO_2$ + $PM_{10}$. Lag 0: 1.14 (0.80, 1.61)<br>    Lag 1: 0.75 (0.51, 1.09). Lag 2: 1.56 (1.13, 2.13)<br>5 Day mean: 1.03 (0.50, 2.10) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| van der Zee (2000)<br><br>Netherlands,<br>3 winters from<br>1992 to 1995<br><br>Rotterdam<br>1992-1993 | Panel study of 489 adults (aged 50 to 70 yrs) with and without chronic respiratory symptoms, living in urban and nonurban areas in the Netherlands. Volunteers measured daily PEF and reported the occurrence of respiratory symptoms and bronchodilator use in a diary. Association between air pollution and decrements in PEF, symptoms and bronchodilator use evaluated with logistic regression models that adjusted for first order autocorrelation, min daily temperature, day of wk, time trend, incidence of influenza and influenza-like illness. | Avg (max) conc<br>1992/1993:<br>Urban 25 (61) $\mu g/m^3$<br><br>1993/1994<br>Urban 11 (34) $\mu g/m^3$<br>Nonurban 5.0 (42) $\mu g/m^3$<br><br>1994/1995<br>Urban 6.0 (24)<br>Nonurban 3.6 (17) $\mu g/m^3$<br><br>Copollutants<br>$PM_{10}$ BS Sulfate $NO_2$ | Among symptomatic adults (n = 138) living in urban areas, the prevalence of >20% decrement in morning PEF was associated with $SO_2$. Moreover, there were no associations found with prevalence of bronchodilator use, LRS, >10% decrement in morning PEF and >10% and >20% decrement in evening PEF.<br><br>In the nonurban areas, there was no consistent association between air pollution and respiratory health. In the nonsymptomatic adults, no consistent associations observed between health effects and air pollutants, but a significant and positive association was observed with URS in the nonurban area at 1 day lag.<br><br>Range of Spearman correlation coefficients between 24-h avg conc $SO_2$ and copollutants:<br>$PM_{10}$: 0.31, 0.78. BS: 0.21, 0.75<br>Sulfate: 0.29, 0.69. $NO_2$: 0.47, 0.51<br><br><br>Odds ratio (per 40 $\mu g/m^3$ $SO_2$) symptomatic adults<br>In urban areas<br><br>>10% decline in PEF; Morning<br>  Lag 0: 0.86 (0.60, 1.23); Lag 1: 0.97 (0.68, 1.39)<br>>20% decline in PEF; Morning<br>  Lag 0: 1.33 (0.66, 2.71); Lag 1: 1.98 (1.03-3.79)<br>LRS: Lag 0: 1.01 (0.84, 1.20) Lag1: .97 (0.82, 1.16)<br>  5-day mean: 0.71 (95% CI: 0.53 to 0.95)<br>URS: Lag 0: 1.15 (0.97, 1.37)<br>     Lag 1: 1.06 (0.90, 1.26)<br>Bronchodilator use: Lag 0: 1.09 (0.93, 1.28)<br><br>    Lag 1: 1.05 (0.89, 1.24). Lag 2: 0.85 (0.72, 0.99)<br><br><br>In nonurban areas<br><br>>10 % decline in PEF; Morning<br>  Lag 0: 79 (0.48, 1.29); Lag 1: 1.08 (0.68, 1.72)<br>>20% decline in PEF; Morning<br>  Lag 0: 0.79 (0.22, 2.88); Lag 1: 71 (0.13, 4.02)<br>LRS: Lag 0: 1.11 (0.94, 1.30);<br>Lag 1: 1.04 (0.88, 1.22)<br>URS: Lag 0: 0.97 (0.79, 1.20);<br>Lag 1: 1.20 (0.98, 1.47)<br>Bronchodilator use: Lag 0: 1.04 (0.91, 1.18);<br>Lag 1: 1.08 (0.95, 1.22) |
| Ward et al. (2002b)<br><br>Birmingham and Sandwell, England<br><br>Period of Study:<br>Jan-Mar 1997,<br>May-Jul 1997 | Children ages 9-yrs old in 5 different schools were given a questionnaire and administered PEF measurement in summer and/or winter. Study used bivariate correlation, linear and logistic regressions for analysis | Median, Range (ppb):<br>Winter: 5.4 (2-18)<br>Summer: 4.7 (2-10)<br><br>Copollutants: $NO_2$ ; $O_3$;<br>$PM_{10}$ ; $PM_{2.5}$ ; H+; Cl-; HCl;<br>$HNO_3$; $NH_3$; $NH_4$+; $NO_3$−;<br>$SO_4{}^{2-}$ | Study does not provide evidence for day-to-day respiratory health effects of pollutants.<br><br>Effect size, CI<br><br>Winter:<br>$\Delta$PEF morning (L/min): -0.60 (-2.51, 1.32)<br>$\Delta$PEF afternoon: -0.32 (-2.71, 2.04). Cough: 0.92 (0.82, 1.05)<br>Ill: 1.09 (1.01, 1.18). SOB: 1.02 (0.93, 1.13)<br>Wake: 1.00 (0.91, 1.10). Wheeze: 0.96 (0.85, 1.07)<br><br>Summer:<br>$\Delta$PEF morning (L/min): 0.91 (-0.95, 2.78).<br>$\Delta$PEF afternoon: -0.89 (-2.61, 0.83). Cough: 1.018 (1.02, 1.15)<br>Ill: 1.05 (0.96, 1.14). SOB: 0.98 (0.87, 1.10)<br>Wake: 1.00 (0.87, 1.14). Wheeze: 1.05 (0.92, 1.19) |

| Study | Method | Pollutant Data | Findings |
|-------|--------|----------------|----------|
| Ward et al. (2002a)<br><br>Birmingham and Sandwell, England<br><br>Period of Study:<br>Jan-Mar 1997<br>May-July 1997 | Panel study of 162 children (9 yrs at time of enrollment) from two inner city locations to investigate the association between ambient acid species with PEF and symptoms. Daily symptoms and twice-daily peak flow measurements were recorded over 8 wk periods in the summer and winter. 39 of the children reported wheezing in the past 12 mos. Linear regression used for PEF and logistic regression for symptoms. | 24-h avg $SO_2$<br><br>Winter:<br>Jan 13-Mar 10, 1997<br>Median: 5.4 ppb Range: 2, 18 ppb<br><br>Summer:<br>May 19-July 14, 1997<br>Median: 4.7 ppb<br>Range: 2, 10 ppb<br><br>Copollutants:<br>$NO_2$, $O_3$, $PM_{10}$, $H^+$, $Cl^-$, $HCl$, $HNO_3$, $NH_3$, $NH_4^+$, $NO_3^-$, $SO_4^{2-}$<br><br>$SO_2$ concentrations were not related to changes in PEF or respiratory symptoms | In the summer, changes in morning PEF were associated with $SO_2$ at 3-days lag and the 7-day mean $SO_2$. Prevalence of cough associated with $SO_2$ on the same day. In the winter $SO_2$ was only associated with symptom of feeling ill on the same day. 24-h avg $SO_2$ (per 4.0 ppb in winter; per 2.2 ppb in summer). Data also available for 3-,4-, and 7-day Lag<br><br>$\Delta PEF$ (L/min)<br><br>Morning: Lag 0-day<br>Winter: -0.60 (-2.51, 1.32); Summer: 0.91 (-0.95, 2.78)<br>Afternoon: Lag 0-day<br>Winter: -0.32 (-2.71, 2.04); Summer: -0.89 (-2.61, 0.83)<br>Morning: Lag 1-day<br>Winter: 0.08 (-1.67,1.86); Summer: 0.29 (-1.56, 2.14)<br>Afternoon: Lag 1-day<br>Winter: -0.88 (-2.87, 1.10); Summer: -0.02 (-1.68, 1.65)<br><br>Odds ratio for symptoms<br><br>Cough:Lag 0-day<br>Winter: 0.92 (0.81, 1.05); Summer: 1.08 (1.02, 1.15)<br>Ill:Lag 0-day<br>Winter 1.09 (1.01, 1.18); Summer 1.05 (0.96, 1.14)<br>SOB: Lag 0-day<br>Winter: 1.02 (0.93, 1.13); Summer: 0.98 (0.87,1.10)<br>Cough:Lag 1-day<br>Winter: 1.00 (0.87, 1.15); Summer: 1.04 (0.97, 1.11)<br>Ill: Lag 1-day<br>Winter: 1.03 (0.95, 1.11); Summer: 1.02 (0.94, 1.12)<br>SOB: Lag 1-day<br>Winter: 1.00 (0.90, 1.09); Summer: 1.00 (0.89, 1.13)<br>Wake at night with cough: Lag 0 day<br>Winter: 1.00 (0.91, 1.10); Summer: 1.00 (0.87, 1.14)<br><br>Wake at night with cough: Lag 1 day<br>Winter: 1.05 (0.96, 1.15); Summer: 1.02 (0.89, 1.16)<br>Wheeze: Lag 0 day<br>Winter: 0.96, (0.85, 1.07); Summer: 1.05 (0.92, 1.19)<br>Wheeze: Lag 1 day<br>Winter: 0.96 (0.86, 1.07); Summer: 1.00 (0.88, 1.13<br><br>Summer $\Delta PEF$ 2.7 (1.03, 4.38) per 2.2 ppb $SO_2$<br>Lag 3 days (p < 0.05)<br><br>Summer $\Delta PEF$ 6.83 (0.98, 12.69) per 2.2 ppb $SO_2$<br>Lag 0-6 days (p < 0.05) |
| **LATIN AMERICA** | | | |
| Pino et al. (2004)<br><br>Santiago, Chile<br><br>Period of Study:<br>1995-1997 | Cohort study of 504 infants recruited at 4 mos of age and followed through the first yr of life to determine the association between air pollution on wheezing bronchitis. | Mean concentration of $SO_2$ (ppb)<br>Mean: 11.6<br>SD: 8.1<br>Median: 10.0<br><br>Copollutants:<br>$PM_{2.5}$ $NO_2$ | No consistent association was found between the 24-h avg $SO_2$ and risk of wheezing bronchitis. However, after a 7-day lag, a 10-ppb increase in the 24-h avg $SO_2$ was associated with a 21% increase in risk of wheezing bronchitis.<br><br>Increase in wheezing bronchitis (95% CI) per 10 ppb $SO_2$<br><br>21% (8, 39%) |
| Romieu et al. (1996)<br><br>Mexico City, Mexico<br><br>Period of Study:<br>Apr-Jul 1991<br>Nov 1991-Feb 1992 | Panel study of 71 mildly asthmatic children (5 to 13 yrs) to assess the relationship between air pollution and childhood asthma exacerbation. Children measured PEF three times daily and recorded daily symptoms and medication use. Examined both incidence and prevalence of symptoms. LRS, cough, phlegm, wheeze, and/or difficulty breathing. | 24-h avg $SO_2$ (ppm)<br>Mean: 0.09<br>SD: 0.05<br>Range: 0.02, 0.20<br><br>Copollutants:<br>$O_3$ $PM_{10}$ $PM_{2.5}$ $NO_2$ | $SO_2$ concentrations were not related to changes in PEF or respiratory symptoms.<br><br>$\Delta PEF$ per 10-ppb increase in $SO_2$<br>0.26 (-0.35, 0.88, 1.01) L/min<br><br>Odds ratio for 10-ppb $SO_2$<br>Coughing: 0.96 (0.92, 1.01)<br>LRS: 0.97 (0.94, 1.01) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| **ASIA** | | | |
| Chen et al. (1999)<br><br>Three towns in Taiwan:<br>Sanchun, Taihsi, Linyuan<br><br>Period of Study:<br>May 1995-Jan 1996 | Cross-sectional panel study of 895 children (8 to 13 yrs) to evaluate the short-term effect of ambient air pollution on pulmonary function. Single and multipollutant models adjusted for sex, height, BMI, community, temperature, and rainfall. Examined 1, 2, and 7-day lag effects. | Peak concentrations of $SO_2$<br><br>Range: 0, 72.4 ppb<br>Day-time avg and 1-day lag<br><br>Copollutants:<br>CO $NO_3$ $PM_{10}$ (r = 0.68)<br>$NO_2$ (r = 0.71) | Daytime peak $SO_2$ at 2 days lag significantly associated with FVC using the single-pollutant model. Association also observed with $NO_2$ and CO with FVC. No $PM_{10}$ effects. Only $O_3$ effects significant in multipollutant models.<br><br>ΔFVC (mL) daytime avg $SO_2$<br>Lag 1: -3.18 (1.80); Lag 2: -2.70 (1.49); Lag 7: 0.61 (2.59)<br><br>Daytime peak $SO_2$:<br>Lag 1: -0.91 (0.73); Lag 2: -1.27 (0.59), p < 0.05;<br>Lag 7: -1.05 (1.29)<br><br>Δ$FEV_1$ (mL) daytime avg $SO_2$<br>Lag 1: -1.95 (1.69); Lag 2: -1.12 (1.41); Lag 7: -1.05 (1.29)<br><br>Daytime peak $SO_2$<br>Lag 1: -0.57 (0.68); Lag 2: -0.64 (0.56); Lag 7: -1.96 (1.22) |
| Jadsri et al. (2006)<br><br>Thailand<br><br>Period of Study:<br>1993-1996 | Spatial regression analysis of outpatient disease occurrence (respiratory system diseases; ICD chapter 10) in 25 communities in Rayong Province. | ---<br><br>Copollutants:<br>TSP, $NO_X$ | During summer, $SO_2$ played a role in adverse health effects after taking into account distance between community and health providers. During winter, no relationship was found. |
| Min et al. (2008)<br><br>Korea | Panel study consisting of 867 smokers, former smokers, and never smokers 20-86 yrs old. Used linear regression analysis, adjusting for age, height, gender, and a diagnosis of asthma to examine the combined effects of cigarette smoking and $SO_2$ on lung function. Lung function measurements used in this analysis included forced vital capacity (FVC), forced expiratory volume in 1 sec ($FEV_1$), percent predicted value of FVC (FVC % pred), and percent predicted value of $FEV_1$ ($FEV_1$ % pred). | 24-h avg (ppm): 0.006 | Found a short, marked decrease in FVC and $FEV_1$ in smokers after exposure to $SO_2$ that lasted for up to 30 h.<br><br>Study did not provide effect estimates. |
| Park et al. (2002)<br><br>Seoul, Korea<br><br>Period of Study:<br>Mar 2, 1996 to Dec 22, 1999 | Time-series analysis of school absenteeism due to illness and air pollution in one elementary school in Seoul. School located in area with heavy traffic. Avg enrollment in 1996 was 1,264. | 24-h avg $SO_2$<br>Mean: 9.19 ppb<br>SD: 4.61<br>Range: 2.68, 28.11<br>Copollutants:<br>$PM_{10}$<br>$NO_2$ CO (r = 0.67) $O_3$ | $SO_2$, $PM_{10}$, and $O_3$ associated with illness related school absenteeism. SP2 and $O_3$ are protective for non-illness related absences.<br><br>Relative risk per IQR $SO_2$ (5.68 ppb)<br><br>Total absences: 1.03 (1.02, 1.05)<br>Non-illness related absences: 0.95 (0.92, 0.99)<br>Illness related absences: 1.09 (1.07, 1.12)<br>2-pollutant model with $O_3$: 1.10 (1.08, 1.13) |
| Park et al. (2005a)<br><br>Korea<br><br>Period of Study:<br>Mar to June 2002 | Panel study of 69 patients (16 to 75 yrs) diagnosed with asthma by bronchial challenge or by bronchodilator response. Patients recorded twice-daily PE, symptoms at the end of each day (cough, wheeze, chest tightness, shortness of breath, sputum changes and the next morning, night awakenings). During the study period, 14 Asian dust days were identified. GEE and generalized additive Poisson regression model used in analysis. | Daily avg $SO_2$<br>Control Days:<br>0.0069<br>(0.0019) ppm<br>Dust days:<br>0.0052 (0.0010) ppm<br><br>Copollutants:<br>$PM_{10}$, $NO_2$, CO, $O_3$ | During the dust days, $SO_2$ levels were significantly lower compared to control days. $SO_2$ had no significant effect on PEF variability or night symptoms.<br><br>Relative risk based on Poisson log-linear regression analysis<br><br>PEF variability (>20%) 0.76 (0.37, 1.56)<br>Night symptoms: 0.98 (0.59, 1.51) |

| Study | Method | Pollutant Data | Findings |
|---|---|---|---|
| Xu et al. (1991)<br><br>Beijing, China<br>Three areas: industrial, residential, and suburban (control)<br><br>Period of Study: Aug 1986 | Cross sectional survey of 1140 adults (40 to 69 yrs) who had never smoked living in three areas of Beijing, to determine respiratory health effects of indoor and outdoor air pollution. A trained interviewer obtained pulmonary function measurements and determined history of chest illnesses, respiratory symptoms, cigarette smoking, occupational exposure, residential history, education level, and type of fuel used for cooking and heating. | Annual mean concentration of $SO_2$ ($\mu g/m^3$)<br>Residential: 128<br>Industrial: 57<br>Suburban: 18<br><br>Copollutants:<br>TSP | An inverse linear association found between Ln outdoor $SO_2$ and $FEV_1$ and FVC after adjusting for age, height and sex.<br><br>Regression estimate and standard error per Ln $SO_2$ ($\mu g/m^3$)<br><br>Height-adjusted $FEV_1$ (mL): −35.6 (17.3)<br><br>Height-adjusted FVC (mL): −131.4 (18.8) |

**Table F-2.    Short-term exposure to $SO_2$ and emergency department visits and hospital admissions for respiratory diseases.**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **UNITED STATES** | | | |
| Gwynn* et al. (2000)<br><br>Buffalo and Rochester, NY<br>U.S.<br><br>Period of Study: May 1988-October 1990<br>Days: 1,090 | Hospital Admissions<br>Outcome(s) (ICD9): Respiratory admissions: Acute bronchitis/ bronchiolitis (466); Pneumonia (480-4860); COPD and Asthma (490-493, 496)<br><br>Age groups analyzed: 6<br><br>Study design: Time-series<br><br>N: 24<br><br>Statistical analyses: Poisson regression with GLM and GAM<br><br>Covariates: season, day of wk, holiday, temperature, relative humidity<br><br>Lag: 0-3 days | 24-h avg $SO_2$ (ppb):<br>Min: 1.63<br>25th: 8.4<br>Mean: 12.2<br>75th: 15.4<br>Max: 37.7<br><br>Copollutants:<br>$H+$ (r = 0.06)<br>$SO_4^{2-}$ (r = 0.19)<br>$PM_{10}$ (r = 0.19)<br>$O_3$ (r = 0.02)<br>$NO_2$ (r = 0.36)<br>CO (r = 0.11)<br>COH (r = 0.29) | Significant associations observed between several pollutants and various health-effect outcomes make it difficult to discriminate the influence of a single-pollutant. This is likely a result of the relatively high intercorrelations among the various pollutants, as well as the possible interactive role of several pollutants in the reported associations.<br><br>Increment: 25.5, 7.0 ppb (Max-Mean; IQR)<br><br>$SO_2$ alone:<br><br>Max-Mean RR 1.096 (t = 3.05) lag 0<br><br>IQR RR 1.025 (t = 3.05) lag 0 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Ito et al. (2007)<br><br>New York, NY<br><br>Period of Study:<br>Jan 1999-Dec 2002 | ED Visits<br><br>Outcome(s): Asthma<br><br>Study design: Time-series<br><br>Statistical Analysis: Poisson GLM<br><br>Age groups analyzed: All ages<br><br>Covariates: Adjustment for temperature (same day and avg lag 1-3), dew point (same day and avg lag 1-3)<br><br># Hospitals: 11<br><br>Lag(s): Avg 0 and 1 day | All yr<br>24-h avg (ppb): 7.8 (4.6)<br>5th: 3<br>25th: 5<br>50th: 7<br>75th: 10<br>95th: 17<br><br>Warm mos<br>(Apr-Sep)<br>24-h avg (ppb): 5.4 (2.2)<br>5th: 3<br>25th: 4<br>50th: 5<br>75th: 7<br>95th: 10<br><br>Cold Mos<br>(Oct-Mar)<br>24-h avg (ppb): 10.2 (5.1)<br>5th: 4<br>25th: 6<br>50th: 9<br>75th: 13<br>95th: 19<br><br>Copollutants:<br>$PM_{2.5}$; $NO_2$; $O_3$; CO | In single-pollutant models, $NO_2$ was found to have the most significant association with asthma ED visits for all-yr and warm mos. $SO_2$ was significantly associated with asthma ED visits for all single-pollutant models for all-yr and both the warm and cold mos. In copollutant models for the warm mos, $NO_2$ eliminated the association between $SO_2$ and asthma ED visits.<br><br>This result is consistent with the monitor-to-monitor correlations, which suggested that $NO_2$ had less exposure error compared to $SO_2$.<br><br>Warm Mos (Apr-Sep)<br><br>(Weather model including smoothing terms for same day temperature and avg lag 1-3 day temperature.)<br><br>Relative Risk (95% CI) (per 6 ppb $SO_2$) 1.20 (1.13, 1.28) |
| Jaffe et al. (2003)<br><br>3 cities, Ohio, U.S. (Cincinnati, Cleveland, Columbus)<br><br>Period of Study:<br>Jul 1991-Jun 1996 (June-Aug months only) | ED Visits<br><br>Outcome(s) (ICD9): Asthma (493)<br><br>Age groups analyzed: 5-34<br><br>Study design: Time-series; N: 4,416<br><br>Statistical analyses: Poisson regression using a standard GAM approach<br><br>Covariates: City, day of wk, wk, yr, min temperature, overall trend, dispersion parameter<br><br>Season: June to Aug only<br><br>Dose-response investigated: Yes<br><br>Statistical package: NR<br><br>Lag: 0-3 days | 24-h avg:<br>Cincinnati:<br>35.9 (25.1) $\mu g/m^3$<br>Range: 1.7, 132<br>Cleveland:<br>39.4 (25.3) $\mu g/m^3$<br>Range: 2.6, 167<br>Columbus:<br>11.1(8.5) $\mu g/m^3$<br>Range: 0, 56.8<br><br>Copollutants:<br>Cincinnati:<br>$PM_{10}$ (r = 0.31)<br>$NO_2$ (r = 0.07)<br>$O_3$ (r = 0.14)<br>Cleveland:<br>$PM_{10}$ (r = 0.29)<br>$NO_2$ (r = 0.28)<br>$O_3$ (r = 0.26)<br>Columbus:<br>$PM_{10}$ (r = 0.42)<br>$NO_2$ (r = NR)<br>$O_3$ (r = 0.22) | Wide confidence intervals for data from Cleveland and Columbus make these data not significant and unstable. Only data for Cincinnati was considered statistically significant and demonstrated a concentration response function that was positive.<br><br>No multipollutant models were utilized.<br><br>Increment: 50 $\mu g/m^3$<br><br>Cincinnati: 35% (9, 21) lag 2<br><br>Cleveland: 6% (−7, 21) lag 2<br><br>Columbus: 26% (−25, 213) lag 3<br><br>All cities: 12% (1, 23)<br><br>Attributable risk from $SO_2$ increment:<br><br>Cincinnati: 4.2%<br><br>Cleveland: 0.66%<br><br>Columbus: 2.94% |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Lin et al. (2004d)<br><br>New York (Bronx County), U.S.<br><br>Period of Study: 6/1991-12/1993 | Hospital Admissions<br><br>Outcome(s) (ICD9):  Asthma (493)<br><br>Age groups analyzed: 0-14<br><br>Study design: Case-control<br><br>N: 2,629 cases; 2,236 controls<br><br>Statistical analyses: logistic regression<br><br>Covariates: race and ethnicity, age, gender, season<br><br>Statistical package:<br><br>Lag: 0,1,2,3, 0-3 | Cases:<br>24-h avg: 16.78 ppb<br><br>50th: 13.72<br>Range: 2.88, 66.35<br><br>Controls:<br>24-h avg: 15.57 ppb<br><br>50th: 13.08<br>Range: 2.88, 66.35<br><br>Quartile Concentrations (ppb) :<br>Q1: 2.88, 8.37<br>Q2: 9.37, 13.38<br>Q3: 13.5, 20.91<br>Q4: 20.21, 66.35 | Odds ratios for risk of hospitalization for asthma increased with each quartile of $SO_2$ concentration.<br><br>Lag 1, 2, or 3 all showed a concentration response that was positive for odds ratio as each quartile was compared to the total exposure group (trend p > 0.001).<br><br>Quartile (24-h avg)<br>Q2 OR 1.26 lag 3<br>Q3 OR 1.45 lag 3<br>Q4 OR 2.16 (1.77, 2.65) lag 3<br><br>Quartile (1-h max)<br>Q4 OR 1.86 (1.52, 2.27) lag 3<br><br>For a 4 ppb increase in $SO_2$ (24-h avg)<br>RR 1.07 (1.04, 1.11) |
| Michaud et al. (2004)<br><br>Hilo, Hawaii<br><br>Period of Study:  2/21/1997-5/31/2001 | ED Visits<br><br>Outcome(s) (ICD9):  COPD (490-496); Asthma (493, 495); bronchitis (490, 491), other COPD (492, 494, 496)<br><br>Age groups analyzed: All<br><br>Study design: Time-series<br><br>Statistical analyses: Exponential regression models<br><br>Covariates: temporal variables, day of wk, meteorology<br><br>Statistical package: Stata, SAS<br><br>Lag: 0,1,2,3 days | 1-h max:<br>1.92 (12.2) ppb<br>Range: 0.0, 447<br><br>24-h avg:<br>1.97 (7.12) ppb<br>Range: 0.0, 108.5<br><br>Copollutants: $PM_1$ | The lack of organic carbon shows the pure $SO_2$ effect uncontaminated by vehicle emissions.<br><br>Asthma is associated with vog, but vog is not a major cause of asthma in Hawaii. The strongest association was with the mo of the yr.<br><br>Admission for asthma and respiratory conditions was higher in the winter compared to the summer, based on admission per day (observational- not statistical analysis).<br><br>Increment: 10 ppb<br><br>COPD: RR 1.04 (0.99, 1.09) lag 1; RR 1.04 (1.00, 1.09) lag 2; RR 1.07 (1.03, 1.11) lag 3<br>Asthma: RR 1.01 (1.00, 1.10) lag 1; RR 1.02 (1.03, 1.12) lag 2; RR 1.02 (1.03, 1.12) lag 3<br>Bronchitis: RR 1.01 (0.93, 1.13) lag 1; RR 0.99 (0.88, 1.05) lag 2; RR 1.01 (1.00, 1.14) lag 3<br>Other COPD: RR 1.00 (0.78, 1.23) lag 1; RR 0.96 (0.62, 1.11) lag 2; RR 0.98 (0.75, 1.16) lag 3 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Moolgavkar* et al. (1997)<br><br>U.S.: Minneapolis-St. Paul; Birmingham<br><br>Period of Study:<br>Jan 1986–Dec 1991 | Hospital Admissions<br><br>Outcome(s) (ICD9): COPD including asthma (490-496), Pneumonia (480-487)<br><br>Age groups analyzed: 65+<br><br>Study design: Time-series<br><br>Statistical analyses: Semi-parametric Poisson regression, GAM<br><br>Covariates: day of wk, season, temporal trends, temperature<br><br>Statistical package: S Plus<br><br>Lag: 0-3 days | $SO_2$ 24-h avg (ppb):<br><br>Minneapolis:<br>Mean: 4.82<br>10th: 1.9<br>25th: 2.66<br>50th: 4.02<br>75th: 6.0<br>90th: 8.5<br>Birmingham:<br>Mean: 6.58<br>10th: 2.2<br>25th: 3.7<br>50th: 6.0<br>75th: 8.6<br>90th: 11.6<br><br>Copollutants:<br>Minneapolis:<br>$PM_{10}$ (r = 0.08)<br>$NO_2$ (r = 0.09)<br>CO (r = 0.07)<br>$O_3$ (r = −0.12)<br>Birmingham:<br>$PM_{10}$ (r = 0.17)<br>CO (r = 0.16)<br>$O_3$ (r = 0.02) | $SO_2$ with $NO_2$ and $PM_{10}$ were associated with hospital admissions. Evidence of mixture effects was found. No single-pollutant was more important than the other for respiratory admissions. Each pollutant was associated with admissions except CO.<br><br>Consideration of four pollutants together showed the strongest association with $O_3$. No pollutant other than $O_3$ was stable in its association with hospital admissions.<br><br>No effects were reported for Birmingham. Positive results were only observed in Minneapolis.<br><br>Increment: 3.5 ppb<br><br>Sum of Pneumonia and COPD: 1.6% (−0.1, 3.3) lag 2<br><br>Pneumonia Only<br><br>Minneapolis:<br><br>65+ 0.9% (−1.1, 2.9) lag 2 20 df<br><br>0.5% (−1.5, 2.5)<br>lag 2 130 dfS |
| Moolgavkar (2000a)<br><br>Multicity, U.S.: Cook, Los Angeles, Maricopa County, (Phoenix)<br><br>Period of Study:<br>1987-1995 | Hospital Admissions<br><br>Outcome(s) (ICD9): COPD including asthma (490-496)<br><br>Age groups analyzed:<br>0-19, 20-64, 65+<br>(LA only)<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression, GAM<br><br>Covariates: Day of wk, temporal trends, temperature, relative humidity<br><br>Lag: 0-5 days | Cook:<br>Median: 6 ppb<br>25th: 4<br>75th: 8<br>Range: 0.5, 36<br><br>Los Angeles:<br>Median: 2 ppb<br>25th: 1<br>75th: 4<br>Range: 0, 16<br><br>Maricopa:<br>Median: 2 ppb<br>25th: 0.5<br>75th: 4<br>Range: 0, 14<br><br>Copollutants:<br>Cook:<br>$PM_{10}$ (r = 0.42)<br>CO (r = 0.35)<br>$NO_2$ (r = 0.44)<br>$O_3$ (r = 0.01)<br>Los Angeles:<br>$PM_{2.5}$ (r = 0.42)<br>$PM_{10}$ (r = 0.41)<br>CO (r = 0.78)<br>$NO_2$ (r = 0.74)<br>$O_3$ (r = −0.21)<br>Maricopa:<br>$PM_{10}$ (r = 0.11)<br>CO (r = 0.53)<br>$NO_2$ (r = 0.02)<br>$O_3$ (r = −0.37) | In Los Angeles there was a significant association with hospital admissions for COPD.<br><br>$SO_2$ may be acting as a surrogate for other pollutants since heterogeneous responses found in different cities are inconsistent with a cause-effect model.<br><br>Increment: 10 ppb<br><br>COPD, >65 yrs<br><br>Cook lag 0: 4.87 (t = 3.18) GAM-100<br><br>LA lag 0: 2.84 (t = 13.32) GAM-30<br><br>LA lag 0: 1.80 (t = 9.60)<br>GAM-100<br><br>LA lag 0: 1.78 (t = 7.72)<br>NS-100 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| NY DOH (2006)<br><br>Bronx and Manhattan, NY<br><br>Period of Study:<br>Jan 1999-Dec 2000 | ED Visits<br><br>Outcome(s) (ICD9): Asthma (493), for infants (466.1 and 786.09)<br><br>Study design: Time-series<br><br>N: ≈ 36,000<br><br>Statistical Analysis: Poisson regression with GLM<br><br>Statistical package: S-Plus<br><br>Age groups analyzed: All ages<br><br>Covariates: Season, day-of-wk, temperature<br><br># Hospitals: 22<br><br>Lag(s): Avg 0- to 4-day lags | 24-h avg (ppm): 0.011 (0.0072)<br><br>Copollutants:<br>$PM_{10}$ $PM_{2.5}$ OC EC Cr Fe Pb Mn Ni Zn H+ Sulfate $O_3$ $NO_2$ $SO_2$ | In single-pollutant models, $PM_{2.5}$, $SO_2$, $O_3$, and $NO_2$ were all found to be significantly associated with asthma ED visits in a community, Bronx, with a high prevalence of asthma. This association was maintained in both two- and three-pollutant models for $O_3$ and $SO_2$.<br><br>Single-Pollutant Models<br><br>Relative Risk: (95% CI) (per 0.011 ppm $SO_2$)<br>5-day moving avg<br>Manhattan: 0.99 (0.88, 1.12); Bronx: 1.11 (1.06, 1.17)<br>Relative Risk: (95% CI) (per 0.0072 ppm $SO_2$)<br>Bronx: 1.07 (1.04, 1.11)<br>Relative Risk based on Daily Max Hourly $SO_2$: (95% CI) (per 0.0227 ppm $SO_2$)<br>Manhattan: 0.96 (0.86, 1.07); Bronx: 1.07 (1.03, 1.12)<br>Relative Risk:(95% CI) (per 0.0072 ppm $SO_2$)-model excludes temperature<br>Manhattan: 0.99 (0.88, 1.11); Bronx: 1.11 (1.06, 1.17)<br>Relative Risk: (95% CI) (per 0.0072 ppm $SO_2$)- by Gender<br>Manhattan: Male: 0.90 (0.75, 1.07); Female: 1.08 (0.91, 1.29)<br>Bronx: Male: 1.08 (1.00, 1.17); Female: 1.14 (1.06, 1.23)<br>Relative Risk: (95% CI) (per 0.0072 ppm $SO_2$)-By Age<br>Manhattan: 0-4: 0.82 (0.59, 1.15); 5-18: 1.03 (0.77, 1.37); 19-34: 1.01 (0.76, 1.35); 35-64: 1.04 (0.86, 1.25); 65+: 0.88 (0.57, 1.37)<br>Bronx: 0-4: 1.13 (1.01, 1.26); 5-18: 1.03 (0.92, 1.16); 19-34: 1.06 (0.93, 1.21); 35-64: 1.18 (1.07, 1.30); 65+: 1.12 (0.88, 1.42)<br><br>Two-Pollutant Models<br><br>Relative Risk: (95% CI) (per 0.0072 ppm $SO_2$)<br>5-day moving avg<br>Manhattan: $SO_2$ + Max 8-h $O_3$: 0.99 (0.88, 1.12);<br>$SO_2$ + FRM $PM_{2.5}$: 0.97 (0.85, 1.11); $SO_2$ + Max $PM_{2.5}$: 0.98 (0.85, 1.12);<br>$SO_2$ + $NO_2$: 1.01 (0.87, 1.16)<br>Bronx: $SO_2$ + Max 8-h $O_3$: 1.11 (1.05, 1.17);<br>$SO_2$ + FRM $PM_{2.5}$: 1.11 (1.04, 1.18); $SO_2$ + Max $PM_{2.5}$: 1.09 (1.03, 1.16);<br>$SO_2$ + $NO_2$: 1.11 (1.04, 1.17) |
| Norris et al. (1999)<br><br>Seattle, Washington<br><br>Period of Study:<br>1995-1996 | ED Visits<br><br>Outcome(s) (ICD9): Asthma (493)<br><br>Study design: Time-series<br><br>Statistical Analysis: Semiparametric Poisson regression model<br><br>Statistical package: S-Plus<br><br>Age groups analyzed: < 18<br><br>Covariates: adjustments for day-of-wk indicator variables, time trends, temperature, dew point temperature<br><br># Hospitals: 6<br><br>Lag(s): 0, 2 | 24-h avg (ppb): 6.0 (3.0)<br><br>Range: 1.0, 21.0.<br><br>1-h max (ppb): 16.0 (14.0)<br><br>Range: 2.0, 84.0.<br><br>Copollutants:<br>$PM_{10}$, Dry light scattering, $NO_2$,CO, $O_3$ | A significant association was found between asthma emergency department visits in children and $PM_{2.5}$ and CO. Estimates were not found to be different between high and low hospital utilization areas. $SO_2$ was negatively associated with asthma emergency department visits in high utilization areas, and positively associated in low utilization areas.<br><br>Relative Rates (95% CI) (per 3 ppb 24-h avg $SO_2$; per 12 ppb 1-h max $SO_2$)<br><br>High Utilization Areas:<br>24-h avg: 0.92 (0.83, 1.03)<br>1-h max: 0.99 (0.89, 1.10)<br>Low Utilization Areas<br>24-h avg: 1.09 (1.00, 1.19)<br>1-h max: 1.09 (1.00, 1.19)<br>All Areas<br>24-h avg: 0.97 (0.91, 1.04) lag 0<br>1-h max: 1.02 (0.95, 1.09) lag 2 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Peel et al. (2005)<br><br>Atlanta, GA, U.S.<br><br>Period of Study:<br>1/93-8/2000 | ED Visits<br><br>Outcome(s) (ICD 9): All respiratory (460-6, 477, 480-6, 480-6, 490-3, 496); Asthma (493); COPD (491-2, 496); Pneumonia (480-486); Upper Respiratory Infection (460-6, 477)<br><br>Age groups analyzed: All<br><br>Study design: Time-series<br><br>N: ≈ 480,000<br><br># of Hospitals: 31<br><br>Statistical analyses: Poisson Regression, GEE, GLM, and GAM (data not shown for GAM)<br><br>Covariates: Day of wk, hospital entry/exit, holidays, time trend; season, temperature, dew point temperature<br><br>Statistical package: SAS, S-Plus<br><br>Lag: 0 to 7 days. 3 day moving avgs. | 1-h max: 16.5 (17.1) ppb<br><br>10th%: 2.0<br><br>90th%: 39.0<br><br>Copollutants:   $O_3$<br><br>$NO_2$<br><br>CO<br><br>$PM_{2.5}$<br><br>Evaluated multipollutant models (data not shown) | Estimates from distributed lag models (0-13 days) tend to be higher than for 3-day moving avg. Positive associations for URI and COPD with $SO_2$ were noted for unconstrained lags (0-13 days) that covered the previous two weeks of exposure.<br><br>Increment: 20 ppb<br><br>All respiratory:<br>RR 1.008 (0.997, 1.019) lag 0-2, 3-day moving avg<br><br>Upper Respiratory Infection (URI):<br>RR 1.010 (0.998, 1.024) lag 0-2, 3-day moving avg<br><br>Asthma:<br>All: 1.001 (0.984, 1.017) lag 0-2, 3-day moving avg<br><br>Pneumonia:<br>RR 1.003 (0.984, 1.023) lag 0-2, 3-day moving avg<br><br>COPD:<br>RR 1.016 (0.985, 1.049) lag 0-2, 3-day moving avg |
| Schwartz (1995)<br><br>New Haven, CT<br>Tacoma, WA<br>U.S.<br><br>Period of Study:<br>1988-1990 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory admissions (460-519)<br><br>Age groups analyzed: ≥65<br><br>Study design: Time-series<br><br>N: 13,470<br><br>Statistical analyses: Poisson regression, log linear regression using GLM and GAM<br><br>Covariates: dewpoint, temp, long-term trends, days of wk<br><br>Statistical package: S- Plus<br><br>Lag: 0-1 | 24-h avg<br><br>New Haven<br>Mean 78 μg/m³ (29.8 ppb)<br>10th: 23<br>25th: 35<br>50th: 78<br>75th: 100<br>90th: 159<br><br>Tacoma<br>Mean: 44 μg/m³ (16.8 ppb)<br>10th: 15<br>25th: 26<br>50th: 40<br>75th: 56<br>90th: 74<br><br>Copollutants:<br>$PM_{10}$ $O_3$ | In New Haven, risk associated with $SO_2$ was not affected by inclusion of $PM_{2.5}$ in the model and the effect of $PM_{2.5}$ was not strongly affected by inclusion of $SO_2$. This suggests that in New Haven, $SO_2$ and $PM_{2.5}$ acted independently.<br><br>In Tacoma, 2-pollutant model analysis showed risk associated with $SO_2$ was attenuated by $PM_{2.5}$. This suggested risks associated with $SO_2$ and $PM_{2.5}$ were not independent. Possibly, $SO_2$ acts as a surrogate for $PM_{2.5}$ in this city.<br><br>Increment: 50 μg/m³ or 18.8 ppb<br><br>New Haven, CT<br>RR = 1.03 (CI 1.02, 1.05), lag 0-1. p < 0.001<br>2-pollutant model with $PM_{10}$:<br>RR = 1.04 (CI 1.02, 1.06) p < 0.001<br>Tacoma, WA<br>RR = 1.06 (CI 1.01, 1.12), lag 0-1. p > 0.02<br>2-pollutant model with $PM_{10}$:<br>RR = 0.99 (CI 0.93, 1.06) p > 0.5 |
| Schwartz et al. (1996)<br><br>Cleveland, OH<br><br>Period of Study:<br>1988-1990 | Hospital Admissions<br><br>Outcome(s) (ICD9):  All respiratory disease<br><br>Age groups analyzed: ≥ 65<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression<br><br>Covariates: Season, temperature, day of wk<br><br>Statistical package:<br><br>Lag: 0-1 | 24-h avg: 35 ppb<br>10th: 13<br>25th: 20<br>50th: 31<br>75th: 45<br>90th: 61<br><br>Copollutants:<br>$PM_{2.5}$ $O_3$ | Significant associations were seen for $PM_{2.5}$ and $O_3$, with somewhat weaker evidence for $SO_2$.<br><br>Increment: 100 μg/m³<br><br>RR 1.03 (0.99, 1.06) lag 0-1 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Sheppard et al. (1999) Reanalysis (2003) Seattle, WA, U.S. Period of Study: Jan 1987-Dec 1994 | Hospital Admissions Outcome(s) (ICD9): Asthma (493) Age groups analyzed: < 65 Study design: Time-series N: 7,837 # of Hospitals: 23 Statistical analyses: Poisson regression with adjustment for auto-correlation. Covariates: Statistical package: S-Plus Lag: 0,1,2,3 | 24-h avg: 8 ppb IQR: 5 ppb 10th: 3.0 25th: 5.0 50th: 8.0 75th: 10.0 90th: 13.0 Copollutants: $PM_{10}$ (r = 0.31) $PM_{2.5}$ (r = 0.22) $O_3$ (r = 0.07) CO (r = 0.24) | Sources of $SO_2$ adjacent or near to monitoring site. Low concentrations. No association with $SO_2$ for asthma but positive association for appendicitis. Increment: 5 ppb (IQR) GAM with stricter criteria: 1.0% (−2.0, 3.0) lag 0 GLM with natural spline smoothing: 0.0% (−3.0, 4.0) lag 0 |
| Sinclair and Tolsma (2004) Atlanta, GA Period of Study: 8/1/1998-8/31/2000 | ED Visits Outcome(s): asthma, upper, and lower respiratory infections. Study design: Time-series investigation Statistical Analysis: Single pollutant Poisson general linear modeling Statistical package: SAS v. 8.02 Age Groups Analyzed: All # Hospitals: 10 Lag(s): 0-8 days | 1-hour Max Mean: 19.28 ppb SD:16.28 Copollutants: $PM_{2.5}$ $PM_{10}$ $NO_2$ CO $O_3$ | No significant findings for child or adult asthma. Significant negative associations with upper respiratory infections for 6-8 day lag (RR = 0.98). Significant positive association with lower respiratory infections for 0-2 day lag (RR = 1.067). Not provided. |
| Tolbert et al. (2007) Atlanta, GA Period of Study: Jan 1993-Dec 2004 | ED Visits Outcome(s) (ICD9): Cardiovascular (410-414, 427, 428, 433-437, 440, 443-445, 451-453); Respiratory (493, 786.07, 786.09, 491, 492, 496, 460-465, 477, 480-486, 466.1, 466.11, 466.19) Study design: Time-series Statistical Analysis: Poisson Generalized Linear Model (GLM). Statistical package: SAS Age groups analyzed: All ages Covariates: Adjustment for day-of-wk, hospital entry, holidays, time, temperature, dew point temperature # Hospitals: 41 N: 238,360 (Cardiovascular) 1,072,429 (Respiratory) Lag(s): 3-day moving avg | 1-h max (ppb): 14.9 Range: 1.0, 149.0 10th: 2.0 25th: 4.0 75th: 20.0 90th: 35.0 Copollutants: $PM_{10}$ $PM_{2.5}$ $O_3$ $NO_2$ CO Sulfate Total Carbon Organic Carbon EC Water-Soluble Metals Oxygenated Hydrocarbons | In single pollutant models, $O_3$, $PM_{10}$, CO, and $NO_2$ significantly associated with ED visits for respiratory outcomes. Relative Risk (95% CI) (per 16.0 ppb $SO_2$) 1.003 (0.997, 1.009) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Wilson et al. (2005)<br><br>Multicity, U.S.<br><br>(Portland, ME and Manchester, NH)<br><br>Period of Study:<br>Jan 1996-Dec 2000 (Manchester)<br>Jan 1998-Dec 2000 (Portland) | ED Visits<br><br>Outcome(s) (ICD 9 codes): All respiratory (460-519); Asthma (493)<br><br>Age groups analyzed:<br>0-14 yrs; 15-64 yrs; ≥65 yrs<br><br>Study design: Time-series<br><br>Statistical analyses: Multiple regression analysis standard GAM with more stringent criteria parameters<br><br>Covariates:<br>Time-trend, season, influenza, temperature, humidity, precipitation<br><br>Statistical package: S-Plus<br><br>Lag: 0-2 | $SO_2$ 1-h max:<br>Mean, (SD) (ppb)<br><br>Portland<br><br>All yr: 11.1 (9.1)<br>Winter: 17.1 (12.0)<br>Spring: 10.0 (7.1)<br>Summer: 9.1 (8.0)<br>Fall: 9.7 (7.1)<br><br>Manchester<br><br>All yr: 16.5 (14.7)<br>Winter: 25.7 (15.8)<br>Spring: 14.8 (12.0)<br>Summer: 10.6 (15.1)<br>Fall: 14.6 (11.1)<br><br>Copollutants:<br>$O_3$ $PM_{2.5}$ | Elevated levels of $SO_2$ were positively associated with elevated respiratory and asthmatic ER visits. The significance of these relationships is not sensitive to analytic or smoothing techniques.<br><br>Increment: 6.3 ppb (IQR) for Portland; IQR for Manchester<br><br>Portland:<br>All respiratory: All ages RR 1.05 (1.02, 1.07) lag 0;<br>0-14 yrs RR 0.98 (0.93, 1.02) lag 0; 15-64 yrs RR 1.06 (1.03, 1.09) lag 0;<br>>65 yrs RR 1.10 (1.05, 1.15) lag 0<br>Asthma: All ages RR 1.06 (1.01, 1.12) lag 2;<br>0-14 yrs RR 1.03 (0.93, 1.15) lag 2; 15-64 yrs RR 1.07 (1.01, 1.15) lag 2;<br>>65 yrs RR 1.07 (0.90, 1.26) lag 2<br><br>Manchester:<br>All respiratory: All ages RR 1.01 (0.99, 1.02) lag 0;<br>0-14 yrs RR 1.00 (0.96, 1.04) lag 0; 15-64 yrs RR 1.00 (0.98, 1.03) lag 0;<br>>65 yrs RR 1.04 (0.97, 1.11) lag 0<br>Asthma: All ages RR 1.03 (0.98, 1.09) lag 2;<br>0-14 yrs RR 1.11 (0.98, 1.25) lag 2; 15-64 yrs 1.02 (0.96, 1.08) lag 2;<br>>65 yrs RR 1.06 (0.83, 1.36) lag 2 |

**CANADA**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Bates et al. (1990)<br><br>Vancouver Region, BC, Canada<br><br>Period of Study:<br>7/1/1984-10/31/1986 | ED Visits<br><br>Outcome(s) (ICD 9): Asthma (493);<br>Pneumonia (480-486);<br>Chronic bronchitis (491,492,496);<br>Other respiratory (466)<br><br>Age groups analyzed:<br>All; 15-60<br><br>Study design:<br># of Hospitals: 9<br><br>Statistical analyses: Pearson correlation coefficients were calculated between asthma visits and environmental variables<br><br>Season:<br>Warm (May-Oct);<br>Cool (Nov-Apr)<br><br>Covariates: NR<br><br>Lag: 0, 1, 2 | May-Oct<br><br>$SO_2$ 1-h max:<br>Range: 0.0137, 0.0151 ppm<br><br>Nov-Apr<br>Range: 0.012, 0.0164 ppm<br><br>Number of stations: 11<br><br>Copollutants:<br>May-Oct:<br>$O_3$ (r = 0.23)<br>$NO_2$ (r = 0.67)<br>COH (r = 0.34)<br>$SO_4$ (r = 0.46)<br>Nov-Apr:<br>$O_3$ (r = 0.47)<br>$NO_2$ (r = 0.61)<br>COH (r = 0.64)<br>$SO_4$ (r = 0.54) | $SO_2$ effects depend on the season. In the summer a rise in ambient $SO_2$ levels was seen to coincide with a rise in respiratory related hospital admissions.<br><br>Correlation Coefficients:<br>Warm Season (May-Oct)<br>Asthma (15-60 yrs): r = 0.118 lag 0 p < 0.01; r = 0.139 lag 1<br>Respiratory (15-60 yrs): r = 0.134 lag 0 p < 0.001; r = 0.164 lag 1 p < 0.001<br><br>Cool Season (Nov-Apr)<br>Respiratory (1-14 yrs): r = 0.205 lag 0 p < 0.001; r = 0.234 lag 1 p < 0.001;<br>r = 0.234 lag 2 p < 0.001<br>(15-60 yrs): r = 0.180 lag 0 p < 0.001; r = 0.214 lag 1 p < 0.001;<br>r = 0.215 lag 2 p < 0.001<br>(≥ 61 yrs 0: r = 0.257 lag 0 p < 0.001; r = 0.308 lag 1 p < 0.001;<br>r = 0.307 lag 2 p < 0.001<br>Asthma (≥ 61 yrs): r = 0.125 lag 0 p < 0.001; r = 0.149 lag 1 p < 0.001;<br>r = 0.148 lag 2 p < 0.001<br>Total ER admissions (≥ 61 yrs): r = 0.13 lag 1 p < 0.01;<br>r = 0.13 lag 2 p < 0.01 |
| Burnett* et al. (1997a)<br><br>16 cities, Canada<br><br>Period of Study:<br>4/1981-12/1991<br><br>Days: 3,927 | Hospital Admissions<br><br>Outcome(s) (ICD9): All respiratory admissions (466, 480-6, 490-4, 496)<br><br>Study design: Time-series.<br><br>N: 720,519<br><br># of Hospitals: 134.<br><br>Statistical analyses: random effects relative risk regression model<br><br>Covariates: Long-term trend, season, day of wk, hospital<br><br>Statistical package: NR<br><br>Lag: 0, 1, 2 day | 1-h max $SO_2$ (ppb)<br>Mean: 14.4. SD: 22.2<br>25th: 3<br>50th: 10<br>75th: 19<br>95th: 45<br>99th: 97<br><br>$O_3$ r = 0.04<br><br>Copollutants:<br>CO, $NO_2$, COH | Control of $SO_2$ reduced but did not eliminate the $O_3$ association with respiratory hospital admissions.<br><br>Increment: 10 ppb<br><br>Single-pollutant<br><br>$SO_2$ and respiratory admissions, p = 0.134<br><br>Multipollutant model (adjusted for CO, $O_3$, $NO_2$, COH, dew point):<br>RR 1.0055 (0.9982, 1.0128) lag 0 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Burnett* et al. (1997b)<br><br>Toronto, Canada<br><br>Period of Study:<br>Summer only, 1992-1994 | Hospital Admissions<br><br>Outcomes (ICD 9 codes):<br>Respiratory tracheobronchitis<br>(480-6), COPD (491-4, 496)<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson<br>regression, GEE, GAM<br><br>Covariates: Temperature, dew<br>point temperature, Long-term<br>trend, season, influenza, day<br>of wk<br><br>Season: Summers only<br><br>Lag: 0,1,2,3,4 days | Avg $SO_2$: 7.9 ppb<br>CV: 64<br>Range: 0, 26<br>5th: 1<br>25th: 4<br>50th: 7<br>75th: 11<br>95th: 18<br><br>Number of<br>stations: 6-11<br><br>Copollutants:<br>CO (r = 0.37)<br>H+ (r = 0.45)<br>$SO_4$ (r = 0.42)<br>TP (r = 0.55)<br>FP (r = 0.49)<br>CP (r = 0.44)<br>COH (r = 0.50)<br>$O_3$ (r = 0.18)<br>$NO_2$ (r = 0.46) | Risks of hospitalization for respiratory disease were summed for $O_3$, $NO_2$,<br>and $SO_2$ at 11% increase in admissions. The proportion associated with the<br>single-pollutant $SO_2$ was 3.6%. CoH was the strongest predictor of<br>hospitalization indicating particle associated pollutants are responsible for<br>effects and outcomes measured.<br><br>Increment: 4.00 ppb (IQR)<br>Respiratory-percent increase 4.0% (t = 4.14) lag 0<br>Copollutant and multipollutant models RR<br>(t-statistic):<br>$SO_2$, COH: 1.012 (1.10)<br>$SO_2$, H+: 1.022 (1.96)<br>$SO_2$, $SO_4$: 1.021 (1.93)<br>$SO_2$, TP: 1.021 (1.72)<br>$SO_2$, FP: 1.022 (1.92)<br>$SO_2$, CP: 1.023 (2.03)<br>$SO_2$, $O_3$, $NO_2$: 1.019 (1.64) |
| Burnett* et al. (1999)<br><br>Toronto, Canada<br><br>Period of Study:<br>Jan 1980-Dec 1994 | Hospital Admissions<br><br>Outcome(s) (ICD9): Asthma<br>(493); obstructive lung<br>disease (490-2, 496);<br>Respiratory infection (464,<br>466, 480-7, 494)<br><br>Study design: Time-series<br><br>N: ≈ 60,000 admissions<br><br>Statistical analyses: Poisson<br>regression model with<br>stepwise analysis<br><br>Covariates: Long-term trends,<br>season, day of wk, daily max<br>temperature, daily min<br>temperature, daily avg dew<br>point temperature, daily avg<br>relative humidity<br><br>Statistical package: S-Plus,<br>SAS<br><br>Lag: 0,1,2 days, cumulative | 24-h Avg: 5.35 ppb<br>CV = 110;<br><br>5th: 0<br>25th: 1<br>50th: 4<br>75th: 8<br>95th: 17<br>100th: 57<br><br>Number of<br>stations: 4<br><br>Copollutants:<br>$PM_{2.5}$ (r = 0.46)<br>$PM_{10-2.5}$ (r = 0.28)<br>$PM_{10}$ (r = 0.44)<br>CO (r = 0.37)<br>$NO_2$ (r = 0.54)<br>$O_3$ (r = 0.02) | The percent hospital admissions associated with $SO_2$ increased for: asthma,<br>COPD, and respiratory infection. However, in multipollutant models<br>significant increases were only seen in asthma and respiratory infection. $SO_2$<br>effects could be largely explained by other variables in the pollution mix as<br>demonstrated by the Multipollutant model. The greatest contribution of $SO_2$ is<br>to respiratory infection. However, overall $SO_2$ is a small factor in total<br>hospitalization response.<br><br>Increment: 5.35 ppb (Mean)<br><br>Single-pollutant model percent increase (t statistic)<br>Asthma: 1.01% (1.76) lag 0-2; OLD: 0.03% (0.05) lag 0-1<br>Respiratory infection: 2.40% (5.04) lag 0-2<br><br>Multipollutant model percent increase (SE)<br>Asthma: $SO_2$ + CO + $O_3$: 0.89% (SE < 2);<br>$SO_2$ + CO + $O_3$ + $PM_{2.5}$: 0.69% (SE < 2);<br>$SO_2$ + CO + $O_3$ + $PM_{10-2.5}$: 0.16% (SE < 2);<br>$SO_2$ + CO + $O_3$ + $PM_{2.5}$: 0.76% (SE < 2)<br>Respiratory infection: $SO_2$ + $NO_2$ + $O_3$: 1.85%;<br>$SO_2$ + $NO_2$ + $O_3$ + $PM_{2.5}$: 0.67 (SE < 2);<br>$SO_2$ + $NO_2$ + $O_3$ + $PM_{10-2.5}$: 1.71 (SE ≥ 3);<br>$SO_2$ + $NO_2$ + $O_3$ + $PM_{2.5}$: 1.00 (SE > 2) |
| Burnett* et al. (2001)<br><br>Toronto, Canada<br><br>Period of Study:<br>1980-1994 | Hospital Admissions<br><br>Outcome(s) (ICD9): Croup<br>(464.4), pneumonia (480-<br>486), asthma (493), acute<br>bronchitis/bronchiolitis (466)<br><br>Age groups analyzed:<br>< 2 yrs<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson<br>regression with GAM<br><br>Covariates: Temporal trend,<br>day of wk, temperature,<br>relative humidity<br><br>Statistical package:<br>S-Plus<br><br>Lag: 0-5 days | 1-h max $SO_2$ (ppb)<br>Mean: 11.8<br><br>CV: 93<br><br>5th: 0<br>25th: 5<br>50th: 10<br>75th: 15<br>95th: 32<br>99th: 55<br>100th: 110<br><br>Number of<br>stations: 4<br><br>Copollutants:<br>$O_3$ (r = 0.39) $SO_2$<br>CO $PM_{2.5}$ $PM_{10-2.5}$ | $SO_2$ had the smallest effect on respiratory admissions of all pollutants<br>considered.<br><br>Increment: NR<br><br>All respiratory admissions:<br><br>Single-pollutant:<br><br>Percent increase: 3.1% (t = 1.900)<br>lag 3<br><br>Multipollutant (adjusted for $O_3$):<br><br>Percent increase: 1.21% (t = 0.67)<br>lag 3 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Cakmak et al. (2007)<br><br>Canada<br><br>(Calgary, Edmonton, Halifax, London, Ottawa, Saint John, Toronto, Vancouver, Windsor, Winnipeg)<br><br>Period of Study:<br>4/1/1993-3/31/2000 | Hospital Admissions<br><br>Outcome(s) (ICD9): Respiratory (466, 480-486, 490-494, 496)<br><br>Study design: Time-series<br><br>Statistical Analysis: Poisson<br><br>Statistical package: S-Plus<br><br>Age groups analyzed: All ages<br><br>Covariates: Day-of-wk, mean daily temperature, max daily temperature, min daily temperature, change in barometric pressure, mean relative humidity<br><br>N: 215,544<br><br>Lag(s): 2.6 days | 24-h avg: 4.6 ppb<br>Range: 2.8 ppb to 10.2 ppb<br><br>Copollutants:<br>$O_3$ $NO_2$ CO | $SO_2$ associated with increased hospital admissions.<br><br>% increase<br>(per 4.6 ppb $SO_2$)<br><br>Overall<br>Single-pollutant model: 1.1% (0.5, 1.8)<br>Multi-pollutant model:  0.5% (0.1, 0.9)<br>By Gender: Male: 0.4% (−0.2, 1.1); Female: 0.9% (−0.4, 2.1)<br>By Education: <Grade 9: 0.8% (0.1, 1.5); Grades 9-13: 0.9% (−0.1, 1.9): Some university/trade school: 0.8% (−0.1, 1.7);<br>University diploma: 0.3 % (−0.9, 1.5)<br>By Income: < 21,309: 0.7% (−0.1, 1.5);  21,309-28,161: 0.5% (−0.4, 1.4); 28,161-35,905: 0.0% (−1.0, 1.0); >35,905: 0.7% (−0.4, 1.8) |
| Fung et al. (2006)<br><br>Vancouver, BC, Canada<br><br>Period of Study:<br>6/1/95-3/31/99 | Hospital Admissions<br><br>Outcome(s) (ICD9):  All respiratory hospitalizations (460-519)<br><br>Age groups analyzed: 65+<br><br>Study design: (1) Time-series (2) Case-crossover, (3) DM-models (Dewanji and Moolgavkar, 2000, 2002)<br><br>N: 40,974<br><br>Statistical analyses: (1) Poisson, (2) conditional logistic regression, (3) DM method–analyze recurrent data in which the occurrence of events at the individual level over time is available<br><br>Covariates: Day of wk<br><br>Statistical package: S-Plus and R<br><br>Lag: Current day, 3 and 5 day lag | $SO_2$ 24-h avg:<br>Mean: 3.46 ppb<br>SD: 1.82<br>IQR: 2.50 ppb<br>Range: 0.00, 12.50<br><br>Copollutants:<br>CO (r = 0.61)<br>COH (r = 0.65)<br>$NO_2$ (r = 0.57)<br>$PM_{10}$ (r = 0.61)<br>$PM_{2.5}$ (r = 0.42)<br>$PM_{10-2.5}$ (r = 0.57)<br>$O_3$ (r = −0.35) | No significant association was found between hospital admissions and current day $SO_2$ levels (lag 0). Significant associations were found with $SO_2$ using a 3, 5, and 7 day moving avg, with the strongest association observed with a 7 day lag. The DM method produced slightly higher relative risks compared to the Time-series and case crossover results.<br><br>Increment: 2.5 ppb (IQR)<br><br>$SO_2$ Time-series: RR 1.013 (0.997, 1.028) lag 0;<br>RR 1.030 (1.010, 1.051) lag 0-3; RR 1.032 (1.008, 1.056) lag 0-5; RR 1.031 (1.003, 1.060) lag 0-7<br>$SO_2$ Case-crossover: RR 1.010 (0.992, 1.027) lag 0;<br>RR 1.028 (1.005, 1.050) lag 0-3; RR 1.030 (1.004, 1.057) lag 0-5; RR 1.028 (0.998, 1.058) lag 0-7<br>$SO_2$ DM model: RR 1.013 (0.998, 1.027) lag 0;<br>RR 1.034 (1.015, 1.053) lag 0-3; RR 1.039 (1.016, 1.061) lag 0-5; RR 1.044 (1.018, 1.070) lag 0-7<br><br>DM method produced slightly higher RR estimates on $O_3$, $SO_2$ and $PM_{2.5}$ compared to time-series and case-crossover, and slightly lower RR estimates on COH, $NO_2$, and $PM_{10}$, though the results were not significantly different from one another. |
| Kesten et al. (1995)<br><br>Toronto, ON, Canada<br><br>Period of Study:<br>7/1/1991-6/30/1992 | ED Visits<br><br>Outcome(s) (ICD 9): Asthma (493)<br><br>Age groups analyzed: all ages<br><br>Study design: Time-series<br><br>N: 854<br><br># of Hospitals: 1<br><br>Statistical analyses: Auto regression<br><br>Statistical package: SAS<br><br>Lag: 1 or 7 | $SO_2$ 24-h avg<br><br>No data was provided for concentration or for correlation with other pollutants.<br><br>Copollutants:<br>$NO_2$ $O_3$<br>API (TRS, CO, TSP) | Fit of an auto-regression model with covariates linked to same day gave no evidence of association between asthma and $SO_2$.<br><br>Despite multiple attempts to correlate individual or combinations of pollutants with air quality indices, no association was found between ER visits for asthma and ambient daily, weekly, or monthly levels of $SO_2$, $NO_2$, or $O_3$.<br><br>No relative risks were provided. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Lin et al. (2003)<br><br>Toronto, ON, Canada<br><br>Period of Study: 1981-1993 | Hospital Admissions<br><br>Outcome(s) (ICD9): Asthma (493)<br><br>Age groups analyzed: 6-12<br><br>Study design: Bi-directional case-crossover<br><br>N: 7,319<br><br>Statistical analyses: Conditional logistic regression<br><br>Covariates: Daily max and min temperatures and avg relative humidity<br><br>Lag: Cumulative lag of 1-7 days. | $SO_2$ 24-h avg: 5.36 ppb SD: 5.90<br>Range: 0, 57.00<br><br>25th: 1.00<br>50th: 4.00<br>75th: 8.00<br><br>Number of stations: 4<br><br>Copollutants:<br>CO (r = 0.37)<br>$NO_2$ (r = 0.54)<br>$PM_{10}$ (r = 0.44)<br>$O_3$ (r = −0.01)<br>$PM_{2.5}$ (r = 0.46)<br>$PM_{10-2.5}$ (r = 0.28) | $SO_2$ is positively associated with asthma hospitalizations, although the relationship varies in boys and girls.<br><br>Increment: 7 ppb (IQR)<br>Boys 6-12 yrs; Girls 6-12 yrs:<br>Lag 0: OR 1.00 (0.95, 1.05); 1.04 (0.97, 1.11); Lag 0-1: OR 0.99 (0.93, 1.06); 1.04 (0.95, 1.13)<br>Lag 0-2: OR 0.98 (0.90, 1.06); 1.05 (0.95, 1.16)<br>Lag 0-3: OR 0.96 (0.87, 1.05); 1.09 (0.98, 1.22)<br>Lag 0-4: OR 0.95 (0.86, 1.05); 1.13 (1.00, 1.28)<br>Lag 0-5: OR 0.93 (0.83, 1.03); 1.17 (1.02, 1.34)<br>Lag 0-6: OR 0.93 (0.83, 1.04); 1.20 (1.04, 1.39)<br><br>Multipollutant model with $PM_{10-2.5}$ and $PM_{2.5}$<br>Boys 6-12 yrs; Girls 6-12 yrs:<br>Lag 0: OR 0.98 (0.93, 1.04); 1.06 (0.98, 1.14)<br>Lag 0-1: OR 0.99 (0.91, 1.06); 1.03 (0.93, 1.14)<br>Lag 0-2: OR 0.96 (0.88, 1.05); 1.04 (0.92, 1.17)<br>Lag 0-3: OR 0.95 (0.85, 1.05); 1.08 (0.95, 1.23)<br>Lag 0-4: OR 0.94 (0.84, 1.06); 1.12 (0.97, 1.29)<br>Lag 0-5: OR 0.91 (0.80, 1.04); 1.18 (1.00, 1.38)<br>Lag 0-6: OR 0.91 (0.80, 1.04); 1.28 (1.08, 1.51) |
| Lin* et al. (2004c)<br><br>Vancouver, BC, Canada<br><br>Period of Study: 1987-1998 | Hospital Admissions<br><br>Outcome(s) (ICD9): Asthma (493)<br><br>Age groups analyzed: 6-12<br><br>Study design: Time-series<br><br>N: 3,754 (2,331 male, 1,423 female)<br><br>Statistical analyses: Semi-parametric Poisson regression with GAM (with default and more stringent criteria)<br><br>Covariates: Trend, day of wk,<br><br>Statistical package: S-Plus<br><br>Lag: Cumulative 1-7 day | 24-h avg $SO_2$ (ppb)<br><br>Mean: 4.77<br>SD: 2.75<br>Min: 0<br>25th: 2.75<br>50th: 4.25<br>75th: 6.00<br>Max: 24.00<br><br>Number of stations: 30<br><br>Copollutants:<br>CO (r = 0.67)<br>$NO_2$ (r = 0.67)<br>$O_3$ (r = −0.10) | Results presented are default GAM, but authors state that use of natural cubic splines with a more stringent convergence rate produced similar results<br><br>Increment: 3.3 ppb (IQR)<br>Boys 6-12 yrs by SES status: Low; High<br>Lag 0 RR 1.02 (0.94, 1.10); 1.03 (0.95, 1.12)<br>Lag 0-1 RR 1.03 (0.94, 1.13); 1.06 (0.96, 1.17)<br>Lag 0-2 RR 1.03 (0.93, 1.15); 1.06 (0.95, 1.18)<br>Lag 0-3 RR 1.01 (0.90, 1.13); 1.04 (0.92, 1.17)<br>Lag 0-4 RR 0.98 (0.88, 1.10); 1.02 (0.90, 1.14)<br>Lag 0-5 RR 0.97 (0.86, 1.10); 1.02 (0.89, 1.16)<br>Lag 0-6 RR 0.98 (0.86, 1.12); 1.05 (0.91, 1.21)<br>Girls 6-12 yrs by SES status: Low; High<br>Lag 0 RR 1.05 (0.95, 1.16); 1.07 (0.96, 1.19)<br>Lag 0-1 RR 1.11 (0.99, 1.25); 1.07 (0.94, 1.21)<br>Lag 0-2 RR 1.11 (0.97, 1.26); 1.07 (0.93, 1.23)<br>Lag 0-3 RR 1.18 (1.02, 1.36); 1.02 (0.87, 1.19)<br>Lag 0-4 RR 1.18 (1.02, 1.35); 0.99 (0.85, 1.15)<br>Lag 0-5 RR 1.19 (1.01, 1.40); 0.95 (0.80, 1.13)<br>Lag 0-6 RR 1.15 (0.97, 1.36); 0.98 (0.81, 1.17)<br><br>Multipollutant model (adjusted for $NO_2$)<br>Girls, Low SES: 1.17 (1.00, 1.37), 4-day avg; 1.19 (1.00, 1.42), 6-day avg |
| Lin et al. (2005)<br><br>Toronto, ON<br><br>Period of Study: 1998-2001 | Hospital Admissions<br><br>Outcome(s) (ICD9): Respiratory infections (464,466, 480-487)<br><br>Age groups analyzed: 0-14<br><br>Study design: Case-crossover<br><br>N: 6,782<br><br>Statistical analyses: Conditional logistic regression<br><br>Covariates:<br><br>Statistical package: SAS 8.2<br><br>Lag: 0-6 days | 24-h avg:<br>Mean: 4.73 ppb<br>SD: 2.58 ppb<br>Range: 1.00, 19.67<br><br>25th: 3.00<br>50th: 4.00<br>75th: 6.00<br><br>Number of monitors: 5<br><br>Copollutants:<br>$PM_{2.5}$ (r = 0.47)<br>$PM_{10-2.5}$ (r = 0.29)<br>$PM_{10}$ (r = 0.48)<br>CO (r = 0.12)<br>$NO_2$ (r = 0.61) | Asthma hospitalization for boys was associated with $SO_2$ before the adjustment for fine and coarse PM. Asthma hospitalization for girls was not associated with $SO_2$ for any lag.<br><br>Increment: 3 ppb (IQR)<br><br>Unadjusted Model:<br>Boys only: OR 1.06 (0.97, 1.16) lag 0-3; OR 1.02 (0.92, 1.13) lag 0-5<br>Girls only: OR 1.05 (0.94, 1.16) lag 0-3; OR 1.07 (0.95, 1.21) lag 0-5<br>Boys and Girls: OR 1.06 (0.99, 1.13) lag 0-3; OR 1.04 (0.96, 1.13) lag 0-5<br><br>Adjusted<br>Boys only: OR 1.11 (1.01, 1.21) lag 0-3; OR 1.08 (0.97, 1.21) lag 0-5<br>Girls only: OR 1.07 (0.96, 1.19) lag 0-3; OR 1.12 (0.98, 1.28) lag 0-5<br>Boys and Girls: OR 1.10 (1.02, 1.18) lag 0-3; OR 1.10 (1.01, 1.20) lag 0-5<br><br>Multipollutant model with $PM_{2.5}$ and $PM_{2.5}$<br>Boys only: OR 1.02 (0.90, 1.15) lag 0-3; OR 0.99 (0.85, 1.16) lag 0-6<br>Girls only: OR 1.09 (0.0.94, 1.26) lag 4; OR 1.07 (0.90, 1.28) lag 6<br>Boys and Girls: OR 1.05 (0.95, 1.15) lag 4; OR 1.03 (0.91, 1.16) lag 6 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Luginaah et al. (2005)<br>Windsor, ON, Canada<br>Period of Study:<br>4/1/95-12/31/00 | Hospital Admissions<br>Outcome(s) (ICD9): Respiratory admissions (460-519)<br>Age groups analyzed: 0-14, 15-64, 65+, all ages<br>Study design: (1) Time-series and (2) case-crossover<br>N: 4,214. # of Hospitals: 4<br>Statistical analyses: (1)Poisson regression, GAM with natural splines (stricter criteria), (2) conditional logistic regression with Cox proportional hazards model<br>Covariates: Temperature, humidity, change in barometric pressure, day of wk<br>Statistical package: S-Plus<br>Lag: 1,2,3 days | $SO_2$ avg 24-h<br>Max: 27.5 ppb,<br>SD: 16.5;<br>Range: 0, 129<br>Number of stations: 4<br>Copollutants:<br>$NO_2$ (r = 0.22)<br>CO (r = 0.16)<br>$PM_{10}$ (r = 0.22)<br>COH (r = 0.14)<br>$O_3$ (r = −0.02)<br>TRS (r = 0.13) | The effect of $SO_2$ on respiratory hospitalization varies considerably, especially at low levels of exposure.<br>Increment: 19.25 ppb (IQR)<br><br>Time-series, females; males:<br>All ages: 1.041 (0.987, 1.098); 0.953 (0.900, 1.009) lag 1<br>0-14 yrs: 1.111 (1.011, 1.221); 0.952 (0.874, 1.037) lag 1<br>15-65 yrs: 1.031 (0.930, 1.144); 0.971 (0.845, 1.15) lag 1<br>65+ yrs: 1.030 (0.951, 1.115); 0.9409 (0.860, 1.029) lag 1<br>Case-crossover, females; males<br>All ages: 1.047 (0.978, 1.122); 0.939 (0.874, 1.009) lag 1<br>0-14 yrs: 1.119 (0.995, 1.259); 0.923 (0.831, 1.025) lag 1<br>15-65 yrs: 1.002 (0.879, 1.141); 0.944 (0.798, 1.116) lag 1<br>65+ yrs: 1.020 (0.924, 1.126); 0.968 (0.867, 1.082) lag 1 |
| Stieb et al. (1996)<br>St. John, New Brunswick, Canada<br>Period of Study:<br>1984-1992<br>(May-Sep only) | ED Visits. Outcome(s): Asthma<br>ICD9 codes: NR<br>Age groups analyzed: 0-15, >15<br>Study design: Time-series<br>N: 1,987<br># of Hospitals: 2<br>Statistical analyses: SAS NLIN (Equivalent to Poisson GEE)<br>Covariates: Day of wk, long-term trends<br>Season: Summers only (May-Sep)<br>Dose-response investigated?: Yes<br>Statistical package: SAS<br>Lag: 0-3 days | 1-h max $SO_2$ (ppb)<br>Mean: 38.1<br>Range: 0, 390<br>95th 110<br>Copollutants:<br>$O_3$ (r = 0.04)<br>$NO_2$ (r = −0.03)<br>$SO_4^{2-}$ (r = 0.23)<br>TSP (r = 0.16) | $SO_2$ did not affect the rate of asthma ED visits when $O_3$ was included in the model.<br>Increment: NR<br>$SO_2$ + $O_3$: β = −0.0030 (0.0027) lag 0 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Stieb* et al. (2000)<br><br>Saint John, New Brunswick, Canada<br><br>Period of Study:<br>Retrospective:<br>7/92-6/94<br><br>Prospective:<br>7/94-3/96 | ED Visits<br><br>Outcome(s): Asthma; COPD; Respiratory infection (bronchitis, bronchiolitis, croup, pneumonia); All respiratory<br><br>ICD9 codes: NR<br><br>Age groups analyzed: All<br><br>Study design: Time-series<br><br>N: 19,821<br><br>Statistical analyses: Poisson regression, GAM<br><br>Covariates: Day of wk, selected weather variables in each model<br><br>Season: All yr, summer only<br><br>Dose-response investigated: Yes<br><br>Statistical package: S-Plus<br><br>Lag: all yr = 0; summer only = 0-3 | 24-h avg:<br>Annual Mean: 6.7 (5.6) ppb<br>95th: 18.0<br>Max: 60.0<br>Warm season:<br>Mean: 7.6 (5.2) ppb<br>95th: 18.0<br>Max: 29.0<br>1-h max:<br>Annual Mean: 23.8 (21.0) ppb<br>95th: 62.0<br>Max: 161.0<br>Warm season:<br>Mean: 25.4 (17.8) ppb<br>95th: 62.0<br>Max: 137.0<br>Copollutants:<br>CO (r = 0.31)<br>$O_3$ (r = 0.10)<br>$NO_2$ (r = 0.41)<br>TRS (r = 0.08)<br>$PM_{10}$ (r = 0.36)<br>$PM_{2.5}$ (r = 0.31)<br>H+ (r = 0.24)<br>$SO_4^{2-}$ (r = 0.26)<br>COH (r = 0.31)<br>H2S (r = −0.01)<br>Assessed multipollutant models | Non-linear effect of $SO_2$ on summertime respiratory visits observed and log transformation strengthened the association.<br><br>Increment: 23.8 ppb (mean)<br><br>1-h max:<br><br>Respiratory visits:<br><br>All yr: 3.9% lag 5<br><br>May to Sept: 3.9% lag 0-3<br><br>Multipollutant model ($SO_2$, $O_3$, $NO_2$)<br><br>All yr: 3.7% (1.5, 6.0) lag 5<br><br>Multipollutant model (ln ($NO_2$), $O_3$, $SO_2$ COH)<br><br>May to Sept: 3.9% (1.1, 6.7) lag 0-3 |
| Villeneuve et al., (2006b)<br><br>Toronto, ON, Canada<br><br>Period of Study:<br>1995-2000<br><br>Days: 2,190 | GP Visits<br><br>Outcome(s) (ICD9): Allergic Rhinitis (177)<br><br>Age groups analyzed: ≥65<br><br>Study design: Time-series<br><br>N: 52,691<br><br>Statistical analyses: GLM, using natural splines (more stringent criteria than default)<br><br>Covariates: Day of wk, holiday, temperature, relative humidity, aero-allergens<br><br>Season: All Yr; Warm, May-Oct; Cool, Nov-Apr<br><br>Statistical package: S-Plus<br><br>Lag: 0-6 | 24-h avg: 4.7 ppb<br>SD: 2.8<br>IQR: 3.2 ppb<br>Range: 0, 24.8<br>Number of stations: 9<br>Copollutants: $NO_2$<br>$O_3$<br>CO<br>$PM_{10}$<br>$PM_{10-2.5}$<br>$PM_{2.5}$ | There were positive associations between allergic rhinitis and $SO_2$ for exposures occurring on the same day as physician visits, but only during the winter time.<br><br>Increment: 10.3 ppb (IQR)<br><br>All results estimated from Stick Graph:<br><br>All Yr:<br><br>Mean increase: 1.7% (−0.4, 2.8) lag 0<br><br>Warm:<br><br>Mean increase: 0.3% (−1.9, 2.5) lag 0<br><br>Cool:<br><br>Mean increase: 1.9% (−0.2, 4.1) lag 0 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Yang et al. (2003b)<br>Vancouver, Canada<br>Period of Study:<br>1986-1998<br>Days: 4748 | Hospital Admissions<br>Outcome(s) (ICD9): All respiratory admissions (460-519)<br>Study design:<br>Case-crossover<br>Age groups analyzed: < 3, ≥ 65<br>Statistical analyses:<br>conditional logistic regression<br>Lag: 0-5 days | 24-h avg $SO_2$ (ppb):<br>Mean: 4.84<br>SD: 2.84<br>5th: 1.50<br>25th: 2.75<br>50th: 4.25<br>75th: 6.25<br>100th: 24.00<br>IQR: 3.50<br>Number of stations: 30<br>Copollutants:<br>CO NO$_2$<br>$O_3$ ($r = -0.37$)<br>COH | $SO_2$ showed the weakest effect among children and the second weakest effect among older adults when compared to all other pollutants considered in the study.<br>Increment: 3.50 ppb (IQR)<br>All respiratory admissions < 3 yrs:<br>$SO_2$ alone: OR 1.01 (0.98, 1.05) lag 2<br>$SO_2$ + $O_3$: OR 1.01 (0.97, 1.04) lag 2<br>$SO_2$ + $O_3$ + CO + COH + NO$_2$: OR 0.98 (0.94, 1.03) lag 2<br>All respiratory admissions ≥ 65 yrs:<br>$SO_2$ alone: OR 1.02 (1.00, 1.04) lag 0<br>$SO_2$ + $O_3$: OR 1.02 (1.00, 1.04) lag 0<br>$SO_2$ + $O_3$ + CO + COH + NO$_2$: OR 1.01 (0.98, 1.03) lag 0 |
| Yang et al. (2005)<br>Vancouver, BC, Canada<br>Period of Study:<br>1994-1998<br>Days: 1826 | Hospital Admissions<br>Outcome(s) (ICD9): COPD excluding asthma (490-2, 494, 496)<br>Age groups analyzed: 65+<br>Study design: Time-series<br>N: 6,027<br>Statistical analyses: Poisson regression with GAM (with more stringent criteria)<br>Covariates: Temperature, relative humidity, day of wk, temporal trends, season<br>Statistical package:<br>S-Plus<br>Lag: 0-6 days, moving averages | 24-h avg: 3.79 ppb<br>SD: 2.12;<br>IQR: 2.75 ppb;<br>Range: 0.75, 22.67<br>Winter: 4.10 (2.87)<br>Spring: 3.40 (1.58)<br>Summer: 4.10 (1.79)<br>Fall: 3.56 (1.92)<br>Number of stations: 5<br>Copollutants:<br>PM$_{10}$ ($r = 0.62$)<br>NO$_2$ ($r = 0.61$)<br>CO ($r = 0.67$)<br>$O_3$ ($r = -0.34$) | This study produced a marginally significant association between COPD hospitalization and 6-day $SO_2$ exposure. Most previous studies have not detected a significant effect of $SO_2$ on respiratory ED visits or hospitalizations.<br>Increment: 2.75 ppb (IQR)<br>COPD<br>>65 yrs, yr round: RR 1.00 (0.97, 1.04) lag 0; RR 1.02 (0.98, 1.06) lag 0-1; RR 1.04 (0.99, 1.08) lag 0-2; RR 1.04 (0.99, 1.09) lag 0-3; RR 1.05 (0.99, 1.11) lag 0-4; RR 1.06 (1.00, 1.13) lag 0-5; RR 1.06 (0.99, 1.13) lag 0-6<br>2-pollutant model: NO$_2$: RR 0.99 (0.91, 1.08) lag 0; CO: RR 0.97 (0.87, 1.07) lag 0-6; $O_3$: RR 1.07 (1.00, 1.14) lag 0-6; PM$_{10}$: 0.97 (0.88, 1.06) lag 0-6<br>Multipollutant models: $SO_2$, CO, NO$_2$, $O_3$, PM$_{10}$: RR 0.94 (0.85, 1.05); $SO_2$, CO, NO$_2$, $O_3$: RR 0.96 (0.86, 1.06) |

**EUROPE**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Anderson et al. (1997)<br>Multicity, Europe (Amsterdam, Barcelona, London, Milan, Paris, Rotterdam)<br>Period of Study:<br>1977-1989 for Amsterdam and Rotterdam<br>1986-1992 for Barcelona<br>1987-1991 for London<br>1980-1989 for Milan<br>1987-1992 for Paris | Hospital Admissions<br>Outcome(s) (ICD 9): COPD– unspecified bronchitis (490), chronic bronchitis (491), emphysema (492), chronic airway obstruction (496)<br>Study design: Time-series<br>Statistical analyses: APHEA protocol, Poisson regression, meta-analysis<br>Covariates: Trend, season, day of wk, holiday, influenza, temperature, humidity<br>Season:<br>Cool, Oct-Mar;<br>Warm, Apr-Sep<br>Lag: 0,1,2 days and 0-3 cumulative | 24-h all yr avg (µg/m³):<br>Amsterdam: 21<br>Barcelona: 40<br>London: 31<br>Milan: 53<br>Paris: 23<br>Rotterdam: 32<br>1-h max<br>Amsterdam: 50<br>Barcelona: 60<br>London: NR<br>Milan: NR<br>Paris: 47<br>Rotterdam: 82<br>Copollutants:<br>NO$_2$ BS TSP $O_3$ | The effect of $SO_2$ varied considerably across the cities; however, the summer estimate was significantly associated with COPD for the 1-h measure and borderline significant for the daily mean. Both 24-h and 1-h $SO_2$ concentrations were significantly associated with COPD ER admissions in the warm season. Only cumulative lags of $SO_2$ showed borderline significance.<br>Increment: 50 µg/m³<br>COPD-Warm season:<br>24 h avg 1.05 (1.01, 1.10) 1-h 1.02 (1.00, 1.04)<br>COPD-Cool season:<br>24 h avg 1.02 (0.98, 1.05) 1-h 1.01 (0.99, 1.03)<br>COPD-All yr:<br>24-h avg 1.022 (0.981, 1.055) lag 1<br>24-h avg 1.021 (0.998, 1.045) lag 0-3, cumulative<br>1-h max 1.011 (0.994, 1.029) lag 1<br>1-h max 1.015 (1.003, 1.027) lag 0-3, cumulative |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Anderson et al. (1998)<br><br>London, England<br><br>Period of Study:<br>Apr 1987-Feb 1992<br><br>Days: 1,782 | Hospital Admissions<br><br>Outcome(s) (ICD 9):<br>Asthma (493)<br><br>Age groups analyzed:<br>< 15, 15-64, 65+<br><br>Study design: Time-series<br><br>Statistical analyses: APHEA protocol, Poisson regression<br><br>Covariates: Time trends, seasonal cycles, day of wk, public holidays, influenza epidemics, temperature, humidity<br><br>Season:<br>Cool (Oct- Mar);<br>Warm (Apr-Sep)<br><br>Statistical package: NR<br><br>Lag: 0, 1, 2 days | 24-h avg $SO_2$ ($\mu g/m^3$)<br>Mean: 32.0<br>SD: 11.7<br>Range: 9, 100<br>5th: 16<br>10th: 18<br>25th: 24<br>50th: 31<br>75th: 38<br>90th: 46<br>95th: 52<br><br># of monitors: 2<br><br>Copollutants:<br>$O_3$ $NO_2$ BS | The strongest association between $SO_2$ and asthma admissions was for those ≥65 yrs in the cool season. A weaker association was observed for children in the warm season and all yr. The adult population showed no association.<br><br>In 2-pollutant models $O_3$ was overall the strongest pollutant associated with hospital admission with weaker associations with $NO_2$ and BS. The most consistent yr-round association for All ages was found with BS. When looking at all ages combined, $SO_2$ association remained significant in all 2-pollutant models except with $NO_2$, both for all yr and the summer (warm) season.<br><br>Increment: 10 ppb in 24-h avg $SO_2$<br><br>0-14 yrs<br>Whole yr: 1.64% (0.29, 3.01) lag 1; 2.04% (0.29, 3.83) lag 0-3;<br>+ $O_3$ 1.77% (0.22, 3.36) lag 1; + $NO_2$ 1.23% (−0.22, 2.69) lag 1;<br>+ BS 1.66% (0.23, 3.12) lag 1<br>Warm season: 3.33% (1.09, 5.63) lag 1; 3.40% (0.41, 6.48) lag 0-3;<br>+ $O_3$ 3.35% (0.89, 5.87) lag 1; + $NO_2$ 2.92% (0.58, 5.32) lag 1;<br>+ BS 3.66% (1.35, 6.02) lag 1<br>Cool season: 0.56% (−1.16, 2.32) lag 1; 1.24% (−0.95, 3.49) lag 0-2<br><br>15-64 yrs<br>Whole yr: −0.69% (−2.28, 0.94) lag 2; −0.71% (−2.69, 1.30) lag 0-2<br>Warm season: −1.39% (−3.97, 1.27) lag 0; −2.2% (−5.46, 11.8) lag 0-2<br>Cool season: −0.24% (−2.28, 1.84) lag 0; 0.20% (−2.28, 2.74) lag 0-2<br><br>≥ 65 yrs<br>Whole yr: 2.82% (−0.82, 5.96) lag 2; 3.06% (−0.72, 6.98) lag 0-3<br>Warm season: −2.62% (−7.31, 2.31) lag 2; −4.27% (−9.89, 1.71) lag 0-3<br>Cool season: 5.85% (1.81, 10.05) lag 2; 7.28% (2.19, 12.62) lag 0-3;<br>+ $O_3$ 7.84% (2.48, 13.48) lag 1; + $NO_2$ 4.19% (−0.53, 9.13) lag 1;<br>+ BS 5.29% (0.42, 10.40) lag 1<br><br>All Ages<br>Whole yr: 1.64% (0.54, 2.75) lag 1; 2.75% (1.22, 4.30) lag 0-3;<br>+ $O_3$ 1.48% (0.24, 2.73) lag 1; + $SO_2$ 1.14% (−0.04, 2.33) lag 1;<br>+ BS 1.54%(0.36, 2.73) lag 1<br>Warm season: 2.02% (0.22, 3.85) lag 1; 2.60% (0.02, 5.25) lag 0-3;<br>+ $O_3$ 1.91% (0.05, 3.81) lag 1; + $NO_2$ 1.64% (−0.23, 3.56) lag 1;<br>+ BS 2.18% (0.32, 4.07) lag 1<br>Cool season: 1.41% (0.0, 2.83) lag 1; 2.83% (0.89, 4.81) lag 0-3;<br>+ $O_3$ −0.09% (−1.61, 1.82) lag 1; + $NO_2$ 0.83% (−0.67, 2.34) lag 1;<br>+ BS 1.11% (−0.41, 2.66) lag 1 |
| Anderson* et al. (2001)<br><br>West Midlands conurbation, United Kingdom<br><br>Period of Study:<br>10/1994-12/1996 | Hospital Admissions<br><br>Outcome(s) (ICD9): All respiratory (460-519), Asthma (493), COPD (490-496, excluding 493)<br><br>Age groups analyzed: 0-14, 15-64, 65+<br><br>Study design: Time-series<br><br>Statistical analyses: followed APHEA 2 protocol, GAM<br><br>Covariates: Season, temperature, humidity, epidemics, day of wk, holidays<br><br>Statistical package:<br>S-Plus 4.5 Pro<br><br>Lag: 0,1,2,3, 0-1, 0-2, 0-3 | 24-h avg: 7.2 ppb, 4.7 (SD)<br><br>Min: 1.9 ppb<br>Max: 59.8 ppb<br>10th: 3.3 ppb<br>90th: 12.3 ppb<br><br># of monitors: 5<br><br>Copollutants:<br>$PM_{10}$ (r = 0.55)<br>$PM_{10-2.5}$ (r = 0.31)<br>$PM_{2.5}$ (r = 0.52)<br>BS (r = 0.50)<br>$SO_4^{2-}$ (r = 0.19)<br>$NO_2$ (r = 0.52)<br>$O_3$ (r = -0.22)<br>CO (r = -0.29) | When admissions were analyzed by subgroups, respiratory and asthma admissions were positively correlated with $SO_2$. $SO_2$ significantly associated with asthma and respiratory admissions for the 0 to 14-yr-age group; however, little evidence of a seasonal interaction was observed.<br><br>Increment: 9 ppb (90th-10th)<br><br>All respiratory:<br>All ages: 1.3% (−0.7, 3.4) lag 0-1<br>0-14 yrs: 4.6% (1.40, 7.8) lag 0-1<br>15-64 yrs: −0.9% (−4.8, 3.3) lag 0-1<br>≥ 65 yrs: −2.0% (−4.9, 1.1) lag 0-1<br><br>COPD with asthma:<br>0-14 yrs: 10.9% (4.50, 17.8) lag 0-1<br>15-64 yrs: 2.4% (−5.5, 10.9) lag 0-1<br>≥ 65 yrs: −4.2% (−8.9, 0.8) lag 0-1 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Atkinson et al. (1999b)<br>London, England<br>Period of Study: 1992-1994<br>Days: 1,096 | Hospital Admissions<br>Outcome(s) (ICD9): All respiratory (460-519); Asthma (493); Asthma and COPD (490-496); LRD (466,480-486)<br>Age groups analyzed: all ages, 0-14 yr, 15-64 yr and ≥65 yr<br>Study design: Time-series<br>N: 165,032 (respiratory admissions), 189,032 (cardiovascular admissions)<br>Statistical analyses: Poisson regression following APHEA protocol<br>Covariates: Long-term seasonal patterns, day of wk, temperature, humidity, influenza.<br>Statistical package: SAS<br>Investigated Dose/Response: Yes<br>Lag: 0,1,2,3 days | $SO_2$− 24-h ($\mu g/m^3$)<br>Mean: 21.2 (7.8) $\mu g/m^3$<br>Min: 7.4<br>10th: 13<br>50th: 19.8<br>90th: 31<br>Max: 82.2<br># of monitors: 5<br>Copollutants: $O_3$, CO, $PM_{10}$, BS, $NO_2$<br>Correlation coefficients ranged between r = 0.5 and 0.6 | Asthma was closely linked with PM, CO, $NO_2$, and traffic pollution. When $SO_2$ and $PM_{10}$ were included in the same model, the magnitude of the individual associations was reduced, as were their statistical significance. This reduction occurred in children, adults and the elderly. The other pollutants all had the effect of reducing the magnitude of the individual $SO_2$ and $PM_{2.5}$ associations, although their statistical significance was unaffected. This indicates that both $SO_2$ and $PM_{2.5}$ were indicators of the same pollutant mixture.<br>Increment: 18 $\mu g/m^3$<br>All respiratory: All ages 2.01% (0.29, 3.76) lag 1; 0-14 yrs 5.14% (2.59, 7.76) lag 1; 15-64 yrs 1.90% (−0.79, 4.66) lag 3; ≥ 65 yrs 2.25 (−0.09, 4.65) lag 3<br>Asthma: All ages: 3.38 (0.42, 6.43) lag 1; 0-14 yrs: 6.74% (2.92, 10.69) lag 1; 15-64 yrs: 4.58% (−0.18, 9.57) lag 3; ≥ 65 yrs 6.31% (−1.59, 14.83) lag 2<br>COPD and Asthma: ≥ 65 yrs: 1.53% (−1.83, 5.00) lag 3<br>Lower Respiratory: ≥ 65 yrs: 5.16% (1.19, 9.28) lag 3 |
| Atkinson et al. (1999a)<br>London, United Kingdom<br>Period of Study: 1/92-12/94 | ED Visits<br>Outcome(s) (ICD 9): Respiratory ailments (490-496), including asthma, wheezing, inhaler request, chest infection, COPD, difficulty in breathing, cough, croup, pleurisy, noisy breathing<br>Age groups analyzed: 0-14; 15-64; ≥ 65; All ages<br>Study design: Time-series<br>N: 98,685<br># of Hospitals: 12<br>Statistical analyses: Poisson regression, APHEA protocol<br>Covariates: Long-term trend, season, day of wk, influenza, temperature, humidity<br>Statistical package: SAS<br>Lag: 0,1,0-2 and 0-3 days | 24-h avg: 21.2 $\mu g/m^3$, SD: 7.8<br>10th: 13.0<br>50th: 19.8<br>90th: 31.0<br>Range: 7.4, 82.2<br># of Stations: 5<br>Copollutants: $SO_2$ $O_3$ (8 h) CO (24 h avg), $PM_{10}$ (24 h avg) BS | $SO_2$ was closely related to $PM_{10}$, but 2-pollutant models showed that the effect of $SO_2$ was decreased by $NO_2$ and $PM_{10}$ inclusion. Inclusion of other pollutants did not significantly decrease the influence of $SO_2$ on ER admissions in 2-pollutant models.<br>Increment: 18 $\mu g/m^3$ in 24-h<br>Single-pollutant model<br>Asthma only:<br>    0-14 yrs 9.92% (4.75, 15.34) lag 1<br>    15-64 yrs 4.19% (−0.53, 9.13) lag 1<br>    All ages 4.95% (1.53, 8.48) lag 1<br>All respiratory:<br>    0-14 yrs 6.01% (2.98, 9.12) lag 2<br>    15-64 yrs 2.72% (−0.18, 5.70) lag 3<br>    65+ yrs −1.82% (−5.72, 2.25) lag 3<br>    All Ages 2.81% (0.72, 4.93) lag 1<br>Copollutant models for asthma among children:<br>    $SO_2$ + $NO_2$: 5.42% (0.18, 10.93)<br>    $SO_2$ + $O_3$: 8.39% (3.82, 13.17)<br>    $SO_2$ + CO: 8.05% (3.45, 12.86)<br>    $SO_2$ + $PM_{10}$: 5.63 (0.53, 10.98)<br>    $SO_2$ + BS: 8.03 (3.32, 12.96) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Atkinson et al. (2001)<br><br>Multicity, Europe (Barcelona, Birmingham, London, Milan, Netherlands, Paris, Rome, Stockholm)<br><br>Period of Study: 1997-1998 | Hospital Admissions<br><br>Outcome(s) (ICD 9): Asthma (493), COPD (490-496), All respiratory (460-519)<br><br>Study design: Time-series<br><br>Statistical analyses: APHEA protocol, Poisson regression, meta-analysis<br><br>Covariates: Season, temperature, humidity, holiday, influenza<br><br>Statistical package: NR<br><br>Lag: NR | 1-h max of $SO_2$ ($\mu g/m^3$)<br><br>Barcelona: NR<br>Birmingham: 24.3<br>London: 23.6<br>Milan: 29.1<br>Netherlands: 8.5<br>Paris: 17.7<br>Rome: 9.8<br>Stockholm: 3.8<br><br>Copollutants: $NO_2$, $O_3$, CO, BS, $PM_{10}$<br><br>Correlation coefficients with $PM_{10}$:<br>Barcelona: 0.32<br>Birmingham: 0.77<br>London: 0.72<br>Milan: 0.64<br>Netherlands: 0.67<br>Paris: 0.63<br>Rome: 0.15<br>Stockholm: 0.36 | The inclusion of $SO_2$ in the models only modified $PM_{10}$ associations in the 0- to 14-yr age group.<br><br>Increment: 10 $\mu g/m^3$ for $PM_{10}$; change in $SO_2$ not described.<br><br>Asthma, 0 to 14 yrs:<br>For $PM_{10}$: 1.2 (0.2, 2.3)<br>For $PM_{10}$ + $SO_2$: 0.8 (−3.7, 5.6)<br><br>Asthma, 15 to 64 yrs:<br>For $PM_{10}$: 1.1 (0.3, 1.8)<br>For $PM_{10}$ + $SO_2$: 1.6 (0.6, 2.6)<br><br>COPD + Asthma, ≥ 65 yrs:<br>For $PM_{10}$: 1.0 (0.4, 1.5)<br>For $PM_{10}$ + $SO_2$: 1.3 (0.7, 1.8)<br><br>All respiratory, ≥ 65 yrs of age:<br>For $PM_{10}$: 0.9 (0.6, 1.3)<br>For $PM_{10}$ + $SO_2$: 1.1 (0.7, 1.4) |
| Boutin-Forzano et al. (2004)<br><br>Marseille, France<br><br>Period of Study: 4/97-3/98 | ED Visits<br><br>Outcome(s): Asthma<br><br>ICD 9 Code(s): NR<br><br>Age groups analyzed: 3-49<br><br>Study design: Case-crossover<br><br>N: 549<br><br>Statistical analyses: Logistic regression<br><br>Covariates: Minimal daily temperature, max daily temperature, min daily relative humidity, max daily relative humidity, day of wk<br><br>Statistical package: NR<br><br>Lag: 0-4 days | Mean: $SO_2$: 22.5 $\mu g/m^3$<br><br>Range: 0.0, 94.0<br><br>Copollutants: $NO_2$ (r = 0.56)<br>$O_3$ (r = −0.25) | No association was observed between ER visits for asthma and $SO_2$ levels.<br><br>Only single-pollutant models were utilized.<br><br>Increment: 10 $\mu g/m^3$<br><br>Increased ER visits:<br>OR 1.0023 (0.9946, 1.0101) lag 0<br>OR 0.9995 (0.9923, 1.0067) lag 1<br>OR 0.9996 (0.9923, 1.0069) lag 2<br>OR 0.9970 (0.9896, 1.0045) lag 3<br>OR 0.9964 (0.9889, 1.0040) lag 4 |
| Buchdahl et al. (1996)<br><br>London, United Kingdom<br><br>Period of Study: 3/1/92-2/28/93 | ED visits.<br><br>Outcomes: Daily acute wheezy episodes<br><br>Age groups analyzed: ≤ 16<br><br>Study design: Case-control<br><br>N: 1,025 cases, 4,285 controls<br><br># of Hospitals: 1<br><br>Statistical analyses: Poisson regression<br><br>Covariates: Season, temperature, wind speed<br><br>Season: Spring (Apr-Jun), Summer (Jul-Sep), Autumn (Oct-Dec), Winter (Jan-Mar)<br><br>Statistical package: Stata.<br><br>Lag: 0-7 days | $SO_2$ 1-h yr round<br>Mean: 22 $\mu g/m^3$,<br>SD: 14<br><br>Spring: 20 (14)<br>Summer: 18 (22)<br>Fall: 24 (14)<br>Winter: 25 (14)<br><br>Copollutants:<br>$NO_2$ (r = 0.62)<br>$O_3$ (r = −0.28) | Variations in $SO_2$ could not explain the U-shaped relationship between $O_3$ and incidence of asthma.<br><br>Increment: 14 $\mu g/m^3$ (Std. Dev.)<br><br>No adjustments to model:<br>RR 1.16 (1.10, 1.23) lag not specified<br><br>Adjusted for temperature and season:<br>RR 1.12 (1.06, 1.19) lag not specified<br><br>Adjusted for temperature, season and wind speed:<br>RR 1.08 (1.00, 1.16) lag not specified |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Castellsague et al. (1995)<br><br>Barcelona, Spain<br><br>Period of Study: 1986-1989 | ED visits<br><br>Outcome(s): Asthma<br>Age groups analyzed: 15-64<br>Study design: Time-series<br><br># of Hospitals: 4<br><br>Statistical analyses: Poisson regression<br><br>Covariates: Long time trend, day of wk, temperature, relative humidity, dew point temperature<br><br>Seasons : Winter : Jan-Mar; Summer : Jul-Sep<br><br>Dose-response investigated: Yes<br><br>Lag: 0, 1-5 days and cumulative; Summer: lag 2 days, Winter: lag 1 day | Mean $SO_2$ ($\mu g/m^3$)<br>Summer: 40.8<br>25th: 25<br>50th: 36<br>75th: 54<br>95th: 82<br><br>Winter: 52.0<br>25th: 36<br>50th: 49<br>75th: 67<br>95th: 94<br><br># of Stations: 15 manual, 3 automatic<br><br>Copollutants: $NO_2$ $O_3$ | Interaction between pollutants and asthma emergency room visits was influenced by soy-bean dust in the air. The daily mean of asthma visits and level of $SO_2$ were higher in the winter than in the summer. A positive but not statistically significant increase in relative risk was found for $SO_2$ in the summer. $SO_2$ levels were higher in the winter, but the RR was lower compared to the RR in the summer. $SO_2$ was not significantly associated with asthma related ER visits.<br><br>Increment: 25 $\mu g/m^3$<br><br>Seasonal differences:<br>Summer: RR 1.052 (0.980, 1.129) lag 2<br>Winter: RR 1.020 (0.960, 1.084) lag 1 |
| Dab et al. (1996)<br><br>Paris, France<br><br>Period of Study: 1/1/87-9/30/92 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory (460-519), Asthma (493), COPD (490-496)<br><br>Age groups analyzed: All ages<br><br>Study design: Time-series<br><br>Number of hospitals: 27<br><br>Statistical analyses: Poisson regression, followed APHEA protocol<br><br>Covariates: Temperature, relative humidity, influenza, long-term trend, season, holiday, medical worker strike<br><br>Lag: 0,1,2 days, 0-3 cumulative | All Yr:<br>24-h avg: 29.7 $\mu g/m^3$<br>Median:23.0<br>5th: 7.0<br>99th: 125.0<br><br>1-h max: 59.9<br>Median: 46.7<br>5th: 14.0<br>99th: 232.7<br><br>Warm season<br>24-h avg: 20.1<br>Median:18.3<br>5th: 6.0<br>99th: 49.3<br><br>1-h max:42.7<br>Median:37.0<br>5th: 13.0<br>99th: 133.7<br><br>Cold season<br>24-h avg: 40.1 $\mu g/m^3$<br>Median:31.3<br>5th: 8.7<br>99th: 149.0<br><br>1-h max:78.3<br>Median:60.7<br>5th: 17.0<br>99th: 268.3<br><br>Copollutants: $NO_2$ $O_3$ $PM_{13}$ BS | 1-h max $SO_2$ levels yielded lower relative risk when compared to 24-h avg levels. COPD effects were only significantly associated with $SO_2$ with no lag.<br><br>The strongest association was observed with $PM_{13}$; 4.5% increase in respiratory admission per 100 $\mu g/m^3$ increment. $SO_2$ was a close second.<br><br>Neither analysis by age or by season showed a significant sensitivity for pollutants was with $SO_2$ 24-h avg of 7% (0.14, 14.10), but 1-hr max level was not significant. The strongest association for admission with COPD diagnosis was also for 24-h avg of $SO_2$ (9.9% [2.3, 18]). Increment: 100 $\mu g/m^3$<br><br>All respiratory (1987-1990):<br>24-h avg RR 1.042 (1.005, 1.080) lag 0-2<br>1-h max RR 1.018 (0.988, 1.048) lag 0-2<br><br>Asthma (1987-1992):<br>24-h avg RR 1.070 (1.004, 1.141) lag 2<br>1-h max RR 1.047 (0.998, 1.098) lag 2<br><br>COPD:<br>24-h avg RR 1.099 (1.023, 1.180) lag 0<br>1-h max RR 1.051 (1.025, 1.077) lag 0 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| de Diego Damiá et al. (1999)<br><br>Valencia, Spain<br><br>Period of Study:<br>3/1994-3/1995 | ED visits<br><br>Outcome(s) (ICD 9): Asthma (493)<br><br>Age groups analyzed: > 12<br><br>N: 515<br><br># of Hospitals: 1<br><br>Statistical analyses: Stepwise regression and ANOVA; Linear regression<br><br>Covariates: Season and temperature<br><br>Statistical package: SPS | 24-h avg $SO_2$ ($\mu g/m^3$)<br><br>Winter<br>　Mean: 56.<br>　Range: 30, 86<br>Spring<br>　Mean: 47.<br>Summer<br>　Mean: 40.<br>Autumn<br>　Mean: 50.<br><br># of monitors: 1<br><br>Copollutants:<br>BS (r = 0.54) | The $SO_2$ concentration was averaged for each season and quartiles of concentration determined. Asthma visits that occurred in each season were examined. There were no significant associations with asthma ER visits with any season or with any quartile of $SO_2$ exposure.<br><br>Mean number of asthma-related ED visits based on quartile of $SO_2$<br><br>All yr: < 41 $\mu g/m^3$: 8.6<br>41-50 $\mu g/m^3$: 9.1<br><br>51-56 $\mu g/m^3$: 11.6<br>>56 $\mu g/m^3$: 11.9 |
| Fusco* et al. (2001)<br><br>Rome, Italy<br><br>Period of Study:<br>1/1995-10/1997 | Hospital Admissions<br><br>Outcomes<br>(ICD 9 codes): All Respiratory (460-519, excluding 470-478); Acute respiratory infections including pneumonia (460-466, 480-486), COPD (490-492, 494-496), asthma (493)<br><br>Age groups analyzed: All ages, 0-14<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression with GAM<br><br>Covariates: Influenza epidemics, day of study, temperature, humidity, day of wk, holidays<br><br>Statistical package: S-Plus 4<br><br>Lag: 0, 1, 2, 3, 4 | 24-h avg: 9.1 (5.8) $\mu g/m^3$<br><br>25th: 5.1<br>50th: 7.9<br>75th: 12.0<br><br># of monitors: 5<br><br>Copollutants:<br>$O_3$ (r = −0.35)<br>CO (r = 0.56)<br>$NO_2$ (r = 0.33)<br><br>Particles;<br>r = 0.25 | $SO_2$ did not have an effect on respiratory hospitalizations.<br><br>Increment: 6.9 $\mu g/m^3$ (IQR)<br><br>Respiratory conditions:<br>All ages: 0.4% (−1.3, 2.2) lag 0. 0.8% (−0.9, 2.4) lag 1. 0.3% (−1.3, 1.8) lag 2<br>0-14 yrs: −0.7% (−4.0, 2.7) lag 0; −2.0 (−5.2, 1.3) lag 1; −0.8 (−3.8, 2.3) lag 2<br>Acute respiratory infections: All ages: 0.4% (−2.1, 3.0) lag 0;<br>1.4% (−1.0, 3.9) lag 1; 1.2% (−1.0, 3.5) lag 2;<br>0-14 yrs:−0.1% (−3.9, 3.8) lag 0; −2.7% (−6.3, 1.0) lag 1;<br>−1.2% (−4.5, 2.2) lag 2<br>Asthma: All ages: −1.5% (−6.6, 3.9) lag 0; −1.5% (−6.5, 3.7) lag 1;<br>2.5% (−2.2, 7.4) lag 2; 0-14 yrs: −2.6 (−10.4, 6.0) lag 0;<br>4.3% (−3.5, 12.7) lag 1; 5.5% (−1.8, 13.2) lag 2<br>COPD: All ages: 1.0% (−1.9, 4.0) lag 0; −1.1% (−3.9, 1.8) lag 1;<br>−0.5% (−3.1, 2.1) lag 2 |
| Galan et al. (2003)<br><br>Madrid, Spain<br><br>Period of Study:<br>1995-1998 | ED Visits<br><br>Outcome(s) (ICD9): Asthma (493)<br><br>Age groups analyzed: All<br><br>Study design:Time-series<br><br>N: 4,827<br><br>Statistical analyses: Poisson regression, (1) classic APHEA protocol and (2) GAM with stringent criteria<br><br>Covariates: Trend, yr, season, day of wk, holidays, temperature, humidity, influenza, acute respiratory infections, pollen<br><br>Statistical package: NR<br><br>Lag: 0-4 days | 24-h Mean: 23.6 $\mu g/m^3$<br><br>SD: 15.4<br><br>10th: 9.2<br>25th: 12.3<br>50th: 18.7<br>75th: 31.3<br>90th: 43.9<br><br>Range: 5, 121.2<br><br># of Stations: 15<br><br>Copollutants:<br>$PM_{10}$ (r = 0.581)<br>$NO_2$ (r = 0.610)<br>$O_3$ (r = −0.547) | $SO_2$ registered a predominately winter based pattern, and was positively correlated with $PM_{2.5}$, $NO_2$. The lag that described the strongest association was 3 days.<br><br>Multipollutant models were fitted for cold season pollutants. $SO_2$ was the most affected when $PM_{2.5}$ was included in the model.<br><br>Parametric estimates using APHEA protocol produced similar results as GAM.<br><br>The $SO_2$ association may be due to the concealing effects of other pollutants. $PM_{2.5}$ accounted for most of the observed effects.<br><br>Increment : 10 $\mu g/m^3$<br>Asthma: RR lag 0 1.018 (0.984, 1.054); RR lag 1 1.005 (0.972, 1.039); RR lag 2 1.002 (0.970, 1.036); RR lag 3 1.029 (0.997, 1.062); RR lag 4 1.025 (0.994, 1.058)<br>Multipollutant model: $SO_2/PM_{10}$ 0.966 (0.925, 1.009) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Garty et al. (1998)<br>Tel Aviv, Israel<br>Period of Study:<br>1/1/1993-12/31/1993 | ED Visits<br>Outcome(s): Asthma<br>ICD 9 Code(s): NR<br>Age groups analyzed: 1-18<br>Study design: Descriptive study with correlations<br>N: 1,076<br>Statistical analyses: Pearson correlation and partial correlation coefficients<br>Covariates: Max and min ambient temperatures, relative humidity and barometric pressure<br>Statistical package: Statistix | 24-h mean of $SO_2$ (estimated from histogram): 27 µg/m³<br>Range: 11, 64<br>Copollutants:<br>$NO_x$ $SO_2$ $O_3$ | Asthma morbidity was higher in the autumn and winter than the rest of the yr. The number of ER visits is Sep was exceptionally high.<br><br>The percent of total variance showed positive correlation between asthma ER visits in children and high levels of $NO_x$, $SO_2$, and increased barometric pressure. $NO_x$ enhances the effects of $SO_2$, whereas $O_3$ had a reverse relation to $SO_2$.<br><br>Air borne pollen was not a significant contributor to ER visits.<br><br>Correlation between $SO_2$ and ER visits for asthma:<br>All yr: Daily data r = 0.24; Running mean for 7 days r = 0.53<br>Excluding Sep: Daily data r = 0.31; Running mean for 7 days r = 0.64 |
| Hagen et al. (2000)<br>Drammen, Norway<br>Period of Study:<br>1994-1997 | Hospital Admissions<br>Outcome(s) (ICD 9): All respiratory admissions (460-519)<br>Age groups analyzed: All ages<br>Study design: Time-series<br>Number of hospitals: 1<br>Statistical analyses: Poisson regression with GAM (adhered to HEI phase 1.B report)<br>Covariates: Time trends, day of wk, holiday, influenza, temperature, humidity<br>Lag: 0,1,2,3 days | $SO_2$ 24-h avg (µg/m³): 3.64, SD: 2.41<br>25th: 2.16<br>50th: 2.92<br>75th: 4.38<br># of Stations: 2<br>Copollutants:<br>$PM_{10}$ (r = 0.42)<br>$NO_2$ (r = 0.58)<br>benzene (r = 0.29)<br>NO (r = 0.47)<br>$O_3$ (r = −0.24)<br>Formaldehyde (r = 0.54)<br>Toluene (r = 0.48) | $SO_2$ was significantly associated with respiratory hospital admissions. This relationship was robust to the inclusion of $PM_{2.5}$, but attenuated when both $PM_{2.5}$ and benzene were included in the model.<br><br>Increment: $SO_2$: 2.22 µg/m³ (IQR)<br><br>Single-pollutant model<br>Respiratory disease only:<br>1.056 (1.013, 1.101)<br>All disease: 0.990 (0.974, 1.007)<br><br>2-pollutant model with $PM_{10}$<br>1.051 (1.005, 1.099)<br><br>3-pollutant model with $PM_{10}$ + Benzene<br>1.040 (0.993, 1.089) |
| Hajat et al. (1999)<br>London, United Kingdom<br>Period of Study:<br>1992-1994 | GP visits<br>Outcome(s) (ICD9): Asthma (493); Lower respiratory disease (464, 466, 476, 480-3, 490-2, 485-7, 4994-6, 500, 503-5, 510-5)<br>Age groups analyzed: 0-14; 15-64; 65+; all ages<br>Study design: Time-series analysis<br>Statistical Analysis: Poisson regression, APHEA protocol<br>Covariates: Long-term trends, seasonality, day of wk, temperature, humidity<br>Season:<br>Warm, Apr-Sep; Cool, Oct-Mar; All-yr<br>Dose-response investigated? Yes<br>Statistical package: SAS<br>Lag: 0-3 days, cumulative | All yr<br>24-h avg: 21.2 µg/m³, SD: 7.8<br>10th: 13.0<br>90th: 31.0<br>Warm:<br>24-h avg: 20.5 µg/m³, SD: 6.5<br>10th: 13.4<br>90th: 28.4<br>Cool:<br>24-h avg: 22.0 µg/m³, SD: 9.0<br>10th: 12.8<br>90th: 33.3<br>Copollutants:<br>$NO_2$ (r = 0.61)<br>BS (r = 0.57)<br>CO (r = 0.51)<br>$PM_{10}$ (r = 0.63)<br>$O_3$ (r = −0.11) | This study showed weak, but consistent associations between $SO_2$ and consultations for asthma and other LRD, especially in children. Bubble plot suggests a concentration-response relationship.<br><br>Increment: 18 µg/m³<br>(90th-10th percentile)<br><br>Asthma: All ages 3.6% (0.3, 6.9) lag 2; 4.4% (0.9, 7.9) lag 0-2;<br>0-14 yrs 4.9% (0.1, 9.8) lag 1; 4.4% (−0.7,9.7) lag 0-2<br>Warm: 9.0% (2.2, 16.2) lag 1; Cool: 2.0% (4.5, 8.9) lag 1<br>15-64 yrs 3.6% (−0.6, 8.0) lag 2; 3.5% (−1.0, 8.2) lag 0-3<br>Warm: 2.5% (−3.3, 8.7) lag 2; Cool : 4.5% (−1.4, 10.7) lag 2<br>65+ yrs 4.5% (−3.5, 13.1) lag 1; 4.8% (−2.9, 13.2) lag 0-1<br>Warm: 7.5% (−4.0, 20.3) lag 1; Cool: 2.0% (−8.6, 13.9) lag 1<br><br>Lower respiratory disease:<br>All ages 1.8% (0.2, 3.4) lag 2; 2.2% (0.4, 4.1) lag 0-2;<br>0-14 yrs 4.5% (1.4, 7.8) lag 2; 5.7% (1.7, 9.7) lag 0-3;<br>Warm: 2.4% (−2.6, 7.7) lag 2; Cool: 5.8% (1.6, 10.2) lag 2<br>15-64 yrs 1.5% (−0.7, 3.7) lag 1; 1.6% (−0.9, 4.1) lag 0-3<br>Warm: −0.5% (−3.8, 2.9) lag 1; Cool: 2.5% (−0.5, 5.5) lag 1<br>65 + −2.2% (−4.9, 0.6) lag 0; −1.4% (−4.4, 1.7) lag 0-1<br>Warm: −3.1% (−6.9, 0.9) lag 0; Cool: −1.6 % (−5.3, 2.3) lag 0<br><br>2-pollutant model – Asthma: $SO_2$ alone 4.9% (0.1, 9.8);<br>$SO_2/O_3$ 5.9% (1.1, 10.9); $SO_2/NO_2$ 2.7% (−2.7, 8.4);<br>$SO_2/PM_{2.5}$ 3.4% (−3.0, 10.2)<br><br>2-pollutant model-Lower respiratory disease:<br>$SO_2$ alone 4.5% (1.4, 7.8); $SO_2/O_3$ 4.8% (1.6, 8.1);<br>$SO_2/NO_2$ 3.1% (−0.6, 6.9); $SO_2/PM_{2.5}$ 3.8% (0.4, 7.2) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Hajat* et al. (2001)<br>London, United Kingdom<br>Period of Study:<br>1992-1994 | GP visits<br>Outcome(s) (ICD9): Allergic Rhinitis (477)<br>Age groups analyzed:<br>0-14; 15-64; 65+; all ages<br>Study design:Time-series analysis<br>N: 4,214<br>Statistical Analysis: Poisson regression, GAM<br>Covariates: Long-term trends, seasonality, day of wk, temperature, humidity, variation in practice population, counts for lagged allergic pollen measures, daily number of consultations for influenza<br>Dose-response investigated? Yes<br>Statistical package: S-Plus<br>Lag: 0-6 days, cumulative | 24-h avg: 21.2 $\mu g/m^3$,<br>SD: 7.8<br>10th: 13.0<br>90th: 31.0<br>Copollutants:<br>$NO_2$ (r = 0.61)<br>BS (r = 0.57)<br>CO (r = 0.51)<br>$PM_{10}$ (r = 0.63)<br>$O_3$ (r = −0.11) | The number of allergic rhinitis admissions peaked in Apr and June. After 2-pollutant model analysis, $SO_2$ still remained highly significant in the presence of other pollutants. For both children and adults exposure-response associations showed that risk levels off at higher $SO_2$ levels.<br><br>Increment: 18 $\mu g/m^3$<br>(90th-10th percentile)<br><br>Single-pollutant model<br>< 1 to 14 yrs:<br>24.5% (14.6, 35.2) lag 4<br>24.9% (11.9, 39.4) lag 0-4<br>15 to 64 yrs:<br>14.3% (6.2, 23.0) lag 3<br>15.5% (9.1, 22.3) lag 0-5<br>>64 yrs-too small for analysis<br><br>2-pollutant models<br>< 1 to 14 yrs:<br>$SO_2$ & $O_3$: 22.1% (12.0, 33.1)<br>$SO_2$ & $NO_2$: 28.5% (15.5, 42.9)<br>$SO_2$ & $PM_{10}$: 27.2% (15.3, 40.2<br>15 to 64 yrs:<br>$SO_2$ & $O_3$: 8.5% (3.4, 13.9)<br>$SO_2$ & $NO_2$: 8.3% (1.7, 15.3)<br>$SO_2$ & $PM_{10}$: 6.7% (0.7, 13.0) |
| Hajat* et al. (2002)<br>London, United Kingdom<br>Period of Study:<br>1992-1994 | GP visits<br>Outcome(s) (ICD9): Upper respiratory disease, excluding Rhinitis<br>(460-3, 465, 470-5, 478)<br>Age groups analyzed:<br>0-14; 15-64; 65+; all ages<br>Study design:<br>Time-series analysis<br>Statistical Analysis: Poisson regression, GAM<br>Covariates: Long-term trends, seasonality, day of wk, holidays, temperature, humidity, variation in practice population, counts for lagged allergic pollen measures, daily number of consultations for influenza<br>Season:<br>Warm, Apr-Sep;<br>Cool, Oct-Mar<br>Dose-response investigated? Yes<br>Statistical package: S-Plus<br>Lag: 0,1,2,3 days | All yr:<br>24-h avg: 21.2 $\mu g/m^3$,<br>SD: 7.8<br>10th: 13.0<br>90th: 31.0<br>Warm:<br>24-h avg: 20.5 $\mu g/m^3$,<br>SD: 6.5<br>10th: 13.4<br>90th: 28.4<br>Cool:<br>24-h avg: 22.0 $\mu g/m^3$,<br>SD: 9.0<br>10th: 12.8<br>90th: 33.3<br># of Stations: 3<br>Copollutants:<br>$NO_2$ (r = 0.61)<br>BS (r = 0.57)<br>CO (r = 0.51)<br>$PM_{10}$ (r = 0.63)<br>$O_3$ (r = −0.11) | Increased consultations for URD were most strongly associated with $SO_2$ in children. For adults and the elderly the strongest associations were for $PM_{10}$ and $NO_2$. The most consistent lag in adults and the elderly for development of URD was 2 days (one day after a pollution event).<br><br>Increment: 18 $\mu g/m^3$<br>(90th-10th percentile)<br><br>Single-pollutant model:<br>All yr: 0-14 yr: 3.5% (1.4, 5.8) lag 0; 15-64 yrs: 3.5% (0.5, 6.5) lag 1;<br>>65 yrs: 4.6% (0.4, 9.0) lag 2<br>Warm: 0-14 yrs: 3.2% (−0.5, 7.0) lag 0; 15-64 yrs: 4.6% (1.5, 7.7) lag 1;<br>≥ 65 yrs: 1.6% (−4.8, 8.5) lag 2<br>Cool: 0-14 yrs: 5.5% (2.4, 8.7) lag 0; 15-64 yrs: 2.7 (0.0, 5.4) lag 1;<br>>65 yrs: 5.7% (0.4, 11.4) lag 2<br><br>2-pollutant models<br>0-14 yrs: $SO_2$ & $O_3$: 1.0% (−2.2, 4.2); $SO_2$ & $NO_2$: 4.7% (2.2, 7.4);<br>$SO_2$ & $PM_{10}$: 4.6% (2.1, 7.2)<br>For 15-64 yrs: $SO_2$ & $O_3$: 3.7% (0.6, 7.0); $SO_2$ & $NO_2$: 2.6% (−0.0, 5.2);<br>$SO_2$ & $PM_{10}$: 2.4% (−0.1, 5.0)<br>For >65 yrs: $SO_2$ & $O_3$: 9.0% (1.7, 16.9); $SO_2$ & $NO_2$: 4.3% (−1.2, 10.2);<br>$SO_2$ & $PM_{10}$: 3.2% (−1.9, 8.7) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Llorca et al. (2005)<br><br>Torrelavega, Spain<br><br>Period of Study:<br>1992-1995<br>Days: 1,461 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory admissions (460-519)<br><br>Age groups analyzed: All ages<br><br>Study design: Time-series<br><br>Number of hospitals: 1<br><br>Statistical analyses: Poisson regression<br><br>Covariates: Short and Long-term trends<br><br>Statistical package: Stata<br><br>Lag: NR | 24-h avg $SO_2$: 13.3 $\mu g/m^3$, SD: 16.7<br><br># of Stations: 3<br><br>Copollutants:<br>$NO_2$ (r = 0.588)<br>NO (r = 0.544)<br>TSP (r = −0.40)<br>SH2 (r = 0.957) | Associations between $SO_2$ and admissions observed in the single-pollutant model disappear in a 5-pollutant model. Only $NO_2$ was significantly associated with admissions.<br><br>No relation was described for sulfur compounds including $H_2S$ or $SO_2$. The concentration of $SO_2$ changes with temperature changes, which may be responsible for cardiac stress.<br><br>$SO_2$ was not significantly associated with cardiac respiratory or cardio-respiratory admissions<br><br>Increment: 100 $\mu g/m^3$<br><br>Single-pollutant model<br>All cardio-respiratory admissions: RR 0.98 (0.89, 1.07)<br>Respiratory admissions: 1.04 (0.90, 1.19)<br><br>5-pollutant model<br>All cardio-respiratory admissions: RR 0.98 (0.80, 1.21)<br>Respiratory admissions: 0.89 (0.64, 1.24) |
| Oftedal et al. (2003)<br><br>Drammen, Norway<br><br>Period of Study:<br>11/1994-12/2000 | Hospital Admissions<br><br>Outcomes (ICD 10): All respiratory admissions (J00-J99)<br><br>Age groups analyzed: All ages<br><br>Study design: Time-series<br><br>Statistical analyses: Semi-parametric Poisson regression, GAM with more stringent criteria<br><br>Covariates: Temperature, humidity, influenza<br><br>Lag: 2,3 days | Mean: 2.9 $\mu g/m^3$, SD: 2.1<br><br>IQR: 2.03 $\mu g/m^3$<br><br>Copollutants: $PM_{10}$<br><br>$NO_2$<br><br>$O_3$<br><br>Benzene<br><br>Formaldehyde<br><br>Toluene | The study found positive associations between daily number of hospital admissions for acute respiratory diseases and concentrations of $SO_2$; associations did not change substantially from the first to the second 3-yr period.<br><br>Increment: 2.03 $\mu g/m^3$ (IQR)<br><br>All respiratory disease<br><br>1.042 (1.011, 1.073) |
| Ponce de Leon et al. (1996)<br><br>London, England<br><br>Period of Study:<br>04/1987-1988;<br>1991-02/1992 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory (460-519)<br><br>Age groups analyzed: 0-14, 15-64, 65+, all ages<br><br>Study design: Time-series<br><br>N: 19,901<br><br>Statistical analyses: APHEA protocol, Poisson regression GAM<br><br>Covariates: Long-term trend, season, influenza, day of wk, holiday, temperature, humidity<br><br>Season:<br>Cool, Oct-Mar; Warm: Apr-Sep<br><br>Dose-response Investigated?: Yes<br><br>Statistical package: SAS<br><br>Lag: 0, 1, 2 days, 0-3 cumulative avg. | $SO_2$ 24-h avg: 32.2 $\mu g/m^3$, SD: 12.6<br><br>5th: 15<br>10th: 18<br>25th: 24<br>50th: 31<br>75th: 39<br>90th: 47<br>95th: 54<br><br># of stations: 2<br><br>Copollutants:<br>$NO_2$ (r = 0.44)<br>BS (r = 0.44)<br>$O_3$ (r = −0.067) | Though significant effects were observed with $SO_2$ in some age groups, they were not consistent or similar in magnitude to those of $O_3$.<br><br>Increment: 90th-10th percentile<br>(24-h avg of 29 $\mu g/m^3$).<br><br>All yr:<br>All ages 1.0092 (0.9926, 1.0261) lag 1<br>0-14 yrs 1.0093 (0.9837, 1.0356) lag1<br>15-64 yr 1.0223 (0.9942, 1.0511) lag 1<br>≥ 65 yr 1.0221 (0.9970, 1.0478) lag 2<br><br>Warm season:<br>All ages 1.0111 (0.9864, 1.0364) lag 1<br>0-14 yrs 1.0468 (1.0066, 1.0885) lag 1<br>15-64 yr 0.9996 (0.9596, 1.0411) lag 1<br>>65 yr 1.0124 (0.9772, 1.0489) lag 2<br><br>Cool season:<br>All ages 1.0079 (0.9857, 1.0306) lag 1<br>0-14 yrs 0.9848 (0.9515, 1.0192) lag 1<br>15-64 yr 1.0389 (1.0010, 1.0783) lag 1<br>>65 yr 1.0280 (0.9945, 1.0625) lag 2 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Pönkä (1991)<br><br>Helsinki, Finland<br><br>Period of Study:<br>1987-1989 | Hospital Admissions<br><br>Outcome(s) (ICD9): Asthma (493)<br><br>Age groups analyzed: 0-14; 15-64; ≥ 65 yrs<br><br>Study design: Time-series<br><br>N: 4,209<br><br>Statistical analyses: Correlations and partial correlations<br><br>Covariates: Min temperature<br><br>Statistical package:<br><br>Lag: 0-1 | 24-h avg: 19.2 (12.6) $\mu g/m^3$<br><br>Range: 0.2, 94.6<br>Number of monitors: 4<br><br>Copollutants:<br>$NO_2$ (r = 0.4516)<br>NO (r = 0.4773)<br>$O_3$ (r = -0.1778)<br>TSP (r = 0.1919)<br>CO | The frequency of all admissions for asthma was significantly correlated to $SO_2$.<br><br>Child asthma admissions were not significantly correlated with $SO_2$, but were correlated to $O_3$ and NO. $SO_2$ was also significantly correlated with elderly admissions. Increased hospitalization correlated with $SO_2$ was also observed for adults.<br><br>Hospital admissions were more strongly correlated with $SO_2$ than other pollutants. ER visits were more strongly correlated with a mixture of pollutants (TSP, $SO_2$, $O_3$, and temperature).<br><br>Multipollutant model<br>co-linear results of $SO_2$, CO, and NO suggest a mixture of pollutants is responsible for asthma admissions.<br><br>Correlations between hospital admissions (HA) for asthma and pollutants and temperature by ages.<br><br>0-14 yrs: HA: −0.01391; Emergency HA: 0.0332<br>15-64 yrs: HA: 0.1039 p = 0.0006; Emergency HA: 0.1199 p < 0.0001<br>≥ 65 yrs: HA: 0.0796 p = 0.0085; Emergency HA: 0.1169 p < 0.0001<br><br>Partial correlations between admissions for asthma and $SO_2$ were standardized for temperature.<br>HA: 0.0770 p = 0.0172; Emergency HA: 0.1050; p = 0.0011 |
| Pönkä and Virtanen (1994)<br><br>Helsinki, Finland<br><br>Period of Study:<br>1987-1989<br>Days: 1096 | Hospital Admissions<br><br>Outcome(s) (ICD 9): Chronic bronchitis and emphysema (493)<br><br>Age groups analyzed: < 65, ≥ 65<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression<br><br>Covariates: Season, day of wk, yr, influenza, humidity, temperature<br><br>Season: Summer (Jun-Aug), Autumn (Sep-Nov), Winter (Dec-Feb), Spring (Mar-May)<br><br>Lag: 0-7 days | 24-h avg:<br>19 $\mu g/m^3$<br>SD: 12.6;<br>Range: 0.2, 95<br># of stations: 2<br>Copollutants:<br>$NO_2$ $O_3$ TSP | $SO_2$ was significantly associated with increased admissions for chronic bronchitis and emphysema for patients < 65 yrs of age with a lag of 0 and 3 days.<br><br>In the steps leading to regression analysis no association was observed between $SO_2$ levels and the ≥65 population. Multipollutant models were only used to examine $NO_2$ and $SO_2$.<br><br>$SO_2$ had no significant association with morbidity caused by chronic bronchitis and emphysema in the ≥ 65 yr old population.<br><br>Increment: NR<br><br>Chronic bronchitis and emphysema:<br>< 65 yrs: RR 1.31 (1.01, 1.70) lag 0; RR 0.96 (0.73, 1.27) lag 1; RR 0.78 (0.59, 1.03) lag 2; RR 1.39 (1.05, 1.86) lag 3; RR 0.89 (0.68, 1.16) lag 4; RR 1.28 (0.97, 1.70) lag 5; RR 0.91 (0.69, 1.20) lag 6; RR 1.09 (0.84, 1.40) lag 7<br>65+ yrs: NR |
| Pönkä and Virtanen (1996)<br><br>Helsinki, Finland<br><br>Period of Study:<br>1987-1989 | Hospital Admissions<br><br>Outcome(s) (ICD9): Asthma (493)<br><br>Age groups analyzed: 0-14, 15-64, 65+<br><br>Study design: Time-series<br><br>Statistical analyses:<br><br>Covariates: Long-term trend, season, epidemics, day of wk, holidays, temperature, relative humidity<br><br>Statistical package:<br><br>Lag: 0-2 | 24-h avg ($\mu g/m^3$):<br>Winter: 26<br>Spring: 22<br>Summer: 13<br>Fall: 15<br><br>Copollutants:<br>$NO_2$ $O_3$ TSP | Significant associations were observed between daily $SO_2$ concentrations and daily counts of hospitalizations among 15- to 64-yr-old patients and among those over 64 yrs old, but not among children. These effects were observed when mean daily $SO_2$ values were lower than the max value recommended by WHO (125 $\mu g/m^3$).<br><br>Parameter estimates (PE) and standard error (SE) for a 1-unit increase:<br><br>Asthma:<br>15-64 yrs: PE 0.2176 (0.1081) p = 0.44 lag 2;<br>PE 0.3086 (0.1545) p = 0.046 lag 0-3<br>Asthma:<br>65+ yrs: PE 0.2412 (0.0956) p = 0.012 lag 2 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Prescott et al. (1998)<br><br>Edinburgh, United Kingdom<br><br>Period of Study: 10/92-6/95 | Hospital Admissions<br><br>Outcome(s) (ICD 9): Pneumonia (480-7), COPD + Asthma (490-496)<br><br>Age groups analyzed: < 65, 65+<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson log linear regression<br><br>Covariates: Trend, seasonal and weekly variation, temperature, wind speed, day of wk<br><br>Lag: 0,1, or 3 day rolling avg | $SO_2$: 14.5 (9.0) ppb<br><br>Min: 0 ppb<br><br>Max: 153 ppb<br><br># of Stations: 1<br><br>Copollutants: CO $PM_{10}$ $NO_2$ $O_3$ BS | No effect of $SO_2$ on hospitalizations observed in either age category.<br><br>Increment: 10 ppb<br><br>Respiratory admissions:<br>>65 yrs −2.5 (−11.0, 6.9) lag 0-2; < 65 yrs 0.0 (−8.3, 9.1) lag 0-2 |
| Rossi et al. (1993)<br><br>Oulu, Finland<br><br>Period of Study: 10/1/1985-9/30/1986 | ED Visits<br><br>Outcome(s) (ICD 9): Asthma (493)<br><br>Age groups analyzed: 15-85<br><br>Study design: Time-series<br><br>N: 232<br><br>Statistical analyses: Pearson's and partial correlation coefficients and multiple regression with stepwise discriminate analysis<br><br>Covariates: Temperature, humidity<br><br>Statistical package: BMDP software<br><br>Lag: 0,1,2,3 | 24-h avg: 10.0 $\mu g/m^3$<br><br>Range: 0, 56<br><br>1-h max: 31.0 $\mu g/m^3$<br><br>Range: 1, 24<br><br># of monitoring stations: 4<br><br>Copollutants: $NO_2$ (r = 0.48) TSP (r = 0.31) $H_2S$ | Same day ER visits were correlated to daily $SO_2$ levels, but the significance was lost with longer lag periods.<br><br>When asthma visits were analyzed, $SO_2$ was positively and significantly correlated with asthma visits in the same wk and the wk after.<br><br>After regression analyses, $SO_2$ became insignificant.<br><br>Pearson correlation coefficients<br><br>ED asthma visits and same day $SO_2$:<br>r = 0.13 p < 0.01 lag 0<br><br>Weekly ED asthma visits and same wk $SO_2$: r = 0.28 p < 0.05<br>Weekly ED asthma visits and next wk $SO_2$: 0.30 p < 0.05<br><br>Multipollutant ($NO_2$; TSP; $H_2S$)<br>Regression coefficient:<br>All yr: $\beta$ = 0.037, p = 0.535<br>Winter: $\beta$ = −0.024, p = 0.710<br>Summer: $\beta$ = −0.003, p = 0.991 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Schouten et al. (1996)<br><br>Multicity, The Netherlands (Amsterdam, Rotterdam)<br><br>Period of Study: 04/01/77-09/30/89 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory (460-519), COPD (490-2, 494, 496), Asthma (493)<br><br>Age groups analyzed: 15-64, 65+, all ages<br><br>Study design: Time-series<br><br>Statistical analyses: APHEA protocol, Poisson regression<br><br>Covariates: Long-term trend, season, influenza, day of wk, holiday, temperature, humidity<br><br>Season:<br>Cool, Nov-Apr;<br>Warm: May-Oct<br><br>Lag: 0,1,2 days; and cumulative 0-1 and 0-3 day lags | 24-h avg $SO_2$<br><br>Amsterdam<br>Mean/Med: 28/21 $\mu g/m^3$<br><br>Rotterdam<br>Mean: 40/32 $\mu g/m^3$<br><br>Daily 1-h max<br><br>Amsterdam<br>Mean/Med: 65/50 $\mu g/m^3$<br><br>Rotterdam<br>Mean/Med: 99/82 $\mu g/m^3$<br><br># of stations: 1 per city<br><br>Copollutants: $NO_2$ BS $O_3$ | The relationship between short-term air pollution and hospital admissions was not always consistent at low levels of exposure. One statistically significant association between hospital admissions and asthma (all ages) occurred in Amsterdam after a cumulative lag of 1-3 days in the summer. Higher $SO_2$ levels were reported for the winter; therefore, this association was not a concentration response.<br><br>In Rotterdam neither 1 day nor cumulative lags in the summer or winter increased asthma admissions to statistical significance. Rotterdam had much higher mean $SO_2$ concentrations. There were no significant associations to hospital admissions when higher pollution levels were prevalent.<br><br>The analysis of all respiratory hospital admissions for all ages in the entire country (Netherlands) produced a statistically significant association for both 1-h and 24-h periods (100 $\mu g/m^3$).<br><br>Increment: 100 $\mu g/m^3$ increment.<br><br>All respiratory, Amsterdam<br>24-h avg: 15-64 yrs: RR 0.944 (0.864, 1.032) lag 2; RR 0.915 (0.809, 1.035) lag 0-3; >65 yrs: RR 1.046 (0.965, 1.134) lag 2; RR 1.008 (0.899, 1.131) lag 0-3<br>1-h max: 15-64 yrs: RR 0.989 (0.952, 1.028) lag 2; RR 0.977 (0.927, 1.030) lag 0-3; >65 yrs: RR 1.022 (0.985, 1.060) lag 2; RR 1.010 (0.955, 1.068) lag 0-3; RR 0.941 (0.863, 1.026) lag 0-3<br><br>COPD, Amsterdam<br>24-h avg–all ages: RR 0.907 (0.814, 1.011) lag 0; RR 0.948 (0.838, 1.072) lag 0-1<br>1-h max–all ages: RR 0.978 (0.933, 1.026) lag 0; RR 0.995 (0.940, 1.053) lag 0-1<br><br>Asthma, Amsterdam<br>24-h avg–all ages: RR 0.802 (0.696, 0.924) lag 1; RR 0.792 (0.654, 0.958) lag 0-3<br>1-h max–all ages: RR 0.995 (0.942, 1.051) lag 0<br><br>All respiratory, Rotterdam<br>24-h avg: 15-64 yrs: RR 0.941 (0.855, 1.036) lag 1; RR 0.895 (0.787, 1.019) lag 0-2;<br>>65 yrs (1977-1981): RR 1.027 (0.904, 1.165) lag 2; RR 1.011 (0.834, 1.227) lag 0-3;<br>>65 yrs (1982-1984): RR 1.087 (0.890, 1.328) lag 0; RR 1.258 (0.926, 1.710) lag 0-3;<br>>65 yrs (1985-1989): RR 1.045 (0.908, 1.204) lag 0; RR 0.968 (0.787, 1.190) lag 0-3<br>1-h max: 15-64 yrs: RR 0.989(0.953, 1025) lag 1; RR 0.965 (0.915, 1.018) lag 0-2;<br>>65 yrs (1977-1981): RR 0.892 (0.842, 0.945) lag 0; RR 0.987 (0.907, 1.074) lag 0-3;<br>>65 yrs (1982-1984): RR 1.005 (0.933, 1.081) lag 0; RR 1.062 (0.938, 1.202) lag 0-3;<br>>65 yrs (1985-1989): RR 1.010 (0.955, 1.068) lag 0; RR 1.064 (0.992, 1.141) lag 0-1<br><br>COPD, Rotterdam<br>24-h avg–all ages: RR 0.963 (0.874, 1.059) lag 2; RR 1.019 (0.887, 1.172) lag 0-3<br>1-h max–all ages: RR 0.991 (0.955, 1.029) lag 2; RR 1.013 (0.953, 1.076) lag 0-3 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Spix et al. (1998)<br><br>Multicity (Amsterdam, London, Milan, Paris, Rotterdam), Europe<br><br>Period of Study: 1977 and 1991 | Hospital Admissions<br><br>Outcome(s) (ICD9): All respiratory (460-519); Asthma (493)<br><br>Age groups analyzed: 15-64, 65+<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression following APHEA protocol. Pooled meta-analysis adjusted for heterogeneity<br><br>Covariates: trend, seasonality, day of wk, holiday, temperature, humidity, unusual events (strikes, etc.)<br><br>Lag: 1 to 3 days | $SO_2$ daily avg ($\mu g/m^3$)<br><br>London: 29<br><br>Amsterdam: 21<br><br>Rotterdam: 25<br><br>Paris: 23<br><br>Milan: 66<br><br>Copollutants: $NO_2$ $O_3$ BS TSP | Daily counts of adult respiratory admissions were not consistently associated with daily mean levels of $SO_2$. Heterogeneity between cities were likely due to the number of stations or temperature. Only hospital admissions for ≥ 65 yr olds were significantly associated with $SO_2$ in the warm season.<br><br>Increment: 50 $\mu g/m^3$<br><br>All cities, yr round<br>15-64 yrs: RR 1.009 (0.992, 1.025)<br><br>Warm RR 1.01 (0.98, 1.04)<br>Cold RR 1.01 (0.97, 1.07)<br><br>≥ 65 yrs RR 1.02 (1.005, 1.046)<br>Warm RR 1.06 (1.01, 1.11)<br>Cold RR 1.02 (0.99, 1.04)<br><br>APHEA protocol pooled result from ≥65 yrs old from Europe<br><br>All respiratory<br>RR 1.02 (1.00, 1.05) |
| Sunyer et al. (1997)<br><br>Multicity, Europe (Barcelona, Helsinki, Paris, London)<br><br>Period of Study: 1986-1992 | Hospital admissions/ED Visits<br><br>Outcome(s) (ICD 9): Asthma (493)<br><br>Age groups analyzed: < 15, 15-64<br><br>Study design: Time-series<br><br>Statistical analyses: APHEA protocol, Poisson regression, GEE; meta-analysis<br><br>Covariates: Humidity, temperature, influenza, soybean, Long-term trend, season, day of wk<br><br>Season:<br>Cool, Oct-Mar;<br>Warm: Apr-Sep<br><br>Lag: 0,1,2,3 and cumulative 1-3 | 24-h median (range) ($\mu g/m^3$)<br><br>Barcelona: 41 (2, 160)<br>Helsinki: 16 (3, 95)<br>London: 31 (9, 100)<br>Paris: 23 (1, 219)<br><br># of stations:<br>Barcelona: 3<br>London: 4<br>Paris: 4<br>Helsinki: 8<br><br>Copollutants:<br>$NO_2$<br>BS<br>$O_3$ | $SO_2$ alone or as part of a mixture was a factor that exacerbated asthma admissions.<br><br>In 2-pollutant models with $SO_2$ and BS, the association of BS with $SO_2$ was attenuated for < 15 yr olds, compared to single-pollutant model associations. In addition, the association of $NO_2$ was also attenuated by the inclusion of $SO_2$.<br><br>Increment: 50 $\mu g/m^3$ of 24-h avg for all cities combined.<br><br>Asthma:<br>15-64 yrs:<br>0.997 (0.961, 1.034) lag 2<br>1.003 (0.959, 1.050) lag 0-3, cum<br>< 15 yrs:<br>1.075 (1.026, 1.126) lag 1<br>1.061 (0.996, 1.131) lag 2-3, cum<br><br>2-pollutant models<br><br>$SO_2$/BS:<br>< 15 yrs 1.092 (1.031, 1.156) lag 0-1<br><br>$SO_2$/$NO_2$<br>< 15 yrs 1.075 (1.019, 1.135) |
| Sunyer* et al. (2003)<br><br>Multicity study (Birmingham (B), London (L), Milan (M), Netherlands (N), Paris (P), Rome (R) and Stockholm (S), Europe<br><br>Period of Study: 1992 and 1997 | Hospital admissions/ED Visits<br><br>Outcome(s) (ICD 9): Asthma (493); COPD and Asthma (490-496); all respiratory (460-519)<br><br>Age groups analyzed: All, 0-14 yrs; 16-64 yrs; ≥ 65 yrs<br><br>Study design: Time-series<br><br>Poisson regression with GAM following APHEA 2 protocol<br><br>Covariates: temperature, humidity, Long-term trend, season<br><br>Lag: 0, 1 | $SO_2$ 24-h avg and SD ($\mu g/m^3$)<br><br>B 24.3 (12.7)<br>L 23.6 (23.7)<br>M 32.5 (37.5)<br>N 8.5 (7.7)<br>P 17.7 (12.5)<br>R 9.8 (9.9)<br>S 6.8 (6.2)<br><br>Copollutants:<br>$PM_{10}$ (r = 0.64)<br>CO (r = 0.53) | The magnitude of association with asthma across the seven cities was comparable to earlier studies of London, Helsinki and Paris.<br><br>Exposure factors may be important. Children may spend greater time outdoors compared with adults. Pneumonia requires chronic exposure to produce inflammatory response and infection, whereas asthma is an acute response.<br><br>Increment: 10 $\mu g/m^3$<br><br>Asthma: 0-14 yrs: 1.3% (0.4, 2.2) ; 15-64 yrs : 0.0% (−0.9, 1.00)<br>COPD and Asthma: ≥ 65 yrs: 0.6% (0.0, 1.2)<br>All Respiratory: ≥ 65 yrs 0.5% (0.1, 0.9)<br>Asthma: 0-14 yrs: $SO_2$ + $PM_{10}$: −3.7% (p > 0.1) ; $SO_2$ + CO: −0.7% (p > 0.1) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Sunyer et al. (1991)<br><br>Barcelona, Spain<br><br>Period of Study:<br>1985-1986 | ED Visits<br><br>Outcome(s) COPD<br>(ICD 9): 490-496<br><br>Age groups analyzed: > 14<br><br>Study design:<br>Time-series<br><br># of Hospitals: 4<br><br>Statistical analyses:<br>multivariate linear regression<br><br>Covariates: Meteorology,<br>season, day of wk<br><br>Statistical package:<br><br>Lag: 0 to 2 days | 24-h avg (SD):<br>56.5 (22.5) $\mu g/m^3$<br><br>98th: 114.3<br>Range: 17, 160<br><br>1-h max (SD):<br>141.9 (98.8) $\mu g/m^3$<br><br>98th: 461.3<br>Range: 14,720<br><br>Number of<br>monitors: 17<br><br>Copollutants:<br>BS, CO, $NO_2$, $O_3$ | An incremental change of 25 $\mu g/m^3$ in $SO_2$ was correlated with an adjusted increase of 0.5 daily visits due to COPD.<br><br>$SO_2$ and ER visits were more strongly correlated in warm weather.<br><br>Even at 24-h avg levels less than 100 $\mu g/m^3$, effects of $SO_2$ were statistically significant for COPD admissions.<br><br>Change in 24-h avg $SO_2$ daily ER $\mu g/m^3$ admissions P-value<br><br>150 0.55 < 0.01<br>100 0.7 < 0.01<br>72 0.7 0.04<br>52 0.41 > 0.05<br>39 −1.27 > 0.05<br><br>0.5 excess daily admissions per 25 $\mu g/m^3$ increment of $SO_2$. |
| Sunyer et al. (1993)<br><br>Barcelona, Spain<br><br>Period of Study:<br>1985-1989 | ED Visits<br><br>Outcome(s) (ICD 9): COPD<br>(490-492;<br>494-496)<br><br>Study design:<br>Time-series<br><br>Statistical analyses:<br>Autoregressive linear<br>regression<br><br>Statistical package:<br><br>Lag: 1,2 | $SO_2$, 24-h<br><br>Winter Tertiles<br>($\mu g/m^3$)<br><br>< 40.4<br>40.4, 61<br>>61<br><br>Winter Tertiles<br>($\mu g/m^3$)<br><br>< 28.1<br>28.1, 46.1<br>>46.1<br><br>Copollutants: BS | $SO_2$ concentrations were associated with the number of COPD ER admissions in the winter and summer. An increase of 25 $\mu g/m^3$ in $SO_2$ produced an adjusted change of ~6% and 9%, respectively, in the number of COPD emergencies in the winter and summer. Controlling for particulate matter resulted in a loss of significance. Co linearity of BS with $SO_2$ was observed.<br><br>Effects were expressed as adjusted changes in daily COPD ER admissions based on an increment of 25 $\mu g/m^3$.<br><br>Winter: 6%<br>Summer: 9%<br><br>Mean ER admissions for COPD (winter) were 15.8 (range 3, 34) and 8.3 (range 1, 24) in the summer. |
| Tenias et al. (1998)<br><br>Valencia, Spain<br><br>Period of Study:<br>1993-1995<br><br>Seasons:<br>Cold: Nov-Apr<br>Warm: May-Oct | ED Visits<br><br>Outcome(s): Asthma<br><br>ICD 9 Code(s): NR<br><br>Age groups analyzed: > 14<br><br>Study design: Time-series<br><br>N: 734<br><br>Statistical analyses: Poisson<br>regression, APHEA protocol<br><br>Covariates: seasonality,<br>temperature, humidity, long-<br>term trend, day of wk,<br>holidays, influenza<br><br>Season: Cold: Nov-Apr;<br>Warm: May-Oct<br><br>Dose-response investigated:<br>Yes<br><br>Statistical package: NR<br><br>Lag: 0-3 days | 24 h avg: 26.6<br>$\mu g/m^3$<br><br>25th: 17.9<br>50th: 26.2<br>75th: 34.3<br>95th: 42.6<br><br>Cold: 31.7<br>Warm: 21.7<br><br>1-h max:<br>56.3 $\mu g/m^3$<br><br>25th: 36.3<br>50th: 52.2<br>75th: 72.2<br>95th: 95.2<br><br>Cold: 64.6<br>Warm: 48.2<br><br># of Stations: 2<br><br>Copollutants:<br>24 h avg:<br>$O_3$ (r = −0.431)<br>$NO_2$ (24 h av)<br>(r = 0.265)<br>$NO_2$ (1-h)<br>(r = 0.199)<br>1-h:<br>$O_3$ (r = −0.304)<br>$NO_2$ (24 h avg)<br>(r = 0.261)<br>$NO_2$ (1-h)<br>(r = 0.201) | $SO_2$ showed the strongest correlation to asthma admissions during the warm mos.<br><br>Multipollutant models showed that $O_3$ and BS had a small effect on the association between $SO_2$ and asthma ER visits while $NO_2$ greatly depressed these effects. It is likely that $NO_2$ was the dominant pollutant for respiratory outcomes. $SO_2$ was the "most vulnerable pollutant" to the presence of other pollutants.<br><br>Increment: 10 $\mu g/m^3$<br><br>$SO_2$ 24-h avg:<br><br>All yr 1.050 (0.973, 1.133) lag 0<br>Cold 1.032 (0.937, 1.138) lag 0<br>Warm 1.070 (0.936, 1.224) lag 0<br><br>$SO_2$ 1-h max:<br><br>All yr 1.027 (0.998, 1.057) lag 0<br>Cold 1.018 (0.980, 1.057) lag 0<br>Warm 1.038 (0.990, 1.090) lag 0 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Tenias et al. (2002)<br>Valencia, Spain<br>Period of Study: 1994-1995 | ED Visits<br>Outcome(s): COPD<br>ICD 9 Code(s): NR<br>Age groups analyzed: > 14<br>Study design: Time-series<br>N: 1,298<br># of Hospitals: 1<br>Statistical analyses: Poisson regression, APHEA protocol; basal models and GAM<br>Covariates: Seasonality, annual cycles, temperature, humidity, day of wk, feast days<br>Season:<br>Cold, Nov-Apr;<br>Warm, May-Oct<br>Dose-response investigated: Yes<br>Statistical package: NR<br>Lag: 0-3 days | 24 h avg: 26.6 $\mu g/m^3$<br>5th: 8.2<br>50th: 26.2<br>75th: 34.3<br>95th: 42.6<br>Cold: 31.7<br>Warm: 21.7<br>1-h max: 56.3 $\mu g/m^3$<br>5th: 16.8<br>50th: 52.2<br>75th: 72.2<br>95th: 95.2<br>Cold: 64.6<br>Warm: 48.2<br>Copollutants:<br>BS (r = 0.687)<br>$NO_2$ (r = 0.194)<br>CO (r = 0.734)<br>$O_3$ (r = −0.431) | $SO_2$ did not show any significant association with COPD ER visits for all seasons analyzed.<br>$SO_2$ did not affect $O_3$ or CO association to ER admission for COPD when assessed together in the Multipollutant model.<br>Possibility of a linear relationship between pollution and risk of emergency cases could not be ruled out.<br>Increment: 10 $\mu g/m^3$.<br>24-h avg $SO_2$:<br>All yr RR 0.971 (0.914, 1.031) lag 0<br>Cold, 24-h avg: RR 0.970 (0.905, 1.038) lag 0<br>Warm, 24-h avg: RR 0.982 (0.885, 1.090) lag 0<br>1-h max $SO_2$:<br>All yr RR 0.981 (0.958, 1.027) lag 3<br>Cold, 24-h avg: RR 0.972 (0.945, 1.000) lag 3<br>Warm, 24-h avg: RR 1.003 (0.979, 1.056) lag 3 |
| Thompson et al. (2001)<br>Belfast, Northern Ireland<br>Period of Study: 1993-1995 | Hospital admissions/ED Visits<br>Outcome(s): Asthma<br>ICD 9 Code(s): NR<br>Age groups analyzed: Children<br>Study design: Time-series<br>N: 1,044<br>Statistical analyses: Followed APHEA protocol, Poisson regression analysis<br>Covariates: Season, long-term trend, temperature, day of wk, holiday<br>Season:<br>Warm (May-Oct); Cold (Nov-Apr)<br>Statistical package: Stata<br>Lag: 0-3 | Warm Season<br>$SO_2$ (ppb):<br>Mean: 12.60;<br>SD: 10.60;<br>IQR: 6.0, 16.0<br>Cold Season<br>$SO_2$ (ppb):<br>Mean: 20.40;<br>SD: 17.90;<br>IQR: 11.0, 24.0<br>Copollutants:<br>$PM_{10}$ (r = 0.66)<br>$NO_2$ (r = 0.82)<br>$NO_x$ (r = 0.83)<br>NO (r = 0.76)<br>$O_3$ (r = −0.58)<br>CO (r = 0.64)<br>Benzene<br>(r = 0.80) | This study found weak, positive associations for $SO_2$ and adverse respiratory outcomes in asthmatic children.<br>$SO_2$ Increment: Per doubling (ppb)<br>Lag 0 RR 1.07 (1.03, 1.11)<br>Lag 0-1 RR 1.09 (1.04, 1.15)<br>Lag 0-2 RR 1.08 (1.02, 1.15)<br>Lag 0-3 RR 1.08 (1.01, 1.15)<br>Warm only Lag 0-1 RR 1.11 (1.04, 1.19)<br>Cold only Lag 0-1 RR 1.07 (1.00, 1.15)<br>Adjusted for Benzene Lag 0-1 RR 0.99 (0.90, 1.09) |
| Tobías et al. (1999)<br>Barcelona, Spain<br>Period of Study: 1986-1989 | ED Visits<br>Outcome(s): Asthma<br>ICD9: NR<br>Age groups analyzed: > 14<br>Study design: Time-series<br>Statistical analyses: Poisson regression, followed APHEA protocol<br>Covariates: Temperature, humidity, long-term trend, season, day of wk<br>Statistical package: NR<br>Lag: NR | 24-h avg $SO_2$ $\mu g/m^3$<br>Non-epidemic Days: 85.8 (62.4)<br>Epidemic Days: 116.3 (79.3)<br>Copollutants:<br>BS $NO_2$ $O_3$ | The study failed to find a significant association between $SO_2$ and asthma ED visits.<br>β x 104 (SE x 104 ) using Std Poisson<br>Without modeling asthma epidemics: 3.99 (4.14)<br>Modeling epidemics with 1 dummy variable: 1.64 (2.76)<br>Modeling epidemics with 6 dummy variables: 1.53 (2.75)<br>Modeling each epidemic with dummy variable: 2.20 (2.65)<br>β x 104 (SE x 104) using Autoregressive Poisson<br>Without modeling asthma epidemics: 6.99 (14.37)<br>Modeling epidemics with 1 dummy variable: 1.68 (2.77)<br>Modeling epidemics with 6 dummy variables: 1.72 (2.75)<br>Modeling each epidemic with dummy variable: 2.85 (2.89) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Vigotti et al. (1996)<br><br>Milan, Italy<br><br>Period of Study:<br>1980-1989 | Hospital Admissions<br><br>Outcomes<br>(ICD 9 codes): Respiratory disease (460-519).<br><br>Age groups analyzed:<br>15-64 yrs and >64 yrs<br><br>Study design: Time-series<br><br>N: >73,000<br><br>Statistical analyses: APHEA protocol<br><br>Covariates:<br><br>Season: Cold season (Oct. to Mar) and Warm season (Apr to Sep)<br><br>Lag: 0, cumulative 4 day (0-3) | 24-h avg:<br>117.7 $\mu g/m^3$<br><br>Range: 3.0, 827.8<br>5th: 15.0<br>25th: 34.0<br>50th: 65.5<br>75th: 162.5<br>95th: 376.3<br><br>Winter:248.6<br>Range: 30.6, 827.8<br>5th: 78.8<br>25th: 138.5<br>50th: 216.0<br>75th: 327.8<br>95th: 527.0<br><br>Summer:30.5<br>Range: 3.0, 113.8<br>5th: 9.1<br>25th: 18.5<br>50th: 27.8<br>75th: 39.2<br>95th: 62.7<br><br># of monitors: 4;<br>r = 0.89, 0.91<br><br>Copollutants:<br>TSP (r = 0.63) | The effect of single day or cumulative day exposure to $SO_2$ was more pronounced during the cool mos. Interaction between seasons was not significant. $SO_2$ did not interact with TSP. No differences were noted between age groups.<br><br>There were increased, but not significant (borderline) risks for increased hospital admissions based on an increment change in $SO_2$ of 125 $\mu g/m^3$ in the winter.<br><br>Increment: 100 $\mu g/m^3$<br><br>All respiratory<br>15-64 yrs:<br>All yr round: RR 1.05 (1.00, 1.10) lag 0<br>Warm: RR 1.04 (0.98, 1.11) lag 0<br>Cool: RR 1.06 (1.00, 1.13) lag 0<br><br>>64 yrs:<br>All yr: RR 1.04 (1.00, 1.09) lag 0<br>Warm: RR 1.02 (0.96, 1.08) lag 0<br>Cool: RR 1.05 (1.00, 1.11) lag 0 |
| Walters et al. (1994)<br><br>Birmingham, United Kingdom<br><br>Period of Study:<br>1988-1990 | Hospital Admissions<br><br>Outcome(s) (ICD9):<br>Asthma (493) and acute respiratory conditions (466, 480-486, 490-496)<br><br>Study design:Time-series<br><br>Statistical analyses:<br>Least squares regression<br><br>Covariates: Temperature, pressure, humidity<br><br>Lag: 3 day moving avg. | $SO_2$ 24-h avg ($\mu g/m^3$)<br><br>All yr: 39.06<br>Max: 126.3<br>Spring: 42.9<br>Summer: 37.8<br>Autumn: 40.9<br>Winter: 34.2<br><br>Copollutants: BS | In 2-pollutant models BS remained significant but $SO_2$ was no longer associated significantly with admission.<br><br>A 100 $\mu g/m^3$ increment in $SO_2$ might result in four (0-7) more asthma admissions and 15.5 (6-25) move respiratory admissions/day. Spring and autumn did not show associations with admissions for asthma or respiratory.<br><br>Increment of 100 $\mu g/m^3$<br><br>Asthma:<br>Summer: 1.4% (−10, 39) lag 0<br>Winter: 2.7% (−0.8, 6.1) lag 0<br><br>All respiratory:<br>Summer: 5.9% (1.1, 10.6) lag 0; (p < 0.02)<br>Winter: 18% (8.8, 26.8) lag 0; (p < 0.0002) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **AUSTRALIA/NEW ZEALAND** | | | |
| Barnett et al. (2005) <br><br> Multicity, Australia/New Zealand; (Auckland, Brisbane, Canberra, Christchurch, Melbourne, Perth, Sydney) <br><br> Period of Study: Jan 1998-Dec 2001 | Hospital Admissions <br><br> Outcomes (ICD 9/ICD 10): All respiratory (460-519/J00-J99 excluding J95.4-J95.9, RO9.1, RO9.8), asthma (493/J45, J46, J44.8), COPD (490-492, 494-496/J40-J44, J47, J67), pneumonia with bronchitis (466, 480-486/J12-17, J18.0 j18.1 J18.8 J18.9 J20 J21) <br><br> Age groups analyzed: <1, 1-4, 5-14 <br><br> Study design: Case-crossover <br><br> Statistical analyses: Conditional logistic regression, random effects meta-analysis <br><br> Covariates: Temperature, current-previous day temperature, relative humidity, pressure, extremes of hot and cold, day of wk, holiday, day after holiday <br><br> Season: Cool, May-Oct; Warm, Nov-Apr <br><br> Statistical package: SAS <br><br> Lag: 0-1 days | 24-h avg (ppb) (range): <br><br> Auckland: 4.3 (0, 24.3) <br> Brisbane: 1.8 (0, 8.2) <br> Canberra: NA <br> Christchurch: 2.8 (0, 11.9) <br> Melbourne: NA <br> Perth: NA <br> Sydney: 0.9 (0, 3.9) <br><br> Daily 1-h max (range): <br><br> Auckland: NA <br> Brisbane: 7.6 (0, 46.5) <br> Canberra: NA <br> Christchurch: 10.1 (0.1, 42.1) <br> Melbourne: NA <br> Perth: NA <br> Sydney: 3.7 (0.1, 20.2) | Increased hospital admissions were significantly associated with $SO_2$ for acute bronchitis, pneumonia, and respiratory diseases. In multipollutant models the impacts of particulate matter and $NO_2$ were isolated. <br><br> There were seasonal impacts on pneumonia and acute bronchitis admissions in the 1- to 4-yr-old age group for $SO_2$. <br><br> Increment: 5.4 ppb (1-h max IQR) <br><br> Pneumonia and acute bronchitis: <br> 0 yrs: No analysis <br> 1-4 yrs: 6.9% (2.3, 11.7) lag 0-1 <br><br> Respiratory: <br> 0 yrs: 3.2% (0.3, 6.3) lag 0-1 <br> 1-4 yrs: 2.7% (0.6, 4.8) lag 0-1 <br> 5-14 yrs: No analysis <br><br> Asthma: <br> 0 yrs: No analysis (poor diagnosis) <br> 1-4 yrs: No analysis <br> 5-14 yrs: No analysis |
| Lam (2007) <br><br> Australia (New South Wales; Sydney) <br><br> Period of Study: 2001-2002 | ED Visits <br><br> Outcome(s): Fever, gastroenteritis, asthma/other respiratory problems <br><br> Study design: Time-series <br><br> Statistical Analysis: Auto Regression Integrated Moving Average (ARIMA) statistical modeling <br><br> Statistical package: SPSS <br><br> Age groups analyzed: < 6 <br><br> Covariates: NR <br><br> Lag(s): NR | 24-h avg (ppm): 0.35 (0.19) <br><br> Range: 0.10, 0.90 <br><br> 1-h max (ppm): 0.38 (0.20) <br><br> Range: 0.10, 1.80 <br><br> Copollutants: $PM_{10}$ <br> $PM_{2.5}$ <br> $NO_2$ <br> $O_3$ | Bivariate correlations resulted in ARIMA models for fever and $NO_2$ max, gastroenteritis and $O_3$ avg and $NO_2$ max; and respiratory problems and $O_3$ max. Neither $NO_2$ nor $O_3$ was significantly associated with any of the childhood illnesses analyzed. <br><br> $SO_2$ was not significantly correlated with fever, gastroenteritis, or respiratory problems; therefore, $SO_2$ was not included in the ARIMA models. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Petroeschevsky et al. (2001)<br><br>Brisbane, Australia<br><br>Period of Study:<br>1987-1994<br><br>Days: 2922 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory (460-519); Asthma (493)<br><br>Age groups analyzed: 0-4, 5-14, 15-64, 65+, all ages<br><br>Study design: Time-series<br><br>N: 33,710 (respiratory), 13,246 (asthma)<br><br>Statistical analyses: APHEA protocol, Poisson regression, GEE<br><br>Covariates: Temperature, humidity, season, infectious disease, day of wk, holiday<br><br>Season: Summer, Autumn, Winter, Spring, All yr<br><br>Dose-response investigated? Yes<br><br>Statistical package: SAS<br><br>Lag: Single: 1,2,3 day<br><br>Cumulative: 0-2, 0-4 | Mean: 24-h avg:<br>Overall: 4.1 ppb<br>Summer: 3.9 ppb<br>Autumn: 4.2 ppb<br>Winter: 4.8 ppb<br>Spring: 3.7 ppb<br><br>Mean: 1-h max<br>Overall: 9.2 ppb<br>Summer: 7.8 ppb<br>Autumn: 9.3 ppb<br>Winter: 11.3 ppb<br>Spring: 8.4 ppb<br><br># of stations: 3<br><br>Copollutants:<br>BSP<br>$O_3$<br>$NO_2$ | $SO_2$ was highly correlated with max daily ER admissions for respiratory conditions. The highest association was observed in the winter followed by autumn, spring, and summer. For asthma, the highest association was observed in the winter and autumn.<br><br>No statistically significant contributions for respiratory admissions were reported for the age group 5-14 yr olds for any pollutant.<br><br>Increment: 0 ppb<br><br>Respiratory:<br>0-4 yrs 24-h avg 1.224 (1.087, 1.377) lag 0-4<br>5-14 yrs 1-h max 1.049 (0.986, 1.116) lag 0-4<br>15-64 yrs 24-h avg 1.033 (0.895, 1.118) lag 1<br>65+ yrs 24-h avg 1.121 (1.019, 1.234) lag 0<br>All ages 24-h avg 1.080 (1.030, 1.131) lag 1<br><br>Asthma:<br>0-14 yrs 24-h avg 1.080 (0.971, 1.201) lag 0<br>15-64 yrs 1-h max 0.941 (0.900, 0.984) lag 0<br>All ages 24-h avg 0.941 (0.876, 1.011) lag 2 |
| **LATIN AMERICA** | | | |
| Braga* et al. (1999)<br><br>São Paulo, Brazil<br><br>Period of Study:<br>10/1992-10/1993 | Hospital Admissions<br><br>Outcome(s) (ICD9): All respiratory (466, 480-486, 491-492, 496)<br><br>Age groups analyzed:<br><13 yrs<br><br>Study design:Time-series<br><br>N: 68,918<br><br># of Hospitals:<br>112 Statistical analyses:<br>Multiple linear regression models (least squares). Also used Poisson regression techniques. GLM and GAM using LOESS for smoothing.<br><br>Covariates: Season, temperature, humidity, day of wk,<br><br>Statistical package: SPSS, S-Plus<br><br>Lag: 1,2,3,4,5,6,7 moving avgs | 24-h avg 22.40 (9.90) $\mu g/m^3$<br><br>Min: 6.4<br><br>Max: 69.6<br><br># of monitors: 13<br><br>Copollutants:<br>$PM_{10}$ (r = 0.73)<br>CO (r = 0.62)<br>$NO_2$ (r = 0.53)<br>$O_3$ | $SO_2$ did not show a correlation with respiratory hospital admissions with any lag structure.<br><br>Increment: 22.4 $\mu g/m^3$<br><br>0.12 (−0.04, 0.28) lag 0<br><br>0.18 (−0.00, 0.37) lag 0-1<br><br>0.19 (−0.01, 0.39) lag 0-2<br><br>0.18 (−0.04, 0.40) lag 0-3<br><br>0.18 (−0.05, 0.42) lag 0-4<br><br>0.12 (−0.13, 0.36) lag 0-5<br><br>0.08 (−0.18, 0.35) lag 0-6 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Braga* et al. (2001)<br><br>São Paulo, Brazil<br><br>Period of Study:<br><br>1/93-11/97 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory admissions (460-519)<br><br>Age groups analyzed: 0-19, ≤ 2, 3-5, 6-13, 14-19<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression with GAM<br><br>Covariates: Long-term trend, season, temperature, relative humidity, day of wk, holiday<br><br>Statistical package: S-Plus 4.5<br><br>Lag: 0-6 moving avg | $SO_2$ Mean: 21.4 µg/m³;<br><br>SD: 11.2<br><br>IQR: 14.4 µg/m³<br><br>Range: 1.6, 76.1<br><br># of stations: 5-6<br><br>Copollutants:<br>$PM_{10}$ (r = 0.61)<br>$NO_2$ (r = 0.54)<br>CO (r = 0.47)<br>$O_3$ (r = 0.17) | Children < 2 yrs were most susceptible to the effect of each pollutant. Pneumonia and bronchopneumonia were the main cause of hospital admissions (71%) in the < 2-yr-old group. Bronchitis/asthma were more important for the intermediate age groups. However, in all age groups the largest increase in admissions was caused by chronic disease in tonsils and adenoids.<br><br>Multipollutant models rendered all pollutants except $PM_{10}$ and $SO_2$ from significance. The effect of $PM_{10}$ stayed relatively unchanged while $SO_2$ was reduced; however, it remained significant.<br><br>Increment: µg/m³ (IQR)<br><br>All respiratory admissions: < 2 yrs: 5.9% (4.5, 7.4); 3-5 yrs: 1.6% (−1.3, 4.4); 6-13 yrs: 0.6% (−2.2, 3.5); 14-19 yrs: 1.3% (−3.2, 5.8); All ages 4.5% (3.3, 5.8) |
| Farhat* et al. (2005)<br><br>São Paulo, Brazil<br><br>Period of Study:<br><br>Aug 1996-Aug 1997 | Hospital Admissions/ED Visits<br><br>Outcome(s) (ICD9): Lower Respiratory Disease (466, 480-5)<br><br>Age groups analyzed: < 13<br><br>Study design: Time-series<br><br>N: 4,534<br><br># of Hospitals: 1<br><br>Statistical analyses:<br>1) Poisson regression and 2) GAM – no mention of more stringent criteria<br><br>Covariates: Long-term trends, seasonality, temperature, humidity<br><br>Statistical package: S-Plus<br><br>Lag: 0-7 days, 2,3,4 day moving avg | 24-h avg:<br><br>Mean: 23.7 µg/m³<br><br>SD: 10.0<br><br>Range: 3.4, 75.2<br><br>IQR: 12.5<br><br># of Stations: 6<br><br>Copollutants:<br>$PM_{10}$ (r = 0.69)<br>$NO_2$ (r = 0.66)<br>CO (r = 0.49)<br>$O_3$ (r = 0.28) | This study reports a significant effect of air pollution on respiratory morbidity, though several pollutants were associated with increased respiratory events, making it difficult to isolate a single agent as the main atmospheric contaminant.<br><br>Increment: 12.5 µg/m³ (IQR)<br><br>Single-pollutant models (estimated from graphs):<br>Pneumonia: ~21% (4.8, 37)<br>Asthma: ~12% (−10, 38)<br><br>Pneumonia multipollutant models:<br>Adjusted for: $PM_{10}$ 13.3 (−5.7, 32.3) 6-day avg;<br>$NO_2$ 16.5 (−1.6, 34.6) 6-day avg; CO 18.4 (0.5, 36.2) 6-day avg;<br>$O_3$ 18.4 (0.5, 36.2) 6-day avg<br>Multipollutant model: 13.3 (−5.9, 32.6) 6-day avg<br><br>Asthma multipollutant models:<br>Adjusted for: $PM_{10}$ 3.8 (−23.3, 31.0) 2-day avg;<br>$NO_2$ −1.2 (−27.4, 25.0) 2-day avg; CO 6.2 (−18.8, 31.2) 2-day avg;<br>$O_3$ 9.4 (−14.6, 33.5) 2-day avg<br>Multipollutant model: −0.5 (−27.7, 26.6) 2-day avg |
| Gouveia and Fletcher (2000)<br><br>São Paulo, Brazil<br><br>Period of Study:<br><br>11/92-9/94 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory; Pneumonia (480-486); asthma or bronchitis (466, 490, 491, 493)<br><br>Age groups analyzed: < 1; < 5 yrs<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression Covariates: Long-term trend, season, temperature, relative humidity, day of wk, holiday, strikes in public transport or health services<br><br>Season:<br>Cool (May-Oct),<br>Warm (Nov-Apr)<br><br>Statistical package: SAS<br><br>Lag: 0, 1, 2 days | 24-h avg:<br><br>Mean: 18.3 µg/m³<br>SD: 9.0<br><br>Range: 3.2, 61.1<br><br>5th: 7.6<br><br>25th: 11.9<br><br>50th: 16.6<br><br>75th: 22.2<br><br>95th: 35.8<br><br># of stations: 4<br><br>Copollutants:<br>$PM_{10}$ (r = 0.72)<br>$NO_2$ (r = 0.37)<br>CO (r = 0.65)<br>$O_3$ (r = 0.08) | Current ambient air pollution concentrations have short-term adverse effects on children's respiratory morbidity assessed through admissions to hospitals.<br><br>Increment: 27.1 µg/m³<br>(90th − 10th)<br><br>All Respiratory:<br>< 5 yrs RR 1.038 (0.983, 1.096) lag 1<br>< 5 yrs Cool RR 1.06 (0.99, 1.11) (estimated from graph)<br>< 5 yrs Warm RR 0.98 (0.89, 1.07) (estimated from graph)<br><br>Pneumonia:<br>< 5 yrs RR 1.024 (0.961, 1.091) lag 1<br>< 1 yr RR 1.071 (0.998, 1.149) lag 0<br><br>Asthma:<br>< 5 yrs RR 1.106 (0.981, 1.247) lag 2 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Ilabaca et al. (1999)<br><br>Santiago, Chile<br><br>Period of Study:<br>2/1/95–8/31/96<br><br>Days: 578 | ED Visits<br><br>Outcome(s) (ICD9): Upper respiratory illness (460-465, 487);<br>Lower respiratory illness (466, 480-486, 490-494, 496, 519.1, 033.9); Pneumonia (480-486)<br><br>Age groups analyzed: < 15<br><br>Study design: Time-series<br><br># of Hospitals: 1<br><br>Statistical analyses: Poisson regression<br><br>Covariates: Long-term trend, season, day of wk, temperature, humidity, influenza epidemic<br><br>Season:<br>Warm (Sep-Apr), Cool (May-Aug)<br><br>Lag: 0-3 days | 24-h avg $SO_2$ ($\mu g/m^3$)<br><br>Warm:<br>Mean: 14.9<br>Median: 13.2<br>SD: 8.8<br>Range: 1.9, 60.2<br>5th: 5.6<br>95th: 32.0<br><br>Cool:<br>Mean: 31.8<br>Median: 28.2<br>SD: 18.4<br>Range: 5.6, 92.1<br>5th: 9.4<br>95th: 75.2<br><br># of stations: 4<br><br>Copollutants:<br>Warm:<br>$NO_2$ (r = 0.6556)<br>$O_3$ (r = 0.1835)<br>$PM_{10}$ (r = 0.6687)<br>$PM_{2.5}$ (r = 0.5764)<br>Cool:<br>$NO_2$ (r = 0.7440)<br>$O_3$ (r = 0.1252)<br>$PM_{10}$ (r = 0.7337)<br>$PM_{2.5}$ (r = 0.6874) | $SO_2$ was related to the number of respiratory ED visits, but because of the high correlation between contaminants, it is difficult to establish independent health effects. These results support the fact that exposure to air pollution mixtures may decrease immune functions and increase the risk for respiratory infections among children.<br><br>Increment: IQR<br><br>All respiratory:<br>Cool: Lag 2 IQR: RR 1.0289 (1.0151, 1.0428);<br>Lag 3 IQR: RR 1.0374 (1.0236, 1.0513);<br>Lag avg 7 IQR: RR 1.0230 (1.0086, 1.0377)<br>Warm: Lag 2 IQR: RR 1.0029 (0.9860, 1.0200)<br>Lag 3 IQR: RR 1.0108 (0.9937, 1.0282)<br>Lag avg 7 IQR: RR 1.0108 (0.9756, 1.0473)<br><br>Upper respiratory:<br>Cool: Lag 2 IQR: RR 1.0584 (1.0394, 1.0778)<br>Lag 3 IQR: RR 1.0513 (1.0324, 1.0706)<br>Lag avg 7 IQR: RR 1.0316 (1.0120, 1.0515)<br>Warm: Lag 2 IQR: RR 1.0061 (0.9850, 1.0277)<br>Lag 3 IQR: RR 1.0130 (0.9916, 1.0349)<br>Lag avg 7 IQR: RR 0.9815 (0.9390, 1.0260)<br><br>Pneumonia:<br>Cool: Lag 2 IQR: RR 1.0164 (0.9757, 1.0587)<br>Lag 3 IQR: RR 1.0342 (0.9938, 1.0762)<br>Lag avg 7 IQR: RR 1.0291 (0.9850, 1.0751)<br>Warm: Lag 2 IQR: RR 1.1010 (1.0404, 1.1653)<br>Lag 3 IQR: RR 1.0248 (0.9669, 1.0862)<br>Lag avg 7 IQR: RR 1.2151 (1.0771, 1.3709) |
| Lin et al. (1999)<br><br>São Paulo, Brazil<br><br>Period of Study:<br>May 1991-Apr 1993<br><br>Days: 621 | ED Visits<br><br>Outcome(s): Respiratory disease, Upper respiratory illness, Lower respiratory illness, Wheezing<br><br>ICD 9Code(s): NR<br><br>Age groups analyzed: < 13<br><br>Study design: Time-series<br><br># of Hospitals: 1<br><br>Statistical analyses: Gaussian and Poisson regression<br><br>Covariates: Long-term trend, seasonality, day of wk, temperature, humidity<br><br>Statistical package: NR<br><br>Lag: 5-day lagged moving avgs | $SO_2$ $\mu g/m^3$:<br>Mean: 20<br>SD: 8<br>Range: 4, 60<br>Number of stations: 3<br><br>Copollutants:<br>$NO_2$ (r = 0.38)<br>CO (r = 0.56)<br>$PM_{10}$ (r = 0.73)<br>$O_3$ (r = 0.21) | The results of this study demonstrate a significant association between the increase in emergency visits for all respiratory illness, especially URI, and $SO_2$ levels.<br><br>Increment: 10 $\mu g/m^3$<br><br>All respiratory illness:<br>$SO_2$ alone RR 1.079 (1.052, 1.107) 5-day moving avg<br>$SO_2$ + $PM_{10}$ + $O_3$ + $NO_2$ + CO RR 0.938 (0.900, 0.977)<br><br>Lower respiratory illness:<br>$SO_2$ alone RR 1.052 (0.984, 1.125) 5-day moving avg<br>$SO_2$ + $PM_{10}$ + $O_3$ + $NO_2$ + CO RR 0.872 (0.783, 0.971)<br><br>Upper respiratory illness:<br>$SO_2$ alone RR 1.075 (1.044, 1.107) 5-day moving avg<br>$SO_2$ + $PM_{10}$ + $O_3$ + $NO_2$ + CO RR 0.951 (0.906, 0.999)<br><br>Wheezing:<br>$SO_2$ alone RR 1.034 (0.975, 1.096) 5-day moving avg<br>$SO_2$ + $PM_{10}$ + $O_3$ + $NO_2$ + CO RR 0.908 (0.824, 1.002) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Martins* et al. (2002)<br><br>São Paulo, Brazil<br><br>Period of Study:<br>5/96-9/98 | ED Visits<br><br>Outcome(s) (ICD10): Chronic Lower Respiratory Disease (CLRD) (J40-J47); includes chronic bronchitis, emphysema, other COPDs, asthma, bronchiectasia<br><br>Age groups analyzed: >64<br><br>Study design: Time-series<br><br>N: 712<br><br># of Hospitals: 1<br><br>Catchment area: 13,163 total ER visits<br><br>Statistical analyses: Poisson regression and GAM – no mention of more stringent criteria<br><br>Covariates: Weekdays, time, min temperature, relative humidity, daily number of non-respiratory emergency room visits made by elderly<br><br>Statistical package: S-Plus<br><br>Lag: 2-7 days and 3 day moving avgs | $SO_2$ 24-h avg ($\mu g/m^3$): 18.7, SD: 10.6<br><br>Range: 2.0, 75.2<br><br>IQR: 15.1 $\mu g/m^3$<br><br># of stations: 13<br><br>Copollutants:<br>$O_3$ (r = 0.28)<br>$NO_2$ (r = 0.67)<br>$PM_{10}$ (r = 0.72)<br>CO (r = 0.51) | The results of the study show a significant association between $SO_2$ and CLRD among the elderly.<br><br>Increment: IQR of $\mu g/m^3$<br><br>Percent increase: 17.5<br>(5.0, 23.0) lag 3-day moving avg (estimated from graph)<br><br>Single-pollutant model<br><br>$\beta$ = 0.0140 (0.0056)<br><br>Multipollutant model (with $O_3$)<br><br>$\beta$ = 0.0104 (0.0059) |
| **ASIA** | | | |
| Agarwal et al. (2006)<br><br>Safdarjung area of south Deli<br><br>Period of Study:<br>2000-2003 | Hospital Admissions<br><br>Outcome(s) (ICD9): COPD, asthma and emphysema<br><br>Study design: time-series<br><br>Statistical Analysis: Performed Kruskal-Wallis one way analysis of variance by rank, chi-square analysis.<br><br>Statistical package: SPSS<br><br>Age groups analyzed: all<br><br>Covariates: Temperature-min and maximum, relative humidity at 0830 and 1730 h and wind speed<br><br>N: NR<br><br># Hospitals: 1<br><br>Lag: none | Mean, SD<br><br>Quarter 1:<br>16.7, 5.5<br>Quarter 2:<br>13.6, 2.6<br>Quarter 3:<br>12.8, 3.1<br>Quarter 4:<br>14.3, 2.8<br><br>Copollutants:<br>$NO_2$ SPM RSPM | $SO_2$ was found to be in "low" category the entire time, so no analysis could be performed |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Chew et al. (1999)<br>Singapore<br>Period of Study: 1990-1994 | Hospital Admissions/ED Visits<br>Outcome(s) (ICD 9): Asthma (493)<br>Age groups analyzed: 3-12, 13-21<br>Study design: Time-series<br>N: 23,000<br># of Hospitals: 2<br>Statistical analyses: Linear regression, GLM<br>Covariates: variables that were significantly associated with ER visits were retained in the model<br>Statistical package: SAS/STAT, SAS/ETS 6.08<br>Lag: 1, 2 days avgs | 24-h avg: 38.1 $\mu g/m^3$,<br>SD: 21.8<br>Range: 3.0, 141.0<br># of Stations: 15<br>Copollutants: $NO_2$ $O_3$ TSP | $SO_2$ was positively correlated to daily ER visits and hospitalization for asthma in children (3-12 yrs), but not adolescents. The association of ER visits with $SO_2$ persisted after standardization for meteorological and temporal variables. An adjusted increase in 2.9 ER visits for every 20 $\mu g/m^3$ increase in ambient $SO_2$ levels with a lag of 1 was observed.<br><br>The increased number of ER visits/day for each quartile are listed below:<br>Q1: < 9; Q2: 10-12; Q3: 13-16; Q4: > 16<br>Categorical analysis (via ANOVA)<br>p-value and Pearson correlation coefficient (r) using continuous data comparing daily air pollutant levels and daily number of ER visits<br>Age Group: 3-12 13-21<br>Lag 0 r = 0.04 r = 0.05; $p < 0.001$ p = 0.086<br>Lag 1 r = 0.10 r = 0.06; $p < 0.001$ p = 0.016<br>Lag 2 r = 0.08 r = 0.07; $p < 0.001$ p = 0.019 |
| Hwang and Chan (2002)<br>Taiwan<br>Period of Study: 1998 | ED Visits<br>Outcome(s) (ICD 9): Lower Respiratory Disease (LRD) (466, 480-6) including acute bronchitis, acute bronchiolitis, pneumonia<br>Age groups analyzed: 0-14, 15-64, ≥ 65, all ages<br>Study design: Time-series<br>Catchment area: Clinic records from 50 communities<br>Statistical analyses: Linear regression, GLM<br>Covariates: temperature, dew point temperature, season, day of wk, holiday<br>Lag: 0,1,2 days and avgs | 24-h avg: 5.4 ppb,<br>SD: 3.0<br>Range: 1.5, 16.9<br>Copollutants: $NO_2$ $PM_{10}$ $O_3$ CO<br>No correlations for individual-pollutants. | Colinearity of pollutants prevented use of multipollutant models<br>Increment: 10% change in $SO_2$ (natural avg) which is equivalent to 2.4 ppb.<br>NOTE: The percent change is for the rate of clinic use NOT for relative risk for adverse effect.<br><br>Increased clinic visits for lower respiratory disease (LRD) by age group<br>0-14 yrs:<br>Lag 0 0.5% (0.3, 0.6)<br>15-64 yrs:<br>Lag 0 0.7% (0.5, 0.8)<br>≥65 yrs:<br>Lag 0 0.8% (0.6, 1.1)<br>All ages:<br>Lag 0 0.5% (0.4, 0.7) |
| Ko et al. (2007b)<br>Hong Kong<br>Period of Study: 2000-2005 | Hospital Admissions<br>Outcome(s) (ICD9): Asthma<br>Study design: Retrospective ecological study<br>Statistical Analysis: Generalized additive models with Poisson distribution.<br>Age groups analyzed: All<br>Covariates:<br>N: 69,716<br># Hospitals: 15<br>Lag: 0-5 days | Mean, SD ($\mu g/m^3$)<br>Whole yr:<br>18.8, 13.1<br>< 20 °C: 18.0, 10.0<br>≥20 °C: 19.1, 14.1<br>Copollutants:<br>$NO_2$ (r =0.573)<br>$PM_{10}$ (r =0.430)<br>$PM_{2.5}$ (r =0.482)<br>$O_3$ (r =0.123) | $SO_2$ had a non-significant effect on respiratory admissions.<br><br>Relative Risk (95% CI)<br>Lag 0: 1.004 (0.998, 1.011)<br>Lag 1: 1.000 (0.994, 1.007)<br>Lag 2: 0.999 (0.993, 1.006)<br>Lag 3: 1.002 (0.998, 1.008)<br>Lag 4: 1.004 (0.997, 1.010)<br>Lag 5: 0.997 (0.990, 1.003)<br>Lag 0,1: 1.003 (0.996, 1.011)<br>Lag 0,2: 1.003 (0.994, 1.011)<br>Lag 0,3: 1.004 (0.994, 1.014)<br>Lag 0-4: 1.007 (0.996, 1.017)<br>Lag 0-5: 1.004 (0.993, 1.016) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Ko et al. (2007a)<br><br>Hong Kong<br><br>Period of Study:<br>2000-2004 | Hospital Admissions<br><br>Outcome(s) (ICD9): COPD<br><br>Study design: Retrospective ecological study<br><br>Statistical Analysis: Poisson distribution<br><br>Age groups analyzed: All ages<br><br>Covariates: Autocorrelation and overdispersion were corrected<br><br>N: 119,225<br><br># Hospitals: 15<br><br>Lag: 0-5 days | 15.0 µg/m³<br>SD: 11.6<br><br>Copollutants:<br>$NO_2$ $PM_{10}$ $O_3$ $PM_{2.5}$ | Positive association with hospital admission for acute exacerbations of COPD.<br><br>Relative Risk (95% CI)<br><br>Lag 0: 1.007 (1.001, 1.014)<br>Lag 1: 0.991 (0.981, 1.001)<br>Lag 2: 0.992 (0.985, 1.000)<br>Lag 3: 1.006 (0.999, 1.013)<br>Lag 4: 1.004 (0.998, 1.011)<br>Lag 5: 1.004 (0.997, 1.010)<br>Lag 0-1: 0.998 (0.991, 1.006)<br>Lag 0-2: 0.993 (0.985, 1.001)<br>Lag 0-3: 0.998 (0.989, 1.007)<br>Lag 0-4: 1.001 (0.991, 1.010)<br>Lag 0-5: 1.004 (0.994, 1.014) |
| Lee* et al. (2002)<br><br>Seoul, Korea<br><br>Period of Study:<br>12/1/97-12/31/99<br><br>Days: 822 | Hospital Admissions<br><br>Outcomes (ICD 10): Asthma (J45–J46)<br><br>Age groups analyzed: < 15<br><br>Study design: Time-series<br><br>N: 6,436<br><br>Statistical analyses: Poisson regression, log link with GAM<br><br>Covariates: Time, day of wk, temperature, humidity<br><br>Season: Spring (Mar-May), Summer (Jun-Aug), Fall (Sep-Nov), Winter (Dec-Feb)<br><br>Lag: 0-2 days cumulative | 24-h avg $SO_2$ (ppb)<br>Mean: 7.7<br>SD: 3.3<br>5th: 3.7<br>25th: 5.1<br>50th: 7.0<br>75th: 9.5<br>95th: 14.3<br><br># of stations: 27<br><br>Copollutants:<br>$NO_2$ (r = 0.723)<br>$O_3$ (r = −0.301)<br>CO (r = 0.812)<br>$PM_{10}$ (r = 0.585) | This study reinforces the possible role of $SO_2$ on asthma attacks, although it should be interpreted with caution because the effect estimates are close to the null and because results in the multipollutant models are inconsistent.<br><br>Increment: 14.6 ppb (IQR)<br><br>Asthma:<br>$SO_2$ RR 1.11 (1.06, 1.17) lag 0-2<br>$SO_2$ + $PM_{10}$ RR 1.08 (1.02, 1.14) lag 0-2<br>$SO_2$ + $NO_2$ RR 0.95 (0.88, 1.03) lag 0-2<br>$SO_2$ + $O_3$ RR 1.12 (1.06, 1.17) lag 0-2<br>$SO_2$ + CO RR 0.99 (0.92, 1.07) lag 0-2<br>$SO_2$ + $O_3$ + CO + $PM_{10}$ + $NO_2$ RR 0.949 (0.868, 1.033) |
| Lee et al. (2006)<br><br>Hong Kong, China<br><br>Period of Study:<br>1997-2002<br><br>Days: 2,191 | Hospital Admissions<br><br>Outcome(s) (ICD 9): Asthma (493)<br><br>Age groups analyzed: ≤18<br><br>Study design: Time-series<br><br>N: 26,663<br><br>Statistical analyses: Semi-parametric Poisson regression with GAM (similar to APHEA 2)<br><br>Covariates: Long-term trend, temperature, relative humidity, influenza, day of wk, holiday<br><br>Statistical package: SAS 8.02<br><br>Lag: 0-5 days | $SO_2$ 24-h avg:<br>17.7 µg/m³,<br>SD: 10.7<br>IQR: 11.1 µg/m³<br>25th: 10.6<br>50th: 15.2<br>75th: 21.7<br><br># of stations:<br>9-10<br><br>Copollutants:<br>$PM_{10}$ (r = 0.37)<br>$PM_{2.5}$ (r = 0.47)<br>$NO_2$ (r = 0.49)<br>$O_3$ (r = −0.17) | Absence of an association of $SO_2$ with asthma admissions was attributed to low ambient $SO_2$ levels during the study period due to restrictions on sulfur content in fuel.<br><br>Increment: 11.1 µg/m³ (IQR)<br><br>Asthma:<br>Single-pollutant model<br>Lag 0 −1.57% (−2.87, −0.26)<br>Lag 1 −1.77% (−3.06, −0.46)<br>Lag 2 −1.15% (−2.42, 0.14)<br>Lag 3 0.82% (−0.45, 2.11)<br>Lag 4 1.40% (0.13, 2.69)<br>Lag 5 1.46% (0.19, 2.74)<br><br>Multipollutant model–including PM, $NO_2$, and $O_3$:<br>0.81% (−0.75, 2.4) lag 5<br>Other lags NR |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Lee et al. (2007)<br><br>Kaohsiung, Taiwan<br><br>Period of Study: 1996-2003 | Hospital Admissions<br><br>Outcome(s) (ICD9): COPD (490-492, 494, and 496) identified by records from the National Health Insurance (NHI) program<br><br>Study design: Case-crossover<br><br>Statistical Analysis: Conditional logistic regression<br><br>Statistical package: SAS<br><br>Age groups analyzed: All ages<br><br>Covariates: Adjustment for temperature and humidity<br><br>N: 25,108<br><br># Hospitals: 63<br><br>Lag: Cumulative lag up to 2 days | 24-h avg (ppb): 9.49<br><br>Range: 0.92, 31.33<br><br>Copollutants: $PM_{10}$ $NO_2$ CO $O_3$ | All pollutants, except $SO_2$, were significantly associated with COPD hospital admissions on warm days, while on cold days all pollutants were found to be significantly associated. In two pollutant models, CO and $O_3$ were significantly associated with each of the other pollutants on warm days, and on cool days, only $NO_2$ was significantly associated with all pollutants.<br><br>Odds Ratio (95% CI)<br><br>Single-pollutant model (per 5.79 ppb $SO_2$):<br>≥ 25 °C: 1.024 (0.973, 1.077); < 25 °C: 1.190 (1.093, 1.295)<br>Co-pollutant model (per 5.79 ppb $SO_2$):<br>≥ 25 °C:<br>$SO_2$ + $PM_{10}$: 1.002 (0.951, 1.054)<br>$SO_2$ + $NO_2$: 0.979 (0.926, 1.034)<br>$SO_2$ + CO: 0.929 (0.876, 0.985)<br>$SO_2$ + $O_3$: 1.057 (1.004, 1.113)<br>< 25 °C:<br>$SO_2$ + $PM_{10}$: 1.043 (0.952, 1.143)<br>$SO_2$ + $NO_2$: 0.767 (0.689, 0.855)<br>$SO_2$ + CO: 1.004 (0.915, 1.103)<br>$SO_2$ + $O_3$: 1.198 (1.100, 1.304) |
| Tanaka et al. (1998)<br><br>Kushiro, Japan<br><br>Period of Study: 1992-1993 | ED Visits<br><br>Outcome(s): Asthma<br><br>Age groups analyzed: 15-79<br><br>Study design: Time-series<br><br>N: 102<br><br># of Hospitals: 1<br><br>Statistical analyses: Poisson regression<br><br>Covariates: temperature, vapor pressure, barometric pressure, relative humidity, wind velocity, wind direction at maximal velocity<br><br>Statistical package: NR | $SO_2$ 24-h avg<br><br>3.2 (2.4) ppb in fog<br><br>3.7 (1.9) ppb in fog free days<br><br>Max $SO_2$ 24-h avg < 11 ppb<br><br>Copollutants:<br><br>NO $NO_2$<br>SPM (TSP) $O_3$ | The results reveal that ED visits by atopic subjects increased on low $SO_2$ days. This observation is inconsistent with most air pollution epidemiology, as high levels of air pollutants have conventionally been linked with asthma exacerbation.<br><br>Increment: 5 ppb<br><br>Nonatopic:<br>OR 1.18 (0.96, 1.46)<br><br>Atopic:<br>OR 0.78 (0.66, 0.93) |
| Tsai et al. (2006)<br><br>Kaohsiung, Taiwan<br><br>Period of Study: 1996-2003<br><br>Days: 2922 | Hospital Admissions<br><br>Outcome(s) (ICD 9): Asthma (493)<br><br>Study design: Case-crossover<br><br>N: 17,682<br><br>Statistical analyses: conditional logistic regression<br><br>Covariates: Temperature, humidity<br><br>Season:<br>Warm (≥ 25 °C);<br>Cool (< 25 °C)<br><br>Statistical package: SAS<br><br>Lag: 0-2 days Cumulative | $SO_2$ 24-h avg: 9.49 ppb<br><br>Range: 0.92, 31.33<br><br>25th: 6.37<br>50th: 8.94<br>75th: 12.16<br><br># of stations: 6<br><br>Copollutants:<br>$PM_{10}$ $NO_2$ $O_3$ CO | Positive associations were observed between air pollutants and hospital admissions for stroke. In single-pollutant models $SO_2$ was not associated with either PIH or IS. The season did not affect these associations. $SO_2$ was also not significant in 2-pollutant models.<br><br>Increment: 5.79 ppb (IQR)<br>Seasonality<br><br>Single-pollutant model: >25 °C 1.018 (0.956, 1.083) lag 0-2;<br>< 25 °C 1.187 (1.073, 1.314) lag 0-2<br>Dual-pollutant model:<br>Adjusted for $PM_{10}$: >25 °C 0.993 (0.932, 1.058) lag 0-2;<br>< 25 °C 1.027 (0.921, 1.146) lag 0-2<br>Adjusted for CO: >25 °C 0.910 (0.847, 0.978) lag 0-2;<br>< 25 °C 1.036 (1.027, 1.046) lag 0-2<br>Adjusted for $NO_2$: >25 °C 0.967 (0.903, 1.035) lag 0-2;<br>< 25 °C 0.735 (0.646, 0.835) lag 0-2<br>Adjusted for $O_3$: >25 °C 1.055 (0.990, 1.123) lag 0-2;<br>< 25 °C 1.195 (1.080, 1.323) lag 0-2 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Wong et al. (1999)<br><br>Hong Kong, China<br><br>Period of Study: 1994-1995 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory admissions (460-6, 471-8, 480-7, 490-6); Asthma (493), COPD (490-496), Pneumonia (480-7)<br><br>Age groups analyzed: 0-4, 5-64, ≥ 65, all ages<br><br># of Hospitals: 12<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression (followed APHEA protocol)<br><br>Covariates: Trend, season, day of wk, holiday, temperature, humidity<br><br>Statistical package: SAS 8.02<br><br>Lag: days 0-3 cumulative | Median 24-h avg $SO_2$: 17.05 $\mu g/m^3$<br><br>Range: 2.74, 68.49<br><br>25th: 12.45<br><br>75th: 25.01<br><br># of stations: 7<br><br>Copollutants: $O_3$ $SO_2$ $PM_{10}$ | Adverse respiratory effects of $SO_2$ were noted at low concentrations. Results for respiratory outcomes were attributed to the elderly population. This was also true for the other pollutants. Therefore, it is difficult to be certain that the effects were due mainly to $SO_2$.<br><br>Pair-wise comparisons in multipollutant models showed significant interactions of $PM_{2.5}$, $NO_2$, and $O_3$.<br><br>Increment = 10 $\mu g/m^3$<br><br>Overall increase in admissions: 1.013 (1.004, 1.021) lag 0<br><br>Respiratory relative risks (RR): 0-4 yrs: 1.005 (0.991, 1.018) lag 0; 5-64 yrs: 1.008 (0.996, 1.021) lag 0; >65 yrs: 1.023 (1.012, 1.036) lag 0<br>Asthma: 1.017 (0.998, 1.036) lag 0<br>COPD: 1.023 (1.011, 1.035) lag 0<br>Pneumonia: 0.990 (0.977, 1.004) lag 4 |
| Wong et al. (2001b)<br><br>Hong Kong, China<br><br>Period of Study: 1993-1994 | Hospital Admissions<br><br>Outcome(s) (ICD 9): Asthma (493)<br><br>Age groups analyzed: ≤ 15<br><br>N: 1,217<br><br># of Hospitals: 1<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression (followed APHEA protocol)<br><br>Covariates: Season, temperature, humidity<br><br>Season:<br>Summer (Jun-Aug),  Autumn (Sep-Nov),<br>Winter (Dec-Feb),<br>Spring (Mar-May)<br><br>Lag: 0, 1, 2, 3, 4, 5 days; and cumulative 0-2 and 0-3 days. | 24-h avg $SO_2$<br><br>Mean: 12.2 $\mu g/m^3$<br><br>SD: 12.9<br><br>Range: 0, 98 $\mu g/m^3$<br><br>Autumn: 10.6 (9.6)<br><br>Winter: 10.0 (7.5)<br><br>Spring: 9.6 (8.8)<br><br>Summer: 18.5 (19.5)<br><br># of stations: 9<br><br>Copollutants: $PM_{10}$ $NO_2$ | $SO_2$ levels were found to be the highest during the summer. There were consistent and statistically significant associations between asthma admission and increased daily levels of $SO_2$. No associations were noted in the spring or winter. No significant associations were found between hospital admissions and day of the wk, humidity, temperature or atmospheric pressure.<br><br>Total admissions were limited to one hospital.<br><br>Increment: 10 $\mu g/m^3$<br><br>Asthma:<br>All yr: RR 1.06 p = 0.004<br>Autumn: NR<br>Winter: NR<br>Spring: NR<br>Summer: NR |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Wong* et al. (2002a)<br><br>London England and Hong Kong<br><br>Period of Study:<br>London:<br>1992-1994<br><br>Hong Kong:<br>1995-1997<br><br>Days: 1,096 | Hospital Admissions<br><br>Outcome(s) (ICD 9): All respiratory admissions (460-519); asthma (493)<br><br>Age groups analyzed:<br>15-64, 65+, all ages<br><br>Study design: Time-series<br><br>Statistical analyses: APHEA protocol, Poisson regression with GAM<br><br>Covariates: Long-term trend, season, influenza, day of wk, holiday, temperature, humidity, thunderstorms<br><br>Season:<br>Cool, Oct-Mar;<br>Warm: Apr-Sep<br><br>Dose-Response Investigated?: Yes<br><br>Statistical package: S-Plus<br><br>Lag: 0, 1, 2, 3, 4 days, 0-1 cum. avg. | 24-h avg $SO_2$ $\mu g/m^3$<br><br>Hong Kong:<br>Mean: 17.7<br>Warm: 18.3<br>Cool: 17.2<br>SD: 12.3<br>Range: 1.1, 90.0<br>10th: 6.2<br>50th: 14.5<br>90th: 32.8<br><br>London:<br>Mean: 23.7<br>Warm: 22.2<br>Cool: 25.3<br>SD: 12.3<br>Range: 6.2, 113.6<br>10th: 13.2<br>50th: 20.6<br>90th: 38.1<br><br>Copollutants:<br>Hong Kong :<br>$PM_{10}$ ($r$ = 0.30)<br>$NO_2$ ($r$ = 0.37)<br>$O_3$ ($r$ = −0.18)<br>London:<br>$PM_{10}$ ($r$ = 0.64)<br>$NO_2$ ($r$ = 0.71)<br>$O_3$ ($r$ = −0.25) | Similar non-statistically significant associations between asthma hospital admissions and $SO_2$ were found in both cities. The association between respiratory hospital admissions and $SO_2$ showed significance in the cold season in Hong Kong but not on an all yr basis. Respiratory hospital admissions were not significantly associated with $SO_2$ in Britain.<br><br>In the 2-pollutant model the association between respiratory hospital admission and $SO_2$ in London was insignificant, and remained insignificant after adjusted for the second pollutants.<br><br>In Hong Kong, the positive association of $SO_2$ was most affected by $NO_2$, losing statistical significance. The positive association remained robust when adjusted for $O_3$, and a slight decrease in association after adjusted for $PM_{2.5}$.<br><br>Increment: 10 $\mu g/m^3$<br>Asthma, 15-64 yrs<br>Hong Kong: ER −0.1 (−2.4, 2.2) lag 0-1; ER −1.5 (−3.4, 0.5) lag;<br>Warm: ER 1.5 (−1.5, 4.6) lag 0-1; Cool: ER −2.0 (−5.4, 1.4) lag 0-1<br>London: ER 0.7 (−1.0, 2.5) lag 0-1; ER 2.1 (0.7, 3.6) lag 3<br>Warm: ER −1.4 (−4.7, 1.9) lag 0-1; Cool: ER 1.6 (−0.5, 3.8) lag 0-1<br><br>Respiratory 65+ yrs<br>Hong Kong: ER 1.8 (0.9, 2.6) lag 0-1; ER 1.7 (1.0, 2.4) lag 0<br>Warm: ER 1.1 (0.0, 2.2) lag 0-1; Cool: ER 2.7 (1.4, 4.0) lag 0-1<br>+$O_3$ ER 1.9 (1.1, 2.8) lag 0-1; +$PM_{2.5}$ ER 1.2 (0.3, 2.2) lag 0-1;<br>+$NO_2$ ER 0.3 (−0.7, 1.4) lag 0-1<br>London: ER 0.2 (−0.6, 1.1) lag 0-1; ER 1.2 (0.5, 2.0) lag 3;<br>Warm: ER 1.3 (−0.5, 3.1) lag 0-1; Cool: ER −0.3 (−1.3, 0.8) lag 0-1<br>+$O_3$ ER 0.5 (−0.4, 1.5) lag 0-1; +$PM_{2.5}$ ER 1.2 (0.3, 2.2) lag 0-1<br>+$NO_2$ ER 0.5 (−0.7, 1.7)lag 0-1 |
| Yang and Chen (2007)<br><br>Taipei, Taiwan<br><br>Period of Study:<br>1996-2003 | Hospital Admissions<br><br>Outcome(s) (ICD9): COPD (490-492, 494, and 496) identified by records from the National Health Insurance (NHI) program<br><br>Study design: Case-crossover<br><br>Statistical Analysis: Conditional logistic regression<br><br>Statistical package: SAS<br><br>Age groups analyzed: All ages<br><br>Covariates: Adjustments for weather variables, day of the wk, seasonality, and long-term time trends<br><br>N: 46,491<br><br># Hospitals: 47<br><br>Lag: Cumulative lag up to 2 days | 24-h avg (ppb): 4.33<br><br>Range: 0.15, 17.82<br>25th: 2.67<br>50th: 3.90<br>75th: 5.46<br><br><br>Copollutants:<br>$PM_{10}$ $NO_2$ CO $O_3$ | In single-pollutant models, all pollutants, except $SO_2$, significantly associated with COPD hospital admissions on warm days (≥20 °C). On cold days (< 20 °C), only $SO_2$ was significantly associated with COPD hospital admissions. In multi-pollutant models, $NO_2$ and $O_3$ were significantly associated with each pollutant on warm days.<br><br>Odds Ratio (95% CI),<br>Single-pollutant model (per 2.79 ppb $SO_2$): ≥ 20 °C: 1.006 (0.970, 1.043);<br>< 20 °C: 1.071 (1.015, 1.129)<br><br>Odds Ratio (95% CI),<br>Co-pollutant model (per 2.79 ppb):<br>≥ 20 °C:<br>$SO_2$ + $PM_{10}$: 0.909 (0.872, 0.949)<br>$SO_2$ + $NO_2$: 0.835(0.798, 0.873)<br>$SO_2$ + CO: 0.920(0.884, 0.958)<br>$SO_2$ + $O_3$: 0.978(0.943, 1.015)<br>< 20 °C:<br>$SO_2$ + $PM_{10}$: 1.067 (0.997, 1.141)<br>$SO_2$ + $NO_2$ 1.147 (1.072, 1.227)<br>$SO_2$ + CO: 1.140 (1.066, 1.219)<br>$SO_2$ + $O_3$: 1.064 (1.009, 1.123) |

*Default GAM

APHEA: Air Pollution and Health: a European Approach

**Table F-3.      Short-term exposure to $SO_2$ and cardiovascular morbidity in field/panel studies.**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **UNITED STATES** | | | |
| Dockery et al. (2005)<br><br>Boston, MA<br><br>Period of Study: Jul 1995-Jul 2002 | Cohort study of 203 cardiac patients with implanted cardioverter defibrillators. Patients were followed for an avg of 3.1 yrs from 1995-2002 to assess the role of air pollution on the incidence of ventricular arrhythmias. Period of arrhythmic episode-days and air pollutions analyzed with logistic regression using GEE with random effects. Model adjusted for patient, season, min temperature, mean humidity, day of the wk, and previous arrhythmia within 3 days. Only effects of 2-day running mean of air pollution concentration reported. | 48-h avg $SO_2$;<br><br>Median: 4.9 ppb<br>25th%: 3.3 ppb<br>75%: 7.4 ppb<br>95%: 12.8 ppb<br><br>Copollutants: $PM_{2.5}$ BC $SO_4^{2-}$ PN $NO_2$ CO $O_3$ | No statistically significant association between any of the air pollutant and ventricular arrhythmias when all events were considered. However, ventricular arrhythmias within 3 days of a prior event were statistically significant with $SO_2$, $PM_{2.5}$, BC, $NO_2$, CO, and marginally with $SO_4^{2-}$ , but not with $O_3$ or PN. CO, $NO_2$, BC, and $PM_{2.5}$ correlated, thus it was impossible to differentiate the independent effects. Since the increased risk of ventricular tachyarrhythmia was associated with air pollution observed among patients with a recent tachyarrhythmia, it was suggested that air pollution acts in combination with cardiac electrical instability to increase risk of arrhythmia.<br><br>For IQR (4.0 ppb) increase in 48-h mean $SO_2$<br><br>All events: OR = 1.04 (0.94, 1.14), p = 0.28<br>Prior arrhythmia event: < 3 Days: 1.30 (95% CI: 1.06, 1.61), p = 0.013<br>Prior arrhythmia event: >3 Days 0.98 (0.87, 1.11) p = 0.78 |
| Gold et al. (2000)<br><br>Boston, MA<br><br>Period of Study: June-Sep 1997 | Panel study on 21 active Boston residents aged 53-87 yrs to investigate the association between short-term changes in ambient air pollution and short-term changes in cardiovascular function. Participants observed up to 12 times from June to Sep 1997 (163 observations made in total). Protocol involved 25 mins per wk of continuous ECG monitoring, that included 5 mins of rest, 5 mins of standing, 5 mins of exercise outdoors, 5 mins of recovery, and 20 cycles of slow breathing. Fixed effects models adjusted for time-varying covariates and individuals traits. | 24-h avg 3.2 ppb<br>Range: 0, 12.6 ppb<br>IQR: 3.0 ppb<br><br>Copollutants: $PM_{2.5}$ $PM_{10-2.5}$ $O_3$ $NO_2$ CO | In single-pollutant models, 24-h mean $SO_2$ associated with reduced heart rate in the first rest period but not overall. Associations weaker for shorter averaging periods. Association between $SO_2$ and heart rate not significant with the multipollutant model ($SO_2$ and $PM_{2.5}$). $SO_2$ not associated with r-MSSD.<br><br>Heart rate, first rest period, mean 66.3 bpm<br>Single-pollutant model: Estimated effect (SE) −1.0 (0.5);<br>% mean 1.5, p = 0.03<br><br>Heart rate, first rest period, mean 66.3 bpm<br>Multipollutant model ($PM_{2.5}$ and $SO_2$):<br>$SO_2$ estimated effect (SE) −0.8 (0.5); % mean 1.2, p = 0.09<br>$PM_{2.5}$ estimated effect (SE) −1.6 (0.7); % mean 2.5, p = 0.03<br><br>Overall heart rate, mean 74.9 bpm<br>Single-pollutant model: Estimated effect (SE) −0.5 (0.5), p = 0.30<br>Multipollutant model: $SO_2$ estimated effect (SE) −0.2 (0.5), p = 0.6 $PM_{2.5}$;<br>Estimated effect (SE) −1.9 (0.7), p = 0.01% mean 2.6 |
| Liao et al. (2004)<br><br>Three locations in U.S.: Forsyth County, NC; Jackson, MS; Minneapolis, MN<br><br>Period of Study: 1996-1998 | Cross-sectional study of 6,784 cohort members of the Atherosclerosis Risk in Communities Study. Participants were 45-64 yrs of age; baseline clinical examinations conducted from 1987-1989. HRV data collected from 1996-1998. Air pollutants obtained form EPA AIRS for this same period. Resting, supine, 5-min beat-to-beat RR interval data were collected over a 4-h period. Multivariable linear regression models used to assess associations between pollutants measured 1-3 days prior to HRV measurements. Models controlled for age, ethnicity-center, sex, education, current smoking, BMI, heart rate, use of cardiovascular medication, hypertension, prevalent coronary heart disease, and diabetes. | Mean (SD) $SO_2$ measured 1 day prior to HRV measurement was 4 (4) ppb<br><br>Copollutants: $PM_{10}$ $O_3$ CO $NO_2$ | Significant interaction between $SO_2$ and prevalence of coronary heart disease for low-frequency power analyses. $SO_2$ inversely associated with SD of normal R-R intervals and low-frequency power and positively associated with heart rate. $SO_2$ association with low-frequency power stronger among those with history of coronary heart disease. Effect size of $PM_{10}$ larger than for gaseous pollutants.<br><br>Log-transformed low-frequency power effect estimate and SE per 1 SD increment (4 ppb) $SO_2$ lag 1 day:<br><br>Log transformed high-frequency power −0.024 (SE 0.016)<br>Standard deviation of normal R-R intervals −0.532 (SE 0.270), p < 0.05<br><br>Heart rate: 0.295 (SE 0.130), p < 0.05<br>Prevalent CHD: −0.122 (SE 0.056), p < 0.01<br> No prevalent CHD −0.012 (SE 0.016) |

| Study | Methods | Pollutant Data | Findings |
|-------|---------|----------------|----------|
| Liao et al. (2005)<br>United States<br>Period of Study: 1996-1998 | Cross-sectional survey 10,208 participants (avg age 54 yrs) from Atherosclerosis Risk in Communities (ARIC) study cohort to assess the association between criteria air pollutants and hemostatic and inflammatory markers. 57% of participants were female and 66% male. Used hemostatis/ inflammation variables collected during the baseline examination and air pollution data 1-3 days prior to the event. Used multiple linear regression models that controlled for age, sex, ethnicity-center, education, smoking, drinking status, BMI, history of chronic respiratory disease, humidity, seasons, cloud cover, and temperature. Also history of CVD and diabetes if not effect modifier in a particular model. | $SO_2$ mean (SD) 0.0005 (0.004) ppm<br>Q1-3: 0.005 (0.003) ppm<br>Q4: 0.006 (0.005) ppm<br>Copollutants: $PM_{10}$ CO $NO_2$ $O_3$ | Significant curvilinear association between $SO_2$ witfactor VIII-C, WBC, and serum albumin. Curvilinear association indicated threshold effect<br><br>Results shown in graph. |
| Luttmann-Gibson et al. (2006)<br>Steubenville, OH<br>Period of Study: 2000 | Conducted a panel study during the summer and fall of 2000, which consisted of 32 subjects 54-90 yrs old living in Steubenville, OH. Used linear mixed models, fixed effects of pollution, age, gender, race, obesity, season, time of day, apparent temperature, and a first order autoregressive process for within-subject residuals to examine the relation between air pollution and log-transformed HRV parameters and heart rate. | 24-h avg (ppb): 4.1<br>Copollutants: $PM_{2.5}$ $SO_4^{2-}$ EC $NO_2$ $O_3$ | Increasing concentrations of $PM_{2.5}$ and $SO_4^{2-}$ in the previous day were both found to be associated with reduced HRV. No association was observed between increasing $SO_2$ concentrations in the previous day and HRV.<br><br>% Change (95% CI) (per 4.3 ppb $SO_2$)<br>Standard Deviation of Normal RR Intervals: (SSDN) 0.7 (−1.0, 2.5)<br><br>Differences Between Adjacent RR Intervals: (r-MSSD) 0.5 (−2.8, 4.0)<br>High-Frequency Power (HF) 1.7 (−4.9, 8.7);<br>Low-Frequency Power (LF) 4.9 (−1.4, 11.5);<br>Heart Rate (HR) 0.3 (−0.2, 0.8) |
| Metzger et al. (2007)<br>Atlanta, GA<br>Period of Study: 1993-2002 | Collected information on 518 patients (6287 event-days) for ventricular tachyarrhythmic events over 10-yr period. Used GEE analysis, a case-crossover analysis, and a sensitivity analysis stratified on subject | 15.5 ppb (±16.4)<br>Copollutants: $PM_{10}$ $O_3$ $NO_2$ CO $PM_{2.5}$ | Little evidence of associations between ambient air quality measurements and ventricular tachyarrhythmic events.<br><br>Odds ratio (95% CI)<br>All events: 1.002 (0.968-1.037)<br>Events resulting in cardiac pacing or defibrillation: 0.988 (0.936-1.042)<br>Events resulting in defibrillation: 1.004 (0.911-1.105)<br><br>Primary GEE model: 1.002 (0.968-1.037)<br>Controlling for min temperature: 1.010 (0.976-1.046)<br>Using an unconstrained distributed Lag: 0.996 (0.952-1.083)<br>Warm Season: 1.029 (0.989-1.116)<br>Cold Season: 0.986 (0.956-1.023) |
| Park et al. (2005b)<br>Greater Boston area, MA<br>Period of Study: Nov 2000-Oct 2003 | Cross-sectional study of effect of ambient air pollutants on heart rate variability (HRV) in 497 men who were in the Normative Aging Study and examined from Nov 2000 and Oct 2003. HRV measured between 0600 and 1300 h after resting for 5 mins. 4-h, 24-h, and 48-h moving avgs of air pollution matched to time of ECG measurement. Linear regression models included: age, BMI, fasting blood glucose, cigarette smoking, use of cardiac medications, room temp, season, and the lagged moving avg of apparent temp corresponding to the moving avg period for the air pollutant. Mean arterial blood pressure (MAP) and apparent temperature also included. Assessed modifying effects of hypertension, IHD, diabetes or use of cardiac/antihypertensive meds. | 24-h avg $SO_2$ 4.9 ppb<br>SD: 3.4<br>Range: 0.95, 24.7 ppb<br>Copollutants: $PM_{2.5}$ PNC BC $NO_2$ $O_3$ CO | No significant association between HRV and $SO_2$ for any of the averaging periods, but positive relationship.<br><br>4-h moving avg $SO_2$: (per 1 SD, 3.4 ppb $SO_2$)<br><br>Log10 SDNN: 2.3 (−1.7, 6.4)<br><br>Log10 HF:5.6 (−4.9, 17.3)<br><br>Log10 LF: 2.2 (−5.9, 11.1)<br><br>Log10 (LF:HF): −3.2 (−10.1, 4.2) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Peters et al. (2000a)<br><br>Eastern Massachusetts, U.S.<br><br>Period of Study: 1995-1997 | Pilot study to test hypothesis that patients with implanted cardioverter defibrillators would experience potentially life-threatening arrhythmias associated with air pollution episodes. Records detected arrhythmias and therapeutic interventions downloaded from the implanted defibrillator. Mean age of patients 62.2 yrs. 100 patients followed for over 3 yrs for 63,628 person-days. 33 patients with any discharges and 6 patients with 10 or more events. Data analyzed by logistic regression models using fixed effects models with individual intercepts for each patient. Model controlled for trend, season, meteorologic conditions, and day of week. Evaluated air pollutants on same day, lags 1, 2, and 3 days, and 5-day mean. | 24-h avg $SO_2$: 7 ppb<br>Median: 5 ppb<br>Max: 87 ppb<br>Copollutants:<br>$PM_{10}$ $PM_{2.5}$<br>BC CO<br>$O_3$ $NO_2$ | No association between increased defibrillator discharges and $SO_2$.<br><br>33 patients with at least 1 defibrillator discharge<br>Odds Ratio (95% CI)<br>Lag 0 0.76 (0.48, 1.21); Lag 1 0.91 (0.60, 1.37)<br>Lag 2 0.89 (0.59, 1.34); Lag 3 1.09 (0.78, 1.52)<br>5-day mean 0.85 (0.50, 1.43)<br><br>6 patients with at least 10 discharges<br>Odds Ratio (95% CI)<br>Lag 0 0.72 (0.40, 1.31); Lag 1 0.77 (0.44, 1.37)<br>Lag 2 1.01 (0.63, 1.61); Lag 3 1.08 (0.72, 1.62)<br>5-day mean 0.75 (0.38, 1.47) |
| Peters et al. (2001)<br><br>Greater Boston area, MA<br><br>Period of Study: Jan 1995-May 1996 | Case cross over Study design used to investigate association between air pollution and risk of acute myocardial infarctions in 772 patients (mean age 61.6 yrs) with MI as part of the determinants of myocardial infarction onset study. For each subject, one case period was matched to 3 control periods, 24-h apart. Used conditional logistic regression models that controlled for season, day of wk, temperature, and relative humidity. | 24-h avg $SO_2$:<br>7 ppb<br>SD: 7 ppb<br><br>1-h avg $SO_2$:<br>7 ppb<br>SD: 10 ppb<br>Copollutants:<br>$PM_{2.5}$, $PM_{10}$,<br>$PM_{10-2.5}$, BC<br>$O_3$, CO, $NO_2$ | $SO_2$ not statistically associated with risk of onset of MI. Limitation of study is only 1 air pollution monitoring site available.<br><br>OR for 2-h avg $SO_2$ and 24-h avg $SO_2$ estimated jointly:<br><br>2 per 2 ppb increase $SO_2$<br>Unadjusted: 1.00 (0.87, 1.14)<br>Adjusted: 0.96 (0.83, 1.12)<br><br>24 h per 2 ppb increase<br>Unadjusted: 0.92 (0.71, 1.20)<br>Adjusted: 0.91 (0.67, 1.23) |
| Rich et al. (2005)<br><br>Boston, MA<br><br>Period of Study: Jul 1995-Jul 2002 | Case cross-over design used to evaluate association between ventricular arrhythmias detected by implantable cardioverter defibrillators and air pollution. Same study population as Dockery et al. (2005): 203 patients with ICD and residential zip codes within 40 km of central particle monitoring site. Analyses conducted on 84 subjects with confirmed ventricular arrhythmias during the follow-up. Case periods defined by time of each confirmed arrhythmic event. Control periods (3-4 per case) selected by matching on weekday and hour of the day within the same calendar mo. Used conditional logistic regression that controlled for temperature, dew point, barometric pressure, and a frailty term for each subject. ORs presented for IQR increase in mean concentration and averaging time. Moving avg of concentrations considered: lags 0-2, 0-6, 0-23, and 0-47 h. | 1-h avg $SO_2$:<br>Median: 4.3 ppb<br>25th %: 2.6<br>75th %: 7.5<br>Max: 71.6<br><br>24-h avg $SO_2$:<br>Median: 4.8<br>25th %: 3.2<br>75th %: 7.3<br>Max: 31.4<br>Copollutants:<br>$PM_{2.5}$ BC<br>$NO_2$ CO $O_3$ | An IQR increase in the 24-h moving avg $SO_2$ (4.1 ppb) marginally associated with a 9% increased risk of ventricular arrhythmia and an increased risk with 48-h moving avg. There was no risk associated with 24-h moving avg after controlling for $PM_{2.5}$ cases that had a prior ventricular arrhythmia within 72-h had greater risk associated with $SO_2$ compared to those without a recent event, suggesting that risk is greater among cases with more irritable or unstable myocardium.<br><br>Odds ratios<br><br>Single-pollutant model: 0-2-h lag (per 4.7 ppb) 1.07 (0.97, 1.18);<br>0-6-h lag (per 4.5 ppb) 1.09 (0.98, 1.20);<br>0-23-h lag (per 4.1 ppb) 1.09 (0.97, 1.22);<br>0-47-h lag (per 4.0 ppb) 1.17 (1.02, 1.34)<br><br>2-pollutant model: $SO_2$ and $PM_{2.5}$ per 4.1 ppb $SO_2$: 1.00 (0.84, 1.20);<br>$SO_2$ and $O_3$ per 4.1 ppb $SO_2$: 1.12 (0.99, 1.27)<br><br>Per 4.1 ppb increase $SO_2$<br><br>Prior arrhythmia event < 3 Days: 1.20 (1.01, 1.44)<br>Prior arrhythmia event >3 Days: 0.96 (0.83, 1.10) |
| Rich et al. (2006b)<br><br>Boston, MA<br><br>Period of Study: June 1995-December 2002 | Case-crossover study consisting of 203 individuals with implantable cardioverter defibrillators (ICDs) implanted between Jun 1995 and Dec 1999. Used conditional logistic regression, which included variables for mean pollutant concentration in the hour of the arrhythmia, and natural splines for mean temperature, dew point, and barometric pressure in the 24 h before the arrhythmia. The regression analyses were run for each pollutant individually to examine the association between increasing pollutant levels and paroxysmal atrial fibrillation episodes (PAF). | Max 24-h avg (ppb): 31.4<br><br>Max 1-h max (ppb): 71.6<br>Copollutants:<br>$PM_{2.5}$ BC<br>$NO_2$ CO $O_3$ | $O_3$ was significantly associated with PAF in the hour preceding the arrhythmia, but the effect was not significant when analyzing the preceding 24-h. Increasing levels of $PM_{2.5}$, $NO_2$, and BC resulted in non-significant positive associations with PAF. $SO_2$ was not associated with PAF.<br><br>Odds Ratio (per 4.9 ppb $SO_2$): 1.02 (0.81, 1.28) lag 0 h<br>Odds Ratio (per 4.1 ppb $SO_2$): 0.99 (0.71, 1.39) lag 0-23-h |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Rich et al. (2006a)<br>St. Louis, Missouri<br>Period of Study:<br>5/9/2001-12/31/2002 | Case-crossover design study of 56 patients with implantable cardioverter defibrillators. Subjects ranged from 20 to 88 yrs (mean 63). Case period defined by time of confirmed ventricular arrhythmia. Control periods matched on weekday and hour of the day within the same calendar mo. Used conditional logistic regression model that included mean of the previous 24-h temperature, relative humidity, barometric pressure, mean pollutant concentration in the 24 h before the arrhythmia. Model also included a frailty term for each subject. | 599 days<br>25th %: 2 ppb<br>50th %: 4 ppb<br>75th %: 7 ppb<br>Daily IQR: 5 ppb<br>Case/control IQR:<br>5 ppb<br><br>Copollutants:<br>$PM_{2.5}$, EC, OC, $NO_2$, CO, $O_3$ | Statistically significant increase in risk of ventricular arrhythmias associated with each 5 ppm increase in 24-h moving avg $SO_2$.<br><br>OR for ventricular arrhythmia associated with IQR increase<br>6-h moving avg $SO_2$ per 4 ppb: 1.04 (95% CI: 0.96, 1.12)<br>12-h moving avg $SO_2$ per 5 ppb: 1.17 (95% CI: 1.04, 1.30)<br>24-h moving avg $SO_2$ per 5 ppb: 1.24 (95% CI: 1.07, 1.44)<br>48-h moving avg $SO_2$ per 4 ppb: 1.15 (95% CI: 1.00, 1.34) |
| Sarnat et al. (2006)<br>Steubenville, OH<br>Period of Study:<br>(June 4-Aug 18,<br>Sep 2-Dec 15)<br>2000 | Panel study consisting of 32, non-smoking older adults approximately 53-90 yrs old. Electrocardiograms (ECGs) and questionnaires regarding symptoms were administered on a weekly basis. Used a logistic mixed effects regression to examine the association between increasing air pollutant concentrations and supraventricular ectopy (SVE) and ventricular ectopy (VE). | 1-day avg $SO_2$<br>24-h avg (ppb):<br>10.4 (8.3)<br>Range: 1.8, 58.3<br><br>5-day moving avg<br>24-h avg (ppb):<br>10.7 (5.5)<br>Range: 2.4, 31.3<br><br>Copollutants:<br>$PM_{2.5}$, EC, $O_3$, $NO_2$, $SO_4^{2-}$, CO | $PM_{2.5}$ was significantly associated with SVE, whereas $SO_4^{2-}$ and $O_3$ were marginally associated in models including 5-day moving avg pollutant concentrations. However, no pollutants were found to be associated with VE in similar models. Overall, subjects that reported previous cardiovascular conditions (e.g., myocardial infarction and hypertension) were found to be more susceptible to SVE due to increasing air pollutant concentrations.<br><br>Odds Ratio (per 5.4 ppb $SO_2$)<br><br>5-day moving avg:<br>SVE: 1.04 (0.78, 1.39)<br>VE: 1.28 (0.85, 1.92) |
| Schwartz et al. (2005)<br>Boston, MA<br>Period of Study: 12 wks during the summer of 1999 | Panel study of 28 subjects (aged 61-89 yrs) to examine association between summertime air pollution and HRV. Subjects examined once a wk up to 12 wks and HRV measured for approximately 30 mins. Analyses used hierarchical models that controlled for baseline medical condition, smoking history, day of wk and hour of day, indicator variable for whether subjects had taken their medication before they came, temperature and time trend. | 24-h avg $SO_2$<br>25th %:<br>0.017 ppm<br>50th %:<br>0.020 ppm<br>75th %: 0.54 ppm<br><br>Copollutants:<br>$O_3$ $NO_2$<br>CO $PM_{2.5}$ BC | No significant association with $SO_2$<br><br>Percentage change in HRV associated with IQR (0.523 ppm) increase in $SO_2$<br>1-h avg $SO_2$: SDNN (ms) 0.4 (−1.3 to 2.1); RMSSD (ms) 1.4 (−2.6 to 5.5); PNN50 (ms) 3.8 (−12.1 to 22.5)<br>24-h avg $SO_2$: SDNN (ms) 0.4 (−4.2 to 5.1);<br>RMSSD (ms) −0.3 (−1.3 to 0.8); PNN50 (%) −0.2 (20.9 to 17.6);<br>LFHFR 2.9 (−4.9 to 11.4) |
| Sullivan et al. (2005)<br>King County, Washington<br>Period of Study:<br>1988-1994 | Case-crossover study of 5,793 confirmed cases of acute MI. Data was analyzed using simple descriptive analyses and Pearson's correlation coefficient. | 9 ppb<br>Range: 0-38 ppb<br><br>Copollutants:<br>$PM_{2.5}$ $PM_{10}$ CO | Increases in $SO_2$ were not associated with MI after adjusting for relative humidity and temperature<br><br>Odds Ratio (95% CI) (per 10 ppb $SO_2$)<br>Averaging time: 1-h: 0.97 (0.94, 1.01); 2 h: 0.98 (0.95, 1.01);<br>4 h: 0.99 (0.96, 1.03); 24 h: 1.0 (0.95, 1.06) |
| Wheeler et al. (2006)<br>Atlanta, Georgia<br>Period of Study:<br>19992000 | 30 individuals with myocardial infarction or COPD were administered a questionnaire and an HRV protocol. Linear mixed-effect models were used to analyze the data. | Mean: 1.9 ppb<br><br>Copollutants:<br>$PM_{2.5}$, EC, $O_3$<br>CO, $NO_2$ | No association with $SO_2$ |

**CANADA**

| | | | |
|---|---|---|---|
| Rich et al. (2004)<br>Vancouver, British Columbia, Canada<br>Period of Study:<br>Feb-Dec 2000 | Case-crossover analysis used to investigate association between air pollution and cardiac arrhythmia in 34 patients (aged 15-85 yrs, mean 62) with implantable cardioverter defibrillators. Study included only patients who experienced at least 1 ICD discharge during the study period. Control days were 7 days before and 7 days after day of ICD discharge. Conditional logistic regression analyses were stratified by individual. | 24-h avg: 2.6 ppb<br>SD: 1.3 ppb<br>IQR: 1.6 ppb<br><br>Copollutants:<br>$PM_{2.5}$, EC, OC<br>$SO_4^{2-}$, $PM_{10}$, CO<br>$NO_2$, $O_3$ | No statistically significant association between $SO_2$ and implantable cardioverter defibrillator discharges. However, when an analysis was stratified by season, OR for $SO_2$ were higher in the summer compared to winter.<br><br>No quantitative results provided. Results shown in graph. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Vedal et al. (2004)<br><br>Vancouver, British Columbia, Canada<br><br>Period of Study: 1997-2000 | Retrospective, longitudinal panel study of 50 patients, aged 12-77 yrs with implantable cardioverter defibrillators. Total of 40,328 person-days over 4-yr period. GEE used to assess associations between short term increases in air pollutants and implantable cardioverter defibrillator discharges. Models controlled for temporal trends, meteorology, and serial autocorrelation. | 24-h mean (SD)<br>$SO_2$: 2.4 (1.2) ppb<br>Range: 0.3, 8.1 ppb<br>Median: 2.2 ppb<br>25th: 1.5<br>75th: 3.1<br><br>Copollutants:<br>$PM_{10}$ $O_3$<br>$NO_2$ CO | Concluded that in general no consistent effect of air pollution on cardiac arrhythmias in this population. There were no statistically significant associations between $SO_2$ and cardiac arrhythmias at any lag day, but positive associations at lag 2. When analysis was restricted to only patients who had at least 2 arrhythmias per yr over their period of observation (N: 16), a positive and significant association was seen with $SO_2$ at 2 days lag. When analysis was restricted to patients averaging 3 or more arrhythmias per yr (N: 13), there was no significant association, but a positive association was seen at 2 days lag.<br><br>When stratified by season, $SO_2$ effects were in the in the positive direction in the winter, but in the negative direction in the summer. Authors noted results may be due to chance because of multiple comparisons or $SO_2$ may be surrogate for some other factor.<br><br>Summer analysis: significant negative association with $SO_2$ at lag days 2 and 3 (data not shown). When stratified to patients with 2 or more arrhythmia event-days per yr, significant negative associations observed with $SO_2$ at lag of 3 days. Winter analysis: significant positive effect of $SO_2$ at 3 days lag (data not shown). If restricted to patients with at least 2 arrhythmias per yr, a significant positive association was seen at lags 2 and 3 days. When restricted to patients with 3 or more arrhythmia event days per yr, positive associations observed for $SO_2$ at lags of 2 and 3 days.<br><br>No quantitative results, but % change in arrhythmia event-day rate for each SD increase in pollution concentration on log scale provided in figures. |
| **EUROPE** | | | |
| Berger et al. (2000)<br><br>Erfurt, Germany<br><br>Period of Study: Oct 2000-Apr 2001 | Prospective panel study of 57 non-smoking men, of which 74% are ex-smokers, with coronary heart disease aged 52-76 yrs old. Subjects underwent 24-h electrocardiogram (ECG) recordings and analysis once every 4 wks. Associations analyzed using Poisson and linear regression modeling, for supraventricular and ventricular tachycardia, respectively, adjusting for trend, weekday, and meteorologic data. | 24-h avg (SD)<br>($\mu g/m^3$): 4.1 (1.8)<br>Range: 3.0, 11.7<br>Copollutants:<br>Ultrafine Particles<br>Accumulation<br>Mode Particles<br>$PM_{2.5}$ $PM_{10}$<br>$NO_2$ CO NO | UFP, ACP, $PM_{2.5}$, and $NO_2$ associated with increased risk for supraventricular tachycardia and ventricular tachycardia at almost all lags. The majority of statistically significant associations was observed in the previous 24-71-h and with the 5-day moving avg. Associations were not observed for increasing concentrations of $SO_2$.<br><br>Relative Risk (per 1.5 $\mu g/m^3$ $SO_2$)<br><br>Supraventricular Extrasystoles:<br>0.92 (0.77, 1.09) lag 0. 0.98 (0.86, 1.12) lag 0-23-h<br>1.04 (0.93, 1.16) lag 24-47 h. 1.14 (0.98, 1.34) lag 48-71-h<br>0.95 (0.83, 1.09) lag 72-95-h. 1.01 (0.80, 1.27) lag 5-d avg<br>Ventricular Extrasystoles:<br>−2.1 (−6.1, 2.1) lag 0. −1.8 (−6.1, 2.7) lag 0 − 23-h<br>−0.1 (−4.4, 4.4) lag 24 − 47 h. 4.5 (−0.4, 9.5) lag 48-71-h<br>−2.2 (−6.4, 2.3) lag 72-95-h. −1.2 (−7.5, 5.5) lag 5-d avg |
| Henrotin et al. (2007)<br><br>Dijon, France<br><br>Period of Study : 1994-2004 | Bi-directional case-crossover design to examine association between air pollutant and ischaemic stroke onset (2,078 cases). | Mean: 6.9 $\mu g/m^3$<br>SD: 7.5<br>Min: 0<br>Max: 65<br><br>Copollutants:<br>$SO_x$ $O_3$, CO<br>$PM_{10}$ | $SO_2$ not significantly associated with occurrence of strokes<br><br>Odds Ratio (95% CI)<br><br>Ischaemic stroke:<br>D0: 0.978 (0.868, 1.103). D-1: 0.978 (0.863, 1.108)<br>D-2: 1.015 (0.902, 1.143). D-3: 1.003 (0.892, 1.127)<br>Hemorrhagic stroke:<br>D0: 1.099 (0.815, 1.483). D-1: 1.014 (0.747, 1.376)<br>D-2: 0.961 (0.712, 1.297). D-3: 0.954 (0.729, 1.248) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Ibald-Mulli et al. (2001)<br><br>Augsburg, Germany<br><br>Period of Study: 1984-85, 1987-88 | Retrospective analysis of 2,607 subjects (25-64 yrs, subset of the participants of first and second MONICA survey who had valid electrocardiograms recordings in both surveys and blood pressure measurements). Used regression models for repeated measures that controlled for age, current smoking, and cardiovascular medication, BMI, total and high density lipoprotein cholesterol, temp, RH, and barometric pressure. | 24-h avg $SO_2$ ($\mu g/m^3$)<br><br>1984-1985:<br>Mean: 60.2<br>SD: 47.4<br>Range: 13.0, 238.2<br>follow up 1987-1988<br>Mean: 23.8<br>SD: 12.3<br>Range: 5.6, 71.1<br><br>Copollutants: TSP, CO | $SO_2$ and TSP associated with increases in systolic blood pressure. In the multipollutant model with TSP, the effect of TPS remained significant, but the $SO_2$ effect was substantially reduced. No clear association between $SO_2$ and CO and diastolic blood pressure was observed.<br><br>Same day concentrations: mean change in systolic blood pressure per 5th to 95th percentile increase in $SO_2$ (per 80 $\mu g/m^3$)<br><br>Same day concentrations (per 80 $\mu g/m^3$):<br>Men (N: 1339): 0.96 (0.07, 1.85); Women (N: 1268): 0.96 (−0.46, 1.49); Men and women: 0.74 (0.08, 1.40)<br>5-day avgs; mean change in systolic blood pressure per 5th to 95th percentile increase in $SO_2$ (per 75 $\mu g/m^3$): Men: 0.97 (0.09, 1.85); Women: 1.23 (0.23, 2.22); Men and women: 1.07 (0.41, 1.73)<br>2-pollutant model: Men and women: 0.23 (−0.50, 0.96) |
| Peters et al. (1999)<br><br>Augsburg, Germany<br><br>Period of Study: Winter 1984-1985 Winter 1987-1988 | Retrospective analysis on subsample of 2,681 subjects (25-64 yrs) of the MONICA cohort who had valid electrocardiogram readings from both surveys and no acute infections. GEE for clusters used to assess association between heart rate and air pollution. Analyses adjusted for temperature, relative humidity, and air pressure. | 24-h avg $SO_2$ ($\mu g/m^3$)<br><br>Winter 1984-85<br>Outside episode:<br>Mean: 48.1<br>SD: 23.1<br>Range: 13, 103<br>Winter 1984-85<br>During episode:<br>Mean: 200.3<br>SD: 26.6<br>Range: 160, 238<br>Winter: 1987-88<br>Mean: 23.6<br>SD: 12.2<br>Range: 6, 71<br><br>Copollutants: CO, TSP | Increases in $SO_2$ concentrations associated with increases in heart rate<br><br>Mean change in heart rate per 5th to 95th percentile $SO_2$<br>Same day concentrations (per 80 $\mu g/m^3$ $SO_2$)<br>Men: 1.02 (0.41, 1.63)<br>Women: 1.07 (0.41, 1.73)<br>Men and women: 1.04 (0.60, 1.49)<br><br>5-day avg (per 75 $\mu g/m^3$ $SO_2$)<br>Men: 1.29 (0.68, 1.90)<br>Women: 1.26 (0.57, 1.95)<br>Men and women: 1.28 (0.82, 1.74) |
| Ruidavets et al. (2005)<br><br>Toulouse, France<br><br>Period of Study : 1995-1997 | Cross-sectional survey of 863 randomly chosen adults (35-65 yrs) living in Toulouse (MONICA center) to examine the relationship between resting heart rate and air pollution. Resting heart rate was measured twice in a sitting position after a five minute rest. Used polytomous logistic regression models with quintiles of RHR. Final model controlled for sex, physical activity, systolic blood pressure, cardiovascular drug use, CRP, relative humidity, and season mos. | Mean $SO_2$: 13.3 (7.5) $\mu g/m^3$<br><br>Range: 1.3, 47.7 $\mu g/m^3$<br><br>Copollutants: $NO_2$, $O_3$ | Marginally significant association between $SO_2$ and RHR in Q5 compared with Q1. No associations with $SO_2$ at 1, 2, or 3 days lag.<br><br>OR based on daily levels of $SO_2$.<br><br>OR for resting heart rate = 1.19 (95% CI: 1.02, 1.39) in 5th quintile (>75 bpm) compared to first quintile (< 60 bpm) for 5 $\mu g/m^3$ increase in $SO_2$ same day 0 am-12 pm.<br><br>OR for resting heart rate 1.14 (95% CI: 1.01 to 1.30) in 5th quintile (>75 bpm) compared to first quintile (< 60 bpm) for 5$\mu g/m^3$ increase in $SO_2$ same day 12 am-12 pm<br>Not-significant associations not listed |
| **LATIN AMERICA** | | | |
| Holguín et al. (2003)<br><br>Mexico City, Mexico<br><br>Period of Study: Feb 8 to Apr 30, 2000 | Panel study of 34 nursing home residents (60-96 yrs) to assess association between heart rate variability and air pollution. Heart rate variability measured every alternate day for 3 mos. Thirteen of the subjects had hypertension. Used GEE models that controlled for age and avg heart rate during HRV measurement. | 24-h avg $SO_2$ (ppb)<br><br>Mean: 24<br>SD: 12<br>Range: 6, 85<br><br>Copollutants: Indoor $PM_{2.5}$ Outdoor $PM_{2.5}$ $O_3$, $NO_2$, CO | $SO_2$ not related to heart rate variability on the same day or lag 1 day<br><br>Change in HRV per 10 ppb<br>Beta Coefficient (95% CI)<br>HRV-HF −0.003 (−0.035, 0.035)<br>HRV-LF −0.004 (−0.004, 0.003)<br>HRV-LF/HF 0.012 (−0.060, 0.082) |

**Table F-4.** **Short-term exposure to $SO_2$ and emergency department visits and hospital admissions for cardiovascular diseases.**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **UNITED STATES** | | | |
| Gwynn et al. (2000)<br><br>New York (Buffalo; Rochester)<br><br>Period of Study: May 1988-Oct 1990 | Hospital Admissions<br><br>Outcome(s) (ICD9): Respiratory (466, 480-486), Circulatory (401-405, 410-417), Total (minus 800) from Statewide Planning and Research Cooperative System (SPARCS)<br><br>Study design: Time-series<br><br>Statistical Analysis: Loess fits of temperature and relative humidity<br><br>Age groups analyzed: all ages<br><br>Covariates: adjustments for weather<br><br>Lag(s): 0, 3 | 24-h avg (ppb): 12.2<br>Range: 1.63, 37.7<br><br>Copollutants:<br>$H^+$ $SO_4^{2-}$ $PM_{10}$<br>Filled $PM_{10}$<br>$O_3$ CO $NO_2$ CoH | $\beta$ = 0.000245 (0.000917)<br>t = 0.27<br><br>Relative Risk (per 7 ppb $SO_2$)<br>1.002 |
| Koken et al. (2003)<br><br>Denver, U.S.<br><br>Period of Study: Jul and Aug, 1993-1997<br><br>N: 310 days | Outcome(s) (ICD9):<br>Acute MI 410.00-410.92;<br>Atherosclerosis 14.00-414.05;<br>Pulmonary Heart Failure 416.0-416.9; Dysrhythmia 427.0-427.9; CHF 428.0.<br><br>Discharge data from Agency for Healthcare Research and Quality (AHRQ) database.<br><br>Age group analyzed: 65+ yrs<br><br>Study population: 60,000<br><br>Covariates: seasonal adjustment not needed. Adjustment for temperature, dew point temperature made.<br><br>Study design: Time-series<br><br>Statistical analysis: GLMs to analyze frequency of admissions as a function of exposure. GEEs to estimate parameters in Poisson regression models, adjusting for overdispersion.<br><br>Lag(s): 0-4 day | $SO_2$ 24-h avg (ppb)<br>Mean (SD): 5.7 (2.94)<br>Min: 0.4<br>25th: 3.8<br>50th: 5.3<br>75th: 7.2<br>Max: 18.9<br><br>Copollutants:<br>$O_3$ (r = −0.10)<br>CO (r = 0.21)<br>$PM_{10}$ (r = 0.36)<br>$NO_2$ (r = 0.46) | Effects were reported as percent change in hospitalizations based on an increment of 3.4 ppb.<br><br>Single-pollutant model<br>Dysrhythmia<br>8.9% (−0.34, 18.93) lag 0, adjusted for gender but not temperature<br><br>$SO_2$ was found to be associated with cardiac dysrhythmia but not other outcomes. No association was observed for PM or $NO_2$ with the outcomes. |
| Low et al. (2006)<br><br>New York City, NY<br><br>Period of Study:1995-2003<br><br>N: 3,287 days | Outcome(s) (ICD): Ischemic stroke 433-434; Undetermined stroke 436; monitored intake in 11-hospitals (ER or clinic visits). Excluded stroke patients admitted for rehabilitation.<br><br>Study design: Time-series<br><br>Statistical Analysis: Autoregressive integrated moving avg (ARIMA) models<br><br>Software package: SAS | $SO_2$ 24-h avg (ppm)<br>Mean (SD): 0.01098 (0.009124)<br>Min: 0<br>25th: 0.005<br>Median: 0.009<br>75th: 0.014<br>Max: 0.096<br><br>Copollutants: :<br>PM10 (0.042)<br>NO2 (0.33)<br>CO (0.303)<br>Pollen (0.085) | At the highest concentration of $SO_2$ (96 ppb) in New York city over the study period the expected increase in strokes would be 0.857 visits on the day of the event.<br><br>Each 1000 ppb (1 ppm) $SO_2$ would produce an additional 8.878 visits (SE 4.471)<br>(p = 0.0471) for stroke. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Metzger et al. (2004)<br><br>Atlanta, GA<br><br>Period of Study:<br>Jan 1993-Aug 31 2000<br><br>N: 4 yrs | Outcome(s): IHD 410-414; AMI 410; Dysrhythmias 427; cardiac arrest 427.5; congestive heart failure 428; peripheral and cerebrovascular disease 433-437, 440, 443-444, 451-453; atherosclerosis 440; stroke 436. ED visits from billing records.<br><br>N: 4,407,535 visits, 37 CVD visits/days<br><br># Hospitals: 31<br><br>Age groups analyzed: adults ≥ 19, elderly 56+<br><br>Statistical Analysis: Poisson regression, GLM. Sensitivity analyses using GEE and GAM (strict convergence criteria)<br><br>Covariates: long-term trends, mean and dew point temp, relative humidity (cubic splines)<br><br>Statistical Software: SAS<br><br>Season: Warm (Apr 15-Oct 14), Cool (Oct 15-Apr 14)<br><br>Lag(s): 0-3 days | $SO_2$ 1-h max (ppb)<br>Median: 11.0<br>10th-90th Range: 2.0 to 39 ppb<br><br>Copollutants:<br>$PM_{10}$ (0.19)<br>$O_3$ (0.19)<br>$NO_2$ (0.34)<br>CO (0.26)<br>$PM_{2.5}$ (0.17)<br>$PM_{10-2.5}$ (0.21)<br>Ultrafine (0.24)<br><br>Multipollutant models used. All models specified a priori. | Results presented for RR of an incremental increase in $SO_2$ of 20 ppb (a priori lag 3 day moving avg).<br><br>All CVD: 1.007 (0.993, 1.022)<br><br>Dysrrhythmia: 1.001 (0.975, 1.028)<br><br>CHF: 0.992 (0.961, 1.025)<br><br>IHD: 1.007 (0.981, 1.033)<br><br>PERI: 1.028 (0.999, 1.059)<br><br>Finger wounds 1.007 (0.998, 1.026)<br><br>Single day lag models presented graphically.<br><br>No multipollutant models run for $SO_2$ since association was not observed in single-pollutant models. |
| Michaud et al. (2004)<br><br>Hilo, Hawaii<br><br>Period of Study:<br>1997-2001<br><br>N: 1385 days | Outcome(s) (ICD9):<br>Cardiac 410-414, 425-429, Emergency visits, primary diagnosis.<br><br>Study design: Time-series<br><br>Statistical Analysis: Exponential regression, autocorrelation assessed by regressing square root of number of ED visits on covariates (Durbin-Watson statistic). Newey-West procedure also conducted for assessment of autocorrelation.<br><br>Covariates: Temperature, humidity, interaction between $SO_2$ and PM<br><br>Lag(s): 1-3 days | $SO_2$ (all hourly measurements) (ppb)<br>Mean (SD): 1.92 (12.2)<br>Min: 0<br>Max: 447<br><br>Daily $SO_2$ (12am-6am) (ppb)<br>Mean (SD): 1.97 (7.12)<br>Min: 0<br>Max: 108.5<br><br>Copollutants: PM | Effects were presented as relative risk based on an increment of 10 ppb and the 24-h avg $SO_2$ concentration.<br><br>Cardiac<br>0.92 (0.85, 1.00) lag 3<br><br>No associations of cardiac ER visits with vog ($SO_2$-acidic aerosols) observed. |
| Moolgavkar (2000a)<br><br>Cook County IL, Los Angeles County, CA, Maricopa County, AZ<br><br>Period of Study:<br>1987-1995 | Outcome(s) (ICD9): CVD 390-429; Cerebrovascular disease 430-448. Hospital admissions from CA department of health database.<br><br>Age groups analyzed: 20-64, 65+ yrs<br><br>Study design: Time-series<br><br>N: 118 CVD admissions/days<br><br># Hospitals: NR<br><br>Statistical analysis: Poisson regression, GAM<br><br>Covariates: adjustment for day of wk, long-term temporal trends, relative humidity, temperature<br><br>Statistical package: SPLUS<br><br>Lag: 0-5 days | $SO_2$ 24-h avg (ppb)<br>Cook County:<br>Min: 0.5; Q1: 4<br>Median: 6; Q3: 8<br>Max: 36<br><br>LA County:<br>Min: 0; Q1: 1<br>Median: 2; Q3: 4<br>Max: 16<br><br>Maricopa County:<br>Min: 0; Q1: 0.5<br>Median: 2; Q3: 4<br>Max: 14<br><br>Copollutants:<br>$PM_{10}$ (0.11, 0.42)<br>$PM_{2.5}$ (0.42) (LA only)<br>CO (0.35, 0.78)<br>$NO_2$ (0.02, 0.74)<br>$O_3$ (−0.37, 0.01) | Results reported for percent change in hospital admissions per 10 ppb increase in $SO_2$. T statistic in parentheses.<br><br>CVD, 65+:<br>Cook County: 4.0 (6.1), lag 0<br>3.1 (4.5), lag 0, 2-pollutant model (CO)<br>1.0 (1.4), lag 0, 2-pollutant model ($NO_2$)<br>LA County: 14.4 (15.2), lag 0<br>−2.5 (−1.6), lag 0, 2-pollutant model (CO)<br>7.7 (5.7), lag 0, 2-pollutant model ($NO_2$)<br>Maricopa County: 7.4 (4.5), lag 0<br>3.0 (1.8), lag 0, 2-pollutant model (CO)<br>3.9 (1.5), lag 0, 2-pollutant model ($SO_2$)<br><br>Cerebrovascular Disease, 65+:<br>Cook County: 3.1 (3.3)<br>LA County: 6.5 (4.9)<br><br>Lags 1-5 also presented. Effect size generally diminished with increasing lag time. Increase in hospital admissions (10.3 for CVD and 9.0 for cerebrovascular) also observed for the 20-64 age group. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Moolgavkar (2003b)<br>Cook County IL, Los Angeles County, CA, Maricopa County, AZ<br>Period of Study: 1987-1995 | Outcome(s) (ICD9): CVD 390-429; Cerebrovascular disease 430-448 was not considered in the reanalysis. Hospital admissions from CA department of health database.<br>Age groups analyzed: 20-64, 65+ yrs<br>Study design: Time-series<br>N: 118 CVD admissions/day<br># Hospitals: NR<br>Statistical analysis: Poisson regression, GAM with strict convergence criteria (10-8), GLM using natural splines<br>Covariates: adjustment for day of wk, long-term temporal trends, relative humidity, temperature<br>Statistical package: SPLUS<br>Lag: 0-5 days | See original analysis (Moolgavkar, 2000) above. | Use of stringent criteria in GAM did not alter results substantially. However, increased smoothing of temporal trends attenuated results for all gases and effect size diminished with increasing lag.<br>Results reported for incremental increase of 10 ppb $SO_2$. Estimated coefficient and T statistic in parentheses.<br>GLM with 100 df (LA County)<br>13.67 (11.82), lag 0<br>6.44 (5.23), lag 1<br>0.23 (0.18), lag 2 |
| Morris et al. (1995)<br>U.S. (Chicago, Detroit, Houston, LA, Milwaukee, NYC, Philadelphia)<br>Period of Study: 1986-1989<br>N: 4 yrs | Outcome(s) (ICD9): CHF 428. Daily Medicare hospital admission records.<br>Study design: Time-series<br>Statistical analyses: GLM, negative binomial distribution<br>Age groups analyzed: ≥ 65 yrs<br>Covariates: temperature, indicator variables for mo to adjust for weather effects and seasonal trends, day of wk, yr<br>Statistical software: S-PLUS<br>Lag(s): 0-7 days | $SO_2$ 1-h max (ppm)<br>Mean (SD):<br>LA: 0.010 (0.005)<br>Chicago: 0.025 (0.011)<br>Philadelphia: 0.029 (0.015)<br>New York: 0.032 (0.015)<br>Detroit: 0.025 (0.013)<br>Houston: 0.018 (0.009)<br>Milwaukee: 0.017 (0.013)<br>Copollutants:<br>$NO_2$ $O_3$ CO<br>Correlations of $SO_2$ with other pollutants strong.<br>Multipollutant models run. | Results reported for RR of admission for CHF associated with an incremental increase in $SO_2$ of 0.05 ppm.<br>CHF:<br>LA: 1.60 (1.41, 1.82)<br>Chicago: 1.05 (1.00, 1.10)<br>Philadelphia: 1.01 (0.96, 1.06)<br>New York: 1.01 (1.01, 1.08)<br>Detroit: 1.00 (0.95, 1.06)<br>Houston: 1.07 (0.97, 1.17)<br>Milwaukee: 1.07 (0.99, 1.15)<br>RR diminished in multipollutant (4 copollutants) models for all cities. |
| Peel et al. (2007)<br>Atlanta, GA<br>Period of Study: Jan 1993-Aug 2000 | Outcome(s) (ICD9): IHD 410-414; dysrhythmia 427; CHF 428; peripheral vascular and cerebrovascular disease<br>433-437, 440, 443, 444, 451-453. Computerized billing records for ED visits.<br>Comorbid conditions: Hypertension 401-405; diabetes 250; dysrhythmia 427, CHF 428; atherosclerosis 440; COPD 491, 492, 496; pneumonia 480-486; upper respiratory infection 460-465, 466.0; asthma 493, 786.09.<br># Hospitals: 31<br>N: 4,407,535 visits<br>Study design: case-crossover and time-series. CVD outcomes among susceptible groups with comorbid conditions.<br>Statistical analyses: Conditional logistic regression and Poisson GLM.<br>Covariates: cubic splines for temperature and humidity included in models. Time independent variables controlled through design.<br>Statistical Software: SAS<br>Lag(s): 3 day avg, lagged 0-2 day | $SO_2$ 1-h max (ppb)<br>Mean (SD): 16.5 (17.1)<br>10th: 2<br>90th: 39<br>Copollutants:<br>$PM_{10}$ $O_3$ $NO_2$ CO | Results expressed as OR for association of CVD admissions with a 20 ppb incremental increase in $SO_2$.<br>Case-Crossover:<br>All CVD: 1.009 (0.995,1.024), 0-2 avg<br>IHD: 1.013 (0.988, 1.039), 0-2 avg<br>Dysrhythmia: 1.003 (0.975, 1.031), 0-2 avg<br>Peripheral and Cerebrovascular: 1.024 (0.993, 1.055), 0-2 avg<br>CHF: 0.993 (0.961, 1.026), 0-2 avg<br>Time-series:<br>Odds Ratio (95% CI) (per 20 ppb $SO_2$)<br>All cardiovascular disease: 1.007 (0.993, 1.022)<br>Ischemic heart disease: 1.007 (0.981, 1.003)<br>Dysrhythmia: 1.001 (0.975, 1.028)<br>Peripheral and cerebrovascular disease: 1.028 (0.999, 1.059)<br>Congestive heart failure:0.992 (0.961, 1.025)<br>Effect modification by comorbid conditions was not observed. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Schwartz and Morris (1995)<br>Detroit, MI<br>Period of Study:<br>1986-1989 | Outcome(s) (ICD9): IHD 410-414; CHF 428; Dysrhythmia 427. Medicare data, diagnosis at discharge.<br>Study design: Time-series<br>Statistical analysis: Poisson regression, GAM<br>Age groups analyzed: 65+ yrs<br>Covariates: adjustments for long-term patterns, temperature, humidity, days of the wk, holidays, viral infections, etc.<br>Lag(s): 0-3, cumulative up to 3 days | $SO_2$ 24-h avg (ppb):<br>Mean: 25.4<br>IQR: 18 ppb<br>Q2: 15<br>Q3: 33<br># Stations: 6<br>Copollutants:<br>$PM_{10}$ (0.42)<br>CO (0.23)<br>$O_3$ (0.15) | Effects were expressed as relative risk based on an increment of 18 ppb.<br>IHD<br>1.014 (1.003, 1.026) lag 0, single-pollutant<br>1.009 (0.994, 1.023), 2-pollutant model with $PM_{10}$<br>CHF<br>1.002 (0.978, 1.017), single-pollutant model<br>Risks for dysrhythmia were NR for $SO_2$. |
| Schwartz (1997)<br>Tuscon, AZ<br>Period of Study:<br>Jan 1988-Dec 1990 | Outcome(s) (ICD9): CVD 390-429. Ascertained from hospital discharge records.<br>Study design: Time-series<br>Statistical analysis: Poisson regression, GAM<br>Age groups analyzed: 65+<br>Covariates: long-term and seasonal trends, day of the wk, temperature, dew point,<br>Statistical software: S-PLUS | $SO_2$ 24-h avg (ppb)<br>Mean: 4.6 ppb<br>IQR: 3.9 ppb<br>10th: 0.7<br>Q2: 2.0<br>Median: 3.4<br>Q3: 5.9<br>90th: 10.1<br>Copollutants:<br>$PM_{10}$ (0.095) $NO_2$ (0.482)<br>CO (0.395) $O_3$ (−0.271) | Results were expressed as percent change based on an increment of 3.9 ppb.<br>0.14% (−1.3%, 1.6)<br>No other statistically significant associations for cardiovascular outcomes were observed. |
| Tolbert et al. (2007)<br>Atlanta, GA<br>Period of Study:<br>1993-2004 | ED Visits.<br>Outcome(s) (ICD9): Cardiovascular (410-414, 427, 428, 433-437, 440, 443-445, 451-453); Respiratory (493, 786.07, 786.09, 491, 492, 496, 460-465, 477, 480-486, 466.1, 466.11, 466.19).<br>Study design: Time-series<br>Statistical Analysis: Poisson Generalized Linear Model (GLM).<br>Statistical package: SAS<br>Age groups analyzed: all ages<br>Covariates: adjustment for day-of-wk, hospital entry, holidays, time, temperature, dew point temperature<br># Hospitals: 41<br>N: 238,360 (Cardiovascular); 1,072,429 (Respiratory)<br>Lag(s): 3-day moving avg | 1-h max (ppb): 14.9<br>Range: 1.0, 149.0<br>Copollutants:<br>$PM_{10}$<br>$PM_{2.5}$<br>$O_3$<br>$NO_2$<br>CO<br>Sulfate<br>Total Carbon<br>Organic Carbon<br>EC<br>Water-Soluble Metals<br>Oxygenated Hydrocarbons | Relative Risk (95% CI) (per 16.0 ppb $SO_2$)<br>1.003 (0.994, 1.011) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Wellenius et al. (2005b)<br><br>Birmingham, Chicago, Cleveland, Detroit, Minneapolis, New Haven, Pittsburgh, Seattle<br><br>Period of Study:<br><br>Jan 1986-Nov 1999 (varies slightly depending on city) | Outcome(s) IS, primary diagnosis of acute but ill-defined cerebrovascular disease or occlusion of the cerebral arteries; HS, primary diagnosis of intracerebral hemorrhage. ICD codes not provided. Hospital admissions ascertained from the Centers for Medicare and Medicaid Services. Cases determined from discharge data were admitted from the ER to the hospital.<br><br>N IS: 155,503<br>N HS: 19,314<br><br>Study design: Time-stratified case-crossover. Control days chosen such that they fell in same mo and same day of wk. Design controls for seasonality, time trends, chronic and other slowly varying potential confounders.<br><br>Statistical Analysis: 2-stage hierarchical model (random effects), conditional logistic regression for city effects in the first stage<br><br>Software package: SAS<br><br>Lag(s): 0-2, unconstrained distributed lags | $SO_2$ 24 h avg (ppb)<br>10th: 2.17<br>25th: 3.57<br>Median: 6.22<br>75th: 10.26<br>90th: 16.17<br>$SO_2$ data not available for Birmingham, AL<br><br>Copollutants:<br>$PM_{10}$ (0.39)<br>CO<br>$NO_2$ | Results reported for percent increase in stroke admissions for an incremental increase in $SO_2$ equivalent to one IQR (6.69).<br><br>Ischemic Stroke: 1.35 (0.43, 2.29), lag 0<br><br>Hemorrhagic Stroke: 0.68 (−1.77, 3.19)<br><br>Multipollutant models not run. |
| Wellenius et al. (2005a)<br><br>Allegheny County, PA (near Pittsburgh)<br><br>Period of Study:<br><br>Jan 1987-Nov 1999 | Outcome(s): CHF 428. Cases are Medicare patients admitted from ER with discharge of CHF<br><br>Study design: Case-crossover, control exposures same mo and day of wk, controlling for season by design.<br><br>Statistical Analysis: Conditional logistic regression<br><br>N: 55,019 admissions, including repeat admissions, 86% admitted ≤ 5 times<br><br>Age groups analyzed: 65+ yrs (Medicare recipients)<br><br>Covariates: Temperature and pressure. Effect modification by age, gender, secondary diagnosis arrhythmias, atrial fibrillation, COPD, hypertension, type 2 diabetes, AMI within 30 days, angina pectoris, IHD, acute respiratory infection.<br><br>Statistical software: SAS<br><br>Lag(s): 0-3 | $SO_2$ 24-h avg (ppb):<br>Mean (SD): 14.78 (9.88)<br><br>5th: 3.98<br>25th: 7.70<br>Median: 12.24<br>75th: 18.98<br>95th: 33.93<br># Stations: 10<br><br>Copollutants:<br>$PM_{10}$ (0.51)<br>CO (0.54)<br>$NO_2$ (0.52)<br>$O_3$ (−0.19) | Effects were reported as percent change based on an increment of 11 ppb.<br><br>CHF, single-pollutant models:<br>2.36 (1.05, 3.69) lag 0, or<br>2.14 (0.95, 3.35) lag 0 after adjusted to an increment of 10 ppb.<br><br>CHF, 2-pollutant models:<br>1.35 (−0.27, 2.99), $SO_2$ with $PM_{10}$<br>0.10 (−1.35, 1.57), $SO_2$ with CO<br>0.68 (−0.82, 2.21), $SO_2$ with $NO_2$<br>2.02 (0.68, 3.37), $SO_2$ with $O_3$ |
| **CANADA** | | | |
| Burnett et al. (1997b)<br><br>Metropolitan Toronto (East York, Etobicoke, North York, Scarborough, Toronto, York), Canada<br><br>Period of Study:<br><br>1992-1994, 388 days, summers only | Outcome(s) (ICD9): IHD 410-414; Cardiac Dysrhythmias 427; Heart failure 428. All Cardiac 410-414, 427, 428. Obtained from hospital discharge data.<br><br>Population: 2.6 million residents<br><br>Study design: Time-series<br><br>Age groups analyzed: All<br><br># Hospitals: NR<br><br>Statistical analysis: relative risk regression models, GAMs.<br><br>Covariates: adjusted for long- term trends, seasonal and subseasonal variation, day of the wk, temperature, dew point<br><br>Season: summer only<br><br>Dose response: figures presented<br><br>Lag: 1-4 days | $SO_2$ daily 1-h max (ppb):<br>Mean: 7.9<br>CV: 64<br>Min: 0<br>25th percentile: 4<br>50th percentile: 7<br>75th percentile: 11<br>Max: 26<br><br># of Stations: 4-6<br>(Results are reported for additional metrics including 24-h avg and daytime avg (day)<br><br>Copollutants:<br>H+ (0.45) $SO_4$ (0.42)<br>TP (0.55) FP (0.49)<br>CP (0.44) COH (0.50)<br>$O_3$ (0.18) $NO_2$ (0.46)<br>CO (0.37) | Effects were expressed as relative risk based on an increment of 7.00 ppb (IQR). T ratio in parentheses.<br><br>All cardiac disease<br><br>Single-pollutant model<br>1.041 (2.66), daily max over 4 days, lag 0<br><br>Multipollutant model w/ $SO_2$, $O_3$, $NO_2$<br><br>Of 7.72 excess hospital admissions, 2.8% attributed to $SO_2$.<br><br>Objective of study was to evaluate the role of particle size and chemistry on cardiac and respiratory diseases. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Burnett et al. (1999)<br><br>Metropolitan Toronto (East York, Etobicoke, North York, Scarborough, Toronto, York), Canada<br><br>Period of Study:<br>1980-1994<br><br>N: 14 yrs | Outcome(s) (ICD9): IHD 410-414; Cardiac Dysrhythmias 427; Heart failure 428; All cardiac 410-414, 427, 428; Cerebrovascular Disease obtained from hospital discharge data 430-438; Peripheral Circulation Disease 440-459.<br><br>Population: 2.13-2.42 million residents<br><br>Study design: Time-series<br><br>Statistical analysis: GAMs to estimate log RR per unit changes, stepwise regression used to select min number of air pollutants in multipollutant models.<br><br>Covariates: long-term trends, seasonal variation, day of wk, temperature, and humidity.<br><br>Statistical package: S-PLUS<br><br>Lag(s): 0-2 days | $SO_2$ daily avg (ppb)<br>Mean: 5.35<br>5th percentile: 0<br>25th percentile: 1<br>50th percentile: 4<br>75th percentile: 8<br>95th percentile: 17<br>Max: 57<br><br>Multiple day avgs used in models<br><br>Copollutants:<br>$PM_{2.5}$ (0.50) $PM_{10-2.5}$ (0.38)<br>$PM_{10}$ (0.52) CO (0.55)<br>$SO_2$ (0.55) $O_3$ (−0.04) | Effects were reported as % change based on an increment of 5.35 ppb.<br><br>Single-pollutant model<br>Dysrhythmias 0.8% (−0.3, 1.9)<br>Cerebrovascular 0.04% (−0.7, 0.8)<br>CHF 1.93% (0.9, 2.9)<br>IHD 2.32% (1.6, 3.1)<br><br>Attributed percent increase in admissions for $SO_2$ was determined from multipollutant models.<br>IHD<br>Attributed percent increase: 0.95%<br><br>Authors note $SO_2$ effects could be largely explained by other variables in the pollution mix as demonstrated by the multipollutant model. |
| Fung et al. (2005)<br><br>Windsor, Ontario, Canada<br><br>Period of Study:<br>Apr 1995-Jan 2000 | Outcome(s) (ICD9): CHF 428; IHD 410-414; dysrhythmias 427 and all cardiac. Hospital admissions from Ontario Health Insurance Plan records.<br><br>Study design: Time-series<br><br>Statistical analysis: GLM<br><br>N: 11,632 cardiac admission, 4.4/day for 65+ age group<br><br>Age groups analyzed: 65+, < 65 yrs<br><br>Statistical Software: SPLUS<br><br>Lag(s): lag 0, 2, 3 day avg | $SO_2$ 1-h max (ppb)<br>Mean (SD): 27.5 (16.5)<br>Min: 0<br>Max: 129<br><br>IQR: 19.3 ppb<br><br>Copollutants:<br>CO (0.16) $O_3$ (−0.02)<br>$PM_{10}$ (0.22) $NO_2$ (0.22) | Effects were expressed as percent change of cardiac disease hospital admissions based on an increment of 19.3 ppb.<br><br>Single-pollutant model:<br>< 65 yrs: 2.3% (−1.8, 6.6) lag 0;<br>3.9% (−1.5, 9.6) lag 0-1; 3.4% (−3.0, 10.1) lag 0-2<br>≥ 65 yrs: 2.6% (0.0, 5.3) lag 0;<br>4.0% (0.6, 1.6) lag 0-1; 5.6% (1.5, 9.9) lag 0-2<br><br>Inclusion of particulate matter and adjustment for meteorological variables did not change the association between $SO_2$ and cardiac hospitalization. |
| Stieb et al. (2000)<br><br>Saint John, New Brunswick Canada<br><br>Period of Study:<br>July 1992-Mar 1996 | Outcome(s): Angina pectoris; MI; dysrhythmia/conduction disturbance; CHF; All Cardiac. ED Visits collected prospectively.<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression, GAM<br><br>N: 19,821 ER visits<br><br># Hospitals: 2<br><br>Lag(s): 1-8 days | $SO_2$ 24-h avg (ppb)<br>Mean (SD): 6.7 (5.6)<br>95th: 18<br>Max: 60<br><br>$SO_2$ 1-h max (ppb)<br>Mean (SD): 23.8 (21.0)<br>95th: 62<br>Max: 161<br><br>Copollutants:<br>CO (0.31) $H_2S$ (−0.01)<br>$O_3$ (−0.02) $NO_2$ (0.41)<br>$PM_{10}$ (0.36) $PM_{2.5}$ (0.31)<br>$H^+$ (−0.24) $SO_4$ (0.26)<br>COH (0.31) | Results reported for percent change in admissions based on a single-pollutant model for incremental increase in $NO_2$ equivalent to one IQR (8.9 ppb).<br><br>Cardiac visits (p-value in parentheses):<br>4.9 (0.002), 1 day avg, lag 8, all yr<br>2.8 (0.067), 5 day avg, lag 6, May-Sept<br><br>Multi-pollutant models:<br>4.9, (1.7, 8.2), 1 day avg, lag 8, all yr ($O_3$)<br>Lags 0-10 presented graphically.<br>All but lag 8 in single-pollutant model approximately null. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Villeneuve et al. (2006a)<br><br>Edmonton, Canada<br><br>Period of Study: Apr 1992-Mar 2002 | Outcome(s) (ICD9): Acute ischemic stroke 434, 436; hemorrhagic stroke 430, 432; transient ischemic attack (TIA) 435; Other 433, 437, 438. ED visits supplied by Capital Health.<br><br>N: 12,422<br>Stroke Visits Catchment area: 1.5 million people<br><br>Study design: Case-crossover, exposure index time compared to referent time. Time independent variables controlled in the design. Index and referent day matched by day of wk.<br><br>Statistical analysis: conditional logistic regression, stratified by season and gender.<br><br>Covariates: temperature and humidity<br><br>Statistical software: SAS<br><br>Season: Warm: Apr-Sep; Cool: Oct-Mar.<br><br>Lag(s): 0, 1, 3 day avg | $SO_2$ 24 h avg ppb:<br>All yr<br>Mean (SD): 2.6 (1.9)<br>Median: 2.0<br>25th: 1.0<br>75th: 4.0<br>IQR: 3.0<br>Summer<br>Mean (SD): 2.1 (1.6)<br>Median: 2.0<br>25th: 1.0<br>75th: 3.0<br>IQR: 2<br>Winter<br>Mean (SD): 3.1 (2.0)<br>Median: 3.0<br>25th: 2.0<br>75th: 4.0<br>IQR: 2.0<br><br>Correlation between $SO_2$ and other pollutants (all yr):<br>$NO_2$ (0.42) CO (0.41)<br>$O_3$ (−0.25) $PM_{2.5}$ (0.22)<br>$PM_{10}$ (0.19) | Effects were reported as odds ratios based on an increment of 3 ppb.<br><br>Acute Ischemic stroke, ≥ 65 yrs<br>All yr OR 1.05 (0.99,1.11), lag 0<br>Warm OR 1.11 (1.01, 1.22), lag 0<br>Cold OR 1.00 (0.93, 1.09), lag 0<br>Effect stronger among males<br><br>Hemorrhagic stroke, ≥ 65 yrs<br>All yr: 0.98 (0.90, 1.06), lag 0<br>Cold: 0.94 (0.84, 1.05), lag 0<br>Warm: 1.03 (0.90, 1.17)<br>Effect stronger among males<br><br>Transient Cerebral Ischemic Attack, ≥ 65 yrs<br>All yr: 1.06 (1.00, 1.12), lag 0<br>Cold: 1.03 (0.95, 1.11), lag 0<br>Warm OR 1.11 (1.02, 1.22), lag 0<br><br>2-pollutant models presented graphically. Association of $SO_2$ with Acute Ischemic stroke diminished with inclusion of CO and $NO_2$. |
| **EUROPE** | | | |
| Anderson et al. (2001)<br><br>West Midlands conurbation, UK<br><br>Period of Study: 1994-1996<br><br>N: 832 days | Outcome(s) (ICD9): All CVD 390-459; cardiac disease 390-429; IHD 410-414; stroke 430-438. Emergency admissions counted.<br><br>Catchment area: 2.3 million<br><br>Age groups analyzed: 0-14, 15-64, ≥ 65.<br><br>Study design: Time-series, APHEA 2 methods<br><br>Statistical analyses: GAMs for modeling non-liner dependence of some variables.<br><br>Covariates: Adjusted for effects of seasonal patterns, temperature and humidity, influenza episodes, day of wk and holidays.<br><br>Software package: S-PLUS<br><br>Season: Interaction by warm and cool season investigated.<br><br>Lag(s): 0-3 days | $SO_2$ 24-h avg (ppb)<br>Mean (SD): 7.2 (4.7)<br>Min: 1.9<br>10th: 3.3<br>Median: 5.8<br>90th: 12.3<br>Max: 59.8<br><br># of Stations: 5 sites<br><br>Copollutants:<br>$PM_{10}$ (0.55) $PM_{2.5}$ (0.52)<br>$PM_{2.5-10}$ (0.31) BS (0.50)<br>$SO_4$ (0.19) $NO_2$ (0.52)<br>$O_3$ (-0.22) | Results reported for % change in admissions, increment = 9 ppb (10th-90th).<br><br>All CVD all ages<br>−0.4 (−2.2, 1.5), mean lags 0 + 1<br><br>Cardiac all ages:<br>0.7 (−1.3, 2.8), mean lags 0 + 1<br><br>IHD ≥ 65 yrs<br>1.5 (−2.5, 5.6), mean lags 0 + 1<br><br>Stroke ≥ 65 yrs<br>−5.1 (−9.6, −0.4), mean lags 0 + 1 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Atkinson et al. (1999b)<br><br>London, England<br><br>Period of Study: 1992-1994<br><br>N: 1,096 days | Outcome(s) (ICD9):<br>All CVD 390-459; IHD 410-414. Emergency admissions obtained from the Hospital Episode Statistics (HES) database (complaints).<br><br>Ages groups analyzed: 0-14 yrs, 15-64 yrs, 0-64 yrs, 65+ yrs, 65-74 yrs, 75+ yrs<br><br>Study design: Time-series, hospital admission counts<br><br>N: 189,109 CVD admissions<br><br>Catchment area: 7 million residing in 1,600 $Km^2$ area of Thames basin.<br><br>Statistical analyses: APHEA protocol, Poisson regression<br><br>Covariates: adjusted long-term seasonal patterns, day of wk, influenza, temperature, humidity (compared alternative methods for modeling meteorological including linear, quadradic, piece-wise, spline)<br><br>Season: warm season Apr-Sep, cool season remaining mos, interactions between season investigated<br><br>Dose response investigated: yes, bubble charts presented<br><br>Statistical package: SAS<br><br>Lag: 0-3<br><br>Dose response: Bubble plots presented | $SO_2$ 24 h avg (ppb):<br>Mean: 21.2<br>SD: 7.8<br>Min: 7.4<br>10th: 13<br>Median: 19.8<br>90th: 31<br>Max: 82.2<br>10th-90th percentile: 11.2<br><br># of Stations: 3, results averaged across stations<br><br>Copollutants:<br>$PM_{10}$ CO $SO_2$ $O_3$ BS<br><br>Correlations of $SO_2$ with CO, $NO_2$, $O_3$, BS ranged from 0.5-0.6<br><br>Correlation of $SO_2$ with $O_3$ negative | Results reported for % change in admissions, increment 10th-90th percentile (11.2 ppb).<br><br>All CVD, all ages<br>1.57 (0.22, 2.93), lag 0<br><br>All CVD, 0-64 yrs<br>2.44 (0.3, 4.63), lag 0<br><br>All CVD, 65+<br>1.72 (0.15, 3.32), lag 0<br><br>IHD, 0-64 yrs<br>−2.03 (−5.35, 0.91), lag 2<br><br>IHD, 65+<br>3.10 (0.61, 5.65), lag 0<br><br>Effect size and significance diminished in models containing $SO_2$ and BS. |
| Ballester et al. (2001)<br><br>Valencia, Spain<br><br>Period of Study: 1992-1996 | Outcome(s) (ICD9):<br>All CVD 390-459;<br>heart diseases 410-414, 427, 428; cerebrovascular diseases 430-438. Admissions from city registry – discharge codes used.<br><br>Study design: Time-series<br><br>N: 1080 CVD admissions<br><br># of Hospitals: 2<br><br>Catchment area: 376,681 inhabitants of Urban Valencia<br><br>Statistical analyses: Poisson regression, GAM, APHEA/ Spanish EMECAM protocol. Both linear and nonparametric model, including a loess term was fitted, departure from linearity assess by comparing deviance of both models.<br><br>Covariates: long-term trend and seasonality, temperature and humidity, weekdays, flu, special events, air pollution.<br><br>Season:<br>Hot season May to Oct;<br>Cold season Nov to Apr<br><br>Statistical package: SAS<br><br>Lag: 0-4 | 24 h avg ($\mu g/m^3$):<br>Mean: 25.6<br><br>SD: NR<br>Min: 4.4<br>Max: 68.4<br>Median: 25<br><br># of Stations: 14 manual, 5 automatic<br><br>Correlation among stations: 0.3-0.62 for BS, 0.46-0.78 for gaseous pollutants<br><br>Copollutants:<br>CO (0.74)<br>$NO_2$ (0.22)<br>$O_3$ (−0.35)<br>BS (0.63)<br><br>2-pollutant models used to adjust for copollutants. | Results expressed as relative risk, increment of 10 $\mu g/m^3$.<br><br>All CVD<br>1.0302 (1.0042, 1.0568), lag 2<br><br>Heart disease<br>1.0357 (1.0012, 1.0714), lag 2<br><br>Cerebrovascular disease<br>1.0378 (0.9844 to 1.0940), lag 5<br><br>Digestive diseases<br>1.0234 (0.9958, 1.0518), lag 1<br><br>All CVD, hottest semester<br>1.050 (1.010, 1.092), lag 2<br><br>Effect size for all CVD and cerebrovascular disease diminished in 2-pollutant models. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Ballester et al. (2006)<br><br>Multicity, Spain: (Barcelona, Bilbao, Castellon, Gijon, Granada, Huelva, Madrid, Oviedo, Seville, Valencia, Zaragoza)<br><br>Period of Study: 1995/1996-1999<br><br>N: 1,096 days | Outcome(s) (ICD9): All CVD 390-459; Heart diseases 410-414,427,428. Emergency admission from hospital records. Discharge data used.<br><br>Study design: Time-series, meta-analysis to pool cities<br><br>N: Daily mean admissions reported by city.<br><br>Statistical analyses: Poisson regression and GAM, with stringent convergence criteria, meta-analysis with random effect model. Tested linearity by modeling pollutant in linear and non-linear way (spline smoothing). Linear model provided best results 55% of time but used in all cases to facilitate comparability.<br><br>Covariates: temperature, humidity and influenza, day of wk unusual events, seasonal variation and trend of the series<br><br>Season: Hot: May to Oct; Cold: Nov to Apr<br><br>Statistical package: S-PLUS<br><br>Lag: 0-3 | $SO_2$ 24-h avg (µg/m²)<br><br>Mean, 10th, 90th<br><br>Barcelona: 15.5, 6.6, 27.9<br>Bilbao: 18.6, 10.2, 29.3<br>Cartagena: 27.1, 14.6, 40.8<br>Castellon: 7.7, 3.8, 12.7<br>Gijon: 29.4, 10.3, 52.4<br>Granada: 19.1, 8.8, 31.5<br>Huelva: 11.9, 4.5, 22.6<br>Madrid: 21.8, 8.7, 41.8<br>Oviedo: 40.9, 16.3, 75.5<br>Pamplona: 7.6, 1.8, 17.0<br>Seville: 9.6, 5.6, 14.6<br>Valencia: 16.6, 9.4, 24.4<br>Vigo: 9.3, 2.6, 18.2<br>Zaragoza 9.3, 2.0, 19.9<br><br># of stations: depends on the city<br><br>Correlation among stations: Correlations between $SO_2$ stations within cities poor.<br><br>Copollutants: CO (0.58) $O_3$ (−0.03) $NO_2$ (0.46) BS (0.24) TSP (0.31) $PM_{10}$ (0.46)<br><br>Correlations reported are the median for all cities. | Results reported for % change in admissions, increment 10 (µg/m³).<br><br>All cardiovascular 1.33% (0.21, 2.46) lag 0-1<br><br>Heart diseases 1.72% (0.50, 2.95) lag 0-1<br><br>Single day lags presented graphically. Effect size decreased with increasing lag.<br><br>Multi-pollutant results presented graphically. Control for CO and particulates diminished $SO_2$ effects. |
| D'Ippoliti et al. (2003)<br><br>Rome, Italy<br><br>Period of Study: Jan 1995- June 1997 | Outcome(s) (ICD): AMI 410 (first episode). Computerized hospital admission data.<br><br>Study design: case-crossover, time stratified, control days within same mo falling on the same day.<br><br>Statistical analyses: conditional logistic regression, examined homogeneity across co-morbidity categories<br><br>N: 6531 cases<br><br>Age groups analyzed: 18-64 yrs,<br><br>65-74 yrd, ≥ 75<br><br>Season: Cool: Oct-Mar; Warm: Apr-Sep<br><br>Lag(s): 0-4 day, 0-2 day cum avg<br><br>Dose Response: OR for increasing quartiles presented and p-value for trend. | $SO_2$ 24 h avg µg/m³)<br><br>All yr: Mean (SD): 9.5 (6.0) 25th: 5.4 50th: 8.2 75th: 12.6 IQR: 7.2 Cold season: Mean (SD): 12.7 (6.5) Warm Season: Mean (SD): 88.3 (15.4)<br><br># Stations: 5<br><br>Copollutants: TSP (0.29) $NO_2$ (0.37) CO (0.56) | Results reported as odds ratios for increment equal to one IQR (7.2 µg/m³).<br><br>AMI<br><br>Quartile I (referent) Quartile II: 0.987 (0.894, 1.089), lag 0-2 Quartile III: 1.008 (0.892, 1.140), lag 0-2 Quartile IV: 1.144 (0.991, 1.321), lag 0-2 Results at various lags NR for $SO_2$. |
| Llorca et al. (2005)<br><br>Torrelavega, Spain<br><br>Period of Study: 1992-1995 | Outcome(s) (ICD): CVD (called cardiac in paper) 390-459. Emergency admissions, excluding nonresidents. Obtained admissions records from hospital admin office.<br><br>Study design: Time-series<br><br>Statistical analyses: Poisson regression, APHEA protocol<br><br>Covariates: rainfall, temperature, wind speed direction<br><br>N: 18,137 admissions<br><br>Statistical software: STATA<br><br>Lag(s): NR | $SO_2$ 24 h avg µg/m³:<br><br>Mean (SD): 13.3 (16.7)<br><br>Copollutants: TSP (−0.40) $NO_2$ (0.588) $SH_2$ (0.957) NO (0.544)<br><br>Multipolutant models. | Results expressed as rate ratios.<br><br>Increment = 100 µg/m³.<br><br>Cardiac admissions, single-pollutant model 0.94 (0.84, 1.05) Five-pollutant model 1.09 (0.83, 1.42)<br><br>All cardiorespiratory admissions, single-pollutant model RR 0.98 (0.89, 1.07) Five-pollutant model 0.98 (0.80, 1.21) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Poloniecki et al. (1997)<br><br>London, UK<br><br>Period of Study: Apr, 1987-Mar 1994, 7 yrs | Outcome(s): All CVD 390-459; MI 410; Angina pectoris 413; other IHD 414; ARR 427; congestive heart failure 428; cerebrovascular disease 430-438. Hospital Episode Statistics (HES) data on emergency hospital admissions.<br><br>Study design: Time-series<br><br>N: 373, 556 CVD admissions<br><br>Statistical analyses: Poisson regression with GAM, APHEA protocol<br><br>Covariates: long-term trends, seasonal variation, day of wk, influenza, temperature and humidity.<br><br>Season: Warm, Apr-Sep; Cool, Oct-Mar<br><br>Lag: 0-1 | $SO_2$24 h avg ppb:<br>Min: 0<br>10%: 2<br>Median: 6<br>90%: 21<br>Max: 1<br><br>Copollutants:<br>BS<br>CO 24 h avg<br>$NO_2$ 24 h avg<br>$O_3$ 8 h<br><br>Correlations between pollutants high but not specified | Effects were expressed as relative risk based on an increment of 19 ppb<br>(10th-90th percentile).<br><br>Single-pollutant models (lag 0-1):<br>MI: 1.0326 (1.0133, 1.0511)<br>Angina: 1.0133 (0.9907, 1.0383)<br>IHD: 0.9944 (0.9651, 1.0239)<br>ARR: 1.0181 (1.0000, 1.0448)<br>CHF: 1.0057 (0.9846, 1.0258)<br>Cerebrovascular: 1.0019 (0.9837, 1.0189)<br>All circulatory: 1.0248 (1.0062, 1.0444)<br>MI, 2-pollutant models, cool season:<br>1.0399 (1.0171, 1.0628), $SO_2$ only<br>1.0285 (1.0019, 1.0571), $SO_2$ with $NO_2$<br>1.0380 (1.0057, 1.0704), $SO_2$/CO<br>1.0285 (1.0019, 1.0552), $SO_2$/BS<br>1.0476 (1.0209, 1.0742), $SO_2$ with $O_3$<br><br>In the warm season no significant associations were observed in 2-pollutant models. |
| Prescott et al. (1998)<br><br>Edinburgh, UK<br><br>Period of Study: Oct 1992-Jun 1995 | Outcome(s) (ICD9): Cardiac and cerebral ischemia 410-414, 426-429, 434-440. Extracted from Scottish record linkage system.<br><br>Study design: Time-series<br><br>Statistical Analysis: Poisson, log linear regression models<br><br>Age groups analyzed: < 65, 65+ yrs<br><br>Covariates: Seasonal and weekday variation, temperature, and wind speed.<br><br>Lag(s): 0, 1, 3 day moving avg | $NO_2$ 24 h avg ppb<br><br>Mean (SD): 8.3 (5.6)<br><br>Range: 1-50<br><br>90th-10th Percentile = 12 ppb<br><br>Copollutants:<br>$O_3$, 24 h avg PM, 24 h avg<br>$NO_2$, 24 h avg CO, 24 h avg<br><br>Correlations NR. | Results reported as % increase in admissions, increment 10 ppb.<br><br>All CVD, ≤ 65 yrs<br><br>4.9 (−1.0, 11.1), 3 day moving avg<br><br>All CVD, ≥ 65 yrs<br><br>−3.7 (−12.4, 5.9), 3 day moving avg |
| Sunyer et al. (2003)<br><br>Europe (Birmingham, London, Milan, Paris, Rome, Stockholm, the Netherlands)<br><br>Period of Study: 1990-1996 | Hospital Admissions<br><br>Outcome(s) (ICD9): Cardiovascular diseases (390-429); IHD (410-413); stroke (430-438)<br><br>Study design: Time-series<br><br>Statistical Analysis: Poisson autoregression with GAM<br><br>Age groups analyzed: all ages<br><br>Covariates: trend, seasonal patterns, meteorological factors<br><br>Lag(s): 0 + 1 | 24-h median ($\mu g/m^3$):<br>Birmingham: 19<br>London: 21<br>Milan: 18<br>Netherlands: 9<br>Paris: 15<br>Rome: 9<br>Stockholm: 5<br><br>Copollutants:<br>$PM_{10}$ BS $NO_2$ $O_3$ | % increase in Hospital Admissions (95% CI)  (per 10 $\mu g/m^3$ $SO_2$)<br><br>Cardiovascular: All ages: 0.7 (0.3, 1.1); >65: 0.7 (0.3, 1.2)<br>IHD: < 65: 0.6 (0.2, 1.1); >65: 1.2 (0.8, 1.6)<br>IHD after adjustment for CO, $NO_2$, BS < $PM_{10}$:<br>< 65: 0.7 (0.1, 1.3); >65: −1.4 (−8.0, 6.0)<br>Stroke: >65: 0.0 (−0.5, 0.5) |
| Yallop et al. (2007)<br><br>London, England<br><br>Period of Study: Jan 1998-Oct 2001<br><br>N: >1400 days | Outcome(s): Acute pain in Sickle Cell Disease (HbSS, HbSC, HbS/∃0, thalassaemia, HbS/∃+). Admitted to hospital for at least one night.<br><br>Study design: Time-series<br><br>Statistical analyses: Cross-correlation function<br><br>N: 1047 admissions<br><br>Covariates: No adjustment made in analysis, discussion includes statement that the effects of weather variables and copollutants are inter-related.<br><br>Statistical package: SPSS<br><br>Lag(s): 0-2 days<br><br>Dose response: quartile analysis, graphs presented, ANOVA comparing means across quartiles. | NR<br><br>Copollutants:<br>$O_3$<br>CO<br>NO<br>$NO_2$<br>$PM_{10}$<br><br>Daily avg used for all copollutants. | No association for $SO_2$ |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **AUSTRALIA** | | | |
| Jalaludin et al. (2006)<br><br>Sydney, Australia<br><br>Period of Study:<br>Jan 1997-Dec 2001 | Outcome(s) (ICD9): All CVD 390-459; cardiac disease 390-429; IHD 410-413; and cerebrovascular disease or stroke 430-438; Emergency room attendances obtained from health department data.<br><br>Age groups included: 65+<br><br>Study design: Time-series, multicity APHEA2 Protocol.<br><br>Statistical Analysis: GAM (with appropriate convergence criteria) and GLM Models. Only GLM presented.<br><br>Lag: 0-3<br><br>Covariates: Daily avg temperature and daily relative, humidity, long-term trends, seasonality, weather, day of wk, public school holidays, outliers and influenza epidemics.<br><br>Dose response: quartile analysis<br><br>Season: Separate analyses for warm (Nov-Apr) and cool periods (May-Oct). | $SO_2$ 24 h avg avg (ppb)<br>Mean (SD): 1.07 (0.58)<br>Min: 0.09<br>25th: 0.64<br>Median: 1.01<br>75th: 1.39<br>Max: 3.94<br>IQR: 0.75<br><br># of Stations: 14<br><br>Copollutants:<br>BS (0.21)<br>$PM_{10}$ (0.37)<br>$O_3$ (0.454)<br>$NO_2$ (0.52)<br>CO (0.46) | Effects were presented as percent change based on an increment of 0.75 ppb.<br><br>Single-pollutant model:<br>All CVD, all yr: 1.33% (0.24, 2.43) lag 0<br>Cardiac: 1.62% (0.33, 2.93) lag 0<br>IHD: 1.12% (−0.84, 3.12) lag 0<br>Stroke: −1.41% (−3.67, 0.90) lag 0<br>Cool Season<br>All cardiovascular: 2.15% (0.84, 3.46) lag 0<br>Cardiac: 2.48% (0.94, 4.04) lag 0<br>IHD: 2.49% (0.13, 4.91) lag 0<br>Stroke: −0.19% (−2.90, 2.60) lag 0<br>Warm Season<br>All cardiovascular: 0.06% (−1.48, 1.62) lag 0<br>Cardiac: 0.38% (−1.37, 2.16) lag 0<br>IHD: −0.47% (−3.08, 2.22) lag 0<br>Stroke: −2.74% (−5.92, 0.55) lag 0<br><br>Results for lags 0-3 presented. In general, effect size diminished with increasing lag.<br><br>Effects of $SO_2$ on all CVD were diminished with inclusion of PM and CO (graphically presented.) |
| Petroeschevsky et al. (2001)<br><br>Brisbane, Australia<br><br>Period of Study:<br>Jan 1987-Dec 1994<br><br>N: 2,922 days | Outcome(s) (ICD9): CVD 390-459. Hospital admissions, non-residents excluded.<br><br>Study design: Time-series<br><br>Statistical Analysis: Poisson regression, APHEA protocol, linear regression and GEEs<br><br>Age groups analyzed: 15-64, 65+<br><br>Covariates: temperature, humidity, rainfall. Long-term trends, season, flu, day of wk, holidays.<br><br>Dose response: quintile analysis.<br><br>Statistical software: SAS<br><br>Lag(s): lag 0-4, 3 day avg, 5 day avg | $SO_2$ 24-h avg (pphm):<br>Summer: mean, min, max<br>0.39, 0.0, 1.63<br>Fall: mean, min, max<br>0.42, 0.01, 3.55<br>Winter: mean, min, max<br>0.48, 0.0, 2.08<br>Spring: mean, min, max 0.37, 0.0, 6.02<br>Overall: mean, min, max<br>0.41, 0.0, 3.55<br><br>$SO_2$ 1-h max (pphm):<br>Summer: Mean, min, max<br>0.78, 0.0, 5.5<br>Fall: Mean, min, max<br>0.93, 0.05, 5.95<br>Winter: Mean, min, max<br>1.13, 0.0, 6.68<br>Spring: Mean, min, max 0.84, 0.0, 6.01<br>Overall: Mean, min, max<br>0.92, 0.0, 6.68<br><br>Copollutants:BSP $O_3$ $NO_2$<br><br>Correlation between pollutants NR. | Effects were expressed as relative risk based on an increment of 10 ppb and the 24-h avg $SO_2$ concentrations.<br><br>All CVD<br>15 to ≥ 65 yrs: 1.028 (0.987, 1.070) lag 0<br>15 to 64 yrs: 1.081 (1.010, 1.158) lag 0<br>≥ 65 yrs: 1.038 (0.988, 1.091) lag 1<br><br>Non-significant increasing risk for CVD in those 15-64 by quintile of $SO_2$ concentration observed. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **ASIA** | | | |
| Chan et al. (2006)<br><br>Taipei, Taiwan<br><br>Period of Study:<br>Apr 1997-Dec 2002<br><br>N: 2,090 days | Outcome(s) (ICD9): Cerebrovascular disease 430-437; stroke 430-434; hemorrhagic stroke 430-432; ischemic stroke 433-434. Emergency admission data collected from National Taiwan University Hospital.<br><br>Ages groups analyzed: age >50 included in study<br><br>Study design: Time-series<br><br>N: 7341 Cerebrovascular admissions among those >50 yrs old<br><br>Catchment area:<br><br>Statistical analyses: Poisson regression, GAMs used to adjust for non-linear relation between confounders and ER admissions.<br><br>Covariates: time trend variables: yr, mo, and day of wk, daily temperature difference, and dew point temperature.<br><br>Linearity: investigated graphically by using the LOESS smoother.<br><br>Lag: 0-3, cumulative lag up to 3 days | $SO_2$ 24-h avg (ppb):<br>Mean: 4.3<br>SD: 2.4<br>Min: 0.4<br>Max: 17.1<br>IQR: 3.1 ppb<br><br># of Stations: 16<br><br>Correlation among stations: NR.<br><br>Copollutants:<br>$PM_{10}$ (0.59) $PM_{2.5}$ (0.51)<br>CO (0.63) $NO_2$ (0.64)<br>$O_3$ (0.51) | Results reported for OR for association of emergency department admissions with an IQR increase in $SO_2$ (3.1 ppb).<br><br>Cerebrovascular:<br>1.008 (0.969, 1.047), lag 0<br>Stroke:<br>0.991 (0.916, 1.066), lag 0<br>Ischemic stroke:<br>1.044 (0.966, 1.125), lag 0<br>Hemorrhagic stroke:<br>0.918 (0.815, 1.021), lag 0<br><br>No significant associations for $SO_2$ reported. Lag 0 shown but similar null results were obtained for lags 0-3.<br><br>2-pollutant models to adjust for copollutants but not for $SO_2$, which was not associated with health outcomes. |
| Chang et al. (2005)<br><br>Taipei, Taiwan<br><br>Period of Study:<br>1997-2001<br><br>N: 5 yrs | Outcome(s) (ICD9): CVD 410-429.<br><br>Daily clinic visits or hospital admission from computerized records of National Health Insurance. Discharge data.<br><br>Source populatioN: 2.64 million<br><br>N: 40.8 admissions/day; 74,509/5 yrs<br><br># Hospitals: 41<br><br>Study design: Case-crossover, referent day 1 wk before or after index day<br><br>Statistical analyses: Conditional logistic regression.<br><br>Covariates: same day temperature and humidity.<br><br>Season: warm/cool (stratified by temperature cutpoint of 20 °C)<br><br>Lag(s): 0-2 days | $SO_2$ 24-h avg (ppb)<br>Mean: 4.32<br>Min: 0.15<br>25th: 2.74<br>Median: 3.95<br>75th: 5.49<br>Max: 14.57<br>IQR: 2.75<br><br># of Stations: 6<br><br>Copollutants:<br>CO $O_3$ $NO_2$<br><br>$PM_{10}$ Correlations NR.<br><br>2-pollutant models to adjust for copollutants. | Effects were expressed as odds ratios based on an increment of 2.75 ppb.<br><br>Warm (≥ 20 °C) 0.967 (0.940, 0.995)<br>Cool (< 20 °C) 1.015 (0.965, 1.069)<br><br>In 2-pollutant models with ($PM_{10}$, $NO_2$, CO, or $O_3$) the effect of $SO_2$ was attenuated for both temperature ranges such that it was negatively associated with CVD.<br><br>≥ 20 °C: 0.874 (0.77, 0.880), w/ $PM_{10}$<br>< 20 °C: 0.986 (0.928, 1.048), w/ $PM_{10}$<br>≥ 20 °C: 0.826 (0.798, 0.854), w/ $NO_2$<br>< 20 °C: 0.922 (0.865, 0.984), w/ $NO_2$<br>≥ 20 °C: 0.903 (0.876, 0.931), w/ CO<br>< 20 °C: 0.960 (0.901, 1.022), w/ CO<br>≥ 20 °C: 0.953 (0.926, 0.981), w/ $O_3$<br>< 20 °C: 1.014 (0.963, 1.067), w/ $O_3$ |
| Lee et al. (2003b)<br><br>Seoul, Korea<br><br>Period of Study:<br>Dec 1997-Dec 1999, 822-days,<br><br>N: 184 days in summer | Outcome(s) (ICD10): IHD: Angina pectoris 120; Acute or subsequent MI 121-123; other acute IHD 124. Electronic medical insurance data used.<br><br>Study design: Time-series<br><br>Statistical methods: Poisson regression, GAM with strict convergence criteria.<br><br>Age groups analyzed: all ages, 64+<br><br>Covariates: Long-term trends LOESS smooth, temperature, humidity, day of wk.<br><br>Season: Presented results for summer (Jun, Jul, Aug) and entire period.<br><br>Lag(s): 0-6 | $SO_2$ 24 h avg (ppb):<br>5th: 3.7<br>10th: 5.1<br>Median: 7.0<br>75th: 9.5<br>95th: 14.3<br>Mean (SD): 7.7 (3.3)<br>IQR: 4.4<br><br>Copollutants:<br>All yr<br>$NO_2$ (0.72) $O_3$ (−0.30)<br>CO (0.81) $PM_{10}$ (0.59)<br>Warm season<br>$NO_2$ (0.79) $O_3$ (−0.56)<br>CO (0.41) $PM_{10}$ (0.61)<br><br>2-pollutant models. | Results reported for RR of IHD hospital admission for an incremental increase in $SO_2$ equivalent to one IQR (4.4 ppb).<br><br>Single-pollutant model:<br>Entire season- IHD<br>All ages 0.96 (0.92, 0.99) lag 3<br>≥ 64 yrs 0.95 (0.90, 1.01) lag 3<br><br>Summer- IHD<br>All ages 1.09 (0.96, 1.24) lag 3<br>≥ 64 yrs 1.32 (1.08, 1.62) lag 3<br><br>2-pollutant model:<br>Entire season; $SO_2$ and $PM_{10}$<br>≥ 64 yrs 0.98 (0.94, 1.03) lag 3 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Tsai et al. (2003a)<br>Kaohsiung, Taiwan<br>Period of Study:<br>1997-2000 | Outcome(s) (ICD9): All cerebrovascular 430-438; SHS 430;PIH 431-432; IS 433-435; Other 436-438. Ascertained from National Health Insurance Program computerized admissions records.<br>Study design: Case-crossover<br>Statistical Analysis: conditional logistic regression.<br>N: 23,179 stroke admissions<br># Hospitals: 63<br>Statistical software: SAS<br>Season: warm (≥ 20 °C); cool (< 20 °C)<br>Lag(s): 0-2, cumulative lag up to 2 previous days | $SO_2$ (ppb)<br>Min: 1.25<br>25th: 6.83<br>Median: 9.76<br>75th: 13.00<br>Max: 26.80<br>Mean: 10.08<br><br># Station: 6<br><br>Copollutants:<br>$PM_{10}$ $SO_2$<br>CO $O_3$ | Results reported as OR for the association of admissions with an incremental increase of $SO_2$ equivalent to the IQR of 6.2 ppb<br>PIH admissions: Warm: 1.06 (0.95, 1.18), lag 0-2;<br>Cool: 0.85 (0.58, 1.26), lag 0-2<br>IS admissions: Warm: 1.06 (1.00, 1.13), lag 0-2;<br>Cool: 1.11 (0.83, 1.48), lag 0-2<br>2-pollutant models: PIH 0.91 (0.80, 1.03) w/ $NO_2$<br>IS 0.93 (0.87, 1.00) w/ $NO_2$<br>PIH 0.94 (0.83, 1.06), w/ CO<br>IS 0.94 (0.88, 1.02), w/ CO<br>PIH 1.08 (0.96, 1.20) w/ $O_3$<br>IS 1.08 (1.01, 1.15) w/ $O_3$<br>PIH 0.99 (0.88, 1.11) w/ PM<br>IS 1.01 (0.95-1.08) w/ PM |
| Wong et al. (1999)<br>Hong Kong, China<br>Period of Study:<br>1994-1995 | Outcome(s) (ICD9): CVD:<br>410-417, 420-438, 440-444; CHF 428; IHD 410-414; Cerebrovascular Disease 430-438. Hospital admissions through ER departments via Hospital Authority (discharge data).<br>Study design: Time-series<br>Statistical analyses: Poisson regression, APHEA protocol<br># Hospitals: 12<br>Covariates: daily temperature, relative humidity day of wk, holidays, influenza, long-term trends (yr and seasonality variables). Interaction of pollutants with cold season examined.<br>Season: cold (Dec-Mar)<br>Lag(s): 0-3 days | $SO_2$ 24-h avg ($\mu g/m^3$)<br>Mean: 20.2<br>IQR: 10<br><br>Copollutants:<br>$PM_{10}$<br>$SO_2$<br>$O_3$ | Results reported for RR associated with incremental increase in $NO_2$ equal to 10 $\mu g/m^3$.<br>All CVD, All ages<br>1.016 (1.006, 1.026) lag 0-1<br>All CVD, 5-65 yrs<br>1.004 (0.989, 1.020) lag 0-1<br>All CVD, >65 yrs<br>1.021 (1.010, 1.032) lag 0-1<br>CHF<br>1.036 (1.013, 1.059) lag 0<br>IHD<br>1.010 (0.995, 1.025) lag 0-1<br>Cerebrovascular<br>0.990 (0.978, 1.002) lag 3<br>2-pollutant model results not presented for $SO_2$ |
| Wong et al. (2002a)<br>Hong Kong, London<br>Period of Study:<br>1995-1997 (Hong Kong),<br>1992-1994 (London) | Outcome(s) (ICD9): Cardiac disease 390-429; IHD 410-414. Patients admitted to hospitals from emergency departments, out patient departments or directly to inpatient wards.<br>Statistical Analysis: Poisson regression, GAMs<br>Covariates: smooth functions of time, temperature, humidity (up to 3 days before admission) day of wk, holidays and unusual events.<br>Statistical software:<br>S-PLUS<br>Season: warm/cold<br>Lag(s): 0-3, cumulative 0-1 | $SO_2$ 24-h avg ($\mu g/m^3$)<br>Hong Kong<br>Mean, all yr: 17.7 (12.3)<br>Mean, warm: 18.3<br>Mean, cold: 17.2<br>Min: 1.1<br>10th: 6.2<br>50th: 14.5<br>90th: 32.8<br>Max: 90<br>London<br>Mean, all yr: 23.7 (12.3)<br>Mean, warm: 22.2<br>Mean, cold: 25.3<br>Min 6.2<br>10th: 13.2<br>50th: 20.6<br>90th: 38.1<br>Max: 113.6<br>Copollutants:<br>Hong Kong<br>$NO_2$ (0.37) $PM_{10}$ (0.30)<br>$O_3$ (−0.18)<br>London<br>$NO_2$ (0.71) $PM_{10}$ (0.64)<br>$O_3$ (−0.25) | Effects expressed as % change, increment was 10 $\mu g/m^3$<br>Cardiac (all ages)<br>Hong Kong: All yr: 2.1% (1.3, 2.8) lag 0-1<br>Warm: 1.0% (0.0, 2.0) lag 0-1<br>Cold: 1.9% (1.2, 2.7) lag 0-1<br>London: All yr: 1.6% (1.0, 2.2) lag 0-1<br>Warm: 0.6% (−0.6, 1.7) lag 0-1<br>Cold: 1.9% (1.2, 2.7) lag 0-1<br>IHD (all ages)<br>Hong Kong: All yr: 0.1% (−1.1, 1.2) lag 0-1<br>Warm: −0.6% (−2.0, 0.8) lag 0-1<br>Cold: 1.0% (−0.8, 2.8) lag 0-1<br>London: All yr: 1.7% (0.8, 2.6) lag 0-1<br>Warm: 1.0% (−0.6, 2.6) lag 0-1<br>Cold: 2.0% (0.9, 3.1) lag 0-1<br>Multipollutant model<br>Cardiac (all ages)<br>Hong Kong: $SO_2$ alone 2.1% (1.3, 2.8)<br>$SO_2$ with $NO_2$ 1.4% (0.4, 2.3)<br>$SO_2$ with $O_3$ 2.1% (1.4, 2.9)<br>$SO_2$ with $PM_{10}$ 2.0% (1.1, 2.8)<br>London: $SO_2$ 1.6% (1.0, 2.2)<br>$SO_2$ with $NO_2$ 1.4% (0.6, 2.3)<br>$SO_2$ with $O_3$ 1.6% (0.9, 2.2)<br>$SO_2$ with $PM_{10}$ 2.2% (1.2, 3.2) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Yang et al. (2004b)<br><br>Kaohsiung, Taiwan<br><br>Period of Study:<br>1997-2000 | Outcome(s) (ICD9): All CVD: 410-429 * (All CVD typically defined to include ICD9 codes 390-459)<br><br>N: 29,661<br><br>Study design: Case-crossover<br><br>Statistical Analysis: Poisson Time-series regression models, APHEA protocol<br><br># of Hospitals: 63<br><br>Season: Authors indicate not considered because the Taiwanese climate is tropical with no apparent seasonal cycle<br><br>Covariates: Stratified by warm (≥ 25°) and cold (< 25°) days, temperature, and humidity measurements included in the model<br><br>Statistical package: SAS<br><br>Lag: 0-2 days | $SO_2$ 24-h avg (ppb)<br><br>Min: 1.25<br>25%: 6.83<br>50%: 9.76<br>75%: 13.00<br>Max: 26.80<br>Mean: 10.08<br><br># of Stations: 6<br><br>Correlation among stations: NR<br><br>Copollutants:<br>$PM_{10}$ CO $SO_2$ $O_3$ 8<br><br>2-pollutant models used to adjust for copollutants<br><br>Correlations NR | OR's for the association of one IQR (17.08 ppb) increase in $SO_2$ with daily counts of CVD hospital admissions are reported<br><br>All CVD (ICD9: 410-429)<br>One-pollutant model: ≥ 25°: 0.999 (0.954, 1.047); < 25°: 1.187 (1.092, 1.291)<br>2-pollutant models:<br>Adjusted for $PM_{10}$: ≥ 25°: 0.961 (0.917, 1.008) < 25°: 1.048 (0.960, 1.145)<br>Adjusted for $NO_2$: ≥ 25°: 0.921 (0.875, 0.969) < 25°: 0.711 (0.641, 0.789)<br>Adjusted for CO: ≥ 25°: 0.831 (0.785, 0.879) < 25°: 0.996 (0.910, 1.089)<br>Adjusted for $O_3$: ≥ 25°: 1.034 (0.987, 1.084) < 25°: 1.194 (1.098, 1.299) |
| **MIDDLE EAST** | | | |
| Hosseinpoor et al. (2005)<br><br>Tehran, Iran<br><br>Period of Study:<br>Mar 1996-Mar 2001, 5 yrs | Outcome(s) (ICD9): Angina pectoris 413. Primary discharge diagnosis from registry databases or records.<br><br>Study design: Time-series<br><br>Statistical methods: Poisson regression<br><br># Hospitals: 25<br><br>Covariates: Long-term trends, seasonality, temperature, humidity, holiday, post-holiday, day of wk.<br><br>Lag(s): 0-3 | $SO_2$ 24-h avg ($\mu g/m^3$)<br><br>Mean (SD): 73.74 (33.30)<br>Min: 0.30<br>25th: 48.23<br>Median: 74.05<br>75th: 98.64<br>Max: 499.26<br>Copollutants:<br>$NO_2$ CO $O_3$ $PM_{10}$<br><br>Correlations NR | Results reported for relative risk in hospital admissions per increment of 10 $\mu g/m^3$ $SO_2$.<br><br>Angina<br><br>0.99995 (0.99397, 1.00507), lag 1<br><br>In a multipollutant model only CO (lag 1) was significantly associated with angina pectoris related hospital admissions. |

## Table F-5.   Short-term exposure to $SO_2$ and mortality.

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| **META ANALYSIS** | | | | |
| Stieb et al. (2002), (reanalysis 2003)<br><br>Meta-analysis of estimates from various countries. | The lags and multiday averaging used varied<br><br>Meta-analysis of time-series study results. | 24-h avg ranged from 0.7 ppb (San Bernardino) to 75 ppb (Shenyang)<br><br>"Representative" concentration: 9.4 ppb<br><br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO | All cause | Single-pollutant model (29 estimates): 1.0% (0.6, 1.3)<br><br>Multipollutant model estimates (10 estimates): 0.9% (0.3, 1.4) |
| **UNITED STATES** | | | | |
| Chock et al. (2000)<br><br>Pittsburgh, PA<br><br>Period of Study:<br>1989-1991 | Lags: 0, 1, 2, 3<br><br>Poisson GLM. Time-series study. Numerous results | Mean NR<br><br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO; 2-, 5-, and 6-pollutant models | All cause; age < 75 yrs; age 75+ yrs | All cause:<br><br>Age 0-75 yrs:<br>Lag 1: 0.7% (−0.7, 2.2)<br><br>Age 75+ yrs:<br>Lag 1: −0.2% (−1.6, 1.3) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| De Leon et al. (2003)<br><br>New York City<br><br>Period of Study:<br>1985-1994 | Lags: 0 or 1<br><br>Poisson GAM with Stringent convergence Criteria; Poisson GLM. Time-series study. | 24-h avg: 14.64 ppb<br><br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO; 2-pollutant models | Circulatory and cancer with and without contributing respiratory causes | Gaseous pollutants results were given only in figures.<br><br>Circulatory:<br>Age < 75 yrs: ~2%<br>Age 75+ yrs: ~2% |
| Dockery et al. (1992)<br><br>St. Louis, MO and Eastern Tennessee<br><br>Period of Study:<br>1985-1986 | Lag: 1<br><br>Poisson with GEE.<br><br>Time-series study. | 24-h avg:<br>St. Louis: 8.9 ppb<br><br>Eastern Tennessee:<br>5.1 ppb<br><br>Copollutants: $PM_{10}$, $PM_{2.5}$, $SO_4^{2-}$, H+, $O_3$, $NO_2$ | All cause | All cause:<br>St. Louis, MO: 0.8% (−1.7, 3.2)<br><br>Eastern Tennessee: 0.4% (−0.4, 1.1) |
| Gamble (1998)<br><br>Dallas, TX<br><br>Period of Study:<br>1990-1994 | Lag: 0<br><br>Poisson GLM.<br>Time-series study. | 24-h avg: 3 ppb<br><br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO; 2-pollutant models | All cause; respiratory; cardiovascular | All cause: −0.8% (−3.8, 2.4)<br>Respiratory: −1.0% (−5.8, 4.1)<br>Cardiovascular: −0.5% (−11.4, 11.8) |
| Gwynn et al. (2000)<br><br>Buffalo, NY<br><br>May 1998-Oct 1990 | Lag: 0, 1, 2, 3<br><br>Poisson GAM with Default convergence criteria. Time-series study. | 24-h avg: 12.2 ppb<br><br>Copollutants: $PM_{10}$, CoH, $SO_4^{2-}$, $O_3$, $NO_2$, CO, H+ | All cause; respiratory; circulatory | All cause:<br>Lag 0: −0.1% (−1.8, 1.7)<br>Circulatory: Lag 3: 1.3% (−2.9, 5.6)<br>Respiratory: Lag 0: 6.4% (−2.5, 16.2) |
| Kelsall et al. (1997)<br><br>Philadelphia, PA<br><br>Period of Study:<br>1974-1988 | Lag: 0<br>(AIC presented for 0 through 5)<br><br>Poisson GAM. | 24-h avg: 17.3 ppb<br><br>Copollutants: TSP, CO, $NO_2$, $O_3$ | All cause; respiratory; cardiovascular | All cause:<br><br>Single-pollutant:<br>0.8% (0.3, 1.4)<br>With all other pollutants:<br>0.8% (0.1, 1.6) |
| Kinney and Özkaynak (1991)<br><br>Los Angeles County, CA<br><br>Period of Study:<br>1970-1979 | Lag: 1<br><br>OLS (ordinary least squares) on high-pass filtered variables. Time-series study. | 24-h avg: 15 ppb<br><br>Copollutants: KM (particle optical reflectance), Ox, $NO_2$, CO; multipollutant models | All cause; respiratory; circulatory | All cause:<br><br>Exhaustive multipollutant model: 0.0% (−1.1, 1.2) |
| Klemm and Mason (2000)<br><br>Atlanta, GA<br><br>Period of Study:<br>Aug 1998-Jul 1999 | Lag: 0-1<br><br>Poisson GLM using quarterly, monthly, or biweekly knots for temporal smoothing. Time-series study. | 1-h max: 18.7 ppb<br><br>Copollutants: $PM_{2.5}$, $PM_{10-2.5}$, EC, OC, $SO_4^{2-}$, $NO_3-$, $O_3$, $NO_2$, CO | All cause; respiratory; cardiovascular; cancer; other; age < 65 yrs; age 65+ yrs | All cause - Age 65+ yrs:<br><br>Quarterly knots:<br>4.7% (−2.6, 12.5)<br>Monthly knots:<br>3.4% (−4.1, 11.5)<br>Bi-weekly knots:<br>1.0% (−6.7, 9.3) |
| Klemm et al. (2004)<br><br>Georgia (Fulton; DeKalb counties)<br><br>Period of Study:<br>1998-2000 | Lags: 2-day avg (avg of lag 0 and lag 1)<br><br>Poisson with GLM. Time-series study. | 1-h max (ppb): 19.4 (13.42)<br><br>Copollutants: $PM_{2.5}$, Coarse mass, $O_3$, $NO_2$, CO, Acid, Ultrafine surface area, Ultrafine count, EC, Organic carbon, $SO_4$, Oxygenated hydrocarbons, Nonmethane hydrocarbons, $NO_3$ | All-cause | ≥ 65 yrs old<br><br>Quarterly knots (SE)<br>β = 0.00115 (0.00092) t = 1.24<br><br>Monthly knots (SE)<br>β = 0.00084 (0.00096) t = 0.87<br><br>Biweekly knots (SE)<br>β = 0.00024 (0.00101) t = 0.24 |
| Lipfert et al. (2000a)<br><br>Seven counties in Philadelphia, PA area<br><br>Period of Study:<br>May 1992-Sep 1995 | Lag: 0-1<br><br>Linear with 19-day weighted avg Shumway filters. Time-series study. Numerous results. | 24-h avg: ~8 ppb<br><br>Copollutants: $PM_{10}$, $PM_{2.5}$, $PM_{10-2.5}$, $SO_4^{2-}$, other PM indices, $O_3$, $NO_2$, CO; 2-pollutant models | All cause; respiratory; cardiovascular; all ages; age 65+ yrs; age<br><br>< 65 yrs; various subregional boundaries | All-cause:<br><br>Philadelphia:<br><br>0.7% (p > 0.05) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Lippmann et al. (2000); reanalysis Ito, (2003)<br><br>Detroit, MI<br><br>Period of Study:<br>1985-1990<br>1992-1994 | Lags: 0, 1, 2, 3, 0-1, 0-2, 0-3<br><br>Poisson GAM, reanalyzed with stringent convergence criteria; Poisson GLM. Numerical $SO_2$ risk estimates were not presented in the re-analysis. Time-series study. | 24-h avg:<br>1985-1990: 9.8 ppb<br>1992-1994: 7 ppb<br><br>Copollutants: $PM_{10}$, $PM_{2.5}$, $PM_{10-2.5}$, $SO_4^{2-}$, H+, $O_3$, $NO_2$, CO;<br><br>2-pollutant models | All cause; respiratory; circulatory; cause-specific | Poisson GAM:<br><br>All cause:<br>1985-1990:<br>Lag 1: 0.5% (−1.5, 2.4)<br><br>1992-1994:<br>Lag 1: 1.1% (−1.4, 3.6) |
| Mar et al. (2000; 2003)<br><br>Phoenix, AZ.<br><br>Period of Study:<br>1995-1997 | Lags: 0 for all cause; 0, 1, 2, 3, 4 for cardiovascular<br><br>Poisson GAM with default convergence criteria (only cardiovascular deaths were reanalyzed in 2003). Time-series study. | 24-h avg: 3.1 ppb<br><br>Copollutants: $PM_{2.5}$, $PM_{10}$, $PM_{10-2.5}$, CO, $NO_2$, $O_3$, and selected trace elements, ions, EC, OC, TOC, and factor analysis components | All cause, cardiovascular | Poisson GAM:<br>All cause:<br>Lag 0: 11.2% (−1.5, 25.6)<br><br>Poisson GLM:<br>Cardiovascular:<br>Lag 1: 7.4% (−13.1, 32.6) |
| Moolgavkar et al. (1995)<br><br>Philadelphia, PA<br><br>Period of Study:<br>1973-1988 | Lag: 1<br><br>Poisson GLM. Time-series study. | 24-h avg:<br>Spring: 16.8 ppb<br>Summer: 15.7 ppb<br>Fall: 17.8 ppb<br>Winter: 25.4 ppb<br><br>Copollutants: TSP, $O_3$;<br>2-pollutant models | All cause | All yr: 1.3% (0.8, 1.8)<br><br>Spring: 1.7% (0.6, 2.9)<br>Summer: 0.9% (−0.7, 2.5)<br><br>Fall: 1.3% (0.0, 2.6)<br>Winter: 2.0% (0.9, 3.0) |
| Moolgavkar (2000b; 2003b)<br><br>Cook County, IL; Los Angeles County, CA; and Maricopa County, AZ<br><br>Period of Study:<br>1987-1995 | Lags: 0, 1, 2, 3, 4, 5<br><br>Poisson GAM with default convergence criteria in the original Moolgavkar (2000); GAM with stringent convergence criteria and GLM with natural splines in the 2003 re-analysis. The 2000 analysis presented total death risk estimates only in figures. | 24-h avg median:<br>Cook County: 6 ppb<br>Los Angeles: 2 ppb<br>Maricopa County: 2 ppb<br><br>Copollutants: $PM_{2.5}$, $PM_{10}$, $O_3$, $NO_2$, CO; 2- and 3-pollutant models | Cardiovascular; cerebrovascular; COPD | GLM (re-analysis):<br>Cook County:<br>All-cause:<br>Lag 1: 2.6% (1.4, 3.8)<br>Cardiovascular:<br>Lag 1: 2.9% (1.0, 4.8)<br><br>Los Angeles: Cardiovascular:<br>Lag 1: 5.9% (3.0, 9.0) |
| Moolgavkar (2003a)<br><br>Cook County, IL and Los Angeles County, CA<br><br>Period of Study:<br>1987-1995 | Lags: 0, 1, 2, 3, 4, 5<br><br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg median:<br>Cook County: 6 ppb<br>Los Angeles: 2 ppb<br><br>Copollutants: $PM_{2.5}$, $PM_{10}$, $O_3$, $NO_2$, CO; 2-pollutant models | All cause; cardiovascular | All cause: Cook County<br>Single-pollutant:<br>Lag 1: 2.6% (1.5, 3.7)<br>With $PM_{10}$:<br>Lag 1: 1.9% (0.6, 3.2)<br><br>Los Angeles<br>Single-pollutant:<br>Lag 1: 6.9% (5.4, 8.4)<br>With $PM_{2.5}$:<br>Lag 1: 7.6% (3.4, 12.0) |
| Samet et al. (2000a; 2000b); reanalysis Dominici et al. (2003)<br><br>90 U.S. cities (58 U.S.cities with $SO_2$ data)<br><br>Period of Study: 1987-1994 | Lags: 0, 1, 2<br><br>Poisson GAM, reanalyzed with stringent convergence criteria; Poisson GLM. Time-series study. | 24-h avg ranged from 0.4 ppb (Riverside) to 14.2 ppb (Pittsburgh)<br><br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO; multipollutant models | All cause; cardiopulmonary | Posterior means:<br><br>All cause:<br>Single-pollutant:<br>Lag 1: 0.6% (0.3, 1.0)<br><br>With $PM_{10}$ and $NO_2$:<br>Lag 1: 0.4% (−0.6, 1.4) |
| Schwartz (1991)<br><br>Detroit, MI<br><br>Period of Study:<br>1973-1982 | Lags: 0, 1, 0-1<br><br>Poisson GEE. Time-series study. | 24-h avg: 12 ppb<br><br>Copollutants: TSP (predicted from extinction coefficient); 2-pollutant models | All cause | Poisson regression coefficient<br><br>Single-pollutant:<br>Lag 1: 0.863 (SE = 0.323)<br>With TSP:<br>Lag 1: 0.230 (SE = 0.489)<br><br>(Though $SO_2$ levels were reported in ppb, these coefficients must have been for $SO_2$ in ppm.) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Schwartz (2000)<br>Philadelphia, PA<br>Period of Study:<br>1974-1988 | Lag: 0<br>Poisson GAM model in 15 winter and 15 summer periods. The second stage regressed the TSP and $SO_2$ risk estimates on $SO_2$/TSP relationships. | 24-h avg summer mean declined from 20 ppb in 1974 to 9 ppb in 1988; winter mean declined from 35 ppb in 1974 to 17 in 1988<br>Copollutants: TSP, extinction coefficient | All cause | Single-pollutant:<br>2.3% (1.6, 3.0)<br>With TSP:<br>0.4% (−2.2, 3.1) |
| Schwartz (2004)<br>14 U.S. cities that had daily $PM_{10}$ data<br>Period of Study:<br>1986-1993 | Lag: 1<br>Case-crossover design, estimating $PM_{10}$ risks by matching by the levels of gaseous pollutants. | 24-h avg median ranged from 2.2 ppb (Spokane, WA) to 39.4 ppb (Pittsburgh, PA)<br>Copollutants: $PM_{10}$ risk estimates computed, matched by the levels of $SO_2$, CO, $NO_2$, and $O_3$ | All cause | $SO_2$ risk estimates not computed. $PM_{10}$ risk estimates showed the largest risk estimate when matched for $SO_2$. |
| **CANADA** | | | | |
| Burnett et al. (2004)<br>12 Canadian cities<br>Period of Study:<br>1981-1999 | Lag: 1<br>Poisson GLM. Time-series study. | 24-h avg ranged from 1 ppb (Winnipeg) to 10 ppb (Halifax)<br>Copollutants: $PM_{2.5}$, $PM_{10-2.5}$, $O_3$, $NO_2$, CO | All cause | Single-pollutant:<br>0.7% (0.3, 1.2)<br>With $NO_2$:<br>0.4% (0.0, 0.8) |
| Burnett et al. (1998a)<br>11 Canadian cities<br>Period of Study:<br>1980-1991 | Lags: 0, 1, 2, 0-1, 0-2 examined but the best lag/averaging for each city chosen<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg ranged from 1 ppb (Winnipeg) to 11 ppb (Hamilton)<br>Copollutants: $O_3$, $NO_2$, CO | All cause | Single-pollutant:<br>3.4% (2.0, 4.7)<br>With all gaseous pollutants:<br>2.6% (1.3, 3.9) |
| Burnett et al. (1998b)<br>Toronto<br>Period of Study :<br>1980-1994 | Lags: 0, 1, 0-1<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: 5 ppb<br>Copollutants: $O_3$, $NO_2$, CO, TSP, COH, estimated $PM_{10}$, estimated $PM_{2.5}$ | All cause | Single-pollutant:<br>Lag 0: 1.0% (0.3, 1.8)<br>With CO:<br>Lag 0: 0.6% (−0.4, 1.5) |
| Goldberg et al. (2003)<br>Montreal, Quebec<br>Period of Study:<br>1984-1993 | Lags: 0, 1, 0-2<br>Poisson GLM with natural splines. Time-series study. | 24-h avg: 6 ppb<br>Copollutants: $PM_{2.5}$, coefficient of haze, $SO4^{2-}$, $O_3$, $NO_2$, CO | Congestive heart failure (CHF) as underlying cause of death versus those classified as having CHF 1 yr prior to death | CHF as underlying cause of death: Lag 1: −0.1% (−8.9, 9.6)<br>Having CHF 1 yr prior to death: Lag 1: 5.4% (1.3, 9.5) |
| Vedal et al. (2003)<br>Vancouver, British Columbia<br>Period of Study:<br>1994-1996 | Lags: 0, 1, 2<br>Poisson GAM with stringent convergence criteria. Time-series study. By season. | 24-h avg: 3 ppb<br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO | All cause; respiratory; cardiovascular | Results presented in figures only.<br>All cause:<br>Summer: Lag 0: ~3%<br>Winter: Lag 1: ~1% |
| Villeneuve et al. (2003)<br>Vancouver, British Columbia<br>Period of Study:<br>1986-1999 | Lags: 0, 1, 0-2<br>Poisson GLM with natural splines. Time-series study. | 24-h avg: 5 ppb<br>Copollutants: $PM_{2.5}$, $PM_{10}$, $PM_{10-2.5}$, TSP, coefficient of haze, $SO4^{2-}$, $O_3$, $NO_2$, CO | All cause; respiratory; cardiovascular; cancer; SES | All yr:<br>All cause:<br>Lag 1: 1.7% (−1.1, 4.5)<br>Cardiovascular:<br>Lag 1: 1.1% (−3.1, 5.4)<br>Respiratory:<br>Lag 1: 8.3% (0.6, 16.6) |
| **EUROPE** | | | | |
| Anderson et al. (1996)<br>London, England<br>Period of Study:<br>1987-1992 | Lag: 1<br>Poisson GLM. Time-series study. | 24-h avg: 11 ppb<br>Copollutants: BS, $O_3$, $NO_2$; 2-pollutant models | All cause; respiratory; cardiovascular | All cause: 1.0% (0.0, 2.0)<br>Respiratory: 1.7% (−1.3, 4.9)<br>Cardiovascular: 0.2% (−1.4, 1.8) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Anderson et al. (2001) West Midlands region, England Period of Study: 1994-1996 | Lag: 0-1 Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: 7.2 ppb Copollutants: $PM_{10}$, $PM_{2.5}$, $PM_{10}$-2.5, BS, SO42–, $O_3$, $NO_2$, CO | All cause; respiratory; cardiovascular | All cause: −0.2% (−2.5, 2.1) Respiratory: -2.2% (−7.4, 3.2) Cardiovascular: −0.2% (−3.5, 3.1) |
| Ballester et al. (2002) 13 Spanish cities Period of Study: 1990-1996 | Lags: 0-1 for 24-h avg $SO_2$; 0 for 1-h max $SO_2$ Poisson GAM with default convergence criteria. Time-series study. | 24-h avg $SO_2$ ranged from 2.8 ppb (Sevilla) to 15.6 ppb (Oviedo) Copollutants: TSP, BS, $PM_{10}$ | All cause, cardiovascular, respiratory | All cause: Lag 0-1: 1.4% (0.2, 2.7) Cardiovascular: Lag 0-1: 1.4% (−0.4, 3.3) Respiratory: Lag 0-1: 3.5% (1.0, 6.0) |
| Biggeri et al. (2005) 8 Italian cities Period of study variable between 1990-1999 | Lag: 0-1 Poisson GLM. Time-series study. | 24-h avg ranged from 2 ppb (Verona) to 14 ppb (Milan) Copollutants: $O_3$, $NO_2$, CO, $PM_{10}$ | All cause; respiratory; cardiovascular | All cause: 4.1% (1.1, 7.3) Respiratory: 7.4% (−3.6, 19.6) Cardiovascular: 4.9% (0.4, 9.7) |
| Bremner et al. (1999) London, England Period of Study : 1992-1994 | Lags: Selected best from 0, 1, 2, 3, (all cause); 0, 1, 2, 3, 0-1, 0-2, 0-3 (respiratory, cardiovascular) Poisson GLM. Time-series study. | 24-h avg: 7 ppb Copollutants: BS, $PM_{10}$, $O_3$, $NO_2$, CO; 2-pollutant models | All cause; respiratory; cardiovascular; all cancer; all others; all ages; age specific (0-64, 65+, 65-74, 75+ yrs) | All cause: Lag 1: 1.6% (−0.5, 3.7) Respiratory: Lag 2: 4.8% (−0.2, 10.0) Cardiovascular Lag 1: 1.3% (−1.7, 4.3) |
| Clancy et al. (2002) Dublin, Ireland Period of Study: 1984-1996 | NA Comparing standardized mortality rates for 72 mos before and after the ban on coal sales in Sep 1990. | 24-h avg: 1984-1990: 11.7 ppb 1990-1996: 7.7 ppb Copollutants: BS | All cause, cardiovascular, and respiratory | BS mean declined by a larger percentage (70%) than $SO_2$ (34%) between the two periods. All cause death rates reduced by 5.7% (4, 7); respiratory deaths by 15.5% (12, 19); cardiovascular deaths by 10.3% (8, 13). |
| Dab et al. (1996) Paris, France Period of Study : 1987-1992 | Lag: 1 Poisson autoregressive. Time-series study. | 24-h avg: 11.2 ppb 1-h max: 22.5 ppb Copollutants: BS, $PM_{13}$, $O_3$, $NO_2$, CO | Respiratory | Lag 1: 2.3% (−0.9, 5.5) |
| Díaz et al. (1999) Madrid, Spain Period of Study: 1990-1992 | Lag: 1 Autoregressive OLS regression. Time-series study. | 24-h avg: Levels NR. Copollutants: TSP, $O_3$, $NO_2$, CO | All cause; respiratory; cardiovascular | Only significant regression coefficients were shown, but description of the table was not clear enough to derive risk estimates. |
| Fischer et al. (2003) The Netherlands Period of Study: 1986-1994 | Lags: 0-6 Poisson GAM with default convergence criteria. Time-series study. | 24-h avg median: 3.5 ppb Copollutants: $PM_{10}$, BS, $O_3$, $NO_2$, CO | All-cause, cardiovascular, COPD, and pneumonia in age groups < 45, 45-64, 65-74, 75+ | Cardiovascular: Age < 45 yrs: 4.3% (−4.6, 13.9); Age 45-64 yrs: −0.5% (−3.6, 2.7); Age 65-74 yrs: 1.6% (−0.8, 4.2); Age 75+ yrs: 2.8% (1.3, 4.3) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Garcia-Aymerich et al. (2000)<br><br>Barcelona, Spain<br><br>Period of Study:<br>1985-1989 | Selected best averaged lag<br><br>Poisson GLM. Time-series study. | Levels NR.<br><br>Copollutants: BS, $O_3$, $NO_2$ | All cause; respiratory; cardiovascular; general population; patients with COPD | All cause:<br>General population:<br>Lag 0-3: 4.4% (2.3, 6.5);<br>COPD patients:<br>Lag 0-2: 2.6% (−5.0, 10.7)<br>Respiratory:<br>General population: Lag 0-1:<br>3.5% (−0.6, 7.8)<br>COPD patients:<br>Lag 0-2: 2.3% (−8.9, 15.0)<br>Cardiovascular:<br>General population: Lag 0-3:<br>5.1% (2.3, 8.0)<br>COPD patients: Lag 0-2: 2.0%<br>(−11.5, 17.5) |
| Hoek et al. (1997)<br><br>Rotterdam, the Netherlands<br><br>Period of Study:<br>1983-1991 | Lag: 1<br><br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg median:<br><br>7.7 ppb<br><br>Copollutants: TSP, BS, Fe, $O_3$, CO | All cause | Single-pollutant:1.5% (0.0, 3.0)<br><br>With TSP and $O_3$: 0.5% (−1.2, 2.3) |
| Hoek et al. (2001; reanalysis 2003)<br><br>The Netherlands: Entire country, four urban areas<br><br>Period of Study:<br>1986-1994 | Lag: 1, 0-6<br><br>Poisson GAM, reanalyzed with stringent convergence criteria; Poisson GLM.<br>Time-series study. | 24-h avg median: 3.5 ppb in the Netherlands; 5.6 ppb in the four major cities<br><br>Copollutants: $PM_{10}$, BS, $SO_4^{2-}$, $NO_3^-$, $O_3$, $NO_2$, CO;<br>2-pollutant models | All cause; COPD; pneumonia; cardiovascular | Poisson GLM:<br><br>All cause:<br>Lag 1: 1.3% (0.7, 1.9)<br>Lag 0-6: 1.8% (0.9, 2.7) With BS: 1.1% (−0.3, 2.4)<br>Cardiovascular:<br>Lag 0-6: 2.7% (1.3, 4.1)<br>COPD:<br>Lag 0-6: 3.6% (−0.3, 7.7)<br>Pneumonia:<br>Lag 0-6: 6.6% (1.2, 12.2) |
| Hoek et al. (2001); reanalysis Hoek (2003)<br><br>The Netherlands<br><br>Period of Study:<br>1986-1994 | Lag: 0-6<br><br>Poisson GAM, reanalyzed with stringent convergence criteria; Poisson GLM. Time-series study. | 24-h avg median: 3.5 ppb in the Netherlands; 5.6 ppb in the four major cities<br><br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO | Total cardiovascular; myocardial infarction; arrhythmia; heart failure; cerebrovascular; thrombosis-related | Poisson GLM:<br>Total cardiovascular: 2.7% (1.3, 4.1)<br>Myocardial infarctioN: 0.8% (−1.2, 2.8)<br>Arrhythmia: 2.3% (−3.9, 8.8)<br>Heart failure: 7.1% (2.6, 11.7)<br>Cerebrovascular: 4.4% (1.4, 7.5)<br>Thrombosis-related: 9.6% (3.1, 16.6) |
| Katsouyanni et al. (1997)<br><br>12 European cities<br><br>Period of Studys vary by city, ranging from 1977 to 1992 | "Best" lag variable across cities from 0 to 3<br><br>Poisson autoregressive. Time-series study. | 24-h avg median of the median across the cities was 14 ppb, ranging from 5 ppb (Bratislava) to 26 ppb (Cracow)<br><br>Copollutants: BS, $PM_{10}$ | All cause | All cities: 1.1% (0.9, 1.4)<br><br>Western cities: 2.0% (1.2, 2.8)<br><br>Central eastern cities: 0.5% (−0.4, 1.4) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Keatinge and Donaldson (2006)<br><br>London, United Kingdom<br><br>Period of Study:<br>1991-2002 | Lags: Mean of 0, −1, −2<br><br>Graphic analysis and GAM. Time-series study. | 24-h avg: Levels NR<br><br>Copollutants: $O_3$, $PM_{10}$ | All-cause | Relative Risk for a $10^6$ Increase in Mortality (per 10 ppb $SO_2$)<br><br>$SO_2$ + Temp: 3.1 (0.6, 5.5)<br>$SO_2$ + Temp + Acclim.: 2.2 (−0.1, 4.6)<br><br>$SO_2$ + Temp + Acclim. + Acclim. x Temp: 2.5 (0.2, 4.8)<br><br>$SO_2$ + Temp + Acclim. + Acclim. x Temp + Sun: 2.3 (−0.03, 4.5)<br><br>$SO_2$ + Temp + Acclim. + Acclim. x Temp + Sun + Wind: 1.6 (−0.7, 3.8)<br><br>$SO_2$ + Temp + Acclim. + Acclim. x Temp + Sun + Wind + Abs. Humidity: 1.7 (−0.6, 3.9)<br><br>$SO_2$+ Temp + Acclim. + Acclim. x Temp + Sun + Wind + Abs. Humidity + Rain: 1.8 (−0.4, 4.1)<br><br>$SO_2$ + Temp. + Abs. Humidity: 2.5 (0.03, 4.9) |
| Kotesovec et al. (2000)<br><br>Northern Bohemia, Czech Republic<br><br>Period of Study:<br>1982-1994 | Lags: 0, 1, 2, 3, 4, 5, 6, 0-6<br><br>Poisson GLM, time-series study | 24-h avg 34.9 ppb<br><br>Copollutants: TSP | All cause, cardiovascular (only age = < 65 presented), cancer | All cause:<br><br>Lag 1: 0.1% (−0.1, 0.4) |
| Le Tertre et al. (2002)<br><br>Bordeaux , Le Havre, Lille, Lyon, Marseille, Paris, Rouen, Strasbourg, France<br><br>Period of Study varies by city, ranging from 1990-1995 | Lags: 0-1<br><br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg ranged from 3 ppb (Bordeaux) to 9 ppb (Rouen)<br><br>Copollutants: BS, $O_3$, $NO_2$ | All cause; respiratory; cardiovascular | 8-city pooled estimates:<br><br>All cause:<br>2.0% (1.2, 2.9)<br><br>Respiratory: 3.2% (0.1, 6.3)<br><br>Cardiovascular: 3.0% (1.5, 4.5) |
| Michelozzi et al. (1998)<br>Rome, Italy<br><br>Period of Study:<br>1992-1995 | Lags: 0, 1, 2, 3, 4<br><br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: 5.7 ppb<br><br>Copollutants: $PM_{13}$, $NO_2$, $O_3$, CO | All-cause | Lag 1: −2.0% (−4.4, 0.5); (negative estimates at all lags examined) |
| Peters et al. (2000b)<br><br>NE Bavaria, Germany 1982-1994<br><br>Coal basin in Czech Republic<br><br>Period of Study:<br>1993-1994 | Lags: 0, 1, 2, 3<br><br>Poisson GLM. Time-series study. | 24-h avg:<br>Czech Republic: 35 ppb<br><br>Bavaria, Germany: 14 ppb<br><br>Copollutants: TSP, $PM_{10}$, $O_3$, $NO_2$, CO | All cause; respiratory; cardiovascular; cancer | Czech Republic:<br>All cause:<br>Lag 1: 0.8% (−0.2, 1.8)<br><br>Bavaria, Germany:<br>All cause:<br>Lag 1: 0.3% (−0.3, 0.9) |
| Pönkä et al. (1998)<br><br>Helsinki, Finland<br><br>Period of Study:<br>1987-1993 | Lags: 0, 1, 2, 3, 4, 5, 6, 7<br><br>Poisson GLM. Time-series study. | 24-h avg median:<br>3.5 ppb<br><br>Copollutants: TSP, $PM_{10}$, $O_3$, $NO_2$ | All cause; cardiovascular; age < 65 yrs, age 65+ yrs | No risk estimate presented for $SO_2$. $PM_{10}$ and $O_3$ were reported to have stronger associations. |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Prescott et al. (1998)<br>Edinburgh, Scotland<br>Period of Study: 1992-1995 | Lag: 0<br>Poisson GLM. Time-series study. | 24-h avg: 1981-1995: 15 ppb<br>1992-1995: 8 ppb<br>Copollutants: BS, $PM_{10}$, $O_3$, $NO_2$, CO; 2-pollutant models | All cause; respiratory; cardiovascular; all ages; age < 65 yrs; age 65+ yrs | Results presented as figures only. Essentially no associations in all categories. Very wide confidence intervals. |
| Rahlenbeck and Kahl (1996)<br>East Berlin, Germany<br>Period of Study: 1981-1989 | Lags: 0, 1, 2, 3, 4, 5<br>OLS, with log of $SO_2$. Time-series study. | 24-h avg: 61.9 ppb<br>"SP" (beta absorption) | All cause | Single-pollutant:<br>Lag 1: 4.4% (0, 8.7);<br>With SP:<br>Lag 1: 2.9% (−2.7, 8.5) |
| Roemer and van Wijinen (2001)<br>Amsterdam, the Netherlands<br>Period of Study:˙ 1987-1998 | Lags: 1, 2, 0-6<br>Poisson GAM with default convergence criteria (only one smoother). Time-series study. | 24-h avg:<br>Background sites: 3.1 ppb<br>Traffic sites: 4.2 ppb<br>Copollutants: BS, $PM_{10}$, $O_3$, $NO_2$, CO | All cause | Total population using background sites:<br>Lag 1: 2.6% (−0.6, 5.8)<br>Traffic population using background sites:<br>Lag 1: 0.6% (−6.9, 8.6)<br>Total population using traffic sites: Lag 1: 2.4% (−0.3, 5.1) |
| Saez et al. (1999)<br>Barcelona, Spain<br>Period of Study: 1986-1989 | Lags: 0-1<br>Poisson with GEE. Time-series study. | Levels NR.<br>Copollutants: BS, $O_3$, $NO_2$, | Asthma mortality; age 2-45 yrs | RR = 1.9 (0.7, 4.4) |
| Saez et al. (2002)<br>Seven Spanish cities<br>Variable periods of study between 1991 and 1996 | Lags: 0-3<br>Poisson GAM with default convergence criteria. Time-series study. | Values for $SO_2$ NR.<br>Copollutants: $O_3$, PM, $NO_2$, CO | All cause; respiratory; cardiovascular | Risk estimates for $SO_2$ was NR. Including $SO_2$ in regression model did not appear to reduce $NO_2$ risk estimates. |
| Spix and Wichman (1996)<br>Koln, Germany<br>Period of Study: 1977-1985 | Lags: 0, 1, 0-3<br>Poisson GLM. Time-series study. | 24-h avg: 15 ppb<br>1-h max: 32 ppb<br>Copollutants: TSP, $PM_7$, $NO_2$ | All-cause | Lag 1: 0.8% (0.2, 1.4) |
| Sunyer et al. (2002)<br>Barcelona, Spain<br>Period of Study:˙ 1986-1995 | Lags: 0-2<br>Conditional logistic (case-crossover) | 24-h avg median:<br>6.6 ppb<br>Copollutants: $PM_{10}$, BS, $NO_2$, $O_3$, CO, pollen | All cause, respiratory, and cardiovascular mortality in a cohort of patients with severe asthma | Odds ratio: Patients with 1 asthma admission:<br>All cause: 14.8% (−19.8, 64.4)<br>Patients with more than 1 asthma adm: All cause: 50.4% (−48.6, 340.4)<br>Patients with more than 1 asthma or COPDadm: All cause: 20.2% (−17.5, 75.0)<br>$NO_2$ and $O_3$ were more strongly associated with outcomes than $SO_2$. |
| Sunyer et al. (1996)<br>Barcelona, Spain<br>Period of Study: 1985-1991 | Selected best single-day lag<br>Autoregressive Poisson. Time-series study. | 24-h avg median:<br>Summer: 13 ppb<br>Winter: 16 ppb<br>Copollutants: BS, $NO_2$, $O_3$ | All cause; respiratory; cardiovascular; all ages; age 70+ yrs | All yr, all ages: All cause:<br>Lag 1: 3.5% (1.9, 5.1)<br>Respiratory:<br>Lag 0: 3.5% (−0.2, 5.0)<br>Cardiovascular:<br>Lag 1: 2.2% (0.5, 3.9) |
| Verhoeff et al. (1996)<br>Amsterdam, the Netherlands<br>Period of Study: 1986-1992 | Lags: 0, 1, 2<br>Poisson GLM. Time-series study. | 24-h avg: 4.5 ppb<br>Copollutants: BS, $PM_{10}$, $O_3$, CO; multipollutant models | All cause; all ages; age 65+ yrs | Single-pollutant:<br>Lag 1: 1.4% (−1.4, 4.2)<br>With BS:<br>−3.7% (−8.1, 0.9) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Zeghnoun et al. (2001)<br>Rouen and Le Havre, France<br>Period of Study: 1990-1995 | Lags: 0, 1, 2, 3, 0-3<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: Rouen: 10 ppb<br>Le Havre: 12 ppb<br>Copollutants: $NO_2$, BS, $PM_{13}$, $O_3$ | All cause; respiratory; cardiovascular | All cause:<br>Rouen: Lag 1: 2.3% (−1.1, 5.9)<br>Le Havre: Lag 1: 1.1% (−0.3, 2.5) |
| Zmirou et al. (1996)<br>Lyon, France<br>Period of Study : 1985-1990 | Lags: Selected best from 0, 1, 2, 3<br>Poisson GLM. Time-series study. | 24-h avg: 16 ppb<br>Copollutants: $PM_{13}$, $NO_2$, $O_3$ | All cause; respiratory; cardiovascular; digestive | All cause:<br>Lag 0: 3.4% (1.4, 5.4)<br>Respiratory:<br>Lag 3: 2.8% (0.9, 4.8)<br>Cardiovascular:<br>Lag 0-3: 4.5% (2.0, 7.0) |
| Zmirou et al. (1998)<br>10 European cities<br>Period of Studys vary by city, ranging from 1985-1992 | Lags: 0, 1, 2, 3, 0-1, 0-2, 0-3 (best lag selected for each city)<br>Poisson GLM. Time-series study. | 24-h avg: Cold Season: Ranged from 12 ppb (London) to 87 ppb (Milan) ppb<br>Warm Season: Ranged from 5 ppb (Bratislava) to 21 ppb (Cracow) in warm season<br>Copollutants: BS, TSP, $NO_2$, $O_3$ | Respiratory; cardiovascular | Western cities:<br>Respiratory: 2.8% (1.7, 4.0)<br>Cardiovascular: 2.3% (0.9, 3.7)<br>Central eastern cities:<br>Respiratory: 0.6% (−1.1, 2.3)<br>Cardiovascular: 0.6% (0.0, 1.1) |
| **AUSTRALIA** | | | | |
| Simpson et al. (1997)<br>Brisbane, Australia<br>Period of Study: 1987-1993 | Lag: 0<br>Autoregressive Poisson with GEE. Time-series study. | 24-h avg: 4.2 ppb<br>1-h max: 9.6 ppb<br>Copollutants: PM10, bsp, O3, NO2, CO | All cause; respiratory; cardiovascular | All cause:<br>All yr: Lag 0: −2.8% (−2.7, 8.6)<br>Summer:<br>Lag 0: 2.8% (−8.3, 15.2)<br>Winter:<br>Lag 0: 2.8% (−3.9, 9.8) |
| **LATIN AMERICA** | | | | |
| Borja-Aburto et al. (1998)<br>SW Mexico City<br>Period of Study: 1993-1995 | Lags: 0, 1, 2, 3, 4, 5, and multiday avg.<br>Poisson GAM with default convergence criteria (only one smoother). Time-series study. | 24-h avg: 5.6 ppb<br>Copollutants: $PM_{2.5}$, $O_3$, $NO_2$; 2-pollutant models | All cause; respiratory; cardiovascular; other; all ages; age >65 yrs | $SO_2$ risk estimates NR. $PM_{2.5}$ and $O_3$ were associated with mortality. |
| Borja-Aburto et al. (1997)<br>Mexico City<br>Period of Study: 1990-1992 | Lags: 0, 1, 2<br>Poisson iteratively weighted and filtered least-squares method. Time-series study. | 24-h avg median: 5.3 ppb<br>Copollutants: TSP, $O_3$ CO; 2-pollutant models | All cause; respiratory; cardiovascular; all ages; age < 5 yrs; age >65 yrs | All-cause:<br>Lag 0: 0.2% (−1.1, 1.5)<br>Cardiovascular:<br>Lag 0: 0.7% (−1.6, 3.0)<br>Respiratory:<br>Lag 0: −1.0% (−5.0, 3.2) |
| Cakmak et al. (2007b)<br>7 Chilean urban centers<br>Period of Study: 1997-2003 | Lags: 0, 1, 2, 3, 4, 5, 0-5<br>Poisson GLM with random effects between cities. Time-series study. | 24-h avg ranged from 9.12 ppb (Las Condes) to 64.06 ppb (Independencia)<br>Population-weighted avg concentration: 14.08 ppb<br>Copollutants: $PM_{10}$, $O_3$, CO | All cause; respiratory; all ages; age < 65 yrs; age<br>65-74 yrs; age 75-84 yrs; age 85+ yrs | All cause: All ages:<br>Single-pollutant:<br>Lag 1: 4.0% (2.4, 5.6)<br>Lag 0-5: 6.5% (4.5, 8.5)<br>Multipollutant:<br>Lag 1: 3.2% (1.3, 5.1)<br>< 65 yrs:<br>Lag 0-5: 3.0% (0.6, 5.5)<br>65-74 yrs:<br>Lag 0-5: 5.1% (1.2, 9.1<br>75-84 yrs:<br>Lag 0-5: 7.8% (4.1, 11.6)<br>85+ yrs: 7.8% (4.2, 11.5)<br>Warm Season:<br>Lag 0-5: 7.2% (4.1, 10.3)<br>Cool Season: Lag 0-5: 3.0% (-0.4, 6.5) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Cifuentes et al. (2000)<br>Santiago, Chile<br>Period of Study:<br>1988-1966 | Lags: 1-2<br>Poisson GLM with default convergence criteria; Poisson GLM. Time-series study. | 24-h avg: 18.1 ppb<br>Copollutants: $PM_{2.5}$, $PM_{10}$-2.5, CO, $NO_2$, $O_3$ | All cause | Poisson GLM: Single-pollutant: Lag 1-2: 0.2% (−0.9, 1.3)<br>With other pollutants: Lag 1-2: −0.6% (−1.7, 0.5) |
| Conceição et al. (2001)<br>São Paulo, Brazil<br>Period of Study:<br>1994-1997 | Lag: 2<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: 7.4 ppb<br>Copollutants: $PM_{10}$, CO, $O_3$ | Child mortality (age under 5 yrs) | Single-pollutant:<br>Lag 2: 17.0% (7.0, 28.0);<br>With all other pollutants:<br>Lag 2: 13.7% (−1.1, 30.8) |
| Loomis et al. (1999)<br>Mexico City<br>Period of Study:<br>1993-1995 | Lags: 0, 1, 2, 3, 4, 5, 3-5<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: 5.6 ppb<br>Copollutants: $PM_{2.5}$, $O_3$ | Infant mortality | $SO_2$ risk estimates NR. $PM_{2.5}$ and $O_3$ were associated with mortality. |
| Ostro et al. (1996)<br>Santiago, Chile<br>Period of Study:<br>1989-1991 | Lag: 0<br>OLS, Poisson. Time-series study. | 1-h max: 60 ppb<br>Copollutants:<br>$PM_{10}$, $O_3$, $NO_2$;<br>2-pollutant models | All cause | Lag 0: 0.7% (−0.3, 1.7) |
| Pereira et al. (1998)<br>São Paulo, Brazil<br>Period of Study:<br>1991-1992 | Lag: 0<br>Poisson GLM. Time-series study. | 24-h avg: 6.6 ppb<br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO | Intrauterine mortality | Single-pollutant model: 11.5% (−0.3, 24.7)<br>With other pollutants: 8.6% (−8.7, 29.3) |
| Saldiva et al. (1994)<br>São Paulo, Brazil<br>Period of Study:<br>1990-1991 | Lags: 0-2<br>OLS of raw or transformed data. Time-series study. | 24-h avg: 6.0 ppb<br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO; multipollutant models | Respiratory; age < 5 yrs | −1.0% (−47.1, 45.1) |
| Saldiva et al. (1995)<br>São Paulo, Brazil<br>Period of Study:<br>1990-1991 | Lag: 0-1<br>OLS; Poisson with GEE. Time-series study. | 24-h avg: 6.5 ppb<br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO; 2-pollutant models | All cause; age 65+ yrs | Single-pollutant: 8.5% (1.3, 15.6)<br>With other pollutants: −3.1% (−13.0, 6.9) |
| **ASIA** | | | | |
| Ha et al. (2003)<br>Seoul, Korea<br>Period of Study:<br>1995-1999 | Lag: 0<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: 11.1 ppb<br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO | All cause; respiratory; postneonatal (1 mo to 1 yr); age<br>2-64 yrs; age 65+ | All cause:<br>Postneonates: 11.3% (4.0, 19.1)<br>Age 65+ yrs: 3.2% (3.1, 3.3) |
| Hong et al. (2002)<br>Seoul, Korea<br>Period of Study:<br>1995-1998 | Lag: 2<br>GAM with default convergence criteria. Time-series study. | 24-h avg (ppb): 12.1 (7.4)<br>Copollutants: $PM_{10}$, $NO_2$ CO, $O_3$ | Stroke | % increase (per 5.7 ppb $SO_2$) 2.9% (0.8, 5.0) lag 2<br>Stratified by $PM_{10}$ (Median: 47.4 µg/m³)<br><Med: 1.3%<br>≥ Med: 3.8% |
| Hong et al. (2002)<br>Seoul, Korea<br>Period of Study:<br>1995-1998 | Lag: 2<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: 12.1 ppb<br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO | Acute stroke mortality | 5.2% (1.4, 9.0) |

| Study | Methods | Pollutant Data | Outcome | Findings |
|---|---|---|---|---|
| Kwon et al. (2001)<br>Seoul, Korea<br>Period of Study: 1994-1998 | Lag: 0<br>Poisson GAM with default convergence criteria; case-crossover analysis using conditional logistic regression. | 24-h avg: 13.4 ppb<br>Copollutants: $PM_{10}$, $O_3$, $NO_2$, CO | Mortality in a cohort of patients with congestive heart failure | Odds ratio in general population: 1.0% (−0.1, 2.1)<br>Congestive heart failure cohort: 6.9% (−3.4, 18.3) |
| Lee et al. (2000)<br>Seoul, Korea<br>Period of Study: 2000-2004 | Lag: 1<br>GAM with stringent convergence criteria. Time-series study. | 24-h avg (ppb): 5.20 (2.17)<br>Copollutants: $PM_{10}$, CO, $NO_2$, $O_3$ | Non-accidental | % Increase (per 3.06 ppb $SO_2$)<br>2.7 (1.8, 3.5) lag 1 |
| Lee et al. (1999)<br>Seoul and Ulsan, Korea<br>Period of Study: 1991-1995 | Lags: 0-2<br>Poisson with GEE. Time-series study. | 1-h max: Seoul: 26 ppb<br>Ulsan: 31 ppb<br>Copollutants: TSP, $O_3$ | All cause | Seoul: 1.5% (1.1, 1.9)<br>Ulsan: 1.0% (−0.2, 2.2) |
| Lee and Schwartz (1999)<br>Seoul, Korea<br>Period of Study: 1991-1995 | Lags: 0-2<br>Conditional logistic regression. Case-crossover with bidirectional control sampling. | 1-h max: 26 ppb<br>Copollutants: TSP, $O_3$ | All cause | Two controls, ± 1 wk: 0.3% (−0.5, 1.0)<br>Four controls, ± 2 wks: 1.0% (0.3, 1.6) |
| Lee et al. (2007)<br>7 Korean cities<br>Period of Study: 1991-1997 | Lags: 0-1<br>Poisson GAM with default convergence criteria. Time-series study. | 24-h avg $SO_2$ ranged from 12.1 ppb (Kwangju) to 31.4 ppb (Taegu)<br>Copollutants: TSP, $NO_2$, $O_3$, CO | All cause | Single-pollutant :<br>Lag 0-1 : 0.6% (0.3, 0.8)<br>Multipollutant :<br>Lag 0-1 : 0.6% (0.2, 0.9) |
| Qian et al. (2007)<br>Wuhan, China<br>Period of Study : 2000-2004 | Lag: 0<br>Poisson GAM with stringent convergence criteria. Time-series study. | 24-h avg ($\mu g/m^3$): 44.1 (25.3)<br>Copollutants:<br>$PM_{10}$<br>$NO_2$<br>$O_3$ | Non-accidental, cardiovascular, stroke, cardiac, respiratory, cardiopulmonary | Mean % change (per 10 $\mu g/m^3$ $SO_2$)<br>Non-accidental:<br>All Ages: 0.01 (−0.46, 0.47)<br>< 65: −0.55 (−1.33, 0.23)<br>≥ 65: 0.22 (−0.32, 0.76)<br>Cardiovascular:<br>All Ages: 0.20 (−0.45, 0.86)<br>< 65: −0.63 (−1.96, 0.72)<br>≥ 65: 0.41 (−0.31, 1.14)<br>Stroke:<br>All Ages: −0.27 (−1.04, 0.51)<br>< 65: −1.35 (−3.01, 0.33)<br>≥ 65: 0.01 (−0.87, 0.88)<br>Cardiac:<br>All Ages: 0.88 (−0.22, 1.99)<br>< 65: 0.29 (−2.11, 2.75)<br>≥ 65: 1.01 (−0.18, 2.21)<br>Respiratory:<br>All Ages: 1.13 (−0.28, 2.56)<br>< 65: −0.59 (−4.24, 3.19)<br>≥ 65: 1.36 (−0.05, 2.80)<br>Cardiopulmonary:<br>All Ages: 0.29 (−0.33, 0.92)<br>< 65: −0.80 (−2.07, 0.49)<br>≥ 65: 0.53 (−0.15, 1.20) |
| HEI (2004)<br>East Asian cities | The lags and multi-day averaging used in varied<br>Meta-analysis of time-series study results | The levels of $SO_2$ in these Asian cities were generally higher than those in the U.S. or Canadian cities, with more than half of these studies reporting the mean $SO_2$ levels higher than 10 ppb.<br>Copollutants considered varied across studies. | All-cause | The estimates were found to be heterogeneous across 11 studies. Random-Effects Estimate: 1.49% (95% CI: 0.86, 2.13); Fixed-Effects Estimate: 1.01% (95% CI: 0.73, 1.28). |

| Study | Methods | Pollutant Data | Outcome | Findings |
|-------|---------|----------------|---------|----------|
| Tsai et al. (2003b) Kaohsiung, Taiwan Period of Study : 1994-2000 | Lags: 0-2 Conditional logistic regression. Case-crossover analysis. | 24-h avg: 11.2 ppb Copollutants: $PM_{10}$, $NO_2$, $O_3$, CO | All cause; respiratory; cardiovascular; tropical area | Odds ratios: All cause: 1.1% (−4.4, 6.8) Respiratory: 3.5% (−17.6, 29.9) Cardiovascular: 2.4% (−9.1, 15.4) |
| Venners et al. (2003) Chonqing, China Period of Study : 1995 | Lags: 0, 1, 2, 3, 4, 5 Poisson GLM, time-series study | 24-h avg: 74.5 ppb Copollutants:$PM_{2.5}$ | All cause, cardiovascular, respiratory, cancer, and other | All cause: Lag 2: 1.1% (−0.1, 2.4) Cardiovascular: Lag 2: 2.8% (0.4, 5.2) Respiratory: Lag 2: 3.0% (0.4, 5.7) |
| Wong et al. (2001a) Hong Kong Period of Study : 1995-1997 | Lags: 0, 1, 2 Poisson GAM with default convergence criteria. Time-series study. | 24-h avg: Warm Season: 6.4 ppb Cool Season: 6.0 ppb Copollutants: $PM_{10}$, $O_3$, $NO_2$; 2-pollutant models | All cause; respiratory; cardiovascular | All cause: Lag 1: 3.2% (1.1, 5.3) Respiratory: Lag 0: 5.3% (2.2, 8.6) Cardiovascular: Lag 1: 4.3% (1.1, 7.5) |
| Wong et al. (2002b) Hong Kong Period of Study : 1995-1998 | Lags: 0, 1, 2, 0-1, 0-2 Poisson GLM. Time-series study. | 24-h avg: 29 ppb Copollutants: $PM_{10}$, $O_3$, $NO_2$; 2-pollutant models | Respiratory; cardiovascular; COPD; pneumonia and influenza; ischemic heart disease; cerebrovascular | Respiratory: Lag 0-1: 2.6% (0.2, 5.1) Cardiovascular: Lag 0-1: 1.2% (−1.0, 3.5) |
| Yang et al. (2004a) Taipei, Taiwan Period of Study: 1994-1998 | Lags: 0-2 Conditional logistic regression. Case-crossover analysis. | 24-h avg: 5.5 ppb Copollutants: $PM_{10}$, $NO_2$, $O_3$, CO | All cause; respiratory; cardiovascular; subtropical area | Odds ratios: All cause: −0.5% (−7.0, 6.6) Respiratory: −1.8% (−23.1, 25.3); Cardiovascular: −3.4% (−15.2, 10.0) |

**Table F-6.     Long-term exposure to SO$_2$ and respiratory morbidity.**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **UNITED STATES AND CANADA** | | | |
| Dockery et al. (1989)<br><br>Kingston-Harriman, TN; Portage, WI; St. Louis, MO; Steubenville, OH; Topeka, KS; Watertown, MA<br><br>Period of Study: 1980-1981 school yr | Cross-sectional assessment of the association between air pollution and chronic respiratory health of 5,422 (10-12 yrs) white children examined in the 1980-1981 school yr. Children were part of the cohort of children in the Six Cities Study of Air pollution and Health. Symptoms were analyzed using logistic regression that included sex, age, indicators of parental education, maternal smoking, indicator for gas stove, and an indicator for city. Respiratory symptoms investigated were bronchitis, chronic cough, chest illness, persistent wheeze, asthma. The logarithm of pulmonary function was fitted to a multiple linear regression model that included sex, sex-specific log of height, age, indicators of parental education, maternal smoking, a gas stove indicator, and city indicator. Annual means of the 24 h avg air pollutant concentration for the 12 mos preceding the examination of each child was calculated for each city. | Daily mean concentrations, averaging hourly concentrations for each day with at least 18 hourly values<br><br>Portage: 4.2 ppb<br>Topeka: 3.5<br>Watertown: 10.5<br>Kingston: 6.5<br>St. Louis: 13.5<br>Steubenville: 27.8 | No significant associations between SO$_2$ and any pulmonary function measurements. No significant association between SO$_2$ and symptoms.<br><br>Relative odds and 95% CI between most/least polluted cities:<br>Bronchitis: 1.5 (0.4, 5.8)<br>Chronic cough: 1.8 (0.3, 12.5)<br>Chest illness: 1.5 (0.4, 5.9)<br>Persistent wheeze: 0.9 (0.4, 1.9)<br>Asthma: 0.6 (0.3, 1.2)<br><br>Reference symptoms:<br>Hay fever: 0.6 (0.2, 1.7)<br>Ear ache: 1.2 (0.3, 5.3)<br>Nonrespiratory illness: 1.0 (0.6, 1.5)<br><br>Analysis stratified by asthma or persistent wheeze<br>bronchitis<br>No wheeze or asthma 1.5 (0.5, 4.3)<br>Yes wheeze or asthma 2.0 (0.3, 14.3)<br><br>Chronic cough<br>No wheeze or asthma 2.4 (0.5, 11.7)<br>Yes wheeze or asthma 1.9 (0.1, 44.1)<br><br>Chest illness<br>No wheeze or asthma 1.5 (0.4, 5.6)<br>Yes wheeze or asthma 1.9 (0.3, 13.0) |
| Dockery et al. (1996)<br><br>18 sites in U.S.<br>6 sites in Canada<br><br>Period of Study: 1988-1991 | Study of the respiratory health effects of acid aerosols in 13,369 white children aged 8 to 12 yrs old from 24 communities in the U.S. and Canada between 1988 and 1991. Information was gathered by questionnaire and a pulmonary function. | SO$_2$ avg 4.8 ppm<br>SD 3.5<br>Range 0.2, 12.9 | With the exception of the gaseous acids (nitrous and nitric acid), none of the particulate or gaseous pollutants, including SO$_2$, were associated with increased asthma or any asthmatic symptoms. Stronger associations with particulate pollutants were observed for bronchitis and bronchitic symptoms.<br><br>Odds Ratio (95% CI) for 12.7 ppb range of SO$_2$ pollution<br><br>Asthma 1.05 (057, 1.93)<br>Attacks of Wheeze 1.07 (0.75, 1.55)<br>Persistent Wheeze 1.19 (0.80, 1.79)<br>Any asthmatic symptoms 1.16 (0.80, 1.68)<br>Bronchitis 1.56 (0.95, 2.56)<br>Chronic cough 1.02 (0.66, 1.58)<br>Chronic phlegm 1.55 (1.01, 2.37)<br>Any Bronchitic symptoms 1.29 (0.98, 1.71) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Euler et al. (1987)<br><br>California, USA | Cross-sectional study of 7,445 (25 yrs or older) Seventh-Day Adventists who lived in their 1977 residential areas (Los Angeles and it border counties, San Francisco, and San Diego) for at least 10 yrs to determine the effect of long-term cumulative exposure to ambient levels of TSP and $SO_2$ on COPD symptoms. Study population is subgroup of NCI-funded ASHMOG study that enrolled 36,805 Seventh-Day Adventists in 1974. Each participant's cumulative exposure to the pollutant exceeding 4 different threshold levels were estimated using moly residence ZIP code histories and interpolated dosages from state monitoring stations. Participants completed a questionnaire on respiratory symptoms, smoking history, occupational history, and residence history. | None provided | Study reported that $SO_2$ exposure was not associated with symptoms of COPD until concentrations exceeded 4 ppm. The correlation coefficient of $SO_2$ (above 4 ppm) with TSP (above 200 $\mu g/m^3$) the highest exposure levels for these two pollutants was 0.30; thus, the authors believed that it was possible to separate the effects of $SO_2$ from TSP. Multiple regressions used in the analysis. No significant effect at exposures levels below 4 ppm or above 8 ppm.<br><br>Relative risk estimate (based on 1,003 cases)<br>$SO_2$ exposure above 2 ppm during 11 yrs of study<br>  2000 h/yr: 1.09 1000 h/yr : 1.04<br>  500 h/yr: 1.03<br>$SO_2$ exposure above 4 ppm<br>  500 h/yr : 1.18 250 h/yr: 1.09<br>  100 h/yr: 1.03<br>$SO_2$ above 8 ppm<br>  60 h/yr: 1.07 30 h/yr: 1.03<br>  15 h/yr: 1.02<br>$SO_2$ above 14 ppm<br>  10 h/yr: 1.03 5 h/yr: 1.01<br>  1 h/yr: 1.00 |
| Goss et al. (2004)<br><br>U.S. nationwide<br><br>Period of Study: 1999-2000 | Cohort study of 18,491 cystic fibrosis patients over 6 yrs of age who were enrolled in the Cystic Fibrosis Foundation National Patient Registry in 1999 and 2000. Mean age of patients was 18.4 yrs; 92% had pancreatic insufficiency. Air pollution from the Aerometric Information Retrieval System linked with patient's home ZIP code. Air pollutants studied included $O_3$, $NO_2$, $SO_2$, CO, $PM_{10}$, and $PM_{2.5}$. Health endpoints of interest were pulmonary exacerbations, lung function, and mortality. However, study did not have enough power to assess the outcome of mortality. Logistic regression and polytomous regression models that adjusted for sex, age, weight, race, airway colonization, pancreatic function, and insurance status were used. | Mean (SD): 4.91 (2.6) ppb<br>Median: 4.3 ppb<br>IQR: 2.7-5.9 ppb | With the single-pollutant model, no significant association between $SO_2$ and pulmonary exacerbations.<br><br>Odds ratio per 10 ppb increase in $SO_2$:<br>0.83 (95% CI: 0.71, 1.01), p = 0.068<br><br>No clear association between pulmonary function and $SO_2$. No effect estimates provided. |
| McDonnell et al. (1999)<br><br>California, U.S.<br><br>Period of Study: 1973-1992 | Prospective study (over 15 yrs) of 3,091 nonsmokers aged 27-87 yrs that evaluated the association between long-term ambient $O_3$ exposure and the development of adult-onset asthma. Cohort consisted of nonsmoking, non-Hispanic white, California Seventh Day Adventists who were enrolled in 1977 in the AHSMOG study. Logistic regression used to assess the association between the 1973-1992 mean 8-h avg ambient $O_3$ concentration and the 1977-1992 incidence of doctor-told asthma. Levels of $PM_{10}$, $NO_2$, and $SO_4$ were measured but no effect estimates were given. | Mean: $SO_2$ 6.8 $\mu g/m^3$<br>Range: 0.0-10.2 $\mu g/m^3$<br><br>Correlation coefficient r = 0.25 with $O_3$ | No significant positive association between $SO_2$ and asthma for males or females. Addition of a second pollutant to the $O_3$ model for the male subjects, did not result in a decrease of more than 10% in the magnitude of the regression coefficient for $O_3$, and for the females addition did not cause the coefficient for $O_3$ to become significantly positive |
| Schwartz (1989)<br><br>United States<br><br>Period of Study: Feb 1976-Feb 1980 | Cross-sectional study using data from the Second National Health and Nutrition Examination Survey (NHANES II) to examine the relation between air pollution and lung function growth in 4,300 children and youths 6-24 yrs old. A two-staged analysis was performed that consisted of (1) regression equations including factors known to affect lung function and (2) a regression of the residuals of the first regression on air pollution. | Annual percentiles (ppm):<br><br>10th: 0.0060<br>25th: 0.0106<br>50th: 0.0131<br>75th: 0.0159<br>90th: 0.0193 | The study did not find an association between $SO_2$ and any of the lung function growth measurements (i.e., FVC, $FEV_1$, and Peak flow). |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **EUROPE** | | | |
| Ackermann-Liebrich et al. (1997)<br><br>8 communities in Switzerland Aarau, Basel, Davos, Geneva, Lugano, Montana, Payerne, and Wald<br><br>Period of Study: 1991-1993 | Cross-sectional population based study of 9,651 adults (18-60 yrs) in 8 areas in Switzerland (SAPALDIA), to evaluate the effect of long-term exposure of air pollutants on lung function. Examined the effects of $SO_2$, $NO_2$, $O_3$, TSP, and $PM_{10}$. Participants were given a medical exam that included questionnaire data, lung function tests, skin prick testing, and end-expiratory CO concentration. Subjects had to reside in the area for at least 3 yrs to be in the study. | Avg $SO_2$ in 1991 (µg/m³)<br>Mean: 11.7<br>SD: 7.1<br>Range: 2.5, 25.5 | Mean values of $SO_2$, $PM_{10}$, and $NO_2$ were significantly associated with reduction in pulmonary function. $SO_2$ was correlated with $Pm_{10}$ (r = 0.78), $PM_{10}$ (r = 0.93) and $NO_2$ (r = 0.86). Authors stated that the association with $SO_2$ disappeared after controlling for $PM_{10}$ but no data was shown.<br><br>Regression coefficients and 95% CI in healthy never smokers (per 10 µg/m³ increase in annual avg $SO_2$)<br><br>FVC: −0.0325 (−0.0390, −0.0260)<br>$FEV_1$: −0.0125 (−0.0192,−0.0058) |
| Braun-Fahrlander et al. (1997)<br><br>10 communities in Switzerland Anieres, Bern, Biel, Geneva, Langnau, Lugano, Montana, Payerne, Rheintal, Zurich<br><br>Period of Study: 1992-1993 | Cross-sectional study of 4,470 children (6-15 yrs) living in 10 different communities in Switzerland to determine the effects of long term exposure to $PM_{10}$, $NO_2$, $SO_2$, and $O_3$ on respiratory and allergic symptoms and illnesses. Part of the Swiss Study on Childhood Allergy and Respiratory Symptoms with Respect to Air Pollution (SCARPOL). | Annual avg $SO_2$ (µg/m³)<br>Lugano: 23<br>Geneva: 13<br>Zurich: 16<br>BerN: 11<br>Anieres: 4<br>Biel: 15<br>Rheintal: 8<br>Langnau: NA<br>Payerne: 3<br>MontaN: 2 | This study reported that the annual mean $SO_2$, $PM_{10}$, and $NO_2$ were positively and significantly associated with prevalence rates of chronic cough, nocturnal dry cough, and bronchitis and conjunctivitis symptoms. Strongest association found with $PM_{10}$. However, there was no significant association between $SO_2$ and asthma or allergic rhinitis.<br><br>Adjusted relative odds between the most/least polluted community 2-23 µg/m² (0.8, 8.8 ppb)<br>Chronic cough: 1.57 (1.02, 2.42)<br>Nocturnal dry cough: 1.66 (1.16, 2.38)<br>Bronchitis: 1.48 (0.98, 2.24)<br>Wheeze: 0.88 (0.54, 1.44)<br>Asthma (ever): 0.74 (0.45, 1.21)<br>Sneezing during pollen Season: 1.07 (0.67, 1.70)<br>Hay fever: 0.84 (0.55, 1.29)<br>Conjunctivitis symptoms: 1.74 (1.22, 2.46)<br>Diarrhea: 1.02 (0.75, 1.39) |
| Charpin et al. (1999)<br><br>Etang de Berre area of France: Arles, Istres, Port de Bouc, Rognac-Velaux, Salon de Provence, Sausset, Vitrolles<br><br>Period of Study : Jan-Feb 1993 | Cross-sectional cohort study of 2,073 children (10-11 yrs) from 7 communities in France (some with the highest photochemical exposures in France) to test the hypothesis that atopy is greater in towns with higher photochemical pollution levels. Mean levels of $SO_2$, $NO_2$, and $O_3$ were measured for 2 mos in 1993. Children tested for atopy based on skin prick test (house dust mite, cat dander, grass pollen, cypress pollen, and Alternaria). To be eligible for the study, subjects must have resided in current town for at least 1 yr. Questionnaire filled out by parents that included questions on SES passive smoking at home. Two-mo mean level of air pollutants used in logistic regression analysis. | 24-h avg (SD) $SO_2$ (µg/m³)<br>Arles: 29.7 (15.5)<br>Istres: 23.8 (12.7)<br>Port de Bouc: 32.3 (24.5)<br>Rognanc-Velaux: 39.5 (21.8)<br>Salon de Provence: 17.3 (11.6)<br>Sausset: 29.0 (28.7)<br>Vitrolles : 57.4 (32.0) | Study did not demonstrate any association between air pollution and atopic status of the children living in the seven communities, some with high photochemical exposures. A limitation of study is that authors did not consider short-term variation in air pollution and did not have any indoor air pollution measurements. |
| Frischer et al. (1999)<br><br>Nine communities in Austria<br><br>Period of Study: 1994-1996 | Longitudinal cohort study of 1150 children (mean age 7.8 yrs) to investigate the long-term effects of $O_3$ on lung growth. Children were followed for 3 yrs and lung function was recorded biannually, before and after summertime. The dependant variables were change in FVC, $FEV_1$, and $MEF_{50}$. The 9 sites were selected to represent a broad range of $O_3$ exposures. GEE models adjusted for baseline function, atopy, gender, site, environmental tobacco smoke exposure, season, and change in height. Other pollutants studied included $PM_{10}$, $SO_2$, and $NO_2$. | Annual mean $SO_2$ (ppb) in 1994<br>Amstetten: 3.75<br>St. Valentin: 3.00<br>Krems: 3.75<br>Heidenreichstain: 4.13<br>Ganserndorf: 5.63<br>Mistelbach: 5.25<br>Wiesmath: 6.00<br>Bruck: 4.88<br>Pollau: 2.25 | No consistent association observed between lung function and $SO_2$, $NO_2$ and $PM_{10}$. A negative effect estimate was observed during the summer and a positive estimate during the winter.<br><br>Change in lung function (per ppb $SO_2$):<br>$FEV_1$ (mL/day):<br>Summer: −0.018 (0.004), p < 0.001<br>Winter : 0.003 (0.001), p < 0.001<br><br>FVC (mL/day):<br>Summer: −0.009 (0.004), p = 0.02<br>Winter: 0.002 (0.001), p = 0.03<br><br>$MEF_{50}$ (mL/s/day):<br>Summer: −0.059 (0.010), p < 0.001<br>Winter: 0.003 (0.003), p = 0.26 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Frischer et al. (2001)<br><br>Nine communities in Austria<br><br>Period of Study: Sep-Oct 1997 | Cross-sectional cohort study of 877 children (mean age 11.2 yrs) living in 9 sites with different $O_3$ exposures. Urinary eosinophil protein U-EPX) measured as a marker of eosinophil activation. U-EPX determined from a single spot urine sample analyzed with linear regression models. | ½-h avg $SO_2$:<br>30-day mean 2.70 ppb<br>IQR 2.1 ppb | No significant association between $SO_2$ and U-EPX<br><br>Regression coefficient and SE −10.57 (0.25) per ppb $SO_2$ |
| Frye et al. (2003)<br><br>Zerbst, Hettstedt, Bitterfeld,East Germany<br><br>Period of Study: 1992-93, 1995-1996, 1998-1999 | Three consecutive cross-sectional surveys of children (11-14 yrs) from three communities in East Germany. Parents of 3,155 children completed a questionnaire on symptoms. Lung function tests performed on 2,493 children. Study excluded children if they lived for less than 2 yrs in current home and if their previous home was more than 2 km away. The log-transformed lung function parameters were used as the response variables in a linear regression analysis that controlled for sex, height, season of examination, lung function equipment, parental education, parental atopy, and environmental tobacco smoke. Used avg of annual means of pollutants 2 yrs preceding each survey. | Used avg of annual means of pollutants 2 yrs preceding health measurement<br><br>High of 113 μg/m³ (in Bitterfeld) to a low of 6 μg/m³. (Pollution values only described in figure) | The annual mean TSP declined from 79 to 25 μg/m³ and $SO_2$ from 113 to 6 μg/m³ and the mean FVC and $FEV_1$ increased from 1992-1993 to 1998-1999. Study concluded that reduction of air pollution in a short time period may improve children's lung function.<br><br>Percent change of lung function for a 100-μg/m³ decrease in $SO_2$ 2 yrs before the investigation<br>(N: 1,911)<br>FVC: 4.9 (0.7, 9.3)<br>$FEV_1$: 3.0 (−1.1, 7.2)<br>$FEV_1$/FVC: −1.5 (−3.0, 0.1) |
| Garcia-Marcos et al. (1999)<br><br>Cartagena, Spain<br><br>Period of Study: winter 1992 | A total of 340 children (10-11 yrs) living in and attending schools within a polluted and a relatively nonpolluted area were included in this study which aimed to establish the relative contribution socioeconomic status, parental smoking, and air pollution on asthma symptoms, spirometry, and bronchodilator response. Parents completed questionnaire on respiratory symptoms and risk factors including, living in polluted area, maternal smoking, paternal smoking, number of people living in the house, proximity to heavy traffic roads. Spirometry was performed before and after an inhaled 0.2 mg fenoterol was delivered to determine bronchodilator response. Bronchodilator response was considered positive if the FVC after fenoterol was increased by at least 10% or PEF by 12%. Logistic regression included as independent variables all the risk factors. | Annual mean $SO_2$ (μg/m³) Polluted areas 75 μg/m³<br>Nonpolluted areas: 20 μg/m³ | This study found that living in the polluted areas reduced the risk of a positive bronchodilator response (RR = 0.61, p = 004). |
| Gokirmak et al. (2003)<br><br>Malatya, Turkey | Study on occupational exposure to $SO_2$ in apricot sulfurization workers that investigated the role of oxidative stress resulting exposure to high concentrations of $SO_2$ on bronchoconstriction. Forty workers (mean age: 28 yrs, range 16-60 yrs) who have been working in apricot sulfurization for 20-25 days each yr and 20 controls (mean age: 29 yrs, range 17-42) who had no $SO_2$ exposure participated in the study. Activities of antioxidant enzymes (glutathione peroxidase (GSH-Px), superoxide dismutase (SOD) and catalase) malondialdehyde (MDA) concentrations (marker of lipid peroxidation), and pulmonary function test measured in subjects. | $SO_2$ conc ranged from 106.6 to 639.2 ppm in 9 apricot farms.<br><br>Mean conc around sulfurization chamber: 324.1 (35.1) ppm | SOD, GSH-Px, and catalase activities were lower and malondialdehyde concentrations were higher in the apricot sulfurization workers compared to controls. Pulmonary function decreased after $SO_2$ exposure among the apricot sulfurization workers. Authors concluded that occupational exposure to high concentrations of $SO_2$ enhances oxidative stress and that lipid peroxidation may be a mechanism of $SO_2$ induced bronchoconstriction.<br><br>Apricot sulfurization workers vs. controls<br>Mean (SD)<br>SOD (U/mL): 2.2 (0.6) vs. 3.2 (0.7) U/m, p < 0.0001<br>Glutathione peroxidase (U/mL): 0.6 (0.3) vs. 1.1 (0.3), p < 0.0001<br>Catalase (L/L): 107.6 (27.4) vs. 152.6 (14.3), p < 0.0001<br>MDA (nmol/L): 4.1 (0.9) vs. 1.9 (5.3) , p < 0.0001<br><br>Before vs. after $SO_2$ exposure among apricot sulfurization workers<br>Mean (SD)<br>FVC (% predicted) 88 (17) vs. 84 (16) , p < 0.001<br>$FEV_1$ (% predicted) 98 (14) vs. 87 (14), p < 0.001<br>$FEV_1$/FVC: 92 (7) vs. 86 (9), p < 0.001<br>FEF25-75% (% predicted) 108 (19) vs. 87 (23) , p < 0.001 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Heinrich et al. (2002)<br><br>Reunified Germany Bitterfeld, Hettstedt, Zerbst<br><br>Period of Study: 1992-1993, 1995-1996, 1998-1999 | Three cross-sectional surveys of children (5-14 yrs) from 3 areas that were formerly part of East Germany to investigate the impact of declines in TSP and $SO_2$ on prevalence of nonallergic respiratory disorders in children. Study excluded children if they lived for less than 2 yrs in current home and if their previous home was more than 2 km away. GEE used for analysis. | $SO_2$ concentration in µg/m³<br><br>Yr /Zerbst/Bitterf/ Hettst<br>1991/78/113/84<br>1992/ 58/ 75/ 46<br>1993/ 42/ 60/ 49<br>1994/ 29/ 35/ 38<br>1995/ 21/ 30/ 26<br>1996 25 24 25<br>1997/ 13/ 13/ 13<br>1998/ 8/ 9/ 6 | Study found that $SO_2$ exposure was significantly associated with prevalence of bronchitis, frequent colds, and febrile infections. While results are reported as risk for an increase in air pollutant, the respiratory health of children improved with declines in TSP and $SO_2$. Authors concluded that exposure to combustion-derived air pollution is causally related to nonallergic respiratory health in children.<br><br>Odds ratio and 95% CI: (per 100 µg/m³ in 2 yr mean $SO_2$)<br><br>All children:<br>Bronchitis: 2.72 (1.74, 4.23)<br>Otitis media: 1.42 (0.94, 2.15)<br>Sinusitis: 2.26 (0.85, 6.04)<br>Frequent colds: 1.81 (1.23, 2.68)<br>Febrile infections: 1.76 (1.02, 3.03)<br>Cough in morning: 1.10 (0.73, 1.64)<br>Shortness of breath: 1.31 (0.84, 2.03)<br>Children without indoor exposures (living in damp houses with visible molds, ETS in the home, gas cooking emissions, and contact with cats):<br>Bronchitis: 4.26 (2.15, 8.46)<br>Otitis media: 1.43 (0.73, 2.81)<br>Sinusitis: 2.95 (0.52, 16.6)<br>Frequent colds: 2.29 (1.15, 4.54)<br>Febrile infections: 1.75 (0.78, 3.91)<br>Cough in morning: 1.00 (0.38, 2.64)<br>Shortness of breath: 2.07 (0.90, 4.75) |
| Herbarth et al. (2001)<br><br>East Germany<br><br>Period of Study: 1993-1997 | Meta-analysis of three cross-sectional studies: (1) Study on Airway Diseases and Allergies among Kindergarten Children (KIGA), (2) the Leipzig Infection, Airway Disease and Allergy Study on School starters (LISS), and (3) KIGA-IND, which was based on the KIGA design but conducted in 3 differentially polluted industrial areas. A total of 3,816 children participated in these three studies. Analysis of data from parent-completed questionnaires to determine the effect of life time exposure to $SO_2$ and TSP on the occurrence of acute bronchitis. Total lifetime exposure burden corresponds to the exposure duration from birth to time of the study. The LISS study was divided in to LISS-U for the urban area and LISS-R for the rural area. Logistic regression analysis used that adjusted for predisposition in the family (mother or father with bronchitis), ETS, smoking during pregnancy or in the presence of the pregnant women. | Avg lifetime exposure burden of $SO_2$ (µg/m³)<br><br>KIGA: 142<br>LISS: 48<br>LIISS: R 47<br>KIGA-IND: 59 | This study found the highest bronchitis prevalence in the KIGA cohort and the lowest in the LISS cohort, which is consistent with the $SO_2$ concentrations in these cohorts. Study found a correlative link between $SO_2$ and bronchitis (R = 0.96, p < 0.001) but not TSP (R = 0.59). Results of study suggest that $SO_2$ may be a more important factor than TSP in the occurrence of bronchitis in these study areas.<br><br>Odds ratio for bronchitis adjusted for parental predisposition, smoking, and lifetime exposure to $SO_2$ and TSP (2-pollutant model).<br>$SO_2$: 3.51 (2.56, 4.82)<br>TSP: 0.72 (0.49, 1.04) |
| Hirsch et al. (1999)<br><br>Dresden, Germany | Cross sectional study to relate the prevalence of respiratory and allergic diseases in childhood to measurements of outdoor air pollutants. 5,421 children ages 5-7 yrs and 9-11 yrs were evaluated by questionnaires, skin-prick testing, venipuncture for (Ig)E, lung function, and bronchial challenge test. | Mean (µg/m³): 48.3<br>Range: 29.0-69.3<br>25-75 percentile 42.7-54.3 | $SO_x$ was positively associated with current morning cough but not with bronchitis.<br><br>Prevalence odds ratio (95% CI) for symptoms within past 12 mos, +10 µg/m³:<br>Wheeze: Atopic 103 (0.79, 1.35) µg/m³·<br>Nonatopic 1.36 (1.01, 1.84)<br>Morning Cough: Atopic 1.22 (0.92, 1.61)<br>Nonatopic 1.32 (1.07, 1.63)<br><br>Prevalence odds ratio (95% CI) for doctor's diagnosis, +10 µg/m³:<br>Asthma: Atopic 1.07 (0.79, 1.45)<br>Nonatopic 1.35 (1.00, 1.82)<br>Bronchitis: Atopic 1.04 (0.87, 1.25)<br>Nonatopic 0.99 (0.88, 1.12) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Horak et al. (2002)<br><br>Eight communities in Austria<br><br>Period of Study: 1994-1997 | Longitudinal cohort study that continued the work of Frischer et al. (1999) by adding one more yr of data and analyzing the effects of $PM_{10}$ in addition to $SO_2$, $NO_2$, and $O_3$. At the beginning of the study 975 children (mean age 8.11 yrs) were recruited for the study, but only 80.6% of the children performed all 6 lung function tests (twice a yr). The difference for each lung function parameter between two subsequent measures was divided by the days between measurements and presents as difference per day (dpd) for that parameter. 860 children were included in the GEE analysis that controlled for sex, atopy, passive smoking, initial height, height difference, site, and initial lung function. | Seasonal avg $SO_2$ $\mu g/m^3$:<br>Winter:<br>Mean: 16.8<br>Range: 7.5, 37.4<br>Summer:<br>Mean : 6.9 $\mu g/m^3$<br>Range: 3.1, 11.7 | Moderate correlation between $PM_{10}$ and $SO_2$ in the winter (r = 0.52). In a one-pollutant model for $SO_2$, long term seasonal mean concentration of $SO_2$ was had a positive association with FVC dpd and $FEV_1$ dpd in the winter, but no effect on $MEF_{25-75}$ dpd. In a two-pollutant model with $PM_{10}$, wintertime $SO_2$ had a positive association with $FEV_1$ dpd.<br><br>Single-pollutant model<br>FVC dpd:<br>Summer: 0.009, p = .336; Winter: 0.006, p = .009<br>$FEV_1$ dpd: Summer : 0.005, p = 0.576;<br>Winter: 0.005, p = 0.013<br>$MEF_{25-75}$: Summer: 0.015, p = 0.483;<br>Winter: 0.003, p = 0.637<br><br>Two-pollutant model:<br>$SO_2 + PM_{10}$<br>FVC dpd: Summer: 0.008, p = 0.395;<br>Winter: 0.004, p = 0.225<br>$FEV_1$ dpd: Summer : 0.010 (0.271); Winter: 0.007 (0.025)<br>$MEF_{25-75}$ dpd: Summer : 0.037, p = 0.086;<br>Winter: 0.007, p = 0.429 |
| Jedrychowski et al. (1999)<br><br>Krakow, Poland<br><br>Period of Study: 1995 (Mar-Jun) and 1997 (Mar-Jun) | Cohort prospective study consisting of 1,001 preadolescent children (9 yrs old) from two areas of Krakow, Poland. The study examined lung function growth using FVC and $FEV_1$ measurements taken in 1995 and then again two yrs later, 1997. Used a two-stage analysis that consisted of (1) multivariate linear regression analyses to determine body variables that are significant predictors of lung function growth, and then (2) multivariate logistic regression to examine the relation between air pollution and lung function growth. | Annual avg:<br>City Center ($\mu g/m^3$): 43.87 (32.69)<br><br>Control Area ($\mu g/m^3$): 31.77 (21.93) | The study did not provide individual estimates for $SO_2$. |
| Koksal et al. (2003)<br><br>Malatya, Turkey | Study on occupational exposure to high concentrations of $SO_2$ on respiratory symptoms and pulmonary function on apricot sulfurization workers. Apricot sulfurization workers (N: 69) from 15 apricot farms who have been working in sulfurization of apricots for 20-25 days a yr during each summer were recruited for the study. Subjects rated symptoms (itchy eyes, runny nose, stuffy nose, itchy or scratchy throat, cough, shortness of breath, phlegm, chest pain, and fever) before during and 1-h after each exposure. | $SO_2$ conc ranged from 106.6 to 721.0 ppm | $SO_2$ exposure at high concentrations increased symptoms of itchy eyes, shortness of breath, cough, running and/or stuffy nose, and itchy or scratchy throat during exposure (p < 0.05). Inhalation of high concentrations of $SO_2$ for 1-h caused significant decreases in pulmonary function. Difference in pulmonary function measured before and after exposure:<br>FVC (L) 0.16 (0.42), p < 0.05<br>$FEV_1$ (L) 0.39 (0.36), p < 0.001<br>$FEV_1$/FVC: 5.22 (6.75), p < 0.001<br>PEF (L/s) 1.39 (1.06), p < 0.001<br>$FEF_{25-75\%}$ (L/s) 0.82 (0.70), p < 0.001 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Kopp et al. (2000) Ten communities in Austria and SW Germany | Longitudinal cohort study of 797 children (mean age 8.2 yrs) from 2nd and 3rd grades of 10 schools in Austria and SW Germany to assess the effects of ambient $O_3$ on lung function in children over a 2-summer period. Study also examined the association between avg daily lung growth and $SO_2$, $NO_2$, and $PM_{10}$. Each child performed 4 lung function tests during spring 1994 and summer 1995. ISAAC questionnaire used for respiratory history. Linear regression models used to assess effect of air pollutants on FVC and $FEV_1$, which were surrogates for lung growth. | Mean $SO_2$ (95% CI) ppb Apr-Sep 1994 Amstetten: 3.7 (0.7, 3.9) St Valentin: 2.6 (1.5, 5.2) Krems: 3.7 (0.7, 7.5) Villingen: 0.7 (0 , 3.0) Heindenreichstein: 3.7, (0.7, 7.5) Ganserndorf: 3.7 (0.7, 11.2) Mistelbach: 3.7 (0.7, 7.5) Wiesmath: 6.3 (3.4, 9.4) Bruck: 1.5 (0.7, 4.1) Freudenstadt: 0.7 (0, 3.0) Oct 1994-Mar 1995 Amstetten: 3.7 (0.7, 7.5) St Valentin: 3.0 (1.1, 9.4) Krems: 3.7 (0.7, 11.0) Villingen: 1.9 (0 , 3.0) Heindenreichstein: 3.7 (0.7, 15.0) Ganserndorf: 3.7 (0.7, 22.5) Mistelbach: 3.7 (0.7, 22.5) Wiesmath: 2.23 (0.7, 10.1) Bruck: 15 (1.1, 7.9) Freudenstadt: 1.57 (0.4, 5.3) Apr-Sep 1995 Amstetten: 3.7 (0.7, 3.8) St Valentin: 2.6 (1.1, 6.8) Krems: 3.7 (0.5, 3.8) Villingen: 0.7 (0 , 2.6) Heindenreichstein: 0.7 (0.5, 0.9) Ganserndorf: 3.7 (0.7, 7.5) Mistelbach: 3.7 (0.7, 7.5) Wiesmath: 7.5 (0.7, 14.9) Bruck: 3.7 (0.4, 4.9) Freudenstadt: 0.7 (0, 3.4) | Lower FVC and $FEV_1$ increases observed in children exposed to high ambient $O_3$ levels vs. those exposed to lower levels in the summer. This study found no effect of $SO_2$ and $PM_{10}$ on FVC increase during the summer of 1995 and winter 1994/1995, however, $SO_2$ was negatively associated with FVC during the summer of 1994. Change in FVC (per ppb $SO_2$) Summer 1994: −0.044, p = 0.006 Winter 1994/95: 0.007, p = 0.243 Summer 1995: 0.045, p = 0.028 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Kramer et al. (1999)<br><br>East and West Germany<br><br>Period of Study: 1991 to 1995 | Repeated cross-sectional studies between 1991 and 1995 on 7-yr-old children in East Germany and between 1991 and 1994 in West Germany. Comparison of prevalence of airway diseases and allergies in East and West Germany during the first five yrs after reunification. A total of 19,090 children participated in the study. Logistic regression used to assess the effect of $SO_2$ and TSP on airway diseases and allergies. Analysis performed on 14,144 children with information on all covariates of interest. | East Germany 2-yr avg concentration ranged from 45 to 240 $\mu g/m^3$<br><br>West Germany 2-yr avg concentration ranged from 18-33 | All infectious airway diseases and irritation of the airway was associated with either $SO_2$ or TSP in East Germany in 1991. The decrease of pollution between 1991 and 1995 had a favorable effect on the prevalence of these illnesses. $SO_2$ was significantly associated with more than 5 colds in the last 12 mos, tonsillitis, dry cough in the last 12 mos, and frequent cough in 1991-1995.<br><br>Odds ratio and 95% CI: (per 200 $\mu g/m^3$ $SO_2$) in East Germany areas, 1991-1995 for children living at least 2 yrs in the areas, adjusted for time trend:<br><br>Infectious airway diseases:<br>Pneumonia ever diagnosed: 1.17 (0.85, 1.62)<br>Bronchitis ever diagnosed: 0.85 (0.68, 1.05)<br>≥5 colds in last 12 mos: 1.55 (1.18, 2.04)<br>Tonsillitis in the last 12 mos: 1.89 (1.49, 2.39)<br>Dry cough in the last 12 mos: 1.46 (1.12, 1.91)<br>Frequent cough ever: 2.51 (1.79. 3.53)<br>Allergic diseases and symptoms:<br>Irritated eyes in the last 12 mos: 1.06 (0.66, 1.70)<br>Irritated nose in the last 12 mos: 1.26 (0.96, 1.66)<br>Wheezing ever diagnosed: 0.68 (0.46, 1.01)<br>Bronchial asthma ever diagnosed: 2.73 (1.24, 6.04)<br>Hay fever ever diagnosed: 0.60 (0.24, 1.52)<br>Eczema ever diagnosed: 0.87 (0.65, 1.18)<br>Allergy ever diagnosed: 0.93 (0.67, 1.29) |
| Liebhart et al. (2007)<br><br>Poland (Bialystok, Bydgoszcz, Gdansk, Krakow, Lublin, Lodz, Poznan, Rabka, Warszawa, Wroclaw, Zabrze)<br><br>Period of Study: 1998-1999 | The Polish Multicentre Study of Epidemiology of Allergic Diseases (PMSEAD), which consisted of a cohort of 16,238 individuals aged 3-80 yrs old from 33 areas in 11 regions of Poland. Asthma diagnosis was determined through household questionnaires. Conducted multivariate and univariate logistic regression analyses to examine the prevalence of and risk factors for asthma. | Range ($\mu g/m^3$):<br>4.0-35.0 | In multivariate logistic regression models, BS was found to be a significant risk factor for asthma for both children and adults. $SO_2$ was found to be a significant risk factor for asthma in both children and adults, but only in a univariate logistic regression.<br><br>Adjusted Odds Ratio (95% CI)<br>Univariate logistic regression<br>Children: 1.34 (1.04, 1.72)<br>Adults: 1.19 (1.02, 1.38)<br>Multivariate logistic regression<br>Children: 1.20 (0.91, 1.59)<br>Adults: 1.01 (0.85, 1.20) |
| Kohlhammer et al. (2007)<br><br>Hettstedt, Germany<br><br>Period of Study: 1992-1999 | Three repeated cross-sectional studies of 5,360 children ages 5-14 examining health impacts (lifetime pneumonia) of social and environmental factors | --- | No relationship between $SO_2$ and pneumonia was observed. |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Penard-Morand et al. (2006)<br><br>Six communities in France: Bordeaux, Clermont-Ferrand, Creteil, Marseille, Strasbourg and Reims<br><br>Period of Study: Mar 1999-Oct 2000 | Cross-sectional study of 4,901 children (9-11 yrs) form 108 randomly selected schools in 6 cities to assess the association between long-term exposure to background air pollution ($NO_2$, $SO_2$, $PM_{10}$, $O_3$) and atopy and respiratory outcomes. Analysis restricted to children who had lived at least the last 3 yrs in their house at the time of the examination. Analysis used three yr avgd air pollutant concentrations at the children's schools. Parents completed questionnaire on respiratory and allergic disorders (asthma, allergic rhinitis (AR), and atopic dermatitis) and children underwent examination that included a skin prick test to assess allergic sensitization, evidence of visible flexural dermatitis and measure of exercise-induced bronchial reactivity (EIB). | Estimated 3-yr avg concentrations at 108 schools<br><br>Low conc: 4.6 µg/m³ (Range: 1.3, 7.4),<br>High conc: 9.6 µg/m³ (range 7.7, 13.7) | Increased concentrations of $SO_2$ were significantly associated with an increased risk of EIB, lifetime asthma and lifetime AR. Past yr wheeze and asthma were also associated with $SO_2$. In a two-pollutant model with $PM_{10}$, significant associations were observed between $SO_2$ and EIB and past yr wheeze.<br><br>Odds ratio and 95% CI (per 5 µg/m³ $SO_2$)<br>EIB: 1.39 (1.15, 1.66), p < 0.001<br>Flexural dermatitis: 0.86 (0.73, 1.02), p < 0.10<br>Past yr wheeze: 1.23 (1.0, 1.51), p < 0.05<br>Past yr asthma: 1.28 (1.00, 1.65), p < 0.01<br>Past yr rhinoconjunctivitis: 1.05 (0.89, 1.24)<br>Past yr atopic dermatitis: 1.01 (0.86, 1.18)<br>Lifetime asthma: 1.19 (1.00, 1.41), p < 0.10<br>Lifetime allergic rhinitis: 1.16 (1.01, 1.32), p < 0.05<br>Lifetime atopic dermatitis: 0.93 (0.82, 1.05)<br>Two-pollutant model with $PM_{10}$<br>EIB: 1.46 (1.12, 1.90)<br>Past yr wheeze: 1.45 (1.09, 1.93) |
| Pikhart et al. (2001)<br><br>Czech Republic, Poland,<br><br>Period of Study: 1993-1994 | Part of the small-area variation in air pollution and health (SAVIAH) study to assess long-term effects of air pollution on respiratory outcomes. Analysis on data from two centers of the multicenter study: Prague, Czech Republic, and Poznan, Poland. Both cities had wide variation in air pollution levels. Parents/guardians of 6,959 children (7-10 yrs) completed a questionnaire about the socioeconomic situation of the family, type of housing, family history of atopy, parental smoking, family composition, and health of the child. $SO_2$ was measured at 80 sites in Poznan and 50 sites in Prague during 2-wk campaigns. From these data GIS was used to estimate pollutant concentrations at a small area level. Logistic regression used to assess effect of air pollution on the prevalence of respiratory outcomes. | Mean $SO_2$ (µg/m³)<br><br>Prague: 83.9<br>Range: 65.8-96.6<br><br>Poznan: 79.7<br>Range: 44.2-140.2 | $SO_2$ levels (mean of home and school) were associated with the prevalence of wheezing/whistling in the past 12 mos. There was a marginal association between $SO_2$ and lifetime prevalence of wheezing and physician diagnosed asthma. Fully adjusted model controlled for age, gender, maternal education, number of siblings, dampness at home, heating and cooking on gas, maternal smoking, and family history of atopy and center. Authors noted $SO_2$ is strongly spatially correlated with particles in the Czech Republic and probably Poland, so $SO_2$ may be proxy for exposure to other pollutants. Not other pollutants measured in study.<br><br>Odds ratio (per 50 µg/m³) $SO_2$<br>Wheezing/whistling in past 12 mos: 1.32 (1.10, 1.57)<br>Wheezing/whistling ever: 1.13 (0.99, 1.30)<br>Asthma ever diagnosed by doctor: 1.39 (1.01, 1.92)<br>Dry cough at night: 1.06 (0.89, 1.27) |
| Ramadour et al. (2000)<br><br>Seven towns in SE France<br><br>Period of Study: Jan-Feb 1993 | Cross-sectional cohort study of 2,445 children (age 13-14 yrs) who had lived for at least 3 yrs in their current residence to compare the levels of $O_3$, $SO_2$, and $NO_2$ to the prevalence of rhinitis, asthma, and asthmatic symptoms. Some of the communities had the heaviest photochemical exposure in France. Subjects completed ISAAC survey of asthma and respiratory symptoms. Analysis conducted with logistic regression models that controlled for family history of asthma, personal history of early-life respiratory diseases, and SES. Also performed simple univariate linear regressions. | Mean (SD) µg/m³ of $SO_2$ during 2-mo period<br><br>Port de Bouc: 32.3 (24.5)<br>Istres: 23.8 (12.7)<br>Sausset: 29.0 (28.7)<br>Rognanc-Velaux: 39.5 (21.8)<br>Vitrolles: 57.4 (32.0)<br>Arles: 29.7 (15.5)<br>SaloN: 17.3 (11.6) | Study found no relationship between mean levels of $SO_2$, $NO_2$, or $O_3$ and rhinitis ever, 12-mo rhinitis, rhinoconjunctivitis, and hay fever or asthmatic symptoms. Simple regression analyses of respiratory outcomes vs. mean $SO_2$ levels in the 7 towns indicated that nocturnal dry cough was associated with mean $SO_2$ levels (r = 0.891). Potential confounding across towns. |
| Soyseth et al. (1995b)<br><br>Ardal and Laerdal, Norway<br><br>Period of Study: winter seasons 1989-92 | Cross-sectional study of 529 children (aged 7-13 yrs) to determine whether exposure to $SO_2$ during infancy is related to the prevalence of bronchial hyperresponsiveness (BHR). A sulfur dioxide emitting aluminum smelter is present in Ardal, but there is no air polluting industry in Laerdal. Parents filled out questionnaire regarding family history of asthma, type of housing, respiratory symptoms and parent's smoking habits. Spirometry was performed on each child and bronchial hyperactivity was determined by methacholine challenge or reversibility test. Skin prick test done to assess atopy. Also examined, the effects of fluoride. | Median $SO_2$<br><br>37.1 µg/m³ at ages 0-12 mos<br><br>37.9 µg/m³ at ages 13-36 mos | This study found that the risk of BHR was associated with $SO_2$ exposure at 0-12 mos<br><br>Odds ratio for BHR (per 10 µg/m³ $SO_2$) for various ages at exposure<br>0-12 mos: 1.62 (1.11, 2.35)<br>13-36 mos: 1.40 (0.90, 2.21)<br>37-72 mos: 1.19 (0.77, 1.82)<br>73-108 mos: 1.19 (0.63, 2.22) |

| Study | Methods | Pollutant Data | Findings |
|-------|---------|----------------|----------|
| Studnicka et al. (1997)<br><br>Austria (8 nonurban communities)<br><br>Period of Study: 1991-1993 | Longitudinal study of 843 children 7 yrs old from 8 nonurban Austrian communities. A logistic regression was used to examine the association between $SO_2$ concentrations and asthma and respiratory symptoms by comparing low, regular, and high $SO_2$ communities with very low $SO_2$ communities. | Range:<br>Jan. 1991-Dec. 1993 (ppb): 6.0 (Krems), 12.0 (Mistel. and Gäns) | $SO_2$ was significantly associated with bronchial asthma in the last 12 mos and positively associated with parent-reported "ever asthma" when comparing low $SO_2$ concentration communities with very low $SO_2$ communities.<br><br>Adjusted Prevalence Odds Ratio<br>Wheeze last 12 mos:<br>Low: 0.68. Regular: 0.88. High: 0.42<br>Cough apart from colds last 12 mos:<br>Low: 0.75. Regular: 0.85. High: 0.72<br>Bronchitis last 12 mos:<br>Low: 0.21. Regular: 0.45. High: 0.56<br>Bronchial asthma last 12 mos:<br>Low: 2.35. Regular: 0.22. High: 0.33<br>Parent-reported "ever asthma":<br>Low: 1.70. Regular: 0.23. High: 0.67 |
| von Mutius et al. (1995)<br><br>Leipzig, East Germany,<br><br>Period of Study: Oct 1991-Jul 1992 | The effects of high to moderate levels of air pollution ($SO_2$, $NO_X$, and PM) on the incidence of upper respiratory were investigated in 1,500 schoolchildren (9-11 yrs) in Leipzig, East Germany. Logistic regression models controlled for paternal education, passive smoke exposure, number of siblings, temperature, and humidity. | During winter mos, $SO_2$ daily max concentrations ranged from 40-1283 $\mu g/m^3$.<br><br>During high pollution period, avg concentration of $SO_2$ was 188 $\mu g/m^3$ and during low pollution avg was 57 $\mu g/m^3$. | The daily mean values of $SO_2$ and $NO_X$ were significantly associated with increased risk of developing upper respiratory illnesses during the high concentration period. In the low concentration period, only $NO_X$ daily mean values were associated with increased risks. In a two-pollutant model with PM, similar estimates to the single-pollutant model were obtained, thus collinearity of data may not account for the effects of high mean concentrations of $SO_2$.<br><br>Odds ratio and 95% CI: (did not indicate per what level of $SO_2$ increase)<br><br>Daily mean $SO_2$ : High period: 1.72 (1.19, 2.49); Low period: 1.40 (0.95, 2.07)<br>Daily max $SO_2$ : High period: 1.26 (0.80, 1.96); Low period: 0.99 (0.66, 1.47) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **LATIN AMERICA** | | | |
| Solé et al. (2007)<br><br>São Paulo, Brazil (São Paulo West (SPW), São Paulo South (SPS), Santo André (SA), Curitiba (CR), Porto Alegre (PoA) | Cohort of 16,209 adolescents (13-14 yrs old) from the 21 centers involved in the International Study of Asthma and Allergies in Childhood (ISAAC). Each participant was given a questionnaire to identify various allergy-related symptoms that occurred in the last 12 mos. The relationship between affirmative answer to a question, socioeconomic status, and air pollutants was analyzed by the Spearman correlation coefficient. The location with the lowest level of a specific air pollutant was defined as the reference and the risk of an affirmative answer to a question was presented as an odds ratio for each location. | NR | In the analysis of the risk of allergy-related symptoms due to $SO_2$ levels in relation to the center with the lowest annual mean $SO_2$ concentrations SPW was significantly associated with every symptom. Other significant associations were observed in SA for current wheezing; in CR for rhinitis and rhinoconjunctivitis; and in PoA for current wheezing, nighttime cough, rhinitis, and eczema.<br><br>Odds Ratio (95% CI)-Reference Center: São Paulo South (SPS)<br><br>Current Wheezing: SPW: 1.21 (1.08, 1.38); SA: 1.31 (1.16, 1.48); CR: 1.02 (0.90, 1.15) PoA: 1.68 (0.85, 1.10)<br>Severe Asthma: SPW: 2.01 (1.56, 2.60); SA: 1.04 (0.78, 1.40); CR: 1.08 (0.81, 1.42); PoA: 1.01 (1.29, 2.20)<br>Nighttime Cough: SPW: 1.14 (1.03, 1.26); SA: 0.94 (0.85, 1.04); CR: 0.93 (0.84, 1.02); PoA: 1.25 (0.91, 1.12)<br>Rhinitis Last Yr: SPW: 1.14 (1.02, 1.27); SA: 1.05 (0.94, 1.18); CR: 1.71 (1.54, 1.90); PoA: 1.36 (1.12, 1.40)<br>Rhinoconjunctivitis: SPW: 1.78 (1.55, 2.04); SA: 1.15 (0.99, 1.33); CR: 1.50 (1.31, 1.72); PoA: 1.48 (1.18, 1.57)<br>Severe Rhinitis: SPW: 1.50 (1.32, 1.71); SA: 1.08 (0.94, 1.24); CR: 1.52 (1.34, 1.73); PoA: 0.97 (1.30, 1.69)<br>Eczema: SPW: 1.40 (1.17, 1.68); SA: 1.00 (0.83, 1.21); CR: 0.88 (0.72, 1.06); PoA: 1.40 (0.80, 1.18)<br>Flexural Eczema: SPW: 2.00 (1.58, 2.52); SA: 0.95 (0.73, 1.24); CR: 1.02 (0.79, 1.31); PoA: 2.41 (1.09, 1.80)<br>Severe Eczema: SPW: 2.58 (1.94, 3.44); SA: 0.92 (0.65, 1.30); CR: 0.71 (0.50, 1.02); PoA: NR (1.80, 3.22) |
| **ASIA** | | | |
| Ho et al. (2007)<br><br>Taiwan<br><br>Period of Study: 1995-1996 | Survey of 69,367 children ages 12-15 by questionnaire. The max likelihood estimation was carried out with Fisher's scoring algorithm and GEE. | NR | $SO_2$ not significant in both genders. However, $SO_2$ showed a reversal effect on monthly asthma attack rate.<br><br>(Authors state that this reversal effect could be caused by the interaction of sulfur dioxide with the lowest 5% monthly temperature avg) |
| Hwang et al. (2005)<br><br>Taiwan<br><br>Period of Study: 2001 | A cross-sectional study consisting of 32,672 Taiwanese school children aged 6-15 yrs old. Using a modified Chinese version of the International Study of Asthma and Allergies in Childhood (ISAAC) questionnaire collected information on each participant's health, environmental exposures, and other variables. A two-stage hierarchical model consisting of logistic and linear regression analyses was used to account for, in the first stage, variation among subjects, and, in the second stage, variation among municipalities. | 2000 (ppb): 3.53 (2.00) | Increased annual levels of $NO_X$, CO, and $O_3$ were associated with an increased risk of childhood asthma levels. In both single- and co-pollutant models $SO_2$ was not found to be associated with the risk of asthma.<br><br>Odds Ratio (95% CI) (per 10 ppb $SO_2$)<br>Single-pollutant model<br>0.874 (0.729, 1.054)<br><br>Two-pollutant model<br>$NO_X + SO_2$: 0.724 (0.545, 0.963)<br>$CO + SO_2$: 0.689 (0.542, 0.875)<br>$SO_2 + O_3$: 0.826 (0.674, 1.014) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Peters et al. (1996)<br><br>Hong Kong (Kwai Tsing; Southern)<br><br>Period of Study: 1989-1991 | Cohort of 3,521 children from two districts in Hong Kong with good and poor air quality prior to the 1990 legislation to reduce fuel sulfur levels. Analyses consisted of multivariate methods using logistic regression along with generalized estimating equations (GEE) to examine the effect of legislation implemented to reduce fuel sulfur levels on respiratory health. | Annual avg ($\mu g/m^3$)<br><br>Southern<br>1989: 11<br>1990: 8<br>1991: 7<br><br>Kwai Tsing<br>1989: 111<br>1990: 67<br>1991: 23 | $SO_2$ emissions were reduced by 80% after institution of the legislation. The study does not provide effect estimates for individual pollutants. |
| Wang et al. (1999)<br><br>Taiwan (Kaohsiung; Pintong)<br><br>Period of Study: 1995-1996 | A cross-sectional study consisting of 165,173 high school students aged 11-16 yrs old residing in the communities of Kaohsiung and Pintong in Taiwan from Oct 1995 to Jun 1996. Used a video and questionnaire developed by the International Study of Asthma and Allergies in Childhood (ISAAC). The association between air pollution and asthma was examined using logistic regression. In addition, the study performed a multiple logistic regression to examine the independent effects of risk factors of asthma after adjusting for age, sex, parents' education, and area of residence. The multiple logistic regression included pollutant concentrations to examine the combined effect. | Median:<br><br>1996 (ppm): 0.013 | In the univariate analysis, increasing concentrations of TSP, $SO_2$, $NO_2$, CO, $O_3$, and airborne dust were all found to be significantly associated with asthma. These univariate estimates are associated with concentrations above a cutoff (i.e., the median concentrations of each pollutant). In the multivariate analysis increasing concentrations of TSP, NO2, CO, O3, and airborne dust were significantly associated with asthma.<br><br>Odds Ratio (95% CI) (per 0.013 ppm $SO_2$)<br><br>Univariate analysis<br>≥ 0.013 ppm: 1.05 (1.02, 1.09)<br><br>Adjusted Odds Ratio (95% CI)<br>Multivariate analysis<br>0.98 (0.95, 1.02) |

**MIDDLE EAST**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Dubnov et al. (2007)<br><br>Israel<br><br>(Hadera, Pardes-Hanna)<br><br>Period of Study: 1996 and 1999 | Cohort of 1,492 schoolchildren (7-14 yrs old) living near a major coal-fired power station. Subjects underwent pulmonary function tests (PFT) for forced vital capacity (FVC) and forced expiratory volume during the first second ($FEV_1$) to examine the association between pulmonary function and long-term exposure to air pollution. Using stepwise multiple regression (SMR) and ordinary leas squares regression (OLS) examined the multiplicative effect of $NO_X$ and $SO_2$ on pulmonary function. | 1996 and 1999 avg (SD) (ppm):<br>12.9 (11.3) | Using an integrated concentration value (ICV), which equals the product of $NO_X$ concentration and $SO_2$ concentration when both concentrations individually exceed the half-hour reference level, found significant associations between exposure to air pollution and decrements in pulmonary function.<br><br>All Children:<br>NOX x SO2<br>ΔFVC (%)<br>β = −0.004, p < 0.001<br>Δ$FEV_1$ (%)<br>β = −0.004, p < 0.001<br>Children in zone of highest concentration of air pollution:<br>NOX x SO2<br>ΔFVC (%)<br>β = −0.005, p < 0.001<br>Δ$FEV_1$(%)<br>β = −0.005, p < 0.001 |

**AFRICA**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Houssaini et al. (2007)<br><br>Morocco | Cross-sectional study of 1,318 children with a mean age of 12 yrs. Used a questionnaire and medical diagnosis/reporting for asthma, and evaluated using Student's t-test, Chi-square, odds ratios, and Cochran-Armitage tests. | Annual Avg:<br>2000-2001: 60.2 $\mu g/m^3$<br>2001-2002: 50.2 $\mu g/m^3$<br>2002-2003: 49.6 $\mu g/m^3$<br>2003-2004: 36.8 $\mu g/m^3$ | Significant prevalence for respiratory diseases, asthma, and infectious disease, when combined with TSP. |

**Table F-7.    Long-term exposure to SO$_2$ and lung cancer incidence and mortality.**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **UNITED STATES** | | | |
| Abbey et al. (1999)<br><br>Three California air basins: San Francisco, South Coast (Los Angeles and eastward), San Diego<br><br>Period of Study: 1977-1992 | Prospective cohort study of 6,338 nonsmoking non-Hispanic white adult members of the Adventist Health Study followed for all cause, cardiopulmonary, nonmalignant respiratory, and lung cancer mortality. Participants were aged 27-95 yrs at enrollment in 1977. 1,628 (989 females, 639 males) mortality events followed through 1992. All results were stratified by gender. Used Cox proportional hazards analysis, adjusting for age at enrollment, past smoking, environmental tobacco smoke exposure, alcohol use, education, occupation, and body mass index. Analyzed mortality from all natural causes, cardiopulmonary, nonmalignant respiratory, and lung cancer. | Mean SO$_2$ Levels:<br>24-h avg SO$_2$: 5.6 ppb<br><br>Copollutants:<br>PM$_{10}$<br>SO$_4$<br>O$_3$<br>NO$_2$ | Lung cancer mortality showed large risk estimates for most of the pollutants in either or both sexes, but the number of lung cancer deaths in this cohort was very small (12 for female and 18 for male) Generally wide confidence intervals (relative to other U.S. cohort studies).<br><br>Adjusted Mortality Relative Risk<br>(95% CI) (per 3.72 ppb SO$_2$)<br><br>Lung Cancer<br>Males: 1.99 (1.24, 3.20)<br>Females: 3.01 (1.88, 4.84) |
| Beeson et al. (1998)<br><br>Three California air basins: San Diego, San Francisco, South Coast (Los Angeles and eastward)<br><br>Period of Study: 1977-1992 | Prospective cohort study of 6,338 nonsmoking non-Hispanic white adult members of the Adventist Health Study aged 27-95 yrs at time of enrollment. 36 (20 females, 16 males) histologically confirmed lung cancers were diagnosed through 1992. Extensive exposure assessment, with assignment of individual long-term exposures to O$_3$, PM$_{10}$, SO$_4{}^{2-}$, and SO$_2$, was a unique strength of this study. All results were stratified by gender. Used Cox proportional hazards analysis, adjusting for age at enrollment, past smoking, education, and alcohol use. | 24-h avg SO$_2$: 5.6 ppb | Lung cancer incidence relative risk:<br>Male: RR = 3.72 (95%CI: 1.91, 7.28);<br>Female: RR = 2.78 (95%CI: 1.51, 5.12) per 5 ppb increase in SO$_2$<br><br>Case number very small (16 for male, 20 for female). |
| Krewski et al. (2000) | Re-analysis and sensitivity analysis of Dockery et al. (1993) Harvard Six Cities study. | Mean SO$_2$ Levels: 24-h avg SO$_2$ ranged from 1.6 (Topeka) to 24.0 (Steubenville) ppb<br><br>Copollutants: Fine Particles, Sulfates | SO$_2$ showed positive associations with lung cancer deaths (1.03 (95% CI: 0.91, 1.16), but in this dataset, SO$_2$ was highly correlated with PM$_{2.5}$ (r = 0.85), sulfate (r = 0.85), and NO$_2$ (r = 0.84) |
| **EUROPE** | | | |
| Beelen et al. (2008)<br><br>The Netherlands<br><br>Period of Study: 1987-1996. | Cohort study on diet and cancer with 120,852 subjects who were followed from 1987 to 1996. BS, NO$_2$, SO$_2$, and PM$_{2.5}$ and traffic-exposure estimates were analyzed. Cox regression model adjusted for age, sex, smoking, and area-level socioeconomic status. | Mean SO$_2$ Levels:<br>Mean: 4.8 ppb, with a range of 1.5 to 11.8 ppb.<br><br>Copollutants:<br>PM$_{2.5}$ BS NO$_2$ | Traffic intensity on the nearest road was not associated with exposure SO$_2$. Background SO$_2$ levels were not associated with lung cancer mortality.<br><br>Adjusted RR<br>(per 20 µg/m$^3$ SO$_2$)<br>1.00 (0.79, 1.26) |
| Filleul et al. (2005)<br><br>Seven French cities<br><br>Period of Study: 1975-2001 | Cohort study of 14,284 adults who resided in 24 areas from seven French cities when enrolled in the PAARC survey (air pollution and chronic respiratory diseases) in 1974. Daily measurements of SO$_2$, TSP, BS, NO$_2$, and NO were made in 24 areas for three yrs (1974-1976). Cox proportional hazards models adjusted for smoking, educational level, BMI, and occupational exposure. Models were run before and after exclusion of six area monitors influenced by local traffic as determined by the NO/NO$_2$ ratio >3. | Mean SO$_2$ Levels:<br>24-h avg SO$_2$ ranged from 17 mg/m$^3$ ("Area 3" in Lille) to 85 mg/m$^3$ ("Area 3" in Marseille) in the 24 areas in seven cities during 1974-1976. Median levels during 1990-1997 ranged from 8.5 mg/m$^3$ (Bordeaux) to 23.4 mg/m$^3$ (Rouen) in the five cities where data were available.<br><br>Copollutants: TSP<br>BS NO$_2$ NO | The authors noted that inclusion of air monitoring data from stations directly influenced by local traffic could overestimate the mean population exposure and bias the results. It should be noted that the table describing air pollution levels in Filleul et al.'s report indicates that the SO$_2$ levels in these French cities declined markedly from 1974-1976 and 1990-1997 period, by a factor of 2 to 3, depending on the city, whereas NO$_2$ levels between the two periods were variable, increased in some cities, and decreased in others. These changes in air pollution levels over the study period complicate interpretation of reported risk estimates.<br><br>Relative Risk (95% CI) for lung cancer mortality (per 10 mg/m$^3$ multi-year average)<br>All 24 areas: 0.99 (0.92, 1.07)<br>18 areas:1.00 (0.91, 1.11) |

| Study | Methods | Pollutant Data | Findings |
|-------|---------|----------------|----------|
| Nafstad et al. (2003)<br><br>Oslo, Norway<br><br>Period of Study: 1972-1998 | Retrospective study associating cardiovascular risk factors to a national cancer register among 16,209 men ages 10-49 yrs. Survival analyses and Cox proportional hazards regression were used to estimate associations. | Estimated for each person each yr from 1974 to 1998<br><br>Five-yr median avg levels $SO_2$ participants home address, 1974-1978: 9.4 $\mu g/m^3$ (range 0.2 to 55.8)<br><br>Median levels within the quartiles:<br>2.5 $\mu g/m^3$. 6.2 $\mu g/m^3$<br>14.7 $\mu g/m^3$. 31.3 $\mu g/m^3$<br><br>Copollutants:<br>$NO_x$ | Adjusted risk ratios (95% CI) of developing lung cancer:<br>Model 1:<br>0-9.99 $\mu g/m^3$: Ref<br>10-19.99 $\mu g/m^3$: 1.05 (0.81, 1.35)<br>20-29.99 $\mu g/m^3$: 0.95 (0.72, 1.27)<br>30+ $\mu g/m^3$: 1.06 (0.79, 1.43)<br>Model 2: Per 10 $\mu g/m^3$: 1.01 (0.94, 1.08)<br><br>Adjusted risk ratios (95% CI) of developing non-lung cancer:<br>Model 1: 0-9.99 $\mu g/m^3$: Ref.<br>10-19.99 $\mu g/m^3$: 1.07 (0.96, 1.19)<br>20-29.99 $\mu g/m^3$: 0.90 (0.80, 1.02)<br>30+ $\mu g/m^3$: 0.98 (0.86, 1.10)<br>Model 2: Per 10 $\mu g/m^3$: 0.99 (0.96, 1.02) |
| Nafstad et al. (2004)<br><br>Oslo, Norway<br><br>Period of Study: 1972-1998 | Cohort study of 16,209 Norwegian men 40-49 yrs of age living in Oslo, Norway, in 1972-1973. Data from the Norwegian Death Register were linked with estimates of avg yearly air pollution levels at the participants' home addresses from 1974 to 1998. $NO_x$, rather than $NO_2$ was used. Exposure estimates for $NO_x$ and $SO_2$ were constructed using models based on the subject's address, emission data for industry, heating, and traffic, and measured concentrations. Addresses linked to 50 of the busiest streets were given an additional exposure based on estimates of annual avg daily traffic. Cox proportional-hazards regression was used to estimate associations between exposure and total and cause-specific mortality, adjusting for age strata, education, occupation, smoking, physical activity level, and risk groups for cardiovascular diseases | Mean $SO_2$ Levels:<br>The yearly avg of 24-h avg $SO_2$ were reduced with a factor of 7 during the study period from 5.6 ppb in 1974 to 0.8 ppb in 1995.<br><br>Copollutants:<br>$NO_x$ | $SO_2$ did not show any associations with lung cancer, e.g., 1.00 (0.93, 1.08) per 10 $\mu g/m^3$ increase mortality in $SO_2$. No association was also observed when including $SO_2$ in the model as a categorical variable. Note the very low levels of $SO_2$. |
| Nyberg et al. (2000)<br><br>Stockholm County, Sweden<br><br>Period of Study: Jan 1, 1985-Dec 31, 1990 | Case-control study of men 40-70 yrs, with 1,042 cases of lung cancer and 1,274 controls, to evaluate the suitability of an indicator of air pollution from heating. | Annual levels computed for each yr between 1950 and 1990, but not provided herein<br><br>$NO_x/NO_2$ | Little effect of $SO_x$ in any time window, but highest correlations in early yrs.<br><br>$SO_x$ RR (CI 95%) from heating (per 10 $\mu g/m^3$) for 30-yr avg<br>< 41.30 $\mu g/m^3$: 1<br>≥ 41.30 to < 52.75: 1.06 (0.83, 1.35)<br>≥ 52.75 to < 67.14: 0.98 (0.77, 1.24)<br>≥ 67.14 to < 78.20: 0.90 (0.68, 1.19)<br>≥ 78.20: 1.00 (0.73, 1.37)<br><br>$SO_x$ RR (CI 95%) from heating (per 10 $\mu g/m^3$) for 10-yr avg<br>< 66.20 $\mu g/m^3$: 1<br>≥ 66.20 to < 87.60: 1.16 (0.91, 1.47)<br>≥ 87.60 to < 110.30: 1.00 (0.79, 1.27)<br>≥ 110.30 to < 129.10: 0.92 (0.70, 1.21)<br>≥ 129.10: 1.21 (0.89, 1.66) |

**Table F-8.    Long-term exposure to $SO_2$ and prenatal and neonatal outcomes.**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| **UNITED STATES** | | | |
| Bell et al. (2007)<br><br>Connecticut and Massachusetts<br><br>Period of Study: 1999-2002 | Outcome(s): LBW<br>Study design: Case-control<br>N: 358,504 live singleton births<br>Statistical Analysis: Linear models and logistic regression<br>Covariates: Gestational length, prenatal care, type of delivery, child's sex, birth order, weather, yr, and mother's race, education, marital status, age, and tobacco use. | Gestational exposure (ppb)<br>Mean: 4.7<br>SD: 1.2<br>IQR: 1.6<br><br>Copollutants:<br>$NO_2$<br>CO<br>$PM_{10}$<br>$PM_{2.5}$ | No relationship between gestational exposure to $SO_2$ and birth weight. First trimester exposure to $SO_2$ was associated with low birth weight. No statistical difference n the effect estimates of $SO_2$ for infants of black and white mothers.<br><br>Increment: 1.6 ppb (IQR)<br><br>Change in birth weight:<br>Entire pregnancy: −0.9 g (−4.4, 2.6)<br>Black mother: 1.2 (−6.5, 8.8)<br>White mother: −1.4 (−5.1, 2.3)<br>1st trimester: −3.7 to −3.3 grams<br><br>LBW: OR 1.003 (0.961, 1.046) |
| Gilboa et al. (2005)<br><br>Seven Texas Counties<br><br>Period of Study: 1997-2000 | Outcome(s): Selected birth defects<br>Study design: Case-control<br>N: 4,570 cases and 3,667 controls<br>Statistical Analysis: Logistic regression<br>Covariates: Maternal education, maternal race/ethnicity, season of conception, plurality, maternal age, maternal illness<br>Statistical package: SAS vs. 8.2 | Levels NR<br><br>Copollutants<br>$PM_{10}$<br>$O_3$<br>$NO_2$<br>CO | When the fourth quartile of exposure was compared with the first, $SO_2$ was associated with increased risk of isolated ventricular septal defects. Inverse associations were noted for $SO_2$ and risk of isolated atrial septal defects and multiple endocardial cushion defects.<br><br>Aortic artery and valve defects: < 1.3 ppb: 1.00; 1.3 to < 1.9: NA; 1.9 to < 2.7: 1.06 (0.34, 3.29); ≥ 2.7: 0.83 (0.26, 2.68)<br>Atrial septal defects: < 1.3 ppb: 1.00; 1.3 to 1.9: 1.22 (0.79, 1.88); 1.9 to < 2.7: 0.76 (0.47, 1.23); ≥ 2.7: 0.42 (0.22, 0.78)<br>Pulmonary artery and valve defects: < 1.3 ppb: 1.00; .3 to < 1.9: 0.63 (0.23, 1.74); 1.9 to < 2.7: 0.93 (0.36, 2.38); ≥ 2.7: 1.07 (0.43, 2.69)<br>Ventricular septal defects: < 1.3 ppb: 1.00; 1.3 to 1.9: 1.02 (0.68, 1.53); 1.9 to < 2.7: 1.13 (0.76, 1.68); ≥ 2.7: 2.16 (1.51, 3.09)<br>Conotruncal defects: < 1.3 ppb: 1.00; 1.3 to 1.9: 0.71 (0.46, 1.09); 1.9 to < 2.7: 0.71 (0.46, 1.09); ≥ 2.7: 0.58 (0.37, 0.91)<br>Endocardial cushion and mitral valve defects: < 1.3 ppb: 1.00; 1.3 to < 1.9: 0.89 (0.50, 1.61); 1.9 to < 2.7: 0.89 (0.49, 1.62); ≥ 2.7: 1.18 (0.68, 2.06)<br>Cleft lip with or without cleft palate: < 1.3 ppb: 1.00; 1.3 to 1.9: 0.79 (0.52, 1.20); 1.9 to < 2.7: 0.95 (0.64, 1.43); ≥ 2.7: 0.75 (0.49, 1.15)<br>Cleft palate: < 1.3 ppb: 1.00; 1.3 to 1.9: 0.89 (0.40, 1.97); 1.9 to < 2.7: 1.49 (0.72, 3.06); ≥ 2.7: 1.22 (0.56, 2.66) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Lipfert et al. (2000c)<br><br>United States<br><br>Period of Study:<br>1990 | Mortality<br><br>Outcome(s): SIDS Study design: Cohort<br><br>Statistical Analysis: Three logistic regression analyses to examine the relation between annual avg air pollutant values and various infant mortality endpoints (i.e., all causes, SIDS, respiratory, and other causes<br><br>Statistical package: NR<br><br>Age groups analyzed: 0-1<br><br>Covariates: Altitude, degree days (°F), median income (U.S. $), population density<br><br>Lag(s): N/A | Mean (SD) $SO_2$: 4.57 (2.6) ppb<br>Range: 0.3, 9.9<br><br><br>Copollutants:<br>$PM_{10}$ (r = 0.04)<br>CO (r = -0.15)<br>$SO_4^{2-}$ (r = 0.36)<br>$NSPM_{10}$ (r = -0.13) | In a model that included states that lacked data on maternal education and smoking along with various personal and ecological variables, $SO_2$ was not found to be a significant predictor of SIDS mortality in infants with birth weights >2,500 g.<br><br>β = −0.0118 (0.0094)<br><br>Mean Risk (95% CI)<br><br>0.95 (0.87, 1.03) |
| Maisonet et al. (2001)<br><br>6 Northeastern cities of U.S.<br><br>Period of Study:<br>1994-1996 | Outcome(s): Term LBW<br><br>Study design: Case-control<br><br>N: 89,557 live singleton births<br><br>Statistical Analysis: Logistic regression models linear regression models<br>Covariates: Maternal age, race, season of the yr, smoking and alcohol use during pregnancy, firstborn, gender, marital status, and previous terminations, prenatal care (ordinal variable), weight gain, and gestational age<br><br>Stratified by race/ethnicity<br><br>Statistical package: STATA | Exposure distribution<br>(< 25th, 25th to < 50th, 50th to < 75th, 75th to < 95th, ≥ 95th)<br><br>First trimester: < 7.09, 7.090 to 8.906, 8.907 to 11.969, 11.970 to 18.447, ≥18.448<br><br>Second trimester: < 6.596, 6.596 to 8.896, 8.897 to 11.959, 11.960 to 18.275, ≥ 18.276<br><br>Third trimester: < 5.810, 5.810 to 8.453, 8.454 to 11.777, 11.778 to 18.134, ≥ 18.135<br><br>Copollutants:<br>CO<br>$PM_{10}$ | This study provides evidence of an increased risk for term LBW in relation to increased ambient air levels of $SO_2$ at concentrations well below the established standards. Higher risk estimates among whites when stratified by race/ethnicity<br><br>First trimester:<br>< 25th: Referent<br>25th-50th: 1.04 (0.88, 1.23)<br>50th-75th: 1.04 (0.94, 1.15)<br>75th-95th: 0.98 (0.81, 1.17)<br>> 95th: 0.88 (0.73, 1.07)<br>Increment (10 ppm): 0.98 (0.93, 1.03)<br>Second trimester:<br>25th-50th: 1.18 (1.12, 1.25)<br>50th-75th: 1.12 (1.07, 1.17)<br>75th-95th: 1.13 (1.05, 1.22)<br>> 95th: 0.87 (0.80, 0.95)<br>Increment (10 ppm): 1.01 (0.93, 1.10)<br>Third trimester:<br>25th-50th: 1.04 (0.92, 1.18)<br>50th-75th: 1.02 (0.87, 1.18)<br>75th-95th: 1.04 (0.84, 1.28)<br>> 95th: 1.06 (0.76, 1.47)<br>Increment (10 ppm): 1.01 (0.86, 1.20) |
| Sagiv et al. (2005)<br><br>4 Pennsylvania counties<br><br>Period of Study:<br>1997-2001 | Outcome(s): Pre-term birth<br><br>Study design: Time-series<br>N: 187,997 births<br><br>Study design: Poisson-regression models<br><br>Covariates: Long-term trends, copollutants, temperature, dew point temperature, and day of wk.<br><br>Lag: Daily lags ranging from 1-7 days | Mean $SO_2$ Levels:<br>6-wk Mean: 7.9 ± 3.5 ppb<br>Range: 0.8, 17<br>Median: 8.1<br><br>Daily Mean: 7.9 ± 6.2<br>Range: 0, 54.1<br>Median: 6.4<br><br>Copollutants:<br>$PM_{10}$; r = 0.46<br>CO<br>$NO_2$ | This study found an increased risk for preterm delivery during the last 6 wks of pregnancy with exposure to $SO_2$.<br><br>Increment: 15 ppb<br>Mean: 6-wk $SO_2$:<br>RR = 1.15 (1.00, 1.32)<br>< 4.9 ppb: Referent<br>4.9 to 8.1 ppb: 1.02 (0.97, 1.06)<br>8.1 to 10.6 ppb: 1.04 (0.98, 1.10)<br>10.6 to 17.0 ppb: 1.06 (0.99, 1.14)<br><br>Mean: Daily $SO_2$:<br>RR = 1.07 ( 0.99, 1.15) lag 3 |

**CANADA**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Dales et al. (2004)<br><br>12 Canadian cities<br><br>Period of Study:<br>1984-1999 | Outcome(s): SIDS<br><br>Study design: Time-series<br><br>N: 1556 SIDS deaths<br><br>Statistical Analysis: Random effects regression model<br><br>Covariates: Temperature, humidity, barometric pressure, season<br><br>Lag: 0-5 days | Mean $SO_2$ Levels:<br>24-h avg: 5.51 ppb<br>IQR: 4.92<br><br>Copollutants:<br>CO $NO_2$ $O_3$ $PM_{10}$<br>$PM_{2.5}$ $PM_{10-2.5}$ | SIDS was associated with air pollution, with the effects of $SO_2$ seeming to be independent of sociodemographic factors, temporal trends, and weather.<br><br>Increment: 4.92 ppb (IQR)<br><br>Increase in SIDS incidence: 8.49%;<br>p = 0.0079 lag 1 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Dales et al. (2006)<br><br>11 Canadian cities<br><br>Period of Study: 1986-2000 | Outcome(s): Hospitalization for respiratory disease in the neonatal period<br><br>Study design: Time-series<br><br>N: 9,542<br><br>Statistical Analysis: Random effects regression model; Poisson using fixed- or random-effects model<br><br>Covariates: Fay of wk, temperature, humidity, pressure<br><br>Lag: 0-5 days<br><br>Statistical package: S-PLUS vs. 6.2 | Mean $SO_2$ Levels:<br>24-h avg: 4.3 ppb<br>IQR: 3.8<br><br>Copollutants:<br>$NO_2$ (r = 0.20, 0.67)<br>CO (r = 0.19, 0.66)<br>$O_3$ (r = −0.41, 0.13)<br>$PM_{10}$ (r = −0.09, 0.61)<br>$SO_4$ | This study detected a significant association for respiratory disease among neonates and gaseous air pollutants.<br><br>Increment: 3.8 ppb (IQR)<br><br>Increase in neonatal respiratory hospital admissions:<br><br>$SO_2$ alone: 2.06% (1.04, 3.08)<br><br>Multipollutant model: 1.66% (0.63, 2.69)<br><br>Multipollutant model restricted to days with PM10 measures: 1.41% (0.35, 2.47) |
| Dugandzic et al. (2006)<br><br>Nova Scotia, Canada<br><br>Period of Study: 1988-2000 | Outcome(s): Term LBW<br><br>Study design: Retrospective cohort study<br><br>N: 74,284 term, singleton births<br><br>Statistical Analysis: Logistic regression models<br><br>Covariates: Maternal age, parity, prior fetal death, prior neonatal death, and prior low birth weight infant, smoking during pregnancy, neighborhood family income, infant gender, gestational age, weight change, and yr of birth.<br><br>Statistical package: SAS vs. 8.0 | Mean: $SO_2$ 10 ppb<br>Median: 10<br>25th%: 7<br>75th%: 14<br>Max: 38<br><br>Copollutants:<br>$O_3$<br>$PM_{10}$ | In the analyses unadjusted for birth yr, first trimester exposures in the highest quartile for $SO_2$ associated with increased risk of LBW. After adjusting for birth yr, RR attenuated and not statistically significant. There was a linear concentration-response effect with increasing levels of $SO_2$ during the first trimester.<br><br>First Trimester<br>25th-50th: 0.96 (0.73, 1.28)<br>51st-75th: 1.18 (0.88, 1.58)<br>>75th: 1.36 (1.04, 1.78)<br>Increment (7 ppb): 1.20 (1.05, 1.38)<br>Second Trimester<br>25th-50th: 1.12 (0.86, 1.46)<br>51st-75th: 1.13 (0.85, 1.50)<br>>75th: 1.04 (0.79, 1.37)<br>Increment (7 ppb): 0.99 (0.87, 1.13)<br>Third Trimester<br>25th-50th: 1.04 (0.80, 1.34)<br>51st-75th: 0.85 (0.63, 1.15)<br>>75th: 0.88 (0.67, 1.15)<br>Increment (7 ppb): 0.93 (0.81, 1.06) |
| Liu et al. (2003)<br><br>Vancouver, Canada<br><br>Period of Study: 1985-1998 | Outcomes: Preterm birth, LBW, IUGR<br><br>Study design: Case-control<br><br>N: 229,085 singleton live births<br><br>Statistical Analysis: Multiple logistic regressions<br>Covariates: Maternal age, parity, infant sex, gestational age or birth weight and season of birth | 24-h avg: 4.9 ppb,<br>5th: 1.5<br>25th: 2.8<br>50th: 4.3<br>75th: 6.3<br>95th: 10.5<br>100th: 30.5<br><br>1-h max: 13.4 ppb,<br>5th: 4.3<br>25th: 7.8<br>50th: 11.7<br>75th: 16.8<br>95th: 28.3<br>100th: 128.5<br><br>Copollutants:<br>$NO_2$ (r = 0.61)<br>CO (r = 0.64)<br>$O_3$ (r = −0.35) | LBW and IUGR were associated with maternal exposure to $SO_2$ during the first mo of pregnancy and preterm birth was associated with $SO_2$ during the last mo. These results were robust to adjustment for copollutants.<br><br>Increment: 5 ppb<br><br>Low birth weight<br>First mo: OR 1.11 (1.01, 1.22)<br>Last mo: OR 0.98 (0.89, 1.08)<br><br>Preterm birth<br>First mo: OR 0.95 (0.88, 1.03)<br>Last mo: OR 1.09 (1.01, 1.19)<br><br>IUGR<br>First mo: OR 1.07 (1.01, 1.13)<br>Last mo: OR 1.00 (0.94, 1.06)<br><br>First trimester: OR 1.07 (1.00, 1.14)<br>Second trimester: 0.98 (0.91, 1.04)<br>Third trimester: 1.03 (0.96, 1.10) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Liu et al. (2006)<br>Calgary, Edmonton and Montreal, Canada<br><br>Period of Study: 1986-2000 | Outcome(s): IUGR<br><br>Study design: Case-control<br><br>N: 386,202 singleton live births<br><br>Statistical Analysis: Multiple logistic regression<br><br>Covariates: Maternal age, parity, infant sex, season of birth, city of residence | 24-h avg: 3.9 ppb, 25% 2.0 ppb<br>50% 3.0 ppb<br>75% 5.0 ppb<br>95% 10.0 ppb<br><br>1-h max: 10.8 ppb, 25% 5.0 ppb<br>50% 8.6 ppb<br>75% 14.0 ppb<br>95% 28.0 ppb<br><br>Copolllutants:<br>$NO_2$ (r = 0.34)<br>CO (r = 0.21)<br>$O_3$ (r = −0.30)<br>$PM_{2.5}$ (r = 0.44) | IUGR did not increase with maternal exposure to $SO_2$. Risk decreased during first 3 mos.<br><br>Increment: 3.0 ppb<br><br>ORs estimated from graph:<br>1st mo: OR ~0.966 (0.94, 0.99)<br>2nd mo: OR ~0.97 (0.95, 0.995)<br>3rd mo: OR ~0.97 (0.95, 0.995)<br>1st trimester: OR ~0 .96 (0.93, 0.99) |
| Bobak (2000)<br>Czech Republic<br><br>Period of Study: 1991 | Outcomes: LBW, preterm birth<br><br>Study design: Case-control<br><br>N: 108,173 live singleton births<br><br>Statistical Analysis: Logistic regression<br><br>Covariates: Temperature, humidity, day of wk, season, residential area, maternal age, gender<br><br>Statistical package: STATA | Mean trimester exposures<br>25th: 17.5 $\mu g/m^3$<br>50th: 32.0 $\mu g/m^3$<br>75th: 55.5 $\mu g/m^3$<br><br>Copollutants:<br>TSP; r = 0.68 0.73<br>$NO_X$; r = 0.53, 0.63 | LBW and preterm birth were associated with maternal exposure to $SO_2$, though the association between $SO_2$ and LBW was explained to a large extent by low gestational age.<br><br>Increment: 50 $\mu g/m^3$<br><br>LBW (adjusted for sex, parity, maternal age group, education, marital status, and nationality, and mo of birth):<br>1st trimester: 1.20 (1.11, 1.30)<br>2nd trimester: 1.14 (1.06, 1.22)<br>3rd trimester: 1.14 (1.06, 1.23)<br>LBW (also adjusted for gestational age):<br>1st trimester: 1.01 (0.88, 1.17)<br>2nd trimester: 0.95 (0.82, 1.10)<br>3rd trimester: 0.97 (0.85, 1.10)<br>Preterm birth (AOR):<br>1st trimester: 1.27 (1.16, 1.39)<br>2nd trimester: 1.25 (1.14, 1.38)<br>3rd trimester: 1.24 (1.13, 1.36)<br>Reduction in mean birth weight:<br>1st trimester: 11.4 g (5.9, 16.9) |

**EUROPE**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Mohorovic (2004)<br>Labin, Istra, Croatia<br><br>Period of Study: 1987-1989 | Outcomes: LBW and preterm delivery<br><br>Study design: Cross-sectional<br><br>N: 704 births<br><br>Statistical Analysis: Multiple correlation analyses, factor analyses, chi-square<br><br>Statistical package: DBASE IV, SPSS | Monthly ground levels of $SO_2$:<br>Range: 34.1, 252.9 $\mu g/m3$ | The results show an association between $SO_2$ exposure at the end of the first and second mo of pregnancy and a negative correlation between length of gestations and lower birth weight of newborns.<br><br>Correlation coefficients:<br><br>1st mo: Gestation length: −0.09, p = 0.008<br>Birthweight: −0.08, p = 0.016<br>2nd mo: Gestation length: −0.08, p = 0.016<br>Birthweight: −0.07, p = 0.026<br>3rd mo: Gestation length: −0.04, p = 0.147<br>Birthweight: −0.04, p = 0.135<br>6th mo: Gestation length: −0.02, p = 0.266<br>Birthweight: −0.04, p = 0.151<br>Whole pregnancy:<br>Gestation length: −0.09, p = 0.007<br>Birthweight: −0.04, p = 0.153<br>Weekly avg during whole pregnancy:<br>Gestation length: −0.05, p = 0.086<br>Birthweight: −0.06, p = 0.069 |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Pereira et al. (1998)<br>São Paulo, Brazil<br>Period of Study: 1991-1992 | Outcome(s): Intrauterine mortality<br>Study design: Time-series<br>Statistical Analysis: Poisson regression models<br>Covariates: Mo, day of wk, min daily temperature, relative humidity<br>Lag: 2 to 14 days | 24-h avg $SO_2$:<br>18.90 (8.53) mg/m3<br>Range: 3.80, 59.70<br>Copollutants:<br>$PM_{10}$ (r = 0.45)<br>$NO_2$ (r = 0.41)<br>$O_3$ (r = 0.17)<br>CO (r = 0.24) | $SO_2$ exhibited a marginal association with intrauterine mortality, but only when Poisson regression was employed. A concentration-response relationship was found.<br>Estimated regression coefficients and standard errors:<br>$SO_2$ alone: 0.0038 (0.0020)<br>$SO_2 + NO_2 + CO + PM_{10} + O_3$: 0.0029 (0.0031) |

**LATIN AMERICA**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Gouveia et al. (2004)<br>São Paulo, Brazil<br>Period of Study: 1997 | Outcome(s): LBW<br>Study design: Time-series<br>N: 179,460 live singleton births<br>Statistical Analysis: Logistic and linear regression with GAM<br>Covariates: Gender, gestational age, maternal age, maternal education, antenatal care, parity, delivery method<br>Statistical package: S-Plus 2000 | Annual Mean: $SO_2$ ($\mu g/m^3$)<br>Mean: 19.6<br>SD: 10.3<br>Range: 3.4, 56.9<br>Jan-Mar: 22.3 (7.7)<br>Apr-June: 28.1 (10.1)<br>Jul-Aug: 17.9 (8.7)<br>Oct-Dec: 10.3 (3.9)<br>Copollutants:<br>$PM_{10}$<br>CO<br>$NO_2$<br>$O_3$ | First and second trimester exposures to $SO_2$ had a significant association with birth weight, though in different directions. When air pollutants were divided into quartiles and the lowest quartile was used as the referent exposure category, $SO_2$ during the second trimester was marginally associated with low birth weight.<br>Increment: 10 $\mu g/m^3$<br>Reduction in birth weight<br>First trimester: −24.2 g (−55.5, 7.1)<br>Second trimester: 33.7 g (1.6, 65.8)<br>Third trimester: 9.7 g (−25.6, 44.9)<br>First trimester:<br>2nd: 0.902 (0.843, 0.966)<br>3rd: 0.911 (0.819, 1.013)<br>4th: 0.906 (0.793, 1.036)<br>Second trimester:<br>2nd: 0.986 (0.922, 1.053)<br>3rd: 1.005 (0.904, 1.117)<br>4th: 1.017 (0.883, 1.173)<br>Third trimester:<br>2nd: 1.203 (0.861, 1.68)<br>3rd: 1.225 (0.872, 1.722)<br>4th: 1.145 (0.749, 1.752) |

**ASIA**

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Ha et al. (2001)<br>Seoul, Korea<br>Period of Study: 1996-1997 | Outcome(s): LBW<br>Study design: Time-series<br>N: 276,763<br>Statistical Analysis: Multiple regression, GAM<br>Covariates: Gestational age, maternal age, parental education level, infant's birth order, gender | 24-h avg:<br>1st trimester:<br>25th: 10.0 ppb<br>50th: 13.2 ppb<br>75th: 16.2 ppb<br>3rd trimester:<br>25th: 8.4 ppb<br>50th: 12.2 ppb<br>75th: 16.3 ppb<br>Copollutants:<br>CO (r = 0.83) $NO_2$ (r = 0.70)<br>TSP (r = 0.67) $O_3$ (r = −0.29) | Ambient $SO_2$ concentrations during the first trimester of pregnancy were associated with LBW<br>Increment: 1st trimester: 6.2 ppb;<br>3rd trimester: 7.9 ppb<br>1st trimester: RR 1.06 (1.02, 1.10)<br>3rd trimester: RR 0.93 (0.88, 0.98)<br>Reduction in birth weight (1st trimester): 8.06 g (5.59, 10.53) |
| Lee et al. (2003a)<br>Seoul, Korea<br>Period of Study: 1996-1998 | Outcome(s): Term LBW<br>Study design: Time-series<br>N: 388,105 full-term singleton births<br>Statistical Analysis: GAM<br>Covariates: Infant sex, birth order, maternal age, parental education level, time trend, and gestational age. | Avg concentration (ppb)<br>Mean: 12.1<br>SD: 7.4<br>Range: 3, 46<br>25th: 6.8<br>50th: 9.8<br>75th: 15.6<br>Copollutants:<br>$PM_{10}$; r = 0.78, 0.85<br>CO; r = 0.79, 0.86<br>$NO_2$; r = 0.75, 0.76 | Second trimester exposures to $SO_2$ as well as during the entire pregnancy were associated with LBW. Reduction in birth weight was 14.6 g for IQR increase in $SO_2$ in the second trimester. When the exposure for each mo of pregnancy was evaluated separately, $SO_2$ exposure during 3 to 5 mos of pregnancy associated with LBW. Increment: 8.8 ppb (IQR)<br>First trimester: 1.02 (0.99, 1.06)<br>Second trimester: 1.06 (1.02, 1.11)<br>Third trimester: 0.96 (0.91, 1.00)<br>All trimesters: 1.14 (1.04, 1.24) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Leem et al. (2006)<br>Incheon, Korea<br>Period of Study: 2001-2002 | Outcome(s): Preterm delivery<br>Study design: Time series<br>N: 52,113 singleton births<br>Statistical Analysis: Log-binomial regression<br>Covariates: Maternal age, parity, sex, season, maternal education, paternal education | Mean: $SO_2$ concentrations by trimester:<br><br>1st trimester:<br>Min: 7.86 $\mu g/m^3$<br>25th: 17.61. 50th: 22.74<br>75th: 45.85. Max: 103.96<br><br>3rd trimester:<br>Min: 6.55 $\mu g/m^3$<br>25th: 17.03. 50th: 25.62<br>75th: 46.53. Max: 103.15<br><br>Copollutants:<br>$NO_2$ (r = 0.54) CO (r = 0.31)<br>$PM_{10}$ (r = 0.13) | This study found the highest $SO_2$ concentrations during the first trimester to be significantly associated with elevated risks of preterm delivery.<br><br>1st trimester: 7.86 to 17.61 $\mu g/m^3$: referent<br>17.62 to 22.74: 1.13 (0.99, 1.28)<br>22.75 to 45.85: 1.13 (0.98, 1.30)<br>45.86 to 103.96: 1.21 (1.04, 1.42)<br><br>3rd trimester: 6.55 to 17.03 $\mu g/m^3$: referent<br>17.04 to 25.62: 0.87 (0.76, 1.01)<br>25.63 to 46.53: 0.97 (0.83, 1.13)<br>46.54 to 103.15: 1.11 (0.94, 1.31) |
| Lin et al. (2004a)<br>Kaohsiung and Taipei, Taiwan<br>Period of Study: 1995-1997 | Outcome(s): LBW<br>Study design: Case-control<br>N: 92,288 live births<br>Statistical Analysis: Multiple logisistic regression<br>Covariates: Gestational period, gender, birth order, maternal age, maternal education, season of birth | 24-h avg:<br>Kaohsiung:<br>Range: 10.07, 25.36 ppb<br>Taipei:<br>Range: 5.65, 9.33 ppb<br>Copollutants:<br>CO $NO_2 O_3 PM_{10}$ | Few women living in Taipei were exposed to high levels of $SO_2$. In Kaohsiung, almost all women were exposed to high levels of $SO_2$. Women living in Kaohsiung had significantly higher risk of term LBW compared with women living in Taipei.<br><br>OR for Kaohsiung births (compared to Taipei births)<br>All births: OR: 1.13 (1.03, 1.24)<br>Female births only: OR: 1.14 (1.01, 1.28) |
| Lin et al. (2004b)<br>Kaohsiung and Taipei, Taiwan<br>Period of Study: 1995-1997 | Outcome(s): Term LBW<br>Study design: Cohort<br>N: 92,288 live births<br>Statistical Analysis: Multiple logisistic regression<br>Covariates: Gestational period, gender, birth order, maternal age, maternal education, season of birth | 24-h avg:<br>Kaohsiung:<br>Range: 10.07, 25.36 ppb<br>Taipei:<br>Range: 5.65, 9.33 ppb<br>Copollutants:<br>CO<br>$NO_2$<br>$O_3$<br>$PM_{10}$ | This study found a 26% higher risk of term LBW delivery for mothers exposed to mean $SO_2$ concentrations exceeding 11.4 ppb during the entire pregnancy, as compared with mothers exposed to mean concentrations less than 7.1 ppb. Trimester specific analysis showed a significant association only for the third trimester. Lowest quartile of exposure = referent<br><br>Entire pregnancy: 25th-75th: 1.16 (1.02, 1.33)<br>>75th: 1.26 (1.04, 1.53)<br>1st trimester: 25th-75th: 1.02 (0.90, 1.16)<br>>75th: 1.11 (0.94, 1.33)<br>2nd trimester: 25th-75th: 1.09 (0.96, 1.24)<br>>75th: 1.17 (0.99, 1.37)<br>3rd trimester:25th-75th: 1.13 (0.99, 1.28)<br>>75th: 1.20 (1.01, 1.41) |
| Wang et al. (1997)<br>Four residential areas: Congwen, Dongcheng, Xicheng, Xuanwu Beijing, China<br>Period of Study: 1988-1991 | Outcome(s): Term LBW<br>Study design: Cohort study<br>N: 74,671 first parity live births<br>Statistical Analysis: Multiple linear regression and logistic regression<br>Covariates: Gestational age, residence, yr of birth, maternal age, and infant gender. | Mean pollution concentrations provided in graph<br>TSP; r = 0.92 | Exposure-response relationship between $SO_2$ during the third trimester of pregnancy and low birth weight.<br><br>3rd trimester: 9 to 18 $\mu g/m^3$ (reference)<br>18 to 55: 1.09 (0.94, 1.26)<br>55 to 146: 1.12 (0.97, 1.29)<br>146 to 239: 1.16 (1.01, 1.34)<br>239 to 308: 1.39 (1.22, 1.60)<br><br>$SO_2$ as continuous variable: Odds ratio per 100 $\mu g/m^3$: 1.11 (1.06, 1.16) |

| Study | Methods | Pollutant Data | Findings |
|---|---|---|---|
| Xu et al. (1995) Four residential areas: Congwen, Dongchen, Xichen, Xuanwu Beijing, China Period of Study: 1988 | Outcome(s): Preterm delivery Study design: Prospective cohort study N: 25,370 singleton first live births Statistical Analysis: Multiple linear and logistic regression Covariates: Temperature, humidity, day of wk, season, residential area, maternal age, and gender of child. | 2 monitors for $SO_2$: Dongcheng and Xicheng Dongchen annual mean: 108 $\mu g/m^3$ SD: 141 $\mu g/m^3$) Xicheng annual mean: 93 $\mu g/m^3$ (SD: 122 $\mu g/m^3$) Copollutants: TSP | Exposure response relationship between quartiles of $SO_2$ and crude incidence rates of preterm birth. Dose dependent relationship between $SO_2$ and gestational age. The estimated reduced length of gestation was 0.075 wks or 12.6 h per 100/$m^3$ increase in $SO_2$. When TSP and $SO_2$ included in a multipollutant model, the effect of $SO_2$ was reduced by 32%. Effect on gestational age (wk) per 100 $\mu g/m^3$ regression coef and SE for lagged moving avg of $SO_2$. lag 0: −0.016 (0.021). lag 1: −0.022 (0.021) lag 6: −0.067 (0.024), p < 0.01 lag 7: −0.075 (0.024) , p < 0.01 lag 8: −0.075 (0.025), p < 0.01 OR for each quartile of $SO_2$ 1st: 1.00. 2nd: 1.70 (1.15, 2.52) 3rd: 1.74 (1.03, 2.92). 4th: 1.58 (0.87, 2.86) Adjusted OR for preterm delivery: 1.21 (1.01, 1.46) per ln $\mu g/m^3$ increase in $SO_2$ |
| Yang et al. (2003a) Kaohsiung, Taiwan Period of Study: 1995-1997 | Outcome(s): Term LBW Study design: Cohort N: 13,396 first parity singleton live births Statistical Analysis: Multiple linear regression Covariates: Maternal age, season, marital status, maternal education, gender Statistical package: SAS | Mean: trimester exposure ($\mu g/m^3$) 1st trimester 33rd: 26.02 67th: 36.07 2nd trimester 33rd: 25.76 67th: 35.63 3rd trimester 33rd: 25.39 67th: 36.96 Copollutants: $PM_{10}$ (r = 0.45, 0.46) | A significant exposure-response relationship between maternal exposures to $SO_2$ and birth weight was found first trimester of pregnancy. Reduction in birth weight: 1st trimester: 33rd-67th: 3.68 g (−12.45, 19.21) >67th: 18.11 g (1.88, 34.34) Continuous: 0.52 g (0.09, 2.63) 2nd trimester: 33rd-67th: 1.78 g (−17.91, 14.35) >67th: 13.53 g (−2.62, 29.68) Continuous: 0.19 g (−0.78, 1.8) 3rd trimester: 33rd-67th: 0.43 g (−16.56, 15.70) >67th: 1.97 g (−18.24, 14.30) Continuous: 0.03 g (−1.21, 1.37) |

**Table F-9.      Long-term exposure to SO$_2$ and mortality.**

| Study | Pollutant Data | Methods | Findings |
|---|---|---|---|
| **UNITED STATES** | | | |
| Abbey et al. (1999)<br><br>Three California air basins: San Diego, San Francisco, South Coast (Los Angeles and eastward)<br><br>Period of Study: 1977-1992 | 24-h avg SO$_2$: 5.6 ppb | Prospective cohort study of 6,338 nonsmoking non-Hispanic white adult members of the Adventist Health Study followed for all cause, cardiopulmonary, nonmalignant respiratory, and lung cancer mortality. Participants were aged 27-95 yrs at enrollment in 1977. 1,628 (989 females, 639 males) mortality events followed through 1992. All results were stratified by gender. Used Cox proportional hazards analysis, adjusting for age at enrollment, past smoking, environmental tobacco smoke exposure, alcohol use, education, occupation, and body mass index. Analyzed mortality from all natural causes, cardiopulmonary, nonmalignant respiratory, and lung cancer. | SO$_2$ was not associated with total RR = 1.07 (95% CI: 0.92, 1.24) for male and 1.00 (95% CI: 0.88, 1.14) for female per 5 ppb increase in multiyear avg SO$_2$ , cardiopulmonary, or respiratory mortality for either sex. Lung cancer mortality showed large risk estimates for most of the pollutants in either or both sexes, but the number of lung cancer deaths in this cohort was very small (12 for female and 18 for male) Generally wide confidence intervals (relative to other U.S. cohort studies). |
| Dockery et al. (1993) and reanalysis by Krewski et al. (2000)<br><br>Harriman, TN; Portage, WI;<br>St. Louis, MO;<br>Steubenville, OH;<br>Topeka, KS;<br>Watertown, MA;<br><br>Period of Study: 1974-1991. | 24-h avg SO$_2$ ranged from 1.6 (Topeka) to 24.0 (Steubenville) ppb. | A prospective cohort study to study the effects of air pollution with main focus on PM components in six U.S. cities, which were chosen based on the levels of air pollution (Portage, WI, the least polluted to Steubenville, OH, the most polluted). Cox proportional hazards regression was conducted with data from a 14-to-16-yr follow-up of 8,111 adults in the six cities, adjusting for smoking, sex, BMI, occupational exposures, etc. PM$_{2.5}$ and sulfate were associated with these causes of deaths. | SO$_2$ result presented only graphically. Fine particles and sulfate showed better fit than SO$_2$.<br><br>In the reanalysis by Krewski et al (2000), SO$_2$ showed positive associations with total RR = 1.05 (95% CI: 1.02, 1.09) per 5 ppb increase in the avg SO$_2$ over the study period, cardiopulmonary (1.05 (95% CI: 1.00, 1.10)), and lung cancer deaths (1.03 (95% CI: 0.91, 1.16)), but in this dataset, SO$_2$ was highly correlated with PM$_{2.5}$ (r = 0.85), sulfate (r = 0.85), and NO$_2$ (r = 0.84) |

| Study | Pollutant Data | Methods | Findings |
|---|---|---|---|
| Krewski et al. (2000); Jerrett et al. (2003); Krewski et al. (2003); Re-analysis/sensitivity analysis of Pope et al. (1995) study. | Multiyear avg of 24-h avg 9.3 ppb. | Re-analysis of Pope et al. (1995) study. Extensive sensitivity analysis with ecological covariates and spatial models to account of spatial pattern in the ACS data. | In the Jerret et al. reanalysis the relative risk estimates for total mortality was 1.06 (95% CI: 1.05, 1.07) per 5 ppb increase in the annual avg $SO_2$. In the spatial filtering model (this was the model that resulted in the largest reduction of $SO_2$ risk estimate when sulfate was included), the $SO_2$ total mortality risk estimate was 1.07 (95% CI: 1.03, 1.11) in the single-pollutant model and 1.04 (95% CI: 1.02, 1.06) with sulfate in the model. The risk estimates for $PM_{2.5}$ and sulfate were diminished when $SO_2$ was included in the models.<br><br>In the sensitivity analysis conducted by Krewski et al. $SO_2$ was significantly associated with all-cause mortality in a single-pollutant model: 1.30 (1.23, 1.38). In the spatial analysis, $SO_2$ was found to be the only gaseous pollutant strongly associated with all-cause and cardiopulmonary disease mortality:<br><br>Relative Risk (95% CI) (per 19.9 $\mu g/m^3$ Sulfates)<br>Spatial Analysis, All-Cause:<br>Independent Observations:<br>Sulfates + $SO_2$: 1.05 (0.98, 1.12)<br>Fine particles + $SO_2$: 1.03 (0.95, 1.13)<br>Independent Cities:<br>Sulfates + $SO_2$: 1.13 (1.02, 1.25)<br>Fine particles + $SO_2$: 1.14 (0.98, 1.32)<br>Regional Adjustment:<br>Sulfates + $SO_2$: 1.10 (0.97, 1.24)<br>Fine particles + $SO_2$: 1.11 (0.93, 1.33)<br>Spatial Filtering: Sulfates + $SO_2$: 1.05 (0.97, 1.14)<br><br>Cardiopulmonary Disease:<br>Independent Observations:<br>Sulfates + $SO_2$: 1.13 (1.03, 1.24)<br>Fine particles + $SO_2$: 1.17 (1.03, 1.33)   Independent Cities:<br>Sulfates + $SO_2$: 1.18 (1.04, 1.34)<br>Fine particles + $SO_2$: 1.25 (1.05, 1.49)<br>Regional Adjustment:<br>Sulfates + $SO_2$: 1.12 (0.96, 1.32)<br>Fine particles + $SO_2$: 1.23 (0.97, 1.55)<br>Spatial Filtering: Sulfates + $SO_2$: 1.10 (0.99, 1.22)<br><br>Lung Cancer:<br>Independent Observations:<br>Sulfates + $SO_2$: 1.37 (1.08, 1.73)<br>Independent Cities:<br>Sulfates + $SO_2$: 1.39 (1.08, 1.81) |
| Lipfert et al. (2006)<br><br>32 Veterans Administration hospitals nationwide in the U.S.<br><br>Period of Study: 1976-1996 | $SO_2$ mean levels NR. | Cohort study of approximately 50,000 U.S. veterans (all males) diagnosed with hypertension. Mean age at recruitment was 51 yrs. Exposure to $O_3$ during four periods (1960-1974, 1975-1981, 1982-1988, 1989-1996) associated with mortality over three periods (1976-1981, 1982-1988, 1989-1996). Long-term exposures to TSP, $PM_{15}$, $PM_{10}$, $PM_{2.5}$, $PM_{15-2.5}$, $SO_4{}^{2-}$, $NO_2$, and CO also analyzed. Used Cox proportional hazards regression, adjusting for race, smoking, age, systolic and diastolic blood pressure, body mass index, and socioeconomic factors. | $SO_2$ andd Pb were considered less thoroughly. The authors presented only qualitative results for $SO_2$ from the "screening regressions" which indicated negatively significant risk estimate in the univariate model and non-significant positive estimate in the multivariate model. |

| Study | Pollutant Data | Methods | Findings |
|---|---|---|---|
| Lipfert et al. (2000b)<br><br>32 Veterans Administration hospitals nationwide in the U.S.<br><br>Period of Study: 1976-2001 | Mean of the 95th percentile of the 24-h avg $SO_2$ for 1997-2001 period: 15.8 ppb. | Update of the Lipfert et al. (2000a) study, with follow-up period extended to 2001. Study focused on the traffic density data. The county-level traffic density was derived by dividing vehicle-km traveled by the county land area. Because of the wide range of the traffic density variable, log-transformed traffic density was used in their analysis. They reported that traffic density was a better predictor of mortality than ambient air pollution variables, with the possible exception of $O_3$. The log-transformed traffic density variable was weakly correlated with $SO_2$ (r = 0.32) in this data set. | RR using the 1997-2001 air quality data period: 0.99 (95% CI: 0.97, 1.01) per 5 ppb increase; in a single-pollutant model.<br><br>The 2-pollutant model with the traffic density variable: 0.99 (95% CI: 0.96, 1.01) per 5 ppb. |
| Lipfert et al. (2006b)<br><br>32 Veterans Administration hospitals nationwide in the U.S.<br><br>Period of Study: 1997-2001 | Mean of the 95th percentile of the 24-h avg $SO_2$ for 1999-2001 period: 16.3 ppb. | Update of the Lipfert et al. (2000a) study, examined $PM_{2.5}$ chemical constituents data. The analysis used county-level air pollution data for the period 1999-2001 and cohort mortality data for 1997-2001. | Traffic density was the most important predictor of mortality, but associations were also seen for EC, V, nitrate, and Ni. $NO_2$, $O_3$, and $PM_{10}$ also showed positive but weaker associations. The risk estimate for $SO_2$ was essentially the same as that reported in the 2006a Lipfert et al. analysis (0.99 (95% CI: 0.96, 1.01) per 5 ppb) in a single-pollutant model. Multipollutant model results were not presented for $SO_2$. |
| Pope et al. (1995)<br><br>U.S. nationwide<br><br>Period of Study: 1982-1989 | Not analyzed/ reported. | Investigated associations between long-term exposure to PM and the mortality outcomes in the American Cancer Society cohort. Ambient air pollution data from 151 U.S. metropolitan areas in 1981 were linked with individual risk factors in 552,138 adults who resided in these areas when enrolled in the prospective study in 1982. Death outcomes were ascertained through 1989. Cox proportional hazards model adjusted for smoking, education, BMI, and occupational exposures. $PM_{2.5}$ and sulfate were associated with total, cardiopulmonary, and lung cancer mortality, but not with mortality for all other causes. | Gaseous pollutants not analyzed. |
| Pope et al. (2002)<br><br>U.S. nationwide<br><br>Period of Study: 1982-1998 | 24-h avg mean of 118 MSA's in1980: 9.7 ppb; mean of 126 MSA's during 1982-1998: 6.7 ppb. | Prospective cohort study of approximately 500,000 members of American Cancer Society cohort enrolled in 1982 and followed through 1998 for all cause, cardiopulmonary, lung cancer, and all other cause mortality. Age at enrollment was 30+ yrs. Air pollution concentrations in urban area of residence at time of enrollment assessed from 1982 through 1998. Other pollutants considered include TSP, $PM_{15}$, $PM_{10}$, $PM_{2.5}$, $PM_{15-2.5}$, $SO_4^{2-}$, $SO_2$, $NO_2$, and CO. | $PM_{2.5}$ was associated with total, cardiopulmonary, lung cancer mortality, but not with deaths for all other causes. $SO_2$ was associated with all the mortality outcomes, including all other causes of deaths. $SO_2$'s risk estimate for total mortality was 1.03 (95% CI: 1.02, 1.05) per 5 ppb increase (1982-1998 average).Residential location was known only at enrollment to study in 1982. Thus, exposure misclassification possible. |
| Willis et al. (2003)<br><br>Re-analysis/ sensitivity analysis of Pope et al. (1995) study. | Multiyear average of 24-h avg using MSA scales: 9.3 ppb; using county scales: 10.7 ppb. | Investigation of the effects of geographic scale over which the air pollution exposures are averaged. Exposure estimates were averaged over the county scale, and compared the original ACS results in which MSA scale avg exposures were used. Less than half of the cohort used in the MSA-based study were used in the county scale based analysis because of the limited availability of sulfate monitors and because of the loss of subjects from the use of five-digit zip codes | In the analysis comparing the 2-pollutant model with sulfate and $SO_2$, they found that, in the MSA-scale model, the inclusion of $SO_2$ reduced sulfate risk estimates substantially (>25%), but not substantially (< 25%) in the county-scale model. In the MSA-level analysis (with 113 MSA's), $SO_2$ relative risk estimate was 1.04 (95% CI: 1.02, 1.06) per 5 ppb increase, with sulfate in the model. In the county-level anaysis (91 counties) with sulfate in the model, the corresponding estimate was smaller (RR = 1.02 [95% CI: 1.00, 1.05]). The correlations between covariates are different between the MSA-level data and county-level data. |

| Study | Pollutant Data | Methods | Findings |
|---|---|---|---|

**CANADA**

| Study | Pollutant Data | Methods | Findings |
|---|---|---|---|
| Finkelstein et al. (2003)<br><br>Ontario, Canada<br><br>Period of Study: 1992-1999 | 24-h avg (ppb): 4.9 (1.0) | Cohort consisting of 5,228 people >40 yrs old that were referred for pulmonary function testing between 1985 and 1999. Within the cohort identified nonaccidental deaths that occurred from 1992 through 1999. Used air quality data for TSP from 1992-1994 and $SO_2$ for 1993-1995. Analyzed the association between TSP or $SO_2$ and socioeconomic status and mortality using a Cox proportional hazards model stratified by sex and 5-yr age groups. | Using the high income-low pollutant level as the reference the following results were reported for each of the mortality endpoints:<br><br>Relative Risk (95% CI) All causes<br>High income-high pollutant level: 1.35 (1.05, 1.73)<br>Low income-low pollutant level: 1.64 (1.21, 2.24)<br>Low income-high pollutant level: 2.40 (1.61, 3.58)<br>Interaction with age group: 0.97 (0.95, 0.99)<br><br>Cardiopulmonary causes<br>High income-high pollutant level: 1.54 (1.13, 2.10)<br>Low income-low pollutant level: 2.05 (1.45, 2.91)<br>Low income-high pollutant level: 3.36 (2.12, 5.32)<br>Interaction with age group: 0.95 (0.92, 0.97) |

**EUROPE**

| Study | Pollutant Data | Methods | Findings |
|---|---|---|---|
| Beelen et al. (2008)<br>The Netherlands<br>Period of Study: 1987-1996. | Cohort study on diet and cancer with 120,852 subjects followed from 1987 to 1996. BS, $NO_2$, $SO_2$, and $PM_{2.5}$ and traffic-exposure estimates were analyzed. Cox regression model adjusted for age, sex, smoking, and area-level socioeconomic status. | Mean $SO_2$ Levels:<br>Mean: 4.8 ppb, with a range of 1.5 to 11.8 ppb.<br><br>Copollutants:<br>$PM_{2.5}$<br>BS<br>$NO_2$ | Traffic intensity on the nearest road was not associated with exposure $SO_2$. Background $SO_2$ levels were not associated with mortality.<br><br>Adjusted RR<br>(per 20 µg/m³ $SO_2$)<br>All cause: 0.97 (0.90,1.05)<br>Cardiovascular: 0.94 (0.82, 1.06)<br>Respiratory: 0.88 (0.64, 1.22) |
| Elliott et al. (2007)<br><br>Great Britain; 1966-1994 air pollution; 1982-1998 mortality in four periods. | 24-h avg $SO_2$ levels declined from 41.4 ppb in 1966-1970 to 12.2 ppb in 1990-1994 | A small area analysis of mortality rates in electoral ward, with the mean area of 7.4 km² and the mean population of 5,301 per electoral ward. Deaths rates were computed for four successive 4-yr periods from 1982 to 1994. The number of wards in these four periods ranged from 118 in the 1994-1998 period to 393 in the 1982-1986 period. Poisson model was fit to model observed deaths for each ward with a linear function for pollutant and random intercept, with and without adjustment for social deprivation. | They observed associations for both BS and $SO_2$ and mortality outcomes. The estimated effects were stronger for respiratory illness than other causes of mortality for the most recent exposure periods and most recent mortality period (pollution levels were lower). The adjustment for social deprivation reduced the risk estimates for both pollutants. The adjusted risk estimates for $SO_2$ for the pooled mortality periods using the most recent exposure windows were: 1.021 (95% CI: 1.018, 1.024) for all-cause; 1.015 (95% CI: 1.011, 1.019) for cardiovascular; and 1.064% (95% CI: 1.056, 1.072) for respiratory causes per 5 ppb increase in $SO_2$. The risk estimates for the most recent mortality period using the most recent exposure windows were larger. |
| Filleul et al. (2005)<br>Seven French cities<br>Period of Study: 1975-2001 | 24-h avg $SO_2$ ranged from 5.9 ppb ("Area 3" in Lille) to 29.7 ppb ("Area 3" in Marseille) in the 24 areas in seven cities during 1974-1976. Median levels during 1990-1997 ranged from 3.0 ppb (Bordeaux) to 8.2 ppb (Rouen) in the five cities where data were available. | Cohort study of 14,284 adults who resided in 24 areas from seven French cities when enrolled in the PAARC survey (air pollution and chronic respiratory diseases) in 1974. Daily measurements of $SO_2$, TSP, BS, $NO_2$, and NO were made in 24 areas for three yrs (1974-76). Cox proportional hazards models adjusted for smoking, educational level, BMI, and occupational exposure. Models were run before and after exclusion of six areas whose mortality influenced by local traffic as determined by the $NO/NO_2$ ratio >3. | Before exclusion of the six areas, none of the air pollutants were associated with mortality outcomes. After exclusion of these areas, analyses showed associations between total mortality and TSP, BS, $NO_2$, and NO, but not $SO_2$ (1.01 (95% CI: 0.97, 1.06) per 5 ppb multi-yr average). From these results, the authors noted that inclusion of air monitoring data from stations directly influenced by local traffic could overestimate the mean population exposure and bias the results. It should be noted that the table describing air pollution levels in Filleul et al.'s report indicates that the $SO_2$ levels in these French cities declined markedly between 1974-76 and 1990-1997 period, by a factor of 2 to 3, depending on the city, whereas $NO_2$ levels between the two periods were variable, increased in some cities, and decreased in others. This change in air pollution levels over the study period complicates interpretation of reported risk estimates. |

| Study | Pollutant Data | Methods | Findings |
|---|---|---|---|
| Lepeule et al. (2006)<br><br>Bordeaux, France<br><br>Period of Study : 1988–1997 | 24-h avg (µg/m³): 10.3 (6.6) | Identified 439 non-accidental deaths and 158 cardiorespiratory deaths from the Personnes Agées QUID (PAQUID) cohort. Used a Cox proportional hazards model with time dependent covariates to examine the association between BS and sulfur dioxide-strong acidity ($SO_2$-AF) and non-accidental and cardiorespiratory mortality. | Relative Risk (per 10 µg/m³ $SO_2$-AF)<br><br>Non-accidental Mortality:<br>1.03 (0.86, 1.24) lag 0. 0.96 (0.88, 1.06) lag 1 0.96 (0.85, 1.09) lag 2. 1.03 (0.94, 1.12) lag 3 1.17 (0.99, 1.39) lag 4. 1.16 (0.86, 1.55) cumulative<br>Cardiorespiratory mortality:<br>0.84 (0.65, 1.10) lag 0. 1.06 (0.94, 1.19) lag 1 1.19 (1.03, 1.37) lag 2. 1.19 (1.03, 1.37) lag 3 1.07 (0.95, 1.19) lag 4. 0.85 (0.66, 1.10) lag 5 1.15 (0.75, 1.77) cumulative |
| Nafstad et al. (2004)<br><br>Oslo, Norway<br><br>Period of Study: 1972-1998. | The yearly averages of 24-h avg $SO_2$ were reduced with a factor of 7 during the study period from 5.6 ppb in 1974 to 0.8 ppb in 1995. | Cohort study of 16,209 Norwegian men 40-49 yrs of age living in Oslo, Norway, in 1972-1973. Data from the Norwegian Death Register were linked with estimates of avg yearly air pollution levels at the participants' home addresses from 1974 to 1998. $NO_x$, rather than $NO_2$ was used. Exposure estimates for $NO_x$ and $SO_2$ were constructed using models based on the subject's address, emission data for industry, heating, and traffic, and measured concentrations. Addresses linked to 50 of the busiest streets were given an additional exposure based on estimates of annual avg daily traffic. Cox proportional-hazards regression was used to estimate associations between exposure and total and cause-specific mortality, adjusting for age strata, education, occupation, smoking, physical activity level, and risk groups for cardiovascular diseases. | $NO_x$ was associated with total, respiratory, lung cancer, and ischemic heart disease deaths. $SO_2$ did not show any associations with mortality (e.g., 0.97 (95% CI: 0.94, 1.01) per 5 ppb multi-yr average). The risk estimates presented for categorical levels of these pollutants showed mostly monotonic exposure-response relationships for $NO_x$, but not for $SO_2$. Note the very low levels of $SO_2$. |

# References

Abbey DE; Nishino N; McDonnell WF; Burchette RJ; Knutsen SF; Beeson WL; Yang JX. (1999). Long-term inhalable particles and other air pollutants related to mortality in nonsmokers. Am J Respir Crit Care Med 159, 373-382.

Abe M. (1967). Effects of mixed $NO_2$-$SO_2$ gas on human pulmonary functions. Effects of air pollution on the human body. Bull Tokyo Med Dent Univ, 14, 415-433.

Abraham WM; Oliver W, Jr.; Welker MJ; King MM; Wanner A; Sackner MA. (1981). Differences in airway reactivity in normal and allergic sheep after exposure to sulfur dioxide. J Appl Physiol, 51, 1651-1656.

Abraham WM; Sielczak MW; Delehunt JC; Marchette B; Wanner A. (1986). Impairment of tracheal mucociliary clearance but not ciliary beat frequency by a combination of low level ozone and sulfur dioxide in sheep. Eur J Respir Dis, 68, 114-120.

Ackermann-Liebrich U; Leuenberger P; Schwartz J; Schindler C; Monn C; Bolognini G; Bongard JP; Brandli O; Domenighetti G; Elsasser S; Grize L; Karrer W; Keller R; Keller-Wossidlo H; Kunzli N; Martin BW; Medici TC; Perruchoud AP; Schoni MH; Tschopp JM; Villiger B; Wuthrich B; Zellweger JP; Zemp E. (1997). Lung function and long term exposure to air pollutants in Switzerland. Study on Air Pollution and Lung Diseases in Adults (SAPALDIA) Team. Am J Respir Crit Care Med, 155, 122-129.

Adamkiewicz G; Ebelt S; Syring M; Slater J; Speizer FE; Schwartz J; Suh H; Gold DR. (2004). Association between air pollution exposure and exhaled nitric oxide in an elderly population. Thorax, 59, 204-209.

Agar A; Kucukatay V; Yargicoglu P; Aktekin B; Kipmen-Korgun S; Gumuslu D; Apaydin C. (2000). The effect of sulfur dioxide inhalation on visual evoked potentials, antioxidant status, and lipid peroxidation in alloxan-induced diabetic rats. Arch Environ Contam Toxicol, 39, 257-264.

Agarwal R; Jayaraman G; Anand S; Marimuthu P. (2006). Assessing Respiratory Morbidity Through Pollution Status and Meteorological Conditions for Delhi. Environ Monit Assess, 114, 489-504.

Aharonson EF; Menkes H; Gurtner G; Swift DL; Proctor DF. (1974). Effect of respiratory airflow rate on removal of soluble vapors by the nose. J Appl Physiol, 37, 654-657.

Aikawa M; Hiraki T; Yamagami M; Kitase M; Nishikawa Y; Uno I. (2008). Regionality and particularity of a survey site from the viewpoint of the $SO_2$ and $SO_4^{2-}$ concentrations in ambient air in a 250-kmx250-km region of Japan. Atmos Environ, 42, 1389-1398.

Ainsworth, BE; Haskell WL; Leon AS; Jacobs DR Jr; Montoye HJ; Sallis JF; Paffenbarger RS Jr. (1993). Compendium of physical activities: classification of energy costs of human physical activities. Med Sci Sports Exerc 25, 71-80.

Ainsworth N; Fumagalli I; Giorcelli A; Mignanego L; Schenone G; Vietto L. (1996). Assessment of EDU stem injections as a technique to investigate the response of trees to ambient ozone in field conditions, Agr Ecosyst Environ, 59 (1-2) pp. 33-42, 1996.

Amdur MO; Melvin WW, Jr.; Drinker P. (1953). Effects of inhalation of sulphur dioxide by man. Lancet, 265, 758-759.

Amdur MO; McCarthy JF; Gill MW. (1983). Effect of mixing conditions on irritant potency of zinc oxide and sulfur dioxide. Am Ind Hyg Assoc J, 44, 7-13.

Amdur MO; Chen LC; Guty J; Lam HF; Miller PD. (1988). Speciation and pulmonary effects of acidic SOx formed on the surface of ultrafine zinc oxide aerosols. Atmos Environ, 22, 557-560.

American Academy of Pediatrics Committee on Environmental Health. (2004). Ambient air pollution: health hazards to children. Pediatrics, 114, 1699-1707.

Andersen IB; Lundqvist GR; Jensen PL; Proctor DF. (1974). Human response to controlled levels of sulfur dioxide. Arch Environ Health, 28, 31-39.

Anderson HR; Ponce de Leon A; Bland JM; Bower JS; Strachan DP. (1996). Air pollution and daily mortality in London: 1987-92. British Medical Journal, 312, 665-669.

Anderson HR; Spix C; Medina S; Schouten JP; Castellsague J; Rossi G; Zmirou D; Touloumi G; Wojtyniak B; Ponka A; Bacharova L; Schwartz J; Katsouyanni K. (1997). Air pollution and daily admissions for chronic obstructive pulmonary disease in 6 European cities: results from the APHEA project. Eur Respir J, 10, 1064-1071.

Anderson HR; Ponce de Leon A; Bland JM; Bower JS; Emberlin J; Strachan DP. (1998). Air pollution, pollens, and daily admissions for asthma in London 1987-92. Thorax, 53, 842-848.

Anderson HR; Bremner SA; Atkinson RW; Harrison RM; Walters S. (2001). Particulate matter and daily mortality and hospital admissions in the west midlands conurbation of the United Kingdom: associations with fine and coarse particles, black smoke and sulphate. Occup Environ Med, 58, 504-510.

Andreae MO; Atlas, E; Cachier, H; Cofer III, WR; Harris, GW; Helas, G; Koppmann R; Lacaux, P; Ward, DE.  (1995).Trace gas and aerosol emissions from savanna fires. In (Levine, JS ed.) Biomass Burning and Global Change. Cambridge, MA; MIT Press

Appel KW; Gilliland A; Eder B. (2005). An operational evaluation of the 2005 release of models-3 CMAQ version 4.5. Washington, DC; National Oceanic and Atmospheric Administration (NOAA) Air Resources Laboratory, Atmospheric Sciences Modeling Division.

Aranyi C; Vana SC; Thomas PT; Bradof JN; Fenters JD; Graham JA; Miller FJ. (1983). Effects of subchronic exposure to a mixture of $O_3$, $SO_2$, and $(NH4)_2SO4$ on host defenses of mice. J Toxicol Environ Health, 12, 55-71.

Arnold JR; Dennis RL; Tonnesen GS. (2003). Diagnostic evaluation of numerical air quality models with specialized ambient observations: Testing the Community Multiscale Air Quality modeling system (CMAQ) at selected SOS 95 ground sites. Atmos Environ, 37, 1185-1198.

Atkinson RW; Anderson HR; Strachan DP; Bland JM; Bremner SA; Ponce de Leon A. (1999a). Short-term associations between outdoor air pollution and visits to accident and emergency departments in London for respiratory complaints. Eur Respir J, 13, 257-265.

Atkinson RW; Bremner SA; Anderson HR; Strachan DP; Bland JM; de Leon AP. (1999b). Short-term associations between emergency hospital admissions for respiratory and cardiovascular disease and outdoor air pollution in London. Arch Environ Health, 54, 398-411.

Atkinson RW; Anderson HR; Sunyer J; Ayres J; Baccini M; Vonk JM; Boumghar A; Forastiere F; Forsberg B; Touloumi G; Schwartz J; Katsouyanni K. (2001). Acute effects of particulate air pollution on respiratory admissions: results from APHEA 2 project. Am J Respir Crit Care Med, 164, 1860-1866.

ATS (American Thoracic Society). (1985). Guidelines as to what constitutes an adverse respiratory health effect, with special reference to epidemiologic studies of air pollution. Am Rev Respir Dis, 131, 666-668.

ATS (American Thoracic Society) (1996). Health effects of outdoor air pollution. Committee of the Environmental and Occupational Health Assembly of the American Thoracic Society.. Am J Respir Crit Care Med, 153, 3-50

ATS (American Thoracic Society). (2000). What constitutes an adverse health effect of air pollution? Am J Respir Crit Care Med, 161, 665-673.

Atzori L; Bannenberg G; Corriga A; Lou Y; Lundberg J; Ryrfeldt A; Moldéus P. (1992). Sulfur dioxide-induced bronchoconstriction via ruthenium red-sensitive activation of sensory nerves. Respiration, 59, 272-278.

Azoulay-Dupuis E; Bouley G; Blayo MC. (1982). Effects of sulfur dioxide on resistance to bacterial infection in mice. Environ Res, 29, 312-319.

Bai J; Meng Z. (2005a). Effects of sulfur dioxide on apoptosis-related gene expressions in lungs from rats. Regul Toxicol Pharmacol, 43, 272-279.

Bai J; Meng Z. (2005b). Expression of apoptosis-related genes in livers from rats exposed to sulfur dioxide. Toxicology, 216, 253-260.

Ballester F; Tenias JM; Perez-Hoyos S. (2001). Air pollution and emergency hospital admissions for cardiovascular diseases in Valencia, Spain. J Epidemiol Community Health, 55, 57-65.

Ballester F; Saez M; Perez-Hoyos S; Iniguez C; Gandarillas A; Tobias A; Bellido J; Taracido M; Arribas F; Daponte A; Alonso E; Canada A; Guillen-Grima F; Cirera L; Perez-Boillos MJ; Saurina C; Gomez F; Tenias JM. (2002). The EMECAM project: a multicentre study on air pollution and mortality in Spain: combined results for particulates and for sulfur dioxide. Occup Environ Med, 59, 300-308.

Ballester F; Rodriguez P; Iniguez C; Saez M; Daponte A; Galan I; Taracido M; Arribas F; Bellido J; Cirarda FB; Canada A; Guillen JJ; Guillen-Grima F; Lopez E; Perez-Hoyos S; Lertxundi A; Toro S. (2006). Air pollution and cardiovascular admisisons association in Spain: results within the EMECAS project. J Epidemiol Community Health, 60, 328-336.

Balmes JR; Fine JM; Sheppard D. (1987). Symptomatic bronchoconstriction after short-term inhalation of sulfur dioxide. Am Rev Respir Dis, 136, 1117-1121.

Barnes I; Bastian V; Becker KH; Overath RD. (1991). Kinetic studies of the reactions of IO, BrO and ClO with Dimethylsulfide. Int J Chem Kinet, 23, 579-591.

Barnett AG; Williams GM; Schwartz J; Neller AH; Best TL; Petroeschevsky AL; Simpson RW. (2005). Air pollution and child respiratory health: a case-crossover study in Australia and New Zealand. Am J Respir Crit Care Med, 171, 1272-1278.

Barthelemy P; Badier M; Jammes Y. (1988). Interaction between $SO_2$ and cold-induced bronchospasm in anesthetized rabbits. Respir Physiol, 71, 1-10.

Baskurt OK. (1988). Acute hematologic and hemorheologic effects of sulfur dioxide inhalation. Arch Environ Health, 43, 344-348.

Bates DV; Baker-Anderson M; Sizto R. (1990). Asthma attack periodicity: a study of hospital emergency visits in Vancouver. Environ Res, 51, 51-70.

Bateson TF; Schwartz J. (2004). Who is sensitive to the effects of particulate air pollution on mortality? A case-crossover analysis of effect modifiers. Epidemiology, 15, 143-149.

Bedi JF; Folinsbee LJ; Horvath SM; Ebenstein RS. (1979). Human exposure to sulfur dioxide and ozone: absence of a synergistic effect. Arch Environ Health, 34, 233-239.

Bedi JF; Folinsbee LJ; Horvath SM. (1984). Pulmonary function effects of 1.0 and 2.0 ppm sulfur dioxide exposure in active young male non-smokers. J Air Pollut Control Assoc, 34, 1117-1121.

Beelen R; Hoek G; van den Brandt PA; Goldbohm RA; Fischer P; Schouten LJ; Jerrett M; Hughes E; Armstrong B; Brunekreef B. (2008). Long-term effects of traffic-related air pollution on mortality in a Dutch cohort (NLCS-AIR study). Environ Health Perspect, 116, 196-202.

Beeson WL; Abbey DE; Knutsen SF. (1998). Long-term concentrations of ambient air pollutants and incident lung cancer in California adults: results from the AHSMOG study.Adventist Health Study on Smog. Environ Health Perspect, 106, 813-823.

Bell ML; Ebisu K; Belanger K. (2007). Ambient air pollution and low birth weight in Connecticut and Massachusetts. Environ Health Perspect, 115, 1118-1124.

Ben-Jebria A; Full AP; DeMaria DD; Ball BA; Ultman JS. (1990). Dynamics of sulfur dioxide absorption in excised porcine tracheae. Environ Res 53: 119-134.

Benner RL; Stedman DH. (1989). Universal sulfur detection by chemiluminescence. Anal Chem, 61, 1268-1271.

Benner RL; Stedman DH. (1990). Field evaluation of the sulfur chemiluminescence detector. Environ Sci Tech, 24, 1592-1596.

Berger A; Zareba W; Schneider A; Rucker R; Ibald-Mulli A; Cyrys J; Wichmann H-E; Peters, A. (2006) Runs of ventricular and supraventricular tachycardia triggered by air pollution in patients with coronary heart disease. J Occup Environ Med 48:1149-1158.

Berkowitz GS; Papiernik E. (1993). Epidemiology of preterm birth. Epidemiol Rev, 15, 414-443.

Berresheim H; Eisele FL; Tanner DJ; McInnes LM; Ramsey-Bell DC; Covert DS. (1993). Atmospheric sulfur chemistry and cloud condensation nuclei (CCN) concentrations over the northeastern pacific coast. J Geophys Res 98, 12701-12711.

Berresheim H; Wine PH; Davis DD. (1995). Sulfur in the atmosphere. In Composition, chemistry, and climate of the atmosphere. Singh, HB (ed.) New York, New York; Van Nostrand Reinhold.

Bethel RA; Epstein J; Sheppard D; Nadel JA; Boushey HA. (1983). Sulfur dioxide-induced bronchoconstriction in freely breathing, exercising, asthmatic subjects. Am Rev Respir Dis, 128, 987-990.

Bethel RA; Sheppard D; Epstein J; Tam E; Nadel JA; Boushey HA. (1984). Interaction of sulfur dioxide and dry cold air in causing bronchoconstriction in asthmatic subjects. J Appl Physiol, 57, 419-423.

Bethel RA; Sheppard D; Geffroy B; Tam E; Nadel JA; Boushey HA. (1985). Effect of 0.25 ppm sulfur dioxide on airway resistance in freely breathing, heavily exercising, asthmatic subjects. Am Rev Respir Dis, 131, 659-661.

Biersteker K; de Graaf H; Nass CAG. (1965). Indoor air pollution in Rotterdam homes. Int J Air Water Pollut, 9, 343-350.

Bigby B; Boushey H. (1993). Effects of nedocromil sodium on the bronchomotor response to sulfur dioxide in asthmatic patients. J Allergy Clin Immunol, 92, 195-197.

Biggeri A; Baccini M; Bellini P; Terracini B. (2005). Meta-analysis of the Italian studies of short-term effects of air pollution (MISA), 1990-1999. Int J Occup Environ Health, 11, 107-122.

Biller WF; Feagans TB; Johnson TR; Duggan GM; Paul RA; McCurdy T; Thomas HC. (1981). A general model for estimating exposure associated with alternative NAAQS. Paper No. 81-18.4 in Proceedings of the 74th annual meeting of the Air Pollution Control Association, June 21-26, Philadelphia, PA.

Binkowski FS; Arunachalam S; Adelman Z; Pinto JP. (2007). Examining photolysis rates with a prototype online photolysis module in CMAQ. J. Appl. Meteorol. Climatol. 46: 1252-1256.

Blanchard P; Brook JR; Brazil P. (2002). Chemical characterization of the organic fraction of atmospheric aerosol at two sites in Ontario, Canada. J Geophys Res, 107.

Blanquart C; Giuliani I; Houcine O; Jeulin C; Guennou C; Marano F. (1995). In vitro exposure of rabbit tracheal epithelium to $SO_2$: effects on morphology and ciliary beating. Toxicol Vitro, 9, 123-132.

Bobak M. (2000). Outdoor air pollution, low birth weight, and prematurity. Environ Health Perspect, 108, 173-176.

Boezen HM; van der Zee SC; Postma DS; Vonk JM; Gerritsen J; Hoek G; Brunekreef B; Rijcken B; Schouten JP. (1999). Effects of ambient air pollution on upper and lower respiratory symptoms and peak expiratory flow in children. Lancet, 353, 859-860.

Boezen HM; Vonk JM; van der Zee SC; Gerritsen J; Hoek G; Brunekreef B; Schouten JP; Postma DS. (2005). Susceptibility to air pollution in elderly males and females. Eur Respir J, 25, 1018-1024.

Boezen M; Schouten J; Rijcken B; Vonk J; Gerritsen J; van der Zee S; Hoek G; Brunekreef B; Postma D. (1998). Peak expiratory flow variability, bronchial responsiveness, and susceptibility to ambient air pollution in adults. Am J Respir Crit Care Med, 158, 1848-1854.

Borja-Aburto VH; Loomis DP; Bangdiwala SI; Shy CM; Rascon-Pacheco RA. (1997). Ozone, suspended particulates, and daily mortality in Mexico City. Am J Epidemiol, 145, 258-268.

Borja-Aburto VH; Castillejos M; Gold DR; Bierzwinski S; Loomis D. (1998). Mortality and ambient fine particles in southwest Mexico City, 1993-1995. Environ Health Perspect, 106, 849-855.

Borsboom GJ; van Pelt W; van Houwelingen HC; van Vianen BG; Schouten JP; Quanjer PH. (1999). Diurnal variation in lung function in subgroups from two Dutch populations: consequences for longitudinal analysis. Am J Respir Crit Care Med, 159, 1163-1171.

Boutin-Forzano S; Adel N; Gratecos L; Jullian H; Garnier JM; Ramadour M; Lanteaume A; Hamon M; Lafay V; Charpin D. (2004). Visits to the emergency room for asthma attacks and short-term variations in air pollution. A case-crossover study. Respiration, 71, 134-137.

Braga AL; Saldiva PH; Pereira LA; Menezes JJ; Conceição GM; Lin CA; Zanobetti A; Schwartz J; Dockery DW. (2001). Health effects of air pollution exposure on children and adolescents in Sao Paulo, Brazil. Pediatr Pulmonol, 31, 106-113.

Braga ALF; Conceição GMS; Pereira LAA; Kishi HS; Pereira JCR; Andrade MF; Gonçalves FLT; Saldiva PHN; Latorre MRDO. (1999). Air pollution and pediatric respiratory hospital admissions in São Paulo, Brazil. J Environ Med, 1, 95-102.

Brain JD. (1970). The uptake of inhaled gases by the nose. Ann Otol Rhinol Laryngol Med, 79, 529-539.

Brauer M; Brumm J; Vendal S; Petkau AJ. (2002a) Exposure misclassification and threshold concentrations in time series analyses of air pollution health effects. Risk Anal. 22:1183-1193

Brauer M; Koutrakis P; Spengler JD. (1989). Personal exposures to acidic aerosols and gases. Environ Sci Tech, 23, 1408-1412.

Brauer M; Koutrakis P; Keeler GJ; Spengler JD. (1991). Indoor and outdoor concentrations of inorganic acidic aerosols and gases. J Air Waste Manage Assoc, 41, 171-181.

Brauer M; Hirtle RD; Hall AC; Yip TR. (1999). Monitoring personal fine particle exposure with a particle counter. J Expo Anal Environ Epidemiol, 9, 228-236.

Brauer M; Henderson S; Kirkham T; Lee KS; Rich K; Teschke K. (2002b). Review of the health risks associated with nitrogen dioxide and sulfur dioxide in indoor air. Report to Health Canada. Vancouver, British Columbia, Canada: University of British Columbia, School of Occupational and Environmental Hygiene.

Braun-Fahrlander C; Vuille JC; Sennhauser FH; Neu U; Kunzle T; Grize L; Gassner M; Minder C; Schindler C; Varonier HS; Wuthrich B; team. S. (1997). Respiratory health and long-term exposure to air pollutants in Swiss schoolchildren. Am J Respir Crit Care Med, 155, 1042-1049.

Bremner SA; Anderson HR; Atkinson RW; McMichael AJ; Strachan DP; Bland JM; Bower JS. (1999). Short-term associations between outdoor air pollution and mortality in London 1992-4. Occup Environ Med, 56, 237-244.

Brook JR; Sirois A; Clarke JF. (1996). Comparison of dry deposition velocities for $SO_2$, $HNO_3$, and $SO_4^{2-}$ estimated with two inferential models. Water Air Soil Pollut, 87, 205-218.

Brook RD; Franklin B; Cascio W; Hong Y; Howard G; Lipsett M; Luepker R; Mittleman M; Samet J; Smith SC, Jr.; Tager I. (2004). Air pollution and cardiovascular disease. A statement for healthcare professionals from the Expert Panel on Population and Prevention Science of the American Heart Association. Circulation, 109, 2655-2671.

Buchdahl R; Parker A; Stebbings T; Babiker A. (1996). Association between air pollution and acute childhood wheezy episodes: prospective observational study. BMJ, 312, 661-665.

Buescher PA; Taylor KP; Davis MH; Bowling JM. (1993). The quality of the new birth certificate data: a validation study in North Carolina. Am J Public Health, 83, 1163-1165.

Burke JM; Zufall MJ; Ozkaynak H. (2001). A population exposure model for particulate matter: case study results for PM2.5 in Philadelphia, PA. J Expo Sci Environ Epidemiol, 11, 470-489.

Burnett RT; Brook JR; Yung WT; Dales RE; Krewski D. (1997a). Association between Ozone and Hospitalization for Respiratory Diseases in 16 Canadian Cities. Environ Res, 72, 24-31.

Burnett RT; Cakmak S; Brook JR; Krewski D. (1997b). The role of particulate size and chemistry in the association between summertime ambient air pollution and hospitalization for cardiorespiratory diseases. Environ Health Perspect, 105, 614-620.

Burnett RT; Dales RE; Brook JR; Raizenne ME; Krewski D. (1997c). Association between ambient carbon monoxide levels and hospitalizations for congestive heart failure in the elderly in 10 Canadian cities. Epidemiology, 8, 162-167.

Burnett RT; Cakmak S; Brook JR. (1998a). The effect of the urban ambient air pollution mix on daily mortality rates in 11 Canadian cities. Can J Public Health, 89, 152-156.

Burnett RT; Cakmak S; Raizenne ME; Stieb D; Vincent R; Krewski D; Brook JR; Philips O; Ozkaynak H. (1998b). The association between ambient carbon monoxide levels and daily mortality in Toronto, Canada. J Air Waste Manag Assoc, 48, 689-700.

Burnett RT; Smith-Doiron M; Stieb D; Cakmak S; Brook JR. (1999). Effects of particulate and gaseous air pollution on cardiorespiratory hospitalizations. Arch Environ Health, 54, 130-139.

Burnett RT; Brook J; Dann T; Delocla C; Philips O; Cakmak S; Vincent R; Goldberg MS; Krewski D. (2000). Association between particulate- and gas-phase components of urban air pollution and daily mortality in eight Canadian cities. Inhal Toxicol, 12 Suppl 4, 15-39.

Burnett RT; Smith-Doiron M; Stieb D; Raizenne ME; Brook JR; Dales RE; Leech JA; Cakmak S; Krewski D. (2001). Association between ozone and hospitalization for acute respiratory diseases in children less than 2 years of age. Am J Epidemiol, 153, 444-452.

Burnett RT; Stieb D; Brook JR; Cakmak S; Dales R; Raizenne M; Vincent R; Dann T. (2004). Associations between Short-Term Changes in Nitrogen Dioxide and Mortality in Canadian Cities. Arch Environ Health, 59, 228-236.

Byun D; Schere KL. (2006). Review of the governing equations, computational algorithms, and other components of the models-3 community multiscale air quality (CMAQ) modeling system. Appl Mech Rev, 59, 51-77.

Byun DW; Ching JKS, eds. (1999). Science algorithms of the EPA Models-3 Community Multiscale Air Quality model (CMAQ) modeling system. Research Triangle Park, NC; Atmospheric modeling division, National Exposure Research Laboratory, US Environmental Protection Agency.

Cakmak S; Dales RE; Judek S. (2006). Do gender, education, and income modify the effect of air pollution gases on cardiac disease? J Occup Environ Med, 48, 89-94.

Cakmak S; Dales RE; Judek S. (2007a). Respiratory health effects of air pollution gases: Modification by education and income. Arch Environ Occup Health 61, 5-10.

Cakmak S; Dales RE; Vidal CB. (2007b). Air pollution and mortality in Chile: susceptibility among the elderly. Environ Health Perspect, 115, 524-527.

Calvert JG; Su F; Bottenheim JW; Strausz OP. (1978). Mechanism of the homogeneous oxidation of sulfur dioxide in the troposphere. Atmos Environ, 12, 197-226.

Camp DC; Stevens RK; Cobourn WG; Husar RB; Collins JF; Huntzicker JJ; Husar JD; Jaklevic JM; McKenzie RL; Tanner RL; Tesch JW. (1982). Intercomparison of concentration results from fine particle sulfur monitors. Atmos Environ, 16, 911-916.

Carter WPL. (1990). A detailed mechanism for the gas-phase atmospheric reactions of organic compounds. Atmos Envion Part A, 24, 481-518.

Castellsague J; Sunyer J; Saez M; Anto JM. (1995). Short-term association between air pollution and emergency room visits for asthma in Barcelona. Thorax, 50, 1051-1056.

CDC. (2004). The health consequences of smoking: a report of the Surgeon General. Atlanta, GA: Office on Smoking and Health; National Center for Chronic Disease Prevention and Health Promotion; Centers for Disease Control and Prevention; U.S. Department of Health and Human Services. http://www.cdc.gov/tobacco/data_statistics/sgr/sgr_2004/chapters.htm

Chameides WL; Stelson AW. (1992). Aqueous-phase chemical processes in deliquescent sea-salt aerosols: a mechanism that couples the atmospheric cycles of S and sea salt. J Geophys Res 97, 20,565-20,580.

Chan C-C; Hung H-F; Fu L-F. (1994). The indoor/outdoor relationship of acid aerosols in Taipei. Sci Total Environ 153, 267-273

Chan CC; Chuang KJ; Su TC; Lin LY. (2005). Association between nitrogen dioxide and heart rate variability in a susceptible population. Eur J Cardiovasc Prev Rehabil, 12, 580-586.

Chan CC; Chuang KJ; Chien LC; Chen WJ; Chang WT. (2006). Urban air pollution and emergency admissions for cerebrovascular diseases in Taipei, Taiwan. Eur Heart J, 27, 1238-1244.

Chang C-H; Meroney RN. (2003). Concentration and flow distributions in urban street canyons: wind tunnel and computational data. Journal Wind Eng Ind Aerodyn, 91, 1141-1154.

Chang C-H. (2006). Computational fluid dynamics simulation of concentration distributions from a point source in the urban street canyons. J Aerosp Eng, 19, 80-86.

Chang CC; Tsai SS; Ho SC; Yang CY. (2005). Air pollution and hospital admissions for cardiovascular disease in Taipei, Taiwan. Environ Res, 98, 114-119.

Chang LT; Koutrakis P; Catalano PJ; Suh HH. (2000). Hourly personal exposures to fine particles and gaseous pollutants--results from Baltimore, Maryland. J Air Waste Manag Assoc, 50, 1223-1235.

Chao CY. (2001). Comparison between indoor and outdoor air contaminant levels in residential buildings from passive sampler study. Build Environ, 36, 999-1007.

Charpin D; Pascal L; Birnbaum J; Armengaud A; Sambuc R; Lanteaume A; Vervloet D. (1999). Gaseous air pollution and atopy. Clin Exp Allergy, 29, 1474-1480.

Chatfield RB; Crutzen PJ. (1984). Sulfur dioxide in remote oceanic air: cloud transport of reactive precursors. J Geophys Res, 89, 7111-7132.

Chen LC; Peoples SM; Amdur MO. (1991). Pulmonary effects of sulfur oxides on the surface of copper oxide aerosol. Am Ind Hyg Associ J, 52, 187-191.

Chen LC; Miller PD; Amdur MO; Gordon T. (1992). Airway hyperresponsiveness in guinea pigs exposed to acid-coated ultrafine particles. J Toxicol Environ Health, 35, 165-174.

Chen PC; Lai YM; Chan CC; Hwang JS; Yang CY; Wang JD. (1999). Short-term effect of ozone on the pulmonary function of children in primary school. Environ Health Perspect, 107, 921-925.

Chew FT; Goh DYT; Ooi BC; Saharom R; Hui JKS; Lee BW. (1999). Association of ambient air-pollution levels with acute asthma exacerbation among children in Singapore. Allergy, 54, 320-329.

Ching J; Herwehe J; Swall J. (2006). On joint deterministic grid modeling and sub-grid variability conceptual framework for model evaluation. Atmos Environ, 40, 4935-4945.

Chock DP; Winkler SL. (1994). A comparison of advection algorithms coupled with chemistry. Atmos Environ, 28, 2659-2675.

Chock DP; Winkler SL; Chen C. (2000). A study of the association between daily mortality and ambient air pollutant concentrations in Pittsburgh, Pennsylvania. J Air Waste Manag Assoc, 50, 1481-1500.

Christakos G; Hristopulos DT. (1998). Spatiotemporal environmental health modelling. A tractatus stochasticus. Boston, MA; Kluwer Academic Publishers.

Christakos G; Kolovos A. (1999). A study of the spatiotemporal health impacts of ozone exposure. J Expo Sci Environ Epidemiol, 9, 322-335.

Christakos G. (2000). Modern spatiotemporal geostatistics. New York, New York; Oxford University Press.

Cifuentes LA; Vega J; Kopfer K; Lave LB. (2000). Effect of the fine fraction of particulate matter versus the coarse mass and other pollutants on daily mortality in Santiago, Chile. J Air Waste Manag Assoc, 50, 1287-1298.

Clancy L; Goodman P; Sinclair H; Dockery DW. (2002). Effect of air pollution control on death rates in Dublin, Ireland: an intervention study. Lancet, 360, 1210-1214.

Clarke RW; Antonini JM; Hemenway DR; Frank R; Kleeberger SR; Jakab GJ. (2000). Inhaled particle-bound sulfate: effects on pulmonary inflammatory responses and alveolar macrophage function. Inhal Toxicol, 12, 169-186.

Clegg NA; Toumi R. (1998). Non-sea-salt-sulphate formation in sea-salt aerosol. J Geophys Res, 103, 31,095-31,102.

Clench-Aas J; Bartonova A; Bohler T; Gronskei KE; Sivertsen B; Larssen S. (1999). Air pollution exposure monitoring and estimating. Part I. Integrated air quality monitoring system. J Environ Monit, 1, 313-319.

Clewell HJ; Crump KS. (2005). Quantitative Estimates of Risk for Noncancer Endpoints. Risk Anal, 25, 285-289.

Cobourn WG; Husar RB; Husar JD. (1978). Continuous in situ monitoring of ambient particulate sulfur using flame photometry and thermal analysis. Atmos Environ, 12, 89-98.

Cobourn WG; Husar RB. (1982). Diurnal and seasonal patterns of particulate sulfur and sulfuric acid in St. Louis, July 1977-June 1978. Atmos Environ, 16, 1441-1450.

Coleridge HM; Coleridge JCG. (1994). Pulmonary Reflexes: Neural Mechanisms of Pulmonary Defense. Annu Rev Physiol, 56, 69-91.

Conceicao GM; Miraglia SG; Kishi HS; Saldiva PH; Singer JM. (2001). Air pollution and child mortality: a time-series study in Sao Paulo, Brazil. Environ Health Perspect, 109 Suppl 3, 347-350.

Conner MW; Lam HF; Rogers AE; Fitzgerald S; Amdur MO. (1985). Lung injury in guinea pigs caused by multiple exposures to submicron zinc oxide mixed with sulfur dioxide in a humidified furnace. J Toxicol Environ Health, 16, 101-114.

Conner MW; Flood WH; Rogers AE; Amdur MO. (1989). Changes in pulmonary lavage fluid of guinea pigs exposed to ultrafine zinc oxide with adsorbed sulfuric acid. J Toxicol Environ Health, 26, 223-234.

CFR. (2006) Title 40, Code of Federal Regulations, Part 58, Ambient Air Quality Surveillance. CFR40, Part 58.

Crump KS; Hoel DG; Langley CH; Peto R. (1976). Fundamental carcinogenic processes and their implications for low dose risk assessment. Cancer Res, 36, 2973-2979.

Crutzen PJ. (1976).The possible importance of OCS for the sulphate layer of the stratosphere. Geophys Res Lett, 3, 73-76.

Crutzen PJ; Gidel LT. (1983). A two-dimensional photochemical model of the atmosphere. 2. The tropospheric budgets of the anthropogenic chlorocarbons, CO, CH4, CH3Cl and the effect of various NOx sources on tropospheric ozone. J Geophys Res, 88, 6641-6661.

Cuijpers CEJ; Swaen GMH; Wesseling G; Wouters EFM. (1994). Acute respiratory effects of summer smog in primary school children. Toxicol Lett, 72, 227-235.

DC Cir (U.S. Court of Appeals for the District of Columbia) (1980). Lead Industries v. U.S. Environmental Protection Agency.  DC Cir. 1980 Report #647F2d1130,1154; Washington, DC; U.S. Court of Appeals for the District of Columbia

DC Cir (U.S. Court of Appeals for the District of Columbia) (1981). American Petroleum Institute v. Costle. DC Cir. 1981 Report # 665F2d1176,1186; Washington, DC; U.S. Court of Appeals for the District of Columbia

D'Ippoliti D; Forastiere F; Ancona C; Agabiti N; Fusco D; Michelozzi P; Perucci CA. (2003). Air pollution and myocardial infarction in Rome: a case-crossover analysis. Epidemiology, 14, 528-535.

Dab W; Medina S; Quenel P; Le Moullec Y; Le Tertre A; Thelot B; Monteil C; Lameloise P; Pirard P; Momas I; Ferry R; Festy B. (1996). Short term respiratory health effects of ambient air pollution: results of the APHEA project in Paris. J Epidemiol Community Health, 50 Suppl 1, s42-46.

Dagnall RM; Thompson KC; West TS. (1967). Molecular-emission in cool flames. Part I. the behaviour of sulphur species in a hydrogen-nitrogen diffusion flame and in a shielded air-hydrogen flame. Analyst, 92, 506-512.

Dales R; Burnett RT; Smith-Doiron M; Stieb DM; Brook JR. (2004). Air pollution and sudden infant death syndrome. Pediatrics, 113, e628-631.

Dales RE; Cakmak S; Doiron MS. (2006). Gaseous air pollutants and hospitalization for respiratory disease in the neonatal period. Environ Health Perspect, 114, 1751-1754.

de Diego Damia A; Leon Fabregas M; Perpina Tordera M; Compte Torrero L. (1999). Effects of air pollution and weather conditions on asthma exacerbation. Respiration, 66, 52-58.

De Leon SF; Thurston GD; Ito K. (2003). Contribution of respiratory disease to nonrespiratory mortality associations with air pollution. Am J Respir Crit Care Med, 167, 1117-1123.

de Paula Santos U; Braga AL; Giorgi DM; Pereira LA; Grupi CJ; Lin CA; Bussacos MA; Zanetta DM; do Nascimento Saldiva PH; Filho MT. (2005). Effects of air pollution on blood pressure and heart rate variability: a panel study of vehicular traffic controllers in the city of São Paulo, Brazil. Eur Heart J, 26, 193-200.

Delfino RJ; Gong H, Jr.; Linn WS; Pellizzari ED; Hu Y. (2003a). Asthma symptoms in Hispanic children and daily ambient exposures to toxic and criteria air pollutants. Environ Health Perspect, 111, 647-656.

Delfino RJ; Gong H; Linn WS; Hu Y; Pellizzari ED. (2003b). Respiratory symptoms and peak expiratory flow in children with asthma in relation to volatile organic compounds in exhaled breath and ambient air. J Expo Anal Environ Epidemiol, 13, 348-363.

Delmas R., P. Loudjani, A. Podaire, and J.C. Menaut. 1991. Biomass burning in Africa: an assessment of annually burnt biomass. In Global biomass Burning, ed. J.S. Levine, pp. 126-133. Cambridge, MA: MIT Press.

Demokritou P; Kavouras IG; Ferguson ST; Koutrakis P. (2001). Development and laboratory performance evaluation of a multipollutant sampler for simultaneous measurements for particulate and gaseous pollutants. Aerosol Sci Technol, 35, 741-752.

Dentener F; Stevenson D; Cofala J; Mechler R; Amann M; Bergamaschi P; Raes F; Derwent R. (2005). The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990-2030. Atmos Chem Phys, 5, 1731-1755.

Dentener F; Drevet J; Lamarque JF; Bey I; Eickhout B; Fiore AM; Hauglustaine D; Horowitz LW; Krol M; Kulshrestha UC; Lawrence M; Galy-Lacaux C; Rast S; Shindell D; Stevenson D; Van Noije T; Atherton C; Bell N; Bergman D; Butler T; Cofala J; Collins B; Doherty R; Ellingsen K; Galloway J; Gauss M; Montanaro V; Müller JF; Pitari G; Rodriguez J; Sanderson M; Solman F; Strahan S; Schultz M; Sudo K; Szopa S; Wild O. (2006a). Nitrogen and sulfur deposition on regional and global scales: a multi-model evaluation. Global Biogeochem Cycles, 20, GB4003, doi:4010.1029/2005GB002672.

Dentener F; Stevenson D; Ellingsen K; Van Noije T; Schultz M; Amann M; Atherton C; Bell N; Bergmann D; Bey I; Bouwman L; Butler T; Cofala J; Collins B; Drevet J; Doherty R; Eickhout B; Eskes H; Fiore A; Gauss M; Hauglustaine D; Horowitz L; Isaksen IS; Josse B; Lawrence M; Krol M; Lamarque JF; Montanaro V; Muller JF; Peuch VH; Pitari G; Pyle J; Rast S; Rodriguez I; Sanderson M; Savage NH; Shindell D; Strahan S; Szopa S; Sudo K; Van Dingenen R; Wild O; Zeng G. (2006b). The global atmospheric environment for the next generation. Environ Sci Technol, 40, 3586-3594.

Desqueyroux H; Pujet JC; Prosper M; Le Moullec Y; Momas I. (2002a). Effects of air pollution on adults with chronic obstructive pulmonary disease. Arch Environ Health, 57, 554-560.

Desqueyroux H; Pujet JC; Prosper M; Squinazi F; Momas I. (2002b). Short-Term Effects of Low-Level Air Pollution on Respiratory Health of Adults Suffering from Moderate to Severe Asthma. Environ Res, 89, 29-37.

Devalia JL; Rusznak C; Herdman MJ; Trigg CJ; Tarraf H; Davies RJ. (1994). Effect of nitrogen dioxide and sulphur dioxide on airway response of mild asthmatic patients to allergen inhalation. Lancet, 344, 1668-1671.

Diaz J; Garcia R; Ribera P; Alberdi JC; Hernandez E; Pajares MS; Otero A. (1999). Modeling of air pollution and its relationship with mortality and morbidity in Madrid, Spain. Int Arch Occup Environ Health, 72, 366-376.

Dickerson RR; Huffman GJ; Luke WT; Nunneracker LJ; Pickering KE; Leslie ACD; Lindsey CG; Slinn WGN; Kelly TJ; et al. (1987). Thunderstorms: An important mechanism in the transport of air pollutants. Science, 235, 460-464.

Dietert RR; Etzel RA; Chen D; Halonen M; Holladay SD; Jarabek AM; Landreth K; Peden DB; Pinkerton K; Smialowicz RJ; Zoetis T. (2000). Workshop to identify critical window of exposure for children's health: immune and respiratory systems work group summary. Environ Health Perspect, 108, 483-490.

Dockery DW; Ware JH; Ferris BG, Jr.; Speizer FE; Cook NR; Herman SM. (1982). Change in pulmonary function in children associated with air pollution episodes. J Air Pollut Control Assoc, 32, 937-942.

Dockery DW; Speizer FE; Stram DO; Ware JH; Spengler JD; Ferris BG, Jr. (1989). Effects of inhalable particles on respiratory health of children. Am Rev Respir Dis, 139, 587-594.

Dockery DW; Schwartz J; Spengler JD. (1992). Air pollution and daily mortality: associations with particulates and acid aerosols. Environ Res, 59, 362-373.

Dockery DW; Pope CA, 3rd; Xu X; Spengler JD; Ware JH; Fay ME; Ferris BG, Jr.; Speizer FE. (1993). An association between air pollution and mortality in six U.S. cities. N Engl J Med, 329, 1753-1759.

Dockery DW; Cunningham J; Damokosh AI; Neas LM; Spengler JD; Koutrakis P; Ware JH; Raizenne M; Speizer FE. (1996). Health effects of acid aerosols on North American children: respiratory symptoms. Environ Health Perspect, 104, 500-505.

Dockery DW; Luttmann-Gibson H; Rich DQ; Link MS; Mittleman MA; Gold DR; Koutrakis P; Schwartz JD; Verrier RL. (2005). Association of air pollution with increased incidence of ventricular tachyarrhythmias recorded by implanted cardioverter defibrillators. Environ Health Perspect, 113, 670-674.

Dodge R; Solomon P; Moyers J; Hayes C. (1985). A longitudinal study of children exposed to sulfur oxides. Am J Epidemiol, 121, 720-736.

Dominici F; McDermott A; Daniels M; Zeger SL; Samet JM. (2003). Mortality among residents of 90 cities. In: Revised analyses of time-series studies of air pollution and health. Special report. Boston, MA: Health Effects Institute; pp. 9-24. Available: http://www.healtheffects.org/Pubs/TimeSeries.pdf [12 May, 2004].

Douglas GJ; Price JF; Page CP. (1994). A method for the long-term exposure of rabbits to environmental pollutant gases. Eur Respir J, 7, 1516-1526.

Du Z; Meng Z. (2004a). Effects of derivatives of sulfur dioxide on transient outward potassium currents in acutely isolated hippocampal neurons. Food Chem Toxicol, 42, 1211-1216.

Du Z; Meng Z. (2004b). Modulation of sodium currents in rat dorsal root ganglion neurons by sulfur dioxide derivatives. Brain Res, 1010, 127-133.

Du Z; Meng Z. (2006). Sulfur dioxide derivatives modulation of high-threshold calcium currents in rat dorsal root ganglion neurons. Neurosci Lett, 405, 147-152.

Dubnov J; Barchana M; Rishpon S; Leventhal A; Segal I; Carel R; Portnov BA. (2007). Estimating the effect of air pollution from a coal-fired power station on the development of children's pulmonary function. Environ Res, 103, 87-98.

Dubowsky SD; Suh H; Schwartz J; Coull BA; Gold DR. (2006). Diabetes, obesity, and hypertension may enhance associations between air pollution and markers of systemic inflammation. Environ Health Perspect, 114, 992-998.

Dugandzic R; Dodds L; Stieb D; Smith-Doiron M. (2006). The association between low level exposures to ambient air pollution and term low birth weight: a retrospective cohort study. Environ Health, 5, 3.

Durham JL; Wilson WE; Bailey EB. (1978). Application of an $SO_2$-denuder for continuous measurement of sulfur in submicrometric aerosols. Atmos Environ, 12, 883-886.

Eckert DJ; Catcheside PG; Smith JH; Frith PA; McEvoy RD. (2004). Hypoxia suppresses symptom perception in asthma. Am J Respir Crit Care Med, 169, 1224-1230.

Eder B; Yu S. (2006). A performance evaluation of the 2004 release of Models-3 CMAQ. Atmos Environ, 40, 4811-4824.

Egerton-Warburton L; Allen EB. (2000). Shifts in Arbuscular mycorrhizal communities along an anthropogenic nitrogen deposition gradient. Ecol Appl, 10, 484-496.

Eggleston HS. (1993). Uncertainties in the estimates of emissions of VOCs from motor cars. Proceedings of the TNO/EURASAP workshop on the reliability of VOC emission databases, Delft, The Netherlands.

Elliott P; Shaddick G; Wakefield JC; de Hoogh C; Briggs DJ. (2007). Long-term associations of outdoor air pollution with mortality in Great Britain. Thorax, 62, 1088-1094.

Etlik O; Tomur A; Kutman MN; Yorukan S; Duman O. (1995). The effects of sulfur dioxide inhalation and antioxidant vitamins on red blood cell lipoperoxidation. Environ Res, 71, 25-28.

Etlik O; Tomur A; Tuncer M; Ridvanagaoglu AY; Andac O. (1997). Protective effect of antioxidant vitamins on red blood cell lipoperoxidation induced by $SO_2$ inhalation. J Basic Clin Physiol Pharmacol, 8, 31-43.

Euler GL; Abbey DE; Magie AR; Hodgkin JE. (1987). Chronic obstructive pulmonary disease symptom effects of long-term cumulative exposure to ambient levels of total suspended particulates and sulfur dioxide in California Seventh-Day Adventist residents. Arch Environ Health, 42, 213-222.

Fairley D. (1990). The relationship of daily mortality to suspended particulates in Santa Clara County, 1980-1986. Environ Health Perspect, 89, 159-168.

Faraji M; Kimura Y; Allen D. (2005). Comparison of the carbon bond and SAPRC photochemical mechanisms under conditions relevent to southeast Texas. Project report H12.8HRB. Houston, TX: Texas Environ Res Consortium (TERC) Available: http://files.harc.edu/Projects/AirQuality/Projects/H012.2004/8HRB/H128HRBMechanismReport.pdf [4 October, 2007].

Faraji M; Kimura Y; Allen D. (2008) Comparison of the carbon bond and SAPRC photochemical mechanisms under conditions relevant to southeast Texas. Atmos Environ 42, 5821–5836

Farhat SC; Paulo RL; Shimoda TM; Conceicao GM; Lin CA; Braga AL; Warth MP; Saldiva PH. (2005). Effect of air pollution on pediatric respiratory emergency room visits and hospital admissions. Braz J Med Biol Res, 38, 227-235.

Farwell SO; Rasmussen RA. (1976). Limitations of the FPD and ECD in atmospheric analysis: a review. J Chromatogr Sci, 14, 224-234.

Fehsenfeld FC; Ancellet G; Bates TS; Goldstein AH; Hardesty RM; Honrath R; Law KS; Lewis AC; Leaitch R; McKeen S; Meagher J; Parrish DD; Pszenny AAP; Russell PB; Schlager H; Seinfeld J; Talbot R; Zbinden R. (2006). International Consortium for Atmospheric Research on Transport and Transformation (ICARTT): North America to Europe -Overview of the 2004 summer field study. J Geophys Res (D Atmos), 111, [np].

Field PI; Simmul R; Bell SC; Allen DH; Berend N. (1996). Evidence for opioid modulation and generation of prostaglandins in sulphur dioxide $(SO)_2$-induced bronchoconstriction. Thorax, 51, 159-163.

Filleul L; Rondeau V; Vandentorren S; Le Moual N; Cantagrel A; Annesi-Maesano I; Charpin D; Declercq C; Neukirch F; Paris C; Vervloet D; Brochard P; Tessier JF; Kauffmann F; Baldi I. (2005). Twenty five year mortality and air pollution: results from the French PAARC survey. Occup Environ Med, 62, 453-460.

Finkelstein MM; Jerrett M; DeLuca P; Finkelstein N; Verma DK; Chapman K; Sears MR. (2003). Relation between income, air pollution and mortality: a cohort study. CMAJ, 169, 397-402.

Finkelstein MM; Jerrett M; Sears MR. (2005). Environmental inequality and circulatory disease mortality gradients. J Epidemiol Community Health, 59, 481-487.

Finlayson-Pitts BJ; Pitts JN, Jr. (1999). Chemistry of the upper and lower atmosphere: theory, experiments and applications. San Diego, CA: Academic Press.

Fiore M; Petruzzi S; Dell'Omo G; Alleva E. (1998). Prenatal sulfur dioxide exposure induces changes in the behavior of adult male mice during agonistic encounters. Neurotoxicol Teratol, 20, 543-548.

Fischer P; Hoek G; Brunekreef B; Verhoeff A; van Wijnen J. (2003). Air pollution and mortality in the Netherlands: are the elderly more at risk? Eur Respir J, 21, 34S-38S.

Foley GJ; Georgopoulos PG; Lioy PJ. (2003). Decision points for consulting APEX for air toxics exposure assessments. (Report#. 37, 392A-399A). Research Triangle Park, NC: Office of Air Quality Planning and Standards; U.S. Environmental Protection Agency; Available: http://www.epa.gov/ttnmain1/fera/data/apex/APEXDecisionPoints_121205.pdf [19 September, 2007].

Folinsbee LJ; Bedi JF; Horvath SM. (1985). Pulmonary response to threshold levels of sulfur dioxide (1.0 ppm) and ozone (0.3 ppm). J Appl Physiol, 58, 1783-1787.

Forsberg B; Stjernberg N; Falk M; Lundback B; Wall S. (1993). Air pollution levels, meteorological conditions and asthma symptoms. Eur Respir J, 6, 1109-1115.

Fox-Rabinovitz MS; Takacs LL; Govindaraju RC. (2002). A variable-resolution stretched-grid general circulation model and data assimilation system with multiple areas of interest: studying the anomalous regional climate events of 1998. J Geophys Res, 107D24.

Frank NR; Amdur MO; Worcester J; Whittenberger JL. (1962). Effects of acute controlled exposure to $SO_2$ on respiratory mechanics in healthy male adults. J Appl Physiol, 17, 252-258.

Frank NR; Yoder RE; Brain JD; Yokoyama E. (1969). $SO_2$ (35S labeled) absorption by the nose and mouth under conditions of varying concentration and flow. Arch Environ Health, 18, 315-322.

Freijer JI; Bloemen HJT; de Loos S; Marra M; Rombout PJA; Steentjes GM; Van Veen MP. (1998). Modelling exposure of the Dutch population to air pollution. Journal of Hazard Mater, 61, 107-114.

Frischer T; Studnicka M; Gartner C; Tauber E; Horak F; Veiter A; Spengler J; Kuhr J; Urbanek R. (1999). Lung function growth and ambient ozone: a three-year population study in school children. Am J Respir Crit Care Med, 160, 390-396.

Frischer T; Studnicka M; Halmerbauer G; Horak F; Gartner C; Tauber E; Koller DY. (2001). Ambient ozone exposure is associated with eosinophil activation in healthy children. Clin Exp Allergy, 31, 1213-1219.

Fritz GK; Adams SK; McQuaid EL; Klein R; Kopel S; Nassau J; Mansell A. (2007). Symptom Perception in Pediatric Asthma: Resistive Loading and In Vivo Assessment Compared. Chest, 132, 884.

Frye C; Hoelscher B; Cyrys J; Wjst M; Wichmann HE; Heinrich J. (2003). Association of lung function with declining ambient air pollution. Environ Health Perspect, 111, 383-387.

Fuentes M; Raftery AE. (2005). Model evaluation and spatial interpolation by Bayesian combination of observations with outputs from numerical models. Biometrics, 61, 36-45.

Fung KY; Luginaah I; Gorey KM; Webster G. (2005a). Air pollution and daily hospital admissions for cardiovascular diseases in Windsor, Ontario. Can J Public Health, 96, 29-33.

Fung KY; Luginaah I; Gorey KM; Webster G. (2005b). Air pollution and daily hospitalization rates for cardiovascular and respiratory diseases in London, Ontario. Int J Environ Stud, 62, 677-685.

Fung KY; Khan S; Krewski D; Chen Y. (2006). Association between air pollution and multiple respiratory hospitalizations among the elderly in Vancouver, Canada. Inhal Toxicol, 18, 1005-1011.

Fusco D; Forastiere F; Michelozzi P; Spadea T; Ostro B; Arca M; Perucci CA. (2001). Air pollution and hospital admissions for respiratory conditions in Rome, Italy. Eur Respir J, 17, 1143-1150.

Galan I; Tobias A; Banegas JR; Aranguez E. (2003). Short-term effects of air pollution on daily asthma emergency room admissions. Eur Respir J, 22, 802-808.

Gamble JL. (1998). Effects of ambient air pollution on daily mortality: a time series analysis of Dallas, Texas, 1990-1994., Paper no. 98-MP26.03. Presented at: 91st annual meeting and exhibition of the Air & Waste Management Association; San Diego, CA. Pittsburgh, PA: Air & Waste Management Association.

Garcia-Aymerich J; Tobias A; Anto JM; Sunyer J. (2000). Air pollution and mortality in a cohort of patients with chronic obstructive pulmonary disease: a time series analysis. J Epidemiol Community Health, 54, 73-74.

Garcia-Marcos L; Guillen JJ; Dinwiddie R; Guillen A; Barbero P. (1999). The relative importance of socio-economic status, parental smoking and air pollution ($SO_2$) on asthma symptoms, spirometry and bronchodilator response in 11-year-old children. Pediatr Allergy Immunol, 10, 96-100.

Garty BZ; Kosman E; Ganor E; Berger V; Garty L; Wietzen T; Waisman Y; Mimouni M; Waisel Y. (1998). Emergency room visits of asthmatic children, relation to air pollution, weather, and airborne allergens. Ann Allergy Asthma Immunol, 81, 563-570.

Gaylor DW; Sheehan DM; Young JF; Mattison DR. (1988). The threshold dose question in teratogenesis. Teratology, 38, 389-391.

Gee GC; Payne-Sturges DC. (2004). Environmental health disparities: a framework integrating psychosocial and environmental concepts. Environ Health Perspect, 112, 1645-1653.

Georgopoulos PG; Lioy PJ. (1994). Conceptual and theoretical aspects of human exposure and dose assessment. J Expo Sci Environ Epidemiol, 4, 253-285.

Georgopoulos PG; Purushothaman V; Chiou R. (1997). Comparative evaluation of methods for estimating potential human exposure to ozone: photochemical modeling and ambient monitoring. J Expo Sci Environ Epidemiol, 7, 191-215.

Georgopoulos PG; Wang S-W; Vyas VM; Sun Q; Burke J; Vedantham R; McCurdy T; Ozkaynak H. (2005). A source-to-dose assessment of population exposures to fine PM and ozone in Philadelphia, PA, during a summer 1999 episode. J Expo Sci Environ Epidemiol, 15, 439-457.

Georgopoulos PG; Lioy PJ. (2006). From theoretical aspects of human exposure and dose assessment to computational model implementation: The Modeling Environment for Total Risk studies (MENTOR). J Toxicol Environ Health B, 9, 457-483.

Gery MW; Whitten GZ; Killus JP; Dodge MC. (1989). A photochemical kinetics mechanism for urban and regional scale computer modeling. J Geophys Res, 94, 12,925-12,956.

Gidel LT. (1983). Cumulus cloud transport of transient tracers. J Geophys Res, 88, 6587-6599.

Gilboa SM; Mendola P; Olshan AF; Langlois PH; Savitz DA; Loomis D; Herring AH; Fixler DE. (2005). Relation between ambient air quality and selected birth defects, seven county study, Texas, 1997-2000. Am J Epidemiol, 162, 238-252.

Gilliam FS; Hockenberry AW; Adams MB. (2006). Effects of atmospheric deposition on the herbaceous layer of a central Appalachian hardwood forest. J Torrey Bot Soc, 133, 240-254

Gilliland FD; McConnell R; Peters J; Gong H, Jr. (1999). A theoretical basis for investigation ambient air pollution and children's respiratory health. Environ Health Perspect, 3, 403-407.

Gilliland FD; Rappaport EB; Berhane K; Islam T; Dubeau L; Gauderman WJ; McConnell R. (2002). Effects of glutathione S-transferase P1, M1, and T1 on acute respiratory illness in school children. Am J Respir Crit Care Med, 166, 346-351.

Ginsberg GL; Foos BP; Firestone MP. (2005). Review and analysis of inhalation dosimetry methods for application to children's risk assessment. J Toxicol Environ Health A, 68, 573-615.

Gokirmak M; Yildirim Z; Hasanoglu HC; Koksal N; Mehmet N. (2003). The role of oxidative stress in bronchoconstriction due to occupational sulfur dioxide exposure. Clin Chim Acta, 331, 119-126.

Gold DR; Litonjua A; Schwartz J; Lovett E; Larson A; Nearing B; Allen G; Verrier M; Cherry R; Verrier R. (2000). Ambient pollution and heart rate variability. Circulation, 101, 1267-1273.

Gold DR; Schwartz J; Litonjua A; Verrier R; Zanobetti A. (2003). Ambient pollution and reduced heart rate variability. In Revised analyses of time-series studies of air pollution and health. Special Report. Boston, MA: Health Effects Institute.

Goldberg MS; Burnett RT; Bailar JC, 3rd; Tamblyn R; Ernst P; Flegel K; Brook J; Bonvalot Y; Singh R; Valois MF; Vincent R. (2001). Identification of persons with cardiorespiratory conditions who are at risk of dying from the acute effects of ambient air particles. Environ Health Perspect, 109 Suppl 4, 487-494.

Goldberg MS; Burnett RT. (2003). Revised analysis of the Montreal time-series study. In: Revised analyses of time-series studies of air pollution and health. Special Report. Boston, MA: Health Effects Institute; pp. 113-132. Available: http://www.healtheffects.org/Pubs/TimeSeries.pdf [18 October, 2004].

Goldberg MS; Burnett RT; Valois MF; Flegel K; Bailar JC, 3rd; Brook J; Vincent R; Radon K. (2003). Associations between ambient air pollution and daily mortality among persons with congestive heart failure. Environ Res, 91, 8-20.

Gondal MA. (1997). Laser photoacoustic spectrometer for remote monitoring of atmospheric pollutants. Appl Opt, 36, 3195-3201.

Gondal MA; Mastromarino J. (2001). Pulsed laser photoacoustic detection of $SO_2$ near 225.7 nm. Appl. Opt 40, 2010-2016.

Gong H; Linn WS; Shamoo DA; Anderson KR; Nugent CA; Clark KW; Lin AE. (1996). Effect of inhaled salmeterol on sulfur dioxide-induced bronchoconstriction in asthmatic subjects. Chest, 110, 1229-1235.

Gong H, Jr.; Lachenbruch PA; Harber P; Linn WS. (1995). Comparative short-term health responses to sulfur dioxide exposure and other common stresses in a panel of asthmatics. Toxicol Ind Health, 11, 467-487.

Gong H, Jr.; Linn WS; Terrell SL; Anderson KR; Clark KW. (2001). Anti-inflammatory and lung function effects of montelukast in asthmatic volunteers exposed to sulfur dioxide. Chest, 119, 402-408.

Goss CH; Newsom SA; Schildcrout JS; Sheppard L; Kaufman JD. (2004). Effect of ambient air pollution on pulmonary exacerbations and lung function in cystic fibrosis. Am J Respir Crit Care Med, 169, 816-821.

Gouveia N; Fletcher T. (2000). Respiratory diseases in children and outdoor air pollution in São Paulo, Brazil: a time series analysis. Occup Environ Med, 57, 477-483.

Gouveia N; Hajat S; Armstrong B. (2003). Socioeconomic differentials in the temperature-mortality relationship in Sao Paulo, Brazil. Int J Epidemiol, 32, 390-397.

Gouveia N; Bremner SA; Novaes HM. (2004). Association between ambient air pollution and birth weight in Sao Paulo, Brazil. J Epidemiol Community Health, 58, 11-17.

Greenhut GK; Ching JKS; Pearson R, Jr.; Repoff TP. (1984). Transport of ozone by turbulence and clouds in an urban boundary layer. J Geophys Res, 89, 4757-4766.

Greenhut GK. (1986). Transport of ozone between boundary layer and cloud layer by cumulus clouds. J Geophys Res, 91, 8613-8622.

Grell GA; Emeis S; Stockwell WR; Schoenemeyer T; Forkel R; Michalakes J; Knoche R; Seidl W. (2000). Application of a multiscale, coupled MM5/chemistry model to the complex terrain of the VOTALP valley campaign. Atmos Environ, 34, 1435-1453.

Groneberg DA; Quarcoo D; Frossard N; Fischer A. (2004). Neurogenic mechanisms in bronchial inflammatory diseases. Allergy, 59, 1139-1152.

Gross A; Stockwell WR. (2003). Comparison of the EMEP, RADM2 and RACM mechanisms. J Atmos Chem, 44, 151-170.

Grunstein MM; Hazucha M; Sorli MH; Milic-Emili J. (1977). Effect of $SO_2$ on control of breathing in anesthetized cats. J Appl Physiol, 43, 844-851.

Gumuslu S; Akbas H; Aliciguzel Y; Agar A; Kucukatay V; Yargicoglu P. (1998). Effects of sulfur dioxide inhalation on antioxidant enzyme activities in rat erythrocytes. Ind Health, 36, 70-73.

Gumuslu S; Bilmen S; Korgun DK; Yargicoglu P; Agar A. (2001). Age-related changes in antioxidant enzyme activities and lipid peroxidation in lungs of control and sulfur dioxide exposed rats. Free Radical Res, 34, 621-627.

Gunnison AF; Benton AW. (1971). Sulfur dioxide: Sulfite. Interaction with mammalian serum and plasma. Arch Environ Health, 22, 381-388.

Gunnison AF; Palmes ED. (1973). Persistence of plasma S-sulfonates following exposure of rabbits to sulfite and sulfur dioxide. Toxicol Appl Pharmacol, 24, 266-278.

Gunnison AF; Sellakumar A; Currie D; Snyder EA. (1987). Distribution, metabolism and toxicity of inhaled sulfur dioxide and endogenously generated sulfite in the respiratory tract of normal and sulfite oxidase-deficient rats. J Toxicol Environ Health, 21, 141-162.

Gunnison AF; Sellakumar A; Snyder EA; Currie D. (1988). The effect of inhaled sulfur dioxide and systemic sulfite on the induction of lung carcinoma in rats by benzo[a]pyrene. Environ Res, 46, 59-73.

Gwynn RC; Burnett RT; Thurston GD. (2000). A time-series analysis of acidic particulate matter and daily mortality and morbidity in the Buffalo, New York, region. Environ Health Perspect, 108, 125-133.

Ha EH; Hong YC; Lee BE; Woo BH; Schwartz J; Christiani DC. (2001). Is air pollution a risk factor for low birth weight in Seoul? Epidemiology, 12, 643-648.

Ha EH; Lee JT; Kim H; Hong YC; Lee BE; Park HS; Christiani DC. (2003). Infant susceptibility of mortality to air pollution in Seoul, South Korea. Pediatrics, 111, 284-290.

Hagen JA; Nafstad P; Skrondal A; Bjorkly S; Magnus P. (2000). Associations between outdoor air pollutants and hospitalization for respiratory diseases. Epidemiology, 11, 136-140.

Haider SS; Hasan M; Hasan SN; Khan SR; Ali SF. (1981). Regional effects of sulfur dioxide exposure on the guinea pig brain lipids, lipid peroxidation and lipase activity. Neurotoxicology, 2, 443-450.

Haider SS; Hasan M; Khan NH. (1982). Air pollutant sulfur dioxide-induced alterations on the levels of lipids, lipid peroxidation and lipase activity in various regions of the rat brain. Pharmacol Toxicol, 51, 45-50.

Haider SS; Hasan M. (1984). Neurochemical changes by inhalation of environmental pollutants sulfur dioxide and hydrogen sulfide: degradation of total lipids, elevation of lipid peroxidation and enzyme activity in discrete regions of the guinea pig brain and spinal cord. Ind Health, 22, 23-31.

Hains JC; Chen LWA; Taubman BF; Doddridge BG; Dickerson RR. (2007). A side-by-side comparison of filter-based PM2.5 measurements at a suburban site: A closure study. Atmos Environ, 41, 6167-6184.

Hajat S; Haines A; Goubet SA; Atkinson RW; Anderson HR. (1999). Association of air pollution with daily GP consultations for asthma and other lower respiratory conditions in London. Thorax, 54, 597-605.

Hajat S; Haines A; Atkinson RW; Bremner SA; Anderson HR; Emberlin J. (2001). Association between air pollution and daily consultations with general practitioners for allergic rhinitis in London, United Kingdom. Am J Epidemiol, 153, 704-714.

Hajat S; Anderson HR; Atkinson RW; Haines A. (2002). Effects of air pollution on general practitioner consultations for upper respiratory diseases in London. Occup Environ Med, 59, 294-299.

Hajj AM; Burki NK; Lee LY. (1996). Role of tachykinins in sulfur dioxide-induced bronchoconstriction in anesthetized guinea pigs. J Appl Physiol, 80, 2044-2050.

Hälinen AI; Salonen RO; Pennanen AS; Kosma VM. (2000a). Combined respiratory effects of cold air with SO(2) or NO(2) in repeated 10-minute exposures of hyperventilating guinea pigs. Inhal Toxicol, 12, 671-691.

Hälinen AI; Salonen RO; Pennanen AS; Kosma VM. (2000b). Combined respiratory effects of cold air with $SO_2$ or $NO_2$ in single 1-hour exposures of hyperventilating guinea pigs. Inhal Toxicol, 12, 693-713.

Hanke M; Umann B; Uecker J; Arnold F; Bunz H. (2003). Atmospheric measurements of gas-phase $HNO_3$ and $SO_2$ using chemical ionization mass spectrometry during the MINATROC field campaign 2000 on Monte Cimone. Atmos. Chem. Phys. 3: 417-436.

Hansen K; Draaijers GPJ; Ivens WPMF; Gundersen P; van Leeuwen NFM. (1994). Concentration variations in rain and canopy throughfall collected sequentially during individual rain events. Atmos Environ, 28, 3195-3205.

Harris MI; Flegal KM; Cowie CC; Eberhardt MS; Goldstein DE; Little RR; Wiedmeyer HM; Byrd-Holt DD. (1998). Prevalence of diabetes, impaired fasting glucose, and impaired glucose tolerance in U.S. adults. The Third National Health and Nutrition Examination Survey, 1988-1994. Diabetes Care, 21, 518-524.

Hazucha M; Bates DV. (1975). Combined effect of ozone and sulphur dioxide on human pulmonary function. Nature, 257, 50-51.

Hedley AJ; Wong CM; Thach TQ; Ma S; Lam TH; Anderson HR. (2002). Cardiorespiratory and all-cause mortality after restrictions on sulphur content of fuel in Hong Kong: An intervention study. Lancet, 360, 1646-1652.

Hedley AJ; McGhee SM; Wong CM; Barron B; Chau P; Chau J; Thach TQ; Wong TW; Loh C. (2006). Air Pollution: Costs and Paths to a Solution. Hong Kong: Civic Exchange.

HEI. (2004). Health effects of outdoor air pollution in developing countries of Asia: a literature review. HEI Public Health and Air Pollution in Asia Program Special Report #15. Boston, MA: HEI International Scientific Oversight Committee; Health Effects Institute.

Heinrich J; Hoelscher B; Frye C; Meyer I; Pitz M; Cyrys J; Wjst M; Neas L; Wichmann HE. (2002). Improved air quality in reunified Germany and decreases in respiratory symptoms. Epidemiology, 13, 394-401.

Heinrich U; Mohr U; Fuhst R; Brockmeyer C. (1989). Investigation of a potential cotumorigenic effect of the dioxides of nitrogen and sulfur, and of diesel-engine exhaust, on the respiratory tract of Syrian golden hamsters. Res Rep Health Eff Inst, 1-27.

Henneberger A; Zareba W; Ibald-Mulli A; Ruckerl R; Cyrys J; Couderc JP; Mykins B; Woelke G; Wichmann HE; Peters A. (2005). Repolarization changes induced by air pollution in ischemic heart disease patients. Environ Health Perspect, 113, 440-446.

Hennigan CJ; Sandholm S; Kim S; Stickel RE; Huey LG; Weber RJ. (2006). Influence of Ohio River valley emissions on fine particle sulfate measured from aircraft over large regions of the eastern United States and Canada during INTEX-NA. J. Geophys. Res. 111(D24S04): 10.1029/2006JD007282.

Henrotin JB; Besancenot JP; Bejot Y; Giroud M. (2007a). Ozone pollution and the incidence of cerebrovascular accident in Dijon, France from 1994 to 2004. Environnement, Risques et Sante, 6, 421-422.

Henrotin JB; Besancenot JP; Bejot Y; Giroud M. (2007b). Short-term effects of ozone air pollution on ischaemic stroke occurrence: a case-crossover analysis from a 10-year population-based study in Dijon, France. Occup Environ Med, 64, 439-445.

Herbarth O; Fritz G; Krumbiegel P; Diez U; Franck U; Richter M. (2001). Effect of sulfur dioxide and particulate pollutants on bronchitis in children--a risk analysis. Environ Toxicol, 16, 269-276.

Higgins BG; Francis HC; Yates CJ; Warburton CJ; Fletcher AM; Reid JA; Pickering CA; Woodcock AA. (1995). Effects of air pollution on symptoms and peak expiratory flow measurements in subjects with obstructive airways disease. Thorax, 50, 149-155.

Hill AB. (1965). The Environment and Disease: Association or Causation? Proc R Soc Med, 58, 295-300.

Hiller FC. (1991). Health implications of hygroscopic particle growth in the human respiratory tract. J Aerosol Med, 4, 1-23.

Hiltermann TJN; Stolk J; Van der Zee SC; Brunekreef B; De Bruijne CR; Fischer PH; Ameling CB; Sterk PJ; Hiemstra PS; Van Bree L. (1998). Asthma severity and susceptibility to air pollution. Eur Respir J, 11, 686-693.

Hirsch T; Weiland SK; von Mutius E; Safeca AF; Grafe H; Csaplovics E; Duhme H; Keil U; Leupold W. (1999). Inner city air pollution and respiratory health and atopy in children. Eur Respir J, 14, 669-677.

Ho WC; Hartley WR; Myers L; Lin MH; Lin YS; Lien CH; Lin RS. (2007). Air pollution, weather, and associated risk factors related to asthma prevalence and attack rate. Environ Res, 104, 402-409.

Hoek G; Brunekreef B. (1992). Time trends in repeated spirometry in children. Eur Respir J, 5, 553-559.

Hoek G; Brunekreef B. (1993). Acute effects of a winter air pollution episode on pulmonary function and respiratory symptoms of children. Arch Environ Health, 48, 328-335.

Hoek G; Brunekreef B. (1994). Effects of low-level winter air pollution concentrations on respiratory health of Dutch children. Environ Res, 64, 136-150.

Hoek G; Brunekreef B. (1995). Effect of photochemical air pollution on acute respiratory symptoms in children. Am J Respir Crit Care Med, 151, 27-32.

Hoek G; Brunekreef B; Verhoeff A; van Wijnen J; Fischer P. (2000). Daily mortality and air pollution in The Netherlands. J Air Waste Manag Assoc, 50, 1380-1389.

Hoek G; Brunekreef B; Fischer P; van Wijnen J. (2001). The association between air pollution and heart failure, arrhythmia, embolism, thrombosis, and other cardiovascular causes of death in a time series study. Epidemiology, 12, 355-357.

Hoek G; Brunekreef B; Goldbohm S; Fischer P; van den Brandt PA. (2002). Association between mortality and indicators of traffic-related air pollution in the Netherlands: a cohort study. Lancet, 360, 1203-1209.

Hoek G. (2003). Daily mortality and air pollution in The Netherlands. In Revised analyses of time-series studies of air pollution and health. Special report. (pp. 133-141). Boston, MA: Health Effects Institute.

Hoel DG. (1980). Incorporation of background in dose-response models. Fed Proc, 39, 73-75.

Holguin F; Tellez-Rojo MM; Hernandez M; Cortez M; Chow JC; Watson JG; Mannino D; Romieu I. (2003). Air pollution and heart rate variability among the elderly in Mexico City. Epidemiology, 14, 521-527.

Holland HD. (1978). The chemistry of the atmosphere and oceans. New York, NY: Wiley.

Hong YC; Lee JT; Kim H; Ha EH; Schwartz J; Christiani DC. (2002). Effects of air pollutants on acute stroke mortality. Environ Health Perspect, 110, 187-191.

Hoppel WA; Caffrey PF. (2005). Oxidation of S(IV) in sea-salt aerosol at high pH: ozone versus aerobic reaction. J Geophys Res, 110D23202.

Horak F, Jr.; Studnicka M; Gartner C; Spengler JD; Tauber E; Urbanek R; Veiter A; Frischer T. (2002b). Particulate matter and lung function growth in children: a 3-yr follow-up study in Austrian schoolchildren [author response]. Eur. Respir. J. 20: 1355.

Horak F, Jr.; Studnicka M; Gartner C; Spengler JD; Tauber E; Urbanek R; Veiter A; Frischer T. (2002a). Particulate matter and lung function growth in children: a 3-yr follow-up study in Austrian schoolchildren. Eur Respir J, 19, 838-845.

Horowitz LW; Walters S; Mauzerall DL; Emmons LK; Rasch PJ; Granier C; Tie X; Lamarque J-F; Schultz MG; Tyndall GS; Orlando JJ; Brasseur GP. (2003). A global simulation of tropospheric ozone and related tracers: description and evaluation of MOZART, version 2. J Geophys Res, 108D24.

Horstman D; Roger LJ; Kehrl H; Hazucha M. (1986). Airway sensitivity of asthmatics to sulfur dioxide. Toxicol Ind Health, 2, 289-298.

Horstman DH; Seal E, Jr.; Folinsbee LJ; Ives P; Roger LJ. (1988). The relationship between exposure duration and sulfur dioxide-induced bronchoconstriction in asthmatic subjects. Am Ind Hyg Assoc J, 49, 38-47.

Hosseinpoor AR; Forouzanfar MH; Yunesian M; Asghari F; Naieni KH; Farhood D. (2005). Air pollution and hospitalization due to angina pectoris in Tehran, Iran: a time-series study. Environ Res, 99, 126-131.

Houssaini ASS; Messaouri H; Nasri I; Roth MP; Nejjar C; Benchekroun MN. (2007). Air pollution as a determinant of asthma among schoolchildren in Mohammedia, Morocco. Int J Environ Health Res, 17, 243-257.

Huebert BJ; Zhuang L; Howell S; Noone K; Noone B. (1996). Sulfate, nitrate, methanesulfonate, chloride, ammonium, and sodium measurements from ship, island, and aircraft during the Atlantic Stratocumulus Transition Experiment/Marine Aerosol Gas Exchange. J Geophys Res, 101, 4413-4423.

Huey LG; Tanner DJ; Slusher DL; Dibb JE; Arimoto R; Chen G; Davis D; Buhr MP; Nowak JB; Mauldin RL; Eisele FL; Kosciuch E. (2004). CIMS measurements of $HNO_3$ and $SO_2$ at the South Pole during ISCAT 2000. Atmos Environ, 38, 5411-5421.

Huntzicker JJ; Hoffman RS; Ling C-S. (1978). Continuous measurement and speciation of sulfur-containing aerosols by flame photometry. Atmos Environ, 12, 83-88.

Hwang BF; Lee YL; Lin YC; Jaakkola JJ; Guo YL. (2005). Traffic related air pollution as a determinant of asthma among Taiwanese school children. Thorax, 60, 467-473.

Hwang JS; Chan CC. (2002). Effects of air pollution on daily clinic visits for lower respiratory tract illness. Am J Epidemiol, 155, 1-10.

IARC. (1989). Diesel and gasoline engine exhausts and some nitroarenes. In IARC monographs on the evaluation of carcinogenic risks to humans, v46. Lyon, France: International Agency for Research on Cancer. World Health Organization.

IARC. (2006). Report of the advisory group to review the amended preamble to the IARC monographs. In: IARC monographs on the evaluation of carcinogenic risks to humans. Available: http://monographs.iarc.fr/ENG/Preamble/CurrentPreamble.pdf (21 February, 2008).Lyon, France: International Agency for Research on Cancer; World Health Organization.

Ibald-Mulli A; Stieber J; Wichmann HE; Koenig W; Peters A. (2001). Effects of air pollution on blood pressure: a population-based approach. Am J Public Health, 91, 571-577.

ICF Consulting. (2005). Decision points for configuring APEX for air toxics exposure assessment. Research Triangle Park, NC: ICF Consulting, prepared for Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency.

Ilabaca M; Olaeta I; Campos E; Villaire J; Tellez-Rojo MM; Romieu I. (1999). Association between levels of fine particulate and emergency visits for pneumonia and other respiratory illnesses among children in Santiago, Chile. J Air Waste Manag Assoc, 49, 154-163.

Imai M; Yoshida K; Kitabatake M. (1986). Mortality from asthma and chronic bronchitis associated with changes in sulfur oxides air pollution. Arch Environ Occup Health, 41, 29-35.

IOM (2008). Improving the Presumptive Disability Decision-Making Process for Veterans. Samet James M; Bodurow CC (Eds.), Washington, DC; Committee on Evaluation of the Presumptive Disability Decision-Making Process for Veterans; Board on Military and Veterans Health; Institute of Medicine of the National Academies. http://books.nap.edu/catalog.php?record_id=11908

IPCS. (2004). IPCS risk assessment terminology. Part 2: IPCS glossary of key exposure assessment terminology. IPCS Harmonization Project document #1 Geneva, Switzerland: International Programme on Chemical Safety (IPCS); World Health Organization (WHO). Available: http://www.who.int/ipcs/methods/harmonization/areas/ipcsterminologyparts1and2.pdf [19 April, 2007].

Ito K. (2003). Associations of particulate matter components with daily mortality and morbidity in Detroit, Michigan. In: Revised analyses of time-series studies of air pollution and health. Special report. Boston, MA; Health Effects Institiute.

Ito K; Thurston GD; Silverman RA. (2007). Characterization of PM2.5, gaseous pollutants, and meteorological interactions in the context of time-series health effects models. J Expo Sci Environ Epidemiol, 17 Suppl 2, S45-60.

Ito T; Ohyama K; Kusano T; Usuda Y; Nozawa A; Hayashi H; Ohji H; Kitamura H; Kanisawa M. (1997). Pulmonary endocrine cell hyperplasia and papilloma in rats induced by intratracheal injections of extract from particulate air pollutants. Exp Toxicol Pathol, 49, 65-70.

Jacob DJ. (1999) Introduction to Atmospheric Chemistry. Princeton, NJ; Princeton University Press.

Jacobson MZ. (2002). Atmospheric pollution: history, science, and regulation. New York, NY: Cambridge University Press

Jadsri S; Singhasivanon P; Kaewkungwal J; Sithiprasasna R; Siriruttanapruk S; Konchom S. (2006). Spatio-temporal effects of estimated pollutants released from an industrial estate on the occurrence of respiratory disease in Maptaphut Municipality, Thailand. Int J Health Geogr 5, 48.

Jaffe DH; Singer ME; Rimm AA. (2003). Air pollution and emergency department visits for asthma among Ohio Medicaid recipients, 1991-1996. Environ Res, 91, 21-28.

Jakab GJ; Clarke RW; Hemenway DR; Longphre MV; Kleeberger SR; Frank R. (1996). Inhalation of acid coated carbon black particles impairs alveolar macrophage phagocytosis. Toxicol Lett, 88, 243-248.

Jaklevic JM; Loo BW; Fujita TY. (1981). Automatic particulate sulfur measurements with a dichotomous sampler and on-line x-ray fluorescence analysis. Environ Sci Tech, 15, 687-690.

Jalaludin B; Morgan G; Lincoln D; Sheppeard V; Simpson R; Corbett S. (2006). Associations between ambient air pollution and daily emergency department attendances for cardiovascular disease in the elderly (65+ years), Sydney, Australia. J Expo Sci Environ Epidemiol, 16, 225-237.

Jedrychowski W. (1999). Ambient air pollution and respiratory health in the east Baltic region. Scand J Work Environ Health, 25 Suppl 3, 5-16.

Jenkin ME; Saunders SM; Wagner V; Pilling MJ. (2003).Protocol for the development of the Master Chemical Mechanism, MCM v3 (Part B): tropospheric degradation of aromatic volatile organic compounds. Atmos Chem Phys 3, 181-193.

Jerrett M; Burnett RT; Goldberg MS; Sears M; Krewski D; Catalan R; Kanaroglou P; Giovis C; Finkelstein N. (2003a). Spatial analysis for environmental health research: concepts, methods, and examples. (Special issue on Health and air quality: interpreting science for decision makers.). J Toxicol Environ Health A, 66, 1783-1810.

Jerrett M; Burnett RT; Willis A; Krewski D; Goldberg MS; DeLuca P; Finkelstein N. (2003b). Spatial analysis of the air pollution-mortality relationship in the context of ecologic confounders. (Special issue on Health and air quality: interpreting science for decision makers.). J Toxicol Environ Health A, 66: 1735-1777.

Jerrett M; Burnett RT; Brook J; Kanaroglou P; Giovis C; Finkelstein N; Hutchison B. (2004). Do socioeconomic characteristics modify the short term association between air pollution and mortality? Evidence from a zonal time series in Hamilton, Canada. J Epidemiol Community Health, 58, 31-40.

Jerrett M; Finkelstein M. (2005). Geographies of risk in studies linking chronic air pollution exposure to health outcomes. J Toxicol Environ Health A, 68, 1207-1242.

Jet Propulsion Laboratory. (2003). Chemical kinetics and photochemical data for use in atmospheric studies. Jet Propulsion Laboratory (JPL) publication no. 02-25. Pasadena, CA; California Institute of Technology; Jet Propulsion Laboratory. Available: http://jpldataeval.jpl.nasa.gov/pdf/JPL_02-25_1_intro_rev0.pdf (18 December, 2003).

Jimenez JL; Jayne JT; Shi Q; Kolb CE; Worsnop DR; Yourshaw I; Seinfeld JH; Flagan RC; Zhang X; Smith KA; Morris JW; Davidovits P. (2003a). Ambient aerosol sampling using the Aerodyne Aerosol Mass Spectrometer. J Geophys Res 108, 8425, doi:10.1029/2001JD001213, 2003

Jimenez P; Baldasano JM; Dabdub D. (2003b). Comparison of photochemical mechanisms for air quality modeling. Atmos Environ, 37, 4179-4194.

Johnson CW; Williams WC; Copeland CB; DeVito MJ; Smialowicz RJ. (2000). Sensitivity of the SRBC PFC assay versus ELISA for detection of immunosuppression by TCDD and TCDD-like congeners. Toxicology, 156, 1-11.

Johnson T. (2001). A guide to selected algorithms, distributions, and databases used in exposure models developed by the Office of Air Quality Planning and Standards (DRAFT). Report # CERM report TR01. Chapel Hill, NC and Piscataway, NJ TRJ Environmental, Inc & Environmental and Occupational Health Sciences Institute for OAQPS; Office of Research and Development; U.S. Environmental Protection Agency

Johnson T. (2002). A guide to selected algorithms, distributions, and databases used in exposure models developed by the Office of Air Quality Planning and Standards [revised draft]. Research Triangle Park; TRJ Environmental, Inc & Environmental and Occupational Health Sciences Institute for OAQPS; Office of Research and Development; U.S. Environmental Protection Agency. http://www.epa.gov/ttn/fera/data/human/report052202.pdf

Jorres R; Magnussen H. (1990). Airways response of asthmatics after a 30 min exposure, at resting ventilation, to 0.25 ppm NO2 or 0.5 ppm $SO_2$. Eur Respir J, 3, 132-137.

Junge CE; Chagnon CW; Manson JE. (1961). Stratospheric aerosols. Journal of Meteorol, 18, 81-108.

Just J; Segala C; Sahraoui F; Priol G; Grimfeld A; Neukirch F. (2002). Short-term health effects of particulate and photochemical air pollution in asthmatic children. Eur Respir J, 20, 899-906.

Kasibhatla P; Chameides WL. (2000). Seasonal modeling of regional ozone pollution in the eastern United States. Geophys Res Lett, 27, 1415-1418.

Kasper-Giebl A; Krenn S; Puxbaum H. (1999). Laboratory and field measurements of a badge type passive sampler for the determination of ambient sulfur dioxide concentrations. Anal Bioanal Chem, 363, 73-76.

Katsouyanni K; Touloumi G; Spix C; Schwartz J; Balducci F; Medina S; Rossi G; Wojtyniak B; Sunyer J; Bacharova L; Schouten JP; Pönka A; Anderson HR. (1997). Short term effects of ambient sulphur dioxide and particulate matter on mortality in 12 European cities: results from time series data from the APHEA project. Br Med J, 314, 1658-1663.

Kauffmann F. (2004). Post-genome respiratory epidemiology: a multidisciplinary challenge. Eur Respir J, 24, 471-480.

Keatinge WR; Donaldson GC. (2006). Heat acclimatization and sunshine cause false indications of mortality due to ozone. Environ Res, 100, 387-393.

Keck L; Wittmaack K. (2005). Effect of filter type and temperature on volatilisation losses from ammonium salts in aerosol matter. Atmos Environ, 39, 4093-4100.

Keck L; Wittmaack K. (2006). Simplified approach to measuring semivolatile inorganic particulate matter using a denuded cellulose filter without backup filters. Atmos Environ, 40, 7106-7114.

Keene WC; Jacob DJ; Fan S-M. (1996). Reactive chlorine: a potential sink for dimethylsulfide and hydrocarbons in the marine boundary layer. Atmos Environ, 306, i-iii.

Keene WC; Sander R; Pszenny AAP; Vogt R; Crutzen PJ; Galloway JN. (1998). Aerosol pH in the marine boundary layer: a review and model evaluation. J Aerosol Sci, 29, 339-356.

Keene WC; Pszenny AAP; Maben JR; Sander R. (2002). Variation of marine aerosol acidity with particle size. Geophys Res Lett, 297.

Keene WC; Pszenny AAP; Maben JR; Stevenson E; Wall A. (2004). Closure evaluation of size-resolved aerosol pH in the New England coastal atmosphere during summer. J Geophys Res, 109D23307.

Kehrl HR; Roger LJ; Hazucha MJ; Horstman DH. (1987). Differing response of asthmatics to sulfur dioxide exposure with continuous and intermittent exercise. Am Rev Respir Dis, 135, 350-355.

Keles N; Ilicali C; Deger K. (1999). The effects of different levels of air pollution on atopy and symptoms of allergic rhinitis. Am J Rhinol, 13, 185-190.

Kelly FJ; Mudway IS. (2003). Protein oxidation at the air-lung interface. Amino Acids, 25, 375-396.

Kelsall JE; Samet JM; Zeger SL; Xu J. (1997). Air pollution and mortality in Philadelphia, 1974-1988. Am J Epidemiol, 146, 750-762.

Kesten S; Szalai J; Dzyngel B. (1995). Air quality and the frequency of emergency room visits for asthma. Ann Allergy Asthma Immunol, 74, 269-273.

Khoury MJ; Davis R; Gwinn M; Lindegren ML; Yoon P. (2005) Do we need genomic research for the prevention of common diseases with environmental causes?.Am J Epidemiol 161(9):799-805

Kilic D. (2003). The effects of ageing and sulfur dioxide inhalation exposure on visual-evoked potentials, antioxidant enzyme systems, and lipid-peroxidation levels of the brain and eye. Neurotoxicol Teratol, 25, 587-598.

Kimbell JS; Miller FJ. (1999). Regional respiratory-tract absorption of inhaled reactive gases: a modeling approach. In: (Gardner DE; Crapo JD; McClellan RO, eds.) Toxicology of the Lung 3rd edition. New York, NY; Taylor and Francis. pp 557-597.

Kindzierski WB; Sembaluk S. (2001). Indoor outdoor relationship of $SO_2$ concentrations in a rural and an urban community of Alberta. Canadian Journal of Civil Engineering, 28, 163-169.

Kindzierski WB; Ranganathan HKS. (2006). Indoor and outdoor $SO_2$ in a community near oil sand extraction and production facilities in northern Alberta. Journal of Environmental Engineering and Science, 5, S121-S129.

Kinney PL; Ozkaynak H. (1991). Associations of daily mortality and air pollution in Los Angeles County. Environ Res, 54, 99-120.

Kirkpatrick MB; Sheppard D; Nadel JA; Boushey HA. (1982). Effect of the oronasal breathing route on sulfur dioxide-induced bronchoconstriction in exercising asthmatic subjects. Am Rev Respir Dis, 125, 627-631.

Kitabatake M; Yoshida K; Kasama K; Murase S; Yuan PF; Manjurul H; Yamauchi T. (1992). Procedure for evaluating changes in respiratory symptoms of experimentally asthma-induced guinea pigs by a personal computer. J Toxicol Environ Health, 37, 265-275.

Kitabatake M; Yamamoto H; Yuan PF; Manjurul H; Murase S; Yamauchi T. (1995). Effects of exposure to NO2 or $SO_2$ on bronchopulmonary reaction induced by Candida albicans in guinea pigs. J Toxicol Environ Health, 45, 75-82.

Kittelson DB; McKenzie R; Vermeersch M; Dorman F; Pui D; Linne M; Liu B; Whitby K. (1978). Total sulfur aerosol concentration with an electrostatically pulsed flame photometric detector system. Atmos Environ 12, 105-111.

Klein RG; Janowsky I; Schmezer P; Hermann R; Spiegelhalder B; Zeller WJ; Pool BL. (1989). Effect of long-term inhalation of N-nitroso-dimethylamine (NDMA) and $SO_2$/NOx in rats. Exp Pathol, 37, 273-280.

Klemm RJ; Mason RM, Jr. (2000). Aerosol Research and Inhalation Epidemiological Study (ARIES): air quality and daily mortality statistical modeling--interim results. J Air Waste Manag Assoc, 50, 1433-1439.

Klemm RJ; Mason RM, Jr.; Heilig CM; Neas LM; Dockery DW. (2000). Is daily mortality associated specifically with fine particles? Data reconstruction and replication of analyses. J Air Waste Manag Assoc, 50, 1215-1222.

Klemm RJ; Lipfert FW; Wyzga RE; Gust C. (2004). Daily mortality and air pollution in Atlanta: two years of data from ARIES. Inhal Toxicol, 16 Suppl 1, 131-141.

Klepeis NE; Nelson WC; Ott WR; Robinson JP; Tsang AM; Switzer P; Behar JV; Hern SC; Engelmann WH. (2001). The National Human Activity Pattern Survey (NHAPS): a resource for assessing exposure to environmental pollutants. J Expo Anal Environ Epidemiol, 11, 231-252.

Knorst MM; Kienast K; Riechelmann H; Muller-Quernheim J; Ferlinz R. (1994). Effect of sulfur dioxide on mucociliary activity and ciliary beat frequency in guinea pig trachea. Int Arch Occup Environ Health, 65, 325-328.

Ko FW; Tam W; Wong TW; Chan DP; Tung AH; Lai CK; Hui DS. (2007a). Temporal relationship between air pollutants and hospital admissions for chronic obstructive pulmonary disease in Hong Kong. Thorax, 62, 780-785.

Ko FW; Tam W; Wong TW; Lai CK; Wong GW; Leung TF; Ng SS; Hui DS. (2007b). Effects of air pollution on asthma hospitalization rates in different age groups in Hong Kong. Clin Exp Allergy, 37, 1312-1319.

Koenig JQ; Pierson WE; Horike M; Frank R. (1981). Effects of $SO_2$ plus NaCl aerosol combined with moderate exercise on pulmonary function in asthmatic adolescents. Environ Res, 25, 340-348.

Koenig JQ; Pierson WE; Horike M; Frank R. (1983). A comparison of the pulmonary effects of 0.5 ppm versus 1.0 ppm sulfur dioxide plus sodium chloride droplets in asthmatic adolescents. J Toxicol Environ Health, 11, 129-139.

Koenig JQ; Marshall SG; Horike M; Shapiro GG; Furukawa CT; Bierman CW; Pierson WE. (1987). The effects of albuterol on sulfur dioxide-induced bronchoconstriction in allergic adolescents. J Allergy Clin Immunol, 79, 54-58.

Koenig JQ; Marshall SG; van Belle G; McManus MS; Bierman CW; Shapiro GG; Furukawa CT; Pierson WE. (1988). Therapeutic range cromolyn dose-response inhibition and complete obliteration of $SO_2$-induced bronchoconstriction in atopic adolescents. J Allergy Clin Immunol, 81, 897-901.

Koenig JQ; Covert DS; Hanley QS; van Belle G; Pierson WE. (1990). Prior exposure to ozone potentiates subsequent response to sulfur dioxide in adolescent asthmatic subjects. Am Rev Respir Dis, 141, 377-380.

Koenig JQ; Dumler K; Rebolledo V; Williams PV; Pierson WE. (1992). Theophylline mitigates the bronchoconstrictor effects of sulfur dioxide in subjects with asthma. J Allergy Clin Immunol, 89, 789-794.

Kohlhammer Y; Rzehak P; Behr J; Wichmann HE; Heinrich J. (2007). High prevalence of pneumonia in children of a smelter town. Int J Occup Environ Health 13, 167-174

Koken PJ; Piver WT; Ye F; Elixhauser A; Olsen LM; Portier CJ. (2003). Temperature, air pollution, and hospitalization for cardiovascular diseases among elderly people in Denver. Environ Health Perspect, 111, 1312-1317.

Koksal N; Yildirim Z; Gokirmak M; Hasanoglu HC; Mehmet N; Avci H. (2003). The role of nitric oxide and cytokines in asthma-like syndrome induced by sulfur dioxide exposure in agricultural environment. Clinica Chimica Acta, 336, 115-122.

Kopp MV; Bohnet W; Frischer T; Ulmer C; Studnicka M; Ihorst G; Gardner C; Forster J; Urbanek R; Kuehr J. (2000). Effects of ambient ozone on lung function in children over a two-summer period. Eur Respir J, 16, 893-900.

Korhonen P; Kulmala M; Laaksonen A; Viisanen Y; McGraw R; Seinfeld JH. (1999). Ternary nucleation of H2SO4, NH3, and H2O in the atmosphere. J Geophys Res, 104, 26,349-326,353.

Kotesovec F; Skorkovsky J; Brynda J; Peters A; Heinrich J. (2000). Diurnal mortality and air pollution in the North Bohemia. Cas Lek Cesk, 139: 6, 166-173.

Koutrakis P; Wolfson JM; Slater JL; Brauer M; Spengler JD; Stevens RK; Stone CL. (1988a). Evaluation of an annular denuder/filter pack system to collect acidic aerosols and gases. Environ Sci Technol 22, 1463-1468.

Koutrakis P; Wolfson JM; Spengler JD. (1988b). An improved method for measuring aerosol strong acidity: results from a nine-month study in St. Louis, Missouri and Kingston, Tennessee. Atmos Environ, 22, 157-162.

Koutrakis P; Suh HH; Sarnat JA; Brown KW; Coull BA; Schwartz J. (2005). Characterization of particulate and gas exposures of sensitive populations living in Baltimore and Boston. Research Report no. 131. Boston, MA; Health Effects Institute.

Kramer U; Behrendt H; Dolgner R; Ranft U; Ring J; Willer H; Schlipkoter HW. (1999). Airway diseases and allergies in East and West German children during the first 5 years after reunification: time trends and the impact of sulphur dioxide and total suspended particles. Int J Epidemiol, 28, 865-873.

Krewski D; Burnett RT; Goldberg MS; Hoover K; Siemiatycki J; Jerrett M; Abrahamowicz M; White WH. (2000). Reanalysis of the Harvard Six Cities study and the American Cancer Society study of particulate air pollution and mortality: A special report of the Institute's Particle Epidemiology Reanalysis Project. Cambridge, MA; Health Effects Institute. http://pubs.healtheffects.org/view.php?id=6

Krewski D; Burnett RT; Goldberg MS; Hoover BK; Siemiatycki J; Jerrett M; Abrahamowicz M; White WH. (2003). Overview of the reanalysis of the Harvard Six Cities Study and American Cancer Society Study of Particulate Air Pollution and Mortality. J Toxicol Environ Health A, 66, 1507-1551.

Kucukatay V; Agar A; Yargicoglu P; Gumuslu S; Aktekin B. (2003). Changes in somatosensory evoked potentials, lipid peroxidation, and antioxidant enzymes in experimental diabetes: effect of sulfur dioxide. Arch Environ Health, 58, 14-22.

Kulle TJ; Sauder LR; Shanty F; Kerr HD; Farrell BP; Miller WR; Milman JH. (1984). Sulfur dioxide and ammonium sulfate effects on pulmonary function and bronchial reactivity in human subjects. Am Ind Hyg Assoc J, 45, 156-161.

Kulmala M; Pirjola L; Makela JM. (2000). Stable sulphate clusters as a source of new atmospheric particles. Nature, 404, 66-69.

Kumar N; Russell AG. (1996). Development of a computationally efficient, reactive subgrid-scale plume model and the impact in the northeastern United States using increasing levels of chemical detail. J Geophys Res, 101, 16,737-16,744.

Kunzli N. (2005). Unifying susceptibility, exposure, and time: discussion of unifying analytic approaches and future directions. J Toxicol Environ Health A, 68, 1263-1271.

Kwon HJ; Cho SH; Nyberg F; Pershagen G. (2001). Effects of ambient air pollution on daily mortality in a cohort of patients with congestive heart failure. Epidemiology, 12, 413-419.

Lagorio S; Forastiere F; Pistelli R; Iavarone I; Michelozzi P; Fano V; Marconi A; Ziemacki G; Ostro BD. (2006). Air pollution and lung function among susceptible adult subjects: a panel study. Environ Health, 5, 11.

Lam HF; Peisch R; Amdur MO. (1982). Changes in lung volumes and diffusing capacity in guinea pigs exposed to a combination of sulfur dioxide and submicron zinc oxide mixed in a humidified furnace. Toxicol Appl Pharmacol, 66, 427-433.

Lam LT. (2007). The association between climatic factors and childhood illnesses presented to hospital emergency among young children. Int J Environ Health Res, 17, 1-8.

Langley-Evans S. (2007). Letter to Annette Iannucci on sulfur oxides concentrations. Loughborough, United Kingdom: University of Nottingham; January 30, 2007.

Langley-Evans SC; Phillips GJ; Jackson AA. (1996). Sulphur dioxide: a potent glutathione depleting agent. Comp Biochem Physiol C Pharmacol Toxicol Endocrinol, 114, 89-98.

Langley-Evans SC; Phillips GJ; Jackson AA. (1997). Fetal exposure to low protein maternal diet alters the susceptibility of young adult rats to sulfur dioxide-induced lung injury. J Nutr, 127, 202-209.

Langstaff JE. (2007). Analysis of uncertainty in ozone population exposure modeling [technical memorandum]. Research Triangle Park, NC; Office of Air Quality Planning and Standards; U.S. Environmental Protection Agency.

Lawther PJ. (1955). Effect of inhalation of sulphur dioxide on respiration and pulse-rate in normal subjects. Lancet, 269, 745-748.

Lawther PJ; Waller RE; Henderson M. (1970). Air pollution and exacerbations of bronchitis. Thorax, 25, 525-539.

Lawther PJ; Macfarlane AJ; Waller RE; Brooks AG. (1975). Pulmonary function and sulphur dioxide, some preliminary findings. Environ Res, 10, 355-367.

Lazarus SC; Wong HH; Watts MJ; Boushey HA; Lavins BJ; Minkwitz MC. (1997). The leukotriene receptor antagonist zafirlukast inhibits sulfur dioxide-induced bronchoconstriction in patients with asthma. Am J Respir Crit Care Med, 156, 1725-1730.

Le Tertre A; Quenel P; Eilstein D; Medina S; Prouvost H; Pascal L; Boumghar A; Saviuc P; Zeghnoun A; Filleul L; Declercq C; Cassadou S; Le Goaster C. (2002). Short-term effects of air pollution on mortality in nine French cities: a quantitative summary. Arch Environ Health, 57, 311-319.

Lee BE; Ha EH; Park HS; Kim YJ; Hong YC; Kim H; Lee JT. (2003a). Exposure to air pollution during different gestational phases contributes to risks of low birth weight. Hum Reprod, 18, 638-643.

Lee IM; Ho CK; Tsai SS; Chiu HF; Yang CY. (2007). Air pollution and hospital admissions for congestive heart failure in a tropical city: Kaohsiung, Taiwan. Inhal Toxicol, 19, 899-904.

Lee JT; Shin D; Chung Y. (1999a). Air pollution and daily mortality in Seoul and Ulsan, Korea. Environ Health Perspect, 107, 149-154.

Lee J; Schwartz J. (1999b). Reanalysis of the effects of air pollution on daily mortality in Seoul, Korea: a case-crossover design. Environ Health Perspect, 107, 633-636.

Lee JT; Kim H; Hong YC; Kwon HJ; Schwartz J; Christiani DC. (2000). Air pollution and daily mortality in seven major cities of Korea, 1991-1997. Environ Res, 84, 247-254.

Lee JT; Kim H; Song H; Hong YC; Cho YS; Shin SY; Hyun YJ; Kim YS. (2002). Air pollution and asthma among children in Seoul, Korea. Epidemiology, 13, 481-484.

Lee JT; Kim H; Cho YS; Hong YC; Ha EH; Park H. (2003b). Air pollution and hospital admissions for ischemic heart diseases among individuals 64+ years of age residing in Seoul, Korea. Arch Environ Health, 58, 617-623.

Lee JT; Son JY; Kim H; Kim SY. (2006a). Effect of air pollution on asthma-related hospital admissions for children by socioeconomic status associated with area of residence. Arch Environ Occup Health, 61, 123-130.

Lee LY; Widdicombe JG. (2001). Modulation of airway sensitivity to inhaled irritants: role of inflammatory mediators. Environ Health Perspect, 109, 585-589.

Lee SC; Chan LY; Chiu MY. (1999c). Indoor and outdoor air quality investigation at 14 public places in Hong Kong. Environ Int, 25, 443-450.

Lee SL; Wong WH; Lau YL. (2006b). Association between air pollution and asthma admission among children in Hong Kong. Clin Exp Allergy, 36, 1138-1146.

Lee YL; Lin YC; Lee YC; Wang JY; Hsiue TR; Guo YL. (2004). Glutathione S-transferase P1 gene polymorphism and air pollution as interactive risk factors for childhood asthma. Clin Exp Allergy, 34, 1707-1713.

Leem JH; Kaplan BM; Shim YK; Pohl HR; Gotway CA; Bullard SM; Rogers JF; Smith MM; Tylenda CA. (2006). Exposures to air pollutants during pregnancy and preterm delivery. Environ Health Perspect, 114, 905-910.

Lemos M; Lichtenfels AJFC; Amaro E, Jr.; Macchione M; Martins MA; King M; Bohm GM; Saldiva PHN. (1994). Quantitative pathology of nasal passages in rats exposed to urban levels of air pollution. Environ Res, 66, 87-95.

Lepeule J; Rondeau V; Filleul L; Dartigues JF. (2006). Survival analysis to estimate association between short-term mortality and air pollution. Environ Health Perspect, 114, 242-247.

Leung FT, A. J. Colussi, M. R. Hoffmann, and G. C. Toon. (2002). Isotopic fractionation of carbonyl sulfide in the atmosphere: implications for the source of background stratospheric sulfate aerosol. Geophys Res Lett, 29, 1474, doi:10.1029/2001GL013955.

Levine JS; Pinto JP. (1998). The production of CO by biomass burning. In: (Khalil MAK; Pinto JP; Shearer MJ; eds.) Atmospheric carbon monoxide and its environmental effects: Proceedings of the international conference; December 1997; Portland, Oregon. Report #EPA/600/R-98/047 Research Triangle Park, NC; Office of Research and Development; U.S. Environmental Protection Agency; pp. 251-256.

Lewis AJ; Kirchner T. (1984). Modulation of sulfur dioxide-induced airways hyperresponsiveness in the conscious dog. Int Arch Allergy Appl Immunol, 75, 188-190.

Li R; Meng Z. (2007). Effects of $SO_2$ derivatives on expressions of MUC5AC and IL-13 in human bronchial epithelial cells. Archives of Toxicology 81, 867-874.

Li R; Meng Z; Xie J. (2007). Effects of sulfur dioxide on the expressions of MUC5AC and ICAM-1 in airway of asthmatic rats. Regulatory Toxicology and Pharmacology, 48, 284-291.

Li YQ; Harrison RM. (1990). Comparison of indoor and outdoor concentrations of acid gases, ammonia and their associated salts. Environ. Technol. 11: 315-326.

Liao D; Duan Y; Whitsel EA; Zheng ZJ; Heiss G; Chinchilli VM; Lin HM. (2004). Association of higher levels of ambient criteria pollutants with impaired cardiac autonomic control: a population-based study. Am J Epidemiol, 159, 768-777.

Liao D; Heiss G; Chinchilli VM; Duan Y; Folsom AR; Lin HM; Salomaa V. (2005). Association of criteria pollutants with plasma hemostatic/inflammatory markers: a population-based study. J Expo Anal Environ Epidemiol, 15, 319-328.

Liebhart J; Malolepszy J; Wojtyniak B; Pisiewicz K; Plusa T; Gladysz U; Chyrek-Borowska S; Siergiejko Z; Rogalewska A; Szymanski W; Dziedziczko A; Banach-Wawrzynczak E; Tlappa J; Kurek M; Malaczynska T; Grubska-Suchanska E; Lademan A; Szczeklik A; Sladek K; Bochenek G; Duplaga M; Milanowski J; Trebas-Pietras E; Kuna P; Elgalal A; Kuprys I; Alkiewicz J; Breborowicz A; Mlynarczyk W; Silny W; Kurzawa R; Sak I; Kruszewski J; Chmielewska D; Droszcz W; Zaras E; Boznanski A; Jankowska R; Nittner-Marszalska M; Machaj G; Wrzyszcz M; Balinska W; Rogala E; Rogala B; Gawlik R; Dobek R; Obojski A. (2007). Prevalence and risk factors for asthma in Poland: Results from the PMSEAD study. Journal of Investigational Allergology and Clinical Immunology, 17, 367-374.

Lin CA; Martins MA; Farhat SC; Pope CA, 3rd; Conceicao GM; Anastacio VM; Hatanaka M; Andrade WC; Hamaue WR; Bohm GM; Saldiva PH. (1999). Air pollution and respiratory illness of children in Sao Paulo, Brazil. Paediatr Perinat Epidemiol, 13, 475-488.

Lin CA; Amador Pereira LA; de Souza Conceicao GM; Kishi HS; Milani R, Jr.; Ferreira Braga AL; Nascimento Saldiva PH. (2003a). Association between air pollution and ischemic cardiovascular emergency room visits. Environ Res, 92, 57-63.

Lin CM; Li CY; Mao IF. (2004a). Increased risks of term low-birth-weight infants in a petrochemical industrial city with high air pollution levels. Arch Environ Health, 59, 663-668.

Lin CM; Li CY; Yang GY; Mao IF. (2004b). Association between maternal exposure to elevated ambient sulfur dioxide during pregnancy and term low birth weight. Environ Res, 96, 41-50.

Lin M; Chen Y; Burnett RT; Villeneuve PJ; Krewski D. (2003b). Effect of short-term exposure to gaseous pollution on asthma hospitalisation in children: a bi-directional case-crossover analysis. J Epidemiol Community Health, 57, 50-55.

Lin M; Chen Y; Villeneuve PJ; Burnett RT; Lemyre L; Hertzman C; McGrail KM; Krewski D. (2004c). Gaseous air pollutants and asthma hospitalization of children with low household income in Vancouver, British Columbia, Canada. Am J Epidemiol, 159, 294-303.

Lin M; Stieb DM; Chen Y. (2005). Coarse particulate matter and hospitalization for respiratory infections in children younger than 15 years in Toronto: A case-crossover analysis. Pediatrics, 116, e235-240.

Lin S; Hwang SA; Pantea C; Kielb C; Fitzgerald E. (2004d). Childhood asthma hospitalizations and ambient air sulfur dioxide concentrations in Bronx County, New York. Arch Environ Health, 59, 266-275.

Linn WS; Jones MP; Bailey RM; Kleinman MT; Spier CE; Fischer DA; Hackney JD. (1980). Respiratory effects of mixed nitrogen dioxide and sulfur dioxide in human volunteers under simulated ambient exposure conditions. Environ Res, 22, 431-438.

Linn WS; Shamoo DA; Spier CE; Valencia LM; Anzar UT; Venet TG; Hackney JD. (1983a). Respiratory effects of 0. 75 ppm sulfur dioxide in exercising asthmatics: Influence of upper-respiratory defenses. Environ Res, 30, 340-348.

Linn WS; Venet TG; Shamoo DA; Valencia LM; Anzar UT; Spier CE; Hackney JD. (1983b). Respiratory effects of sulfur dioxide in heavily exercising asthmatics. A dose-response study. Am Rev Respir Dis, 127, 278-283.

Linn WS; Avol EL; Shamoo DA; Venet TG; Anderson KR; Whynot JD; Hackney JD. (1984). Asthmatics' responses to 6-hr sulfur dioxide exposures on two successive days. Arch Environ Health, 39, 313-319.

Linn WS; Fischer DA; Shamoo DA; Spier CE; Valencia LM; Anzar UT; Hackney JD. (1985a). Controlled exposures of volunteers with chronic obstructive pulmonary disease to sulfur dioxide. Environ Res, 37, 445-451.

Linn WS; Shamoo DA; Anderson KR; Whynot JD; Avol EL; Hackney JD. (1985b). Effects of heat and humidity on the responses of exercising asthmatics to sulfur dioxide exposure. Am Rev Respir Dis, 131, 221-225.

Linn WS; Avol EL; Peng RC; Shamoo DA; Hackney JD. (1987). Replicated dose-response study of sulfur dioxide effects in normal, atopic, and asthmatic volunteers. Am Rev Respir Dis, 136, 1127-1134.

Linn WS; Avol EL; Shamoo DA; Peng RC; Spier CE; Smith MN; Hackney JD. (1988). Effect of metaproterenol sulfate on mild asthmatics' response to sulfur dioxide exposure and exercise. Arch Environ Health, 43, 399-406.

Linn WS; Shamoo DA; Peng RC; Clark KW; Avol EL; Hackney JD. (1990). Responses to sulfur dioxide and exercise by medication-dependent asthmatics: effect of varying medication levels. Arch Environ Health, 45, 24-30.

Linn WS; Gong H, Jr.; Shamoo DA; Anderson KR; Avol EL. (1997). Chamber exposures of children to mixed ozone, sulfur dioxide, and sulfuric acid. Arch Environ Health, 52, 179-187.

Lipfert FW; Baty J; Miller J; Wyzga R. (2006a). $PM_{2.5}$ constituents and related air quality variables as predictors of survival in a cohort of U.S. military veterans. Inhal Toxicol 18, 645-657.

Lipfert FW; Morris SC; Wyzga RE. (2000a). Daily mortality in the Philadelphia metropolitan area and size-classified particulate matter. J Air Waste Manag Assoc, 50, 1501-1513.

Lipfert FW; Perry HM, Jr.; Miller JP; Baty JD; Wyzga RE; Carmody SE. (2000b). The Washington University-EPRI Veterans' Cohort Mortality Study: preliminary results. Inhal Toxicol, 12, 41-73.

Lipfert FW; Zhang J; Wyzga RE. (2000c). Infant mortality and air pollution: a comprehensive analysis of U.S. data for 1990. J Air Waste Manag Assoc, 50, 1350-1366.

Lipfert FW; Perry HM, Jr.; Miller JP; Baty JD; Wyzga RE; Carmody SE. (2003). Air pollution, blood pressure, and their long-term associations with mortality. Inhal Toxicol, 15, 493-512.

Lipfert FW; Wyzga RE; Baty JD; Miller JP. (2006b). Traffic density as a surrogate measure of environmental exposures in studies of air pollution health effects: Long-term mortality in a cohort of US veterans. Atmos Environ, 40, 154-169.

Lippmann M; Ito K; Nadas A; Burnett RT. (2000). Association of particulate matter components with daily mortality and morbidity in urban populations. Res Rep Health Eff Inst, 5-72, discussion 73-82.

Liu H; Jacob DJ; Bey I; Yantosca RM. (2001a). Constraints from $^{210}$Pb and $^{7}$Be on wet deposition and transport in a global three-dimensional chemical tracer model driven by assimilated meteorological fields. J Geophys Res, 106, 12,109-12,128.

Liu S; Krewski D; Shi Y; Chen Y; Burnett RT. (2003). Association between gaseous ambient air pollutants and adverse pregnancy outcomes in Vancouver, Canada. Environ Health Perspect, 111, 1773-1778.

Liu S; Krewski D; Shi Y; Chen Y; Burnett RT. (2007). Association between maternal exposure to ambient air pollutants during pregnancy and fetal growth restriction. J Expo Sci Environ Epidemiol, 17, 426-432.

Liu X; Hegg DA; Stoelinga MT. (2001b). Numerical simulation of new particle formation the Northwest Atlantic using the M5 mesoscale model coupled with sulfur chemistry. J Geophys Res, 106, 9697-9715.

Llorca J; Salas A; Prieto-Salceda D; Chinchon-Bengoechea V; Delgado-Rodriguez M. (2005). Nitrogen dioxide increases cardiorespiratory admissions in Torrelavega (Spain). J Environ Health, 68, 30-35.

Loomis D; Castillejos M; Gold DR; McDonnell W; Borja-Aburto VH. (1999). Air pollution and infant mortality in Mexico City. Epidemiology, 10, 118-123.

Lovati MR; Manzoni C; Daldossi M; Spolti S; Sirtori CR. (1996). Effects of sub-chronic exposure to $SO_2$ on lipid and carbohydrate metabolism in rats. Arch Toxicol, 70, 164-173.

Low RB; Bielory L; Qureshi AI; Dunn V; Stuhlmiller DF; Dickey DA. (2006). The relation of stroke admissions to recent weather, airborne allergens, air pollution, seasons, upper respiratory infections, and asthma incidence, September 11, 2001, and day of the week. Stroke, 37, 951-957.

Lu R; Turco RP; Jacobson MZ. (1997). An integrated air pollution modeling system for urban and regional scales: 1. Structure and performance. J Geophys Res, 102, 6063-6079.

Luginaah IN; Fung KY; Gorey KM; Webster G; Wills C. (2005). Association of ambient air pollution with respiratory hospitalization in a government-designated "area of concern": the case of Windsor, Ontario. Environ Health Perspect, 113, 290-296.

Luke WT. (1997). Evaluation of a commercial pulsed fluorescence detector for the measurement of low-level $SO_2$ concentrations during the Gas-Phase Sulfur Intercomparison Experiment. J Geophys Res, 102, 16,255-16,265.

Lunn DJ; Thomas A; Best N; Spiegelhalter D. (2000). WinBUGS - A Bayesian modelling framework: Concepts, structure, and extensibility. Stat Comput, 10, 325-337.

Lunn JE; Knowelden J; Roe JW. (1967). Patterns of respiratory illness in Sheffield infant schoolchildren.. Br J Prev Soc Med, 21, 7-16

Lunn JE; Knowelden J; Roe JW. (1970). Patterns of respiratory illness in Sheffield junior schoolchildren. A follow-up study. Br J Prev Soc Med, 24, 223-228.

Luttmann-Gibson H; Suh HH; Coull BA; Dockery DW; Sarnat SE; Schwartz J; Stone PH; Gold DR. (2006). Short-term effects of air pollution on heart rate variability in senior adults in Steubenville, Ohio. J Occup Environ Med, 48, 780-788.

Mage D; Wilson W; Hasselblad V; Grant L. (1999). Assessment of human exposure to ambient particulate matter. J Air Waste Manag Assoc, 49, 1280-1291.

Magnussen H; Jorres R; Wagner HM; von Nieding G. (1990). Relationship between the airway response to inhaled sulfur dioxide, isocapnic hyperventilation, and histamine in asthmatic subjects. Int Arch Occup Environ Health, 62, 485-491.

Mahrt L. (1998). Stratified atmospheric boundary layers and breakdown of models. Theor Comput Fluid Dyn, 11, 263-279.

Maisonet M; Bush TJ; Correa A; Jaakkola JJ. (2001). Relation between ambient air pollution and low birth weight in the Northeastern United States. Environ Health Perspect, 109, 351-356.

Makri A; Stilianakis NI. (2008). Vulnerability to air pollution health effects. Int J Hyg Environ Health 211, 326-336. doi:10.1016/j.ijheh.2007.06.005

Mannix RC; Phalen RF; Kenoyer JL; Crocker TT. (1982). Effect of sulfur dioxide-sulfate exposure on rat respiratory tract clearance.Am Ind Hyg Assoc J, 43, 679-685.

Mar TF; Norris GA; Koenig JQ; Larson TV. (2000). Associations between air pollution and mortality in Phoenix, 1995-1997. Environ Health Perspect, 108, 347-353.

Mar TF; Norris GA; Larson TV; Wilson WE; Koenig JQ. (2003). Air pollution and cardiovascular mortality in Phoenix, 1995-1997. In: HEI Special Report. Revised analyses of time-series studies of air pollution and health. pp. 177–182. Boston, MA; Health Effects Institute.

Martins LC; Latorre Mdo R; Saldiva PH; Braga AL. (2002). Air pollution and emergency room visits due to chronic lower respiratory diseases in the elderly: an ecological time-series study in Sao Paulo, Brazil. J Occup Environ Med, 44, 622-627.

Martins MC; Fatigati FL; Vespoli TC; Martins LC; Pereira LA; Martins MA; Saldiva PH; Braga AL. (2004). Influence of socioeconomic conditions on air pollution adverse health effects in elderly people: an analysis of six regions in Sao Paulo, Brazil. J Epidemiol Community Health, 58, 41-46.

Massman WJ; Pederson J; Delany A; Grantz D; Denhartog G; Neumann HH; Oncley SP; Pearson R; Shaw RH. (1994). An evaluation of the regional acid deposition model surface module for ozone uptake at 3 sites in the San-Joaquin valley of California. J Geophys Res, 99, 8281-8294.

Matsumi Y; Shigemori H; Takahashi K. (2005). Laser-induced fluorescence instrument for measuring atmospheric SO 2. Atmos Environ, 39, 3177-3185.

Mautz WJ; Kleinman MT; Finlayson-Pitts B. (1988). Respiratory effects of acid containing multicomponent pollutant atmospheres. Irvine, CA; Air Pollution Health Effects Laboratory; Department of Community and Environmental Medicine; University of California; for California Air Resources Board

McCurdy T. (1997). Modeling the dose profile in human exposure assessments: ozone as an example. Reviews Toxicola, 1, 3-23.

McCurdy T. (2000). Conceptual basis for multi-route intake dose modeling using an energy expenditure approach. J Expo Anal Environ Epidemiol, 10, 86-97.

McCurdy T; Glen G; Smith L; Lakkadi Y. (2000). The national exposure research laboratory's consolidated human activity database. J Expo Anal Environ Epidemiol, 10, 566-578.

McDonnell WF; Abbey DE; Nishino N; Lebowitz MD. (1999). Long-term ambient ozone concentration and the incidence of asthma in nonsmoking adults: the Ahsmog study. Environ Res, 80, 110-121.

McKenna DS; Konopka P; Grooss J-U; Gunther G; Muller R; Spang R; Offermann D; Orsolini Y. (2002). A new chemical Lagrangian model of the stratosphere (CLaMS) 1. formulation of advection and mixing. J Geophys Res, 107, 107(D16): 10.1029/2000JD000114.

Mebust MR; Eder BK; Binkowski FS; Roselle SJ. (2003). Models-3 community multiscale air quality (CMAQ) model aerosol component. 2. Model evaluation. J Geophys Res, 108, D6, 10.1029/2001JD001410.

Melville GN. (1970). Changes in specific airway conductance in healthy volunteers following nasal and oral inhalation of $SO_2$. West Indian Med J, 19, 231-235.

Meng Z; Zhang B; Ruan A; Sang N; Zhang J. (2002). Micronuclei induced by sulfur dioxide inhalation in mouse bone-marrow cells in vivo. Inhal Toxicol, 14, 303-309.

Meng Z; Geng H; Bai J; Yan G. (2003a). Blood pressure of rats lowered by sulfur dioxide and its derivatives. Inhal Toxicol, 15, 951-959.

Meng Z; Qin G; Zhang B; Geng H; Bai Q; Bai W; Liu C. (2003b). Oxidative damage of sulfur dioxide inhalation on lungs and hearts of mice. Environ Res, 93, 285-292.

Meng Z; Zhang B; Bai J; Geng H; Liu C. (2003c). Oxidative damage of sulfur dioxide inhalation on stomachs and intestines of mice. Inhal Toxicol, 15, 397-410.

Meng Z; Bai W. (2004). Oxidation damage of sulfur dioxide on testicles of mice. Environ Res, 96, 298-304.

Meng Z; Liu Y; Wu D. (2005a). Effect of Sulfur Dioxide Inhalation on Cytokine Levels in Lungs and Serum of Mice. Inhal Toxicol, 17, 303-307.

Meng Z; Qin G; Zhang B. (2005b). DNA damage in mice treated with sulfur dioxide by inhalation. Environmental and molecular mutagenesis, 46, 150-155.

Menzel DB; Keller DA; Leung K-H. (1986). Covalent reactions in the toxicity of $SO_2$ and sulfite. Advances in Experimental Medicine and Biology, 197, 477-492.

Meranger JC; Brule D; Smith-Palmer T; Wentzell B; Donini JC. (1987). Indoor-outdoor levels of nitrogen and sulphur species and their relation to air flow in Antigonish, Nova Scotia. International Journal of Environmental Analytical Chemistry, 29, 61-72.

Metzger KB; Tolbert PE; Klein M; Peel JL; Flanders WD; Todd K; Mulholland JA; Ryan PB; Frumkin H. (2004). Ambient air pollution and cardiovascular emergency department visits. Epidemiology, 15, 46-56.

Metzger KB; Klein M; Flanders WD; Peel JL; Mulholland JA; Langberg JJ; Tolbert PE. (2007). Ambient air pollution and cardiac arrhythmias in patients with implantable defibrillators. Epidemiology, 18, 585-592.

Michaud J-P; Grove JS; Krupitsky D. (2004). Emergency department visits and "vog"-related air quality in Hilo, Hawai'i. Environ Res, 95, 11-19.

Michelozzi P; Forastiere F; Fusco D; Perucci CA; Ostro B; Ancona C; Pallotti G. (1998). Air pollution and daily mortality in Rome, Italy. Occup Environ Med, 55, 605-610.

Miller KA; Siscovick DS; Sheppard L; Shepherd K; Sullivan JH; Anderson GL; Kaufman JD. (2007). Long-term exposure to air pollution and incidence of cardiovascular events in women. N Engl J Med, 356, 447-458.

Milner JT; Dimitroulopoulou C; ApSimon H. (2005). Indoor concentrations in buildings from sources outdoors. In: Atmospheric Dispersion Modelling Liaison Committee. Annual Report 2004-2005 - Annex B. Chilton, UK; The Atmospheric Dispersion Modelling Liaison Committee; Radiation Protection Division; UK Health Protection Agency. Available: http://www.admlc.org.uk/documents/ADMLC20042.pdf

Min JY; Min KB; Cho SI; Paek D. (2008). Combined effects of cigarette smoking and sulfur dioxide on lung function in Koreans. J Toxicol Environ Health A, 71, 301-303.

Mohorovic L. (2004). First two months of pregnancy - critical time for preterm delivery and low birthweight caused by adverse effects of coal combustion toxics. Early Human Development Elsevier Science Ltd, Oxford, UK: 2004 80: 2, 115-123.

Moolgavkar SH; Luebeck EG; Hall TA; Anderson EL. (1995). Air pollution and daily mortality in Philadelphia. Epidemiology, 6, 476-484.

Moolgavkar SH; Luebeck EG; Anderson EL. (1997). Air pollution and hospital admissions for respiratory causes in Minneapolis-St. Paul and Birmingham. Epidemiology, 8, 364-370.

Moolgavkar SH. (2000a). Air pollution and daily mortality in three U.S. counties. Environ Health Perspect, 108, 777-784.

Moolgavkar SH. (2000b). Air pollution and hospital admissions for chronic obstructive pulmonary disease in three metropolitan areas in the United States. Inhal Toxicol, 12, 75-90.

Moolgavkar SH. (2003a). Air pollution and daily mortality in two U.S. counties: season-specific analyses and exposure-response relationships. Inhal Toxicol, 15, 877-907.

Moolgavkar SH. (2003b). Air pollution and daily deaths and hospital admissions in Los Angeles and Cook counties. In: Revised Analyses of Time-Series Studies of Air Pollution and Health Special Report. Boston: Health Effects Institute, 183–198.

Morello-Frosch R; Shenassa ED. (2006). The environmental "riskscape" and social inequality: implications for explaining maternal and child health disparities. Environ Health Perspect, 114, 1150-1153.

Morris RD; Naumova EN; Munasinghe RL. (1995). Ambient air pollution and hospitalization for congestive heart failure among elderly people in seven large US cities. Am J Public Health, 85, 1361-1365.

Morrow PE. (1986). Factors determining hygroscopic aerosol deposition in airways. Physiol Rev, 66, 330-376.

Mortimer KM; Tager IB; Dockery DW; Neas LM; Redline S. (2000). The effect of ozone on inner-city children with asthma: identification of susceptible subgroups. Am J Respir Crit Care Med, 162, 1838-1845.

Mortimer KM; Neas LM; Dockery DW; Redline S; Tager IB. (2002). The effect of air pollution on inner-city children with asthma. Eur Respir J, 19, 699-705.

Mueller PK; Collins JF. (1980). Development of a particulate sulfate analyzer. Report# P-1382F.  Palo Alto, CA: Electric Power Research Institute. Available from: NTIS, Springfield, VA; EPRI-EA-1492.

Myers DJ; Bigby BG; Calvayrac P; Sheppard D; Boushey HA. (1986). Interaction of cromolyn and a muscarinic antagonist in inhibiting bronchial reactivity to sulfur dioxide and to eucapnic hyperpnea alone. Am Rev Respir Dis, 133, 1154-1158.

Myhre G; Berglen TF; Myhre CE; Isaksen ISA. (2004). The radiative effect of the anthropogenic influence on the stratospheric sulfate aerosol layer. Tellus Ser B, 56, 294-299.

Nadel JA; Salem H; Tamplin B; Tokiwa Y. (1965a). Mechanism of bronchoconstriction during inhalation of sulfur dioxide; reflex involving vagus nerves. Arch Environ Health, 10, 175-178.

Nadel JA; Salem H; Tamplin B; Tokiwa Y. (1965b). Mechanism of bronchoconstriction during inhalation of sulfur dioxide. J Appl Physiol, 20, 164-167.

Nadziejko C; Fang K; Narciso S; Zhong M; Su WC; Gordon T; Nadas A; Chen LC. (2004). Effect of particulate and gaseous pollutants on spontaneous arrhythmias in aged rats. Inhal Toxicol, 16, 373-380.

Nafstad P; Haheim LL; Oftedal B; Gram F; Holme I; Hjermann I; Leren P. (2003). Lung cancer and air pollution: a 27 year follow up of 16 209 Norwegian men. Thorax, 58, 1071-1076.

Nafstad P; Haheim LL; Wisloff T; Gram F; Oftedal B; Holme I; Hjermann I; Leren P. (2004). Urban air pollution and mortality in a cohort of Norwegian men. Environ Health Perspect, 112, 610-615.

NAPAP. (1991). The experience and legacy of NAPAP. Report of the Oversight Review Board of the National Acid Precipitation Assessment Program. Report # PB-92-128230/XAB. Washington, DC; National Acid Precipitation Assessment Program, Council on Environmental Quality.

Neas LM; Dockery DW; Koutrakis P; Tollerud DJ; Speizer FE. (1995). The association of ambient air pollution with twice daily peak expiratory flow rate measurements in children. Am J Epidemiol, 141, 111-122.

Neukirch F; Segala C; Le Moullec Y; Korobaeff M; Aubier M. (1998). Short-term effects of low-level winter pollution on respiratory health of asthmatic adults. Arch Environ Health, 53, 320-328.

Newhouse CP; Levetin E. (2004). Correlation of environmental factors with asthma and rhinitis symptoms in Tulsa, OK. Ann Allergy Asthma Immunol, 92, 356-366.

Nicks DK; Benner RL. (2001). Subminute measurements of $SO_2$ and low parts per trillion by volume mixing ratios in the atmosphere. J Geophys Res [Atmos], 106, 27,769-727,776.

Nie A; Meng Z. (2005). Study of the interaction of sulfur dioxide derivative with cardiac sodium channel. Biochim Biophys Acta, 1718, 67-73.

Nie A; Meng Z. (2006). Modulation of L-type calcium current in rat cardiac myocytes by sulfur dioxide derivatives. Food Chem Toxicol, 44, 355-363.

Nodelman V; Ultman JS. (1999). Longitudinal distribution of chlorine absorption in human airways: a comparison to ozone absorption. J Appl Physiol, 87, 2073-2080.

Norris G; YoungPong SN; Koenig JQ; Larson TV; Sheppard L; Stout JW. (1999). An association between fine particles and asthma emergency department visits for children in Seattle. Environ Health Perspect, 107, 489-493.

Nowak D; Jorres R; Berger J; Claussen M; Magnussen H. (1997). Airway responsiveness to sulfur dioxide in an adult population sample. Am J Respir Crit Care Med, 156, 1151-1156.

NRC. (1998). Research priorities for airborne particulate matter. I. Immediate priorities and a long-range research portfolio. Committee on Research Priorities for Airborne Particulate Matter; Board on Environmental Studies and Toxicology; Commission on Life Sciences; Commission on Geosciences, Environment, and Resources; National Research Council (NRC); Washington, DC; National Academy Press

NRC. (2004). Research priorities for airborne particulate matter. IV. Continuing research progress. Committee on Research Priorities for Airborne Particulate Matter; Board on Environmental Studies and Toxicology; Commission on Life Sciences; Commission on Geosciences, Environment, and Resources; National Research Council (NRC); Washington, DC; National Academy Press

NTP. (2005). Report on Carcinogens (Report #11). Research Triangle Park, NC: National Toxicology Program (NTP); The National Institute of Environmental Health Sciences (NIEHS); National Institutes of Health; Public Health Service; U.S. Department of Health and Human Services. http://ntp.niehs.nih.gov/index.cfm?objectid=32BA9724-F1F6-975E-7FCE50709CB4C932

Nyberg F; Gustavsson P; Jarup L; Bellander T; Berglind N; Jakobsson R; Pershagen G. (2000). Urban air pollution and lung cancer in Stockholm. Epidemiology, 11, 487-495.

NY DOH. (2006) A study of ambient air contaminants and asthma in New York City. ATSDR Final Report #NTIS PB2006-113523.; Albany, NY; New York State Energy Research and Development Authority; New York State Department of Health, for Atlanta, GA; Agency for Toxic Substances and Disease Registry; U.S. Department of Health and Human Services.

O'Byrne PM. (2007). How much is too much? The treatment of mild asthma. Eur Respir J, 30, 403-406.

O'Dowd C; McFiggans G; Creasey DJ; Pirjola L; Hoell C; Smith MH; Allan BJ; Plane JMC; Heard DE; Lee JD; Pilling MJ; Kulmala M. (1999). On the photochemical production of new particles in the coastal boundary layer. Geophys Res Lett, 26, 1707-1710.

O'Dowd CD; Jimenez JL; Bahreini R; Flagan RC; Seinfeld JH; Hamerl K; Pirjola L; Kulmala M; Jennings SG; Hoffmann T. (2002). Marine aerosol formation from biogenic iodine emissions. Nature, 417, 632-636.

O'Neill MS; Jerrett M; Kawachi I; Levy JI; Cohen AJ; Gouveia N; Wilkinson P; Fletcher T; Cifuentes L; Schwartz J. (2003). Health, wealth, and air pollution: advancing theory and methods. Environ Health Perspect, 111, 1861-1870.

Odman MT; Ingram CI (1996). Multiscale air quality simulation platform (MAQSIP): source code documentation and validation. MCNC; technical report ENV-96TR002-v1.0. Research Triangle Park, NC; Environmental Programs - MCNC–North Carolina Supercomputing Center. Available: http://www.ce.gatech.edu/~todman/maqsip.pdf (9 September 2003).

Odman MT; Russel AG. (1999). Mass conservative coupling of non-hydrostatic meteorological models with air quality models. In Grying SE, Batchvarova E (eds.), Air Pollution Modeling and its Application XIII. New York, NY: Plenum Press.

Oftedal B; Nafstad P; Magnus P; Bjorkly S; Skrondal A. (2003). Traffic related air pollution and acute hospital admission for respiratory diseases in Drammen, Norway 1995-2000. Eur J Epidemiol, 18, 671-675.

Ohyama K-i; Ito T; Kanisawa M. (1999). The roles of diesel exhaust particle extracts and the promotive effects of NO2 and/or SO$_2$ exposure on rat lung tumorigenesis. Cancer Lett, 139, 189-197.

Ostro B; Sanchez JM; Aranda C; Eskeland GS. (1996). Air pollution and mortality: results from a study of Santiago, Chile. In: Papers from the ISEA-ISEE annual meeting; September 1994; Research Triangle Park, NC. J. Exposure Anal. Environ. Epidemiol. 6: 97-114.

Ott WR. (1982). Concepts of human exposure to air pollution. Environ Int, 7, 179-196.

Padro J. (1996). Summary of ozone dry deposition velocity measurements and model estimates over vineyard, cotton, grass and deciduous forest in summer. Atmos Environ, 30, 2363-2369.

Park H; Lee B; Ha EH; Lee JT; Kim H; Hong YC. (2002). Association of air pollution with school absenteeism due to illness. Arch Pediatr Adolesc Med, 156, 1235-1239.

Park JK; Kim YK; Lee SR; Cho SH; Min KU; Kim YY. (2001a). Repeated exposure to low levels of sulfur dioxide (SO$_2$) enhances the development of ovalbumin-induced asthmatic reactions in guinea pigs. Ann Allergy Asthma Immunol, 86, 62-67.

Park JW; Lim YH; Kyung SY; An CH; Lee SP; Jeong SH; Ju YS. (2005a). Effects of ambient particulate matter on peak expiratory flow rates and respiratory symptoms of asthmatics during Asian dust periods in Korea. Respirology, 10, 470-476.

Park RJ; Stenchikov GL; Pickering; Dickerson RR; Allen DJ; Kondragunta S. (2001b). Regional air pollution and its radiative forcing: studies with a single column chemical and radiation transport model. J Geophys Res, 106, 28,751-28,770.

Park SK; O'Neill MS; Vokonas PS; Sparrow D; Schwartz J. (2005b). Effects of air pollution on heart rate variability: the VA normative aging study. Environ Health Perspect, 113, 304-309.

Patterson E; Eatough DJ. (2000). Indoor/outdoor relationships for ambient PM2.5 and associated pollutants: epidemiological implications in Lindon, Utah. J Air Waste Manag Assoc, 50, 103-110.

Peacock JL; Symonds P; Jackson P; Bremner SA; Scarlett JF; Strachan DP; Anderson HR. (2003). Acute effects of winter air pollution on respiratory function in schoolchildren in southern England. Occup Environ Med, 60, 82-89.

Peel JL; Tolbert PE; Klein M; Metzger KB; Flanders WD; Todd K; Mulholland JA; Ryan PB; Frumkin H. (2005). Ambient air pollution and respiratory emergency department visits. Epidemiology, 16, 164-174.

Peel JL; Metzger KB; Klein M; Flanders WD; Mulholland JA; Tolbert PE. (2006). Ambient Air Pollution and Cardiorespiratory Emergency Department Visits in Potentially Sensitive Groups. Epidemiology, 17, S214-S215.

Peel JL; Metzger KB; Klein M; Flanders WD; Mulholland JA; Tolbert PE. (2007). Ambient air pollution and cardiovascular emergency department visits in potentially sensitive groups. Am J Epidemiol, 165, 625-633.

Pekkanen J; Brunner EJ; Anderson HR; Tiittanen P; Atkinson RW. (2000). Daily concentrations of air pollution and plasma fibrinogen in London. Occup Environ Med, 57, 818-822.

Penard-Morand C; Charpin D; Raherison C; Kopferschmitt C; Caillaud D; Lavaud F; Annesi-Maesano I. (2005). Long-term exposure to background air pollution related to respiratory and allergic health in schoolchildren. Clin Exp Allergy, 35, 1279-1287.

Penard-Morand C; Schillinger C; Armengaud A; Debotte G; Chretien E; Pellier S; Annesi-Maesano I. (2006). Assessment of schoolchildren's exposure to traffic-related air pollution in the French Six Cities Study using a dispersion model. Atmos Environ 40, 2274-2287

Pereira LAA; Loomis D; Conceicao GMS; Braga ALF; Arcas RM; Kishi HS; Singer JM; Bohm GM; Saldiva PHN. (1998). Association between air pollution and intrauterine mortality in Sao Paulo, Brazil. Environ Health Perspect, 106, 325-329.

Pereira PM; Saldiva PHN; Sakae RS; Bohm GM; Martins MA. (1995). Urban levels of air pollution increase lung responsiveness in rats. Environ Res, 69, 96-101.

Peters A; Goldstein IF; Beyer U; Franke K; Heinrich J; Dockery DW; Spengler JD; Wichmann HE. (1996a). Acute health effects of exposure to high levels of air pollution in eastern Europe. Am J Epidemiol, 144, 570-581.

Peters A; Doring A; Wichmann HE; Koenig W. (1997). Increased plasma viscosity during an air pollution episode: a link to mortality? Lancet, 349, 1582-1587.

Peters A; Perz S; Doring A; Stieber J; Koenig W; Wichmann HE. (1999). Increases in heart rate during an air pollution episode. Am J Epidemiol, 150, 1094-1098.

Peters A; Liu E; Verrier RL; Schwartz J; Gold DR; Mittleman M; Baliff J; Oh JA; Allen G; Monahan K; Dockery DW. (2000a). Air pollution and incidence of cardiac arrhythmia. Epidemiology, 11, 11-17.

Peters A; Skorkovsky J; Kotesovec F; Brynda J; Spix C; Wichmann HE; Heinrich J. (2000b). Associations between mortality and air pollution in central Europe. Environ Health Perspect, 108, 283-287.

Peters A; Dockery DW; Muller JE; Mittleman MA. (2001). Increased particulate air pollution and the triggering of myocardial infarction. Circulation, 103, 2810-2815.

Peters J; Hedley AJ; Wong CM; Lam TH; Ong SG; Liu J; Spiegelhalter DJ. (1996b). Effects of an ambient air pollution intervention and environmental tobacco smoke on children's respiratory health in Hong Kong. Int J Epidemiol, 25, 821-828.

Petroeschevsky A; Simpson RW; Thalib L; Rutherford S. (2001). Associations between outdoor air pollution and hospital admissions in Brisbane, Australia. Arch Environ Health, 56, 37-52.

Petruzzi S; Dell'Omo G; Fiore M; Chiarotti F; Bignami G; Alleva E. (1996). Behavioural disturbances in adult CD-1 mice and absence of effects on their offspring upon $SO_2$ exposure. Arch Toxicol, 70, 757-766.

Phalen RF; Kleinman MT. (1987). 21-day exposure to mixed air pollutants: effects on lung airways and macrophages. Irvine, CA; Air Pollution Health Effects Laboratory; Department of Community and Environmental Medicine;University of California; for California Air Resources Board.

Pickering KE; Thompson AM; Scala JR; Tao W-K; Simpson J; Garstang M. (1991). Photochemical ozone production in tropical squall line convection during NASA Global Tropospheric Experiment/Amazon Boundary Layer Experiment 2A. J Geophys Res, 96, 3099-3114.

Pickering KE; Thompson AM; Scala JR; Tao W-K; Dickerson RR; Simpson J. (1992). Free tropospheric ozone production following entrainment of urban plumes into deep convection. J Geophys Res, 97, 17,985-18,000.

Pickering KE; Thompson AM; Tao W-K; Kucsera TL. (1993). Upper tropospheric ozone production following mesoscale convection during STEP/EMEX. J Geophys Res, 98, 8737-8749.

Pickering KE; Thompson AM; Wang Y; Tao W-K; McNamara DP; Kirchhoff WJH; Heikes BG; Sachse GW; Bradshaw JD; Gregory GL; Blake DR. (1996). Convective transport of biomass burning emissions over Brazil during TRACE A. J Geophys Res, 101, 23,993-24,012.

Pikhart H; Bobak M; Kriz B; Danova J; Celko MA; Prikazsky V; Pryl K; Briggs D; Elliott P. (2000). Outdoor air concentrations of nitrogen dioxide and sulfur dioxide and prevalence of wheezing in school children. Epidemiology, 11, 153-160.

Pikhart H; Bobak M; Gorynski P; Wojtyniak B; Danova J; Celko MA; Kriz B; Briggs D; Elliot P. (2001). Outdoor sulphur dioxide and respiratory symptoms in Czech and Polish school children: a small-area study (SAVIAH). Int Arch Occup Environ Health, 74, 574-578.

Pino P; Walter T; Oyarzun M; Villegas R; Romieu I. (2004). Fine particulate matter and wheezing illnesses in the first year of life. Epidemiology, 15, 702-708.

Pinter A; Rudnai P; Sarkany E; Goczan M; Paldy A. (1996). Air pollution and childrens' respiratory morbidity in the Tata area, Hungary. Central European Journal of Public Health, 4, 17-20.

Pinto JP; Turco RP; Toon OB. (1989). Self-limiting physical and chemical effects in volcanic eruption clouds. J Geophys Res, 94, 11,165-11,174.

Piper JM; Mitchel EF, Jr.; Snowden M; Hall C; Adams M; Taylor P. (1993). Validation of 1989 Tennessee birth certificates using maternal and newborn hospital records. Am J Epidemiol, 137, 758-768.

Plunkett LM; Turnbull D; Rodricks JV. (1992). Differences between adults and children affecting exposure assessment. In Guzelian, P S; Henry, D J; Olin, S S, eds Similarities and differences between children and adults: implications for risk assessment Washington, DC: ILSI Press, 79-96.

Poloniecki JD; Atkinson RW; de Leon AP; Anderson HR. (1997). Daily time series for cardiovascular hospital admissions and previous day's air pollution in London, UK. Occup Environ Med, 54, 535-540.

Ponce de Leon A; Anderson HR; Bland JM; Strachan DP; Bower J. (1996). Effects of air pollution on daily hospital admissions for respiratory disease in London between 1987-88 and 1991-92. The APHEA project. Short term effects of air pollution on health: a European approach using epidemiological time series data. J Epidemiol Community Health, 50, S63-S70.

Ponce NA; Hoggatt KJ; Wilhelm M; Ritz B. (2005). Preterm Birth: The Interaction of Traffic-related Air Pollution with Economic Hardship in Los Angeles Neighborhoods. Am J Epidemiol, 162, 140-148.

Pönka A. (1990). Absenteeism and respiratory disease among children and adults in Helsinki in relation to low-level air pollution and temperature. Environ Res, 52, 34-46.

Pönka A. (1991). Asthma and low level air pollution in Helsinki. Arch Environ Occup Health, 46, 262-270.

Pönka A; Virtanen M. (1994). Chronic bronchitis, emphysema, and low-level air pollution in Helsinki, 1987-1989. Environ Res, 65, 207-217.

Pönka A; Virtanen M. (1996). Asthma and ambient air pollution in Helsinki. J Epidemiol Community Health, 50 Suppl 1, s59-62.

Pönka A; Savela M; Virtanen M. (1998). Mortality and air pollution in Helsinki. Arch Environ Health, 53, 281-286.

Pool-Zobel BL; Schmezer P; Zeller WJ; Klein RG. (1990). In vitro and ex vivo effects of the air pollutants $SO_2$ and NOx on benzo(a)pyrene activating enzymes of the rat liver. Exp Pathol, 39, 207-212.

Pool BL; Brendler S; Klein RG; Monarca S; Pasquini R; Schmezer P; Zeller WJ. (1988a). Effects of $SO_2$ or NOx on toxic and genotoxic properties of chemical carcinogens. II. Short term in vivo studies. Carcinogenesis, 9, 1247-1252.

Pool BL; Janowsky I; Klein P; Klein RG; Schmezer P; Vogt-Leucht G; Zeller WJ. (1988b). Effects of $SO_2$ or NOx on toxic and genotoxic properties of chemical carcinogens. I. In vitro studies. Carcinogenesis, 9, 1237-1245.

Pope CA, 3rd. (1989). Respiratory disease associated with community air pollution and a steel mill, Utah Valley. Am J Public Health, 79, 623-628.

Pope CA, 3rd; Schwartz J; Ransom MR. (1992). Daily mortality and PM10 pollution in Utah Valley. Arch Environ Health, 47, 211-217.

Pope CA, 3rd; Thun MJ; Namboodiri MM; Dockery DW; Evans JS; Speizer FE; Heath CW, Jr. (1995). Particulate air pollution as a predictor of mortality in a prospective study of U.S. adults. Am J Respir Crit Care Med, 151, 669-674.

Pope CA, 3rd; Burnett RT; Thun MJ; Calle EE; Krewski D; Ito K; Thurston GD. (2002). Lung cancer, cardiopulmonary mortality, and long-term exposure to fine particulate air pollution. JAMA, 287, 1132-1141.

Possanzini M; De Santis F; Di Palo V. (1999). Measurements of nitric acid and ammonium salts in lower Bavaria. Atmos Environ, 33, 3597-3602.

Prescott GJ; Cohen GR; Elton RA; Fowkes FG; Agius RM. (1998). Urban air pollution and cardiopulmonary ill health: a 14.5 year time series study. Occup Environ Med, 55, 697-704.

Price PS; Chaisson CF; Koontz M; Wilkes C; Ryan B; Macintosh D; Georgopoulos PG. (2003). Construction of a comprehensive chemical exposure framework using person oriented modeling. Annandale, VA; The LifeLine Group, for The Exposure Technical Implementation Panel, American Chemistry Council. Available: http://www.thelifelinegroup.org/lifeline/docs.htm [6 March, 2007].

Pszenny AAP; Moldanova J; Keene WC; Sander R; Maben JR; Martinez M; Crutzen PJ; Perner D; Prinn RG. (2004). Halogen cycling and aerosol pH in the Hawaiian marine boundary layer. Atmos Chem Phys, 4, 147-168.

Purushothaman V; Georgopoulos PG. (1997). Computational tools to aid the estimation and visualization of potential human exposure to ozone (Paper #68). In: Proceedings of the Air & Waste Management Association Specialty Conference on Computing in Environmental Resource Management, Research Triangle Park, NC. Pittsburgh, PA; Air & Waste Management Association, pp. 17-28.

Purushothaman V; Georgopoulos PG. (1999a). Integrating photochemical modeling, geostatistical techniques and geographical information systems for ozone exposure assessment.  Report #ORC-TR99-01. Piscataway, NJ; Ozone Research Center; Environmental and Occupational Health Sciences Institute.

Purushothaman V; Georgopoulos PG. (1999b). Evaluation of regional emissions control strategies for ozone utilizing population exposure metrics: a new GIS-based approach applied to the July 1995 episode over the OTAG domain. Report # ORC-TR99-02. Piscataway, NJ ; Ozone Research Center; Environmental and Occupational Health Sciences Institute.

Qian Z; He Q; Lin HM; Kong L; Liao D; Yang N; Bentley CM; Xu S. (2007). Short-term effects of gaseous pollutants on cause-specific mortality in Wuhan, China. J Air Waste Manag Assoc, 57, 785-793.

Qin G; Meng Z. (2005). Effect of sulfur dioxide inhalation on CYP1A1 and CYP1A2 in rat liver and lung. Toxicol Lett, 160, 34-42.

Quist ME; Nasholm T; Lindeberg J; Johannisson C; Hogbom L; Hogberg P. (1999). Responses of a nitrogen-saturated forest to a sharp decrease in nitrogen input. Journal of environmental quality, 28, 1970-1977.

Rabe KF; Adachi M; Lai CKW; Soriano JB; Vermeire PA; Weiss KB; Weiss ST. (2004). Worldwide severity and control of asthma in children and adults: the global asthma insights and reality surveys. The Journal of Allergy and Clinical Immunology, 114, 40-47.

Rahlenbeck SI; Kahl H. (1996). Air pollution and mortality in East Berlin during the winters of 1981-1989. International journal of epidemiology, 25, 1220-1226.

Ramadour M; Burel C; Lanteaume A; Vervloet D; Charpin D; Brisse F; Dutau H. (2000). Prevalence of asthma and rhinitis in relation to long-term exposure to gaseous air pollutants. Allergy, 55, 1163-1169.

Raub JA; Miller FJ; Graham JA; Gardner DE; O'Neil JJ. (1983). Pulmonary function in normal and elastase-treated hamsters exposed to a complex mixture of olefin-ozone-sulfur dioxide reaction products. Environ Res, 31, 302-310.

Ravishankara AR. (1997). Heterogeneous and multiphase chemistry in the troposphere. Science, 276, 1058-1065.

Reithmeier C; Sausen R. (2002). ATTILA: atmospheric tracer transport in a Lagrangian model. Tellus, 54B, 278-299.

Rich DQ; Schwartz J; Mittleman MA; Link M; Luttmann-Gibson H; Catalano PJ; Speizer FE; Dockery DW. (2005). Association of short-term ambient air pollution concentrations and ventricular arrhythmias. Am J Epidemiol, 161, 1123-1132.

Rich DQ; Kim MH; Turner JR; Mittleman MA; Schwartz J; Catalano PJ; Dockery DW. (2006a). Association of ventricular arrhythmias detected by implantable cardioverter defibrillator and ambient air pollutants in the St Louis, Missouri metropolitan area. Occup Environ Med, 63, 591-596.

Rich DQ; Mittleman MA; Link MS; Schwartz J; Luttmann-Gibson H; Catalano PJ; Speizer FE; Gold DR; Dockery DW. (2006b). Increased risk of paroxysmal atrial fibrillation episodes associated with acute increases in ambient air pollution. Environ Health Perspect, 114, 120-123.

Rich KE; Petkau J; Vedal S; Brauer M. (2004). A case-crossover analysis of particulate air pollution and cardiac arrhythmia in patients with implantable cardioverter defibrillators. Inhal Toxicol, 16, 363-372.

Riechelmann H; Maurer J; Kienast K; Hafner B; Mann WJ. (1995). Respiratory epithelium exposure to sulfur dioxide--functional and ultrastructural alterations. Laryngoscope, 105, 295-299.

Riedel F; Kramer M; Scheibenbogen C; Rieger CH. (1988). Effects of $SO_2$ exposure on allergic sensitization in the guinea pig. J Allergy Clin Immunol, 82, 527-534.

Robinson JM. (1989). On uncertainty in the computation of global emissions from biomass burning. Climatic Change, 14, 243-261.

Roemer W; Hoek G; Brunekreef B. (1993). Effect of ambient winter air pollution on respiratory health of children with chronic respiratory symptoms. Am Rev Respir Dis, 147, 118-124.

Roemer W; Hoek G; Brunekreef B; Haluszka J; Kalandidi A; Pekkanen J. (1998). Daily variations in air pollution and respiratory health in a multicentre study: the PEACE project. Pollution Effects on Asthmatic Children in Europe. Eur Respir J, 12, 1354-1361.

Roemer WH; van Wijnen JH. (2001). Daily mortality and air pollution along busy streets in Amsterdam, 1987-1998. Epidemiology, 12, 649-653.

Roger LJ; Kehrl HR; Hazucha M; Horstman DH. (1985). Bronchoconstriction in asthmatics exposed to sulfur dioxide during repeated exercise. J Appl Physiol, 59, 784-791.

Romieu I; Meneses F; Ruiz S; Sienra JJ; Huerta J; White MC; Etzel RA. (1996). Effects of air pollution on the respiratory health of asthmatic children living in Mexico City. Am J Respir Crit Care Med, 154, 300-307.

Romieu I; Ramirez-Aguilar M; Moreno-Macias H; Barraza-Villarreal A; Miller P; Hernandez-Cadena L; Carbajal-Arroyo LA; Hernandez-Avila M. (2004). Infant mortality and air pollution: modifying effect by social class. J Occup Environ Med, 46, 1210-1216.

Rosenbaum A. (2005). The HAPEM5 user's guide: hazardous air pollutant exposure model, version 5.San Francisco, CA; ICF Consulting ; Prepared for Office of Air Quality Planning and Standards; Research Triangle Park, NC; ;U.S. Environmental Protection Agency: Available: http://www.epa.gov/ttn/fera/hapem5/hapem5_guide.pdf [12 February, 2008].

Ross MA; Persky VW; Scheff PA; Chung J; Curtis L; Ramakrishnan V; Wadden RA; Hryhorczuk DO. (2002). Effect of ozone and aeroallergens on the respiratory health of asthmatics. Arch Environ Occup Health, 57, 568-578.

Rossi OV; Kinnula VL; Tienari J; Huhti E. (1993). Association of severe asthma attacks with weather, pollen, and air pollutants. Thorax, 48, 244-248.

Rothman KJ; Greenland S. (1998). Modern epidemiology, Second edition. Philadelphia, PA: Lippincott-Raven Publishers.

Routledge HC; Manney S; Harrison RM; Ayres JG; Townend JN. (2006). Effect of inhaled sulphur dioxide and carbon particles on heart rate variability and markers of inflammation and coagulation in human subjects. Heart, 92, 220-227.

Ruan A; Min H; Meng Z; Lu Z. (2003). Protective effects of seabuckthorn seed oil on mouse injury induced by sulfur dioxide inhalation. Inhal Toxicol, 15, 1053-1058.

Rubinstein I; Bigby BG; Reiss TF; Boushey HAJ. (1990). Short-Term Exposure to 0.3 Ppm Nitrogen Dioxide Does Not Potentiate Airway Responsiveness to Sulfur Dioxide in Asthmatic Subjects. American Review of Respiratory Disease, 141, 381-385.

Ruidavets JB; Cassadou S; Cournot M; Bataille V; Meybeck M; Ferrieres J. (2005a). Increased resting heart rate with pollutants in a population based study. J Epidemiol Community Health, 59, 685-693.

Ruidavets JB; Cournot M; Cassadou S; Giroux M; Meybeck M; Ferrieres J. (2005b). Ozone air pollution is associated with acute myocardial infarction. Circulation, 111, 563-569.

Russell A; Dennis R. (2000). NARSTO critical review of photochemical models and modeling. Atmos Environ, 34, 2283-2324.

Rusznak C; Devalia JL; Davies RJ. (1996). Airway response of asthmatic subjects to inhaled allergen after exposure to pollutants. Thorax, 51, 1105-1108.

Ryerson TB; Buhr MP; Frost GJ; Goldan PD; Holloway JS; Hubler G; Jobson BT; Kuster WC; McKeen SA; Parrish DD; Roberts JM; Sueper DT; Trainer M; Williams J; Fehsenfeld FC. (1998). Emissions lifetimes and ozone formation in power plant plumes. J Geophys Res, 103, 22,569-22,583.

Saez M; Tobias A; Munoz P; Campbell MJ. (1999). A GEE moving average analysis of the relationship between air pollution and mortality for asthma in Barcelona, Spain. Stat Med, 18, 2077-2086.

Saez M; Ballester F; Barcelo MA; Perez-Hoyos S; Bellido J; Tenias JM; Ocana R; Figueiras A; Arribas F; Aragones N; Tobias A; Cirera L; Canada A. (2002). A combined analysis of the short-term effects of photochemical air pollutants on mortality within the EMECAM project. Environ Health Perspect, 110, 221-228.

Sagiv SK; Mendola P; Loomis D; Herring AH; Neas LM; Savitz DA; Poole C. (2005). A time-series analysis of air pollution and preterm birth in Pennsylvania, 1997-2001. Environ Health Perspect, 113, 602-606.

Saiz-Lopez A; Plane JMC; Shillito JA. (2004). Bromine oxide in the mid-latitude marine boundary layer. Geophys Res Lett, 31, L03111 doi 10.1029/2003GL018956.

Saldiva PH; Pope CA, 3rd; Schwartz J; Dockery DW; Lichtenfels AJ; Salge JM; Barone I; Bohm GM. (1995). Air pollution and mortality in elderly people: a time-series study in Sao Paulo, Brazil. Arch Environ Health, 50, 159-163.

Saldiva PHN; King M; Delmonte VLC; Macchione M; Parada MAC; Daliberto ML; Sakae RS; Criado PMP; Silveira PLP; Zin WA; Bohm GM. (1992). Respiratory alterations due to urban air pollution: an experimental study in rats. Environ Res, 57, 19-33.

Saldiva PHN; Lichtenfels AJFC; Paiva PSO; Barone IA; Martins MA; Massad E; Pereira JCR; Xavier VP; Singer JM; Bohm GM. (1994). Association between air pollution and mortality due to respiratory diseases in children in Sao Paulo, Brazil: a preliminary report. Environ Res, 65, 218-225.

Samet JM; Dominici F; Zeger SL; Schwartz J; Dockery DW. (2000a). National morbidity, mortality, and air pollution study. Part I: methods and methodologic issues. Report #94, Part 1. Cambridge, MA; Health Effects Institute.

Samet JM; Zeger SL; Dominici F; Curriero F; Coursac I; Dockery DW; Schwartz J; Zanobetti A. (2000b). The national morbidity, mortality, and air pollution study. Part II: morbidity, mortality, and air pollution in the United States. Report #94, Part 2. Cambridge, MA; Health Effects Institute.

Samoli E; Schwartz J; Wojtyniak B; Touloumi G; Spix C; Balducci F; Medina S; Rossi G; Sunyer J; Bacharova L; Anderson HR; Katsouyanni K. (2001). Investigating regional differences in short-term effects of air pollution on daily mortality in the APHEA project: a sensitivity analysis for controlling long-term trends and seasonality. Environ Health Perspect, 109, 349-353.

Samoli E; Schwartz J; Analitis A; Petasakis Y; Wojtyniak B; Touloumi G; Spix C; Balducci F; Medina S; Rossi G; Sunyer J; Anderson HR; Katsouyanni K. (2003). Sensitivity analyses of regional differences in short-term effects of air pollution on daily mortality in APHEA cities. In: Revised analyses of time-series studies of air pollution and health. HEI Special Report. Boston, MA: Health Effects Institute; pp. 205-210. Available: http://www.healtheffects.org/Pubs/TimeSeries.pdf [18 October, 2004].

Samet JM (1989) Issues in the Selection of Subjects for Clinical and Epidemiological Studies of Asthma. In: Susceptibility to Inhaled Pollutants, Conference on the Susceptibility to Inhaled Pollutants Williamsburg, Va. (Utell, MJ and Frank, R, eds). Philadelphia, PA ; American Society for Testing and Materials pp 57-67

Sarnat JA; Koutrakis P; Suh HH. (2000). Assessing the relationship between personal particulate and gaseous exposures of senior citizens living in Baltimore, MD. J Air Waste Manag Assoc, 50, 1184-1198.

Sarnat JA; Schwartz J; Catalano PJ; Suh HH. (2001). Gaseous pollutants in particulate matter epidemiology: confounders or surrogates? Environ Health Perspect, 109, 1053-1061.

Sarnat JA; Brown KW; Schwartz J; Coull BA; Koutrakis P. (2005). Ambient gas concentrations and personal particulate matter exposures: implications for studying the health effects of particles. Epidemiology, 16, 385-395.

Sarnat SE; Coull BA; Schwartz J; Gold DR; Suh HH. (2006a). Factors affecting the association between ambient concentrations and personal exposures to particles and gases. Environ Health Perspect, 114, 649-654.

Sarnat SE; Suh HH; Coull BA; Schwartz J; Stone PH; Gold DR. (2006b). Ambient particulate air pollution and cardiac arrhythmia in a panel of older adults in Steubenville, Ohio. Occup Environ Med, 63, 700-706.

Scala JM; Garstang M; Tao W-K; Pickering KE; Thompson AM; Simpson J; Kirchhoff VWJH; Browell EV; Sachse GW; L. TA; Gregory GL; Rasmussen RW; Khalil MAK. (1990). Cloud draft structure and trace gas transport. J Geophys Res, 95, 17,015-17,030.

Scanlon PD; Seltzer J; Ingram RH, Jr.; Reid L; Drazen JM. (1987). Chronic exposure to sulfur dioxide. Physiologic and histologic evaluation of dogs exposed to 50 or 15 ppm. Am Rev Respir Dis, 135, 831-839.

Schachter EN; Witek TJ, Jr.; Beck GJ; Hosein HB; Colice G; Leaderer BP; Cain W. (1984). Airway effects of low concentrations of sulfur dioxide: dose-response characteristics. Arch Environ Health, 39, 34-42.

Schildcrout JS; Sheppard L; Lumley T; Slaughter JC; Koenig JQ; Shapiro GG. (2006). Ambient air pollution and asthma exacerbations in children: an eight-city analysis. Am J Epidemiol, 164, 505-517.

Schouten JP; Vonk JM; de Graaf A. (1996). Short term effects of air pollution on emergency hospital admissions for respiratory disease: results of the APHEA project in two major cities in The Netherlands, 1977-89. In:  The APHEA project. Short term effects of air pollution on health: a European approach using epidemiological time series data. J Epidemiol Community Health, 50, S22-S29.

Schwartz J. (1989). Lung function and chronic exposure to air pollution: a cross-sectional analysis of NHANES II. Environ Res, 50, 309-321.

Schwartz J. (1991). Particulate air pollution and daily mortality in Detroit. Environ Res, 56, 204-213.

Schwartz J; Dockery DW. (1992a). Increased mortality in Philadelphia associated with daily air pollution concentrations. Am Rev Respir Dis, 145, 600-604.

Schwartz J; Dockery DW. (1992b). Particulate air pollution and daily mortality in Steubenville, Ohio. Am J Epidemiol, 135, 12-19; discussion 20-15.

Schwartz J; Dockery DW; Neas LM; Wypij D; Ware JH; Spengler JD; Koutrakis P; Speizer FE; Ferris BG, Jr. (1994). Acute effects of summer air pollution on respiratory symptom reporting in children. Am J Respir Crit Care Med, 150, 1234-1242.

Schwartz J. (1995). Short term fluctuations in air pollution and hospital admissions of the elderly for respiratory disease. Thorax, 50, 531.

Schwartz J; Morris R. (1995). Air pollution and hospital admissions for cardiovascular disease in Detroit, Michigan. Am J Epidemiol, 142, 23-35.

Schwartz J; Spix C; Touloumi G; Bacharova L; Barumamdzadeh T; le Tertre A; Piekarksi T; Ponce de Leon A; Pönka A; Rossi G; Saez M; Schouten JP. (1996). Methodological issues in studies of air pollution and daily counts of deaths or hospital admissions. J Epidemiol Community Health, 50 Suppl 1, S3-11.

Schwartz J. (1997). Air pollution and hospital admissions for cardiovascular disease in Tucson. Epidemiology, 8, 371-377.

Schwartz J. (2000). Daily deaths are associated with combustion particles rather than SO(2) in Philadelphia. Occup Environ Med, 57, 692-697.

Schwartz J. (2001). Air pollution and blood markers of cardiovascular risk. Environ Health Perspect, 109 Suppl 3, 405-409.

Schwartz J. (2004). The effects of particulate air pollution on daily deaths: a multi-city case crossover analysis. Occup Environ Med, 61, 956-961.

Schwartz J; Litonjua A; Suh H; Verrier M; Zanobetti A; Syring M; Nearing B; Verrier R; Stone P; MacCallum G; Speizer FE; Gold DR. (2005). Traffic related pollution and heart rate variability in a panel of elderly subjects. Thorax, 60, 455-461.

Seaman NL. (2000). Meteorological modeling for air quality assessments. Atmos Environ, 34, 2231-2259.

Segala C; Fauroux B; Just J; Pascual L; Grimfeld A; Neukirch F. (1998). Short-term effect of winter air pollution on respiratory health of asthmatic children in Paris. Eur Respir J, 11, 677-685.

Seinfeld JH; Pandis SN. (1998). Atmospheric Chemistry and Physics: From Air Pollution to Climate Change. New York, NY; John Wiley.

Shami SG; Wolff RK; Hahn FF; Brooks AL; Griffith WC. (1985). Early cytokinetic and morphological response of rat lungs to inhaled benzo(a)pyrene, gallium oxide, and $SO_2$. Environ Res, 37, 12-25.

Sheppard D; Saisho A; Nadel JA; Boushey HA. (1981). Exercise increases sulfur dioxide-induced bronchoconstriction in asthmatic subjects. Am Rev Respir Dis, 123, 486-491.

Sheppard L; Levy D; Norris G; Larson TV; Koenig JQ. (1999). Effects of ambient air pollution on nonelderly asthma hospital admissions in Seattle, Washington, 1987-1994. Epidemiology, 10, 23-30.

Sheppard L. (2003). Ambient air pollution and nonelderly asthma hospital admissions in Seattle, Washington, 1987-1994. In Revised analyses of time-series studies of air pollution and health. Special report. (pp. 227-230). Boston, MA: Health Effects Institute.

Sheppard L; Slaughter JC; Schildcrout J; Liu LJ; Lumley T. (2005). Exposure and measurement contributions to estimates of acute air pollution effects. J Expo Anal Environ Epidemiol, 15, 366-376.

Shi X. (1994). Generation of SO3(-) and OH radicals in SO3(2-) reactions with inorganic environmental pollutants and its implications to SO3(2-) toxicity. Journal of Inorg Biochemistry, 56, 155-165.

Shi X; Mao Y. (1994). 8-hydroxy-2'-deoxyguanosine formation and DNA damage induced by sulfur trioxide anion radicals. Biochemical and Biophysical Research Communications, 205, 141-147.

Sillman S. (1995). The use of $NO_Y$, $H_2O_2$ and $HNO_3$ as indicators for ozone-NOx-hydrocarbon sensitivity in urban locations. J Geophys Res, 100, 14,175-14,188.

Sillman S. (2000). Ozone production efficiency and loss of $NO_X$ in power plant plumes: photochemical model and interpretation of measurements in Tennessee. J Geophys Res, 105, 9189-9202.

Sim VM; Pattle RE. (1957). Effect of possible smog irritants on human subjects. J Am Med Assoc, 165, 1908-1913.

Simpson RW; Williams G; Petroeschevsky A; Morgan G; Rutherford S. (1997). Associations between outdoor air pollution and daily mortality in Brisbane, Australia. Arch Environ Occup Health, 52, 442-454.

Sinclair AH; Tolsma D. (2004). Associations and lags between air pollution and acute respiratory visits in an ambulatory care setting: 25-month results from the aerosol research and inhalation epidemiological study. J Air Waste Manag Assoc, 54, 1212-1218.

Singh J. (1989). Neonatal development altered by maternal sulfur dioxide exposure. Neurotoxicology, 10, 523-527.

Smith AM; Keene WC; Maben JR; Pszenny AAP; Fischer E; Stohl A. (2007). Ammonia sources, transport, transformation, and deposition in coastal New England during summer. J Geophys Res 112(D10S08): 10.1029/2006JD007574.

Smith E. (1994). Subject data supplied by the researchers for the recent controlled human studies analyzed in the staff paper supplement and accompanying memorandum. Memorandum to Docket No. A-84-25, Item IV-B-5.

Smith LG; Busch RH; Buschbom RL; Cannon WC; Loscutoff SM; Morris JE. (1989). Effects of sulfur dioxide or ammonium sulfate exposure, alone or combined, for 4 or 8 months on normal and elastase-impaired rats. Environ Res, 49, 60-78.

Snashall PD; Baldwin C. (1982). Mechanisms of sulphur dioxide induced bronchoconstriction in normal and asthmatic man. British Medical Journal, 37, 118.

Snell RE; Luchsinger PC. (1969). Effects of sulfur dioxide on expiratory flow rates and total respiratory resistance in normal human subjects. Arch Environ Health, 18, 693-698.

Sole D; Camelo-Nunes IC; Wandalsen GF; Pastorino AC; Jacob CMA; Gonzalez C; Wandalsen NF; Rosario Filho NA; Fischer GB; Naspitz CK. (2007). Prevalence of symptoms of asthma, rhinitis, and atopic eczema in Brazilian adolescents related to exposure to gaseous air pollutants and socioeconomic status. Journal of Investigational Allergology and Clinical Immunology, 17, 6-13.

Søyseth V; Kongerud J; Broen P; Lilleng P; Boe J. (1995a). Bronchial responsiveness, eosinophilia, and short term exposure to air pollution. Arch Dis Child, 73, 418-422.

Søyseth V; Kongerud J; Haarr D; Strand O; Bolle R; Boe J. (1995b). Relation of exposure to airway irritants in infancy to prevalence of bronchial hyper-responsiveness in schoolchildren. Lancet, 345, 217-220.

Speizer FE; Frank NR. (1966). The uptake and release of $SO_2$ by the human nose. Arch Environ Health, 12, 725-728.

Spengler JD; Ferris BG; Dockery DW; Speizer FE. (1979). Sulfur dioxide and nitrogen dioxide levels inside and outside homes and the implications on health effects research. Environ Sci Technol ; Vol/Issue: 13:10, Pages: 1276-1280.

Spix C; Wichmann HE. (1996). Daily mortality and air pollutants: findings from Koln, Germany. J Epidemiol Community Health, 1, S52-S58.

Spix C; Anderson HR; Schwartz J; Vigotti MA; LeTertre A; Vonk JM; Touloumi G; Balducci F; Piekarski T; Bacharova L; Tobias A; Pönka A; Katsouyanni K. (1998). Short-term effects of air pollution on hospital admissions of respiratory diseases in Europe: a quantitative summary of APHEA study results. Arch Environ Occup Health, 53, 54-64.

Stacy RW; Seal Jr E; House DE; Green J; Roger LJ; Raggio L. (1983). A survey of effects of gaseous and aerosol pollutants on pulmonary function of normal males. Arch Environ Health, 38, 104-115.

Stara JF, Dungworth D, Orthoefer JG, Tyler WS,(eds) (1980) Long-term effects of air pollutants in canine species. Washington, DC, Report No. EPA-600/8-80-014, US Environmental Protection Agency.

Stein AF; Lamb D; Draxler RR. (2000). Incorporation of detailed chemistry into a three-dimensional Lagrangian-Eulerian hybrid model: application to regional tropospheric ozone. Atmos Environ, 34, 4361-4372.

Stempel DA; Boucher RC. (1981). Respiratory infection and airway reactivity. Med Clin North Am, 65, 1045-1053.

Stenchikov G; Dickerson R; Pickering K; Ellis WJ; Doddridge B; Kondragunta S; Poulida O; Scala J; Tao W-K. (1996). Stratosphere-troposphere exchange in a midlatitude mesoscale convective complex. 2. Numerical simulation. J Geophys Res, 101, 6837-6851.

Stevens RK; O'Keeffe AE; Ortman GC. (1969). Absolute calibration of a flame photometric detector to volatile sulfur compounds at sub-part-per-million levels. Environ Sci Tech, 3, 652-655.

Stevens RK; Mulik JD; O'Keefe AE; Krost KJ. (1971). Gas chromatography of reactive sulfur gases in air at the parts-per-billion level. Analytical chemistry, 43, 827-831.

Stevenson DS; Dentener FJ; Schultz MG; Ellingsen K; van Noije TPC; Wild O; Zeng G; Amann M; Atherton CS; Bell N; Bergmann DJ; Bey I; Butler T; Cofala J; Collins WJ; Derwent RG; Doherty RM; Drevet J; Eskes HJ; Fiore AM; Gauss M; Hauglustaine DA; Horowitz LW; Isaksen ISA; Krol MC; Lamarque JF; Lawrence MG; Montanaro V; Mueller JF; Pitari G; Prather MJ; Pyle JA; Rast S; Rodriguez JM; Savage NH; Shindell DT; Strahan SE; Sudo K; Szopa S. (2006). Multimodel ensemble simulations of present-day and near-future tropospheric ozone. J Geophys Res, 111, D08301.

Stieb DM; Burnett RT; Beveridge RC; Brook JR. (1996). Association between ozone and asthma emergency department visits in Saint John, New Brunswick, Canada. Environ Health Perspect, 104, 1354-1360.

Stieb DM; Beveridge RC; Brook JR; Smith-Doiron M; Burnett RT; Dales RE; Beaulieu S; Judek S; Mamedov A. (2000). Air pollution, aeroallergens and cardiorespiratory emergency department visits in Saint John, Canada. J Expo Anal Environ Epidemiol, 10, 461-477.

Stieb DM; Judek S; Burnett RT. (2002). Meta-analysis of time-series studies of air pollution and mortality: effects of gases and particles and the influence of cause of death, age, and season. J Air Waste Manag Assoc, 52, 470-484.

Stieb DM; Judek S; Burnett RT. (2003). Meta-analysis of time-series studies of air pollution and mortality: update in relation to the use of generalized additive models. J Air Waste Manag Assoc, 53, 258-261.

Stock TH; Kotchmar DJ; Contant CF; Buffler PA; Holguin AH; Gehan BM; Noel LM. (1985). The estimation of personal exposures to air pollutants for a community-based study of health effects in asthmatics--design and results of air monitoring. Journal of the Air and Waste Management Association, 35, 1266-1273.

Stockwell W; Middleton P; Chang J; Tang X. (1990). The second generation Regional Acid Deposition Model chemical mechanism for regional air quality modeling. J Geophys Res, 95, 16343-16367.

Stockwell, WR; Kirchner, F; Kuhn, M; Seefeld S. (1997) A new mechanism for regional atmospheric chemistry modeling. JGeophys Res- Atmospheres 102, 25,847 doi 97D00849.

Strandberg LG. (1964). $SO_2$ absorption in the respiratory tract: studies on the absorption in rabbit, its dependence on concentration and breathing phase. Arch Environ Health, 9, 160-166.

Studnicka M; Hackl E; Pischinger J; Fangmeyer C; Haschke N; Kuhr J; Urbanek R; Neumann M; Frischer T. (1997). Traffic-related NO2 and the prevalence of asthma and respiratory symptoms in seven year olds. Eur Respir J, 10, 2275-2278.

Suh HH; Spengler JD; Koutrakis P. (1992). Personal exposures to acid aerosols and ammonia. Environ Sci Tech, 26, 2507-2517.

Sullivan J; Sheppard L; Schreuder A; Ishikawa N; Siscovick D; Kaufman J. (2005). Relation between short-term fine-particulate matter exposure and onset of myocardial infarction. Epidemiology, 16, 41-48.

Sunyer J; Anto JM; Murillo C; Saez M. (1991). Effects of urban air pollution on emergency room admissions for chronic obstructive pulmonary disease. Am J Epidemiol, 134, 277-286.

Sunyer J; Saez M; Murillo C; Castellsague J; Martinez F; Anto JM. (1993). Air pollution and emergency room admissions for chronic obstructive pulmonary disease: a 5-year study. Am J Epidemiol, 137, 701-705.

Sunyer J; Castellsague J; Saez M; Tobias A; Anto JM. (1996). Air pollution and mortality in Barcelona. J Epidemiol Community Health, 1, S76-S80.

Sunyer J; Spix C; Quenel P; Ponce-de-Leon A; Pönka A; Barumandzadeh T; Touloumi G; Bacharova L; Wojtyniak B; Vonk J; Bisanti L; Schwartz J; Katsouyanni K. (1997). Urban air pollution and emergency admissions for asthma in four European cities: the APHEA Project. Thorax, 52, 760-765.

Sunyer J; Basagana X; Belmonte J; Anto JM. (2002). Effect of nitrogen dioxide and ozone on the risk of dying in patients with severe asthma. Thorax, 57, 687-693.

Sunyer J; Atkinson R; Ballester F; Le Tertre A; Ayres JG; Forastiere F; Forsberg B; Vonk JM; Bisanti L; Anderson RH; Schwartz J; Katsouyanni K. (2003a). Respiratory effects of sulphur dioxide: a hierarchical multicity analysis in the APHEA 2 study. Occup Environ Med, 60, e2.

Sunyer J; Ballester F; Tertre AL; Atkinson R; Ayres JG; Forastiere F; Forsberg B; Vonk JM; Bisanti L; Tenias JM; Medina S; Schwartz J; Katsouyanni K. (2003b). The association of daily sulfur dioxide air pollution levels with hospital admissions for cardiovascular diseases in Europe (The Aphea-II study). Eur Heart J, 24, 752-760.

Sutton MA; Dragosits U; Tang YS; Fowler D. (2000). Ammonia emissions from non-agricultural sources in the UK. Atmos Environ, 34, 855-869.

Taggart SCO; Custovic A; Francis HC; Faragher EB; Yates CJ; Higgins BG; Woodcock A. (1996). Asthmatic bronchial hyperresponsiveness varies with ambient levels of summertime air pollution. Eur Respir J, 9, 1146-1154.

Tan WC; Cripps E; Douglas N; Sudlow MF. (1982). Protective effect of drugs on bronchoconstriction induced by sulphur dioxide. Thorax, 37, 671-675.

Tanaka H; Honma S; Nishi M; Igarashi T; Teramoto S; Nishio F; Abe S. (1998). Acid fog and hospital visits for asthma: an epidemiological study. Eur Respir J, 11, 1301-1306.

Tanner RL; D'Ottavio T; Garber R; Newman L. (1980). Determination of ambient aerosol sulfur using a continuous flame photometric detection system. I. Sampling system for aerosol sulfate and sulfuric acid. Atmos Environ, 14, 121-127.

Tao W-K; Simpson J. (1993). The Goddard Cumulus Ensemble Model. Part I: model description. Terr Atmos Oceanic Sci (TAO), 4, 35-71.

Tenias JM; Ballester F; Rivera ML. (1998). Association between hospital emergency visits for asthma and air pollution in Valencia, Spain. Occup Environ Med, 55, 541-547.

Tenias JM; Ballester F; Perez-Hoyos S; Rivera ML. (2002). Air pollution and hospital emergency room admissions for chronic obstructive pulmonary disease in Valencia, Spain. Arch Environ Health, 57, 41-47.

Thompson AJ; Shields MD; Patterson CC. (2001). Acute asthma exacerbations and air pollutants in children living in Belfast, Northern Ireland. Arch Environ Health, 56, 234-241.

Thornton DC; Bandy AR. (1993). Sulfur dioxide and dimethyl sulfide in the central Pacific troposphere. J Atmos Chem, 17, 1-13.

Thornton DCB, A. R. (1999). Sulfur dioxide distribution over the Pacific Ocean 1991-1996. J Geophys Res [Atmos], 104, 5845-5854.

Thornton DCB, A. R.; Tu, F. H.; Blomquist, B. W.; Mitchell, G. M.; Nadler, W.; Lenschow, D. H. (2002). Fast airborne sulfur dioxide measurements by atmospheric pressure ionization mass spectrometry (APIMS). J Geophys Res [Atmos], 107. doi 10.1029/2002JD02289.

Timonen KL; Pekkanen J. (1997). Air pollution and respiratory health among children with asthmatic or cough symptoms. American Journal of Respiratory & Critical Care Medicine, 156, 546-552.

Tobias A; Campbell MJ; Saez M. (1999). Modelling asthma epidemics on the relationship between air pollution and asthma emergency visits in Barcelona, Spain. European journal of epidemiology, 15, 799-803.

Tolbert PE; Klein M; Peel JL; Sarnat SE; Sarnat JA. (2007). Multipollutant modeling issues in a study of ambient air quality and emergency department visits in Atlanta. J Expo Sci Environ Epidemiol, 17, S29-S35.

Toumi R. (1994). BrO as a sink for dimethylsulfide in the marine atmosphere. Geophys Res Lett, 21, 117-120.

Trenga CA; Koenig JQ; Williams PV. (1999). Sulphur dioxide sensitivity and plasma antioxidants in adult subjects with asthma. Occup Environ Med, 56, 544-547.

Trenga CA; Koenig JQ; Williams PV. (2001). Dietary antioxidants and ozone-induced bronchial hyperresponsiveness in adults with asthma. Arch Environ Health, 56, 242-249.

Triche EW; Belanger K; Bracken MB; Beckett WS; Holford TR; Gent JF; McSharry J-E; Leaderer BP. (2005). Indoor heating sources and respiratory symptoms in nonsmoking women. Epidemiology, 16, 377-384.

Tsai SS; Goggins WB; Chiu HF; Yang CY. (2003a). Evidence for an association between air pollution and daily stroke admissions in Kaohsiung, Taiwan. Stroke, 34, 2612-2616.

Tsai SS; Huang CH; Goggins WB; Wu TN; Yang CY. (2003b). Relationship between air pollution and daily mortality in a tropical city: Kaohsiung, Taiwan. J Toxicol Environ Health A, 66, 1341-1349.

Tsai SS; Cheng MH; Chiu HF; Wu TN; Yang CY. (2006). Air pollution and hospital admissions for asthma in a tropical city: Kaohsiung, Taiwan. Inhal Toxicol, 18, 549-554.

Tunnicliffe WS; Hilton MF; Harrison RM; Ayres JG. (2001). The effect of sulphur dioxide exposure on indices of heart rate variability in normal and asthmatic adults. Eur Respir J, 17, 604-608.

Tunnicliffe WS; Harrison RM; Kelly FJ; Dunster C; Ayres JG. (2003). The effect of sulphurous air pollutant exposures on symptoms, lung function, exhaled nitric oxide, and nasal epithelial lining fluid antioxidant concentrations in normal and asthmatic adults. Occup Environ Med, 60, e15.

Turco RP; Toon OB; Whitten RC; Hamill P; Keesee RG. (1983). The 1980 eruptions of Mount St. Helens: physical and chemical processes in the stratospheric clouds. J Geophys Res, 88, 5299-5319.

Turekian VC; Macko SA; Keene WC. (2001). Application of stable sulfur isotopes to differentiate sources of size-resolved particulate sulfate in polluted marine air at Bermuda during spring. Geophys Res Lett, 28, 1491-1494.

U.S. Code (2003). Clean Air Act, Section 109, national ambient air quality standards. U.S.C. 42: section 7409.

U.S. EPA. (1982). Air quality criteria for particulate matter and sulfur oxides. Report #EPA-600/8-82-029aF-cF. Research Triangle Park, NC; Environmental Criteria and Assessment Office; Office of Health and Environmental Assessment; U.S. Environmental Protection Agency.

U.S. EPA. (1986a). Review of the national ambient air quality standards for sulfur oxides: updated assessment of scientific and technical information, addendum to the 1982 OAQPS staff paper. Report # EPA/450/5-86-13. Research Triangle Park, NC; Strategies and Air Standards Division; Office of Air Quality Planning and Standards; U.S. Environmental Protection Agency.

U.S. EPA. (1986b). Second addendum to air quality criteria for particulate matter and sulfur oxides (1982): assessment of newly available health effects information. Report #EPA-600/8-86-020F Research Triangle Park, NC; Environmental Criteria and Assessment Office; Office of Health and Environmental Assessment; U.S. Envrionental Protection Agency

U.S. EPA. (1992) Final guidelines for exposure assessment.  Report #EPA/600/Z-92/001. Federal Register 57(104):22888-22938. Washington, DC; Risk Assessment Forum; U.S. Environmental Protection Agency.

U.S. EPA. (1994a) Methods for derivation of inhalation reference concentrations and application of inhalation dosimetry. (No. EPA/600/8-90/066F). Research Triangle Park, NC; Office of Research and Development; U.S. Environmental Protection Agency.

U.S. EPA. (1994b). Review of the national ambient air quality standards for sulfur oxides: assessment of scientific and technical information, supplement to the 1986 OAQPS staff paper addendum. Report # EPA/452/R-94/013. Research Triangle Park, NC; Air Quality Management Division; Office of Air Quality Planning and Standards; U.S. Environmental Protection Agency

U.S. EPA. (1994c). Supplement to the second addendum (1986) to air quality criteria for particulate matter and sulfur oxides (1982) (No. EPA-600/FP-93/002). Research Triangle Park, NC: Office of Health and Environmental Assessment, Environmental Criteria and Assessment Office, U.S. Environmental Protection Agency.

U.S. EPA. (1996d). Air quality criteria for particulate matter. Report # EPA/600/P-95/001aF-cF. Research Triangle Park, NC: National Center for Environmental Assessment-RTP Office; Office of Research and Development, U.S. Environmental Protection Agency.

U.S. EPA. (1997a). Exposure factors handbook. Report # EPA/600/P-95/002Fa-c . Washington, DC; National Center for Environmental Assessment; Office of Research and Development; U.S. Environmental Protection Agency.

U.S. EPA. (1997b). National air pollutant emission trends 1990-1996. Report # EPA/454/R-97/011. Reseach Triangle Park, NC; Office of Air Quality Planning and Standards; U.S. Environmental Protection Agency

U.S. EPA. (2004). Air quality criteria for particulate matter. Report # EPA/600/P-99/002aF-bF. Research Triangle Park, NC;: National Center for Environmental Assessment, Office of Research and Development; U.S. Environmental Protection Agency.

U.S. EPA. (2005a). Guidelines for Carcinogen Risk Assessment.; Report EPA/630/P-03/001F. Washington, DC; U.S. Environmental Protection Agency.

U.S. EPA. (2005b). Technical assistance document (TAD) for precursor gas measurements in the NCore multi-pollutant monitoring network. Version 4. Report#EPA-454/R-05-003Research Triangle Park, NC; Office of Air Quality Planning and Standards; U.S. Environmental Protection Agency.

U.S. EPA. (2006a). Acid rain program (ARP) 2005 progress report. Report # EPA-430-R-06-015. Washington, DC: Office of Air and Radiation, Clean Air Markets Division; U.S. Environmental Protection Agency. http://www.epa.gov/airmarkets/progress/docs/2005report.pdf.

U.S. EPA. (2006b). Air Quality Criteria for Ozone and Related Photochemical Oxidants. U.S. Environmental Protection Agency, Washington, DC; EPA600/R-05/004aF.

U.S. EPA. (2006dc). Technology Transfer Network clearinghoU.S.e for inventories and emission factors. Washington DC; U.S. Environmental Protection Agency. http://www.epa.gov/ttn/chief/net/2002inventory.html

U.S. EPA. (2006d). Total risk integrated methodology (TRIM) air pollutants exposure model documentation (TRIM.Expo/APEX, version 4). Volume II: technical support document. Research Triangle Park, NC; U.S. Environmental Protection Agency.

U.S. EPA. (2007). SO$_2$ NAAQS Review Plan - Final. Research Triangle Park, NC; National Center for Environmental Assessment; U.S. Environmental Protection Agency. http://nsdi.epa.gov/ttn/naaqs/standards/SO$_2$/data/SO$_2$_review_plan_draft_4-17-07.pdf

U.S. Supreme Court. (2001). Whitman v. American Trucking Association. Volume 531, US 457, 99-1426

U.S. Surgeon General (1964). Smoking and Health. Report. Washington ,DC; US Department of Health, Education and Welfare.

Van der Werf GR; Randerson JT; Collatz J; Giglio L. (2003). Carbon emissions from fires in tropical and subtropical ecosystems. Glob Change Biol, 9, 547-562.

van der Zee SC; Hoek G; Boezen HM; Schouten JP; van Wijnen JH; Brunekreef B. (1999). Acute effects of urban air pollution on respiratory health of children with and without chronic respiratory symptoms. Occupational & Environmental Medicine, 56, 802-813.

van der Zee SC; Hoek G; Boezen MH; Schouten JP; van Wijnen JH; Brunekreef B. (2000). Acute effects of air pollution on respiratory health of 50-70 yr old adults. Eur Respir J, 15, 700-709.

van Noije TPC; Eskes HJ; Dentener FJ; Stevenson DS; Ellingsen K; Schultz MG; Wild O; Amann M; Atherton CS; Bergmann DJ; Bey I; Boersma KF; Butler T; Cofala J; Drevet J; Fiore AM; Gauss M; Hauglustaine DA; Horowitz LW; Isaksen ISA; Krol MC; Lamarque JF; Lawrence MG; Martin RV; Montanaro V; MÃ¼ller JF; Pitari G; Prather MJ; Pyle JA; Richter A; Rodriguez JM; Savage NH; Strahan SE; Sudo K; Szopa S; van Roozendael M. (2006). Multi-model ensemble simulations of tropospheric NO2 compared with GOME retrievals for the year 2000. Atmos Chem Phys, 6, 2943-2979.

Vedal S; Brauer M; White R; Petkau J. (2003). Air pollution and daily mortality in a city with low levels of pollution. Environ Health Perspect, 111, 45-52.

Vedal S; Rich K; Brauer M; White R; Petkau J. (2004). Air pollution and cardiac arrhythmias in patients with implantable cardioverter defibrillators. Inhal Toxicol, 16, 353-362.

Vedal SR, K.; Brauer, M.; White, R.; Petkau, J. (2004). Air pollution and cardiac arrhythmias in patients with implantable cardiovascular defibrillators. Inhalation Toxicol, 16, 353-362.

Venners SA; Wang B; Xu Z; Schlatter Y; Wang L; Xu X. (2003). Particulate matter, sulfur dioxide, and daily mortality in Chongqing, China. Environ Health Perspect, 111, 562-567.

Verhoeff AP; Hoek G; Schwartz J; van Wijnen JH. (1996). Air pollution and daily mortality in Amsterdam. Epidemiology, 7, 225-230.

Vigotti MA; Rossi G; Bisanti L; Zanobetti A; Schwartz J. (1996). Short term effects of urban air pollution on respiratory health in Milan, Italy, 1980-89. J Epidemiol Community Health, 50 Suppl 1, s71-75.

Villeneuve PJ; Burnett RT; Shi Y; Krewski D; Goldberg MS; Hertzman C; Chen Y; Brook J. (2003). A time-series study of air pollution, socioeconomic status, and mortality in Vancouver, Canada. J Expo Anal Environ Epidemiol, 13, 427-435.

Villeneuve PJ; Chen L; Stieb D; Rowe B. (2006a). Associations between outdoor air pollution and emergency department visits for stroke in Edmonton, Canada. European Journal of Epidemiology, 21, 689-700.

Villeneuve PJ; Doiron MS; Stieb D; Dales R; Burnett RT; Dugandzic R. (2006b). Is outdoor air pollution associated with physician visits for allergic rhinitis among the elderly in Toronto, Canada? Allergy, 61, 750-758.

Vogt R; Crutzen PJ; Sander R. (1996). A mechanism for halogen release from sea-salt aerosol in the remote marine boundary layer. Nature, 383, 327-330.

Von Glasow S R.; Bott A; Crutzen PJ. (2002). Modeling halogen chemistry in the marine boundary layer. 2. Interactions with sulfur and cloud-covered MBL. J Geophys Res, 107.

Von Mutius E; Sherrill DL; Fritzsch C; Martinez FD; Lebowitz MD. (1995). Air pollution and upper respiratory symptoms in children from East Germany. Eur Respir J, 8, 723-728.

Vutukuru S; Dabdub D. (2008). Modeling the effects of ship emissions on coastal air quality: A case study of southern California. Atmos Environ, In Press, Corrected Proof.

Walters S; Griffiths RK; Ayres JG. (1994). Temporal association between hospital admissions for asthma in Birmingham and ambient levels of sulphur dioxide and smoke. Thorax, 49, 133-140.

Wang AL; Blackford TL; Lee LY. (1996). Vagal bronchopulmonary C-fibers and acute ventilatory response to inhaled irritants. Respir Physiol, 104, 231-239.

Wang C; Corbett JJ; Firestone J. (2007). Modeling Energy Use and Emissions from North American Shipping: Application of the Ship Traffic, Energy, and Environment Model. Environ Sci Technol, 41, 3226-3232.

Wang LH; Milford JB; Carter WPL. (2000a). Reactivity estimates for aromatic compounds. Part 2. uncertainty in incremental reactivities. Atmos Environ, 4349-4360.

Wang LH; Milford JB; Carter WPL. (2000b). Reactivity estimates for aromatic compounds. Part I: uncertainty in chamber-derived parameters. Atmos Environ, 34, 4337-4348.

Wang TN; Ko YC; Chao YY; Huang CC; Lin RS. (1999). Association between indoor and outdoor air pollution and adolescent asthma from 1995 to 1996 in Taiwan. Environ Res, 81, 239-247.

Wang X; Ding H; Ryan L; Xu X. (1997). Association between air pollution and low birth weight: a community-based study. Environ Health Perspect, 105, 514-520.

Ward DJ; Roberts KT; Jones N; Harrison RM; Ayres JG; Hussain S; Walters S. (2002a). Effects of daily variation in outdoor particulates and ambient acid species in normal and asthmatic children. Thorax, 57, 489-502.

Ward DJ; Roberts KT; Jones N; Harrison RM; Ayres JG; Hussain S; Walters S. (2002b). Effects of daily variation in outdoor particulates and ambient acid species in normal and asthmatic children (correction). Thorax, 57, 752.

Ware JH; Ferris BG, Jr.; Dockery DW; Spengler JD; Stram DO; Speizer FE. (1986). Effects of ambient sulfur oxides and suspended particles on respiratory health of preadolescent children. Am Rev Respir Dis, 133, 834-842.

Warneck P. (1999). The relative importance of various pathways for the oxidation of sulfur dioxide and nitrogen dioxide in sunlit continental fair weather clouds. Phys Chem Chem Phys, 1, 5471-5483.

Wellenius GA; Bateson TF; Mittleman MA; Schwartz J. (2005a). Particulate air pollution and the rate of hospitalization for congestive heart failure among medicare beneficiaries in Pittsburgh, Pennsylvania. Am J Epidemiol, 161, 1030-1036.

Wellenius GA; Schwartz J; Mittleman MA. (2005b). Air pollution and hospital admissions for ischemic and hemorrhagic stroke among medicare beneficiaries. Stroke, 36, 2549-2553.

Wesely ML; Hicks BB. (2000). A review of the current status of knowledge on dry deposition. Atmos Environ, 34, 2261-2282.

Wheeler A; Zanobetti A; Gold DR; Schwartz J; Stone P; Suh HH. (2006). The relationship between ambient air pollution and heart rate variability differs for individuals with heart and pulmonary disease. Environ Health Perspect, 114, 560-566.

Whitfield RG; Richmond HM; Johnson TR. (1997). Overview of ozone human exposure and health risk analyses used in the U.S. EPA's review of the ozone air quality standard. In: Proceedings of the U.S.-Dutch International Symposium on Air Pollution in the 21st Century; April; Noordwijk, The Netherlands. Argonne, IL: Argonne National Laboratory; ANL/DIS/CP-92660. Available: http://www.osti.gov/dublincore/gpo/servlets/purl/9748-Nh3avx/webviewable/9748.pdf (22 July 2003).

WHO. (2005). Principles of characterizing and applying human exposure models. (IPCS harmonization project document #3). Geneva, Switzerland: IPCS Project on the Harmonization of Approaches to the Assessment of Risk from Exposure to Chemicals. WHO (World Health Organization Available: http://whqlibdoc.who.int/publications/2005/9241563117_eng.pdf [7 March, 2007].

Widdicombe J; Lee LY. (2001). Airway reflexes, autonomic function, and cardiovascular responses. Environ Health Perspect, 109 Suppl 4, 579-584.

Widdicombe J. (2006). Reflexes from the lungs and airways: historical perspective. J Appl Physiol, 101, 628.

Widdicombe JG. (2003). Overview of neural pathways in allergy and asthma. Pulm Pharmacol Ther, 16, 23-30.

Wiley JA; Robinson JP; Cheng Y-T; Piazza T; Stork L; Pladsen K. (1991a). Study of children's activity patterns: final report. Report # ARB-R-93/489. Sacramento, CA; California Air Resources Board.

Wiley JA; Robinson JP; Piazza T; Garrett K; Cirksena K; Cheng Y-T; Martin G. (1991b). Activity patterns of California residents. Final report. Report #ARB/R93/487. Sacramento, CA; California Air Resources Board.

Willis A; Jerrett M; Burnett RT; Krewski D. (2003). The association between sulfate air pollution and mortality at the county scale: an exploration of the impact of scale on a long-term exposure study. J Toxicol Environ Health A, 66, 1605-1624.

Wilson AM; Wake CP; Kelly T; Salloway JC. (2005). Air pollution, weather, and respiratory emergency room visits in two northern New England cities: an ecological time-series study. Environ Res, 97, 312-321.

Wilson WE; Brauer M. (2006). Estimation of ambient and non-ambient components of particulate matter exposure from a personal monitoring panel study. J Expo Sci Environ Epidemiol, 16, 264-274.

Winberry WT, Jr.; Ellestad T; Stevens B. (1999). Compendium method IO-4.2: determination of reactive acidic and basic gases and strong acidity of atmospheric fine particles (< 2.5 mum). Report #EPA/625/R-96/010a. Cinncinati, OH; Center for Environmental Research Information; Office of Research and Development, U.S. Environmental Protection Agency. Available: http://www.epa.gov/ttn/amtic/files/ambient/inorganic/mthd-4-2.pdf [2 May, 2007].

Winterton DL; Kaufman J; Keener CV; Quigley S; Farin FM; Williams PV; Koenig JQ. (2001). Genetic polymorphisms as biomarkers of sensitivity to inhaled sulfur dioxide in subjects with asthma. Ann Allergy Asthma Immunol, 86, 232-238.

Wolff RK; Griffith WC; Henderson RF; Hahn FF; Harkema JR; Rebar AH; Eidson AF; McClellan RO. (1989). Effects of repeated inhalation exposures to 1-nitropyrene, benzo[a]pyrene, Ga2O3 particles, and $SO_2$ alone and in combinations on particle clearance, bronchoalveolar lavage fluid composition, and histopathology. J Toxicol Environ Health, 27, 123-138.

Wong CM; Atkinson RW; Anderson HR; Hedley AJ; Ma S; Chau PY-K; Lam T-H. (2002a). A tale of two cities: effects of air pollution on hospital admissions in Hong Kong and London compared. Environ Health Perspect, 110, 67-77.

Wong CM; Ma S; Hedley AJ; Lam T. (1999a). Does ozone have any effect on daily hospital admissions for circulatory diseases? J Epidemiol Community Health 1999 53: 9, 580-581 5 ref.

Wong CM; Ma S; Hedley AJ; Lam TH. (2001a). Effect of air pollution on daily mortality in Hong Kong. Environ Health Perspect, 109, 335-340.

Wong GW; Ko FW; Lau TS; Li ST; Hui D; Pang SW; Leung R; Fok TF; Lai CK. (2001b). Temporal relationship between air pollution and hospital admissions for asthmatic children in Hong Kong. Clin Exp Allergy, 31, 565-569.

Wong TW; Lau TS; Yu TS; Neller A; Wong SL; Tam W; Pang SW. (1999b). Air pollution and hospital admissions for respiratory and cardiovascular diseases in Hong Kong. Occup Environ Med, 56, 679-683.

Wong TW; Tam WS; Yu TS; Wong AH. (2002a). Associations between daily mortalities from respiratory and cardiovascular diseases and air pollution in Hong Kong, China. Occup Environ Med, 59, 30-35.

Wong TW; Wun YT; Yu TS; Tam W; Wong CM; Wong AH. (2002b). Air pollution and general practice consultations for respiratory illnesses. J Epidemiol Community Health, 56, 949-950.

Woodruff TJ; Parker JD; Kyle AD; Schoendorf KC. (2003). Disparities in exposure to air pollution during pregnancy. Environ Health Perspect, 111, 942-946.

Wright AL; Hons FM; Lemon RG; McFarland ML; Nichols RL. (2007). Stratification of nutrients in soil for different tillage regimes and cotton rotations. Soil & Tillage Research, 96, 19-27.

Wu D; Meng Z. (2003). Effect of sulfur dioxide inhalation on the glutathione redox system in mice and protective role of sea buckthorn seed oil. Arch Environ Contam Toxicol, 45, 423-428.

Xu X; Ding H; Wang X. (1995). Acute effects of total suspended particles and sulfur dioxides on preterm delivery: a community-based cohort study. Arch Environ Health, 50, 407-415.

Xu XP; Dockery DW; Wang LH. (1991). Effects of air pollution on adult pulmonary function. Arch Environ Health, 46, 198-206.

Yallop D; Duncan ER; Norris E; Fuller GW; Thomas N; Walters J; Dick MC; Height SE; Thein SL; Rees DC. (2007). The associations between air quality and the number of hospital admissions for acute pain and sickle-cell disease in an urban environment. Br J Haematol, 136, 844-848.

Yang CY; Tseng YT; Chang CC. (2003a). Effects of air pollution on birth weight among children born between 1995 and 1997 in Kaohsiung, Taiwan. J Toxicol Environ Health A, 66, 807-816.

Yang CY; Chang CC; Chuang HY; Tsai SS; Wu TN; Ho CK. (2004a). Relationship between air pollution and daily mortality in a subtropical city: Taipei, Taiwan. Environ Int, 30, 519-523.

Yang CY; Chen YS; Yang CH; Ho SC. (2004b). Relationship between ambient air pollution and hospital admissions for cardiovascular diseases in Kaohsiung, Taiwan. J Toxicol Environ Health A, 67, 483-493.

Yang CY; Chen CJ. (2007). Air pollution and hospital admissions for chronic obstructive pulmonary disease in a subtropical city: Taipei, Taiwan. J Toxicol Environ Health A, 70, 1214-1219.

Yang Q; Chen Y; Shi Y; Burnett RT; McGrail KM; Krewski D. (2003b). Association between ozone and respiratory admissions among children and the elderly in Vancouver, Canada. Inhal Toxicol, 15, 1297-1308.

Yang Q; Chen Y; Krewski D; Burnett RT; Shi Y; McGrail KM. (2005). Effect of short-term exposure to low levels of gaseous pollutants on chronic obstructive pulmonary disease hospitalizations. Environ Res, 99, 99-105.

Yargicoglu P; Agar A; Gumuslu S; Bilmen S; Oguz Y. (1999). Age-related alterations in antioxidant enzymes, lipid peroxide levels, and somatosensory-evoked potentials: effect of sulfur dioxide. Arch Environ Contam Toxicol, 37, 554-560.

Yargicoglu P; Gumusluoriob; Agar A; Korgun DK; KucukatayVS. (2001). Effect of sulfur dioxide inhalation on erythrocyte antioxidant status, food intake, and lipid peroxidation during aging. Arch Envion Health 56, 53-57.

Yildirim Z; Kilic T; Koksal N; Kotuk M. (2005). Protective effect of ipratropium bromide on bronchoconstriction induced by sulfur dioxide exposure during apricot sufurization processes that causes asthma-like syndrome in agricultural environment. Pharmacol Res, 51, 479-482.

Zanis P; Trickl T; Stohl A; Wernli H; Cooper O; Zerefos C; Gaeggeler H; Schnabel C; Tobler L; Kubik PW; Priller A; Scheel HE; Kanter HJ; Cristofanelli P; Forster C; James P; Gerasopoulos E; Delcloo A; Papayannis A; Claude H. (2003). Forecast, observation and modelling of a deep stratospheric intrusion event over Europe. Atmos Chem Phys, 3, 763-777.

Zanobetti A; Schwartz J; Gold D. (2000). Are there sensitive subgroups for the effects of airborne particles? Environ Health Perspect, 108, 841-845.

Zanobetti A; Schwartz J. (2001). Are diabetics more susceptible to the health effects of airborne particles? Am J Respir Crit Care Med, 164, 831-833.

Zanobetti A; Schwartz J. (2002). Cardiovascular damage by airborne particles: are diabetics more susceptible? Epidemiology, 13, 588-592.

Zeger SL; Thomas D; Dominici F; Samet JM; Schwartz J; Dockery D; Cohen A. (2000). Exposure measurement error in time-series studies of air pollution: concepts and consequences. Environ Health Perspect, 108, 419-426.

Zeghnoun A; Czernichow P; Beaudeau P; Hautemaniere A; Froment L; Le Tertre A; Quenel P. (2001). Short-term effects of air pollution on mortality in the cities of Rouen and Le Havre, France, 1990-1995. Arch Environ Health, 56, 327-335.

Zhang JZ; Millero FJ. (1991). The rate of sulfite oxidation in seawater. Geochimica et Cosmochimica Acta, 55, 677-685.

Zmirou D; Barumandzadeh T; Balducci F; Ritter P; Laham G; Ghilardi J-P. (1996). Short term effects of air pollution on mortality in the city of Lyon, France, 1985-90. J Epidemiol Community Health, 1, S30-S35.

Zmirou D; Schwartz J; Saez M; Zanobetti A; Wojtyniak B; Touloumi G; Spix C; Ponce de Leon A; Le Moullec Y; Bacharova L; Schouten J; Pönka A; Katsouyanni K. (1998). Time-series analysis of air pollution and cause-specific mortality. Epidemiology, 9, 495-503.