

COMMISSION
Kevin Beckner – Chairman
Lesley "Les" Miller – Vice Chairman
Victor Crist
Ken Hagan
Al Higginbotham
Sandy Murman
Mark Sharpe

ENVIRONMENTAL PROTECTION COMMISSION
HILLSBOROUGH COUNTY

Roger P. Stewart Center
3629 Queen Palm Dr. Tampa, FL 33619
Ph: (813) 627-2600

Fax Numbers (813):

| Admin | 627-2620 | Waste | 627-2640 |
|---|---|---|---|
| Legal | 627-2602 | Wetlands | 627-2630 |
| Water | 627-2670 | Air | 627-2660 |
| Lab | 635-8061 | | |

Executive Director
Richard D. Garrity, Ph.D.

May 17, 2011

Mr. Mike Halpin, Director
Division of Air Resource Management
Florida Department of Environmental Protection
2600 Blair Stone Road, MS#5510
Tallahassee, Florida 32399-2400

Re: Recommendation for the $SO_2$ Designation and Nonattainment Area in Hillsborough County

Dear Mr. Halpin,

It is our understanding that the implementation of the recently revised primary national ambient air quality standard (NAAQS) for sulfur dioxide ($SO_2$) requires states to submit designation recommendations to the US EPA Administrator by June 3, 2011. Since one $SO_2$ monitor in Hillsborough County is currently exceeding the revised air quality standard for $SO_2$, I offer the following comments and enclosed information in support of Secretary Vinyard's recommendation to the EPA.

The Environmental Protection Commission of Hillsborough County (EPC) maintains and operates four (4) continuous air monitors to measure $SO_2$ and determine compliance with the $SO_2$ NAAQS. These four monitors were individually located to measure areas of maximum population exposure, large sources of $SO_2$ emissions, or background concentrations on an urban scale. The violating monitor is East Bay (12-057-0109) located about 0.6 miles southeast of Mosaic's Riverview facility and its three (3) sulfuric acid manufacturing plants. The facility is a Title V source and is major for $SO_2$. For your convenience, I have enclosed an aerial photograph of the East Bay monitor and surrounding communities. The monitor was placed there in 1997 as a source-oriented special purpose monitor (SPM). Under previous ownership, the facility had been the subject of citizen complaints and EPC responded by setting up a monitor.

For the past six years, East Bay has been the only $SO_2$ monitor with a design value above the new 1-hr standard. Currently the design value for all other $SO_2$ monitors in the County are less than 65% of the standard, thus we believe that the population exposed to the unacceptable levels of $SO_2$ is limited to the area surrounding the East Bay site. Enclosed is a table showing all the southern Hillsborough County site design values for the new 1-hour $SO_2$ standard applied retroactively.

An agency with values of environmental stewardship, integrity, honesty, and a culture of fairness and cooperation.

Williams v Mosaic UNGERS_006543

In addition, the historical record of the meteorological measurements and observed $SO_2$ concentrations clearly indicate that fertilizer manufacturing facility is the single source contributing to the $SO_2$ violations at the monitoring site. $SO_2$ pollution roses were generated for the days in 2010 when the maximum 1-hr average concentration was above 75 ppb. They indicate the predominant wind direction was from the northwest ordinal quadrant at 5 to 10 mph. During these periods, the acid plants were operating in compliance, but were directly upwind of East Bay. As the wind speed and direction gradually shifted from these values, the levels returned to typical background. A pollution rose and meteorological data chart representative of a typical high value day are attached.

As stated in the US EPA Memorandum, "Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards", dated March 24, 2011, direct emissions of sulfur dioxide will result in the highest concentrations close to the source. When combined with a short 1-hour averaging time for comparison to the standard, it is expected that concentrations will diminish significantly with time and distance. In light of the fact that none of our other $SO_2$ monitors are recording ambient levels near the NAAQS, and the current East Bay monitor is only impacted during certain localized metrological conditions, we recommend a limited non-attainment boundary of 1.5 km.

Be advised as time and resources warrant, EPC will look into doing some additional $SO_2$ monitoring in the Riverview area with our mobile monitoring equipment. Any data collected prior to the EPA having to make a final determination in June of 2012, will be shared with the State. We feel this will be helpful in setting any non-attainment boundary whether it be 1.5 km or otherwise.

Limiting the non-attainment area will allow the State to minimize any unnecessary or unintended economic impact to other facilities and at the same time to work expediently to assist the surrounding community. We will continue to work closely with Mosaic and the State to address this issue. The facility has been cooperative and appears committed to remedying the situation.

Thank you for your consideration. If you need any additional information, please let me know.

Sincerely,

Jerry Campbell

Jerry Campbell, P.E.
Air Management Division Director

cc: Stephen R. David, Mosaic Fertilizer, LLC
Larry George, Administrator, FDEP OPAPM

Encs.



# East Bay Air Monitor

Google

Williams v Mosaic

UNGERS_006545

HILLSBOROUGH COUNTY SULFUR DIOXIDE (PPB)

| YEAR | DAVIS ISLAND | | SIMMONS PARK | | EAST BAY | | CAUSEWAY | | BIG BEND | | GIANTS FISH CAMP | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 Hr High | Design | 1 Hr High | Design | 1 Hr High | Design | 1 Hr High | Design | 1 Hr High | Design | 1 Hr High | Design |
| 1984 | 238 | - | | | | | 291 | - | 370 | - | | |
| 1985 | 171 | - | | | | | 240 | - | 650 | - | | |
| 1986 | 190 | 130 | | | | | 300 | 206 | 320 | 264 | | |
| 1987 | 181 | 123 | | | | | 254 | 192 | 290 | 254 | | |
| 1988 | 287 | 164 | | | | | 245 | 193 | 258 | 226 | | |
| 1989 | 224 | 174 | | | | | 252 | 182 | 325 | 239 | | |
| 1990 | 212 | 172 | | | | | 375 | 195 | 235 | 210 | | |
| 1991 | 395 | 156 | | | | | 282 | 195 | 76 | 157 | | |
| 1992 | 224 | 159 | 345 | - | | | 327 | 218 | 109 | 101 | 211 | - |
| 1993 | 189 | 155 | 199 | - | | | 266 | 220 | 132 | 75 | 226 | - |
| 1994 | 320 | 156 | 255 | 204 | | | 212 | 213 | 203 | 113 | 236 | 182 |
| 1995 | 310 | 152 | 210 | 170 | | | 327 | 189 | 286 | 123 | 227 | 178 |
| 1996 | 171 | 143 | 176 | 156 | | | 294 | 187 | 323 | 153 | | |
| 1997 | 209 | 132 | 157 | 124 | 167 | - | 203 | 178 | 219 | 165 | | |
| 1998 | 205 | 123 | 120 | 110 | 186 | - | 284 | 181 | 278 | 175 | | |
| 1999 | 153 | 130 | 195 | 113 | 277 | 145 | 210 | 160 | 176 | 172 | | |
| 2000 | 136 | 118 | 218 | 116 | 144 | 134 | 305 | 166 | | | | |
| 2001 | 130 | 107 | 383 | 120 | 203 | 133 | 250 | 165 | | | | |
| 2002 | 192 | 109 | 172 | 107 | 164 | 137 | 169 | 159 | | | | |
| 2003 | 108 | 100 | 135 | 99 | 167 | 146 | 131 | 140 | | | | |
| 2004 | 79 | 93 | 76 | 81 | 187 | 138 | 31 | 89 | | | | |
| 2005 | 91 | 74 | 92 | 68 | 151 | 133 | 98 | 70 | | | | |
| 2006 | 161 | 72 | 143 | 49 | 130 | 117 | 40 | 44 | | | | |
| 2007 | 124 | 71 | 83 | 47 | 143 | 119 | 39 | 44 | | | | |
| 2008 | 71 | 62 | 35 | 37 | 189 | 115 | | | | | | |
| 2009 | 39 | 50 | 24 | 29 | 136 | 118 | | | | | | |
| 2010 | 67 | 47 | 32 | 23 | 119 | 110 | | | | | | |

5/5/2011