## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RHONDA WILLIAMS, a single person,
        Plaintiff,

v.

MOSAIC FERTILIZER, LLC, a Delaware     Case No. 8:14-cv-1748-T-35TGW
Corporation doing business in Florida
        Defendant.
_____/

### PLAINTIFF'S NOTICE OF FILING TRANSCRIPTS

Plaintiff, RHONDA WILLIAMS, ("Plaintiff"), by and through her undersigned attorneys, hereby files this Notice of Filing the deposition transcripts of Dorothy Ogundu, M.D., and Paul M. Deutsch, Ph.D., CRC, CCM, CLCP, FIALCP, Licensed Mental Health Counselor, without exhibits.[1] The deposition transcripts are attached hereto as Exhibits A, B, and C.

Dated March 25, 2016.

       /s/
 *Laureen Galeoto*
 Laureen Galeoto, Trial Counsel
 FBN 0194107
 Law Office of Laureen Galeoto, PLLC
 100 S. Ashley Drive, Ste. 600
 Tampa, FL 33602
 P. 813.280.9326
 Laureen@laureenlaw.com


 William P. Walker, Jr.
 Walker Morgan, LLC
 135 E. Main Street

---

[1] On January 27, 2016, Plaintiff filed a Motion for Leave to File Under Seal Deposition Transcripts with Exhibits (Doc. 120). Upon receipt of the Order directing Plaintiff concerning treatment of the exhibits to the depositions, Plaintiff will file as directed.

Lexington, SC  29072  
P. 803.359.6194  
bw@walkermorgan.com  

Tampa, FL  33602  
P. 813.964.6515  
Maryellen@thegreencounselor.com  

Mary Ellen Hogan  
FBN 0065372  
The Green Counselor, PLLC  
100 S. Ashley Drive, Ste. 600  

CERTIFICATE OF SERVICE

The undersigned certifies that on March 25, 2016, that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

____/S/_____  
Laureen Galeoto

Counsel for Ms. Williams