1   UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF FLORIDA
2   TAMPA DIVISION
    ----------------------------------x
3   RHONDA WILLIAMS,

4                     Plaintiff,
                                Civil Action No.
5        -against-            8:14-CV-1748
                                 MSS-TGW
6   MOSAIC FERTILIZER, LLC,

7                     Defendant.
    ----------------------------------x
8                     November 6, 2015
                      10:43 a.m.
9

10       Videotaped Deposition of DOROTHY OGUNDU,

11   M.D., taken by Defendant, pursuant to subpoena,

12   at the offices of Greenberg Traurig, P.A., 200

13   Park Avenue New York, New York, before SUZANNE

14   PASTOR, a Shorthand Reporter and Notary Public

15   within and for the State of New York.

16

17

18

19

20

21

22

23

24

25

1

BARKLEY
Court Reporters

1    A P P E A R A N C E S:

2        LAUREEN GALEOTO, ESQ.
         Attorney for Plaintiff
3                100 Ashley Drive, Suite 600
                 Tampa, Florida 33602
4                813.397.3800
                 laureen@laureenlaw.com

5

6        GREENBERG TRAURIG, P.A.
7        Attorneys for Defendant
                 101 E. Kennedy Boulevard, Suite 1900
8                Tampa, Florida 33602

9        BY:     CHRISTOPHER TORRES, ESQ.
                 813.318.5700
10               torresch@gtlaw.com

11

12

13   ALSO PRESENT:

14       Shi-La Hollis, Videographer

15

16

17

18

19

20

21

22

23

24

25

2

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1                          INDEX

2
       WITNESS          EXAMINATION BY          PAGE
3
       Dr. Ogundu       Mr. Torres                  5
4                       Ms. Galeoto              215
                        Mr. Torres               244
5                       Mr. Torres               260

6
                          EXHIBITS
7
       OGUNDU          DESCRIPTION             PAGE
8
       Exhibit 1     Subpoena                    11
9
       Exhibit 2     Affidavit of Service        14
10
       Exhibit 3     Flushing 01 through 02      14
11                   and Ogundu 1 through 5

12     Exhibit 4     Williams 1854 through      127
                     1855
13
       Exhibit 5     Williams 1873              139
14
       Exhibit 6     AMIT 17 through 18         141
15
       Exhibit 7     Transcript Excerpt of      151
16                   Dr. Mink

17     Exhibit 8     Mink 742 through 783       157

18     Exhibit 9     Office Visit Record        179

19     Exhibit 10    Medical Record, Dr.        185
                     Robbins
20
       Exhibit 11    Medical Record of Dr.      187
21                   Shah

22     Exhibit 12    Medication List            195

23     Exhibit 13    Notes of Dr. Ogundu        261

24        (Exhibits accompany the transcript.)

25


                            3

                   DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1           THE VIDEOGRAPHER:  Here begins tape

2  number 1 of the videotaped deposition of

3  Ms. Dorothy Ogundu in the matter of Ronda

4  Williams, plaintiff, against Mosaic Fertilizer,

5  LLC, et al., defendants, in the United States

6  District Court, Middle District of Florida,

7  Tampa division, case number 8:14-CV-1748-MS-TGW.

8           This deposition is being held at

9  the law offices of Greenberg Traurig located at

10  200 Park Avenue, New York, New York on November

11  6, 2015 at approximately 10:43 a.m.

12           My name is Shi-La Hollis, I am the

13  legal video specialist.  The court reporter is

14  Suzanne Pastor and we are both in association

15  with Barkley Reporting Services, Inc.

16           Will all counsel present please

17  introduce yourself for the record.

18           MR. TORRES:  Christopher Torres

19  representing Mosaic Fertilizer.  I also have on

20  the phone with me a consulting expert Dr. Keith

21  Tolson.

22           MS. GALEOTO:  Laureen Galeoto on

23  behalf of the plaintiff Ms. Williams.

24           THE VIDEOGRAPHER:  Will the court

25  reporter please swear in the witness.

4

BARKLEY
Court Reporters

```
 1                    DOROTHY OGUNDU,

 2   residing at 8711 Clover Hill Road, Holliswood,

 3   New York 11423, having been first duly sworn by

 4   the Notary Public (Suzanne Pastor), was examined

 5   and testified as follows:

 6   EXAMINATION BY

 7   MR. TORRES:

 8        Q.    Dr. Ogundu, my name is Christopher

 9   Torres, T-O-R-R-E-S.  I represent Mosaic

10   Fertilizer.  I am taking your deposition today

11   in the case of Ronda Williams versus Mosaic

12   Fertilizer.

13               I'm going to ask you questions as

14   part of a fact-finding, and I will need you to

15   give verbal responses to my questions.  Do you

16   understand that?

17        A.    Yes, sir.

18        Q.    Thank you.  Can you please state

19   your name and address on the record?

20        A.    Dorothy Ogundu, D-O-R-O-T-H-Y,

21   O-G-U-N-D-U.

22        Q.    And your --

23        A.    8711 Clover Hill Road, Holliswood,

24   New York 11423.

25        Q.    Thank you.  Are you competent to
```

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    answer my questions, meaning that there's no

2    condition or you're not on any drugs or

3    medications that might affect your memory?

4         A.    Not that I know of.

5         Q.    Thank you.  If I ask you a question

6    that you don't understand, please let me know

7    and I will rephrase it.  Is that okay?

8         A.    Yes, sir.

9         Q.    Thank you.  The court reporter is

10   obviously preparing a transcript today, so we

11   need to take turns speaking.  Is that fair?

12        A.    Sure.

13        Q.    Thank you.

14              If you need to take a break, let me

15   know and we will take a break.  The only thing I

16   will ask is that we don't break while a question

17   is pending.  Is that okay?

18        A.    Sounds fair.

19        Q.    Thank you.

20              Are you being represented by

21   counsel today?

22        A.    Not that I know of.

23        Q.    Do you understand that unless --

24   well, it's okay.

25              How did you prepare for today's

6

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    deposition, doctor?

2         A.    Well, actually, I got a surprise

3    subpoena from your -- at 7:30 during dinner.  I

4    was told to come, then I found that I may not be

5    coming.  And then I found out yesterday that I

6    will be coming.

7         Q.    Why do you call it a surprise?

8         A.    Well, it's not every day I get a

9    subpoena from Mosaic to appear in Manhattan or

10   anywhere else.

11        Q.    Did you speak with anyone in

12   preparation of this deposition?

13        A.    When you say "preparation," I guess

14   that's kind of a loaded question.  What does

15   that mean?

16        Q.    Did you speak with anyone regarding

17   today's deposition?

18        A.    Yes, I did.

19        Q.    Whom?

20        A.    I spoke to an attorney that called

21   me, I have never seen her, by her name.  I

22   recall --

23        Q.    Ms. Galeoto?

24        A.    Ms. Galeoto and what she literally

25   said she would be here at 9:30 or -- that was

                        7

BARKLEY
Court Reporters

1    the first time I had spoken to her, at 9:30 or

2    something, that my deposition would be pushed

3    forward from ten o'clock to 10:30.

4         Q.    Okay.

5         A.    And if it was okay by me, and I

6    said yes.  And she did ask me do I remember

7    Ms. Williams.  I said yes, of course I do.  I

8    have several patients all over the world with

9    this problem, so yes, I do remember her.

10         Q.    Was that the first time you'd

11    spoken to Ms. Galeoto?

12         A.    In my whole life, yes.

13         Q.    And the extent of your conversation

14    was regarding the time that you were supposed to

15    be here today?

16         A.    Literally because I was trying to

17    get food when she get some -- I think it was

18    dinner, when she called.

19         Q.    Did you review any records or

20    documents in preparation for today's deposition?

21         A.    Well, I wouldn't say I reviewed.  I

22    did get my notes that I had on Ms. Williams.

23         Q.    Okay.

24         A.    And because I think somewhere there

25    it said bring everything you have.

8

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1        Q.    Yes.  Is that the extent, what you

2   have there, of your notes regarding

3   Ms. Williams?

4        A.    Yes.

5        Q.    Can I see them, please?

6        A.    Sure you may.

7        Q.    Thank you.

8        A.    I will give you the ones that

9   pertains to her.  The other ones are something I

10  read on the train.

11       Q.    And what are these other records

12  that you have?

13       A.    I don't think you'll be interested

14  in them.  This is my -- this is a Dialogue on

15  Gender Equality for Africa.  I don't think it

16  has anything to do with Mosaic, right?

17       Q.    It should not.  What else do you

18  have there?

19       A.    This is just my notes.

20       Q.    For what?

21       A.    It's my notes.

22       Q.    Your notes regarding --

23       A.    Not Ms. Williams, no.

24       Q.    Can you tell us notes regarding

25  what?

                           9

BARKLEY
Court Reporters

```
 1          A.      Well, it is notes on allergies,
 2    it's notes on vitamins.  And these are my
 3    general -- because that's what I do for most of
 4    my patients.
 5          Q.      Can I see those?
 6          A.      Do you mind if I have this?
 7          Q.      I'll give them back to you.
 8          A.      Okay.
 9          Q.      Thank you.
10                  I see some handwritten notes here
11    on the back relating to G6PD, is that right?
12          A.      Yes.
13          Q.      Two pages?
14          A.      Yes.
15          Q.      And those are all of the
16    documents --
17          A.      Well, one page I'll say yes.
18          Q.      Which page?
19          A.      This is a page for dental work.
20          Q.      That page relates to G6PD?
21          A.      Up to here, yes.
22          Q.      Up to where it says Pythagoras?
23          A.      I would say yeah -- well, yeah,
24    Pythagoras.
25          Q.      I'm just going to leave this to the
```

10

1   side and I'm going to ask to make a photocopy of

2   just this part of the page, okay?

3        A.    That's fine.

4        Q.    And those other notes, do those

5   relate in any way to G6PD?

6        A.    You want to see that?

7        Q.    Yes, please.  Thank you so much.

8              Do these notes in any way relate to

9   Ms. Williams?

10       A.    Not these ones, no.

11       Q.    Even though the last page -- can I

12   see the last one more time.  The last page says

13   from Ronda Williams, Dr. Dorothy Ogundu.

14       A.    My daughter put that there because

15   she was trying to tell me this.

16       Q.    Understood.

17       A.    And she packed them together.

18       Q.    And I'm going to hand these to

19   Ms. Galeoto so she can take a look at them as

20   well.

21             (Ogundu Exhibit 1 for identification,

22   Subpoena)

23       Q.    I'm going to hand you Ogundu

24   document 1, Exhibit 1.

25       A.    That's the same as this?

11

BARKLEY
Court Reporters

1     Q.     Is that the subpoena you were

2   served?

3     A.     Yes.

4     Q.     Exhibit 1 is the subpoena you were

5   served.  And we originally tried to serve you at

6   an address of 45-0 Parsons Boulevard, Flushing.

7     A.     Yes.

8     Q.     What address is that?

9     A.     It was a place I worked at about 15

10  years ago.

11    Q.     And what place was that?

12    A.     That's Flushing Hospital.  You must

13  have gotten it from the internet.

14    Q.     Probably.  And when did you stop

15  working at Flushing Hospital?

16    A.     I think it was early 2000.

17    Q.     Early 2000.

18    A.     Yes.

19    Q.     Exhibit A to this document are

20  documents we asked you to bring or to produce.

21  Are the notes that you brought today regarding

22  Ms. Williams all of your records relating to

23  Ms. Williams?

24    A.     Yes, except those I have in my

25  head, yes.

12

BARKLEY
Court Reporters

1          Q.      Those are the only written notes

2    that you have or records that you have regarding

3    Ms. Williams?

4          A.      Yes.

5          Q.      Do you normally keep patient

6    records?

7          A.      Well, some patients I do.  Some

8    patients I give them their records, just like I

9    gave these to Ms. Williams to send to her

10   doctors.  So it depends on what kind of patients

11   I have.

12         Q.      What kind of patient was

13   Ms. Williams that you e-mailed her records?

14         A.      Well, I have some patients for

15   example who have G6PD.  They may be in

16   Australia, wherever they are.  Or North Dakota.

17   And they can have, like you have, there's

18   something, they call it -- IT man, help me out

19   here.  Some videos, something where you can talk

20   back and forth.  So if their doctor needs some

21   help, I can go in there and we'll talk, like you

22   and I are talking now, I can see the patient and

23   I can say what I have to say.  I don't need to

24   keep that record because I'm talking to the

25   doctor.

13



1      Q.     So you might communicate with a

2   person by Skype?

3      A.     That's it.  That's the app.  My

4   kids set that up, Skype.  You got it, Skype,

5   yes.

6      Q.     I'll get into this a little more.

7          (Ogundu Exhibit 2 for identification,

8   Affidavit of Service)

9      Q.     I'm going to hand you Exhibit 2.

10     A.     Okay.

11     Q.     Is Exhibit 2 -- that's your home

12  address, that 8711 Clover Hill Road?

13     A.     Yes.  That's where he got me.

14          MR. TORRES:  Suzanne, will you

15  please mark that as Exhibit 3.

16          (Ogundu Exhibit 3 for identification,

17  Flushing 01 through 02 and Ogundu 1 through 5)

18     Q.     I'm handing you, Dr. Ogundu,

19  Exhibit 3.  Can you please take a look at that?

20     A.     Mm-hmm.

21     Q.     It looks like the first two pages

22  were requests from Flushing Hospital.

23     A.     Requests from or to them?

24     Q.     Requests to them for records.

25     A.     Okay.

14

BARKLEY
Court Reporters

1    Q.    And there are no records at

2  Flushing Hospital regarding Ms. Williams.  Do

3  you see that?

4    A.    Yes, I do see that.

5    Q.    And you never treated Ms. Williams

6  at Flushing Hospital, is that correct?

7    A.    I didn't know Ms. Williams in 2000.

8    Q.    So if you can turn the pages.

9    A.    Okay.

10    Q.    And look at the documents that are

11  marked with a number on the bottom.  I'll flip

12  them for you.  These are documents marked -- if

13  you see here on the bottom Ogundu number 1.

14    A.    Okay.

15    Q.    To the end, which is Ogundu number

16  5.  If you flip forward you'll see those numbers

17  on the bottom.

18    A.    Okay.

19    Q.    Can you please confirm that these

20  are all of your written records regarding

21  Ms. Williams?

22    A.    Yes, they are.  And I think they

23  are the same ones that I just saw with me.

24    Q.    Yes, well, documents 2 -- pages 2

25  through 5, Ogundu_2 through 5 are the same

15

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    documents.  It looks like you did not bring with

2    you Ogundu number 1.  Is that correct?

3         A.    Yeah, but I don't usually keep my

4    e-mails.

5         Q.    That's okay.  That's okay, I'm just

6    wanting to confirm that this is the body of

7    records that you have relating --

8         A.    Yes.

9         Q.    -- to Ms. Williams.

10        A.    Yes.

11        Q.    There's nothing more, correct?

12        A.    Not that I know of, no.  I

13   searched.

14        Q.    Can you turn to Ogundu -- oh, did

15   you compile these records?

16        A.    These ones?

17        Q.    These here.

18        A.    These ones.  I did it myself, yes.

19   I usually write it myself.

20        Q.    What I'm saying is when you got a

21   request for records, did you get these records

22   together yourself?

23        A.    From my stuff.

24        Q.    Yes?

25        A.    Yes.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      Q.     And when you say your stuff, what

2   is your stuff?  Is that a computer, is it paper

3   files?

4      A.     No.  What happens is that

5   sometimes -- if I do a consultation for you, in

6   this particular case I would send in a summary

7   to the patient involved.  If there's a doctor, I

8   would send -- if there's anybody they want me to

9   send it to, I will send it to them.  Usually

10  there is a primary physician who gets it, or if

11  you tell me to send it to AYZ Hospital, I'll

12  send it to you.  And then I will make a copy.

13  That will be signed and then I'll make a copy

14  for myself.

15          Now -- especially if it's an

16  ongoing thing.  Once it's finished, I usually

17  pack all your stuff.  If it's just a

18  consultation.  And then I give it to you because

19  I think it belongs to you.  The file belongs to

20  the patient.

21      Q.     So you made these records on a

22  computer, correct?

23      A.     Yes, I typed them on a computer,

24  yes.

25      Q.     Do you have that computer in your

17

BARKLEY
Court Reporters

1  home?

2       A.     No.

3       Q.     Where is that computer?

4       A.     Actually, it's at the AG's office.

5       Q.     And by AG, you mean Attorney

6  General?

7       A.     Yes.  Now, the thing about it is

8  that even if you do it on my computer, it's not

9  in the computer because once I finish it, it's

10  not like I log it into the computer.  I print it

11  out and then I send it and then that's it.

12       Q.     When you type it in your computer,

13  do you delete the file?

14       A.     Like I said, I'm not that savvy.

15  Yes, I do.  If it's something that is going to

16  take -- some people come, they're close by.

17  They come and they are very, very severe.  They

18  come every week or so.  I get what you call a

19  flash --

20       Q.     A flash drive?

21       A.     A flash drive.  And if not, I'm

22  going to have so many on that computer, I won't

23  have any space.  I don't have one of those

24  Apples.  And then I put it in there and then at

25  the end of this thing, I will give it to them.


18

BARKLEY
Court Reporters

1    Or we can put it on the CD, whatever, and then

2    we'll give it to them.  And then that's the end

3    of it.

4         Q.    Looking at this -- on page 1, can

5    you tell me who Kip Atkins is?  Do you know?

6         A.    I know that's the address that she

7    said send it to.  And then I make sure that I

8    cc -- she may not even have given it to me.  She

9    may have left it with the office, send it to

10   that address.

11        Q.    Is cc the cc RLW523, do you believe

12   that was Ms. Williams' --

13        A.    I think so.  That must be

14   Ms. Williams, yes.  Because it says RLW.

15        Q.    Yes.  Can you turn the page and I'd

16   like to look at --

17        A.    That's number 2?

18        Q.    Number 2, yes, thank you.  And I'd

19   like to look at that first paragraph which

20   reads, "Thank you for visiting Aki Life Health

21   Center.  During your visit we went over the

22   pathophysiology of G6PD deficiency, your health

23   history and physical examination, reviews of

24   your doctors' visits and laboratory test

25   reports."  Do you see that?

19

BARKLEY
Court Reporters

1          A.     I do.

2          Q.     When you say you went over her

3    health history and physical examination, what do

4    you remember that being?

5          A.     Well, like everybody else that have

6    G6PD that comes to me, they come by somebody

7    else telling them to come to me.  I didn't know

8    Ms. Williams from -- she had called.

9               The thing that I always tell them

10   is that I would like them to bring with them,

11   and they have to set out -- I don't care who it

12   is, but I don't do it like in a day.  I don't do

13   consultation one day.  I want to be able to, you

14   know, over a few days.  So you have to be able

15   to invest few days with me.

16         Q.     Okay.

17         A.     I want you to bring all your labs,

18   I want you to bring your blood work, I want you

19   to bring your doctors' notes, as much as of your

20   file as you can so that I'm not working in the

21   dark.

22              Then together -- and I want serial

23   of them so that it's not just one thing that I'm

24   seeing so that I can take a look and see what is

25   going on.  And then we go through it.  And if

BARKLEY
Court Reporters

1    possible, I like to call the doctor during the

2    consult and say X, Y, Z.

3              And I want them to know that she's

4    there with me.  I don't want it to be that they

5    didn't know.  They have to approve of it because

6    they are the primary care.

7         Q.    Did she bring records with her when

8    she met with you?

9         A.    She sure did.  She brought copies

10   of her labs and x-rays and CT scans and blood

11   work and doctors' notes, yes, she did.

12        Q.    Did you keep any copies of those

13   records?

14        A.    No.  No.  She took them -- piled it

15   and I specifically -- and I say this to all of

16   them.  This is your property, which it is.  I

17   may be a custodian.  I don't want that

18   responsibility.  You take it when you come in

19   and you take it.  And then I do a summary for

20   you and for your doctor.

21        Q.    So if you're doing a consultation,

22   why not keep copies of records that a patient

23   brings to you if you're going to consult with

24   them?

25        A.    Well, I look at health and medicine

21

BARKLEY
Court Reporters

1  differently.  If I'm the primary doctor, yes.  I

2  am not the primary doctor.  I come in to this

3  medicine maybe differently.  And that is where I

4  make sure you are responsible for your health,

5  just like -- you know.  And you know your

6  health, you know what's going on.

7        So if a car hits me tomorrow, if my

8  place burns down, and I've seen it happen, if my

9  place burns down, my office or whatever, that

10  you're not at my mercy and that you have your --

11  I have some patients who I have hands on.  That

12  means I'm the primary doctor.  Then I keep this,

13  but I still make copies for them.

14        Now, the ones that come, like I

15  say, or I'm Skyped, no, I don't.  I tell them

16  this is what you do.  I'm going to write you a

17  summary of what we have.  If your doctor doesn't

18  think it's so, let me know and sometimes I can

19  go back and forth.  Just like in her case, I've

20  spoken to her doctor, Dr. Robinson, several

21  times.  I've spoken to I think Dr. -- it's a

22  female, Fay --

23  Q.     Is it Sapranova?

24        MS. GALEOTO:  Vera?

25  A.     Vera.  Dr. Vera a few times.  I

22

BARKLEY
Court Reporters

1  have spoken to her kidney specialists and we

2  worked -- you know.  Because basically they're

3  their hands on, they're writing the notes, and

4  sometimes they're stumped as to what to do if

5  the kidney is failing.  Like if she's in the

6  hospital for kidney failure.  I've spoken to the

7  doctors in the hospital and they will call me.

8  If she's there as an emergency, believe it or

9  not, I may be driving from Holliswood to

10  Manhattan and I have to pull over.  I can't

11  write it down but I can talk to them because

12  I've lived G6PD.  So it's something that I wake

13  up and I eat and I walk.  So I would tell them

14  this, this, this, this, this.

15            It it's not an unknown thing in

16  medicine in the sense that if I have a patient

17  that has preeclampsia or whatever, and there is

18  a PIH going on and I call another doctor who's

19  let's say on the golf course and I say look,

20  that's her chart.  I know that you're gonna have

21  a patient here, the platelets are falling down,

22  he's not going to stop and write a note.  He's

23  going to give me a consult.

24            Now, if he charges me, then he

25  better have a note.  So your next question will

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  be did I charge Ms. Williams.  That's where

2  you're going, right?  No, I didn't.  No, I

3  didn't.

4      Q.    And why not?

5      A.    Well, why not.  First and foremost

6  I do this, like I said, I do it even for the

7  U.S. military when they have G6PD.  I do it for

8  people from India and what have you got.  It

9  doesn't choose who to affect.  And I don't

10  usually go to -- when I say it doesn't choose

11  who to affect, which means it doesn't affect

12  only to people that have bank account like

13  Donald Trump or Warren Buffet.  Let me even it

14  out, democrat and republican here.  It doesn't.

15          If I have to charge some of the

16  people to come to me, they wouldn't be able to

17  afford it.  Most people who do this, it's about

18  $800 an hour.  And she was there for three days.

19  I don't think she can afford it.  But I don't

20  think that -- that has been the reason I have --

21  I don't think that that should make you not get

22  the type of help you need.

23      Q.    Would that consultation not be

24  covered by health insurance?

25      A.    No.  That's the thing.  No.

24

BARKLEY
Court Reporters

1        Q.      Why not?

2        A.      Well, they don't because -- well,

3    when I say they don't, first and foremost, I

4    think she's covered under Florida.  I'm in New

5    York.  And these insurance people always

6    fighting over -- unless you're losing an arm and

7    a limb, even then, you know?

8                And the other thing is I think it's

9    also that she has problem -- I think she has

10   Medicaid if I remember.  Because when we even

11   tried to get certain medication for her to

12   survive, it was a problem.  And we have to fight

13   with the insurance company to cover her for it.

14   And I had to, you know, intervene.  And I think

15   Medicaid probably pays about $75, $25.  And you

16   know and I know that there's no way they're

17   going to pay me three days of keeping her in my

18   center, come in in the morning, leaving, and I'm

19   teaching her medication, teaching her yoga,

20   teaching her nutrition and going through all

21   that.  It's not going to happen.

22       Q.      Earlier you said something to the

23   effect that you do things a little different.

24       A.      Yes.

25       Q.      What did you mean by that?

25

BARKLEY
Court Reporters

1          A.      Well, I do things a little

2    different in the sense that I don't know about

3    you but there are not too many doctors that you

4    go and they give you three days and their

5    weekend.  And she's not the only one.  I do that

6    regularly.  If you need it, I'm going to do it.

7    I will even come to your house if you can't come

8    out.  And even if you're dying I'll come there

9    and make sure you don't die alone.  That takes

10   time.

11          And then the other thing is that I

12   actually will take you through things to eat and

13   not to eat.  If you don't know how to cook it,

14   we'll show you in the kitchen in the center how

15   to prepare it.  And we go through everything

16   that -- your background, where you are, where

17   you live, what you do, where you work.  What

18   kind of -- to get to the bottom of it.  It takes

19   time.  So I think that's different.

20          When I say I've been on both sides,

21   I'm also on OB/GYN, right?  And when patients

22   come in, you see the patient for maybe 10, 15

23   minutes at most, ten minutes at most.  That's

24   shorter than the hairdresser sees a woman, or

25   even your barber sees you.

26

BARKLEY
Court Reporters

1        Q.      It doesn't take my hair 15 minutes.

2        A.      I think it takes more than ten

3   minutes to get your hair the way you want it.

4   But the thing is, basically what do you know

5   about the person.  I mean, you have me sitting

6   here, right?  And you're trying to know what --

7   and look how long it's taking you -- you could

8   have said Dr. Ogundu, ask me boom boom boom, and

9   okay, go home to your children and have a good

10  day.  But you're not doing that.

11              And that's what I mean by

12  "different."  I have to know the patient, I have

13  to know what's going on.  And maybe it also has

14  to do with the fact that my background also

15  is -- I have psychology background.

16       Q.      So the way you say you do things

17  differently from other medical providers --

18       A.      I didn't say from other.  I said I

19  do things different.

20       Q.      The way you do things --

21       A.      Yes.

22       Q.      -- is you try to give a patient

23  time.

24       A.      Yes.

25       Q.      You try to get to know the patient.

27

BARKLEY
Court Reporters

1        A.      Yes.

2        Q.      You try to help them with their

3    diet.  Anything else?

4        A.      Well, it's not just that.  When

5    you're seeing patients, let's say a patient

6    comes in.  When she came in, her blood pressure

7    is 160 over 100.  Okay.  I saw it, 160 over 100.

8    I can bring up my prescription and then I'll

9    write you Aldomet.  And I'll tell you take two

10   stat and then take the other one at night and

11   then repeat the blood pressure.  Call into my

12   office and tell me.  I could do that, it takes

13   me maybe three, five minutes.  Or I could now

14   sit down with you, put you in a distress room,

15   which we have.  In the distress room there is

16   therapeutic machines that help you, and after

17   that see if the blood pressure comes down with

18   relaxation.  If it comes down, they bring you

19   back and repeat the blood pressure.  Then I will

20   ask you what is going on with your life, what's

21   happening.

22            Now, you may not even know it and

23   then you can tell me.  If we can help you, it

24   may be that you just found that you lost your

25   job, you just found out the landlord is going to

28

BARKLEY
Court Reporters

 1   throw you out.  I might not help you but maybe a

 2   phone call, can we have this woman, she have a

 3   baby, blah blah blah, can we do something.

 4   Knowing that somebody even cares helps.  And I

 5   may still give you the Aldomet to help

 6   immediately.  But you won't stay on it forever.

 7   We know now what is bothering you.  If we can

 8   take care of it, your blood pressure will be

 9   fine.  But I don't need to do that.

10        Q.     Is there a difference in your

11   practice between a patient, someone you consider

12   a patient and someone you consult with?

13        A.     Yes.

14        Q.     And what is that difference?

15        A.     Well, the difference for me is when

16   I consider somebody my regular patient, I am the

17   primary care, because OB/GYN -- we're the only

18   specialty that have specialty and primary care.

19             This is somebody that comes to me

20   if they have pneumonia, women usually, this is

21   somebody that comes to me if they have

22   pneumonia, they come to me if they get stuck

23   with nails, they come to me they can't sleep,

24   whatever it is, I'm their primary doctor.  Then

25   I am the doctor on record.

29

BARKLEY
Court Reporters

1                    If you happen to be, for example,

2      this week a patient that I have who is in North

3      Dakota for example, and the child is having some

4      problems and the doctors want to do XYZ and they

5      put me -- somebody tells them and they call me,

6      I will call the doctor, say for example, the

7      child got burned and they want to put this on,

8      and I say don't put hydralazine, don't put

9      sulfur on that.  And they go oh, my God, they

10     had sulfur.  I say I take it out immediately.

11     That's not my patient.  It's a consultation.

12     It's a consultation to, yes, that patient and

13     the doctor.  Maybe out of the goodness of my

14     heart or curiosity I will call.  But if they

15     call intermittently I will answer.

16                    But such patients also, I don't

17     charge them because they're already paying

18     another doctor.

19          Q.    So Ronda Williams, Ms. Williams was

20     not a patient of yours, is that fair to say?

21          A.    When you say she's not a patient of

22     mine, because I didn't bill her?

23          Q.    Right -- well, no, because you were

24     not a primary care physician to her.  You said

25     there was a difference between a consultation

BARKLEY
Court Reporters

1   and a patient.

2         A.    No, I think we're now splitting

3   hair.  I think when you're saying is she my

4   patient, in the realm of medicine she is my

5   patient.  Because if she calls me I will answer.

6   If a doctor calls me I will answer.  But when

7   I'm talking about the other patient, at the end

8   of the month do I send her a bill?  No.  Or

9   people like her, no.

10        Q.    And you don't keep records, her

11  records either.

12        A.    Well, I assume -- and I do know

13  Dr. Robinson keeps notes.  I do know Vera keeps

14  notes because when they talk to me and then I

15  ask -- the other reason also is that like you

16  have that.  When she goes for labs and things

17  like that, that's probably why I don't have this

18  and they sent it to me through -- whatever, what

19  do you call that thing they make picture?  They

20  make picture and they send it to my phone.

21        Q.    I'm not sure.

22        A.    What do they call it?

23             MS. GALEOTO:  Not Skype.  A picture

24  on your phone?

25        A.    Yes, they take a picture.

BARKLEY
Court Reporters

1          MS. GALEOTO:  They text you a

2  picture?

3          A.     Yes, but they take the picture of

4  whatever it is, like they can take a picture of

5  the labs and the doctor is there and then I'm

6  looking at it and then she will say what am I

7  seeing.  And then I can say take a look at the

8  CBC.  I don't like this.  Take a look at

9  reticulocytes.  Take a look at it and if it's

10  this, then this is what you're looking at.  If

11  it's that, this is what you're looking at.  If

12  the creatinine is going up, send her back to her

13  kidney doctor.  I will do that.  In that case I

14  don't have -- you know, it's like, I don't know.

15          Q.     All right, so you don't bill

16  Ms. Williams, you don't --

17          A.     Or any one of them that is like

18  her, no.  She's not the only one.  I don't want

19  you to pick --

20          Q.     I understand.  I understand.  And

21  you don't keep records in your files on her.

22          A.     You keep saying -- well, I kept the

23  ones I wrote that I feel --

24          Q.     Right, you kept the e-mail.

25          A.     It's not an e-mail.  It is a record

32

BARKLEY
Court Reporters

1   of summary of what happened.  I don't know if

2   you read it.

3        Q.    I did, of course.

4        A.    Well, I don't mean it that way.

5        Q.    Yes.

6        A.    I don't mean it that way.  Don't

7   take it that way.

8        Q.    I understand.  I understand.

9        A.    So I take -- I go to the meat of

10  this and medically what I'm interested in and

11  whatever that is there.  And then I send it to

12  them and then I tell them, and I say this is

13  what you do, this is what you do.

14       Q.    Is this accurate, in the records

15  that we're looking at, Ogundu number 2 --

16       A.    Which one?

17       Q.    -- in the first paragraph that she

18  had a three-day visit with you in August 2013?

19       A.    Is it accurate?

20       Q.    Yes.

21       A.    Very much so.  She flew in.  As a

22  matter of fact, I remember because the next

23  thing I knew I was called because she has a

24  problem also.

25       Q.    What problem was that?

BARKLEY
Court Reporters

1          A.     I think it was on the airplane or

2     so, to do with her oxygenation.

3          Q.     Do you remember what it was or is

4     that all?

5          A.     Well, it was a long time ago.

6          Q.     I understand.

7          A.     It was a long time ago.

8          Q.     If you don't remember, it's okay.

9     I'm just asking if you do.

10         A.     I remember them calling me and me

11    telling them what to do to make sure, you know,

12    to make sure she has oxygenation, she has fluid

13    and to give her X amount of air.  And if it

14    doesn't, they should call ambulance immediately.

15    But I was called later and said she stabilized.

16         Q.     Do you remember who you spoke to?

17         A.     No.  I think it's from the airline.

18    Airline people.

19         Q.     And when you said make sure she's

20    oxygenated, what did you mean by that?

21         A.     Well, when she came to me, which is

22    not unusual, I think I put it in there, she had

23    COPD.  And not only that, sometimes -- I don't

24    know if I mentioned to you, maybe your question

25    would be the fact that I have G6PD.

34

BARKLEY
Court Reporters

1      Q.    No, I'm not there yet.  I'm asking

2   about, you mentioned oxygenation.

3      A.    Yes.  The reason I'm saying it is

4   because I can see there is something here.  And

5   I'm beginning to feel it.  I'm beginning to feel

6   it.  If you remember when I came I asked, and

7   every now and then I'm going (indicating cough).

8   So some people would call it COPD when it gets

9   really bad, and as such, certain things would

10  activate edema and it will be like somebody who

11  has COPD.  Usually you don't have COPD unless

12  you have something like that, unless you're a

13  smoker or something like that.  From her history

14  she said she's not a smoker.

15     Q.    Do you remember what you told the

16  airline to do for her?

17     A.    Yes.  I remember I said something

18  about making sure she's oxygenated.  Start with

19  that.

20     Q.    And what does that -- how would you

21  instruct them to make sure that she is

22  oxygenated?

23     A.    Well, they're in the airports.  If

24  my recollection is right, I think she has her

25  own oxygen tank, too.  But in the airport we

35

BARKLEY
Court Reporters

1   usually keep -- because I've had emergencies for

2   other people that I intervene.  We usually have

3   oxygen tank for emergency.  If somebody's

4   hyperventilating or they're hypoxia, then you

5   can do that.  But at the same time I told

6   them -- I'm trying to remember -- to make sure

7   she's hydrated, to give her fluid.  No

8   medications, no antihistamine, just take her

9   away from the environment that she was in for a

10   while, just take her away.

11       Q.     And what was that environment when

12   she was having this event?

13       A.     You have to remember, I wasn't

14   there.

15       Q.     I understand.  You said you spoke

16   on the phone to you believe the airlines.

17       A.     Yes.

18       Q.     And you gave them instructions.

19   I'm trying to find out what those instructions

20   were.

21       A.     Well, I told you what I remember,

22   unless you want me to make up things.

23       Q.     No.

24       A.     Okay, so that's what I remember.  I

25   remember telling them, which I would do for any

36

BARKLEY
Court Reporters

1    G6PD person.  The first thing you do is make

2    sure -- because once it starts, you may lack

3    oxygen.  So make sure she's oxygenated, make

4    sure the ventilation is good.  Take her away

5    from that surrounding, whatever it is.  And then

6    you figure it out.

7         Q.    So the way she would -- the way you

8    would have instructed the airline to oxygenate

9    her was by giving her oxygen?

10        A.    Yes.  Yes.

11        Q.    Anything else?

12        A.    To oxygenate her?

13        Q.    Mm-hmm.

14        A.    No.  No.  Unless they're going to

15   intubate her.  Except if they're going to

16   intubate her.

17        Q.    You also mentioned hydration.

18        A.    Yes.

19        Q.    What is the relationship between

20   hydration and oxygenation?

21        A.    Well, we do know that water is made

22   up of oxygen and hydrogen.

23        Q.    Mm-hmm.

24        A.    I also know that, for example, if

25   you are dehydrated you're going to have

37

BARKLEY
Court Reporters

1   certain -- but you may not be dehydrated if --

2   how should I put it?  Let's say you have a

3   gutter and it's filled with garbage, there are

4   two ways to clean it.  You can either go

5   shoveling the garbage out or you can use water

6   and keep hosing it, hosing it until it becomes

7   clear, right?  You can do that.

8           So give oxygen and put in fluid.

9   Since she's drinking it, there is less chance of

10  her being -- having pulmonary edema because if

11  you give IV and you're not a doctor or there's

12  no doctor around, then you may do more harm.

13      Q.    I want to go through your

14  background --

15      A.    Sure.

16      Q.    -- and qualifications.  Can you

17  tell us where you went to college?

18      A.    I graduated from a school called

19  Loyola University in Chicago.

20      Q.    When did you graduate from college?

21      A.    My goodness.  Hmm.  I think 1977.

22      Q.    And where did you go to medical

23  school?

24      A.    Well, after that I went to Loyola

25  again.  I started with clinical psychology.  A

38

BARKLEY
Court Reporters

 1   master's in clinical psychology.  And working

 2   towards my Ph.D. in clinical psychology, decided

 3   to -- after the core, didn't do my clerkship and

 4   went to medical school.  And that was Chicago

 5   Medical School I went to.  It's in Illinois, in

 6   Chicago obviously.

 7       Q.    So you did an undergraduate degree

 8   at Loyola, you did a master's in clinical

 9   psychology.

10       A.    In Loyola.

11       Q.    In Loyola.  Did you do anything

12   beyond the master's degree in Loyola?

13       A.    Well, the course that you take for

14   clinical psychology is a master's/Ph.D., and

15   after you finish your core, then you do

16   clerkship, like one-year clerkship.  Well, I

17   kind of wanted to go to medical school.

18       Q.    So you did not do the clerkship.

19       A.    No.

20       Q.    You went to medical school.

21       A.    Yes.

22       Q.    And when did you graduate from

23   Chicago -- oh, when did you graduate from the

24   graduate work, or the master's at Loyola?

25       A.    I think it was -- I think it was

                        39

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    January '79.  And 1983 was my medical school.

2         Q.    So you graduated from Chicago

3    Medical in 1983.

4         A.    Yes, sir.

5         Q.    And did you do a -- where did you

6    do a residency?

7         A.    Well, I went back to Loyola to do

8    what we call a flexible year at the school

9    there, at Loyola Medical -- we call it Stritch.

10   Stritch Medical School.  One of the hospitals is

11   St. Francis.  So to do flexible.  And before

12   doing my rotation.  Flexible is where you do all

13   aspects of -- you go through all aspects of

14   medicine.  Surgery, oncology, hematology and all

15   that.  I wanted a background before

16   concentrating, so once I finished that, then I

17   went to OB/GYN.

18        Q.    And that's what you do your

19   rotation -- or was the rotation in --

20        A.    No, I have the flexible, which is

21   internship done, which is a different program.

22   And then after graduating from that, then I went

23   into OB/GYN.

24        Q.    Outside of college at Loyola, doing

25   the master's in clinical psychology at Loyola,

40

BARKLEY
Court Reporters

1  the flexible year at Loyola and Chicago Medical

2  School, do you have any other education outside

3  of that?  I know that's a lot, but do you have

4  anything more than that?

5      A.    It's not a lot.  When is learning

6  ever a lot?

7      Q.    Well, do you have any more than

8  that?  Or are we missing anything?

9      A.    Are we missing anything?  When I

10 finished I wanted to do health law and I was

11 told I couldn't take courses because I started a

12 program on sexual intervention, I wanted to

13 start that program for New York City.  And they

14 told me that I couldn't take health law unless I

15 go to law school to do that.  So I did.  I went

16 to law school and immediately they allowed me to

17 do my courses in health law.  I ran out.  Is

18 that okay?

19     Q.    Where did you do that?

20     A.    It was called New York Law School

21 in Church Street.  It was the cheapest I could

22 get.

23     Q.    I understand.  Where did you begin

24 practicing medicine?

25     A.    What do you mean by that?

41

BARKLEY
Court Reporters

1       Q.    Where?  What institution, what

2  hospital, what practice?  Walk me through your

3  employment history.

4       A.    When you say practicing, when I'm

5  an intern I am practicing.

6       Q.    I understand.

7          MS. GALEOTO:  Are you talking about

8  her flex here?

9       Q.    I'm talking about her employment

10  history as a practitioner.  Can you walk me

11  through that?

12       A.    Beyond --

13          MS. GALEOTO:  I just want to state

14  an objection for the record because I'm not so

15  sure it was clear.  Go ahead.

16       A.    I'm kind of a little confused.

17  Help me out.

18       Q.    When did you start practicing

19  medicine?

20       A.    But that's the whole thing.  Okay,

21  I started practicing medicine I guess 1983 when

22  I graduated from medical school.

23       Q.    Walk me through your employment

24  history from 1983.

25       A.    Okay, in 1983 I went to -- for my

BARKLEY
Court Reporters

1  flexible internship, I guess you mean when did I

2  get paid for practicing medicine.  Okay, so

3  that's my first pay.  And then I went to --

4  after that I went to a place, Brooklyn Jewish,

5  which is now after some years, I think it's

6  called Interfaith now in New York.

7       Q.    When was that?

8       A.    That started from 1984 to 1988.

9       Q.    Okay.

10      A.    1988 to 1989 I went to develop an

11  adolescent -- gynecological adolescent program

12  for HHC, for HHC.  And that was at Coney Island

13  Hospital.

14      Q.    HHC meaning?

15      A.    Health and Human Corporation.

16  Which is actually the health -- New York City.

17      Q.    And where was that at?  You said in

18  Coney Island.

19      A.    Coney Island Hospital in Brooklyn.

20      Q.    Okay.

21      A.    After I developed it I went to a

22  hospital called Long Island College Hospital and

23  I was employed as the chief of adolescents

24  programs there and to help with the midwifery

25  program.

43

BARKLEY
Court Reporters

1        Q.      Help with what program?

2        A.      Midwifery program.  And we started

3   the Sexual Crisis Intervention Program.  At that

4   point --

5        Q.      What years were those?

6        A.      This was until -- I was there until

7   1990.  I left because I had a baby and it was a

8   long commute.

9                Then I went to a place called CFPC.

10       Q.      And what's CFPC?

11       A.      CFPC is Community Planning Family

12   Center.

13       Q.      So CPFC, Community Planning Family

14   Center.

15       A.      Well, if you like.

16       Q.      I guess it's close enough.

17       A.      It's close enough.  Right now I

18   think they're called something else, CHN.

19       Q.      What year do you go to Community

20   Family Planning Center?

21       A.      Well, I went there I think it was

22   1991 -- no, no, no.  1990.  End of 1990 to 1991.

23   Because what it was was a place -- we had at

24   that time in New York City, because we hadn't

25   started extending Medicaid to every woman who

44

BARKLEY
Court Reporters

1    would have a baby, so basically my contention

2    that I brought to them is that we can't keep

3    having premature babies.  It doesn't make sense.

4    And because these women can't access healthcare.

5    And to be able to -- if they're not coming, we

6    have to take healthcare to them when they're

7    pregnant.  We must take it to them.

8              So we built -- we developed, what

9    you call it, the first mobile -- obstetric

10   mobile clinic.  And believe it or not, 70

11   percent less my pay that I was getting over

12   there.  Yeah, that's true.  70 percent

13   because -- 70 percent less my pay, I have the

14   privilege of taking two people, my nurse and the

15   driver who does everything, actually his name is

16   Mr. Torres, to go to the shelter area.  You're

17   not from New York so you wouldn't know --

18        Q.    I'm from New York.

19        A.    You're from New York?

20        Q.    Yes.

21        A.    Imagine taking 70 percent less pay

22   to go to East New York and go to Saratoga and

23   take care of people who are in the shelter in a

24   mobile clinic outside for those hours.  Well, it

25   worked.  It worked, it cut down the prematurity,

45

BARKLEY
Court Reporters

1    it cut down -- because sometimes the prematurity

2    is a woman has an infection like UTI but doesn't

3    get help.  So instead of getting antibiotics

4    that cost $2.50 we end up with a baby that's

5    premature because of the infection and we're

6    going to spend 100,000.  All I needed to do was

7    show it and say this doesn't make sense, for

8    life, for pain, for everything.  When the fund

9    ended, you'd expect me to pay, right?  No, we

10   can afford doctors now, so I left.

11        Q.    Then where did you go?

12        A.    Then I went to Queens Long Island

13   Group, which finally paid me what I was worth.

14   That is with Queens Long Island Group.

15        Q.    When was that?

16        A.    That was 1991.

17        Q.    And how long were you there?

18        A.    Well, I stayed there until summer

19   of 1997.

20        Q.    Okay.  And what did you do at

21   Queens Long Island Group?

22        A.    I managed one of the centers.  I

23   was the OB/GYN there, and I did whatever that

24   was needed for my center.

25        Q.    After Queens Long Island --

46

BARKLEY
Court Reporters

```
 1          A.     I did delivery and everything else.
 2   Surgery.
 3          Q.     After Queens Long Island Group?
 4          A.     After Queens Long Island Group --
 5   well, I left Queens Long Island Group because at
 6   that time my husband who was the chairperson at
 7   Jacoby and the perinatologist at Einstein
 8   unfortunately had a bleed in the brain.  And
 9   that's why I left, to be in the hospital with
10   him.  Unfortunately as he was getting better,
11   somebody -- a human mistake, they dropped him on
12   his head and he died the next day.
13          Q.     I'm sorry to hear that.
14          A.     It's okay.  Thank you though.
15          Q.     So when do you go back to work
16   after Queens Long Island Group?
17          A.     Well, I took time off -- he died
18   February '98, so I took time off -- I didn't go
19   back to them.  I didn't go back to them.  I took
20   time off because I had four kids under the age
21   of 7.
22               So to answer your question, during
23   that time I found out what it means not to have
24   any insurance.  So if you're asking me why I
25   don't charge some people, because what ended up
```

47

BARKLEY
Court Reporters

1   happening is that -- you're married.  Okay.  So

2   if you're married and you are older than your

3   wife, even if it's by a few months, and you're

4   in the same -- you carry the insurance.  So

5   heaven forbid, let's say you drop dead.  She's

6   without insurance.  She now has to pay Cobra.

7   And I was a physician and I didn't even know

8   what Cobra is.  I thought Cobra was a snake that

9   bits you.

10        Q.    It does.

11        A.    So I found out what the real Cobra

12  was.  And the real Cobra is that I have to pay

13  $4,000 and change every month for me and the

14  kids because my first child unfortunately after

15  getting -- I know the companies don't want to

16  hear this, and it's okay.  After getting

17  vaccinated, everything has to happen for a

18  reason.  She went into seizure, broke down in

19  measles and had encephalopathy.  Everything

20  happens, but it chose me so she ended up with

21  developmental delay.  So now they're going to

22  hit me with extra because I have this child.  So

23  we paid for it one month, two months, three

24  months.  I said forget it.  I'm not paying

25  15,000 in three months, where am I going to get

48

1    that money.

2              During that time I realized that

3    there are people who, let's say you have a chest

4    pain, instead of crying -- worrying that you

5    have a chest pain, you're begging God please let

6    me die, let me not go to the hospital because my

7    kids are going to be turned out of my house.

8    And that's not a good feeling to have in

9    America.

10             And I will put it on record to say

11   that I come from Africa.  Africa gave birth to

12   me and America sustained it.  And as such, I

13   felt that I should give back wherever, however I

14   can.  And maybe these are the ways that may not

15   be approved, but that's the way I give back.

16             So after that I went to New York

17   Hospital.  I went to New York Hospital.  I must

18   be good at what I do because they sent me to

19   Flushing to run both places because like

20   everything else, there was competition between

21   Mount Sinai, and they thought I could corner the

22   market there, which I did for them because a lot

23   of -- they had a lot of people from

24   Mediterranean, Greeks and whatever.  And I guess

25   they liked my long skirts more than anything

49

BARKLEY
Court Reporters

1    else.

2         Q.    So what year did you go to New York

3    Hospital?

4         A.    That was 1998.  Later that year

5    1998.

6         Q.    And how long were you there?

7         A.    I was there -- I was there until

8    2000.  I was there until 2000.  I left

9    because -- first, they were allowing me to do --

10   they were allowing me to do one to two days

11   philanthropy work.  And a new person came and

12   decided no.  And I said no, every job there must

13   be a part that I can help people who have no

14   insurance or whatever, otherwise it's no good to

15   me.

16              Unfortunately, during that time I

17   had another problem and my elder sister went

18   home, who was pregnant, got into labor.  She was

19   in England and went into labor.  The doctor said

20   he didn't have Pitocin.  And she bled to death

21   on the table.

22        Q.    Okay.  Up to this point is it fair

23   to say that you're primarily practicing as an

24   OB/GYN?

25              MS. GALEOTO:  Objection.

50

BARKLEY
Court Reporters

1              MR. TORRES:  What's the basis for

2    the objection?

3              MS. GALEOTO:  I think you're

4    misstating.  You're putting words her mouth.

5              MR. TORRES:  That's not what I'm

6    asking.

7         Q.    Is that a fair statement or is that

8    not?

9         A.    Well, up to this -- remember I said

10   I also see people who have no insurance?

11        Q.    Yes.

12        A.    So basically, if -- I've been known

13   to do physicals for men.

14        Q.    Understood.

15        A.    They're not gynecologists.

16        Q.    I understand.

17        A.    I've been known to see kids.

18   Whatever.  I consider myself a physician first.

19        Q.    That's fine, but the question is,

20   were you primarily practicing as an OB/GYN up to

21   this point?

22        A.    I was practicing as a primary

23   physician and an OB/GYN.  And those were

24   actually in my -- that's how we put it, primary

25   and OB/GYN.  So I do surgery and I do -- I'll

51

BARKLEY
Court Reporters

1   give you antibiotics for your pneumonia.

2       Q.    So after New York Hospital, what

3   did you do?

4       A.    After New York Hospital, that's

5   what I told you, my sister died and I went home.

6   I was very upset obviously because my father,

7   89, died on the table.  What is this.  Come on,

8   let's kind of share a little bit out there.  It

9   looks like we're getting all the -- maybe God

10  was telling me something and I wasn't listening.

11          So when I went over there -- prior

12  to that I had been going to Africa, India and

13  doing philanthropy work and doing surgery, free

14  surgery for a defect called fistulae.  I don't

15  know if you know what that is.

16      Q.    I don't.  Can you spell that,

17  please?

18      A.    F-I-S-T-U-L-A-E.  It's an obstetric

19  fistula.  This is where the most times, the ones

20  that I do, where you have especially minor -- I

21  call them abomination.  Young kids married but

22  they're having babies.  And then of course when

23  they have the babies, they have tears or they

24  have lacerations which never heals.  The baby is

25  dead or discriminated and they end up having

52

BARKLEY
Court Reporters

1    feces and urine -- they can't sit like you and

2    I.  Then they are driven out to the wilderness

3    and they have to beg because they call them --

4    they have to beg like animals.  And yet six

5    hours of surgery corrects this.

6            So I devoted my time in doing that.

7    So every summer, or before that I used to go,

8    but it wasn't enough.  I tried to work with WHO.

9    Everybody wants data, data.  They have plenty of

10   data.  When you have data, fortunately it's

11   working because right in South America now they

12   decided that you cannot marry a child at 14.  It

13   must be 18.  This went on now just this week.

14   But that's just one.  We still got many places

15   to go.

16           After a while -- I went over there

17   and started -- as a matter of fact, the reason

18   you saw this, this that I'm doing --

19       Q.    The Africa information, yes.

20       A.    Exactly, is because when I live

21   here, hopefully when you let me go out of here,

22   I'm going to United Nations.  And we have a talk

23   on this.  So it's become something that I find

24   myself doing.

25           So I did that and I went to India

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    up till 2004 to talk about what we call female

2    feticide, F E -- I know you're gonna hate me.

3    F-E-T-O-C-I-D-E.  And human feticide is -- at

4    that time as the guest of the president at that

5    time is to explain -- to make it known that

6    India is the first place that you have democracy

7    where you have the prime minister, and here

8    people are killing female babies because of

9    dowry.  When you don't have money to pay for

10   dowry.  So we have to stop it.  We have to talk

11   to the doctors.  Don't do any more second

12   trimester sonogram.

13              Sometimes you get sucked into -- I

14   shouldn't say that, but you get sucked into it

15   and it becomes your life and you find yourself

16   and finally you find out you're not making

17   money.  So that's what I was doing.

18       Q.    So what period of time is it that

19   you're spending overseas?

20       A.    From -- actually, from 1998 I

21   started going intermittently.  But from 2000 I

22   became -- it became my life.

23       Q.    2000 to what year?

24       A.    Well, 2000 to end of 2003.  I'm

25   still doing it till today.  But 2003 I came out

54

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1   and unfortunately, what I found was that the

2   problems that I'm solving in Africa, India and

3   God knows where is right here in my backyard in

4   southeast Queens.  If you go to South Road or

5   things like that.  And so I started

6   concentrating on here.

7        Q.    So now, the end of 2003 or the

8   beginning of 2004 what do you do?

9        A.    I then opened an office to see on

10  a -- what do you call them, uninsured?  If you

11  don't have money, if you have a problem, you

12  come, we'll take care of you.  And that went on

13  until 2007.

14       Q.    And what is the name of this

15  office?

16       A.    What?

17       Q.    What's the name of this office?

18       A.    Aki.  Aki Life Health Center.

19       Q.    After 2007?

20       A.    2007 I then went and worked for the

21  rich I guess two days a week.

22       Q.    Where was that?

23       A.    At Glen Cove.  If you're a New

24  Yorker, if you know I say Glen Cove, I'm working

25  for the rich, right?

55

BARKLEY
Court Reporters

1          Q.     Where are you in Glen Cove?  Are

2    you in a private practice?

3          A.     Yes.

4          Q.     What's the name of the practice?

5          A.     It's no longer because -- there,

6    they moved.  I'm no longer with them.  I went

7    there to actually start the practice for them,

8    put it together and -- you know.

9          Q.     What was the name?

10         A.     Integrative Health Center.

11         Q.     And how long were you at

12   Integrative Health Center?

13         A.     I was there from 2007 to end of

14   2009.

15         Q.     And after 2009 what did you do?

16         A.     Well, during that time, at the same

17   time I was still working at -- I was still doing

18   free work at Aki Life Health Center.  So I'll

19   never stop.  And then I stayed with Aki Life

20   Health Center till now.  And I travel to --

21   still travel to Africa to do --

22         Q.     Okay, so let me try to summarize

23   this because you gave me a lot of information.

24         A.     You asked.

25         Q.     I understand.  I just want to try

                          56

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    to summarize it for the record and make it

2    easier.

3            1983 you do your flexible rotation

4    at Loyola, correct?

5        A.    St. Francis Loyola, yes.

6        Q.    St. Francis Loyola.  1984 to 1988

7    you're at Brooklyn Jewish, which is now

8    Interfaith?

9        A.    Yes.

10        Q.    1988-1989 you are running an

11    adolescent program at Coney Island Hospital.

12        A.    Yes.

13        Q.    1990 you're at Long Island College

14    Hospital, is that correct?

15        A.    1989.

16        Q.    1989 to 1990?

17        A.    The years are -- our year starts

18    remember July 1st, not January.

19        Q.    Understood.  So 1989 through 1990

20    you're at Long Island College Hospital.

21        A.    Yes.

22        Q.    1990 to 1991 you're at CFPC.

23        A.    Yes.

24        Q.    1991 to 1997 you're at the Queens

25    Long Island Group.

BARKLEY
Court Reporters

1        A.      Mm-hmm.

2        Q.      2003 to 2007 -- I'm sorry, 2000 to

3   2003 you're spending time overseas.

4        A.      Yes.

5        Q.      In Africa and India.  I'm sorry, I

6   missed one.  1998 to 2000 you're at New York

7   Hospital in Queens.

8        A.      Yes.

9        Q.      2003 through 2007 you opened Aki

10  Life Health Center.

11       A.      Mm-hmm.  What year did you say?

12       Q.      2003 to 2007.

13       A.      Yes.

14       Q.      2007-2009 you're at Integrative

15  Health Center in Glen Cove.

16       A.      Well, 2003 until present I've been

17  with Aki Life Health Center.

18       Q.      Right, right, right.  You continued

19  to -- you said to me you continued to work at

20  Aki.

21       A.      Yes.  Never quit.

22       Q.      To present.  Okay.  And then 2009

23  you leave Integrative Health Center and you go

24  back to Aki Life Center.

25       A.      Yes.  We had a contract for one

58

BARKLEY
Court Reporters

1    year.  We extended it to two years because they

2    needed it.  And then after that they tried to

3    extend it and I said I gotta go.

4         Q.    Are you a member of any

5    organizations?

6         A.    What kind of organizations?

7         Q.    Any professional organizations.

8         A.    Am I a member?

9         Q.    Uh-huh.

10        A.    I don't think so.

11        Q.    Are you a member of like a society

12   for OB/GYN?

13        A.    Well, I used to until they want

14   $700.  That's enough for me to pay for one of my

15   adolescent -- no.

16        Q.    So is the answer no, you're not a

17   member of --

18        A.    Not right now, no.  When they come

19   down to like a hundred dollars I'll come back.

20        Q.    Have you ever been a member of a

21   professional organization?

22        A.    Yes.

23        Q.    Which ones?

24        A.    ACOG, I was a member of ACOG.

25   American College of Obstetrics and Gynecology.

BARKLEY
Court Reporters

1    That's the one I was talking about, the money

2    went up.

3         Q.    Any others?

4         A.    Actually, they used to give me a

5    waiver for my work.  Then they decided they were

6    poor.  Oh, I used to be also an international

7    surgeon, whatever they call themselves.  That

8    was many, many years ago.  Which gives you --

9    which helps you get temporary -- if you want to

10   go to different companies.  Temporary privilege

11   I will call it.

12        Q.    Any other organizations?

13        A.    I hate to tell you, you join, they

14   ask for money, then you say what are you doing

15   for my patients, and then I say don't call me

16   again.  That's just the way it is.  So I can't

17   sit here and tell you.

18        Q.    You don't remember.

19        A.    I don't remember.  That's a good

20   word.  I don't remember.

21        Q.    That's fine.

22              Can we take a five-minute break?

23        A.    How long this going to be?

24        Q.    We're probably going to go till the

25   afternoon.

60

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

```
1        A.     Okay, okay --

2        Q.     Is that okay?

3        A.     Can we keep going?

4        Q.     I'd like to take a break.

5               THE VIDEOGRAPHER:  The time is

6   12:03 p.m. and we're off the record.

7               (Recess taken.)

8               THE VIDEOGRAPHER:  The time is

9   12:10 p.m. and we're back on the record.

10  BY MR. TORRES:

11       Q.     Doctor, what is G6PD deficiency?

12       A.     Okay, if you're finished with my

13  background?

14       Q.     For now, yes.

15       A.     Okay.  So I wanted also to say to

16  you this is your check to come.

17       Q.     Okay.

18       A.     I didn't take money from

19  Ms. Williams and I'm not taking money from -- if

20  you call me to come, I'm hoping that what

21  everybody wants is the truth and I'm going to

22  stay here and tell the truth and I don't need to

23  be paid to tell the truth.

24       Q.     That is perfectly fine.

25       A.     Thank you very much.  My ride to
```

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    the train is $5.

2          Q.    The train's gotten expensive.

3          A.    Yes, it has.

4          Q.    What is G6PD deficiency?

5          A.    Do you want me to define it or --

6          Q.    Please.

7          A.    Okay.  G6PD -- the total word for

8    it is glucose-6 phosphate dehydrogenase.  It is

9    really the first -- the first reaction in

10   pentose shunt pathway.  It's a pathway that

11   makes energy.  It is an enzyme.  Everybody has

12   it, or everybody should have it.  If you don't

13   have it, you're going to die.  All the tissues

14   in your body have it.

15               However, when I say if you don't

16   have it, that means if it's zero, you're not

17   going to make it.

18               Unfortunately, the problem is that

19   this pentose shunt that is needed for you to

20   have energy -- to make energy and all that is

21   needed by every tissue.  But all the other

22   tissues have what we call alternative pathway.

23   What does that mean?  It means like for example,

24   in New York City you have Grand Central and you

25   have LIE.  So you can get to Manhattan either

                        62

BARKLEY
Court Reporters

1    way.  The red blood cell only has one way, the

2    Belt Parkway, and that's it.

3              And that is what G6PD does.  That

4    G6PD in the red blood cell is the only way to

5    get energy.  What does that mean?  It means that

6    for example, you don't have it, maybe I have it,

7    your red blood cells will last 90 to 120 days.

8    Everybody else should, right?  Now, during that

9    time, the enzymes keep the membrane in

10   equilibrium so that it doesn't bust because

11   something offended it.  Saying that, if I take

12   your blood and I see -- what I'm going to see is

13   some baby red blood cells, some mature red blood

14   cells and the dying red blood cells.  So far

15   okay?

16        Q.    Mm-hmm.

17        A.    Now, in doing that, you are what we

18   call balance equilibrium.  Unfortunately

19   everybody is not the same.  So if you don't have

20   adequate amount of G6PD enzyme, then certain

21   things would make your red blood cells collapse.

22   The membrane discriminates, disrupts.

23              And you have to remember the

24   importance of this is that the red blood cell

25   carries oxygen.  And you and I are nothing

63

BARKLEY
Court Reporters

1    without oxygen.  That's what keeps your brain

2    functioning.  If I cut off oxygen from you,

3    that's it, caput, you're done.  So the

4    complications that you see, you see all over

5    because the red blood cells, when you have lack

6    of it, also causes lack of oxygenation when you

7    become stressed.  When we say stress we don't

8    mean stress like --

9         Q.    I understand.

10        A.    Stressors.  And that's what it is.

11   I don't know if you want me to go into more the

12   same.

13        Q.    We'll get to that.

14              How many people in the world are

15   affected by the G6PD deficiency?  Do you know?

16        A.    Well, nobody knows for a fact.

17   However, the estimate that comes out is that 10

18   percent of the world population has G6PD

19   deficiency.  It differs from one area to the

20   other.  So if it's 10 percent, then we'll

21   estimate depending on the area and the type that

22   700 million may have G6PD.  Some literature will

23   say 400, but we've been saying 400 million at 10

24   percent for the last 40, 50 years.  We know we

25   are no longer 4.5 billion people.

DOROTHY OGUNDU, M.D.



1        Q.      If I refer to G6PD deficiency as a

2    condition, is that a fair way to -- can we call

3    it a condition?  How would you describe the

4    deficiency in a very general term?

5        A.      It's a enzymopathy.  That's what I

6    call it.  It's a enzymopathy.

7        Q.      Are their variants of this

8    enzymopathy?

9        A.      Yes, there are variants.

10       Q.      And how many variants are there?

11       A.      Nobody knows.  But depending on --

12   it could go from 300 to 400 alleles, just like

13   you have thalassemia, different kinds.  You have

14   sickle cell disease, different kinds.

15       Q.      By the variants, are the variants

16   genetic variants?  What makes a variant?

17       A.      Well, it is a genetic problem.  It

18   is.  But you also have to remember that you

19   could live -- you could live healthy life with

20   it.  It's not that everybody that has it will

21   die.  But everybody agrees that when you have

22   stressors, or depending on what you're exposed

23   to, then you're going to have a problem.

24            So yes, it is.  For example, the

25   question for those who are in the academia,

65

BARKLEY
Court Reporters

1   there are practical people, then there are

2   academias.  I call it when I go to meetings, I

3   said we can sit here and do mental masturbation

4   or we can deal with the problem the way it is.

5   So I'm somebody that prefers to deal with the

6   problem.  But those who are interested in

7   writing papers and getting Nobel prizes, they

8   would tell you that you have the Mediterranean.

9   And then you have the African.  Then we have --

10  like, I have done some work when I went to

11  Vietnam, now they have it tested on every

12  newborn in every city.  Hong Kong for example

13  tests it on every newborn.  France for example

14  have it tested on every newborn.  United States

15  have it tested in Pennsylvania, Washington, D.C.

16  but only if you ask.  Well, how are you going to

17  ask if you don't know what you got.

18          Some people don't even know what

19  G6PD -- they think you're making up these

20  letters as you go along.  So some people say

21  well, if you have Mediterranean, it's more

22  severe, but that's not always true.  Why isn't

23  it true?  Because it depends on what you're

24  exposed to.  If the Mediterranean people who

25  come from there.  And that's endemic to that.

BARKLEY
Court Reporters

1   They're exposed to fava beans, for example.

2   They're going to have a problem.  The Africans

3   don't have a problem with fava beans.  You know

4   why?  Because we don't have fava beans.  So I

5   don't know what they're going to say in the test

6   book.  You have some Africans, they're allergic

7   to Fava beans no; what is that.

8                So you can be -- this is what I

9   mean by academia and common sense.

10       Q.     I have some close friends from

11  Nigeria so I understand you perfectly.

12       A.     So basically, if you take somebody

13  from Nigeria for example, then they would tell

14  you if you have G6PD you cannot take what we

15  call garden egg.  Now, an American would think

16  you mean garden egg, that long thing.  The

17  African garden egg is a round little thing like

18  this.  And you can't take it if you have G6PD.

19  Within 72 hours if you don't get out of it or do

20  something, you're going to die.  That's just the

21  way it is.

22               Now, we're also seeing a lot of

23  G6PD reaction in Nigeria for example around

24  places that are burning fuel in terms of --

25  actually, they have their hands around shells

67

BARKLEY
Court Reporters

1    neck right now because of that.  Because they're

2    now beginning to check.  So you can't ask

3    somebody from Maryland if they're allergic from

4    bursts of smoke coming from oil refine any.

5    They don't have is oil.  You understand.

6         Q.    I understand.

7         A.    Okay.

8         Q.    Of this large number of variants,

9    this uncertain number of variants that you said

10   could be 300, 400 but who knows, are the

11   variants categorized any way?

12        A.    That's what I'm saying, yes, they

13   are.  G6PD is an individual as well as a

14   community as well as a regional problem.  Like

15   any other -- it is.  For example, I find

16   something very fascinating in United States.

17   Why do I say fascinating in United States?  One

18   of my examples I used to use -- I mean I use

19   when I teach this to doctors is, United States

20   is should I say a model of -- a genetic model.

21   Why am I saying that?  We say that certain

22   places do not have even like 2 percent G6PD.

23        Q.    Yes.

24        A.    And we're talking about like

25   Norway.  But we're beginning to see it.  Why are

68

BARKLEY
Court Reporters

1    we beginning to see it?  Because, for example,

2    you have -- what would you say about a baby of

3    Tiger Wood?  She had genes from Netherlands.

4    People that don't know they have -- then the

5    baby has jeans from Asia, the mother is Asian.

6    And Asians have their own we call it Cantonese

7    alleles.  And then you have a father that is

8    African-American who probably have American

9    Indian blood and Spanish blood and -- you know.

10   So what's with that child?  How many alleles may

11   they have?

12           So when we're talking about that,

13   then I say that is in the realm of academia,

14   which doesn't really come to -- in academia we

15   like to keep things clean, straight.  But life

16   is not that way.

17       Q.    What are the symptoms of G6PD

18   deficiency?

19       A.    Well, remember what I said about

20   the red blood cells affects every tissue.  So

21   each person's symptom may be different.  But at

22   the end it's coming to the same thing.  Most

23   people will say to you that -- depending on how

24   it starts when you're talking about symptom.  We

25   have acute crisis, and we have chronic crisis.

BARKLEY
Court Reporters

1   I'll go out on a limb here knowing that you're a

2   lawyer, know that you've already read up on G6PD

3   so you know we have chronic and we have acute.

4   So the symptoms -- let's say two people come in

5   now and we have G6PD and we exposed to certain

6   things.  We will come down at it differently.

7   What do I mean?  One person may start with

8   palpitation, the heart will start racing.

9   Another person will start with diaphoresis,

10  fatigue.  At the end of the day what we'll

11  probably see if we continue to be exposed to

12  whatever the stressor is, is that our bilirubin

13  will go up, our reticulocytes will go up, our --

14  if it continues, you may find our urine is dark.

15  But it takes time to get there.  By that time

16  you're really having desquamation of the bed

17  blood cells.  That means disintegration of the

18  read blood cells.  Sorry, I should have used

19  that instead of a medical term.  Disintegration

20  of the red blood cells.

21          And when that happens, regardless,

22  you start lacking oxygen and people respond

23  differently.  Just like if somebody came here

24  and shot you and me and you're bleeding and I'm

25  bleeding and we're bleeding the same amount, our

70

DOROTHY OGUNDU, M.D.



1    first reactions may be different.  We may have

2    different reactions.

3         Q.    So some of the things you might see

4    are bilirubin counts going up, reticulocyte

5    counts going up, darkened urine.  What else

6    might you say?

7         A.    The whole idea is that most people

8    are afraid more of the chronic, I will tell you

9    that, than the acute.  Why?  Because with the

10   acute you can see it.  The urine turns Coca-Cola

11   or Pepsi, whichever one you like.  Now you'll

12   never drink another one.  It turns dark so you

13   know what you're dealing with, so you can take

14   the person out of the environment.  That's not

15   the one thing you have to do.  Whatever it is,

16   take them out of it and the body will start

17   rebuilding.

18              The chronic -- when I say that,

19   because the chronic one is worse because it's

20   like drip, drip, drip.  You know?  You know

21   how -- my kids have this animate that they watch

22   and once in a while I look at it and they have

23   where if you want to poison the person, you're

24   supposed to put it small, small.  I say why

25   don't you just give the person the whole thing.

                          71

BARKLEY
Court Reporters

```
 1    He's like no, they die right away.  You do it

 2    little, little.  I say oh, my goodness, what the

 3    heck.

 4              Okay, that's what happens with

 5    chronic.  You drip, drip, drip, drip.  And then

 6    how you know?  The kidneys are going to fail,

 7    the liver will start giving trouble.  How do we

 8    know?  You start seeing things like creatinine

 9    going up, you start seeing liver enzymes going.

10    And they start developing things like -- and I

11    put it in here like hypertension.  When you see

12    somebody having hypertension and their

13    lipoproteins, which is like cholesterol and what

14    have you got, are normal, then you know you have

15    a problem.  Then you see them having COPD, which

16    is a problem with the lungs, the lung membranes,

17    which is actually the thing that you have with

18    oxygen biphasing, then you know you have a

19    problem because there is edema, there is

20    inflammation.  That's why.

21         Q.    So are you suggesting that G6PD

22    deficiency impacts all organs and tissues?

23         A.    Well, in a way, yes.  But not to

24    the same extent.  For example -- not to the same

25    extent.  We pay attention a lot to red blood
```

72

BARKLEY
Court Reporters

1  cells because that's acute.  And then sometimes

2  you may have to transfuse the patient.  Even

3  though I don't agree with it, I say let the

4  patient -- once in a while it's

5  life-threatening, you can transfuse the patient.

6  There is something called trailing with

7  transfusion, especially with G6PD, that makes me

8  not do it.  And I know what I'm talking about

9  because my mother buried two sons for trailing.

10  So even though the body is weakened, let's see

11  if we can work it out.  Does it affect all

12  tissues the same?  The question you're asking

13  is, again, if I shot you and you're bleeding, it

14  affects all your organs in a way.  But they're

15  going to shut down at different stages.  And the

16  important thing is for me to jump in before the

17  brain finally shuts down.

18       Q.    All right, so there's acute crisis

19  when we talked about the symptoms, we named a

20  few of them.  And you talked about the

21  difference between acute crisis and chronic

22  crisis.  What do you mean when you use the word

23  "crisis"?

24       A.    Well, in medical, when we say

25  crisis it's not the same as legal crisis.  If

73

BARKLEY
Court Reporters

1    you have pain you're in crisis.  That means

2    you're away from the norm.

3               With G6PD, when you continue

4    having -- when we say you have crisis, it could

5    be waking up and you have pains in your joints.

6    It could be massages on your muscles.  It could

7    be something simple like that.  It could be, for

8    example, a lot of times we tend to have kidney

9    problems, which is why we scream hydrate,

10   hydrate, hydrate.  Kidney problems.  Even

11   pregnant woman, even though they expended

12   fluid -- I mean blood, but somebody else is

13   getting it.  So they go through a little bit of

14   the same.  Their immune system is decreased and

15   all that.

16       Q.    Does a crisis always involve pain?

17       A.    Not really.  Not all the time.

18   Sometimes -- sometimes you may not even -- it's

19   like sickle cell.  You may not even know you're

20   in crisis until you go to the doctor and they

21   look at your creatinine is no good.  And they

22   say thank God you came in.  You know?  You may

23   just be totally oblivious.

24       Q.    Oblivious to it, right.

25       A.    Yes.

74

BARKLEY
Court Reporters

```
 1        Q.      What is the relationship between
 2   G6PD and anemia?
 3        A.      It goes to the extent of -- that's
 4   a big topic.
 5        Q.      I know it is.
 6        A.      Am I supposed to be an expert
 7   witness or am I supposed to talk about --
 8        Q.      I'm just asking the question.
 9        A.      I'm just asking.
10        Q.      I'm just asking the question.
11        A.      Since you're nice I'm going to
12   answer the question.  When you're talking
13   about -- give me your question again.
14        Q.      What is the relationship between --
15        A.      Between anemia and G6PD.
16        Q.      Yes.
17        A.      Okay, well, anemia is any time you
18   have -- it could be low blood, it could be --
19   and with low blood you have low oxygen carrying
20   capacity.
21        Q.      Yes.
22        A.      So anything at all that would do
23   that is anemia.  And there are different reasons
24   we have anemia.  If I shoot you and you're
25   bleeding out -- I don't know why I keep using
```

75

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1   this shooting business.

2        Q.     Should I be concerned?

3        A.     No.  But if you're bleeding out you

4   will become anemic.  That's what we call

5   hypovolemic anemia, which means the volume is

6   down.

7        Q.     Yes.

8        A.     But unfortunately, in G6PD it's

9   different.  What happens is, like I said, the

10  blood -- red blood cells are usually nice round

11  disk like this.  The membranes that cover it,

12  that keeps it intact, and inside what is keeping

13  it intact is the fluid which carries the iron,

14  the oxygen and all that, right?

15             Now, let's say we expose you to

16  something, immediately you -- this membrane

17  would open and spill out all the heme, and

18  without that you don't have any oxygen.  Because

19  it's in, in the body.  It's dropped in the body.

20       Q.     The red blood cells carry the

21  oxygen.

22       A.     Exactly.  So it can't go through

23  because now it's --

24       Q.     Broken.

25       A.     The fluid is in there.  And

76

BARKLEY
Court Reporters

1  sometimes that causes the problem.

2            Now, when the fluid is in there,

3  it's like if you have peritoneal fluid, the

4  kidney has to work harder because now you don't

5  have oxygen.  The liver has to work harder, the

6  heart has to work harder.  Everything has to

7  work harder.  And unfortunately you also need,

8  what, more nutrition at the time when you don't

9  have it.  You understand what I'm saying?

10       Q.    Mm-hmm.

11       A.     And as you know, if you don't have

12  it, it's like a cascade of problem that starts.

13  The B2, you know that, B2, B12, B6, and then you

14  need vitamin C.

15            Now, to be able to -- if the same

16  thing happens to you, you can rebound, you can

17  take a lot of vitamin C and you will rebound.

18  G6PD person cannot take ordinary vitamin C

19  because that will cause more problem.

20       Q.     For the assertion that G6PD impacts

21  all the organs and tissues in the body, albeit

22  differently, what do you rely on to make that

23  statement?  Do you rely -- are you relying on

24  peer reviewed work, publications?  What's the

25  basis for your statement?

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1        A.       I guess your question is that do I

2    consider any source an authority.  No, I don't.

3        Q.       What is the relationship between

4    G6PD deficiency and hemolytic anemia?

5        A.       Hemolytic anemia is what I just

6    explained.  That means the desquamation of

7    the -- the trouble with this is there are

8    different types of hemolysis.  Now, with G6PD,

9    one of the things that you worry about is that

10   everything is dumped inside.  It's not like it's

11   coming out.  So you may even lack iron, which

12   you know you need to make -- but your whole body

13   is full of iron.  And that iron that is dumped

14   there is going to be cleared by the kidney --

15   sorry, by the liver.  So you have a problem,

16   which is why you start having some what we call

17   hepatitis type of problems.  You may call it

18   hepatitis but it's not viral.  It's chemical

19   hepatitis.

20           Now, why is that so?  These are the

21   vessels.  The blood -- the red blood cells is

22   supposed to go through here.  Now, when it

23   ruptures, it can't go through there.  It's now

24   sitting like water in here, which means all the

25   iron and everything is there.  And like any



1    other, it oxidizes from what we call teferic,

2    which is no good for you.  So it's like one

3    thing leads to the other and that is why.

4         Q.    Is hemolytic anemia what you would

5    describe as one of these crises, an acute crisis

6    or a chronic crisis?

7         A.    Well, we -- there are two ways to

8    answer that question.  Yes, it's a crisis.  One

9    of the crises.  However, you also have when you

10   say acute, acute is where you see the

11   hematocrit, hemoglobin dropping, dropping,

12   dropping.  And when they go pee it's like

13   Coca-Cola.  You can see it there.  The eyes turn

14   yellow immediately.  You can see it that the

15   eyes are yellow.  And it will clear if you take

16   them away and do the right thing, it will clear

17   again.  Unless they die of course.  That's

18   always an option.  It is.  And I'm not saying it

19   lightly.

20        Q.    I understand.  I understand.

21        A.    Because somebody who has it every

22   day, I never know where I will be and then it

23   will start.  So I tell my kids all the time,

24   love you, love you, love you, just in case I

25   don't make it home, I love you.

BARKLEY
Court Reporters

1                    So the urine turns dark and the

2    eyes turn, the body turns.  So you can say the

3    person -- it happens, it's acute, they're

4    bleeding right there and then.  They go from,

5    believe it or not, from 42 percent of hematocrit

6    to about 20 right before your eyes to 14, and

7    they're going into pulmonary embolism and you

8    have to do something.  And what you have to do

9    is you delicately balance their fluid, give them

10   oxygen.  Keep them distant.  And if it doesn't

11   work, give them blood.  Now, the G6PD people are

12   not allowed to give blood.

13        Q.     Can you explain to us what

14   hematocrit is?

15        A.     What hurts?

16        Q.     No, what hematocrit is.

17        A.     Oh, well, hematocrit is just the

18   cells.  How much cells you have per liter or per

19   milliliter.  The stem cells I'm talking about.

20   So what we do is, you have cells and you have

21   plasma.  The liquid one.  So you have serum and

22   all that, and that's the thing that makes it

23   bright red.

24                    So if you centrifuge it, which

25   means you spin it and spin it, I have to watch

80

BARKLEY
Court Reporters

1    my words, if you spin it and spin it, then what

2    happens is that the bottom part is going to tell

3    you what the hematocrit is.  So you can say

4    okay -- sometimes you may find out that the

5    hemoglobin is low, but the hematocrit is high.

6    And that tells you -- so some people who don't

7    know will say oh, the person is not going

8    through any crisis.  No, no, no, no, no.  The

9    reason is because the body is smarter than all

10   of us, which means when that happens, the body

11   starts making baby, because the baby ones are

12   usually like human beings, they have big head,

13   little body.  The hemoglobin tells you the

14   truth.

15           And then what we do is that we do

16   other indexes and we look at the MCV, we look at

17   the MCHC, we look at MCH and then see it should

18   be reflected.

19           THE VIDEOGRAPHER:  Counsel, I have

20   seven minutes left on the tape.

21           MR. TORRES:  Thank you.

22      Q.    So you've explained what hematocrit

23   is.

24      A.    I think.

25      Q.    Can you explain what hemoglobin is?

BARKLEY
Court Reporters

1        A.      Hemoglobin is the heme.  That's the

2    thing that is red.  It's the oxygen carrying

3    capacity.

4        Q.      So when we're looking at an anemic

5    event or a hemolytic event, we're looking at

6    hematocrit, we're looking at hemoglobin, we're

7    looking at MCV, which is mean corpuscular

8    volume?

9        A.      Yes.

10       Q.      And we're looking at MCH.  What's

11   MCH?

12       A.      MCH is -- oh, my goodness.

13   Molecular corpuscular -- I have to look that up.

14       Q.      That's fine.  We're looking at

15   hematocrit, we're looking at hemoglobin, we're

16   looking at MCV, we're looking at MCH.  Are we

17   looking at anything else?

18       A.      MCHC.

19       Q.      MCHC?

20       A.      Yes.  But most important for G6PD

21   you're looking at reticulocyte count, because

22   that's a giveaway.

23       Q.      So hematocrit, hemoglobin, MCV,

24   MCH, MCHC and reticulocyte count.

25               MR. TORRES:  Let's go ahead and

82

BARKLEY
Court Reporters

1    change the tape.

2              THE VIDEOGRAPHER:   The time is

3    12:45 p.m. and this completes tape number 1 of

4    the videotaped deposition of Dr. Dorothy Ogundu.

5              (Luncheon Recess:  12:45 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

83

BARKLEY
Court Reporters

1     A F T E R N O O N   S E S S I O N

2                    1:20 p.m.

3               THE VIDEOGRAPHER:  The time is 1:20

4    p.m. and this begins tape number 2 of the

5    videotaped deposition of Dr. Dorothy Ogundu.

6               MR. TORRES:  Thank you.

7               DOROTHY OGUNDU, M.D.,

8    resumed, having been previously duly sworn, was

9    examined and testified further as follows:

10   CONTINUED EXAMINATION

11   BY MR. TORRES:

12        Q.    Before we broke for a brief lunch

13   we were talking about hematocrit, hemoglobin,

14   MCV, MCH, MCHC and reticulocyte count.

15               Can you tell me what the normal

16   range is for hematocrit for a woman like

17   Ms. Williams?

18        A.    Well, before -- I think you asked

19   me a question and I drew a blank.  The MCH.

20   It's really what I said it was without realizing

21   it.  That is the makeup of the hemoglobin.

22        Q.    Yes.

23        A.    Immediately it went off, electric

24   bulb.

25               Now, it's very difficult to say

                        84

BARKLEY
Court Reporters

1   exactly what somebody's hematocrit/hemoglobin

2   is, in the sense that labs give it as a range.

3   You have to give me that lab.  You have to --

4   when you give me the lab -- when the lab does

5   it, what they do is that they take maybe a

6   hundred people and then they get the average,

7   and that range is what the lab does.  So they

8   have their own control.  So you may read ten

9   labs and the lab may say something like 39 to

10  40-something, or with kids they may say 42 to

11  54.  That's their control.  I have to know what

12  their control of that lab is.

13       Q.    So are you suggesting that all labs

14  have different ranges for --

15       A.    In a way, yes.

16       Q.    Yes?

17       A.    It's never -- it's a range.  They

18  can decide and say this is the range.  It's not

19  like written in stone.  Just like -- it may be

20  off by a few, it may be off by maybe -- it

21  depends.

22       Q.    Did you ever determine what the

23  normal range for Ms. Williams' hematocrit was?

24            MS. GALEOTO:  I'm going to object

25  to form when you say "normal range" for her.

85

1          MR. TORRES:  That's okay, you can

2   object.

3       Q.    Can you tell me --

4       A.    Is this where I answer or you don't

5   answer?

6       Q.    Yes, you answer.

7          MS. GALEOTO:  You can answer.

8       A.    I just want to wait for the fight.

9          MS. GALEOTO:  There's no fight.

10      Q.    Let me ask the question again.  Did

11  you ever determine what the normal range for

12  Ms. Williams' hematocrits was?

13      A.    Okay, the way I think I will

14  truthfully answer the question is that in

15  between let's say when I look at all the

16  indices, if her hematocrit is within the norm,

17  then I know, okay, this is what it is.  But each

18  time I have to have the lab where she came from.

19  So sometimes it is within the norm and then

20  sometimes it's totally off the norm.

21      Q.    Did you determine what the norm was

22  for Ms. Williams?

23      A.    Well, the problem with the question

24  you're asking is that you can't -- I can't say

25  what's your norm.  I can only say what's your

86

BARKLEY
Court Reporters

1    norm right about now when I say that.  For

2    example, if I see you now and you're bleeding,

3    the first -- you may be 40.  Is that a norm?

4    Yes, it is.  But I may not know that you were 45

5    yesterday, but you're still within normal.

6              Now, if for example -- what I'm

7    interested in is if for example I find you at

8    35, it spooks me.  So in medicine, unfortunately

9    we're not as much interested in paying attention

10   to the norm -- if you're normal, if you're

11   within that normal, it's okay, it's there

12   because it's there.  If it's not within the

13   normal range, then I jump in.  That's what comes

14   to me.

15        Q.    How do you know when someone is not

16   in the normal range?

17        A.    Okay, like I said, if you come and

18   they give me your CBC, which is complete blood

19   count, and let's say I have two, three of your

20   blood work.  One is routine.  And let's say one

21   was -- the range consistently for that lab for

22   example was let's say for women 39, 40 to about

23   45, 47.  And you came in and you are 42.  And

24   then I take a look at it again six months later,

25   you're 35.  That bothers me.  Regardless of what

87

BARKLEY
Court Reporters

1    I think that norm is, it bothers me.  Something

2    is going on now.  And then I will ask few

3    questions.  The question I would ask could be

4    were you having -- are you having a heavy flow

5    period at this time.  If you say yes, then I

6    look at your indexes, right?

7        Q.      Mm-hmm.

8        A.      And your indexes, like you just

9    said, would tell me what's going on some of the

10   time.  But I will then look because if you're

11   having a period, it's going to come down some.

12   But not to the point.  Unless you're really

13   hemorrhaging, in which case I would know because

14   you're having a period.  I would ask you how

15   many parts you're using.  It's almost like

16   somebody who's having acute overt bleeding or

17   rectal bleeding, you can then see.  If you're

18   not bleeding and I'm not seeing it reflected in

19   this and your reticulocyte is high and your RDW

20   is also elevated, then I worry.

21       Q.      Did you ever make any

22   determination, ever, regarding what was a normal

23   range of hematocrit for Ms. Williams?

24       A.      Yes, yeah.  When you say did I ever

25   make a determination, at a certain point I

88

BARKLEY
Court Reporters

1  pointed out when she was really having -- I

2  think it was hypoglycemia she was having.  And

3  that's another sign.  It was erratic.  And you

4  say what we want to do is move you from where

5  your hematocrit is now to here and that will

6  make me happy.  Because like you're saying, if

7  in the past -- because blood is -- I could test

8  you today and you're low, and then I test you

9  tomorrow and you're high.  Now, but there are

10  people who are chronic, like consistently

11  anemic.

12      Q.    How would you know whether

13  Ms. Williams was consistently anemic?

14      A.    Well, one of the things that would

15  tip me off would be the indexes.  The MCHC.

16  That would tip me off.  Even if you have a high

17  hematocrit and your concentration is low, or,

18  for example, your hematocrit and your hemoglobin

19  says one thing and your MCH says another thing,

20  then I would -- see, not every time you ask for

21  blood work they give your reticular count.  So

22  now I have to ask for it.  Tell me what's going

23  on with this person's blood, is the body making

24  a lot of baby RBCs?  What is going on, give me

25  the reticular count and I want the RDW on top of

89

BARKLEY
Court Reporters

1    it.

2         Q.     Is there a normal range for

3    reticulocyte counts?

4         A.     There is -- you say normal.  There

5    is a maximum you're looking for.  There's a

6    maximum you're looking for.

7         Q.     A maximum or a minimum?

8         A.     No, a maximum.

9         Q.     What is that maximum that you're

10   looking for?

11        A.     I can't give it to you off my head.

12   Why?  Because I have to look at the lab.

13        Q.     At Ms. William's lab?

14        A.     Any lab.  If you come, I have to

15   see your control.  That's why each lab, if you

16   look, you have that control.  They say that

17   that's the specific lab's control.  Every day

18   even the lab -- each lab, every day they come,

19   they have to calibrate their -- if you've ever

20   worked in the lab, they have to calibrate the

21   machine, and that machine -- you may find out

22   that you go to North Shore it's this, another

23   day it's that.  They have to calibrate that

24   machine.

25        Q.     So you have no records telling us

90

1    what Ms. Williams' normal range is for

2    hematocrit, is that right?

3         A.    No, it's not right.  What I do

4    have, I think I mentioned this in the beginning,

5    what I do have is just like you, when I'm

6    sitting there I have them set up and then I'll

7    say show me what the labs are.  Show me -- I

8    want to know what the hematocrit is.  I want to

9    know -- the CBC, I want to know what the

10   creatinine is.  Show me.  Now, how they show me,

11   like I said, because sometimes they try to send

12   it to my phone and I don't know how to expand

13   it.  And then they will tell me okay -- there's

14   a name they call it.  They go to take the

15   picture and do something, whatever they do.  And

16   then I will take a look at it.  Just like we're

17   doing now.  And this is not new for me because I

18   sometimes sit here and lead doctors or surgeons

19   through surgery, by looking.  If somebody sets

20   it up for me, I can put them through.

21        Q.    So --

22        A.    Without being there.

23        Q.    As we sit here today though, you

24   don't know what a normal range for Ms. Williams'

25   hematocrit level is, do you?

91

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1          MS. GALEOTO:  Objection.

2     A.     When you say as we sit here now, do

3 I have it in my head?

4     Q.     Mm-hmm.  Yes.

5     A.     I shouldn't.

6     Q.     Okay.  And you don't have it

7 anywhere on paper, right?

8     A.     If I need it, I'll call for it.  I

9 will get it.

10     Q.     Who would you call for it?

11     A.     If I need it, I will ask Dr. Vera

12 to send it to me or, heaven forbid, I just found

13 out Dr. Robinson passed away.  Right?

14     Q.     I did not know that.

15          MS. GALEOTO:  Yes.  Just last

16 weekend.

17     Q.     Okay.

18     A.     I didn't know.  I just found out

19 that he passed away.

20     Q.     I'm sorry to hear that.

21     A.     Okay, so he would, for example, do

22 the same thing, he will say I'll send it to you,

23 you take a look.  And we're both looking at the

24 same thing so he will know what I'm talking

25 about.  For example, when I say to him why don't

92

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    you do a genetic test, and he does.  And when he

2    came back, he showed it me, I don't need to keep

3    the papers.  But whatever I need, Dr. Vera and

4    the other person, or even the endocrine guy will

5    put it up.  And I will say what I have to say.

6         Q.    Do you know whether Ms. Williams'

7    hematocrit was within normal range when you

8    looked, or outside of normal range when you

9    looked?

10         A.    When I -- well, when I looked --

11    when we decided to put her on B12, she was

12    getting the shot, she was out of range.  She was

13    anemic.  And I was telling them also -- that's

14    where I come in.  Obviously they see it's out of

15    range.  That's why they called me.  Now what

16    next.  And my reason is you cannot give her --

17    in her own case you just cannot give her B12

18    shots.  It's not going to work.  As long as

19    she's exposed to this, the oxidation stress is

20    going to continue and she's going to be low in

21    B2 and B6, and you have to find a way to give

22    her all that.  So I do know that at that time it

23    was low.

24         Q.    When was that?

25         A.    I know that when we talked about

93



1    that, that was 2013 and 2014.

2              And the other thing is that they

3    don't call me to go through the same thing --

4    these are physicians.

5         Q.    I understand.

6         A.    They don't call me to go through

7    the same thing I've gone through before.  That

8    wouldn't be fair to me.

9         Q.    How many times have you discussed

10   Ms. Williams' blood analysis with one of her

11   treating physicians?

12        A.    Well, let's say 2013 to maybe mid

13   2014, it was often.  Why?  Because she was

14   constantly in the hospital and her kidney and

15   her liver was equally failing.  It's not just

16   hematocrit and hemoglobin.  Her creatinine was

17   also going up.  At that time her liver enzymes

18   were also.  And if I'm going to say maybe she

19   should go into detoxification and things like

20   that, I need to talk to the doctor.  And it's

21   not just Dr. Vera.  I think I spoke to her

22   kidney guy, nephrologist, I spoke to her

23   endocrinologist.  He called actually.  And then

24   I spoke to maybe three different hospitals that

25   they took her in.  For example, they want to

                          94

BARKLEY
Court Reporters

```
 1   give her certain medication and they weren't

 2   sure and I said no, no, don't give her that,

 3   give her this.  Or find out from the pharmacy if

 4   he has like this analgesia because she was in so

 5   much pain.  So give her inhalant analgesia

 6   because we do well with that.  And I always tell

 7   them trust and verify.

 8        Q.     Ronald Reagan.

 9        A.     I'm saying it but I want you to run

10   it by the pharmacist because if they don't have

11   it, they will tell you they will do the homework

12   for you, you don't have to do the homework.

13        Q.     So you believe that Ms. Williams'

14   hematocrit was out of range sometime between

15   2013 and mid 2014, is that right?

16        A.     Yes.  That when I looked at it, I

17   think of this year, I think we've taken a look

18   at it -- she started going to Dr. Robinson when

19   they referred her.  There was another guy that I

20   spoke to who was doing sickle cell somewhere

21   else that I spoke to.  And at that time her

22   hematocrit was also low because we talked about

23   that.  I don't remember his name offhand, but he

24   also was trying to put her on the report and we

25   were going back and forth.
```

95

BARKLEY
Court Reporters

```
 1        Q.    We'll go through a few.  How about
 2   her hemoglobin?
 3        A.    Well, if her hematocrit is down,
 4   her hemoglobin is going to be down.
 5        Q.    How about her MCV?
 6        A.    I can't without seeing the chart
 7   that she showed me, which Dr. Vera and her
 8   hematologist have, tell you okay, the MCV is XYZ
 9   because if she's reticking, if her reticulocytes
10   is high, then you have an abnormal expansion
11   which will then go down afterwards once it
12   balances.  So you don't look at it that way.
13   You don't look at CBC just individual.  You have
14   to look at it in totality.
15        Q.    Can you describe what mean
16   corpuscular volume is?
17        A.    Yes.  It is actually what it says.
18   The cells, like when you spin it, the average
19   mass of the cells.  The volume of it, how much
20   of it is in there.
21        Q.    The size of the cell almost?
22        A.    Yes.
23        Q.    What is the association between
24   macrocytosis -- what is macrocytosis?
25        A.    Micro or macro?
```

96

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1          Q.     Macro.

2          A.     Okay, well, macrocytosis is what it

3   says, the cells are large.  That's all it means.

4   Now, you're kind of waving me into the

5   hematologists' preview -- you know what I mean.

6   When you say macrocytosis, of what?  What's what

7   I was saying.  You could have macrocytosis of

8   white blood cells, platelets, which you know

9   will be some form of leukemia, lymphoma.  So

10  what -- macrocytosis is just --

11         Q.     The size of the cells.

12         A.     Yes.  Instead of being normal size,

13  it's large size.

14         Q.     What if someone says -- uses the

15  term "macrocytic anemia"?

16         A.     Okay, you're saying micro.

17         Q.     No, macro.

18         A.     No.  We have microcytic, M-I --

19  microcytic anemia.  Microcytic, normal cytic, or

20  microcytic hypochromic.  Microcytic -- okay,

21  when you're talking about macrocytosis, when

22  you're talking about that, you're going into the

23  purview now of let's say B12 deficiency.  It

24  gets large.  Or folic acid deficiency.  Then it

25  gets large because of those deficiencies.

97

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

```
 1        Q.      Okay.
 2        A.      Does that make sense to you?  As
 3   against micro.  Micro you will find with iron
 4   and lead, and then you can also find it in --
 5   B12 especially and B2 and folic acid are low.
 6   You may end up with big cells.  So that's
 7   probably what you call macrocytic.
 8               But then now you have to help me
 9   out and tell me is it hypochromic or
10   hyperchromic.  You're not answering me.  You
11   have to help me out.
12        Q.      You said --
13        A.      Did I answer that question?
14        Q.      As --
15        A.      Macro.
16        Q.      I'm fine with the answer.
17        A.      Okay.
18        Q.      You said earlier that you have
19   G6PD, is that right?
20        A.      I don't have it.  I'm afflicted
21   with it.
22        Q.      Afflicted, okay.  You're afflicted
23   with G6PD.  When did you discover this?
24        A.      Well, in my own case it's a little
25   bit different in the sense that, like I
```

98

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  mentioned, my four brothers died of it.  So it's

2  something that it's in the family.  And my two

3  half brothers also died of it when we were

4  young.  But in those days, I was born in the

5  '50s, this was -- when I was born nobody knew

6  about it.  Unfortunately, my brothers, knowing

7  about it in those days, they used to say because

8  it's X linked, that it doesn't -- it didn't

9  affect women.  So they left us to die,

10  basically.  Because things that kill you with

11  G6PD, is thing's that usually are out there.

12  And so they say oh -- unless somebody is looking

13  like, okay, for example, I come from Africa.  So

14  if I'm peeing Coca-Cola, they say oh, she got

15  malaria.  So they give me Primaquine and then I

16  die.  And they say oh, God give and God take.

17  Well, am I wrong?  And then that's it.  Then we

18  move on to another -- so for me it was kind of

19  different.  It was something that I grew up

20  thinking my brothers have and I didn't until --

21  but I've always been a child that maybe just got

22  help in me.  I didn't drink alcohol, wine or

23  anything.  Only to find out that wine has

24  metasulfite and things like that.

25              I also as a child, I couldn't take

BARKLEY
Court Reporters

1   meat.  I got a few beatings for not eating meat

2   believe it or not.  So I was a vegetarian.  And

3   that helped quite a lot.  And I didn't like

4   beans.  My mother thought I was strange but God

5   was good, I didn't like beans.

6           So when you ask -- it wasn't until

7   later that I found out that I was G6PD

8   deficiency because being a curious medical

9   student, I found out that when they gave me a

10  flu shot, everybody else was -- that was when

11  President Ford was president and he said we all

12  should go take it.  And since I was a medical

13  student, they gave it to me and lo and behold

14  the heavens were calling up on me.  And once I

15  got out of the intensive care unit, I wanted to

16  get to the bottom of it and I found out I have

17  G6PD deficiency.

18      Q.    So this is 197-something.

19      A.    Yeah, it was late.  '7-something.

20  So I didn't have any problem because I guess

21  let's be fair, I lived -- if you've been in

22  Chicago, I lived on, thanks to my father, I

23  lived on Lake Point Tower on Lake Shore, which

24  is overlooking a nice lake.  And so I didn't --

25  on 28th floor so I didn't have any of that

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    problem with pollution.  And we didn't have much

2    of that over there except if you're on the west

3    side.  As you know, in Chicago.

4              So it wasn't until I went to have a

5    baby and by then I had been doing this and I

6    told them I have G6PD.  And they boohoohoo'd it.

7    They said what's that, what's that.  Well, they

8    found out real fast when they put me under

9    anesthesia.  And three days later they were

10   lucky I woke up.  Three days.  That's how we got

11   to know that.

12        Q.    So in the 1970s, it's not like they

13   were doing genetic testing for this condition.

14   How did they determine that you had G6PD?

15        A.    No, there was blood work.  You

16   could do blood.  But the blood only told you

17   quantitatively and qualitatively that you

18   have -- no, since 1956 we had a test.

19        Q.    Okay.

20        A.    It's just that the genetic one,

21   just like any other genetic one, just started

22   now when doing genome.  Well, for me you could

23   tell in those days that, okay, I have A minus,

24   I'm African.  Yeah.  A minus.  Now, the other

25   person is Cantonese.  Somebody from

101

BARKLEY
Court Reporters

1    Mediterranean has Mediterranean.  Agreed.  Now

2    we can actually pump -- pinpoint the low side

3    that you have.  For example, I only have one low

4    side.  Some people may have two.  Some people

5    may have three.  But three is very rare.  But

6    some people may have that.

7              Like I just said when we started,

8    if Tiger Wood's child, how many would she -- he,

9    she, how many will she have.  Will she have

10   several?  I hope not but it could happen, right?

11       Q.    Does your G6PD, how does it affect

12   your body physically?  Can you describe that in

13   any way?

14       A.    Well, when you say how does it

15   affect me, are you asking me for symptoms?

16       Q.    Mm-hmm.

17       A.    Well, let's put it this way.  Since

18   you know New York, I find out that I can't go

19   to -- I have a friend who's at Rosedale.  I

20   can't go to Rosedale and stay overnight because

21   it's very close to, as you know, all the --

22   there are a lot of industries there and the

23   airport and all that.  If I do, I will react.  I

24   may have heart palpitation so I know I have to

25   get out of that environment.  Because I know me.

                          102

BARKLEY
Court Reporters

 1    Some people have it -- if I don't go away in a

 2    few hours, I'm going to pay a penalty for it.

 3    You understand?

 4         Q.    Mm-hmm.

 5         A.    People also depending -- as careful

 6    as I am, I don't have the luxury of using

 7    camphor balls for my clothes.  It will kill me.

 8    It's low, but it will kill me.  So I know that.

 9    My son, the same way.  One son of mine has it

10    and he went into crisis for that.

11         Q.    Okay, so you feel certain things in

12    your body, right?  You might feel palpitations.

13    What else?

14         A.    Pain.  A lot of G6PD -- because I

15    counsel a lot of G6PD people so I'm not alone.

16    And hypo hypoxia we go through.  We tend to have

17    a lot of arthritis.  Pain.  I may be fine.  I

18    can wake up, for example, and I just have pain

19    in my hip especially.  My leg.  And what I do,

20    I'm 62, I try hard to stay fit but it's a

21    life-long something.  It's more difficult for my

22    patients who found out they have this at 40, you

23    understand, it is more difficult for them.

24              And then in the morning I may wake

25    up and find out that my mouth is bitter.

BARKLEY
Court Reporters

1     Q.     Let's say a person has

2  fibromyalgia.  Is that pain different from the

3  type of arthritic pain you're describing?

4     A.     Fibromyalgia, I've taken care of

5  patients which have something to do with

6  thyroid.  And at the same time G6PD affects the

7  thyroid, the pancreas and all that.  I hate to

8  tell you, it's probably 10 times worse than

9  fibromyalgia.  The reason I say that is because

10  it's almost like it's the baby step to it.  With

11  fibromyalgia, when you hear somebody say I have

12  pain with G6PD, I know when I've been exposed to

13  something.  For example, I'm lying down and you

14  try to get up and you see me now, I'm kind of

15  healthy.  Fine, I try to get up and this hip is

16  like somebody put a ton of weight on it.  And I

17  can't move it.  It hurts.  It pains.  You learn

18  to live with it.  But if you ever ask somebody

19  who has sickle cell disease -- do you know -- I

20  don't know.  The worse pain in life is bone

21  pain.  I'm not talking about arthritis in the

22  joint.  Bone pain.  It hurts.  It just hurts.

23     Q.     Is G6 --

24     A.     It aches.

25     Q.     I understand.  Is G6PD linked to

104

BARKLEY
Court Reporters

1    arthritis at all?

2         A.    You see, because there is pain --

3    which makes sense because you see, you have to

4    remember that the joints, hips, they don't have

5    blood vessel.  Bone does not have blood vessel,

6    right?  We agree on that.  But it needs oxygen.

7    And if you don't have oxygen for other parts

8    that have blood vessels, you don't have any to

9    spare for the other one.  It's just like if you

10   lack oxygen for the brain, you're not going to

11   get any for the liver or for the kidneys.

12   That's why they die first because all the oxygen

13   will go straight to your brain to keep it going.

14              So likewise, you find a lot of

15   people which G6PD telling you they have --

16   especially hip and leg pain because this is

17   weight-bearing.

18        Q.    Can you point to any scientific

19   literature to support such a relationship?

20        A.    Can I -- well, I think I started

21   this by saying there are academias and people

22   can go research because there are hundreds of

23   thousands of this and you will see there.  And

24   there are people who live with it.  Let me --

25   God forgive me but let me toot my own horn.  My

BARKLEY
Court Reporters

1    horn is this.  As a physician, you hear a

2    patient tell you I hurt here, I'm tired, I can't

3    do anything today, but it's not the same when

4    the patient tells you and you nod your head and

5    you say I know.

6         Q.    So let me ask the question one more

7    time.  Can you point to any scientific

8    literature to support the association between

9    G6PD and joint pain?

10        A.    Well, I know that there are a lot

11   of literatures out there that are talking about

12   arthritis, which is joint pain, right?

13   Arthritis is a fancy word for joint pain.  And

14   they're talking about muscle pain.  Am I

15   interested in it?  No, because I live with it

16   every day.  And I see hundreds of people with it

17   every day.  And for 62 years I am with it.

18        Q.    So is the answer to the question

19   can you point to any scientific literature --

20        A.    Sitting here --

21              MS. GALEOTO:  Objection.

22        A.    Sitting here I'm not going to say

23   to you this, but I'm sure if you go, you will

24   see some paper.

25        Q.    But you can't point to anything, is

                        106

BARKLEY
Court Reporters

1    that right?

2              MS. GALEOTO:  Objection.

3         A.    That's not a fair question.

4         Q.    Let me try to ask the question one

5    more time.  Can you point to any scientific

6    literature that associates G6PD with arthritis?

7              MS. GALEOTO:  Objection.

8              MR. TORRES:  What's the basis for

9    the objection?

10             MS. GALEOTO:  You're asking her

11   specifically to identify some paper that's

12   limited in scope where this woman has 40 plus

13   years of medical history and experience and has

14   read many different medical manuals and

15   materials.

16             MR. TORRES:  Then she should be

17   able to answer the question.

18             MS. GALEOTO:  You're asking a

19   lifetime of medical materials and can you

20   pinpoint to one?  You're looking for some type

21   of article that's published in JAMA or something

22   and she's saying I've got a lifetime of medical

23   research of study and work.

24        Q.    Can you point to a single piece of

25   scientific literature associating G6PD with

107

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    arthritis?

2            MS. GALEOTO:  Same objection.

3        A.    In 40 years or so I've been looking

4    at this, I'm sure I have read somewhere.  But

5    what you're asking me is a question for your

6    expert witness.

7        Q.    Well, I'm asking you if you can

8    point to any piece of scientific literature that

9    associates G6PD with arthritis.  That's all I'm

10   asking.

11           MS. GALEOTO:  Same objection.

12       A.    I know but I'm saying G6PD is

13   often -- you have articles that will tell you it

14   has arthritis associated with it, yes.

15       Q.    So who?  Give me one doctor's

16   name --

17       A.    Okay, but what you should have done

18   is tell me in your subpoena that I'm coming as

19   your expert witness.  Then I would have made

20   sure I reviewed the research on it.  And then I

21   would tell you.

22       Q.    So the answer is as you sit here

23   today you can't point to any scientific

24   literature associating G6PD with arthritis.

25           MS. GALEOTO:  Objection.

1      A.     My answer is there are articles

2   that tell you that G6PD is associated --

3   arthritis is associated with some G6PD.  Now,

4   are you asking me did I look them over last

5   night before coming here?  No.  Just like you

6   ask me today is there articles that say a

7   transverse C section is different than a

8   vertical C section.  I know it's true.  I know

9   there are articles but I'm not going to give you

10   a name because that's not what I came for.  I

11   would have written it down and said that's what

12   I came for.

13      Q.     But we're not talking about OB/GYN.

14      A.     It's the same thing.  It is the

15   same thing.

16      Q.     If I wanted to learn about G6PD, is

17   there a particular textbook or treatise that I

18   would go to?

19      A.     Now I think you're asking me the

20   same question you asked before.  And that is do

21   I recognize any authority.  No, I do not.

22      Q.     Okay.

23      A.     I would direct you to go and look

24   at internet like any other patient or do your

25   own research and look at whoever's there.  There

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    are millions of papers out there.

2         Q.    Can you describe the process by

3    which G6PD causes a secondary illness like

4    arthritis?

5         A.    Okay.  I'm trying to answer your

6    questions but I see you're seeing as me coming

7    as a consultant that took care of a patient

8    versus an expert witness.  They're two different

9    things altogether.  Now you're moving me from

10   what I did for XYZ to -- because if I'm your

11   expert witness, you would pay me for it, right?

12   It cost a lot of money.

13        Q.    She would pay you for it.

14        A.    If you want to call me, because the

15   questions you're asking me, you will call me to

16   answer that and you will pay me for it.  I know

17   what the going rate is.  So to call me and say

18   come and say what you did for Ms. Williams and

19   then turn around to ask me questions for an

20   expert, it's not being fair.  You're being fair

21   so far.  Don't be unfair.

22        Q.    You're not an expert in G6PD, is

23   that right?

24             MS. GALEOTO:  Objection.

25        A.    When you say an expert, what is an

110

BARKLEY
Court Reporters

1    expert?

2         Q.      I'm asking you do you consider

3    yourself to have expertise regarding G6PD?

4               MS. GALEOTO:  Same objection.

5         A.      I'm asking, define expert.  Then I

6    will answer you.

7         Q.      That's okay, let's a good enough

8    answer.

9               How did you meet Ms. Williams?

10        A.      Well, it was -- I think it was -- I

11   don't want to lie, either it was end of

12   September -- I mean end of 2012 or early 2013.

13   Sometime like -- I got a call and -- I got a

14   call and it was left at the center, which is a

15   call that most people usually do.  And the

16   person left a message.  I came in and they gave

17   me the number and the name, which most people

18   do.  Her name.  And it said please call me back.

19   So I didn't call back I remember.  I did not

20   call back because I went on a trip.

21               When I came back there was another

22   call.  On top of that call I got a call from

23   Mr. -- his name is Dale.  And he had said to me

24   that there were three patients, there were three

25   people, one was a young couple whose child was

111

BARKLEY
Court Reporters

1   having problem from North Dakota.  And there was

2   another lady from Florida actually.  Then

3   there's a third lady from Florida.  And can I

4   please talk to them, they're really having a

5   hard time.

6          Q.    Mm-hmm.

7          A.    Before I could make the call -- I

8   asked -- so he gave me the name but didn't have

9   the number.  So before I could call again, she

10  called.  I was in the office that day so I told

11  her -- she wanted to tell me -- so I told her I

12  will call her back when I have time to talk to

13  her, which after office hours I did.

14         Q.    Okay.

15         A.    And I called her back.  And then

16  she told me and she said that she's calling me

17  because everywhere she had called with G6PD my

18  name came up.  When she called, there is a place

19  like G6PD.org, they told me talk to Dr. Ogundu.

20  And they were the ones that gave her my number.

21  And they've given a lot of people the number and

22  I said to her okay, I cannot tell you what what

23  what unless I have your papers or see what's

24  going on and what's not.  And she did not send

25  it to me immediately.  She ended up in the

112

BARKLEY
Court Reporters

1    hospital.

2              And then I got a call from the

3    doctor and I told the doctor I have not seen

4    this person.  They took a picture of her.  When

5    they took a picture of her and I see it, she's

6    swollen.  Her whole body was swollen.  The feet

7    were so swollen.  And I said to the doctor,

8    okay, this is bad.  Can you show me the blood

9    work you people have done right now, and they

10   did.  And I said okay, do this, do this, do

11   this, that's my advice.

12             After that -- I said when you get

13   out of the hospital, call me.  So she called me.

14   And when she called me she said this is her

15   problem, she's been going in and out of the

16   hospital.  And I tried to help her with

17   Dr. Vera, Dr. Vera.  But every -- it was like

18   she kept having relapses.  And sometimes a whole

19   rash.  And that's not uncommon with sulfides in

20   G6PD.  It's not.

21             So basically one of the things that

22   I told her to do was she has to do detox.  I

23   said well, this is what happens.  If you really

24   want me to get involved in this, you're going to

25   have to come in person.  Let me take a look at

113

BARKLEY
Court Reporters

1    what's going on.  But it's not a two-hour story

2    and it's not a four-hour story.  If you can make

3    it, then you're welcome to come.  She said well,

4    she doesn't know if she has Medicaid.  And I

5    told her don't worry, don't worry, people come,

6    they don't pay, you won't be the first and you

7    won't be the last.  And she called me one day

8    excited and said she can come to New York.

9         Q.    And that's in August 2013 when she

10   comes to you.

11        A.    Yes.  And she came.  But I told her

12   before she comes I want her to go around, pack

13   up all the labs, all the MRIs because she also

14   had some -- as a matter of fact, one time they

15   wanted -- before she came they wanted to do a

16   biopsy on her kidney.  And I said no, you may

17   not know it but the platelet is really a

18   problem.  If you go in there you may get into

19   trouble.  So let's look at it and let's see if

20   we can get her creatinine to come down.

21              And basically we took her off of

22   some of the medications and then put her on a

23   lot of supplements.  And then she came.  When

24   she came I saw her.  She came and she stayed

25   one, two, three days.

114

BARKLEY
Court Reporters

1    Q.    What treatments did you prescribe

2  for Ms. Williams?

3    A.    Okay, when you say treatment,

4  sometimes treatment may be counseling.  Right?

5    Q.    Mm-hmm.

6    A.    When she came, for example, we

7  looked at it and I told her we have to take a

8  look at her glutathione for example, her

9  glutathione because they run hand-in-hand when

10  you have low G6PD.  Then you're glutathione is

11  reduced as well.  So you have more difficulty in

12  certain -- now, glutathione is very, very

13  expensive because -- they sell it out there, but

14  if you take it by mouth it's not stable.  It

15  gets destroyed before it gets into the

16  bloodstream.  But there's something else that we

17  use called N-acetyl cysteine, NAC.  And it's a

18  precursor to glutathione.  So I said you can use

19  it now.  Glutathione is a very, very important

20  enzyme.  Everybody needs it.  So because she

21  hits all the road stops for G6PD's problem.  She

22  got COPD if I remember at that time.  And she

23  used to wear oxygen to be able to breathe.  She

24  couldn't -- and I said you have to get your

25  glutathione up, one.  She had kidney problem at

115

BARKLEY
Court Reporters

1    that time.  Her creatinine was high.  If I

2    remember offhand, I think her creatinine was

3    like 2. something, which is not something to

4    sneeze about.  I wouldn't want one, you wouldn't

5    want one, but hers was about that.

6              She already has the Hallmark of

7    when people don't know you have G6PD.  One of

8    the telltale signs is people taking out

9    gallbladder.  And the reason is because whether

10   you have chronic or acute, when you do

11   bilirubin, blood is constantly with heme, you

12   make stones.  And those stones are usually in

13   your gallbladder.  So the first thing people do,

14   especially since your G6PD and you have pain and

15   you have glutathione that is low, so your new

16   system is decreased and you cannot tolerate

17   histamine, one of the things that happens is you

18   have infection in that area.

19              With G6PD it hits all your

20   endocrines as well, from thyroid to what have

21   you got.  So the first thing that we doctors do

22   is -- it's like if you're not watching out for a

23   snake in this building, a snake may be here, you

24   think it's a rope.  So basically one of the

25   things that happens is that we take out your

116

DOROTHY OGUNDU, M.D.



1    gallbladder.

2         Q.    All right, so what I'm asking is

3    what did you -- what treatments did you

4    prescribe specifically to Ms. Williams?  You

5    told her to increase her glutathione, right?

6         A.    To start I told her to take NAC.  I

7    think the advice I gave her is written right

8    here in my summary.  With the problem that she

9    was having for example, you know that if you

10   don't have certain -- especially with G6PD and

11   you're stressed all the time, your vitamin C is

12   going to be low.  Because you're using it up all

13   the time.  That is one of your anti stressors.

14   So you are negative deficits of vitamin 6.  Now,

15   the irony of a G6PD person is you can't take

16   vitamin C.

17        Q.    So are all of the -- maybe this

18   will make it easier.  Are all of the treatments

19   that you prescribed to Ms. Williams stated in

20   Exhibit 3?

21        A.    Most --

22             MS. GALEOTO:  Hold on, objection.

23   Are you talking just in August of 2013?

24             MR. TORRES:  I'm talking, no,

25   generally.

117

BARKLEY
Court Reporters

```
 1          A.      No, no.  No.  Because as time goes

 2   on -- for example, it's not here, one time she

 3   went for -- she has to go for a dental work.

 4   And the dentist looking at her whole chart was

 5   not sure what to give.  And they called me, like

 6   I said, I was driving and I pulled over.  I

 7   don't carry her chart or anything.  And I said

 8   what can I do for you.  She said well, we have a

 9   patient here and she left your number and said

10   to call you.  And we left a message for you, so

11   they told us to contact you on your cell.  And I

12   said what's the problem.  They said well, we use

13   Lidocaine and we used butacaine, and I said you

14   can't use it on her.  It's true that because

15   Lidocaine, you cannot use it on her.  And

16   butacaine, you cannot use it on her.  But you

17   can use inhalant analgesic to do it.  And if

18   that's okay with you.  And then look at the --

19   and then she said well, how about antibiotics.

20   I said don't give her anything that has sulfur.

21   No sulfur, nothing with sulfur at all in it.

22   And she said well, what can we use?  Because we

23   use that.  I said you can't.  But you could use

24   erythromycin and you can use azithromycin.

25   However, because she's a G6PD person, you have
```

118

BARKLEY
Court Reporters

1   to make sure you calm her down for anxiety

2   because it only causes stress and the platelets

3   will go down.  So you can give her something

4   that would calm her down during this thing.  So

5   that for example, it's a treatment and I go my

6   way.

7        Q.    Do you communicate often with

8   Ms. Williams?  Or regularly?

9        A.    I won't say regularly more than any

10  other patient I have out there.  Because all my

11  patients -- not all, I can't say all, but those

12  that have chronic problem that are going, they

13  have my number, they can call me at the middle

14  of -- as a matter of fact, I got one from Greece

15  and then I got another one from California.  And

16  I said I'll call you later.  They're welcome to

17  call me any time.

18       Q.    Do you call Ms. Williams?

19       A.    Yes, I do.  Yes, I do.

20       Q.    How often do you do that?

21       A.    Let's say if I haven't heard from

22  her, maybe a week or something like that, I will

23  call her.  I will say what's going on.  Because

24  she does have -- another thing that we did was

25  with the doctors to put our heads together to

119

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1   cut -- sometimes when you're going to too many

2   doctors you may find out that each person is

3   treating you for this.  So we were able to cut

4   down so she doesn't spend all -- this is

5   something that bothered her.  That she spends a

6   lot of her time going to consults, doctor here,

7   there, there.  So -- and sometimes I know from

8   experience it can be disheartening.

9        Q.    So --

10       A.    And then I will call and say hang

11  in there.

12       Q.    Do you call her weekly?  Is that

13  what you're saying to me?

14       A.    Sometimes I may call her more than

15  once a week.  Sometimes I may call her two,

16  three times.  Sometimes I may not call her at

17  all.  If I called her and she's up and going,

18  especially if I find out that, okay --

19  especially, you have to also understand I'm very

20  particular around her period.  Because if she's

21  anemic and then she's going through this and she

22  has her period, with the progesterone and

23  everything going on, I'll say -- I'll call her

24  and say well, why don't you take some hydrogen

25  peroxide soak or something like that, take some

120

BARKLEY
Court Reporters

1  magnesium to calm the muscles and things like

2  that.

3       Q.    And you don't keep notes of the

4  calls obviously.

5       A.    No.  No.  I don't keep notes of --

6  I'm going to -- but I don't even keep notes when

7  I call any of my patients who I see at home.  If

8  I call you Sunday morning and say Helen, how are

9  you doing, I'm okay today.

10      Q.    I'm just asking with respect to

11 her.

12      A.    No.  Well, I don't treat her --

13 unfortunately I don't treat her any differently

14 than I treat others.  Because of the way they

15 come to me.

16      Q.    When you check in on her, what is

17 the normal -- is there a normal response?

18      A.    It depends.  Some days are diamond

19 and some days --

20      Q.    Some days are good.

21      A.    Some days are diamond I say for her

22 and some days are real stones.  And when I

23 say -- for example, I can call her this morning

24 and she says I have some pain, I have some pain,

25 that's a good day.  That's a good day.  And I

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    understand what she means by "I have some pain."

2    By evening she calls me and says she has a whole

3    bunch of rashes.  You know?  And then I'll say

4    to her take a picture of it, let me see it.

5    Like one time I see it, I said go to the

6    hospital.  And she went to the hospital, thank

7    God.  I said go to the hospital.

8         Q.    Does NAC have sulfur in it?

9         A.    What?

10         Q.    Does NAC have sulfur?

11         A.    No, not really.  It's N-acetyl

12    cysteine.

13         Q.    Does GLH have sulfur in it?

14         A.    No, it's not the sulfur you're

15    thinking about, no.  The glutathione doesn't.

16    You're talking about the enzymatic reaction to

17    it.

18         Q.    Can G6PD activity be measured?

19         A.    Well, that's what you're measuring

20    quantitatively when you hear that somebody has

21    .4 or .1 --

22         Q.    .4 or .1 of what?

23         A.    Of G6PD enzyme.

24         Q.    Okay.

25         A.    Now, that's good and that's bad.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  When it's very, very low.  Now, unfortunately

2  you can have .4.  I can have .4, but it doesn't

3  affect us both the same.  You heard about dose

4  and frequenting.  And your .4, as much as it is,

5  I don't want to use this word but I have to, if

6  you are in a situation where you're constantly

7  stressed, that .4 is nothing.  I that had .2 may

8  do better than you because of all the things

9  that are involved here.

10      Q.      Is there a normal range of G6PD

11  enzymes?

12      A.      Yes.  Unlike other enzymes, it's

13  also -- you have to look at the lab and the

14  range.  So there is a minimum that you should

15  have.  And when you don't have that, then you

16  have -- we say you're deficient.  Okay, for

17  example, women can be insufficient as well as

18  deficient.  Men are only deficient.  Why?

19  Because --

20      Q.      Because we're men.

21      A.      However -- it is true because

22  you're men.  But you're worse off because you're

23  men because you only have one X.  Women have two

24  Xs.  So there lies the problem.  The men you

25  know when they're deficient, they're deficient.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    They got a problem.  Everybody knows that from

2    time and you try to patch them the best you can.

3    But invariably they're going to come down with

4    diabetes, they're going to come down with

5    arthritis, they're going to come down with all

6    kinds of problems.

7            But women, for the longest time,

8    they say because we have two X it doesn't affect

9    us the same.  So when I was in school, they

10   taught us this.  40 fat female.  Gallbladder

11   out.  You come with pain, 40 fat female.  But

12   most of those people may be having G6PD.

13           So the reason -- now you're going

14   also now pushing me into expert witness.  The

15   thing is that in women there's something called

16   lyonization.  I'm sure you read it somewhere.

17   Right?

18       Q.    Mm-hmm.

19       A.    So I don't have to go through

20   lyonization.

21       Q.    No, but keep talking.

22       A.    There is something called

23   lyonization.  And lyonization means in biology,

24   for example, we're both females.  And it also

25   happens with men with their prostrate so let's

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    not -- we're both females, right?  You have two

2    ovaries I hope.  I have two ovaries.  People

3    used to think because when you have ovaries you

4    have 12 months, 12 cycles a year.  So they think

5    one ovary goes six months and one ovary goes six

6    months.  That means January, February, March.

7    It doesn't work like that.  So what happens is

8    this.  Basically your right hand, I'm watching

9    you, so your right hand is your dominant hand.

10   It's dominant over your left.  Every time you

11   try to get something -- so if you're cutting

12   something 12 times you may do it 12 times and

13   the left hand dozen.  Likewise that, when the

14   ovary -- the left ovary may ovulate eight times

15   and the right ovary may ovulate four times.

16   What happens when I cut off the right ovary?

17   You may have difficulty having a baby.  What

18   happens if I cut off the left ovary?  You won't

19   have difficulty having a baby because that's

20   your predominant.

21           let's say you have the same thing,

22   XY and XX.  If you happen to be a female and

23   that dominant one is the one that is affected,

24   you're like a male.  End of story.

25           Q.    Is there -- are there different

BARKLEY
Court Reporters

1    levels of G6PD deficiency like moderate or

2    severe?

3         A.    Yeah.

4         Q.    And how do you determine -- do you

5    know what those are?

6         A.    Well, once again, I have to see the

7    lab.  They give you levels.  But you would think

8    that anything like .4, .1, we got a problem

9    here.  But that's usually with males.  And the

10   reason I say that is the same reason I explained

11   to you about lyonization because you can't go by

12   numbers.

13        Q.    I understand.  And how about with

14   women?

15        A.    It's women that have lyonization,

16   not men.

17        Q.    Is there some rule of thumb or

18   heuristic by which we determine whether G6PD

19   deficiency is moderate, mild, severe?

20        A.    It's not written in stone.  When I

21   say it's not written in stone, let's put it this

22   way.  If I'm -- let's say I'm .2.  I'm African,

23   right?

24        Q.    Mm-hmm.

25        A.    I'm .2 and I go to Greece, right?

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1        Q.      Mm-hmm.

2        A.      And you are .6 and you're

3    Mediterranean, you're Greek, right?  Now, your

4    level is higher than mine, right?  .6, .2.

5        Q.      Mm-hmm.

6        A.      And we go to Greece.  And we're

7    walking down the road and we're -- all the fava

8    beans is in the air.  It doesn't affect me.  It

9    affects you.  And somebody would say but you're

10   .6.  It doesn't make -- that's why I say one is

11   academia and one is practicality.

12       Q.      Let me hand you a couple more

13   documents.

14           (Ogundu Exhibit 4 for identification,

15   Williams 1854 through 1855)

16       Q.      Can you take a look at that and

17   tell me if you've ever seen this document

18   before.

19       A.      Yes, I have.

20       Q.      For Ms. Williams?

21       A.      Yes, I have.

22       Q.      How did --

23       A.      I think this is one of the

24   documents that Dr. Robinson did one of those

25   fancy stuff they do these days.

127

BARKLEY
Court Reporters

1          Q.      And by fancy "stuff," do you mean a

2    DNA test?

3          A.      No.  I mean computer.

4                  MS. GALEOTO:  Skype.

5          A.      Yes, that.  I mean that one.  The

6    DNA, I'm with that.  The Skype part that I'm

7    trying to get.

8          Q.      That's the tricky part.

9          A.      That's right.

10         Q.      Can you explain what Exhibit 4 is?

11         A.      Is that fair?  Shouldn't an expert

12   witness be doing that?

13         Q.      No, I'm just asking if you can

14   explain just generally what it is.

15         A.      Okay, well, since you're nice I am

16   going to.

17         Q.      Thank you.

18         A.      What it did show you here is the

19   alleles.  Remember we were talking about the

20   alleles?

21         Q.      Yes.

22         A.      And what it shows is that you have

23   two As at two different alleles.  You have two.

24   So both her -- you have A 376G.  Which is the

25   number -- okay, when they do chromosomal study,

128

1   they tell you the foci.  What does that mean?

2   Where on the chromosome that defect is.  So

3   you're looking at your X chromosomes.  She has

4   two X chromosomes.  So you're looking at it and

5   it's telling you what -- where it is.

6         Q.    So one of things I noticed in here

7   was that it says where you just looked at

8   regarding the alleles, and it says three

9   mutations on the first page.

10         A.    Yes.

11         Q.    Do you see that?

12         A.    On the first page, yes.

13         Q.    And then it says a couple lines

14   down from that, like three lines down, it says

15   "this individual may or may not have symptoms of

16   G6PD deficiency."  Is there any reason why that

17   language would be used that you know of?

18               MS. GALEOTO:  Objection.

19         A.    Well, I guess I have to answer.

20         Q.    You can answer this.

21         A.    How do you use that?  CYA?

22         Q.    CYA.

23         A.    It's called CYA in medicine.  What

24   it's saying is that we're a lab, we are not

25   practicing medicine.  Remember when I told you

DOROTHY OGUNDU, M.D.

1    that you can have a .2 and somebody else can

2    have .6?  The person who has .2 may not have any

3    problem.  Why don't they have a problem?  Maybe

4    they're not exposed to, what do you call it,

5    oxidative stressors.  And when they do get

6    exposed to them, they will get in trouble.  So

7    they're saying for you to know that this person

8    has this, but that doesn't mean -- in real

9    life -- like I said, some days for me are

10   diamonds, some days are stones.  I'm certain

11   that it's going to be a stone day and I brace

12   myself.

13        Q.    Further down on that page it says

14   under the heading "characteristics," it says,

15   like three lines down from that, "Most mutations

16   identified to date have been classified

17   according to the following scheme."

18        A.    Where are you?

19        Q.    First page, down towards the bottom

20   where it says "characteristics."

21        A.    Uh-huh.  What line?

22        Q.    Third line down from that.

23        A.    Okay.

24        Q.    The second sentence after

25   "characteristics."  "Most mutations."  Do you

BARKLEY
Court Reporters

1   see that?

2         A.      Mm-hmm.

3         Q.      In fact, can you just read that?

4   It will be easier.

5         A.      Well, it's not my writing.

6         Q.      I know it's not your writing.  Just

7   read that sentence, please.

8         A.      The lab from whatever it is says

9   "most mutations identified to date have been

10  classified according to the following scheme.

11  Class 1, severe enzyme deficiency with chronic

12  non-spherocytic hemolytic anemia.  Class 2,

13  severe enzyme deficiency with less than 10

14  percent of the normal activity.  Class 3, mild

15  to moderate enzyme deficiency, 10 to 60 percent

16  of normal activity.  And Class 4, very mild to

17  almost normal enzyme activity, which would be

18  greater than 60 percent normal activity with no

19  clinical consequences."

20        Q.      Do you know -- did you ever

21  determine what class of G6PD deficiency

22  Ms. Williams was, and I'll use your language,

23  afflicted with?

24        A.      I know that her level is low.  I

25  know her level was low.  And if I remember, it

131

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    was actually -- what I saw was, it was actually

2    done either twice, one by one -- in the

3    hospital, and another by a doctor.  It was low.

4    I mean low value.

5              But like I also said,

6    impracticality, if it's low, it's low.  And I

7    will say it again, you can have .6 and I can

8    have .2 and I will have a lot more problem than

9    you do.  If you are a Mediterranean and you eat

10   African garden egg, maybe you won't come down to

11   it.  Meanwhile I'll be dead even with my higher

12   than yours.  At the same time, if I went to

13   Greece I wouldn't come down with it.

14        Q.    Okay.

15        A.    Now, there's also something that we

16   have to bring out here, and that is everybody

17   who has normal G6PD, if you are under stress and

18   whatever you've got, it starts coming down as we

19   get older.  So if you are already deficient or

20   insufficient, whether you're female or male,

21   when you get older, it's going to come down

22   more.  And that's why a lot of times people

23   struggle and struggle and then they become

24   symptomatic as they hit 30s and 40s and 50s.

25   Because if they're still -- and I will say it,

132

BARKLEY
Court Reporters

1    in an atmosphere -- the first time you eat fava

2    beans, it may not do anything to you.  The

3    second time it may not do anything.  When I say

4    it may not do anything to you, it's doing

5    something but you don't know it's doing

6    something.  Then the third time you do it you're

7    kissing the ring of St. Peter.  And that's just

8    the way it is.

9         Q.    You're hopefully kissing the ring

10   of St. Peter.

11        A.    After all that suffering you better

12   be kissing the ring of St. Peter.

13        Q.    Let me ask this question about

14   these characteristics or these classes, the

15   schemes here.  When it says for example Class 2,

16   "severe enzyme deficiency with less than 10

17   percent of the normal activity," what is the

18   normal -- what does it mean when it says the

19   normal activity?  Is that the range of the

20   normal G6PD enzyme for that particular lab?  Or

21   is that something else?

22        A.    Well, the lab -- for example, let's

23   say the lab -- whatever the labs, it's like

24   their percentage.  So if I said my labs says

25   from 2 to 3 or 2 to 4 and then what you're

133

BARKLEY
Court Reporters

1    looking at is -- if 10 percent -- if 10 percent

2    of it -- or less than 10 percent of it, that

3    means if you have --

4         Q.    Less than .2.  In your example,

5    less than .2 would be Class 2 severe in the

6    example you just gave.

7         A.    Yeah -- no, less than -- yes.  10

8    percent.

9         Q.    Right, 10 percent.

10        A.    10 percent would be .1.

11        Q.    You said if you did a range -- I'm

12   sorry, if you had a range from 2 to 3 --

13        A.    Okay.  Yeah, we just throwing

14   numbers out.

15        Q.    Yes, we're just throwing numbers

16   out.  Less than 10 percent of the normal

17   activity would be .2.  That's 10 percent of 2.

18        A.    Yes.

19        Q.    So less than .2 in that example

20   would be Class 2, is that right?

21             MS. GALEOTO:  Objection.

22        A.    No, no, no.  No.  That means -- no,

23   that means if you have less than 10 -- okay,

24   better way.  Let's use hundred.  You have

25   hundred --

134

BARKLEY
Court Reporters

1     Q.     We're saying 100 is the normal

2  range.

3     A.     Yes.  Let's say you have 100.

4  Right.  You have hundred.  And out of that only

5  10 percent, or less than 10 percent has normal

6  activity, you know?  Only 10 percent you can go

7  to shop with, 90 percent or more is no good.

8  It's deficient.

9     Q.     So using the normal range, one

10  number, 100, when this says severe enzyme

11  deficiency with less than 10 percent of the

12  normal activity, what number would -- what

13  number is 10 percent of the normal activity

14  using 100 as the normal activity?

15          MS. GALEOTO:  I'm still going to

16  object to form.

17     Q.     Is it 10?

18     A.     No -- but you can't -- that's what

19  I'm saying, let's say you have a hundred,

20  whatever range you have for severe.  And you're

21  looking at it.  The best way to look at it is

22  that you're saying 90 percent of that, or less

23  than 10 percent, with less than 10 percent of

24  normal activity, which means less than 10

25  percent has normal activity.  That's what

135

BARKLEY
Court Reporters

1  they're saying.  Less than 10 percent has normal

2  activity.  Which means more than 90 percent of

3  that range has no normal activity.  It's caput,

4  no good.

5       Q.    So what number -- all right, let's

6  say I took a measurement of your G6PD activity.

7       A.    Yeah.

8       Q.    Okay?  How would I know whether

9  you're Class 1, Class 2, Class 3, Class 4 -- or

10  Class 4?

11       A.    Class 1, usually it's a big

12  problem.  It's a big problem.

13       Q.    Yes, we agree with that.

14       A.    Class 2 and 3.  Class 4 we really

15  don't -- later on in life they may become

16  problematic.  So you're talking about 2 and 3.

17  So if I --

18       Q.    Well, what I am asking is how do I

19  know looking at the numbers --

20       A.    That you have --

21       Q.    -- that you're Class 2, Class 3 or

22  Class 4?  That's what I'm trying to ask.

23       A.    When you order your test, the lab

24  that have the range, they will tell you your

25  range fell in Class 2 or Class 3.  And if it's

136

BARKLEY
Court Reporters

1  .4 or .7 or whatever.  They will tell you that.

2  Then you have to decide looking at the symptoms

3  and that's where you bring the lab and the

4  clinic.  Because the person in the lab does not

5  know.  He's just going to tell you that people

6  with this range came to have severe XYZ because

7  they don't have enough normal activity.

8       Q.    So let me -- I'm having a little

9  trouble with this.

10      A.    Maybe a lab person will answer that

11  better.

12      Q.    Well --

13      A.    Because I've answered it every

14  which way I can.

15      Q.    Well, let's take a look at Class 4,

16  very mild to --

17      A.    Let me say something.  Do you have

18  her lab results with you?

19      Q.    Yes, but I want to make sure I

20  understand it conceptually first.

21      A.    I understand.  But if you give me

22  that, then I will be able to explain it better.

23  Because I'm here to make sure you understand so

24  I'm not going to hide anything.

25      Q.    I appreciate it.  Help me first

137

BARKLEY
Court Reporters

1    understand it conceptually.  Let's look at Class

2    4 for example, very mild --

3         A.    Now we're going to Class 4, okay.

4         Q.    Very mild to almost normal enzyme

5    activity.  It says greater than 60 percent

6    normal activity with no clinical consequences.

7         A.    Exactly.

8         Q.    Hold on.  Let's put aside no

9    clinical consequences for a moment.  When it

10   says greater than 60 percent normal activity,

11   it's talking about greater than 60 percent

12   normal activity.  So for example if the normal

13   activity is 100 and you have a measurement that

14   is 70 --

15        A.    That's great.

16        Q.    -- that would be Class 4, right?

17        A.    Exactly.

18        Q.    Okay.

19        A.    Because what happens is that you

20   need only less than -- you can say less than 40.

21        Q.    Yes.

22        A.    To be bad.

23        Q.    Yes.

24        A.    So you understand now why I say

25   that one, you need at least about 80 percent.

138

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      Q.     Right.  So with Class 3 for

2  example, mild to moderate, it says 10 to 60

3  percent of normal activity.  So if the normal

4  activity is 100 and I have 50, I'm Class 3.

5      A.     Yes.  Now, but the problem -- you

6  see the problem right there.  It's a big range.

7      Q.     Yes, it's a big range.

8      A.     10 to 60.  So you have to get the

9  clinical and the --

10      Q.     I understand.

11      A.     Some of the bodies don't read the

12  test book.

13      Q.     Likewise, with Class 2, severe

14  enzyme deficiency is less than 10 percent of the

15  normal activity.  If the normal activity is 100

16  and I have 9, then I have a severe enzyme

17  deficiency.

18      A.     Yes.  Because 89, 90, whatever,

19  it's no good.

20      Q.     Right, okay.  That's what I needed

21  to understand.  So let me hand you Exhibit 5.

22          (Ogundu Exhibit 5 for identification,

23  Williams 1873)

24      Q.     Have you ever seen Exhibit 5

25  before?

139

BARKLEY
Court Reporters

1       A.      I'm looking at it.  I know that I

2   have seen at least two reports of her --

3       Q.      G6PD activity?

4       A.      Yes.  So whether it's this one or

5   another I don't know.

6       Q.      Can you tell me what Exhibit 5 is?

7       A.      It is -- that's what we're talking

8   about, the quantitative analysis of her G6PD in

9   the red blood cells.  So -- this is what I mean

10  when I said once we see out of range, then you

11  know that person is deficient.  And it says out

12  of range 3.7, and their reference range is 4.6,

13  13.5.

14      Q.      And the reference range is the

15  normal range in this lab.

16      A.      In this lab, right.  That's normal.

17  And like I was telling you, you can see that

18  it's a wide range.

19      Q.      Yes.

20      A.      Another lab may come up with --

21      Q.      A different range.

22      A.      Usually not lower than -- usually

23  4. mid 4s.

24      Q.      Would you have -- I know you don't

25  know anything about this lab result, but would

140

BARKLEY
Court Reporters

1  you have any reason to disqualify a lab result

2  like this or suggest that there's something

3  wrong with it?

4      A.    Unless somebody tells me this lab

5  throws their numbers down the stairs and just

6  assigns numbers to it, no.

7      Q.    Thank you, let's go ahead and break

8  here.

9            THE VIDEOGRAPHER:  The time is 2:48

10  p.m. and this completes tape number 2 of the

11  videotaped deposition of Dr. Dorothy Ogundu.

12            (Recess taken.)

13            THE VIDEOGRAPHER:  The time is 3:04

14  p.m. and this begins tape number 3 of the

15  videotaped deposition of Dr. Dorothy Ogundu.

16            MR. TORRES:  Can you mark that as I

17  believe number 6.

18            (Ogundu Exhibit 6 for identification,

19  AMIT 17 through 18)

20      Q.    Can you take a look at Exhibit 6,

21  Dr. Ogundu, and tell me whether you have ever

22  seen this document before.

23      A.    Yes, I have.

24      Q.    Is this from the G6PD.org website

25  that you referred to earlier?

141

BARKLEY
Court Reporters

1        A.      Yes.  I have not looked at it at

2   their website, but I have seen this before.

3        Q.      I'd like you to turn to the second

4   page, and it has a heading that says

5   "Contraindicated substances for G6PD deficient

6   patients."  Do you see that?

7        A.      Mm-hmm.

8        Q.      What does the term

9   "contraindicated" mean?

10       A.      That means don't give.

11       Q.      I see this says avoid mothballs.

12  That's what you were referring to earlier,

13  right?

14       A.      Yes.

15       Q.      Artificial blue food color,

16  legumes, sulfites, tonic water.  And then

17  there's a list on the -- of substances or

18  medication.  The two columns.  Do you see those?

19       A.      Actually these are all medications.

20       Q.      These are all medications?

21       A.      Yes.  There is no -- these are all

22  medications.

23       Q.      So these are all medications that

24  are contraindicated substances.

25       A.      Yes.

142

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    Q.    And some say low risk and some say

2  high risk.  Do you know what the difference

3  between, like, low risk and high risk?

4    A.    Well, how should I put it?  The

5  tricky thing about G6PD, like I said before, is

6  not only is it individualistic, it is regional

7  as well.  So for example, you see Primaquine.

8  Primaquine is written high risk.  But in the

9  Cantonese and Vietnamese, that I know because

10  I've done work there, it's moderate to low risk.

11  In the African-American population it is very,

12  very high risk.  Why?  Because they've been

13  exposed to it in terms of an antimalaria.  The

14  falciparum malaria -- sorry, the parasite that

15  causes it is different from Africa or Asia.

16         So basically just like the fava

17  beans, the broad beans and other beans that's

18  endemic to an area, you cannot suddenly start

19  reacting to things that you're not endemic to.

20  However, there are certain things that are --

21  that every G6PD person reacts to.  Actually,

22  every human being reacts to except that it

23  doesn't come out.

24         So if you look on top, as you say,

25  you will see something like avoid mothballs,

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    artificial blue food color, legumes, and they

2    went through the legumes, and it says sulfites,

3    tonic water, and then "please read all labels,"

4    blah blah blah.  And the tonic water, it's not

5    that they are allergic to tonic water as much as

6    they're allergic to quinine, the quinine that is

7    in it.  Not every G6PD person is allergic to

8    quinine.  If you're Mediterranean you're not

9    allergic to it.

10            So in that case, the high risk/low

11   risk depends on who it's exposed to.

12       Q.    So it depends on the type of -- are

13   you saying that it depends on the type of G6PD

14   that you have?

15            MS. GALEOTO:  Objection.

16       Q.    I'm sorry, the type of G6PD

17   deficiency that you have?

18       A.    No.  Not necessarily.  Most of

19   these things are dose and frequency related.

20   Like I said -- okay, fava beans, it's an

21   oxidative stressor.  But for generations I'm not

22   exposed to fava beans.  Well, I did not know

23   that hummus is chickpeas, or whatever in the

24   world it is.  I did not know that.  I was given,

25   I ate, only to go home and find out again that I

144

BARKLEY
Court Reporters

1    should have made an appointment with Peter but

2    thank God he wasn't home.  As I said, I ate

3    something, what is it.

4              So that's the life I have to live.

5    I have to now trace it back, bingo, the only

6    thing that I have eaten that I haven't eaten

7    before.  What is hummus.  Then I got an

8    education.  We went to the book, it's not time

9    for St. Peter, no hummus ever.

10        Q.    You said there for example a

11   Mediterranean type of G6PD deficiency,

12   Cantonese, African as well were examples.  Can

13   you tell looking at Exhibit 4 what type of G6PD

14   deficiency Ms. Williams has?

15        A.    Ms. Williams happens to be one of

16   those lucky kids, sometimes I say a hunchback

17   baby.  Why is she a hunchback baby?  She had the

18   dubious distinction of having both African and

19   another.  As you can see there's G, the A is

20   there.  And so she has two African A- and

21   another G 202, that could be, I don't know,

22   whatever else.

23        Q.    So when you say that she's -- what

24   is lucky about this?

25        A.    Well, when I say lucky, usually

145

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1   people try to get one bad thing.  Why do you

2   have to go for two?  I'm being facetious.

3        Q.    So let's say you take a high risk

4   contraindicated substance.  What can be the

5   result of taking -- there's knocking on the door

6   of St. Peter, there's one.  What other things

7   might happen if a person with G6PD deficiency

8   takes a high risk drug?

9        A.    Well, let's put it this way, in

10  Brooklyn not too long ago we have a young man

11  who's a cardiologist, took Cipro, right?  No big

12  deal.  And started bleeding a little bit but

13  didn't know it.  And then during the ten course

14  of the Cipro, finally you will go into frank

15  acute hemolysis.  And he died.

16            Somebody mentioned it to me and

17  said this is strange because it was just

18  ordinary flu, he was fine, nothing wrong and

19  took Cipro and now he's dead.  And he's a

20  cardiologist.  So basically what I said to them

21  is check and see if he has G6PD deficiency.

22            Now, if you're dead, the enzyme

23  stops.  That's not the time to evaluate it.  But

24  he has two kids -- I mean two daughters.  I said

25  check the daughters because he only has one X.

146

BARKLEY
Court Reporters

1    So he will give that X to each daughter, and

2    bingo, they did genetic test and they have it.

3    I said well, there's your answer.

4              You can have it where you're

5    exposed to certain things and the drip, drip,

6    drip.  It just beats you down where you are

7    constantly not doing well versus being exposed

8    to massive dose of something and it hits you

9    down, you're fatigued and what have you got.

10             And in my book, the way I see it,

11   I've said it before, the chronic one, the one

12   that drip, drip, drip, is worse because it

13   slowly destroy your kidney, your this --

14   especially if you're not aware and you're doing

15   something about it.  But it's a losing battle,

16   you know?  Do you understand what I'm saying?

17        Q.    I understand what you're saying.

18        A.    Because you keep looking at me

19   like --

20        Q.    No, I'm listening to you.

21             So when you say Cipro, what you're

22   talking about is the Cipro --

23        A.    Right there.

24        Q.    Ciprofloxacin.

25        A.    Yes.  I'm just giving you an

147

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1   example.

2        Q.      I understand.  I understand, I

3   understand, thank you.

4              Do you have to know, does --

5   obviously dosage has got something to do with

6   it, right?

7        A.      Yes and no.  Yes and no.  You see,

8   it's not an allergy thing.  It's not.  For

9   example, I can tell you when I go home today I'm

10  going to try to take drops of oil of oregano,

11  I'm going to do a few things.  Why?  There is

12  something here.  And when I came, it wasn't as

13  now.  I kind of like -- but I haven't because I

14  feel it.  Now, not too many people know that.

15             Now, should I be sitting here if I

16  really have good sense?  No.  But I really want

17  to get this over with.

18       Q.      So let's say you take a

19  contraindicated substance, a high risk

20  contraindicated substance.  Will taking that

21  high risk contraindicated substance cause

22  hemolysis?

23       A.      Yes, it could.  That's the worst --

24  at that time that would happen.  But it may be

25  short of it depending on first and foremost how

148

BARKLEY
Court Reporters

```
 1   much G6PD you have, how much glutathione you

 2   have at that time.  It would expend it in your

 3   body fighting.  And then after that, hopefully

 4   you'll be smart enough -- most people are --

 5   like I have some people that come in and they

 6   put them on -- for example, bacitracin for

 7   example.  That's one of the worst.  It's

 8   immediate.  The first thing they tell you is my

 9   heart wants to come out through my mouth.  I

10   said well, close your mouth, don't take that

11   medication again and your heart will stay in and

12   get to the emergency room and get a NAC and go

13   with that.  And they usually do.  And then I

14   will say to them have you checked for G6PD.  And

15   they say what's that.  I say tell your doctor to

16   check it and then they will check it, the doctor

17   will check it, and bingo.  And then I will say

18   okay, so you're going to have to change your

19   lifestyle.

20        Q.    Do you know if Ms. Williams was

21   taking any contraindicated substances?

22             MS. GALEOTO:  Object to form.

23        A.    Do I know?  No, I do not know but I

24   know one thing.  When I looked at all her -- by

25   the time she came to me, to my recollection, by
```

149

BARKLEY
Court Reporters

1    the time she came to me she was not on anything

2    that I'll say is contraindicated.  I think by

3    the time she came to me -- also you have to

4    remember, she knows she has G6PD.  My notes

5    actually -- I remember, I praised her because

6    she was meticulous.  She has this, this, what

7    she can eat.  I told her, I said she barely was

8    eating nothing anymore.  And when I say that you

9    know what I mean.  And I had to say to her your

10   anemia is not just B12.  We have to balance it

11   because you don't want your B6 to go down and

12   your B2.  And Dr. Vera did that.  And I said

13   don't give her any iron, not that he's going to.

14   But it's like taking coal to New Castle because

15   if she's microcytically hemolyzing, then you

16   don't need iron.  You don't.  It may seem like

17   it's low.  You don't because it's not going to

18   work.

19              And that one time she had to get

20   on -- she knew she shouldn't take ordinary

21   vitamin C for example.  But she needs vitamin C

22   to help her.  So I told her what kind of vitamin

23   C she has to take, which is like rose hip and

24   things like that.

25              So in terms of medication, she's

150

BARKLEY
Court Reporters

1    already been -- I think -- I don't know if I

2    mentioned it, but I think I did, I told you that

3    she went to some of the organizations who

4    actually told her to see me.  That was how she

5    got to know about me.

6         Q.    Okay.  She went to the G6PD.org.

7         A.    Either she went there or -- but I

8    know that there was a gentleman called Dale and

9    many times people -- him, her, another one, they

10   just come.  Or Keeley.  There are different

11   organizations.  Even the ones in France, you

12   know?

13        Q.    You don't know who the "Dale" is?

14        A.    I never met him.  But if they have

15   questions and things like that, he sends it to

16   me.

17        Q.    He's at G6PD.org?

18        A.    He has G6PD.

19        Q.    No, is he at G6PD.org?

20        A.    I think so.  I think so.  And he

21   has G6PD himself.

22        Q.    Let me hand you what we're going to

23   mark as Exhibit 7.

24             (Ogundu Exhibit 7 for identification,

25   Transcript Excerpt of Dr. Mink)

151

BARKLEY
Court Reporters

```
 1          Q.     This is an exert from a deposition
 2    of Dr. Frank Mink who is Ms. Williams' proposed
 3    expert toxicologist.  If you read from line 17
 4    down on the first page --
 5          A.     Line 17.
 6          Q.     Uh-huh, down through like line 15
 7    on page 104.
 8          A.     Line who?
 9          Q.     Line 15 on the last page.
10          A.     You said 17 --
11          Q.     Line 17.
12          A.     Yeah.
13          Q.     Do you know through --
14          A.     Oh, okay, to the other side, to 15.
15          Q.     -- to 15 there.
16          A.     And you just want me to read that.
17          Q.     You can just go ahead and read it
18    to yourself.  And I just have a couple of
19    questions about that.
20          A.     (The witness reviews the document.)
21                 Okay, you said up to 15, right?
22          Q.     Of the last page.  You've got a
23    couple of pages to read.
24          A.     Oh, boy.  (The witness reviews the
25    document.)
```

152

BARKLEY
Court Reporters

1              MS. GALEOTO:  Chris, you need to

2     make one correction on the record.  It was

3     corrected I thought in the final.  It's not

4     Dr. Robinson you're looking at.  It's

5     Dr. Robbins.  It's a different physician.  On

6     page 103.

7              MR. TORRES:  Did you send an

8     errata?

9              MS. GALEOTO:  I think so.  But it

10    was also in the medical record.  You were

11    reading it wrong.

12             MR. TORRES:  I understand.  But did

13    you send an errata?  Or did Dr. Mink send an

14    errata?

15             MS. GALEOTO:  I have to ask.  But

16    if you have the exhibit to show her, it was

17    Dr. Robbins.

18             MR. TORRES:  That's fine.  Just

19    have an errata sent.

20        A.    Okay.

21        Q.    So I have a couple of questions.

22    On the top of page 102, lines 1 through 6 says,

23    "The thing he measured was that she did have

24    macrocytosis.  That is an elevated MCL.  That's

25    part of an elevated MCL.  That's the driving

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1   force behind it is the factor that shows you she

2   had a hemolytic event."

3              Is macrocytosis associated with --

4        A.    Macro.

5        Q.    Macrocytosis, that's what he says

6   here.

7        A.    Yes.

8        Q.    Is macrocytosis associated with

9   hemolytic events?

10       A.    Okay, I think -- remember when we

11  went through this before.  This is also talking

12  in vacuum.  You have to show that -- and I told

13  you that what cell are we talking about.  Yes,

14  macrocytosis -- you also mentioned about

15  micro --

16       Q.    Macrocytic.

17       A.    Macrocytic.  Microcytic.  However,

18  macrocytosis, if he's talking about reticulocyte

19  count, yes, because that's a double of this and

20  that.  It shouldn't be there.  So I have to know

21  which one that you're talking about.

22              In relationship to what he's

23  talking in terms of, remember when I said the

24  capsule -- when you have a lot of retic, it

25  makes it look like it's big, elevated.  Right?

154

BARKLEY
Court Reporters

1      Q.      Mm-hmm.

2      A.      Okay, so that's why when you have

3  retic you say the person is having a hemolysis.

4  It could be subclinical, it could be clinical.

5  But that's why you're doing the tests.

6      Q.      Are you saying that reticulocyte

7  cells are macrocytic?

8      A.      But what you're doing now is asking

9  me to read another doctor's --

10      Q.      I'm just asking.  Are you telling

11  me --

12      A.      Are you always this nice and making

13  people do what you want them to do?  Because I

14  thought I knew -- okay, go on.

15      Q.      I'm just asking, are reticulocyte

16  cells macrocytic?

17      A.      Macro.

18      Q.      Macro.

19      A.      Remember what I said about the

20  baby.

21      Q.      Mm-hmm.

22      A.      When the baby comes, it makes it

23  look like it's big because that's just the way

24  it is.  It's a baby.  Baby cells are bigger.

25  Then they get smaller.  I know it sounds silly.

BARKLEY
Court Reporters

1      Q.      I understand.

2      A.      But if I tell you that your head

3  hasn't grown any much bigger since you were a

4  baby, you wouldn't believe me.

5      Q.      In reading what you've read here,

6  do you have any reason to disagree with anything

7  Dr. Mink has said here?

8      A.      Well, I'm looking at -- it's hard

9  for me to say yes or no considering that I don't

10 have the background, especially the first --

11 second page, from 7 to 19.  Because you're

12 talking about medical records there.  I don't

13 see them -- I'm not privy to it.  So I cannot

14 sit here and say.

15            But she's saying she clearly had

16 hemolytic anemia over a long period of time.  As

17 I told you, I know that I can say that okay, she

18 had bilirubin anemia, that I know.  She also had

19 creatinine going up.  That we know.  So we know

20 that the kidney is working furiously.

21            We also know that she has lymphatic

22 problem, edema.  We know that.  That usually

23 happens when you're bleeding somewhat inside.

24 We know that.  That I know, and the reason I

25 know it is because while she's in the

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  hospital -- there's certain things I can see --

2  she's not a small person so you could still see

3  when somebody swells 2 to 3 times their size,

4  usually, as I said, I did flexible, we see that

5  mostly -- usually when you have a blunt to the

6  trachea and you have what we call subcutaneous

7  emphysema.  For her to go from this to that, the

8  hospital was scared.  And then I told them --

9  because they were going to give her Lasix.  I

10  said no, don't give her Lasix because the fluid

11  is outside, not inside.  She's dehydrated

12  inside.  She's hydrated outside.  If you give

13  her the Lasix, and that's how I remember this

14  very well, she's going to dry out from inside

15  out and she'll still have edema.  But the

16  problem is that you're going to have a rush into

17  the pulmonary and she'll have pulmonary embolism

18  and she's going to die.

19           Well, trust me, hospitals don't

20  like when you tell them bluntly their patient is

21  going to die.  So they didn't.

22      Q.    I'm going to hand you Exhibit 8.

23           (Ogundu Exhibit 8 for identification,

24  Mink 742 through 783)

25      Q.    There's some -- this is Exhibit 8.

157

BARKLEY
Court Reporters

1    Have you ever seen Exhibit 8?

2         A.    I don't think when I saw her

3    records it was fancy like this.  But I've seen

4    her record.  You know what I mean?

5         Q.    I understand.

6         A.    It seems like it's a little

7    different.

8         Q.    What I asked Dr. Mink to do was to

9    highlight, so you're going to see some orange

10   marking --

11        A.    Are we done with this?

12        Q.    Yes, you can put that down.  Thank

13   you.

14        A.    I just want to put all this so that

15   you don't miss them.

16        Q.    Thank you, I'll just clean them up.

17   That's okay, don't worry about it.

18        A.    What do you want me to look at

19   here?

20        Q.    Well, he marked a number of places

21   in orange.

22        A.    Would you lead me there?

23        Q.    If you flip through it you'll see

24   the orange.  For example, you're looking at page

25   Mink 000744, that has orange highlighting.

                    158

BARKLEY
Court Reporters

1        A.     Mm-hmm.

2        Q.     What he is pointing out to are

3   elevated MCVs.

4        A.     Okay.

5        Q.     If you flip through it you're going

6   to see places where there are elevated MCVs and

7   you'll see a couple of places where it says, for

8   example, on page 000746 where it says,

9   "Preoperative diagnosis, neutropenia and

10  macrocytic anemia.  Peripheral blood," it says

11  "borderline macrocytic anemia."

12       A.     And by the way, this is also

13  indicative because when you say macrocytic, like

14  I said, macrocytic, that's -- even though the

15  cells are not mean that they're large.  And then

16  you have neutropenia which means the white blood

17  cells are low.  Oftentimes you also find out

18  that the platelets are low.  I think I mentioned

19  that before.

20       Q.     So if we look at --

21       A.     What page?

22       Q.     Let's take a look at page 749,

23  there's an entry towards the bottom of the page

24  for Quest Diagnostics.

25       A.     749, okay.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      Q.      There's a page --

2      A.      On 1/26?

3      Q.      Yes, exactly.  2010.

4      A.      Okay.

5      Q.      And it says MCV, 104.4.

6      A.      Right.

7      Q.      That's mean corpuscular volume of

8   104.4.  That's the size of the cells, the red

9   blood cells.  RBC, 3.55.  And then it says

10  normal hemoglobin, normal hematocrit.

11          What does this -- looking at

12  these -- do these numbers tell you anything as

13  you sort of give them some thought?

14      A.      Well, funny enough, he has the

15  range of that lab, which you don't have here.

16      Q.      Okay, and where is the range of the

17  lab?

18      A.      Well, the range of the lab would be

19  with them.  Like it will say the range of their

20  lab.  For example, RBC 355, right, is low.  But

21  I would like to know what their lab range is.

22  That's what I was trying to say to you.

23      Q.      I see.

24      A.      So oftentimes -- if you take almost

25  every lab, it will say 4 point something, 4.5,

160

BARKLEY
Court Reporters

```
 1    4.8.  You understand?
 2         Q.      Mm-hmm.
 3         A.      So are we dealing with 4.5, are we
 4    dealing with 4.8?  If you have me under oath,
 5    then I like to know.  I like to have your
 6    decision before I go saying.  If you're telling
 7    me 3.55, I'll tell you okay, that's low.
 8    However, what is the range?  Because no lab has
 9    3.55.
10         Q.      So in absence of the range of these
11    numbers, you can't really interpret these
12    numbers, is that --
13              MS. GALEOTO:  Objection to form.
14         Q.      Is that what you're saying?
15         A.      I can interpret it in the sense
16    that I'm seeing, for example, the thing that
17    they have here in labs, they're telling me
18    what's high and what's low.  So whoever is doing
19    it, either I believe them or I don't.  So
20    looking at their range and everything, they're
21    telling me this is high.  So if MCV is high, the
22    MCV is high.  But I do know that -- I'm looking
23    at hematocrit is borderline at best for --
24    hematocrit is 37.1.  So it is what we call
25    borderline normal.
```

161

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1        Q.     Well, how do you know it's

2    borderline normal if earlier you told me that

3    you couldn't tell me what was normal because

4    every lab has a different range?

5               MS. GALEOTO:  Objection to form.

6    Misstates testimony.

7        A.     The thing is that it has a range.

8    So basically what I'm looking at is 12.4, right?

9        Q.     Mm-hmm.

10       A.     12.4, if I multiply that by 3, the

11   hemoglobin, that's a cheat class.  So if I

12   multiply it by 3, it's going to give me a little

13   bit higher than 37.1.

14       Q.     Mm-hmm.

15       A.     Does that make sense to you?

16       Q.     Yes.  What else can -- is there

17   anything else --

18       A.      But if I'm looking at it, I would

19   ask for my whole thing.  I want to know what the

20   control range is.  But if you give me these in

21   an emergency, yes, I can work myself through it

22   because you're giving me more than you had given

23   me.  You're giving me hemoglobin, you're giving

24   me the MCHC, you're giving me right over here,

25   the MCV, you know?

162

BARKLEY
Court Reporters

1          So a hemoglobin, if I multiply it

2    and I'm having an MCV of 104, if it's not low,

3    my hematocrit should be higher than that.  You

4    understand what I'm saying?

5          Q.    Well, when the hematocrit and

6    hemoglobin are normal, does that tell you

7    anything about her condition?

8          A.    Well, you can't -- well, it can

9    tell you that if you're looking at it in

10   abstract, but if you're dealing with a human

11   being, that's what you have RBC.  The RBC it

12   says here low.  Right?

13         Q.    Yes.

14         A.    We agree on that.  The MCV says

15   high, 104.  If we're dealing with -- and MCH is

16   35.  So the MCH, which is the hemoglobin

17   content, right?  Is low.  The MCV is high.

18         Q.    Okay.

19         A.    So something is up, no?

20         Q.    I don't know.

21         A.    Something is up.  Something is up

22   in the sense that this patient -- this patient

23   is reticulating and I want to know how much is

24   the reticulocytes.  I want to know.  Because

25   unless I have all the other numbers, if you're

BARKLEY
Court Reporters

1  giving it to me like in a test, which is what we

2  do in exam when they give you something like

3  this, then they ask you what's your next test.

4  My next test would be a reticulocyte count.  And

5  that would tell me whether I have a problem on

6  my hands.

7          Now, remember, if I -- this is the

8  whole thing.  If I -- should I say that?  If I

9  shoot you.

10         Q.   You already said it a number of

11  times today.

12         A.   I like you so that's okay.

13         Q.   Go ahead.

14         A.   If something happens now and you

15  start bleeding, right?  The hemoglobin and

16  hematocrit does not suddenly go down.  It takes

17  time.  However, as it starts going down it will

18  start making new blood cells.  The

19  reticulocytes, the baby ones.  And of course,

20  the volume is going to go up.  And that tells me

21  what's going on.

22         So it may take time finally when

23  the baby ones make and then the hematocrit falls

24  to tell you exactly what it is.  And this is

25  also the reason why we don't usually go

BARKLEY
Court Reporters

1    immediately with HMH.  What we call HMH.  You

2    got acute stab, or a patient is bleeding, we say

3    it lags behind.  This is what we mean by the lab

4    lags behind the clinical appearance.  Don't

5    treat the lab, treat the person.  Because if you

6    treat the lab, you're going to be in trouble.

7    Because if you didn't give me MCV and you didn't

8    give me RBC, I could be sitting on my tush think

9    I have good time.

10          And the other thing is look at the

11   RDW, 14.9.  Which tells you something is going

12   on because how is it that you have small RBCs

13   and you have that normal.  It just doesn't make

14   sense.

15       Q.    Okay.  Let me ask you this.  If

16   you'd turn to page 767.

17       A.    767.

18       Q.    It's page 26 of 42.

19       A.    Okay.  767.  Okay.

20       Q.    And in the middle of that page, in

21   Florida Cancer Specialists, 12/7/2012.

22       A.    Mm-hmm.

23       Q.    We have, it says low glucose-6

24   phosphate dehydrogenate, number 6.  Do you know

25   what the number 6 is referring to?

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      A.      Once again, it has to do with the

2  lab.  As you can see, this lab uses 6 to 7,

3  whatever.  Some people use point whatever,

4  whatever.  So you have to know -- so if they

5  tell you it's low, that means it's low.  That

6  means when they measured the normal activity of

7  the G6PD enzyme, that they found it to be low.

8              Now, usually if you're low, you

9  will always be low.  You go up a little bit,

10  down a little bit, but you're never normal.  You

11  understand?

12      Q.      Well, but if you're on a -- if

13  you're on the cusp of a range and you go up a

14  little and down a little, do you ever go to just

15  the normal range?

16      A.      Normal?  If you go to the normal,

17  then you don't have the deficiency.

18      Q.      So there's a point where you don't

19  go up a little.  Is that what you're saying?

20      A.      No.  You don't get to where you are

21  normal in the sense -- it's almost like, okay,

22  if you have hepatitis, not you but somebody has

23  hepatitis in their liver, okay, sometimes when I

24  measure I will see some hepatocytes.  And

25  sometimes when I measure I may not.  But if I

166

BARKLEY
Court Reporters

1  check for hepatitis, the enzyme, it will always

2  be elevated.  Now, those times when I don't see

3  it, maybe you didn't drink, maybe you didn't get

4  exposed to certain things, maybe you were

5  cursing Dr. Ogundu so you were not stressed, but

6  other times you are.  All the times when it

7  flares up.  But there's never a time when it

8  won't be there.  At least in my opinion.

9        Q.    Fair enough.

10        A.    Usually goes down, you know, just

11  as you stress, it keeps going down.

12        Q.    Have you ever helped make a

13  determination as to why Ms. Williams' MCVs were

14  regularly elevated?

15        A.    When you say have I made

16  determination --

17        Q.    Yes.  Did you ever say to her or

18  say to any doctor that you were consulting with

19  regarding Ms. Williams this is why her MCVs are

20  high?

21        A.    Well, when I'm consulted, I'm

22  usually consulted on what acute is happening at

23  that time by most of the doctors.  And then I'll

24  give them my two pence on where to go.  But

25  basically when she came to Aki Center, we went

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

```
 1   through her whole background.  The food, the
 2   drinks.  For example, I have some people that
 3   don't know they have G6PD, they drink wine.
 4   Wine by itself is not bad, but wine that is
 5   preserved with meta sulfites or sulfite is a
 6   no-no.  And they don't know that.  So most
 7   people will not drink wine at all.  Like for
 8   example, if I went to Israel I can drink wine
 9   because they have new wine that is not -- if I
10   go to France, I can drink wine.  I don't drink
11   but I'm saying I can because there's no sulfite.
12   Once they transport it over here, I'm not going
13   to drink it because I know it has meta sulfite
14   and all sulfite in it.
15           That's the way -- so when I asked
16   her a few questions as to, one, what she eats,
17   the environment she's in, we ask that of
18   everybody.  And then my answer to her, because I
19   didn't know, is that if you have factories that
20   have hydrogen sulfide, you've gotta get out of
21   there.  That was my medical advice.
22       Q.    Do you know how far she lives from
23   the factory that you just referred to?
24       A.    Do I -- have I gone there to see
25   it?
```

168

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      Q.      Do you know how far she lives from

2  it?

3      A.      Well, usually we ask how is the air

4  and how -- do I know if it's 100 miles away?

5      Q.      Mm-hmm.

6      A.      No, I don't know if it's a hundred

7  miles away.  But I do know she said it's in the

8  same vicinity.

9      Q.      You don't have any idea how far it

10  is though from her, right?

11              MS. GALEOTO:  Objection.

12      A.      Not in terms of what town or

13  whatever, no.  I didn't ask that.

14      Q.      Do you know anything about her

15  exposure to any constituents from a facility?

16      A.      What?  Say that again.

17      Q.      Do you know anything about a level

18  of exposure she alleges she is exposed to?

19      A.      Okay, this is the answer to your

20  question from me.  I am not her forensic

21  toxicologist.  So the same question she gets is

22  the same question everybody gets.  And the

23  question would be I want to know what kind --

24  for example, if she told me in her work, her

25  job, if she told me she worked in radiology

169

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  department and I will then ask her if she is the

2  one that does the methylene blue.  If she says,

3  well, yeah, I will tell her you can't do that

4  anymore.  That's my job, to tell her, no, you

5  can't do that anymore because it goes through

6  your skin.

7            Now, if she tells me that -- one of

8  the answers to the list is methyl sulfide, then

9  I explain to her how it goes from that to

10  sulfide and acid rain.  Now, the question you're

11  asking me, if, for example, I know because where

12  I live I make sure -- you say you know Queens,

13  so because of my distance, I live in Holliswood.

14  It's all -- not because I want to spend that

15  kind of money.  But because I have it, my son

16  have it, and I want to be in that environment

17  far away from Rosedale.

18            Now, if you have methyl sulfide,

19  you know that you don't go up in the air and say

20  just stay here, just stay here, it's going to go

21  to certain parameter.  And I think that is not

22  my job to determine what that parameter is or

23  what have you got.  That's your job, her job or

24  whoever job.  Or his job.

25       Q.    So you don't really know what

BARKLEY
Court Reporters

1    Ms. Williams might be exposed to other than what

2    she tells you, is that correct?

3        A.    Well, I asked specifically to name

4    things -- when she said that she has some, what

5    do you call it, factories and what have you got,

6    I wanted to know do you have shoe factories, do

7    you have tea factories, she explained to me what

8    it is.  And I said do you have -- what do you

9    call that.  They have daily whatever, whatever.

10   Air -- whatever they do.  I have no idea.  And

11   the question is -- that's my advice, if

12   that's -- I think you should leave there.  And

13   she said she couldn't afford to leave there.

14   That's it.  That's the extent of my --

15       Q.    Right, but what I'm asking is, if

16   someone tells you I'm being exposed to this, of

17   course you take her at her word, is that right?

18           MS. GALEOTO:  Object to form.

19       A.    Well, yeah.  Like if you tell me

20   you have a dog at home and you have this

21   histamine problem, I don't tell you bring your

22   dog so I can see.  I just ask you questions like

23   is it long hair or is it short hair.  If it's

24   short hair, then I know what kind of danders I'm

25   dealing with.  If it's long hair, I say it's

171

BARKLEY
Court Reporters

1    hair we're dealing with.  I'll ask that

2    question.  Hopefully, you know.

3         Q.    So you have made no independent

4    determination of anything Ms. Williams might be

5    exposed to, is that correct?

6              MS. GALEOTO:  Objection.

7         A.    Should I answer?

8              MS. GALEOTO:  Yes.

9         A.    Well, when you say independently, I

10   think that basically that may not be very true

11   because to be able to help her, I know that

12   those that have G6PD, we also tend -- because of

13   our immune system, like I have bad time with

14   naphthalene, I have bad time with acid rain,

15   hydrogen sulfide.  So I would test my blood to

16   see what else, because sometimes because of the

17   immune system, you can go and check whether you

18   are allergic to crab meat, to tannin, to this,

19   to that.

20        Q.    So --

21        A.    And she did that I think.

22        Q.    What things do you believe she is

23   exposed to that are causing her harm because of

24   her G6PD?

25        A.    Well --

                        172

BARKLEY
Court Reporters

1          MS. GALEOTO:  Object to form.

2          MR. TORRES:  What's the objection?

3          MS. GALEOTO:  If she knows.

4     A.     Well, like I said, as far as I know

5  that she has told me, we went through her house,

6  her this, her that, she wears mask, which should

7  help her.  And she doesn't go to work in any

8  other place that I know of that she told me that

9  gets her exposed to things like that.  So I just

10  put it down.  I don't make any judgment.

11     Q.     You don't make any assessment of

12  that.

13     A.     It's not assessment.  I don't make

14  a judgment.  I just say if that is the case,

15  then you have to curtail that.  Since you're

16  asking, she gets worse actually sometimes when,

17  for example, she goes outside -- I remember one

18  day she called me, she couldn't breathe because

19  she was outside.  And I said why were you

20  outside when you say -- and she said she just

21  got sick and tired of staying in the house.

22     Q.     And if the facility was a small

23  percentage of any of her exposure, would you

24  still consider the facility to be the cause of

25  any harm to her?

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1              MS. GALEOTO:  Object to form.

2         A.      Well, let's put it this way.

3    Remember what I said, it's not an allergy.  It's

4    like for the time I came here, I knew

5    immediately there was something on this floor.

6    That's one.  Two, if you bring camphor and put

7    it in your pocket, by tonight I will be in the

8    emergency room.  Just smelling it in the air.

9    It's in your pocket but unless you air tie it,

10   tie it tight, if you have -- when I say mobile,

11   because of the naphthalene, it would be there.

12   But if I stay and stay for few hours, it's going

13   to be worse.

14              So it's not just -- I know what

15   you're trying to ask me, is it dose related.

16   No, it's not dose related.  It's more like if

17   you're exposed to it, if -- you know what I call

18   it?  You want to really know what I call

19   hydrogen sulfite or sulfites, period?  For G6PD?

20   I call it the kryptonite.

21        Q.      So can you point me to any

22   scientific literature that tells us that the

23   sulfite is kryptonite or anything like it?

24        A.      Actually --

25              MS. GALEOTO:  Object to form.

174

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1          A.      -- they wouldn't use kryptonite.

2    That's my word, kryptonite.  You can go to do

3    your own research because you believe that

4    better than me that hydrogen sulfide is not good

5    for anybody.  But unfortunately, because of the

6    oxidative stressor and the problem that G6PD

7    people have, it's worse on us.  But any human

8    being, trust me, it's not good for anybody.  But

9    it's like carbon monoxide, it's not good for

10   anybody, right?  However, when the miners are in

11   the mine, what do we used to do before, before

12   someone said no, you can't do that.  We used to

13   put the canaries there.  Why?  Because they're

14   like G6PD individuals.  They're very, very

15   sensitive.  Their brain is extremely sensitive

16   to carbon monoxide.  And in being exposed to

17   carbon monoxide, instead of singing, because

18   they're singing all the time, they go blah, and

19   they die.  And that gives, what, the miners at

20   least 15 minutes to get the hell out of that

21   place and survive.

22               And that is exactly how it is with

23   G6PD.  To be honest with you, it's no good --

24   you can do your own research.  It's no good to

25   anybody.  But with G6PD it becomes obvious, this

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    is what it is.

2         Q.    But you don't know what she is

3    actually exposed to, you don't know any of the

4    doses of what she is exposed to, you don't know

5    the sources of exposure, is that right?

6              MS. GALEOTO:  Object to form.

7         A.    Well, I think that's not a fair

8    question.  What you're saying to me is I have

9    no -- I have no dog in this fight.

10         Q.    I understand.

11         A.    Let's put it this way.  But it's

12    almost like as a physician, what you're asking

13    me is that a patient came and he told me she ate

14    at Chipotle or whoever they are.  And I see the

15    signs of she's having bloody diarrhea, she's

16    having -- I don't know the other one.  Shortness

17    of breath.  She's having shortness of breath and

18    she's having all these things and I say well,

19    what did you eat.  And she tells me what she

20    ate.  I had a nice bowl of salad.  The thing

21    that I will then say is take the stool, take the

22    blood, check for E. coli, right?  Because what

23    you're saying to me is if she came -- I used to

24    say to my young doctors, if you went to Texas

25    and you hear galloping, galloping, galloping,

176

BARKLEY
Court Reporters

1    don't stand there and tell me differential

2    diagnosis could be a zebra, it could be a camel.

3    Are you crazy?  Now, if you're in Africa and you

4    hear galloping, you could say it could be a

5    zebra, it could be this, it could be that.

6              So if she comes and I see, and I

7    know, I know what sulfide does, I know that

8    hydrogen sulfide, this is what it does.  And

9    then I check the creatinine, I check the liver,

10   I check, she's having COPD, and telling her to

11   put on mask and double mask and using oxygen has

12   helped, you know what I mean?  And in a way.

13   And the pain, and she's getting it on her skin,

14   the skin is the largest organ so it's not just

15   mouth.  So what else can I say?  I lost you.

16        Q.    No, you didn't.  Do you know

17   whether dermal absorption is a primary site of

18   exposure to chemicals in the air?

19        A.    As a matter of fact, that you

20   asked, one of the articles that -- case studies

21   that was done, and you can check it out

22   yourself, is also to do with the rash that comes

23   with acid rain.  Hydrogen sulfide.  And the

24   metabolites of it.  So you can see it.  It has a

25   certain type of rash.  And she's had that rash.

177

BARKLEY
Court Reporters

```
 1                Now, when you ask me the question
 2    is it a -- what you're asking me, is it a portal
 3    of assimilation of -- it's a known fact that we
 4    give a lot of medication through the skin.
 5    Especially if we want to bypass the liver or if
 6    we want to bypass the gut.  We do do that.  The
 7    skin is the largest organ.  And anything you can
 8    eat by mouth, you can put it in the skin and you
 9    assimilate it.  I'm sure you know now you can
10    rub capsaicin, which is like chile pepper, on
11    the skin and get it into the body if we want to
12    bypass that.  Do you remember orange whatever
13    you call it?  What did you call it?  What did
14    they call it?
15         Q.    I don't know.
16         A.    Orange --
17               MS. GALEOTO:  Agent Orange.
18         A.    Agent orange.  It was true.  We had
19    assimilation but through the skin.  And I didn't
20    start saying that.  You asked that.  Now I'm
21    getting a headache.
22         Q.    There are many, many records from
23    hematologists.  Do you know whether sulfur
24    dioxide is absorbed through the skin?
25         A.    Well, if it is a gas, if it's in
```

178

BARKLEY
Court Reporters

1   the air, if it falls on you, you can inhale it,

2   you can have it on your skin.  Yes, yes, it's

3   been shown to.

4        Q.    There are a number of records from

5   Ms. Williams' hematologists saying that her G6PD

6   deficiency is mild.

7             MS. GALEOTO:  Object to form.

8        Q.    I'm going to show you some records

9   and I'd like to know if Ms. Williams shared

10  these with you.

11            MR. TORRES:  Can you please mark

12  that as Exhibit 9.

13            MS. GALEOTO:  Object to the

14  characterization of counsel.

15        (Ogundu Exhibit 9 for identification,

16  Office Visit Record)

17            MR. TORRES:  That's why the records

18  will speak for themselves.

19            MS. GALEOTO:  Yes, they will.

20        Q.    I just handed you Exhibit number 9.

21        A.    Okay.

22        Q.    Had you ever seen Exhibit number 9?

23        A.    Who's this?  The hematologist?

24        Q.    This is Dr. Shah.

25        A.    Yeah, I remember speaking to

BARKLEY
Court Reporters

1    Dr. Shah.

2         Q.    Okay.

3         A.    If I remember speaking to Dr. Shah,

4    I think it was one of the times that she ended

5    up in the hospital.  Yes.

6         Q.    And can you look at the assessment

7    down at the bottom of that page.  Do you see

8    that?

9         A.    Mm-hmm.

10        Q.    The second and third -- the second

11   sentence says, "I believe her G6PD deficiency is

12   quite mild and does not require any specific

13   treatment."

14        A.    Okay.

15        Q.    Is that something you disagreed

16   with?

17        A.    Oh, I totally disagree.  By his own

18   notes, by the way.  I'm looking at his notes and

19   the interesting thing is that when he did this,

20   the hemoglobin is 13.2.  Remember how I say it

21   can wane and this?  13.2.  Hematocrit is 44.

22   MCV is 106.  So however, you can have somebody

23   who has crisis, like I said, and six days

24   they're better.  You know what I mean?  Unless

25   you're looking at the whole CBC itself.  Because

BARKLEY
Court Reporters

1    you go back -- some of the telltale signs that

2    something is going on with this person,

3    especially with people with G6PD, is liver

4    enzymes.  And even by his own note he's saying

5    that the LDH is elevated.  He said that -- which

6    is the liver enzymes.  He says that -- oh,

7    there's also increase in the liver enzymes, he

8    says that.  But he doesn't explain why these

9    enzymes are elevated.  He has a history of

10   pancytopenia, which means he must have looked at

11   this and it showed that she had low count of

12   platelets, white cells, red blood cells.  That's

13   his note.  It says pancytopenia, which means

14   across the board.

15          So for her to come and then get

16   13.2 and 44, then that history is either you

17   believe it or you don't believe it.  And then

18   you have COPD.  In a patient that doesn't smoke,

19   doesn't take tobacco, doesn't work in -- a

20   fireman.  Should I say that?  She's not a

21   fireman or firewoman.  And she has asthma that

22   is not really asthma but due to the edema of the

23   trachea and the lungs.  So if you ask me.

24      Q.    It also says above in the first

25   full paragraph, it says, the last line of the

181

BARKLEY
Court Reporters

1    first full paragraph, "She has also stopped

2    taking lisinopril."  Do you see that?

3         A.    Where are you?

4         Q.    Right there.  "She has also stopped

5    taking lisinopril."

6         A.    Okay.

7         Q.    Could that have had anything to do

8    with Ms. Williams' condition?

9         A.    I've never seen that to be a

10   problem.  If it is, then why later did the --

11   did she continue to have low indexes?  Because

12   I'm looking at this, this is -- first and

13   foremost, you're showing me this, this is 2013.

14   That was before I saw her.  Am I correct?  So by

15   right I shouldn't really be looking at this but

16   I am.  You know what I mean?

17        Q.    Is lisinopril a high risk

18   contraindicated substance?

19        A.    Lisinopril.  Offhand I can't say

20   yes.  Offhand I can't say yes.

21        Q.    If you turn to Exhibit 6.

22        A.    Where is that?

23        Q.    Do you see lisinopril on the list

24   of high risk contraindicated substances?

25        A.    Lisinopril?

                    182

BARKLEY
Court Reporters

1       Q.      Yes.

2       A.      Yes, I see it.

3       Q.      Can the fact that she was taking

4   lisinopril have had anything to do with her

5   condition?

6       A.      Well, first you have to --

7               MS. GALEOTO:  I'll just object to

8   the form of the question.

9               MR. TORRES:  What's the basis for

10  the objection?

11              MS. GALEOTO:  Are you talking about

12  that particular hospitalization, are you talking

13  about in general when you say her condition?

14              MR. TORRES:  I'm talking about her

15  condition here reflected in this record where it

16  says she stopped taking lisinopril.

17      A.      This thing that you're asking me is

18  first I have to know when she started the

19  lisinopril.  Like I said, not everybody for

20  every medication -- we said that before, right?

21  Is high risk for it.  For example, some people

22  can't take Tylenol.  They can't.  Some people

23  can't take aspirin.  I can take Tylenol, but I

24  can't take aspirin.

25              So what I would need -- for me to

183

BARKLEY
Court Reporters

1    answer your question, you have to tell me how

2    long was she on this, what happened when she was

3    on this.  Because obviously the COPD, the liver

4    enzymes and all that didn't occur instantly.

5    And when you say lisinopril, what was she put on

6    it for?  What is it for the COPD and the asthma

7    like attack that she has?  I have to know that.

8         Q.     So you don't know is the short

9    answer as to whether --

10        A.     Well, when she came to me she was

11   not on lisinopril.

12        Q.     I understand.

13        A.     Was she given just one time?  I

14   don't know.

15        Q.     Is that something that you

16   investigated with her?

17             MS. GALEOTO:  What is --

18        Q.     Were her medications something you

19   investigated with her?

20        A.     Yes.  We went through -- when she

21   came, I think my record speaks for itself.  We

22   went through her medication.  We went through --

23   I explained to her we went through your

24   medications, food and environment.  Your current

25   tests and medications and food choices.  We went

184

BARKLEY
Court Reporters

 1    through that.  But on the list of medications

 2    she came with, I don't think that she was taking

 3    lisinopril.

 4           (Ogundu Exhibit 10 for identification,

 5    Medical Record, Dr. Robbins)

 6         Q.    This is a medical record from

 7    Dr. Mark Robbins.  And if you see in the middle

 8    of the history of present illness --

 9         A.    Yes, but ideally you're asking me

10    other people's treatment, not mine.  I thought

11    we're going to be talking about my treatment.

12         Q.    We are.  We are.

13         A.    But this is who?  Who?  And this is

14    before I met her.

15         Q.    This is 2013.

16         A.    Yes.  That's before I met her.  I

17    met her August 2013.  Are you just going to

18    ignore what I said?

19         Q.    Well, no, I'm still going to ask.

20    It says in the middle of that paragraph, it

21    says, "I do not see any active issues that

22    suggest active clinical problem and G6PD

23    deficiency at the present time."  And then it

24    goes on and it says, "She does complain of

25    swelling in the feet with tightness in her

185

BARKLEY
Court Reporters

1   chest, none which I can clearly relate to active

2   G6PD deficiency at the present time."  How did

3   you relate any of her complaints to an active

4   G6PD deficiency?

5        A.    Okay, since you're telling me to

6   look at this, when she came to see this

7   particular person, I'm seeing something here,

8   she wrote that -- he's writing that, one, she

9   has a low G6PD level.  He's also writing that

10  there is macrocytosis.  That's the other thing.

11  She's also -- then at the same time he's saying

12  it's a normal CBC.  That doesn't make sense.

13  But that's his opinion, right?  You can't have

14  macrocytosis and say it's a normal CBC.

15       Q.    Are you saying microcytosis?

16       A.    Macro.  Macro.  Micro, that's no

17  good.  We want normal cytosis.  Then he has here

18  normal bilirubin and normal haptoglobin.  He's

19  saying there is no family history of blood

20  disorders, instead of saying there is none that

21  he knows.  So if those are true -- and I'm

22  seeing a whole bunch of these things that he's

23  writing here.  He has kidney disease and what

24  have you got.  But there is no explanation as to

25  some of these.  So I can't help you with this

186

BARKLEY
Court Reporters

1      unless you give me the lab that he was looking

2      at because he seems like he's contradicting

3      himself.

4           Q.    Did you --

5           A.    I'm sorry.

6           Q.    Did you ever confer with Dr. Shah?

7           A.    I think one time -- if he's the

8      same -- he's Indian or Pakistanian?  You don't

9      know.

10          Q.    His name is Ramesh Shah.

11          A.    Yeah, but that doesn't mean

12     anything.  It could be Shah, can be Urger.

13     There was one person that had called and I asked

14     what can I do for you.  And it may be him

15     because it was in his office or something like

16     that.  He had asked questions about -- I think

17     it's her either kidneys or liver or something

18     like that.  Or if I'm not mistaken, she has

19     bilateral edema at that time.  And my answer to

20     him was that they should do 24-hour urine

21     collection.  Later when I asked, that's why I

22     remember him in particular, he never ordered it.

23     I guess he blew me off I guess.  Until the

24     liver -- kidney went up.

25               (Ogundu Exhibit 11 for identification,

187

BARKLEY
Court Reporters

Medical Record of Dr. Shah)

1

2      Q.    This is a medical record from
Dr. Ramesh Shah.  Can you take a look at the
assessment.

5      A.    Which one is this?

6      Q.    This is Ramesh Shah.

7      A.    Okay.  Where do you want me --

8      Q.    Assessments.  It says, "This
patient has mild deficiency of G6PD without any
evidence of hemolysis.  I do not believe her
symptoms are related to G6PD deficiency.  She
has multiple complaints without any positive
physical findings.  Apparently she was seen by
some specialist in New York City for G6PD
deficiency and was advised to undergo further
workup.  I have not received any records or
requests for any blood tests from that physician
in New York."

19            Do you see that?

20      A.    If it's the same person, I spoke to
him and I told him exactly what workup that they
should be putting, including Dr. -- what's the
name again?  Vera?

24            MS. GALEOTO:  Vera.

25      A.    Yes.

188

BARKLEY
Court Reporters

1    Q.    What workup did you tell Dr. Shah

2  to perform?

3    A.    I did mention to Dr. Shah with the

4  hematocrit going -- creatinine going up, I

5  remember very well, because he was saying the

6  creatinine was going up at this time, they

7  should at least get 24-hour urine collection

8  done which will be able to check out the protein

9  content and what have you got.  Usually, to me

10  it's the best way, you go to the source.

11    Q.    And you say you believe that never

12  happened?

13    A.    I can't say to you if it did or

14  didn't because if they did it, then they will

15  send it to Dr. Vera.  If there is a problem and

16  they call me, I will attend to it.

17    Q.    This is a telephone conversation

18  you had.

19    A.    Yes.  It's always telephone

20  conversation.

21    Q.    Did --

22    A.    Except Skype or whatever they call

23  it.

24    Q.    Did you suggest to Dr. Vera that

25  she perform or someone perform a 24-hour urine

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  collection?

2      A.   I think what happened, because this

3  was like few months after she left.  I mean, she

4  left New York.  And she was doing some of -- at

5  least all the things that she should do.  They

6  found a nephrologist for her to go to because

7  the thing that I also said to her, as much as

8  everybody's doing this, there has to be one

9  person who coordinates everybody.  And that

10  person should be her primary doctor.  So I know

11  that they sent her to a nephrologist.

12      Q.   I'm going to hand you -- can you

13  pull out Exhibit number 5.

14          MS. GALEOTO:  Chris, the time is

15  4:25 and I know I'm going to have some

16  questions.  So I'm just making you aware of

17  that.

18      Q.   Exhibit 5.

19      A.   Okay.

20      Q.   Now, reading from Exhibit 4.

21      A.   Which one is Exhibit 4?

22      Q.   I want you to look at Exhibit 5.

23      A.   It's the same one we saw.

24      Q.   And Exhibit 4 was the genetic test.

25  And it says -- and the genetic test Class 3 is

BARKLEY
Court Reporters

1   mild to moderate.

2        A.    Mm-hmm.

3        Q.    Enzyme deficiency, 10 to 60 percent

4   of normal activity.

5        A.    Mm-hmm.

6        Q.    This 3.9 -- I'm sorry, 3.7 in

7   Exhibit 5 is more than 60 percent?

8        A.    No, you don't count it that way.

9   You don't count it that way.  You don't count it

10  that way.

11       Q.    How do you count it?

12       A.    If you want to -- see, you're

13  taking something concrete, you know what I

14  mean --

15       Q.    Well, you have the numbers, you

16  have the concrete numbers.  How do you calculate

17  this?

18       A.    That's not how you count it.  What

19  I'm trying to say is for example, you can

20  estimate what a hematocrit is from a hemoglobin.

21  It is an estimation.  To be able to do it, you

22  really have to do it right.  That's how.

23       Q.    Can you --

24       A.    And I think the other question you

25  asked before is basically what you're saying is

191

BARKLEY
Court Reporters

1   that you -- sometimes people get hung up on

2   numbers.  And I keep saying you could have .6

3   and I could have .2 and I have more symptoms

4   than you do.  I mean you have more symptoms than

5   I do because of what you're exposed to versus

6   what I'm not exposed to.

7        Q.    So the numbers -- what you're

8   telling me is the numbers don't really -- aren't

9   definitive in any sense.

10         MS. GALEOTO:  Object to form.

11        A.    Not really.  Let's put it this way.

12   This is the way I'll say it to you.  Let's say

13   you have a hematocrit of 30, I have a hematocrit

14   of 34.  Mine is more than yours, is that

15   correct?

16        Q.    Go ahead, keep talking.

17        A.    Now, you decide that you're going

18   to run to wherever you're running to.  Well, I

19   know -- even though yours is higher than mine

20   and I'm walking, you're going to drop dead

21   because you do not have oxygenation enough to be

22   able to get to where you're going because of the

23   stress that you've put the body in.  And I'll

24   get to where I'm going fine.  So in that regards

25   the number is important but it's equally

BARKLEY
Court Reporters

1    important to -- otherwise it's what I call a

2    cookbook medicine.  And anybody can practice it

3    then in that case.

4         Q.    So are you telling me from Exhibit

5    number 5 you cannot tell me what class of G6PD

6    deficiency Ms. Williams is afflicted with?

7         A.    No, I will ask the lab to tell me

8    what -- because they have their class.

9    Definitely I'll say to you she's not Class 1.

10   And then I'll tell you she's not Class 4.  But

11   to be able to tell you it's 2 and 3, I will tell

12   the lab to give it to me.  I would.  Just like

13   we were talking about MCVs and all that, and you

14   see the difference --

15        Q.    So you can't tell from this range

16   in Exhibit 5.  Is that what you're saying to me?

17        A.    Which one are you talking -- this

18   one?

19        Q.    Yes.

20        A.    I can only tell you that she has a

21   low -- she's what I will call deficient.  And I

22   will tell you that and I will start looking at

23   other things.

24        Q.    So --

25        A.    Because when -- for example, if you

193

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  go to some textbook, they tell you up to 11.

2        Q.    That's fine.  But we're talking

3  about this range.

4        A.    I can't because they didn't -- here

5  they usually tell you -- Quest usually will tell

6  you around here, so and so 1, so and so this, so

7  and so that.  They will tell you and you can

8  then -- you know.  Just like they can tell you

9  about your blood lab, so and so this, so and so

10  that, so and so this.

11        Q.    Based on these numbers, if she's

12  within 40 percent of normal, why wouldn't she be

13  Class 4?

14            MS. GALEOTO:  Object to form.

15        A.    If she is, if you have ascertained

16  that she is, but you haven't.  And I haven't

17  either.  I have to get it -- you can call Quest

18  or whatever and find out what it is.  And there

19  is -- activity -- okay.  You can have X

20  amount -- the activity level is another thing.

21  You can have X amount, right?

22        Q.    Mm-hmm.

23        A.    And it's no good.  It's bad.  And

24  you can have something that is active.  Because

25  what you're saying, let's say even amongst this

194

BARKLEY
Court Reporters

1    that you have, you're looking at it against the

2    range.  Isn't that what you're doing?

3         Q.    Mm-hmm.

4         A.    No.  No.  If you look at hers and

5    then you're going to go down on hers and see how

6    many percentage of this -- if it's normal, how

7    many percentage of this is active at any given

8    time.

9         Q.    Let me hand you --

10        A.    Are you blowing me off?

11        Q.    I'm going to hand you Exhibit 12.

12   I'm not blowing you off.

13        A.    I'm trying to explain it.

14            (Ogundu Exhibit 12 for identification,

15   Medication List)

16        Q.    Exhibit 12 is a list of medications

17   that Ms. Williams was taking over time.

18        A.    From when?

19        Q.    Well, the dates filled are on the

20   table beginning on page 17 on the bottom.  If

21   you look at the numbers.  17.

22        A.    Okay, I can only answer questions

23   from 2013.

24        Q.    I understand, but here's my

25   concern.  If we look at Exhibit number 5

195

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    again -- I'm sorry, not Exhibit 5.  Exhibit 6,

2    which is the list of contraindicated substances

3    from the G6PD website.

4         A.    Mm-hmm.  This is 6 I have.

5         Q.    This is Exhibit 6 right here, which

6    is the list of contraindicated substances.

7         A.    Okay.

8         Q.    I know based on this table that she

9    was taking lisinopril from August 2009 to June

10   2012, which is a high risk substance.  I know

11   she at least filled two months of furosemide.

12        A.    Where are you?

13        Q.    I believe the substances are

14   highlighted in the document.  So can you tell me

15   anything about an association between, for

16   example, lisinopril and her G6PD related

17   symptoms?

18             MS. GALEOTO:  Object to form.

19   Asked and answered.

20        A.    Well, I think that we went through

21   this before, and my comment was that you can ask

22   me questions from 2013.  Because I was not privy

23   to her records from 2000.

24        Q.    Well, you said that she came to you

25   with her records.

196

BARKLEY
Court Reporters

1         A.      Yes.  But she came to me -- when I

2    say her records, I mean she didn't come with

3    her -- from her birth.  A year, a year and a

4    half of her records tells me what's going on

5    now.

6         Q.      Well, that would have included a

7    year or a year and a half of her records.

8         A.      Not really because I'm looking at

9    from even 2012, there is nothing here that tells

10   me anything of such.  From 2012.  And I did not

11   see her -- I mean, if we're being fair, I did

12   not see her until August 2013.

13        Q.      Yes, but you said she brought

14   records.

15        A.      Yes.  So a year -- that's what I'm

16   saying.  From 2012.  I'm looking at it right

17   here.  I'm looking at it.  I'm looking at it.

18   You used yellow, whatever, right?

19        Q.      Yes.

20        A.      I don't see anything.  I do not see

21   anything until -- now, bumetanide, that was

22   when?

23        Q.      It's whatever the date the

24   prescription is filled.

25        A.      Yes, now, you're looking at

197

BARKLEY
Court Reporters

```
 1   furosemide.  We do give furosemide.  Some of the
 2   physicians are cautious when you say it's high
 3   risk.  You also have to remember this -- they
 4   put in here all the drugs anybody whoever had
 5   G6PD has ever been -- it could be allergy, it
 6   could be something else.  So I'm looking at,
 7   what do you call it, I think it's furosemide.  I
 8   think they may have given her that in the
 9   hospital to cause the fluid to come down.
10   Lasix.  And the chicken or the egg, which comes
11   first.  When a patient comes in, let's say you
12   come in and you have allergy to penicillin,
13   right?  And you have a sepsis.  There is
14   something we do.  We titrate it and we give it
15   to you because if I don't give it to you, you're
16   going to die.  But I have to do it under care.
17               So I can't sit here and tell you
18   did the doctor give it to her under care, what
19   was going on.  That wouldn't be fair.  It
20   wouldn't be fair to the doctor.  She can answer
21   that.  And is there anything else that could
22   have -- you could have substituted for that?
23   You know?  It's like you're doing some cancer
24   medication.  You know they are distance, but if
25   you don't give it, the person is going to die so
```

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

```
 1    you go ahead and give it under that supervision.
 2         Q.     Dr. Ogundu, have you ever been
 3    deposed before?
 4         A.     On this?
 5         Q.     Generally.
 6         A.     Yes.
 7         Q.     In what?
 8         A.     I will say that in medical -- in
 9    obstetrics?
10         Q.     Anything.
11         A.     In obstetrics.  I've been deposed
12    in obstetrics.
13         Q.     Anything else?
14         A.     Deposed, no.
15         Q.     Have you ever been arrested?
16         A.     Yes, I have been.
17         Q.     And for what?
18         A.     It has to do with Angel Doctors.
19         Q.     And what was --
20         A.     What has that got to do with my
21    practice?
22         Q.     I'm just asking the question.  And
23    what was the result of the arrest?
24         A.     Trial.
25         Q.     And what was the result --
```

199

1        A.      I don't think I will answer any

2   further.  I don't think it has anything to do

3   with this.  Unless you think it has something to

4   do with my practice.

5        Q.      I'm just asking.

6        A.      No, no.

7        Q.      I just have to close this out.

8                Do you believe that Ms. Williams'

9   G6PD deficiency is a Class 2 deficiency?

10               MS. GALEOTO:  Object to form.

11   Based upon as defined on that document Exhibit 4

12   you're looking at, Chris?

13       Q.      A severe enzyme deficiency with

14   less than 10 percent of the normal activity.

15       A.      I just feel that you're asking the

16   question, that's academic.  I just feel that

17   she's a patient that has G6PD deficiency, that

18   her G6PD level has been consistently and

19   persistently low since I've met her.  And she

20   has exhibited both pulmonary kidney, liver, all

21   consistent -- and skin rashes.  And to the point

22   of almost kidney failure.  And she's been

23   persistently having anemia.  And sometimes she's

24   had bilirubin anemia, which is a hallmark.  That

25   I can tell you.

BARKLEY
Court Reporters

1      Q.     So you cannot say that she has a

2   Class 2 G6PD deficiency?

3             MS. GALEOTO:  Object to form.

4   That's not what she said.

5      A.     I think if you want to really know

6   that, all you have to do is call the lab and ask

7   them what range has she fallen into.  I think

8   that would be a fairer way to do it, a more

9   honest way to do it.

10     Q.     That's what I'm asking.

11            MR. TORRES:  Let's go off the

12   record for two or three minutes.  I want to make

13   a quick call and wrap this up.

14            THE VIDEOGRAPHER:  The time is 4:42

15   p.m. and we are off the record.

16            (Recess taken.)

17            THE VIDEOGRAPHER:  The time is 4:52

18   p.m. and we are back on the record.

19   BY MR. TORRES:

20     Q.     Dr. Ogundu, you recommended that

21   Ms. Williams take fennel?

22     A.     Fennel?

23     Q.     Fennel.  Yes, I'm looking at your

24   e-mail.  Or your document.

25            MS. GALEOTO:  That's Exhibit 3?

201

BARKLEY
Court Reporters

1      Q.      Exhibit 3.  F-E-N-N-E-L.  Fennel.

2      A.      Yes.  Which of the -- is it the

3  green fennel or --

4      Q.      I don't know, I didn't make this

5  recommendation.  You did.

6      A.      Okay.  But there are two kinds.

7      Q.      So what did you recommend to

8  Ms. Williams?

9      A.      When you say what did I

10  recommend --

11      Q.      Yes.

12      A.      I literally put down all the

13  different things and what they do and how they

14  are taken.

15      Q.      And why did you recommend that she

16  take fennel?

17      A.      Because at that particular point

18  her liver enzymes were very, very high.  And I

19  don't believe when you're saying -- I think in

20  here -- where is the beginning?  Where is the --

21  okay, it says -- okay, it says -- what I gave

22  her and what I told her she had in her own

23  paper, the book she was writing, and I said

24  below it additional information you need.  This

25  she's supposed to take to her doctor and I

202

BARKLEY
Court Reporters

1    explained to her she can get the fennel, but

2    there are two types of fennel.  You have the one

3    that is like the salad, the green one, and I

4    think I mentioned to her that make sure it is --

5    it says edible.  If that's the same one you're

6    talking about.  Yes.

7         Q.    And why did you recommend --

8         A.    I answered that.

9         Q.    -- fennel?

10        A.    I answered that.

11        Q.    Can you tell me one more, please?

12        A.    Okay.  I mentioned that fennel

13   helps with energy.  I also mentioned that it

14   aids with liver function.  And I also mentioned

15   that it's an aggressive diuretic, which means

16   that when -- if she's using it, especially if

17   she was bloating and she was third spacing,

18   which means like she's edematous.  Fluid.  She

19   was full fluid.  To me, whenever you can with a

20   natural thing is better than going for Lasix and

21   things like that.  Especially with her liver and

22   her kidney compromise.

23        Q.    How much fennel would she have to

24   intake to help her?

25        A.    Well, that's the difference

203

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    between -- okay, it's almost like what you're

2    asking me is if I say to you take spinach, how

3    much spinach would you take, you're going to ask

4    me how much spinach you take.  A little bit of

5    spinach.  Or if I say to you take some green tea

6    to be calm you down, how much green tea would

7    you take.  So if she has fennel and she cuts it

8    and she puts it in a salad, then -- as a matter

9    of fact, I remember she said they didn't have

10    it.

11         Q.    So are you suggesting that she

12    should include fennel in her diet every day?

13    What are you suggesting by this?

14         A.    Well, at the time that I saw her

15    she was constantly having -- I'm sure you saw

16    from the history that her liver enzymes were up,

17    her kidney creatinine was up.  Am I correct?

18         Q.    I'm just asking how often you were

19    telling her to --

20         A.    Fennel is something that you eat.

21    Have you ever had fennel?

22         Q.    All right.  All I'm asking is --

23         A.    It's not a medication.  If you're

24    asking me about NAC, I would say it's not even a

25    medication.  But if you're asking me if I tell

204

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    somebody to take something like spinach, how

2    much she should take.  Or if I say use sage, how

3    much should you use.  It's not what you -- you

4    don't take a basket and eat it at once.  You

5    take it to cook every day or put it in your

6    salad every day.  Or when we say have some

7    carrots for vitamin A.

8         Q.    Do you know if Ms. Williams has

9    followed your recommendations in this document?

10        A.    Well, some of it, yes.  Some of it,

11   no, because some of it she said, for example, I

12   remember she couldn't find fennel.  I remember

13   cilantro didn't get well with her she said.  And

14   that's okay.

15        Q.    So --

16        A.    I know she took advantage of NAC.

17   That she did.  The rest are more like food and

18   spices to help.

19        Q.    Do you know if your recommendations

20   helped her?

21        A.    Well, she said she did.  One of the

22   things that we found out is that instead of

23   every week she was in the hospital, emergency

24   room, the ambulance coming, it decreased a

25   little bit.  And the doctors went a little bit.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    But did it take away all her pains and things

2    like that, no.  Because whatever is ailing her

3    is still there.

4         Q.    Do you know what of these

5    recommendations helped her?

6         A.    Do I know?

7         Q.    Yes.

8         A.    I don't think that you can ask any

9    doctor if this medication or what that

10   medication.  But I do know that for any one of

11   us that have G6PD, or not just G6PD, anybody who

12   goes into oxidative stressor, that NAC helps.

13   That's a known fact.

14        Q.    Do you know how much NAC she

15   intakes?

16        A.    Most people, including her, one a

17   day is fine.

18        Q.    Why do you say one a day for her is

19   fine?

20        A.    One a day for me, too, is fine.

21   One a day for you if you have G6PD is fine.

22   Now, some people may say take two a day if

23   you're going through a crisis or things like

24   that.  If you have toxicity and it's going on

25   and you go to the emergency room, then they

BARKLEY
Court Reporters

1    decide to give you four or six within a few

2    hours.  So one is for preventative to augment

3    and to help you, and one is what you inter-vein

4    during, what do you call it, acute stage.  For

5    example, you're asking me rosemary, should I say

6    how many twigs of rosemary she should have?

7         Q.    Do you prescribe to her a specific

8    amount of rosemary she should intake?

9         A.    No.  Neither do I -- it depends if

10   you like it or whatever.  These are more like

11   fresh herbs that people cook with.  It helps.

12   Yes, it's medicinal, but at least the good thing

13   about this, unlike medication, you have to eat a

14   truckload of it to fill you.

15        Q.    How about salt, you recommended

16   salt.

17        A.    Yes.  I did not recommend salt.

18   What I did say is that because of her blood

19   pressure --

20        Q.    Oh, you told her to avoid salt, I'm

21   sorry.

22        A.    I said she should instead put in

23   some sea salt instead, yes.

24        Q.    Do you know if she's done that?

25        A.    As far as I know she says she got

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    sea salt because I know she called me one time

2    and said what particular sea salt, and I said

3    don't waste your money on the fancy ones.  Any

4    sea salt that is on the shelf.

5         Q.    Have you ever looked at any blood

6    workups following your recommendations to her?

7         A.    Yes.

8         Q.    And did you make any determinations

9    from that?

10             MS. GALEOTO:  Object to form.  This

11   has been asked and answered.  She talked about

12   workup and discussions with other physicians all

13   day today.

14        Q.    You can answer.

15        A.    Well, as far as I'm concerned, like

16   I said, with some days are diamond, some days

17   are -- and she's -- you know, for example,

18   her -- when you're talking about the medication,

19   no medication, if it is the medication and you

20   discontinued it -- you were talking about

21   medications.  When you give a medication and you

22   discontinue it, then you should start getting

23   better, right?  Because the stressor is no

24   longer there.  Instead she's still having the

25   same problem.  And not only is she having the

BARKLEY
Court Reporters

1   same problem, some days -- like you can see that

2   her kidney creatinine is creeping up again.  And

3   then you have to tell her to do whatever she

4   needs to do or leave the area.  And you can also

5   see something that is true with her when she

6   travels out of the area and she does have blood

7   work, it's different.

8         Q.     How do you know that?

9         A.     Because when one time I said to her

10  why don't you go and stay with your sister.  I

11  found out where -- I think she has a sister, I

12  didn't know whether she had anybody.  One day

13  she said how far does she leave.  She was

14  complaining that the place was really -- it was

15  thick and she was having real big problem when

16  she called me.  I said look, I know you can't

17  afford to go to a hotel and stay.  Maybe you can

18  go to a friend or whatever.  Don't you have

19  somebody.  And she said she had a sister.  I

20  said pack up and go to the sister for your life.

21  And she went.  And when she went she stayed

22  there.  From there she went for her visit.  I

23  think she must have stayed there two weeks or

24  whatever before the sister had to go to -- and

25  there was a difference.  There was a difference.

209

BARKLEY
Court Reporters

1      Q.     Are all forms of sulfur exposure

2   equivalent when someone has G6PD?

3      A.     Well, when you say sulfur, that's

4   kind of different.  It depends like -- I keep

5   saying over here -- you have medicated sulfur,

6   but you also have -- it's not just sulfur.  You

7   have sulfur dioxide, which is the gas that is

8   emitted, and you have sulfites which is made

9   from the sulfur dioxide.  Those are bad for

10  everybody because not only that, it literally --

11  it destroys a lot of your nutrition.  And you

12  don't have to take my word for it.  You go check

13  that out for you, me, anybody.  So like I said,

14  it then affects people with G6PD more.  It's

15  like when a one-legged man is going to run the

16  race with two-legged people.  It just doesn't

17  work.

18     Q.     Do you have any certifications in

19  hematology at all?

20     A.     When you say certification, you

21  mean to take care of hematological problems?

22     Q.     Yes.

23     A.     No.

24     Q.     Do you have any special training in

25  hematology?

210

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1        A.        Apart from the flexible that I did

2   in hematology?

3        Q.        Yes.

4        A.        I did that and part of it was

5   hematology.

6        Q.        Anything else?

7        A.        As a female doctor, when I say

8   female doctor, as an OB/GYN, I take care of --

9   if my female patients come with anemia, with

10  sickle cell, with anything, I take care of them.

11  I take care of them.  Not the hematologists.

12       Q.        Do you have any special training in

13  G6PD?

14            MS. GALEOTO:  Object to form.

15       A.        When you say special training, what

16  kind of special training?  I don't have special

17  training in removing nails from the foot.  So

18  there is nobody with special training that we

19  know of in G6PD.

20            And if I may add, I think having

21  lived with it and every family member lived with

22  it, I think I'm a walking laboratory for G6PD,

23  including the United States military thinks so.

24       Q.        What is the best treatise that

25  you're aware of --

211

BARKLEY
Court Reporters

1          A.      The best what?

2          Q.      Treatise.  The best medical book

3     relating to G6PD.

4          A.      I just told you I do not consider

5     any book to be an authority in anything.  I just

6     don't.  Because there is real life and there is

7     what is written.  I don't.  There is no

8     authority in medicine that is in the book.  You

9     have to go out there and swim into it.  And

10    that's what I do every day.  Including waking up

11    and sleeping with it.

12         Q.      I had asked -- I think this is the

13    last question.  I had asked Dr. Mink whether he

14    could tell us how much more sensitive

15    Ms. Williams was to any exposures as a result of

16    her G6PD, and he answered me, "No one can

17    quantitate it because it's an extreme complex

18    disease."  Do you agree with that?

19              MS. GALEOTO:  Object to form.  It's

20    not the complete testimony.

21         A.      I don't know what was said.  I

22    wasn't there.  This is hearsay and I cannot

23    comment on that because I don't know what led to

24    that, what was his reason for saying that.  If

25    you want to tell me the whole story and what was

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  in his mind, I'll be able to answer that.

2      Q.     Can you quantify how sensitive

3  someone is to any exposure as a result of their

4  G6PD?

5      A.     You're asking me for example can I

6  say how much blood that will come out if

7  somebody got shot with a bazooka.  When I see it

8  I'll tell you that's what it is.  But I'm not --

9  like I said, I'm not going to take things out of

10  my ear and say X, Y, Z, no.  You're asking me to

11  guess.  This is not a guessing game.

12      Q.     Well, I also don't see any sort

13  of -- anything less that's not guessing either.

14             MS. GALEOTO:  Object to the

15  characterization by counsel.

16      A.     That's your opinion and I respect

17  that.

18      Q.     I understand.

19             Last question.  Have you authored

20  any pier-reviewed publications related to G6PD?

21      A.     No.  I have not authored any peer

22  reviewed but I have been the one that had

23  presented G6PD in the United States.  I have

24  presented it to New York State to make infant

25  testing.  I have presented it to the governor's

213

BARKLEY
Court Reporters

```
 1    task force and I have gone to different parts of

 2    the world.  I have lectured at March of Dimes on

 3    G6PD to doctors, which is like about 400

 4    doctors.

 5              No, I'm not doing this to get my

 6    name in the limelight and I'm not doing it to

 7    get kudos for books or anything like that.  I'm

 8    doing it because I have helped my mother bury

 9    all together six brothers and I'm suffering from

10    it and my son has it.  And I want to make sure

11    that not only is it known that maybe some help

12    come so that some other woman will not have the

13    cold earth coddling their sons as my mother did.

14    They will have a warm child in their arms.

15    That's why I'm doing it.

16        Q.    Where can I find any of these

17    presentations that you just mentioned?

18        A.    When you say presentation, what --

19    you may have to go back in time or you can find

20    the dates and ask March of Dimes when I lectured

21    there.  If I remember, it was 2 -- when was it.

22    I think it may be either 2005.  Sometime in

23    2000.  I don't keep track of those things.

24        Q.    In your mind which do you believe

25    is the -- which of your presentations do you
```

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    believe on G6PD is the most comprehensive one

2    you have given?

3         A.    I don't know.  Because -- I don't

4    know.  When you say my mind, I don't know.

5    Everybody who's there gets something different.

6    It depends on your audience.  For example, I

7    answer questions to mothers and their children

8    and what have you got.  You're asking me

9    something -- you have to ask them.  You have to

10   ask people like Ronda Williams.  I don't know.

11   I don't think about it in that form.

12              MR. TORRES:  I have no further

13   questions.

14              MS. GALEOTO:  He has to change

15   tapes.

16              THE VIDEOGRAPHER:  The time is 5:13

17   p.m.  This completes tape number 3 of the

18   videotaped deposition of Dr. Dorothy Ogundu.

19              (Recess taken.)

20              THE VIDEOGRAPHER:  The time is 5:16

21   p.m. and this begins tape number 4 of the

22   videotaped deposition of Dr. Dorothy Ogundu.

23   EXAMINATION

24   BY MS. GALEOTO:

25        Q.    Dr. Ogundu, thank you for coming

215

BARKLEY
Court Reporters

```
 1   today.  I know it's been a long day.  I know
 2   you've told us that your blood sugar is low and
 3   you have been very patient with us and not eaten
 4   all day, so I will try to move through this
 5   swiftly.  But I do have a few follow-up
 6   questions for you.
 7              I believe in front of you right now
 8   is Exhibit 3.  Is that correct?
 9        A.    Yes.
10        Q.    And these -- in Exhibit 3 there
11   are -- there's a Bates number at the bottom and
12   it has your name and then it has a hash tag --
13   I'm sorry, an underscore and it says number 2.
14   And then the next page is 3.
15        A.    Okay.  I'm using my notes.  I don't
16   see --
17        Q.    Exhibit 3.
18        A.    Thank you.
19              MR. TORRES:  You're welcome.
20        Q.    So it's several pages in but it's
21   your letter and it starts at the top with "dear
22   Ms. Ronda Williams."
23        A.    Okay.
24        Q.    Do you see that?
25        A.    Yes.
```

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      Q.      And then the next page you sign it

2   Dr. Ogundu --

3      A.      Yes.

4      Q.      -- M.D.  So this two-page letter

5   was prepared by you for Ms. Williams?

6      A.      Yes.

7      Q.      And do you stand by everything

8   today that you put in this letter for

9   Ms. Williams in 2013?

10      A.      Yes, I do.

11      Q.      And if you will go with me to the

12   second page of your letter, and I'm at the

13   bottom of the first full paragraph.  Do you see

14   where I'm pointing right here?

15      A.      Yes.

16      Q.      And there is a sentence there and

17   it states "In the case of sulfite from sulfur

18   dioxide, reactionary symptoms including rashes

19   (hives) headaches, sinus, joint pains, chest

20   pain, shortness of breath, swelling and fatigue

21   bouts, all of which are included in your medical

22   history."  And you are writing that concerning

23   Ms. Williams' medical history.

24      A.      Yes.

25      Q.      You believe even today that this is

217

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    an accurate statement of symptoms from sulfur

2    dioxide within a reasonable degree of medical

3    probability?

4         A.    Yes.

5         Q.    You also say in this letter on the

6    first page -- I'm sorry, the top of the second

7    page.  You also make a statement there and you

8    say, "As I already explained to you, sulfites is

9    to G6PD deficient persons as deadly kryptonite

10   is to Superman.  Sulfites are a class of

11   chemicals derived from gaseous compound sulfur

12   dioxide.  The toxicity of sulfur dioxide is well

13   known."  And you stand by that opinion today?

14        A.    Yes.

15              MR. TORRES:  Object to form.  Is

16   she giving an opinion?

17              MS. GALEOTO:  This is her opinion

18   to a reasonable degree of medical probability.

19   This is her notes and her opinion.

20        Q.    Dr. Ogundu, you stand by this

21   opinion, the statement in your letter?

22        A.    Yes, I do.

23        Q.    Concerning this statement and

24   Ms. Williams being a G6PD deficient patient, or

25   someone who you've consulted with, is it your

BARKLEY
Court Reporters

1    understanding that exposure to sulfur dioxide by

2    Ms. Williams could increase or make worse other

3    exposures to oxidative stress?

4         A.    Well, I put it down there that the

5    worst thing about this experience is that it

6    makes other things -- first it starts things and

7    it makes them worse.  Because it's very

8    difficult to treat them, as he had pointed out.

9    Sometimes you have nowhere to go, but to go

10   there and use whatever you have to treat them.

11   And I even put it here without knowing the

12   background of any lawsuits or no lawsuits.  This

13   is how I usually write to my patients.  And my

14   whole reason for doing this is to tell her to

15   leave the place, to leave her surroundings and

16   without the exposure, that she will feel better.

17   Just like I will tell somebody who is an

18   alcoholic you can't go near bars.  You can't

19   have it in your house.  You must leave.  And you

20   have to -- it destroys your nutritions.

21        Q.    You testified earlier when

22   Mr. Torres was asking you about Ms. Williams and

23   whether or not she has complied with some of

24   your recommendations.  And you said that as far

25   as you know, she had eliminated many of the

BARKLEY
Court Reporters

1    oxidative stressors in her life that could be

2    eliminated but yet she's still showing symptoms

3    of oxidative stress if you look at her liver and

4    kidney.  Is that a fair description of your

5    testimony?

6              MR. TORRES:  Object to form.  Lack

7    of foundation.  No such testimony.  Proceed.

8    You can answer.

9         Q.   Is that a fair description of your

10   testimony?  Let me re-ask.  Sitting here today,

11   as far as you know Ms. Williams still lives in

12   her neighborhood and according to her she is

13   still exposed to sulfur dioxide.

14             MR. TORRES:  Object to form.  Go

15   ahead.

16        A.   Yes, she still stays at the same

17   place, she still complains of the same thing.

18   In my note here, as a matter of fact, I did say

19   I am encouraged more so than ever because she --

20   when we looked at this thing, she already was

21   doing a whole bunch of things that I would have

22   asked her to do, which is humanly possible.  It

23   is very difficult for people who -- it is very

24   difficult to live with this.  I call it -- I

25   have a site where I call it the silent killer.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    It is the silent killer.

2        Q.    Fair to say that Ms. Williams has

3    taken many steps to remove oxidative stressors

4    from her life except for the sulfur dioxide

5    exposure?

6        A.    To the best of my knowledge, yes.

7    Because we go through each -- when you tell her

8    to do this, she will do it.  When you tell

9    her -- now, if it doesn't agree with how shall

10   we say, like the cilantro, then I say well,

11   don't worry about the cilantro.

12       Q.    Is it your testimony that her

13   medical records that you have seen and your

14   communications with Dr. Robinson and Dr. Vera

15   even to the present day reflects that

16   Ms. Williams is suffering from oxidative stress?

17       A.    Yes.

18       Q.    You can put that aside for a

19   moment.

20           Now, there was some questioning

21   concerning whether or not you're a G6PD expert.

22   There is no board certification for G6PD in

23   America, is there?

24       A.    There's no board certification for

25   G6PD anywhere in the world.

221

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1        Q.       Your qualification for treating

2    patients with G6PD deficiency is based upon your

3    medical experience and history?

4        A.       You will say that.  And plus the

5    fact that I live it every day.  I think when you

6    live it and have the medical background, they're

7    two different things from a patient or a doctor

8    who's never gone through it.

9        Q.       Let me ask you this question.  I'm

10   not sure I got the answer before.  Would

11   exposure to SO2, sulfur dioxide, make Ronda

12   Williams more or less sensitive to other

13   oxidative stressors?

14       A.       Well, it will make her more because

15   it definitely hits at her.  When I say it's a

16   known fact, there are certain things that are

17   known facts.  If I cut you and you're bleeding,

18   I know -- it's a known fact that you are going

19   to become hypovolemic.  I don't have to read

20   this from a doctor.  So if you're exposed to

21   sulphur dioxide whether it's in the lab or

22   anywhere else, it hits your nutritional system.

23   We do know for a fact that especially vitamin C

24   goes down, A goes down, B2 goes up, G12 goes up.

25   And she showed that her B12 went down, her B2

222



1    went down.

2         Q.    You had also testified concerning

3    some of the natural remedies that were in your

4    note there.  I think it was an attachment to

5    your letter.  Is it fair to say that those were

6    just some recommendations and natural remedies

7    that could help alleviate some of the symptoms

8    that Ms. Williams was experiencing?

9         A.    Yes, especially since she's a

10   sitting duck.  Like the rest of us.  Once you're

11   exposed to this you are a sitting duck.  And

12   when I say sitting duck, it's that there was a

13   time people poo-poo'd the fact that capsaicin,

14   which is from chile pepper, is a pain reliever.

15   We know that we can give it to some people who

16   have kidney and liver problems and it bypasses

17   it.  So some of these things that have been

18   known for centuries, if you use it, maybe you

19   don't have to take Lasix.  But it's not like

20   medication where you wait until it happens and

21   then you give them 40 or 20 milligrams of Lasix.

22   Anybody even without G6PD, if you give them

23   Lasix, it's not something that you want to get

24   like a candy.  So if you have something that can

25   help, then you do that.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      Q.      I'm going to draw your attention to

2  Exhibit 4 now.

3      A.      Which one is 4?

4      Q.      This was the genetic tests.

5      A.      I don't have it.

6      Q.      Dr. Ogundu, Mr. Torres spent a

7  substantial amount of time with you on the

8  bottom paragraph of page 1 and the very top of

9  page 2 under what's labeled "characteristics."

10  My question to you is, can someone be classified

11  as a Class 2 G6PD deficient patient according to

12  this chart one day and a month later be a Class

13  3 or a Class 4?

14      A.      No.  What happens is that when you

15  have -- it's almost like -- let me put it this

16  way.  You're 5-8.  And the end of your joints

17  are closed, you will never be 5-9.  Forget your

18  high heel shoes, you'll never be 5-9.  However,

19  can you get to 5-7?  Yes, if you have

20  osteoporosis you'll be 5-7?  Yes, if you have

21  osteopenia you will get shorter.

22          Now, likewise G6PD, you could start

23  at -- like I said, even normal people, you have

24  normal G6PD level.  As you age and get exposed

25  to certain things, it comes down.  But it never

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    comes down to the point where you have problems

2    as such.  Now, if you are already low and you

3    start getting bombarded by oxidative stress,

4    then you may find yourself slipping to 2, and

5    sometimes by the time you get to 75, if you

6    don't listen too well, you end up with diabetes

7    and what have you got.  You may get to the point

8    where you're really severe.

9         Q.    So fair to say if you are a Class 2

10   today, you're not going to become a Class 3 or a

11   Class 4 tomorrow but you could become a Class 1.

12        A.    Yes.  Yes.

13        Q.    If you will turn with me to Exhibit

14   10, it's a medical note dated May 7, 2013 by

15   consulting physician Dr. Robbins.

16   R-O-B-B-I-N-S.  Not to be confused with

17   Robinson.

18        A.    Okay, this is 9.  I don't see no

19   10.

20        Q.    Quickly looking at the top of that

21   note it says it's from Brandon Regional

22   Hospital.  Do you see that?

23        A.    Mm-hmm.

24        Q.    Brandon Regional Hospital.  And it

25   looks like it was a hospitalization of

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  Ms. Williams.  Is that accurate?

2       A.    Yes, it says admitting physician.

3       Q.    Dr. Robbins wasn't the admitting

4  physician.  He was a consultant.

5       A.    Yes.

6       Q.    Do you know how many times

7  Dr. Robbins saw Ms. Williams?

8       A.    No.  I can't tell you but as a

9  consultant physician, usually what happens is

10  that you get into the hospital, they call you

11  and you come and see the patient and you write

12  your consult.  That's different from an

13  admitting physician.

14       Q.    And do you know if he ever saw her

15  again other than this one time?

16       A.    To be honest with you, I don't

17  think I was around for that admission.  No.

18       Q.    You've never heard of Dr. Robbins,

19  you don't know him to be a treating physician of

20  Ms. Williams?

21       A.    Vera I heard.  Robinson I heard.

22  There are a few others.

23       Q.    So if we look at his note here,

24  about halfway down the page beginning with, it

25  says she does not have a booklet -- she does

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    have a booklet.  Do you see that?  About

2    halfway --

3         A.    Who?

4         Q.    About halfway through that

5    paragraph there's a sentence that begins "she

6    does have a booklet."

7         A.    Okay.

8         Q.    He says, "She does have a booklet

9    that she pulled off the internet with a list of

10   medications to avoid for G6PD deficiency.  And

11   that certainly is quite valid but otherwise I do

12   not see any active issues that suggest active

13   clinical problems and G6D deficiency at the

14   present time.  She does complain of swelling in

15   the feet with tightness in her chest, has

16   numerous somatic complaints, none of which I can

17   clearly relate to active G6PD deficiency at the

18   present time.  She does have a history of

19   chronic fatigue syndrome, hypertension, goiter,

20   apparently a thyroid nodule, right adrenal

21   gland, hiatal hernia, hypoglycemia, irritable

22   bowel syndrome, TMJ, fibromyalgia, PCOS and

23   kidney disease.  And somewhere along the lines

24   she has been convinced or sold on the

25   possibility that all these symptoms are

227

BARKLEY
Court Reporters

1    explainable on the basis of G6PD deficiency."

2              Sitting here today, Dr. Ogundu, do

3    you believe that some or any of these symptoms

4    that were described herein could be related to

5    her G6PD deficiency?

6         A.    I think I said that and one of the

7    reasons I didn't mind, I have to say this on

8    record, it wasn't that I didn't know what my

9    rights were.  One of the reasons when the

10   counsel, Mr. Torres, was asking me questions

11   that were beyond what I should be answering and

12   actually in the realm of expert witness was

13   because I wanted to help you people at least.

14   If you understand it, if you understand this

15   disease, if one more person understands it,

16   that's good for G6PD, that would be helpful.

17   But also to bring you to the decision where I

18   believe and I say that things go out of hand.

19   But if people understand this then they become

20   reasonable.  And that was my job to do.  As much

21   as I could.

22             You're sitting here, you know Ronda

23   has never paid me.  You have never paid me.  I

24   only talked to you yesterday.  And I'm seeing

25   you for the first time in my whole life today.

228

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    And this is why I'm here.  It's how many hours.

2         Q.    I appreciate, doctor.  I'm not

3    trying to use you as an expert witness.  I'm

4    just trying to clarify testimony --

5         A.    I'm just saying.

6         Q.    Mr. Torres asked you questions and

7    you answered them.  I would like to clarify some

8    things that you said so I make sure I understand

9    what your testimony was.  That's all.  And I

10   believe and you say, you have testified that

11   some of these are --

12        A.    Well, I mentioned that because of

13   the way -- first and foremost, I know for a fact

14   that if you go to many hospitals and you have

15   G6PD, because I know I get from California to

16   God knows where, they call me.  I can show you

17   my phone right now.  There's one waiting, and I

18   looked at it and I said later.

19              The thing about it is that most

20   doctors -- it's like a disease that is in

21   your -- it's not a disease, a disorder I should

22   say that is in your face but nobody knows about

23   it because it's not fancy.  It doesn't come with

24   distortion until the person is really going to

25   St. Peter's.  But this is the problem, is that

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    when you read it and you know oxygen affects

2    everywhere, so if it affects red blood cells it

3    affects everywhere.  It affects everywhere.  We

4    call it the great mimicker.  It can affect

5    everywhere.

6         Q.     When is the last time that you had

7    consulted with one of Ms. Williams' physicians?

8         A.     The last person I actually spoke to

9    is Dr. Robinson.

10        Q.     Approximately how long ago was

11   that?

12        A.     That was -- it must have been

13   September or so.  We went through -- this is

14   November.  Yes, September.  September.  Because

15   we went through some of the labs and what have

16   you got.  And as a matter of fact, in spite of

17   all she's doing -- that's what started the whole

18   thing, I wanted -- I said to Dr. Robinson to

19   help her with this, maybe you should think about

20   requesting for glutathione parenterally.  And he

21   said it's difficult to get through the

22   insurance.  I said ask the hospital, if she goes

23   into the hospital, maybe they will give it to

24   her.  It may be eaten up fast, but at least she

25   would be able to get it.  The glutathione.  Like

230

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    I said, if you take it by mouth, the PO, it's

2    useless.  But if you take it by IV, then it

3    works.  So they can give it to her

4    intermittently like that.

5         Q.    Why were you recommending at that

6    time in September, two months ago, that he do

7    that?

8         A.    Because her labs came back at that

9    time still bad and she was tired.  And to the

10   point that I was telling him she's really not a

11   candidate for narcotics or anything like that.

12   She didn't want it either.

13        Q.    Can fibromyalgia pain be confused

14   with bone pain as you described related to G6PD

15   deficiency?

16        A.    No.

17        Q.    The bone pain is much worse.

18        A.    It is.  It is.  It is.  Anybody who

19   has -- if you have cancer or you have any type

20   of -- they will tell you when you have

21   metastases to the bone, that's hell.  Metastases

22   to anywhere else you can deal with.  But bone

23   pain is bone pain.

24        Q.    So you were saying in September of

25   2015, so a month, two months ago, a month and a

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    half ago, Ms. Williams's labs were still bad.

2    Does that mean that her labs were still showing

3    evidence of oxidative stress?

4         A.     Well, yes.  But persistently.  Even

5    when her hematocrit and hemoglobin, and I went

6    through that with Mr. Torres, you can see that

7    her MCV is elevated.  That's not normal.

8         Q.     Was it Dr. Robinson's opinion that

9    Ms. Williams' G6PD deficiency was mild?

10        A.     No.

11        Q.     And why do you say that?

12        A.     Because this is a shock to me

13   because he was fighting hard to get her the

14   glutathione parenterally, and we usually don't

15   do that unless it's really bad except for

16   sometimes cases like severe HIV.  And he was

17   going to get it.  If they have severe HIV.  And

18   why is that so?  Because in the late stages of

19   HIV also you find that the glutathione is low.

20        Q.     So would it be fair to say in

21   September 2015 when you were talking to

22   Dr. Robinson that the symptoms, the oxidative

23   stress symptoms that Ms. Williams was showing

24   would be consistent with an exposure to SO2,

25   sulfur dioxide?  As a G6PD deficiency patient,

DOROTHY OGUNDU, M.D.

1   if she was exposed to SO2 --

2       A.    I will say it on record and I will

3   say it even if -- unless she gets out of that

4   place, and I put it to her, unless she gets out

5   of that place and stops getting exposed to the

6   chemical or the gas or whatever to her skin,

7   because I saw the rashes and she should have a

8   picture of it because she was in the hospital.

9   Unless she does that, I told her, it's a waste

10  of my time because she would get, like I said,

11  diamond today, stone tomorrow.  She will get

12  better a few days when she travels out, like

13  when she went to Florida or whatever that place,

14  Atlanta, whatever, on a trip or something like

15  that, she felt better.  And then when she came

16  back -- the way you know is that immediately she

17  comes back.  Within a few days she gets really

18  sick to be admitted into the hospital.  And then

19  she's crying and then she calls.

20          I mean, I'm not the brightest bulb

21  in the world, but -- no, I'm not.  But there are

22  certain things that you see and you see it.

23      Q.    Turning your attention to Exhibit

24  8.  This was previously marked as Exhibit 8.

25  It's a medical chronology that was marked in

233

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    Dr. Frank Mink's deposition.  I'm going to take

2    you to page 000762.  It's page 21 of 42.  If you

3    look at the middle of that page, there's some

4    orange highlighting.  It looks like under high

5    it says MCV, MCH, RDW and reticulate count are

6    all high.

7         A.     Exactly, you have reticulocyte

8    count high, it's 1.8.  That is high.  You have

9    mega karyocytes.  I didn't see this page.  You

10   have mega karyocytes.  You have mega karyocytes,

11   it's mega.  You go from macro to mega.  Then you

12   have an MCV persistently 105, 103.  It stays

13   persistently high.  You don't need no Dow Jones

14   to tell you what is going on here.  And on top

15   of it you have a low RBC.  You have a low RBC.

16   And like I said, they decide.  You have low RBC

17   and you have myeloid to erythroid precursors at

18   1.3.  Which means the bone marrow is working so

19   fast, it's really overworking.

20        Q.     Is that consistent with -- let me

21   clarify that.  Does this demonstrates hemolysis?

22        A.     Yes, because what happens is

23   that -- I said bone marrow.  Strike that.  The

24   red blood cells are working faster than -- you

25   knew what I was saying.  The bone marrow.

234

BARKLEY
Court Reporters

1    Because it should be the other way around.  And

2    here you have the salt more than the soup.  It

3    is not working.  It is not working.

4         Q.    You made some comments today about

5    allergies and Ms. Williams has some allergies.

6    Are some of the allergies that she has related

7    to symptoms caused by oxidative stress or

8    exposures?

9         A.    Okay, like I told her, everybody

10   calls it allergies.  It's not an allergy.  It's

11   a reaction to that.  Just like when I come every

12   now and then I go.  Do you understand?  I know

13   it's not an allergy.  An allergy is something

14   that gives you hypersensitivity.  And when I

15   take a histamine and your eosinophil, it's high.

16   No, this is G6PD.  And you can have rash and you

17   can -- you can have like asthma like type --

18   sometimes it gets to the point that you can't

19   breathe, you're out of breath and somebody who

20   doesn't know may think you have asthma but you

21   don't have asthma.  It's an edema.  It's

22   different.  Asthma is a bronchial spasm.  This

23   is edema.  It's almost like inside swelling.

24        Q.    So it could be -- so that edema or

25   asthma like symptoms can be caused or be a

235

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    reaction to exposure to oxidative stressors.

2        A.    Yes.  As a matter of fact, for most

3    people it's the first thing that hits them is

4    the fact that they're breathing like -- okay.

5    This is going to be lawyer's five minutes.

6        Q.    I'm almost done.  I may in fact be

7    done.  Give me a minute to look at my notes.

8             You said that you consult with the

9    U.S. military earlier in your deposition today.

10   Specifically can you give us a little more

11   understanding of that as it concerns G6PD

12   deficiency?

13       A.    Well, what happened is that a lot

14   of times the military -- they were the one place

15   where they test everybody for G6PD, sickle cell

16   and things like that.  Unfortunately they don't

17   go further, they don't go further.  But what

18   they do go, and this is where I got mad at them

19   to be honest, is the fact that they're more

20   interested in finding vaccinations or

21   medications they can give to the soldiers.

22   Because certain medications, for example, like

23   most people with G6PD cannot take anti malaria

24   or something like that.  So what's the military

25   going to do.  What are they going to do.  Those

                          236

BARKLEY
Court Reporters

1    people may go to Vietnam.  They may go to Iraq,

2    they may go to wherever.  So there is a problem.

3              At the same time also it's

4    important for them to know because they can't

5    live on high altitude because it causes hemo

6    concentration.  But at the same time my decision

7    is that you want to use me for your questions, I

8    want your data.  And they don't want to share

9    their data because they have a lot of data.  So

10   sometimes some of the veterans and the soldiers

11   that are back, especially -- they will call and

12   say this is what's going on, what, what, what.

13   There is an outfit right now that are doing some

14   research on vaccine.  And I think it's good to

15   help.  What kind of medications can these people

16   take.  Because like he said, most medications,

17   they're corrective but sometimes you have to

18   give it to them because you take your chances.

19   At least you buy time.  You try to titrate it as

20   much as you can.

21        Q.    Going back to the joint pain and

22   the bone pain that we talked about today,

23   Ms. Williams suffers from joint pain and bone

24   pain.  Is that accurate?

25        A.    Well, she definitely -- there's

237

BARKLEY
Court Reporters

1    certain things that you can make up as

2    physicians.  You know when somebody is

3    masquerading.  One of the -- unless you really

4    know what you're doing, you can come and tell me

5    that your knees hurt.  For example, take

6    somebody like a sickle cell disease person,

7    right?  Sickle cell.  If he comes and tells me

8    that the knees hurt, the ankle hurt, he may be

9    making it up because the first place that hurts

10   in the sickle cell will be hipbone.  But most

11   people don't know that unless you're a

12   physician.  So if somebody comes and tells me I

13   have hipbone because that's a lot of spongy

14   trabeculars, so I know you're not making it up.

15        Q.    Has Ms. Williams told you that she

16   had hip pain?

17        A.    Yes.  It's usually the hip pain and

18   it's usually the back.  Down there, down to the

19   sacrum and what have you got.

20        Q.    And do you believe within a

21   reasonable degree of medical probability that

22   that's related to her G6PD deficiency and

23   exposure to oxidative stressors?

24        A.    I know I have them.  Not as bad as

25   hers.  But I have them.

238

BARKLEY
Court Reporters

```
 1        Q.     So that's accurate, you think
 2   that's an accurate statement?
 3        A.     Yes.  And if I really want it real
 4   bad, I just have to eat some peanuts and the
 5   next day I pay for it.  I can hardly get out of
 6   my bed.
 7        Q.     Was that an affirmative yes?  I
 8   just needed it for the record.
 9        A.     Yes.
10        Q.     Thank you.
11        A.     You're asking me the questions that
12   he already asked.
13        Q.     I'm just going back over a couple
14   of things he asked you just to make sure it's
15   clear for the record.  I know you yourself
16   personally have G6PD and I know that you, and
17   very sad to hear unfortunately, lost siblings
18   because of the disease as well, or the disorder.
19   You've been practicing medicine for over 35,
20   almost 40 years now.
21        A.     Mm-hmm.
22        Q.     About how long have you been
23   treating people, individuals with G6PD
24   deficiency?
25        A.     Well, let's put it this way, it has
```

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    always been something that interested me.

2    However, my first contact as a physician for

3    somebody else, I've always done it for myself, I

4    would say was 1991.  A young lady that came and

5    she was bleeding, bleeding.  When we did the

6    test and it was showing and then I said wait a

7    minute, it turns out that the two sons have

8    G6PD.  However -- and she's still my patient

9    till today.

10             Unfortunately the doctors, and

11   that's another thing that I was trying to say to

12   you, the doctors all said oh, it doesn't hurt

13   with women.  Women are not symptomatic.  And

14   this was then.  And I said well, the last time I

15   checked I'm a woman, I know I got two kids to

16   prove that I'm a woman.  I gave birth to them.

17   So what are you talking about.  And he said but

18   I thought it doesn't affect woman.  I said no.

19   Now, in medical school, unfortunately, it's

20   about that much.

21        Q.    Information --

22        A.    Yes.  It's about that much.  And

23   you call most doctors, they will tell you oh,

24   yeah, that's a disease that if you just don't

25   take sulfur, and those I remember, but you don't

240

BARKLEY
Court Reporters

1     take broad beans, you'll be fine.  And you say

2     are you kidding me.  And that was what got me

3     into --

4          Q.     Treating people with G6PD?

5          A.     Not for me because I've already

6     gone halfway -- less than halfway to meet St.

7     Peter.  I do it for others.  You're laughing but

8     it's true.  So it's not for me.

9          Q.     So it's fair to say that for the

10    last 24 or 25 years of your career as a medical

11    physician, you've been studying and treating

12    individuals and helping people with G6PD

13    deficiency?

14         A.     Yes.  It's taken me to different

15    parts of the world.  It's taken me -- for

16    example, in India I found out that they put

17    camphor balls, naphthalene, in sink.  And you

18    walk in there and there you are.  So no, you

19    can't do that.

20         Q.     You mean you could smell it and

21    it's causing an episode?

22         A.     It's there in the sink because it

23    keeps supposedly freshen the odor of public

24    places.  But more importantly, we do health fair

25    and I'm sure Mr. Torres must have gone on my

BARKLEY
Court Reporters

1    website, I know you did, and so you must have

2    seen it there.  We do websites, we do -- I go to

3    church to church to church.  Because the best

4    thing for this thing is to get it early, tell

5    the people what, what, what.  Not so they can

6    sue anybody, but so that they will be able to

7    survive and live with less pain.  I have pain

8    now more than -- but I'm 62.  At least I don't

9    have diabetes.  Most people who have G6PD, our

10   sugar go up and down.  You have to remember it's

11   the first system for glucose metabolism of the

12   alternate pathway and it affects our pancreas,

13   it affects our thyroid.  And I'm sure that --

14   yes, I did one time she was getting such problem

15   that I had to tell the doctor, I remember now,

16   check her iodine.  And they did.  Her iodine was

17   low.  And we started on iodine.  And I said

18   she's getting this until she leaves here.

19   You're going to have to pump her with nutrition.

20   Her vitamins.  Because it eats it up like

21   Pacman.  That's just the way it is.

22       Q.    Is it fair to say these health

23   fairs and going to the churches and everything

24   that you do as part of your mission to educate

25   people on the deficiency itself and the risks

242

BARKLEY
Court Reporters

1   associated with it?

2        A.      Yes.  It is.  And it is what gets

3   me in trouble, yes.

4        Q.      And just quickly, I think I'm about

5   done, this might be my last question, but going

6   to the joint pain again, can that pain that you

7   described with G6PD deficiency, can that be a

8   chronic type pain?

9        A.      Yes.

10       Q.      I have no additional questions.

11              MR. TORRES:  I've got redirect for

12  a few minutes.

13       A.      Suppose I run out?

14       Q.      You can't.

15       A.      Yes, I can.

16              MS. GALEOTO:  Are you at your time

17  limit?

18       A.      How long are we going to do this?

19              MS. GALEOTO:  Ten minutes.  I was

20  kind of serious about that.  We're at 6:00 and

21  you may have exceeded your time, Chris.

22              MR. TORRES:  I doubt that.  We can

23  go back and count.

24              MS. GALEOTO:  We started at 10:30.

25       A.      I gotta go.

BARKLEY
Court Reporters

1              MS. GALEOTO:  You get seven hours,

2    right?

3              MR. TORRES:  Ten minutes.

4              MS. GALEOTO:  Hold on, Chris, I'm

5    serious.

6              MR. TORRES:  Do you want to pause

7    and ask the time?

8              MS. GALEOTO:  Yes.  Can you tell me

9    the time?  How much.

10             MR. TORRES:  Let's go off the

11   record.

12             THE VIDEOGRAPHER:  The time is 5:57

13   p.m. and we're off the record.

14             (Recess taken.)

15             THE VIDEOGRAPHER:  The time is 5:58

16   p.m. and we're back on the record.

17   EXAMINATION CONTINUED

18   BY MR. TORRES:

19        Q.    Dr. Ogundu, does the body generate

20   sulfites from sulfur dioxide?

21        A.    Does the body generate sulfite.

22   It's a metabolism of fate.  But the sulfur

23   dioxide itself is equally injurious.  That's

24   chemistry.  Either one is no good.

25        Q.    But do you know whether the body

                      244

BARKLEY
Court Reporters

1   generates sulfites from sulfur dioxide is the

2   question.

3        A.    If I remember my chemistry, don't

4   quote me on it, it may.  It may be a metabolite

5   of sulfite.

6        Q.    But you're not certain as you sit

7   here today.

8        A.    I can look in my notes and I will

9   tell you.  You want me to?

10       Q.    No, that's okay.  In fact, I do

11  have to take a copy of your notes.  I'd

12  forgotten about that.  But we'll do that at the

13  end.

14             You said earlier that Ms. Williams

15  has COPD.

16       A.    Yes.  She did have -- she had a

17  diagnosis at that time of COPD.

18       Q.    And why is COPD important in your

19  analysis of Ms. Williams?

20       A.    Well, most times what people call

21  COPD, you have to remember that's what they

22  called it, usually what people call COPD may

23  have the symptoms of COPD.  But usually COPD

24  comes with smoking and things like that.  So in

25  absence of it you look for other reasons.  So

245

BARKLEY
Court Reporters

1    COPD is nothing but a chronic obstructive

2    pulmonary disease.  Which is what we -- for

3    example, if somebody takes my blood they will

4    say I'm diabetic but I'm not.  I know why it's

5    low.  So when she came I had to say let's look

6    at this effect and look at the damages because

7    it's lined up instead of obstruction.  The way

8    you feel is the same.

9         Q.    So as far as you believe, she has

10   been diagnosed with COPD, is that correct?

11        A.    That's one of the things that -- I

12   think I saw it in your thing there, that you

13   showed me, too.

14        Q.    Yes.

15        A.    I saw it in what you showed me.

16        Q.    Are you aware that Dr. Mink, her

17   toxicologist, has testified that she does not

18   have COPD?

19             MS. GALEOTO:  Object to form.

20        A.    Well, let's go back to what I said.

21   I said when they diagnosed her as COPD, she has

22   the symptoms of COPD.  But I know better because

23   it's in my note.  Want me to read it to you?

24        Q.    No.  I have it here.

25        A.    Why not?

246

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1      Q.      Because I have it here.  I'm trying

2  to save your time.

3      A.      But I will rather you save me time

4  and say what I said.  If you read anything,

5  you'll know what I said about the COPD.

6      Q.      You said, "Finally, people with

7  respiratory dysfunction of which you have been

8  diagnosed with COPD are particularly vulnerable

9  to reacting to the toxicity of sulfites."

10      A.      Do you see where I say COPD without

11  smoking, without tobacco?

12      Q.      I'm just asking.

13      A.      It's there, isn't it.

14      Q.      I don't know.

15      A.      Well, let's go to the my notes.

16      Q.      Here's your notes.

17      A.      At the same time it says in

18  reviewing the tests, I noted a history of

19  gallbladder removed, anemia, COPD, pulmonary

20  disorder, without ever being a smoker.  That's

21  my saying putting it in that context that this

22  is what is written doesn't mean that's what I

23  said.  Just like I just said now, if you check

24  my sugar, it's going to be very, maybe very,

25  very low and you may think I'm pre diabetic.

247

BARKLEY
Court Reporters

1    But I know and I'm going to tell you, no, I have

2    the symptoms of diabetes but I'm not diabetic.

3    I'm just very hungry and my G6PD is kicking in.

4    And hopefully I don't fall out in the train

5    today.

6         Q.    Ms. Galeoto asked you to look at a

7    sentence --

8         A.    Oh, by the way, I said respiratory

9    dysfunction of which you have been diagnosed

10   with COPD in quotes.

11        Q.    Well, it's in parentheses.

12        A.    In parentheses.  Same difference to

13   me.

14        Q.    Ms. Galeoto asked you a question

15   and she asked you to read this last sentence.

16        A.    Where is that?

17        Q.    Number 3.  This sentence right

18   here.

19        A.    Yes.

20        Q.    It says in the case of sulfite from

21   sulfur dioxide reactionary symptoms including

22   rashes, hives, headaches, sinus joint pains,

23   chest pain, short of breath, swelling and

24   fatigue bouts, all of which are included in your

25   medical history.

248

BARKLEY
Court Reporters

1      A.     Okay.

2      Q.     Can you say with a reasonable

3   degree of scientific certainty that exposure to

4   sulfur dioxide is the only cause of rashes?

5              MS. GALEOTO:  Objection.

6      A.     What kind of rashes?

7      Q.     Whatever the rashes you say here.

8      A.     Well, if it's in the same

9   distribution, usually, yes --

10     Q.     I'm sorry.

11     A.     No, it's okay.

12     Q.     You understand my question.  Is

13   exposure to sulfite dioxide the only cause of

14   rashes or hives?

15     A.     No.

16             MS. GALEOTO:  Objection.

17     Q.     Is exposure to sulfite dioxide the

18   only cause of headaches?

19             MS. GALEOTO:  Objection.

20     A.     By itself?

21     Q.     Yes.

22     A.     No.

23     Q.     Is exposure to sulfur dioxide the

24   only cause of sinus?

25             MS. GALEOTO:  Same objection.

249

BARKLEY
Court Reporters

1      A.      By itself, no.

2      Q.      Is exposure to sulfur dioxide the

3  only cause of joint pains?

4           MS. GALEOTO:  Objection.

5      A.      By itself, no.

6      Q.      Is exposure to sulfur dioxide the

7  only cause of chest pain?

8           MS. GALEOTO:  Objection.

9      A.      By itself?

10           MR. TORRES:  What's the basis for

11  the objection?

12           MS. GALEOTO:  Are you asking with

13  respect to Mrs. Williams, are you looking at

14  this in sort of a myopic way or are you talking

15  about general?  I don't know.  And I don't think

16  it's clear for the record.

17      A.      If we're going to be honest about

18  it I did not say it is individually.  Put

19  together it's almost like if somebody comes and

20  they have -- I want to diagnose pneumonia,

21  pneumonia is not the only thing that causes

22  fever, it's not the only thing that causes

23  mucopurulent, it's not the only thing that

24  causes pleurisy, it's not the only thing that

25  causes sepsis, white blood cell count highs, or

1    fever, but when put together, that's pneumonia.

2    When put together, because there's nothing else

3    that would give me that.  That is what it is.

4    So when I -- I obviously looked at it and I said

5    reactionary symptoms like one, two, three.  Now,

6    if you ask me is there something that when you

7    put all this together that I will have a

8    differential diagnosis, I don't know what it is.

9    If it's not that.

10        Q.    Did you perform a differential

11   diagnosis for Ms. Williams?

12        A.    Every time I work I would work on

13   the differential diagnosis, which is what you

14   see me doing here.  I talked about the sulfide

15   is a known oxidative stressor.  That you and I

16   don't have to argue about that.  The big shot

17   said so.  Those ones that you say --

18        Q.    Are there any other oxidative

19   stressors?

20        A.    No, no, no, what I said was we're

21   talking about sulfites.  I said the sulfites is

22   a known oxidative stressor.  So if you're

23   telling me that you are exposed to sulfur

24   dioxide and in which case you have sulfites,

25   then the thing that I say -- and it causes

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    throat edema, it causes -- that is induced

2    asthma like attacks, which is what I was talking

3    about, which is what maybe somebody else called

4    COPD.  But I know better.

5         Q.    Is ozone a known oxidative

6    stressor?

7         A.    Ozone?  Is it?  For everybody.  But

8    definitely -- you have to really when you're

9    talking about ozone, you mean the ozone layer?

10        Q.    I'm just asking is ozone a known

11   oxidative stressor?

12        A.    I haven't looked at that maybe.

13        Q.    Are nitric oxides known oxidative

14   stressors?

15        A.    Nitric oxide?

16        Q.    Mm-hmm.

17        A.    In the air?

18        Q.    Mm-hmm.

19        A.    Well, if you have a lot of it.

20        Q.    Do you know how much?

21        A.    Not offhand, no.

22        Q.    How about sulfur dioxide, do you

23   know how much?

24        A.    Well, the reason I know about

25   sulfur dioxide is because I have G6PD.

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    Q.    I understand.  I'm just asking if

2   you know how much.

3    A.    I think that basically it may be

4   dose related and may not be.  I know that most

5   people when they're exposed to it, after a while

6   they react to it.

7    Q.    Could taking a high risk

8   contraindicated substance be an oxidative

9   stressor?

10             MS. GALEOTO:  Objection.

11    A.    But of course.  However, if you

12   take that away from them, they will go back to

13   normal unless they die.  And when it becomes a

14   chronic thing, that's when you ask -- so if you

15   take the person away from it before a lot of

16   damage is done with this sulfites, people drink.

17   If it's one drink and you have meta sulfite, you

18   are going to react to it.  Every G6PD person who

19   is aware knows that.

20    Q.    Is mold exposure an oxidative

21   stressor?

22             MS. GALEOTO:  Objection.

23    A.    Mold?  I think if it's -- it's bad

24   for everybody.

25    Q.    I'm asking if it's an oxidative

253

DOROTHY OGUNDU, M.D.

1   stressor.

2        A.    It's not one of the things that we

3   list because it's bad for everybody.  What you

4   list is what is specific to -- it's like saying

5   is snake venom an oxidative stressor.  But you

6   didn't see snake venom there.

7        Q.    No I didn't, but I did see a number

8   of contraindicated substances that Ms. Williams

9   had been taking.

10            MS. GALEOTO:  Object to the

11   characterization.

12        A.    I think you showed me and I saw it

13   way before I met her and then it was almost two

14   years, 2012, to -- every 2012, January, that was

15   the last time.  I think even if it's anything,

16   it would have gone out of the system.  If it

17   didn't, it should continue to give her problem

18   if she's still on it.  So the fact that she gets

19   better and she gets symptoms and she gets better

20   means it's something that is there.

21        Q.    Is formaldehyde an oxidative

22   stressor?

23        A.    Formaldehyde?  When you say eating

24   it or drinking it?  What?

25        Q.    I'm just asking a question.

BARKLEY
Court Reporters

1      A.      Formaldehyde, in what area?  I use

2  formaldehyde to do gross anatomy and I live to

3  talk about it.

4      Q.      Is an elevated MCV associated with

5  macrocytic anemia at all?

6              MS. GALEOTO:  Objection; asked and

7  answered.

8      A.      Yeah, it could be.  Especially when

9  you're saying elevated MCV, in the face of other

10  parameters you mean.  Like low RBCs, low -- yes?

11      Q.      Yes.

12      A.      Okay.

13      Q.      Formaldehyde by air exposure.

14      A.      Formaldehyde by air exposure.  How

15  do you get that?  I have to ask you.  Because

16  the only way --

17      Q.      Did you ever see any records or

18  documents as to relating to Ms. Williams'

19  exposure to sulfur dioxide?

20      A.      Did I see what?

21      Q.      Any records or documents relating

22  to Ms. Williams' exposure to sulfur dioxide.

23      A.      When you say that, what do you mean

24  by that?

25      Q.      Outside of her saying that I live

BARKLEY
Court Reporters

1   next to a plant.

2        A.    As a physician, ask a physician,

3   any physician.  I said that before -- you asked

4   me that question and I answered you.  I said if

5   a patient comes to me and say they have leukemia

6   and I ask what's in your environment, they say

7   well, I just got a dog.  Now, I will ask is it

8   long hair, short hair, and then you tell me.

9   Should I say go bring the dog?  I don't know.

10       Q.    Do you have any other patients that

11  you say are suffering G6PD related conditions

12  from exposure to sulfur dioxide?

13            MS. GALEOTO:  Asked and answered.

14       A.    Yes.

15       Q.    How many?

16       A.    As a matter of fact, one of them is

17  in not too far.  And she came independently.

18       Q.    Who is that?

19       A.    And I cannot tell you because she

20  didn't give me permission to.  You know better.

21  Because I know you are an astute lawyer.

22       Q.    And this woman has G6PD?

23       A.    Yes.  And she's in real big

24  trouble, yes.

25       Q.    Do you know what her G6PD level is?

256

BARKLEY
Court Reporters

1        A.      I cannot discuss her case with you.

2    You asked me a question, I answered.  Now you

3    want me to talk about this.  Then they're really

4    going to lock me up.

5        Q.      Do you know what your G6PD level

6    is?

7        A.      Yes.  But it's not up for

8    discussion.

9        Q.      I'm just curious.

10       A.      I know you are.

11       Q.      Do you -- if a G6PD level is closer

12   to a normal range, does that make you less

13   sensitive to oxidative stressors?

14               MS. GALEOTO:  Objection.  Asked and

15   answered.

16       A.      Are you asking me about her?

17   Because now I'm going to just answer about her

18   but I'm not going to answer anything --

19       Q.      Do you know with respect to

20   Ms. Williams?

21               MS. GALEOTO:  Objection; asked and

22   answered.

23       A.      What's the question?

24       Q.      I asked if a number, a G6PD enzyme

25   level number that's closer to the normal range

257

BARKLEY
Court Reporters

1    means that she is less sensitive to oxidative

2    stressors.

3              MS. GALEOTO:  Objection.  Asked and

4    answered.

5         A.    What is -- I think I answered that

6    question.  I'll remind you how.  You can have an

7    8, I can have a 6.  If you're Greek and you're

8    exposed to a field full of, what do you call it,

9    broad beans or what they call fava beans, you're

10   going to get in trouble.  I may not.  Now, I may

11   have to live there to become so sensitized that

12   I will start getting into trouble sooner or

13   later.  But that's a fact.  There are certain

14   things that are general, and if you find that

15   ordinary people react to this as an oxidative

16   stressor, then G6PD people will react to it even

17   worse.  I don't know, that's how I can explain

18   it.  I mean, are you trying to say -- like I

19   said, I didn't come here to take sides, but are

20   you trying to tell me in your readings, which I

21   know you have read from your questions, that you

22   did not find that sulfur dioxide is an oxidative

23   stressor?

24        Q.    I'm just asking whether --

25        A.    I know you are but I also need you

258

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    to be --

2         Q.    I'm just asking whether it is the

3    only oxidative stressor.

4         A.    That I know?

5         Q.    Mm-hmm.

6         A.    But I just told you.  I could even

7    eat peanuts and I'll have a problem but I'm not

8    going to eat peanuts.  If for example you gave

9    me this to drink it's colored and find out

10   immediately I drink it and then I'll ask you,

11   did you put -- what do you call it, preservative

12   in this thing, in that drink, you must have put

13   sulfite in it because of the way I'm feeling

14   because there's nothing else.  I didn't eat

15   anything else.  I didn't do anything else.  I'm

16   not allergic to my clothes and I'm not allergic

17   to my body.  I'm not sensitive to it.  That's

18   what it is.  And I gave an example about hooves

19   and horses and zebra in Texas and Africa.  I'm

20   in New York.  If I hear boom boom boom I know

21   it's the raccoon because they're there.  It's

22   gotta be the raccoons.  Now, in Texas, I don't

23   know, maybe horses, right?  Now, in Africa it

24   could be anything.  It could be camel, it could

25   be anything.  You're asking me if somebody tells

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1  me they're exposed -- as I'm looking at this and

2  I'm asking you, you're exposed to this and then

3  I find it can make a whole bunch of things that

4  check, check, check, check to that, then if it

5  barks, it's a dog.  That's all I can say.  If it

6  quacks, it's a dog.

7      Q.    I have no further questions.

8            MS. GALEOTO:  I only have one.

9  EXAMINATION CONTINUED

10 BY MS. GALEOTO:

11     Q.    There was a question about

12 respiratory dysfunction.

13     A.    This is the part you have to say I

14 object.

15           MS. GALEOTO:  He can't.

16     Q.    He asked you about the COPD and

17 Dr. Mink and I believe Dr. Mink's testimony will

18 accurately reflect that he said he thought she

19 had some type of obstructive pulmonary disease.

20 But whether it's asthma, obstructive pulmonary

21 disease, COPD, these are all respiratory

22 dysfunctions that you believe can and are

23 related to G6PD deficiency.

24     A.    Yes.

25     Q.    Thank you.  I don't have anything

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1    further.

2              MR. TORRES:  We're done.

3              MS. GALEOTO:  Thank you, Dr.

4    Ogundu.  Did you want to make a photocopy of the

5    notes and mark it as an exhibit before we go off

6    the record?

7              MR. TORRES:  Yes.

8          (Ogundu Exhibit 13 for identification,

9    Notes of Dr. Ogundu)

10             THE VIDEOGRAPHER:  The time is 6:19

11   p.m. and this completes tape number 4 as well as

12   the videotaped deposition of Dr. Dorothy Ogundu.

13             MS. GALEOTO:  And we're marking as

14   Exhibit 13 Dr. Ogundu's personal notes and

15   records that she brought with her to the

16   deposition today.

17             (TIME NOTED:  6:20 p.m.)

18

19         DOROTHY OGUNDU, M.D.

20

21   Subscribed and sworn to before me

22   this       day of        , 2015.

23

24   _____

25   Notary Public

                    261

BARKLEY
Court Reporters

1   WITNESS: _____
      DATE(S): _____
2   CASE:    _____

3   I wish to make the following changes, for the
      following reasons:

4
      PAGE LINE ____ ____
5   ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
6
      REASON:_____
7   ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
8
      REASON:_____
9   ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
10
      REASON:_____
11  ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
12
      REASON:_____
13  ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
14
      REASON:_____
15  ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
16
      REASON:_____
17  ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
18
      REASON:_____
19  ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
20
      REASON:_____
21  ____ ____ CHANGE FROM:_____
      ____ ____ CHANGE TO:  _____
22

23  _____
      Subscribed and sworn to before me this _____ day
      of _____, 2015.
24
      _____
25

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1              DEPOSITION OFFICER'S CERTIFICATE

2    STATE OF NEW YORK      )
                           ) ss.
3    COUNTY OF NEW YORK     )

4

5

6          I, Suzanne Pastor , hereby certify:

7          I am a duly qualified Certified Shorthand

8    Reporter in the State of New York, having passed the

9    Certified Shorthand Reporters examination [or am a duly

10   commissioned Notary Public in the State of New York, having

11   passed the Notary Public examination].  (Fed. R. Civ. P.

12   28(a)(1))

13         I am authorized to administer oaths or

14   affirmations pursuant to the above and prior to being

15   examined, the witness was first duly sworn by me.  (Fed. R.

16   Civ. P. 28(a)(a), 30(f)(1))

17         I am not a relative or employee or attorney

18   or counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I financially

20   interested in this action.  (Fed. R. Civ. P. 28)

21         I am the deposition officer that stenographically

22   recorded the testimony in the foregoing deposition and

23   the foregoing transcript is a true record of the

24   testimony given by the witness.  (Fed. R. Civ. P. 30(f)(1))

25

DOROTHY OGUNDU, M.D.

BARKLEY
Court Reporters

1                         ///

2    Before completion of the deposition, review of

3    the transcript [XX] was [  ] was not requested.  If

4    requested, any changes made by the deponent (and

5    provided to the reporter) during the period allowed, are

6    appended hereto.  (Fed. R. Civ. P. 30(e))

7

8    Dated: December 8, 2015

9

10                      _Suzanne Pastor_

11                      _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                            264

RHONDA WILLIAMS -against-
MOSAIC FERTILIZER, LLC,

DOROTHY OGUNDU, M.D.
November 6, 2015

## $

**$2.50 (1)**
46:4
**$25 (1)**
25:15
**$4,000 (1)**
48:13
**$5 (1)**
62:1
**$700 (1)**
59:14
**$75 (1)**
25:15
**$800 (1)**
24:18

## A

**A- (1)**
145:20
**able (17)**
20:13,14;24:16;
45:5;77:15;107:17;
115:23;120:3;
137:22;172:11;
189:8;191:21;
192:22;193:11;
213:1;230:25;242:6
**abnormal (1)**
96:10
**abomination (1)**
52:21
**above (1)**
181:24
**absence (2)**
161:10;245:25
**absorbed (1)**
178:24
**absorption (1)**
177:17
**abstract (1)**
163:10
**academia (5)**
65:25;67:9;69:13,
14;127:11
**academias (2)**
66:2;105:21
**academic (1)**
200:16
**access (1)**
45:4
**according (4)**
130:17;131:10;
220:12;224:11
**account (1)**
24:12
**accurate (7)**
33:14,19;218:1;
226:1;237:24;239:1,
2
**accurately (1)**

260:18
**aches (1)**
104:24
**acid (5)**
97:24;98:5;
170:10;172:14;
177:23
**ACOG (2)**
59:24,24
**across (1)**
181:14
**activate (1)**
35:10
**active (9)**
185:21,22;186:1,
3;194:24;195:7;
227:12,12,17
**activity (33)**
122:18;131:14,16,
17,18;133:17,19;
134:17;135:6,12,13,
14,24,25;136:2,3,6;
137:7;138:5,6,10,12,
13;139:3,4,15,15;
140:3;166:6;191:4;
194:19,20;200:14
**actually (26)**
7:2;18:4;26:12;
43:16;45:15;51:24;
54:20;56:7;60:4;
67:25;72:17;94:23;
96:17;102:2;112:2;
132:1,1;142:19;
143:21;150:5;151:4;
173:16;174:24;
176:3;228:12;230:8
**acute (17)**
69:25;70:3;71:9,
10;73:1,18,21;79:5,
10,10;80:3;88:16;
116:10;146:15;
165:2;167:22;207:4
**add (1)**
211:20
**additional (2)**
202:24;243:10
**address (6)**
5:19;12:6,8;14:12;
19:6,10
**adequate (1)**
63:20
**admission (1)**
226:17
**admitted (1)**
233:18
**admitting (3)**
226:2,3,13
**adolescent (4)**
43:11,11;57:11;
59:15
**adolescents (1)**
43:23
**adrenal (1)**

227:20
**advantage (1)**
205:16
**advice (4)**
113:11;117:7;
168:21;171:11
**advised (1)**
188:15
**affect (13)**
6:3;24:9,11,11;
73:11;99:9;102:11,
15;123:3;124:8;
127:8;230:4;240:18
**affected (2)**
64:15;125:23
**affects (11)**
69:20;73:14;
104:6;127:9;210:14;
230:1,2,3,3;242:12,
13
**Affidavit (1)**
14:8
**affirmative (1)**
239:7
**afflicted (5)**
98:20,22,22;
131:23;193:6
**afford (5)**
24:17,19;46:10;
171:13;209:17
**afraid (1)**
71:8
**Africa (13)**
9:15;49:11,11;
52:12;53:19;55:2;
56:21;58:5;99:13;
143:15;177:3;
259:19,23
**African (8)**
66:9;67:17;
101:24;126:22;
132:10;145:12,18,20
**African-American (2)**
69:8;143:11
**Africans (2)**
67:2,6
**afternoon (1)**
60:25
**afterwards (1)**
96:11
**AG (1)**
18:5
**again (19)**
38:25;60:16;
73:13;75:13;79:17;
86:10;87:24;112:9;
126:6;132:7;144:25;
149:11;166:1;
169:16;188:23;
196:1;209:2;226:15;
243:6
**against (3)**
4:4;98:3;195:1

**age (2)**
47:20;224:24
**Agent (2)**
178:17,18
**aggressive (1)**
203:15
**ago (9)**
12:10;34:5,7;60:8;
146:10;230:10;
231:6,25;232:1
**agree (6)**
73:3;105:6;
136:13;163:14;
212:18;221:9
**Agreed (1)**
102:1
**agrees (1)**
65:21
**AG's (1)**
18:4
**ahead (8)**
42:15;82:25;
141:7;152:17;
164:13;192:16;
199:1;220:15
**aids (1)**
203:14
**ailing (1)**
206:2
**air (12)**
34:13;127:8;
169:3;170:19;
171:10;174:8,9;
177:18;179:1;
252:17;255:13,14
**airline (4)**
34:17,18;35:16;
37:8
**airlines (1)**
36:16
**airplane (1)**
34:1
**airport (2)**
35:25;102:23
**airports (1)**
35:23
**Aki (10)**
19:20;55:18,18;
56:18,19;58:9,17,20,
24;167:25
**al (1)**
4:5
**albeit (1)**
77:21
**alcohol (1)**
99:22
**alcoholic (1)**
219:18
**Aldomet (2)**
28:9;29:5
**alleges (1)**
169:18
**alleles (7)**

65:12;69:7,10;
128:19,20,23;129:8
**allergic (5)**
67:6;68:3;144:5,6,
7,9;172:18;259:16,
16
**allergies (5)**
10:1;235:5,5,6,10
**allergy (7)**
148:8;174:3;
198:5,12;235:10,13,
13
**alleviate (1)**
223:7
**allowed (2)**
41:16;80:12
**allowing (2)**
50:9,10
**almost (16)**
88:15;96:21;
104:10;131:17;
138:4;160:24;
166:21;176:12;
200:22;204:1;
224:15;235:23;
236:6;239:20;
250:19;254:13
**alone (2)**
26:9;103:15
**along (2)**
66:20;227:23
**alternate (1)**
242:12
**alternative (1)**
62:22
**altitude (1)**
237:5
**altogether (1)**
110:9
**always (13)**
20:9;25:5;66:22;
74:16;79:18;95:6;
99:21;155:12;166:9;
167:1;189:19;240:1,
3
**ambulance (2)**
34:14;205:24
**America (4)**
49:9,12;53:11;
221:23
**American (3)**
59:25;67:15;69:8
**AMIT (1)**
141:19
**amongst (1)**
194:25
**amount (7)**
34:13;63:20;
70:25;194:20,21;
207:8;224:7
**analgesia (2)**
95:4,5
**analgesic (1)**

RHONDA WILLIAMS -against-
MOSAIC FERTILIZER, LLC,

DOROTHY OGUNDU, M.D.
November 6, 2015

118:17

**analysis (3)**
94:10;140:8;
245:19

**anatomy (1)**
255:2

**anemia (22)**
75:2,15,17,23,24;
76:5;78:4,5;79:4;
97:15,19;131:12;
150:10;156:16,18;
159:10,11;200:23,
24;211:9;247:19;
255:5

**anemic (6)**
76:4;82:4;89:11,
13;93:13;120:21

**anesthesia (1)**
101:9

**Angel (1)**
199:18

**animals (1)**
53:4

**animate (1)**
71:21

**ankle (1)**
238:8

**answered (15)**
137:13;196:19;
203:8,10;208:11;
212:16;229:7;255:7;
256:4,13;257:2,15,
22;258:4,5

**anti (2)**
117:13;236:23

**antibiotics (3)**
46:3;52:1;118:19

**antihistamine (1)**
36:8

**antimalaria (1)**
143:13

**anxiety (1)**
119:1

**anymore (3)**
150:8;170:4,5

**Apart (1)**
211:1

**app (1)**
14:3

**Apparently (2)**
188:13;227:20

**appear (1)**
7:9

**appearance (1)**
165:4

**Apples (1)**
18:24

**appointment (1)**
145:1

**appreciate (2)**
137:25;229:2

**approve (1)**
21:5

**approved (1)**
49:15

**approximately (2)**
4:11;230:10

**area (8)**
45:16;64:19,21;
116:18;143:18;
209:4,6;255:1

**argue (1)**
251:16

**arm (1)**
25:6

**arms (1)**
214:14

**around (9)**
38:12;67:23,25;
110:19;114:12;
120:20;194:6;
226:17;235:1

**arrest (1)**
199:23

**arrested (1)**
199:15

**arthritic (1)**
104:3

**arthritis (13)**
103:17;104:21;
105:1;106:12,13;
107:6;108:1,9,14,24;
109:3;110:4;124:5

**article (1)**
107:21

**articles (5)**
108:13;109:1,6,9;
177:20

**Artificial (2)**
142:15;144:1

**ascertained (1)**
194:15

**Asia (2)**
69:5;143:15

**Asian (1)**
69:5

**Asians (1)**
69:6

**aside (2)**
138:8;221:18

**aspects (2)**
40:13,13

**aspirin (2)**
183:23,24

**assertion (1)**
77:20

**assessment (4)**
173:11,13;180:6;
188:4

**Assessments (1)**
188:8

**assigns (1)**
141:6

**assimilate (1)**
178:9

**assimilation (2)**

**178:3,19**

**associated (7)**
108:14;109:2,3;
154:3,8;243:1;255:4

**associates (2)**
107:6;108:9

**associating (2)**
107:25;108:24

**association (4)**
4:14;96:23;106:8;
196:15

**assume (1)**
31:12

**asthma (10)**
181:21,22;184:6;
235:17,20,21,22,25;
252:2;260:20

**astute (1)**
256:21

**ate (4)**
144:25;145:2;
176:13,20

**Atkins (1)**
19:5

**Atlanta (1)**
233:14

**atmosphere (1)**
133:1

**attachment (1)**
223:4

**attack (1)**
184:7

**attacks (1)**
252:2

**attend (1)**
189:16

**attention (4)**
72:25;87:9;224:1;
233:23

**attorney (2)**
7:20;18:5

**audience (1)**
215:6

**augment (1)**
207:2

**August (6)**
33:18;114:9;
117:23;185:17;
196:9;197:12

**Australia (1)**
13:16

**authored (2)**
213:19,21

**authority (4)**
78:2;109:21;
212:5,8

**Avenue (1)**
4:10

**average (2)**
85:6;96:18

**avoid (4)**
142:11;143:25;
207:20;227:10

**aware (5)**
147:14;190:16;
211:25;246:16;
253:19

**away (15)**
36:9,10;37:4;72:1;
74:2;79:16;92:13,
19;103:1;169:4,7;
170:17;206:1;
253:12,15

**AYZ (1)**
17:11

**azithromycin (1)**
118:24

**B**

**B12 (7)**
77:13;93:11,17;
97:23;98:5;150:10;
222:25

**B2 (7)**
77:13,13;93:21;
98:5;150:12;222:24,
25

**B6 (3)**
77:13;93:21;
150:11

**babies (4)**
45:3;52:22,23;
54:8

**baby (24)**
29:3;44:7;45:1;
46:4;52:24;63:13;
69:2,5;81:11,11;
89:24;101:5;104:10;
125:17,19;145:17,
17;155:20,22,24,24;
156:4;164:19,23

**bacitracin (1)**
149:6

**back (38)**
10:7,11;13:20;
22:19;28:19;32:12;
40:7;47:15,19,19;
49:13,15;58:24;
59:19;61:9;93:2;
95:25;111:18,19,20,
21;112:12,15;145:5;
181:1;201:18;
214:19;231:8;
233:16,17;237:11,
21;238:18;239:13;
243:23;244:16;
246:20;253:12

**background (10)**
26:16;27:14,15;
38:14;40:15;61:13;
156:10;168:1;
219:12;222:6

**backyard (1)**
55:3

**bad (17)**

**35:9;113:8;**
122:25;138:22;
146:1;168:4;172:13,
14;194:23;210:9;
231:9;232:1,15;
238:24;239:4;
253:23;254:3

**balance (3)**
63:18;80:9;150:10

**balances (1)**
96:12

**balls (2)**
103:7;241:17

**bank (1)**
24:12

**barber (1)**
26:25

**barely (1)**
150:7

**Barkley (1)**
4:15

**barks (1)**
260:5

**bars (1)**
219:18

**Based (4)**
194:11;196:8;
200:11;222:2

**basically (17)**
23:2;27:4;45:1;
51:12;67:12;99:10;
113:21;114:21;
116:24;125:8;
143:16;146:20;
162:8;167:25;
172:10;191:25;
253:3

**basis (6)**
51:1;77:25;107:8;
183:9;228:1;250:10

**basket (1)**
205:4

**Bates (1)**
216:11

**battle (1)**
147:15

**bazooka (1)**
213:7

**beans (16)**
67:1,3,4,7;100:4,5;
127:8;133:2;143:17,
17,17;144:20,22;
241:1;258:9,9

**beatings (1)**
100:1

**beats (1)**
147:6

**became (2)**
54:22,22

**become (10)**
53:23;64:7;76:4;
132:23;136:15;
222:19;225:10,11,

228:19;258:11

**becomes (4)**
38:6;54:15;
175:25;253:13

**bed (2)**
70:16;239:6

**beg (2)**
53:3,4

**begging (1)**
49:5

**begin (1)**
41:23

**beginning (10)**
35:5,5;55:8;68:2,
25;69:1;91:4;
195:20;202:20;
226:24

**begins (5)**
4:1;84:4;141:14;
215:21;227:5

**behalf (1)**
4:23

**behind (3)**
154:1;165:3,4

**behold (1)**
100:13

**beings (1)**
81:12

**belongs (2)**
17:19,19

**below (1)**
202:24

**Belt (1)**
63:2

**best (9)**
124:2;135:21;
161:23;189:10;
211:24;212:1,2;
221:6;242:3

**better (19)**
23:25;47:10;
123:8;133:11;
134:24;137:11,22;
175:4;180:24;
203:20;208:23;
219:16;233:12,15;
246:22;252:4;
254:19,19;256:20

**beyond (3)**
39:12;42:12;
228:11

**big (13)**
75:4;81:12;98:6;
136:11,12;139:6,7;
146:11;154:25;
155:23;209:15;
251:16;256:23

**bigger (2)**
155:24;156:3

**bilateral (1)**
187:19

**bilirubin (6)**
70:12;71:4;

116:11;156:18;
186:18;200:24

**bill (3)**
30:22;31:8;32:15

**billion (1)**
64:25

**bingo (3)**
145:5;147:2;
149:17

**biology (1)**
124:23

**biopsy (1)**
114:16

**biphasing (1)**
72:18

**birth (3)**
49:11;197:3;
240:16

**bit (10)**
52:8;74:13;98:25;
146:12;162:13;
166:9,10;204:4;
205:25,25

**bits (1)**
48:9

**bitter (1)**
103:25

**blah (7)**
29:3,3,3;144:4,4,4;
175:18

**blank (1)**
84:19

**bled (1)**
50:20

**bleed (1)**
47:8

**bleeding (18)**
70:24,25,25;
73:13;75:25;76:3;
80:4;87:2;88:16,17,
18;146:12;156:23;
164:15;165:2;
222:17;240:5,5

**blew (1)**
187:23

**bloating (1)**
203:17

**blood (69)**
20:18;21:10;28:6,
11,17,19;29:8;63:1,
4,7,12,13,13,14,21,
24;64:5;69:9,9,20;
70:17,18,20;72:25;
74:12;75:18,19;
76:10,10,20;78:21,
21;80:11,12;87:18,
20;89:7,21,23;94:10;
97:8;101:15,16,16;
105:5,5,8;113:8;
116:11;140:9;
159:10,16;160:9;
164:18;172:15;
176:22;181:12;

186:19;188:17;
194:9;207:18;208:5;
209:6;213:6;216:2;
230:2;234:24;246:3;
250:25

**bloodstream (1)**
115:16

**bloody (1)**
176:15

**blowing (2)**
195:10,12

**blue (3)**
142:15;144:1;
170:2

**blunt (1)**
157:5

**bluntly (1)**
157:20

**board (3)**
181:14;221:22,24

**bodies (1)**
139:11

**body (23)**
16:6;62:14;71:16;
73:10;76:19,19;
77:21;78:12;80:2;
81:9,10,13;89:23;
102:12;103:12;
113:6;149:3;178:11;
192:23;244:19,21,
25;259:17

**bombarded (1)**
225:3

**bone (13)**
104:20,22;105:5;
231:14,17,21,22,23;
234:18,23,25;
237:22,23

**boohoohoo'd (1)**
101:6

**book (8)**
67:6;139:12;
145:8;147:10;
202:23;212:2,5,8

**booklet (4)**
226:25;227:1,6,8

**books (1)**
214:7

**boom (6)**
27:8,8,8;259:20,
20,20

**borderline (4)**
159:11;161:23,25;
162:2

**born (2)**
99:4,5

**both (10)**
4:14;26:20;49:19;
92:23;123:3;124:24;
125:1;128:24;
145:18;200:20

**bothered (1)**
120:5

**bothering (1)**
29:7

**bothers (2)**
87:25;88:1

**bottom (13)**
15:11,13,17;
26:18;81:2;100:16;
130:19;159:23;
180:7;195:20;
216:11;217:13;
224:8

**Boulevard (1)**
12:6

**bouts (2)**
217:21;248:24

**bowel (1)**
227:22

**bowl (1)**
176:20

**boy (1)**
152:24

**brace (1)**
130:11

**brain (6)**
47:8;64:1;73:17;
105:10,13;175:15

**Brandon (2)**
225:21,24

**break (6)**
6:14,15,16;60:22;
61:4;141:7

**breath (5)**
176:17,17;217:20;
235:19;248:23

**breathe (3)**
115:23;173:18;
235:19

**breathing (1)**
236:4

**brief (1)**
84:12

**bright (1)**
80:23

**brightest (1)**
233:20

**bring (16)**
8:25;12:20;16:1;
20:10,17,18,19;21:7;
28:8,18;132:16;
137:3;171:21;174:6;
228:17;256:9

**brings (1)**
21:23

**broad (3)**
143:17;241:1;
258:9

**broke (2)**
48:18;84:12

**Broken (1)**
76:24

**bronchial (1)**
235:22

**Brooklyn (4)**

43:4,19;57:7;
146:10

**brothers (5)**
99:1,3,6,20;214:9

**brought (5)**
12:21;21:9;45:2;
197:13;261:15

**Buffet (1)**
24:13

**building (1)**
116:23

**built (1)**
45:8

**bulb (2)**
84:24;233:20

**bumetanide (1)**
197:21

**bunch (4)**
122:3;186:22;
220:21;260:3

**buried (1)**
73:9

**burned (1)**
30:7

**burning (1)**
67:24

**burns (2)**
22:8,9

**bursts (1)**
68:4

**bury (1)**
214:8

**business (1)**
76:1

**bust (1)**
63:10

**butacaine (2)**
118:13,16

**buy (1)**
237:19

**bypass (3)**
178:5,6,12

**bypasses (1)**
223:16

---

**C**

**calculate (1)**
191:16

**calibrate (3)**
90:19,20,23

**California (2)**
119:15;229:15

**call (109)**
7:7;13:18;18:18;
21:1;23:7;18;28:11;
29:2;30:5,6,14,15;
31:19,22;34:14;
35:8;40:8,9;45:9;
52:21;53:3;54:1;
55:10;60:7,11,13;
61:20;62:22;63:18;
65:2,6;66:2;67:15;

69:6;76:4;78:16,17;
79:1;91:14;92:8,10;
94:3,6;98:7;110:14,
15,17;111:13,14,15,
18,19,20,22,22,22;
112:7,9,12;113:2,13;
118:10;119:13,16,
17,18,23;120:10,12,
14,15,16,23;121:7,8,
23;130:4;157:6;
161:24;165:1;171:5,
9;174:17,18,20;
178:13,13,14;
189:16,22;193:1,21;
194:17;198:7;201:6,
13;207:4;220:24,25;
226:10;229:16;
230:4;237:11;
240:23;245:20,22;
258:8,9;259:11

**called (35)**
7:20;8:18;20:8;
33:23;34:15;38:18;
41:20;43:6,22;44:9,
18;52:14;73:6;
93:15;94:23;112:10,
15,17,18;113:13,14;
114:7;115:17;118:5;
120:17;124:15,22;
129:23;151:8;
173:18;187:13;
208:1;209:16;
245:22;252:3

**calling (3)**
34:10;100:14;
112:16

**calls (6)**
31:5,6;121:4;
122:2;233:19;
235:10

**calm (4)**
119:1,4;121:1;
204:6

**came (41)**
28:6;34:21;35:6;
50:11;54:25;70:23;
74:22;86:18;87:23;
93:2;109:10,12;
111:16,21;112:18;
114:11,15,23,24,24;
115:6;137:6;148:12;
149:25;150:1,3;
167:25;174:4;
176:13,23;184:10,
21;185:2;186:6;
196:24;197:1;231:8;
233:15;240:4;246:5;
256:17

**camel (2)**
177:2;259:24

**camphor (3)**
103:7;174:6;
241:17

**Can (227)**
5:18;9:5,24;10:5;
11:11,19;13:17,19,
21,22,23;14:19;15:8,
19;16:14;19:1,4,15;
20:20,24;22:18;
23:11;24:19;28:8,23,
23;29:2,3,7;32:4,7;
35:4;36:5;38:4,5,7,
16;42:10;46:10;
49:14;50:13;52:16;
60:22;61:3;62:25;
65:2;66:3,4;67:8;
71:10,13;73:5,11;
77:16,16;79:13,14;
80:2,13;81:3,25;
84:15;85:18;86:1,3,
7,25;88:17;91:20;
96:15;98:4;102:2,
12;103:18;105:18,
20,22;106:7,19;
107:5,19,24;108:7;
110:2;112:3;113:8;
114:2,8,20;115:18;
118:8,17,22,24;
119:3,13;120:8;
121:23;122:18;
123:2,2,17;124:2;
127:16;128:10,13;
129:20;130:1,1;
131:3;132:7,7;
135:6;137:14;
138:20;140:6,17;
141:16,20;145:12,
19;146:4;147:4;
148:9;150:7;152:17;
156:17;157:1;
162:16,21;163:8;
166:2;168:8,10,11;
171:22;172:17;
174:21;175:2,24;
177:15,21,24;178:7,
8,9;179:1,2,11;
180:6,21,22;183:3,
23;186:1;187:12,14;
188:3;190:12;
191:19,23;193:2,20;
194:7,8,17,19,21,24;
195:22;196:14,21;
198:20;200:25;
203:1,11,19;206:8;
208:14;209:1,4,17;
212:16;213:2,5;
214:16,19;220:8;
221:18;223:15,24;
224:10,19;227:16;
229:16;230:4;231:3,
13,22;232:6;235:16,
17,17,25;236:10,21;
237:15,20;238:1,4;
239:5;242:5;243:6,7,
15,22;244:8;245:8;

249:2;258:6,7,17;
260:3,5,22

**canaries (1)**
175:13

**Cancer (3)**
165:21;198:23;
231:19

**candidate (1)**
231:11

**candy (1)**
223:24

**Cantonese (4)**
69:6;101:25;
143:9;145:12

**capacity (2)**
75:20;82:3

**capsaicin (2)**
178:10;223:13

**capsule (1)**
154:24

**caput (2)**
64:3;136:3

**car (1)**
22:7

**carbon (3)**
175:9,16,17

**cardiologist (2)**
146:11,20

**care (17)**
20:11;21:6;29:8,
17,18;30:24;45:23;
55:12;100:15;104:4;
110:7;198:16,18;
210:21;211:8,10,11

**career (1)**
241:10

**careful (1)**
103:5

**cares (2)**
29:4

**carries (2)**
63:25;76:13

**carrots (1)**
205:7

**carry (3)**
48:4;76:20;118:7

**carrying (2)**
75:19;82:2

**cascade (1)**
77:12

**case (17)**
4:7;5:11;17:6;
22:19;32:13;79:24;
88:13;93:17;98:24;
144:10;173:14;
177:20;193:3;
217:17;248:20;
251:24;257:1

**cases (1)**
232:16

**Castle (1)**
150:14

**categorized (1)**

68:11

**cause (10)**
77:19;148:21;
173:24;198:9;249:4,
13,18,24;250:3,7

**caused (2)**
235:7,25

**causes (12)**
64:6;77:1;110:3;
119:2;143:15;237:5;
250:21,22,24,25;
251:25;252:1

**causing (2)**
172:23;241:21

**cautious (1)**
198:2

**CBC (7)**
32:8;87:18;91:9;
96:13;180:25;
186:12,14

**cc (3)**
19:8,11,11

**CD (1)**
19:1

**cell (16)**
63:1,4,24;65:14;
74:19;95:20;96:21;
104:19;118:11;
154:13;211:10;
236:15;238:6,7,10;
250:25

**cells (37)**
63:7,13,14,14,21;
64:5;69:20;70:17,18,
20;73:1;76:10,20;
78:21;80:18,18,19,
20;96:18,19;97:3,8,
11;98:6;140:9;
155:7,16,24;159:15,
17;160:8,9;164:18;
181:12,12;230:2;
234:24

**Center (19)**
19:21;25:18;
26:14;44:12,14,20;
46:24;55:18;56:10,
12,18,20;58:10,15,
17,23,24;111:14;
167:25

**centers (1)**
46:22

**Central (1)**
62:24

**centrifuge (1)**
80:24

**centuries (1)**
223:18

**certain (25)**
25:11;35:9;38:1;
63:20;68:21;70:5;
88:25;95:1;103:11;
115:12;117:10;
130:10;143:20;

147:5;157:1;167:4;
170:21;177:25;
222:16;224:25;
233:22;236:22;
238:1;245:6;258:13

**certainly (1)**
227:11

**certainty (1)**
249:3

**certification (3)**
210:20;221:22,24

**certifications (1)**
210:18

**CFPC (4)**
44:9,10,11;57:22

**chairperson (1)**
47:6

**chance (1)**
38:9

**chances (1)**
237:18

**change (4)**
48:13;83:1;
149:18;215:14

**characteristics (5)**
130:14,20,25;
133:14;224:9

**characterization (3)**
179:14;213:15;
254:11

**charge (4)**
24:1,15;30:17;
47:25

**charges (1)**
23:24

**chart (5)**
23:20;96:6;118:4,
7;224:12

**cheapest (1)**
41:21

**cheat (1)**
162:11

**check (23)**
61:16;68:2;
121:16;146:21,25;
149:16,16,17;167:1;
172:17;176:22;
177:9,9,10,21;189:8;
210:12;242:16;
247:23;260:4,4,4,4

**checked (2)**
149:14;240:15

**chemical (2)**
78:18;233:6

**chemicals (2)**
177:18;218:11

**chemistry (2)**
244:24;245:3

**chest (7)**
49:3,5;186:1;
217:19;227:15;
248:23;250:7

**Chicago (8)**

38:19;39:4,6,23;
40:2;41:1;100:22;
101:3
**chicken (1)**
  198:10
**chickpeas (1)**
  144:23
**chief (1)**
  43:23
**child (11)**
  30:3,7;48:14,22;
  53:12;69:10;99:21,
  25;102:8;111:25;
  214:14
**children (2)**
  27:9;215:7
**chile (2)**
  178:10;223:14
**Chipotle (1)**
  176:14
**CHN (1)**
  44:18
**choices (1)**
  184:25
**cholesterol (1)**
  72:13
**choose (2)**
  24:9,10
**chose (1)**
  48:20
**Chris (5)**
  153:1;190:14;
  200:12;243:21;
  244:4
**Christopher (2)**
  4:18;5:8
**chromosomal (1)**
  128:25
**chromosome (1)**
  129:2
**chromosomes (2)**
  129:3,4
**chronic (17)**
  69:25;70:3;71:8,
  18,19;72:5;73:21;
  79:6;89:10;116:10;
  119:12;131:11;
  147:11;227:19;
  243:8;246:1;253:14
**chronology (1)**
  233:25
**Church (4)**
  41:21;242:3,3,3
**churches (1)**
  242:23
**cilantro (3)**
  205:13;221:10,11
**Cipro (5)**
  146:11,14,19;
  147:21,22
**Ciprofloxacin (1)**
  147:24
**City (6)**

41:13;43:16;
44:24;62:24;66:12;
188:14
**clarify (3)**
  229:4;7;234:21
**Class (45)**
  131:11,12,14,16,
  21;133:15;134:5,20;
  136:9,9,9,9,10,11,14,
  14,21,21,22,25,25;
  137:15;138:1,3,16;
  139:1,4,13;162:11;
  190:25;193:5,8,9,10;
  194:13;200:9;201:2;
  218:10;224:11,12,
  13;225:9,10,11,11
**classes (1)**
  133:14
**classified (3)**
  130:16;131:10;
  224:10
**clean (3)**
  38:4;69:15;158:16
**clear (6)**
  38:7;42:15;79:15,
  16;239:15;250:16
**cleared (1)**
  78:14
**clearly (3)**
  156:15;186:1;
  227:17
**clerkship (4)**
  39:3,16,16,18
**clinic (3)**
  45:10,24;137:4
**clinical (14)**
  38:25;39:1,2,8,14;
  40:25;131:19;138:6,
  9;139:9;155:4;
  165:4;185:22;
  227:13
**close (7)**
  18:16;44:16,17;
  67:10;102:21;
  149:10;200:7
**closed (1)**
  224:17
**closer (2)**
  257:11,25
**clothes (2)**
  103:7;259:16
**Clover (3)**
  5:2,23;14:12
**coal (1)**
  150:14
**Cobra (5)**
  48:6,8,8,11,12
**Coca-Cola (3)**
  71:10;79:13;99:14
**coddling (1)**
  214:13
**cold (1)**
  214:13

**coli (1)**
  176:22
**collapse (1)**
  63:21
**collection (3)**
  187:21;189:7;
  190:1
**college (7)**
  38:17,20;40:24;
  43:22;57:13,20;
  59:25
**color (2)**
  142:15;144:1
**colored (1)**
  259:9
**columns (1)**
  142:18
**coming (12)**
  7:5,6;45:5;68:4;
  69:22;78:11;108:18;
  109:5;110:6;132:18;
  205:24;215:25
**comment (2)**
  196:21;212:23
**comments (1)**
  235:4
**common (1)**
  67:9
**communicate (2)**
  14:1;119:7
**communications (1)**
  221:14
**Community (4)**
  44:11,13,19;68:14
**commute (1)**
  44:8
**companies (2)**
  48:15;60:10
**company (1)**
  25:13
**competent (1)**
  5:25
**competition (1)**
  49:20
**compile (1)**
  16:15
**complain (2)**
  185:24;227:14
**complaining (1)**
  209:14
**complains (1)**
  220:17
**complaints (3)**
  186:3;188:12;
  227:16
**complete (2)**
  87:18;212:20
**completes (4)**
  83:3;141:10;
  215:17;261:11
**complex (1)**
  212:17
**complications (1)**

64:4
**complied (1)**
  219:23
**compound (1)**
  218:11
**comprehensive (1)**
  215:1
**compromise (1)**
  203:22
**computer (11)**
  17:2,22,23,25;
  18:3,8,9,10,12,22;
  128:3
**concentrating (2)**
  40:16;55:6
**concentration (2)**
  89:17;237:6
**conceptually (2)**
  137:20;138:1
**concern (1)**
  195:25
**concerned (2)**
  76:2;208:15
**concerning (4)**
  217:22;218:23;
  221:21;223:2
**concerns (1)**
  236:11
**concrete (2)**
  191:13,16
**condition (9)**
  6:2;65:2,3;101:13;
  163:7;182:8;183:5,
  13,15
**conditions (1)**
  256:11
**Coney (4)**
  43:12,18,19;57:11
**confer (1)**
  187:6
**confirm (2)**
  15:19;16:6
**confused (3)**
  42:16;225:16;
  231:13
**consequences (3)**
  131:19;138:6,9
**consider (7)**
  29:11,16;51:18;
  78:2;111:2;173:24;
  212:4
**considering (1)**
  156:9
**consistent (3)**
  200:21;232:24;
  234:20
**consistently (4)**
  87:21;89:10,13;
  200:18
**constantly (5)**
  94:14;116:11;
  123:6;147:7;204:15
**constituents (1)**

169:15
**consult (6)**
  21:2,23;23:23;
  29:12;226:12;236:8
**consultant (3)**
  110:7;226:4,9
**consultation (8)**
  17:5,18;20:13;
  21:21;24:23;30:11,
  12,25
**consulted (4)**
  167:21,22;218:25;
  230:7
**consulting (3)**
  4:20;167:18;
  225:15
**consults (1)**
  120:6
**contact (2)**
  118:11;240:2
**content (2)**
  163:17;189:9
**contention (1)**
  45:1
**context (1)**
  247:21
**continue (3)**
  70:11;74:3;93:20;
  182:11;254:17
**continued (5)**
  58:18,19;84:10;
  244:17;260:9
**continues (1)**
  70:14
**contract (1)**
  58:25
**contradicting (1)**
  187:2
**Contraindicated (15)**
  142:5,9,24;146:4;
  148:19,20,21;
  149:21;150:2;
  182:18,24;196:2,6;
  253:8;254:8
**control (7)**
  85:8,11,12;90:15,
  16,17;162:20
**conversation (3)**
  8:13;189:17,20
**convinced (1)**
  227:24
**cook (3)**
  26:13;205:5;
  207:11
**cookbook (1)**
  193:2
**coordinates (1)**
  190:9
**COPD (30)**
  34:23;35:8,11,11;
  72:15;115:22;
  177:10;181:18;
  184:3,6;245:15,17,

18,21,22,23,23;
246:1,10,18,21,22;
247:5,8,10,19;
248:10;252:4;
260:16,21
**copies (4)**
21:9,12,22;22:13
**copy (3)**
17:12,13;245:11
**core (2)**
39:3,15
**corner (1)**
49:21
**Corporation (1)**
43:15
**corpuscular (4)**
82:7,13;96:16;
160:7
**corrected (1)**
153:3
**correction (1)**
153:2
**corrective (1)**
237:17
**corrects (1)**
53:5
**cost (2)**
46:4;110:12
**cough (1)**
35:7
**counsel (7)**
4:16;6:21;81:19;
103:15;179:14;
213:15;228:10
**counseling (1)**
115:4
**count (18)**
82:21,24;84:14;
87:19;89:21,25;
154:19;164:4;
181:11;191:8,9,14,
18;234:5,8;243:23;
250:25
**counts (3)**
71:4,5;90:3
**couple (8)**
111:25;127:12;
129:13;152:18,23;
153:21;159:7;
239:13
**course (10)**
8:7;23:19;33:3;
39:13;52:22;79:17;
146:13;164:19;
171:17;253:11
**courses (2)**
41:11,17
**Court (4)**
4:6,13,24;6:9
**Cove (4)**
55:23,24;56:1;
58:15
**cover (2)**

25:13;76:11
**covered (2)**
24:24;25:4
**CPFC (1)**
44:13
**crab (1)**
172:18
**crazy (1)**
177:3
**creatinine (14)**
32:12;72:8;74:21;
91:10;94:16;114:20;
116:1,2;156:19;
177:9;189:4,6;
204:17;209:2
**creeping (1)**
209:2
**crises (2)**
79:5,9
**Crisis (20)**
44:3;69:25,25;
73:18,21,22,23,25,
25;74:1,4,16,20;
79:5,6,8;81:8;
103:10;180:23;
206:23
**crying (2)**
49:4;233:19
**CT (1)**
21:10
**curiosity (1)**
30:14
**curious (2)**
100:8;257:9
**current (1)**
184:24
**cursing (1)**
167:5
**curtail (1)**
173:15
**cusp (1)**
166:13
**custodian (1)**
21:17
**cut (8)**
45:25;46:1;64:2;
120:1,3;125:16,18;
222:17
**cuts (1)**
204:7
**cutting (1)**
125:11
**CYA (3)**
129:21,22,23
**cycles (1)**
125:4
**cysteine (2)**
115:17;122:12
**cytic (1)**
97:19
**cytosis (1)**
186:17

**D**

**daily (1)**
171:9
**Dakota (3)**
13:16;30:3;112:1
**Dale (3)**
111:23;151:8,13
**damage (1)**
253:16
**damages (1)**
246:6
**danders (1)**
171:24
**dark (4)**
20:21;70:14;
71:12;80:1
**darkened (1)**
71:5
**data (7)**
53:9,9,10,10;
237:8,9,9
**date (3)**
130:16;131:9;
197:23
**dated (1)**
225:14
**dates (2)**
195:19;214:20
**daughter (2)**
11:14;147:1
**daughters (2)**
146:24,25
**day (36)**
7:8;20:12,13;
27:10;47:12;70:10;
79:22;90:17,18,23;
106:16,17;112:10;
114:7;121:25,25;
130:11;173:18;
204:12;205:5,6;
206:17,18,20,21,22;
208:13;209:12;
212:10;216:1,4;
221:15;222:5;
224:12;239:5;
261:22
**days (28)**
20:14,15;24:18;
25:17;26:4;50:10;
55:21;63:7;99:4,7;
101:9,10,23;114:25;
121:18,19,20,21,22;
127:25;130:9,10;
180:23;208:16,16;
209:1;233:12,17
**DC (1)**
66:15
**dead (6)**
48:5;52:25;
132:11;146:19,22;
192:20

**deadly (1)**
218:9
**deal (2)**
66:4,5;146:12;
231:22
**dealing (7)**
71:13;161:3,4;
163:10,15;171:25;
172:1
**dear (1)**
216:21
**death (1)**
50:20
**decide (5)**
85:18;137:2;
192:17;207:1;
234:16
**decided (5)**
39:2;50:12;53:12;
60:5;93:11
**decision (3)**
161:6;228:17;
237:6
**decreased (3)**
74:14;116:16;
205:24
**defect (2)**
52:14;129:2
**defendants (1)**
4:5
**deficiencies (1)**
97:25
**deficiency (62)**
19:22;61:11;62:4;
64:15,19;65:1,4;
69:18;72:22;78:4;
97:23,24;100:8,17;
126:1,19;129:16;
131:11,13,15,21;
133:16;135:11;
139:14,17;144:17;
145:11,14;146:7,21;
166:17;179:6;
180:11;185:23;
186:2,4;188:9,11,15;
191:3;193:6;200:9,9,
13,17;201:2;222:2;
227:10,13,17;228:1,
5;231:15;232:9,25;
236:12;238:22;
239:24;241:13;
242:25;243:7;
260:23
**deficient (13)**
123:16,18,18,25,
25;132:19;135:8;
140:11;142:5;
193:21;218:9,24;
224:11
**deficits (1)**
117:14
**define (2)**
62:5;111:5

**defined (1)**
200:11
**Definitely (4)**
193:9;222:15;
237:25;252:8
**definitive (1)**
192:9
**degree (4)**
39:7,12;218:2,18;
238:21;249:3
**dehydrated (3)**
37:25;38:1;157:11
**dehydrogenase (1)**
62:8
**dehydrogenate (1)**
165:24
**delay (1)**
48:21
**delete (1)**
18:13
**delicately (1)**
80:9
**delivery (1)**
47:1
**democracy (1)**
54:6
**democrat (1)**
24:14
**demonstrates (1)**
234:21
**dental (2)**
10:19;118:3
**dentist (1)**
118:4
**department (1)**
170:1
**depending (6)**
64:21;65:11,22;
69:23;103:5;148:25
**depends (10)**
13:10;66:23;
85:21;121:18;
144:11,12,13;207:9;
210:4;215:6
**deposed (3)**
199:3,11,14
**deposition (19)**
4:2,8;5:10;7:1,12,
17;8:2,20;83:4;84:5;
141:11,15;152:1;
215:18,22;234:1;
236:9;261:12,16
**derived (1)**
218:11
**dermal (1)**
177:17
**describe (5)**
65:3;79:5;96:15;
102:12;110:2
**described (3)**
228:4;231:14;
243:7
**describing (1)**

104:3
**description (2)**
220:4,9
**desquamation (2)**
70:16;78:6
**destroy (1)**
147:13
**destroyed (1)**
115:15
**destroys (2)**
210:11;219:20
**determination (5)**
88:22,25;167:13,
16;172:4
**determinations (1)**
208:8
**determine (8)**
85:22;86:11,21;
101:14;126:4,18;
131:21;170:22
**detox (1)**
113:22
**detoxification (1)**
94:19
**develop (1)**
43:10
**developed (2)**
43:21;45:8
**developing (1)**
72:10
**developmental (1)**
48:21
**devoted (1)**
53:6
**diabetes (4)**
124:4;225:6;
242:9;248:2
**diabetic (3)**
246:4;247:25;
248:2
**diagnose (1)**
250:20
**diagnosed (4)**
246:10,21;247:8;
248:9
**diagnosis (6)**
159:9;177:2;
245:17;251:8,11,13
**Diagnostics (1)**
159:24
**Dialogue (1)**
9:14
**diamond (4)**
121:18,21;208:16;
233:11
**diamonds (1)**
130:10
**diaphoresis (1)**
70:9
**diarrhea (1)**
176:15
**die (16)**
26:9;49:6;62:13;

65:21;67:20;72:1;
79:17;99:9,16;
105:12;157:18,21;
175:19;198:16,25;
253:13
**died (7)**
47:12,17;52:5,7;
99:1,3;146:15
**diet (2)**
28:3;204:12
**difference (11)**
29:10,14,15;
30:25;73:21;143:2;
193:14;203:25;
209:25,25;248:12
**different (41)**
25:23;26:2,19;
27:12,19;40:21;
60:10;65:13,14;
69:21;71:1,2;73:15;
75:23;76:9;78:8;
85:14;94:24;98:25;
99:19;104:2;107:14;
109:7;110:8;125:25;
128:23;140:21;
143:15;151:10;
153:5;158:7;162:4;
202:13;209:7;210:4;
214:1;215:5;222:7;
226:12;235:22;
241:14
**differential (4)**
177:1;251:8,10,13
**differently (7)**
22:1,3;27:17;70:6,
23;77:22;121:13
**differs (1)**
64:19
**difficult (7)**
84:25;103:21,23;
219:8;220:23,24;
230:21
**difficulty (3)**
115:11;125:17,19
**Dimes (2)**
214:2,20
**dinner (2)**
7:3;8:18
**dioxide (30)**
178:24;210:7,9;
217:18;218:2,12,12;
219:1;220:13;221:4;
222:11,21;232:25;
244:20,23;245:1;
248:21;249:4,13,17,
23;250:2,6;251:24;
252:22,25;255:19,
22;256:12;258:22
**direct (1)**
109:23
**disagree (2)**
156:6;180:17
**disagreed (1)**

180:15
**discontinue (1)**
208:22
**discontinued (1)**
208:20
**discover (1)**
98:23
**discriminated (1)**
52:25
**discriminates (1)**
63:22
**discuss (1)**
257:1
**discussed (1)**
94:9
**discussion (1)**
257:8
**discussions (1)**
208:12
**disease (14)**
65:14;104:19;
186:23;212:18;
227:23;228:15;
229:20,21;238:6;
239:18;240:24;
246:2;260:19,21
**disheartening (1)**
120:8
**disintegration (2)**
70:17,19
**disk (1)**
76:11
**disorder (3)**
229:21;239:18;
247:20
**disorders (1)**
186:20
**disqualify (1)**
141:1
**disrupts (1)**
63:22
**distance (2)**
170:13;198:24
**distant (1)**
80:10
**distinction (1)**
145:18
**distortion (1)**
229:24
**distress (2)**
28:14,15
**distribution (1)**
249:9
**District (2)**
4:6,6
**diuretic (1)**
203:15
**division (1)**
4:7
**DNA (2)**
128:2,6
**doctor (45)**
7:1;13:20,25;17:7;

21:1,20;22:1,2,12,
17,20;23:18;29:24,
25;30:6,13,18;31:6;
32:5,13;38:11,12;
50:19;61:11;74:20;
94:20;113:3,3,7;
120:6;132:3;149:15,
16;167:18;190:10;
198:18,20;202:25;
206:9;211:7,8;222:7,
20;229:2;242:15
**doctors (21)**
13:10;23:7;26:3;
30:4;46:10;54:11;
68:19;91:18;116:21;
119:25;120:2;
167:23;176:24;
199:18;205:25;
214:3,4;229:20;
240:10,12,23
**doctors' (3)**
19:24;20:19;21:11
**doctor's (2)**
108:15;155:9
**document (10)**
11:24;12:19;
127:17;141:22;
152:20,25;196:14;
200:11;201:24;
205:9
**documents (11)**
8:20;10:16;12:20;
15:10,12,24;16:1;
127:13,24;255:18,21
**dog (7)**
171:20,22;176:9;
256:7,9;260:5,6
**dollars (1)**
59:19
**dominant (3)**
125:9,10,23
**Donald (1)**
24:13
**done (17)**
40:21;64:3;66:10;
108:17;113:9;132:2;
143:10;158:11;
177:21;189:8;
207:24;236:6,7;
240:3;243:5;253:16;
261:2
**door (1)**
146:5
**Dorothy (13)**
4:3;5:1,20;11:13;
83:4;84:5,7;141:11,
15;215:18,22;
261:12,19
**D-O-R-O-T-H-Y (1)**
5:20
**dosage (1)**
148:5
**dose (6)**

123:3;144:19;
147:8;174:15,16;
253:4
**doses (1)**
176:4
**double (2)**
154:19;177:11
**doubt (1)**
243:22
**Dow (1)**
234:13
**down (70)**
22:8,9;23:11,21;
28:14,17,18;45:25;
46:1;48:18;59:19;
70:6;73:15,17;76:6;
88:11;96:3,4,11;
104:13;109:11;
114:20;119:1,3,4;
120:4;124:3,4,5;
127:7;129:14,14;
130:13,15,19,22;
132:10,13,18,21;
141:5;147:6,9;
150:11;152:4,6;
158:12;164:16,17;
166:10,14;167:10,
11;173:10;180:7;
195:5;198:9;202:12;
204:6;219:4;222:24,
24,25;223:1;224:25;
225:1;226:24;
238:18,18;242:10
**dowry (2)**
54:9,10
**dozen (1)**
125:13
**Dr (76)**
4:20;5:8;11:13;
14:18;22:20,21,25;
27:8;31:13;83:4;
84:5;92:11,13;93:3;
94:21;95:18;96:7;
112:19;113:17,17;
127:24;141:11,15,
21;150:12;151:25;
152:2;153:4,5,13,17;
156:7;158:8;167:5;
179:24;180:1,3;
185:5,7;187:6;188:1,
3,22;189:1,3,15,24;
199:2;201:20;
212:13;215:18,22,
25;217:2;218:20;
221:14,14;224:6;
225:15;226:3,7,18;
228:2;230:9,18;
232:8,22;234:1;
244:19;246:16;
260:17,17;261:3,9,
12,14
**draw (1)**
224:1

**drew (1)**
84:19
**drink (14)**
71:12;99:22;
167:3;168:3,7,8,10,
10,13;253:16,17;
259:9,10,12
**drinking (2)**
38:9;254:24
**drinks (1)**
168:2
**drip (13)**
71:20,20,20;72:5,
5,5,5;147:5,5,6,12,
12,12
**drive (2)**
18:20,21
**driven (1)**
53:2
**driver (1)**
45:15
**driving (3)**
23:9;118:6;153:25
**drop (2)**
48:5;192:20
**dropped (2)**
47:11;76:19
**dropping (3)**
79:11,11,12
**drops (1)**
148:10
**drug (1)**
146:8
**drugs (2)**
6:2;198:4
**dry (1)**
157:14
**dubious (1)**
145:18
**duck (3)**
223:10,11,12
**due (1)**
181:22
**duly (2)**
5:3;84:8
**dumped (2)**
78:10,13
**during (11)**
7:3;19:21;21:1;
47:22;49:2;50:16;
56:16;63:8;119:4;
146:13;207:4
**dying (2)**
26:8;63:14
**dysfunction (3)**
247:7;248:9;
260:12
**dysfunctions (1)**
260:22

**E**

**ear (1)**
213:10
**Earlier (8)**
25:22;98:18;
141:25;142:12;
162:2;219:21;236:9;
245:14
**early (4)**
12:16,17;111:12;
242:4
**earth (1)**
214:13
**easier (3)**
57:2;117:18;131:4
**East (1)**
45:22
**eat (5)**
23:13;26:12,13;
132:9;133:1;150:7;
176:19;178:8;
204:20;205:4;
207:13;239:4;259:7,
8,14
**eaten (4)**
145:6,6;216:3;
230:24
**eating (3)**
100:1;150:8;
254:23
**eats (2)**
168:16;242:20
**edema (11)**
35:10;38:10;
72:19;156:22;
157:15;181:22;
187:19;235:21,23,
24;252:1
**edematous (1)**
203:18
**edible (1)**
203:5
**educate (1)**
242:24
**education (2)**
41:2;145:8
**effect (2)**
25:23;246:6
**egg (5)**
67:15,16,17;
132:10;198:10
**eight (1)**
125:14
**Einstein (1)**
47:7
**either (14)**
31:11;38:4;62:25;
111:11;132:2;151:7;
161:19;181:16;
187:17;194:17;
213:13;214:22;
231:12;244:24
**elder (1)**
50:17
**electric (1)**

**84:23**
**elevated (13)**
88:20;153:24,25;
154:25;159:3,6;
167:2,14;181:5,9;
232:7;255:4,9
**eliminated (2)**
219:25;220:2
**else (37)**
7:10;9:17;20:5,7;
28:3;37:11;44:18;
47:1;49:20;50:1;
63:8;71:5;74:12;
82:17;95:21;100:10;
103:13;115:16;
130:1;133:21;
145:22;162:16,17;
172:16;177:15;
198:6,21;199:13;
211:6;222:22;
231:22;240:3;251:2;
252:3;259:14,15,15
**e-mail (3)**
32:24,25;201:24
**e-mailed (1)**
13:13
**e-mails (1)**
16:4
**embolism (2)**
80:7;157:17
**emergencies (1)**
36:1
**emergency (7)**
23:8;36:3;149:12;
162:21;174:8;
205:23;206:25
**emitted (1)**
210:8
**emphysema (1)**
157:7
**employed (1)**
43:23
**employment (3)**
42:3,9,23
**encephalopathy (1)**
48:19
**encouraged (1)**
220:19
**end (19)**
15:15;18:25;19:2;
31:7;44:22;46:4;
52:25;54:24;55:7;
56:13;69:22;70:10;
98:6;111:11,12;
125:24;224:16;
225:6;245:13
**ended (5)**
46:9;47:25;48:20;
112:25;180:4
**endemic (3)**
66:25;143:18,19
**endocrine (1)**
93:4

**endocrines (1)**
116:20
**endocrinologist (1)**
94:23
**energy (5)**
62:11,20,20;63:5;
203:13
**England (1)**
50:19
**enough (10)**
44:16,17;53:8;
59:14;111:7;137:7;
149:4;160:14;167:9;
192:21
**entry (1)**
159:23
**environment (8)**
36:9,11;71:14;
102:25;168:17;
170:16;184:24;
256:6
**enzymatic (1)**
122:16
**enzyme (20)**
62:11;63:20;
115:20;122:23;
131:11,13,15,17;
133:16,20;135:10;
138:4;139:14,16;
146:22;166:7;167:1;
191:3;200:13;
257:24
**enzymes (12)**
63:9;72:9;94:17;
123:11,12;181:4,6,7,
9;184:4;202:18;
204:16
**enzymopathy (3)**
65:5,6,8
**eosinophil (1)**
235:15
**episode (1)**
241:21
**Equality (1)**
9:15
**equally (3)**
94:15;192:25;
244:23
**equilibrium (2)**
63:10,18
**equivalent (1)**
210:2
**errata (4)**
153:8,13,14,19
**erratic (1)**
89:3
**erythroid (1)**
234:17
**erythromycin (1)**
118:24
**especially (20)**
17:15;52:20;73:7;
98:5;103:19;105:16;

**116:14;117:10;**
120:18,19;147:14;
156:10;178:5;181:3;
203:16,21;222:23;
223:9;237:11;255:8
**estimate (1)**
64:17,21;191:20
**estimation (1)**
191:21
**et (1)**
4:5
**evaluate (1)**
146:23
**Even (45)**
11:11;18:8;19:8;
24:6,13;25:7,10;
26:7,8,25;28:22;
29:4;48:3,7;66:18;
68:22;73:2,10;74:10,
11,18,19;78:11;
89:16;90:18;93:4;
121:6;132:11;
151:11;159:14;
181:4;192:19;
194:25;197:9;
204:24;217:25;
219:11;221:15;
223:22;224:23;
232:4;233:3;254:15;
258:16;259:6
**evening (1)**
122:2
**event (4)**
36:12;82:5,5;
154:2
**events (1)**
154:9
**everybody (24)**
20:5;53:9;61:21;
62:11,12;63:8,19;
65:20,21;100:10;
115:20;124:1;
132:16;168:18;
169:22;183:19;
190:9;210:10;215:5;
235:9;236:15;252:7;
253:24;254:3
**everybody's (1)**
190:8
**everywhere (5)**
112:17;230:2,3,3,5
**evidence (2)**
188:10;232:3
**Exactly (10)**
53:20;76:22;85:1;
138:7,17;160:3;
164:24;175:22;
188:21;234:7
**exam (1)**
164:2
**EXAMINATION (7)**
5:6;19:23;20:3;
84:10;215:23;

244:17;260:9
**examined (2)**
  5:4;84:9
**example (76)**
  13:15;30:1,3,6;
  37:24;62:23;63:6;
  65:24;66:12,13;67:1,
  13,23;68:15;69:1;
  72:24;74:8;87:2,6,7,
  22;89:18;92:21,25;
  94:25;99:13;102:3;
  103:18;104:13;
  115:6,8;117:9;
  118:2;119:5;121:23;
  123:17;124:24;
  133:15,22;134:4,6,
  19;138:2,12;139:2;
  143:7;145:10;148:1,
  9;149:6,7;150:21;
  158:24;159:8;
  160:20;161:16;
  168:2,8;169:24;
  170:11;173:17;
  183:21;191:19;
  193:25;196:16;
  205:11;207:5;
  208:17;213:5;215:6;
  236:22;238:5;
  241:16;246:3;259:8,
  18
**examples (2)**
  68:18;145:12
**exceeded (1)**
  243:21
**except (7)**
  12:24;37:15;
  101:2;143:22;
  189:22;221:4;
  232:15
**Excerpt (1)**
  151:25
**excited (1)**
  114:8
**exert (1)**
  152:1
**Exhibit (63)**
  11:21,24;12:4,19;
  14:7,9,11,15,16,19;
  117:20;127:14;
  128:10;139:21,22,
  24;140:6;141:18,20;
  145:13;151:23,24;
  153:16;157:22,23,
  25;158:1;179:12,15,
  20,22;182:21;185:4;
  187:25;190:13,18,
  20,21,22,24;191:7;
  193:4,16;195:11,14,
  16,25;196:1,1,5;
  200:11;201:25;
  202:1;216:8,10,17;
  224:2;225:13;
  233:23,24;261:5,8,

14
**exhibited (1)**
  200:20
**expand (1)**
  91:12
**expansion (1)**
  96:10
**expect (1)**
  46:9
**expend (1)**
  149:2
**expended (1)**
  74:11
**expensive (2)**
  62:2;115:13
**experience (4)**
  107:13;120:8;
  219:5;222:3
**experiencing (1)**
  223:8
**expert (17)**
  4:20;75:6;108:6,
  19;110:8,11,20,22,
  25;111:1,5;124:14;
  128:11;152:3;
  221:21;228:12;
  229:3
**expertise (1)**
  111:3
**explain (10)**
  54:5;80:13;81:25;
  128:10,14;137:22;
  170:9;181:8;195:13;
  258:17
**explainable (1)**
  228:1
**explained (7)**
  78:6;81:22;
  126:10;171:7;
  184:23;203:1;218:8
**explanation (1)**
  186:24
**expose (1)**
  76:15
**exposed (38)**
  65:22;66:24;67:1;
  70:5,11;93:19;
  104:12;130:4,6;
  143:13;144:11,22;
  147:5,7;167:4;
  169:18;171:1,16;
  172:5,23;173:9;
  174:17;175:16;
  176:3,4;192:5,6;
  220:13;222:20;
  223:11;224:24;
  233:1,5;251:23;
  253:5;258:8;260:1,2
**exposure (26)**
  169:15,18;173:23;
  176:5;177:18;210:1;
  213:3;219:1,16;
  221:5;222:11;

232:24;236:1;
  238:23;249:3,13,17,
  23;250:2,6;253:20;
  255:13,14,19,22;
  256:12
**exposures (3)**
  212:15;219:3;
  235:8
**extend (1)**
  59:3
**extended (1)**
  59:1
**extending (1)**
  44:25
**extent (6)**
  8:13;9:1;72:24,25;
  75:3;171:14
**extra (1)**
  48:22
**extreme (1)**
  212:17
**extremely (1)**
  175:15
**eyes (4)**
  79:13,15;80:2,6

## F

**face (2)**
  229:22;255:9
**facetious (1)**
  146:2
**facility (3)**
  169:15;173:22,24
**fact (29)**
  27:14;33:22;
  34:25;53:17;64:16;
  114:14;119:14;
  131:3;177:19;178:3;
  183:3;204:9;206:13;
  220:18;222:5,16,18,
  23;223:13;229:13;
  230:16;236:2,4,6,19;
  245:10;254:18;
  256:16;258:13
**fact-finding (1)**
  5:14
**factor (1)**
  154:1
**factories (4)**
  168:19;171:5,6,7
**factory (1)**
  168:23
**facts (1)**
  222:17
**fail (1)**
  72:6
**failing (2)**
  23:5;94:15
**failure (2)**
  23:6;200:22
**fair (26)**
  6:11,18;30:20;

50:22;51:7;65:2;
  94:8;100:21;107:3;
  110:20,20;128:11;
  167:9;176:7;197:11;
  198:19,20;220:4,9;
  221:2;223:5;225:9;
  232:20;241:9,24;
  242:22
**fairer (1)**
  201:8
**fairs (1)**
  242:23
**falciparum (1)**
  143:14
**fall (1)**
  248:4
**fallen (1)**
  201:7
**falling (1)**
  23:21
**falls (2)**
  164:23;179:1
**Family (6)**
  44:11,13,20;99:2;
  186:19;211:21
**fancy (6)**
  106:13;127:25;
  128:1;158:3;208:3;
  229:23
**far (14)**
  63:14;110:21;
  168:22;169:1,9;
  170:17;173:4;
  207:25;208:15;
  209:13;219:24;
  220:11;246:9;
  256:17
**fascinating (2)**
  68:16,17
**fast (3)**
  101:8;230:24;
  234:19
**faster (1)**
  234:24
**fat (2)**
  124:10,11
**fate (1)**
  244:22
**father (3)**
  52:6;69:7;100:22
**fatigue (4)**
  70:10;217:20;
  227:19;248:24
**fatigued (1)**
  147:9
**fava (10)**
  67:1,3,4,7;127:7;
  133:1;143:16;
  144:20,22;258:9
**Fay (1)**
  22:22
**February (2)**
  47:18;125:6

**feces (1)**
  53:1
**feel (10)**
  32:23;35:5,5;
  103:11,12;148:14;
  200:15,16;219:16;
  246:8
**feeling (2)**
  49:8;259:13
**feet (3)**
  113:6;185:25;
  227:15
**fell (1)**
  136:25
**felt (2)**
  49:13;233:15
**female (10)**
  22:22;54:1,8;
  124:10,11;125:22;
  132:20;211:7,8,9
**females (2)**
  124:24;125:1
**fennel (16)**
  201:21,22,23;
  202:1,3,16;203:1,2,
  9,12,23;204:7,12,20,
  21;205:12
**F-E-N-N-E-L (1)**
  202:1
**Fertilizer (4)**
  4:4,19;5:10,12
**feticide (2)**
  54:2,3
**F-E-T-O-C-I-D-E (1)**
  54:3
**fever (2)**
  250:22;251:1
**few (20)**
  20:14,15;22:25;
  48:3;73:20;85:20;
  88:2;96:1;100:1;
  103:2;148:11;
  168:16;174:12;
  190:3;207:1;216:5;
  226:22;233:12,17;
  243:12
**fibromyalgia (6)**
  104:2,4,9,11;
  227:22;231:13
**field (1)**
  258:8
**fight (4)**
  25:12;86:8,9;
  176:9
**fighting (3)**
  25:6;149:3;232:13
**figure (1)**
  37:6
**file (3)**
  17:19;18:13;20:20
**files (2)**
  17:3;32:21
**fill (1)**

207:14

**filled (4)**
38:3;195:19;
196:11;197:24

**final (1)**
153:3

**finally (6)**
46:13;54:16;
73:17;146:14;
164:22;247:6

**find (31)**
36:19;53:23;
54:15,16;68:15;
70:14;81:4;87:7;
90:21;93:21;95:3;
98:3,4;99:23;
102:18;103:25;
105:14;120:2,18;
144:25;159:17;
194:18;205:12;
214:16,19;225:4;
232:19;258:14,22;
259:9;260:3

**finding (1)**
236:20

**findings (1)**
188:13

**fine (18)**
11:3;29:9;51:19;
60:21;61:24;82:14;
98:16;103:17;
104:15;146:18;
153:18;192:24;
194:2;206:17,19,20,
21;241:1

**finish (2)**
18:9;39:15

**finished (4)**
17:16;40:16;
41:10;61:12

**fireman (2)**
181:20,21

**firewoman (1)**
181:21

**first (48)**
5:3;8:1,10;14:21;
19:19;24:5;25:3;
33:17;37:1;43:3;
45:9;48:14;50:9;
51:18;54:6;62:9,9;
71:1;87:3;105:12;
114:6;116:13,21;
129:9,12;130:19;
133:1;137:20,25;
148:25;149:8;152:4;
156:10;181:24;
182:1,12;183:6,18;
198:11;217:13;
218:6;219:6;228:25;
229:13;236:3;238:9;
240:2;242:11

**fistula (1)**
52:19

**fistulae (1)**
52:14

**F-I-S-T-U-L-A-E (1)**
52:18

**fit (1)**
103:20

**five (2)**
28:13;236:5

**five-minute (1)**
60:22

**flares (1)**
167:7

**flash (3)**
18:19,20,21

**flew (1)**
33:21

**flex (1)**
42:8

**flexible (9)**
40:8,11,12,20;
41:1;43:1;57:3;
157:4;211:1

**flip (1)**
15:11,16;158:23;
159:5

**floor (2)**
100:25;174:5

**Florida (6)**
4:6;25:4;112:2,3;
165:21;233:13

**flow (1)**
88:4

**flu (2)**
100:10;146:18

**fluid (13)**
34:12;36:7;38:8;
74:12;76:13,25;77:2,
3;80:9;157:10;
198:9;203:18,19

**Flushing (8)**
12:6,12,15;14:17,
22;15:2,6;49:19

**foci (1)**
129:1

**folic (2)**
97:24;98:5

**followed (1)**
205:9

**following (3)**
130:17;131:10;
208:6

**follows (2)**
5:5;84:9

**follow-up (1)**
216:5

**food (7)**
8:17;142:15;
144:1;168:1;184:24,
25;205:17

**foot (1)**
211:17

**forbid (2)**
48:5;92:12

**force (2)**
154:1;214:1

**Ford (1)**
100:11

**foremost (5)**
24:5;25:3;148:25;
182:13;229:13

**forensic (1)**
169:20

**forever (1)**
29:6

**forget (2)**
48:24;224:17

**forgive (1)**
105:25

**forgotten (1)**
245:12

**form (26)**
85:25;97:9;
135:16;149:22;
161:13;162:5;
171:18;173:1;174:1,
25;176:6;179:7;
183:8;192:10;
194:14;196:18;
200:10;201:3;
208:10;211:14;
212:19;215:11;
218:15;220:6,14;
246:19

**formaldehyde (6)**
254:21,23;255:1,2,
13,14

**forms (1)**
210:1

**forth (3)**
13:20;22:19;95:25

**fortunately (1)**
53:10

**forward (2)**
8:3;15:16

**found (19)**
7:4,5;28:24,25;
47:23;48:11;55:1;
92:12,18;100:7,9,16;
101:8;103:22;166:7;
190:6;205:22;
209:11;241:16

**foundation (1)**
220:7

**four (4)**
47:20;99:1;
125:15;207:1

**four-hour (1)**
114:2

**France (3)**
66:13;151:11;
168:10

**Francis (3)**
40:11;57:5,6

**frank (3)**
146:14;152:2;
234:1

**free (2)**
52:13;56:18

**frequency (1)**
144:19

**frequenting (1)**
123:4

**fresh (1)**
207:11

**freshen (1)**
241:23

**friend (2)**
102:19;209:18

**friends (1)**
67:10

**front (1)**
216:7

**fuel (1)**
67:24

**full (6)**
78:13;181:25;
182:1;203:19;
217:13;258:8

**function (1)**
203:14

**functioning (1)**
64:2

**fund (1)**
46:8

**funny (1)**
160:14

**furiously (1)**
156:20

**furosemide (4)**
196:11;198:1,1,7

**further (9)**
84:9;130:13;
188:15;200:2;
215:12;236:17,17;
260:7;261:1

## G

**G12 (1)**
222:24

**G6 (1)**
104:23

**G6D (1)**
227:13

**G6PD (188)**
10:11,20;11:5;
13:15;19:22;20:6;
23:12;24:7;34:25;
37:1;61:11;62:4,7;
63:3,4,20;64:15,18,
22;65:1;66:19;
67:14,18,23;68:13,
22;69:17;70:2,5;
72:21;73:7;74:3;
75:2,15;76:8;77:18,
20;78:4,8;80:11;
82:20;98:19,23;
99:11;100:7,17;
101:6,14;102:11;

103:14,15;104:6,12,
25;105:15;106:9;
107:6,25;108:9,12,
24;109:2,3,16;110:3,
22;111:3;112:17;
113:20;115:10;
116:7,14,19;117:10,
15;118:25;122:18,
23;123:10;124:12;
126:1,18;129:16;
131:21;132:17;
133:20;136:6;140:3,
8;142:5;143:5,21;
144:7,13,16;145:11,
13;146:7,21;149:1,
14;150:4;151:18,21;
166:7;168:3;172:12,
24;174:19;175:6,14,
23,25;179:5;180:11;
181:3;185:22;186:2,
4,9;188:9,11,14;
193:5;196:3,16;
198:5;200:9,17,18;
201:2;206:11,11,21;
210:2,14;211:13,19,
22;212:3,16;213:4,
20,23;214:3;215:1;
218:9,24;221:21,22,
25;222:2;223:22;
224:11,22,24;
227:10,17;228:1,5,
16;229:15;231:14;
232:9,25;235:16;
236:11,15,23;
238:22;239:16,23;
240:8;241:4,12;
242:9;243:7;248:3;
252:25;253:18;
256:11,22,25;257:5,
11,24;258:16;260:23

**G6PDorg (5)**
112:19;141:24;
151:6,17,19

**G6PD's (1)**
115:21

**Galeoto (100)**
4:22,22;7:23,24;
8:11;11:19;22:24;
31:23;32:1;42:7,13;
50:25;51:3;85:24;
86:7,9;92:1,15;
106:21;107:2,7,10,
18;108:2,11,25;
110:24;111:4;
117:22;128:4;
129:18;134:21;
135:15;144:15;
149:22;153:1,9,15;
161:13;162:5;
169:11;171:18;
172:6,8;173:1,3;
174:1,25;176:6;
178:17;179:7,13,19;

183:7,11;184:17;
188:24;190:14;
192:10;194:14;
196:18;200:10;
201:3,25;208:10;
211:14;212:19;
213:14;215:14,24;
218:17;243:16,19,
24;244:1,4,8;246:19;
248:6,14;249:5,16,
19,25;250:4,8,12;
253:10,22;254:10;
255:6;256:13;
257:14,21;258:3;
260:8,10,15;261:3,
13
**gallbladder (5)**
116:9,13;117:1;
124:10;247:19
**galloping (4)**
176:25,25,25;
177:4
**game (1)**
213:11
**garbage (2)**
38:3,5
**garden (4)**
67:15,16,17;
132:10
**gas (3)**
178:25;210:7;
233:6
**gaseous (1)**
218:11
**gave (15)**
13:9;36:18;49:11;
56:23;100:9,13;
111:16;112:8,20;
117:7;134:6;202:21;
240:16;259:8,18
**Gender (1)**
9:15
**general (6)**
10:3;18:6;65:4;
183:13;250:15;
258:14
**generally (3)**
117:25;128:14;
199:5
**generate (2)**
244:19,21
**generates (1)**
245:1
**generations (1)**
144:21
**genes (1)**
69:3
**genetic (11)**
65:16,17;68:20;
93:1;101:13,20,21;
147:2;190:24,25;
224:4
**genome (1)**

101:22
**gentleman (1)**
151:8
**gets (19)**
17:10;35:8;97:24,
25;115:15,15;
169:21,22;173:9,16;
215:5;233:3,4,17;
235:18;243:2;
254:18,19,19
**giveaway (1)**
82:22
**given (8)**
19:8;112:21;
144:24;162:22;
184:13;195:7;198:8;
215:2
**gives (3)**
60:8;175:19;
235:14
**giving (9)**
37:9;72:7;147:25;
162:22,23,23,24;
164:1;218:16
**gland (1)**
227:21
**Glen (4)**
55:23,24;56:1;
58:15
**GLH (1)**
122:13
**glucose (1)**
242:11
**glucose-6 (2)**
62:8;165:23
**glutathione (15)**
115:8,9,10,12,18,
19,25;116:15;117:5;
122:15;149:1;
230:20,25;232:14,19
**God (12)**
30:9;49:5;52:9;
55:3;74:22;99:16,
16;100:4;105:25;
122:7;145:2;229:16
**goes (16)**
31:16;75:3;118:1;
125:5,5;167:10;
170:5,9;173:17;
185:24;206:12;
222:24,24,24,24;
230:22
**goiter (1)**
227:19
**golf (1)**
23:19
**gonna (2)**
23:20;54:2
**good (30)**
27:9;37:4;49:8,18;
50:14;60:19;74:21;
79:2;100:5;111:7;
121:20,25,25;

122:25;135:7;136:4;
139:19;148:16;
165:9;175:4,8,9,23,
24;186:17;194:23;
207:12;228:16;
237:14;244:24
**goodness (4)**
30:13;38:21;72:2;
82:12
**gotta (4)**
59:3;168:20;
243:25;259:22
**governor's (1)**
213:25
**graduate (4)**
38:20;39:22,23,24
**graduated (3)**
38:18;40:2;42:22
**graduating (1)**
40:22
**Grand (1)**
62:24
**great (2)**
138:15;230:4
**greater (4)**
131:18;138:5,10,
11
**Greece (4)**
119:14;126:25;
127:6;132:13
**Greek (2)**
127:3;258:7
**Greeks (1)**
49:24
**green (4)**
202:3;203:3;
204:5,6
**Greenberg (1)**
4:9
**grew (1)**
99:19
**gross (1)**
255:2
**Group (8)**
46:13,14,21;47:3,
4,5,16;57:25
**grown (1)**
156:3
**guess (12)**
7:13;42:21;43:1;
44:16;49:24;55:21;
78:1;100:20;129:19;
187:23,23;213:11
**guessing (2)**
213:11,13
**guest (1)**
54:4
**gut (1)**
178:6
**gutter (1)**
38:3
**guy (3)**
93:4;94:22;95:19

**gynecological (1)**
43:11
**gynecologists (1)**
51:15
**Gynecology (1)**
59:25

---

## H

**hair (10)**
27:1,3;31:3;
171:23,23,24,25;
172:1;256:8,8
**hairdresser (1)**
26:24
**half (4)**
99:3;197:4,7;
232:1
**halfway (5)**
226:24;227:2,4;
241:6,6
**Hallmark (2)**
116:6;200:24
**hand (15)**
11:18,23;14:9;
125:8,9,9,13;127:12;
139:21;151:22;
157:22;190:12;
195:9,11;228:18
**handed (1)**
179:20
**handing (1)**
14:18
**hand-in-hand (1)**
115:9
**hands (4)**
22:11;23:3;67:25;
164:6
**handwritten (1)**
10:10
**hang (1)**
120:10
**happen (8)**
22:8;25:21;30:1;
48:17;102:10;
125:22;146:7;
148:24
**happened (5)**
33:1;184:2;
189:12;190:2;
236:13
**happening (3)**
28:21;48:1;167:22
**happens (24)**
17:4;48:20;70:21;
72:4;76:9;77:16;
80:3;81:2,10;
113:23;116:17,25;
124:25;125:7,16,18;
138:19;145:15;
156:23;164:14;
223:20;224:14;
226:9;234:22

**happy (1)**
89:6
**haptoglobin (1)**
186:18
**hard (4)**
103:20;112:5;
156:8;232:13
**harder (4)**
77:4,5,6,7
**hardly (1)**
239:5
**harm (3)**
38:12;172:23;
173:25
**hash (1)**
216:12
**hate (3)**
54:2;60:13;104:7
**head (7)**
12:25;47:12;
81:12;90:11;92:3;
106:4;156:2
**headache (1)**
178:21
**headaches (3)**
217:19;248:22;
249:18
**heading (2)**
130:14;142:4
**heads (1)**
119:25
**heals (1)**
52:24
**Health (23)**
19:20,22;20:3;
21:25;22:4,6;24:24;
41:10,14,17;43:15,
16;55:18;56:10,12,
18,20;58:10,15,17,
23;241:24;242:22
**healthcare (2)**
45:4,6
**healthy (2)**
65:19;104:15
**hear (10)**
47:13;48:16;
92:20;104:11;106:1;
122:20;176:25;
177:4;239:17;
259:20
**heard (5)**
119:21;123:3;
226:18,21,21
**hearsay (1)**
212:22
**heart (6)**
30:14;70:8;77:6;
102:24;149:9,11
**heaven (2)**
48:5;92:12
**heavens (1)**
100:14
**heavy (1)**

88:4
heck (1)
72:3
heel (1)
224:18
held (1)
4:8
Helen (1)
121:8
hell (2)
175:20;231:21
help (31)
13:18,21;24:22;
28:2,16,23;29:1,5;
42:17;43:24;44:1;
46:3;50:13;98:8,11;
99:22;113:16;
137:25;150:22;
172:11;173:7;
186:25;203:24;
205:18;207:3;
214:11;223:7,25;
228:13;230:19;
237:15
helped (6)
100:3;167:12;
177:12;205:20;
206:5;214:8
helpful (1)
228:16
helping (1)
241:12
helps (5)
29:4;60:9;203:13;
206:12;207:11
hematocrit (40)
79:11;80:5,14,16,
17;81:3,5,22;82:6,
15,23;84:13,16;
85:23;86:16;88:23;
89:5,17,18;91:2,8,
25;93:7;94:16;
95:14,22;96:3;
160:10;161:23,24;
163:3,5;164:16,23;
180:21;189:4;
191:20;192:13,13;
232:5
hematocrit/hemoglobin (1)
85:1
hematocrits (1)
86:12
hematological (1)
210:21
hematologist (2)
96:8;179:23
hematologists (3)
178:23;179:5;
211:11
hematologists' (1)
97:5
hematology (5)
40:14;210:19,25;

211:2,5
heme (3)
76:17;82:1;116:11
hemo (1)
237:5
hemoglobin (24)
79:11;81:5,13,25;
82:1,6,15,23;84:13,
21;89:18;94:16;
96:2,4;160:10;
162:11,23;163:1,6,
16;164:15;180:20;
191:20;232:5
hemolysis (6)
78:8;146:15;
148:22;155:3;
188:10;234:21
hemolytic (8)
78:4,5;79:4;82:5;
131:12;154:2,9;
156:16
hemolyzing (1)
150:15
hemorrhaging (1)
88:13
hepatitis (6)
78:17,18,19;
166:22,23;167:1
hepatocytes (1)
166:24
herbs (1)
207:11
herein (1)
228:4
here's (2)
195:24;247:16
hernia (1)
227:21
heuristic (1)
126:18
HHC (3)
43:12,12,14
hiatal (1)
227:21
hide (1)
137:24
high (37)
81:5;88:19;89:9,
16;96:10;116:1;
143:2,3,8,12;144:10;
146:3,8;148:19,21;
161:18,21,21,22;
163:15,17;167:20;
182:17,24;183:21;
196:10;198:2;
202:18;224:18;
234:4,6,8,8,13;
235:15;237:5;253:7
higher (5)
127:4;132:11;
162:13;163:3;
192:19
highlight (1)

158:9
highlighted (1)
196:14
highlighting (2)
158:25;234:4
highs (1)
250:25
Hill (3)
5:2,23;14:12
himself (2)
151:21;187:3
hip (6)
103:19;104:15;
105:16;150:23;
238:16,17
hipbone (2)
238:10,13
hips (1)
105:4
histamine (3)
116:17;171:21;
235:15
history (18)
19:23;20:3;35:13;
42:3,10,24;107:13;
181:9,16;185:8;
186:19;204:16;
217:22,23;222:3;
227:18;247:18;
248:25
hit (2)
48:22;132:24
hits (7)
22:7;115:21;
116:19;147:8;
222:15,22;236:3
HIV (3)
232:16,17,19
hives (3)
217:19;248:22;
249:14
HMH (2)
165:1,1
Hmm (1)
38:21
Hold (3)
117:22;138:8;
244:4
Hollis (1)
4:12
Holliswood (4)
5:2,23;23:9;
170:13
home (11)
14:11;18:1;27:9;
50:18;52:5;79:25;
121:7;144:25;145:2;
148:9;171:20
homework (2)
95:11,12
honest (5)
175:23;201:9;
226:16;236:19;

250:17
Hong (1)
66:12
hooves (1)
259:18
hope (2)
102:10;125:2
hopefully (5)
53:21;133:9;
149:3;172:2;248:4
hoping (1)
61:20
horn (2)
105:25;106:1
horses (2)
259:19,23
hosing (2)
38:6,6
Hospital (44)
12:12,15;14:22;
15:2,6;17:11;23:6,7;
42:2;43:13,19,22,22;
47:9;49:6,17,17;
50:3;52:2,4;57:11,
14,20;58:7;94:14;
113:1,13,16;122:6,6,
7;132:3;157:1,8;
180:5;198:9;205:23;
225:22,24;226:10;
230:22,23;233:8,18
hospitalization (2)
183:12;225:25
hospitals (4)
40:10;94:24;
157:19;229:14
hotel (1)
209:17
hour (1)
24:18
hours (9)
45:24;53:5;67:19;
103:2;112:13;
174:12;207:2;229:1;
244:1
house (5)
26:7;49:7;173:5,
21;219:19
Human (7)
43:15;47:11;54:3;
81:12;143:22;
163:10;175:7
humanly (1)
220:22
hummus (3)
144:23;145:7,9
hunchback (2)
145:16,17
hundred (7)
59:19;85:6;
134:24,25;135:4,19;
169:6
hundreds (2)
105:22;106:16

hung (1)
192:1
hungry (1)
248:3
hurt (5)
106:2;238:5,8,8;
240:12
hurts (5)
80:15;104:17,22,
22;238:9
husband (1)
47:6
hydralazine (1)
30:8
hydrate (3)
74:9,10,10
hydrated (2)
36:7;157:12
hydration (2)
37:17,20
hydrogen (8)
37:22;120:24;
168:20;172:15;
174:19;175:4;177:8,
23
hyperchromic (1)
98:10
hypersensitivity (1)
235:14
hypertension (3)
72:11,12;227:19
hyperventilating (1)
36:4
hypo (1)
103:16
hypochromic (2)
97:20;98:9
hypoglycemia (2)
89:2;227:21
hypovolemic (2)
76:5;222:19
hypoxia (2)
36:4;103:16

## I

idea (3)
71:7;169:9;171:10
ideally (1)
185:9
identification (13)
11:21;14:7,16;
127:14;139:22;
141:18;151:24;
157:23;179:15;
185:4;187:25;
195:14;261:8
identified (2)
130:16;131:9
identify (1)
107:11
ignore (1)
185:18

**Illinois (1)**
39:5
**illness (2)**
110:3;185:8
**Imagine (1)**
45:21
**immediate (1)**
149:8
**immediately (12)**
29:6;30:10;34:14;
41:16;76:16;79:14;
84:23;112:25;165:1;
174:5;233:16;
259:10
**immune (3)**
74:14;172:13,17
**impacts (2)**
72:22;77:20
**importance (1)**
63:24
**important (7)**
73:16;82:20;
115:19;192:25;
193:1;237:4;245:18
**importantly (1)**
241:24
**impracticality (1)**
132:6
**Inc (1)**
4:15
**include (1)**
204:12
**included (3)**
197:6;217:21;
248:24
**including (6)**
188:22;206:16;
211:23;212:10;
217:18;248:21
**increase (3)**
117:5;181:7;219:2
**independent (1)**
172:3
**independently (2)**
172:9;256:17
**indexes (5)**
81:16;88:6,8;
89:15;182:11
**India (7)**
24:8;52:12;53:25;
54:6;55:2;58:5;
241:16
**Indian (2)**
69:9;187:8
**indicating (1)**
35:7
**indicative (1)**
159:13
**indices (1)**
86:16
**individual (3)**
68:13;96:13;
129:15

**individualistic (1)**
143:6
**individually (1)**
250:18
**individuals (3)**
175:14;239:23;
241:12
**induced (1)**
252:1
**industries (1)**
102:22
**infant (1)**
213:24
**infection (3)**
46:2,5;116:18
**inflammation (1)**
72:20
**information (4)**
53:19;56:23;
202:24;240:21
**inhalant (2)**
95:5;118:17
**inhale (1)**
179:1
**injurious (1)**
244:23
**inside (7)**
76:12;78:10;
156:23;157:11,12,
14;235:23
**instantly (1)**
184:4
**instead (11)**
46:3;49:4;70:19;
97:12;175:17;
186:20;205:22;
207:22,23;208:24;
246:7
**institution (1)**
42:1
**instruct (1)**
35:21
**instructed (1)**
37:8
**instructions (2)**
36:18,19
**insufficient (2)**
123:17;132:20
**insurance (9)**
24:24;25:5,13;
47:24;48:4,6;50:14;
51:10;230:22
**intact (2)**
76:12,13
**intake (2)**
203:24;207:8
**intakes (1)**
206:15
**Integrative (4)**
56:10,12;58:14,23
**intensive (1)**
100:15
**interested (8)**

9:13;33:10;66:6;
87:7,9;106:15;
236:20;240:1
**interesting (1)**
180:19
**Interfaith (2)**
43:6;57:8
**intermittently (1)**
30:15;54:21;231:4
**intern (1)**
42:5
**international (1)**
60:6
**internet (3)**
12:13;109:24;
227:9
**internship (2)**
40:21;43:1
**interpret (2)**
161:11,15
**inter-vein (1)**
207:3
**intervene (2)**
25:14;36:2
**intervention (2)**
41:12;44:3
**into (29)**
14:6;18:10;28:11;
40:23;48:18;50:18,
19;54:13,14;64:11;
80:7;94:19;97:4,22;
103:10;114:18;
115:15;124:14;
146:14;157:16;
178:11;201:7;
206:12;212:9;
226:10;230:23;
233:18;241:3;
258:12
**introduce (1)**
4:17
**intubate (2)**
37:15,16
**invariably (1)**
124:3
**invest (1)**
20:15
**investigated (2)**
184:16,19
**involve (1)**
74:16
**involved (3)**
17:7;113:24;123:9
**iodine (3)**
242:16,16,17
**Iraq (1)**
237:1
**iron (8)**
76:13;78:11,13,13,
25;98:3;150:13,16
**irony (1)**
117:15
**irritable (1)**

227:21
**Island (16)**
43:12,18,19,22;
46:12,14,21,25;47:3,
4,5,16;57:11,13,20,
25
**Israel (1)**
168:8
**issues (2)**
185:21;227:12
**IV (2)**
38:11;231:2

**J**

**Jacoby (1)**
47:7
**JAMA (1)**
107:21
**January (4)**
40:1;57:18;125:6;
254:14
**jeans (1)**
69:5
**Jewish (2)**
43:4;57:7
**job (10)**
28:25;50:12;
169:25;170:4,22,23,
23,24,24;228:20
**join (1)**
60:13
**joint (10)**
104:22;106:9,12,
13;217:19;237:21,
23;243:6;248:22;
250:3
**joints (3)**
74:5;105:4;224:16
**Jones (1)**
234:13
**judgment (2)**
173:10,14
**July (1)**
57:18
**jump (2)**
73:16;87:13
**June (1)**
196:9

**K**

**karyocytes (3)**
234:9,10,10
**Keeley (1)**
151:10
**keep (28)**
13:5,24;16:3;
21:12,22;22:12;
31:10;32:21,22;
36:1;38:6;45:2;61:3;
63:9;69:15;75:25;
80:10;93:2;105:13;

121:3,5,6;124:21;
147:18;192:2,16;
210:4;214:23
**keeping (2)**
25:17;76:12
**keeps (6)**
31:13,13;64:1;
76:12;167:11;
241:23
**Keith (1)**
4:20
**kept (3)**
32:22,24;113:18
**kicking (1)**
248:3
**kidding (1)**
241:2
**kidney (24)**
23:1,5,6;32:13;
74:8,10;77:4;78:14;
94:14,22;114:16;
115:25;147:13;
156:20;186:23;
187:24;200:20,22;
203:22;204:17;
209:2;220:4;223:16;
227:23
**kidneys (3)**
72:6;105:11;
187:17
**kids (24)**
14:4;47:20;48:14;
49:7;51:17;52:21;
71:21;79:23;85:10;
145:16;146:24;
240:15
**kill (3)**
99:10;103:7,8
**killer (2)**
220:25;221:1
**killing (1)**
54:8
**kind (21)**
7:14;13:10,12;
26:18;39:17;42:16;
52:8;59:6;97:4;
99:18;104:14;
148:13;150:22;
169:23;170:15;
171:24;210:4;
211:16;237:15;
243:20;249:6
**kinds (4)**
65:13,14;124:6;
202:6
**Kip (1)**
19:5
**kissing (3)**
133:7,9,12
**kitchen (1)**
26:14
**knees (2)**
238:5,8

**knew (6)**
33:23;99:5;
150:20;155:14;
174:4;234:25

**knocking (1)**
146:5

**Knowing (4)**
29:4;70:1;99:6;
219:11

**knowledge (1)**
221:6

**known (16)**
51:12,17;54:5;
178:3;206:13;
214:11;218:13;
222:16,17,18;
223:18;251:15,22;
252:5,10,13

**knows (11)**
55:3;64:16;65:11;
68:10;124:1;150:4;
173:3;186:21;
229:16,22;253:19

**Kong (1)**
66:12

**kryptonite (5)**
174:20,23;175:1,
2;218:9

**kudos (1)**
214:7

## L

**lab (52)**
85:3,4,4,7,9,12;
86:18;87:21;90:12,
13,14,15,18,18,20;
123:13;126:7;
129:24;131:8;
133:20,22,23;
136:23;137:3,4,10,
18;140:15,16,20,25;
141:1,4;160:15,17,
18,20,21,25;161:8;
162:4;165:3,5,6;
166:2,2;187:1;193:7,
12;194:9;201:6;
222:21

**labeled (1)**
224:9

**labels (1)**
144:3

**labor (2)**
50:18,19

**laboratory (2)**
19:24;211:22

**labs (16)**
20:17;21:10;
31:16;32:5;85:2,9,
13;91:7;114:13;
133:23,24;161:17;
230:15;231:8;232:1,
2

**lab's (1)**
90:17

**lacerations (1)**
52:24

**lack (6)**
37:2;64:5,6;78:11;
105:10;220:6

**lacking (1)**
70:22

**lady (3)**
112:2,3;240:4

**lags (2)**
165:3,4

**Lake (3)**
100:23,23,24

**landlord (1)**
28:25

**language (2)**
129:17;131:22

**large (6)**
68:8;97:3,13,24,
25;159:15

**largest (2)**
177:14;178:7

**Lasix (8)**
157:9,10,13;
198:10;203:20;
223:19,21,23

**last (20)**
11:11,12,12;63:7;
64:24;92:15;109:4;
114:7;152:9,22;
181:25;212:13;
213:19;230:6,8;
240:14;241:10;
243:5;248:15;
254:15

**late (2)**
100:19;232:18

**later (12)**
34:15;50:4;87:24;
100:7;101:9;119:16;
136:15;182:10;
187:21;224:12;
229:18;258:13

**laughing (1)**
241:7

**Laureen (1)**
4:22

**law (7)**
4:9;41:10,14,15,
16,17,20

**lawsuits (2)**
219:12,12

**lawyer (2)**
70:2;256:21

**lawyer's (1)**
236:5

**layer (1)**
252:9

**LDH (1)**
181:5

**lead (3)**

91:18;98:4;158:22

**leads (1)**
79:3

**learn (2)**
104:17;109:16

**learning (1)**
41:5

**least (12)**
138:25;140:2;
167:8;175:20;189:7;
190:5;196:11;
207:12;228:13;
230:24;237:19;
242:8

**leave (9)**
10:25;58:23;
171:12,13;209:4,13;
219:15,15,19

**leaves (1)**
242:18

**leaving (1)**
25:18

**lectured (2)**
214:2,20

**led (1)**
212:23

**left (18)**
19:9;44:7;46:10;
47:5,9;50:8;81:20;
99:9;111:14,16;
118:9,10;125:10,13,
14,18;190:3,4

**leg (2)**
103:19;105:16

**legal (2)**
4:13;73:25

**legumes (3)**
142:16;144:1,2

**less (29)**
38:9;45:11,13,21;
131:13;133:16;
134:2,4,5,7,16,19,23;
135:5,11,22,23,24;
136:1;138:20,20;
139:14;200:14;
213:13;222:12;
241:6;242:7;257:12;
258:1

**letter (7)**
216:21;217:4,8,
12;218:5,21;223:5

**letters (1)**
66:20

**leukemia (2)**
97:9;256:5

**level (13)**
91:25;127:4;
131:24,25;169:17;
186:9;194:20;
200:18;224:24;
256:25;257:5,11,25

**levels (2)**
126:1,7

**Lidocaine (2)**
118:13,15

**LIE (2)**
62:25;111:11

**lies (1)**
123:24

**life (23)**
8:12;19:20;28:20;
46:8;54:15,22;
55:18;56:18,19;
58:10,17,24;65:19;
69:15;104:20;130:9;
136:15;145:4;
209:20;212:6;220:1;
221:4;228:25

**life-long (1)**
103:21

**lifestyle (1)**
149:19

**life-threatening (1)**
73:5

**lifetime (2)**
107:19,22

**lightly (1)**
79:19

**liked (1)**
49:25

**likewise (4)**
105:14;125:13;
139:13;224:22

**limb (2)**
25:7;70:1

**limelight (1)**
214:6

**limit (1)**
243:17

**limited (1)**
107:12

**line (9)**
130:21,22;152:3,5,
6,8,9,11;181:25

**lined (1)**
246:7

**lines (5)**
129:13,14;130:15;
153:22;227:23

**linked (2)**
99:8;104:25

**lipoproteins (1)**
72:13

**liquid (1)**
80:21

**lisinopril (14)**
182:2,5,17,19,23,
25;183:4,16,19;
184:5,11;185:3;
196:9,16

**list (11)**
142:17;170:8;
182:23;185:1;
195:15,16;196:2,6;
227:9;254:3,4

**listen (1)**

225:6

**listening (2)**
52:10;147:20

**liter (1)**
80:18

**literally (4)**
7:24;8:16;202:12;
210:10

**literature (9)**
64:22;105:19;
106:8,19;107:6,25;
108:8,24;174:22

**literatures (1)**
106:11

**little (24)**
14:6;25:23;26:1;
42:16;52:8;67:17;
72:2,2;74:13;81:13;
98:24;137:8;146:12;
158:6;162:12;166:9,
10,14,14,19;204:4;
205:25,25;236:10

**live (18)**
26:17;53:20;
65:19,19;104:18;
105:24;106:15;
145:4;170:12,13;
220:24;222:5,6;
237:5;242:7;255:2,
25;258:11

**lived (6)**
23:12;100:21,22,
23;211:21,21

**liver (23)**
72:7,9;77:5;78:15;
94:15,17;105:11;
166:23;177:9;178:5;
181:3,6,7;184:3;
187:17,24;200:20;
202:18;203:14,21;
204:16;220:3;
223:16

**lives (3)**
168:22;169:1;
220:11

**LLC (1)**
4:5

**lo (1)**
100:13

**loaded (1)**
7:14

**located (1)**
4:9

**lock (1)**
257:4

**log (1)**
18:10

**long (33)**
27:7;34:5,7;43:22;
44:8;46:12,14,17,21,
25;47:3,4,5,16;
49:25;50:6;56:11;
57:13,20,25;60:23;

67:16;93:18;146:10;
156:16;171:23,25;
184:2;216:1;230:10;
239:22;243:18;
256:8

**longer (4)**
56:5,6;64:25;
208:24

**longest (1)**
124:7

**look (67)**
11:19;14:19;
15:10;19:16,19;
20:24;21:25;23:19;
27:7;32:7,8,9;71:22;
74:21;81:16,16,17;
82:13;86:15;87:24;
88:6,10;90:12,16;
91:16;92:23;95:17;
96:12,13,14;109:4,
23,25;113:25;
114:19;115:8;
118:18;123:13;
127:16;135:21;
137:15;138:1;
141:20;143:24;
154:25;155:23;
158:18;159:20,22;
165:10;180:6;186:6;
188:3;190:22;195:4,
21,25;209:16;220:3;
226:23;234:3;236:7;
245:8,25;246:5,6;
248:6

**looked (14)**
93:8,9,10;95:16;
115:7;129:7;142:1;
149:24;181:10;
208:5;220:20;
229:18;251:4;
252:12

**Looking (61)**
19:4;32:6,10,11;
33:15;82:4,5,6,7,10,
14,15,16,16,17,21;
90:5,6,10;91:19;
92:23;99:12;107:20;
108:3;118:4;129:3,
4;134:1;135:21;
136:19;137:2;140:1;
145:13;147:18;
153:4;156:8;158:24;
160:11;161:20,22;
162:8,18;163:9;
180:18,25;182:12,
15;187:1;193:22;
195:1;197:8,16,17,
17,25;198:6;200:12;
201:23;225:20;
250:13;260:1

**looks (5)**
14:21;16:1;52:9;
225:25;234:4

**losing (2)**
25:6;147:15

**lost (3)**
28:24;177:15;
239:17

**lot (32)**
41:3,5,6;49:22,23;
56:23;67:22;72:25;
74:8;77:17;89:24;
100:3;102:22;
103:14,15,17;
105:14;106:10;
110:12;112:21;
114:23;120:6;132:8,
22;154:24;178:4;
210:11;236:13;
237:9;238:13;
252:19;253:15

**love (13)**
79:24,24,24,25

**low (67)**
75:18,19,19;81:5;
89:8,17;93:20,23;
95:22;98:5;102:2,3;
103:8;115:10;
116:15;117:12;
123:1;131:24,25;
132:3,4,6,6;143:1,3,
10;150:17;159:17,
18;160:20;161:7,18;
163:2,12,17;165:23;
166:5,5,7,8,9;
181:11;182:11;
186:9;193:21;
200:19;216:2;225:2;
232:19;234:15,15,
16;242:17;246:5;
247:25;255:10,10

**lower (1)**
140:22

**Loyola (15)**
38:19,24;39:8,10,
11,12,24;40:7,9,24,
25;41:1;57:4,5,6

**lucky (4)**
101:10;145:16,24,
25

**lunch (1)**
84:12

**Luncheon (1)**
83:5

**lung (1)**
72:16

**lungs (2)**
72:16;181:23

**luxury (1)**
103:6

**lying (1)**
104:13

**lymphatic (1)**
156:21

**lymphoma (1)**
97:9

**lyonization (6)**
124:16,20,23,23;
126:11,15

## M

**machine (3)**
90:21,21,24

**machines (1)**
28:16

**macro (10)**
96:25;97:1,17;
98:15;154:4;155:17,
18;186:16,16;234:11

**macrocytic (11)**
97:15;98:7;
154:16,17;155:7,16;
159:10,11,13,14;
255:5

**macrocytosis (15)**
96:24,24;97:2,6,7,
10,21;153:24;154:3,
5,8,14,18;186:10,14

**mad (1)**
236:18

**magnesium (1)**
121:1

**makes (9)**
62:11;65:16;73:7;
80:22;105:3;154:25;
155:22;219:6,7

**makeup (1)**
84:21

**making (10)**
35:18;54:16;
66:19;81:11;89:23;
155:12;164:18;
190:16;238:9,14

**malaria (3)**
99:15;143:14;
236:23

**male (2)**
125:24;132:20

**males (1)**
126:9

**man (3)**
13:18;146:10;
210:15

**managed (1)**
46:22

**Manhattan (3)**
7:9;23:10;62:25

**manuals (1)**
107:14

**many (27)**
18:22;26:3;53:14;
60:8,8;64:14;65:10;
69:10;88:15;94:9;
102:8,9;107:14;
120:1;148:14;151:9;
178:22,22;195:6,7;
207:6;219:25;221:3;
226:6;229:1,14;

256:15

**March (3)**
125:6;214:2,20

**mark (6)**
14:15;141:16;
151:23;179:11;
185:7;261:5

**marked (5)**
15:11,12;158:20;
233:24,25

**market (1)**
49:22

**marking (2)**
158:10;261:13

**married (3)**
48:1,2;52:21

**marrow (3)**
234:18,23,25

**marry (1)**
53:12

**Maryland (1)**
68:3

**mask (3)**
173:6;177:11,11

**masquerading (1)**
238:3

**mass (1)**
96:19

**massages (1)**
74:6

**massive (1)**
147:8

**master's (5)**
39:1,8,12,24;40:25

**master's/PhD (1)**
39:14

**masturbation (1)**
66:3

**materials (2)**
107:15,19

**matter (11)**
4:3;33:22;53:17;
114:14;119:14;
177:19;204:8;
220:18;230:16;
236:2;256:16

**mature (1)**
63:13

**maximum (5)**
90:5,6,7,8,9

**may (95)**
7:4;9:6;13:15;
19:8,9;21:17;23:9;
28:22,24;29:5;37:2;
38:1,12;49:14;
64:22;69:10,21;70:7,
14;71:1,1;73:2;
74:18,19,22;78:11,
17;81:4;85:8,9,10,
19,20;87:3,4;90:21;
98:6;102:4,5,6,24;
103:17,24;114:16,
18;115:4;116:23;

120:2,14,15,16;
123:7;124:12;
125:12,14,15,17;
129:15,15;130:2;
133:2,3,4;136:15;
140:20;148:24;
150:16;164:22;
166:25;172:10;
187:14;198:8;
206:22;211:20;
214:19,22;225:4,7,
14;230:24;235:20;
236:6;237:1,1,2;
238:8;243:21;245:4,
4,22;247:25;253:3,4;
258:10,10

**maybe (33)**
22:3;26:22;27:13;
28:13;29:1;30:13;
34:24;49:14;52:9;
63:6;85:5;20;94:12,
18,24;99:21;117:17;
119:22;130:3;
132:10;137:10;
167:3,3,4;209:17;
214:11;223:18;
230:19,23;247:24;
252:3,12;259:23

**MCH (12)**
81:17;82:10,11,12,
16,24;84:14,19;
89:19;163:15,16;
234:5

**MCHC (7)**
81:17;82:18,19,
24;84:14;89:15;
162:24

**MCL (2)**
153:24,25

**MCV (21)**
81:16;82:7,16,23;
84:14;96:5,8;160:5;
161:21,22;162:25;
163:2,14,17;165:7;
180:22;232:7;234:5,
12;255:4,9

**MCVs (5)**
159:3,6;167:13,
19;193:13

**MD (3)**
84:7;217:4;261:19

**mean (56)**
7:15;18:5;25:25;
27:5,11;33:4,6;
34:20;41:25;43:1;
62:23;63:5;64:8;
67:9,16;68:18;70:7;
73:22;74:12;82:7;
96:15;97:5;111:12;
128:1,3,5;129:1;
130:8;132:4;133:18;
140:9;142:9;146:24;
150:9;158:4;159:15;

160:7;165:3;177:12;
180:24;182:16;
187:11;190:3;
191:14;192:4;197:2,
11;210:21;232:2;
233:20;241:20;
247:22;252:9;
255:10,23;258:18

**meaning (2)**
6:1;43:14

**means (33)**
22:12;24:11;
47:23;62:16,23;
63:5;70:17;74:1;
76:5;78:6,24;80:25;
81:10;97:3;122:1;
124:23;125:6;134:3,
22,23;135:24;136:2;
142:10;159:16;
166:5,6;181:10,13;
203:15,18;234:18;
254:20;258:1

**Meanwhile (1)**
132:11

**measles (1)**
48:19

**measure (2)**
166:24,25

**measured (3)**
122:18;153:23;
166:6

**measurement (2)**
136:6;138:13

**measuring (1)**
122:19

**meat (4)**
33:9;100:1,1;
172:18

**Medicaid (4)**
25:10,15;44:25;
114:4

**medical (42)**
27:17;38:22;39:4,
5,17,20;40:1,3,9,10;
41:1;42:22;70:19;
73:24;100:8,12;
107:13,14,19,22;
153:10;156:12;
168:21;185:5,6;
188:1,2;199:8;
212:2;217:21,23;
218:2,18;221:13;
222:3,6;225:14;
233:25;238:21;
240:19;241:10;
248:25

**medically (1)**
33:10

**medicated (1)**
210:5

**medication (21)**
25:11,19;95:1;
142:18;149:11;

150:25;178:4;
183:20;184:22;
195:15;198:24;
204:23,25;206:9,10;
207:13;208:18,19,
19,21;223:20

**medications (18)**
6:3;36:8;114:22;
142:19,20,22,23;
184:18,24,25;185:1;
195:16;208:21;
227:10;236:21,22;
237:15,16

**medicinal (1)**
207:12

**medicine (15)**
21:25;22:3;23:16;
31:4;40:14;41:24;
42:19,21;43:2;87:8;
129:23,25;193:2;
212:8;239:19

**Mediterranean (10)**
49:24;66:8,21,24;
102:1,1;127:3;
132:9;144:8;145:11

**meet (2)**
111:9;241:6

**meetings (1)**
66:2

**mega (5)**
234:9,10,10,11,11

**member (7)**
59:4,8,11,17,20,
24;211:21

**membrane (3)**
63:9,22;76:16

**membranes (2)**
72:16;76:11

**memory (1)**
6:3

**men (8)**
51:13;123:18,20,
22,23,24;124:25;
126:16

**mental (1)**
66:3

**mention (1)**
189:3

**mentioned (15)**
34:24;35:2;37:17;
91:4;99:1;146:16;
151:2;154:14;
159:18;203:4,12,13,
14;214:17;229:12

**mercy (1)**
22:10

**message (2)**
111:16;118:10

**met (7)**
21:8;151:14;
185:14,16,17;
200:19;254:13

**meta (3)**

168:5,13;253:17

**metabolism (2)**
242:11;244:22

**metabolite (1)**
245:4

**metabolites (1)**
177:24

**Metastases (2)**
231:21,21

**metasulfite (1)**
99:24

**methyl (2)**
170:8,18

**methylene (1)**
170:2

**meticulous (1)**
150:6

**M-I (1)**
97:18

**Micro (6)**
96:25;97:16;98:3,
3;154:15;186:16

**microcytic (6)**
97:18,19,19,20,20;
154:17

**microcytically (1)**
150:15

**microcytosis (1)**
186:15

**mid (3)**
94:12;95:15;
140:23

**Middle (6)**
4:6;119:13;
165:20;185:7,20;
234:3

**midwifery (2)**
43:24;44:2

**might (10)**
6:3;14:1;29:1;
71:3,6;103:12;
146:7;171:1;172:4;
243:5

**mild (12)**
126:19;131:14,16;
137:16;138:2,4;
139:2;179:6;180:12;
188:9;191:1;232:9

**miles (2)**
169:4,7

**military (5)**
24:7;211:23;
236:9,14,24

**milligrams (1)**
223:21

**milliliter (1)**
80:19

**million (2)**
64:22,23

**millions (1)**
110:1

**mimicker (1)**
230:4

**mind (5)**
10:6;213:1;
214:24;215:4;228:7

**mine (7)**
30:22;103:9;
127:4;175:11;
185:10;192:14,19

**miners (2)**
175:10,19

**minimum (2)**
90:7;123:14

**minister (1)**
54:7

**Mink (10)**
151:25;152:2;
153:13;156:7;
157:24;158:8,25;
212:13;246:16;
260:17

**Mink's (2)**
234:1;260:17

**minor (1)**
52:20

**minus (2)**
101:23,24

**minute (2)**
236:7;240:7

**minutes (12)**
26:23,23;27:1,3;
28:13;81:20;175:20;
201:12;236:5;
243:12,19;244:3

**miss (1)**
158:15

**missed (1)**
58:6

**missing (2)**
41:8,9

**mission (1)**
242:24

**Misstates (1)**
162:6

**misstating (1)**
51:4

**mistake (1)**
47:11

**mistaken (1)**
187:18

**Mm-hmm (38)**
14:20;37:13,23;
58:1,11;63:16;
77:10;88:7;92:4;
102:16;103:4;112:6;
115:5;124:18;
126:24;127:1,5;
131:2;142:7;155:1,
21;159:1;161:2;
162:9,14;165:22;
169:5;180:9;191:2,
5;194:22;195:3;
196:4;225:23;
239:21;252:16,18;
259:5

**mobile (4)**
45:9,10,24;174:10

**model (2)**
68:20,20

**moderate (6)**
126:1,19;131:15;
139:2;143:10;191:1

**mold (2)**
253:20,23

**Molecular (1)**
82:13

**moment (2)**
138:9;221:19

**money (31)**
49:1;54:9,17;
55:11;60:1,14;61:18,
19;110:12;170:15;
208:3

**monoxide (3)**
175:9,16,17

**month (6)**
31:8;48:13,23;
224:12;231:25,25

**months (12)**
48:3,23,24,25;
87:24;125:4,5,6;
190:3;196:11;231:6,
25

**more (47)**
11:12;14:6;16:11;
27:2;38:12;41:4,7;
49:25;54:11;64:11;
66:21;71:8;77:8,19;
103:21,23;106:6;
107:5;115:11;119:9;
120:14;127:12;
132:8,22;135:7;
136:2;162:22;
174:16;191:7;192:3,
4,14;201:8;203:11;
205:17;207:10;
210:14;212:14;
220:19;222:12,14;
228:15;235:2;
236:10,19;241:24;
242:8

**morning (4)**
25:18;103:24;
121:8,23

**Mosaic (6)**
4:4,19;5:9,11;7:9;
9:16

**most (30)**
10:3;24:17;26:23,
23;52:19;69:22;
71:7;82:20;111:15,
17;117:21;124:12;
130:15,25;131:9;
144:18;149:4;
167:23;168:6;
206:16;215:1;
229:19;236:2,23;
237:16;238:10;

240:23;242:9;
245:20;253:4
**mostly (1)**
157:5
**mothballs (2)**
142:11;143:25
**mother (5)**
69:5;73:9;100:4;
214:8,13
**mothers (1)**
215:7
**Mount (1)**
49:21
**mouth (8)**
51:4;103:25;
115:14;149:9,10;
177:15;178:8;231:1
**move (4)**
89:4;99:18;
104:17;216:4
**moved (1)**
56:6
**moving (1)**
110:9
**MRIs (1)**
114:13
**Mrs (1)**
250:13
**much (34)**
11:7;20:19;33:21;
61:25;80:18;87:9;
95:5;96:19;101:1;
123:4;144:5;149:1,
1;156:3;163:23;
190:7;203:23;204:3,
4,6;205:2,3;206:14;
212:14;213:6;
228:20;231:17;
237:20;240:20,22;
244:9;252:20,23;
253:2
**mucopurulent (1)**
250:23
**multiple (1)**
188:12
**multiply (3)**
162:10,12;163:1
**muscle (1)**
106:14
**muscles (2)**
74:6;121:1
**must (13)**
12:12;19:13;45:7;
49:17;50:12;53:13;
181:10;209:23;
219:19;230:12;
241:25;242:1;
259:12
**mutations (4)**
129:9;130:15,25;
131:9
**myeloid (1)**
234:17

**myopic (1)**
250:14
**myself (8)**
16:18,19;17:14;
51:18;53:24;130:12;
162:21;240:3

# N

**NAC (9)**
115:17;117:6;
122:8,10;149:12;
204:24;205:16;
206:12,14
**N-acetyl (2)**
115:17;122:11
**nails (2)**
29:23;211:17
**name (23)**
4:12;5:8,19;7:21;
45:15;55:14,17;56:4,
9;91:14;95:23;
108:16;109:10;
111:17,18,23;112:8,
18;171:3;187:10;
188:23;214:6;
216:12
**named (1)**
73:19
**naphthalene (3)**
172:14;174:11;
241:17
**narcotics (1)**
231:11
**Nations (1)**
53:22
**natural (3)**
203:20;223:3,6
**near (1)**
219:18
**necessarily (1)**
144:18
**neck (1)**
68:1
**need (24)**
5:14;6:11,14;
13:23;24:22;26:6;
29:9;61:22;77:7,14;
78:12;92:8,11;93:2,
3;94:20;138:20,25;
150:16;153:1;
183:25;202:24;
234:13;258:25
**needed (7)**
46:6,24;59:2;
62:19,21;139:20;
239:8
**needs (5)**
13:20;105:6;
115:20;150:21;
209:4
**negative (1)**
117:14

**neighborhood (1)**
220:12
**Neither (1)**
207:9
**nephrologist (3)**
94:22;190:6,11
**Netherlands (1)**
69:3
**neutropenia (2)**
159:9,16
**New (35)**
4:10,10;5:3,24;
25:4;41:13,20;43:6,
16;44:24;45:17,18,
19,22;49:16,17;50:2,
11;52:2,4;55:23;
58:6;62:24;91:17;
102:18;114:8;
116:15;150:14;
164:18;168:9;
188:14,18;190:4;
213:24;259:20
**newborn (3)**
66:12,13,14
**next (10)**
23:25;33:22;
47:12;93:16;164:3,
4;216:14;217:1;
239:5;256:1
**nice (6)**
75:11;76:10;
100:24;128:15;
155:12;176:20
**Nigeria (3)**
67:11,13,23
**night (2)**
28:10;109:5
**nitric (2)**
252:13,15
**Nobel (1)**
66:7
**nobody (5)**
64:16;65:11;99:5;
211:18;229:22
**nod (1)**
106:4
**nodule (1)**
227:20
**none (3)**
186:1,20;227:16
**no-no (1)**
168:6
**non-spherocytic (1)**
131:12
**norm (10)**
74:2;86:16,19,20,
21,25;87:1,3,10;88:1
**normal (82)**
72:14;84:15;
85:23,25;86:11;87:5,
10,11,13,16;88:22;
90:2,4;91:1,24;93:7,
8;97:12,19;121:17,

17;123:10;131:14,
16,17,18;132:17;
133:17,18,19,20;
134:16;135:1,5,9,12,
13,14,24,25;136:1,3;
137:7;138:4,6,10,12,
12;139:3,3,15,15;
140:15,16;160:10,
10;161:25;162:2,3;
163:6;165:13;166:6,
10,15,16,16,21;
186:12,14,17,18,18;
191:4;194:12;195:6;
200:14;224:23,24;
232:7;253:13;
257:12,25
**normally (1)**
13:5
**North (4)**
13:16;30:2;90:22;
112:1
**Norway (1)**
68:25
**Notary (2)**
5:4;261:25
**note (10)**
23:22,25;181:4,
13;220:18;223:4;
225:14,21;226:23;
246:23
**noted (2)**
247:18;261:17
**notes (34)**
8:22;9:2,19,21,22,
24;10:1,2,10;11:4,8;
12:21;13:1;20:19;
21:11;23:3;31:13,
14;121:3,5,6;150:4;
180:18,18;216:15;
218:19;236:7;245:8,
11;247:15,16;261:5,
9,14
**noticed (1)**
129:6
**November (2)**
4:10;230:14
**nowhere (1)**
219:9
**number (47)**
4:2,7;15:11,13,15;
16:2;19:17,18;
33:15;68:8,9;83:3;
84:4;111:17;112:9,
20,21;118:9;119:13;
128:25;135:10,12,
13;136:5;141:10,14,
17;158:20;164:10;
165:24,25;179:4,20,
22;190:13;192:25;
193:5;195:25;
215:17,21;216:11,
13;248:17;254:7;
257:24,25;261:11

**numbers (18)**
15:16;126:12;
134:14,15;136:19;
141:5,6;160:12;
161:11,12;163:25;
191:15,16;192:2,7,8;
194:11;195:21
**numerous (1)**
227:16
**nurse (1)**
45:14
**nutrition (4)**
25:20;77:8;
210:11;242:19
**nutritional (1)**
222:22
**nutritions (1)**
219:20

# O

**oath (1)**
161:4
**OB/GYN (12)**
26:21;29:17;
40:17,23;46:23;
50:24;51:20,23,25;
59:12;109:13;211:8
**object (27)**
85:24;86:2;
135:16;149:22;
171:18;173:1;174:1,
25;176:6;179:7,13;
183:7;192:10;
194:14;196:18;
200:10;201:3;
208:10;211:14;
212:19;213:14;
218:15;220:6,14;
246:19;254:10;
260:14
**objection (36)**
42:14;50:25;51:2;
92:1;106:21;107:2,7,
9;108:2,11,25;
110:24;111:4;
117:22;129:18;
134:21;144:15;
161:13;162:5;
169:11;172:6;173:2;
183:10;249:5,16,19,
25;250:4,8,11;
253:10,22;255:6;
257:14,21;258:3
**oblivious (2)**
74:23,24
**obstetric (2)**
45:9;52:18
**Obstetrics (4)**
59:25;199:9,11,12
**obstruction (1)**
246:7
**obstructive (3)**

246:1;260:19,20

**obvious (1)**
175:25

**obviously (8)**
6:10;39:6;52:6;
93:14;121:4;148:5;
184:3;251:4

**occur (1)**
184:4

**o'clock (1)**
8:3

**odor (1)**
241:23

**off (25)**
47:17,18,20;61:6;
64:2;84:23;85:20,
20;86:20;89:15,16;
90:11;114:21;
123:22;125:16,18;
187:23;195:10,12;
201:11,15;227:9;
244:10,13;261:5

**offended (1)**
63:11

**offhand (5)**
95:23;116:2;
182:19,20;252:21

**office (11)**
18:4;19:9;22:9;
28:12;55:9,15,17;
112:10,13;179:16;
187:15

**offices (1)**
4:9

**often (5)**
94:13;108:13;
119:7,20;204:18

**Oftentimes (2)**
159:17;160:24

**Ogundu (49)**
4:3;5:1,8,20;
11:13,21,23;14:7,16,
17,18;15:13,15;16:2,
14;27:8;33:15;83:4;
84:5,7;112:19;
127:14;139:22;
141:11,15,18,21;
151:24;157:23;
167:5;179:15;185:4;
187:25;195:14;
199:2;201:20;
215:18,22,25;217:2;
218:20;224:6;228:2;
244:19;261:4,8,9,12,
19

**O-G-U-N-D-U (1)**
5:21

**Ogundu_2 (1)**
15:25

**Ogundu's (1)**
261:14

**oil (3)**
68:4,5;148:10

**older (3)**
48:2;132:19,21

**Once (15)**
17:16;18:9;37:2;
40:16;71:22;73:4;
96:11;100:14;
120:15;126:6;
140:10;166:1;
168:12;205:4;
223:10

**oncology (1)**
40:14

**one (144)**
10:17;11:12;
18:23;20:13,23;
26:5;28:10;32:17,
18;33:16;40:10;
46:22;48:23;50:10;
53:14;58:6,25;
59:14;60:1;63:1;
64:19;68:17;70:7;
71:11,12,15,19;78:9;
79:2,5,8;80:21;
87:20,20;89:14,19;
94:10;101:20,21;
102:3;103:9;105:9;
106:6;107:4,20;
108:15;111:25;
113:21;114:7,14,25;
115:25;116:4,5,7,17,
24;117:13;118:2;
119:14,15;122:5;
123:23;125:5,5,23,
23;127:10,11,23,24;
128:5;129:6;132:2,
2;135:9;138:25;
140:4;145:15;146:1,
6,25;147:11,11;
149:7,24;150:19;
151:9;153:2;154:21;
168:16;170:2,7;
173:17;174:6;
176:16;177:20;
180:4;184:13;186:8;
187:7,13;188:5;
190:8,21,23;193:17,
18;203:2,3,5,11;
205:21;206:10,16,
18,20,21;207:2,3;
208:1;209:9,12;
212:16;213:22;
215:1;224:3,12;
226:15;228:6,9,15;
229:17;230:7;
236:14;238:3;
242:14;244:24;
246:11;251:5;
253:17;254:2;
256:16;260:8

**one-legged (1)**
210:15

**ones (17)**
9:8,9;11:10;15:23;

16:16,18;22:14;
32:23;52:19;59:23;
81:11;112:20;
151:11;164:19,23;
208:3;251:17

**one-year (1)**
39:16

**ongoing (1)**
17:16

**only (43)**
6:15;13:1;24:12;
26:5;29:17;32:18;
34:23;63:1,4;66:16;
86:25;99:23;101:16;
102:3;119:2;123:18,
23;135:4,6;138:20;
143:6;144:25;145:5;
146:25;193:20;
195:22;208:25;
210:10;214:11;
228:24;249:4,13,18,
24;250:3,7,21,22,23,
24;255:16;259:3;
260:8

**open (1)**
76:17

**opened (2)**
55:9;58:9

**opinion (9)**
167:8;186:13;
213:16;218:13,16,
17,19,21;232:8

**option (1)**
79:18

**orange (9)**
158:9,21,24,25;
178:12,16,17,18;
234:4

**order (1)**
136:23

**ordered (1)**
187:22

**ordinary (4)**
77:18;146:18;
150:20;258:15

**oregano (1)**
148:10

**organ (2)**
177:14;178:7

**organization (1)**
59:21

**organizations (6)**
59:5,6,7;60:12;
151:3,11

**organs (3)**
72:22;73:14;77:21

**originally (1)**
12:5

**osteopenia (1)**
224:21

**osteoporosis (1)**
224:20

**others (4)**

60:3;121:14;
226:22;241:7

**otherwise (3)**
50:14;193:1;
227:11

**out (107)**
7:5;13:18;18:11;
20:11;24:14;26:8;
28:25;29:1;30:10,
13;36:19;37:6;38:5;
41:17;42:17;47:23;
48:11;49:7;52:8;
53:2,21;54:16,25;
64:17;67:19;70:1;
71:14,16;73:11;
75:25;76:3,17;
78:11;81:4;89:1;
90:21;92:13,18;
93:12,14;95:3,14;
98:9,11;99:11,23;
100:7,9,15,16;101:8;
102:18,25;103:22,
25;106:11;110:1;
113:13,15;115:13;
116:8,22,25;119:10;
120:2,18;124:11;
132:16;134:14,16;
135:4;140:10,11;
143:23;144:25;
149:9;157:14,15;
159:2,17;168:20;
175:20;177:21;
189:8;190:13;
194:18;200:7;
205:22;209:6,11;
210:13;212:9;213:6,
9;219:8;228:18;
233:3,4,12;235:19;
239:5;240:7;241:16;
243:13;248:4;
254:16;259:9

**outfit (1)**
237:13

**Outside (10)**
40:24;41:2;45:24;
93:8;157:11,12;
173:17,19,20;255:25

**ovaries (3)**
125:2,2,3

**ovary (7)**
125:5,5,14,14,15,
16,18

**over (24)**
8:8;19:21;20:2,14;
23:10;25:6;28:7,7;
45:11;52:11;53:16;
64:4;101:2;109:4;
118:6;125:10;
148:17;156:16;
162:24;168:12;
195:17;210:5;
239:13,19

**overlooking (1)**

100:24

**overnight (1)**
102:20

**overseas (2)**
54:19;58:3

**overt (1)**
88:16

**overworking (1)**
234:19

**ovulate (2)**
125:14,15

**own (12)**
35:25;69:6;85:8;
93:17;98:24;105:25;
109:25;175:3,24;
180:17;181:4;
202:22

**oxidation (1)**
93:19

**oxidative (32)**
130:5;144:21;
175:6;206:12;219:3;
220:1,3;221:3,16;
222:13;225:3;232:3,
22;235:7;236:1;
238:23;251:15,18,
22;252:5,11,13;
253:8,20,25;254:5,
21;257:13;258:1,15,
22;259:3

**oxide (1)**
252:15

**oxides (1)**
252:13

**oxidizes (1)**
79:1

**oxygen (25)**
35:25;36:3;37:3,9,
22;38:8;63:25;64:1,
2;70:22;72:18;
75:19;76:14,18,21;
77:5;80:10;82:2;
105:6,7,10,12;
115:23;177:11;
230:1

**oxygenate (2)**
37:8,12

**oxygenated (4)**
34:20;35:18,22;
37:3

**oxygenation (6)**
34:2,12;35:2;
37:20;64:6;192:21

**ozone (3)**
252:5,7,9,9,10

---

**P**

**pack (3)**
17:17;114:12;
209:20

**packed (1)**
11:17

**Pacman (1)**
242:21
**page (44)**
10:17,18,19,20;
11:2,11,12;19:4,15;
129:9,12;130:13,19;
142:4;152:4,7,9,22;
153:6,22;156:11;
158:24;159:8,21,22,
23;160:1;165:16,18,
20;180:7;195:20;
216:14;217:1,12;
218:6,7;224:8,9;
226:24;234:2,2,3,9
**pages (6)**
10:13;14:21;15:8,
24;152:23;216:20
**paid (6)**
43:2;46:13;48:23;
61:23;228:23,23
**pain (47)**
46:8;49:4,5;74:1,
16;95:5;103:14,17,
18;104:2,3,12,20,21,
22;105:2,16;106:9,
12,13,14;116:14;
121:24,24;122:1;
124:11;177:13;
217:20;223:14;
231:13,14,17,23,23;
237:21,22,23,24;
238:16,17;242:7,7;
243:6,6,8;248:23;
250:7
**pains (6)**
74:5;104:17;
206:1;217:19;
248:22;250:3
**Pakistanian (1)**
187:8
**palpitation (2)**
70:8;102:24
**palpitations (1)**
103:12
**pancreas (2)**
104:7;242:12
**pancytopenia (2)**
181:10,13
**paper (5)**
17:2;92:7;106:24;
107:11;202:23
**papers (4)**
66:7;93:3;110:1;
112:23
**paragraph (8)**
19:19;33:17;
181:25;182:1;
185:20;217:13;
224:8;227:5
**parameter (2)**
170:21,22
**parameters (1)**
255:10

**parasite (1)**
143:14
**parenterally (2)**
230:20;232:14
**parentheses (2)**
248:11,12
**Park (1)**
4:10
**Parkway (1)**
63:2
**Parsons (1)**
12:6
**part (10)**
5:14;11:2;50:13;
81:2;128:6,8;
153:25;211:4;
242:24;260:13
**particular (9)**
17:6;109:17;
120:20;133:20;
183:12;186:7;
187:22;202:17;
208:2
**particularly (1)**
247:8
**parts (4)**
88:15;105:7;
214:1;241:15
**passed (2)**
92:13,19
**past (1)**
89:7
**Pastor (2)**
4:14;5:4
**patch (1)**
124:2
**pathophysiology (1)**
19:22
**pathway (4)**
62:10,10,22;
242:12
**patient (51)**
13:5,12,22;17:7,
20;21:22;23:16,21;
26:22;27:12,22,25;
28:5;29:11,12,16;
30:2,11,12,20,21;
31:1,4,5,7;73:2,4,5;
106:2,4;109:24;
110:7;118:9;119:10;
157:20;163:22,22;
165:2;176:13;
181:18;188:9;
198:11;200:17;
216:3;218:24;222:7;
224:11;226:11;
232:25;240:8;256:5
**patients (21)**
8:8;10:4;13:7,8,
10,14;22:11;26:21;
28:5;30:16;60:15;
103:22;104:5;
111:24;119:11;

121:7;142:6;211:9;
219:13;222:2;
256:10
**pause (1)**
244:6
**pay (17)**
25:17;43:3;45:11,
13,21;46:9;48:6,12;
54:9;59:14;72:25;
103:2;110:11,13,16;
114:6;239:5
**paying (3)**
30:17;48:24;87:9
**pays (1)**
25:15
**PCOS (1)**
227:22
**peanuts (3)**
239:4;259:7,8
**pee (1)**
79:12
**peeing (1)**
99:14
**peer (2)**
77:24;213:21
**penalty (1)**
103:2
**pence (1)**
167:24
**pending (1)**
6:17
**penicillin (1)**
198:12
**Pennsylvania (1)**
66:15
**pentose (2)**
62:10,19
**people (100)**
18:16;24:8,12,16,
17;25:5;31:9;34:18;
35:8;36:2;45:14,23;
47:25;49:3,23;
50:13;51:10;54:8;
64:14,25;66:1,18,20,
24;69:4,23;70:4,22;
71:7;80:11;81:6;
85:6;89:10;102:4,4,
6;103:1,5,15;105:15,
21,24;106:16;
111:15,17,25;
112:21;113:9;114:5;
116:7,8,13;124:12;
125:2;132:22;137:5;
146:1;148:14;149:4,
5;151:9;155:13;
166:3;168:2,7;
175:7;181:3;183:21,
22;192:1;206:16,22;
207:11;210:14,16;
215:10;220:23;
223:13,15;224:23;
228:13,19;236:3,23;
237:1,15;238:11;

239:23;241:4,12;
242:5,9,25;245:20,
22;247:6;253:5,16;
258:15,16
**people's (1)**
185:10
**pepper (2)**
178:10;223:14
**Pepsi (1)**
71:11
**per (2)**
80:18,18
**percent (43)**
45:11,12,13,21;
64:18,20,24;68:22;
80:5;131:14,15,18;
133:17;134:1,1,2,8,
9,10,16,17;135:5,5,6,
7,11,13,22,23,23,25;
136:1,2;138:5,10,11,
25;139:3,14;191:3,7;
194:12;200:14
**percentage (4)**
133:24;173:23;
195:6,7
**perfectly (2)**
61:24;67:11
**perform (3)**
189:2,25,25;
251:10
**perinatologist (1)**
47:7
**period (8)**
54:18;88:5,11,14;
120:20,22;156:16;
174:19
**Peripheral (1)**
159:10
**peritoneal (1)**
77:3
**permission (1)**
256:20
**peroxide (1)**
120:25
**persistently (5)**
200:19,23;232:4;
234:12,13
**person (45)**
14:2;27:5;37:1;
50:11;70:7,9;71:14,
23,25;77:18;80:3;
81:7;93:4;101:25;
104:1;111:16;113:4,
10;140:11;143:21;
144:7;146:7;155:3;
157:2;165:5;181:2;
186:7;187:13;
188:20;190:9,10;
198:25;228:15;
229:24;230:8;238:6;
253:15,18

**personal (1)**
261:14
**personally (1)**
239:16
**persons (1)**
218:9
**person's (2)**
69:21;89:23
**pertains (1)**
9:9
**Peter (7)**
133:7,10,12;145:1,
9;146:6;241:7
**Peter's (1)**
229:25
**pharmacist (1)**
95:10
**pharmacy (1)**
95:3
**PhD (1)**
39:2
**philanthropy (2)**
50:11;52:13
**phone (7)**
4:20;29:2;31:20,
24;36:16;91:12;
229:17
**phosphate (2)**
62:8;165:24
**photocopy (2)**
11:1;261:4
**physical (3)**
19:23;20:3;188:13
**physically (1)**
102:12
**physicals (1)**
51:13
**physician (21)**
17:10;30:24;48:7;
51:18,23;106:1;
153:5;176:12;
188:17;225:15;
226:2,4,9,13,19;
238:12;240:2;
241:11;256:2,2,3
**physicians (6)**
94:4,11;198:2;
208:12;230:7;238:2
**pick (1)**
32:19
**picture (12)**
31:19,20,23,25;
32:2,3,4;91:15;
113:4,5;122:4;233:8
**piece (2)**
107:24;108:8
**pier-reviewed (1)**
213:20
**PIH (1)**
23:18
**piled (1)**
21:14
**pinpoint (2)**

       

102:2;107:20

**Pitocin (1)**
50:20
**place (19)**
12:9,11;22:8,9;
43:4;44:9,23;54:6;
112:18;173:8;
175:21;209:14;
219:15;220:17;
233:4,5,13;236:14;
238:9
**places (8)**
49:19;53:14;
67:24;68:22;158:20;
159:6,7;241:24
**plaintiff (2)**
4:4,23
**Planning (3)**
44:11,13,20
**plant (1)**
256:1
**plasma (1)**
80:21
**platelet (1)**
114:17
**platelets (5)**
23:21;97:8;119:2;
159:18;181:12
**please (18)**
4:16,25;5:18;6:6;
9:5;11:7;14:15,19;
15:19;49:5;52:17;
62:6;111:18;112:4;
131:7;144:3;179:11;
203:11
**plenty (1)**
53:9
**pleurisy (1)**
250:24
**plus (2)**
107:12;222:4
**pm (16)**
61:6,9;83:3,5;
84:2,4;141:10,14;
201:15,18;215:17,
21;244:13,16;
261:11,17
**pneumonia (6)**
29:20,22;52:1;
250:20,21;251:1
**PO (1)**
231:1
**pocket (2)**
174:7,9
**point (24)**
44:4;50:22;51:21;
88:12,25;100:23;
105:18;106:7,19,25;
107:5,24;108:8,23;
160:25;166:3,18;
174:21;200:21;
202:17;225:1,7;
231:10;235:18

**pointed (2)**
89:1;219:8
**pointing (2)**
159:2;217:14
**poison (1)**
71:23
**pollution (1)**
101:1
**poo-poo'd (1)**
223:13
**poor (1)**
60:6
**population (2)**
64:18;143:11
**portal (1)**
178:2
**positive (1)**
188:12
**possibility (1)**
227:25
**possible (2)**
21:1;220:22
**practical (1)**
66:1
**practicality (1)**
127:11
**practice (8)**
29:11;42:2;56:2,4,
7;193:2;199:21;
200:4
**practicing (11)**
41:24;42:4,5,18,
21;43:2;50:23;
51:20,22;129:25;
239:19
**practitioner (1)**
42:10
**praised (1)**
150:5
**pre (1)**
247:25
**precursor (1)**
115:18
**precursors (1)**
234:17
**predominant (1)**
125:20
**preeclampsia (1)**
23:17
**prefers (1)**
66:5
**pregnant (3)**
45:7;50:18;74:11
**premature (2)**
45:3;46:5
**prematurity (2)**
45:25;46:1
**Preoperative (1)**
159:9
**preparation (3)**
7:12,13;8:20
**prepare (2)**
6:25;26:15

**prepared (1)**
217:5
**preparing (1)**
6:10
**prescribe (3)**
115:1;117:4;207:7
**prescribed (1)**
117:19
**prescription (2)**
28:8;197:24
**present (9)**
4:16;58:16,22;
185:8,23;186:2;
221:15;227:14,18
**presentation (1)**
214:18
**presentations (2)**
214:17,25
**presented (3)**
213:23,24,25
**preservative (1)**
259:11
**preserved (1)**
168:5
**president (3)**
54:4;100:11,11
**pressure (6)**
28:6,11,17,19;
29:8;207:19
**preventative (1)**
207:2
**preview (1)**
97:5
**previously (2)**
84:8;233:24
**Primaquine (3)**
99:15;143:7,8
**primarily (2)**
50:23;51:20
**primary (13)**
17:10;21:6;22:1,2,
12;29:17,18,24;
30:24;51:22,24;
177:17;190:10
**prime (1)**
54:7
**print (1)**
18:10
**prior (1)**
52:11
**private (1)**
56:2
**privilege (2)**
45:14;60:10
**privy (2)**
156:13;196:22
**prizes (1)**
66:7
**probability (3)**
218:3,18;238:21
**Probably (8)**
12:14;25:15;
31:17;60:24;69:8;

70:11;98:7;104:8
**problem (59)**
8:9;25:9,12;33:24,
25;50:17;55:11;
62:18;65:17,23;66:4,
6;67:2,3;68:14;
72:15,16,19;77:1,12,
19;78:15;86:23;
100:20;101:1;112:1;
113:15;114:18;
115:21,25;117:8;
118:12;119:12;
123:24;124:1;126:8;
130:3,3;132:8;
136:12,12;139:5,6;
156:22;157:16;
164:5;171:21;175:6;
182:10;185:22;
189:15;208:25;
209:1,15;229:25;
237:2;242:14;
254:17;259:7
**problematic (1)**
136:16
**problems (10)**
30:4;55:2;74:9,10;
78:17;124:6;210:21;
223:16;225:1;
227:13
**Proceed (1)**
220:7
**process (1)**
110:2
**produce (1)**
12:20
**professional (2)**
59:7,21
**progesterone (1)**
120:22
**program (9)**
40:21;41:12,13;
43:11,25;44:1,2,3;
57:11
**programs (1)**
43:24
**property (1)**
21:16
**proposed (1)**
152:2
**prostrate (1)**
124:25
**protein (1)**
189:8
**prove (1)**
240:16
**providers (1)**
27:17
**psychology (7)**
27:15;38:25;39:1,
2,9,14;40:25
**Public (3)**
5:4;241:23;261:25
**publications (2)**

70:11;98:7;104:8
**published (1)**
107:21
**pull (2)**
23:10;190:13
**pulled (2)**
118:6;227:9
**pulmonary (9)**
38:10;80:7;
157:17,17;200:20;
246:2;247:19;
260:19,20
**pump (2)**
102:2;242:19
**purview (1)**
97:23
**pushed (1)**
8:2
**pushing (1)**
124:14
**put (60)**
11:14;18:24;19:1;
28:14;30:5;7,8,8;
34:22;38:2,8;49:10;
51:24;56:8;71:24;
72:11;91:20;93:5,
11;95:24;101:8;
102:17;104:16;
114:22;119:25;
126:21;138:8;143:4;
146:9;149:6;158:12,
14;173:10;174:2,6;
175:13;176:11;
177:11;178:8;184:5;
192:11,23;198:4;
202:12;205:5;
207:22;217:8;219:4,
11;221:18;224:15;
233:4;239:25;
241:16;250:18;
251:1,2,7;259:11,12
**puts (1)**
204:8
**putting (3)**
51:4;188:22;
247:21
**Pythagoras (2)**
10:22,24

**Q**

**quacks (1)**
260:6
**qualification (1)**
222:1
**qualifications (1)**
38:16
**qualitatively (1)**
101:17
**quantify (1)**
213:2
**quantitate (1)**
212:17

**quantitative (1)**
140:8
**quantitatively (2)**
101:17;122:20
**Queens (12)**
46:12,14,21,25;
47:3,4,5,16;55:4;
57:24;58:7;170:12
**Quest (3)**
159:24;194:5,17
**quick (1)**
201:13
**Quickly (2)**
225:20;243:4
**quinine (3)**
144:6,6,8
**quit (1)**
58:21
**quite (3)**
100:3;180:12;
227:11
**quote (1)**
245:4
**quotes (1)**
248:10

**R**

**raccoon (1)**
259:21
**raccoons (1)**
259:22
**race (1)**
210:16
**racing (1)**
70:8
**radiology (1)**
169:25
**rain (3)**
170:10;172:14;
177:23
**Ramesh (3)**
187:10;188:3,6
**ran (1)**
41:17
**range (60)**
84:16;85:2,7,17,
18,23,25;86:11;
87:13,16,21;88:23;
90:2;91:1,24;93:7,8,
12,15;95:14;123:10,
14;133:19;134:11,
12;135:2,9,20;136:3,
24,25;137:6;139:6,7;
140:10,12,12,14,15,
18,21;160:15,16,18,
19,21;161:8,10,20;
162:4,7,20;166:13,
15;193:15;194:3;
195:2;201:7;257:12,
25
**ranges (1)**
85:14

**rare (1)**
102:5
**rash (5)**
113:19;177:22,25,
25;235:16
**rashes (9)**
122:3;200:21;
217:18;233:7;
248:22;249:4,6,7,14
**rate (1)**
110:17
**rather (1)**
247:3
**RBC (8)**
160:9,20;163:11,
11;165:8;234:15,15,
16
**RBCs (3)**
89:24;165:12;
255:10
**RDW (4)**
88:19;89:25;
165:11;234:5
**react (5)**
102:23;253:6,18;
258:15,16
**reacting (2)**
143:19;247:9
**reaction (5)**
62:9;67:23;
122:16;235:11;
236:1
**reactionary (3)**
217:18;248:21;
251:5
**reactions (2)**
71:1,2
**reacts (2)**
143:21,22
**read (24)**
9:10;33:2;70:2,18;
85:8;107:14;108:4;
124:16;131:3,7;
139:11;144:3;152:3,
16,17,23;155:9;
156:5;222:19;230:1;
246:23;247:4;
248:15;258:21
**reading (3)**
153:11;156:5;
190:20
**readings (1)**
258:20
**reads (1)**
19:20
**Reagan (1)**
95:8
**real (9)**
48:11,12;101:8;
121:22;130:8;
209:15;212:6;239:3;
256:23
**realized (1)**

49:2
**realizing (1)**
84:20
**really (36)**
35:9;62:9;69:14;
70:16;74:17;84:20;
88:12;89:1;112:4;
113:23;114:17;
122:11;136:14;
148:16,16;161:11;
170:25;174:18;
181:22;182:15;
191:22;192:8,11;
197:8;201:5;209:14;
225:8;229:24;
231:10;232:15;
233:17;234:19;
238:3;239:3;252:8;
257:3
**realm (3)**
31:4;69:13;228:12
**re-ask (1)**
220:10
**reason (20)**
24:20;31:15;35:3;
48:18;53:17;81:9;
93:16;104:9;116:9;
124:13;126:10,10;
129:16;141:1;156:6,
24;164:25;212:24;
219:14;252:24
**reasonable (5)**
218:2,18;228:20;
238:21;249:2
**reasons (4)**
75:23;228:7,9;
245:25
**rebound (2)**
77:16,17
**rebuilding (1)**
71:17
**recall (1)**
7:22
**received (1)**
188:16
**Recess (6)**
61:7;83:5;141:12;
201:16;215:19;
244:14
**recognize (1)**
109:21
**recollection (2)**
35:24;149:25
**recommend (5)**
202:7,10,15;
203:7;207:17
**recommendation (1)**
202:5
**recommendations (6)**
205:9,19;206:5;
208:6;219:24;223:6
**recommended (2)**
201:20;207:15

**recommending (1)**
231:5
**record (32)**
4:17;5:19;13:24;
29:25;32:25;42:14;
49:10;57:1;61:6,9;
153:2,10;158:4;
179:16;183:15;
184:21;185:5,6;
188:1,2;201:12,15,
18;228:8;233:2;
239:8,15;244:11,13,
16;250:16;261:6
**records (40)**
8:19;9:11;12:22;
13:2,6,8,13;14:24;
15:1,20;16:7,15,21,
21;17:21;21:7,13,22;
31:10,11;32:21;
33:14;90:25;156:12;
158:3;178:22;179:4,
8,17;188:16;196:23,
25;197:2,4,7,14;
221:13;255:17,21;
261:15
**rectal (1)**
88:17
**red (22)**
63:1,4,7,13,13,14,
21,24;64:5;69:20;
70:20;72:25;76:10,
20;78:21;80:23;
82:2;140:9;160:8;
181:12;230:2;
234:24
**redirect (1)**
243:11
**reduced (1)**
115:11
**refer (1)**
65:1
**reference (2)**
140:12,14
**referred (3)**
95:19;141:25;
168:23
**referring (2)**
142:12;165:25
**refine (1)**
68:4
**reflect (1)**
260:18
**reflected (3)**
81:18;88:18;
183:15
**reflects (1)**
221:15
**regarding (13)**
7:16;8:14;9:2,22,
24;12:21;13:2;15:2,
20;88:22;111:3;
129:8;167:19
**regardless (2)**

70:21;87:25
**regards (1)**
192:24
**regional (4)**
68:14;143:6;
225:21,24
**regular (1)**
29:16
**regularly (4)**
26:6;119:8,9;
167:14
**relapses (1)**
113:18
**relate (5)**
11:5,8;186:1,3;
227:17
**related (13)**
144:19;174:15,16;
188:11;196:16;
213:20;228:4;
231:14;235:6;
238:22;253:4;
256:11;260:23
**relates (1)**
10:20
**relating (6)**
10:11;12:22;16:7;
212:3;255:18,21
**relationship (6)**
37:19;75:1,14;
78:3;105:19;154:22
**relaxation (1)**
28:18
**reliever (1)**
223:14
**rely (2)**
77:22,23
**relying (1)**
77:23
**remedies (2)**
223:3,6
**remember (58)**
8:6,9;20:4;25:10;
33:22;34:3,8,10,16;
35:6,15,17;36:6,13,
21,24,25;51:9;57:18;
60:18,19,20;63:23;
65:18;69:19;95:23;
105:4;111:19;
115:22;116:2;
128:19;129:25;
131:25;150:4,5;
154:10,23;155:19;
157:13;164:7;
173:17;174:3;
178:12;179:25;
180:3,20;187:22;
189:5;198:3;204:9;
205:12,12;214:21;
240:25;242:10,15;
245:3,21
**remind (1)**
258:6

**remove (1)**
221:3
**removed (1)**
247:19
**removing (1)**
211:17
**repeat (2)**
28:11,19
**rephrase (1)**
6:7
**report (1)**
95:24
**reporter (3)**
4:13,25;6:9
**Reporting (1)**
4:15
**reports (2)**
19:25;140:2
**represent (1)**
5:9
**represented (1)**
6:20
**representing (1)**
4:19
**republican (1)**
24:14
**request (1)**
16:21
**requesting (1)**
230:20
**requests (4)**
14:22,23,24;
188:17
**require (1)**
180:12
**research (7)**
105:22;107:23;
108:20;109:25;
175:3,24;237:14
**residency (1)**
40:6
**residing (1)**
5:2
**respect (4)**
121:10;213:16;
250:13;257:19
**respiratory (4)**
247:7;248:8;
260:12,21
**respond (1)**
70:22
**response (1)**
121:17
**responses (1)**
5:15
**responsibility (1)**
21:18
**responsible (1)**
22:4
**rest (2)**
205:17;223:10
**result (7)**
140:25;141:1;

146:5;199:23,25;
212:15;213:3
**results (1)**
137:18
**resumed (1)**
84:8
**retic (2)**
154:24;155:3
**reticking (1)**
96:9
**reticular (2)**
89:21,25
**reticulate (1)**
234:5
**reticulating (1)**
163:23
**reticulocyte (11)**
71:4;82:21,24;
84:14;88:19;90:3;
154:18;155:6,15;
164:4;234:7
**reticulocytes (5)**
32:9;70:13;96:9;
163:24;164:19
**review (1)**
8:19
**reviewed (4)**
8:21;77:24;
108:20;213:22
**reviewing (1)**
247:18
**reviews (3)**
19:23;152:20,24
**rich (2)**
55:21,25
**ride (1)**
61:25
**right (108)**
9:16;10:11;24:2;
26:21;27:6;30:23;
32:15,24;35:24;
38:7;44:17;46:9;
53:11;55:3,25;58:18,
18,18;59:18;63:8;
68:1;72:1;73:18;
74:24;76:14;79:16;
80:4,6;87:1;88:6;
91:2,3;92:7,13;
95:15;98:19;102:10;
103:12;105:6;
106:12;107:1;
110:11,23;113:9;
115:4;117:2,5,7;
124:17;125:1,8,9,15,
16;126:23,25;127:3,
4;128:9;134:9,20;
135:4;136:5;138:16;
139:1,6,20;140:16;
142:13;146:11;
147:23;148:6;
152:21;154:25;
160:6,20;162:8,24;
163:12,17;164:15;

169:10;171:15,17;
175:10;176:5,22;
182:4,15;183:20;
186:13;191:22;
194:21;196:5;
197:16,18;198:13;
204:22;208:23;
216:7;217:14;
227:20;229:17;
237:13;238:7;244:2;
248:17;259:23
**rights (1)**
228:9
**ring (3)**
133:7,9,12
**risk (18)**
143:1,2,3,3,8,10,
12;144:11;146:3,8;
148:19,21;182:17,
24;183:21;196:10;
198:3;253:7
**risk/low (1)**
144:10
**risks (1)**
242:25
**RLW (1)**
19:14
**RLW523 (1)**
19:11
**Road (6)**
5:2,23;14:12;55:4;
115:21;127:7
**Robbins (8)**
153:5,17;185:5,7;
225:15;226:3,7,18
**R-O-B-B-I-N-S (1)**
225:16
**Robinson (12)**
22:20;31:13;
92:13;95:18;127:24;
153:4;221:14;
225:17;226:21;
230:9,18;232:22
**Robinson's (1)**
232:8
**Ronald (1)**
95:8
**Ronda (8)**
4:3;5:11;11:13;
30:19;215:10;
216:22;222:11;
228:22
**room (6)**
28:14,15;149:12;
174:8;205:24;
206:25
**rope (1)**
116:24
**rose (1)**
150:23
**Rosedale (3)**
102:19,20;170:17
**rosemary (3)**

207:5,6,8
**rotation (4)**
40:12,19,19;57:3
**round (2)**
67:17;76:10
**routine (1)**
87:20
**rub (1)**
178:10
**rule (1)**
126:17
**run (6)**
49:19;95:9;115:9;
192:18;210:15;
243:13
**running (2)**
57:10;192:18
**ruptures (1)**
78:23
**rush (1)**
157:16

---

## S

**sacrum (1)**
238:19
**sad (1)**
239:17
**sage (1)**
205:2
**salad (4)**
176:20;203:3;
204:8;205:6
**salt (9)**
207:15,16,17,20,
23;208:1,2,4;235:2
**same (53)**
11:25;15:23,25;
36:5;48:4;56:16;
63:19;64:12;69:22;
70:25;72:24,24;
73:12,25;74:14;
77:15;92:22,24;94:3,
7;103:9;104:6;
106:3;108:2,11;
109:14,15,20;111:4;
123:3;124:9;125:21;
126:10;132:12;
169:8,21,22;186:11;
187:8;188:20;
190:23;203:5;
208:25;209:1;
220:16,17;237:3,6;
246:8;247:17;
248:12;249:8,25
**Sapranova (1)**
22:23
**Saratoga (1)**
45:22
**save (2)**
247:2,3
**savvy (1)**
18:14

**saw (16)**
15:23;28:7;53:18;
114:24;132:1;158:2;
182:14;190:23;
204:14,15;226:7,14;
233:7;246:12,15;
254:12
**saying (59)**
16:20;31:3;32:22;
35:3;63:11;64:23;
68:12,21;77:9;
79:18;89:6;95:9;
97:7,16;105:21;
107:22;108:12;
120:13;129:24;
130:7;135:1,19,22;
136:1;144:13;
147:16,17;155:6;
156:15;161:6,14;
163:4;166:19;
168:11;176:8,23;
178:20;179:5;181:4;
186:11,15,19,20;
189:5;191:25;192:2;
197:16;202:19;
210:5;212:24;229:5;
231:24;234:25;
247:21;254:4;255:9,
25
**scans (1)**
21:10
**scared (1)**
157:8
**scheme (2)**
130:17;131:10
**schemes (1)**
133:15
**school (16)**
38:18,23;39:4,5,
17,20;40:1,8,10;
41:2,15,16,20;42:22;
124:9;240:19
**scientific (9)**
105:18;106:7,19;
107:5,25;108:8,23;
174:22;249:3
**scope (1)**
107:12
**scream (1)**
74:9
**sea (4)**
207:23;208:1,2,4
**searched (1)**
16:13
**second (9)**
54:11;130:24;
133:3;142:3;156:11;
180:10,10;217:12;
218:6
**secondary (1)**
110:3
**section (2)**

109:7,8
**seeing (13)**
20:24;28:5;32:7;
67:22;72:8,9;88:18;
96:6;110:6;161:16;
186:7,22;228:24
**seem (1)**
150:16
**seems (2)**
158:6;187:2
**sees (2)**
26:24,25
**seizure (1)**
48:18
**sell (1)**
115:13
**send (22)**
13:9;17:6,8,9,9,11,
12;18:11;19:7,9;
31:8,20;32:12;
33:11;91:11;92:12,
22;112:24;153:7,13,
13;189:15
**sends (1)**
151:15
**sense (17)**
23:16;26:2;45:3;
46:7;67:9;85:2;98:2,
25;105:3;148:16;
161:15;162:15;
163:22;165:14;
166:21;186:12;
192:9
**sensitive (8)**
175:15,15;212:14;
213:2;222:12;
257:13;258:1;
259:17
**sensitized (1)**
258:11
**sent (4)**
31:18;49:18;
153:19;190:11
**sentence (8)**
130:24;131:7;
180:11;217:16;
227:5;248:7,15,17
**sepsis (2)**
198:13;250:25
**September (7)**
111:12;230:13,14,
14;231:6,24;232:21
**serial (1)**
20:22
**serious (2)**
243:20;244:5
**serum (1)**
80:21
**serve (1)**
12:5
**served (2)**
12:2,5
**Service (1)**

14:8
**Services (1)**
4:15
**set (3)**
14:4;20:11;91:6
**sets (1)**
91:19
**seven (2)**
81:20;244:1
**several (4)**
8:8;22:20;102:10;
216:20
**severe (17)**
18:17;66:22;
126:2,19;131:11,13;
133:16;134:5;
135:10,20;137:6;
139:13,16;200:13;
225:8;232:16,17
**sexual (2)**
41:12;44:3
**Shah (11)**
179:24;180:1,3;
187:6,10,12;188:1,3,
6;189:1,3
**shall (1)**
221:9
**share (2)**
52:8;237:8
**shared (1)**
179:9
**shelf (1)**
208:4
**shells (1)**
67:25
**shelter (2)**
45:16,23
**Shi-La (1)**
4:12
**shock (1)**
232:12
**shoe (1)**
171:6
**shoes (1)**
224:18
**shoot (2)**
75:24;164:9
**shooting (1)**
76:1
**shop (1)**
135:7
**Shore (2)**
90:22;100:23
**short (6)**
148:25;171:23,24;
184:8;248:23;256:8
**shorter (2)**
26:24;224:21
**Shortness (3)**
176:16,17;217:20
**shot (6)**
70:24;73:13;
93:12;100:10;213:7;

251:16
**shots (1)**
93:18
**shoveling (1)**
38:5
**show (12)**
26:14;46:7;91:7,7,
10,10;113:8;128:18;
153:16;154:12;
179:8;229:16
**showed (7)**
93:2;96:7;181:11;
222:25;246:13,15;
254:12
**showing (5)**
182:13;220:2;
232:2,23;240:6
**shown (1)**
179:3
**shows (2)**
128:22;154:1
**shunt (2)**
62:10,19
**shut (1)**
73:15
**shuts (1)**
73:17
**siblings (1)**
239:17
**sick (2)**
173:21;233:18
**sickle (9)**
65:14;74:19;
95:20;104:19;
211:10;236:15;
238:6,7,10
**side (5)**
11:1;101:3;102:2,
4;152:14
**sides (2)**
26:20;258:19
**sign (2)**
89:3;217:1
**signed (1)**
17:13
**signs (3)**
116:8;176:15;
181:1
**silent (1)**
220:25;221:1
**silly (1)**
155:25
**simple (1)**
74:7
**Sinai (1)**
49:21
**singing (2)**
175:17,18
**single (1)**
107:24
**sink (2)**
241:17,22
**sinus (3)**

217:19;248:22;
249:24
**sister (7)**
50:17;52:5;
209:10,11,19,20,24
**sit (11)**
28:14;53:1;60:17;
66:3;91:18,23;92:2;
108:22;156:14;
198:17;245:6
**site (2)**
177:17;220:25
**sitting (13)**
27:5;78:24;91:6;
106:20,22;148:15;
165:8;220:10;
223:10,11,12;228:2,
22
**situation (1)**
123:6
**six (7)**
53:4;87:24;125:5,
5;180:23;207:1;
214:9
**size (6)**
96:21;97:11,12,
13;157:3;160:8
**skin (12)**
170:6;177:13,14;
178:4,7,8,11,19,24;
179:2;200:21;233:6
**skirts (1)**
49:25
**Skype (7)**
14:2,4,4;31:23;
128:4,6;189:22
**Skyped (1)**
22:15
**sleep (1)**
29:23
**sleeping (1)**
212:11
**slipping (1)**
225:4
**slowly (1)**
147:13
**small (5)**
71:24,24;157:2;
165:12;173:22
**smaller (1)**
155:25
**smart (1)**
149:4
**smarter (1)**
81:9
**smell (1)**
241:20
**smelling (1)**
174:8
**smoke (2)**
68:4;181:18
**smoker (3)**
35:13,14;247:20

**smoking (2)**
245:24;247:11
**snake (5)**
48:8;116:23,23;
254:5,6
**sneeze (1)**
116:4
**SO2 (3)**
222:11;232:24;
233:1
**soak (1)**
120:25
**society (1)**
59:11
**sold (1)**
227:24
**soldiers (2)**
236:21;237:10
**solving (1)**
55:2
**somatic (1)**
227:16
**somebody (43)**
20:6;29:4,16,19,
21;30:5;35:10;
47:11;66:5;67:12;
68:3;70:23;72:12;
74:12;79:21;88:16;
91:19;99:12;101:25;
104:11,16,18;
122:20;127:9;130:1;
141:4;146:16;157:3;
166:22;180:22;
205:1;209:19;213:7;
219:17;235:19;
238:2,6,12;240:3;
246:3;250:19;252:3;
259:25
**somebody's (2)**
36:3;85:1
**someone (11)**
29:11,12;87:15;
97:14;171:16;
175:12;189:25;
210:2;213:3;218:25;
224:10
**sometime (3)**
95:14;111:13;
214:22
**sometimes (35)**
17:5;22:18;23:4;
34:23;46:1;54:13;
73:1;74:18,18;77:1;
81:4;86:19,20;91:11,
18;113:18;115:4;
120:1,7,14,15,16;
145:16;166:23,25;
172:16;173:16;
192:1;200:23;219:9;
225:5;232:16;
235:18;237:10,17
**somewhat (1)**
156:23

**somewhere (5)**
8:24;95:20;108:4;
124:16;227:23

**son (4)**
103:9,9;170:15;
214:10

**sonogram (1)**
54:12

**sons (3)**
73:9;214:13;240:7

**sooner (1)**
258:12

**sorry (16)**
47:13;58:2,5;
70:18;78:15;92:20;
134:12;143:14;
144:16;187:5;191:6;
196:1;207:21;
216:13;218:6;
249:10

**sort (3)**
160:13;213:12;
250:14

**Sounds (2)**
6:18;155:25

**soup (1)**
235:2

**source (2)**
78:2;189:10

**sources (1)**
176:5

**South (2)**
53:11;55:4

**southeast (1)**
55:4

**space (1)**
18:23

**spacing (1)**
203:17

**Spanish (1)**
69:9

**spare (1)**
105:9

**spasm (1)**
235:22

**speak (3)**
7:11,16;179:18

**speaking (3)**
6:11;179:25;180:3

**speaks (1)**
184:21

**special (6)**
210:24;211:12,15,
16,16,18

**specialist (2)**
4:13;188:14

**specialists (2)**
23:1;165:21

**specialty (2)**
29:18,18

**specific (4)**
90:17;180:12;
207:7;254:4

**specifically (5)**
21:15;107:11;
117:4;171:3;236:10

**spell (1)**
52:16

**spend (3)**
46:6;120:4;170:14

**spending (2)**
54:19;58:3

**spends (1)**
120:5

**spent (1)**
224:6

**spices (1)**
205:18

**spill (1)**
76:17

**spin (5)**
80:25,25;81:1,1;
96:18

**spinach (1)**
204:2,3,4,5;205:1

**spite (1)**
230:16

**splitting (1)**
31:2

**spoke (10)**
7:20;34:16;36:15;
94:21,22,24;95:20,
21;188:20;230:8

**spoken (6)**
8:1,11;22:20,21;
23:1,6

**spongy (1)**
238:13

**spooks (1)**
87:8

**St (10)**
40:11;57:5,6;
133:7,10,12;145:9;
146:6;229:25;241:6

**stab (1)**
165:2

**stabilized (1)**
34:15

**stable (1)**
115:14

**stage (1)**
207:4

**stages (2)**
73:15;232:18

**stairs (1)**
141:5

**stand (4)**
177:1;217:7;
218:13,20

**Start (25)**
35:18;41:13;
42:18;56:7;70:7,8,9,
22;71:16;72:7,8,9,
10;78:16;79:23;
117:6;143:18;
164:15,18;178:20;

193:22;208:22;
224:22;225:3;
258:12

**started (18)**
38:25;41:11;
42:21;43:8;44:2,25;
53:17;54:21;55:5;
95:18;101:21;102:7;
105:20;146:12;
183:18;230:17;
242:17;243:24

**starts (9)**
37:2;57:17;69:24;
77:12;81:11;132:18;
164:17;216:21;
219:6

**stat (1)**
28:10

**state (3)**
5:18;42:13;213:24

**stated (1)**
117:19

**statement (8)**
51:7;77:23,25;
218:1,7,21,23;239:2

**States (8)**
4:5;66:14;68:16,
17,19;211:23;
213:23;217:17

**stay (11)**
29:6;61:22;
102:20;103:20;
149:11;170:20,20;
174:12,12;209:10,17

**stayed (5)**
46:18;56:19;
114:24;209:21,23

**staying (1)**
173:21

**stays (2)**
220:16;234:12

**stem (1)**
80:19

**step (1)**
104:10

**steps (1)**
221:3

**still (26)**
22:13;29:5;53:14;
54:25;56:17,17,21;
87:5;132:25;135:15;
157:2,15;173:24;
185:19;206:3;
208:24;220:2,11,13,
16,17;231:9;232:1,2;
240:8;254:18

**stone (5)**
85:19;126:20,21;
130:11;233:11

**stones (4)**
116:12;121:22;
130:10

**stool (1)**

**stop (4)**
12:14;23:22;
54:10;56:19

**stopped (3)**
182:1,4;183:16

**stops (3)**
115:21;146:23;
233:5

**story (4)**
114:1,2;125:24;
212:25

**straight (2)**
69:15;105:13

**strange (2)**
100:4;146:17

**Street (1)**
41:21

**stress (14)**
64:7,8;93:19;
119:2;132:17;
167:11;192:23;
219:3;220:3;221:16;
225:3;232:3,23;
235:7

**stressed (4)**
64:7;117:11;
123:7;167:5

**stressor (17)**
70:12;144:21;
175:6;206:12;
208:23;251:15,22;
252:6,11;253:9,21;
254:1,5,22;258:16,
23;259:3

**Stressors (13)**
64:10;65:22;
117:13;130:5;220:1;
221:3;222:13;236:1;
238:23;251:19;
252:14;257:13;
258:2

**Strike (1)**
234:23

**Stritch (2)**
40:9,10

**struggle (2)**
132:23,23

**stuck (1)**
29:22

**student (2)**
100:9,13

**studies (1)**
177:20

**study (2)**
107:23;128:25

**studying (1)**
241:11

**stuff (6)**
16:23;17:1,2,17;
127:25;128:1

**stumped (1)**
23:4

**subclinical (1)**
155:4

**subcutaneous (1)**
157:6

**subpoena (6)**
7:3,9;11:22;12:1,
4;108:18

**Subscribed (1)**
261:21

**substance (7)**
146:4;148:19,20,
21;182:18;196:10;
253:8

**substances (9)**
142:5,17,24;
149:21;182:24;
196:2,6,13;254:8

**substantial (1)**
224:7

**substituted (1)**
198:22

**sucked (2)**
54:13,14

**suddenly (2)**
143:18;164:16

**sue (1)**
242:6

**suffering (4)**
133:11;214:9;
221:16;256:11

**suffers (1)**
237:23

**sugar (3)**
216:2;242:10;
247:24

**suggest (4)**
141:2;185:22;
189:24;227:12

**suggesting (4)**
72:21;85:13;
204:11,13

**sulfide (10)**
168:20;170:8,10,
18;172:15;175:4;
177:7,8,23;251:14

**sulfides (1)**
113:19

**sulfite (14)**
168:5,11,13,14;
174:19,23;217:17;
244:21;245:5;
248:20;249:13,17;
253:17;259:13

**sulfites (14)**
142:16;144:2;
168:5;174:19;210:8;
218:8,10;244:20;
245:1;247:9;251:21,
21,24;253:16

**sulfur (41)**
30:9,10;118:20,21,
21;122:8,10,13,14;
178:23;210:1,3,5,6,

7,9;217:17;218:1,11,
12;219:1;220:13;
221:4;222:11;
232:25;240:25;
244:20,22;245:1;
248:21;249:4,23;
250:2,6;251:23;
252:22,25;255:19,
22;256:12;258:22
**sulphur (1)**
222:21
**summarize (2)**
56:22;57:1
**summary (5)**
17:6;21:19;22:17;
33:1;117:8
**summer (2)**
46:18;53:7
**Sunday (1)**
121:8
**Superman (1)**
218:10
**supervision (1)**
199:1
**supplements (1)**
114:23
**support (2)**
105:19;106:8
**Suppose (1)**
243:13
**supposed (6)**
8:14;71:24;75:6,7;
78:22;202:25
**supposedly (1)**
241:23
**Sure (37)**
6:12;9:6;19:7;
21:9;22:4;26:9;
31:21;34:11,12,19;
35:18,21;36:6;37:2,
3,4;38:15;42:15;
95:2;106:23;108:4,
20;118:5;119:1;
124:16;137:19,23;
170:12;178:9;203:4;
204:15;214:10;
222:10;229:8;
239:14;241:25;
242:13
**surgeon (1)**
60:7
**surgeons (1)**
91:18
**Surgery (7)**
40:14;47:2;51:25;
52:13,14;53:5;91:19
**surprise (2)**
7:2,7
**surrounding (1)**
37:5
**surroundings (1)**
219:15
**survive (3)**

25:12;175:21;
242:7
**sustained (1)**
49:12
**Suzanne (3)**
4:14;5:4;14:14
**swear (1)**
4:25
**swelling (5)**
185:25;217:20;
227:14;235:23;
248:23
**swells (1)**
157:3
**swiftly (1)**
216:5
**swim (1)**
212:9
**swollen (3)**
113:6,6,7
**sworn (3)**
5:3;84:8;261:21
**symptom (2)**
69:21,24
**symptomatic (2)**
132:24;240:13
**symptoms (26)**
69:17;70:4;73:19;
102:15;129:15;
137:2;188:11;192:3,
4;196:17;217:18;
218:1;220:2;223:7;
227:25;228:3;
232:22,23;235:7,25;
245:23;246:22;
248:2,21;251:5;
254:19
**syndrome (2)**
227:19,22
**system (7)**
74:14;116:16;
172:13,17;222:22;
242:11;254:16

---

## T

**table (4)**
50:21;52:7;
195:20;196:8
**tag (1)**
216:12
**talk (14)**
13:19,21;23:11;
31:14;53:22;54:1,
10;75:7;94:20;
112:4,12,19;255:3;
257:3
**talked (8)**
73:19,20;93:25;
95:22;208:11;
228:24;237:22;
251:14
**talking (52)**

13:22,24;31:7;
42:7,9;60:1;68:24;
69:12,24;73:8;
75:12;80:19;84:13;
92:24;97:21,22;
104:21;106:11,14;
109:13;117:23,24;
122:16;124:21;
128:19;136:16;
138:11;140:7;
147:22;154:11,13,
18,21,23;156:12;
183:11,12,14;
185:11;192:16;
193:13,17;194:2;
203:6;208:18,20;
232:21;240:17;
250:14;251:21;
252:2,9
**Tampa (1)**
4:7
**tank (2)**
35:25;36:3
**tannin (1)**
172:18
**tape (10)**
4:1;81:20;83:1,3;
84:4;141:10,14;
215:17,21;261:11
**tapes (1)**
215:15
**task (1)**
214:1
**taught (1)**
124:10
**tea (3)**
171:7;204:5,6
**teach (1)**
68:19
**teaching (3)**
25:19,19,20
**tears (1)**
52:23
**teferic (1)**
79:1
**telephone (2)**
189:17,19
**telling (20)**
20:7;34:11;36:25;
52:10;90:25;93:13;
105:15;129:5;
140:17;155:10;
161:6,17,21;177:10;
186:5;192:8;193:4;
204:19;231:10;
251:23
**tells (17)**
30:5;81:6,13;
106:4;141:4;164:20;
165:11;170:7;171:2,
16;174:22;176:19;
197:4,9;238:7,12;
259:25

**telltale (2)**
116:8;181:1
**temporary (2)**
60:9,10
**ten (7)**
8:3;26:23;27:2;
85:8;146:13;243:19;
244:3
**tend (3)**
74:8;103:16;
172:12
**term (4)**
65:4;70:19;97:15;
142:8
**terms (5)**
67:24;143:13;
150:25;154:23;
169:12
**test (18)**
19:24;67:5;89:7,8;
93:1;101:18;128:2;
136:23;139:12;
147:2;164:1,3,4;
172:15;190:24,25;
236:15;240:6
**tested (3)**
66:11,14,15
**testified (5)**
5:5;84:9;219:21;
223:2;229:10;
246:17
**testimony (9)**
162:6;212:20;
220:5,7,10;221:12;
229:4,9;260:17
**testing (2)**
101:13;213:25
**tests (6)**
66:13;155:5;
184:25;188:17;
224:4;247:18
**Texas (3)**
176:24;259:19,22
**textbook (2)**
109:17;194:1
**thalassemia (1)**
65:13
**thanks (1)**
100:22
**therapeutic (1)**
28:16
**thick (1)**
209:15
**thing's (1)**
99:11
**thinking (2)**
99:20;122:15
**third (5)**
112:3;130:22;
133:6;180:10;
203:17
**though (9)**
11:11;47:14;73:3,

10;74:11;91:23;
159:14;169:10;
192:19
**thought (9)**
48:8;49:21;100:4;
153:3;155:14;
160:13;185:10;
240:18;260:18
**thousands (1)**
105:23
**three (21)**
24:18;25:17;26:4;
28:13;48:23,25;
87:19;94:24;101:9,
10;102:5,5;111:24,
24;114:25;120:16;
129:8,14;130:15;
201:12;251:5
**three-day (1)**
33:18
**throat (1)**
252:1
**throw (1)**
29:1
**throwing (2)**
134:13,15
**throws (1)**
141:5
**thumb (1)**
126:17
**thyroid (5)**
104:6,7;116:20;
227:20;242:13
**tie (2)**
174:9,10
**Tiger (2)**
69:3;102:8
**tight (1)**
174:10
**tightness (2)**
185:25;227:15
**till (5)**
54:1,25;56:20;
60:24;240:9
**times (22)**
22:21,25;52:19;
74:8;94:9;104:8;
120:16;125:12,12,
14,15;132:22;151:9;
157:3;164:11;167:2,
6,6;180:4;226:6;
236:14;245:20
**tip (2)**
89:15,16
**tired (3)**
106:2;173:21;
231:9
**tissue (2)**
62:21;69:20
**tissues (5)**
62:13,22;72:22;
73:12;77:21
**titrate (2)**

198:14;237:19
**TMJ (1)**
227:22
**tobacco (2)**
181:19;247:11
**today (31)**
5:10;6:10,21;8:15;
12:21;54:25;89:8;
91:23;106:3;108:23;
109:6;121:9;148:9;
164:11;208:13;
216:1;217:8,25;
218:13;220:10;
225:10;228:2,25;
233:11;235:4;236:9;
237:22;240:9;245:7;
248:5;261:16
**today's (3)**
6:25;7:17;8:20
**together (10)**
11:17;16:22;
20:22;56:8;119:25;
214:9;250:19;251:1,
2,7
**told (44)**
7:4;35:15;36:5,21;
41:11,14;52:5;101:6,
16;112:10,11,16,19;
113:3,22;114:5,11;
115:7;117:5,6;
118:11;129:25;
150:7,22;151:2,4;
154:12;156:17;
157:8;162:2;169:24,
25;173:5,8;176:13;
188:21;202:22;
207:20;212:4;216:2;
233:9;235:9;238:15;
259:6
**tolerate (1)**
116:16
**Tolson (1)**
4:21
**tomorrow (4)**
22:7;89:9;225:11;
233:11
**ton (1)**
104:16
**tonic (4)**
142:16;144:3,4,5
**tonight (1)**
174:7
**took (13)**
21:14;47:17,18,
19;94:25;110:7;
113:4,5;114:21;
136:6;146:11,19;
205:16
**toot (1)**
105:25
**top (9)**
89:25;111:22;
143:24;153:22;

216:21;218:6;224:8;
225:20;234:14
**topic (1)**
75:4
**Torres (48)**
4:18,18;5:7,9;
14:14;45:16;51:1,5;
61:10;81:21;82:25;
84:6,11;86:1;107:8,
16;117:24;141:16;
153:7,12,18;173:2;
179:11,17;183:9,14;
201:11,19;215:12;
216:19;218:15;
219:22;220:6,14;
224:6;228:10;229:6;
232:6;241:25;
243:11,22;244:3,6,
10,18;250:10;261:2,
7
**T-O-R-R-E-S (1)**
5:9
**total (1)**
62:7
**totality (1)**
96:14
**totally (3)**
74:23;86:20;
180:17
**towards (3)**
39:2;130:19;
159:23
**Tower (1)**
100:23
**town (1)**
169:12
**toxicity (3)**
206:24;218:12;
247:9
**toxicologist (3)**
152:3;169:21;
246:17
**trabeculars (1)**
238:14
**trace (1)**
145:5
**trachea (2)**
157:6;181:23
**track (1)**
214:23
**trailing (2)**
73:6,9
**train (3)**
9:10;62:1;248:4
**training (6)**
210:24;211:12,15,
16,17,18
**train's (1)**
62:2
**transcript (2)**
6:10;151:25
**transfuse (2)**
73:2,5

**transfusion (1)**
73:7
**transport (1)**
168:12
**transverse (1)**
109:7
**Traurig (1)**
4:9
**travel (2)**
56:20,21
**travels (2)**
209:6;233:12
**treat (8)**
121:12,13,14;
165:5,5,6;219:8,10
**treated (1)**
15:5
**treating (7)**
94:11;120:3;
222:1;226:19;
239:23;241:4,11
**treatise (3)**
109:17;211:24;
212:2
**treatment (6)**
115:3,4;119:5;
180:13;185:10,11
**treatments (3)**
115:1;117:3,18
**Trial (1)**
199:24
**tricky (2)**
128:8;143:5
**tried (5)**
12:5;25:11;53:8;
59:2;113:16
**trimester (1)**
54:12
**trip (2)**
111:20;233:14
**trouble (10)**
72:7;78:7;114:19;
130:6;137:9;165:6;
243:3;256:24;
258:10,12
**truckload (1)**
207:14
**true (11)**
45:12;66:22,23;
109:8;118:14;
123:21;172:10;
178:18;186:21;
209:5;241:8
**Trump (1)**
24:13
**trust (3)**
95:7;157:19;175:8
**truth (4)**
61:21,22,23;81:14
**truthfully (1)**
86:14
**try (16)**
27:22,25;28:2;

56:22,25;91:11;
103:20;104:14,15;
107:4;124:2;125:11;
146:1;148:10;216:4;
237:19
**trying (19)**
8:16;11:15;27:6;
36:6,19;95:24;
110:5;128:7;136:22;
160:22;174:15;
191:19;195:13;
229:3,4;240:11;
247:1;258:18,20
**turn (10)**
15:8;16:14;19:15;
79:13;80:2;110:19;
142:3;165:16;
182:21;225:13
**turned (1)**
49:7
**Turning (1)**
233:23
**turns (6)**
6:11;71:10,12;
80:1,2;240:7
**tush (1)**
165:8
**twice (1)**
132:2
**twigs (1)**
207:6
**Two (47)**
10:13;14:21;28:9;
38:4;45:14;48:23;
50:10;55:21;59:1;
70:4;73:9;79:7;
87:19;99:2;102:4;
110:8;114:25;
120:15;123:23;
124:8;125:1,2;
128:23,23,23;129:4;
140:2;142:18;
145:20;146:2,24,24;
167:24;174:6;
196:11;201:12;
202:6;203:2;206:22;
209:23;222:7;231:6,
25;240:7,15;251:5;
254:13
**two-hour (1)**
114:1
**two-legged (1)**
210:16
**two-page (1)**
217:4
**Tylenol (2)**
183:22,23
**type (16)**
18:12;24:22;
64:21;78:17;104:3;
107:20;144:12,13,
16;145:11,13;
177:25;231:19;

235:17;243:8;
260:19
**typed (1)**
17:23
**types (2)**
78:8;203:2

### U

**uncertain (1)**
68:9
**uncommon (1)**
113:19
**under (11)**
25:4;47:20;101:8;
130:14;132:17;
161:4;198:16,18;
199:1;224:9;234:4
**undergo (1)**
188:15
**undergraduate (1)**
39:7
**underscore (1)**
216:13
**understands (1)**
228:15
**Understood (3)**
11:16;51:14;57:19
**unfair (1)**
110:21
**unfortunately (18)**
47:8,10;48:14;
50:16;55:1;62:18;
63:18;76:8;77:7;
87:8;99:6;121:13;
123:1;175:5;236:16;
239:17;240:10,19
**uninsured (1)**
55:10
**unit (1)**
100:15
**United (8)**
4:5;53:22;66:14;
68:16,17,19;211:23;
213:23
**University (1)**
38:19
**unknown (1)**
23:15
**unless (24)**
6:23;25:6;35:11,
12;36:22;37:14;
41:14;79:17;88:12;
99:12;112:23;141:4;
163:25;174:9;
180:24;187:1;200:3;
232:15;233:3,4,9;
238:3,11;253:13
**Unlike (2)**
123:12;207:13
**unusual (1)**
34:22
**Up (81)**

10:21,22;14:4;
23:13;28:8;32:12;
36:22;37:22;46:4;
47:25;48:20;50:22;
51:9,20;52:25;54:1;
60:2;66:19;70:2,13,
13;71:4,5;72:9;74:5;
82:13;91:6,20;93:5;
94:17;98:6;99:19;
100:14;101:10;
103:18,25;104:14,
15;112:18,25;
114:13;115:25;
117:12;120:17;
140:20;152:21;
156:19;158:16;
163:19,21,21;
164:20;166:9,13,19;
167:7;170:19;180:5;
187:24;189:4,6;
192:1;194:1;201:13;
204:16,17;209:2,20;
212:10;222:24,24;
225:6;230:24;238:1,
9,14;242:10,20;
246:7;257:4,7
**upon (2)**
200:11;222:2
**upset (1)**
52:6
**Urger (1)**
187:12
**urine (8)**
53:1;70:14;71:5,
10;80:1;187:20;
189:7,25
**use (28)**
38:5;68:18,18;
73:22;115:17,18;
118:12,14,15,16,17,
22,23,23,24;123:5;
129:21;131:22;
134:24;166:3;175:1;
205:2,3;219:10;
223:18;229:3;237:7;
255:1
**used (15)**
53:7;59:13;60:4,6;
68:18;70:18;99:7;
115:23;118:13;
125:3;129:17;
175:11,12;176:23;
197:18
**useless (1)**
231:2
**uses (2)**
97:14;166:2
**using (9)**
75:25;88:15;
103:6;117:12;135:9,
14;177:11;203:16;
216:15
**usually (39)**

16:3,19;17:9,16;
24:10;29:20;35:11;
36:1,2;76:10;81:12;
99:11;111:15;
116:12;126:9;
136:11;140:22,22;
145:25;149:13;
156:22;157:4,5;
164:25;166:8;
167:10,22;169:3;
189:9;194:5,5;
219:13;226:9;
232:14;238:17,18;
245:22,23;249:9
**UTI (1)**
46:2

## V

**vaccinated (1)**
48:17
**vaccinations (1)**
236:20
**vaccine (1)**
237:14
**vacuum (1)**
154:12
**valid (1)**
227:11
**value (1)**
132:4
**variant (1)**
65:16
**variants (9)**
65:7,9,10,15,15,
16;68:8,9,11
**vegetarian (1)**
100:2
**venom (2)**
254:5,6
**ventilation (1)**
37:4
**Vera (17)**
22:24,25,25;
31:13;92:11;93:3;
94:21;96:7;113:17,
17;150:12;188:23,
24;189:15,24;
221:14;226:21
**verbal (1)**
5:15
**verify (1)**
95:7
**versus (4)**
5:11;110:8;147:7;
192:5
**vertical (1)**
109:8
**vessel (2)**
105:5,5
**vessels (2)**
78:21;105:8
**veterans (1)**

237:10
**vicinity (1)**
169:8
**video (1)**
4:13
**VIDEOGRAPHER (16)**
4:1,24;61:5,8;
81:19;83:2;84:3;
141:9,13;201:14,17;
215:16,20;244:12,
15;261:10
**videos (1)**
13:19
**videotaped (8)**
4:2;83:4;84:5;
141:11,15;215:18,
22;261:12
**Vietnam (2)**
66:11;237:1
**Vietnamese (1)**
143:9
**viral (1)**
78:18
**visit (4)**
19:21;33:18;
179:16;209:22
**visiting (1)**
19:20
**visits (1)**
19:24
**vitamin (11)**
77:14,17,18;
117:11,14,16;
150:21,21,22;205:7;
222:23
**vitamins (2)**
10:2;242:20
**volume (6)**
76:5;82:8;96:16,
19;160:7;164:20
**vulnerable (1)**
247:8

## W

**wait (3)**
86:8;223:20;240:6
**waiting (1)**
229:17
**waiver (1)**
60:5
**wake (3)**
23:12;103:18,24
**waking (2)**
74:5;212:10
**walk (5)**
23:13;42:2,10,23;
241:18
**walking (3)**
127:7;192:20;
211:22
**wane (1)**
180:21

**wants (3)**
53:9;61:21;149:9
**warm (1)**
214:14
**Warren (1)**
24:13
**Washington (1)**
66:15
**waste (2)**
208:3;233:9
**watch (2)**
71:21;80:25
**watching (2)**
116:22;125:8
**water (7)**
37:21;38:5;78:24;
142:16;144:3,4,5
**waving (1)**
97:4
**way (66)**
11:5;8:25;16:27:3,
16,20;33:4,6,7;37:7,
7;49:15;60:16;63:1,
1,4;65:2;66:4;67:21;
68:11;69:16;72:23;
73:14;85:15;86:13;
93:21;96:12;102:13,
17;103:9;119:6;
121:14;126:22;
133:8;134:24;
135:21;137:14;
146:9;147:10;
155:23;159:12;
168:15;174:2;
176:11;177:12;
180:18;189:10;
191:8,9,10;192:11,
12;201:8,9;224:16;
229:13;233:16;
235:1;239:25;
242:21;246:7;248:8;
250:14;254:13;
255:16;259:13
**ways (3)**
38:4;49:14;79:7
**weakened (1)**
73:10
**wear (1)**
115:23
**wears (1)**
173:6
**website (4)**
141:24;142:2;
196:3;242:1
**websites (1)**
242:2
**week (7)**
18:18;30:2;53:13;
55:21;119:22;
120:15;205:23
**weekend (2)**
26:5;92:16
**weekly (1)**

120:12
**weeks (1)**
209:23
**weight (1)**
104:16
**weight-bearing (1)**
105:17
**welcome (3)**
114:3;119:16;
216:19
**weren't (1)**
95:1
**west (1)**
101:2
**what's (38)**
22:6;27:13;28:20;
44:10;51:1;55:17;
56:4;69:10;77:24;
82:10;86:25,25;
88:9;89:22;97:6;
101:7,7;107:8;
112:23,24;114:1;
118:12;119:23;
149:15;161:18,18;
164:3,21;173:2;
183:9;188:22;197:4;
224:9;236:24;
237:12;250:10;
256:6;257:23
**whenever (1)**
203:19
**wherever (4)**
13:16;49:13;
192:18;237:2
**whichever (1)**
71:11
**white (4)**
97:8;159:16;
181:12;250:25
**whoever's (1)**
109:25
**whole (20)**
8:12;42:20;71:7,
25;78:12;113:6,18;
118:4;122:2;162:19;
164:8;168:1;180:25;
186:22;212:25;
219:14;220:21;
228:25;230:17;
260:3
**who's (7)**
23:18;88:16;
102:19;146:11;
179:23;215:5;222:8
**whose (1)**
111:25
**wide (1)**
140:18
**wife (1)**
48:3
**wilderness (1)**
53:2
**Williams (79)**

4:4,23;5:11;8:7,
22;9:3,23;11:9,13;
12:22,23;13:3,9,13;
15:2,5,7,21;16:9;
19:14;20:8;24:1;
30:19,19;32:16;
61:19;84:17;86:22;
88:23;89:13;110:18;
111:9;115:2;117:4,
19;119:8,18;127:15,
20;131:22;139:23;
145:14,15;149:20;
167:19;171:1;172:4;
179:9;193:6;195:17;
201:21;202:8;205:8;
212:15;215:10;
216:22;217:5,9;
218:24;219:2,22;
220:11;221:2,16;
222:12;223:8;226:1,
7,20;232:23;235:5;
237:23;238:15;
245:14,19;250:13;
251:11;254:8;
257:20

**Williams' (18)**
19:12;85:23;
86:12;91:1,24;93:6;
94:10;95:13;152:2;
167:13;179:5;182:8;
200:8;217:23;230:7;
232:9;255:18,22

**William's (1)**
90:13

**Williams's (1)**
232:1

**wine (9)**
99:22,23;168:3,4,
4,7,8,9,10

**Within (12)**
67:19;86:16,19;
87:5,11,12;93:7;
194:12;207:1;218:2;
233:17;238:20

**without (14)**
48:6;64:1;76:18;
84:20;91:22;96:6;
188:9,12;219:11,16;
223:22;247:10,11,20

**witness (12)**
4:25;75:7;108:6,
19;110:8,11;124:14;
128:12;152:20,24;
228:12;229:3

**woke (1)**
101:10

**woman (12)**
26:24;29:2;44:25;
46:2;74:11;84:16;
107:12;214:12;
240:15,16,18;256:22

**women (12)**
29:20;45:4;87:22;

99:9;123:17,23;
124:7,15;126:14,15;
240:13,13

**Wood (1)**
69:3

**Wood's (1)**
102:8

**word (8)**
60:20;62:7;73:22;
106:13;123:5;
171:17;175:2;
210:12

**words (2)**
51:4;81:1

**work (38)**
10:19;20:18;
21:11;26:17;39:24;
47:15;50:11;52:13;
53:8;56:18;58:19;
60:5;66:10;73:11;
77:4,5,6,7,24;80:11;
87:20;89:21;93:18;
101:15;107:23;
113:9;118:3;125:7;
143:10;150:18;
162:21;169:24;
173:7;181:19;209:7;
210:17;251:12,12

**worked (7)**
12:9;23:2;45:25,
25;55:20;90:20;
169:25

**working (11)**
12:15;20:20;39:1;
53:11;55:24;56:17;
156:20;234:18,24;
235:3,3

**works (1)**
231:3

**workup (4)**
188:16,21;189:1;
208:12

**workups (1)**
208:6

**world (8)**
8:8;64:14,18;
144:24;214:2;
221:25;233:21;
241:15

**worry (6)**
78:9;88:20;114:5,
5;158:17;221:11

**worrying (1)**
49:4

**worse (12)**
71:19;104:8,20;
123:22;147:12;
173:16;174:13;
175:7;219:2,7;
231:17;258:17

**worst (3)**
148:23;149:7;
219:5

**worth (1)**
46:13

**wrap (1)**
201:13

**write (7)**
16:19;22:16;
23:11,22;28:9;
219:13;226:11

**writing (9)**
23:3;66:7;131:5,6;
186:8,9,23;202:23;
217:22

**written (10)**
13:1;15:20;85:19;
109:11;117:7;
126:20,21;143:8;
212:7;247:22

**wrong (4)**
99:17;141:3;
146:18;153:11

**wrote (2)**
32:23;186:8

**X**

**x-rays (1)**
21:10

**Xs (1)**
123:24

**XX (1)**
125:22

**XY (1)**
125:22

**XYZ (4)**
30:4;96:8;110:10;
137:6

**Y**

**year (16)**
40:8;41:1;44:19;
50:2,4;54:23;57:17;
58:11;59:1;95:17;
125:4;197:3,3,7,7,15

**years (13)**
12:10;43:5;44:5;
57:17;59:1;60:8;
64:24;106:17;
107:13;108:3;
239:20;241:10;
254:14

**yellow (3)**
79:14,15;197:18

**yesterday (3)**
7:5;87:5;228:24

**yoga (1)**
25:19

**York (28)**
4:10,10;5:3,24;
25:5;41:13,20;43:6,
16;44:24;45:17,18,
19,22;49:16,17;50:2;
52:2,4;58:6;62:24;

102:18;114:8;
188:14,18;190:4;
213:24;259:20

**Yorker (1)**
55:24

**Young (4)**
52:21;99:4;
111:25;146:10;
176:24;240:4

**Z**

**zebra (3)**
177:2,5;259:19

**zero (1)**
62:16

**0**

**000744 (1)**
158:25

**000746 (1)**
159:8

**000762 (1)**
234:2

**01 (1)**
14:17

**02 (1)**
14:17

**1**

**1 (22)**
4:2;11:21,24,24;
12:4;14:17;15:13;
16:2;19:4;83:3;
122:21,22;126:8;
131:11;134:10;
136:9,11;153:22;
193:9;194:6;224:8;
225:11

**1.3 (1)**
234:18

**1.8 (1)**
234:8

**1/26 (1)**
160:2

**1:20 (2)**
84:2,3

**10 (35)**
26:22;64:17,20,
23;104:8;131:13,15;
133:16;134:1,1,2,7,
9,10,16,17,23;135:5,
5,6,11,13,17,23,23,
24;136:1;139:2,8,14;
185:4;191:3;200:14;
225:14,19

**10:30 (2)**
8:3;243:24

**10:43 (1)**
4:11

**100 (10)**

28:7,7;135:1,3,10,
14;138:13;139:4,15;
169:4

**100,000 (1)**
46:6

**102 (1)**
153:22

**103 (2)**
153:6;234:12

**104 (3)**
152:7;163:2,15

**104.4 (2)**
160:5,8

**105 (1)**
234:12

**106 (1)**
180:22

**11 (2)**
187:25;194:1

**11423 (2)**
5:3,24

**12 (7)**
125:4,4,12,12;
195:11,14,16

**12.4 (2)**
162:8,10

**12/7/2012 (1)**
165:21

**12:03 (1)**
61:6

**12:10 (1)**
61:9

**12:45 (2)**
83:3,5

**120 (1)**
63:7

**13 (2)**
261:8,14

**13.2 (3)**
180:20,21;181:16

**13.5 (1)**
140:13

**14 (2)**
53:12;80:6

**14.9 (1)**
165:11

**15 (9)**
12:9;26:22;27:1;
152:6,9,14,15,21;
175:20

**15,000 (1)**
48:25

**160 (2)**
28:7,7

**17 (7)**
141:19;152:3,5,10,
11;195:20,21

**18 (2)**
53:13;141:19

**1854 (1)**
127:15

**1855 (1)**
127:15

**1873 (1)**
139:23
**19 (1)**
156:11
**1956 (1)**
101:18
**1970s (1)**
101:12
**1977 (1)**
38:21
**197-something (1)**
100:18
**1983 (6)**
40:1,3;42:21,24,
25;57:3
**1984 (2)**
43:8;57:6
**1988 (3)**
43:8,10;57:6
**1988-1989 (1)**
57:10
**1989 (4)**
43:10;57:15,16,19
**1990 (7)**
44:7,22,22;57:13,
16,19,22
**1991 (6)**
44:22,22;46:16;
57:22,24;240:4
**1997 (2)**
46:19;57:24
**1998 (4)**
50:4,5;54:20;58:6
**1st (1)**
57:18

**2**

**2 (48)**
14:7,9,11;15:24,
24;19:17,18;33:15;
68:22;84:4;116:3;
123:7;126:22,25;
127:4;130:1,2;
131:12;132:8;
133:15,25,25;134:4,
5,5,12,17,17,19,20;
136:9,14,16,21,25;
139:13;141:10;
157:3;192:3;193:11;
200:9;201:2;214:21;
216:13;224:9,11;
225:4,9
**2:48 (1)**
141:9
**20 (2)**
80:6;223:21
**200 (1)**
4:10
**2000 (12)**
12:16,17;15:7;
50:8,8;54:21,23,24;
58:2,6;196:23;

214:23
**2003 (8)**
54:24,25;55:7;
58:2,3,9,12,16
**2004 (2)**
54:1;55:8
**2005 (1)**
214:22
**2007 (7)**
55:13,19,20;
56:13;58:2,9,12
**2007-2009 (1)**
58:14
**2009 (4)**
56:14,15;58:22;
196:9
**2010 (1)**
160:3
**2012 (7)**
111:12;196:10;
197:9,10,16;254:14,
14
**2013 (15)**
33:18;94:1,12;
95:15;111:12;114:9;
117:23;182:13;
185:15,17;195:23;
196:22;197:12;
217:9;225:14
**2014 (3)**
94:1,13;95:15
**2015 (4)**
4:11;231:25;
232:21;261:22
**202 (1)**
145:21
**21 (1)**
234:2
**24 (1)**
241:10
**24-hour (2)**
187:20;189:7,25
**25 (1)**
241:10
**26 (1)**
165:18
**28th (1)**
100:25

**3**

**3 (30)**
14:15,16,19;
117:20;131:14;
133:25;134:12;
136:9,14,16,21,25;
139:1,4;141:14;
157:3;162:10,12;
190:25;193:11;
201:25;202:1;
215:17;216:8,10,14,
17;224:13;225:10;
248:17

**3.55 (3)**
160:9;161:7,9
**3.7 (2)**
140:12;191:6
**3.9 (1)**
191:6
**3:04 (1)**
141:13
**30 (1)**
192:13
**300 (2)**
65:12;68:10
**30s (1)**
132:24
**34 (1)**
192:14
**35 (4)**
87:8,25;163:16;
239:19
**355 (1)**
160:20
**37.1 (2)**
161:24;162:13
**376G (1)**
128:24
**39 (2)**
85:9;87:22

**4**

**4 (35)**
122:21,22;123:2,2,
4,7;126:8;127:14;
128:10;131:16;
133:25;136:9,10,14,
22;137:1,15;138:2,3,
16;140:23;145:13;
160:25;190:20,21,
24;193:10;194:13;
200:11;215:21;
224:2,3,13;225:11;
261:11
**4.5 (3)**
64:25;160:25;
161:3
**4.6 (1)**
140:12
**4.8 (2)**
161:1,4
**4:25 (1)**
190:15
**4:42 (1)**
201:14
**4:52 (1)**
201:17
**40 (12)**
64:24;87:3,22;
103:22;107:12;
108:3;124:10,11;
138:20;194:12;
223:21;239:20
**400 (5)**
64:23,23;65:12;

68:10;214:3
**40s (1)**
132:24
**40-something (1)**
85:10
**42 (5)**
80:5;85:10;87:23;
165:18;234:2
**44 (2)**
180:21;181:16
**45 (2)**
87:4,23
**45-0 (1)**
12:6
**47 (1)**
87:23
**4s (1)**
140:23

**5**

**5 (16)**
14:17;15:16,25,
25;139:21,22,24;
140:6;190:13,18,22;
191:7;193:5,16;
195:25;196:1
**5:13 (1)**
215:16
**5:16 (1)**
215:20
**5:57 (1)**
244:12
**5:58 (1)**
244:15
**50 (2)**
64:24;139:4
**50s (2)**
99:5;132:24
**54 (1)**
85:11
**5-7 (2)**
224:19,20
**5-8 (1)**
224:16
**5-9 (2)**
224:17,18

**6**

**6 (20)**
4:11;117:14;
127:2,4,10;130:2;
132:7;141:17,18,20;
153:22;165:24,25;
166:2;182:21;192:2;
196:1,4,5;258:7
**6:00 (1)**
243:20
**6:19 (1)**
261:10
**6:20 (1)**
261:17

**60 (9)**
131:15,18;138:5,
10,11;139:2,8;191:3,
7
**62 (3)**
103:20;106:17;
242:8

**7**

**7 (7)**
47:21;137:1;
151:23,24;156:11;
166:2;225:14
**7:30 (1)**
7:3
**70 (5)**
45:10,12,13,21;
138:14
**700 (1)**
64:22
**72 (1)**
67:19
**742 (1)**
157:24
**749 (2)**
159:22,25
**75 (1)**
225:5
**767 (3)**
165:16,17,19
**783 (1)**
157:24
**79 (1)**
40:1
**7-something (1)**
100:19

**8**

**8 (7)**
157:22,23,25;
158:1;233:24,24;
248:7
**8:14-CV-1748-MS-TGW (1)**
4:7
**80 (1)**
138:25
**8711 (3)**
5:2,23;14:12
**89 (2)**
52:7;139:18

**9**

**9 (6)**
139:16;179:12,15,
20,22;225:18
**9:30 (2)**
7:25;8:1
**90 (5)**
63:7;135:7,22;
136:2;139:18

RHONDA WILLIAMS -against-
MOSAIC FERTILIZER, LLC,

DOROTHY OGUNDU, M.D.
November 6, 2015

**98 (1)**
47:18