**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RHONDA WILLIAMS, a single person,
                Plaintiff,

v.

MOSAIC FERTILIZER, LLC, a Delaware      Case No. 8:14-cv-1748-T-35TGW
Corporation doing business in Florida
                Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPTS OF THE PLAINTIFF RHONDA WILLIAMS

Plaintiff, RHONDA WILLIAMS, ("Plaintiff"), by and through her undersigned

attorneys, hereby files this Notice of Filing the deposition transcripts of Ms. Rhonda

Williams, without exhibits.[1]  The deposition transcripts are attached hereto as Exhibits A

and B.

Dated March 25, 2016.


_____/s/_____
*Laureen Galeoto*
Laureen Galeoto, Trial Counsel
FBN 0194107
Law Office of Laureen Galeoto, PLLC
100 S. Ashley Drive, Ste. 600
Tampa, FL  33602
P. 813.280.9326
Laureen@laureenlaw.com


William P. Walker, Jr.
Walker Morgan, LLC
135 E. Main Street
Lexington, SC  29072

---

[1] On January 27, 2016, Plaintiff filed a Motion for Leave to File Under Seal Deposition Transcripts with Exhibits (Doc. 120).  Upon receipt of the Order directing Plaintiff concerning treatment of the exhibits to the depositions, Plaintiff will file as directed.

P. 803.359.6194
bw@walkermorgan.com

100 S. Ashley Drive, Ste. 600
Tampa, FL  33602
P. 813.964.6515
Maryellen@thegreencounselor.com

Mary Ellen Hogan
FBN 0065372
The Green Counselor, PLLC

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 25, 2016, that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

____/S/_____
Laureen Galeoto

Counsel for Ms. Williams