# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

_____

**RHONDA WILLIAMS,** Plaintiff,

v.                                         Case No. 8:14-cv-1748-T-35TGW

**MOSAIC CORPORATION, et al.,** Defendants.

_____

I, FRANKLIN L. MINK, HEREBY STATE AND DECLARE:

1. I, Frank Mink, am a PhD toxicologist with 39 years of professional experience.  I
   am a former Federal public health expert, large medical school dean and full
   professor, U.S. EPA Science Advisory Board panel member, consultant to the
   World Health Organization and advisor to the U.S. Congress on science integrity
   in environmental exposures.  I have assessed the causation of human disease as
   a result of environmental pollution in over 780 contaminated sites and
   approximately 80 litigated matters during my career.

2. I was prepared to testify to matters contained herein at the hearing scheduled in
   the above-styled on May 25 - 26, 2016, and rescheduled for June 28, 2016. This
   affidavit is a proffer of my testimony.  This affidavit is designed to support the
   reliability, relevance and application of published, peer-reviewed causation
   methodology and to demonstrate the complexity and the necessity of expert
   testimony in its entirety in aiding the tier of fact.  This affidavit is also offered to
   assist the court to comprehend and appreciate extensive, intricate technical
   knowledge of recognized methodologies in dose response determination, air
   modeling data interpretation, medical/clinical results interpretation, genetic
   mutations, and federal regulations. Last, where identified, this affidavit is also
   offered to answer misconceptions about my Expert Report, references and
   deposition testimony presented by the Court's Order granting Mosaic's Motion

to Exclude the Proffered Testimony of Expert Toxicologist, Dr. Frank Mink, (hereinafter, the motion is referred to as "Daubert Motion", and the Court's Order as "Opinion"), with careful attention not to present any new opinions.

3. I was asked by counsel for Ms. Williams to opine on the specific causal relationship between SO2, particulates (PM2.5/PM10) (both designated criteria pollutants pursuant to the Clean Air Act) and six (6) Hazardous Air Pollutants designated pursuant to the Clean Air Act (Manganese, Chromium, Nickel, Arsenic, Cadmium and Lead) and radionuclides associated with phosphogypsum processing emissions from the Mosaic Riverview facility to the illnesses reported in the medical records of Ms. Rhonda Williams as described in my April 2015, and as supplemented June 2015 Expert Report, responses to Mosaic's interrogatories, my supplements, my deposition testimony and the primary and secondary references associated with these proffers.

4. Overview. I have determined causation by using the specific methods delineated in the Federal Reference Manual on Scientific Evidence. I carefully (a) determined the toxic doses via the recognized literature, (b) demonstrated exposure to those doses with actual data and published modeling estimates and (c) provided medical/toxicological evidence in both the peer reviewed literature and Ms. Williams' specific medical records (by multiple health care providers since approximately 1995) that her illnesses were caused or exacerbated by exposure to pollutants from Mosaic's Riverview facility.

5. It is a factual error to assert that "nothing in the scientific literature relied upon by Dr. Mink establishes a toxic dose for any of the constituents at issue." Opinion at 33. The constituents at issue and the toxic doses that I reviewed and used in writing my Expert Report and discussed in my deposition testimony are listed in the Appendix attached hereto, and include: Arsenic, Cadmium, Chromium, Lead, Manganese, Nickel, Radionuclides, National Ambient Air Quality Standards (NAAQS) for Sulfur Dioxides, and the NAAQS for Particulates.

6. Each and every one of these toxins are known to cause pulmonary damage including uncontrolled asthma-associated morbidity in exposed adults. Based

on my review of her medical records and plaintiff interviews, uncontrolled asthma is Ms. Williams' most obvious diagnosed disease.

7.  These reference materials demonstrate on their face, that the scientific community, which by logic, common sense and long standing tradition includes the medical community, has determined that these chemicals cause the harm(s) suffered by Ms. Williams. The biological mechanism of damage is primarily circulatory and pulmonary related morbidity through cellular and organ component alteration upon inhalation of these toxins.  The support for these statements are found in the studies cited in the reference sections of the Integrated Risk Information System, (IRIS) for the Hazardous Air Pollutant, (HAPs) identified above and the NAAQS Integrated Science Assessment for SO2 and PM2.5/10.

8.  These determinations were made by U.S. EPA and its expert panels that rigorously develop dose dependent, health based regulatory standards by reviewing multiple toxicological assessments that define toxic intake amounts (dose) that produce the known adverse (toxic) effects for exposed populations including Ms. Williams by actual data (Mr. Ungers' attic studies and air monitoring data for SO2) and reference to actual airborne exposures to HAPs (Li et. al., *Impacts of Hazardous Air Pollutants Emitted From Phosphate Fertilizer Production Plants on Their Ambient Concentration Levels in the Tampa Bay Area,* Air Qual. Atmos. Health, Sept. 2014; (Li Study), Exhibit 3 to Plaintiff's Daubert Response).

9.  Sulfur Dioxide - U.S. EPA's 75 ppb (parts per billion) NAAQS is based on a peer reviewed, scientifically established determination including actual controlled human exposures of general causation that inhalation of SO2 above 75 ppb unequivocally causes respiratory morbidity in sensitive subgroups of human adults and children including asthmatics generally (and specifically severe asthmatics like Ms. Williams).  75 ppb is an acute (over 5 minutes of exposure) intake amount- the equivalent of an intake dose in humans.

10. U.S. EPA identified sulfur oxides as a "criteria pollutant" under the original Clean Air Act of 1970 ("CAA") because sulfur oxides had an adverse effect on the public

3

health and welfare. See Section 108(a) of the Act, as added, 84 Stat. 1678, 42 U.S.C. 1857c-3(a). 75 Fed.Reg. 35,519 (June 22, 2010).[1] The mission of the CAA was to identify and eliminate the serious public health risks presented by emissions of criteria pollutants. In April 1971 U.S. EPA reviewed the state of the science on the serious health risks of SO2 and promulgated the original SO2 National Ambient Air Quality Standard ("NAAQS").

11.  NAAQS Review.  In 2008 U.S. EPA completed a multi-year process of reassessing that science with review by the medical community, the scientific community and the public. Based on incontrovertible evidence of serious health impacts, U.S. EPA lowered the SO2 standard from 140 ppb to 75 ppb on June 2, 2010 effective on August 23, 2010. 75 Fed.Reg 35,520 (June 22, 2010).  [2]

12. Integrated Science Assessment for Sulfur Oxides – Health Criteria ("ISA").  ISA is the scientific foundation for the U.S. EPA's regulatory action to lower the NAAQS for sulfur oxides.  It is one part of the intensive process engaged in by the EPA to set specific standards for a "criteria" pollutant, e.g., a pollutant that is harmful to the public health.  See https://www3.epa.gov/ttn/naaqs/review.html (last visited July 27, 2016).[3]  The ISA is peer reviewed and vetted by the Clean Air Scientific Advisory Committee for Sulfur Oxides Primary NAAQS Review Panel, which comprised over twenty of the nation's most prominent scientific **and** medical experts on sulfur oxides.

13.  What Is the ISA?  The ISA is a concise review, synthesis, and evaluation of the most policy-relevant science, and communicates critical science judgments relevant to the NAAQS review. The ISA forms the scientific foundation for the review of the primary (health-based) NAAQS for SOX. (footnote omitted). See the ISA for Sulfur Oxides -  Health Criteria at Daubert Response, Dkt. 103, Ex. 5, at p.

---

[1] See references in my Expert Report at pp. 4-5, 7, 26-27, and Mink's Deposition Tr., at pp.  82-83, 241-242, (Ex. 9 to Daubert Response), including, Integrated Science Assessment for Sulfur Oxides – Health Criteria (ISA), pp. 5 – 10; the USEPA Non-Attainment Letter to Governor Scott, EPC Air Monitoring reports for 2011-2012, and 2013, the Technical Support Document for the 2010 SO2 Primary NAAQS Standard; and 75 Fed. Reg 35, 525 (June 22, 2010), of the Clean Air Act.
[2] See FN.1.
[3] The process also includes, planning, risk/exposure assessment, policy assessment and rulemaking. *Id.*

34. In developing an ISA, "the U.S. EPA reviews and summarizes the evidence from studies on atmospheric sciences, dosimetry, human exposure, animal toxicology, mode of action, controlled human exposure, epidemiology, biogeochemistry, and/or terrestrial and aquatic ecology and other welfare effects." U.S. EPA Preamble to the Integrated Science Assessments, at p. 3, Dkt ID EPA-HQ-ORD-2013-0357, posted January 12, 2016.

14. ISA Conclusions about SO2 – The ISA concluded that there was sufficient evidence to infer a "causal relationship'' between respiratory morbidity and short-term (5-minutes to 24-hours) exposure to SO2 (ISA, section 5.2). "Importantly, we note that a ``causal relationship'' is the strongest finding the ISA can make. This conclusion was based on the consistency, coherence, and plausibility" (i.e. the Bradford Hill Criteria) "of findings observed in controlled human exposure studies of 5-10 minutes, epidemiologic studies mostly using 1-hour daily maximum and 24-hour average SO2 concentrations, and animal toxicological studies using exposures of minutes to hours". (emphasis added) 75 Fed. Reg 35,525 (June 22, 2010).

15. I relied on this health-based standard to establish general causation for Ms. Williams' exposures to SO2. See i.e., Mink Depo Tr. at 82:17-20, Dkt 103, Ex.9. I also relied on the underlying science U.S. EPA used to promulgate the NAAQS. *Id.* at 71:1 and 85:9

16. By relying on the NAAQS and its underlying science, I relied on the Clean Air Scientific Advisory Committee, who conclusively determined that SO2 levels exceeding the NAAQS **cause** respiratory morbidity based on a review of all causation factors including the actual dose response of human asthmatics to SO2 to acute exposures.

17. The References in the ISA to studies where actual humans are exposed to SO2 gas use "average" asthmatics that exercise and inhale SO2. The studies note that it would be unethical to expose sensitive asthmatics or children in these studies because of the real possibility of serious morbidity including mortality for those individuals. That fact alone demonstrates that compromised asthmatics are more sensitive to irritating compounds than average

asthmatics.  Attempts to determine "how much" cannot and should not be done despite Mosaic's and this Court's admonishment to the contrary because of the health risk to sensitive, compromised asthmatics and this Court's conclusion that failure to do so is "fatal" to my opinion.

18. I also relied on the ISA's conclusion regarding epidemiological studies of past SO2 exposure in populations like Ms. Williams' neighborhood in attainment areas that were designated nonattainment areas after U.S. EPA lowered the NAAQS standard in 2010: "In [our review of] the epidemiologic studies, the SO2-related respiratory effects were consistently observed in areas where the maximum ambient 24-hour average SO2 concentration was BELOW the current [pre-2010 and post- 1971] 24-h average NAAQS level of 0.14 ppm (references to Tables omitted). Potentially susceptible and vulnerable subgroups include asthmatics, children, older adults, and individuals who spend a lot of time outdoors at increased exertion levels".  ISA Sulfur Oxides, P. 5-10.

19. <u>Human Disease Causation and Mechanism of SO2 Oxidation</u>.  In 2008 the U.S. EPA ISA stated, "The epidemiologic evidence on the effect of short-term exposure to SO2 on all-cause (nonaccidental) and cardiopulmonary mortality is *suggestive of a causal relationship* at ambient concentrations. The epidemiologic studies are generally consistent in reporting positive association between SO2 and mortality" (USEPA ISA Sulfur Oxide, 2008, p.3-49). The ISA went further, in the 2015 draft sulfur oxides reassessment stating: "Evidence from controlled human exposure studies points to SO2 exposure-induced activation/sensitization of neural reflexes possibly leading to altered heart rate or heart rate variability. Evidence also points to transport of sulfite into the circulation. Sulfite is highly reactive and may be responsible for redox stress in the circulation and extrapulmonary tissues; however, this is likely to occur only at very high concentrations or during prolonged exposures because circulating sulfite is efficiently metabolized to sulfate." See 80 FR73183.

20. The ISA's final conclusions unequivocally support my opinion that Ms. Williams has been exposed to a harmful quantity or level (ACUTE DOSE) of SO2 from Mosaic for at least twenty (20) years, and likely during her entire lifetime based

on controlled human dose responses evaluated, referenced and considered by the USEPA and as referenced in my Expert Report and explained by me at deposition.

21. My review of the ISA supports my assumption that SO2 is without question recognized by the medical and scientific community as a known toxic chemical to humans, especially those with asthma, based on multiple controlled human exposures in the 1970-1990s that have been extensively peer reviewed for causation of morbidity by a nationally recognized expert panel of doctors chosen by the USEPA (IAS). These studies were carefully evaluated due to an increase number of worldwide publications in the occupational medicine community demonstrating clinically verified decreased lung function in the general/worker population since the 1970s. These multiple studies by several academic clinic research centers exposed actual human asthmatics on treadmills to inhaled (mouth/nose inhaler mask and/or exposure chambers) for approx. 10 minutes and measured decreased lung function parameters and resting recovery rates.

22. These human studies were in addition to decades of animal model testing and human epidemiological data comparisons worldwide. The dose response determination of 5-100 ppb as the human no observed effect level threshold (NOEL or NOAEL- age, exercise level and asthma severity dependent) and between 7-450 ppb demonstrated increasing observed adverse effects (LOAEL) including increased morbidity (acute illness including fatalities and uncontrolled asthma-related lung complications). These are not highly extrapolated animal studies or FDA "margin of safety" regulatory guidelines, but **observed human effects in controlled laboratory research settings with carefully delineated dose response relationships.**

23. The revised final regulated health-based NAAQS standard is 75 ppb for SO2 inhalation for 5 minutes to 1-hour average based on "CAUSATIVE" or causation of morbidity in adult asthmatic humans. It is important to note that this causation statement is stronger than the consumer warning by the US Surgeon General's Advisory Committee in 1964-5 stating "Smoking is a cause of lung

cancer and laryngeal cancer in men. A probable cause of lung cancer in women. The most important cause of chronic bronchitis." History would refine the cigarette research and warnings on chronic smoking exposures over the next 50 years but it took less than 25 years to refine the FEDERAL AGENCY MANDATED Non-Attainment health based, compliance standard to "CAUSATIVE" based on acute exposures (not long-term) to extremely low (ppb) levels of exposure.

24. Masayuki, et. al., *Mortality from Asthma and Chronic Bronchitis Associated with Changes in Sulfur Oxides Air Pollution,* Arch. Environ. Health, 1986, at pp. 41, lines 29-25, implicated SO2 as the primary source of mortality and chronic bronchitis in Yokkaichi, Japan [Mink Depo Tr. pp. 66-69, Dkt. 103, Ex.9]. I testified as to my knowledge of this study at the time I prepared my Expert Report.  *Masayuki* et. al., studied the association between mortality (death)changes from asthma and chronic bronchitis and changes in SO2 concentrations over a 21-year period. Mortality from bronchial asthma decreased immediately after SO2 levels decreased because of countermeasures taken against the source of air pollution and SO2 levels met the national ambient air quality standard (maximum 1 hr. concentration of 100 ppb, maximum daily average 40 ppb).  Mortality due to chronic bronchitis decreased 4-5 years after the concentration of SO2 began to meet the air standards. Although it is very difficult to use epidemiology to identify causation, in 1971 the Japanese courts accepted epidemiologic evidence showing a relationship between SO2 and the prevalence of respiratory disease as legal proof of causation.[4]

25. <u>HAPs Causation</u> - The Li Study references referred to in my deposition testimony and cited by the Court summarize how HAPs are emitted by phosphogypsum manufacturing:  "During the milling process of phosphate rock and manufacturing of phosphate fertilizers, the above-mentioned trace metals

---

[4] See Namekata, *The Japanese Compensation System for Respiratory Disease Patients: Background, Status, Trend, and Review of Epidemiological Basis,* 1986, cited in Lee, Scheider, Grant, and Verker (eds.), *Aerosols,* Lewis Publishers, Chelsea, MI, 1986; as referenced in my Deposition Tr. at pp. 66-69)

[As, Be, Cd, Co, Cr, Hg, Mn, Ni, Pb, Sb and Se][5] may be released to the environment. These trace metals have been categorized by the USEPA as hazardous air pollutants (HAPs), which are known or suspected to cause cancer and other serious health effects, such as reproductive effects, birth defects, or adverse environmental effect when present in sufficient quantities subject to specific conditions of exposure (as abstracted in the Li Study: Aydin, et al. 2010; Lepp, 1981; Sabiha ,et al. 2009; USEPA 2008a; Valberg and Long 2012)."

26. In summary, I relied upon the calculated dose response relationships described in Table 7 of the Li et al Study., (abstracted from USEPA 1992, 1995, 1998, 2007 and 2008). My use of these peer reviewed, published calculations eliminates the necessity of performing them independently as suggested by Mosaic and the Court.

27. My specific causation analysis cited numerous references to the circulatory and pulmonary illnesses associated with Rhonda Williams and documented to be caused by the Chemicals of Concern (i.e. SO2, radionuclides, particulate associated heavy metals designated as Hazardous Air Pollutants or HAPS) at levels verified in the published literature. Each of these constituents alone can cause adverse effects on the sensitive blood elements and pulmonary system in an individual and are demonstrated to have done so in the g6pd positive Ms. Williams (as demonstrated and testified to in her medical records and clinical evidence since 1995).

28. Ms. Williams' chronically elevated Mean Corpuscular Volume with macrocytosis (the hallmark clinical evidence of recent hemolysis in g6pd individuals) and long-term uncontrolled asthma as verified by Scan Topography demonstrated airway remodeling/scarring with both restrictive and obstructive pulmonary function spirometry results and are the expected clinical evidence of cumulative effects of these elevated air pollutants on her target organs of the blood elements and lungs[9,10].

---

[5] My Expert Report in this matter considered 9 different HAPs; the Li Study considered the same 9 plus an additional 2 HAPs.

29.  <u>Explanation of My Opinion Regarding the Li Study.</u>  The Li Study Misses the HAP Contributions from Mosaic's Phosphogypsum Stacks. In the Li Study, source apportionment was estimated by the chemical mass balance (CMB) **model** indicating that marine sources (45.5±17.1 %) and geological sources (17.3± 10.6 %) were the top two contributors for 26 elements, while the phosphate fertilizer plants contributed only 1.14±0.55 %. The Li Study stated earlier in the text that, "As for plant D (Mosaic), the highest Cr concentration emission was [actually **measured**] at Tower Dairy (2.49±0.444 pg/m3), which is 3.70 miles from plant D." Plant D is the Mosaic Riverview facility. The Tower Diary is an air quality monitoring station. At Tower Dairy monitoring site, the Li Study reports that 13.6±4.37 % of Cr was contributed by phosphate processing facilities, the closest being Mosaic.

30.  The difference between 1.14% **modeled** contribution and the 13.6% **actual** monitored value is a significant difference in the assessment of exposures from phosphate manufacturing facilities.  My opinion says that the difference is due to Li's failure to account for the phosphogypsum waste stacks (as opposed to the phosphate processing smokestacks).  This difference is reflected in the **conclusion of my Expert Report that the primary source of HAPs adversely impacting Ms. Williams is the phosphogypsum waste stacks.**

31.  The Court's Opinion misinterpreted my testimony in finding that the Li Study opposed my own conclusions. We agree on the methods used, the raw data/results presented, the health based criteria referenced and the risk calculation methods used. We differ on the modeling interpretations, data set limitations, and Li's emphasis on conclusory statements based on biased/scored/partial data sets.

32.   My objections are (1) the authors did not consider the waste pile stacks. The waste pile stacks are nonpoint sources lumped into "geological – limestone/gypsum (17.3+10.6%)" source category.

33.  Li's conservative data from emission stack point sources at Riverview (Plant D) taken recently, years after the smokestack emissions are controlled (2001-2005) were "unexpectedly... higher than the general guideline of 1x10-6 but

they occurred within the facility limit."  So the **MODEL** Li used estimated the highest Cr risk "within the facility limit" but the **ACTUAL PHYSICAL MONITORING DATA** found the highest Cr concentrations at the Tower Diary Site approximately 3.7 miles to the northeast.  The un-modeled concentrated waste pile stacks (approx. 5x the concentration of commercial processed phosphogypsum) are by the authors own data admission one of the top sources of HAP emissions at 15-17.3% (or almost 17 times the emission source of the modeled 'emission stacks').

34. <u>My Calculations</u> - Assuming based on industry references[6] the waste stacks are by average 5 times more concentrated by volume than the emission stacks and according to Li 17 times the size of the authors' modeled sources,
    then 1.14x10-6 excess lung cancer risk from Chromium emissions would be 17x5 or 85 times the Li et al calculated single source of 1.14x10- 6 excess risk. When the all 4 overlapping HAPs where Li calculated cancer risk (As, Cd, Cr and Ni) are included to determine the total cumulative risk (based on 85 times the emission stacks alone for total waste pile emissions as above), the excess risk would be significant at 1.15x10 -4.

35. Li demonstrates in Table 7 that the modeled concentrations actually used in their risk assessment calculations were fifteen hundred times **smaller** than the Cr concentrations measured at the Tower Diary Site (over 2 miles further NW than Progress Village from the Mosaic Riverview Plant). The risk calculated by Li et al used reliable methods but were applied in a manner that belies the raw data's application and public health implications to Progress Village's thousands of residences (including Ms. Williams).

36. <u>Conclusion</u> - Using published, relevant site data and reliable methods shared by myself and the authors, the actual exposures and subsequent risks were correctly cited in my original report to exceed 100 times an acceptable Federal human health risk level by the COCs alone.

---

[6] See Tayibi, H., et. al., *Environmental Impact and Management of Phosphogypsum,* J. Environ. Manage. 2009 June; Pub# 01-002-001, Evaluation of Potential Commercial Processes for The Production of Sulfuric Acid From Phosphogypsum, Final Report, Oct. 1981, Florida Institute Phosphate Research.

37. <u>Non-Cancer Risk</u> - The noncancer risk for Plant D emissions were not calculated by Li because unlike the other three phosphate manufacturing plants, no raw data was published for Plant D and no explanation for this omission (other than this litigation) was apparent, as the other plants had calculated noncancer risk values. (Li Study., Table 6).

38. <u>Implications for Progress Village</u> - The waste pile stacks are significantly closer to Progress Village.  The levels of risk estimated, reported and referenced in my 2015 Expert report based on Li et al data are 100 times an acceptable level for residential properties adjacent to federally regulated waste sites (much less a residential area adjacent to an operating production facility), Mink Expert Report, p.16.

39. <u>Phosphogypsum Waste Piles</u> - These large waste piles have been a growing waste disposal and pollution source problem since the 1970s as evidenced by the large body of literature published since then concerning these piles.  They are approx. 2 miles closer to Ms. Williams' Progress Village residence from the Riverview facility border than the modeled emission smokestacks central to the facility borders. This fact is consistent with Li's finding that the highest total Chromium deposition modeled from all sources (including limestone/geological) to be 3.5-3.7 miles northeast from the Plant D Mosaic facility twice as distant to the NE as Progress Village's borders (Li et al Table 3).

40. Proposed alternative solutions to phosphogypsum waste pile/stacking disposal have not been accepted by the USEPA as the waste is so highly radioactive (an average of 30pCi/g in Central Florida) that it cannot be used even as a covered roadbed base material due to acute exposure health hazard estimates (USEPA, 5/1992, Potential Uses of Phosphogypsum and Associated Risk). Lung cancer development in adults has progressive stages developed over decades of exposure which include biochemical, functional and structure changes in the respiratory tract including dose dependent chronic inflammation and airway remodeling (USEPA, IRIS 2015) associated with never smoking, chronic asthmatics such as Ms. Williams and reported in her medical records. (*Santillan* et al, <u>Cancer Causes Control.</u> 2003 May;14(4):327-34).

42. _Chakraborty_ - My reference to the Chakraborty article[7] on Tampa Bay sources of HAP pollution cited often in my testimony demonstrated alternative sources of hazardous air pollutants including major voluntary mobile sources (automobiles, trains, trucks, etc.…) and stating the importance of ethnicity and income on cancer risk outcomes in the Tampa Bay Area (including Progress Village).

43. Alternative Causes - I listed in my Expert Report and testified in deposition that I had extensively reviewed hundreds of pages of medical records (covering almost two decades and referenced with citations in my deposition, report and supplements) for Rhonda Williams, and interviewed her concerning her lifestyle, habits, diet, social context, occupational history, family medical history, etc.  It is unnecessary for an expert to rule out all possibilities of specific causation of all of Ms. Williams illnesses, but only demonstrate with relevant, and reliable methods, properly applied, that the weight of evidence shows her injury was probably more likely than not caused by her exposure – having significantly minimized the contribution of other possible causes.  Here, applying the published, recognized Bradford Hill criteria, referred to in my report and deposition testimony, the criteria demonstrated the most likely cause(s) of her known illnesses were the exposures to the SO2, HAPs and Particulate Matter. See Fed. Ref. Manual on Scientific Evid, 2d ed. (2000), pp. 470-471).

44. The Federal Reference Manual on Scientific Evid., 2d ed., (2000), at p. 471-472, recognize that physicians make "limited determinations of external causation, many of the facts relevant to a determination of external causation rely on a body of scientific literature that is not routinely used by treating physicians." Here, application of the scientific literature to the relevant exposures to determine causation pursuant to the Bradford Hill criteria is exactly what I did.

---

[7] Chakraborty, J., _Cancer Risk from Exposure to Hazardous Air Pollutants; Spatial and Social Inequalities in Tamp Bay, Florida,_ Intern. Journal of Env. Health Research, April 2012.

45. Inhalation exposures to sulfur oxides, HAPS and radionuclide particulates are associated with adverse respiratory and circulatory effects in adults (See References in my Expert Report: Front et al 2011, Chettimada et al 2015, Gaskin et al 2001, McIntire at al 1972, Saeed et al 1985, Morals et al, Tayibi et al 2009-2012).

46. G6PD - Ms. Williams' diagnosed g6pd was not verified by genetic testing until recently, but was inherited from her parents at conception/gestation. It is a known source of increased susceptibility to the oxidizing agents found in the air toxins she has been exposed to such as SO2 (extensively cited in my Expert Report's reference section).

47. Inapplicability of Differential Diagnosis and Alternatives Analysis - Ms. William's complex co-morbidities and related genetic condition has caused varying diagnoses from multiple physicians in her decades of extensive medical records. Given the limited utility of differential diagnosis in her case I followed the prudent course as a recognized expert in environmental toxicology to focus on the hallmark of causation analysis- Temporality. Bradford Hill asserts the disease must **proceed**, not **precede** the exposure to the causative agent.  The earliest known long-term medical condition Ms. Williams exhibited clinically was asthma. The onset of her asthma was in early childhood and has become less controlled over time leading to several documented complications (co-morbidities). As an example Ms. Williams' obesity came about long after her asthma onset as did most of her illnesses (and are potentially related in the recognized peer reviewed medical literature to uncontrolled asthma effects, O'Byrne et al, Chest 2013, Feb 1)

48. The only verifiable exposures or risk factors that preceded her childhood asthma (confirmed through extensive reviews of Ms. Williams personal and medical history) were a few years of second hand smoke exposure from her parents and chronic phosphogypsum-related air pollution (as demonstrated by the State of Florida, Hillsborough County and USEPA data cited- see Mike Halpin letter cited, Tower Diary air monitoring results for HAPs in the Li Study and Ungers attic samples)). The second hand smoke affects would have been a

limited subchronic exposure (and as the Court correctly referenced in their opinion) largely repairable by her young organs. Smoking was much more prevalent in the 1960s than today and common second hand or indirect exposures were largely confined to open ventilation, non-air conditioned spaces or outdoors in Florida.

49. Conversely, air pollution emission for SO2 were far worst (less pollution emission controls) in the 1960-70s (and historically from uncontrolled phosphogypsum processing as stated above) and the most susceptible, but healthy asthmatic children, like the young Rhonda Williams, played outdoors while living in largely open window residences, churches and schools. I considered carefully in my weight of evidence evaluation these factors and other factors such as background disease incidence (cited in my deposition testimony when asked with appropriate specificity15) and concluded- based on reliable and relevant scientific methods and factual evidence that Ms. Williams most plausible exposures related to her long-term asthma (with more frequent acute episodes and subsequent related chronic co-morbidities increasing with increasing exposure duration- i.e. cumulative dose response) were directly related to reactive air pollution from localized phosphogypsum processing.

50. SO2 Levels in Ms. Williams' Community - Monitoring data from southern Hillsborough County I relied upon (and referenced in my testimony) shows that when the 2010 NAAQS for SO2 is applied retroactively to existing monitoring data, the monitor closest to Mosaic shows significant violations of the 75 ppb standard going back to 1999, the year monitoring began at this location. These retroactive exceedances between 1999 and 2004 are approximately twice the health based 75 ppb standard (UNGERS 6546, table showing these retroactive violations were calculated by the Hillsborough County Environmental Protection Commission. May 17, 2011 Letter from Jerry Campbell, Air Management Division Director, to Mike Halpin, Florida Department of Environmental Protection referenced in my prior testimony and reviewed in deposition by Mr. Ungers in my presence at his deposition).

The monitoring data from the FDEP (Ungers 006541) demonstrate that from 2005 to 2009 the maximum average concentration at the air monitors inside the Mosaic plant boundaries decrease from 506 ppb to 442 ppb.  This trend shows that SO2 emissions from Mosaic are decreasing over time with increasing controls as Li et al suggest.

51. <u>Duration and Extent of Pollution</u> - Ms. Williams has lived in Progress Village for almost half a century- her entire life. It is reasonable to assume that historic air emission from the Mosaic Riverview Facility beginning the year Ms. Williams was born is much higher than today's levels because air emission controls installed over time (Li et al hypothesis).

52. There is no current adjacent air monitoring station for SO2 located Northeast of the Riverview Facility (the direction of Progress Village from the Mosaic Riverview) within 5 miles (historical air monitors were north of the site within 2 miles, see Mike Halpin letter cited). The next currently operating air monitoring station for SO2 would be the distant Sydney monitor, but the Tower Diary HAP monitoring station 3.5-3.7 miles to the northeast of Mosaic Riverview (Ms. Williams Progress Village neighborhood is directly between the two locations) has shown the most elevated HAP emissions from the Mosaic Riverview Facility (Li Study, Plant D).  It is reasonable to presume that a more distant air monitoring station showing chronically elevated contaminate concentrations for another co-emitted air pollutant and robust historic data showing elevated levels from Mosaic monitored to the north are reasonable evidence that SO2 emitted from the same Mosaic Riverview stacks have and are reaching the Progress Village residence of Ms. Williams at dangerously elevated levels. The Tower Dairy monitoring station data does not use modeled computer estimates but actual measured air concentrations. It must be pointed out that exposures above 75 ppb for time periods as low as 5 minutes are causative for adverse health outcomes in asthmatics- of which Rhonda Williams is a sensitive subgroup.

53. The published air quality monitoring data closest to Rhonda Williams' residence demonstrate known exceedances of health-based, regulatory levels

of SO2 at the monitoring station nearest her neighborhood. For the 16-20% of the time (See Ungers' Expert Report at p. 5) the wind blows downwind towards the neighborhoods to the north and east of Mosaic's operations, including Ms. Williams' home, and she is directly impacted by Mosaic's stack emissions and dust from the phosphogypsum stacks. Ms. Williams has testified that she regularly smells a sulfur odor coming into her home from the outdoors and has recognized a similar odor at her community church.  See Williams' Depo. Tr. at pp. 76-77, 96. It is not speculation to opine that Rhonda Williams has been exposed for her lifetime of almost half a century living, playing, shopping, attending school and residing in a designated area of NAAQS nonattainment for SO2.  Adjacent air monitors demonstrate that Mosaic is the major source of SO2 emissions (as published and confirmed publicly by the State and County regulators).

54. The scientific, medical and technical literature/records on which I have relied to support the above discussion is cited or found in the reference section of my 2015 Expert Report, Supplements and/or deposition testimony and are identified in the attached Appendix.

Further Affiant sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 28th day of July, 2016.

_____

Franklin L. Mink, MEn, PhD

APPENDIX

TOXICITY VALUES REFERENCE:

Each and every one of the below listed toxins are known to cause pulmonary damage including uncontrolled asthma-associated morbidity in exposed adults, which is, based on my review of her medical records, is Ms. Williams most obvious diagnosed disease.

The scientific community, which includes the medical community, have determined that these chemicals cause the harm(s) like that suffered by Ms. Williams; specifically including blood and pulmonary related morbidity through cellular and organ component alteration upon inhalation.  The support for these statements are found in the studies cited in the reference sections of the IRIS for the HAPs identified herein and the Integrated Science Assessment for SO2 and PM 2.5/10.

The constituents at issue and the toxic doses that I reviewed and used in writing my Expert Report (See U.S. EPA 2015 Integrated Risk Information System (IRIS), the U.S. EPA National Ambient Air Quality Standards (NAAQS) for sulfur dioxides and particulate matter), and discussed in my deposition testimony are listed below in alphabetical order:

a.   Arsenic

i.   Toxic Dose for Inhalation:  $4.13 ug/m^3$
ii.   Reference to Causing Lung Morbidity:   IRIS Chemical Assessment Survey p. 29. KNOWN HUMAN CARCINOGEN, and the Li Study, reference section cited on Fig.2 and Table 7.

b.   Cadmium
i.   Toxic Dose for Inhalation:  $1.8 ug/m^3$

       ii.   Reference to Causing Lung Morbidity:  IRIS Chemical
             Assessment Summary p.13, SUSPECTED HUMAN
             CARCINOGEN,

c.   Chromium

    i.   Toxic Dose for Inhalation:  $0.1 ug/m^3$

    ii.   Reference to Causing Lung Morbidity:  IRIS Chemical
        Assessment Summary p.34, KNOWN HUMAN CARCINOGEN

d.   Lead

    i.   Toxic Dose for Inhalation: Multiple computations; determined
        case by case, per the references identified herein

    ii.   Reference to Causing Lung Morbidity:  IRIS Chemical
        Assessment Summary (or NAAQS) p.15. SUSPECTED HUMAN
        CARCINOGEN

e.   Manganese

    i.   Toxic Dose for Inhalation:  $5 \times 10^{-2}$ ug/m-3

    ii.   Reference to Causing Lung Morbidity:  Not a Human
        Carcinogen, Neurological Affects, IRIS Chemical Assessment
        Summary p.48.

f.   Nickel

    i.   Toxic Dose for Inhalation: Per historic EPA IRIS data and
        historic EPA IRIS data contained in the Li Study.

    ii.   Reference to Language Stating Nickel Causes Lung Mobidity:
        IRIS Chemical Assessment Summary p.13.

g.   Radionucliotides

    i.   Toxic Dose for Inhalation: Multiple computations; determined
        case by case, per the references identified herein.

    ii.   Reference for Language Stating Radionucliotides Cause Lung
        Morbidity: USEPA Webpage on Radionuclides (including
        Radon, Radium and Uranium), http://www.epa.gov/radiation.

iii. IRIS Chemical Assessment for Uranium, and the Agency for Toxic Substances and Disease Registry's Toxicologial Profiles for Uranium, Radium and Radon.

A) Agency for Toxic Substances and Disease Registry (ATSDR). *Case Studies in Environmental Medicine. Radon Toxicity*. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1992.

B) Agency for Toxic Substances and Disease Registry (ATSDR). *Toxicological Profile for Uranium* (Update). Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1999.

C) Agency for Toxic Substances and Disease Registry (ATSDR). *Toxicological Profile for Radium*. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1990.

D) Agency for Toxic Substances and Disease Registry (ATSDR). *Toxicological Profile for Radon*. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1990.

E) U.S. Environmental Protection Agency. *Integrated Risk Information System (IRIS) on Uranium, Natural*. National Center for Environmental Assessment, Office of Research and Development, Washington, DC. 1999.

F) U.S. Environmental Protection Agency. *Integrated Risk Information System (IRIS) on Uranium, Soluble Salts*. National Center for Environmental Assessment, Office of Research and Development, Washington, DC. 1999.

G) U.S. Environmental Protection Agency. *Integrated Risk Information System (IRIS) on Radium 226, 228*. National Center for Environmental Assessment, Office of Research and Development, Washington, DC. 1999.

H) U.S. Environmental Protection Agency. *Integrated Risk Information System (IRIS) on Radon 222*. National Center for Environmental Assessment, Office of Research and Development, Washington, DC. 1999.

h.  NAAQS for Sulfur Dioxides.  The ISA for Sulfur Oxide – Health Criteria. The 75 ppd and historic standard discussed in Affidavit, Expert Report, deposition testimony and in Ms. Williams' Daubert Response; USEPA -75ppb 5 minute standard and asthmatic effects.

i.  NAAQS for Particulates.  The ISA for Particulate Matter.  <u>See</u> Federal Register, Vol 78, No. 10, p. 3086 PM 2.5 annual 12 ug/m-3,  24 hr avg. 35ug/m-3 based on "general respiratory disease and premature mortality."

j.  Additional primary/secondary references contained within the U.S. EPA 2015 IRIS, and/or EPA historical data, and EPA historical data cited in the Li Study include:

i.  U.S. Department of health and human services (2005) Toxicological profile for Nickel. http://www.atsdr.cdc.gov/toxprofiles/tp 15pdf

ii.  U.S. Department of health and human services (2008) Draft Toxicological Profile for Chromium. http://www.atsdr.cdc.gov/ toxprofi les/tp7pdf

iii.   US Environmental Protection Agency (1988) Air Emission   Species Manual Research  Triangle Park, NC, I and II

iv.    US Environmental Protection Agency (1992) Integrated Risk Information System, Manganese. http://www.epa.gov/IRIS/subst/ 0373.htm.

v.    US Environmental Protection Agency (1996) Method 5- Determination of particulate matter emissions from stationary sources. http://www. epa.gov/ttn/emc/methods/method5html

vi.   US Environmental Protection Agency (2007) Risk assessment and modeling- Human exposure model (HEM). http://www.epa.gov/ttn/fera/human hemhtml

vii.   US Environmental Protection Agency (2008a) Air pollutants/Hazardous Air Pollutants (HAPs). http://www.epa.gov/ttn/atw/allabouthtrnl

viii.   US Environmental Protection Agency (2008b) Nationa l Ambient Air Quality Standards (NAAQS). http://www.epa .gov/air/criteria .

ix.   *Chakraborty,* et. al., in reference section p. 181

x.    EPA. 2008. Air toxics website: health effects notebook for hazardous air pollutants [cited 2009 Dec 5]. Available from: http://www.epa.gov/ttn/atw/hlthef/hapindex.html.

xi.   EPA. 2009a. National-scale air toxics assessment – glossary of key terms [cited 2009 Jan 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/gloss1.html.

xii.    EPA. 2009b. National-scale air toxics assessment – 1999 assessment results [cited 2010 Jan 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/nsata99.html.

xii.   EPA. 2009c. National-scale air toxics assessment – the four steps of the assessment [cited 2010 Jan 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/4steps99.html.

xiii.   EPA. 2009d. National-Scale Air Toxics Assessment – 1999 assessment limitations [cited 2011 May 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/limitations.html.

xiv.   EPA. 2010. National-Scale Air Toxics Assessment – Frequent Questions [cited 2011 May 20]. Available from: http://www.epa.gov/ttn/atw/nata1999/nata99faq.html.

xv. American Conference of Governmental Industrial Hygienists (ACGIH).  1999 TLVs and BEIs.  Threshold Limit Values for Chemical Substances and Physical Agents. Biological Exposure Indices. Cincinnati, OH.  1999.

xvi. National Institute for Occupational Safety and Health (NIOSH). Pocket Guide to Chemical Hazards. U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention. Cincinnati, OH. 1997.

xvii. Occupational Safety and Health Administration (OSHA).  Occupational Safety and Health Standards, Toxic and Hazardous Substances.  Code of Federal Regulations. 29 CFR 1910.1000.  1998.

xviii. American Industrial Hygiene Association (AIHA). The AIHA 1998 Emergency Response Planning Guidelines and Workplace Environmental Exposure Level Guides Handbook. 1998.   * A picocurie (pCi) is a unit of measurement for radionuclides that measures the number of disintegrations per second.

**REPORT'S PRIMARY REFERENCES**

1.  Front Biosci (Elite Ed). 2011 Jun 1; 3:808-17. Urban PM2.5 induces ROS generation and RBC damage in COPD patients. 2, 2.Torres-Ramos YD1, Montoya-Estrada A, Guzman-Grenfell AM, Mancilla-Ramirez J, Cardenas- Gonzalez B, Blanco-Jimenez S, Sepulveda-Sanchez JD, Ramirez-Venegas A, Hicks JJ

3. Al-Ashkar, F. MD., et. al. Interpreting pulmonary function tests: Recognize the pattern and the diagnosis will follow. Cleveland Clinic Journal of Medicine, Volume 70 Number 10 October, 2003.

4. Barreiro, Timothy J., D.O. Perillow, Irene, M.D. An Approach to Interpreting Spirometry American Academy of Family Physicians. Volume 69, Number 5/March 1, 2004.

5,  Bast A, Haenen GRMM. Pharmaceutical compounds with antioxidant activity. In: Tardif J-C, Bourassa MG, eds. Antioxidant and Cardiovascular Disease. Dordrecht, the Netherlands: Kluwer Academic Publishers; 2000: 71-83.

6. Chettimada S, Gupte R, Rawat D, Gebb SA, McMurtry IF, Gupte SA. Am J Physiol Lung Cell Mol Physiol. 2015 Feb 1; 308(3): L287-300. Doi: 10.1152/ajplug. Dec 5. Hypoxia-induced glucose-6-phosphate dehydrogenase overexpression and – activation in pulmonary artery smooth muscle cells: implication in pulmonary hypertension.

7. Dandona P, Karne R, Ghanim H, Hamouda W, Aljada A, Magsino CH Jr. Carvedilol inhibits reactive oxygen species generation by leukocytes and oxidative damage to amino acids. Circulation, 2000; 101: 122-124.

8. Drent M, Gorgels A, Bast A. Cardiac Failure Associated With G6PD Deficiency. Circulation Reserch. 2003; 93: e75.

9.      Santillan, Alfredo A., et. al., Meta-Analysis of Asthma and Risk Of Lung Cancer (United States), Cancer Causes and Control, May 2003, Volume 14, Issue 4, pp. 327-334

10.     S.I. Said, S.A. Hamidi, L. Gonzalez Bosc, European Respiratory Journal, Asthma and Pulmonary Hypertension: do they share a key mechanism of pathogenesis, April 2010.

And O'Byrne, PM et al, Chest, 2013, Feb., 1:143 (2): 511-23.

11.     Arch Environ Contam Toxicol. 2003 Oct;45(3):423-8. Effect of sulfur dioxide inhalation on the glutathione redox system..., Wu D1, Meng Z.

12.     CDC Data and Statistics (the standard disease statistics reference guide)- COPD incidence 2014 were 24 million US cases ("significant" and a leading cause of death) estimated in all adults and Pulmonary Hypertension unknown but estimated by College Cardiology to be over 200,000 in US as of 2009 ("small").  There are breakdowns by age, sex and ethnicity for most major diseases

13.     Mink May 2015 Report, Deposition and Supplement References

14. Drent M, van den Berg R, Haenen GRMM, van den Berg H, Wouters EFM, Bast A. NF-KB activation in sarcoidosis. Sarcoidosis Vasc Diffuse Lung Dis. 2001; 18: 50-56.

10.Flesch M, Maack C, Cremers B, Baumer AT, Sudkamp M, Bohm M. Effect of B-blockers on free radical-induced cardiac contractile dysfunction.

Circulation. 1999; 100: 346-353.

15. Gaskin RD, Estwick D, Peddi R. Ethn Dis. 2001 Fall; 11 (4): 749-54. G6PD deficiency: its role in the high prevalence of hypertension and diabetes mellitus.

16. Gildea, Thomas R., McCarthy, Kevin. Pulmonary Function Tests The Cleveland Clinic Center for Continuing Education. Updated 2011.

17.Hsieh YT, Lin MH, Ho HY, Chen LC, Chen CC, Shu JC. PLoS One. 2013 Nov 4;8(11):e79566. doi: 10.1371/journal.pone. Glucose-6-phosphate dehydrogenase (G6PD)-deficient epithelial cells are less tolerant to infection by Staphylococcus aureus.

18.Hu T, Li YS, Chen B, Chang YF, Liu GC, Hong Y, Chen HL, Xiyang YB. Exp Biol Med (Maywood). 2015 Jan 23. Elevated glucose-6-phosphate

dehydrogenase expression in the cervical cancer cases is associated with the carcinogenic event of high-risk human papillomaviruses.

19. Jain M, Brenner DA, Cui L, Lim CC, Wang B, Pimentel DR, Koh S, Sawyer DB, Leopold JA, Handy DE, Loscalzo J, Apstein CS, Liao R. Glucose-6- phosphate

dehydrogenase modulates cytosolic redox status and contractile phenotype in adult cardiomyocytes. Circ Res, 2003; 93: e9-16.

20. McIntire MS, Angle CR. Science. 1972 Aug 11; 177 (4048): 520-2. Air lead: relation to lead in blood of black school children deficient in glucose- 6-phosphate dehydrogenase.

Northern Arizona University Pulmonary Function Testing.

Spirometry for Healthcare Providers Global Initiative for Obstructed Lung Disease. Updated 2011.

21. Saeed TK, Hamamy HA, Alwan AA. Diabet Med. 1985 Mar; 2(2): 110-2. Association of glucose-6-phosphate dehydrogenase deficiency with diabetes mellitus.

22. Rothkrantz-Kos S, Drent M, Vuil H, De Boer M, Bast A, Wouters EFM, Roos D, van Dieijen-Visser MP. Decreased redox state in red blood cells from patients with sarcoidosis. Sarcoidosis Vasc Diffuse Lung Dis. 2002; 19: 114-120.

The Global Initiative for Obstructive Lung Disease Global Strategy for the Diagnosis Management and Prevention of Chronic Obstructive Pulmonary Disease Updated 2011.

23. Dugdale DC, Mason JR. Glucose-6-phosphate dehydrogenase deficiency. MedlinePlus. March 2010; http://www.nlm.nih.gov/medlineplus/ency/article/000528.htm. Accessed 10/11/2011.

24. Glucose-6-phosphate dehydrogenase deficiency. Genetics Home Reference (GHR). May 2006; http://www.ghr.nlm.nih.gov/condition/glucose-6-phosphatedehydrogenase- deficiency. Accessed 10/11/2011.

25. Ducrocq R. Glucose-6-phosphate-dehydrogenase deficiency. Orphanet. 2004; http://www.orpha.net/consor/cgi-bin/OC_Exp.php?Lng=EN&Expert=362. Accessed 10/11/2011.

26. Morales DR, Jackson C, Lipworth BJ, et al. Adverse respiratory effect of acute < - blocker exposure in asthma: a systematic review and meta-analysis of randomized controlled trials. Chest 2014; 145:779.

27. Benson MK, Berrill WT, Cruickshank JM, Sterling GS. A comparison of four beta-adrenoceptor antagonists in patients with asthma. Br J Clin Pharmacol 1978; 5:415.

28.Fraunfelder FT, Barker AF. Respiratory effects of timolol. N Engl J Med 1984; 311:1441.

29. Rutten FH, Zuithoff NP, Hak E, et al. Beta-blockers may reduce mortality and risk of exacerbations in patients with chronic obstructive pulmonary disease. Arch Intern Med 2010; 170:880.

30. Ind PW, Dixon CM, Fuller RW, Barnes PJ. Anticholinergic blockade of beta-blocker-induced bronchoconstriction. Am Rev Respir Dis 1989; 139:1390.

31. Israili ZH, Hall WD. Cough and angioneurotic edema associated with angiotensin-converting enzyme inhibitor therapy. A review of the literature and pathophysiology. Ann Intern Med 1992; 117:234.

32. Bucknall CE, Neilly JB, Carter R, et al. Bronchial hyperreactivity in patients who cough after receiving angiotensin converting enzyme inhibitors. Br Med J (Clin Res Ed) 1988; 296:86.

33. Boulet LP, Milot J, Lampron N, Lacourcière Y. Pulmonary function and airway responsiveness during long-term therapy with captopril. JAMA 1989; 261:413.

34. Kaufman J, Casanova JE, Riendl P, Schlueter DP. Bronchial hyperreactivity and cough due to angiotensin-converting enzyme inhibitors. Chest 1989; 95:544.

35. Lunde H, Hedner T, Samuelsson O, et al. Dyspnea, asthma, and bronchospasm in relation to treatment with angiotensin converting enzyme inhibitors. BMJ 1994; 308:18.

36. Tanaka H, Teramoto S, Oashi K, et al. Effects of candesartan on cough and bronchial hyper responsiveness in mildly to moderately hypertensive patients with symptomatic asthma. Circulation 2001; 104:281.

37. Lipworth BJ, McDevitt DG, Struthers AD. Prior treatment with diuretic augments the hypokalemic and electrocardiographic effects of inhaled albuterol. Am J Med 1989; 86:653.

38. Wong CS, Pavord ID, Williams J, et al. Bronchodilator, cardiovascular, and hypokalemic effects of fenoterol, salbutamol, and terbutaline in asthma. Lancet 1990; 336:1396.

39. Bear R, Goldstein M, Phillipson E, et al. Effect of metabolic alkalosis on respiratory function in patients with chronic obstructive lung disease. Can Med Assoc J 1977; 117:900.

40. Barnes PJ. Clinical studies with calcium antagonists in asthma. Br J Clin Pharmacol 1985; 20 Suppl 2:289S.

41. Ann Twiss M, Harman E, Chesrown S, Hendeles L. Efficacy of calcium channel blockers as maintenance therapy for asthma. Br J Clin Pharmacol 2002; 53:243.

42. Patakas D, Maniki E, Tsara V, Dascalopoulou E. Nifedipine treatment of patients with bronchial asthma. J Allergy Clin Immunology 1987; 79:959. Dinh Xuan AT, Matran R, Regnard J, et al. Comparative effects of rilmenidine and clonidine on bronchial responses to histamine in asthmatic subjects. Br J Clin Pharmacol 1988; 26:703.

43. Dowshen, M.D., Steven. (2009, November). G6PD Deficiency. KidsHealth. Retrieved June 11, 2012, from

http://kidshealth.org/parent/general/aches/g6pd.html

44. Frank, Jennifer E. (2005, October 1). Diagnosis and Management of G6PD Deficiency. American Family Physician. Retrieved June 15, 2012, from

http://www.aafp.org/afp/2005/1001/p1277.html

45. Glucose-6-Phosphate Dehyrdogenase Deficiency. (2006, May). Genetics Home Reference. Retrieved June 15, 2012, from

http://ghr.nlm.nih.gov/condition/glucose-6-phosphate-dehydrogenasedeficiency Glucose-6-Phosphate Dehydrogenase Deficiency. (2010, March

46. National Institutes of Health.Retrieved June 11, 2012, from

http://www.nlm.nih.gov/medlineplus/ency/article/000528.htm What is G6PD Deficiency? (n.d.). G6PD Deficiency Association. Retrieved June 11, 2012, from http://www.g6pd.org/en/G6PDDeficiency/WhatIsIt.aspx

47. J Environ Manage. 2009 Jun; 90(8):2377-86.

doi:10.1016/j.jenvman.2009.03.007. Epub 2009 Apr 29.

Environmental impact and management of phosphogypsum.

48. Tayibi H1, Choura M, López FA, Alguacil FJ, López-Delgado A.

Z. J. Andersen, M. Hvidberg, S. S. Jensen, M. Ketzel, S. Loft, M. Sorensen,

A. Tjonneland, K. Overvad, O. Raaschou-Nielsen. Chronic Obstructive Journal of Environmental Protection, 2012, 3, 1251-1259

http://dx.doi.org/10.4236/jep.2012.329142 Published Online September 2012 (http://www.SciRP.org/journal/jep)

1251

49. Survival Analysis of Victims of Sulfur Oxide Air Pollution Suffering from COPD or Asthma in Yokkaichi, Japan, in Relation to Predisposing Exposure, Peng Guo1, Kazuhito Yokoyama, Env. Health, 2008, 7:8

Pulmonary Disease and Long-Term Exposure to Traffic-Related Air Pollution: A Cohort Study. American Journal of Respiratory and Critical Care Medicine, 2010; DOI: 10.1164/rccm.201006-0937OC

50. American Thoracic Society. "Air pollution exposure increases risk of severe COPD." Science Daily, 5 November 2010.
<www.sciencedaily.com/releases/2010/10/101019111536.htm>.

51. USEPA. 1986a. Superfund Public Health Evaluation Manual. Office of Solid Waste and Emergency Response, Washington, DC. EPA/540/1- 86/060.

52. USEPA. 1986b. Guidelines for Risk and Health Assessments. Federal Register. 51(185):33994-34054.

53. USEPA. 1988a. Superfund Exposure Assessment Manual. OSWER
 Directive 9285.5-1. EPA/540/1-88.001, April.

54. USEPA. 1989. Risk Assessment Guidance for Superfund, Volume 1, Human Health Evaluation Manual Parts A, B, & C Interim Final.

55. EPA/540/1-89/002, December.(incl. Updates Parts D&E) USEPA. 2015. Integrated Risk Information System (IRIS). US EPA. On-line.

56. About Phosphogypsum, 2012.
(http://www.epa.gov/rpdweb00/neshaps/subpartr/about.html) US EPA. On-line. Radiation in Phosphogypsum, 2012.
(http://www.epa.gov/radtown/phosphogypsum.html)

57. The National Center for Biotechnology Information. On-line. Cancer Morbidity & Mortality in Phosphate Workers, 1988.
(http://www.ncbi.nlm.nih.gov/pubmed/3191500)

58. Southeastern Geological Society Guidebook No. 57. On-line. Central Florida Phosphate District, 2012. (http://segs.org/wp/wpcontent/ uploads/2010/01/SEGS_Guidebook_57.pdf)

59. SO2 Primary National Ambient Air Quality Standard, 2010, ref. (U.S. Environmental Protection Agency). (2008b). Integrated science assessment for sulfur oxides: Health criteria [EPA Report]. (EPA/600/R-08/047F). Research Triangle Park, NC: U.S. Environmental Protection Agency, National Center for Environmental Assessment.

http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=198843 updated ref. Integrated Science Assessment for Sulfur Oxides..., EPA/600/R-15/066

Case Specific References

1)      Ungers and Associates Particulate Sampling & Analysis Report, 2014

2)      Air Quality Reports- Hillsborough County Environmental Protection Commission, 2000- 2013

3)      USEPA Nonattainment Letter, 2013

4)      USEPA Radon Flux Measurements On Gardinier and Royster Phosphogypsum Piles Near Tampa & Mulberry, FL, 1986

5)      Aerial Photographs of Mosaic Fertilizer LLC (Gardinier Stack/Plant) & The Progress Village Community, 2010

6)      Technical Support Document- Florida Area Designations For the 2010

7)      Medical Records For Rhonda Williams, 2004-2015

8)      Ming Chen, Lena Q. Ma and Willie G. Harris (1999). Baseline Concentrations of 15 Trace Elements in Florida Surface Soils.

9)      Rutherford (1994). Environmental Impacts of Phosphogypsum- Review Article

10)     University of Florida, Florida Center for Solid & Hazardous Waste Management (1997). On-line. Background Concentrations of Trace Metals in Florida Surface Soils. (http://lqma.ifas.ufl.edu/Publication/Ma-97-R.pdf)

11)     Test America Analytical Report #400-101631-1, 03/09/2015

12)     SSI Disability Findings from 1995 and 2005 concerning Rhonda Williams

13)     Appendix NIOSH and DOE Report on Gardinier Uranium

14)     Full Report Appendix A-2 to the DOE Report

15)     Mosaic Annual emissions 2008-2012

16)     Hillsborough County 2010-12 Air Quality Reports

17)     Technical Support Doc.- Florida Area Designations for the 2010 SO2 Primary
National Ambient Air Quality Standard

18)     Mosaic Correspondence dated August 8, 2014 to FDEP regarding Mosaic
Riverview- SO2 Emissions Reduction Permit Application and Mosaic's Models