UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RHONDA WILLIAMS, a single person,
         Plaintiff,

v.

MOSAIC FERTILIZER, LLC, a Delaware    Case No. 8:14-cv-1748-T-35TGW
Corporation doing business in Florida
         Defendant.
_____/

**Plaintiff's Second Amended Damages Disclosure Pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure**

    1.    The name and address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that Plaintiff may use to support its claims or defenses, unless the use would be solely for impeachment:

**ANSWER:**

Plaintiff adds Carolyn Myrback of CMG appraisals as a potential fact witness.

    2.    A copy, or a description by category and location, of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

**ANSWER:**

Plaintiff is in possession of an appraisal of her residence performed by CMG Appraisals.

    3.    A computation of each category of damages claimed by the disclosing party, who must also make available for inspection and copying as under Rule 34, the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;

**ANSWER:**

Plaintiff has sustained economic damages, as it relates to the pollutive discharge at her residence and in her neighborhood, Progress Village, as follows:

<u>Loss in Property Value:</u>

EXHIBIT D

Plaintiff's home and surrounding neighborhood and community has been contaminated by a pollutive discharge of gaseous sulfur dioxide and hazardous air pollutants, which has resulted in stigma damages, and diminution of property values, including the value of Ms. William's primary residence located at 4810 S. 87th Street, Tampa, FL 33619.

Under Florida law a seller of a residence is required to make certain disclosures that he/she knows may impact the value of the real property. Here, Plaintiff would be obligated to make disclosures related to the pollutive discharge, which will have a direct negative impact on the value of her primary residence. This pollutive discharge has created stigma damages, as the pollutive discharge cannot be remediated.

Based upon a residential property appraisal of Ms. Williams' residence located at 4810 S. 87th Street, performed by CMG Appraisals, Inc., and other comparable sales that have occurred in the Progress Village area and surrounding community[1], the fair market value of Ms. Williams' residence prior to disclosure of the pollutive discharge, *e.g.*, absent the pollutive discharge, is no less than $90,000. The Hillsborough County Property Appraiser's Market Value for 2015 was $49,896. The stigma damages result in making Ms. Williams' property valueless.

Plaintiff also seeks attorneys' fees and expert costs as allowed under Chapter 376, Florida Statutes.

Dated October 31, 2016.

　　　　　*/s/   Laureen Galeoto*
*Laureen Galeoto*
Laureen Galeoto, Trial Counsel
FBN 0194107
Law Office of Laureen Galeoto, PLLC
100 S. Ashley Drive, Ste. 600
Tampa, FL  33602
P. 813.397.3800
Laureen@laureenlaw.com


William P. Walker, Jr.
Walker Morgan, LLC
135 E. Main Street
Lexington, SC  29072

---

[1] Other comparable sales are available on-line on various realty websites and the Hillsborough County Property Appraiser's website.  Comparable sales include: 4701 S. 87th Street, Tampa, FL for $100,000; 4814 S. 88th St. Tampa, FL, for $94,400; 5055 White Sanderling Ct., Tampa, FL for $140,000; 8103 Water Tower Dr., Tampa, FL, for $224,900; 10111 Ventura Ave., Tampa, FL, for $129,000; 5001 S. 86th St, Tampa, FL, for $100,000; and 8204 Dahlia Ave., Tampa, FL for $127,000.

EXHIBIT D

P. 803.359.6194
bw@walkermorgan.com

100 S. Ashley Drive, Ste. 600
Tampa, FL  33602
P. 813.964.6515
Maryellen@thegreencounselor.com

Mary Ellen Hogan
FBN 0065372
The Green Counselor, PLLC

CERTIFICATE OF SERVICE

The undersigned certifies that on October 31, 2016, that the Second Amended Rule 26 Disclosures were emailed and mailed via U.S. Mail to counsel for Mosaic Fertilizer, Inc., which will send a notice of electronic filing to counsel of record.

_____/S/__Laureen Galeoto_____
Laureen Galeoto
Counsel for Ms. Williams

EXHIBIT D